# VERIFICATION

I, _____Jane V. Ortiz_____, am a PLAINTIFF in the above captioned case and have authorized the filing of this complaint. I have reviewed the allegations made in the complaint, and of those allegations of which I have personal knowledge, I believe them to be true. As to those allegations of which I do not have personal knowledge which are stated on information and belief, I believe them to be true.

Date: __11/4/2025__          _____*Jane Ortiz*_____

                              Jane V. Ortiz

Verification

1 **VERIFICATION**

2 I, _____Joel Gutierrez Campos_____, am a PLAINTIFF in the above captioned case and
3 have authorized the filing of this complaint. I have reviewed the allegations made in the complaint,
4 and of those allegations of which I have personal knowledge, I believe them to be true. As to those
5 allegations of which I do not have personal knowledge which are stated on information and belief,
6 I believe them to be true.

7
8 Date: __11/4/2025__                                    _____/s/_____
9                                                        Joel Gutierrez Campos

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Verification

**VERIFICATION**

I, _____Doug Buchanan_____, am a PLAINTIFF in the above captioned case and have authorized the filing of this complaint. I have reviewed the allegations made in the complaint, and of those allegations of which I have personal knowledge, I believe them to be true. As to those allegations of which I do not have personal knowledge which are stated on information and belief, I believe them to be true.

Date: __11/4/2025__    _____/s/ Doug Buchanan_____

Doug Buchanan

Verification

**VERIFICATION**

I, _____Peter Hernandez_____, am a PLAINTIFF in the above captioned case and have authorized the filing of this complaint. I have reviewed the allegations made in the complaint, and of those allegations of which I have personal knowledge, I believe them to be true. As to those allegations of which I do not have personal knowledge which are stated on information and belief, I believe them to be true.

Date: __11/4/2025__        _/s/ Peter Hernandez_____

                            Peter Hernandez

Verification

# VERIFICATION

I, _____David Tangipa_____, am a PLAINTIFF in the above captioned case and have authorized the filing of this complaint. I have reviewed the allegations made in the complaint, and of those allegations of which I have personal knowledge, I believe them to be true. As to those allegations of which I do not have personal knowledge which are stated on information and belief, I believe them to be true.

Date: 11/4/2025

*David Tangipa*

David Tangipa

Verification

**VERIFICATION**

I, _____Solomon Verduzco_____, am a PLAINTIFF in the above captioned case and have authorized the filing of this complaint. I have reviewed the allegations made in the complaint, and of those allegations of which I have personal knowledge, I believe them to be true. As to those allegations of which I do not have personal knowledge which are stated on information and belief, I believe them to be true.

Date: 11/4/2025

Solomon Verduzco

Verification

**VERIFICATION**

I, _____Vernon Costa_____, am a PLAINTIFF in the above captioned case and have authorized the filing of this complaint. I have reviewed the allegations made in the complaint, and of those allegations of which I have personal knowledge, I believe them to be true. As to those allegations of which I do not have personal knowledge which are stated on information and belief, I believe them to be true.

Date: 11/4/2025

*/s/ Vernon Costa*

Vernon Costa

Verification

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**VERIFICATION**

I, _____Saul Ayon_____, am a PLAINTIFF in the above captioned case and have authorized the filing of this complaint. I have reviewed the allegations made in the complaint, and of those allegations of which I have personal knowledge, I believe them to be true. As to those allegations of which I do not have personal knowledge which are stated on information and belief, I believe them to be true.

Date: __11/4/2025__                              *Saul Ayon*  _____
                                                  Saul Ayon

Verification

**VERIFICATION**

1
2  I, ___Sayrs Morris___, am a PLAINTIFF in the above captioned case and
3  have authorized the filing of this complaint. I have reviewed the allegations made in the complaint,
4  and of those allegations of which I have personal knowledge, I believe them to be true. As to those
5  allegations of which I do not have personal knowledge which are stated on information and belief,
6  I believe them to be true.

7
8  Date: _11/4/2025_                          *Sayrs Morris*
9                                              Sayrs Morris

Verification

# VERIFICATION

I, _Roxanne Beckford Hoge_, am a PLAINTIFF in the above captioned case and have authorized the filing of this complaint. I have reviewed the allegations made in the complaint, and of those allegations of which I have personal knowledge, I believe them to be true. As to those allegations of which I do not have personal knowledge which are stated on information and belief, I believe them to be true.

Date: _11/4/2025_

*Roxanne Beckford Hoge*

roxannehoge@gmail.com

Verification

**VERIFICATION**

I, _____Mike Netter_____, am a PLAINTIFF in the above captioned case and have authorized the filing of this complaint. I have reviewed the allegations made in the complaint, and of those allegations of which I have personal knowledge, I believe them to be true. As to those allegations of which I do not have personal knowledge which are stated on information and belief, I believe them to be true.

Date: ___11/4/2025___          _____[signature]_____
                                    Mike Netter

Verification

# VERIFICATION

I, __Eric Ching__, am a PLAINTIFF in the above captioned case and have authorized the filing of this complaint. I have reviewed the allegations made in the complaint, and of those allegations of which I have personal knowledge, I believe them to be true. As to those allegations of which I do not have personal knowledge which are stated on information and belief, I believe them to be true.

Date: 11/4/2025

Eric Ching

Verification

# VERIFICATION

I, _____Christina Raughton_____, am a PLAINTIFF in the above captioned case and have authorized the filing of this complaint. I have reviewed the allegations made in the complaint, and of those allegations of which I have personal knowledge, I believe them to be true. As to those allegations of which I do not have personal knowledge which are stated on information and belief, I believe them to be true.

Date: __11/4/2025__   *Christina Raughton*

Christina Raughton

Verification

|     |                                                                                                                         |
| --- | ----------------------------------------------------------------------------------------------------------------------- |
| 1   | **VERIFICATION**                                                                                                        |
| 2   | I, _Kristi Hays_____, am a PLAINTIFF in the above captioned case and                                                |
| 3   | have authorized the filing of this complaint. I have reviewed the allegations made in the complaint,                    |
| 4   | and of those allegations of which I have personal knowledge, I believe them to be true. As to those                     |
| 5   | allegations of which I do not have personal knowledge which are stated on information and belief,                       |
| 6   | I believe them to be true.                                                                                              |

Date: _11/4/2025_____                    _/s/ Kristi Hays_____
                                             Kristi Hays

Verification

# VERIFICATION

I, **James Reid, Jr.**, am a PLAINTIFF in the above captioned case and have authorized the filing of this complaint. I have reviewed the allegations made in the complaint, and of those allegations of which I have personal knowledge, I believe them to be true. As to those allegations of which I do not have personal knowledge which are stated on information and belief, I believe them to be true.

Date: 11/4/2025

*/s/ J Reid/*

James Reid, Jr.

Verification

1 **VERIFICATION**

2 I, __Rachel Gunther__, am a PLAINTIFF in the above captioned case and
3 have authorized the filing of this complaint. I have reviewed the allegations made in the complaint,
4 and of those allegations of which I have personal knowledge, I believe them to be true. As to those
5 allegations of which I do not have personal knowledge which are stated on information and belief,
6 I believe them to be true.

7

8 Date: __11/4/2025__                              _____

9                                                   Rachel Gunther

Verification

1 **VERIFICATION**

2 I, Paul Ramirez, am a PLAINTIFF in the above captioned case and
3 have authorized the filing of this complaint. I have reviewed the allegations made in the complaint,
4 and of those allegations of which I have personal knowledge, I believe them to be true. As to those
5 allegations of which I do not have personal knowledge which are stated on information and belief,
6 I believe them to be true.

7
8 Date: 11/4/2025

Paul Ramirez

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Verification

**VERIFICATION**

I, ___Michael J Tardif___, am a PLAINTIFF in the above captioned case and have authorized the filing of this complaint. I have reviewed the allegations made in the complaint, and of those allegations of which I have personal knowledge, I believe them to be true. As to those allegations of which I do not have personal knowledge which are stated on information and belief, I believe them to be true.

Date: 11/4/2025                             *Michael J Tardif*
                                            Michael J Tardif

Verification

# VERIFICATION

I, __Alex Galicia__, am a PLAINTIFF in the above captioned case and have authorized the filing of this complaint. I have reviewed the allegations made in the complaint, and of those allegations of which I have personal knowledge, I believe them to be true. As to those allegations of which I do not have personal knowledge which are stated on information and belief, I believe them to be true.

Date: 11/4/2025

Alex Galicia

Verification

# VERIFICATION

I, _California Republican Party_, am a PLAINTIFF in the above captioned case and have authorized the filing of this complaint. I have reviewed the allegations made in the complaint, and of those allegations of which I have personal knowledge, I believe them to be true. As to those allegations of which I do not have personal knowledge which are stated on information and belief, I believe them to be true.

Date: 11/4/2025

*Scott Winn*

Scott Winn

Verification