MICHAEL A. COLUMBO (SBN: 271283)
SHAWN COWLES (SBN: 163826)
MARK P. MEUSER (SBN: 231335)
**DHILLON LAW GROUP INC.**
4675 MacArthur Court, Suite 1410
Newport Beach, CA 92660
Telephone: (415) 433-1700
Fax: (415) 520-6593

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID TANGIPA**; *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> **GAVIN NEWSOM**, *et al.* <br><br> Defendants. | CASE NO. _____ <br><br> **NOTICE TO THE CLERK PURSUANT TO L.R. 83-11.4** <br><br> **ACTION SEEKING STATEWIDE RELIEF** |

**TO THE CLERK OF THE COURT:**

PLEASE TAKE NOTICE that Plaintiffs have filed a Complaint with the above-entitled Court seeking relief on a statewide basis. The Complaint displays this verbiage in the caption's title as required by L.R. 83-11.2.

This notice is filed for purposes of complying with Central District's Local Rule 83-11.4 which requires a notice to the clerk of these types of cases.



**NOTICE TO THE CLERK**

1 | Respectfully Submitted:

3 | Date: November 5, 2025               DHILLON LAW GROUP

5 |                              By:    /s Mark P. Meuser
                                        MICHAEL A. COLUMBO (SBN: 271283)
                                        mcolumbo@dhillonlaw.com
                                        **DHILLON LAW GROUP INC.**
                                        177 Post Street, Suite 700
                                        San Francisco, California 94108
                                        Telephone: (415) 433-1700

                                        SHAWN COWLES (SBN: 163826)
                                        scowles@dhillonlaw.com
                                        MARK P. MEUSER (SBN: 231335)
                                        mmeuser@dhillonlaw.com
                                        **DHILLON LAW GROUP INC.**
                                        4675 MacArthur Court, Suite 1410
                                        Newport Beach, CA 92660

                                        Attorneys for Plaintiffs

1
**NOTICE TO THE CLERK**

