MICHAEL A. COLUMBO (SBN: 271283)
SHAWN COWLES (SBN: 163826)
MARK P. MEUSER (SBN: 231335)
**DHILLON LAW GROUP INC.**
4675 MacArthur Court, Suite 1410
Newport Beach, CA 92660
mmeuser@dhillonlaw.com
Telephone: (415) 433-1700
Fax: (415) 520-6593

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID TANGIPA**; *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> **GAVIN NEWSOM**, in his official capacity as the Governor of California; *et al.*; <br><br> Defendants. | CASE NO. 2:25-cv-10616 JLS (KES) <br><br> **NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION** <br><br> Date: December 5, 2025 <br> Time: 10:30 am <br> Location: Courtroom 8A <br> Hon. Josephine L. Staton <br><br> Action Filed:  November 5, 2025 <br> Trial Date: Not yet set |



**MOTION FOR PRELIMINARY INJUNCTION**  **CASE NO. 2:25-cv-10616**

1  **TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:**

2  **PLEASE TAKE NOTICE THAT** on December 5, 2025 at 10:30 a.m., or as soon
3  thereafter as the matter may be heard in the above-entitled court located at 255 E. Temple St.,
4  Los Angeles, California, the above-named Plaintiffs, through counsel, will and hereby moves
5  this Court for the issuance of a preliminary injunction against Defendants GAVIN NEWSOM,
6  in his official capacity as the Governor of California, and SHIRLEY WEBER, in her official
7  capacity as California Secretary of State, as set forth in its [PROPOSED] Order.

8  This Motion is brought pursuant to Federal Rule of Civil Procedure 65 and Local Rule
9  65-1 on the grounds that the entry of a preliminary injunction is appropriate because Plaintiffs
10 established (1) a likelihood of prevailing on the merits of its claims; (2) that it is likely to suffer
11 irreparable harm in the absence of injunctive relief; (3) that the balance of equities tips in
12 Plaintiffs' favor; and (4) that the preliminary injunction is in the public interest.

13 This Motion is based on the attached Memorandum of Points and Authorities, the
14 Declarations of Mark P. Meuser, Senator Rosilice Ochoa Bogh, Assemblymember David
15 Tangipa, Tom Brunell, and Sean Trende and exhibits attached thereto, the related pleadings in
16 this case, and any other matters as may be presented to the Court at or before the hearing.

17 Under Local Rule 7-3, a conference of counsel is not needed because Plaintiffs are
18 seeking a preliminary injunction.

19 Date: November 7, 2025                    DHILLON LAW GROUP
20
21                          By:     /s Mark P. Meuser
22                                  MICHAEL A. COLUMBO (SBN: 271283)
                                    mcolumbo@dhillonlaw.com
23                                  **DHILLON LAW GROUP INC.**
                                    177 Post Street, Suite 700
24                                  San Francisco, California 94108
                                    Telephone: (415) 944-4996
25
26
                                    SHAWN COWLES (SBN: 163826)
27                                  scowles@dhillonlaw.com
                                    MARK P. MEUSER (SBN: 231335)
28                                  mmeuser@dhillonlaw.com



1

MOTION FOR PRELIMINARY INJUNCTION          CASE NO. 2:25-cv-10616

1  
2  
3  
4  
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

**DHILLON LAW GROUP INC.**
4675 MacArthur Court, Suite 1410
Newport Beach, CA 92660

Attorneys for Plaintiffs



2

**MOTION FOR PRELIMINARY INJUCTION**          **CASE NO. 2:25-cv-10616**