MICHAEL A. COLUMBO (SBN: 271283)
SHAWN COWLES (SBN: 163826)
MARK P. MEUSER (SBN: 231335)
**DHILLON LAW GROUP INC.**
4675 MacArthur Court, Suite 1410
Newport Beach, CA 92660
mmeuser@dhillonlaw.com
Telephone: (415) 433-1700
Fax: (415) 520-6593

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID TANGIPA**; *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>**GAVIN NEWSOM**, in his official capacity as the Governor of California; *et al.*;<br><br>Defendants. | CASE NO. 2:25-cv-10616 JLS (KESx)<br><br>**EX PARTE APPLICATION TO FILE AN OVERSIZE BRIEF**<br><br>**REQUEST FOR CONVENING OF THREE-JUDGE COURT (28 U.S.C. § 2284)**<br><br>**ACTION SEEKING STATEWIDE RELIEF**<br><br>Assigned to Hon. Josephine L. Staton<br><br>Action Filed: November 5, 2025 |



**EX PARTE APPLICATION TO FILE OVERSIZE BRIEF     CASE NO. 2:25-cv-10616**

Plaintiffs respectfully move, for leave to file an oversized brief in the above-captioned case containing 28 pages. Attached as Exhibit 1 is a true and correct copy of the proposed oversize brief along with all declarations filed in support of the proposed Motion for Preliminary Injunction. As the basis for this motion, Plaintiffs provide to this Court that the complexity and importance of the issues presented (including momentous constitutional questions), the significance of this case to the 2026 mid-term elections, as well as the significant number of Plaintiffs and evidence warrant the requested relief. Plaintiffs have worked diligently to stay within the confines of this Court's Standing Order; however, the circumstances of the case make it impossible for Plaintiffs to comply with the otherwise applicable 25-page limit.

Due to the serious and significance of the issue involved, whether Proposition 50 is an unconstitutional racial gerrymander, and the complexity of the governing law and relevant evidence, Plaintiffs required significant and thus lengthy analysis. Plaintiffs have prepared a Motion for Preliminary Injunctive Relief.

## CONCLUSION

For the reasons stated above, this Court should grant leave for the Plaintiffs to file the attached oversized 28-page Memorandum.

Date: November 7, 2025

By:     /s Mark P. Meuser
MICHAEL A. COLUMBO (SBN: 271283)
mcolumbo@dhillonlaw.com
**DHILLON LAW GROUP INC.**
177 Post Street, Suite 700
San Francisco, California 94108
Telephone: (415) 944-4996

SHAWN COWLES (SBN: 163826)
scowles@dhillonlaw.com
MARK P. MEUSER (SBN: 231335)
mmeuser@dhillonlaw.com
**DHILLON LAW GROUP INC.**
4675 MacArthur Court, Suite 1410
Newport Beach, CA 92660

Attorneys for Plaintiffs

**EX PARTE APPLICATION TO FILE OVERSIZE BRIEF     CASE NO. 2:25-cv-10616**