MICHAEL A. COLUMBO (SBN: 271283)
SHAWN COWLES (SBN: 163826)
MARK P. MEUSER (SBN: 231335)
**DHILLON LAW GROUP INC.**
4675 MacArthur Court, Suite 1410
Newport Beach, CA 92660
mmeuser@dhillonlaw.com
Telephone: (415) 433-1700
Fax: (415) 520-6593

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID TANGIPA**; *et al.*,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>**GAVIN NEWSOM**, in his official capacity as the Governor of California; *et al.*;<br><br>　　　　Defendants. | CASE NO. 2:25-cv-10616 JLS (KESx)<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS MOTION FOR PRELIMINARY INJUNCTION**<br><br>**REQUEST FOR CONVENING OF THREE-JUDGE COURT (28 U.S.C. § 2284)**<br><br>**ACTION SEEKING STATEWIDE RELIEF**<br><br>Assigned to Hon. Josephine L. Staton<br><br>Action Filed:  November 5, 2025 |



**REQUEST FOR JUDICIAL NOTICE**　　　　　　　　　　　　　　**CASE NO. 2:25-cv-10616**

**TO ALL PARTIS AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that the above-named Plaintiffs, through counsel, hereby request this Court take judicial notice under Federal Rules of Evidence 201, of the following facts and matter in support of their Motion for a Preliminary Injunction:

1. August 15, 2025, Capitol Weekly Podcast, attached hereto as Exhibit 1 to Meuser Decl.
2. Hispanas Organized for Political Equality Presentation, attached hereto as Exhibit 2 to Meuser Decl.
3. August 19, 2025, X Post by Paul Mitchell, attached hereto as Exhibit 3 to Meuser Decl.
4. Relevant pages of the transcript of the California Assembly Committee on Election hearing held August 19, 2025, attached hereto as Exhibit 4 to Meuser Decl.
5. Relevant pages of the transcript of the California Assembly Committee on Appropriations the California Assembly Committee on Appropriations hearing held on August 20, 2025, attached hereto as Exhibit 5 to Meuser Decl.
6. August 15, 2025, press release by Speaker of the California Assembly, attached hereto as Exhibit 6 to Meuser Decl.
7. August 19, 2025, press release by Speaker of the California Assembly, attached hereto as Exhibit 7 to Meuser Decl.
8. August 19, 2025, press release by California Senate President pro Tempore, attached hereto as Exhibit 8 to Meuser Decl.
9. August 9, 2025, press release by Speaker of the Speaker of the California Assembly, attached hereto as Exhibit 9 to Meuser Decl.
10. California Latino Legislative Caucus Membership, attached hereto as Exhibit 10 to Meuser Decl.
11. California Black Caucus Membership, attached hereto as Exhibit 11 to Meuser Decl.
12. California Asian and Pacific Islander Caucus Membership, attached hereto as Exhibit 12 to Meuser Decl.
13. California Hispanic Caucus Membership, attached hereto as Exhibit 13 to Meuser Decl.

REQUEST FOR JUDICIAL NOTICE                    CASE NO. 2:25-cv-10616

14. Biography of Assemblyman Ramos, attached hereto as Exhibit 14 to Meuser Decl.

15. Biography of Assemblyman Chen, attached hereto as Exhibit 15 to Meuser Decl.

16. Biography of Assemblyman Ta, attached hereto as Exhibit 16 to Meuser Decl.

17. National Pacific Islander Education Network's Post, attached hereto as Exhibit 17. to Meuser Decl

18. Biography of Senator Choi, attached hereto as Exhibit 18 to Meuser Decl.

19. Biography of Assemblywoman Castillo, attached hereto as Exhibit 19 to Meuser Decl.

20. Facebook Post of Assemblywoman Johnson, attached hereto as Exhibit 20 to Meuser Decl.

21. Biography of Senator Ochoa'Bough, attached hereto as Exhibit 21 to Meuser Decl.

22. Report by California State Polytechnic University, Pomona and Caltech titled *Latino Voters and the November 2025 Special Election: Redistricting and Representation*, attached hereto as Exhibit 22 to Meuser Decl.

23. Supreme Court Order, dated August 1, 2025, attached hereto as Exhibit 23 to Meuser Decl.

24. Relevant page of the Democratic Congressional Campaign Committee Federal Election Commission filing Form 3X, attached hereto as Exhibit 24 to Meuser Decl.

25. August 15, 2025 press release by Democratic Congressional Campaign Committee, attached hereto as Exhibit 25 to Meuser Decl.

26. California Secretary of State published list of 2026 election cycle deadlines, attached hereto as Exhibit 26 to Meuser Decl.

AUTHORITY IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE

Under Fed. R. Evid. 201, a court may take judicial notice of "matters of public record." *Lee v. City of Los Angeles*, 250 F.3d 668, 689 (9th Cir. 2001).

Request for Judicial Notice Nos. 1 through 26 are properly subject to judicial notice under Fed. R. Evid. 201(b)(2) because each "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned."



| | | |
|---|---|---|
| 1 | Date: November 7, 2025 | DHILLON LAW GROUP |
| 2 | | |
| 3 | | By:   /s Mark P. Meuser |
| 4 | | MICHAEL A. COLUMBO (SBN: 271283) |
| | | mcolumbo@dhillonlaw.com |
| 5 | | **DHILLON LAW GROUP INC.** |
| | | 177 Post Street, Suite 700 |
| 6 | | San Francisco, California 94108 |
| 7 | | Telephone: (415) 944-4996 |
| 8 | | |
| | | SHAWN COWLES (SBN: 163826) |
| 9 | | scowles@dhillonlaw.com |
| | | MARK P. MEUSER (SBN: 231335) |
| 10 | | mmeuser@dhillonlaw.com |
| 11 | | **DHILLON LAW GROUP INC.** |
| | | 4675 MacArthur Court, Suite 1410 |
| 12 | | Newport Beach, CA 92660 |
| 13 | | Attorneys for Plaintiffs |

