

MICHAEL A. COLUMBO (SBN: 271283)
SHAWN COWLES (SBN: 163826)
MARK P. MEUSER (SBN: 231335)
**DHILLON LAW GROUP INC.**
4675 MacArthur Court, Suite 1410
Newport Beach, CA 92660
mmeuser@dhillonlaw.com
Telephone: (415) 433-1700
Fax: (415) 520-6593

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID TANGIPA**; *et al.,*<br><br>Plaintiffs,<br><br>vs.<br><br>**GAVIN NEWSOM**, in his official capacity as the Governor of California; *et al.*;<br><br>Defendants. | CASE NO. 2:25-cv-10616 JLS (KESx)<br><br>**DECLARATION OF MARK P. MEUSER IN SUPPORT OF PLAINTIFF'S APPLICATION FOR PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**<br><br>Assigned to Hon. Josephine L. Staton<br><br>Action Filed:  November 5, 2025 |

DECLARATION OF MARK P. MEUSER

### DECLARATION OF MARK P. MEUSER

I, Mark P. Meuser, declare and state as follows:

1.      I am admitted to practice before all the courts of the State of California and before this Court. I am an attorney with the Dhillon Law Group, Inc., and I am one of the attorneys representing Plaintiffs in this matter. This declaration is submitted in support of Plaintiffs' Motion for a Preliminary Injunction. The matters stated below are true as of my own personal knowledge, except for those matters stated on information and belief, which I am informed and believed to be true.

2.      Attached as **Exhibit 1** to this Declaration is a true and correct copy of the relevant pages of a transcript of a podcast entitled "Capitol Weekly Podcast" featuring Paul Mitchell (the "Podcast Transcript"). This podcast was aired on August 15, 2025 and can be found in its original audio format at: https://capitolweekly.net/mapmaker-paul-mitchell-on-californias-emergency-redistricting-proposal/. The attached are true and correct excerpts of that transcript reflecting statements made by Paul Mitchell, reproduced with the original pagination and line references.

3.      Attached as **Exhibit 2** to this Declaration is a true and correct copy of the relevant pages of a transcript titled "HISPANAS ORGANIZED FOR POLITICAL EQUALITY (HOPE) PRESENTATION." This transcript is taken from an October Zoom panel presentation put on by HOPE to its members. Paul Mitchell is one of the presenters in this panel discussion. In preparation to file the lawsuit, I saw this Zoom presentation on YouTube, and I sent the link to this video recording to my court reporter and requested that they transcribe the entire presentation. Since filing this lawsuit, the original video on YouTube has been made private and is no longer available. A link to the YouTube video that the court report used to prepare the transcript of Paul Mithcell's comments can be found at https://www.youtube.com/watch?v=k_OYpTz7bm8. The attached are true and correct excerpts of that transcript reflecting statements made by Paul Mitchell.

DECLARATION OF MARK P. MEUSER

4.      Attached as **Exhibit 3** to this Declaration is a true and correct copy of the October 23, 2025, X post (formerly Twitter) authored by Paul Mitchell which publicly summarized academic analyses of the Proposition 50 map.

5.      Attached as **Exhibit 4** to this Declaration is a true and correct copy of the relevant pages of the transcript of the California Assembly Committee on Elections hearing held on August 19, 2025 concerning ACA 8, AB 604, and SB 280.

6.      Attached as **Exhibit 5** to this Declaration is a true and correct copy of the relevant pages of the transcript of the California Assembly Committee on Appropriations hearing held on August 20, 2025 concerning ACA 8, AB 604, and SB 280.

7.      Attached as **Exhibit 6** to this Declaration is a true and correct copy of the Speaker of the Assembly press release titled "Legislative Democrats Announce Plan Empowering Voters to Protect California," published August 15, 2025.

8.      Attached as **Exhibit 7** to this Declaration is a true and correct copy of the Speaker of the Assembly press release titled "California Assembly Democrats Support Empowering Voters to Stop Trump's Power Grab," published August 19, 2025.

9.      Attached as **Exhibit 8** to this Declaration is a true and correct copy of the Office of the Senate President pro Tempore Mike McGuire press release titled "Legislative Democrats Announce Plan Empowering Voters to Protect California," published August 19, 2025.

10.      Attached as **Exhibit 9** to this Declaration is a true and correct copy of the Speaker of the Assembly press release titled "Speaker Rivas Joins California, Texas Democrats to Fight Back Against Trump's Redistricting Power Grab," published August 9, 2025.

11.      Attached as **Exhibit 10** to this Declaration is a true and correct copy of the California Latino Legislative Caucus Membership.

12.      Attached as **Exhibit 11** to this Declaration is a true and correct copy of the California Legislative Black Caucus Membership.

DECLARATION OF MARK P. MEUSER

13.    Attached as **Exhibit 12** to this Declaration is a true and correct copy of the California Asian and Pacific Islander (API) Caucus Membership.

14.    Attached as **Exhibit 13** to this Declaration is a true and correct copy of the California Hispanic Caucus Membership.

15.    Attached as **Exhibit 14** to this Declaration is a true and correct copy of Native American Assemblyman Ramos' Biography.

16.    Attached as **Exhibit 15** to this Declaration is a true and correct copy of Asian Assemblyman Chen's Biography.

17.    Attached as **Exhibit 16** to this Declaration is a true and correct copy of Asian Assemblyman Ta's Biography.

18.    Attached as **Exhibit 17** to this Declaration is a true and correct copy of the National Pacific Islander Education Network's Post announcing Assemblyman Tangipa's election to the California Legislature.

19.    Attached as **Exhibit 18** to this Declaration is a true and correct copy of Asian Senator Choi's Biography.

20.    Attached as **Exhibit 19** to this Declaration is a true and correct copy of Hispanic Assemblywoman Castillo's Biography.

21.    Attached as **Exhibit 20** to this Declaration is a true and correct copy of Hispanic Assemblywoman Johnson's Facebook Post proclaiming her racial background.

22.    Attached as **Exhibit 21** to this Declaration is a true and correct copy of Hispanic Senator Ochoa Bogh's Biography.

23.    Attached as **Exhibit 22** to this Declaration is a true and correct copy of a report by California State Polytechnic University, Pomona and Caltech titled "Latino Voters and the Novembers 2025 Special Election: Redistricting and Representation."

24.    Attached as **Exhibit 23** is a true and correct copy of the Supreme Court of the United States Order List, dated August 1, 2025 (606 U.S.), reflecting orders entered by the Court on that date.

DECLARATION OF MARK P. MEUSER

25.    Attached as **Exhibit 24** is a true and correct copy of the Democratic Congressional Campaign Committee ("DCCC") Federal Elections Commission filing Form 3X demonstrating payment to Paul Mitchell's company Redistricting Partners, LCC, for the map drawing.

26.    Attached as **Exhibit 25** is a true and correct copy of a press release from the DCCC (Democratic Congressional Campaign Committee) dated August 15, 2025, stating the organization submitted the maps to the Legislature.

27.    Attached as **Exhibit 26** is a true and correct copy of the California Secretary of State website demonstrating the 2026 election cycle deadlines.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.


Executed this 7th day of November 2025,

at Newport Beach, California.


  _/s Mark P. Meuser_____
Mark P. Meuser

DECLARATION OF MARK P. MEUSER

# EXHIBIT 1

CAPITOL WEEKLY PODCAST

AUGUST 15, 2025

TRANSCRIBED BY: MARY ANN SCANLAN, CSR

**SCANLAN STONE** REPORTERS
Certified Shorthand Reporters
P.O. Box 330366, San Francisco, CA 94133
o / 415.834.1114 / f / 415.399.9266
e / info@scanlanstone.com www / scanlanstone.com

---

1    are recording this.
2        This is going to probably come out right
3    after the maps -- redrawn maps that voters will
4    likely get to vote on in November will have just
5    come out by the time this goes live.
6        And to help us discern everything going on
7    there, we have the man himself, Paul Mitchell of
8    Political Data, Inc., who has been tasked mostly,
9    with a lot of help, which he'll acknowledge when
10   he joins us here in just a moment, in putting
11   together not just hyper partisan maps.
12       I really hope people pay attention here
13   and listen to what he's saying about the care
14   that went into creating these maps, and it might
15   actually be very surprising to you.
16       So I just realize my cadence just went
17   like Gavin Newsome.  I have apparently watched
18   way too many Gavin Newsome press conferences.
19       MR. FOSTER:  Haven't we all.
20       MR. EHISEN:  Haven't we all.
21       But before we get to that, really quick,
22   Tim, why don't you update folks on when this
23   one's going to run, and then we have a different
24   schedule for the next podcast.  So let us know
25   what's going on there, Tim.

Page 3

---

1        MR. FOSTER:  The Capitol weekly podcast is
2    supported by TASIN, the Tribal Alliance of
3    Sovereign Indian Nations.
4        MR. EHISEN:  Hello everybody, and welcome
5    once again to the Capitol Weekly podcast.  I am
6    Capitol Weekly Editor Rich Ehisen.
7        Joined, as always, by my colleague and
8    partner in crime, Tim Foster.
9        Tim, how are we doing today?
10       MR. FOSTER:  I'm well, Rich.  Thanks.
11       MR. EHISEN:  Well, I always say we have a
12   special show.  Today we really have a special
13   show because, unless you have been, I don't know,
14   in a cave somewhere, you know the biggest story
15   out there right now here in California, at least,
16   is around redistricting and, essentially,
17   California's ongoing war with the President of
18   the United States.
19       And that right now is centered around
20   something that used to make people's eyelids
21   droop and nod off onto their keyboards,
22   redistricting.  And that is not making anybody
23   fall asleep right now because, again, unless
24   you've been in a cave somewhere, you know
25   California is getting ready to release maps as we

Page 2

---

1        MR. FOSTER:  Right.  So normally we post
2    these podcasts on Monday morning.  And this
3    episode, you may have noticed, is going live on a
4    Friday.  And that is because this information
5    with Paul we thought was so timely that we needed
6    to get it out as soon as possible.  We actually
7    recorded this with him before the maps were even
8    posted.
9        So, in any case, today is Friday, if
10   you're listening to this when it's brand new.
11   And we are then going to have a little bit of a
12   space between the next episode, because normally
13   we do release them on Monday.  We would release
14   the next one on next Monday.
15       However, we have the top 100 coming up on
16   August 26th and that's our annual look at
17   California's top 100 power players who are not in
18   elected office, and that will be on August 26th.
19       So we will release the next podcast on
20   August 27th, where we're going to sort of talk
21   about the decision-making process, who made it
22   on, who made it -- who didn't make it on, why,
23   etcetera, and basically set you up to yell at us
24   about why we made terrible decisions and why your
25   friend should have been on, and why that person

Page 4

---

1 Because, you know, we're already seeing the
2 opposition people come out. You know,
3 Schwarzenegger has voiced his disapproval.
4       Charles Munger has promised to throw like
5 a hundred million dollars -- or excuse me,
6 $30 million at this.
7       Kevin McCarthy's come out of whatever
8 hidey hole he's been in saying he's going to, you
9 know, raise a hundred million dollars to defeat
10 this.
11      And all of it, of course, is being framed
12 as, you know, this is super, super partisan.
13 Which, as you noted, all of this has sparked from
14 very partisan stuff that's happening in Texas,
15 possibly to what's happening here in California,
16 and maybe somewhere else.
17      But from everything that you just said,
18 you know, you're putting the kind of thought and
19 care into this to try to make it sort of what the
20 Governor and the Democratic party are after here
21 without going so far over the edge that it's -- I
22 don't know the right word is -- absurd.
23      MR. MITCHELL: Yeah. Extreme.
24      MR. EHISEN: Help me out here. Because I
25 don't know that I'm --
Page 9

1       MR. MITCHELL: No. And actually, I --
2       MR. EHISEN: -- (inaudible).
3       MR. MITCHELL: When this first started, I
4 have to admit, there were people in the
5 Democratic eco stream, you know, this kind of
6 like whirlwind of people that were like calling
7 me because I'm the only redistricting person they
8 know, and trying to talk about what could happen.
9       So many of them were like, if Texas is
10 going to throw away the VRA, then we can throw
11 away the VRA. Can't we create more districts?
12 Can't we create six or seven or eight Democratic
13 pick-ups? Can we do a 52/0 map?
14      And I basically had to calmly show them
15 that -- and it wasn't everybody, but just these
16 particular voices that were pushing this stuff.
17 I had to calmly show them, look, we can create a
18 five district pick-up map and follow the Voting
19 Rights Act, keep communities of interest
20 together.
21      We actually in our map split fewer cities
22 than the State Commission's plan. As of right
23 now, we're kind of finalizing everything. I
24 think we're going to be two or three cities fewer
25 than the existing lines in terms of how many
Page 10

1 cities get split in the redistricting. So, you
2 know, we took this care.
3       When we're drawing these districts, we
4 were considering communities of interest. And,
5 you know, the fact that we can do these things in
6 terms of like drawing a map that is -- you know,
7 it's not touching nine entire congressional
8 districts.
9       In Texas they don't touch one
10 congressional district. Like everything's
11 changed in Texas except one district.
12      In ours, we don't touch nine, and another
13 20 districts are touched less than 10 percent.
14 So it's kind of like trying to reduce how much we
15 have to depart from the Commission's work. And
16 we respect the Commission's work and we think the
17 Commission's work is, you know, the gold
18 standard.
19      But we do have something we're trying to
20 achieve with these to push back on Texas. We can
21 achieve them while still having a good defensible
22 map.
23      And part of this, you see like at this
24 press conference, Sara Sadhwani came out, and she
25 is a former Commissioner, and spoke at the rally.
Page 11

1 Now, I don't want to put words into Sara
2 Sadhwani's mouth, but when I first talked to her,
3 I think that the fact that she knew that we were
4 doing this, that we were considering all this
5 stuff, that we had hired a staff person who used
6 to work at the Commission, you know, we were
7 going to do it right. It wasn't going to be
8 hacked up.
9       I don't think she'd stand up on that stage
10 and say, I support this, if what we're going to
11 get was districts that decimated all the
12 communities, you know, throughout LA, like some
13 of the public map -- or some of the map proposals
14 we've seen. So --
15      MR. FOSTER: I think that was a really
16 interesting -- when I saw her there, I thought
17 that was really interesting that she was part of
18 this.
19      MR. MITCHELL: She's not the only one. I
20 got a text this morning from a Commissioner from
21 the 2011 Commission saying, hey, when can we
22 talk? I want to -- we're going to talk this
23 afternoon. And she's -- this is one of four
24 Commissioners that we've talked to that are
25 interested in supporting this because they see
Page 12

1  this as like an existential crisis, one.
2       They also see that doing the minimum
3  change in order to get -- in order to push back
4  on Texas is possible and can be done well.  We
5  can create an environment where we do the new
6  districts not because we want to, but because we
7  have to.  And when we do them, we do them in a
8  way that is effective at creating that partisan
9  gain without just decimating everything.
10      And that's one of the things about a real
11 fortunate series of events, because we have here
12 in California with our company a company that's
13 worked in so many cities and counties and
14 locally, a company that has this reputation, a
15 company that knows on the ground.
16      We worked with some folks in D.C. and saw
17 some maps, as an example, that went into Orange
18 county and just tore up the Asian community in
19 Orange county as they drew the maps, and that's a
20 no go.
21      We saw districts being proposed that would
22 have, you know, seven or eight districts going
23 from Santa Monica out to like Imperial -- the
24 Inland Empire.  Just long strips of districts
25 that would just decimate all the communities.
                                        Page 13

1  No respect for the LGBT community.  No
2  respect for all the testimony from environmental
3  groups that were trying to create communities of
4  interest in the last redistricting.  No respect
5  for neighborhoods within cities.  No respect for
6  cities.
7       Like we're fortunate that we have the
8  opportunity in a three-week period to go from
9  we're going to draw districts to getting a final
10 plan that the Legislature can consider and have
11 that final plan be buttoned up enough and be
12 consistent enough with the Commission work and be
13 supported by community of interest testimony.  So
14 I think there's a lot there.
15      MR. FOSTER:  So you were talking about
16 maybe a change of five seats and that's
17 substantial.  I mean, that's 10 percent of the
18 districts almost.
19      Can you talk about how this is -- the same
20 thing is really happening in other states?  I
21 mean, there's -- very few states have independent
22 redistricting commissions.
23      What I'm taking away from this is what's
24 happening in Texas and what's happening in other
25 places.  In a perfect world, if we had
                                        Page 14

1  independent redistricting commissions in all 50
2  states, would we see substantially different
3  numbers in Congress right now?
4       MR. MITCHELL:  Yeah.  So first off, you'd
5  see differences in two things.  One is how good
6  objectively the maps are, and then
7  representation, political representation in
8  Congress.
9       And the how good the maps are, you look at
10 what Texas is doing, they're splitting 145
11 cities, right?  More than double what we're
12 splitting.  And that means that they're just
13 carelessly going through areas and trying to just
14 do the partisan gerrymander and not actually
15 trying to put out a good plan.
16      And that's true in other states, even
17 democratically held states, where there's states
18 that have kind of a, you know, wild, wild west
19 redistricting.  It has this objective harm that's
20 done to communities, outside of who's getting
21 elected to Congress.  Just the lines themselves
22 are dividing communities.
23      They're waiving political representation
24 for disaffected groups.  They are oftentimes
25 violating the Voting Rights Act.  They're just
                                        Page 15

1  bad districts.
2       Now, in terms of representation, you know,
3  it would be a fun political exercise, and
4  somebody's probably done it, to say, what would
5  be the, you know, composition of Congress if you
6  had a kind of projected map drawn by commissions?
7       Because you can actually do a thing
8  with -- it's called ensemble analysis, where you
9  can run like 10,000 plans with a computer and
10 say, what's the bell curve of how many Democratic
11 districts there are in every state?  And then
12 pick the middle of that bell curve and run that
13 out nationally to determine what the like
14 probabilistic metric would be of likely Dem reap
15 if you had independent fair redistricting in
16 every state that wasn't considering partisanship.
17      But I've never done that.  I don't know
18 what the natural shape of Congress should be.  I
19 would guess that it would be more Democratic.
20 But, you know, that would be something for
21 somebody to analyze if they wanted to.  And
22 the --
23      MR. EHISEN:  Well, you know --
24      MR. MITCHELL:  Yeah.
25      MR. EHISEN:  -- Paul, let me ask you a
                                        Page 16

1 are, especially in congressionals, equal to the
2 one person deviation and then you're trying to
3 balance the need to, you know, create districts
4 at a certain size, respect mountain ranges and
5 highways and, you know, neighborhoods and cities,
6 all these things, it's really hard to do.
7        And adding partisanship is another thing
8 to consider.  Should make the other criteria
9 harder to achieve, and it made it a really hard
10 job.  But we were able to still achieve a lot of
11 the other criteria.  So, yeah, there's no perfect
12 redistricting plan.
13        MR. FOSTER:  Well, and so cutting to the
14 chase, you mentioned Kevin Kiley earlier.  What
15 are some of the other seats that could be in for
16 a significant change?
17        MR. MITCHELL:  Well, you know, if you
18 believe what's reported, it's LaMalfa in Northern
19 California.  Kiley.  Valadao is in a district
20 that becomes more Democratic.  And --
21        MR. EHISEN:  Young Kim?
22        MR. MITCHELL:  Young Kim gets a great
23 district.  But Calvert's district kind of
24 disappears from the map and a new
25 majority/minority Latino district is put in the

1 middle of southeast LA.
2        And then Issa's district becomes kind of a
3 Palm Springs district with east county San Diego
4 and some smaller San Diego cities that are more
5 Democratic, so his district becomes like a three-
6 and-a-half point Kamala Harris district.  So --
7        MR. EHISEN:  Wait a minute.  Did you just
8 say Young Kim gets a great district?
9        MR. MITCHELL:  Young Kim gets a great
10 district.  Young Kim --
11        MR. EHISEN:  For her?
12        MR. MITCHELL:  Young Kim gets a great
13 district because what happens is that the Calvert
14 district basically disappears off the map.  And
15 Issa takes the Palm Springs side.  She takes the
16 Corona side.  And then there's other movement
17 coming from other districts on the Inland Empire
18 to take the remainder.
19        So the Young Kim district is heavily
20 Republican.  It takes the -- kind of looking at
21 the map, the left or western side of the Calvert
22 district and gobbles that up.
23        Issa takes the right-hand side of the
24 Calvert district, gobbles that up.  And
25 essentially, there's no Calvert district anymore.

1        And then in LA there's a new district that
2 has the Calvert number 41 that's put in southeast
3 LA that replaces the old Roybal-Allard district
4 that the Commission removed in the last
5 redistricting.
6        To back up a second, the last Commission
7 had to go from 53 to 52 seats.  There was two
8 arguments.
9        Matt Rexroad was saying, hey, LA is where
10 you're losing the population, so you should take
11 that, you know, district out of LA.
12        And honestly, like it's easier just to
13 take one district out and let the rest of the
14 districts collapse in on itself than to do what
15 we were saying, which was no, no, no, keep all
16 the districts in LA.
17        Yes, we've lost population, but we've
18 actually gained the Latino population.  And so
19 why would you remove districts from an area
20 that's, you know -- and from a Latino community
21 where this Roybal-Allard district has been
22 historically and there's a lot of community
23 interest arguments about that district?
24        Why take that out when you could just
25 leave it there and let all the districts in LA

1 kind of push out over -- kind of lip over the
2 county into other areas?
3        So the first thing we did was we used that
4 community of interest testimony and kind of undid
5 what the Commission did last time in putting that
6 district back in LA and kind of eliminating that
7 Calvert seat.
8        And so what's left is a district that's
9 like north Orange county, Corona.  Kim is perfect
10 for that seat.
11        MR. EHISEN:  Well, that's interesting to
12 me, because she's been such a target of the
13 Democrats.  They've been talking nonstop about
14 going after her seat and how this is the year.
15        We had my friend, Jeff Pearlman, who lives
16 in Laguna Niguel, on this podcast a while back.
17 He does The Truth OC pretty much daily
18 newsletter.
19        And, you know, there's all constant,
20 constant theme and airs about, you know, the
21 effort to unseat Young Kim, and all of this hue
22 and cry about how it's going to help Dems.  And
23 it sounds like it just solidified her hold on
24 that what's probably going to be a new district
25 for her.

# EXHIBIT 2

HISPANAS ORGANIZED FOR POLITICAL EQUALITY

(HOPE)


PRESENTATION ON ZOOM



OCTOBER 17, 2025




TRANSCRIBED BY: MARY ANN SCANLAN, CSR



SCANLAN STONE
REPORTERS

Certified Shorthand Reporters
P.O. Box 330366, San Francisco, CA 94133
o / 415.834.1114   f / 415.399.9266
e / info@scanlanstone.com   w / scanlanstone.com

---

1    This November 4th, and for some of us who
2  have already received our ballot in the mail,
3  Californians will vote on Proposition 50, a
4  measure that would temporarily authorize the
5  state to adopt new congressional maps.
6       To be clear, once again, that HOPE has not
7  taken a position on Prop. 50.  Our goal today is
8  to ensure that our communities are informed and
9  empowered, to understand what's on the ballot and
10 what this measure means, and how it could shape
11 representation in California.
12      We have a jampacked program for you
13 running until 1:15 p.m.  So we encourage you to
14 stay on for the full discussion.
15      You'll hear from an incredible lineup of
16 speakers sharing their expertise and perspectives
17 as civil rights attorneys, demographers and civic
18 engagement leaders.
19      While we won't be doing a live Q&A, please
20 drop your question in the Q&A box.  Our speakers
21 will be responding in the chat throughout the
22 session.  We also ask you to please keep the
23 questions respectful and on topic.
24      With that, as our housekeeping is covered,
25 it's our -- it's my pleasure to introduce

Page 3

---

1    MS. TORRES:  Hello, everyone.  Thank you
2  so much for joining us today for this very
3  important Zoom.
4       My name is Helen Iris Torres.  I am the
5  proud CEO of HOPE, Hispanas Organized for
6  Political Equality.
7       At HOPE our mission is to advance
8  political and economic parity for Latinas to the
9  benefit of all communities.  We believe that
10 every person deserves fair representation and an
11 equal voice in shaping the decisions that affect
12 our lives.
13      Redistricting is a critical part of
14 achieving that vision.  It determines how our
15 communities are represented at every level of
16 government.  It's one of HOPE's -- one of our
17 foundations of HOPE's broader civic engagement
18 work, ensuring Latinas and all Californians have
19 equitable access to political power.
20      While HOPE is a nonpartisan organization,
21 we recognize that redistricting has become an
22 increasingly partisan and at times contentious
23 issue.  Across the country gerrymandering has
24 threatened fair representation, making it more
25 urgent now than ever for us to stay informed.

Page 2

---

1  Maria Morales, HOPE's statewide policy director,
2  who will guide us through today's conversation
3  and introduce our distinguished guests, our first
4  distinguished guest, Sonja Diaz.
5       Thank you, Maria.
6       MS. MORALES:  Thank you, Helen.
7       And hi, everyone.  Thank you so much for
8  joining us today.
9       I am excited to welcome to the virtual
10 stage Sonja Diaz to kick off our conversation.
11 Sonja Diaz is a civil rights attorney and policy
12 adviser, renowned for her pioneering work in
13 advancing equitable representation and
14 opportunities for Latinas.
15      As a cofounder of the Latina Futures 2050
16 Lab, she champions the vision where Latinas have
17 equal access to leadership roles, contributing to
18 a thriving society for all.
19      And prior to her groundbreaking work with
20 the Latinas Futures Lab, Sonja cofounded and
21 directed the UCLA Latina Policy and Politics
22 Institute, which is the first comprehensive think
23 tank within the University of California system
24 dedicated to addressing the policies of the
25 nation's second largest racial and ethnic group.

Page 4

---



1  might use PDI.
2        But my other hat is that I'm the owner of
3  Redistricting Partners.  We're a redistricting
4  firm that's done over a hundred local
5  redistrictings, all nonpartisan.  We've done
6  nonpartisan redistricting with a number of
7  commissions, from Los Angeles to New York City to
8  New York state's redistricting, where we've
9  worked twice in New York state.
10        We've even helped stand up independent
11 redistricting commissions, like where we advised
12 the Ethics Commission in New Mexico on the
13 creation of their first Independent Redistricting
14 Commission.  So I've been very tied to
15 nonpartisan and commission-based redistricting, a
16 real fan of it for a long time.
17        And when this first -- when I was first
18 approached about this, it wasn't even at first
19 like, well, how would I draw the maps?  My first
20 reaction was like, there's no way that we can do
21 this.  Voters love the Commission.  And I support
22 the Commission's work.  And why would voters give
23 the Legislature the authority to redraw lines?
24        And so a lot changed after Texas did what
25 they did to, you know, redo their maps responding
                                              Page 21

1  to President Trump.  And the idea of this as
2  being a counterbalance to what Texas was doing
3  became a core kind of idea of this project.  And
4  then a commitment that it goes back to the
5  Commission afterwards.  That all of this is
6  temporary.  So even before I started looking at
7  potential maps, that was what I was thinking
8  about.
9        Now, when I was first talked to by folks,
10 I won't call out any names of elected officials,
11 but I did have some elected officials call me and
12 say, well, if Texas is going to throw away the
13 VRA, we should just throw away the VRA.  You
14 should just draw anything you can.  Don't worry
15 about the VRA.
16        And I would be like, okay, thanks for
17 calling.  But there was no way that I was going
18 to do that.  Folks who work with me understand
19 that.  And also, I just felt like that was going
20 to be the wrong strategy.
21        So the first real thing I took at -- to
22 answer your question, how did we start
23 approaching drawing maps, it was by utilizing the
24 State Fair Maps Act criteria and the
25 Redistricting Commission's criteria and the
                                              Page 22

1  Redistricting Commission's actual maps.
2        So one of my first rules of the process
3  was that we would follow the Commission process
4  and have a lot of respect for the Commission work
5  product.
6        We would also preserve communities of
7  interest.  And I have worked, like I said, in so
8  many parts of this state, and my staff, that all
9  kind of came back on a volunteer basis to work on
10 this, had all worked in so many places that we
11 knew where those communities of interest were.
12 We've been active in the state redistricting
13 process.
14        And following the Voting Rights Act was
15 very important.  Even though, as of today,
16 there's a Supreme Court hearing to potentially
17 dismantle it, we still were holding to it.
18        Now, when we really knew that this was
19 real, I sent a text to my little chat of all my
20 Redistricting Partners staff.  And I said, guys,
21 this might happen.  Who can get on -- we call it
22 the box.  Who can get on the box and start
23 drawing?  And this is what I want to draw.
24        And I started listing out this concept of
25 drawing a replacement Latino majority/minority
                                              Page 23

1  district in the middle of Los Angeles.  That was
2  the number one thing that I first started
3  thinking about because it was something that I
4  worked with HOPE on in the last redistricting
5  process.
6        I'm going to read for a second -- I hate
7  doing this on a presentation, but I'm going to
8  read from a HOPE letter from November 24th, 2021,
9  where it said, HOPE is concerned about the
10 elimination of a majority/minority Latino
11 district within the area of Los Angeles gateway
12 cities.
13        The seat, which is called by the LA Times
14 the most Latino district in the country,
15 disappeared off the map despite the growing
16 Latino population throughout the state.
17        And that letter on page 2 illustrated what
18 HOPE wanted to see done in a coalition with a lot
19 of other partners in Los Angeles.  And it said,
20 number one, create a gateway cities district
21 centered around Downey, as described in the
22 analysis, allowing for the creation of five
23 Latino majority/minority districts in an area
24 where there are currently four.
25        Secondly, take the district that was
                                              Page 24



1  called LB North, which is now the Robert Garcia
2  district, take that district to the south through
3  Seal Beach into Huntington Beach, making a
4  Latino-influenced district at 35 percent Latino
5  by voting age population.
6      That two bullet points was the first thing
7  we did in drawing the new map.  We essentially
8  reversed the Redistricting Commission's decision
9  to eliminate a Latino district from LA, the old
10  Ed Roybal district, Lucille Roybal-Allard
11  district, the first Latino majority/minority
12  district in the country, the first Latino member
13  of Congress in the country.
14      We put that district back.  Eliminated
15  the -- basically moving the 41st over there and
16  eliminating the Ken Calvert district in
17  Riverside, and then moving the districts around
18  in order to fill in.
19      Now, did that just come up in our head
20  like, hey, it's 2025, let's draw this?  No.  We
21  went back to maps the Commission was considering.
22  We went back to proposals from HOPE, Equality
23  California, a number of groups that were trying
24  to advocate for these changes in the end of the
25  last redistricting process.

Page 25

1      So what we did, which you could only do in
2  California, was we took the Commission map.  We
3  kept about 80 percent of it the same, but in
4  certain areas we made small, modest changes in
5  order to create a push back to what Texas was
6  doing, an opportunity for Democrats to pick up
7  five seats, and to counterbalance the five
8  Republican seats in Texas.
9      And in doing so, we were able to keep a
10  large number of communities of interest together.
11  We were able to reduce the numbers of cities that
12  were split.  We were able to protect the Voting
13  Rights Act.
14      The Voting Rights Act analysis that we got
15  back said -- and, again, I'll read -- while both
16  the Commission map and the draft map are
17  compliant with Section 2, the empirical evidence
18  shows that the public submission map, which is
19  the Prop. 50 map, improves the opportunity for
20  Latino voters to elect candidates of choice in
21  two more districts than the existing plan.
22      And then PPIC just put out an analysis
23  last week that said that our plan maintained the
24  status quo in terms of the Voting Rights Act and
25  added one more Latino-influenced district.

Page 26

1      So there's a good story to tell about what
2  these maps have done, and that how we did it
3  really was building off of the Commission work
4  product, keeping the same values that the
5  Commission and Californians have, doing modest
6  changes, and, you know, doing the minimum we had
7  to in order to achieve the political goal while
8  protecting communities of interest.
9      MS. TORRES:  Thank you, Paul.
10      It's always good to hear my words being
11  read back to me --
12      MR. MITCHELL:  Sorry.
13      MS. TORRES:  -- from the flood of ideas
14  that --
15      MR. MITCHELL:  I didn't warn you I was
16  doing that, so anybody knows that was not
17  planned.
18      MS. TORRES:  That's okay.
19      MR. MITCHELL:  She did not know I was
20  going to do that.
21      MS. TORRES:  But I think you made your
22  point that the crafting of these maps, Prop. 50
23  maps, it wasn't just, you know, you and a couple
24  bad scientists coming together.  It's really
25  truly individuals that are -- and building on the

Page 27

1  current maps that are out there.
2      And, you know, there is no denying it.
3  You mentioned that two great sources, especially
4  PPIC, that, you know, is calling out that this
5  will potentially create a Latino -- an additional
6  Latino seat, or replace -- or bring back the
7  Latino seat that we lost in the past.
8      With that, and trying as much as we can to
9  keep it nonpartisan, from your perspective, what
10  should Latino voters pay the most attention to
11  when it comes to this -- to these Prop. 50 maps?
12      MR. MITCHELL:  Well, I think that when we
13  get into 2026 election cycle, and presuming these
14  maps pass, I think it's about organizing.  There
15  will be different districts in LA in particular.
16  So every district -- because there's this
17  replacement of the Roybal-Allard district in the
18  middle of the gateway cities portion of LA, that
19  essentially moved a bunch of districts going
20  through San Gabriel Valley, through the Inland
21  Empire, where those members of Congress had to
22  look at a map and say, wait, that's not my
23  district.  My district got changed significantly.
24      So you're going to have a lot of members
25  of Congress that are going to be running in new

Page 28



1   areas.  And then in particularly the Robert
2   Garcia district that's going to now be Long
3   Beach, goes down into Huntington Beach, which has
4   been pretty antagonistic towards Democrats,
5   somewhat antagonistic towards minority groups,
6   and vehemently antagonistic against the LGBTQ
7   community.
8         And so you've got some places where he
9   needs to get support and get engaged folks to
10  support and do turnout there for Latinos to
11  protect a Latino member of Congress in a district
12  that is still a Latino-influenced district, but
13  is no longer a majority/minority district because
14  his district, most Latino portions go into the
15  replacement Roybal-Allard district.  So that's
16  one big thing.
17        The other big things are the big things we
18  always talk about, which is trying to get Latinos
19  to vote earlier so that they're not scrambling to
20  try to get them out to the polls on election day.
21        Looking right now just at the Prop. 21
22  [sic] vote, Latinos are 28 percent of the
23  registered voters, but only about 13 percent of
24  the votes that have come in so far.  So getting
25  Latinos to vote earlier.

                                          Page 29

1         Getting Latinos to, you know, make best
2   use of all the methods of voting, whether it's by
3   mail, drop box, or in person at a vote center,
4   and just really kind of focusing on that
5   engagement.
6         The Prop. 50 maps I think will be great
7   for the Latino community in two critical ways.
8   One is that they ensure that the Latino districts
9   that are the VRA seats are bolstered in order to
10  make them most effective, particularly in the
11  Central Valley.
12        And then, secondly, have to hazard a
13  guess, and I don't want to be too political or
14  partisan here, but I have to hazard a guess that
15  whoever gets elected in that gateway cities
16  district in Los Angeles, it's a majority/minority
17  district, is going to be a better representative
18  for the community than the representative being
19  elected from the Ken Calvert seat.
20        So I think there are opportunities
21  throughout the map where you might get somebody
22  better representing San Diego/Palm Springs area
23  in a new seat that is drawn under Prop. 50 than
24  you would under the existing Darrell Issa
25  district.

                                          Page 30

1         So I think there are opportunities there
2   in the substance of the maps and the outcomes of
3   the maps, and I think there's a lot of
4   opportunities in terms of kind of those VRA
5   concerns as well.
6         MS. TORRES:  So, Paul, you know, I know I
7   only have a couple more minutes with you, but I
8   wanted to come back to just clarify.
9         You mentioned Prop. 21, but I think you
10  were mentioning -- did you mean to mention
11  Prop. 50 and what the voting count looks like
12  now?  Because you're tracking that, right, how
13  much voters --
14        MR. MITCHELL:  Oh, I'm sorry.  Yeah.  I
15  don't know.
16        MS. TORRES:  Yeah.
17        MR. MITCHELL:  Maybe I misspoke.  Yeah.
18  So the Prop. 50 tracker, we have it up now, so
19  we're processing ballots that are -- the counties
20  are processing the ballots that are coming in.
21  And right now Latinos are 28 percent of the votes
22  that have been cast for Prop. 50.  And, you know,
23  they're 28 percent of registered voters, and only
24  about 13 percent of the votes that have been cast
25  so far.

                                          Page 31

1         So, yeah, if I said 21, it might just be
2   because I was thinking about the --
3         MS. TORRES:  So just so I'm clear.
4         MR. MITCHELL:  Yeah.  Yeah.
5         MS. TORRES:  Latinos make up 28 percent of
6   the voting population in California, and about --
7   we're tracking at 13, 16 percent of ballots --
8         MR. MITCHELL:  Of the ballots that have
9   been returned.
10        MS. TORRES:  And is that usually what you
11  see?  Because Latinos seem to vote later; is that
12  correct?
13        MR. MITCHELL:  So Latinos have
14  traditionally voted later.  Also, when we talk
15  about Latinos on the voter file, we're talking
16  about younger voters.  Because your average
17  Latino on the voter file is a lot younger than
18  the average White voter, as an example.
19        So in addition to Latinos voting more on
20  election day, you also have younger people less
21  responsive to their mail.  They're not checking
22  their mail every day and mailing their ballot
23  back right away.
24        So those are things that can be worked on
25  in order to bring a fuller turnout from all these

                                          Page 32



# EXHIBIT 3

**Paul Mitchell** ✔
@paulmitche11

If you're keeping track at home....

👏 "proposed Proposition 50 map will further increase Latino voting power over the current Commission map"Cal Poly Pomona / CalTech
cpp.edu/class/politica...

👏 "proposed map likely will increase Asian American voting power" UCLA AAPI Policy Initiative aasc.ucla.edu/resources/poli...

👏 "the proposed plan matches the current one almost exactly: it adds one more Latino influence district but otherwise replicates the status quo." PPIC ppic.org/blog/how-would...



II  GIF  ALT

12:45 PM · Oct 23, 2025 · **3,062** Views

 3         13         35         2        

# EXHIBIT 4

CERTIFIED
TRANSCRIPT

STATE OF CALIFORNIA ASSEMBLY


ELECTIONS COMMITTEE MEETING


AUGUST 19, 2025


TRANSCRIBED BY:  MARY ANN SCANLAN, CSR



SCANLAN STONE
REPORTERS

Certified Shorthand Reporters
P.O. Box 330366, San Francisco, CA 94133
o / 415.834.1114   f / 415.399.9266
e / info@scanlanstone.com   w / scanlanstone.com

---

1    Tangipa.
2         VICE CHAIR MACEDO:  Madam Chair, motion
3    to adjourn.
4         UNIDENTIFIABLE SPEAKER:  Second that.
5         VICE CHAIR MACEDO:  I'm asking for the
6    same amount of time to prepare for this that my
7    Democrat colleagues did.
8         CHAIR PELLERIN:  Just give me one second
9    here, please.
10        The motion to adjourn is not debatable
11   and it will take a majority of those present in
12   voting.
13        Madam Secretary, please call the roll.
14        COMMITTEE SECRETARY:  Pellerin?
15        CHAIR PELLERIN:  No.
16        COMMITTEE SECRETARY:  Pellerin, no.
17        Macedo?
18        VICE CHAIR MACEDO:  Aye.
19        COMMITTEE SECRETARY:  Macedo, aye.
20        Bennett?
21        Berman?
22        ASSEMBLY MEMBER BERMAN:  No.
23        COMMITTEE SECRETARY:  Berman, no.
24        Solache?
25        ASSEMBLY MEMBER SOLACHE:  No.

Page 3

---

1         CHAIR PELLERIN:  Good morning.  I'd like
2    to call the August 19th, 2025 hearing of the
3    Assembly Election Committee to order.
4         Before we proceed, let's call the roll
5    and establish the quorum.  Madam Secretary.
6         COMMITTEE SECRETARY:  Pellerin?
7         CHAIR PELLERIN:  Here.
8         COMMITTEE SECRETARY:  Pellerin here.
9         Macedo?
10        VICE CHAIR MACEDO:  Here.
11        COMMITTEE SECRETARY:  Macedo here.
12        Bennett?
13        Berman?
14        ASSEMBLY MEMBER BERMAN:  Here.
15        COMMITTEE SECRETARY:  Berman here.
16        Solache:
17        ASSEMBLY MEMBER SOLACHE:  Present.
18        COMMITTEE SECRETARY:  Solache here.
19        Stefani?
20        ASSEMBLY MEMBER STEFANI:  Here.
21        COMMITTEE SECRETARY:  Stefani here.
22        Tangipa?
23        CHAIR PELLERIN:  He was here.
24        We have a quorum.  Wonderful.
25        I'd like to welcome -- oh, there's

Page 2

---

1         COMMITTEE SECRETARY:  Solache, no.
2         Stefani?
3         ASSEMBLY MEMBER STEFANI:  No.
4         COMMITTEE SECRETARY:  Stefani, no.
5         Tangipa?
6         ASSEMBLY MEMBER TANGIPA:  Aye.
7         COMMITTEE SECRETARY:  Tangipa, aye.
8         CHAIR PELLERIN:  The motion fails.
9         Now let me begin.  I'd like to welcome
10   everyone who is here in the hearing room today
11   and who's watching the hearing online.
12        For the purpose of this hearing, we are
13   accepting witness testimony in person and we are
14   also accepting written testimony through the
15   Legislature's position letter portal, or through
16   the Committee's redistricting public comment
17   portal.
18        Both of these portals can be accessed
19   through the Committee's website at
20   aelc.assembly.ca.gov.
21        Today's hearing is going to be a little
22   different than the typical Assembly Elections
23   Committee bill hearing, so I want to set the
24   stage for what to expect.
25        The Committee is hearing two measures

Page 4

---

1        ASSEMBLY MEMBER BERMAN:  I bet.  Those
2  are longer than this one.
3        ASSEMBLY MEMBER TANGIPA:  It is.
4        ASSEMBLY MEMBER BERMAN:  Yeah.
5        ASSEMBLY MEMBER TANGIPA:  So, you know,
6  I'm just -- since they're attached to each
7  other --
8        ASSEMBLY MEMBER BERMAN:  Yeah.
9        ASSEMBLY MEMBER TANGIPA:  -- they cannot
10  pass without the other one not passing.  I really
11  do think the merits of one or the other are very
12  important to that.
13        ASSEMBLY MEMBER BERMAN:  Uh-huh.
14        ASSEMBLY MEMBER TANGIPA:  And so is it
15  possible that these maps are struck down in
16  court, and we're about to spend hundreds of
17  millions of dollars because of the way that we've
18  done this with such urgency?
19        ASSEMBLY MEMBER BERMAN:  I'm not prepared
20  to predict what the courts might do.
21        ASSEMBLY MEMBER BENNETT:  Point of order.
22  Point of order.
23        CHAIR PELLERIN:  Okay.  Yes.
                                              Page 117

1        ASSEMBLY MEMBER BENNETT:  Could I make a
2  motion that every Member's time speaking here is
3  limited to 25 minutes?
4             (Pause on the record.)
5        CHAIR PELLERIN:  I'm trying to provide
6  opportunity for people to speak to the measures
7  and ask the questions that they have.
8        I know this is a very fast-moving
9  process.  I've already explained the reason why
10  we are moving quickly on this issue.  And I don't
11  want people to be abusing this opportunity to ask
12  pertinent questions related to the bills.
13        So give me one second here.
14             (Pause on the record.)
15        CHAIR PELLERIN:  So I believe the
16  questions you've asked so far have been answered.
17  Do you have additional questions?
18        ASSEMBLY MEMBER TANGIPA:  Yes, ma'am.
19        CHAIR PELLERIN:  You may go ahead and ask
20  another one.
21        ASSEMBLY MEMBER TANGIPA:  Thank you.
22        Is there a work into the bill with the
23  fiscal cost of legal challenges?
24        ASSEMBLY MEMBER BERMAN:  I'm sorry, say
25  that one more time.
                                              Page 118

1        ASSEMBLY MEMBER TANGIPA:  Is there a work
2  into the bill for legal challenges that are --
3  that I presume are going to show up left and
4  right?
5        ASSEMBLY MEMBER BERMAN:  Is there work in
6  the bill?
7        ASSEMBLY MEMBER TANGIPA:  Is there a --
8  when lawsuits --
9        ASSEMBLY MEMBER BERMAN:  Happen.
10        ASSEMBLY MEMBER TANGIPA:  -- happen --
11        ASSEMBLY MEMBER BERMAN:  Yeah.
12        ASSEMBLY MEMBER TANGIPA:  -- do we
13  have -- are we prepared for that with this ACA?
14        ASSEMBLY MEMBER BERMAN:  We have a very
15  robust Department of Justice that is prepared to
16  defend new laws that are passed by the
17  Legislature, yes.
18        ASSEMBLY MEMBER TANGIPA:  The way that
19  the districts are drawn, you know, it really
20  worries me that it makes it possible for us to
21  not just spend the $300 million to get this onto
22  the ballot, but then to open up our communities
23  and the State of California into more litigation.
                                              Page 119

1        So when the lawsuits happen at the local
2  county level as well, because they're split up,
3  who's going to pay for that?
4        ASSEMBLY MEMBER BERMAN:  Well, actually,
5  a big distinction between these maps that were
6  drawn in California and the maps that are
7  currently being passed by the State of Texas, for
8  example, are California's maps strictly abide by
9  the Federal Voting Rights Act, which the Texas
10  maps don't.
11        And so we've actually put ourselves in a
12  very good position to defend the maps that have
13  been drawn because the Voting Rights Act and the
14  principles of the Voting Rights Act were taken
15  into very high consideration when those maps were
16  drawn.
17        ASSEMBLY MEMBER TANGIPA:  Well, that's
18  interesting.  The statement that you made is that
19  Texas did not follow that.
20        ASSEMBLY MEMBER BERMAN:  Correct.
21        ASSEMBLY MEMBER TANGIPA:  Okay.
22        ASSEMBLY MEMBER BERMAN:  It's bad.
23        ASSEMBLY MEMBER TANGIPA:  So does that
24  mean that Texas has to redraw?
                                              Page 120

# EXHIBIT 5

STATE OF CALIFORNIA ASSEMBLY

STANDING APPROPRIATIONS COMMITTEE

AUGUST 2025

TRANSCRIBED BY: MARY ANN SCANLAN, CSR



SCANLAN STONE
REPORTERS
Certified Shorthand Reporters
P.O. Box 330366, San Francisco, CA 94133
o / 415.834.1114   f / 415.399.9266
e / info@scanlanstone.com   w / scanlanstone.com

---

1  allowed five minutes of questions of witnesses
2  only, and I will be timing that.
3      As you came into the hearing room today,
4  the sergeants directed your attention to the
5  rules for public attendance and participation
6  which were posted outside the door.  I encourage
7  members of the public who are in attendance to
8  observe those rules and follow them.
9      Please be aware that violation of these
10 rules are violations of general courtesy or
11 decorum and may subject you to removal or
12 enforcement processes.  And I will say it is our
13 expectation that everyone acts like adults in
14 this Committee.  Thank you.
15     With that, I'd like to establish a quorum,
16 if one is present.  Please call the roll.
17     THE CLERK:  Wicks?
18     CHAIR WICKS:  Here.
19     THE CLERK:  Wicks present.
20     Sanchez?
21     Arambula?
22     Calderon?
23     ASSEMBLY MEMBER CALDERON:  (Inaudible.)
24     THE CLERK:  Calderon present.
25     Caloza?

---

1      CHAIR WICKS:  Good morning.  Welcome to
2  the August 2025 Assembly Appropriations Hearing
3  Committee.  We have 274 bills to consider this
4  morning as part of our regular order hearing.
5      I encourage the public to write written
6  testimony before the hearing by visiting the
7  Committee website at apro.assembly.ca.gov.
8      Please note that any written testimony
9  submitted to the Committee is considered public
10 comment and may be read into the record or
11 reprinted.
12     The hearing room is open for attendance.
13 All are encouraged to watch the hearing room from
14 its livestream on the Assembly website.
15     We will accept public comment on any bill
16 placed on the suspense file by the Committee
17 today and for which the author waived
18 presentation before the close of the regular
19 order hearing.
20     Testimony on any such bill will be limited
21 to the statement of name, organization, if any,
22 and position on the bill.
23     The Committee will allow no more than 40
24 minutes of testimony in total.
25     And for each bill, each member will be

---

1  ASSEMBLY MEMBER CALOZA:  Here.
2  THE CLERK:  Caloza present.
3  Dixon?
4  ASSEMBLY MEMBER DIXON:  (Inaudible.)
5  THE CLERK:  Dixon present.
6  Elhawary?
7  Fong?
8  ASSEMBLY MEMBER FONG:  Here.
9  THE CLERK:  Fong present.
10 Mark Gonzalez?
11 ASSEMBLY MEMBER GONZALEZ:  Here.
12 THE CLERK:  Mark Gonzalez present.
13 Hart?
14 Pacheco?
15 Pellerin?
16 ASSEMBLY MEMBER PELLERIN:  (Inaudible.)
17 THE CLERK:  Pellerin present.
18 Solache?
19 ASSEMBLY MEMBER SOLACHE:  Present.
20 THE CLERK:  Solache present.
21 Ta?
22 ASSEMBLY MEMBER TA:  (Inaudible.)
23 THE CLERK:  Ta present.
24 Tangipa?
25 Jeff Gonzalez?

1    ASSEMBLY MEMBER GONZALEZ:  (Inaudible.)
2    THE CLERK:  Jeff Gonzalez present.
3    CHAIR WICKS:  Thank you.  We have a
4  quorum.
5    First we would like to hear from Mr. Isaac
6  Bryan, who is going to be presenting ACA 8.  You
7  are up.
8    We have a motion and a second.
9    And you can begin when you're ready.
10    ASSEMBLY MEMBER BRYAN:  Thank you, Madam
11  Chair and Colleagues.  I'm here to present ACA 8
12  on behalf of Speaker Robert Rivas, Pro Tem
13  McGuire, and over a dozen of us who are
14  co-authors in this effort to protect democracy.
15    We're living through an unprecedented
16  moment in American history where our democracy
17  faces daily attacks from the White House and from
18  this administration.
19    This constitutional amendment, along with
20  the two companion bills, are a measured and
21  thoughtful response to the power grab that is
22  happening out of Washington, D.C.  A power grab
23  that seeks to further erase the rights of
24  40 million Californians who are counting on us.
25    To be clear, this is not a fight that we
                                              Page 5

1  sought out, but this is a fight that we are
2  prepared to fight and prepared to win.
3    ACA 8 exists because Trump and the
4  Republican-controlled Texas Legislature and other
5  states, like Indiana and Florida, are attempting
6  to redraw congressional districts in the middle
7  of a decade, pre census, with the explicit aim of
8  diluting Black and Brown representation and
9  power, and tilting next year's congressional
10  elections in favor of the authoritarian in the
11  White House.
12    Their maps are not about fair
13  representation.  Their maps are about retaining
14  power at any cost without accountability, without
15  transparency, without the voters of those states
16  getting their say.
17    They want to retain control in Congress at
18  any cost to continue their goals, to protect the
19  wealthy, the President and his corrupt
20  companions, while gutting the liberties of
21  everyday people, working people and struggling
22  families, especially here in California.  We
23  deserve better.  Californians deserve better.
24  The American people deserve better.
25    ACA 8, also known as the Election Rig
                                              Page 6

1  Response Act, is our defense against Trump's
2  unprecedented power grab.  It would implement the
3  temporary use of the maps outlined in AB 604 if,
4  and only if, the people of California approve it.
5  The people of California will get the final say.
6    If ACA 8 and the companion bills in the
7  Legislature are passed on a special election on
8  November 4th, those district boundaries will be
9  used.  That's the main difference, by the way,
10  here in California.
11    So here in California, unlike Texas and
12  some of these Republican-led states, we respect
13  the people.  We respect the voters.  And we
14  believe that they have the autonomy and authority
15  to make major decisions like this that have
16  national consequences.
17    These maps will be used through the 2030
18  congressional term only and -- only if Texas and
19  other states enact their partisan gerrymandering,
20  their power grab of their own congressional
21  districts at the behest of the President.  We
22  will stand down if they stand down.  But if they
23  step forward, we are ready to fight fire with
24  fire.
25    The trigger provision in ACA 8 is
                                              Page 7

1  carefully crafted to ensure that a mid-decade
2  redistricting required by a federal court order
3  doesn't result in California changing its map.
4  This is only in response to an authoritarian
5  power grab.
6    I'm joined by two incredible witnesses,
7  Jodi Hicks, who is the CEO of Planned Parenthood,
8  and Pastor Trena Turner, one of the current
9  Commissioners of the 2020 independent California
10  Citizens Redistricting Commission.
11    CHAIR WICKS:  Thank you.
12    And each witness on both sides will have
13  two minutes each, both for opposition and
14  supporter.  So four minutes total on each side
15  for our main witnesses.
16    You can begin when you're ready.
17    MS. HICKS:  Thank you.  Thank you, Madam
18  Chair and Members.
19    I am Jodi Hicks, the CEO and President of
20  Planned Parenthood, Affiliates of California.
21  I'm here to represent all seven affiliates and
22  over a hundred health centers throughout the
23  state of California.
24    And I'm here in strong support of ACA 8
25  and California's response to Texas or any state
                                              Page 8

# EXHIBIT 6

10/27/25, 1:18 PM    Legislative Democrats Announce Plan Empowering Voters to Protect California | Speaker of the Assembly Robert Rivas

Case 2:25-cv-10616-JLS-WLH-KKL    Document 16-3    Filed 11/07/25    Page 25 of 57
Page ID #:149

# Legislative Democrats Announce Plan Empowering Voters to Protect California

## Trump and Republicans sparked a national crisis. And California is fighting back.

**FOR IMMEDIATE RELEASE:**

*Friday, August 15, 2025*

Nick Miller

Communications Director

916-319-2029

Nick.Miller@asm.ca.gov

SACRAMENTO - Today, Democrats in the California State Legislature announced new legislation to call a special election in November, empowering voters to protect our state's economy and democracy, and fighting back against reckless attacks by Trump and Republicans.

The legislation includes a state constitutional amendment to set a special election on November 4. It also makes public, for all voters to see and review, new proposed Congressional maps for California.

Voters will have the final say on the maps when they cast their ballots.

The proposed maps are now publicly available on the Assembly Elections Committee website.

Californians also can provide input on the map via a public portal on the same website, which already has received more than 3,000 public comments since its launch on Wednesday.

### Democrats Empower Voters, Protect People and Communities,  Promote Transparency

Republican redistricting efforts in Texas and other states are dividing communities, undermining voter freedom — and their maps are drawn without letting the people decide.

In California, lawmakers in the Assembly and Senate pushed for key provisions in the legislation to ensure fidelity to independent commissions, protections for the Voting Rights Act and preservation of California cities and communities:

- **California will keep the Independent Citizens Redistricting Commission**. The Legislature's plan makes sure the Commission maintains its full scope of work and authority after the 2030 Census and beyond, redrawing California's Congressional, state legislative and Board of Equalization lines every 10 years.
- **California only acts if Republicans try to rig the vote.** The legislation includes a trigger to ensure that maps will take effect only if other states effectuate partisan gerrymanders. Several Republican-controlled states, most notably Texas, are considering gerrymanders aimed to benefit their party. Unlike California, none are submitting those plans for voter approval.
- **Every state in the country should have independent redistricting**. The bills include provisions to express California's policy to support nonpartisan, independent redistricting nationwide and would call on Congress to initiate a federal constitutional amendment to require nonpartisan, independent redistricting nationwide.
- **Protecting the rights of *all* voters.** The new map retains the voting rights protections enacted by the independent commission.
- **Keeping cities and communities together**. The proposed Congressional map keeps more cities whole within a single district than the most recent map enacted by the commission.

### What Assembly Speaker Robert Rivas Says

"Trump sparked this national crisis when he called Texas to rig the election. California is fighting back. Democrats are empowering voters to protect working families and our democracy — with the most transparent process in the nation. Voters will see the maps and have the final say. The stakes couldn't be higher, but I'm confident we'll defeat this assault on our democracy and end Trump's attacks on California."

10/27/25, 1:18 PM
Legislative Democrats Announce Plan Empowering Voters to Protect California | Speaker of the Assembly Robert Rivas

Case 2:25-cv-10616-JLS-WLH-KKL    Document 16-3    Filed 11/07/25    Page 26 of 57
Page ID #:150

### What Senate President Pro Tem Mike McGuire Says

"This is about more than drawing lines on a map, it's about drawing a line in the sand to stop Texas and Trump from rigging the election. This is about protecting the people of the Golden State, our Democracy and making sure voters have a say. Access to health care matters. Reproductive rights and Planned Parenthood matters. Making life more affordable matters. So does keeping tariffs from killing California jobs. These are the stakes, this is what we will be voting on this week in the Legislature, and what the people of California will vote on in November."

### Overview of the Legislation

The Legislature will consider three measures in order to call and facilitate the special election:

- A constitutional amendment which authorizes the replacement of the existing Congressional map
- A statute which contains the new proposed Congressional map for voter approval
- A statute to call the special election, appropriate funding for election administration, and make conforming changes to election calendars.

### How Trump and Republicans Continue to Harm California's Families, Workers and Businesses

- Trump's tariffs are making family essentials and basic household items more expensive.
- Trump's budget slashes billions of dollars in funding for social services, threatening access to health care and food for millions of Californians.
- Trump's immigration raids are damaging California's economy as they terrorize our communities.
- Trump is arbitrarily and capriciously cutting off grant funding for California's research universities, along with K-12 funds, punishing California students and stalling resources for afterschool programs and teacher training.
- Trump and the federal government are playing politics with California's requests for relief following the devastating January fires in Los Angeles.

### Timeline of Anticipated Legislative Action

**Monday, August 18:** Legislation into print in Assembly and Senate

**Tuesday, August 19:** Assembly and Senate Elections Committees hear legislation

**Wednesday, August 20:** Assembly Appropriations Committees hears legislation

**Thursday, August 21:** Anticipated floor votes in both Assembly and Senate

### Search

| | |
|---|---|
| | Search |

| Do you live in the 29th District? |
|---|

| Contact Me |
|---|

| Meeting Requests |
|---|

## Connect with Us:

10/27/25, 1:18 PM     Legislative Democrats Announce Plan Empowering Voters to Protect California | Speaker of the Assembly Robert Rivas

Case 2:25-cv-10616-JLS-WLH-KKL     Document 16-3     Filed 11/07/25     Page 27 of 57 Page ID #:151




**Capitol Office:**

State Capitol

P.O. Box 942849

Sacramento, CA 94249-0029

Tel: (916) 319-2029

Fax: (916) 319-2129

**District Office:**

60 W. Market Street, Suite 110

Salinas, CA 93901

Tel: (831) 759-8676

Fax: (831) 759-2961

Privacy and Conditions of Use | Accessibility | General Disclaimer | © 2025 California State Assembly Democratic Caucus

# EXHIBIT 7

10/27/25, 1:18 PM     California Assembly Democrats Support Empowering Voters to Stop Trump's Power Grab | Speaker of the Assembly Robert Rivas

Case 2:25-cv-10616-JLS-WLH-KKL    Document 16-3    Filed 11/07/25    Page 29 of 57
Page ID #:153

# California Assembly Democrats Support Empowering Voters to Stop Trump's Power Grab

**As Trump and Republicans rig the vote in Texas and other states, California lawmakers are fighting back. Today, legislation to call a special election, giving Golden State voters the final say, passed the Senate and Assembly election committees.**

**FOR IMMEDIATE RELEASE:**
*Tuesday, August 19, 2025*

Nick Miller

Communications Director

916-319-2029

Nick.Miller@asm.ca.gov

**SACRAMENTO —** Today, legislation to empower voters to fight back against Trump's attacks on California passed the Senate and Assembly Elections committees.

Assembly Democrats have rallied around new legislation, which would set a special election on November 4 and give voters the final say on adopting new California Congressional maps.

The legislation also passed its first committee hearings on Tuesday with broad support, demonstrating a strong backing from Assembly Democrats as it advances through the process.

Republican-led redistricting schemes in Texas and other states are breaking apart communities and eroding public trust. GOP lawmakers are drawing maps behind closed doors, leaving voters out of the process entirely.

California is charting a different course. Assembly and Senate leaders' legislation upholds the independence of the redistricting commission, defends voting rights protections, and maintains the integrity of California's cities and neighborhoods.

- **California will keep the Independent Citizens Redistricting Commission**. The Legislature's plan makes sure the Commission maintains its full scope of work and authority after the 2030 Census and beyond, redrawing California's Congressional, state legislative and Board of Equalization lines every 10 years.
- **California only acts if Republicans try to rig the vote**. The legislation includes a trigger to ensure that maps will take effect only if other states effectuate partisan gerrymanders. Several Republican-controlled states, most notably Texas, are considering gerrymanders aimed to benefit their party. Unlike California, none are submitting those plans for voter approval.
- **Every state in the country should have independent redistricting**. The bills include provisions to express California's policy to support nonpartisan, independent redistricting nationwide and would call on Congress to initiate a federal constitutional amendment to require nonpartisan, independent redistricting nationwide.
- **Protecting the rights of *all* voters**. The new map retains the voting rights protections enacted by the independent commission, and retains both historic Black districts and Latino-majority districts.
- **Keeping cities and communities together**. The proposed Congressional map keeps more cities whole within a single district than the most recent map enacted by the commission.

### What Assembly Speaker Robert Rivas Says

"We believe in accountability. We believe in elections decided by voters, not bullies. We're putting the maps in front of the people first, and empowering voters to have the final say. Donald Trump will not decide the future of our democracy. The people will."

### What Majority Leader Cecilia Aguiar-Curry Says

10/27/25, 1:18 PM                                    California Assembly Democrats Support Empowering Voters to Stop Trump's Power Grab | Speaker of the Assembly Robert Rivas

Case 2:25-cv-10616-JLS-WLH-KKL    Document 16-3    Filed 11/07/25    Page 30 of 57
Page ID #:154

"AB 604 lays out new congressional districts only if voters pass ACA 8. Unlike the map proposed in Texas, the map in AB 604 respects California's constitutional requirement for maintaining communities of interest, with less break up of local jurisdictions. And, after the 2030 census, the independent California Citizens' Redistricting Commission will go back to drawing our congressional boundaries. With this bill we're seeking the public's input—because there's nothing more democratic than California voters deciding. So, if California voters approve this plan, the temporary maps only happen if DC Republicans and Republican-led states push through mid-decade partisan maps first. Their choice is to stand down, or support a fair system for every state. That's how this ends."

### What Assemblymember Isaac Bryan Says

"California has faced blow after blow from an authoritarian who is using his position in the White House to dismantle our democracy, line his pockets with taxpayer dollars, and shield himself from all accountability. Trump is now openly, shamelessly interfering with state elections to hold on to power. Here in California we will not let that happen without a fight. We will stand up for Democracy."

### What Former Elections Chair Assemblymember Marc Berman Says

"Donald Trump has unapologetically targeted California time and again over the past six months - targeting workers who power our economy, targeting California's best in the world UC system, targeting the healthcare systems that Californians rely on when they get sick. Realizing how unpopular these actions are, Trump and Republicans now want to rig our democracy to guarantee they remain in power. We did not choose this fight, we do not want this fight, but with our democracy on the line, California cannot run away from this fight. Enough is enough. Trump and Republicans still have the chance to back away from their un-American power grab. California's new maps will only go into effect if Republicans move forward with their reckless plans. As Californians, we do not bend the knee to those with authoritarian tendencies. If they don't back down, California will fight back – and we will win."

### What Vice Chair of the Latino Caucus Assemblymember Juan Carrillos Says

"The president created this emergency when he called Texas to ask the governor to change the rules and redraw the districts. His goal is to manipulate the elections. California will not stand by while they attack our democracy."

### Overview of the Legislation

The Legislature will consider three measures in order to call and facilitate the special election:

- ACA 8 (Rivas, McGuire), which authorizes the replacement of the existing Congressional map
- AB 604 (Aguiar-Curry), which contains the new proposed Congressional map for voter approval
- SB 280 (Cervantes, Pellerin) to call the special election, appropriate funding for election administration, and make conforming changes to election calendars.

### ###

*For more information, follow Speaker Robert Rivas at the following social media channels:*

*Instagram: @caspeakerrivas*

*Facebook: www.facebook.com/CASpeakerRivas/*

## Search

10/27/25, 1:18 PM
California Assembly Democrats Support Empowering Voters to Stop Trump's Power Grab | Speaker of the Assembly Robert Rivas

Case 2:25-cv-10616-JLS-WLH-KKL    Document 16-3    Filed 11/07/25    Page 31 of 57
Page ID #:155

Do you live in the 29th District?

Contact Me

Meeting Requests

**Connect with Us:**

 

**Capitol Office:**

State Capitol

P.O. Box 942849

Sacramento, CA 94249-0029

Tel: (916) 319-2029

Fax: (916) 319-2129

**District Office:**

60 W. Market Street, Suite 110

Salinas, CA 93901

Tel: (831) 759-8676

Fax: (831) 759-2961

Privacy and Conditions of Use | Accessibility | General Disclaimer | © 2025 California State Assembly Democratic Caucus

# EXHIBIT 8



**Mike McGuire**
CALIFORNIA STATE SENATOR | DISTRICT 02

# Empowering Voters To Protect California

**AUGUST 19, 2025**

**SACRAMENTO**—Today, Democrats in the California State Legislature announced new legislation to call a special election in November, empowering voters to protect our state's economy and democracy, and fighting back against reckless attacks by Trump and Republicans.

The legislation includes a state constitutional amendment to set a special election on November 4. It also makes public, for all voters to see and review, new proposed Congressional maps for California.

Voters will have the final say on the maps when they cast their ballots.

The proposed maps are now publicly available on the **Senate and Assembly Elections Committee websites.**

Californians also can provide input on the map **via a public portal** on the same website, which already has received more than 3,000 public comments since its launch on Wednesday.

Our Democratic Approach Empowers Voters, Protects People and Communities, and Promotes Transparency

Republican redistricting efforts in Texas and other states are dividing communities, undermining voter freedom — and their maps are drawn in secret without letting the people decide.

In California, lawmakers in the Assembly and Senate pushed for key provisions in the legislation to ensure fidelity to independent commissions, protections for the Voting Rights Act, and preservation of California cities and communities:

- **California will keep the Independent Citizens Redistricting Commission**. The Legislature's plan makes sure the Commission maintains its full scope of work and authority after the 2030 Census and beyond, redrawing California's Congressional, state legislative and Board of Equalization lines every 10 years.

Case 2:25-cv-10616-JLS-WLH-KKL  Document 16-3  Filed 11/07/25  Page 34 of 57
Page ID #:158


**Mike McGuire**
CALIFORNIA STATE SENATOR  |  DISTRICT 02

controlled states, most notably Texas, are considering gerrymanders aimed to benefit their party. Unlike California, none are submitting those plans for voter approval.

- **Every state in the country should have independent redistricting**. The bills include provisions to express California's policy to support nonpartisan, independent redistricting nationwide and would call on Congress to initiate a federal constitutional amendment to require nonpartisan, independent redistricting nationwide.
- **Protecting communities of color and historically marginalized voters**. The new map makes no changes to historic Black districts in Oakland and the Los Angeles area, and retains and expands Voting Rights Act districts that empower Latino voters to elect their candidates of choices.
- **Keeping cities and communities together.** The proposed Congressional map keeps more cities whole within a single district than the most recent map enacted by the commission.

<u>What Senate President Pro Tem Mike McGuire Says</u>

"This is about more than drawing lines on a map, it's about drawing a line in the sand to stop Texas and Trump from rigging the election. This is about protecting the people of the Golden State, our Democracy, and making sure voters have a say. Access to health care matters. Reproductive rights and Planned Parenthood matters. Making life more affordable matters. So does keeping tariffs from killing California jobs. These are the stakes, this is what we will be voting on this week in the Legislature, and what the people of California will vote on in November."

<u>What Assembly Speaker Robert Rivas Says</u>

"Trump sparked this national crisis when he called Texas to rig the election. California is fighting back. Democrats are empowering voters to protect working families and our democracy — with the most transparent process in the nation. Voters will see the maps and have the final say. The stakes couldn't be higher, but I'm confident we'll defeat this assault on our democracy and end Trump's attacks on California."



**Mike McGuire**
CALIFORNIA STATE SENATOR | DISTRICT 02

- A constitutional amendment which authorizes the replacement of the existing Congressional map
- A statute which contains the new proposed Congressional map for voter approval
- A statute to call the special election, appropriate funding for election administration, and make conforming changes to election calendars.

### How Trump and Republicans Continue to Harm California's Families, Workers and Businesses

- Trump's tariffs are making family essentials and basic household items more expensive.
- Trump's budget slashes billions of dollars in funding for social services, threatening access to health care and food for millions of Californians.
- Trump's immigration raids are damaging California's economy as they terrorize our communities.
- Trump is arbitrarily and capriciously cutting off grant funding for California's research universities, along with K-12 funds, punishing California students and stalling resources for afterschool programs and teacher training.
- Trump and the federal government are playing politics with California's requests for relief following the devastating January fires in Los Angeles.

### Timeline of Anticipated Legislative Action

**Monday, August 18**: Legislation into print in Assembly and Senate

**Tuesday, August 19**: Assembly and Senate Elections Committees hear legislation

**Wednesday, August 20**: Assembly Appropriations Committees hears legislation

**Thursday, August 21**: Anticipated floor votes in both Assembly and Senate



## Mike McGuire
CALIFORNIA STATE SENATOR | DISTRICT 02

· · · ·

*Mike McGuire is President pro Tempore of the California Senate. He represents the North Coast of California, which stretches from the Golden Gate Bridge to the Oregon border, including Del Norte, Trinity, Humboldt, Lake, Mendocino, Sonoma, and Marin Counties. Website of Senate Leader McGuire:* ***https://sd02.senate.ca.gov/***

# EXHIBIT 9

10/27/25, 1:19 PM                    Speaker Rivas Joins California, Texas Democrats to Fight Back Against Trump's Redistricting Power Grab | Speaker of the Assembly Robert Rivas

Case 2:25-cv-10616-JLS-WLH-KKL     Document 16-3     Filed 11/07/25     Page 38 of 57
Page ID #:162

# Speaker Rivas Joins California, Texas Democrats to Fight Back Against Trump's Redistricting Power Grab

### The Speaker said California voters will see the maps and make the ultimate decision — the most transparent process in the country

**FOR IMMEDIATE RELEASE:**

*Saturday, August 9, 2025*

Nick Miller
Communications Director
916-319-2029
Nick.Miller@asm.ca.gov

SACRAMENTO — As Donald Trump pushes to rig the rules of our democracy so Republicans can cling to power in Congress, Assembly Speaker Robert Rivas joined Speaker Emerita Nancy Pelosi, Governor Gavin Newsom, Congresswoman Zoe Lofgren, Senate President pro Tempore Mike McGuire, and Texas and California Democratic lawmakers to fight back against the unprecedented power grab.

"California Democrats will not allow Trump's Republican Party to rig the system and take permanent control of the U.S. House of Representatives," said **Speaker Robert Rivas (D-Salinas)**, "We are prepared and we will fight fire with fire. We will do whatever it takes to defend our democracy. We will do whatever it takes to protect the voices, the votes and the rights of every American."



Trump's attempt to cheat his way to Republican control of the House isn't just another redistricting fight — it's a brazen attack on representative government, and a threat to the people who lawmakers are sworn to protect.

Texas Democrats, who are taking action to block Republican efforts in their state, joined California leaders and lawmakers in downtown Sacramento and stood united in defending and empowering voters to resist and defend California.

10/27/25, 1:19 PM          Speaker Rivas Joins California, Texas Democrats to Fight Back Against Trump's Redistricting Power Grab| Speaker of the Assembly Robert Rivas

Case 2:25-cv-10616-JLS-WLH-KKL    Document 16-3    Filed 11/07/25    Page 39 of 57
Page ID #:163

"The President has paved over the Rose Garden, he has paved over freedom of speech, he has paved over freedom of education — the list goes on and on. Independent judiciary, rule of law—paved over. But we will not let him pave over free and fair elections in our country," **House Speaker Emerita Nancy Pelosi** said during Friday's press conference.

"Donald Trump is tipping the scales of justice toward injustice for us all — he realizes his agenda is so unpopular that he'd rather rig the next election and prevent voters from holding him accountable and provide a check on his deeply unpopular policies. California stands ready to flex its muscle to ensure the integrity of our democracy nationwide," **Governor Gavin Newsom** said.

"Today, we are at a flash point set in play by Donald Trump and Texas Republicans who see the writing on the wall that they'll lose the midterms — and they're trying to cheat to win," **Senate President pro Tempore Mike McGuire** said. "President Trump's cynical ploy to redraw congressional maps in Texas is rotten to its core. It is our sacred responsibility to defend our democracy and the people of the Golden State, so if Texas moves forward, we need to be prepared to do the same."

Members of the Assembly Democratic Caucus who attended Friday's event also echoed the Speaker's commitment to protecting California, democracy and working families, emphasizing the urgent need to confront Trump head-on.

"It's troubling that some people, including the president and national Republicans, think it's fine to mess with the system for political gain with mid-decade redistricting. Why? Because they know people don't support their agenda of gutting health care, killing programs that working people and the poor depend upon, separating immigrant families, and hurting American small businesses and consumers with reckless tariffs," said **Assembly Majority Leader Cecilia Aguiar-Curry (D-Winters)**. "Here in California, we believe in fair play and transparency, which is why we have independent redistricting to protect democracy. But, we can't roll over while Trump cheats."

"California will always defend the right to vote—and the will of the people. Voters made it clear: they want independent redistricting, not partisan power grabs. Unlike Texas, we won't silence that voice. We'll send this issue to the ballot box—where it belongs," **Assemblymember Anamarie Ávila Farías (D-Concord)** said.

"When an unprecedented power grab by the Trump administration threatens to destabilize the foundations of our Democracy, we can and must do everything necessary to stand in the way and fight for what is right. That is who we are in California," **Assemblymember Isaac Bryan (D-Los Angeles)** said.

"Redistricting should be about making sure every voice counts. President Trump and Texas Republicans are using it to drown out the voices they do not want to hear, especially communities of color and working families. Their manipulation of our democracy is wrong and we will not sit on the sidelines. We will call out the injustice, protect representation, and make sure our democracy reflects communities like mine," **Assemblymember Avelino Valencia (D-Anaheim)** said.

Speaker Rivas reinforced a commitment to California voters seeing all the maps and casting the ultimate decisions — the most transparent process in the country. Members also insisted on sustaining the independent commission.

The stakes could not be higher. This is an emergency. And California must fight back.

10/27/25, 1:19 PM
Speaker Rivas Joins California, Texas Democrats to Fight Back Against Trump's Redistricting Power Grab| Speaker of the Assembly Robert Rivas

Case 2:25-cv-10616-JLS-WLH-KKL    Document 16-3    Filed 11/07/25    Page 40 of 57
Page ID #:164



### ###

*For more information, follow Speaker Robert Rivas at the following social media channels:*

Instagram: **@CASpeakerRivas**

Facebook: **www.facebook.com/CASpeakerRivas/**

## Search

| Search |
|--------|

Do you live in the 29th District?

Contact Me

Meeting Requests

## Connect with Us:

10/27/25, 1:19 PM
Speaker Rivas Joins California, Texas Democrats to Fight Back Against Trump's Redistricting Power Grab | Speaker of the Assembly Robert Rivas

Case 2:25-cv-10616-JLS-WLH-KKL    Document 16-3    Filed 11/07/25    Page 41 of 57
Page ID #:165





**Capitol Office:**

State Capitol

P.O. Box 942849

Sacramento, CA 94249-0029

Tel: (916) 319-2029

Fax: (916) 319-2129

**District Office:**

60 W. Market Street, Suite 110

Salinas, CA 93901

Tel: (831) 759-8676

Fax: (831) 759-2961

Privacy and Conditions of Use | Accessibility | General Disclaimer | © 2025 California State Assembly Democratic Caucus

# EXHIBIT 10

Case 2:25-cv-10616-JLS-WLH-KKL   Document 16-3   Filed 11/07/25   Page 43 of 57
Page ID #:167

Member Directory | California Latino Legislature Caucus

About Us ⌄          Public Policy          Media Gallery & Events          Press Room          Resources          Contact Us



# CALIFORNIA LATINO LEGISLATIVE CAUCUS

---

# Member Directory

Below you will find the full roster of Latino Caucus membership with a link to each Member's official website.

## Leadership

**Lena Gonzalez,**
**Chair**

**Juan Carrillo,**
**Vice Chair**

**Liz Ortega,**
**Vice Chair**






Senate District 33

Assembly District 39

Assembly District 20



## How can we help?

🍎 Member Directory

🎓 Gubernatorial Appointments

📋 Sponsorship Requests

⚖ Find Your Legislator

📣 Contact Us

# Follow Us:

1/6

       

# Assembly Members

### Cecilia Aguiar-Curry



District 4



### David Alvarez



District 80



### Anamarie Avila Farias



District 15

### Joaquin Arambula

District 31

### Mia Bonta



District 18

 

### Lisa Calderon



District 56

 

### Sade Elhawary



District 57

🌐 ⓕ ⊡ 𝕏

### Robert Garcia



District 50

🌐 ⓕ ⊡ 𝕏

### Mark Gonzalez

District 54

🌐 ⓕ ⊡ 𝕏

### Blanca Pacheco



District 64

🌐 ⓕ ⊡ 𝕏

### Sharon Quirk-Silva



District 67

🌐 ⓕ ⊡ 𝕏

### James C. Ramos



District 45

🌐 ⓕ ⊡ 𝕏

### Robert Rivas

District 29

🌐 ⓕ ⊡ 𝕏

### Celeste Rodriguez



District 43

🌐 ⓕ ⊡ 𝕏

### Michelle Rodriguez



District 53

🌐 ⓕ ⊡ 𝕏

### Blanca E. Rubio

### Jose Luis Solache

### Esmeralda Soria



District 48



District 62



District 27

**Avelino Valencia**

**Rick Chavez Zbur**



District 68



District 51

## Senators

**Bob Archuleta**

**Jesse Arreguín**

**Anna Caballero**







Senate District 7

Senate District 14

Senate District 30

**Sabrina Cervantes**

**María Elena Durazo**

Case 2:25-cv-10616-JLS-WLH-KKL    Document 16-3    Filed 11/07/25    Page 47 of 57
Page ID #:171




### Melissa Hurtado



Senate District 31

Senate District 26

Senate District 16

### Monique Limón




Senate District 19

### Caroline Menjivar






Senate District 20

### Steve Padilla




Senate District 18

### Sasha Renée Pérez




Senate District 25

### Eloise Gómez Reyes





Senate District 29

### Susan Rubio





Senate District 22

# Auxiliary Members

### Ricardo Lara



Insurance
Commissioner



### Tony Thurmond



Superintendent of
Public Instruction



### Antonio Vazquez



Board of Equalization
Member



**Follow Us:**

   

California Latino Legislative Caucus, All Rights Reserved. © 2025 | Privacy and Conditions of Use

# EXHIBIT 11



# CLBC MEMBERS ▶



### Dr. Akilah Weber Pierson, M.D.

**Visit website**

Chair



### Isaac Bryan

**Visit website**

Vice Chair



### Mia Bonta

**Visit website**

Treasurer



### Dr. Corey Jackson

**Visit website**

Secretary



### Sade Elhaway

**Visit website**

Member



### Mike Gipson

**Visit website**

Member



### Tina McKinnor

**Visit website**

Member



### Rhodesia Ransom

**Visit website**

Member






**Laura Richardson**

**Visit website**

Member

**Dr. LaShae Sharp-Collins**

**Visit website**

Member

**Lola Smallwood-Cuevas**

**Visit website**

Member

**Lori D. Wilson**

**Visit website**





**Shirley Weber**

**Website**

Ex Officio

Member

**Malia Cohen**

**Website**

Ex Officio

Member

**Tony Thurmond**

**Website**

Ex Officio

Member

California Legislative Black Caucus, All Rights Reserved. © 2025

# EXHIBIT 12

⚠ REPORT ANTI-AAPI HATE CRIMES AND INCIDENTS

FOLLOW US: 🅕 Facebook | 📷 Ins



CALIFORNIA **Asian American & Pacific Islander** LEGISLATIVE CAUCUS

☰

## Members

## API Legislative Caucus Officers









| Assemblymember Mike Fong | Assemblymember Stephanie Nguyen | Senator Aisha Wahab | Assemblymember Alex Lee |
|---|---|---|---|
| API Legislative Caucus Chair | Assembly Vice Chair | Senate Vice Chair | Parliamentarian |
| 49th Assembly District | 10th Assembly District | 10th Senate District | 24th Assembly District |

## Members



Assemblymember
Dr. Jasmeet Bains

35th Assembly
District



Senator Christopher
Cabaldon

3rd Senate District



Assemblymember
Jessica Caloza

52nd Assembly
District



Assemblymember
John Harabedian

41st Assembly
District



Assemblymember
Ash Kalra

25th Assembly
District



Assemblymember Al
Muratsuchi

66th Assembly
District



Assemblymember
Darshana Patel

76th Assembly
District

# Office Information

**Office**
1020 N Street, Suite 370
Sacramento, CA 95814

**Sophia Kwong Kim**
Sophia.Kwong@asm.ca.gov

Asian American and Pacific Islander Legislative Caucus © 2025 | Privacy and Conditions of Use | Accessibility Statement

# EXHIBIT 13

(https://www.linkedin
.com/company/califo
rnia-hispanic-
legislative-caucus/)
(https://x.com/CAHis
pCaucus)
(https://www.instagr
am.com/cahispanicle
gislativecaucus/)

media@cahispaniccaucus.org(mailto:media@cahispaniccaucus.org)



(https://cahispaniccaucus.org)

Home | About Us | Our Members | News | Donate

En Español
(Https://Cahispaniccaucus.Org/En-Espanol/)

# Our Members



Co-Chair
**State Senator Suzette Valladares**

Official Website
(https://sr23.senate.ca.gov/)



Co-Chair
**Assemblywoman Kate Sanchez**

Official Website
(https://ad71.asmrc.org/)



Secretary
**Assemblyman Juan Alanis**

Official Website
(https://ad22.asmrc.org/)



**State Senator Marie Alvarado-Gil**

Official Website
(https://sr04.senate.ca.gov/)



**Assemblyman Jeff Gonzalez**

Official Website
(https://ad36.asmrc.org/)



**Assemblyman Josh Hoover**

Official Website
(https://ad07.asmrc.org/)



**Assemblywoman Alexandra Macedo**

Official Website
(https://ad22.asmrc.org/)

media@cahispaniccaucus.org(mailto:media@cahispaniccaucus.org)

# Honorary Members

(https://www.linkedin.com/company/california-hispanic-legislative-caucus/)
(https://x.com/CAHispCaucus)
(https://www.instagram.com/cahispaniclegislativecaucus/)







About Us    |    Our Members    |    News    |    Donate

En Español
(Https://cahispaniccaucus.Org/En-Espanol/)

(https://cahispaniccaucus.org)

1996 – 2002
**Assemblyman Rod Pacheco (ret.)**

1998 – 2004
**Assemblyman Bob Pacheco (ret.)**

1998 – 2002
**Assemblywoman Charlene Gonzales Zettel**





2002 – 2008
**Assemblywoman Bonnie Garcia (ret.)**

2012 – 2018
**Assemblyman Rocky Chavez (ret.)**

Home    About Us    Our Members    News    Donate

media@cahispaniccaucus.org(mailto:media@cahispaniccaucus.org)
En Español (https://cahispaniccaucus.org/en-espanol/)

(https://www.linkedin.com/company/california-hispanic-legislative-caucus/)
(https://x.com/CAHispCaucus)
(https://www.instagram.com/cahispaniclegislativecaucus/)