# EXHIBIT 14



Contact my Office

# Biography

Assemblymember James C. Ramos, a lifelong resident of the San Manuel Indian Reservation and member of the Serrano/Cahuilla tribe, became the first California Native American state lawmaker in 2018. He currently represents the 45th District, which includes the cities of Fontana, Highland, Mentone, Redlands, Rialto, and San Bernardino.

The lawmaker chairs the Assembly Budget Subcommittee #6 which deals with public safety issues, the California Legislative Native American Caucus, Assembly Select Committee on Native American Affairs, Assembly Select Committee on Youth Homelessness in San Bernardino County and is former chair of the Assembly Military and Veterans Affairs and former chair of the Inland Empire Caucus.

Ramos is a member of the Serrano/Cahuilla tribe. As a child, Ramos lived with his family in a mobile home in one of the most poverty-stricken areas of the county. To help support his family while attending school, he worked in fast food restaurants and as a janitor in the San Bernardino City Unified School District. Ramos attended local public schools and graduated from San Gorgonio High School. Recognizing the importance of education, he went on to receive an Associate Degree in Business at Victor Valley College, a bachelor's degree in accounting at California State University, San Bernardino, and a master of business administration degree at the University of Redlands.

As a successful small business entrepreneur, Ramos accumulated broad experience in many levels of community and government matters. Ramos' commitment to public service led to a number of firsts: first Native American named to the California State Board of Education, the San Bernardino Community College Board of Trustees, and the San Bernardino County Board of Supervisors.

During his time on the County Board of Supervisors, he served as Board Chair from 2015-2017 where he oversaw America's largest geographic county and served a community of nearly 2.2 million residents. As chair, Ramos oversaw a county government comprised of more than 40 departments and agencies staffed by more than 25,000 public service professionals providing a wide range of vital services in areas that include public safety, health and human services, economic development, housing, recreation, and culture. Ramos's wide range of experience and knowledge of local and regional issues is complemented by his unique ability to bring Republicans and Democrats together to collaborate on a variety of issues.

His awards include 2022 California State Commanders Veterans Council, the 2022 Youth Legislative Champion Award from the California

In addition to his elected service, Ramos is a proven civic leader and has served on numerous boards and organizations in the Inland Empire. He is former Chairman of the San Manuel Band of Mission Indians, with a deep commitment to the preservation of California Indian culture. As chairman, he helped lead the day-to-day operations and during that time saw tremendous growth of a thriving tribal government. Additionally, Ramos is co-founder of the San Manuel Band's Cultural Awareness Program, and serves as director of the California Indian Cultural Awareness Conference held annually at California State University, San Bernardino.

James and his wife, Terri, have been married for more than 30 years, and are the proud parents of four children and grandparents of three grandchildren.

Search

## Resource Links

District

State

Request Assistance

**Connect with us:**



## Contact

**Capitol Office:** State Capitol
P.O. Box 942849
Sacramento, CA 94249-0045
Tel: (916) 319-2045 | Fax: (916) 319-2145
**District Office:**
290 North D Street, Suite 805
San Bernardino, CA 92401
Tel: (909) 889-7145 | Fax: (909) 885-8589

Privacy and Conditions of Use | Accessibility | General Disclaimer | © 2025 California State Assembly Democratic Caucus

# EXHIBIT 15

# Members /

# Assembly Member Chen



## Phillip Chen

**District:** 59

**Party:** Republican

**Counties:** Orange, San Bernardino

[ Website ]   [ Contact ]   [ Authored Bills ]



District Map

# Capitol Offices

### Sacramento

P.O. Box 942849 Sacramento, CA 94249-0059

### Sacramento

1021 O Street, Suite 4620 Sacramento, CA 95814

(916) 319-2059

# District Offices

### Brea

3 Pointe Drive, Suite 313 Brea, CA 92821

(714) 529-5502

REGULAR SESSION

# Standing Committees

Vice Chair
**Banking and Finance**

Member
**Business and Professions**

Vice Chair
**Health**

Member
**Insurance**

Member
**Labor and Employment**

Member
**Utilities and Energy**

# Select Committees

Member
**Select Committee on Asia/California Trade and Investment**

Member
**Select Committee on Biotechnology and Medical Technology**

# Special Committees

Co-Chair
**Assembly Legislative Ethics**

Copyright © 2025 State of California        Site Map    Accessibility    Terms & Privacy        REGISTER TO VOTE 

# EXHIBIT 16

Members /

# Assembly Member Ta



## Tri Ta

**District:** 70
**Party:** Republican
**Counties:** Orange

Website    Contact    Authored Bills



District Map

## Capitol Offices

**Sacramento**

1021 O Street, Suite 5540 Sacramento, CA 95814

(916) 319-2070

**Sacramento**

P.O. Box 942849 Sacramento, CA 94249-0070

## District Offices

**Westminster**

14361 Beach Boulevard, Suite 211

Westminster, CA 92683

(714) 379-0970

REGULAR SESSION

# Standing Committees

| Member | Member |
|--------|--------|
| **Appropriations** | **Governmental Organization** |

| Member | Vice Chair |
|--------|-----------|
| **Housing and Community Development** | **Local Government** |

| Vice Chair | Member |
|-----------|--------|
| **Revenue and Taxation** | **Rules** |

| Member |
|--------|
| **Utilities and Energy** |

FIRST EXTRAORDINARY

# Standing Committees

| Member |
|--------|
| **Rules** |

# EXHIBIT 17

## NATIONAL PACIFIC ISLANDER EDUCATION NETWORK

*"Uniting the resources of the village to strengthen families, the community and to promote educational excellence."* 501.c.3 Nonprofit Organization



(http://www.facebook.com/National-Pacific-Islander-Educator-Network/56749013509)     (https://www.instagram...)

(/)

Home ⌄ (/)    Annual Conference (/annual-conference)    Chapters ⌄    News & Events ⌄    Resources ⌄

Community Health ⌄ (/health)    Guest Speakers/Mentors (/guest-speakers-mentors)    Contact Us (/contact-us)

# Pacific Islanders Elected to the Legislature

The NPIEN Utah Chapter Chapter reported that Verona Sagato-Mauga was elected to the Utah House of Representatives. They also stated that Representative Sagato-Mauga is the first Pacific Islander/Samoan female ever elected to a State legislative office.

Other than Representatives for the United States Territories, the only other State Legislator other than Hawaii that we are aware of was Idaho State Senator Edgar Malepeai.

Representative Jake Fitisemanu was also elected to the Utah State Legislature. Doug Fiefia also serves in the Utah legislature.

David Tangipa (Tongan) was elected as a California State Assemblymember, a first. In the State of Hawaii, there were three Pacific Islander US Congressmembers, Daniel Akaka (Hawaiian), Tulsi Gabbard (Samoan), and Kai Kahele (Hawaiian), also a State Senator. His father Gil Kahele was also a Hawaii State Senator. A historic time!

---

### MAJOR PARTNERS

#### PLATINUM PLUS LEVEL SPONSOR
Over $5000

 (https://pihpoc...)

Pacific Islander Health Partnership (PIHP)

Leatapo Fesili

#### PLATINUM LEVEL SPONSOR
Over $2000



(https://www.ohanadentalimplants.com/)**Dr. Siona Mo**
**Ohana Dental Implant Centers**
(https://www.ohanadentalimplants.com/)
(https://www.ohanadentalimplants.com/)



(https://www.gcu.edu/)

**GOLD LEVEL SPONSORS**
**Over $1000**



(http://www.teresamolina.com

(https://www.facebook.com/LagniappeAccounting)**Lag**
**Accounting Inc**
**(https://www.facebook.com/LagniappeAccounting**

**Hector and Teresa Molina**

**Dr. Victor & Marie Thompson**

**HundredX**

**Krispy Kreme**

**SILVER LEVEL SPONSORS**
**$1000**

 (http://californiacu.or

 (http://golfnstuff.com



(https://www.paypal.com/us/webapps/mpp/givingfund

**Cliff Kusaba (http://www.tfpartners.net/team/mark-mc
ca-insurance-lic0723867)**

**Henry Chang,CPA (https://www.ptindirectory.com/t
preparers/california/san-marino-ca/485903/henry-char
an-accountancy-corporation/heng-c-chang-cpa)**

**Will Safotu**

**Silvina Rubinstein, Hawaii Kauai Chapter**

**Dr. Tino Andres**

**COPPER LEVEL SPONSORS
$500**

- **Teachers Association of Long Beach (TALB) (https://talb.org/)**

- **Adobe Express (https://www.adobe.com/express/) (https://www.adobe.com/express/)**
- **Safe Schools Conference (https://safeschoolsconference.com/)**
- **Ohana Hawaiian BBQ (https://www.yelp.com/biz/ohana-hawaiian-bbq-lakewood)**
- **Pro Printing INC (https://www.proprinting.us/)**
- **Pacific Island Ethnic Art Museum (http://www.pieam...**
- Sean Munley
- Pasifika Financial Corporation/Malosi Memorial Fun...
- Carol Wynder
- Lupe Moe
- Anjani Varma
- Ray Vincent
- Isle Entertainment
- Ola Fou Long Beach 1st Samoan Church
- United Samoan Church
- AJC Plumbing
- Falanai Ala
- Charity Works
- Travel Set Go

**ALL PARTNERS (/home/major-partners)**

## JOIN NPIEN



We are a Pacific Islander education organization that serves the Pacific Islander community.

More... (/home/join-npien)

# SUPPORT NPIEN

**DONATE HERE!**

**Checks payable to: NPIEN 3217 E. Carson St. #143 Lakewood, CA 90712**

$500 provides a student scholarship

$40 Purchases a Ukulele



---

**Make your Donation with Zelle**



---



(https://careasy.org/home)

**DONATE YOUR CAR TO SUPPORT NPIEN (https://careasy.org/home)**



(https://www.melaleuca.com/)

**NPIEN Merch!**
**Purchase a T-Shirt**
**(https://www.teepublic.com/t-**
**shirt/81142943-national-**
**pacific-islander-education-**
**network?store_id=3727673)**



(https://www.teepublic.com/t-
shirt/81142943-national-
pacific-islander-education-
network?store_id=3727673)

(https://www.teepublic.com/t-
shirt/81142943-national-
pacific-islander-education-
network?store_id=3727673)

Design and Hosting by
AlohaWorld LLC
(http://alohaworld.com/)

Copyright © 2007 - 2025 National Pacific Islander Educator Network (/)

⌃ To Top

# EXHIBIT 18

About Dr. Steven Choi - Senator Steven Choi



HOME (/)    ABOUT DR. CHOI ⌄    LEGISLATION (/LEGISLATION)    NEWSROOM ⌄    RESOURCES ⌄    CONTACT ME ⌄



(/)

# About Dr. Steven Choi

Dr. Steven S. Choi is a first-generation immigrant, educator, small business owner, and now a State Senator representing the 37th District in California.

Steven S. Choi was born in Naju, South Korea and received his B.A. in English from Kyung Hee University in Seoul, Korea. Simultaneously, he enrolled in the ROTC Program, which led to him being commissioned as an Artillery Lieutenant in the South Korean military upon graduation from University. Choi served in the 3rd Infantry Division fronting at the 38th Parallel and was honorably discharged as First Lieutenant after 2 1/2 years of service. Soon after, the United States Peace Corps hired him as a language instructor where he was relocated to Hilo, Hawaii for his first assignment. After this valuable experience he pursued his education at Louisiana State University in Baton Rouge for his Master's degree in Library Science. During the summers, Choi went to New York City where he washed dishes in the back of a restaurant and worked as a busboy in a hotel to pay his way through school. After receiving his master's degree he became a librarian at what is now Henderson University.

After three years as a librarian, Steven pursued his doctoral degree at the University of Pittsburgh Graduate School of Library & Information Science. After receiving his Ph.D., he became an Assistant Professor at the USC Graduate School of Library & Information Management in Los Angeles. Later, he moved to Orange County and worked at the Newport Beach Public Library as Head of Technical Services Division. Choi then returned to teaching, and taught Korean language at University of California, Irvine. Additionally, Dr. Choi served as a Founding Task Force Member for the Korean SAT II on behalf of the College Board. He later introduced and taught the Korean language at several colleges,

including Coastline College and Saddleback College in Orange County, as well as many Korean church hosted schools. He served as an instructor and Principal, and owner at his own Korean language school – Kumon

Steven Choi was an active participant in his community, finding passion and devotion through teaching people, not only in school but also in Taekwondo. After receiving his black belt, he desired to pass along the sacred knowledge and skill to other generations. Through PE curriculum and teaching classes over the course of three years, he successfully trained one of his personal students to earn a black belt.

With Choi's educational experience, the community urged him to run for the Irvine Unified School District Trustee. After being elected as Trustee on his first attempt, his political career blossomed. Steven continued serving at various levels of government including the Irvine City Councilman, Mayor, State Assemblyman, and now State Senator.

The American dream is achievable and Dr. Steven Choi is living proof.

---

🏠 ❯ ABOUT DR. STEVEN CHOI

## SIGN UP FOR EMAIL ALERTS

**SUBSCRIBE**    (/subscribe)

## FOLLOW US ON SOCIAL MEDIA

 

California State Senate
(https://www.senate.ca.gov/)

Senate Republican Caucus © 2025
(https://src.senate.ca.gov/)

Privacy Policy
(https://src.senate.ca.gov/privacy-and-
conditions-use)

Accessibility Statement
(https://www.senate.ca.gov/accessibility)

# EXHIBIT 19



MEDIA ⌄    LEGISLATION ⌄    MY DISTRICT    RESOURCES    ABOUT ⌄



# Biography

Leticia Castillo is a public servant and community advocate who proudly serves as Assemblywoman for California's Assembly District 58. Elected in November 2024 by both Democrats and Republicans, Leticia's election reflects her commitment to working in areas of common sense and finding common ground in a district where Democrats largely outnumber Republicans. She believes in finding solutions that benefit all constituents, regardless of their political affiliation.

Born to immigrant parents who came to the United States legally from Mexico in pursuit of the American Dream, Leticia has called the unincorporated area of Home Gardens in Riverside County home for over five decades. Her deep connection to her community is evident in her lifelong commitment to serving others.

Leticia attended local schools and graduated from Buena Vista Vocational Educational High School while simultaneously completing the cosmetology program at Corona College of Cosmetology in 1989. In the early 90s, she enrolled at Riverside Community College, where she excelled as a member of the Track and Field Team and developed a passion for running that continues to this day.

Before her tenure at GTE/Verizon from 1995 to 2009, Leticia began her career in various roles that allowed her to serve and engage with her community. During her time at GTE/Verizon, she gained valuable experience across different areas of the telecommunications industry. In 2011, Leticia returned to her studies, earning a Bachelor of Science in Human Services from the University of Phoenix in 2013. She furthered her education at National University, completing a Master of Arts in Counseling Psychology with dual specializations in Marriage and Family Therapy and Professional Clinical Counseling in 2016.

Leticia previously worked with the Riverside County Department of Mental Health, where she dedicated her career to helping individuals facing severe mental health challenges. After leaving her position with the county, she opened her own private practice, becoming a successful small businesswoman committed to providing compassionate care to those in need.

As the youngest of six siblings, Leticia is a proud mother to one daughter and grandmother to five grandchildren. Her faith in God serves as her guiding light throughout her journey in public service and in her race for the California State Assembly in District 58. Leticia Castillo is dedicated to being a voice for all constituents, focusing on key issues such as education, economic opportunity, and public safety. She believes that through collaboration and mutual respect, we can create a prosperous future for all residents of Assembly District 58.

Assemblywoman Leticia Castillo's life exemplifies the American Dream, and she is dedicated to making that dream accessible to all her constituents and fellow Californians.

---

**State Capitol Office**

State Capitol
1021 O Street, Suite 4240
P.O. Box 942849
Sacramento, CA 94249-0058
916-319-2058

**District Office**

391 North Main Street, Suite 210
Corona, CA 92878
Phone – 951-371-6860

 EN ⌃

# EXHIBIT 20

# Natasha Johnson's Post



**Natasha Johnson**
July 7 · 🌐

· · ·

🚨 Don't let my name fool you! I am incredibly proud of my Hispanic heritage! I'm thankful to receive the endorsement of the Republican Hispanic Future PAC!

Remember to vote on or before August 26th 📅 🇺🇸 🗳️ Ballots will be on their way to mailboxes at the end of July.

Vote Natasha Johnson for State Assembly 🇺🇸



# EXHIBIT 21



HOME (/)    ABOUT ROSILICIE ⌄    DISTRICT ⌄    NEWSROOM ⌄    CONTACT ME ⌄    

# Biography

EN ESPAÑOL    (https://sr19.senate.ca.gov/biografia)

Rosilicie Ochoa Bogh is a native Californian and the daughter of Mexican immigrants. She credits her family with teaching her personal responsibility, the value of education, hard work, and the belief that home ownership is the cornerstone of the American Dream.

A graduate of San Bernardino High School and the University of California, Santa Barbara, Ochoa Bogh pursued her teaching credential from California State University, San Bernardino, and taught English language learners at the elementary level. She has also worked as a proud Realtor for more than 20 years, helping families achieve their dream of home ownership. She served on the Yucaipa-Calimesa Joint Unified School District board, is a former Chairwoman/President of the Yucaipa Valley Chamber of Commerce, and a former board member of the East Valley Association of Realtors.

In November 2020, Ochoa Bogh made history as the first Republican Latina elected to the California State Senate, representing nearly one million residents in Senate District 23. In November 2024, she was re-elected to serve a second term, now representing the newly drawn 19th Senate District, which encompasses cities and communities across Riverside and San Bernardino counties. SD 19 is the third largest geographical senate district with over 35 cities and communities.

Known as a bipartisan legislator who gets things done in a pragmatic way, Senator Ochoa Bogh has earned a reputation for working across the aisle without compromising her principles. "State Sen. Rosilicie Ochoa Bogh, R-Redlands, had more bills signed into law — 14 — by Gov. Gavin Newsom than any other Republican in the Senate, making her one of the most productive GOP lawmakers in Sacramento." (San Bernardino Sun, October 2024 (https://www.sbsun.com/2024/10/26/what-did-inland-empire-legislators-accomplish-in-sacramento-this-year/?fbclid=IwY2xjawMlk91leHRuA2FIbQIxMABicmIkETFwTWs4U2U5VUIlWDI5TWZWAR6H5L9NmqqPrgsQLYnvzDAcKjcVPfvs1JTFxsg-rRfiQqeN9plSopPX_m4xtA_aem_DPDrz4PAjXA91IlhOyZLYg)).

Her record underscores that productivity. In 2024 alone, she introduced 21 bills, 9 of which were signed into law, coauthored 47 bills and 51 resolutions and attended more than 2,500 meetings and events. She has also held 62 town halls, demonstrating her deep commitment to transparency, accountability, and meeting people where they are.

As Chair and Vice Chair of the Inland Empire Caucus, she helped secure critical investments for the region, including unanimous support for transportation funding, public safety initiatives, and support for agriculture by ensuring bipartisan and bicameral collaboration.

Senator Ochoa Bogh has also been instrumental in securing hundreds of millions in funding for her district, including:

- $54.6 million for employment and supportive services for families in crisis
- $600,000 to protect ranchers and livestock
- $2.5 million for behavioral health services at Riverside University Health System
- $4 million for Loma Linda University Children's Hospital to expand trauma-informed care for children
- $2 million to the University of Redlands for a plaza and walkway project for the University of Redlands Rail station at the terminus of the Arrow Line in San Bernardino County.

Her leadership has earned widespread recognition. Recent honors include:

- Legislative All-Star Award *(California Business Properties Association, 2024)*
- Education Champion Award *(California Association of School Business Officials, 2024)*
- Cornucopia Award *(California Women for Agriculture, 2024)*
- Legislator of the Year *(State Coalition of Probation Organizations, 2023)*
- Champion of Public Higher Education *(California Coalition for Public Higher Education, 2023)*
- Outstanding Leadership and Community Champion *(Inland Congregations United for Change, 2022)*
- Legislator of the Year *(Southern California Contractors Association, 2022)*
- Legislative Champion of the Year *(Inland Empire Caucus in conjunction with the California Disability Services Association, 2022)*
- Legislator of the Year *(California Alzheimer's Association, 2021)*

Throughout her career, Ochoa Bogh has been a champion for stronger schools, lower taxes, better infrastructure, and more affordable home prices. In the State Senate, she has worked to lower the cost of living in California, support a strong economic recovery, preserve local control, and reverse the cycle of higher taxes and increased government intrusion. She believes good governance means dialogue, accountability, and civic engagement.

Senator Ochoa Bogh and her husband, Greg, have been happily married for 29 years and call Yucaipa home. They take great pride in their family, which includes a son, two daughters, and their beloved Cocker Spaniel, Penny.

"When you act in good faith and goodwill, you have nothing to hide, and when you have nothing to hide, you have nothing to fear, and folks, I have nothing to fear. I come to you." – Senator Rosilicie Ochoa Bogh

⌂ › BIOGRAPHY

**SIGN UP FOR EMAIL ALERTS**                    **FOLLOW US ON SOCIAL MEDIA**

SUBSCRIBE         (https://lcmspubcontact.lc.ca.gov/PublicLCMS/NewsletterPopup.php?district=SD19)     

California State Senate       Senate Republican Caucus © 2025       Privacy Policy (https://src.senate.ca.gov/privacy-and-       Accessibility Statement
(https://www.senate.ca.gov/)   (https://src.senate.ca.gov/)             conditions-use)                                      (https://www.senate.ca.gov/accessibility)

# EXHIBIT 22



# Latino Voters and the November 2025 Special Election: Redistricting and Representation

Dr. Raquel Centeno (Caltech Linde Center for Science, Society, and Policy)[1]

Dr. Jarred Cuellar (California State Polytechnic University, Pomona)[2]

**Executive summary:** This nonpartisan and educational report analyzes the impact of the proposed Proposition 50 map on Latino representation across California, with a focus on how the proposed map would alter Latino‑majority and Latino‑influence congressional districts if it is adopted by voters. Our analysis finds that the proposed map will likely not negatively impact Latino voting power. The proposed map instead diffuses and enhances that power across more districts, and in many ways reflects the changing demographics of communities within the state. While the current map increased Latino voting power over the previous map, we also find that the proposed Proposition 50 map will further increase Latino voting power over the current Commission map. The proposed map will likely *increase* Latino voting power, given its creation of two new Latino community influence districts and the expansion of the Latino electorate in other districts.

**Key findings of this report:**

• The current map has 16 Latino‑majority districts, and the proposed Proposition 50 map maintains 16 Latino‑majority districts. From our review of the maps, both the current map passed by the Commission and the Proposition 50 map being presented to voters enhance Latino voting strength and Latino communities of interest over their predecessor maps.

• The current map has 14 Latino‑majority districts that frequently elect candidates preferred by Latino voters, and the proposed map is likely to improve Latino representation by creating 16 Latino‑majority districts that frequently elect Latino voters' preferred candidates.

• The current map has 6 Latino‑influence districts, and the Proposition 50 map will increase the number of Latino‑influence districts to 8.

• The proposed Proposition 50 map will likely increase Latino descriptive representation—the election of Latino representatives—via the creation of a new Latino‑majority District 41 in southeastern Los Angeles County, as well as the likely reelection of the Latino representative in

---

[1] Dr. Raquel Centeno can be reached at centeno@caltech.edu
[2] Dr. Jarred Cuellar can be reached at jrcuellar@cpp.edu





neighboring District 42. New Latino-influence districts in the proposed map may also provide new opportunities for Latino candidate emergence.

• Latino voters are the largest minority group in California and are increasingly flexing voting power. Both the current map passed by the Commission and the Proposition 50 map reflect this Latino voting power in the state, though differential turnout between Latino voters and non-Latino voters in California plays a critical role in who gets elected and who is represented.

# I. Introduction & Context

## Purpose of the Report

This nonpartisan and educational report examines the potential effects of California's Proposition 50 on Latino voters, who constitute nearly forty percent of the state's population and 32% of the citizen voting-age population, and play a central role in shaping the state's political future. Although redistricting has implications for all Californians, the Latino electorate merits focused analysis because of its size, regional distribution, and internal diversity. Latino communities are not a uniform constituency; they differ significantly across urban, suburban, and rural regions in terms of socioeconomic status, citizenship rates, linguistic backgrounds, and political participation. These variations influence both how district boundaries translate into political representation and how redistricting changes may amplify or diminish Latino influence in congressional elections.

By isolating the specific effects of Proposition 50 on Latino voters, this report aims to identify where the proposed temporary redistricting process may alter opportunities for representation. Specifically, we examine and compare the current congressional map and the new map that would be put in place temporarily if Prop 50 passes. Understanding these differences is essential to determining whether Proposition 50 strengthens or weakens pathways to equitable representation for California's Latino population.

## Background on Proposition 50 and Redistricting

Proposition 50, officially titled the *Election Rigging Response Act*, proposes a temporary transfer of congressional redistricting authority in California from the California Independent Citizens Redistricting Commission to the state Legislature for the 2026, 2028, and 2030 election cycles. The measure would allow voters to put into place a new congressional map put on the ballot by the Legislature that complies with federal requirements such as equal population and contiguity. After the 2030 Census, redistricting authority would revert to the Citizens Redistricting Commission under the standard decennial process.

California's independent redistricting framework was established through voter initiatives in 2008 and 2010 to reduce partisan influence and enhance public accountability. The Citizens

 

Redistricting Commission has since been regarded as a model for transparent and nonpartisan mapmaking. Proposition 50 would temporarily alter this structure, introducing new maps that voters will consider in 2025. Understanding this institutional shift provides essential context for evaluating its potential implications for Latino political representation and the broader distribution of congressional influence across the state.

### How Redistricting Has Historically Shaped Latino Representation in California

Redistricting has played a decisive role in shaping Latino political representation in California. Major gains in Latino representation have occurred in response to redistricting, such as historic local changes made through *Garza v. County of Los Angeles* and other significant redraws. Across successive census cycles, boundary changes have expanded and constrained Latino electoral influence, affecting the creation and preservation of majority-Latino and Latino-opportunity districts under the Voting Rights Act—and preserving and enhancing Latino communities of interest. The establishment of the Citizens Redistricting Commission in 2010 marked a significant institutional shift toward greater transparency and reduced partisan manipulation, and commission-drawn maps have generally corresponded with increases in Latino-majority districts and officeholders.

Nevertheless, disparities persist between Latino population size and political representation, reflecting not only the enduring sensitivity of redistricting to Latino voting power but also broader structural factors such as turnout, citizenship, and candidate recruitment. As such, redistricting remains a central mechanism through which Latino inclusion and influence in California's democratic process continue to be negotiated.

---

## II. Demographic Overview

### Latino Population Trends in California

Latinos comprise roughly 40 percent of California's total population, making them the state's largest demographic group (NALEO 2024). Their political influence continues to expand within the *Citizen Voting-Age Population* (CVAP)—the segment of residents aged 18 and older who are U.S. citizens and therefore eligible to vote—which serves as a key metric in voting-rights and redistricting analyses (U.S. Census Bureau 2025). As of the most recent 2019–2023 CVAP tabulation, Latinos constitute approximately 32.4 percent of California's total CVAP, underscoring their growing weight within the state's eligible electorate (NALEO 2024 & Redistricting Data Hub 2025).

From 2012 to 2022, the Latino CVAP expanded from 6.4 million to 8.5 million—an increase of 32.5 percent that accounted for more than 90 percent of the state's overall growth in eligible voters during that period (NALEO 2024). This sustained expansion positions Latino voters as an

 

increasingly central constituency in California's political landscape and a focal point for assessing electoral equity under any proposed redistricting changes.

Spatially, Latino populations are most concentrated in Los Angeles County, which remains the single largest Latino population center in the United States. The Inland Empire (Riverside and San Bernardino Counties) is now majority Latino—about 52 percent of residents identify as Latino (OCPSC 2025)—and the Central Valley also hosts numerous majority-Latino counties. Significant concentrations extend across the Central Coast, San Diego, Imperial, and inner Bay Area regions as well (UCLA Latino Policy & Politics Institute 2021; U.S. Census 2020). At least 11 of California's 58 counties now have Latino majorities.

While the overall state population has stabilized, Latino growth within the electorate has continued due to natural increase, naturalization, and aging into voting eligibility. Recent *CVAP* data from the 2019–2023 American Community Survey confirm that Latinos are steadily increasing their share of California's eligible-voter base (U.S. Census 2025).

These demographic and geographic patterns are directly relevant to redistricting. Latino population concentration—particularly in the Inland Empire and the Central Valley—creates opportunities for drawing districts where Latino voters can flex electoral power and elect candidates of their choice. Conversely, uneven growth or dispersed settlement in suburban regions raises the risk that new district lines could divide cohesive Latino communities, diluting their collective influence. As Proposition 50 proposes temporary changes to congressional map-drawing authority, these evolving demographic realities underscore the importance of evaluating how any interim maps will reflect, or potentially distort, California's Latino electorate.

## Political Participation in Congressional Elections

Latino engagement in California is increasingly consequential in congressional contests, though participation remains uneven and sensitive to electoral context. Registration among Latinos has grown, but gaps persist relative to their share of the citizen voting-age population. According to NALEO's 2024 portrait, Latino registered voters make up about 30% of California's total registered voters—while Latinos account for roughly 36% of the state's eligible electorate (i.e., citizen voting-age population). This disparity suggests that a nontrivial share of eligible Latinos have not yet registered, limiting their potential influence in all elections, including those for the U.S. House.

When it comes to turnout in congressional and midterm cycles, Latino participation tends to fluctuate with electoral competitiveness. Historical data from the California Voter Turnout Project show that, in general elections, Latino voters are under-mobilized in off-year cycles compared to presidential years. Given that congressional elections typically occur in these lower-turnout contexts, the consistency of Latino engagement is especially critical to representation and



policy responsiveness. Further, while Latino voters often prefer Democrats in California, cohesion levels can vary within the diverse Latino voter populace.[3]

## Examples of Districts in Current Map Where Latino Participation Was Key in 2022 and 2024

In several recent House races, Latino turnout—and the success or underperformance of Latino-preferred candidates—was pivotal:

- **CA-13 (Central Valley)**: A majority-Latino district (50.2% Latino CVAP) where Democrat Adam Gray defeated Republican John Duarte by just 187 votes in 2024, following Duarte's 564-vote win in 2022. Latino voters supported Gray both cycles, and minor shifts in turnout likely determined the outcome.[4] While the Latino-preferred candidate won narrowly in 2024, the opposite occurred in 2022.
- **CA-22 (Kings, Tulare, and Kern Counties)**: A 59% Latino CVAP district where Rep. David Valadao (R), who is of Portuguese descent, has not been the Latino-preferred candidate. Most Latino voters supported Democrat Rudy Salas, yet Valadao's victories in 2022 and 2024 were sustained by lower Latino turnout and stronger participation among non-Latino voters. This pattern highlights how turnout gaps—rather than a simple focus purely on the Latino CVAP—can dilute Latino electoral power.
- **CA-27 (Northern Los Angeles County)**: Roughly 33% Latino CVAP, this district defeated the incumbent in 2024 after several close contests, reflecting the influence and mobilization among younger and suburban Latino voters in a competitive district.
- **CA-41 (Inland Empire)**: At 29.7% Latino CVAP, this district remained competitive across 2022 and 2024, with margins narrow enough that Latino turnout increases could materially affect future results if this district is not changed. This district did not elect candidates in 2022 and 2024 preferred by Latino voters, but was electorally competitive.

In sum, Latino political participation in congressional elections reflects a dynamic interplay of voter registration levels, turnout volatility, Latino voter cohesion, and generational renewal. Because U.S. House outcomes in California can hinge on narrow margins, mobilizing Latino voters—especially in competitive and Latino-majority districts—can directly shape representation. Proposition 50's temporary redistricting framework must therefore be assessed not only in terms of population balance, but also in how new district boundaries either strengthen or weaken the ability of Latino-preferred candidates to translate community support into electoral success.

---

[3] Jarred R. Cuellar. 2025. "*Fe y Politicas*: Latino Evangelical Vote Choice in the 2020 Presidential Election." *Religions* 16(6):708. Also see Matt Barreto. 2010. *Ethnic Cues: The Role of Shared Ethnicity in Latino Political Participation.*

[4] These data on voting preferences are taken from analysis of individual-level survey data and additional analysis of homogenous precincts. For survey data, please see the California Elections and Policy Poll of 2024 California congressional districts. In California, survey data shows that a majority of Latino voters prefer Democratic candidates of choice.

 

# III. Latino Representation in Current vs. Proposed Maps

## Current Map: 16 Latino-majority Districts and 6 Latino-influence Districts

The maps created by the California Citizens Redistricting Commission during the 2020 redistricting cycle resulted in a noteworthy 16 Latino-majority districts and 6 Latino-influence districts. *Latino-majority districts* are districts in which Latinos make up a majority of the citizen voting age population, meaning campaigns in these districts are incentivized to campaign for and mobilize Latino voters. We define *Latino-influence districts* as those in which Latinos are a significantly sized minority, meaning they are at or above 30.0% of the district's CVAP but below 50.0% Latino CVAP. In these districts, Latinos are a large enough portion of the voting population to play an influential role in election outcomes.

The current map was drawn to comply with the Voting Rights Act, ensuring that Latino voters have fair opportunities to elect candidates of their choice in districts where they form a sufficiently large and cohesive community.[5] Many of these districts are concentrated in the Central Valley and interior communities including San Bernardino, Riverside, and Imperial Counties. Table 1 lists all Latino-majority districts under the current map, and Table 2 lists the Latino-influence districts in the current map. The districts are listed in order of highest to lowest Latino CVAP.

**Table 1: Latino-Majority Congressional Districts Under Current Map**

| District | Representative | % Latino CVAP in Commission map |
|---|---|---|
| 22 | Valadao | 59.4% |
| 35 | Torres | 57.4% |
| 34 | Gomez | 56.1% |
| 38 | Sánchez | 55.6% |
| 31 | Cisneros | 54.7% |
| 29 | Rivas | 54.2% |
| 21 | Costa | 53.3% |
| 25 | Ruiz | 52.5% |
| 33 | Aguilar | 52.5% |
| 42 | Garcia | 52.4% |
| 39 | Takano | 51.2% |
| 52 | Vargas | 51.1% |

[5] Christian R. Grose and Lucien LaScala. 2023 "The Supreme Court Supports Voting Rights - with massive implications for congressional redistricting." *3Streams Blog/Medium.*

 

| 44 | Barragán | 51.0% |
| 18 | Lofgren | 50.5% |
| 46 | Correa | 50.5% |
| 13 | Gray | 50.2% |

**Source:** https://wedrawthelines.ca.gov/final-maps/. Percentages rounded to nearest tenth, based on 2020 Census for each district as reported by the Citizens Redistricting Commission.

**Table 2: Latino Community Influence Districts Under Current Map**

| District | Representative | % Latino CVAP in Commission map |
|---|---|---|
| 43 | Waters | 44.0% |
| 37 | Kamlager-Dove | 38.7% |
| 27 | Whitesides | 33.3% |
| 23 | Obernolte | 32.8% |
| 26 | Brownley | 31.6% |
| 9 | Harder | 31.0% |

**Source:** https://wedrawthelines.ca.gov/final-maps/. Percentages rounded to nearest tenth, based on 2020 Census for each district as reported by the CA Citizens Redistricting Commission.

With Latino-majority districts totaling approximately 30% of California's 52 congressional districts, it is clear why Latinos are an important group within the electorate. When including the six Latino-influence districts in the current map, Latinos are a sizable portion of the electorate in over 40% of the state's districts. Latino-majority districts are spread throughout the state, generally found in places with historically large concentrations of Latinos. Of the five districts with the highest Latino CVAP, one is in the Central Valley (CD 22); three are in the greater Los Angeles region (CDs 31, 34, and 38); and one is in the Inland Empire (CD 35). Most of these districts are concentrated in the Central Valley or further south.

However, just because Latinos are the majority (or even a large minority) of a district does not mean it is a guarantee that a Latino candidate of choice will be elected. Racial turnout gaps and fluctuations in electoral competitiveness sometimes result in lower than expected levels of support for Latino candidates of choice, even within Latino-majority districts. For example, in the rural and agricultural communities of CD 22, lower Latino turnout in part led to the Latino candidate of choice losing the 2024 election. Increases in the size of the Latino electorate even in already Latino-majority districts in the proposed map could result in meaningful differences in election outcomes. These changes could be especially palpable in districts like CD 22 where the Latino electorate tends to be lower in socioeconomic status and younger, making mobilizing lower-propensity voters especially challenging. Similarly in the current Commission-drawn CD 13, the Latino candidate of choice has not always won in this district.

Taking into account how frequently Latino candidates of choice are elected in these districts, the current map has 14 districts that are effectively providing an opportunity to elect Latino voters' preferred candidates in every election since the map was put into place. However, two of the 16



Latino CVAP-majority districts in the current map passed by the commission—CD 13 and CD 22—are not effectively providing Latino voters' preferred candidates the opportunity to win. In 2022, the Latino-preferred candidate lost in both CD 13 and CD 22; and in 2024, Latino voters' preferred candidate lost in CD 22.[6]

## Proposed Map: 16 Latino-majority Districts and 8 Latino-influence Districts

**The new map maintains the same number of Latino-majority districts as the current map, and it increases the number of districts that will provide effective opportunities for Latino voters to elect candidates of choice. Even with changes to district boundaries, the proposed Proposition 50 map will result in 16 Latino-majority congressional districts.** Table 4 shows the percentage of the Latino CVAP in each of the majority-Latino districts in the proposed map. In general, most of the Latino-majority districts under the current map remain a Latino-majority district in the proposed map. The Prop 50 map maintains the same number of Latino-majority districts as the current map.

In fact, a number of Latino-majority districts in the proposed Proposition 50 map change very little relative to the current map.  For instance, the Latino-majority District 18 and the Latino-majority District 34 had only minimal changes over the current map. District 18 was created by the Commission in 2020 to provide an additional Latino-opportunity district representing Salinas Valley communities of interest. This district faces minimal changes in the proposed Proposition 50 map and thus maintains Latino voting strength in this region. District 34 is a historically Latino district that has existed over many redistricting cycles and includes eastern sections of the city of Los Angeles, and this district is maintained with significant Latino voting strength.

There is one new Latino-majority district created in the Proposition 50 map that was a non-Hispanic white-majority district in the current map (CD 41, bolded in Table 4). This white-majority CD 41 is represented by Ken Calvert in the current map. The proposed map shifts CD 41 to the west to create a new Latino-majority district centered in the Gateway cities area of southeastern Los Angeles County. This shift of CD 41 into a new Latino-majority district caused one district (CD 42) to have a meaningful decrease in Latino CVAP. It appears that this change occurred because CD 42 was altered to create CD 41 around the Gateway cities community of interest area and to increase the Latino CVAP of CD 41. Public testimony during the 2020 Commission process frequently identified the northern Gateway cities as a community of interest and the city of Long Beach as a separate community of interest, and this significant level of testimony may have factored into the newly proposed CD 41 in the Proposition 50 map.

---

[6] We examined individual-level survey data in these districts, as well as conducted an analysis of homogenous precincts to draw these empirical conclusions. For instance, surveys we have conducted of congressional districts showed that the Latino-preferred candidates lost in both CD 13 and CD 22 in 2022, and in CD 22 in 2024. Thus, while these districts are majority-Latino CVAP, the districts are not effectively electing the candidates that a majority of Latino voters voted for.

 

Where CD 41 is not a Latino-influence district in the current map, in the proposed map it has the third highest Latino CVAP proportion in the state. The current map's CD 42 is Latino-majority, and in the new map it is centered in Long Beach and coastal Orange County. The proposed CD 42 is a racially and ethnically diverse district with slightly less than half of the district's CVAP being voters of color. CD 42 will likely continue to elect the Latino representative who currently represents Long Beach in the current map if Proposition 50 passes and if voters of color vote in coalition for this Latino representative, even though it is no longer Latino-CVAP majority.

**Table 4: Majority Latino Congressional Districts in Prop 50 Proposed Map**

| District | Representative | % Latino CVAP | Change from 2020 Commission Map |
|---|---|---|---|
| 22 | Valadao | 65.4% | +6.0% |
| 44 | Barragán | 62.3% | +11.3% |
| 41 | Calvert | 55.0% | +25.3% |
| 34 | Gomez | 54.9% | -1.2% |
| 33 | Aguilar | 54.5% | +2.0% |
| 21 | Costa | 54.4% | +1.1% |
| 39 | Takano | 54.3% | +3.1 |
| 13 | Gray | 53.8% | +3.6% |
| 29 | Rivas | 53.6% | -0.6% |
| 35 | Torres | 53.1% | -4.3% |
| 18 | Lofgren | 53.0% | +2.5% |
| 46 | Correa | 52.7% | +2.2% |
| 38 | Sánchez | 52.6% | -3.0% |
| 31 | Cisneros | 52.2% | -2.5% |
| 25 | Ruiz | 52.1% | -0.4% |
| 52 | Vargas | 51.8% | +0.7% |

**Source:** https://aelc.assembly.ca.gov/proposed-congressional-map. Percentages rounded to nearest tenth, based on 2020 Census for each district as reported by the CA State Assembly.

While the number of Latino-majority districts remains the same, the proposed map does shift the share of Latino voting power across districts. There is an increase in the Latino CVAP of ten districts, and in eight of those districts, the Latino CVAP would be at least two percentage points higher than in the current map. Such a change is noteworthy because even a two percentage point increase in Latino CVAP can make a meaningful difference for Latino candidates of choice, and two districts see even greater jumps in their Latino CVAP. If Proposition 50 is passed, CD 22 in the Central Valley would have a 6 percentage point higher Latino CVAP and CD 41 in southern California would have a 25 percentage point higher Latino CVAP than in the current map.

Not all districts in the proposed map would increase the size of their Latino electorate. The Latino CVAP would decrease in six Latino-majority districts. However, these decreases would generally be small, hovering around one percentage point or less. Of the Latino-majority districts



in the Proposition 50 map, CD 35 and CD 38 are the two districts that would see the largest decreases in their Latino electorate, with about a 4%-point drop to 53.1% and a 3.0%-point drop to 52.6%, respectively. However, given that these districts still have high enough Latino CVAPs to not even fall to the bottom of the list in Table 4, there is reason to believe the proposed map would not significantly dilute the Latino voting power in these districts.

To summarize, the Latino CVAP increased in a number of proposed districts where Latino voters have not had meaningful voting strength, and the percentage point increases are relatively significant. In districts where Latino CVAP declined, most of these declines are relatively small and in districts where Latino voters' preferred candidates are winning in the current Commission map and will likely continue winning in the Proposition 50 map. Only in CD 42 was there a significant decrease in Latino CVAP in the proposed map, though it was offset by the significant increase in Latino CVAP in CD 41.

**Table 5: Latino Community Influence Congressional Districts in Prop 50 Proposed Map**

| District | Representative | % Latino CVAP | Change from 2020 Commission Map |
|---|---|---|---|
| 43 | Waters | 46.5% | +2.5% |
| 37 | Kamlager-Dove | 39.8% | +1.1% |
| 27 | Whitesides | 39.5% | +6.2% |
| 23 | Obernolte | 37.0% | +4.2% |
| 26 | Brownley | 33.9% | +2.3% |
| 48 | Issa | 32.0% | +10.6% |
| 20 | Fong | 31.8% | +6.4% |
| 9 | Harder | 31.0% | +0.0% |

**Source:** https://aelc.assembly.ca.gov/proposed-congressional-map. Percentages rounded to nearest tenth, based on 2020 Census for each district as reported by the CA State Assembly.

Table 5 shows the congressional districts that are not Latino CVAP majority but would meet the over 30% Latino CVAP threshold to be considered a Latino community influence district. **While the current map includes a noteworthy six Latino-influence districts, the proposed map would increase the number of Latino-influence districts to eight.** None of these districts would face decreases in their Latino CVAP under the new map boundaries. Many would see significant increases in the Latino portions of their electorate, strengthening the relative power of the Latino vote in those communities. The one district with little change in Latino CVAP under the new map would be CD 9, in which Latinos would remain the same 31% of the CVAP as the current map.

Of particular noteworthiness are the two new Latino influence districts, CD 20 and CD 48 (bolded in Table 5). Neither district has a sufficiently large enough Latino CVAP under the current map to be classified as a Latino influence district (25.4% and 21.4% respectively). With the proposed map, however, CD 20 would have a Latino CVAP of nearly 32% and CD 48 would also have a Latino CVAP of 32%. These are significant shifts in districts that under the current



map have much larger non‑Hispanic white majorities. While the current map has a notable number of Latino‑influence districts, the proposed map creates a heightened Latino electoral advantage through the creation of two new Latino‑influence districts and generally larger Latino CVAPs than in pre‑existing influence districts in the current map.

In addition, at least two of these proposed Latino‑influence districts have majority‑minority CVAPs, providing additional opportunities for Latino voters to flex strength if voting cohesively and in concert with other minority groups. Voters of color are more than 60% of the CVAP in Proposition 50's CD 9, while voters of color were about 55% of the district's CVAP in the Commission map. Latino voters may be able to elect preferred candidates if there is a multiracial coalition in this district. In both the current and proposed maps, District 27 has a majority‑minority CVAP. Latino voters are the largest minority group in District 27 in the Proposition 50 map, and this district could provide electoral strength to Latino voters who vote in coalition with other voters of color or with crossover white voters.

To summarize, the Proposition 50 map increases the number of Latino‑influence districts, defined as districts with Latino CVAP of 30% to 50%, relative to the current map. Both the current map and the proposed map provide meaningful influence for Latino voters in influence districts (6 influence districts in the current map and 8 influence districts in the proposed map).

# IV. Key Districts of Interests for Latinos

The table below summarizes several of the largest net gains and net losses in Latino CVAP in the Proposition 50 map relative to the current map. As can be seen, several districts in southern California (CA‑41, CA‑44, CA‑48) and the Central Valley (CA‑20, CA‑22) have gains in Latino CVAP in the proposed Proposition 50 map. Several other districts, all in southern California (CA‑29, CA‑31, CA‑35, CA‑38, CA‑42), have reductions in Latino CVAP in the proposed Proposition 50 map relative to the current map.

**Table 6: Proposed Districts with Largest Net Gains and Losses in Latino Eligible Voters**

| District | Representative | Net Change Latino CVAP (in Percentage Points) |
|---|---|---|
| 41 | Calvert | +25.3 |
| 44 | Barragán | +11.3 |
| 48 | Issa | +10.6 |
| 20 | Fong | +6.4 |
| 22 | Valadao | +6.0 |
| 42 | Garcia | -27.8 |
| 35 | Torres | -4.3 |
| 31 | Cisneros | -2.5 |
| 38 | Sánchez | -3.0 |

Cal Poly Pomona · College of Letters, Arts, and Social Sciences · POLITICAL SCIENCE



| 29 | Rivas | -0.6 |

**Source:** https://aelc.assembly.ca.gov/proposed-congressional-map,
https://wedrawthelines.ca.gov/final-maps/. Percentages rounded to nearest tenth, based on 2020 Census for each district as reported by the CA State Assembly.

---

## V. Regional Breakdown of Latino Representation Shifts in the Proposed Map

### Los Angeles County / San Gabriel Valley

Latino-majority representation in Los Angeles County remains robust under the proposed map but becomes more geographically balanced. The greater Los Angeles region trades one concentrated Latino-majority district for broader, multi-district Latino influence. This change will likely promote continued competitiveness and representation for Latino voters in the region.

- **CA-35 (Norma Torres, D)** and **CA-38 (Linda Sánchez, D)** record small declines (−4.3 percentage points in CA-35, and −3 percentage points in CA-38) but remain safely majority-Latino.
- **CA-42 (Robert Garcia, D)** shows the largest Latino CVAP decline statewide, falling from 52 % → 25 % (about a −27 percentage point change). Southeast L.A. County's Latino population is redistributed into nearby districts—especially CA-41 and CA-44— broadening, rather than eliminating, Latino voting power, while CA-42 continues to have Long Beach as its anchor population and making the former mayor of Long Beach, Garcia, likely to win in the new district.
- **CA-44 (Nanette Barragán, D)** gains +11 percentage points, rising to 62% Latino CVAP. This change consolidates South L.A. County and Harbor communities into a stronger Latino majority seat.

### Central Valley (Fresno, Kern, Stanislaus, Tulare)

The Central Valley continues to be a cornerstone of Latino political power. Overall, the map deepens Latino representation in agriculture-based counties while extending influence into previously lower-representation areas.

- **CA-13 (Adam Gray, D)** increases from 50.2 % Latino CVAP to about 54% Latino CVAP (approximately a +4 percentage point increase), allowing greater opportunity for Latino voters to choose the winning candidate.
- **CA-20 (Vince Fong, R)** increases from 25.4 % Latino CVAP → 31.8 % Latino CVAP (+6.4 percentage point increase), becoming a new Latino-influence seat.

 

- **CA-21 (Jim Costa, D)** in the Fresno area has a slight increase in Latino CVAP between the current map and the proposed map, and is a district in which Latino voters' preferred candidates are likely to win in either the current map or the proposed map.
- **CA-22 (David Valadao, R)** climbs from 59.4 % Latino CVAP → 65.4 % Latino CVAP (+6 percentage point change), strengthening its ability for Latino voters to affect the outcome of the election.

## Inland Empire (Riverside, San Bernardino, Ontario, Corona)

The Inland Empire emerges as California's new hub of Latino electoral growth. Latino voters are consolidated across Riverside County and the broader area, shifting the region's political center of gravity toward Latino-majority representation.

- **CA-25**, **CA-33**, **CA-35**, **CA-39** are all majority-Latino districts in the Inland Empire region in the current map and in the Proposition 50 map.
- **CA-41 (Ken Calvert, R)** posts the largest statewide gain in the Proposition 50 map— **+25.3 percentage points**, from 29.7% to 55.0% Latino CVAP—transforming into a new majority-Latino district (and moving the district to L.A. County in the Proposition 50 map).

## Orange County / San Diego

Latino representation grows markedly in northern Orange County and remains strong along the border. Overall, Orange County's Latino communities, once split among multiple suburban districts prior to this decade now form a more cohesive district in CA-46 in both the current and the proposed map, while San Diego's Latino influence increases in the proposed map in CA-48.

- **CA-46 (Lou Correa, D)** and **CA-52 (Juan Vargas, D)** remain securely majority-Latino in both the current and the proposed maps.  In the proposed maps, these two districts are both at or near 53% Latino CVAP, and in the current map both are Latino CVAP majority. CA-46 is centered in Santa Ana and inland Orange County and CA-52 is centered in San Diego and suburban San Diego County communities near the Mexico border.
- **CA-48 (Darrell Issa, R)** rises from 21.4 % → 32.0 % (+10.6 percentage points) in the Proposition 50 map, creating a new Latino-influence district centered on the transportation corridor connecting San Diego County to Temecula and Palm Springs in Riverside County.

## Bay Area & Northern California

Latino representation remains smaller in number but steady in influence. Overall, the Bay Area sees continuity rather than major change, maintaining current levels of Latino political presence within multi-ethnic urban districts.





- **CA-18 (Zoe Lofgren, D)** gains modestly (+2.5 percentage points → 53.0 % Latino CVAP) and remains majority-Latino.  This was a new Salinas Valley-based Latino CVAP-majority district created by the Commission in 2020, and it continues with greater Latino CVAP strength in the proposed Proposition 50 map.
- Other Bay Area districts (e.g., CA-12) maintain coalition and crossover-based representation where Latino, Asian-American, and Black voters have the potential to collectively shape outcomes in both the current map and in the proposed map.

**Statewide Takeaway**

Adopting the proposed Proposition 50 map would largely redistribute—not diminish—Latino voting strength. Latino influence would expand across fast-growing inland and suburban regions while preserving or enhancing long-standing majority-Latino representation in Los Angeles and the Central Valley.

Rather than concentrating Latino voters into a limited number of extremely safe seats, the proposed map broadens their reach into more districts, creating more opportunity for Latino communities to have a decisive and influential voice in a greater share of California's 52 congressional races. This geographic rebalancing reflects the state's ongoing demographic evolution—where Latino population growth in suburban and inland corridors now reshapes the political landscape—making equitable representation increasingly dependent on sustained engagement and turnout among Latino voters statewide.

# VI. Conclusion

Having examined the data under the current map and the proposed Proposition 50 map, we find that there is no change in the number of Latino-majority CVAP districts across both maps. Each map has 16 Latino-majority districts, meaning there is significant opportunity for Latino representation. We also conclude that—when considering Latino voting patterns in each district—Proposition 50's map increases the number of districts wherein Latino voters are likely to end up on the winning side, electing preferred candidates. In the current map, 14 Latino-majority districts regularly observe candidates preferred by Latino voters winning.  In the Proposition 50 map, our data analysis suggests this will likely increase to 16 Latino-majority districts where Latino voters are able to regularly elect their preferred candidates. Because of changes to CD 13 and CD 22, in particular, Proposition 50's map enhances the opportunity for Latino voters' preferred candidates to win, without significantly altering Latino voters' decisive role in the other 14 Latino-majority districts. However, while our analysis suggests that Proposition 50's map is more likely to allow for Latino voters' preferred candidates to win in all 16 Latino-majority districts, we conclude that both the current Commission map and the proposed Proposition 50 map provide significant opportunities for Latino voters.




In terms of Latino-influence districts, the proposed map includes more influence districts than the current map. This increase of two districts could provide opportunities for greater Latino representation. Our analysis also suggests that the number of Latino descriptive representatives will likely increase in 2026 if the Proposition 50 map passes, but this does not diminish the fact that Latino descriptive representation was significantly improved by the current map over its predecessor map.

We present this nonpartisan and educational analysis in order to understand how the current and proposed maps would affect Latino voters in California. We also want to emphasize that more research is needed on the effects of redistricting maps on Latino voters and Latino representation. Attempts to increase Latino representation in California have historically occurred via the courts and redistricting. Voters now face a choice at the ballot box that will have implications for the future of Latino representation in California.

# EXHIBIT 23

**(ORDER LIST: 606 U.S.)**

**FRIDAY, AUGUST 1, 2025**

**ORDER IN PENDING CASES**

24-109  )    LOUISIANA V. CALLAIS, PHILLIP, ET AL.
    )
24-110  )    ROBINSON, PRESS, ET AL. V. CALLAIS, PHILLIP, ET AL.

    The parties are directed to file supplemental briefs addressing the following question raised on pages 36–38 of the Brief for Appellees:  Whether the State's intentional creation of a second majority-minority congressional district violates the Fourteenth or Fifteenth Amendments to the U. S. Constitution. Supplemental briefs for appellants are due on or before Wednesday, August 27, 2025.  Supplemental brief for appellees is due on or before Wednesday, September 17, 2025.  Reply briefs are due on or before 2 p.m., Friday, October 3, 2025.  The time to file *amicus curiae* briefs is as provided for by this Court's Rule 37.3.  Word limits and cover colors for the briefs should correspond to the provisions of this Court's Rule 33.1(g) pertaining to briefs on the merits rather than to the provision pertaining to supplemental briefs.

# EXHIBIT 24

# SCHEDULE B (FEC Form 3X)
## ITEMIZED DISBURSEMENTS

Use separate schedule(s) for each category of the Detailed Summary Page

**FOR LINE NUMBER:** (check only one)

| | |
|---|---|
| ☐ 21b | ☐ 22 ☐ 23 ☐ 26 ☐ 27 |
| ☐ 28a | ☐ 28b ☐ 28c ☒ 29 ☐ 30b |

PAGE 9740 OF 9742

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)

> DCCC

---

**A.** Full Name (Last, First, Middle Initial)

REDISTRICTING PARTNERS, LLC

Mailing Address 925 UNIVERSITY AVE

| City | State | Zip Code |
|---|---|---|
| SACRAMENTO | CA | 95825 |

Purpose of Disbursement
RECOUNT CONSULTING SVCS

Candidate Name

Category/Type

Office Sought: ☐ House ☐ Senate ☐ President

State: District:

Disbursement For:
☐ Primary ☐ General
☐ Other (specify) ▼

Date of Disbursement

| M M | D D | Y Y Y Y |
|---|---|---|
| 08 | 20 | 2025 |

FEC Identification Number

C

**Transaction ID : SB29-109902**

Amount of Each Disbursement this Period

108333.33

☐ Memo Item

---

**B.** Full Name (Last, First, Middle Initial)

MARKOWITZ HERBOLD PC

Mailing Address 1455 SW BROADWAY
SUITE 1900

| City | State | Zip Code |
|---|---|---|
| PORTLAND | OR | 97201 |

Purpose of Disbursement
RECOUNT LEGAL SVCS

Candidate Name

Category/Type

Office Sought: ☐ House ☐ Senate ☐ President

State: District:

Disbursement For:
☐ Primary ☐ General
☐ Other (specify)

Date of Disbursement

| M M | D D | Y Y Y Y |
|---|---|---|
| 08 | 22 | 2025 |

FEC Identification Number

C

**Transaction ID : SB29-109902(**

Amount of Each Disbursement this Period

9142.70

☐ Memo Item

---

**C.** Full Name (Last, First, Middle Initial)

MARKOWITZ HERBOLD PC

Mailing Address 1455 SW BROADWAY
SUITE 1900

| City | State | Zip Code |
|---|---|---|
| PORTLAND | OR | 97201 |

Purpose of Disbursement
RECOUNT LEGAL SVCS

Candidate Name

Category/Type

Office Sought: ☐ House ☐ Senate ☐ President

State: District:

Disbursement For:
☐ Primary ☐ General
☐ Other (specify) ▼

Date of Disbursement

| M M | D D | Y Y Y Y |
|---|---|---|
| 08 | 22 | 2025 |

FEC Identification Number

C

**Transaction ID : SB29-109902**

Amount of Each Disbursement this Period

2909.50

☐ Memo Item

---

**SUBTOTAL** of Disbursements This Page (optional).............................................. ▶ | 120385.53

**TOTAL** This Period (last page this line number only)..................................... ▶

FEC **Schedule B (Form 3X)** Rev. 05/2016

# EXHIBIT 25

About (https://dccc.org/about/)

Actions (https://secure.actblue.com/contribute/page/dcccactblue?refcode=dccc.org_action-menu&amount=25)     News (https://dccc.org/news/)     DONATE NOW (/ACT)

Districts in Play (https://districtsinplay.dccc.org)

DCCC (/)

(https://fac...
(https://twi...
(https://you...

NEWS (/NEWS) · PRESS RELEASE (/PRESS-RELEASE)

# DCCC Statement on Submission of California Congressional Map

English     Español (/noticias?langs=sp)




🕒 FRIDAY, AUGUST 15, 2025

*DCCC Executive Director Julie Merz released the following statement after the Democratic Congressional Campaign Committee submitted a congressional map for consideration by the California state legislature:*

"Earlier today, the DCCC submitted a proposed congressional map to the legislative public portal with collaborative input from stakeholders and legislators. We anticipate this proposal will have widespread support both among California office holders and various stakeholders across the state.

"We will not stand by as Republicans attempt to rig the election in their favor and choose their voters. It's increasingly clear that Republicans will do anything to protect their narrow majority because they know they can't win on their disastrous legislative record which has raised costs and rips away health care for millions, all to give the ultra-wealthy a tax break.

"We applaud Governor Newsom and legislative leaders for their commitment to put this measure in front of voters, which not only levels the playing field against corrupt Republican efforts in Texas, but also reaffirms Democrats' commitment to redistricting reform and the use of fair, nonpartisan redistricting commissions nationwide."

Key points on the submitted map:

- The submitted map is consistent with criteria laid out by the California's Citizen Redistricting Commission.

  - It keeps districts more compact than in the current Commission-drawn map, which helps to keep more communities and neighborhoods together.

  - It splits fewer cities than the current map (57 in submitted map versus 60 in current map).

  - It minimizes changes to the 2020 Commission map to impact as few residents as possible.

    - The submitted map leaves 8 districts untouched and, in 20 districts, fewer than 10% of residents are impacted.

  - Communities of interest are protected, with necessary splits in San Jose, Sacramento, and Los Angeles (all cities that were split by the commission) done so along neighborhood boundaries and/or city council district lines.

###



f SHARE ON FACEBOOK    MISSION-OF-CALIFORNIA-CONG    ✉ SHARE VIA EMAIL

Enter your email                                    GO



(/)

f
(https://facebook.com/electdemocrats)

(https://twitter.com/dccc)

(https://youtube.com/user/dcccvideo)

430 S. Capitol Street S.E.
Washington, D.C, 20003
(https://www.google.com/maps/place/430%20S.%20Capitol%20Street%2C%20S.E.%20Washington%2C%20D.C.%2020003)

(202) 863-1500
(tel:12028631500)

ABOUT                          EN ESPAÑOL
(HTTPS://DCCC.ORG/ABOUT/)      (/ESPANOL)

CONTRIBUTE NOW                 FRONTLINE
(/DONATE-FOOTER)               (HTTPS://FRONTLINE.DCCC.ORG/)

REGISTER TO VOTE               SEARCH (/?S=)
(HTTP://IWILLVOTE.COM)         JOBS

CONTACT US                     (HTTPS://DCCC.ORG/JOBS/)
(HTTPS://DCCC.ORG/CONTACT/)    MEMBER RESOURCES

OTHER WAYS TO DONATE           (HTTPS://CYC.DCCC.ORG/)
(HTTPS://DCCC.ORG/OTHER_WAYS_TO_DONATE/)

VENDOR INFO
(HTTPS://DCCC.ORG/VENDORDIRECTORY)

Paid for by DCCC, www.dccc.org (http://www.dccc.org/),
Not authorized by any candidate or candidate's committee.

Terms of Service and Privacy Policy (/terms=service)

Contributions or gifts to DCCC are not tax-deductible

Copyright © 2025 DCCC. All rights reserved.

# EXHIBIT 26

California Secretary of State
**Shirley N. Weber, Ph.D.**

About    Business    Notary & Apostille    Elections    VCA    Campaign & Lobbying    State Archives    Registries    News    Events    Contact

Home    Elections and Voter Information    Upcoming Elections    Primary Election – June 2, 2026
## Key Dates and Deadlines

Choose Language
English ⌄

### Primary Election – June 2, 2026

| Description of Event | Deadline* | E-Date[1] |
|---|---|---|
| Voter-Nominated Office: Signatures-In-Lieu of Filing Fee Period | December 19, 2025 – February 4, 2026 | E-165 – E-118 |
| Last day for legislative measures to qualify to appear on the ballot | January 22, 2026 | E-131 |
| Voter Information Guide: Proposition Argument Submission Deadline | February 3, 2026 | E-119 |
| Voter Information Guide: Proposition Argument Selection and Exchange | February 8, 2026* | E-114 |
| Voter-Nominated Office: Declaration of Candidacy and Nomination Paper Period | February 9 – March 6, 2026 | E-113 – E-88 |
| Voter-Nominated Office: Candidate Statement Period for County Voter Information Guides (U.S. House of Representatives, State Senate, and State Assembly) | February 9 – March 6, 2026 | E-113 – E-88 |
| Voter Information Guide: Statewide Constitutional Office Candidate Statement Deadline | February 11, 2026 | E-111 |
| Voter Information Guide: Proposition Analysis and Text Deadline | February 12, 2026* | E-110 |
| Voter Information Guide: Rebuttal Argument and Summary Information Deadline | February 12, 2026* | E-110 |
| Voter Information Guide: Available for Public Display and Examination | February 17 – March 9, 2026 | E-105 – E-85 |
| Governor candidates: Tax Returns Deadline | March 6, 2026 | E-88 |
| Voter-Nominated Office: Declaration of Candidacy and Nomination Paper Extension Period if Incumbent Does Not File | March 7 – March 11, 2026 | E-87 – E-83 |
| Randomized alphabet drawing for the order of the candidates on the ballot | March 12, 2026 | E-82 |
| Governor candidates: Tax Returns – Deadline for submitting properly redacted tax returns | March 16, 2026 | E-78 |
| Notice to Candidates (Voter-Nominated Candidates) | March 21, 2026* | E-73 |
| Certified List of Candidates for the June 2, 2026, Primary Election will be posted | March 26, 2026 | E-68 |
| Voters can check their status at **My Voter Status** to confirm their mailing address and voting status | March 26, 2026 | E-68 |
| **Voter Information Guide**: Online Version Available | April 3, 2026 | E-60 |
| Voter-Nominated Office: Statement of Write-In Candidacy and Nomination Paper Period | April 6 – May 19, 2026 | E-57 – E-14 |
| Last day for county elections officials to transmit ballots and balloting materials to absent military and overseas voters who have requested them by this date | April 18, 2026** | E-45 |

| Secretary of State will mail the Voter Information Guide during this period | April 23 – May 12, 2026 | E-40 – E-21 |
|---|---|---|
| County elections officials will mail the County Voter Information Guide during this period | April 23 – May 12, 2026 | E-40 – E-21 |
| No later than this date, county elections officials shall begin mailing each registered voter a vote-by-mail ballot | May 4, 2026 | E-29 |
| **Early Voting** sites open | May 4, 2026 | E-29 |
| By this date, all counties shall open ballot drop-off locations for vote-by-mail ballots. To find a location, please visit: **https://caearlyvoting.sos.ca.gov/** | May 5 – June 2, 2026 | E-28 – E |
| Last day to **register to vote** for the primary election. To check your voter registration status, visit **My Voter Status** | May 18, 2026 | E-15 |
| **Same Day Registration** available. Voters can "conditionally" register and vote a provisional ballot during this time. | May 19 – June 2, 2026 | E-14 – E |
| Certified List of Write-In Candidates | May 22, 2026 | E-11 |
| **Voter's Choice Act** counties to open Vote Centers | May 23, 2026* | E-10 |
| Election Day – Polls shall be open throughout the state from 7:00 a.m. to 8:00 p.m. | June 2, 2026 | E |
| Beginning at 8:00 p.m., county elections officials begin reporting election results; counties shall conduct the semifinal official canvass of votes and report totals to the Secretary of State at least every two hours until completed. | June 2, 2026 | E |
| Vote-By-Mail Ballots returned by mail, in order to be counted, must be postmarked on or before Election Day and received by your county elections office | June 9, 2026 | E+7 |
| Last day for county elections officials to certify election results | July 2, 2026 | E+30 |
| County elections official shall send to the Secretary of State, in an electronic format, one complete copy of the primary election returns. | July 3, 2026 | E+31 |
| Statement of Vote certified by the Secretary of State | July 10, 2026 | E+38 |
| Voter-Nominated Office: Certificates of Nomination | July 13, 2026 | E+41 |
| Last day for Secretary of State to release the official Supplement to the Statement of the Vote | November 7, 2026* | E+158 |

*Date falls on a weekend or state holiday; it moves forward to the next business day.
**Elections Code section 3114 and the federal MOVE Act require that ballots be sent to military and overseas voters no later than 45 days prior to an election. This E-45 deadline must be adhered to and does not move forward even though the date falls on a Saturday.
1. "E-" days indicate the number of days prior to Election Day.  "E+" days indicate the number of days after Election Day.↑
2. Senate Bill (SB) 280 (Cervantes) Chapter 97, Statutes of 2025, added Section 8162 to the Elections Code effective August 21, 2025.↑