MICHAEL A. COLUMBO (SBN: 271283)
SHAWN COWLES (SBN: 163826)
MARK P. MEUSER (SBN: 231335)
**DHILLON LAW GROUP INC.**
4675 MacArthur Court, Suite 1410
Newport Beach, CA 92660
Tel: (415) 433-1700
Email: mmeuser@dhillonlaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID TANGIPA** et al.,<br><br>                    Plaintiffs,<br><br>        vs.<br><br>**GAVIN NEWSOM**, in his official capacity as the Governor of California;<br>**SHIRLEY WEBER**, in her official capacity as California Secretary of State,<br><br>                    Defendants. | Case No. 2:25-cv-10616 JLS (KESx)<br><br>**DECLARATION OF TOM BRUNELL IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**<br><br>Assigned to Hon. Josephine L. Staton<br><br><br>Action Filed:  November 5, 2025 |

**<u>DECLARATION OF TOM BRUNELL</u>**

I, Tom Brunell, declare and state as follows:

1.      I am over the age of 18, and a United States citizen. I know the following facts of my own personal knowledge, and if called upon as a witness, I could and would testify competently thereto.

2.      I am a tenured Professor of Political Science at the University of Texas at Dallas. I received a Ph.D. in Political Science from the University of California, Irvine in 1997. Recently I served as the program head for six years in the Public Policy, Political Economy and Political Science program. I am currently serving as the Interim Director of the Texas Schools Project. Previously I served as Senior Associate Dean of Graduate Education for the School of Economic, Political, and Policy Sciences here at the University of Texas at Dallas. In 2020, I was appointed by the Director of the U.S. Census Bureau to serve a three-year term on the Census Scientific Advisory Committee. My teaching and research interests revolve around American elections. I study redistricting, representation, political parties, and the U.S. Congress. I teach classes on Election Law, Redistricting and Racial politics, Campaigns and Elections, Statistics, and Congress. I have published a solo-authored book on redistricting and dozens of peer-reviewed articles in the top journals in our field on redistricting, the Voting Rights Act, elections, and representation. I am lead author on two textbooks on American government – the first one is *An Introduction to American Government* (Brunell et al 2021), and the second is *An Introduction to State and Local Government* (Brunell et al 2022). I have testified in state and federal courts around the country over the last 20 years in lawsuits involving voting, redistricting, the Voting Rights Act, ballot integrity, absentee ballots, election administration, and signature matching. My most recent work is a book with two co-authors forthcoming with Oxford University Press entitled *How Polarization Begets Polarization: Ideological Extremism in the US Congress*.

3.      My curriculum vitae, which summarizes my education, experience, and publications, and cases I have testified in as an expert is attached hereto as Exhibit 1.

DECLARATION OF TOM BRUNELL

4.     I received my B.A. (1991), M.A. (1993), and Ph.D. (1997) in Political Science from the University of California, Irvine. My graduate training was in American politics, political institutions, and quantitative methods, with a particular focus on elections, representation, and redistricting.

5.     For more than 25 years, my academic research and teaching have focused on redistricting, apportionment, electoral systems, legislative representation, and the measurement and effects of partisan and racial gerrymandering. I regularly teach courses titled "Race and Redistricting," "Campaigns and Elections," "Congress," and graduate seminars in election law and electoral systems at UT Dallas. Those courses require me to stay current on the social-science literature and the legal standards that federal and state courts apply in redistricting and vote-dilution cases.

6.     I am the author of the book Redistricting and Representation: Why Competitive Elections are Bad for America (Routledge 2008). That book set out a positive, data-driven account of how district configurations affect partisan outcomes, the quality of representation, and voter satisfaction, and it has been widely cited in discussions of gerrymandering and the design of congressional and legislative maps. I have also co-authored the chapter "Redistricting" in *The Oxford Handbook of American Elections and Political Behavior* (Oxford University Press), which surveys the main standards and methods political scientists use to evaluate districting plans.

7.     I have published extensively, often with leading scholars such as Bernard Grofman, David Lublin, Lisa Handley, and Samuel Merrill III, on topics directly relevant to map drawing and gerrymandering, including (a) the success of minority candidates in districts that are not majority-minority, (b) the use and misuse of population deviations in state legislative redistricting, and (c) the partisan and representational consequences of alternative district configurations. For example, my 2012 article in the *Case Western Reserve Law Review* addressed the "one person, one vote" standard and how population deviations can be used as a subtle form of gerrymandering.

8.     A recurring theme in my work is that district lines can be manipulated to create, entrench, or dismantle partisan and racial advantages even when the outward population metrics

DECLARATION OF TOM BRUNELL

appear compliant. Because of that, my research has emphasized examining the totality of district features, including population equality, minority voting strength, partisanship, and incumbency, to determine whether a plan reflects neutral districting principles or intentional gerrymandering.

9.    In addition to my academic work, I have substantial, hands-on experience evaluating and testifying about redistricting plans in litigation across the country. Since approximately 2001, I have served as an expert in redistricting or election-related matters in Texas (congressional), Pennsylvania (congressional), Alabama (congressional and later legislative), Alaska (state legislative), Nevada (state legislative, *Guy v. Miller*), New Mexico (state legislative, *Egolf v. Duran*), Colorado (congressional, *Moreno v. Gessler*), South Carolina (congressional, *Backus v. South Carolina*), North Carolina (congressional and legislative, *Dickson v. Rucho*), Florida (congressional, *Romo v. Detzner*), South Dakota (Voting Rights Act case, *Brooks v. Gant*), Galveston County, Texas (*Petteway v. Galveston County*), Kern County, California (*Luna v. County of Kern*), Ohio (congressional), Michigan (congressional), Oregon (congressional), Maryland (congressional), Arkansas (absentee ballot), and, most recently, Mississippi state legislative redistricting (2024). In many of these matters I submitted an expert report and testified in state or federal court.

10.    In those cases I have been asked to do the same kinds of tasks that are implicated here: to describe the applicable redistricting criteria; to evaluate whether a challenged plan adheres to or departs from traditional, non-discriminatory districting principles (such as contiguity, compactness, respect for political subdivisions and communities of interest, and protection of minority voting strength); to analyze election returns and demographic data to determine whether districts provide minority voters an equal opportunity to elect candidates of their choice; and to assess whether partisan or racial considerations predominated in the line-drawing process.

11.    My work also includes evaluating so-called "influence" or "opportunity" districts, examining whether minority candidates can and do succeed in districts that are not majority-minority, and identifying the "sweet spot" at which minority-preferred candidates can still win without unnecessary packing. I co-authored a 2020 article in the *Journal of Race, Ethnicity, and*

*Politics* on minority success in non-majority-minority districts, which is directly relevant to questions courts confront when assessing whether a map overpacks or fragments minority voters.

12.  Because I have worked repeatedly with decennial census data and with the mechanics of map production, I am familiar with the practical and statistical tools used to draw and evaluate maps, and with the ways those tools can be used either to further legitimate districting criteria or to disguise gerrymandering behind facially neutral metrics.

13.  I have also been invited to speak nationally and internationally on redistricting and gerrymandering, including at the University of Sydney's Electoral Integrity Project, at Australian National University, and at U.S. law schools and political science associations. which reflects recognition in the field that my research and applied work bear directly on how district lines affect representation.

14.  Based on my education, scholarship, teaching, published work, and extensive experience serving as an expert in redistricting and Voting Rights Act–related litigation in multiple states over more than two decades, I am qualified to offer expert opinions on (a) whether a particular districting plan reflects traditional, neutral redistricting principles, (b) whether racial or partisan considerations predominated in the creation of particular districts, (c) whether a plan unnecessarily dilutes or packs minority voters, and (d) how alternative configurations would affect partisan and minority electoral opportunities.

15.  I was asked to look at several geographic and election-related factors in 18 of California's counties associated with the 16 Voting Rights Act districts contained in Proposition 50's maps.

16.  As a result of my review of this data, I concluded that there is no racial/ethnic majority in California. Hispanics are a plurality of the total population and Non-Hispanic Whites are a plurality in the CVAP population. No group constitutes a majority.

17.  Under the third prong in *Gingles*, the majority group needs to usually defeat the minority preferred candidate. If we assume Non-Hispanic Whites are the majority, and Hispanics are the minority, given Hispanic Democratic candidates recent successes in statewide elections, it is hard to imagine that this prong is satisfied. Moreover, the evidence from four statewide

elections in the state in 2022 and 2024, estimates indicate that majorities of Non-Hispanic Whites, Hispanics, Non-Hispanic Blacks, and Non-Hispanic Asians, all vote Democratic. Votes received by candidates of the same party across offices in the same election year are stable, indicating high levels of partisan straight ticket voting.

18.    My full expert opinion is set forth in the report titled "Expert Report of Tom Brunell," which is attached as Exhibit 2 to this declaration.


I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


Executed this 7th day of November 2025,

at Richardson, Texas.



Tom Brunell

Docusign Envelope ID: EB33B046-F0C7-4866-93AE-5FBA01891C3D

# EXHIBIT 1

# Thomas L. Brunell

Professor of Political Science
School of Economic, Political and Policy Sciences
The University of Texas at Dallas
800 W. Campbell Road
Richardson, TX 75080
972-883-4963
tbrunell@utdallas.edu

**Education**
Ph.D., 1997 Political Science, University of California, Irvine
M.A., 1993 Political Science, University of California, Irvine
B.A., 1991 Political Science, University of California, Irvine

**Employment History**
The University of Texas at Dallas, Interim Director for the Texas Schools Project.

The University of Texas at Dallas, Program Head for Political Science and Public Policy Political Economy, 2019-205.

The University of Texas at Dallas. Professor, 2009-present.

The University of Texas at Dallas, Senior Associate Dean, 2010-2012.

The University of Texas at Dallas, Director of Graduate Studies, Political Science Program 2007-2010.

The University of Texas at Dallas. Associate Professor, 2005-2009.

Northern Arizona University. Assistant Professor of Political Science, 2003-2005.

Binghamton University, SUNY. Assistant Professor of Political Science, Fall 1999–2003.

American Political Science Association Congressional Fellow, 1998–1999.

**Grants and Awards**
"Nursing in the Field: Vector-borne Illness Prevention and Detection Among Migrant and Seasonal Farmworkers." Co-PIs: Sarah Maxwell and Thomas Brunell.  $50,000 from the Rita & Alex Hillman Foundation.

Visiting Fellowship, Australian National University, $10,000, Summer 2014

Visiting Fellowship, University of Sydney, United States Studies Centre and The Election Integrity Project, $10,000, Winter 2013.

EPPS Advisory Board Grant, $5,000 for research on Redistricting. 2014.

Intramural Grants Program, Northern Arizona University. $5,000 for a study on the impact of redistricting on House elections. Summer 2004.

Deans Workshop Grant, "Methods and Politics," $3000, 2002-2003, with David Clark, David Rueda and Wendy Martinek.

Deans Workshop Grant, "Democratic Institutions, Preference Aggregation and World Politics," $4000, 2001-2002, with David Clark and Patrick Regan.

Dean's Research Semester Award. Binghamton University, 2001-2002.

American Political Science Association Congressional Fellowship, 1998–99

Order of Merit. Outstanding Graduate Scholarship. School of Social Sciences, University of California, Irvine, 1996-1997

University of California Regents Dissertation Fellowship, Spring 1997.

Scaife Foundation Fellowship to attend ICSPR summer statistical program, 1993.

**Books**
Merrill, Samuel III, Bernard Grofman, and Thomas L Brunell. 2023. *How Polarization Begets Polarization: Ideological Extremism in the US Congress*. Oxford: Oxford University Press.

Brunell, Thomas, Robert Lowry, Banks Miller, and Thomas Gray. 2021. *Introduction to American Government*. Toronto: TopHat.

Brunell, Thomas, Robert Lowry, Banks Miller, and Thomas Gray. 2021. *Introduction to State and Local Government*. Toronto: TopHat.

Brunell, Thomas L. 2008. *Redistricting and Representation: Why Competitive Elections are Bad for America*. New York: Routledge.

**Journal Articles**
Lublin, David, Lisa Handley, Thomas L. Brunell, and Bernard Grofman. 2020. "Minority Success in Non-Majority Minority Districts: Finding the 'Sweet Spot'". *Journal of Race, Ethnicity, and Politics*. 5: 275-298.

Brunell, Thomas L. and Brett Cease. 2019. "How Do State-Level Environmental Policies Impact the Voting Behavior of National Legislators?" *Social Science Quarterly* 100(1): 289-306.

Brunell, Thomas L. and Bernard Grofman. 2018. "Using US Senate Delegations from the Same State as Paired Comparisons: Evidence for a Reagan Realignment." PS:

2

Political Science & Politics. 51(3): 512-516.

Brunell, Thomas L., Bernard Grofman, and Samuel Merill, III. 2016. "Components of Party Polarization in the U.S. House of Representatives." *Journal of Theoretical Politics* 28(4): 598-624.

Brunell, Thomas L., Bernard Grofman, and Samuel Merill, III. 2016. "Replacement in U.S. House: An Outlier-Chasing Model." *Party Politics* 22(4): 427-439.

Brunell, Thomas L., Bernard Grofman, and Samuel Merill, III. 2016. "The Volatility of Median and Supermajoritarian Pivots in the U.S. Congress and The Effects of Party Polarization", *Public Choice,* 166: 183-204.

Bowler, Shaun, Thomas Brunell, Todd Donovan, and Paul Gronke. 2015. "Election Administration and perception of Fair Elections." *Electoral Studies* 38(June): 1-9.

Brunell, Thomas L. and Whitney Ross Manzo. 2014. "The Impact of Cox v. Larios on State Legislative Population Deviations." Election Law Journal 13(3): 351-361.

Merill, Samuel, III, Thomas L. Brunell, and Bernard Grofman. 2014. "Modeling the Electoral Dynamics of Party Polarization in Two-Party Legislatures." *Journal of Theoretical Politics* 26(4): 548-572.

Stone Sweet, Alec and Thomas L. Brunell. 2013. "Trustee Courts and the Judicialization of International Regimes: The Politics of Majoritarian Activism in the European Convention on Human Rights, the European Union, and the World Trade Organization. *Journal of Law and Courts* 1(1): 61- 88.

Brunell, Thomas L. 2012. "The One Person, One Vote Standard in Redistricting: The Uses and Abuses of Population Deviations in Legislative Redistricting. *Case Western Reserve Law Review* 62(4): 1057- 1077.

Grofman, Bernard, Thomas L. Brunell, and Scott L. Feld. 2012. "Towards a Theory of Bicameralism: The Neglected Contributions of the Calculus of Consent." *Public Choice* 152(1-2): 147-161.

Brunell, Thomas L., Bernard Grofman, Samuel Merrill III. 2012. "Magnitude and Durability of Electoral Change: Identifying Critical Elections in the U.S. Congress, 1854-2010. *Electoral Studies* 31(4): 816-828.

Stone Sweet, Alec and Thomas L. Brunell. 2012. "The European Court of Justice, State Non-Compliance, and the Politics of Override." *American Political Science Review* 106(1): 204-213.

Brunell, Thomas L. and Harold Clarke. 2012. "Who Wants Electoral Competition and Who Wants to Win?" *Political Research Quarterly* 65(1): 124-137.

3

Merrill, Samuel, Bernard Grofman, and Thomas L. Brunell. 2011. "Do British Politics Exhibit Electoral Cycles?" *British Journal of Political Science* 41(1): 33-55.

Smith, David and Thomas L. Brunell. 2010. "Are Special Elections to the U.S. House a General Election Barometer?" *Legislative Studies Quarterly* 35(2): 283-297.

Lublin, David, Thomas L. Brunell, Bernard Grofman, and Lisa Handley. 2009. "Has the Voting Rights Act Outlived Its Usefulness? In a Word 'No'." *Legislative Studies Quarterly* 34(4): 525-554.

Adams, James, Thomas Brunell, Bernard Grofman, and Samuel Merrill, III. 2010. "Why Candidate Divergence Should be Expected to be Just as Great (or even Greater) in Competitive Seats as in Non-Competitive Ones." *Public Choice* 145: 417-433.

Brunell, Thomas L., Chetan Dave, and Nicholas C. Morgan. 2009. "Factors Affecting the Length of Time a Jury Deliberates: Case Characteristics and Jury Composition." *Review of Law & Economics*, 5(1): article 23.

Brunell, Thomas L. and Justin Buchler.  2009. "Ideological Representation and Competitive Congressional Elections." *Electoral Studies* 28(3): 448-457.

Brunell, Thomas L. and Bernard Grofman. 2009. "Testing Since Versus Strategic Split-ticket Voting at the Aggregate Level: Evidence from Split House-President Outcomes, 1900-2004." *Electoral Studies*, 28(1): 62-69.

Brunell, Thomas L., Christopher J. Anderson, and Rachel Cremona. 2008 "Descriptive Representation, District Demography, and Attitudes Toward Congress Among African Americans." *Legislative Studies Quarterly*. 33(2): 223-244.

Merrill, Samuel, Bernard Grofman, and Thomas L. Brunell. 2008. "Cycles in American National Electoral Politics, 1854-2006: Statistical Evidence and an Explanatory Model." *American Political Science Review*, 102(1) 1-17.

Thomas L. Brunell. 2006. What to Do about Turnout Bias in American Elections? *The American Review of Politics*, 27(Fall): 255-260.

Brunell, Thomas L. 2006. "Rethinking Redistricting: How Drawing Uncompetitive Districts Eliminates Gerrymanders, Enhances Representation, and Improves Attitudes Toward Congress." *PS: Political Science & Politics*, 39(1) 77-86.

Brunell, Thomas L. 2005. "The Relationship Between Political Parties and Interest Groups: Explaining Patterns of PAC Contributions to Candidates for the U.S. Congress." *Political Research Quarterly*, 58: 681-688.

Solowiej, Lisa, and Wendy Martinek, and Thomas L. Brunell. 2005. "Partisan Politics:

The Impact of Party in the Confirmation of Minority and Female Federal Court Nominees." *Party Politics*, 11: 557-577.

Brunell, Thomas L. and John DiNardo. 2004. "A Propensity Score Reweighting Approach to Estimating the Partisan Effects of Full Turnout in American Presidential Elections." *Political Analysis* 12(1): 28-45.

Solowiej, Lisa and Thomas L. Brunell. 2003. "The Entrance of Women to the U.S. Congress: The Widow Effect." *Political Research Quarterly* 56(3): 283-292.

Brunell, Thomas L. 2001. "Why There is Still a Controversy About Adjusting the Census." *PS: Political Science & Politics*, 35(1, March): 85.

Brunell, Thomas L. 2001. "Census 2000 – Epilogue." *PS: Political Science & Politics*, 34(4, December): 813-814.

Brunell, Thomas L. 2001. "Science and Politics in the Census." *SOCIETY* 39(1): 11-16.

Brunell, Thomas L. and Amihai Glazer. 2001. "Rational Response to Irrational Attitudes: The Level of the Gasoline Tax in the U.S. States." *The Journal of Policy Analysis and Management* 20(4): 761-764.

Brunell, Thomas L. 2000. "Redistricting in the 'Aughts': The Impact of Census 2000. *The American Review of Politics* 21(Winter): 347-366.

Grofman, Bernard, William Koetzle, Samuel Merrill, and Thomas L. Brunell. 2001. "Changes in the Location of the Median Voter in the U.S. House of Representatives, 1963-1996." *Public Choice* 106:221-232.

Brunell, Thomas L. 2000. "Using Statistical Sampling to Estimate the U.S. Population: The Methodological and Political Debate Over Census 2000." *PS: Political Science & Politics*. 33(4, December): 775-782.

Brunell, Thomas L. 2000. "Rejoinder to Anderson and Fienberg." *PS: Political Science & Politics*. 33(4, December): 793-794.

Brunell, Thomas L. 2000. "Making Sense of the Census: It's Political." *PS: Political Science & Politics*. 33(4, December): 801-802.

Stone Sweet, Alec and Thomas L. Brunell. 2000. "The European Court, National Judges, and Legal Integration: A Researcher's Guide to the Data Set on Preliminary References in EC Law, 1958–98." *European Law Journal* 6(2): 117 - 127.

Stone Sweet, Alec and Thomas L. Brunell. 2000. "The European Court, National Judges, and Legal Integration." *Swedish Journal of European Law* 3(2):179–192.

Grofman, Bernard, William Koetzle, Michael McDonald, and Thomas L. Brunell. 2000. "A New Look at Split Ticket Outcomes for House and President: The Comparative Midpoints Model." *Journal of Politics* 62(1, February): 35-50.

Brunell, Thomas L. and William Koetzle. 1999. "A Divided Government Based Explanation for the Decline in Resignations from the U.S. Senate, 1834-1996." *Party Politics* 5(October, 4): 497-505.

Brunell, Thomas L. 1999. "Partisan Bias in U.S. Congressional Elections. Why the Senate is Usually More Republican than the House of Representatives." *American Politics Quarterly* 27(July,3): 316-37.

Grofman, Bernard, Samuel Merrill, Thomas L. Brunell, and William Koetzle. 1999. "The potential electoral disadvantages of a catch-all party - Ideological variance among Republicans and Democrats in the 50 U.S. States." *Party Politics* 5(April,2):199-210.

Brunell, Thomas L., William Koetzle, John DiNardo, Bernard Grofman, and Scott L. Feld. 1999. "The $R^2$ = .93. Where Then Do They Differ? Comparing Liberal and Conservative Interest Group Ratings." *Legislative Studies Quarterly* 24(February,1): 87-99.

Merrill, Samuel, Bernard Grofman, Thomas L. Brunell, and William Koetzle. 1999. "The power of ideologically concentrated minorities." *Journal of Theoretical Politics* 11(January,1):57-74.

Brunell, Thomas L. and Bernard Grofman. 1998. "Explaining Divided Senate Delegations 1788-1996: A Realignment Approach." *American Political Science Review* 92(June,2): 391-99.

Stone Sweet, Alec and Thomas L. Brunell. 1998. "Constructing a Supra-National Constitution: Dispute Resolution and Governance in the European Community." *American Political Science Review* 92(March,1): 63-81.

Stone Sweet, Alec and Thomas L. Brunell. 1998. "The European Court and the National Courts: A Statistical Analysis of Preliminary References, 1961-95." *The Journal of European Public Policy* 5(March): 66-97.

Grofman, Bernard, Thomas L. Brunell, and William Koetzle. 1998. "Why Gain in the Senate. But Midterm Loss in the House? Evidence from a Natural Experiment." *Legislative Studies Quarterly* 23(February): 79-89.

Grofman, Bernard, Thomas L. Brunell, and Janet Campagna. 1997. "Distinguishing the Difference Between Swing Ratio and Bias: the U.S. Electoral College." *Electoral Studies* 16(December,4):471-487

Grofman, Bernard, William Koetzle, and Thomas L. Brunell. 1997. "An Integrated

Perspective on the Three Potential Source of Partisan Bias: Malapportionment, Turnout Differences, and the Geographic Distribution of Party Vote Shares." *Electoral Studies* 16(December, 4):457-470.

Brunell, Thomas and Bernard Grofman. 1997. "The 1992 and 1996 Presidential Elections: Whatever Happened to the Republican Electoral College Lock?" *Presidential Studies Quarterly* Winter: 134-38.

Wuffle, A, Thomas Brunell, and William Koetzle. 1997. "Death Where is Thy Sting: The U.S. Senate as a Ponce (de Leon) Scheme." *PS:Political Science and Politics* 30 (1): 58-59.
Reprinted in the *Journal of Irreproducible Results* 1999. 44(5-6): 25-26.

Koetzle, William, and Thomas L. Brunell. 1996. "Lip-Reading, Draft-Dodging, and Perot-noia: The 1992 Presidential Campaign in Editorial Cartoons." *Harvard International Journal of Press/Politics* 1(4): 94-115.

**Book Chapters and Other Articles**
Brunell, Thomas L. 2020. "Congress," In *An Introduction to American Government*, Toronto: TopHat.

Brunell, Thomas L. 2020. "Elections," In *An Introduction to American Government*, Toronto: TopHat.

Brunell, Thomas L. 2020. "Legislatures," In *State and Local Government*, Toronto: TopHat.

Brunell, Thomas L. 2020. "Congressional Reapportionment". In *Voting and Political Representation in America,* Mark P. Jones, Editor. Santa Barbara, CA: ABC-CLIO, pp 110-112.

Brunell, Thomas L. 2020. "Gerrymandering". In *Voting and Political Representation in America,* Mark P. Jones, Editor. Santa Barbara, CA: ABC-CLIO, pp 249-251.

Adams, James, Thomas L. Brunell, Bernard Grofman, and Samuel Merrill III. 2013. "Do Competitive Districts Necessarily Produce Centrist Politicians." In Advances in Political Economy. Norman Schofield, Gonzalo Caballero, and Daniel Kselman, eds. New York: Springer, pp 331-350.

Wuffle, A, Thomas Brunell, and William Koetzle. 2010. "Death Where is Thy Sting? The Senate as a Ponce (de Leon) Scheme." Eds. Lee Sigelman, Kenneth Newton, Kenneth J. Meier, and Bernard Grofman. Washington D.C.: APSA and ECPR.

Grofman, Bernard and Thomas L. Brunell. 2010. "Redistricting," in *The Oxford Handbood of American Elections and Political Behavior,* ed. Jan E. Leighly. Oxford: Oxford University Press.

Brunell, Thomas L. 2009. "The presidential and congressional election in the USA, November 2008." *Electoral Studies,* 28(4): 322-325.

Brunell, Thomas L. and Bernard Grofman. 2008. "The Partisan Consequences of Baker v. Carr and the One Person, One Vote Revolution," in *Redistricting in Comparative Perspective*, Lisa Handley and Bernard Grofman, eds. Oxford: Oxford University Press.

Brunell, Thomas L. and Bernard Grofman. 2008. "Evaluating the Impact of Redistricting on District Homogeneity, Political Competition, and Political Extremism in the U.S. House of Representatives, 1962-2006." In *Designing Democratic Governments,* Margaret Levi, James Johnson, Jack Knight, and Susan Stokes, eds.  New York: Russell Sage Publications.

Grofman, Bernard and Thomas Brunell. 2006. "Extending Section 5 of the Voting Rights Act: The Complex Interaction Between Law and Politics." In *The Future of the Voting Rights Act*, David Epstein, Rodolfo O. de la Garza, Sharyn O'Halloran, and Richard H. Pildes, eds. New York, NY: Russell Sage Publications.

Grofman, Bernard and Thomas Brunell. 2005. "The Art of the Dummymander: The Impact of Recent Redistrictings on the Partisan Makeup of Southern House Seats." In Galderisi, Peter (Ed.) Redistricting in the New Millennium. New York: Lexington Books, pp. 183-199.

Brunell, Thomas L. 2004. "Seeking to Institutionalize a Partisan Electoral Advantage: The Battle Over the Census." *War Stories from Capitol Hill*. Edited by Paul S. Herrnson and Colton C. Campbell. Upper Saddle River, New Jersey: Prentice Hall.

Brunell, Thomas L. 2001. "Congress and the Courts: The Strange Case of Census 2000." In *Congress Confronts the Court,* edited by Colton C. Campbell and John F. Stack, Jr.. Lanham, MD: Rowman and Littlefield Press.

Grofman, Bernard and Thomas L. Brunell. 2001. "Explaining the Ideological Differences Between the Two U.S. Senators Elected from the Same State: An Institutional Effects Model." Galderisi, Peter F., Marni Ezra, and Michael Lyons, eds. *Congressional Primaries and the Politics of Representation*. Lanham, MD: Rowman and Littlefield Press.

**Other Publications and Community Involvement**
Op-ed "Democrats should focus on state races this year and save their chips for 2020." Dallas Morning News, July 7, 2018. Co-authored with Paul Diehl.


Quoted in DMN "At 85, Rep. Sam Johnson has rivals' respect — but still has rivals" by Elizabeth Koh, Feb 15, 2016.

Quoted in:
http://www.foxbusiness.com/politics/2016/02/25/last-stand-in-texas-for-cruz-before-super-tuesday.html

Interview for WRLD on Feb 27, March 1, March 2 and thoughout march and april

Interview KRLD on Oct 18 about vote rigging and presidential election

KRLD Oct 25 interview early turnout

Oct 26 Interviewed on Channel 8 news about future of GOP

Appeared on McQuisition television show.  May 20, 2012. "Redistricting: Do you Know Who Your Congressman is?"

Newsweek story on special elections
http://www.thedailybeast.com/articles/2011/09/12/david-weprin-vs-bob-turner-the-race-to-replace-anthony-weiner.html

Nate Silver story on special elections, NY Times
http://fivethirtyeight.blogs.nytimes.com/2011/09/13/a-guide-to-cutting-through-special-election-spin/

Appeared on McQuisition TV Show; local PBS talk show. Two episodes, one on the Tea Party and one on the 2010 Election.

Quoted in an Associate Press article "Vulnerable House Dems declare their independence," by Cristina Silva, September 25, 2010.

Appeared on *Think* with Krys Boyd on KERA Channel 13 (Dallas) talking about my book.

I wrote the feature op-ed for the Dallas Morning News on June 3, 2008.
http://www.dallasnews.com/sharedcontent/dws/dn/opinion/viewpoints/stories/DN-brunell_03edi.ART.State.Edition1.45fe223.html

Quoted extensively in a Huffington Post story by Tom Edsall on political cycles.
http://www.huffingtonpost.com/2008/06/24/obama-rides-the-wave_n_108848.html

Appeared on local radio station (KRLD 1080 am) as a guest political commentator for a 3 hour election wrap up program for the Texas presidential primary election, March 4, 2008.

Was one of four invited speakers, including one member of Congress, at North Central Texas College's 2nd Annual Conference on American Leadership, April 12, 2008, where I spoke about redistricting and representation.

My research on cycles in American electoral politics was featured on Discovery's website http://dsc.discovery.com/news/2008/03/13/political-cycles.html

Quoted in Pittsburgh Tribune Review on Thursday March 27 about jury deliberations. http://www.pittsburghlive.com/x/pittsburghtrib/news/cityregion/s_559258.html

Quoted in Philadelphia Inquirer on Wednesday April 2 about jury deliberations. http://www.philly.com/philly/news/local/17215627.html

My research with Patrick Brandt involving predicting the 2006 Congressional elections was quoted extensively in an article U.S. News and World Report.

Wrote an op-ed for Newsday (New York) on the impact of timing of events for presidential elections. Published 1/4/04. This was reprinted in the Dodge City Daily Globe (Kansas) on 1/8/04 and in the Chattanooga Times Free Press (Tennessee) on 1/25/04.

Spoke to Pi Sigma Alpha meeting on the Presidential Primary Process, February 2004.

Delivered a speech to the League of Women Voters of Broome and Tioga Counties entitled "Redistricting after Census 2000: Playing Political Hardball." September 25, 2001

Appeared as an hour long guest on NPR's "Talk of the Nation" to discuss the decennial census. March 7, 2001.

Stone Sweet, Alec and Thomas L. Brunell. 2000. "The European Court, National Judges, and Legal Integration: A Researcher's Guide to the Data Set on Preliminary References in EC Law, 1958–98." Working paper. Robert Schuman Centre for Advanced Studies. European University Institute.

Brunell, Thomas L. and Amihai Glazer. 1999. "Evidence for the Irrationality of Governmental Policy." Working paper, Center for the Study of Democracy, U.C. Irvine.

Stone Sweet, Alec and Thomas L. Brunell. 1997. "The European Court and the National Courts: A Statistical Analysis of Preliminary References, 1961-95." Working paper 14/97, Jean Monnet Center, Harvard Law School.

Appeared on News Channel 34 (ABC) on 11/12/00 discussing the process by which we amend the constitution.

Appeared on Fox 40 on election night 11/7/00 as an analyst discussing the election.

Appeared on WBNG TV (CBS) on 11/2/00 discussing voter fatigue.

Appeared on News Channel 34 (ABC) on 11/2/00 discussing the Electoral College.

Quoted in Press and Sun-Bulletin on 10/14/00 in an article about the 26th district Congressional election in New York.

Appeared on WBNG TV (CBS) with students in my class discussing the second Clinton/Lazio debate, 10/8/00.

Appeared on News Channel 34 (ABC) discussing Presidential debate, 10/4/00

Appeared on News Channel 34 (ABC) discussing Presidential debate, 10/3/00

Appeared on News Channel 34 (ABC) discussing the 2000 NY Senatorial primary, 9/12/00.

Appeared on WBNG TV (CBS) News discussing the 2000 presidential primaries. March 7,2000.

Appeared on WBNG TV (CBS) News discussing Census 2000 and its likely impact on New York. January 20, 2000.

Appeared on WBNG TV (CBS) and News Channel 34 (FOX) talking about turnout in local elections. October 2, 1999.

Brunell, Thomas L. "Accurate Census Count Vital for New York." The Press & Sun–Bulletin. July 25, 1999. Page 6E.

**Invited Talks**
Census 2020
Triple Play: Election 2018, Census 2020, and Redistricting 2021.  Conference at University of Houston, Dec. 7 2018

Census 2020 and Redistricting
Common Cause Democracy Works Summit
Philadelphia, May 21, 2018

Keynote on Redistricting
North Carolina State Political Science Associate Meeting. Raleigh, NC Feb 23, 2018

Reforming Redistricting
Political Discourse Conference, University of Iowa, December 4, 2015

"The Impact of Competitiveness on Attitudes Towards Government, a Comparative Perspective." Australian National University, August 21, 2015.

"Asymmetrical Polarization in the U.S. Congress" Australian National University, July 14th, 2015.

11

"Population Deviations: A Subtle Form of Gerrymandering in the U.S. States" March 2014, The University of Sydney, Electoral Integrity Project.

"The Uses and Abuses of Population Deviations in State Legislative Redistricting." Case Western Law School, November 4, 2011.

Why Electoral Competition is Bad for America
Political Science Department at Duke University. February 10, 2009.

"Why We Need Fewer Competitive Elections in the U.S. House of Representatives." Department of Government, University of Texas, Austin, January 27, 2006.

"Why Fewer Competitive Elections are Better in Single Member District Electoral Systems." May 27, 2005, Nuffield College, Oxford University.

"Parsing Sincere Versus Strategic Interest Group Behavior: Explaining Patterns of Hard Money Contributions to Candidates for the U.S. Congress." January 9, 2003, Dept. of Political Science UC Riverside.

"Party Polarization and Divided Government." American Politics Research Group, University of North Carolina, Chapel Hill. December 1, 2000.

"The Politics of Census Taking in the United States. Nuffield College, Oxford University, September 28, 1999.

"The Statistical Adjustment of the 2000 U.S. Census. The George Washington University, June, 1999.

**Conference Activity**
"Assessing Proportionality as a Standard for Redistricting" Presented at the Annual Meeting of the Western Political Science Association, San Diego, CA, April 2019.

"Assessing Proportionality as a Standard for Redistricting" Presented at the Annual Meeting of the Southern Political Science Association, Austin, TX, January 2019.

"Do Environmental State Policies Impact National Legislators' Voting Behavior?" T. Brunell and B. Cease. Presented at American Political Science Association, San Francisco, August 3-September 3, 2017

"Democratic Renewal: The Positive Effects of Elections on Voters Attitudes Towards Government." T. Brunell, S. Bowler, T. Donovan, J. Karp
Presented at Southern Political Science Association, San Juan, Puerto Rico, January 7-10, 2016.

"State Election Administration and Voters' Perceptions of Electoral Integrity."

T. Brunell, S. Bowler, T. Donovan, P. Gronke
Presented at State Politics and Policy Conference, Sacramento, CA

"Electoral Engineering and the Representation of Underrepresented Groups"
Elin Bjarnegard, Thomas L. Brunell, and Par Zetterberg
Annual Meeting of American Political Science Association, San Francisco, August 2015

"Median and Supermajoritarian Pivots in Congress and Conditional Party Government"
Thomas L. Brunell and Samuel Merrill, III
Annual Meeting of American Political Science Association, San Francisco, August 2015

"Election Reforms and Perceptions of Fair Elections."
Shaun Bowler, Thomas Brunell, Todd Donovan, and Paul Gronke
State Politics and Policy Conference, Sacramento CA, May 2015.

"Replacement Effects and the Slow Cycle of Ideological Polarization in the U.S. House."
Presented at the Annual Meeting of the American Political Science Association,
Washington D.C., September 2010.

"Putting Critical Elections in Historical Perspective"
Thomas L. Brunell, Samuel Merrill III, and Bernard Grofman
Midwest Political Science Association Annual Meeting.  Chicago, IL April 2-5, 2009.

"Do Special Elections Foretell the Results of General Election Outcomes in the U.S.
House of Representative." Thomas L. Brunell and David Smith
Midwest Political Science Association Annual Meeting.  Chicago, IL April 2-5, 2009.

"Who Wants Electoral Competition and Who Wants to Win?" With Harold Clarke.
Presented at the Annual Meeting of the Midwestern Political Science Association,
Chicago, April, 2008.

"The Impact of Electoral Competitiveness on Voters's Attitudes Toward Government:
Evidence from the U.S., Great Britain, and Canada." With Elizabeth Clausen.
Presented at the Annual Meeting of the Western Political Science Association, Las
Vegas, NV, March 2007.

"The Impact of Electoral Competitiveness on Voters's Attitudes Toward Government:
Evidence from the U.S., Great Britain, and Canada."  With Elizabeth Clausen
Presented at the Annual Meeting of the Midwestern Political Science Association,
Chicago IL, April 2007.

"Time to Deliberate: Factors Affecting the Length of Jury Deliberations" With Chetan
Dave and Nicolas Morgan.  Presented at the Annual Conference on Empirical Legal
Studies, New York Law School, November 2007.

"Move to the Center or Mobilize the Base? Effects of Political Competition, Voter

Turnout, and Partisan Loyalties on the Ideological Convergence of Vote-Maximizing Candidates in Two-Party Competition." With Bernard Grofman, Sam Merrill, and Jim Adams. Presented at the Annual Meeting of the American Political Science Association, Philadelphia, PA August 30 - September 3, 2006.

"Rethinking Redistricting: How Drawing Districts Packed with Partisans Improves Representation and Attitudes Towards Congress." Presented at the Annual Meeting of the American Political Science Association, Washington, DC, September 1-4, 2005.

"Evaluating the Political Effects of Partisan Gerrymandering." With Bernard Grofman. Presented at the Annual Meeting of the American Political Science Association, Washington, DC, September 1-4, 2005.

"The Impact of Primary Type on Competitiveness of U.S. Congressional Primary Elections." Presented at the Annual Meeting of the American Political Science Association, Chicago, IL, September 1-5, 2004.

"The Relationship Between Descriptive Representation of African Americans in Congress and Attitudes Toward Government." With Rachel Cremona and Chris Anderson, presented at The Annual Meeting of the Midwestern Political Science Association, Chicago, IL, April 14-17, 2004.

"Do National Tides Affect Governors?: Midterm Loss in Gubernatorial Elections ." With Robin Best, presented at The Annual Meeting of the Midwestern Political Science Association, Chicago, IL, April 14-17, 2004.

"The Relationship Between Parties and Interest Groups: Explaining Interest Group Donations." Presented at the Annual Meeting of the American Political Science Association, Boston, MA August 26-September 1, 2002.

"The Entrance of Women into the U.S. Congress: The Widow Effect." with Lisa Solowiej. Presented at the Annual Meeting of the Southern Political Science Association. Atlanta, GA November 7-10, 2001.

"Before Election Day: The Effect of Timing of Elections in U.S. Presidential and Congressional Elections." Presented at the Annual Meeting of the American Political Science Association, San Francisco, CA August 30-September 2, 2001.

"Ideological Swing Districts in the U.S. House of Representatives," with A.J. Quackenbush. Presented at the Annual Meeting of the American Political Science Association, San Francisco, CA August 30-September 2, 2001.

"The Effect of District Diversity on Party Loyalty Voting in the U.S. Congress." Presented at the Annual Meeting of the Western Political Science Association, Las Vegas, March 15-17, 2001.

"Explaining the Proportion of Split House-President Outcomes, 1900-1996," with Bernard Grofman and Samuel Merrill. Presented at the Annual Meeting of the Public Choice Society, San Antonio, Texas, March 9-11, 2001.

"Congress and the Courts: The Strange Case of the Census." Florida International University, Miami, Florida. April 7-9, 2000. Conference on Congress and the Courts.

"The Link Between Primary Type and Representation in the U.S. Senate." Presented at the 1999 Annual Meeting of the American Political Science Association, Atlanta GA.

"The Power of Ideologically Concentrated Electorates." Presented at the 1997 Annual Meeting of the American Political Science Association, Washington D.C, August 28-31.

"Rethinking the Link Between District Diversity and Electoral Competitiveness." Presented at the 1997 Annual Meeting of the American Political Science Association, Washington D.C, August 28-31.

"Comparing Electoral Competition, Responsiveness, and Change in the House and Senate: The Senate Really is Different." Presented at the 1997 Annual Meeting of the Southwestern Social Science Association, New Orleans, March 26-30.

"Explaining the Ideological Differences Between the Two U.S. Senators Elected from the Same State: An Institutional Effects Model," with Bernard Grofman. Presented at the 1997 Annual Meeting of the Public Choice Society, San Francisco, March 21-23.

"The Power of Concentrated Ideological Minorities," with Bernard Grofman and William Koetzle. Presented at the 1997 Annual Meeting of the Public Choice Society, San Francisco, March 21-23.

"Why Do Voters Split Their Tickets? A Comparative Midpoints Approach," with Bernard Grofman, Michael McDonald, and William Koetzle. Presented at the 1997 Annual Meeting of the Public Choice Society, San Francisco, March 21-23.

"Explaining Divided Senate Delegations 1788-1994, A Realignment Approach." Presented at the 1996 Annual Meeting of the American Political Science Association, San Francisco, August 28 - September 1, 1996.

"Toward a Realignment-Based Theory of Divided Senate Delegations" presented at 1995 Western Political Science Association Meeting, San Francisco, March 1996. And at the 1996 Annual Meeting of the Public Choice Society, Houston, Texas, April 1996.

"Split-ticket Voting and Divided Government" with Bernard Grofman, Michael McDonald, and William Koetzle. Presented at the Conference on Strategy & Politics, Center for the Study of Collective Choice, University of Maryland, April 14, 1996.

"Comparing Midterm Elections in the U.S. House and Senate," with William Koetzle and

Bernard Grofman. Presented at the 1996 Annual Meeting of the Public Choice Society, Houston, Texas, April, 1996.

"Explaining Seat Change in the United States Senate, 1922-1994," with William Koetzle. Presented at the 1995 Midwestern Political Science Association Annual Meeting in Chicago, Illinois, April 1995.

"Lip-Reading, Draft-Dodging, and Perot-noia: The 1992 Presidential Campaign in Editorial Cartoons," with William Koetzle. Presented at the 1994 Western Political Science Association Annual Meeting in Albuquerque, New Mexico, March 1994.

**Teaching Experience**
Introduction to U.S. and Texas Government
Political Parties and Interest Groups
American Political Institutions
Race and Redistricting
Congress
Campaigns and Elections
Statistics
Computer Based Research in Social Science
Graduate seminar in American Politics
Graduate seminar in Electoral Systems
Graduate seminar in American Political Institutions
Graduate seminar in Comparative Institutions
Graduate seminar in Election Law and Electoral Systems

**Service & Professional Activities**
2013-14 Executive Committee, Political Science, UT Dallas

2010-2012 Senior Associate Dean, in charge of graduate studies for the School of Economic, Political, and Policy Sciences.

2007-2010 Associate Program Head and Director of Graduate Studies, Political Science, UT Dallas.

2005-2007 Executive Committee, Political Science, UT Dallas.

2006 American Politics search committee, UT Dallas.

2003-2005 Faculty Senate, Northern Arizona University.

2000-2001 Faculty Senate, Binghamton University.

2000-2001 Graduate Committee, Department of Political Science, Binghamton University.

2000-2001 American Politics Search Committee, Binghamton University.

1999-2000 American Politics Search Committee, Binghamton University.

1999-2000 Graduate Committee, Department of Political Science, Binghamton University.

Reviewer, National Science Foundation, American Political Science Review, American Journal of Political Science, Journal of Politics, Legislative Studies Quarterly, Journal of Theoretical Politics, American Politics Review, National Science Foundation, Public Choice, Political Research Quarterly, Electoral Studies, British Journal of Political Science, Journal of European Public Policy, European Journal of Political Research, and Party Politics.

**Ph.D Students**
Patrick Muenks, faculty at UT System
Misty Parker, faculty at Del Mar College
Paul Collins, faculty at University of Massachusetts, Amherst
Billy Monroe, faculty at Stephen F. Austin State College
Walt Borges, faculty at UNT Dallas
David Smith
Whitney Manzo, faculty at Meredith College
Adrianna Smith

**Redistricting and Litigation Experience**
Texas Congressional, 2001, testified in state court
Pennsylvania Congressional, 2002, testified in state and federal court
Alabama Congressional, 2002, testified in federal court
Alaska State Legislative, 2002 testified in state court
Virginia State Legislative (wrote a report but did not testify), 2001
Nevada State Legislative (Guy v. Miller), 2011 testified in state court
New Mexico State Legislative (Egolf v. Duran), 2011 testified in state court
Colorado Congressional (Moreno v. Gessler), 2011
South Carolina Congressional (Backus v. South Carolina), 2012 testified in federal court
North Carolina Congressional and Legislative (Dickson v. Rucho), 2012
Florida Congressional (Romo v. Detzner)
Alabama Legislative (ALBC v. Alabama), 2013 testified in federal court
South Dakota Voting Rights Act case (Brooks et al. v. Gant et al.), 2014
Galveston County Texas (Petteway et al. v. Galveston County), 2016
Kern County Districting (Luna v. County of Kern), 2017
Ohio Congressional (Ohio A. Philip Randolph Institute v. Smith), 2018
Michigan Congressional (League of Women Voters Michigan v. Johnson), 2018
Florida Signature Matching (DNC Servs. Corp., v. Lee), 2019
North Carolina Congressional (Common Cause v. Lews), 2019
Oregon Congressional (Clarno et al v. Fagan), 2021
Maryland Congressional (Parrot v. Lamone), 2022

Arkansas Absentee Ballot (League of Women Voters of Arkansas v. Thurston), 2023
Mississippi State Legislative Redistricting (Mississippi NAACP v. State Board of
Election Commissioners), 2024.

# EXHIBIT 2

Expert Report of Thomas L Brunell, Ph.D.

California Prop. 50 Congressional districts

## I.  Professional Background and Experience

I am a tenured Professor of Political Science at the University of Texas at Dallas. I received a Ph.D. in Political Science from the University of California, Irvine in 1997. Recently I served as the program head for six years in the Public Policy, Political Economy and Political Science program.  I am currently serving as the Interim Director of the Texas Schools Project.  Previously I served as Senior Associate Dean of Graduate Education for the School of Economic, Political, and Policy Sciences here at the University of Texas at Dallas.  In 2020, I was appointed by the Director of the U.S. Census Bureau to serve a three-year term on the Census Scientific Advisory Committee. My teaching and research interests revolve around American elections.  I study redistricting, representation, political parties, and the U.S. Congress.  My teaching portfolio includes classes on Election Law, Redistricting and Racial politics, Campaigns and Elections, Statistics, and Congress.  I have published a solo-authored book on redistricting and dozens of peer-reviewed articles in the top journals in our field on redistricting, the Voting Rights Act, elections, and representation.  I am lead author on two textbooks on American government – the first one is *An Introduction to American Government* (Brunell et al 2021), and the second is *An Introduction to State and Local Government* (Brunell et al 2022). I have testified many times in state and federal courts around the country over the last 25 years in lawsuits involving voting, redistricting, the Voting Rights Act, ballot integrity, absentee ballots, election administration, and signature matching.  My most recent work is a book with two co-authors forthcoming with Oxford University Press entitled *How Polarization Begets Polarization: Ideological Extremism in the US Congress*.  For a full listing of publications, I have authored or co-authored and for those cases that I have testified in either as an expert at trial or by deposition, please see my cv attached hereto.

I am being paid $500 per hour for my work on this matter.  My fees are not contingent on my opinions or on the outcome of the case.

## II. Scope of Work

I was asked by counsel to look at several geographic and election-related factors in 18 of California's counties. These 18 counties are those that are included in the VRA districts for the newly passed Congressional district map for the state. The counties in my analysis include Fresno, Imperial, Kern, Kings, Los Angeles, Madera, Merced, Monterey, Orange, Riverside, San Benito, San Bernardino, San Diego, San Joaquin, Santa Clara, Santa Cruz, Stanislaus, and Tulare.

## III. State Demographics

California is a very diverse state, and Latinos comprise a plurality of the state. The 2020 decennial census reported that Hispanics were 39.4% of the state, Non-Hispanic White 34.7%, Non-Hispanic Asians about 15.1%, and Non-Hispanic Black 5.4%. In Table 1 I have gathered data from the 2020 Census for the total population of the state and each of the 18 counites in question. For total population I use Hispanic, non-Hispanic White, non-Hispanic Black, and Non-Hispanic Asian. At the county level, there is only one, Santa Cruz, in which Non-Hispanic Whites comprise a majority of the population. Hispanics are an outright majority in ten of the counties and they are a plurality in four others. Whites are a plurality in three counties. There are 14 Hispanic VRA districts in the current map.

Table 1. California Total Population for 18 Counties, 2020 Census

| County | Total Population | Hispanic % | White (Non-Hispanic) % | Black (Non-Hispanic) % | Asian (Non-Hispanic) % |
|--------|------------------|------------|------------------------|------------------------|------------------------|
| Fresno | 1,008,526 | 53.6 | 26.9 | 4.4 | 10.9 |
| Imperial | 173,626 | 86.1 | 9.4 | 1.1 | 1.3 |
| Kern | 892,674 | 54.9 | 31.1 | 4.8 | 4.9 |
| Kings | 140,322 | 57.2 | 29.6 | 4.2 | 3.8 |
| Los Angeles | 10,047,926 | 48.0 | 25.5 | 7.7 | 14.7 |
| Madera | 151,113 | 60.5 | 30.9 | 1.8 | 2.3 |
| Merced | 281,099 | 61.9 | 24.4 | 2.8 | 7.0 |
| Monterey | 434,660 | 60.7 | 27.4 | 1.7 | 5.8 |
| Orange | 3,193,010 | 34.1 | 37.6 | 1.6 | 21.9 |
| Riverside | 2,417,438 | 49.7 | 32.6 | 6.1 | 6.8 |

| San Benito | 64,338 | 61.1 | 30.8 | 0.8 | 3.4 |
| San Bernardino | 2,180,152 | 53.7 | 25.9 | 8.0 | 8.1 |
| San Diego | 3,302,262 | 33.9 | 43.1 | 4.4 | 12.1 |
| San Joaquin | 777,313 | 41.8 | 27.6 | 7.2 | 17.3 |
| Santa Clara | 1,940,140 | 25.2 | 28.7 | 2.2 | 38.8 |
| Santa Cruz | 271,352 | 34.9 | 53.7 | 1.1 | 4.4 |
| Stanislaus | 554,730 | 48.1 | 37.6 | 2.6 | 6.0 |
| Tulare | 475,056 | 65.5 | 26.4 | 1.1 | 3.4 |
| Statewide | 39,523,437 | 39.4 | 34.7 | 5.4 | 15.1 |

*Source: Adjusted P.L. 94-171 Summary Totals: State and Counties
https://statewidedatabase.org/redistricting2021/

In the Proposition 50 map, the person who drew the map says that he increased that number to 16. In a presentation to the Hispanics Organized for Political Equality (HOPE), Mr. Paul Mitchell said the following:

"The Voting Rights Act analysis that we got back said -- and, again, I'll read -- while both the Commission map and the draft map are compliant with Section 2, the empirical evidence shows that the public submission map, which is the Prop. 50 map, improves the opportunity for Latino voters to elect candidates of choice in two more districts than the existing plan" (HOPE 2025, page 26).

Mitchell went on to say: "And I started listing out this concept of drawing a replacement Latino majority/minority district in the middle of Los Angeles.· That was the number one thing that I first started thinking about because it was something that I worked with HOPE on in the last redistricting process" (HOPE 2025, page 23-24.).

Followed by: "We essentially reversed the Redistricting Commission's decision to eliminate a Latino district from LA, the old Ed Royal district, Lucille Roybal-Allard district, the first Latino majority/minority district in the country, the first Latino member of Congress in the country. · · · · We put that district back.· Eliminated the -- basically moving the 41st over there and eliminating the Ken Calvert district in Riverside, and then moving the districts around in order to fill in" (HOPE 2025, page 25).

3

 The sixteen majority Hispanic CVAP districts are list in Table 2 (data from Centeno and Cuellar 2025).

Table 2. Proposition 50 Majority Hispanic Citizen Voting Age Population Districts

| District | Member | Hispanic CVAP% |
|---|---|---|
| 13 | Gray | 53.8 |
| 18 | Lofgren | 53 |
| 21 | Costa | 54.4 |
| 22 | Valadao | 65.4 |
| 25 | Ruiz | 52.1 |
| 29 | Rivas | 53.6 |
| 31 | Cisneros | 52.2 |
| 33 | Aguilar | 54.5 |
| 34 | Gomez | 54.9 |
| 35 | Torres | 53.1 |
| 38 | Sanchez | 52.6 |
| 39 | Takano | 54.3 |
| 41 | Calvert | 55 |
| 44 | Barragan | 62.3 |
| 46 | Correa | 52.7 |
| 52 | Vargas | 51.8 |

*Data from Centeno and Cuellar 2025.

Since there are far more non-citizens among Hispanics than other racial or ethnic groups, I have also gathered data for Citizens' Voting Age Population (CVAP), in addition to total population.[1] Table 3 contains this data. There are some differences in CVAP compared to total population. Non-Hispanic Whites are a plurality statewide with 43.5 percent of the CVAP population compared to 31.9 for Hispanics. At the county level, Hispanics are a majority or a plurality in 11 of the 18 counties in our dataset.

---

[1] CVAP is estimated by the Census Bureau using the American Community Survey. The ACS is a large on-going survey of the American population. CVAP are estimates, which is why I have also included the raw estimates and the margins of error for each group in Table A1 in the appendix.

Table 3. California Citizen Voting Age Population for 18 Counties, 2023 ACS

| County | Total CVAP | White CVAP % | Hispanic CVAP % | Black (Non-Hispanic) CVAP % | Asian (Non-Hispanic) CVAP % |
|---|---|---|---|---|---|
| Fresno County | 629,685 | 36.1 | 45.5 | 5.1 | 10.5 |
| Imperial County | 103,690 | 13.6 | 79.8 | 3.5 | 1.3 |
| Kern County | 547,510 | 41.0 | 45.3 | 5.8 | 4.9 |
| Kings County | 94,190 | 38.1 | 46.2 | 8.0 | 4.2 |
| Los Angeles County | 6,386,435 | 32.2 | 40.1 | 9.5 | 15.1 |
| Madera County | 95,535 | 43.5 | 46.8 | 3.3 | 2.3 |
| Merced County | 161,465 | 34.5 | 51.1 | 3.8 | 7.7 |
| Monterey County | 240,820 | 43.3 | 42.6 | 3.3 | 7.0 |
| Orange County | 2,121,620 | 46.8 | 26.8 | 1.8 | 21.4 |
| Riverside County | 1,629,915 | 40.1 | 42.8 | 7.2 | 6.8 |
| San Benito County | 42,680 | 38.7 | 53.4 | 1.3 | 3.2 |
| San Bernardino County | 1,414,970 | 32.7 | 47.5 | 9.1 | 7.5 |
| San Diego County | 2,308,265 | 51.4 | 28.0 | 5.0 | 11.3 |
| San Joaquin County | 492,960 | 37.1 | 33.5 | 8.3 | 16.8 |
| Santa Clara County | 1,165,825 | 37.2 | 21.5 | 2.8 | 35.0 |
| Santa Cruz County | 191,970 | 65.8 | 25.0 | 1.0 | 4.5 |
| Stanislaus County | 348,570 | 48.5 | 39.0 | 3.1 | 5.4 |
| Tulare County | 271,830 | 37.2 | 55.0 | 1.6 | 3.7 |
| Statewide | 26,040,825 | 43.5 | 31.9 | 6.4 | 14.5 |

*Source: American Community Survey 2019-2023 5-Year Estimates. CVAP represents citizens aged 18 and older.

## IV. Statewide Elections

Looking at recent statewide elections in the state, Hispanics are not struggling to win these elections. Below is a list of six recent elections that pitted a Hispanic Democrat against a White Republican and the Hispanic candidate prevailed in each contest. All election data was retrieved from the California Secretary of State's website.

- Alex Padilla 2018 Sec of State 7,909,521 (64.5 percent) beats Mark Meuser 4,362,545 (35.5 percent).
- Xavier Becerra 2018 AG beats Steven Bailey (R) with 7,790,743 (63.6 percent) versus 4,465,587 (36.4).

- Ricardo Lara 2018 Insurance Commissioner beats Steve Poizner (Independent) 6,186,039 (52.9 percent) to 5,515,293 (47.1 percent).
- Alex Padilla 2022 Special Elec US Senator 6,559,308 (60.9 percent) to 4,212,450 (39.1).
- Alex Padilla 2022 US Senator -  beats Mark Meuser 61.1 to 38.9 percent.  Padilla got 6,621,621 votes and Meuser received 4,222,029 votes
- Ricardo Lara 2022 Insurance Commissioner 6,355,915 (59.9 percent) beat Robert Howell (R) with 4,249,391 (40.1 percent).

There are some recent examples of Hispanics losing in statewide elections, but each of them is something of a special case.

- Loretta Sanchez lost to Kamala Harris in the 2016 U.S. Senate election, but both candidates were Democrats, and the winning candidate was not white.
- In the 2018 U.S. Senate race Kevin de Leon lost to Dianne Feinstein.  Again, this contest was between two Democrats, and while Senate Feinstein was White, she was also a long-time incumbent.
- In the 2018 Lieutenant Governor's race Ed Hernandez lost to Eleni Kounalakis 56.5 to 43.5 percent of the vote.  This was a contest between two Democrats.

Tables 4, 5, and 6 present election results by our 18 counties for three statewide elections held in 2022.  The reason for including these data is to see how stable the vote percentages are within each county across elections.  Take Fresno County – In the Senate election they voted 47 percent for the Democrat; in the Senate special election they voted 46.8 percent for the Democrat, and in the Insurance Commissioner election they voted 47 percent for the Democrat.  In Los Angeles County the vote percentages for the Democrats are 70, 69.8, and 68.5.

Table 4. 2022 Senate General Election Votes by County

| 2022 Senate General Election | | | | | |
|---|---|---|---|---|---|
| County | Padilla | % | Meuser | % | Total |
| Fresno | 100,963 | 47 | 113,845 | 53 | 214,808 |
| Imperial | 17,774 | 59.9 | 11,919 | 40.1 | 29,693 |
| Kern | 73,784 | 39.4 | 113,432 | 60.6 | 187,216 |
| Kings | 10,067 | 37.8 | 16,533 | 62.2 | 26,600 |
| Los Angeles | 1,670,306 | 70 | 715,913 | 30 | 2,386,219 |
| Madera | 14,018 | 38.4 | 22,514 | 61.6 | 36,532 |
| Merced | 26,755 | 49 | 27,893 | 51 | 54,648 |
| Monterey | 67,153 | 66.4 | 34,026 | 33.6 | 101,179 |
| Orange | 479,494 | 49.5 | 489,185 | 50.5 | 968,679 |
| Riverside | 289,599 | 49.4 | 296,687 | 50.6 | 586,286 |
| San Benito | 11,016 | 56.8 | 8,368 | 43.2 | 19,384 |
| San Bernardino | 218,494 | 49.1 | 226,470 | 50.9 | 444,964 |
| San Diego | 586,284 | 57.6 | 432,027 | 42.4 | 1,018,311 |
| San Joaquin | 90,289 | 51.5 | 85,078 | 48.5 | 175,367 |
| Santa Clara | 383,152 | 71.4 | 153,249 | 28.6 | 536,401 |
| Santa Cruz | 80,675 | 78 | 22,810 | 22 | 103,485 |
| Stanislaus | 57,861 | 45 | 70,792 | 55 | 128,653 |
| Tulare | 35,215 | 38.9 | 55,359 | 61.1 | 90,574 |
| Totals | 4,212,899 | 59.3 | 2,896,100 | 40.7 | 7,108,999 |

*data from CA Secretary of State website

Table 5. 2022 Senate Special Election Votes by County

| 2022 Senate Special Election | | | | | |
|---|---|---|---|---|---|
| County | Padilla | % | Meuser | % | Total |
| Fresno | 100,792 | 46.8 | 114,504 | 53.2 | 215,296 |
| Imperial | 17,761 | 59.8 | 11,961 | 40.2 | 29,722 |
| Kern | 73,524 | 39.4 | 113,056 | 60.6 | 186,580 |
| Kings | 10,010 | 37.7 | 16,531 | 62.3 | 26,541 |
| Los Angeles | 1,647,824 | 69.8 | 714,557 | 30.2 | 2,362,381 |
| Madera | 13,869 | 38.1 | 22,499 | 61.9 | 36,368 |
| Merced | 26,273 | 48.6 | 27,788 | 51.4 | 54,061 |
| Monterey | 67,047 | 66.3 | 34,146 | 33.7 | 101,193 |
| Orange | 476,118 | 49.4 | 487,272 | 50.6 | 963,390 |
| Riverside | 286,799 | 49.3 | 295,101 | 50.7 | 581,900 |
| San Benito | 10,901 | 56.6 | 8,373 | 43.4 | 19,274 |
| San Bernardino | 215,305 | 48.7 | 226,951 | 51.3 | 442,256 |

| | | | | | |
|---|---|---|---|---|---|
| San Diego | 582,966 | 57.5 | 431,303 | 42.5 | 1,014,269 |
| San Joaquin | 89,168 | 51.2 | 84,844 | 48.8 | 174,012 |
| Santa Clara | 376,952 | 71.4 | 151,279 | 28.6 | 528,231 |
| Santa Cruz | 80,071 | 77.8 | 22,784 | 22.2 | 102,855 |
| Stanislaus | 57,261 | 44.8 | 70,472 | 55.2 | 127,733 |
| Tulare | 34,930 | 38.7 | 55,271 | 61.3 | 90,201 |
| Totals | 4,167,571 | 59.1 | 2,888,692 | 40.9 | 7,056,263 |

*data from CA Secretary of State website

Table 6. 2022 Insurance Commissioner General Election Votes by County

| 2022 Insurance Commissioner's Election | | | | | |
|---|---|---|---|---|---|
| **County** | **Lara** | **%** | **Howell** | **%** | **Total** |
| Fresno | 100,562 | 47.0 | 113,223 | 53.0 | 213,785 |
| Imperial | 17,363 | 59.0 | 12,062 | 41.0 | 29,425 |
| Kern | 73,688 | 39.6 | 112,316 | 60.4 | 186,004 |
| Kings | 9,985 | 37.6 | 16,542 | 62.4 | 26,527 |
| Los Angeles | 1,556,724 | 68.5 | 716,413 | 31.5 | 2,273,137 |
| Madera | 13,809 | 38.0 | 22,565 | 62.0 | 36,374 |
| Merced | 26,257 | 48.3 | 28,156 | 51.7 | 54,413 |
| Monterey | 64,656 | 64.7 | 35,265 | 35.3 | 99,921 |
| Orange | 465,959 | 49.0 | 485,654 | 51.0 | 951,613 |
| Riverside | 285,165 | 48.9 | 297,663 | 51.1 | 582,828 |
| San Benito | 10,646 | 55.4 | 8,557 | 44.6 | 19,203 |
| San Bernardino | 217,865 | 48.8 | 228,795 | 51.2 | 446,660 |
| San Diego | 566,150 | 56.7 | 432,187 | 43.3 | 998,337 |
| San Joaquin | 88,871 | 51.0 | 85,540 | 49.0 | 174,411 |
| Santa Clara | 365,198 | 69.6 | 159,164 | 30.4 | 524,362 |
| Santa Cruz | 77,950 | 77.0 | 23,323 | 23.0 | 101,273 |
| Stanislaus | 57,132 | 44.4 | 71,588 | 55.6 | 128,720 |
| Tulare | 34,879 | 38.7 | 55,363 | 61.3 | 90,242 |
| Totals | 4,032,859 | 58.1 | 2,904,376 | 41.9 | 6,937,235 |

*data from CA Secretary of State website

### V. Scattergrams and Correlations

There appears to be a great deal of stability across statewide elections in terms of the votes that candidates from each party receive at aggregate levels (county or statewide). To further investigate this relationship systematically, I use scattergrams and simple bivariate correlations. This is the standard approach in statistics.

"In correlation analysis, we study the relationship between **bivariate data**, which is data collected on two variables where the data values are paired with one another. Correlation measures the association between two numeric variables. We may be interested in knowing if there is a correlation between bond prices and interest rates or between the age of a car and the value of the car. To investigate the correlation between two numeric quantities, the first step is to collect (x,y) data for the two numeric quantities of interest and then create a scatterplot that will graph the (x,y) ordered pairs" (Ault, Liao, and Musolino 2025, pg 189).

"When inspecting a scatterplot, it may be difficult to assess a correlation based on a visual inspection of the graph alone. A more precise assessment of the correlation between the two quantities can be obtained by calculating the numeric correlation coefficient (referred to using the symbol r).

The **correlation coefficient** is a measure of the strength and direction of the correlation between the independent variable x and the dependent variable y.

The formula for r is shown; however, software is typically used to calculate the correlation coefficient.

$$r = (n\Sigma xy - (\Sigma x)(\Sigma y)) / (\sqrt{n\Sigma x^2 - (\Sigma x)^2} \sqrt{n\Sigma y^2 - (\Sigma y)^2})$$

where n refers to the number of data pairs and the symbol $\Sigma x$ indicates to sum the *x*-values" (Ault, Liao, and Musolino 2025, pg 191).

9

### VI. 2018 Statewide Elections

In Table 7, I report the bivariate correlations of the Democratic candidates for all statewide elections from 2018 in California. Pearson's r correlations range from -1.0 to 1.0. Correlations of -1 indicate a perfect linear inverse relationship, and a correlation of 1.0 indicates a perfect linear positive relationship. The closer the score is to zero, the less strong the relationship is between the two variables. Many of the correlations in the table are very close to 1.0 – indicating a very high linear relationship between the percent of the vote from each county in one election compared to one other election. Looking at the second column of the table labeled "Gov" at the top, each of the numbers below is the simple correlation of the Democratic share of the vote in each county compared to the Democratic vote share in the same counties for each of the other statewide elections. The first numerical entry, 0.4346 is the correlation of the vote share in our 18 counties for the Governor's race and the Lt. Governor's race. This is a positive correlation but it isn't particularly strong. However, this is a good time to note that two of the elections were held between two Democrats - the Lt. Governor's race (Eleni Kounalakis and Ed Hernandez) and the Senate election (Diane Feinstein and Kevin De Leon). There is one other notable election in which there was no Republican running – the Insurance Commissioner pitted Ricardo Lara (D) against Steve Poizner who ran with no preferred party. I treated the victors (Kounalakis for Lt. Governor and Feinstein for Senate) of the two Democrat/Democrat elections as the Democrat vote total (and the loser as the Republican) for the purposes of the data in this table. We expect different outcome in those two elections relative to a Democrat v. Republican contest. Indeed, if you ignore those two races, all the correlations are .91 or higher. All the lower correlations in the table, indicating less of a positive linear relationship, involve either the Lt. Governor or the Senate election. Therefore, in "normal" Republican v. Democrat elections, there are very strong correlations between the percent of the vote that any Democrat receives in any election in these 18 counties. This suggests that party may be the primary driver of vote choice, rather than campaigns or candidates. This is not surprising in the current era of higher polarized politics in America (Merrill, Grofman, and Brunell 2023). Abramowitz and Webstar (2016) write:

"regardless of the direction or strength of their party identification, American voters in the 21st century are much more likely to hold strongly negative views of the opposing party than in the past. A growing proportion of Americans dislike the opposing party more than they like their own party. The rise of negative partisanship in the American electorate has contributed to the highest rates of party loyalty and straight-ticket voting in the past sixty years."

Table 7. Correlation Matrix of 2018 California Statewide Elections

| | Gov | Lt. Gov | Sec of State | Controller | Treasurer | Atty Gen | Ins Comm |
|---|---|---|---|---|---|---|---|
| Gov | 1 | | | | | | |
| Lt. Gov | 0.4346 | 1 | | | | | |
| Sec of State | 0.9951 | 0.3850 | 1 | | | | |
| Controller | 0.9926 | 0.4015 | 0.9977 | 1 | | | |
| Treasurer | 0.9975 | 0.4148 | 0.9987 | 0.9972 | 1 | | |
| Atty Gen | 0.9972 | 0.3893 | 0.9992 | 0.9960 | 0.9992 | 1 | |
| Ins Comm | 0.9105 | 0.1389 | 0.9408 | 0.9384 | 0.9278 | 0.9341 | 1 |
| Senate | 0.8362 | 0.5550 | 0.8037 | 0.7882 | 0.8130 | 0.8148 | 0.6133 |

*Correlations are simple bivariate correlations between the Democratic candidates' votes for each office.

Figure 1 is a scatter plot of the Democratic share of the vote for two statewide elections (Attorney General and Secretary of State) from 2018. Each of the dots represents one of the 18 counties in our analysis. A perfect positive linear relationship would be a line moving up at 45 degrees from left to right – this would mean that each county voted *exactly the same* in both elections. It is evident that the line is not perfectly straight, but the dots are very close to forming a 45-degree line. This is not surprising since as we know from Table 6, the correlation of the vote share for these two offices across the counties is 0.9992.

11

Figure 1. 2018 Attorney General Election Democratic Vote Share Percentages against Secretary of State Democratic Vote Share



*Graph depicts the vote share for the Democrat candidates for each of the 18 counties in the report.

## VII. 2022 Statewide Elections

In Table 8, I report on the bivariate correlations of the Democratic candidates for all statewide elections from 2022 in California.[2]  Pearson's r correlations range from -1 to 1. Correlations of -1.0 indicate a perfect linear inverse relationship, and a correlation of 1.0 indicates a perfect linear positive relationship.  The closer the score is to zero, the less strong the relationship is between the two variables.  All the correlations in the table are very close to 1.0.  The lowest correlation is 0.9919 (Treasurer and Controller), which is an extremely high correlation.  This shows an incredibly strong positive correlation between all the Democratic vote totals across these elections.  Indicating a very strong stability of vote outcomes.  This is across all kinds of offices with all kinds of candidates.

---

[2] I exclude the Superintendent of Public Instruction election as it is non-partisan.

Table 8. Correlation Matrix of 2022 California Statewide Elections

|  | Gov | Lt. Gov | Sec of State | Controller | Treasurer | Atty Gen | Ins Comm | Sen |
|---|---|---|---|---|---|---|---|---|
| Gov | 1 |  |  |  |  |  |  |  |
| Lt. Gov | 0.9985 | 1 |  |  |  |  |  |  |
| Sec of State | 0.9989 | 0.9986 | 1 |  |  |  |  |  |
| Controller | 0.9993 | 0.9930 | 0.9959 | 1 |  |  |  |  |
| Treasurer | 0.9974 | 0.9993 | 0.9985 | 0.9919 | 1 |  |  |  |
| Atty Gen | 0.9975 | 0.9985 | 0.9995 | 0.9962 | 0.9988 | 1 |  |  |
| Ins Comm | 0.9980 | 0.9970 | 0.9995 | 0.9972 | 0.9970 | 0.9991 | 1 |  |
| Senate | 0.9980 | 0.9971 | 0.9996 | 0.9967 | 0.9972 | 0.9992 | 0.9996 | 1 |
| Senate Spec | 0.9981 | 0.9972 | 0.9996 | 0.9966 | 0.9971 | 0.9991 | 0.9996 | 0.9999 |

*Correlations are simple bivariate correlations between the Democratic candidates' votes for each office.

The figure below shows the vote percentages for the 2022 Governor's race and the Controller's race. The dots are the 18 counties addressed in this report. The dots nearly make a perfect 45-degree line. This demonstrates the lack of variability between elections in California. Candidates and campaigns seem to be relatively unimportant, and many people in the state appear to be voting straight party tickets, which is true not just in California but also the rest of the country (Pew Research Center 2020).

Figure 2. Scatterplot of the Democratic Share of the Vote Between the 2022 Governor and Controller



*Graph depicts the vote share for the Democrat candidates for each of the 18 counties in the report.

## IX. 2022 Cooperative Election Study

The Cooperative Election Study (CES), formerly known as the Cooperative Congressional Election Study (CCES), is one of the largest academic surveys of American voters, designed to study "how Americans view and hold their representatives accountable during elections" (Schaffner, Ansolabehere, and Shih 2023). The 2022 CES involved 60 research teams who collectively fielded a survey of 60,000 American adults, with interviews conducted in two waves: pre-election (September 29 - November 8, 2022) and post-election (November 10 - December 15, 2022).

The CES employs a "matched random sample" methodology rather than traditional probability sampling. First, researchers draw a target sample that is a true random

sample from the target population, using the American Community Survey as the sampling frame and enhanced with political data from voter files and other sources. However, rather than contacting these specific individuals directly, YouGov selects respondents from their opt-in panel who closely match the characteristics of each person in the target sample. This matching is performed using proximity matching on a large set of demographic and political variables including age, gender, race, education, voter registration status, and 2020 presidential vote choice.

After data collection, weights are constructed using balancing to ensure the sample represents the target population. Two sets of weights are provided: one for representing all American adults ('commonweight') and another for registered voters ('vvweight'). Additionally, the CES validates voter turnout by matching respondents to the TargetSmart voter file, providing verified records of who voted in 2022. This combination of large sample size, sophisticated weighting, and vote validation makes the CES the premier election related survey for studying American elections at both national and state levels (see Schaffner, Ansolabehere, and Shih 2023).

For the tables below I have run weighted cross-tabulations of race and vote choice for various elections. The post-election survey asked the respondents how they voted in each of these elections, so this is not a technique where a model is trying to predict vote choice, rather these are simply tables indicating the proportion of people of each race and how they report voting. I use the recommended weight that is included with the data to more closely mirror the actual electorate in California, and by using the weights we also get confidence intervals for the point estimates.

Table 9 is a crosstabulation of race and how respondents reported voting in the 2022 Senate General election. For each of the elections, there is a crosstab that includes the 18 counties that are part of the VRA districts as noted in this report earlier. Starting with the estimates for Non-Hispanic Whites, in these counties we have an estimated level of support of 52.6 percent. Just below each point estimate is a 95 percent confidence interval (CI). With all statistical methods there is an element of uncertainty – we are trying to estimate the true level of support for each candidate from each racial group. The confidence interval is centered around the point estimate and there is a

15

lower bound and an upper bound.  For the Padilla support among Non-Hispanic Whites estimate, the interval ranges from a low of 49.4 percent to a high of 56.6 percent.  So based on our survey sample, we are 95 percent sure that the *true value* of support for Padilla among Non-Hispanic White voters across the state for this election is somewhere between 49.4 percent and 56.6 percent.   This indicates that a majority of Non-Hispanic White voters for this election supported the Hispanic Democrat.  The point estimate for Hispanic support of Padilla is 69.9 percent, with a 95 percent confidence interval that ranges from 61.7 percent to 76.9 percent.  A majority of Hispanic voters supported Padilla.  The point estimate for Non-Hispanic Black support of Padilla is 78.7 percent, and among Non-Hispanic Asians 58.7 percent.  The evidence suggests all four of these groups supported Padilla in this election.  The actual vote total for Padilla was 59.3 across these 18 counties, which is close to our point estimate and contained in the 95 percent CI.

Table 9. Estimates of Support by Race for 2022 California Senate Election, Statewide and 18 VRA Counties.

| Race | 18 Counties | |
|---|---|---|
| | Padilla (D) | Meuser (R) |
| NH White | 53.0 | 47.0 |
| 95% CI | [49.4 - 56.6] | [43.4 - 50.6] |
| | | |
| NH Black | 78.7 | 21.3 |
| 95% CI | [58.8 – 90.5] | [9.5 - 41.2] |
| | | |
| Hispanic | 69.9 | 30.1 |
| 95% CI | [61.7 – 76.9] | [23.1 – 38.3] |
| | | |
| NH Asian | 58.7 | 41.3 |
| 95% CI | [46.8 – 69.6] | ][30.4 – 53.2} |
| | | |
| Total | 59.0 | 41.0 |
| 95% CI | [55.6 – 62.2] | [37.8 – 44.4] |

* n=1,664.

Moving on to the 2022 California Attorney General's election, our estimates (Table 10) are similar to those in the last table.  The estimate for Non-Hispanic White support of

Bonta (D) is 52.0 percent and the CI ranges from 48.3 to 55.7 percent. Hispanic support is estimated to be 64.7 percent of Hispanic voters casting a ballot for Bonta, with a CI of 55.2 to 73.1 percent. Non-Hispanic Whites appear to be split roughly down the middle, with a slight edge for the Democrat. Hispanic estimates indicate a higher level of support for the Democrat in this election.

Table 10. Estimates of Support by Race for 2022 California Attorney General Election, Statewide and 18 VRA Counties.

| Race | 18 Counties | |
| --- | --- | --- |
| | Bonta (D) | Hochman (R) |
| NH White | 52.0 | 48.0 |
| 95% CI | [48.3 - 55.7] | [44.3 - 51.7] |
| | | |
| NH Black | 78.2 | 21.8 |
| 95% CI | [56.1 -90.9] | [9.1- 43.9] |
| | | |
| Hispanic | 64.7 | 35.3 |
| 95% CI | [55.2 – 73.1] | [26.9 - 44.8] |
| | | |
| NH Asian | 59.2 | 40.8 |
| 95% CI | [46.8 – 70.5] | [29.5 – 53.2] |
| | | |
| | | |
| Total | 57.0 | 43.0 |
| 95% CI | [53.5 – 60.4] | [39.6 – 46.5] |

* n=1,614

The next election in which the CES asked respondents about their voting behavior is the Secretary of State's race. The estimates are in Table 11 below. The point estimate for Non-Hispanic White support for the Democrat is 52.6 percent. The confidence interval ranges from a low of 48.9 to a high of 56.3 percent. Hispanic support for Webber (D) is estimated at 69.4 percent with a CI of 61.0 to 76.7 percent.

Table 11. Estimates of Support by Race for 2022 California Secretary of State Election, 18 VRA Counties.

| Race | Webber (D) | Bernosky (R) |
|------|-----------|--------------|
| NH White | 52.6 | 47.4 |
| 95% CI | [48.9 – 56.3] | [43.7 – 51.1] |
|  |  |  |
| NH Black | 80.7 | 19.3 |
| 95% CI | [61.2 – 91.8] | [8.2 – 38.8] |
|  |  |  |
| Hispanic | 69.4 | 30.6 |
| 95% CI | [61.0 – 76.7] | [23.3 – 39.0] |
|  |  |  |
| NH Asian | 59.1 | 40.9 |
| 95% CI | [46.6 –70.6] | [29.4 – 53.4] |
|  |  |  |
| Total | 58.8 | 41.2 |
| 95% CI | [55.3 – 62.1] | [37.9 – 44.7] |

*n=1,603

## X. 2024 Cooperative Election Study

The CES runs major surveys for every American general election.  I include the 2024 presidential election since it is the most recent data on the state.  Using the same methodology as I did above, I created a simple cross-tabulation of voters' self-reported race and self-reported vote choice in Table 12.  The sampling and weighting approaches are the same in 2024 as they were in 2022 (Schaffner et al 2025).

Table 12. Estimates of Support by Race for 2024 Presidential Election, 18 VRA Counties.

| Race | Harris (D) | Trump (R) |
|------|-----------|-----------|
| NH White | 51.2 | 46.2 |
| 95% CI | [46.9 - 55.5] | [41.9 - 50.5] |
|  |  |  |
| NH Black | 74.4 | 21.7 |
| 95% CI | [55.5 - 87.1] | [9.8 - 41.6] |
|  |  |  |
| Hispanic | 60.9 | 37.6 |

18

| | | |
|---|---|---|
| 95% CI | [48.6 - 72.0] | [26.5 - 50.1] |
| | | |
| NH Asian | 63.9 | 29.2 |
| 95% CI | [52.1 - 74.2] | [19.3 - 41.6] |
| | | |
| Statewide | 56.7 | 40.1 |
| 95% CI | [52.5 – 60.8] | [36.0 – 44.3] |

*n=1,696.

The estimates for our 18-county sample have majorities of all four racial groups voting for Kamala Harris.  This is not surprising since California is one of the states with the most support for candidates from the Democratic Party (Cook Partisan Voting Index 2022).  Looking at the actual vote totals from these counties in the 2024 election, Harris (D) received 58.4 percent of the vote, and Trump (R) received 41.6 percent of the vote. Both of those numbers are close to the point estimates in the table and they lie within the 95 percent confidence intervals for the estimates.

### XI. Minority Members of Congress from California

The California delegation to the U.S. House of Representatives is very diverse – which is appropriate given the diversity of the state.  Using the three major caucuses in Congress[3] (Black, Hispanic, and Asian Pacific American), I counted 27 total members associated with these caucuses – 15 Hispanic,[4] three Black,[5] and nine Asian Pacific Islander.[6]  This is more than half of the 52 total members in the U.S. House of Representatives from the state.[7]  California voters are willing and able to vote for Representatives from all the major racial and ethnic groups in the state.

---

[3] https://capac.house.gov/members, https://chc.house.gov/, https://cbc.house.gov/.
[4] Torres (35), Cisneros (31), Aguilar (33), Sanchez (38), Costa (21), Ruiz (25), Vargas (), Barragan (44), Carbajal (24), Correa (46), Gomez (34), Levin (49), Garcia (42), Liccardo (16), and Rivas (29)
[5] Waters (43), Kamlager-Dove (37), Simon (12).
[6] Takano (39), Bera (6), Chu(28),  Matsui (7), Khanna (17), Lieu (36), Min (47), Tran (45), Gomez (34), and Kim (40).
[7] The numbers for the three groups sum to 28, but one member, Jimmy Gomez is in two of the three groups, so there are 27 unique members.  One member, Kim (40), is not in the Asian Pacific Caucus, but is Asian and a Republican.

19

## XII. Conclusions

The Gingles test (*Thornburg v. Gingles* 478 U.S. 30 (1986)) to determine when majority minority districts need to be drawn has three prongs:

1) The minority group must be sufficiently numerous to comprise a majority of a district, and they must be reasonably compact geographically.
2) The minority group needs to be politically cohesive.
3) The majority group tends to vote as a bloc and are usually able to defeat the preferred candidate.


Based on the data and analyses from above, there is no racial/ethnic majority in California. Hispanics are a plurality of the total population and Non-Hispanic Whites are a plurality in the CVAP population. No group constitutes a majority. In prong 3, the majority group needs to usually defeat the minority preferred candidate. If we assume Non-Hispanic Whites are the majority, and Hispanics are the minority, given Hispanic Democratic candidates recent successes in statewide elections, it is hard to imagine that this prong is satisfied. Moreover, the evidence from four statewide elections in the state in 2022 and 2024, estimates indicate that majorities of Non-Hispanic Whites, Hispanics, Non-Hispanic Blacks, and Non-Hispanic Asians, all vote Democratic. Votes received by candidates of the same party across offices in the same election year are stable, indicating high levels of partisan straight ticket voting.


_____        _11/5/25_____

Tom Brunell

## XII. Works Cited

2018 California Statewide Election Results. https://www.sos.ca.gov/elections/prior-elections/statewide-election-results/general-election-november-6-2018/statement-vote

2020 Census P.L. 94-171 Redistricting Data. Census.gov

2022 California Statewide Election Results. www.sos.ca.gov/elections/prior-elections/statewide-election-results/general-election-nov-8-2022/statement-vote

Abramowitz, Alan I., & Webster, Steven. 2016. "The rise of negative partisanship and the nationalization of U.S. elections in the 21st century." *Electoral Studies*, 41, 12-22. https://doi.org/10.1016/j.electstud.2015.11.001

American Community Survey 2019-2023 5-Year Estimates.  Census.gov

Brunell, Thomas, Robert Lowry, Banks Miller, and Thomas Gray. 2021. *An Introduction to American Government*. Toronto: Tophat.

Brunell, Thomas, Robert Lowry, Banks Miller, and Thomas Gray. 2022. *An Introduction to State and Local Government*. Toronto: Tophat.

Centeno, Raquel and Jarred Cuellar. 2025. "Latino Voters and the November 2025 Special Election: Redistricting and Representation." https://www.cpp.edu/class/political-science/docs/media/proposition-50.pdf

Cook Partisan Voting Index. 2022. https://www.cookpolitical.com/cook-pvi/2022-partisan-voting-index/state-map-and-list

HOPE. 2025. Transcript of a Zoom panel discussion on redistricting Oct. 17, 2025.

Merrill, Samuel III, Bernard Grofman, and Thomas L. Brunell. 2023. *How Polarization Begets Polarization: Ideological Extremism in the US Congress*. Oxford: Oxford University Press.

Pew Research Center. October 21, 2020. "Large Shares of Voters Plan To Vote a Straight Party Ticket for President, Senate and House." https://www.pewresearch.org/politics/2020/10/21/large-shares-of-voters-plan-to-vote-a-straight-party-ticket-for-president-senate-and-house/

Schaffner, Brian; Ansolabehere, Stephen; Shih, Marissa, 2023, "*Cooperative Election Study Common Content, 2022*", https://doi.org/10.7910/DVN/PR4L8P, Harvard Dataverse, V4

Schaffner, Brian; Shih, Marissa; Ansolabehere, Stephen; Pope, Jeremy, 2025,
"*Cooperative Election Study Common Content,
2024*", https://doi.org/10.7910/DVN/X11EP6, Harvard Dataverse, V9

Ault, Shaun V., Soohyun Nam Liao, and Larry Musolino. 2025. *Principles of Data
Science*. Open Stax. Houston: Rice University.

## Appendix

**Table A1. Raw Citizen Voting Age Population estimates with margins of error (moe) for each estimate.**

| county | total_est | total_moe | white_est | white_moe | hisp_est | hisp_moe |
|---|---|---|---|---|---|---|
| Fresno County | 629,685 | 2,904 | 227,375 | 669 | 286,290 | 2,396 |
| Imperial County | 103,690 | 1,828 | 14,120 | 119 | 82,795 | 1,807 |
| Kern County | 547,510 | 2,709 | 224,740 | 604 | 247,750 | 2,551 |
| Kings County | 94,190 | 1,154 | 35,840 | 183 | 43,495 | 1,126 |
| Los Angeles County | 6,386,435 | 13,387 | 2,059,420 | 3,132 | 2,559,575 | 10,313 |
| Madera County | 95,535 | 1,294 | 41,595 | 197 | 44,685 | 1,226 |
| Merced County | 161,465 | 1,996 | 55,775 | 351 | 82,490 | 1,827 |
| Monterey County | 240,820 | 2,288 | 104,275 | 398 | 102,650 | 2,234 |
| Orange County | 2,121,620 | 5,987 | 992,255 | 2,431 | 567,950 | 4,173 |
| Riverside County | 1,629,915 | 5,060 | 653,340 | 1,719 | 697,220 | 4,498 |
| San Benito County | 42,680 | 863 | 16,520 | 156 | 22,795 | 799 |
| San Bernardino County | 1,414,970 | 4,663 | 462,525 | 1,313 | 672,640 | 3,906 |
| San Diego County | 2,308,265 | 6,396 | 1,185,640 | 2,181 | 647,150 | 3,944 |
| San Joaquin County | 492,960 | 2,721 | 182,855 | 669 | 164,980 | 2,210 |
| Santa Clara County | 1,165,825 | 5,271 | 434,125 | 1,766 | 250,305 | 2,858 |
| Santa Cruz County | 191,970 | 1,356 | 126,335 | 560 | 48,030 | 1,232 |
| Stanislaus County | 348,570 | 2,192 | 169,215 | 611 | 135,790 | 1,926 |
| Tulare County | 271,830 | 2,381 | 101,160 | 488 | 149,385 | 2,239 |
| Statewide | 260,40,825 | 29,907 | 11,316,085 | 6,951 | 8,318,075 | 23,635 |

| county | black_est | black_moe | asian_est | asian_moe |
|---|---|---|---|---|
| Fresno County | 31,890 | 754 | 65,880 | 1,338 |
| Imperial County | 3,625 | 204 | 1,390 | 154 |
| Kern County | 31,895 | 631 | 26,605 | 1,007 |
| Kings County | 7,515 | 294 | 3,965 | 249 |
| Los Angeles County | 607,610 | 2,976 | 964,240 | 4,858 |
| Madera County | 3,170 | 396 | 2,190 | 250 |
| Merced County | 6,150 | 288 | 12,380 | 588 |
| Monterey County | 7,955 | 314 | 16,810 | 577 |
| Orange County | 38,125 | 1,157 | 452,975 | 3,355 |
| Riverside County | 117,305 | 1,291 | 110,995 | 1,638 |
| San Benito County | ,550 | 106 | 1,365 | 161 |
| San Bernardino County | 128,105 | 1,662 | 106,070 | 1,766 |
| San Diego County | 115,670 | 1,691 | 261,620 | 3,411 |
| San Joaquin County | 40,695 | 714 | 82,670 | 1,557 |
| Santa Clara County | 32,325 | 903 | 407,505 | 3,285 |
| Santa Cruz County | 1,900 | 256 | 8,590 | 463 |
| Stanislaus County | 10,815 | 492 | 18,790 | 864 |

23

| | | | |
|---|---|---|---|
| Tulare County | 4,370 | 201 | 9,995 | 562 |
| Statewide | 1,658,255 | 5,890 | 3,766,450 | 10,741 |