MICHAEL A. COLUMBO (SBN: 271283)
SHAWN COWLES (SBN: 163826)
MARK P. MEUSER (SBN: 231335)
**DHILLON LAW GROUP INC.**
4675 MacArthur Court, Suite 1410
Newport Beach, CA 92660
mmeuser@dhillonlaw.com
Telephone: (415) 433-1700
Fax: (415) 520-6593

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID TANGIPA**; *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> **GAVIN NEWSOM**, in his official capacity as the Governor of California; *et al.*; <br><br> Defendants. | CASE NO. 2:25-cv-10616 JLS (KESx) <br><br> **[PROPOSED] PRELIMINARY INJUNCTION ORDER** <br><br> Assigned to Hon. Josephine L. Staton <br><br> Action Filed: November 5, 2025 |



Before the Court is Plaintiffs' Motion for a Preliminary Injunction. Having considered the Motion, supporting and opposing papers, the arguments of counsel, and the entire record, and good cause appearing, the Court makes the following findings and enters the following Order:

**FINDINGS**

1. The Court finds that Plaintiffs have shown a likelihood of success on the merits.
2. The Court finds that Plaintiffs are likely to suffer irreparable harm in the absence of preliminary injunctive relief.
3. The balance of equities tips in Plaintiffs favor.
4. An injunction is in the public interest.
5. The relief requested is necessary to preserve the status quo pending final resolution of this action.

**ORDER**

**IT IS HEREBY ORDERED that:**

Defendants, as well as their agents, employees, and successors in office, are ENJOINED from enforcing, attempting to enforce, threatening to enforce, or otherwise implementing Proposition 50's congressional districts map, and ORDERS the Defendants to use the Citizen Redistricting Commission's 2021 congressional districts map during the pendency of this litigation.

Plaintiffs do not need to post a security bond because enjoining Defendants from prohibiting Plaintiffs' constitutional rights does not interfere with Defendants' rights.

Date: November __, 2025

By: _____
Hon. Josephine L. Staton
United States District Judge



**PROPOSED ORDER**                    **CASE NO. 2:25-cv-10616**