# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID TANGIPA**; *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>**GAVIN NEWSOM**, in his official capacity as the Governor of California; *et al.*;<br><br>Defendants. | CASE NO. 2:25-cv-10616 JLS (KESx)<br><br>**[PROPOSED] ORDER SHORTENING TIME**<br><br>Assigned to Hon. Josephine L. Staton<br><br>Action Filed: November 5, 2025 |

# [PROPOSED] ORDER

Pursuant to the Parties' stipulation, it is hereby ORDERED that Plaintiffs Motion for Preliminary Injunction, Doc 15, is moved from December 5, 2025 at 10:30 a.m. to _____. Defendants' Opposition to the Motion for Preliminary Injunction shall be filed no later than 11:59 p.m. on November 14, 2025, Plaintiffs' Reply, if any, shall be filed no later than 11:59 p.m. on November 17, 2025.

Date: November __, 2025

_____
Hon. Josephine L. Staton
United States District Judge

4

| CERTIFICATE OF SERVICE | CASE NO. 2:25-cv-10616 |
|---|---|

