UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID TANGIPA; ERIC CHING; SAUL AYON; PETER HERNANDEZ; ROXANNE HOGE; JOEL GUITERREZ CAMPOS; SOLOMON VERDUZCO; PAUL RAMIREZ; JANE ORTIZ-WILSON; VERNON COSTA; RACHEL GUNTHER; DOUG BUCHANAN; SAYRS MORRIS; MIKE NETTER; CHRISTINA RAUGHTON; KRISTI HAYS; JAMES REID; MICHAEL TARDIF; ALEX GALICIA; and CALIFORNIA REPUBLICAN PARTY,<br><br>    Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, in his official capacity as the Governor of California; SHIRLEY WEBER, in her official capacity as California Secretary of State,<br><br>    Defendants. | Case No: 2:25-cv-09149<br><br>**DECLARATION OF JULIE MERZ IN SUPPORT OF DCCC'S MOTION TO INTERVENE** |

Pursuant to 28 U.S.C. § 1746, I hereby declare as follows:

1. I am over the age of 18, am competent to testify, and have personal knowledge of the facts and information set forth in this declaration.

2. I am the Executive Director of DCCC, a position I have held since January 2023. In that capacity, I am responsible for overseeing DCCC's strategy and operations.

3. DCCC is the national congressional campaign committee for the Democratic Party. DCCC's mission is to elect Democratic candidates to the U.S. House of Representatives. As part of that mission, DCCC works to recruit Democratic candidates, raise funds, and help Democratic candidates win races in congressional districts throughout the country, including in congressional districts in California.

4. As the national party committee dedicated to electing Democrats to the House of Representatives, and ultimately obtaining a Democratic majority in the House, DCCC has a stark interest in increasing the likelihood that Democratic congressional candidates win elections. DCCC therefore cares deeply about redistricting around the country, because redistricting efforts can significantly affect the electoral prospects of Democratic congressional candidates and the rights of Democratic voters.

5. I have reviewed the Complaint filed in this case. I understand that Plaintiffs have alleged that DCCC "paid Redistricting Partners to draw the map" set out in Proposition 50.[1] That is not correct. DCCC learned about Mr. Mitchell and Redistricting Partners' map-drawing effort only after an initial map was drawn. DCCC proposed certain revisions to the initial map to increase Democratic performance in various districts, then decided to pay Redistricting Partners to obtain a copy of a revised map, and then submitted the revised map to the Committees through the public input process.

6. It is my understanding that the California Legislature decided to incorporate that map, in whole or in part, into California Proposition 50, which appeared on the

---

[1] Compl. at 11 § E.

California special election ballot in the November 2025 election. On November 4, California voters overwhelmingly approved Proposition 50.

7. The next day, DCCC Chair Representative Suzan DelBene released a statement concerning Proposition 50. The statement read, in relevant part: "We applaud California's leaders for giving voters the opportunity to elect a Congress next year that will work for the people, not the wealthiest few, and level the playing field in the face of corrupt Republican gerrymandering efforts across the country. The path to the Democratic majority includes flipping critical seats throughout California, and Democrats are on offense to hold newly vulnerable Republicans accountable."[2]

8. I understand that Plaintiffs seek a court order declaring that the map set out in Proposition 50 is unlawful and an order enjoining implementation of the Proposition 50 map.

9. DCCC has an interest in the validity of the congressional map approved by the voters in Proposition 50 because the map directly affects the electoral prospects of Democratic congressional candidates in California. It further impacts the ability of the Democratic Party to counteract the effects of hyper-partisan redistricting efforts that Texas and other Republican-led states have undertaken at the President's command. The challenged map also could play a determinative role in whether the Democratic Party retakes control of the House of Represetnatives after the 2026 midterm elections—a core goal for DCCC.

10. DCCC also has an interest in the validity of the maps because DCCC submitted the map to the Committees that ultimately was adopted by the California Legislature and California voters. Relatedly, DCCC has a strong interest in responding to the Complaint's wrongful allegations as to the auspices of the map and the map itself.

---

[2] "DCCC Chair Statement on Passage of Proposition 50 in California," Democratic Congressional Campaign Committee, November 5, 2025, available at https://dccc.org/dccc-chair-statement-on-passage-of-proposition-50-in-california/.

11. I declare under penalty of perjury that the foregoing is true and correct. Executed this 10th day of November, 2025.

*Julie Merz*

Julie Merz
Executive Director, DCCC