UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID TANGIPA; ERIC CHING; SAUL AYON; PETER HERNANDEZ; ROXANNE HOGE; JOEL GUITERREZ CAMPOS; SOLOMON VERDUZCO; PAUL RAMIREZ; JANE ORTIZ-WILSON; VERNON COSTA; RACHEL GUNTHER; DOUG BUCHANAN; SAYRS MORRIS; MIKE NETTER; CHRISTINA RAUGHTON; KRISTI HAYS; JAMES REID; MICHAEL TARDIF; ALEX GALICIA; and CALIFORNIA REPUBLICAN PARTY, Plaintiffs, v. GAVIN NEWSOM, in his official capacity as the Governor of California; SHIRLEY WEBER, in her official capacity as California Secretary of State, Defendants. | Case No: 2:25-cv-10616  **[PROPOSED] ORDER GRANTING DCCC'S MOTION TO INTERVENE**  Hearing Date: November 14, 2025  Time: 10:30 a.m.  Courtroom: 8A |

On November 10, 2025, the Democratic Congressional Campaign Committee ("DCCC") moved to intervene in the above-captioned case. No party opposes the motion. The Court, having considered the papers submitted in connection with said motion, and such other relevant information and evidence as was presented to the Court, and good cause appearing, HEREBY ORDERS that: (1) DCCC's motion to intervene is GRANTED; and (2) DCCC is entered as an Intervenor-Defendant, and its counsel shall be served with all relevant papers in the above-captioned case.

IT IS SO ORDERED on this ____ day of _____, 2025.

_____
United States District Court Judge