JESUS A. OSETE\*  
Principal Deputy Assistant Attorney General  
MATTHEW ZANDI (CA No. 203329)  
Chief of Staff & Special Counsel  
MAUREEN RIORDAN (NY No. 2058840)  
Acting Chief, Voting Section  
ANDREW BRANIFF (IN No. 23430-71)  
Acting Chief, Appellate Section  
DAVID GOLDMAN (VA No. 98922)  
JOSHUA R. ZUCKERMAN (DC No. 1724555)  
GRETA GIESEKE (TX No. 24132925)  
Attorneys  
   Civil Rights Division  
   United States Department of Justice  
   950 Pennsylvania Avenue, NW  
   Washington, D.C. 20530  
   Telephone: (202) 514-3847  
   E-Mail: matt.zandi@usdoj.gov  

BILAL A. ESSAYLI  
First Assistant United States Attorney  
JULIE A. HAMILL (CA No. 272742)  
Assistant United States Attorney  
   United States Attorney's Office  
   300 North Los Angeles Street, Suite 7516  
   Los Angeles, California 90012  
   Telephone: (213) 894-2464  
   E-Mail: julie.hamill@usdoj.gov  

Attorneys for Plaintiff-Intervenor  
UNITED STATES OF AMERICA

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID TANGIPA, *et al.*,<br>    *Plaintiffs*,<br>and<br><br>UNITED STATES OF AMERICA,<br>    *Plaintiff-Intervenor*,<br>v.<br><br>GAVIN NEWSOM, in his official capacity as the Governor of California, *et al.*,<br>    *Defendants*, | Case No. 2:25-cv-10616-JLS-KES<br>Three-Judge Court<br><br>**UNITED STATES' NOTICE OF MOTION AND UNOPPOSED MOTION TO INTERVENE**<br><br>Honorable Josephine L. Staton<br>United States District Judge<br><br>Hearing Date: November 21, 2025<br>Time: 10:30 a.m.<br>Courtroom: 8A |

---

\* Assistant Attorney General Harmeet K. Dhillon is recused from this matter.

# NOTICE OF MOTION AND UNOPPOSED MOTION TO INTERVENE

PLEASE TAKE NOTICE THAT at 10:30 a.m. on the 21st day of November, 2025, the United States of America, will move and hereby moves this Court to intervene as Plaintiff-Intervenor in this case as of right under Federal Rule of Civil Procedure 24(a)(1). Alternatively, the United States of America will move and hereby moves this Court to grant permissive intervention under Federal Rule of Civil Procedure 24(b).

This Motion is based on the attached Memorandum of Points and Authorities, the attached Certificate of Attorney General certifying that this is a case of general public importance, the related pleadings in this case, and any other matters as may be presented to the Court at or before the hearing.

Counsel for the United States conferred with Counsel for Plaintiffs and Counsel for Defendants Gavin Newsom and Shirley Weber on November 12, 2025 and November 13, 2025. Counsel for Plaintiffs stated that Plaintiffs do not oppose this Motion. Counsel for Defendants stated that Defendants take no position on this Motion. Also on November 12, 2025, this Court granted Intervenor-Defendant Democratic Congressional Campaign Committee (DCCC)'s Motion to Intervene. Dkt. 26. Counsel for the United States contacted Counsel for DCCC on November 13, 2025 for its position on this Motion but as of the time of this filing has not received a response.

Plaintiffs filed this suit just last week, the United States' federal interest did not become apparent until days after the suit, and the relief sought by Plaintiffs and the United States is time sensitive. The United States therefore respectfully submits that compliance with L.R. 7-3's requirement that the conference take place at least 7 days before a motion is filed was impracticable.

Because the Motion is not opposed, the United States respectfully submits that no hearing on the motion is necessary and requests that the Court grant the motion

without any hearing. Alternatively, given the time-sensitive nature of this election-law case, the United States respectfully requests that the Court set a hearing for this Motion (if necessary) as soon as practicable and no later than November 21, 2025.

| DATED: November 13, 2025 | Respectfully submitted: |
|---|---|
| BILAL A. ESSAYLI<br>First Assistant United States Attorney<br>*s/ Julie A. Hamill*<br>JULIE A. HAMILL<br>Assistant United States Attorney<br>United States Attorney's Office | JESUS A. OSETE*<br>Principal Deputy Assistant Attorney General<br>*s/ Matthew Zandi*<br>MATTHEW ZANDI<br>Chief of Staff & Special Counsel<br><br>MAUREEN RIORDAN<br>Acting Chief, Voting Section<br><br>ANDREW BRANIFF<br>Acting Chief, Appellate Section<br><br>DAVID GOLDMAN<br>JOSHUA R. ZUCKERMAN<br>GRETA GIESEKE<br>Attorneys<br><br>Civil Rights Division<br>United States Department of Justice<br><br>Attorneys for Plaintiff-Intervenor<br>UNITED STATES OF AMERICA |

---

* Assistant Attorney General Harmeet K. Dhillon is recused from this matter.