JESUS A. OSETE*
Principal Deputy Assistant Attorney General
MATTHEW ZANDI (CA No. 203329)
Chief of Staff & Special Counsel
MAUREEN RIORDAN (NY No. 2058840)
Acting Chief, Voting Section
ANDREW BRANIFF (IN No. 23430-71)
Acting Chief, Appellate Section
DAVID GOLDMAN (VA No. 98922)
JOSHUA R. ZUCKERMAN (DC No. 1724555)
GRETA GIESEKE (TX No. 24132925)
Attorneys
   Civil Rights Division
   United States Department of Justice
   950 Pennsylvania Avenue, NW
   Washington, D.C. 20530
   Telephone: (202) 514-3847
   E-Mail:   matt.zandi@usdoj.gov

BILAL A. ESSAYLI
First Assistant United States Attorney
JULIE A. HAMILL (CA No. 272742)
Assistant United States Attorney
   United States Attorney's Office
   300 North Los Angeles Street, Suite 7516
   Los Angeles, California 90012
   Telephone: (213) 894-2464
   E-Mail:   julie.hamill@usdoj.gov

Attorneys for Plaintiff-Intervenor
UNITED STATES OF AMERICA

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID TANGIPA, *et al.*,<br>        *Plaintiffs*,<br>   and<br><br>UNITED STATES OF AMERICA,<br>        *Plaintiff-Intervenor*,<br>   v.<br><br>GAVIN NEWSOM, in his official capacity as the Governor of California, *et al.*,<br>        *Defendants*, | Case No.  2:25-cv-10616-JLS-KES<br>Three-Judge Court<br><br>**UNITED STATES' COMPLAINT IN INTERVENTION**<br><br>Honorable Josephine L. Staton<br>United States District Judge |

---

\* Assistant Attorney General Harmeet K. Dhillon is recused from this matter.

## **INTRODUCTION**

Race cannot be used as a proxy to advance political interests, but that is precisely what the California General Assembly did with Proposition 50—the recent ballot initiative that junked California's pre-existing electoral map in favor of a rush-job rejiggering of California's congressional district lines.  In the press, California's legislators and governor sold a plan to promote the interests of Democrats in the upcoming midterm elections.  But amongst themselves and on the debate floor, the focus was not partisanship, but race.

"[T]he first thing" that map drawer Paul Mitchell "did in drawing the new map"—the "number one thing that [he] first started thinking about"—was to create a new "majority/minority Latino district."  And legislators focused—not on the purported vote dilution of *Democrats* elsewhere across the country—but on the supposed dilution of the voting power of *racial groups* in other states.  They feared that a "Latino voice in Texas is worth one third of the representation as a white voice."  That Texas would "slid[e] back" to the days of "Black Codes and Jim Crow."  And that Texas legislators would "silence the voices of Latino voters."  Proposition 50 would serve as a "shield" against "racist maps," they told each other, so that minorities in California could "stand up and be counted."  The end result is a map that manipulates district lines in the name of bolstering the voting power of Hispanic Californians because of their race.

Our Constitution does not tolerate this racial gerrymander.  "At the heart of the Constitution's guarantee of equal protection lies the simple command that the Government must treat citizens as individuals, not as simply components of a racial … class." *Miller v. Johnson*, 515 U.S. 900, 911 (1995) (citation omitted).  Although the Supreme Court has allowed race-conscious redistricting to rectify prior violations of the Voting Rights Act, the Department of Justice has approved California's pre-existing election system as recently as President Barack Obama's term.  No one, let alone California, contends that its pre-existing map unlawfully discriminated on the basis of race.  Because the Proposition 50 map does, the United States respectfully requests that this Court enjoin Defendants from using it in the 2026 election and future elections.

1

***

The United States brings this Complaint in Intervention pursuant to the Civil Rights Act of 1964, 42 U.S.C. § 2000h-2, and the Voting Rights Act of 1965, 52 U.S.C. § 10308(d), and alleges:

1.     "The Constitution entrusts States with the job of designing congressional districts.  But it also imposes an important constraint:  A State may not use race as the predominant factor in drawing district lines unless it has a compelling reason" to do so. *Cooper v. Harris*, 581 U.S. 285, 291 (2017); *see* U.S. Const. amend. XIV.

2.     Race is a "predominant factor" when traditional districting factors (such as "compactness, respect for political subdivisions, partisan advantage," etc.) are "subordinated" to "racial considerations."  *Cooper*, 581 U.S. at 291.

3.     Although partisan gerrymanders lie "beyond the reach of the federal courts," *Rucho v. Common Cause*, 588 U.S. 684, 718 (2019), racial gerrymanders are unconstitutional; States generally may not use race as a "predominant criterion" in achieving partisan goals.  *Cooper*, 581 U.S. at 291 n.1; *see Miller v. Johnson*, 515 U.S. 900, 914 (1995) (prohibiting the "use of race as a proxy" for "political interest[s]").

4.     To justify the use of race as a predominant factor in drawing district lines, a State must "prove that its race-based sorting of voters serves a 'compelling interest' and is 'narrowly tailored' to that end."  *Cooper*, 581 U.S. at 292 (citation omitted).

5.     The need for such a demanding test is clear:  "When a State assigns voters on the basis of race, it engages in the offensive and demeaning assumption that voters of a particular race, because of their race, 'think alike, share the same political interests, and will prefer the same candidates at the polls."  *Miller*, 515 U.S. at 911-912 (quoting *Shaw v. Reno*, 509 U.S. 630, 647 (1993)).  Such a pernicious approach to governance that "evaluat[es individuals'] thoughts and efforts—their very worth as citizens—according to a criterion barred to the Government by history and the Constitution," *id.* at 912 (quoting *Metro Broadcasting, Inc. v. FCC*, 497 U.S. 547, 604 (1990) (O'Connor, J., dissenting)), "can only 'cause continued hurt and injury,' contrary as it is to the 'core purpose' of the

Equal Protection Clause" of the Fourteenth Amendment, *Students for Fair Admissions, Inc. v. President & Fellows of Harvard Coll.*, 600 U.S. 181, 221 (2023) (brackets and citations omitted).

6.    The Supreme Court "has long assumed that one compelling interest is complying with operative provisions of the Voting Rights Act of 1965 (VRA)." *Cooper*, 581 U.S. at 292; *see* 52 U.S.C. § 10301, *et seq.*

7.    The VRA is an exercise of Congress's power to "enforce" the Fifteenth Amendment's guarantee that the "right of citizens of the United States to vote shall not be denied or abridged by … any State on account of race, color, or previous condition of servitude." U.S. Const. amend. XV; *South Carolina v. Katzenbach*, 383 U.S. 301, 327-328 (1966).

8.    Section 2 of the VRA prohibits States from implementing any "practice[] or procedure … that results in a denial or abridgement of the right of any citizen of the United States to vote on account of race or color." 52 U.S.C. § 10301(a).  A violation of this prohibition "is established if, based on the totality of the circumstances, it is shown that the political processes leading to nomination or election in the State … are not equally open to participation by members of a class of citizens protected by [52 U.S.C. § 10301(a)] in that its members have less opportunity than other members of the electorate to participate in the political process and to elect representatives of their choice." *Id.* § 10301(b).

9.    "When a State invokes the VRA to justify race-based districting, it must show (to meet the 'narrow tailoring' requirement) that it had a 'strong basis in evidence' for concluding that the statute required its action." *Cooper*, 581 U.S. at 292 (quoting *Alabama Legislative Black Caucus v. Alabama*, 575 U.S. 254, 278 (2015)).  In other words, "the State must establish that it had 'good reasons' to think that it would transgress the [VRA] if it did *not* draw race-based district lines." *Id.* at 293.

1

## PARTIES

2     10.     Based on information and belief, the United States incorporates Paragraphs

3   6-27 of the Plaintiffs' Complaint regarding the Plaintiffs to this action.

4     11.     Plaintiff-Intervenor is the United States of America.  As sovereign, the United

5   States suffers a legal injury when a State violates federal law, including the United States

6   Constitution.  *Vermont Agency of Nat. Res. v. United States ex rel. Stevens*, 529 U.S. 765,

7   771 (2000); *see Pasadena City Board of Educ. v. Spangler*, 427 U.S. 424, 430-431 (1976)

8   (standing under 42 U.S.C. § 2000h-2 to enforce the Equal Protection Clause).

9   Additionally, the United States may sue as *parens patriae* to protect the federal rights of

10  its citizens.  *Massachusetts v. Mellon*, 262 U.S. 447, 485-486 (1923); *see United States v.*

11  *Raines*, 362 U.S. 17, 27 (1960) (standing to enforce voting rights).

12     12.     The United States is authorized to intervene in this action pursuant to 42

13  U.S.C. § 2000h-2.  Plaintiffs David Tangipa, *et al.*, seek relief from the denial of the equal

14  protection of the laws under the Fourteenth Amendment on account of race (*see* Compl.

15  (Doc. 1)), and the Attorney General of the United States has certified that this case is one

16  of general public importance.  42 U.S.C. § 2000h-2; Hamill Decl. Ex. A.

17     13.     The United States is also authorized to seek "preventive relief, including an

18  application for a temporary or permanent injunction, restraining order, or other order"

19  whenever "there are reasonable grounds to believe that any person is about to engage in

20  any act or practice prohibited by" Section 2 of the VRA.  52 U.S.C. § 10308(d).

21     14.     Defendant Gavin Newsom is a party to this action in his official capacity as

22  Governor of California.  *See Ex Parte Young*, 209 U.S. 123 (1908).  The California

23  Constitution vests the "supreme executive power of the State" in the Governor, who "shall

24  see that the law is faithfully executed." Cal. Const. Art. V, § 1. Also, Newsom signed the

25  laws that enabled Proposition 50 to be placed on the ballot.[1]

26

27     [1] The Democratic Congressional Campaign Committee has intervened in support

28  of Defendants.  Dkt. 26.

4

15.     Defendant Shirley Weber is a party to this action in her official capacity as the Secretary of State of California. *See Young*, 209 U.S. 123. The California Secretary of State is the chief elections officer and is responsible for implementing the Proposition 50 map that is challenged in this action.

## JURISDICTION AND VENUE

16.     This Court has subject-matter jurisdiction over this action under 28 U.S.C. §§ 1331 and 1345.

17.     This Court is authorized to grant the requested declaratory and injunctive relief pursuant to 28 U.S.C. §§ 2201 and 2202.

18.     Venue is proper in this District because a substantial part of the events or omissions giving rise to these claims, including elections in the challenged districts, will occur in this District. *See* 28 U.S.C. § 1391(b)(2).

19.     Because this action "challeng[es] the constitutionality of the apportionment of congressional districts" in California, the United States requests that the Court convene a three-judge court pursuant to 28 U.S.C. § 2284.

## FACTS

### I.    Background on California Elections

**A. California's Demographics**

20.     According to the most recent decennial census, performed in 2020, California has a population of 39,538,223. U.S. Census Bureau, California: 2020 Census, https://www.census.gov/library/stories/state-by-state/california.html#race-ethnicity (last visited Nov. 10, 2025) Hispanic individuals are a plurality and make up 39.4% of California's population. Non-Hispanic white individuals are 34.7% of that population. Non-Hispanic Asians are about 15.1% of that population. And Non-Hispanic black individuals make up about 5.4% of that population. Brunell Decl. Ex. 2 at 2 (Doc. 16-7 at 28). In other words, there is no ethnic majority group in California.

21.    As of 2023, California has a citizen voting-age population (CVAP) of 26,040,825; with a Hispanic CVAP of 8,318,075; a non-Hispanic black CVAP of 1,658,255; a non-Hispanic Asian CVAP of 3,766,450; and a non-Hispanic white CVAP of 11,316,085.  *See* U.S. Census Bureau, *Citizen Voting Age Population by Race and Ethnicity*,    https://www.census.gov/programs-surveys/decennial-census/about/voting-rights/cvap.2023.html#list-tab-1518558936 (last visited Nov. 11, 2025).

22.    "Latino[2] communities are not a uniform constituency; they differ significantly across urban, suburban, and rural regions in terms of socioeconomic status, citizenship rates, linguistic backgrounds, and political participation."  Dr. Raquel Centeno & Dr. Jarred Cuellar, *Latino Voters and the November 2025 Special Election: Redistricting and Representation* 2,  politico.com/f/?id=0000019a-0e13-dc69-abda-fed37ace0000 (last visited Nov. 10, 2025) [hereinafter Centeno & Cuellar Report].

## B. Partisan Voting in California

23.    Recent elections show that Hispanics have not struggled to elect politicians of their choice in California.  That is because results in California are largely driven by party-bloc voting, not race-bloc voting.  *See* Brunell Decl. Ex. 2 at 10 (Doc. 16-7 at 36).  Indeed, Hispanic voters "are increasingly flexing voting power" in California.  Centeno & Cuellar Report 1.

24.    For example, in 2022, Democrat Alex Padilla (a Hispanic candidate) won 61.1% of the statewide vote for the U.S. Senate seat compared to his opponent, Republican nominee Mark Meuser (a white candidate) who won 38.9%.  November 8, 2022, General Election, Statement of Vote Summary Pages 6, https://elections.cdn.sos.ca.gov/sov/2022-

---

[2] "The terms [Hispanic and Latino] are often used interchangeably, though the words can convey slightly different connotations."  Britannica, *What's the Difference Between Hispanic and Latino?*, https://www.britannica.com/story/whats-the-difference-between-hispanic-and-latino (last visited Nov. 10, 2025).  "Latino" "refers to (almost) anyone born in or with ancestors from Latin America and living in the U.S., including Brazilians."  *Ibid.*  "'Hispanic' is generally accepted as a narrower term that includes people only from Spanish-speaking Latin America, including those countries/territories of the Caribbean or from Spain itself."  *Ibid.*  The United States will use these terms as they appear in the documents being cited.

general/sov/06-summary.pdf (last visited Nov. 10, 2025).  The result (and vote margin) was also nearly the same in the 2022 statewide election for Insurance Commissioner between Ricardo Lara (a Democratic Hispanic candidate) and Robert Howell (a Republican white candidate).  *Id.*

25.    These results and vote margins mirrored those in other 2022 statewide elections in which Democratic candidates of various ethnicities beat their Republican opponents of various ethnicities by comfortable margins.  *See id.*

26.    In the 2020 presidential election, Joseph R. Biden (a Democratic white candidate) defeated Donald J. Trump (a Republican white candidate) in California by a similar margin.  November 3, 2020, General Election, Statement of Vote Summary Pages 8, https://elections.cdn.sos.ca.gov/sov/2020-general/sov/08-sov-summary.pdf (last visited Nov. 10, 2025).

27.    In the 2018 general election, Hispanic Democrat candidates also beat white Republican candidates by comfortable margins in statewide races.  Padilla beat Meuser for Secretary of State, 64.5% to 35.5%.  November 6, 2018, General Election, Statement of Vote Summary Pages 7, https://elections.cdn.sos.ca.gov/sov/2018-general/sov/07-summary.pdf (last visited Nov. 10, 2025).  Xavier Becerra (a Hispanic Democrat) beat Steven Bailey (a white Republican) for Attorney General, 63.6% to 36.4%.  *Id.*  In a race pitting a Hispanic Democrat candidate against a white Independent candidate, the result was similar though closer, with Lara winning Insurance Commissioner over Steve Poizner, 52.9% to 47.1%.  *Id.*

28.    In other statewide elections in 2018, Democratic candidates of various ethnicities defeated their Republican opponents of various ethnicities with similar margins.  *See id.*

29.    In other words, division amongst California voters is attributable primarily to partisan differences, not racial divide.

**C. Preclearance by the Department of Justice**

30.     Prior to the Supreme Court's decision in *Shelby County v. Holder*, 570 U.S. 529 (2013), four counties in California were subject to preclearance by the Department of Justice (DOJ) under Section 5 of the VRA.  DOJ, Civil Rights Division, *Jurisdictions Previously Covered By Section 5*, https://www.justice.gov/crt/jurisdictions-previously-covered-section-5 (last visited Nov. 11, 2025).

31.     Under Section 5, the Attorney General or a three-judge court needed to approve any change in voting procedure before it could be implemented in those covered jurisdictions.  *See generally* 52 U.S.C. § 10304; *Shelby County*, 570 U.S. at 537-539.

32.     The DOJ reviewed California's Proposition 14 in 2011.  Proposition 14 established a top-two voter-nominated primary election system.  Rather than one nominee from each party moving from the primaries to the general election, the top two voters overall from the primaries would be placed on the ballot in the general election.

33.     In response to various concerns about how Proposition 14 would impact Hispanic voters in California's covered counties, the DOJ concluded that Proposition 14 was unlikely to harm Hispanic voters' ability to elect candidates of their choice and that the submitted changes had neither the purpose nor likely effect of discriminating on account of race.  The DOJ thus precleared Proposition 14.

**D. Hispanic Representation Amongst California Political Leaders**

34.     Of California's 52 current Congressional delegates, at least 15 are Hispanic.  *See* Congressional Hispanic Caucus, *Members*, https://chc.house.gov/members (last visited Nov. 10, 2025).

35.     Of California's 40 current state senators, at least 12 are Hispanic.  *See* California Latino Legislative Caucus, *Member Directory*, https://latinocaucus.legislature.ca.gov/member-directory (last visited Nov. 10, 2025).

36.     Of California's 80 current state assemblymen, at least 22 are Hispanic.  *See id.*

## II.    Redistricting in California

### A. Pre-2025 California Congressional Maps

37.    Before 2010, the California Legislature drew the State's congressional district maps.

38.    In 2010, California voters transferred this authority from the Legislature to an independent California Citizens Redistricting Commission (CCRC) that would "adjust the boundary lines of the congressional … districts" every ten years in "the year following the year in which the national census is taken." Cal. Const. art. XXI, § 1.

39.    The CCRC last drew a congressional map for California in 2021 following the 2020 census (the "2021 map").

40.    According to VRA analyses considered by the drafter of the Proposition 50 map, the 2021 map complied with the VRA. Hamill Decl. Ex. B.

### B. The Proposition 50 Map

41.    In the summer of 2025, Paul Mitchell was retained to draft new congressional maps for California. Mitchell heads Redistricting Partners, a demography firm that has worked with various state and local governments on redistricting efforts.

42.    The professed purpose for the new map was to "negate the five Republican seats drawn by Texas" by adding "up to 5 [Democrat] seats in the U.S. House of Representatives." CADEM, *Yes On Prop 50:    FAQ*, https://cadem.org/yes-on-proposition-50-faq/ (last visited Nov. 9, 2025); *see* Official Voter Information Guide, California Statewide Special Election November 4, 2025, *Prop 50*, https://voterguide.sos.ca.gov/quick-reference-guide/50.htm (last visited Nov. 9, 2025).

43.    However, in a presentation regarding the draft maps, Mitchell stated that the "number one thing that [he] first started thinking about" was "drawing a replacement Latino majority/minority district in the middle of Los Angeles." HOPE Tr. 23-24.

44.    Mitchell told HOPE that he followed HOPE's requests to create additional "Latino majority/minority districts" in California. *See id.* at 24. Indeed, the "first thing"

9

he and his team did in "drawing the new map" was to "reverse[]" the CRRC's earlier

elimination of a "Latino district from LA" and "put that district back." *Id.* at 25.

45. Mitchell stated that he changed another district to create a "Latino-influenced

district at 35 percent Latino by voting age population." *Id.*

46. He believed that "[t]he Prop. 50 maps [would] be great for the Latino

community in … that they [would] ensure that the Latino districts that are the VRA seats

are bolstered in order to make them most effective, particularly in the Central Valley." *Id.*

at 30. He made a similar comment on X, where he boasted (with applause emojis and a

photo of an applauding Speaker Nancy Pelosi ) that the "proposed Proposition 50 map will

further increase Latino voting power over the current Commission map" and "likely will



increase Asian American voting power." The proposed map, Mitchell posted on X, would

"replicate[] the status quo" except that it would "add[] one more Latino influence district."

*Id.*

https://x.com/paulmitche11/status/1981401714101236067?s=46 (last visited Nov. 9,

10

2025). Similarly, Mitchell told HOPE that the Public Policy Institute of California "just put out an analysis … that said that our plan maintained the status quo in terms of the Voting Rights Act and added one more Latino-influenced district." Hamill Decl. Ex. B at 26:22–25.

47.    His efforts paid off.  In the congressional maps in place before the 2025 Special Election, there were "14 Hispanic VRA districts," *see* Brunell Decl., Ex. 2 at 2 (Doc. 16-7 at 28), meaning that these "Latino-majority districts … frequently elect candidates preferred by Latino voters," Centeno & Cuellar Report 1.  "In the Proposition 50 map, [Mitchell stated] that he increased that number to 16."  Brunell Decl., Ex. 2 at 3 (Doc. 16-7 at 29).

48.    An analysis from Drs. Centeno (California State Polytechnic University, Pomona) and Cuellar (Caltech Linde Center for Science, Society, and Policy) concluded that "the proposed Proposition 50 map [would] increase Latino voting power over the current Commission map" and "likely *increase* Latino voting power, given its creation of two new Latino community influence districts and the §expansion of the Latino electorate in other districts."  Centeno & Cuellar Report 1; *see id.* at 9-10 (explaining how Hispanic voting power was increased in districts that were majority-Hispanic under the prior map by shifting Hispanic voters across district lines).

49.    An analysis of the Proposition 50 map shows that the professed goal of increasing Democratic representation was subordinated to increasing Hispanic-majority districts, as particularly evidenced by District 13.

50.    District 13 is made up of parts of five counties:  part of San Joaquin County, southwestern Stanislaus County, all of Merced County, western Madera County, and part of Fresno County.  Trende Decl. Ex. 2 at 5 (Doc. 16-5 at 20); *see* California State Assembly, Committee on Elections, *Proposed Congressional Map*, https://aelc.assembly.ca.gov/proposed-congressional-map (last visited Nov. 11, 2025).

51.    According to the 2020 census, three of these counties are majority Hispanic by total population (Fresno at 53.6%, Madera at 60.5%, and Merced at 61.9%).  Brunell

11

Decl. Ex. 2 at 5 (tbl. 1) (Doc. 16-7 at 28-29).  In the two other counties, Hispanic individuals make up a plurality of the total population (Stanislaus at 48.1% and San Joaquin at 41.8%).  *Id.* at 3 (tbl. 1) (Doc. 16-7 at 29).  As drawn, District 13 is made up of 64.8% Latinos.  California State Assembly, Committee on Elections, *AB 604 Districts Atlas* 3, https://aelc.assembly.ca.gov/media/2610 (last visited Nov. 11, 2025) [hereinafter *AB 604 Districts Atlas*].

52.    Looking at CVAP, Hispanic individuals make up a majority of one of these counties (Merced at 51.1%), a plurality of two (Fresno at 45.5% and Madera at 46.8%), and a sizable minority of two (San Joaquin at 33.5% and Stanislaus and 39%).  Brunell Decl. Ex. 2 at 5 (tbl. 3) (Doc. 16-7 at 31).  As drawn, District 13 is made up of 53.8% Latino CVAP.  *AB 604 Districts Atlas* 3.

53.    District 13 "bulges out" near Ceres and Modesto—two cities in Stanislaus County—in the northern part of the District, "splits Modesto," "keeps Ceres intact," and "captures some areas outside of Ceres."  Trende Decl. Ex. 2 at 11 (Doc. 16-5 at 26).  The map "leaves a significant Democratic population on the table in Modesto, to the north of the district boundary.  In addition, it captures a large Republican population in and around Ceres."  *Id.*  When one "examine[s the map] from a racial angle, the motivation for the split appears more obvious.  Most of the Democratic territory left in Modesto is White.  More importantly, the Republican territory captured around Ceres is heavily Hispanic.  If partisanship were really the motivating factor for this division, the district would drop some of the Republican areas in Ceres and pick up Democratic areas in Modesto."  *Id.* at 13 (Doc. 16-5 at 28).

54.    Similarly, the "northern split" of District 13, near Stockton—a city in San Joaquin County—"leaves a lot of Democrats on the table.  In particular, areas to the west of the District are heavily Democratic, more so than some of the precincts at the District's northern boundary."  *Id.* at 16 (Doc. 16-5 at 31).  "What differentiates them is that the portion at the northern end of the district are heavily Hispanic, while the areas left out to the west of the district are more heavily White.  In other words, this appendage bypasses

white Democrats, making the district less compact, to gain Hispanic areas that are less heavily compact. From a [partisan] gerrymandering perspective, this makes little sense." *Id.* at 19 (Doc. 16-5 at 34).

55. Alternative maps "demonstrate that it is possible to achieve the political goals of the map"—purportedly to increase Democratic representation in the Congress—"with a more regular configuration that does not target race." *Id.* at 22 (Doc. 16-5 at 37); *see id.* at 23-27 (Doc. 16-5 at 38-42).

### C. Proposal and Passage of Proposition 50

56. The enactment of the Proposition 50 map (Assembly Bill 604) was paired with a constitutional amendment authorizing the temporary use of the legislature-enacted congressional map through 2030 (Assembly Constitutional Amendment 8) and a bill calling for the special election, appropriating funds, and making conforming calendar changes (Senate Bill 280).

57. During the Legislature's consideration and debate of Proposition 50, several legislators gave racial—not political—reasons in favor of their votes for the new map. They described other states' redistricting efforts as efforts meant to suppress minority voters. Assemblymember Mark González framed the Texas redistricting as "racism" "shield[ed] … with [the] party line." Hamill Decl. Ex. C at 38:9-11; *see also* Hamill Decl. Ex. D. at 158:11-13 (Senator Sabrina Cervantes) ("They want to silence the voices of Latino voters, Black voters, API voters, and LGBTQ voters."). Or, as Assembly member Isaac G. Bryan put it, "[a] Latino voice in Texas is worth one third of the representation as a white voice" and "[a] black voter in Texas is worth one fifth of the representation of a white voter in Texas." Hamill Decl. Ex. C at 49:6–9; Hamill Decl. Ex. E at 149:22–150:1 (Senator Lola Smallwood-Cuevas) ("In Texas, what this looks like is that black Texans will lose much of their power, being reduced to about a fifth of what their power was before this gross attack.").

58. According to California legislators, other states threatened the ability of racial minorities to elect candidates of their choice. State Senator Lola Smallwood-Cuevas

accused Texas of "sliding back" to the pre–Voting Rights Act days in which "black codes and Jim Crow, and racial terror, poll taxes, [and] white-only primaries … cut black voter rolls in Texas from over 100,000 to just a few thousand." Hamill Decl. Ex. E at 150:22-25. According to Assemblyman González, "[t]his is about whether a Latino child in Texas, a black family in Florida, or an immigrant community in California has a voice in their own democracy." Hamill Decl. Ex. C at 40:2-5.  Assemblyman Mike Gipson spoke similarly: "It's about the next generation that we may not even have any black people serving in office to have representation.  It's about 10 African American members of Congress that could be wiped away in Congress if we don't stand up and be counted." *Id.* at 53:14-16. The Proposition 50 map would serve as a "shield" to combat "racist maps" elsewhere. *Id.* at 40:9-11 (González); *see also id.* at 39:21-22 (González) ("If Florida wants to silence voters of color, we will not sit quietly.").

59.    According to a press release issued by State Senator and Senate President pro Tempore Mike McGuire, the Proposition 50 map would "retain[] and *expand[]* Voting Rights Act districts that empower Latino voters to elect their candidates of choice[]." *Legislative Democrats Announce Plan Empowering Voters to Protect California* (Aug. 19, 2025), https://sd02.senate.ca.gov/news/legislative-democrats-announce-plan-empowering-voters-protect-california (emphasis added).

60.    On November 4, 2025, the voters of California approved Proposition 50.

**D. Immediate Impacts of Proposition 50**

61.    The first major date for the 2026 primary elections is December 19, 2025. California Secretary of State, Key Dates and Deadlines: *Primary Election—June 2, 2026*, https://www.sos.ca.gov/elections/upcoming-elections/primary-election-june-2-2026/key-dates-and-deadlines#fn-1-2 (last visited Nov. 10, 2025).

62.    On that date, individuals will have the opportunity to begin gathering signatures to qualify as a Congressional candidate.  Cal. Elections Code § 8162(a); Jt. Stipulation (Doc. 17), ¶ 3.

# CLAIMS

## COUNT I:

**Racial Gerrymandering in Violation of the Equal Protection Clause of The Fourteenth Amendment of the U.S. Constitution**

63.    The United States restates and incorporates herein the allegations set forth in each of the preceding paragraphs of this Complaint.

64.    California's Congressional redistricting plan, Proposition 50, is racially gerrymandered, in violation of the Equal Protection Clause of the Fourteenth Amendment of the Constitution of the United States**.**

65.    The Supreme Court has reaffirmed that federal courts may remedy two forms of anti-democratic gerrymandering.   "In two areas—one-person, one-vote and racial gerrymandering—our cases have held that there is a role for the courts with respect to at least some issues that could arise from a State's drawing of congressional districts." *Rucho*, 588 U.S. at 699.

66.    Racial gerrymandering is unconstitutional when traditional redistricting principles have been subordinated to racial considerations in ways that do not satisfy a narrowly tailored, compelling state interest.  *E.g.*, *Alabama Legislative Black Caucus*, 575 U.S. at 272.  "If district lines were drawn for the purpose of separating racial groups, then they are subject to strict scrutiny because 'race-based decisionmaking is inherently suspect.'"  *Rucho*, 588 U.S. at 711 (quoting *Miller*, 515 U.S. at 915).

67.    Race was a predominant factor in drawing at least District 13 in the Proposition 50 map.

68.    California cannot satisfy strict scrutiny because it had no "'strong basis in evidence' for concluding that the [VRA] required" as much.  *Cooper*, 581 U.S. at 292 (quoting *Alabama Legislative Black Caucus*, 575 U.S. at 278).  The Hispanic CVAP in California does not satisfy the test set out in *Thornburg v. Gingles*, 478 U.S. 30 (1986) for a minority group that can be the subject of a VRA vote-dilution claim.  *See Cooper*, 581 U.S. at 302 ("If a State has good reason to think that all the '*Gingles* preconditions'

15

are met, then so too it has good reason to believe that § 2 requires drawing a majority-minority district.  But if not, then not.") (citation omitted).  And the map drawer had received analyses affirmatively showing that the 2021 map satisfied the VRA.

## COUNT II:

**Intentional Racial Discrimination in Violation of Section 2 of the Voting Rights Act, 52 U.S.C. § 10301**

69.    The United States restates and incorporates herein the allegations set forth in each of the preceding paragraphs of this Complaint.

70.    Proposition 50 was adopted with the purpose of denying or abridging the right to vote on account of race or color in violation of Section 2 of the VRA, 52 U.S.C. § 10301.

71.    Unless enjoined by order of this Court, Defendants will continue to violate Section 2 by administering, implementing, and conducting elections using the districting map created by Proposition 50.

## PRAYER FOR RELIEF

WHEREFORE, the United States prays that the Court grant the following relief:

(a)    Declare that the Proposition 50 map constitutes unlawful racial gerrymandering in violation of the Fourteenth Amendment and does not satisfy strict scrutiny;

(b)    Declare that Proposition 50 was adopted with the purpose of denying or abridging the right to vote on account of race or color, in violation of Section 2 of the Voting Rights Act, 52 U.S.C. § 10301;

(c)    Enter a preliminary and permanent injunction prohibiting Defendants from implementing or using Proposition 50's congressional district map in any future elections, including, without limitation, the 2026 election;

(d)    Enter a preliminary and permanent injunction requiring Defendants to use the 2021 map (drawn by the CCRC) for all elections covered by Proposition 50, including 2026, 2028, and 2030;

1           (e)     Order such other relief as the interests of justice may require.

2

3

4    DATED: November 13, 2025        Respectfully submitted:

5

6    BILAL A. ESSAYLI            JESUS A. OSETE*
     First Assistant United States Attorney    Principal Deputy Assistant Attorney General
7    _s/ Julie A. Hamill_             _s/ Matthew Zandi_
     JULIE A. HAMILL               MATTHEW ZANDI
8    Assistant United States Attorney      Chief of Staff & Special Counsel
     United States Attorney's Office
9
                                MAUREEN RIORDAN
10                              Acting Chief, Voting Section

11                              ANDREW BRANIFF
12                              Acting Chief, Appellate Section

13                              DAVID GOLDMAN
14                              JOSHUA R. ZUCKERMAN
                                GRETA GIESEKE
15                              Attorneys

16
                                Civil Rights Division
17                              United States Department of Justice

18
                                Attorneys for Plaintiff-Intervenor
19                              UNITED STATES OF AMERICA

20

21

22

23

24

25

26

27

28

_____

* Assistant Attorney General Harmeet K. Dhillon is recused from this matter.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

DAVID TANGIPA, *et al.*,
                    *Plaintiffs*,
    and

UNITED STATES OF AMERICA,
                    *Plaintiff-Intervenor*,
        v.

GAVIN NEWSOM, in his official capacity as the Governor of California, *et al.*,
                    *Defendants*,

Case No.   2:25-cv-10616-JLS-KES
Three-Judge Court

**DECLARATION OF JULIE A. HAMILL IN SUPPORT OF UNITED STATES' COMPLAINT IN INTERVENTION**

Honorable Josephine L. Staton
United States District Judge

I, Julie A. Hamill, do hereby declare and state as follows.

1.     I am an Assistant United States Attorney for the Central District of California and am admitted to practice in the Central District of California.

2.     This Declaration is being submitted in support of the United States' Complaint in Intervention in the above-captioned matter.

3.     The statements made in this Declaration are based on the knowledge acquired by me in the performance of my official duties and in conjunction with factual and legal research conducted by other attorneys and staff at the Department of Justice.

4.     Attached hereto as Exhibit A is a true and correct copy of a certification by Attorney General Pamela J. Bondi, that the above-captioned case is a case of general public importance pursuant to 42 U.S.C. § 2000-h.

5.     Attached hereto as Exhibit B is a true and correct copy of a transcript of a Zoom presentation given by Hispanas Organized for Political Equality on October 17, 2025.

6.     Attached hereto as Exhibit C is a true and correct copy of a transcript of the California Assembly's floor session on August 21, 2025.

7.     Attached hereto as Exhibit D is a true and correct copy of the California Assembly Elections Committee's meeting on August 19, 2025.

8.     Attached hereto as Exhibit E is a true and correct copy of the California State Senate's floor session on August 21, 2025.

Having reviewed this Declaration, I declare, under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed on November 12, 2025, in Los Angeles, California.

Respectfully submitted,

*/s/ Julie A. Hamill*
JULIE A. HAMILL
Assistant United States Attorney

1

# EXHIBIT A

1  JESUS A. OSETE
   Principal Deputy Assistant Attorney General
2  MATTHEW ZANDI (CA No. 203329)
   Chief of Staff & Special Counsel
3  MAUREEN RIORDAN (NY No. 2058840)
   Acting Chief, Voting Section
4  ANDREW BRANIFF (IN No. 23430-71)
   Acting Chief, Appellate Section
5  DAVID GOLDMAN (VA No. 98922)
   JOSHUA R. ZUCKERMAN (DC No. 1724555)
6  GRETA GIESEKE (TX No. 24132925)
   Attorneys
7    Civil Rights Division
     United States Department of Justice
8    950 Pennsylvania Avenue, NW
     Washington, D.C. 20530
9    Telephone: (202) 514-3847
     E-Mail:    matt.zandi@usdoj.gov
10
   BILAL A. ESSAYLI
11 First Assistant United States Attorney
   JULIE A. HAMILL (CA No. 272742)
12 Assistant United States Attorney
     United States Attorney's Office
13   300 North Los Angeles Street, Suite 7516
     Los Angeles, California 90012
14   Telephone: (213) 894-2464
     E-Mail:    julie.hamill@usdoj.gov
15
   Attorneys for Plaintiff-Intervenor
16 UNITED STATES OF AMERICA

17              **UNITED STATES DISTRICT COURT**
18              **CENTRAL DISTRICT OF CALIFORNIA**

19 DAVID TANGIPA, *et al.*,              Case No.  2:25-cv-10616-JLS-KES
                                         Three-Judge Court
20                    *Plaintiffs*,
        and                             **CERTIFICATE OF THE ATTORNEY**
21                                      **GENERAL**
22 UNITED STATES OF AMERICA,
                *Plaintiff-Intervenor*,  Honorable Josephine L. Staton
23                                       United States District Judge
          v.
24
   GAVIN NEWSOM, in his official
25 capacity as the Governor of California,
   *et al.*,
26
                      *Defendants*,
27
28

1    **CERTIFICATE OF THE ATTORNEY GENERAL**

2        I, Pamela Bondi, Attorney General of the United States, pursuant to 42 U.S.C. §

3    2000h-2, hereby certify that the case of *Tangipa v. Newsom*, No. 2:25-cv-10616 (C.D.

4    Cal.), is a case of general public importance.

5

6        Signed this ___13th___ day of November 2025 in Washington, D.C.

7

8                                            _____

9                                            PAMELA BONDI
                                             Attorney General of the United States

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

# EXHIBIT B

HISPANAS ORGANIZED FOR POLITICAL EQUALITY

(HOPE)


PRESENTATION ON ZOOM




OCTOBER 17, 2025







TRANSCRIBED BY:  MARY ANN SCANLAN, CSR



Certified Shorthand Reporters

P.O. Box 330366, San Francisco, CA 94133
o / 415.834.1114   f / 415.399.9266
e / info@scanlanstone.com  w / scanlanstone.com

1              MS. TORRES:  Hello, everyone.  Thank you

2    so much for joining us today for this very

3    important Zoom.

4              My name is Helen Iris Torres.  I am the

5    proud CEO of HOPE, Hispanas Organized for

6    Political Equality.

7              At HOPE our mission is to advance

8    political and economic parity for Latinas to the

9    benefit of all communities.  We believe that

10   every person deserves fair representation and an

11   equal voice in shaping the decisions that affect

12   our lives.

13             Redistricting is a critical part of

14   achieving that vision.  It determines how our

15   communities are represented at every level of

16   government.  It's one of HOPE's -- one of our

17   foundations of HOPE's broader civic engagement

18   work, ensuring Latinas and all Californians have

19   equitable access to political power.

20             While HOPE is a nonpartisan organization,

21   we recognize that redistricting has become an

22   increasingly partisan and at times contentious

23   issue.  Across the country gerrymandering has

24   threatened fair representation, making it more

25   urgent now than ever for us to stay informed.

1          This November 4th, and for some of us who
2    have already received our ballot in the mail,
3    Californians will vote on Proposition 50, a
4    measure that would temporarily authorize the
5    state to adopt new congressional maps.
6          To be clear, once again, that HOPE has not
7    taken a position on Prop. 50.  Our goal today is
8    to ensure that our communities are informed and
9    empowered, to understand what's on the ballot and
10   what this measure means, and how it could shape
11   representation in California.
12         We have a jampacked program for you
13   running until 1:15 p.m.  So we encourage you to
14   stay on for the full discussion.
15         You'll hear from an incredible lineup of
16   speakers sharing their expertise and perspectives
17   as civil rights attorneys, demographers and civic
18   engagement leaders.
19         While we won't be doing a live Q&A, please
20   drop your question in the Q&A box.  Our speakers
21   will be responding in the chat throughout the
22   session.  We also ask you to please keep the
23   questions respectful and on topic.
24         With that, as our housekeeping is covered,
25   it's our -- it's my pleasure to introduce

1  Maria Morales, HOPE's statewide policy director,

2  who will guide us through today's conversation

3  and introduce our distinguished guests, our first

4  distinguished guest, Sonja Diaz.

5          Thank you, Maria.

6          MS. MORALES:  Thank you, Helen.

7          And hi, everyone.  Thank you so much for

8  joining us today.

9          I am excited to welcome to the virtual

10  stage Sonja Diaz to kick off our conversation.

11  Sonja Diaz is a civil rights attorney and policy

12  adviser, renowned for her pioneering work in

13  advancing equitable representation and

14  opportunities for Latinas.

15          As a cofounder of the Latina Futures 2050

16  Lab, she champions the vision where Latinas have

17  equal access to leadership roles, contributing to

18  a thriving society for all.

19          And prior to her groundbreaking work with

20  the Latinas Futures Lab, Sonja cofounded and

21  directed the UCLA Latina Policy and Politics

22  Institute, which is the first comprehensive think

23  tank within the University of California system

24  dedicated to addressing the policies of the

25  nation's second largest racial and ethnic group.

1          We're really excited to have you, Sonja.
2    Thank you so much for being here.
3          MS. DIAZ:  Thanks so much for having me.
4    This is one of my favorite topics.
5          MS. MORALES:  Well, we're really looking
6    for your expertise.  I think we'll just get right
7    into it.
8          So maybe for the first question, for
9    someone who is unfamiliar with what redistricting
10   is, can you give us a rundown of what it actually
11   means, why it's so important?
12         MS. DIAZ:  Yeah, absolutely.
13         Redistricting is the process of redrawing
14   electoral district boundaries.  Electoral
15   district boundaries are your state-legislated
16   boundaries, your congressional districts for the
17   House of Representatives.
18         It typically occurs every ten years and it
19   reflects population changes that are captured in
20   the U.S. decennial census.  So the last census
21   was 2020.
22         Redistricting determines how communities
23   are represented in Congress.  So reapportionment
24   apportions the congressional seats in the House
25   of Representatives to states based on the census.

1          Now, the states within that -- and states

2    have different ways of doing redistricting --

3    they then allocate the mapping.  And we hear a

4    lot about redistricting and maps.  And so what

5    they look to is to draw the political boundaries

6    of a legislative district or a congressional

7    district.

8          Now, historically there have been many

9    practices that undermine the ability of Americans

10   to be able to elect their candidate of choice, in

11   addition to being able to cast a fair ballot that

12   is going to be counted.

13         And so in redistricting there's two things

14   that are very important, which is this idea of

15   crafting.  So this is where, when these maps --

16   these political maps are drawn, what they're

17   doing in crafting is that they're splitting a

18   cohesive minority community, be it African

19   Americans, Asian Americans, American Indians,

20   Latinos, across many districts.

21         So maybe they live together and then that

22   one circle district can be five, four, three.

23   And so that's crafting.  And that makes it so

24   that that particular group within that political

25   jurisdiction in that map cannot elect their

1  candidate of choice.

2      The other thing that we hear often is

3  packing, so this is consolidating.  This is

4  putting like all the Latino voters or all the

5  African American voters into a single district,

6  even though they're spread out and dispersed over

7  several miles.

8      And, in fact, it limits their ability to

9  exercise their true political power, right?

10  Because now they're in one particular district

11  and they can only elect one candidate of choice.

12  Instead, maybe they could have been a, you know,

13  majority or opportunity district across others.

14      The last thing that I think is really

15  important, Maria, about redistricting is that

16  there was a Supreme Court case under the Warren

17  court.  And more than Brown v. Board of

18  Education, Chief Justice Warren said that

19  Reynolds versus Sims, which was in 1964, was the

20  case that I think meant the most to him.

21      And this was a case that set the context

22  for redistricting, which is one person, one vote.

23  And so it required districts to have roughly

24  equal population.

25      Now, I mentioned the crafting.  I

1  mentioned the packing.  There's other legislation
2  and a statutory regime to try and make it so that
3  that isn't so.
4        One thing that still exists is Section 2
5  of the Voting Rights Act, and this is really so
6  that protected classes can elect their candidate
7  of choice.
8        This is particularly important for
9  minoritized groups, including Latinos and African
10 Americans.  And this helps combat discriminatory
11 vote dilution.
12        Now, there's a lot of voting rights cases
13 that have happened over the last 15 years, and so
14 that has created some holes, if you will.  I
15 wanted to say cracks, but I'll say some holes in
16 being able to ensure that there's fair maps.
17        MS. MORALES:  I appreciate you breaking
18 that down, because the way you're saying it is
19 that there's statutory guidelines that determine
20 how these maps are supposed to come together,
21 like the actual drawing of the lines.
22        I guess now I'll take it to the larger
23 context, redistricting today, and we've seen this
24 kind of rise in -- I know Helen alluded to it --
25 this rise in partisan gerrymandering, right?

1          So if you can talk to that trend and the

2    larger national perspective on how California and

3    Texas compare in terms of the actual

4    redistricting process, and how do you see that

5    partisan redistricting impacting representation/

6          MS. DIAZ:  Yeah.  So, Maria, I mentioned

7    that it's one person, one vote.  That typically

8    this happens after every census.  The census does

9    not happen in 2025.  It's once a year, 2010,

10    2000, 2020.  The next one is 2030.

11          And here we are in 2025, where California

12    and Texas are both doing redistricting.  There is

13    no new decennial census that they're basing this

14    off of, right?  That happens once every ten

15    years.

16          But I think what's important here is that

17    California and Texas couldn't be more different.

18    In California, voters took politics out of the

19    process of redistricting and they created an

20    Independent Redistricting Commission, which has

21    now had two full cycles of redrawing the

22    congressional and the legislative map.

23          This is community driven.  It's

24    transparent.  Last time this happened it was over

25    Zoom.  We were in COVID-19.  And it really is

1    there to abide by the laws to make sure that

2    people have fair and equitable representation.

3           Now we're in a place right now and we're

4    talking about things because there is now a thing

5    on the ballot, Proposition 50, that would for

6    four years, between 2026 and 2030, pause that

7    Independent Redistricting Commission's map,

8    reintroduce new maps that the State Legislature

9    drew in public through its legislative sessions

10   this summer.  And now it's going to the voters to

11   choose.

12          That ballot initiative then would cease,

13   and in 2030 would go through the same process

14   that I talked about, which is the census.

15          Texas, on the other hand, has always let

16   politicians draw the lines.  And there is a

17   voting rights expert at Stanford Law School,

18   Pamela Karlan, and she said Texas has not had

19   their maps challenged in court since the 1970s.

20   So the 1970 census, 1980 census, 1990 census and

21   so forth, these maps have been challenged.  The

22   same has occurred with Texas's 2020 map.

23          Now, I think what's really important about

24   both these states, one state has an Independent

25   Redistricting Commission.  The other one did not

```
 1   and has had multiple challenges, from Black civil
 2   rights leaders, from Latino civil rights leaders,
 3   and others, of vote dilution, of not following
 4   the law.
 5          And this has only been exacerbated after a
 6   Supreme Court decision in 2013, which said,
 7   Texas, even though you were under Section 5 of
 8   the Voting Rights Act and every time you wanted
 9   to make a little change, we have to approve it,
10   that's gone.
11          Texas has now really been able to continue
12   to do what they want with little to no federal
13   court oversight except for the right of action of
14   civil rights and other interested parties to sue
15   them.
16          So I said Texas and California couldn't be
17   more different.  Here is the fact that remains
18   true about both of them.  Latinos are the
19   plurality population in both California since
20   2014, and in Texas since two years ago.
21          Texas's apportionment of House seats in
22   U.S. Congress is based on the growth of the
23   Latino population.  Now, the number of Latino
24   majority districts in the congressional map for
25   the Texas delegations did not increase over the
```

1  last ten years.  And, in fact, the maps that are

2  now presently in Texas based on this 2025

3  redistricting is seeing an increase of five

4  Republican maps.

5          And so this is based on a partisan impetus

6  to redrawn the lines to essentially curtail

7  Democratic party win in 2026.  Historically, the

8  party in opposition to the White House is able

9  that first kind of midterm election to win.

10         What is important is that this is not just

11  a partisan issue.  This is a racially motivated

12  issue.  This is around the ability of Latinos in

13  Texas and other protected classes to be able to

14  elect their candidate of choice.

15         That's why Texas's 2020 maps were

16  challenged.  That is why Texas is pulling back

17  and changing those maps that they drew again.

18         And so I think that's really important

19  because that's not what California did with the

20  Independent Redistricting Commission, and that's

21  not the history of California as a large state,

22  right, akin to Texas and changing things.

23         So we're in a very historical moment.

24  This is unprecedented to do redistricting in the

25  middle of a decade.  Now, it's being done for

```
 1  partisan reasons.
 2          MS. MORALES:  That's a really powerful
 3  statement that you made around moving it away
 4  from this, you know, partisan framing and talking
 5  more about the impacts that it's going to have
 6  directly on communities.
 7          And I know you've been doing a lot of
 8  research on the impact of Latino voters,
 9  especially in the 2024 election.  And now, you
10  know, these new maps are coming out that in some
11  ways are -- in many ways are going to impact the
12  Latino political power and voting power.
13          So what challenges or opportunities do you
14  see both for Latinos in the voter turnout and
15  also what that looks like for 2026?
16          MS. DIAZ:  Well, Maria, I really struggled
17  with the challenges and opportunities, right?
18  Because my sense is to give both equal weight or
19  to identify a parity in both the challenges and
20  the opportunities and, frankly, I can't.
21          There are some opportunities, but there
22  are a lot of challenges.  And I think the
23  participants on this webinar and people that are
24  watching what's happening with our democracy, I
25  can't say it in plainer terms, the ability of
```

```
 1   people to cast a ballot that will be counted and
 2   elect their candidate of choice is -- has been
 3   under siege going back to 2013 and before.
 4        But particularly right now with this
 5   unprecedented redistricting effort on the part of
 6   the Republican party has really made it so that
 7   the ability to have your Medicare, the ability to
 8   have your SNAP benefits, the ability to be able
 9   to elect a candidate of choice, or to cross over
10   in a coalition district if there's political kind
11   of congruence between Asian American and Latino
12   voters, say in a place like Orange county,
13   California, or Harris county, Texas.
14        All of these things are really up for
15   grabs right now.  And unfortunately, we don't
16   have a federal court system that is able to
17   intervene on behalf of the civil rights regime
18   that was effected by the Warren court in the
19   1960s.  That has been clear.
20        Now, in terms of the challenges and really
21   laying them in for the audience here, every
22   redistricting cycle is not just an election
23   cycle.  This is generational.  So a win in one
24   district of redistricting maps creates momentum
25   in a direction, right?
```

1          And so if Latinos are able to elect their

2     candidate of choice -- and that doesn't mean that

3     that candidate is Latino.  It can be purple.

4     They can elect whoever they want.  It's that they

5     together, under the law, are able to elect their

6     candidate of choice because they're not craft and

7     they're not packed by redistricting.

8          One would hope that they have substantive

9     policy gains.  Maybe they're living in healthier

10    communities.  Maybe they're able to afford an

11    increasingly unaffordable space.  Maybe their kid

12    is able to have ethnic studies in their

13    classroom.  You name it.  Depending on the issues

14    that those voters care about.

15         And so the maps that are drawn really

16    curtail whether or not someone has that

17    substantive representation because that's the

18    start of whether or not they're able to actually

19    have a vote that counts, or they're just voting

20    and, you know, it's rigged against them.

21         Now, because this is generational -- and

22    Latino are a youthful demographic, right?  Asian

23    Americans, Latinos fastest-growing demographic,

24    youngest demographic.  These are electorates that

25    are more often than other voters, including and

1  especially non-Hispanic White voters, to be

2  persuadable voters, right?  To be undecided on

3  some issues.

4       This is an opportunity for organizations

5  that care about the health, well-being and

6  quality of life in these communities to not just

7  react to redistricting, to be able to strategize,

8  identify these emerging growth zones, think about

9  coalitions, and also think about districts by

10 districting.

11      And so the future of these map cycles

12 really requires participation from everyday

13 people, including young people who are not

14 eligible to vote because they're under 18.

15      Now, to just kind of highlight it, what

16 are the challenges?  Erosions of being able to

17 have a vote that matters, right?  So your voting

18 power is being diminished.

19      For Latinos, in the space of rapid

20 population growth, there's unequal power.  That

21 is the story of Texas.  That is also the other --

22 the story of other states, that the growing Asian

23 American, Latino, Black populations and immigrant

24 populations that all of a sudden are trying to

25 erode that voting strength.

1          The other thing is partisan polarization.

2    We're in a country where there are diametrically

3    opposing ideas, and we're on the fight for what

4    the future may hold, especially for the

5    possibility of a multiracial, multiethnic

6    democracy.

7          So I said all of those challenges.  What

8    are the opportunities?  So the opportunities are.

9    is that when, you know, the federal courts are

10    weakened, when the federal government is

11    weakened, when Congress is weakened, states and

12    localities offer a new terrain, a new path

13    forward for reform.

14          California did this with the California

15    Voting Rights Act.  Joaquin Avila, the Mexican-

16    American Legal Defense and Educational Fund,

17    along with legislators like Senator Richard

18    Polanco, passed the CBLA.

19          It's time to update that.  It's time to

20    update that so that it actually matches the real

21    world 2025 circumstances that we're in.  So that

22    Californians can elect their candidate of choice

23    if they are from a protected class.

24          There's other opportunities, too.  There's

25    opportunities for everybody to talk about what

```
 1   the community looks like and to engage in the
 2   political process.  So that even if you're not
 3   living in a state like California and maybe
 4   you're in Arizona, where there's a lot of
 5   independent voters, in Nevada, where there's a
 6   lot of independent voters, that there's
 7   opportunities to be able to start to experiment
 8   with this thing we call equal justice under the
 9   law.
10          MS. MORALES:  Sonja, I just want to say, I
11   am so grateful that you could join us.  And I'm
12   really glad that we could take apart this
13   conversation with you breaking the issue down,
14   but also just underscoring why it's so important
15   to make our voice heard in this special election,
16   especially because the turnover has been so
17   quick.
18          So I think it segues us really well into
19   our next session, where we're going to be
20   breaking down the actual map.  So hopefully that
21   your explanation made sense to some folks.
22          And so, with that, I wish we could have
23   some more time, but I'm really, really grateful.
24          And I do want to share with the attendees,
25   so please use the Q&A box feature if you want to
```

1    submit questions to Sonja directly.  That way

2    she'll be, you know, monitoring and can reply to

3    them since we didn't have time in the open Q&A

4    portion.

5          But thank you so much, Sonja.

6          And with that, I'm going to welcome Helen

7    back onto the stage.

8          MS. TORRES:  I agree with you, Maria, that

9    is a fantastic way to kick off.

10          Thank you again to Sonja.

11          Sonja, I think that you do have two

12    questions in the Q&A box, if you have a moment to

13    review those.  I think one in particular is for

14    clarification.

15          So I'm excited to continue this

16    conversation with someone that we have known at

17    HOPE for almost 20 years.  He has been a key

18    presenter at all our HOPE Leadership Institute

19    sessions, or the majority of them, and that's our

20    next speaker, Paul Mitchell.

21          He is one of California's leading experts

22    on redistricting and political data.  He's been

23    directly involved in drafting the map that

24    California voters will be deciding on this

25    November.

```
 1        Paul has worked closely with the State's
 2   Independent Redistricting Commission in the past,
 3   so he brings a unique perspective on both the
 4   process and the specifics of Prop. 50, the
 5   Prop. 50 maps.
 6        Paul, thank you so much for joining us
 7   today.
 8        MR. MITCHELL:  Thanks for having me.
 9        MS. TORRES:  So, Paul, I thought we'd
10   start with one key question.  You have been
11   directly involved in drawing the Prop. 50 maps.
12   Can you walk us through how you approached
13   developing these maps?
14        Specifically what factors, you know, that
15   you used, especially what you're required by law
16   as your guidelines?  And where do you see -- and
17   where do you have more flexibility?
18        MR. MITCHELL:  Sure.  And thanks for
19   having me.  It's always fun to come and speak
20   with you.
21        For folks who know me, a lot of people
22   know me through my work at Political Data.  So if
23   they're tracking the election right now, then
24   they might be looking at early vote data that I'm
25   putting out.  And if they've run for office, they
```

1    might use PDI.

2         But my other hat is that I'm the owner of

3    Redistricting Partners.  We're a redistricting

4    firm that's done over a hundred local

5    redistrictings, all nonpartisan.  We've done

6    nonpartisan redistricting with a number of

7    commissions, from Los Angeles to New York City to

8    New York state's redistricting, where we've

9    worked twice in New York state.

10        We've even helped stand up independent

11   redistricting commissions, like where we advised

12   the Ethics Commission in New Mexico on the

13   creation of their first Independent Redistricting

14   Commission.  So I've been very tied to

15   nonpartisan and commission-based redistricting, a

16   real fan of it for a long time.

17        And when this first -- when I was first

18   approached about this, it wasn't even at first

19   like, well, how would I draw the maps?  My first

20   reaction was like, there's no way that we can do

21   this.  Voters love the Commission.  And I support

22   the Commission's work.  And why would voters give

23   the Legislature the authority to redraw lines?

24        And so a lot changed after Texas did what

25   they did to, you know, redo their maps responding

1  to President Trump.  And the idea of this as

2  being a counterbalance to what Texas was doing

3  became a core kind of idea of this project.  And

4  then a commitment that it goes back to the

5  Commission afterwards.  That all of this is

6  temporary.  So even before I started looking at

7  potential maps, that was what I was thinking

8  about.

9        Now, when I was first talked to by folks,

10 I won't call out any names of elected officials,

11 but I did have some elected officials call me and

12 say, well, if Texas is going to throw away the

13 VRA, we should just throw away the VRA.  You

14 should just draw anything you can.  Don't worry

15 about the VRA.

16        And I would be like, okay, thanks for

17 calling.  But there was no way that I was going

18 to do that.  Folks who work with me understand

19 that.  And also, I just felt like that was going

20 to be the wrong strategy.

21        So the first real thing I took at -- to

22 answer your question, how did we start

23 approaching drawing maps, it was by utilizing the

24 State Fair Maps Act criteria and the

25 Redistricting Commission's criteria and the

1   Redistricting Commission's actual maps.

2           So one of my first rules of the process

3   was that we would follow the Commission process

4   and have a lot of respect for the Commission work

5   product.

6           We would also preserve communities of

7   interest.  And I have worked, like I said, in so

8   many parts of this state, and my staff, that all

9   kind of came back on a volunteer basis to work on

10  this, had all worked in so many places that we

11  knew where those communities of interest were.

12  We've been active in the state redistricting

13  process.

14          And following the Voting Rights Act was

15  very important.  Even though, as of today,

16  there's a Supreme Court hearing to potentially

17  dismantle it, we still were holding to it.

18          Now, when we really knew that this was

19  real, I sent a text to my little chat of all my

20  Redistricting Partners staff.  And I said, guys,

21  this might happen.  Who can get on -- we call it

22  the box.  Who can get on the box and start

23  drawing?  And this is what I want to draw.

24          And I started listing out this concept of

25  drawing a replacement Latino majority/minority

```
 1  district in the middle of Los Angeles.  That was
 2  the number one thing that I first started
 3  thinking about because it was something that I
 4  worked with HOPE on in the last redistricting
 5  process.
 6          I'm going to read for a second -- I hate
 7  doing this on a presentation, but I'm going to
 8  read from a HOPE letter from November 24th, 2021,
 9  where it said, HOPE is concerned about the
10  elimination of a majority/minority Latino
11  district within the area of Los Angeles gateway
12  cities.
13          The seat, which is called by the LA Times
14  the most Latino district in the country,
15  disappeared off the map despite the growing
16  Latino population throughout the state.
17          And that letter on page 2 illustrated what
18  HOPE wanted to see done in a coalition with a lot
19  of other partners in Los Angeles.  And it said,
20  number one, create a gateway cities district
21  centered around Downey, as described in the
22  analysis, allowing for the creation of five
23  Latino majority/minority districts in an area
24  where there are currently four.
25          Secondly, take the district that was
```

1  called LB North, which is now the Robert Garcia

2  district, take that district to the south through

3  Seal Beach into Huntington Beach, making a

4  Latino-influenced district at 35 percent Latino

5  by voting age population.

6        That two bullet points was the first thing

7  we did in drawing the new map.  We essentially

8  reversed the Redistricting Commission's decision

9  to eliminate a Latino district from LA, the old

10  Ed Roybal district, Lucille Roybal-Allard

11  district, the first Latino majority/minority

12  district in the country, the first Latino member

13  of Congress in the country.

14        We put that district back.  Eliminated

15  the -- basically moving the 41st over there and

16  eliminating the Ken Calvert district in

17  Riverside, and then moving the districts around

18  in order to fill in.

19        Now, did that just come up in our head

20  like, hey, it's 2025, let's draw this?  No.  We

21  went back to maps the Commission was considering.

22  We went back to proposals from HOPE, Equality

23  California, a number of groups that were trying

24  to advocate for these changes in the end of the

25  last redistricting process.

1          So what we did, which you could only do in
2   California, was we took the Commission map.  We
3   kept about 80 percent of it the same, but in
4   certain areas we made small, modest changes in
5   order to create a push back to what Texas was
6   doing, an opportunity for Democrats to pick up
7   five seats, and to counterbalance the five
8   Republican seats in Texas.
9          And in doing so, we were able to keep a
10  large number of communities of interest together.
11  We were able to reduce the numbers of cities that
12  were split.  We were able to protect the Voting
13  Rights Act.
14          The Voting Rights Act analysis that we got
15  back said -- and, again, I'll read -- while both
16  the Commission map and the draft map are
17  compliant with Section 2, the empirical evidence
18  shows that the public submission map, which is
19  the Prop. 50 map, improves the opportunity for
20  Latino voters to elect candidates of choice in
21  two more districts than the existing plan.
22          And then PPIC just put out an analysis
23  last week that said that our plan maintained the
24  status quo in terms of the Voting Rights Act and
25  added one more Latino-influenced district.

```
 1          So there's a good story to tell about what
 2   these maps have done, and that how we did it
 3   really was building off of the Commission work
 4   product, keeping the same values that the
 5   Commission and Californians have, doing modest
 6   changes, and, you know, doing the minimum we had
 7   to in order to achieve the political goal while
 8   protecting communities of interest.
 9          MS. TORRES:  Thank you, Paul.
10          It's always good to hear my words being
11   read back to me --
12          MR. MITCHELL:  Sorry.
13          MS. TORRES:  -- from the flood of ideas
14   that --
15          MR. MITCHELL:  I didn't warn you I was
16   doing that, so anybody knows that was not
17   planned.
18          MS. TORRES:  That's okay.
19          MR. MITCHELL:  She did not know I was
20   going to do that.
21          MS. TORRES:  But I think you made your
22   point that the crafting of these maps, Prop. 50
23   maps, it wasn't just, you know, you and a couple
24   bad scientists coming together.  It's really
25   truly individuals that are -- and building on the
```

1  current maps that are out there.

2         And, you know, there is no denying it.

3  You mentioned that two great sources, especially

4  PPIC, that, you know, is calling out that this

5  will potentially create a Latino -- an additional

6  Latino seat, or replace -- or bring back the

7  Latino seat that we lost in the past.

8         With that, and trying as much as we can to

9  keep it nonpartisan, from your perspective, what

10  should Latino voters pay the most attention to

11  when it comes to this -- to these Prop. 50 maps?

12         MR. MITCHELL:  Well, I think that when we

13  get into 2026 election cycle, and presuming these

14  maps pass, I think it's about organizing.  There

15  will be different districts in LA in particular.

16  So every district -- because there's this

17  replacement of the Roybal-Allard district in the

18  middle of the gateway cities portion of LA, that

19  essentially moved a bunch of districts going

20  through San Gabriel Valley, through the Inland

21  Empire, where those members of Congress had to

22  look at a map and say, wait, that's not my

23  district.  My district got changed significantly.

24         So you're going to have a lot of members

25  of Congress that are going to be running in new

1  areas.  And then in particularly the Robert

2  Garcia district that's going to now be Long

3  Beach, goes down into Huntington Beach, which has

4  been pretty antagonistic towards Democrats,

5  somewhat antagonistic towards minority groups,

6  and vehemently antagonistic against the LGBTQ

7  community.

8          And so you've got some places where he

9  needs to get support and get engaged folks to

10  support and do turnout there for Latinos to

11  protect a Latino member of Congress in a district

12  that is still a Latino-influenced district, but

13  is no longer a majority/minority district because

14  his district, most Latino portions go into the

15  replacement Roybal-Allard district.  So that's

16  one big thing.

17          The other big things are the big things we

18  always talk about, which is trying to get Latinos

19  to vote earlier so that they're not scrambling to

20  try to get them out to the polls on election day.

21          Looking right now just at the Prop. 21

22  [sic] vote, Latinos are 28 percent of the

23  registered voters, but only about 13 percent of

24  the votes that have come in so far.  So getting

25  Latinos to vote earlier.

1          Getting Latinos to, you know, make best

2    use of all the methods of voting, whether it's by

3    mail, drop box, or in person at a vote center,

4    and just really kind of focusing on that

5    engagement.

6          The Prop. 50 maps I think will be great

7    for the Latino community in two critical ways.

8    One is that they ensure that the Latino districts

9    that are the VRA seats are bolstered in order to

10   make them most effective, particularly in the

11   Central Valley.

12         And then, secondly, have to hazard a

13   guess, and I don't want to be too political or

14   partisan here, but I have to hazard a guess that

15   whoever gets elected in that gateway cities

16   district in Los Angeles, it's a majority/minority

17   district, is going to be a better representative

18   for the community than the representative being

19   elected from the Ken Calvert seat.

20         So I think there are opportunities

21   throughout the map where you might get somebody

22   better representing San Diego/Palm Springs area

23   in a new seat that is drawn under Prop. 50 than

24   you would under the existing Darrell Issa

25   district.

```
 1           So I think there are opportunities there
 2    in the substance of the maps and the outcomes of
 3    the maps, and I think there's a lot of
 4    opportunities in terms of kind of those VRA
 5    concerns as well.
 6           MS. TORRES:  So, Paul, you know, I know I
 7    only have a couple more minutes with you, but I
 8    wanted to come back to just clarify.
 9           You mentioned Prop. 21, but I think you
10    were mentioning -- did you mean to mention
11    Prop. 50 and what the voting count looks like
12    now?  Because you're tracking that, right, how
13    much voters --
14           MR. MITCHELL:  Oh, I'm sorry.  Yeah.  I
15    don't know.
16           MS. TORRES:  Yeah.
17           MR. MITCHELL:  Maybe I misspoke.  Yeah.
18    So the Prop. 50 tracker, we have it up now, so
19    we're processing ballots that are -- the counties
20    are processing the ballots that are coming in.
21    And right now Latinos are 28 percent of the votes
22    that have been cast for Prop. 50.  And, you know,
23    they're 28 percent of registered voters, and only
24    about 13 percent of the votes that have been cast
25    so far.
```

1           So, yeah, if I said 21, it might just be
2   because I was thinking about the --
3           MS. TORRES:  So just so I'm clear.
4           MR. MITCHELL:  Yeah.  Yeah.
5           MS. TORRES:  Latinos make up 28 percent of
6   the voting population in California, and about --
7   we're tracking at 13, 16 percent of ballots --
8           MR. MITCHELL:  Of the ballots that have
9   been returned.
10          MS. TORRES:  And is that usually what you
11  see?  Because Latinos seem to vote later; is that
12  correct?
13          MR. MITCHELL:  So Latinos have
14  traditionally voted later.  Also, when we talk
15  about Latinos on the voter file, we're talking
16  about younger voters.  Because your average
17  Latino on the voter file is a lot younger than
18  the average White voter, as an example.
19          So in addition to Latinos voting more on
20  election day, you also have younger people less
21  responsive to their mail.  They're not checking
22  their mail every day and mailing their ballot
23  back right away.
24          So those are things that can be worked on
25  in order to bring a fuller turnout from all these

1  communities, whether it's Latinos or young people

2  or renters, or different groups that kind of

3  socioeconomically are traditionally lower turnout

4  or later voters in the process.

5          MS. TORRES:  And I'll just -- you know, I

6  think you already answered the question what this

7  map means for long-term political -- Latino

8  political power in the state, especially leading

9  to 2032, but if you wanted to add anything else

10 to that.

11         And then, Paul, you know, there's always

12 this conversation of the lack of investment made

13 by everyone that has to do with either political

14 parties or, you know, when it comes to

15 propositions in the Latino vote.  Really, you

16 know, investing in getting the vote out.

17         Any thoughts around that, and as well as

18 any ending words around the Latino -- long-term

19 Latino power, political power?

20         MR. MITCHELL:  Well, yeah, this is

21 definitely something we've talked about a lot.

22 And a lot of what HOPE does has been instrumental

23 in helping turn the tide on that, you know.

24         I'm sitting and talking with members of

25 Congress that were part of a HOPE class that I

```
1  spoke to ten years ago.  It's literally happened.
2        I've met with people who are new elected
3  officials and they were people who saw me present
4  on voter data, you know, 15 years ago.
5        So a lot of what you're doing to create
6  that culture is incredibly important.
7        Also, pushing the political parties and
8  pushing consultants to recognize the importance
9  of the Latino vote.  And not just to only target
10 the most very, very, very likely voters.
11       You know, even at PDI we've created voter
12 universes that are targeted to get those likely
13 voters, but also bring in some of the less likely
14 voters among the Latino, Asian and Black
15 communities in order to make what we call equity
16 universes.  And those universes, we've encouraged
17 consultants to target those voters.
18       Because part of the challenge of these
19 campaigns is you have a campaign consultant who
20 says, well, I want to spend this, you know,
21 $50,000 as efficiently as possible.
22       But then you also have the bigger need in
23 the long term that if that consultant is only
24 mailing to the most likely voters, all they're
25 doing is reinforcing the most likely voters to
```

1    vote.

2          They need to also be mailing to the less

3    likely voters, and texting and phoning and doing

4    digital and pushing to the less likely voters to

5    get them to turn out as well.  Because if

6    somebody gets five mailers and somebody else gets

7    one mailer, the group that gets one mailer is

8    going to be lower turnout.

9          So we want to make sure that when we're

10   pushing candidates, to make sure they're talking

11   more inclusively to all voters.  When we're

12   talking to consultants, when we're, you know,

13   talking about how money is spent in campaigns,

14   that it's being done in a more equitable way to

15   ensure that we're not creating a permanent lower

16   voting class in our total electorate.

17         So that's one thing that we've had

18   conversations about, and I've had conversations

19   with a lot of consultants about.  Or, you know,

20   Mindy Romero, as an example, has done a lot of

21   work on trying to push this kind of argument

22   about turnout.  So I think there's a lot of work

23   that still needs to be done, obviously.

24         MS. TORRES:  Thank you, Paul.  And always

25   a pleasure to hear from you.  And may St. Paul

1    continue to be prosperous in his map making.

2    Thank you so much for your time.

3            MR. MITCHELL:  Thank you very much and

4    take care.

5            MS. TORRES:  Appreciate it.

6            MR. MITCHELL:  Good-bye.

7            MS. TORRES:  Now we're going to turn to

8    our third guest.  Gosh, I just feel we have

9    incredible speakers lined up for you, and I hope

10   it's bringing a full -- we'll be bringing a full

11   picture of all that's at stake with the upcoming

12   special election.

13           So, once again, thank you, Paul, for

14   breaking down the Prop. 50 map for us.

15           To provide some balance, we now turn to a

16   different perspective.  Joining us is Fabian

17   Valdez, Jr., who leads Redistricting Insights,

18   data-driven approach to redistricting as their

19   chief demographer, with expertise in predicting

20   models at GIF Mapping and Database Systems.

21           Fabian has led projects from supporting

22   mission-driven organizations and government

23   agencies to guiding nonprofits through

24   redistricting initiatives.  His insights here

25   will help us understand the critiques and

1  alternative views of Prop. 50.

2          Thank you so much for joining us.

3          MR. VALDEZ:  Thank you for having me.  And

4  I don't get to say I've been around for 20 years

5  like Paul has with you, but I'm glad to be my

6  first time with HOPE and getting to speak to you

7  and looking forward on the conversation today.

8          MS. TORRES:  Thank you so much.

9          Well, we always love making new friends,

10  and I think we've made a great new friend in you.

11  So thank you so much.

12          The first question I have for you is, some

13  argue that these maps either dilute or

14  concentrate regional voting power.  What's your

15  view on how these maps impact voter

16  representation?

17          MR. VALDEZ:  So that's a really good

18  question.  When we're talking about, first, how

19  they dilute or concentrate regional voting power,

20  I want to be clear in what my take on that is.

21          So regional voting power is a lot of

22  things.  It can be a county.  It can be a city.

23  It can be rural versus urban.  There can be a few

24  different ways you can look at regional voting

25  power.

1          In general, the way this has been going on
2     in the state of California is there has been a
3     number of places in the Central Valley, LA region
4     and then Orange county going down to San Diego
5     that Latinos have had a lot of voting power, so
6     to speak.  They have large CVAP populations,
7     citizen voting age population, in some of these
8     districts.  They also have large percentage of
9     the voting block in these districts.
10         And I would argue that in most of the
11    districts that we have in California, Latinos
12    have actually been electing their candidates of
13    choice and getting voter representation they
14    want.
15         This is actually seen really well in a
16    couple of districts recently.  CD 13, which is
17    the Josh Harder district, you can see the Latinos
18    there chose a candidate where they had a
19    Republican candidate.  They weren't happy with
20    it.  They moved on and chose a Democratic
21    candidate only recently.
22         CD 27, where you had Mike Garcia, who was
23    a Latino but was a Republican Latino, that the
24    Latinos in that area maybe didn't agree with,
25    they moved on and chose someone else for their

```
 1   candidate, George Whiteside.
 2          So they've actually been electing in a lot
 3   of these places -- in terms of their power, they
 4   have been electing who they would like, or
 5   getting who they would like.
 6          Now, how that affects with this -- these
 7   new maps concentrating regional -- or diluting
 8   regional voting power, we have a couple areas
 9   where it's maybe been somewhat of a problem.
10          For instance, in a lot of the parts in the
11   Central Valley we have, you know, very rural
12   agricultural Latino populations.  A lot of them
13   are farmwork, or at least dealing with the
14   farmwork communities.  And now they've drawn a
15   new map which takes urban Latinos in Stockton
16   amongst these rural Latinos and agricultural
17   Latinos.
18          Now, the Hispanic people in general,
19   everybody knows we're not monolithic.  We all
20   like speak Spanish and we all have, you know, a
21   general kind of understanding of that.  But you
22   have a lot of different countries in South and
23   Central America.  You have a lot of different
24   groups of people.  And treating them
25   monolithically sometimes isn't necessarily the
```

1   best way to allow for representation.

2        So when you have a place like Stockton and

3   urban Latinos being lumped in with all the rural

4   agricultural Hispanic people and Latinos in the

5   rest of the Central Valley, you're kind of not

6   only diluting the power of rural representation,

7   but you're also in a way packing.  That was

8   mentioned earlier in the presentation.

9        You're packing these Latinos into one

10  district just to say now we have a district,

11  CD 13, which has more Democrat voters and so it

12  will be safer for a Democrat candidate, rather

13  than allowing the Latinos in that district to

14  really elect the candidate they would like.

15       What it comes down to is -- and we've seen

16  this a lot, especially in the last couple of

17  elections.  Even though Latinos might have a

18  shared language and in some places a lot of

19  shared culture, there's not always a shared

20  ideology.  There's actually a lot of Hispanic

21  voters who are voting one way and a lot of

22  Hispanic voters who are voting another way.

23       And so there's this idea that, well, if we

24  put them all together, that's going to give them

25  better representation.  Well, in some cases, you

1  may not necessarily want as a Hispanic Democrat

2  voter to be in a district with a bunch of

3  Hispanic Republican voters, because you may not

4  have the ability to elect a Democratic candidate.

5  Or vice versa, if you're a Republican Hispanic

6  voter, you may not want to be in a Democratic

7  district.

8          Just because you're getting what the

9  Hispanic Democrats want doesn't mean that you're

10 getting what a Hispanic Republican wants, but you

11 might be.

12         In general -- sorry.  In general, my point

13 on it is, you know, treating us monolithically is

14 a bit reductive and it kind of ignores how

15 diverse and broad of a community the Latino and

16 Hispanic people, especially in California, can

17 be.

18         MS. TORRES:  And would you say that's your

19 concern about these maps is that it -- or one of

20 the main concerns, that it's looking at Latinos

21 as a monolithic voting block?

22         MR. VALDEZ:  Yeah.  It's definitely

23 something I have struggled with myself as a

24 Latino in California.  And I sit a lot more on

25 the fence in the middle, and maybe middle and to

1  the right sometimes than a lot of other Latinos I

2  know.

3         It's been a struggle for me to look at,

4  you know, balancing representation and saying,

5  well, are we getting what we deserve in terms of

6  where a majority -- not like we're -- we're

7  plurality in the state.  Are we getting the

8  number of representatives and the kind of

9  representation we need versus do we agree on what

10  that representation is?

11         I've had many conversations with Latinos

12  across the state in different areas who, you

13  know, have very different opinions on what's

14  going on in their communities and, you know, how

15  the current administration is affecting them, and

16  what they like and don't like.

17         And to say that, oh, everyone is the same

18  because you have -- you know, your last name has

19  an E-Z or an E-S ending, it's like, well, I mean,

20  maybe that's not exactly how they should treat

21  us.

22         I mean, for instance, in the Asian

23  community -- and anybody who works in politics

24  can speak to this.  In the Asian community, we

25  treat the Vietnamese very different from Chinese.

1  We treat Korean different from Japanese.  But we
2  don't really do that in the Hispanic community.
3           MS. TORRES:  Thank you for that.
4           Fabian, how do you think these maps impact
5  competitiveness, particularly in regions -- and I
6  think that you started answering this question --
7  particularly in regions where Latino voters make
8  up a decisive voting block?
9           MR. VALDEZ:  Yeah.  So to be clear, these
10  maps were drawn specifically to enable more
11  Democratic representation, Democratic elected
12  officials.  So, I mean, that's the understanding
13  of that.  In general, the goal is to kind of
14  reduce competitiveness as a goal, and that's --
15  plainly stated.  That's not obfuscated in any
16  way.  That is the goal of these maps.
17           But how does it affect the ones maybe
18  where Latinos have the higher voting block, or
19  have more people living in them?  So there's a
20  couple places I'd like to look at that you can
21  see a better example of this.
22           Specifically, you have districts like
23  district -- current district -- I'm talking about
24  the current districts.  Current District 9, which
25  is at San Joaquin area.

1          You have current District 13, which kind

2    of runs from the Central -- down the Central

3    Valley through Stanislaus and down into Madera.

4          You have District 22, which is the current

5    Valadao district, which kind of runs through that

6    Kingstown and Fresno county area.

7          And then you also have District 27, which

8    is a district in northern LA county that kind of

9    runs from the Lancaster/Palmdale area.

10          In all of those districts, Hispanic voting

11   block -- and when I say voting block, I mean

12   that's different than the CVAP.  The voting block

13   of Hispanics is pretty high, over 30, 40, in some

14   places 60 percent.  So we have large Hispanic

15   voting populations.

16          And these are all competitive districts.

17   And what I mean by competitive is I mean these

18   districts can swing Republican or Democrat, and

19   they have in the last few elections.

20          So we have Democrat candidates sometimes.

21   We have Republican candidates.  Either could win

22   in either of these district -- any of these

23   districts.  Latinos are able to choose who they

24   want as their representative in these districts.

25   And that all these districts being able to choose

```
 1   as a Hispanic or Latino voter, it gives you the
 2   representation that you're looking for.
 3          In all those districts I just mentioned,
 4   they have reduced the competitiveness.  So in
 5   every single one of those districts, they've
 6   added Democrats to the district in a way that
 7   then makes those districts less competitive.
 8          Now, why might that matter if you're still
 9   getting representation?  Well, again, this comes
10   down to, what is that representation?  When you
11   talk about who you want voting -- who you want on
12   your -- in your election, District 22 is a good
13   example, Valadao.
14          Valadao is a Republican who won in a
15   majority Hispanic voting district.  It's roughly
16   63 percent Hispanic voters.  And to say to those
17   Hispanic voters in '22, well, you elected a
18   Republican you like, but we don't believe who you
19   elected is who is best for you.
20          Instead, we're going to draw a district
21   where Valadao is, frankly, unelectable, and we're
22   going to make sure a different representation
23   comes in that is Democratic.  Well, that's a
24   little insulting to the Hispanic voters who voted
25   for Valadao in that region.
```

1            And, again, 63 percent Hispanic voting.  I

2  guarantee you 63 percent of all of the voters are

3  Hispanic.  I guarantee you all of them did not

4  vote against Valadao.  That means he had to win

5  Hispanic voters over.  That means the Hispanic

6  voters, Latinos voters who voted for him.

7            And now to say, oh, well, we're going to

8  remove that decision from you, this goes back to

9  the problem we had in 2008 where -- and before we

10 had this whole Prop. 10 and we had these, you

11 know, competitive -- sorry, Commission-driven

12 maps.  It goes back to the problem of politicians

13 drawing what they think are best for voters

14 rather than the voters saying what we think is

15 best for us.

16            MS. TORRES:  Since you brought up the

17 Valadao seat, which I find always a very

18 interesting seat in our California politics, once

19 again, a swing vote seat.

20            MR. VALDEZ:  Uh-huh.

21            MS. TORRES:  There was a time that he

22 wasn't voted in and then it went back to him,

23 right?

24            MR. VALDEZ:  Uh-huh.

25            MS. TORRES:  What I find curious about

1  that is you mentioned a majority voting Latino

2  district.  What was the voter turnout, though?

3  Because, unfortunately, I always hear -- not only

4  hear, but experience that the voter turnout for

5  Latinos aren't as high in some of these Central

6  Valley seats.

7          MR. VALDEZ:  Well, in general, that is

8  actually a statement that can be made across the

9  state.

10          MS. TORRES:  Across the board.

11          MR. VALDEZ:  Yeah.  Across the state,

12  Hispanic, Black and Asian voters tend to vote at

13  lower numbers than White voters.  That is

14  absolutely true.

15          You can say that -- I don't know what the

16  exact numbers are.  I'd have to look up '22 to

17  know exactly what the voter turnout of Hispanic

18  voters was in that district.

19          But in general, I would say it's probably

20  pretty safe to say that of those Latinos in the

21  state, they probably turn out a slightly lower

22  level.

23          Paul mentioned that currently it's 28

24  percent and then 13 percent have voted so far.

25  Yeah, Latinos tend to hold their votes to later.

1  But in general, they will show up at a little bit

2  of a lower rate in the election.

3         So when you ask the question what

4  percentage of those voters voted, I don't have

5  the answer right away.  However, what I can say

6  is, even if you were to say, well, a lower number

7  of Hispanic voters voted there, that's how

8  Valadao got in.

9         So you're saying, first of all, the choice

10 not to vote is a choice.  If a Latino decides

11 they don't want to vote because they don't want

12 to -- they don't like either candidate, that is a

13 choice in themselves.

14        You're also saying that the Latino that

15 did vote for Valadao -- and I guarantee you there

16 are a lot of them, because you cannot win that

17 district without getting Hispanic vote.  Even if

18 they're voting at lower levels, you cannot win

19 that district.  The Hispanic voters that did vote

20 for Valadao, their vote didn't matter as much as

21 the ones that didn't vote.

22        So it's more about, hey, what are we being

23 able to do, what are we -- what are we being able

24 to look at in terms of how Hispanics are

25 positioning themselves for representation?  Who

1   are they allowed to vote for versus what you're

2   choosing for them to vote for.

3          Actually, Paul just let me know 48 --

4          MS. TORRES:  I saw that.

5          MR. VALDEZ:  -- 48 percent.  So 48 percent

6   Hispanic voter turnout.

7          MS. TORRES:  I love being with you and

8   Paul.

9          MR. VALDEZ:  Yeah.

10         MS. TORRES:  I know we could always get

11  good data when we have you and Paul together.

12         MR. VALDEZ:  Yeah.

13         MS. TORRES:  That's fantastic.

14         I guess the bigger point, and this is the

15  point that I was trying to make with Paul, too,

16  is like this underspent, quite frankly, of

17  resources in getting the Latino vote, period.

18  You know, really investing in the Latino vote.

19         And, you know, you go from a district that

20  was a little over 60 percent of Latino voters to

21  only getting about 48 percent of that voter

22  turnout.

23         To me, the conversation always is, who is

24  truly investing in the Latino vote?  You know,

25  who is truly educating and making the efforts to

```
 1   garner our vote to ensure that our voices are
 2   being heard?  So I just always -- I always come
 3   back to that, right?
 4          MR. VALDEZ:  Yeah.  I would argue it's
 5   HOPE.  HOPE is part of the -- part of the --
 6          MS. TORRES:  We are.
 7          MR. VALDEZ:  -- part of the good people.
 8          MS. TORRES:  We're trying to make sure
 9   everyone's --
10          MR. VALDEZ:  Part of the process.
11          MS. TORRES:  And we all have to be
12   hopeful, right?
13          MR. VALDEZ:  Yeah.
14          MS. TORRES:  We only have a little bit
15   more time together, and I wanted to make sure I
16   asked you the same question I asked Paul to wrap
17   things up, and that was, how do you see these
18   maps influence the long-term political power of
19   Latinos in California?  And not just in this next
20   election cycle, but, you know, the decade leading
21   up to or close to, you know, five to six years,
22   leading up to 2030, 2032?
23          MR. VALDEZ:  Yeah.  That's a great
24   question, too.
25          I looked at this a little more
```

1  holistically in terms of what these maps mean.

2  Now, these new maps or the current maps, whatever

3  maps they're using, if they pass or it doesn't,

4  these maps will stay in place until 2032.  2032

5  is when we will see maps -- the new Commission

6  gets starting the process in 2030 for new maps in

7  2032.  So this will be for the next three

8  election cycles.

9          And then looking beyond that, what are

10 the -- what is the opportunities or what is the

11 potential problems for Latinos?

12          In general, there's going to be -- as Paul

13 said, there is a new Hispanic majority district

14 in LA.  But what does that mean?  Well, to draw

15 that district, you actually have to break up some

16 areas.

17          We talked a lot about the gateway cities.

18 And yes, the gateway cities are kind of made into

19 this new district.  But in doing that, they also

20 split cities, like Pico Rivera and Norwalk, which

21 are also gateway cities.  And splitting them

22 isn't necessarily helping the Latinos in those

23 communities.

24          For instance, the new 41 splits Norwalk in

25 favor of grabbing people in Brea.  Well, they

1  could have kept Norwalk together and left Brea in

2  a different district.

3          These are the kind of considerations when

4  you're drawing these maps in order to draw them

5  just for political purposes, you end up losing

6  some of the idea of, well, how can we help these

7  communities stay together?

8          And it's not just Pico Rivera and Norwalk.

9  Pomona gets split, another heavy Hispanic

10 community.  Santa Ana gets split up.  Norwalk.  I

11 talked about Nueva, which is a smaller community

12 in Inland Empire.

13         You have -- in the north you have Stockton

14 being split up.  You have Porterville.  You have

15 Madera.  These are all Latino majority cities

16 which are now cut up.  And again, they're cut up

17 to favor Democratic representation and Democrats,

18 which I understand the purpose.

19         But to do that, they have to split them

20 and say, well, some Latinos we need with

21 Republicans over here, and some Latinos we need

22 with Democrats over here in order to make sure we

23 have enough Democrats being elected.  And that

24 just isn't good for, you know, Latino communities

25 in general.

1            And what that means for longer term is

2    weaker -- potential weaker coalition power.  When

3    you are splitting these groups up and you're

4    putting places like Coalinga and Avenal into

5    San Jose, and you're saying, well, Latinos in

6    Coalinga and Avenal, you're now going to be

7    represented by someone in San Jose, that starts

8    to -- I mean, everyone knows politics starts at

9    the lowest level.

10            And so when these people are being shunted

11    up all the way to another area, maybe that's

12    harder to organize the Latino community all the

13    way from Coalinga and all the way to San Jose.

14    It's harder to build local incumbency.

15            It's harder to secure that responsive

16    representation and say, hey, you know, we have

17    this bench, you know, the bench candidates of

18    people who ran for city council and ran for

19    district elections, and now they're moving up

20    through to Congress.

21            Well, they're never going to have that

22    opportunity because the lines have been drawn in

23    such a way that to kind of break some of that

24    coalition up and split it into different places.

25            And what that means long term is

1  potentially diminished policy wins, you know,

2  when you're unable to get what you need in your

3  local community, you're unable to move it up to

4  the next level.  Then potentially it's going to

5  work out not in your favor in the long term.

6        I think also, in general, how this affects

7  long-term political power for Latinos is my whole

8  problem with the monolithic -- how we're treating

9  monolithically.  When you treat Latinos

10 monolithically, they will -- look, you have power

11 now.  Well, we can still disagree with each

12 other.

13       And, you know, saying that to a rural

14 Hispanic farmer that you are now in a district

15 with a bunch of urban Latinos and Hispanic people

16 who are going to decide your district for you,

17 how does that increase your political power as a

18 rural Hispanic farmer?  If anything, it reduces

19 or completely eliminates it, because you don't

20 get that choice anymore.  It's only what the

21 other people decide for you.

22       MS. TORRES:  Fabian, thank you so much for

23 joining us.  And I feel like we've made a new

24 friend, so --

25       MR. VALDEZ:  I'm happy to talk any time.

```
1            MS. TORRES:  -- welcome to the family.
2            MR. VALDEZ:  Thank you very much.
3            MS. TORRES:  We really appreciate your
4  insights.
5            MR. VALDEZ:  And all of you, thank you for
6  having me.  And I would love to come back any
7  time and have another conversation.
8            MS. TORRES:  Wonderful.  We'll make sure
9  that happens.
10           Now we're going to transition over to
11 Maria Morales again, our HOPE policy director, as
12 she brings in our final great speaker.
13           And thank you everyone for listening and
14 continuing the conversation.
15           MS. MORALES:  Thank you, Helen, for
16 moderating those segments.
17           And thank you so much, Paul and Fabian,
18 for the really in-depth breakdown of the map.  I
19 feel like I learned a lot, so thank you.
20           It's a pleasure to introduce our final
21 speaker, which is Christian Arana from the Latino
22 Community Foundation.  I think Christian will be
23 able to ground this conversation in community
24 voice.
25           He is the vice president of Civic Power
```

1  and Policy at the Latino Community Foundation,

2  where he leads the Foundation's efforts to

3  advance policy solutions that will improve the

4  lives and political power of California's

5  Latinos.

6          Christian will share polling data insights

7  on how Latino voters are engaging with Prop. 50.

8          So thank you for all you do, Christian,

9  and thank you so much for joining us today.

10          MR. LARA:  Yeah.  Well, thank you so much,

11  Maria and Helen, and honestly, the entire HOPE

12  team.  I was telling them that in preparation for

13  this, that it's real kudos to HOPE and the

14  organization for putting this on.

15          As I'll explain in a bit, you know,

16  there's a lot of work to be done to ensure that

17  our community is prepared and well-educated about

18  what exactly is going on.

19          So as Maria mentioned, the Latino

20  Community Foundation -- and then, actually, just

21  for more context, we are the nation's largest

22  Latino serving Foundation.  You know,

23  historically we've been a California-focused

24  foundation, but under the leadership of our new

25  CEO, Julian Castro, it started to expand

1  nationally, right, just to see how we replicate

2  along the work that we have done here in

3  California and take it to other parts of the

4  country.

5       Critical to this work that we have done

6  over the last couple years is to commission

7  public opinion polling of the community.  I think

8  too often in American politics conversations

9  around our voters, right, in our community are

10 based on very scant evidence or data or polling.

11      And so we want to make sure that we're

12 always portraying an accurate narrative about

13 what our community is thinking, what are the key

14 issues that we're thinking about, and so on and

15 so forth, right?

16      MS. MORALES:  Yes.

17      MR. LARA:  So as Paul and Fabian and Sonja

18 were talking about, you know, I think towards the

19 middle of the summer, we knew we were barreling

20 towards a special election on redistricting, and

21 so we wanted to take it upon ourselves to

22 commission to both, right?  To ensure that we're

23 capturing Latino attitudes and sentiments around

24 this issue.

25      And so just to share a couple of key

1    highlights about what we found in our polls, so

2    just for additional context.

3           There's 1200 registered Latino voters

4    across the state of California.  And I think one

5    of the biggest findings that we found were that

6    Latinos generally are in support of this idea of

7    temporarily redrawing these congressional

8    districts, right?

9           We asked the question specifically

10    about -- as it was moving through the Legislature

11    and the Governor was going to sign it, that 54

12    percent were generally supportive of this idea.

13           As to the proposition itself, you know,

14    whether or not Latinos would want to actually

15    have our state temporarily redraw the districts,

16    46 percent were in support, 20 percent were just

17    a flat out no, and 29 percent of Latinos are

18    undecided.

19           And when you look at other public opinion

20    polling that has been done on this issue so far,

21    it's kind of been around that area, where Latinos

22    are the voting blocks that tend to be the most

23    undecided on this, right?

24           I guess I'll just share some other key

25    data points before we go into some of your other

1  questions, Maria.

2         MS. MORALES:  Yes.

3         MR. LARA:  And I know we -- some of the

4  other presenters talked about this as well.

5         You know, when I think about this 29

6  percent number, 29 percent undecided, I was like,

7  well, like, you know, it seems like all this is

8  on TV.  It's constantly in the news, you know.

9  But we can't take for granted that your everyday

10 Latino out there is paying attention to this

11 stuff.

12        And so one of the questions we asked in

13 this poll is asking our community whether or not

14 they've actually been contacted so far.  And what

15 we found was something remarkable.

16        MS. TORRES:  Interesting.

17        MR. LARA:  Yeah.  Fifty-four percent of

18 Latinos said they have not been contacted at all.

19 At all.  Not a single piece of mailer.  Not a

20 phone call.  Not a text message.  Not someone

21 knocking on your door.

22        And so, you know, I always like to say

23 over the years is that, how can you ask anybody

24 in their right mind to vote for someone or

25 something that they have never met?

1          And so, you know -- and I know some of the
2   questions beforehand have spoken to this, about
3   how our community is observing of that kind of --
4   that respect in treatment and attention and
5   outreach, right?
6          One other thing I'll share, too, is that,
7   you know, as we dug in deeper around like, you
8   know, attitudes around this issue, you know, if
9   we were -- if the state were to temporarily
10  redraw these maps, right, because that's the
11  question before us on November 4th, you know,
12  85 percent of Latinos said that it's super
13  important that these maps actually create fair
14  opportunities for us to actually --
15         MS. TORRES:  Uh-huh.
16         MR. LARA:  -- (inaudible) in Congress,
17  right?  You know, if this does pass, like it's
18  likely that Democrats will have a much better
19  chance of picking up five additional seats,
20  right?
21         But who runs in those seats, if these maps
22  do pass in 2026, is also going to matter.  And
23  our community is flat out saying to us that like,
24  hey, if this is going to happen, we want to
25  ensure that our community has those opportunities

1    to ensure that we have the representation that we

2    want.

3          So -- and Maria, I know we're pressed for

4    time, so you let me know when to be quiet.

5    But --

6          MS. TORRES:  No, no, no.  Well, I mean, I

7    appreciate you -- the first question was on your

8    poll findings, so you already met that, and I

9    appreciate that.

10          I guess I was wondering if you can respond

11    to this like larger theme that we saw in this

12    conversation around Latinos as a monolith, or if

13    there's like assumptions being made about Latinos

14    as it relates to the special election?

15    Especially that finding that you said, 54 percent

16    of folks haven't even been contacted, right?

17          Like what are gaps in -- or opportunities

18    that you're seeing that like both sides of this

19    pro and con topic you should be considering if

20    they want to accrue that Latino vote?

21          MR. LARA:  Yeah.  So, I mean, it's

22    interesting because -- I mean, I think Sonja

23    mentioned this.  I mean, we do this every decade,

24    this process of redistricting.  And so literally

25    this just feels like it just came out of nowhere,

1  right?

2          Obviously, California leaders have decided

3  to put this on the ballot to respond to what

4  Texas and other states are doing around this

5  issue.

6          But in the poll, you know, we also asked

7  another question about, you know, how much have

8  Latinos heard about all of this?  And, you know,

9  44 percent like actually heard very little about

10  what's happening in Texas and why California is

11  (inaudible).

12          MS. MORALES:  Uh-huh.

13          MR. LARA:  Another remarkable data point

14  that you'll find in this poll is that 57 percent

15  of Hispanic and Latino voters across the state of

16  California have no idea, literally no idea on how

17  this is going to affect their community.

18          Just to give you a really good example, my

19  mom, right, my mom called me when all this

20  happened.  And so, you know, there are now like

21  tools where you can see like whether or not if

22  your neighborhood is actually going to be moved

23  into a new district should the map pass.

24          MS. MORALES:  Uh-hmm.

25          MR. LARA:  You know, my mom is currently

1  represented by Latinos.  But under the new map

2  proposed, like she would not, right?

3         And so, you know, those are just some of

4  the things that -- you know, pieces of

5  information that people should have, right?  And

6  whether or not that matters to you, you know,

7  people should make their own votes on that.

8         But, you know, I think this is a critical

9  time to ensure that people are getting that

10  information.  Like are you going to be in a new

11  district?  Is your district going to stay the

12  same?  How would it affect your representation?

13         I know in prep calls that you've had

14  before -- you know, I think this is also another

15  critical opportunity to provide like just very

16  basic voter education.  Like what does a member

17  of Congress do, right?

18         MS. MORALES:  Yeah.

19         MR. LARA:  They can reopen the government.

20  They can, you know, fight on issues like

21  immigration and in healthcare.  It's also

22  constituent services.

23         You know, I had -- I know I made a joke

24  with you and Helen beforehand.  How many of my

25  friends that I know that had to get a last-minute

1  passport appointment to go on vacation?  You
2  know, your member of Congress actually is there
3  to help you get that appointment, or make sure
4  you get your passport on time.  And it matters
5  the type of constituent services that you get,
6  right?
7          MS. MORALES:  Yes.
8          MR. LARA:  And so to answer your question,
9  you know, this is a really critical time for
10  voter education, right?  Because this doesn't
11  really happen, right?  You know, there's
12  presidential elections.  There's midterm
13  elections.
14          You know, the last time we had kind of
15  like a snap election was Governor Newsom's 2021
16  recall election.  And even then, it was the same
17  barriers.  It's like, what is this?  What's going
18  on?  Why does it matter to me?  Why should I turn
19  out to vote?
20          You know, and for us at our Foundation,
21  you know, whether you're voting for your local
22  school board race or something like this that has
23  national implications, like your voice is super
24  critical on whatever it is that you're voting on.
25          MS. MORALES:  Yeah.  And I wonder --

1  because in your research and in that poll, do you

2  have any findings that show like what is actually

3  resonating with Latinos?

4       I know that there's been this really big

5  push for digital media in the special election,

6  which I think has been almost like a preview of

7  what's going to come for the midterms, for the

8  2028 election.

9       So -- and, you know, we also heard from

10 some of our other speakers that Latinos tend to,

11 you know, vote in person or vote a little bit

12 later.

13      Is there anything that you saw in your

14 poll that you think is interesting as far as like

15 what strategies would actually resonate with the

16 communities?

17      MR. LARA:  Yes.  Actually, just taking a

18 step back from that, we did ask a question in the

19 poll around whether or not Latinos are concerned

20 about the President sending in federal officials

21 to monitor polling places and vote setups for

22 this election.

23      I will be the first to tell you that the

24 results concern me a lot.  Sixty-six percent of

25 registered Latino voters are concerned that these

```
 1  people are going to be just lingering around
 2  polling places.  These are American citizens --
 3          MS. MORALES:  Yeah.
 4          MR. LARA:  -- right?  And so --
 5          MS. MORALES:  Uh-huh.
 6          MR. LARA:  -- I know recently the Attorney
 7  General of California and the California
 8  Secretary of State held a press conference, you
 9  know, reminding people of what their -- what
10  their voting rights are.
11          And I think that work is going to be more
12  important than ever.  So, you know, if you're
13  that person in your family, encouraging your
14  folks to vote.  You know, also make sure to know
15  like what their -- what their rights are, right?
16  Because whether you want to vote by mail or vote
17  in person, like, you know, that is your choice
18  and it's your right to do all that.
19          As to your other part of your question, I
20  think in this environment that we're in, you
21  know, especially for us that deals here in
22  California, like issues like immigration, issues
23  like the economy, when you look at what either
24  side of the campaigns are doing right now,
25  they're speaking to a lot of this, you know.
```

```
 1              MS. MORALES:  Uh-huh.
 2              MR. LARA:  So on the yes side, I know I've
 3    seen ads run immigration.  On the no side,
 4    they've been talking about affordability and, you
 5    know, whether or not -- which party can better
 6    handle these issues.
 7              But I think, just to return to the
 8    original point, you know, ads and mailers, you
 9    know, they're very cost-effective ways to reach
10    our community.
11              But I have always been a big advocate that
12    nothing will ever substitute the importance of
13    face-to-face interaction.  Just straight up, you
14    know.
15              MS. MORALES:  Yeah.
16              MR. LARA:  I understand in American
17    politics like you got to reach as many people as
18    possible to win the campaign, right?  I'm more
19    interested in this in terms of democracy.
20              I think too often we see in the data, the
21    voter turnout data, that Latinos consistently are
22    the ones that are -- have the biggest gap in
23    terms of voter registration and voter turnout.
24              And really, what is it going to take to
25    ensure that, you know, whether you're a candidate
```

1  or a campaign, or whoever -- whatever your

2  position is on American politics, like what would

3  it take for you to realize that there are nearly

4  nine million eligible Latino voters in the state

5  of California?

6          There are more voters here -- Latino

7  voters in our state than there are people in the

8  state of Arizona.  We are such a powerful voting

9  block.

10         And if these polling numbers that I see so

11 far that, you know, the yes side probably has

12 like what, 55 percent support or so?  Obviously

13 we won't know what the result is until election

14 night.  But, you know, it's kind of hovering

15 around the margin of error, right?

16         This is a turnout game, and so -- and

17 knowing that there are nine million -- almost

18 nine million eligible Latino voters, like we can

19 be the decision-makers on this.  Not just for

20 ourselves here in California, but for the entire

21 nation.

22         MS. MORALES:  Yeah.  And I think that's a

23 really powerful statement to make, just

24 exercising the power of our vote.

25         And I want to be mindful of time, but I do

1  want to ask you one last question, and also an

2  opportunity to make any final statements.

3          But this larger question about Latino

4  political power long term, right, with what

5  happens with Prop. 50 and after, what do you

6  think that looks like for our communities?

7  What's at stake?

8          MR. LARA:  Yeah.  No.  I've said as it

9  relates to this conversation that we have to

10 treat this election as a down payment for next

11 year's midterm election.

12         You know, when people dig into the maps

13 that were drawn by Paul and his team, you realize

14 a lot of these districts have become a little bit

15 more competitive because of Latino voters.

16         So I know like the Santa Rosa area was

17 drawn into a new district.  South Sacramento.

18 You know, these are communities that are built

19 with our Latino community members.

20         And so, you know, I often like to joke

21 that, you know, these people might be the most

22 important people in our country right now and

23 they don't even know about it.

24         MS. MORALES:  Uh-huh.

25         MR. LARA:  And so, you know, what are we

1  going to do to engage these folks and these

2  communities to understand that, you know, their

3  voice and their votes have always mattered, but

4  especially even more so now just given what

5  the --

6          MS. MORALES:  Yes.

7          MR. LARA:  -- (inaudible) for 2026.

8          And then moving ahead, you know, even long

9  beyond this very contentious political moment

10 that we're living in right now, there's always

11 going to be another election.  Always, you know,

12 more debates around healthcare, immigration.

13         You know, this is my return to the point

14 like, you know, whether you're a school board

15 member or a member of Congress, like these people

16 have such important responsibilities and

17 decisions that they make over every single day.

18 And so it's all of our responsibility to

19 understand what they are, right?

20         You know, that's why I work in this role

21 now in philanthropy.  Like, you know, we're

22 helping to move money to organizations that do

23 this work.  You know, we've been long-time

24 supporters of HOPE.

25         You know, because our -- you can't expect

1  to merely -- just to independently want to, you

2  know, Google or find this information.

3  Obviously, we want them to do that.  But, you

4  know, it's all of our civic responsibility to

5  help them connect the dots, right?  Because I

6  think once people understand their power --

7           MS. MORALES:  Uh-huh.

8           MR. LARA:  -- they're sure as hell going

9  to wield it.  And I'm hopeful that we're going to

10  see that in this election and in elections to

11  come.

12           MS. MORALES:  Yeah.  Thank you so much,

13  Christian, for lending us your expertise, and for

14  staying on.  I know it's not always great being

15  the last speaker, but I feel like we ended on a

16  really powerful note.  So I'm just really

17  grateful for you and your time.

18           MR. LARA:  Thank you.

19           MS. MORALES:  I also know there's a lot of

20  questions in the Q&A box, so I want to make sure

21  that you have time to answer some of those.  And

22  also, so that we can include the link in the chat

23  to the polls.  But thank you so much.

24           With that, I'm going to hand it over to

25  Helen so that she can close us out.

1          MS. TORRES:   Thank you so much, Maria.

2          We really appreciate you, Christian, and

3    everything the Latino Community -- oh, just

4    realized my camera is not coming on.   There we

5    go.

6          I was just saying a big thank you to all

7    our speakers and to all of you who stuck through

8    this Zoom.   It was an hour and 15 minutes, I

9    think, of incredible information.   Obviously, we

10   can't cover everything.

11         There were some good questions on the Q&A

12   box, so I hope some of our speakers can go on

13   there and answer those so that we can have an

14   informed electorate, which is really important.

15         So as I close, I not only want to extend a

16   heartfelt thank you to all our speakers, but also

17   to all of you.

18         And please get out to vote this

19   November 4th.   Or like I already have, already

20   voted.   There is no reason to wait.   You should

21   have already received your ballot.

22         If you haven't, please contact your local

23   county's voter registrar to ensure that you do

24   get your ballot, or make sure that you can vote

25   on November 4th by knowing where your polling

```
 1  place is.

 2        The perspectives shared today are a

 3  starting point, not the end of this important

 4  conversation.  Redistricting is complex.  It

 5  impacts every level of our government, from

 6  school boards to Congress.

 7        We encourage you to keep learning, explore

 8  multiple sources of information.  HOPE will be

 9  putting together a HOPE voting resource guide

10  that will list a variety of ways in which you

11  should be looking out for your ballot.  Making

12  sure you know the deadlines.  And, of course, to

13  get out to vote before November 4th or right on

14  November 4th.  Which includes, you know, as I

15  mentioned, additional materials and links to the

16  California Attorney General's Office for voter

17  education.

18        I also wanted to reiterate that HOPE is a

19  nonpartisan organization.  Our goal is to tell

20  you -- not to tell you how to vote, but -- I only

21  leave that for my husband and my twin boys.  I

22  tell them how to vote.  Otherwise, we don't tell

23  you how to vote.

24        We just want you to keep informed, and

25  well-informed at that.  And that you get out
```

1   there and use the information, the tools to

2   mobilize our community.  Their voices are

3   critical during this time.

4          And before we go, a quick critical

5   reminder about voting this year.  By now you

6   should have received, as I mentioned, the ballot

7   in the mail.  It's essential for Californians to

8   vote as early as possible.

9          Due to the recent changes in the U.S.

10  Postal Service operations, mail delivery times

11  may vary.  So if you're voting by mail, make sure

12  you vote early and that your vote will get

13  counted.  And that you place it in a U.S. voting

14  mailbox or a post office on election day.

15         It may not be counted if it's not

16  postmarked by November 4th.  So, please, if

17  you're voting by mail, vote early so your vote

18  will count.

19         If you're going to a polling place, make

20  sure you're well-informed about where your

21  polling location is.

22         So, once again, a big thank you to all our

23  speakers, and thank you for joining us on this

24  Zoom.  Have a great day, and don't forget to

25  vote.                    (Recording ended.)

1

2                    CERTIFICATE OF REPORTER

3

4          I, MARY ANN SCANLAN, hereby certify that

5    I transcribed the Hispanas Organized for

6    Political Equality (HOPE) Zoom presentation

7    held on October 17, 2025, as completely and

8    correctly to the best of my ability.

9          I further state that pages 1 through 75,

10   inclusive, constitute an accurate and complete

11   transcription of the video recording for the

12   proceedings specified.

13

14   Dated:  October 29, 2025

15

16

17   _____

18                    Mary Ann Scanlan, CSR

19

20

21

22

23

24

**$**

**$50,000**
34:21

**1**

**1**
75:9

**10**
46:10

**1200**
58:3

**13**
29:23 31:24 32:7 38:16
40:11 44:1 47:24

**15**
8:13 34:4 72:8

**16**
32:7

**17**
75:7

**18**
16:14

**1960s**
14:19

**1964**
7:19

**1970**
10:20

**1970s**
10:19

**1980**
10:20

**1990**
10:20

**1:15**
3:13

**2**

**2**
8:4 24:17 26:17

**20**
19:17 37:4 58:16

**2000**
9:10

**2008**
46:9

**2010**
9:9

**2013**
11:6 14:3

**2014**
11:20

**2020**
5:21 9:10 10:22 12:15

**2021**
24:8 64:15

**2024**
13:9

**2025**
9:9,11 12:2 17:21 25:20
75:7,14

**2026**
10:6 12:7 13:15 28:13
60:22 70:7

**2028**
65:8

**2030**
9:10 10:6,13 50:22 51:6

**2032**
33:9 50:22 51:4,7

**2050**
4:15

**21**
29:21 31:9 32:1

**22**
44:4 45:12,17 47:16

**24th**
24:8

**27**
38:22 44:7

**28**
29:22 31:21,23 32:5
47:23

**29**
58:17 59:5,6 75:14

**3**

**30**
44:13

**35**
25:4

**4**

**40**
44:13

**41**
51:24

**41st**
25:15

**44**
62:9

**46**
58:16

**48**
49:3,5,21

**4th**
3:1 60:11 72:19,25
73:13,14 74:16

**5**

**5**
11:7

**50**
3:3,7 10:5 20:4,5,11
26:19 27:22 28:11 30:6,
23 31:11,18,22 36:14
37:1 56:7 69:5

**54**
58:11 61:15

**55**
68:12

**57**
62:14

**6**

**60**
44:14 49:20

**63**

45:16 46:1,2

**7**

**75**
75:9

**8**

**80**
26:3

**85**
60:12

**9**

**9**
43:24

**A**

**abide**
10:1

**ability**
6:9 7:8 12:12 13:25
14:7,8 41:4 75:8

**absolutely**
5:12 47:14

**access**
2:19 4:17

**accrue**
61:20

**accurate**
57:12 75:10

**achieve**
27:7

**achieving**
2:14

**Act**
8:5 11:8 17:15 22:24
23:14 26:13,14,24

**action**
11:13

**active**
23:12

**actual**
8:21 9:3 18:20 23:1



**add**
33:9

**added**
26:25 45:6

**addition**
6:11 32:19

**additional**
28:5 58:2 60:19 73:15

**addressing**
4:24

**administration**
42:15

**adopt**
3:5

**ads**
67:3,8

**advance**
2:7 56:3

**advancing**
4:13

**advised**
21:11

**adviser**
4:12

**advocate**
25:24 67:11

**affect**
2:11 43:17 62:17 63:12

**affecting**
42:15

**affects**
39:6 54:6

**afford**
15:10

**affordability**
67:4

**African**
6:18 7:5 8:9

**age**
25:5 38:7

**agencies**
36:23

**agree**
19:8 38:24 42:9

**agricultural**
39:12,16 40:4

**ahead**
70:8

**akin**
12:22

**allocate**
6:3

**allowed**
49:1

**allowing**
24:22 40:13

**alluded**
8:24

**alternative**
37:1

**America**
39:23

**American**
6:19 7:5 14:11 16:23
17:16 57:8 66:2 67:16
68:2

**Americans**
6:9,19 8:10 15:23

**Ana**
52:10

**analysis**
24:22 26:14,22

**Angeles**
21:7 24:1,11,19 30:16

**Ann**
75:4,18

**answering**
43:6

**antagonistic**
29:4,5,6

**anymore**
54:20

**appointment**
64:1,3

**apportionment**
11:21

**apportions**
5:24

**approach**
36:18

**approached**
20:12 21:18

**approaching**
22:23

**approve**
11:9

**Arana**
55:21

**area**
24:11,23 30:22 38:24
43:25 44:6,9 53:11
58:21 69:16

**areas**
26:4 29:1 39:8 42:12
51:16

**argue**
37:13 38:10 50:4

**argument**
35:21

**Arizona**
18:4 68:8

**Asian**
6:19 14:11 15:22 16:22
34:14 42:22,24 47:12

**assumptions**
61:13

**attendees**
18:24

**attention**
28:10 59:10 60:4

**attitudes**
57:23 60:8

**attorney**
4:11 66:6 73:16

**attorneys**
3:17

**audience**
14:21

**authority**
21:23

**authorize**
3:4

**Avenal**

**53:4,6**

**average**
32:16,18

**Avila**
17:15

**B**

**back**
12:16 14:3 19:7 22:4
23:9 25:14,21,22 26:5,
15 27:11 28:6 31:8
32:23 46:8,12,22 50:3
55:6 65:18

**bad**
27:24

**balance**
36:15

**balancing**
42:4

**ballot**
3:2,9 6:11 10:5,12 14:1
32:22 62:3 72:21,24
73:11 74:6

**ballots**
31:19,20 32:7,8

**barreling**
57:19

**barriers**
64:17

**based**
5:25 11:22 12:2,5 57:10

**basic**
63:16

**basically**
25:15

**basing**
9:13

**basis**
23:9

**Beach**
25:3 29:3

**behalf**
14:17

**bench**
53:17



Index: benefit..Christian

**benefit**
2:9

**benefits**
14:8

**big**
29:16,17 65:4 67:11
72:6 74:22

**bigger**
34:22 49:14

**biggest**
58:5 67:22

**bit**
41:14 48:1 50:14 56:15
65:11 69:14

**Black**
11:1 16:23 34:14 47:12

**block**
38:9 41:21 43:8,18
44:11,12 68:9

**blocks**
58:22

**board**
7:17 47:10 64:22 70:14

**boards**
73:6

**bolstered**
30:9

**boundaries**
5:14,15,16 6:5

**box**
3:20 18:25 19:12 23:22
30:3 71:20 72:12

**boys**
73:21

**Brea**
51:25 52:1

**break**
51:15 53:23

**breakdown**
55:18

**breaking**
8:17 18:13,20 36:14

**bring**
28:6 32:25 34:13

**bringing**

36:10

**brings**
20:3 55:12

**broad**
41:15

**broader**
2:17

**brought**
46:16

**Brown**
7:17

**build**
53:14

**building**
27:3,25

**built**
69:18

**bullet**
25:6

**bunch**
28:19 41:2 54:15

—————————

**C**

—————————

**California**
3:11 4:23 9:2,11,17,18
11:16,19 12:19,21
14:13 17:14 18:3 19:24
25:23 26:2 32:6 38:2,11
41:16,24 46:18 50:19
57:3 58:4 62:2,10,16
66:7,22 68:5,20 73:16

**California's**
19:21 56:4

**California-focused**
56:23

**Californians**
2:18 3:3 17:22 27:5
74:7

**call**
18:8 22:10,11 23:21
34:15 59:20

**called**
24:13 25:1 62:19

**calling**
22:17 28:4

**calls**
63:13

**Calvert**
25:16 30:19

**camera**
72:4

**campaign**
34:19 67:18 68:1

**campaigns**
34:19 35:13 66:24

**candidate**
6:10 7:1,11 8:6 12:14
14:2,9 15:2,3,6 17:22
38:18,19,21 39:1 40:12,
14 41:4 48:12 67:25

**candidates**
26:20 35:10 38:12
44:20,21 53:17

**captured**
5:19

**capturing**
57:23

**care**
15:14 16:5 36:4

**case**
7:16,20,21

**cases**
8:12 40:25

**cast**
6:11 14:1 31:22,24

**Castro**
56:25

**CBLA**
17:18

**CD**
38:16,22 40:11

**cease**
10:12

**census**
5:20,25 9:8,13 10:14,20

**center**
30:3

**centered**
24:21

**Central**

30:11 38:3 39:11,23
40:5 44:2 47:5

**CEO**
2:5 56:25

**CERTIFICATE**
75:2

**certify**
75:4

**challenge**
34:18

**challenged**
10:19,21 12:16

**challenges**
11:1 13:13,17,19,22
14:20 16:16 17:7

**champions**
4:16

**chance**
60:19

**change**
11:9

**changed**
21:24 28:23

**changing**
12:17,22

**chat**
3:21 23:19 71:22

**checking**
32:21

**chief**
7:18 36:19

**Chinese**
42:25

**choice**
6:10 7:1,11 8:7 12:14
14:2,9 15:2,6 17:22
26:20 38:13 48:9,10,13
54:20 66:17

**choose**
10:11 44:23,25

**choosing**
49:2

**chose**
38:18,20,25

**Christian**



55:21,22 56:6,8 71:13
72:2

**circle**
6:22

**circumstances**
17:21

**cities**
24:12,20 26:11 28:18
30:15 51:17,18,20,21
52:15

**citizen**
38:7

**citizens**
66:2

**city**
21:7 37:22 53:18

**civic**
2:17 3:17 55:25 71:4

**civil**
3:17 4:11 11:1,2,14
14:17

**clarification**
19:14

**clarify**
31:8

**class**
17:23 33:25 35:16

**classes**
8:6 12:13

**classroom**
15:13

**clear**
3:6 14:19 32:3 37:20
43:9

**close**
50:21 71:25 72:15

**closely**
20:1

**Coalinga**
53:4,6,13

**coalition**
14:10 24:18 53:2,24

**coalitions**
16:9

**cofounded**

4:20

**cofounder**
4:15

**cohesive**
6:18

**combat**
8:10

**commission**
9:20 10:25 12:20 20:2
21:12,14,21 22:5 23:3,4
25:21 26:2,16 27:3,5
51:5 57:6,22

**Commission's**
10:7 21:22 22:25 23:1
25:8

**commission-based**
21:15

**Commission-driven**
46:11

**commissions**
21:7,11

**commitment**
22:4

**communities**
2:9,15 3:8 5:22 13:6
15:10 16:6 23:6,11
26:10 27:8 33:1 34:15
39:14 42:14 51:23 52:7,
24 65:16 69:6,18 70:2

**community**
6:18 9:23 18:1 29:7
30:7,18 41:15 42:23,24
43:2 52:10,11 53:12
54:3 55:22,23 56:1,17,
20 57:7,9,13 59:13
60:3,23,25 62:17 67:10
69:19 72:3 74:2

**compare**
9:3

**competitive**
44:16,17 45:7 46:11
69:15

**competitiveness**
43:5,14 45:4

**complete**
75:10

**completely**

54:19 75:7

**complex**
73:4

**compliant**
26:17

**comprehensive**
4:22

**con**
61:19

**concentrate**
37:14,19

**concentrating**
39:7

**concept**
23:24

**concern**
41:19 65:24

**concerned**
24:9 65:19,25

**concerns**
31:5 41:20

**conference**
66:8

**Congress**
5:23 11:22 17:11 25:13
28:21,25 29:11 33:25
53:20 60:16 63:17 64:2
70:15 73:6

**congressional**
3:5 5:16,24 6:6 9:22
11:24 58:7

**congruence**
14:11

**connect**
71:5

**considerations**
52:3

**consistently**
67:21

**consolidating**
7:3

**constantly**
59:8

**constituent**
63:22 64:5

**constitute**
75:10

**consultant**
34:19,23

**consultants**
34:8,17 35:12,19

**contact**
72:22

**contacted**
59:14,18 61:16

**contentious**
2:22 70:9

**context**
7:21 8:23 56:21 58:2

**continue**
11:11 19:15 36:1

**continuing**
55:14

**contributing**
4:17

**conversation**
4:2,10 18:13 19:16
33:12 37:7 49:23 55:7,
14,23 61:12 69:9 73:4

**conversations**
35:18 42:11 57:8

**core**
22:3

**correct**
32:12

**correctly**
75:8

**cost-effective**
67:9

**council**
53:18

**count**
31:11 74:18

**counted**
6:12 14:1 74:13,15

**counterbalance**
22:2 26:7

**counties**
31:19



Index: countries..directed

**countries**
39:22

**country**
2:23 17:2 24:14 25:12,
13 57:4 69:22

**counts**
15:19

**county**
14:12,13 37:22 38:4
44:6,8

**county's**
72:23

**couple**
27:23 31:7 38:16 39:8
40:16 43:20 57:6,25

**court**
7:16,17 10:19 11:6,13
14:16,18 23:16

**courts**
17:9

**cover**
72:10

**covered**
3:24

**COVID-19**
9:25

**cracks**
8:15

**craft**
15:6

**crafting**
6:15,17,23 7:25 27:22

**create**
24:20 26:5 28:5 34:5
60:13

**created**
8:14 9:19 34:11

**creates**
14:24

**creating**
35:15

**creation**
21:13 24:22

**criteria**
22:24,25

**critical**
2:13 30:7 57:5 63:8,15
64:9,24 74:3,4

**critiques**
36:25

**cross**
14:9

**CSR**
75:18

**culture**
34:6 40:19

**curious**
46:25

**current**
28:1 42:15 43:23,24
44:1,4 51:2

**curtail**
12:6 15:16

**cut**
52:16

**CVAP**
38:6 44:12

**cycle**
14:22,23 28:13 50:20

**cycles**
9:21 16:11 51:8

---

**D**

---

**Darrell**
30:24

**data**
19:22 20:22,24 34:4
49:11 56:6 57:10 58:25
62:13 67:20,21

**data-driven**
36:18

**Database**
36:20

**Dated**
75:14

**day**
29:20 32:20,22 70:17
74:14,24

**deadlines**
73:12

**dealing**
39:13

**deals**
66:21

**debates**
70:12

**decade**
12:25 50:20 61:23

**decennial**
5:20 9:13

**decide**
54:16,21

**decided**
62:2

**decides**
48:10

**deciding**
19:24

**decision**
11:6 25:8 46:8

**decision-makers**
68:19

**decisions**
2:11 70:17

**decisive**
43:8

**dedicated**
4:24

**deeper**
60:7

**Defense**
17:16

**delegations**
11:25

**delivery**
74:10

**democracy**
13:24 17:6 67:19

**Democrat**
40:11,12 41:1 44:18,20

**Democratic**
12:7 38:20 41:4,6 43:11
45:23 52:17

**Democrats**
26:6 29:4 41:9 45:6

52:17,22,23 60:18

**demographer**
36:19

**demographers**
3:17

**demographic**
15:22,23,24

**denying**
28:2

**Depending**
15:13

**deserve**
42:5

**deserves**
2:10

**determine**
8:19

**determines**
2:14 5:22

**developing**
20:13

**diametrically**
17:2

**Diaz**
4:4,10,11 5:3,12 9:6
13:16

**Diego**
38:4

**Diego/palm**
30:22

**dig**
69:12

**digital**
35:4 65:5

**dilute**
37:13,19

**diluting**
39:7 40:6

**dilution**
8:11 11:3

**diminished**
16:18 54:1

**directed**
4:21



**direction**
14:25

**directly**
13:6 19:1,23 20:11

**director**
4:1 55:11

**disagree**
54:11

**disappeared**
24:15

**discriminatory**
8:10

**discussion**
3:14

**dismantle**
23:17

**dispersed**
7:6

**distinguished**
4:3,4

**district**
5:14,15 6:6,7,22 7:5,10,
13 14:10,24 24:1,11,14,
20,25 25:2,4,9,10,11,
12,14,16 26:25 28:16,
17,23 29:2,11,12,13,14,
15 30:16,17,25 38:17
40:10,13 41:2,7 43:23,
24 44:1,4,5,7,8,22 45:6,
12,15,20 47:2,18 48:17,
19 49:19 51:13,15,19
52:2 53:19 54:14,16
62:23 63:11 69:17

**districting**
16:10

**districts**
5:16 6:20 7:23 11:24
16:9 24:23 25:17 26:21
28:15,19 30:8 38:8,9,
11,16 43:22,24 44:10,
16,18,23,24,25 45:3,5,7
58:8,15 69:14

**diverse**
41:15

**door**
59:21

**dots**
71:5

**Downey**
24:21

**draft**
26:16

**drafting**
19:23

**draw**
6:5 10:16 21:19 22:14
23:23 25:20 45:20
51:14 52:4

**drawing**
8:21 20:11 22:23 23:23,
25 25:7 46:13 52:4

**drawn**
6:16 15:15 30:23 39:14
43:10 53:22 69:13,17

**drew**
10:9 12:17

**driven**
9:23

**drop**
3:20 30:3

**Due**
74:9

**dug**
60:7

---

**E**

**E-S**
42:19

**E-Z**
42:19

**earlier**
29:19,25 40:8

**early**
20:24 74:8,12,17

**economic**
2:8

**economy**
66:23

**Ed**
25:10

**educating**
49:25

**education**
7:18 63:16 64:10 73:17

**Educational**
17:16

**effected**
14:18

**effective**
30:10

**efficiently**
34:21

**effort**
14:5

**efforts**
49:25 56:2

**elect**
6:10,25 7:11 8:6 12:14
14:2,9 15:1,4,5 17:22
26:20 40:14 41:4

**elected**
22:10,11 30:15,19 34:2
43:11 45:17,19 52:23

**electing**
38:12 39:2,4

**election**
12:9 13:9 14:22 18:15
20:23 28:13 29:20
32:20 36:12 45:12 48:2
50:20 51:8 57:20 61:14
64:15,16 65:5,8,22
68:13 69:10,11 70:11
71:10 74:14

**elections**
40:17 44:19 53:19
64:12,13 71:10

**electoral**
5:14

**electorate**
35:16 72:14

**electorates**
15:24

**eligible**
16:14 68:4,18

**eliminate**
25:9

**Eliminated**
25:14

**eliminates**
54:19

**eliminating**
25:16

**elimination**
24:10

**emerging**
16:8

**Empire**
28:21 52:12

**empirical**
26:17

**empowered**
3:9

**enable**
43:10

**encourage**
3:13 73:7

**encouraged**
34:16

**encouraging**
66:13

**end**
25:24 52:5 73:3

**ended**
71:15 74:25

**ending**
33:18 42:19

**engage**
18:1 70:1

**engaged**
29:9

**engagement**
2:17 3:18 30:5

**engaging**
56:7

**ensure**
3:8 8:16 30:8 35:15
50:1 56:16 57:22 60:25
61:1 63:9 67:25 72:23

**ensuring**
2:18

**entire**
56:11 68:20



**environment**
66:20

**equal**
2:11 4:17 7:24 13:18
18:8

**Equality**
2:6 25:22 75:6

**equitable**
2:19 4:13 10:2 35:14

**equity**
34:15

**erode**
16:25

**Erosions**
16:16

**error**
68:15

**essential**
74:7

**essentially**
12:6 25:7 28:19

**Ethics**
21:12

**ethnic**
4:25 15:12

**everyday**
16:12 59:9

**everyone's**
50:9

**evidence**
26:17 57:10

**exacerbated**
11:5

**exact**
47:16

**excited**
4:9 5:1 19:15

**exercise**
7:9

**exercising**
68:24

**existing**
26:21 30:24

**exists**
8:4

**expand**
56:25

**expect**
70:25

**experience**
47:4

**experiment**
18:7

**expert**
10:17

**expertise**
3:16 5:6 36:19 71:13

**experts**
19:21

**explain**
56:15

**explanation**
18:21

**explore**
73:7

**extend**
72:15

---

**F**

---

**Fabian**
36:16,21 43:4 54:22
55:17 57:17

**face-to-face**
67:13

**fact**
7:8 11:17 12:1

**factors**
20:14

**fair**
2:10,24 6:11 8:16 10:2
22:24 60:13

**family**
55:1 66:13

**fan**
21:16

**fantastic**
19:9 49:13

**farmer**
54:14,18

**farmwork**
39:13,14

**fastest-growing**
15:23

**favor**
51:25 52:17 54:5

**favorite**
5:4

**feature**
18:25

**federal**
11:12 14:16 17:9,10
65:20

**feel**
36:8 54:23 55:19 71:15

**feels**
61:25

**felt**
22:19

**fence**
41:25

**Fifty-four**
59:17

**fight**
17:3 63:20

**file**
32:15,17

**fill**
25:18

**final**
55:12,20 69:2

**find**
46:17,25 62:14 71:2

**finding**
61:15

**findings**
58:5 61:8 65:2

**firm**
21:4

**flat**
58:17 60:23

**flexibility**
20:17

**flood**
27:13

**focusing**
30:4

**folks**
18:21 20:21 22:9,18
29:9 61:16 66:14 70:1

**follow**
23:3

**forget**
74:24

**forward**
17:13 37:7

**found**
58:1,5 59:15

**foundation**
55:22 56:1,20,22,24
64:20

**Foundation's**
56:2

**foundations**
2:17

**framing**
13:4

**frankly**
13:20 45:21 49:16

**Fresno**
44:6

**friend**
37:10 54:24

**friends**
37:9 63:25

**full**
3:14 9:21 36:10

**fuller**
32:25

**fun**
20:19

**Fund**
17:16

**future**
16:11 17:4

**Futures**
4:15,20



Index: Gabriel..historical

**G**

**Gabriel**
28:20

**gains**
15:9

**game**
68:16

**gap**
67:22

**gaps**
61:17

**Garcia**
25:1 29:2 38:22

**garner**
50:1

**gateway**
24:11,20 28:18 30:15
51:17,18,21

**general**
38:1 39:18,21 41:12
43:13 47:7,19 48:1
51:12 52:25 54:6 66:7

**General's**
73:16

**generally**
58:6,12

**generational**
14:23 15:21

**George**
39:1

**gerrymandering**
2:23 8:25

**GIF**
36:20

**give**
5:10 13:18 21:22 40:24
62:18

**glad**
18:12 37:5

**goal**
3:7 27:7 43:13,14,16
73:19

**good**
27:1,10 37:17 45:12

49:11 50:7 52:24 62:18
72:11

**Good-bye**
36:6

**Google**
71:2

**Gosh**
36:8

**government**
2:16 17:10 36:22 63:19
73:5

**Governor**
58:11 64:15

**grabbing**
51:25

**grabs**
14:15

**granted**
59:9

**grateful**
18:11,23 71:17

**great**
28:3 30:6 37:10 50:23
55:12 71:14 74:24

**ground**
55:23

**groundbreaking**
4:19

**group**
4:25 6:24 35:7

**groups**
8:9 25:23 29:5 33:2
39:24 53:3

**growing**
16:22 24:15

**growth**
11:22 16:8,20

**guarantee**
46:2,3 48:15

**guess**
8:22 30:13,14 49:14
58:24 61:10

**guest**
4:4 36:8

**guests**

4:3

**guide**
4:2 73:9

**guidelines**
8:19 20:16

**guiding**
36:23

**guys**
23:20

**H**

**hand**
10:15 71:24

**handle**
67:6

**happen**
9:9 23:21 60:24 64:11

**happened**
8:13 9:24 34:1 62:20

**happening**
13:24 62:10

**happy**
38:19 54:25

**harder**
38:17 53:12,14,15

**Harris**
14:13

**hat**
21:2

**hate**
24:6

**hazard**
30:12,14

**head**
25:19

**health**
16:5

**healthcare**
63:21 70:12

**healthier**
15:9

**hear**
3:15 6:3 7:2 27:10
35:25 47:3,4

**heard**
18:15 50:2 62:8,9 65:9

**hearing**
23:16

**heartfelt**
72:16

**heavy**
52:9

**held**
66:8 75:7

**Helen**
2:4 4:6 8:24 19:6 55:15
56:11 63:24 71:25

**hell**
71:8

**helped**
21:10

**helping**
33:23 51:22 70:22

**helps**
8:10

**hey**
25:20 48:22 53:16
60:24

**high**
44:13 47:5

**higher**
43:18

**highlight**
16:15

**highlights**
58:1

**Hispanas**
2:5 75:5

**Hispanic**
39:18 40:4,20,22 41:1,
3,5,9,10,16 43:2 44:10,
14 45:1,15,16,17,24
46:1,3,5 47:12,17 48:7,
17,19 49:6 51:13 52:9
54:14,15,18 62:15

**Hispanics**
44:13 48:24

**historical**
12:23



**historically**
6:8 12:7 56:23

**history**
12:21

**hold**
17:4 47:25

**holding**
23:17

**holes**
8:14,15

**holistically**
51:1

**honestly**
56:11

**hope**
2:5,7,20 3:6 15:8 19:17,
18 24:4,8,9,18 25:22
33:22,25 36:9 37:6 50:5
55:11 56:11,13 70:24
72:12 73:8,9,18 75:6

**HOPE's**
2:16,17 4:1

**hopeful**
50:12 71:9

**hour**
72:8

**House**
5:17,24 11:21 12:8

**housekeeping**
3:24

**hovering**
68:14

**hundred**
21:4

**Huntington**
25:3 29:3

**husband**
73:21

---

**I**

**idea**
6:14 22:1,3 40:23 52:6
58:6,12 62:16

**ideas**
17:3 27:13

**identify**
13:19 16:8

**ideology**
40:20

**ignores**
41:14

**illustrated**
24:17

**immigrant**
16:23

**immigration**
63:21 66:22 67:3 70:12

**impact**
13:8,11 37:15 43:4

**impacting**
9:5

**impacts**
13:5 73:5

**impetus**
12:5

**implications**
64:23

**importance**
34:8 67:12

**important**
2:3 5:11 6:14 7:15 8:8
9:16 10:23 12:10,18
18:14 23:15 34:6 60:13
66:12 69:22 70:16
72:14 73:3

**improve**
56:3

**improves**
26:19

**in-depth**
55:18

**inaudible**
60:16 62:11 70:7

**include**
71:22

**includes**
73:14

**including**
8:9 15:25 16:13

**inclusive**

75:10

**inclusively**
35:11

**increase**
11:25 12:3 54:17

**increasingly**
2:22 15:11

**incredible**
3:15 36:9 72:9

**incredibly**
34:6

**incumbency**
53:14

**independent**
9:20 10:7,24 12:20
18:5,6 20:2 21:10,13

**independently**
71:1

**Indians**
6:19

**individuals**
27:25

**influence**
50:18

**information**
63:5,10 71:2 72:9 73:8
74:1

**informed**
2:25 3:8 72:14 73:24

**initiative**
10:12

**initiatives**
36:24

**Inland**
28:20 52:12

**insights**
36:17,24 55:4 56:6

**instance**
39:10 42:22 51:24

**Institute**
4:22 19:18

**instrumental**
33:22

**insulting**
45:24

**interaction**
67:13

**interest**
23:7,11 26:10 27:8

**interested**
11:14 67:19

**interesting**
46:18 59:16 61:22
65:14

**intervene**
14:17

**introduce**
3:25 4:3 55:20

**investing**
33:16 49:18,24

**investment**
33:12

**involved**
19:23 20:11

**Iris**
2:4

**Issa**
30:24

**issue**
2:23 12:11,12 18:13
57:24 58:20 60:8 62:5

**issues**
15:13 16:3 57:14 63:20
66:22 67:6

---

**J**

**jampacked**
3:12

**Japanese**
43:1

**Joaquin**
17:15 43:25

**join**
18:11

**joining**
2:2 4:8 20:6 36:16 37:2
54:23 56:9 74:23

**joke**
63:23 69:20



**Jose**
53:5,7,13

**Josh**
38:17

**Jr**
36:17

**Julian**
56:25

**jurisdiction**
6:25

**justice**
7:18 18:8

___

**K**

___

**Karlan**
10:18

**keeping**
27:4

**Ken**
25:16 30:19

**key**
19:17 20:10 57:13,25
58:24

**kick**
4:10 19:9

**kid**
15:11

**kind**
8:24 12:9 14:10 16:15
22:3 23:9 30:4 31:4
33:2 35:21 39:21 40:5
41:14 42:8 43:13 44:1,
5,8 51:18 52:3 53:23
58:21 60:3 64:14 68:14

**Kingstown**
44:6

**knew**
23:11,18 57:19

**knocking**
59:21

**knowing**
68:17 72:25

**Korean**
43:1

**kudos**

56:13

___

**L**

___

**LA**
24:13 25:9 28:15,18
38:3 44:8 51:14

**Lab**
4:16,20

**lack**
33:12

**Lancaster/palmdale**
44:9

**language**
40:18

**LARA**
56:10 57:17 59:3,17
60:16 61:21 62:13,25
63:19 64:8 65:17 66:4,6
67:2,16 69:8,25 70:7
71:8,18

**large**
12:21 26:10 38:6,8
44:14

**larger**
8:22 9:2 61:11 69:3

**largest**
4:25 56:21

**last-minute**
63:25

**Latina**
4:15,21

**Latinas**
2:8,18 4:14,16,20

**Latino**
7:4 11:2,23 13:8,12
14:11 15:3,22 16:23
23:25 24:10,14,16,23
25:4,9,11,12 26:20
28:5,6,7,10 29:11,14
30:7,8 32:17 33:7,15,
18,19 34:9,14 38:23
39:12 41:15,24 43:7
45:1 47:1 48:10,14
49:17,18,20,24 52:15,
24 53:12 55:21 56:1,7,
19,22 57:23 58:3 59:10
61:20 62:15 65:25 68:4,
6,18 69:3,15,19 72:3

**Latino-influenced**
25:4 26:25 29:12

**Latinos**
6:20 8:9 11:18 12:12
13:14 15:1,23 16:19
29:10,18,22,25 30:1
31:21 32:5,11,13,15,19
33:1 38:5,11,17,24
39:15,16,17 40:3,4,9,
13,17 41:20 42:1,11
43:18 44:23 46:6 47:5,
20,25 50:19 51:11,22
52:20,21 53:5 54:7,9,15
56:5 58:6,14,17,21
59:18 60:12 61:12,13
62:8 63:1 65:3,10,19
67:21

**law**
10:17 11:4 15:5 18:9
20:15

**laws**
10:1

**laying**
14:21

**LB**
25:1

**leaders**
3:18 11:2 62:2

**leadership**
4:17 19:18 56:24

**leading**
19:21 33:8 50:20,22

**leads**
36:17 56:2

**learned**
55:19

**learning**
73:7

**leave**
73:21

**led**
36:21

**left**
52:1

**Legal**
17:16

**legislation**

8:1

**legislative**
6:6 9:22 10:9

**legislators**
17:17

**Legislature**
10:8 21:23 58:10

**lending**
71:13

**letter**
24:8,17

**level**
2:15 47:22 53:9 54:4
73:5

**levels**
48:18

**LGBTQ**
29:6

**life**
16:6

**limits**
7:8

**lined**
36:9

**lines**
8:21 10:16 12:6 21:23
53:22

**lineup**
3:15

**lingering**
66:1

**link**
71:22

**links**
73:15

**list**
73:10

**listening**
55:13

**listing**
23:24

**literally**
34:1 61:24 62:16

**live**
3:19 6:21



**lives**
2:12 56:4

**living**
15:9 18:3 43:19 70:10

**local**
21:4 53:14 54:3 64:21
72:22

**localities**
17:12

**location**
74:21

**long**
21:16 29:2 34:23 53:25
54:5 69:4 70:8

**long-term**
33:7,18 50:18 54:7

**long-time**
70:23

**longer**
29:13 53:1

**looked**
50:25

**Los**
21:7 24:1,11,19 30:16

**losing**
52:5

**lost**
28:7

**lot**
6:4 8:12 13:7,22 18:4,6
20:21 21:24 23:4 24:18
28:24 31:3 32:17 33:21,
22 34:5 35:19,20,22
37:21 38:5 39:2,10,12,
22,23 40:16,18,20,21
41:24 42:1 48:16 51:17
55:19 56:16 65:24
66:25 69:14 71:19

**love**
21:21 37:9 49:7 55:6

**lower**
33:3 35:8,15 47:13,21
48:2,6,18

**lowest**
53:9

**Lucille**
25:10

**lumped**
40:3

---

## M

**made**
13:3 14:6 18:21 26:4
27:21 33:12 37:10 47:8
51:18 54:23 61:13
63:23

**Madera**
44:3 52:15

**mail**
3:2 30:3 32:21,22 66:16
74:7,10,11,17

**mailbox**
74:14

**mailer**
35:7 59:19

**mailers**
35:6 67:8

**mailing**
32:22 34:24 35:2

**main**
41:20

**maintained**
26:23

**majority**
7:13 11:24 19:19 42:6
45:15 47:1 51:13 52:15

**majority/minority**
23:25 24:10,23 25:11
29:13 30:16

**make**
8:2 10:1 11:9 18:15
30:1,10 32:5 34:15
35:9,10 43:7 45:22
49:15 50:8,15 52:22
55:8 57:11 63:7 64:3
66:14 68:23 69:2 70:17
71:20 72:24 74:11,19

**makes**
6:23 45:7

**making**
2:24 25:3 36:1 37:9
49:25 73:11

**map**
6:25 9:22 10:7,22 11:24

16:11 18:20 19:23
24:15 25:7 26:2,16,18,
19 28:22 30:21 33:7
36:1,14 39:15 55:18
62:23 63:1

**mapping**
6:3 36:20

**maps**
3:5 6:4,15,16 8:16,20
10:8,19,21 12:1,4,15,17
13:10 14:24 15:15 20:5,
11,13 21:19,25 22:7,23,
24 23:1 25:21 27:2,22,
23 28:1,11,14 30:6
31:2,3 37:13,15 39:7
41:19 43:4,10,16 46:12
50:18 51:1,2,3,4,5,6
52:4 60:10,13,21 69:12

**margin**
68:15

**Maria**
4:1,5 7:15 9:6 13:16
19:8 55:11 56:11,19
59:1 61:3 72:1

**Mary**
75:4,18

**matches**
17:20

**materials**
73:15

**matter**
45:8 48:20 60:22 64:18

**mattered**
70:3

**matters**
16:17 63:6 64:4

**means**
3:10 5:11 33:7 46:4,5
53:1,25

**meant**
7:20

**measure**
3:4,10

**media**
65:5

**Medicare**
14:7

**member**
25:12 29:11 63:16 64:2
70:15

**members**
28:21,24 33:24 69:19

**mention**
31:10

**mentioned**
7:25 8:1 9:6 28:3 31:9
40:8 45:3 47:1,23 56:19
61:23 73:15 74:6

**mentioning**
31:10

**message**
59:20

**met**
34:2 59:25 61:8

**methods**
30:2

**Mexican-**
17:15

**Mexico**
21:12

**middle**
12:25 24:1 28:18 41:25
57:19

**midterm**
12:9 64:12 69:11

**midterms**
65:7

**Mike**
38:22

**miles**
7:7

**million**
68:4,17,18

**mind**
59:24

**mindful**
68:25

**Mindy**
35:20

**minimum**
27:6

**minoritized**



8:9

**minority**
6:18 29:5

**minutes**
31:7 72:8

**mission**
2:7

**mission-driven**
36:22

**misspoke**
31:17

**Mitchell**
19:20 20:8,18 27:12,15,
19 28:12 31:14,17 32:4,
8,13 33:20 36:3,6

**mobilize**
74:2

**models**
36:20

**moderating**
55:16

**modest**
26:4 27:5

**mom**
62:19,25

**moment**
12:23 19:12 70:9

**momentum**
14:24

**money**
35:13 70:22

**monitor**
65:21

**monitoring**
19:2

**monolith**
61:12

**monolithic**
39:19 41:21 54:8

**monolithically**
39:25 41:13 54:9,10

**Morales**
4:1,6 5:5 8:17 13:2
18:10 55:11,15 57:16
59:2 62:12,24 63:18

64:7,25 66:3,5 67:1,15
68:22 69:24 70:6 71:7,
12,19

**motivated**
12:11

**move**
54:3 70:22

**moved**
28:19 38:20,25 62:22

**moving**
13:3 25:15,17 53:19
58:10 70:8

**multiethnic**
17:5

**multiple**
11:1 73:8

**multiracial**
17:5

---

### N

**names**
22:10

**narrative**
57:12

**nation**
68:21

**nation's**
4:25 56:21

**national**
9:2 64:23

**nationally**
57:1

**necessarily**
39:25 41:1 51:22

**neighborhood**
62:22

**Nevada**
18:5

**news**
59:8

**Newsom's**
64:15

**night**
68:14

**non-hispanic**
16:1

**nonpartisan**
2:20 21:5,6,15 28:9
73:19

**nonprofits**
36:23

**north**
25:1 52:13

**northern**
44:8

**Norwalk**
51:20,24 52:1,8,10

**note**
71:16

**November**
3:1 19:25 24:8 60:11
72:19,25 73:13,14
74:16

**Nueva**
52:11

**number**
11:23 21:6 24:2,20
25:23 26:10 38:3 42:8
48:6 59:6

**numbers**
26:11 47:13,16 68:10

---

### O

**obfuscated**
43:15

**observing**
60:3

**occurred**
10:22

**occurs**
5:18

**October**
75:7,14

**offer**
17:12

**office**
20:25 73:16 74:14

**officials**
22:10,11 34:3 43:12

65:20

**open**
19:3

**operations**
74:10

**opinion**
57:7 58:19

**opinions**
42:13

**opportunities**
4:14 13:13,17,20,21
17:8,24,25 18:7 30:20
31:1,4 51:10 60:14,25
61:17

**opportunity**
7:13 16:4 26:6,19 53:22
63:15 69:2

**opposing**
17:3

**opposition**
12:8

**Orange**
14:12 38:4

**order**
25:18 26:5 27:7 30:9
32:25 34:15 52:4,22

**organization**
2:20 56:14 73:19

**organizations**
16:4 36:22 70:22

**organize**
53:12

**Organized**
2:5 75:5

**organizing**
28:14

**original**
67:8

**outcomes**
31:2

**outreach**
60:5

**oversight**
11:13

**owner**



21:2

**P**

**p.m.**
3:13

**packed**
15:7

**packing**
7:3 8:1 40:7,9

**pages**
75:9

**Pamela**
10:18

**parity**
2:8 13:19

**part**
2:13 14:5 33:25 34:18
50:5,7,10 66:19

**participants**
13:23

**participation**
16:12

**parties**
11:14 33:14 34:7

**partisan**
2:22 8:25 9:5 12:5,11
13:1,4 17:1 30:14

**partners**
21:3 23:20 24:19

**parts**
23:8 39:10 57:3

**party**
12:7,8 14:6 67:5

**pass**
28:14 51:3 60:17,22
62:23

**passed**
17:18

**passport**
64:1,4

**past**
20:2 28:7

**path**
17:12

**Paul**
19:20 20:1,6,9 27:9
31:6 33:11 35:24,25
36:13 37:5 47:23 49:3,
8,11,15 50:16 51:12
55:17 57:17 69:13

**pause**
10:6

**pay**
28:10

**paying**
59:10

**payment**
69:10

**PDI**
21:1 34:11

**people**
10:2 13:23 14:1 16:13
20:21 32:20 33:1 34:2,3
39:18,24 40:4 41:16
43:19 50:7 51:25 53:10,
18 54:15,21 63:5,7,9
66:1,9 67:17 68:7
69:12,21,22 70:15 71:6

**percent**
25:4 26:3 29:22,23
31:21,23,24 32:5,7
44:14 45:16 46:1,2
47:24 49:5,20,21 58:12,
16,17 59:6,17 60:12
61:15 62:9,14 65:24
68:12

**percentage**
38:8 48:4

**period**
49:17

**permanent**
35:15

**person**
2:10 7:22 9:7 30:3
65:11 66:13,17

**perspective**
9:2 20:3 28:9 36:16

**perspectives**
3:16 73:2

**persuadable**
16:2

**philanthropy**

70:21

**phone**
59:20

**phoning**
35:3

**pick**
26:6

**picking**
60:19

**Pico**
51:20 52:8

**picture**
36:11

**piece**
59:19

**pieces**
63:4

**pioneering**
4:12

**place**
10:3 14:12 40:2 51:4
73:1 74:13,19

**places**
23:10 29:8 38:3 39:3
40:18 43:20 44:14 53:4,
24 65:21 66:2

**plainer**
13:25

**plainly**
43:15

**plan**
26:21,23

**planned**
27:17

**pleasure**
3:25 35:25 55:20

**plurality**
11:19 42:7

**point**
27:22 41:12 49:14,15
62:13 67:8 70:13 73:3

**points**
25:6 58:25

**Polanco**
17:18

**polarization**
17:1

**policies**
4:24

**policy**
4:1,11,21 15:9 54:1
55:11 56:1,3

**political**
2:6,8,19 6:5,16,24 7:9
13:12 14:10 18:2 19:22
20:22 27:7 30:13 33:7,
8,13,19 34:7 50:18 52:5
54:7,17 56:4 69:4 70:9
75:6

**politicians**
10:16 46:12

**politics**
4:21 9:18 42:23 46:18
53:8 57:8 67:17 68:2

**poll**
59:13 61:8 62:6,14
65:1,14,19

**polling**
56:6 57:7,10 58:20
65:21 66:2 68:10 72:25
74:19,21

**polls**
29:20 58:1 71:23

**Pomona**
52:9

**population**
5:19 7:24 11:19,23
16:20 24:16 25:5 32:6
38:7

**populations**
16:23,24 38:6 39:12
44:15

**Porterville**
52:14

**portion**
19:4 28:18

**portions**
29:14

**portraying**
57:12

**position**
3:7 68:2



positioning
48:25

possibility
17:5

post
74:14

Postal
74:10

postmarked
74:16

potential
22:7 51:11 53:2

potentially
23:16 28:5 54:1,4

power
2:19 7:9 13:12 16:18,20
33:8,19 37:14,19,21,25
38:5 39:3,8 40:6 50:18
53:2 54:7,10,17 55:25
56:4 68:24 69:4 71:6

powerful
13:2 68:8,23 71:16

PPIC
26:22 28:4

practices
6:9

predicting
36:19

prep
63:13

preparation
56:12

prepared
56:17

present
34:3

presentation
24:7 40:8 75:6

presenter
19:18

presenters
59:4

presently
12:2

preserve

23:6

president
22:1 55:25 65:20

presidential
64:12

press
66:8

pressed
61:3

presuming
28:13

pretty
29:4 44:13 47:20

preview
65:6

prior
4:19

pro
61:19

problem
39:9 46:9,12 54:8

problems
51:11

proceedings
75:12

process
5:13 9:4,19 10:13 18:2
20:4 23:2,3,13 24:5
25:25 33:4 50:10 51:6
61:24

processing
31:19,20

product
23:5 27:4

program
3:12

project
22:3

projects
36:21

Prop
3:7 20:4,5,11 26:19
27:22 28:11 29:21 30:6,
23 31:9,11,18,22 36:14
37:1 46:10 56:7 69:5

proposals
25:22

proposed
63:2

proposition
3:3 10:5 58:13

propositions
33:15

prosperous
36:1

protect
26:12 29:11

protected
8:6 12:13 17:23

protecting
27:8

proud
2:5

provide
36:15 63:15

public
10:9 26:18 57:7 58:19

pulling
12:16

purple
15:3

purpose
52:18

purposes
52:5

push
26:5 35:21 65:5

pushing
34:7,8 35:4,10

put
25:14 26:22 40:24 62:3

putting
7:4 20:25 53:4 56:14
73:9

**Q**

Q&a
3:19,20 18:25 19:3,12
71:20 72:11

quality
16:6

question
3:20 5:8 20:10 22:22
33:6 37:12,18 43:6 48:3
50:16,24 58:9 60:11
61:7 62:7 64:8 65:18
66:19 69:1,3

questions
3:23 19:1,12 59:1,12
60:2 71:20 72:11

quick
18:17 74:4

quiet
61:4

quo
26:24

**R**

race
64:22

racial
4:25

racially
12:11

ran
53:18

rapid
16:19

rate
48:2

reach
67:9,17

react
16:7

reaction
21:20

read
24:6,8 26:15 27:11

real
17:20 21:16 22:21
23:19 56:13

realize
68:3 69:13

realized



72:4

**reapportionment**
5:23

**reason**
72:20

**reasons**
13:1

**recall**
64:16

**received**
3:2 72:21 74:6

**recent**
74:9

**recently**
38:16,21 66:6

**recognize**
2:21 34:8

**recording**
74:25 75:11

**redistricting**
2:13,21 5:9,13,22 6:2,4,
13 7:15,22 8:23 9:4,5,
12,19,20 10:7,25 12:3,
20,24 14:5,22,24 15:7
16:7 19:22 20:2 21:3,6,
8,11,13,15 22:25 23:1,
12,20 24:4 25:8,25
36:17,18,24 57:20
61:24 73:4

**redistrictings**
21:5

**redo**
21:25

**redraw**
21:23 58:15 60:10

**redrawing**
5:13 9:21 58:7

**redrawn**
12:6

**reduce**
26:11 43:14

**reduced**
45:4

**reduces**
54:18

**reductive**
41:14

**reflects**
5:19

**reform**
17:13

**regime**
8:2 14:17

**region**
38:3 45:25

**regional**
37:14,19,21,24 39:7,8

**regions**
43:5,7

**registered**
29:23 31:23 58:3 65:25

**registrar**
72:23

**registration**
67:23

**reinforcing**
34:25

**reintroduce**
10:8

**reiterate**
73:18

**relates**
61:14 69:9

**remains**
11:17

**remarkable**
59:15 62:13

**reminder**
74:5

**reminding**
66:9

**remove**
46:8

**renowned**
4:12

**renters**
33:2

**reopen**
63:19

**replace**
28:6

**replacement**
23:25 28:17 29:15

**replicate**
57:1

**reply**
19:2

**REPORTER**
75:2

**representation**
2:10,24 3:11 4:13 9:5
10:2 15:17 37:16 38:13
40:1,6,25 42:4,9,10
43:11 45:2,9,10,22
48:25 52:17 53:16 61:1
63:12

**representative**
30:17,18 44:24

**representatives**
5:17,25 42:8

**represented**
2:15 5:23 53:7 63:1

**representing**
30:22

**Republican**
12:4 14:6 26:8 38:19,23
41:3,5,10 44:18,21
45:14,18

**Republicans**
52:21

**required**
7:23 20:15

**requires**
16:12

**research**
13:8 65:1

**resonate**
65:15

**resonating**
65:3

**resource**
73:9

**resources**
49:17

**respect**
23:4 60:4

**respectful**
3:23

**respond**
61:10 62:3

**responding**
3:21 21:25

**responsibilities**
70:16

**responsibility**
70:18 71:4

**responsive**
32:21 53:15

**rest**
40:5

**result**
68:13

**results**
65:24

**return**
67:7 70:13

**returned**
32:9

**reversed**
25:8

**review**
19:13

**Reynolds**
7:19

**Richard**
17:17

**rigged**
15:20

**rights**
3:17 4:11 8:5,12 10:17
11:2,8,14 14:17 17:15
23:14 26:13,14,24
66:10,15

**rise**
8:24,25

**Rivera**
51:20 52:8

**Riverside**
25:17



**Robert**
25:1 29:1

**role**
70:20

**roles**
4:17

**Romero**
35:20

**Rosa**
69:16

**roughly**
7:23 45:15

**Roybal**
25:10

**Roybal-allard**
25:10 28:17 29:15

**rules**
23:2

**run**
20:25 67:3

**rundown**
5:10

**running**
3:13 28:25

**runs**
44:2,5,9 60:21

**rural**
37:23 39:11,16 40:3,6
54:13,18

———————

**S**

**Sacramento**
69:17

**safe**
47:20

**safer**
40:12

**San**
28:20 30:22 38:4 43:25
53:5,7,13

**Santa**
52:10 69:16

**Scanlan**
75:4,18

**scant**
57:10

**school**
10:17 64:22 70:14 73:6

**scientists**
27:24

**scrambling**
29:19

**Seal**
25:3

**seat**
24:13 28:6,7 30:19,23
46:17,18,19

**seats**
5:24 11:21 26:7,8 30:9
47:6 60:19,21

**Secretary**
66:8

**Section**
8:4 11:7 26:17

**secure**
53:15

**segments**
55:16

**segues**
18:18

**Senator**
17:17

**sending**
65:20

**sense**
13:18 18:21

**sentiments**
57:23

**Service**
74:10

**services**
63:22 64:5

**serving**
56:22

**session**
3:22 18:19

**sessions**
10:9 19:19

**set**
7:21

**setups**
65:21

**shape**
3:10

**shaping**
2:11

**share**
18:24 56:6 57:25 58:24
60:6

**shared**
40:18,19 73:2

**sharing**
3:16

**she'll**
19:2

**show**
48:1 65:2

**shows**
26:18

**shunted**
53:10

**sic**
29:22

**side**
66:24 67:2,3 68:11

**sides**
61:18

**siege**
14:3

**sign**
58:11

**significantly**
28:23

**Sims**
7:19

**single**
7:5 45:5 59:19 70:17

**sit**
41:24

**sitting**
33:24

**Sixty-six**
65:24

**slightly**
47:21

**small**
26:4

**smaller**
52:11

**snap**
14:8 64:15

**society**
4:18

**socioeconomically**
33:3

**solutions**
56:3

**Sonja**
4:4,10,11,20 5:1 18:10
19:1,5,10,11 57:17
61:22

**sources**
28:3 73:8

**south**
25:2 39:22 69:17

**space**
15:11 16:19

**Spanish**
39:20

**speak**
20:19 37:6 38:6 39:20
42:24

**speaker**
19:20 55:12,21 71:15

**speakers**
3:16,20 36:9 65:10
72:7,12,16 74:23

**speaking**
66:25

**special**
18:15 36:12 57:20
61:14 65:5

**specifically**
20:14 43:10,22 58:9

**specifics**
20:4

**spend**
34:20



Index: spent..Texas

**spent**
35:13

**split**
26:12 51:20 52:9,10,14,
19 53:24

**splits**
51:24

**splitting**
6:17 51:21 53:3

**spoke**
34:1

**spoken**
60:2

**spread**
7:6

**Springs**
30:22

**St**
35:25

**staff**
23:8,20

**stage**
4:10 19:7

**stake**
36:11 69:7

**stand**
21:10

**Stanford**
10:17

**Stanislaus**
44:3

**start**
15:18 18:7 20:10 22:22
23:22

**started**
22:6 23:24 24:2 43:6
56:25

**starting**
51:6 73:3

**starts**
53:7,8

**state**
3:5 10:8,24 12:21 18:3
21:9 22:24 23:8,12
24:16 33:8 38:2 42:7,12
47:9,11,21 58:4,15 60:9

62:15 66:8 68:4,7,8
75:9

**state's**
20:1 21:8

**state-legislated**
5:15

**stated**
43:15

**statement**
13:3 47:8 68:23

**statements**
69:2

**states**
5:25 6:1 10:24 16:22
17:11 62:4

**statewide**
4:1

**status**
26:24

**statutory**
8:2,19

**stay**
2:25 3:14 51:4 52:7
63:11

**staying**
71:14

**step**
65:18

**Stockton**
39:15 40:2 52:13

**story**
16:21,22 27:1

**straight**
67:13

**strategies**
65:15

**strategize**
16:7

**strategy**
22:20

**strength**
16:25

**struggle**
42:3

**struggled**
13:16 41:23

**stuck**
72:7

**studies**
15:12

**stuff**
59:11

**submission**
26:18

**submit**
19:1

**substance**
31:2

**substantive**
15:8,17

**substitute**
67:12

**sudden**
16:24

**sue**
11:14

**summer**
10:10 57:19

**super**
60:12 64:23

**support**
21:21 29:9,10 58:6,16
68:12

**supporters**
70:24

**supporting**
36:21

**supportive**
58:12

**supposed**
8:20

**Supreme**
7:16 11:6 23:16

**swing**
44:18 46:19

**system**
4:23 14:16

**Systems**
36:20

---

**T**

**takes**
39:15

**taking**
65:17

**talk**
9:1 17:25 29:18 32:14
45:11 54:25

**talked**
10:14 22:9 33:21 51:17
52:11 59:4

**talking**
10:4 13:4 32:15 33:24
35:10,12,13 37:18
43:23 57:18 67:4

**tank**
4:23

**target**
34:9,17

**targeted**
34:12

**team**
56:12 69:13

**telling**
56:12

**temporarily**
3:4 58:7,15 60:9

**temporary**
22:6

**ten**
5:18 9:14 12:1 34:1

**tend**
47:12,25 58:22 65:10

**term**
34:23 53:1,25 54:5 69:4

**terms**
9:3 13:25 14:20 26:24
31:4 39:3 42:5 48:24
51:1 67:19,23

**terrain**
17:12

**Texas**
9:3,12,17 10:15,18
11:7,11,16,20,25 12:2,
13,16,22 14:13 16:21



21:24 22:2,12 26:5,8
62:4,10

**Texas's**
10:22 11:21 12:15

**text**
23:19 59:20

**texting**
35:3

**theme**
61:11

**thing**
7:2,14 8:4 10:4 17:1
18:8 22:21 24:2 25:6
29:16 35:17 60:6

**things**
6:13 10:4 12:22 14:14
29:17 32:24 37:22
50:17 63:4

**thinking**
22:7 24:3 32:2 57:13,14

**thought**
20:9

**thoughts**
33:17

**threatened**
2:24

**thriving**
4:18

**throw**
22:12,13

**tide**
33:23

**tied**
21:14

**time**
9:24 11:8 17:19 18:23
19:3 21:16 36:2 37:6
46:21 50:15 54:25 55:7
61:4 63:9 64:4,9,14
68:25 71:17,21 74:3

**times**
2:22 24:13 74:10

**today**
2:2 3:7 4:8 8:23 20:7
23:15 37:7 56:9 73:2

**today's**

4:2

**tools**
62:21 74:1

**topic**
3:23 61:19

**topics**
5:4

**Torres**
2:1,4 19:8 20:9 27:9,13,
18,21 31:6,16 32:3,5,10
33:5 35:24 36:5,7 37:8
41:18 43:3 46:16,21,25
47:10 49:4,7,10,13
50:6,8,11,14 54:22
55:1,3,8 59:16 60:15
61:6 72:1

**total**
35:16

**tracker**
31:18

**tracking**
20:23 31:12 32:7

**traditionally**
32:14 33:3

**transcribed**
75:5

**transcription**
75:11

**transition**
55:10

**transparent**
9:24

**treat**
42:20,25 43:1 54:9
69:10

**treating**
39:24 41:13 54:8

**treatment**
60:4

**trend**
9:1

**true**
7:9 11:18 47:14

**Trump**
22:1

**turn**
33:23 35:5 36:7,15
47:21 64:18

**turnout**
13:14 29:10 32:25 33:3
35:8,22 47:2,4,17 49:6,
22 67:21,23 68:16

**turnover**
18:16

**TV**
59:8

**twin**
73:21

**type**
64:5

**typically**
5:18 9:7

_____

**U**

**U.S.**
5:20 11:22 74:9,13

**UCLA**
4:21

**Uh-hmm**
62:24

**Uh-huh**
46:20,24 60:15 62:12
66:5 67:1 69:24 71:7

**unable**
54:2,3

**unaffordable**
15:11

**undecided**
16:2 58:18,23 59:6

**undermine**
6:9

**underscoring**
18:14

**underspent**
49:16

**understand**
3:9 22:18 36:25 52:18
67:16 70:2,19 71:6

**understanding**
39:21 43:12

**unelectable**
45:21

**unequal**
16:20

**unfamiliar**
5:9

**unique**
20:3

**universes**
34:12,16

**University**
4:23

**unprecedented**
12:24 14:5

**upcoming**
36:11

**update**
17:19,20

**urban**
37:23 39:15 40:3 54:15

**urgent**
2:25

**utilizing**
22:23

_____

**V**

**vacation**
64:1

**Valadao**
44:5 45:13,14,21,25
46:4,17 48:8,15,20

**Valdez**
36:17 37:3,17 41:22
43:9 46:20,24 47:7,11
49:5,9,12 50:4,7,10,13,
23 54:25 55:2,5

**Valley**
28:20 30:11 38:3 39:11
40:5 44:3 47:6

**values**
27:4

**variety**
73:10

**vary**
74:11



**vehemently**
29:6

**versa**
41:5

**versus**
7:19 37:23 42:9 49:1

**vice**
41:5 55:25

**video**
75:11

**Vietnamese**
42:25

**view**
37:15

**views**
37:1

**virtual**
4:9

**vision**
2:14 4:16

**voice**
2:11 18:15 55:24 64:23
70:3

**voices**
50:1 74:2

**volunteer**
23:9

**vote**
3:3 7:22 8:11 9:7 11:3
15:19 16:14,17 20:24
29:19,22,25 30:3 32:11
33:15,16 34:9 35:1
46:4,19 47:12 48:10,11,
15,17,19,20,21 49:1,2,
17,18,24 50:1 59:24
61:20 64:19 65:11,21
66:14,16 68:24 72:18,
24 73:13,20,22,23 74:8,
12,17,25

**voted**
32:14 45:24 46:6,22
47:24 48:4,7 72:20

**voter**
13:14 32:15,17,18 34:4,
11 37:15 38:13 41:2,6
45:1 47:2,4,17 49:6,21
63:16 64:10 67:21,23
72:23 73:16

**voters**
7:4,5 9:18 10:10 13:8
14:12 15:14,25 16:1,2
18:5,6 19:24 21:21,22
26:20 28:10 29:23
31:13,23 32:16 33:4
34:10,13,14,17,24,25
35:3,4,11 40:11,21,22
41:3 43:7 45:16,17,24
46:2,5,6,13,14 47:12,
13,18 48:4,7,19 49:20
56:7 57:9 58:3 62:15
65:25 68:4,6,7,18 69:15

**votes**
29:24 31:21,24 47:25
63:7 70:3

**voting**
8:5,12 10:17 11:8 13:12
15:19 16:17,25 17:15
23:14 25:5 26:12,14,24
30:2 31:11 32:6,19
35:16 37:14,19,21,24
38:5,7,9 39:8 40:21,22
41:21 43:8,18 44:10,11,
12,15 45:11,15 46:1
47:1 48:18 58:22 64:21,
24 66:10 68:8 73:9
74:5,11,13,17

**VRA**
22:13,15 30:9 31:4

---

### W

**wait**
28:22 72:20

**walk**
20:12

**wanted**
8:15 11:8 24:18 31:8
33:9 50:15 57:21 73:18

**warn**
27:15

**Warren**
7:16,18 14:18

**watching**
13:24

**ways**
6:2 13:11 30:7 37:24
67:9 73:10

**weakened**
17:10,11

**weaker**
53:2

**webinar**
13:23

**week**
26:23

**weight**
13:18

**well-being**
16:5

**well-educated**
56:17

**well-informed**
73:25 74:20

**White**
12:8 16:1 32:18 47:13

**Whiteside**
39:1

**wield**
71:9

**win**
12:7,9 14:23 44:21 46:4
48:16,18 67:18

**wins**
54:1

**won**
45:14

**Wonderful**
55:8

**wondering**
61:10

**words**
27:10 33:18

**work**
2:18 4:12,19 20:22
21:22 22:18 23:4,9 27:3
35:21,22 54:5 56:16
57:2,5 66:11 70:20,23

**worked**
20:1 21:9 23:7,10 24:4
32:24

**works**
42:23

**world**
17:21

**worry**
22:14

**wrap**
50:16

**wrong**
22:20

---

### Y

**year**
9:9 74:5

**year's**
69:11

**years**
5:18 8:13 9:15 10:6
11:20 12:1 19:17 34:1,4
37:4 50:21 57:6 59:23

**York**
21:7,8,9

**young**
16:13 33:1

**younger**
32:16,17,20

**youngest**
15:24

**youthful**
15:22

---

### Z

**zones**
16:8

**Zoom**
2:3 9:25 72:8 74:24
75:6

# EXHIBIT C



IN RE CA ASSEMBLY FLOOR SESSION


TAPE TRANSCRIPTION OF AUDIO RECORDING

August 21, 2025

# CERTIFIED COPY

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025

```
                    TAPE TRANSCRIPTION
                   IN THE MATTER OF:
               CA ASSEMBLY FLOOR SESSION
                   August 21, 2025.
                 Sacramento, California.
                      10:18 a.m.
                    REPORTED BY:
                  CHARLES GOLDING,
             Certified Shorthand Reporter
   ----------------------------------------------------
```

CERTIFIED COPY

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                    2

                                                    10:18 a.m.

1

2        MR. SPEAKER:  The assembly is now in session.

3    Assembly member Wallace notices the absence of a

4    quorum.  Sergeant at arms will prepare the

5    chamber and bring in the absent members.  Clerk

6    will call the roll.

7        CLERK:  Addis, Aguiar.  Curry.  Ahrens.

8    Alanis.  Alvarez.  Arambula.  Avilon.  Fadias.

9    Baines.  Bauer.  Cahan.  Bennett.  Berman.

10   Berner.  Bonta, Brian.  Calderon.  Coloza,

11   Carillo.  Castillo.  Chen.  Connolly.  Davies.

12   Demaio Dixon.  El Hawari.  Ellis, Flora.  Fong.

13   Gabriel.  Gallagher.  Garcia.  Gibson, Jeff.

14   Gonzalez, Mark Gonzalez, Hadwick Haney,

15   Arabidian, Hart.  Hoover, Irwin.  Jackson,

16   Kara.  Krell.  Lackey, lee.  Lowenthal, Macedo.

17   McKenna, Mersucci.  Quinn.  Ortega, Pacheco.

18   Pappin.  Patel.  Patterson.  Pellerin, Petri.

19   Norris.  Quirk, Silva.  Ramos, Ransom, Celeste

20   Rodriguez, Michelle Rodriguez.  Rogers, Bubio

21   Sanchez, Chiavo Schultz.  Sharpe, Collins,

22   Solace Soria, Stephanie Ta Tongipa.  Valencia.

23   Wallace.  Ward, wicks, Wilson, Zabur.  Mr.

24   Speaker, members of quorum is present.  Decorum

25   please.  Assembly members board, you are
     recognized members.  Democratic caucus of the

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                    3

1    members lounge right now.  Members, we will

2    caucus for.  We will be meeting for 15 minutes.

3    We'll be.  Excuse me.  Suspending for 15

4    minutes on recess.  We'll gavel back in 15

5    minutes.

6         ( Brief recess )

7         MR. SPEAKER:  Members, we are back in

8    session.  We ask our guests and visitors in the

9    rear of the chamber and in the gallery to

10   please stand for today's prayer.  Reverend

11   Oshta will offer today's prayer.  Reverend

12   Oshta.

13        REVEREND OSHTA:  Please join me in a moment of

14   reflection.  We concluded our recent trip to

15   Japan.  In the city of Kyoto, we were able to

16   visit with a dear teacher and friend who impacted

17   Bob's life nearly 60 years ago.  And being much

18   younger, maybe 30 for me, we were quietly feeling

19   our age and how quickly so many decades have

20   passed.  Later that day, Bob and I stepped into a

21   small shop to escape the heat.  We felt ourselves

22   surrounded by beautiful things from another era.

23   We chatted with the owner about how much we

24   enjoyed the traditional music of the Gion Summer

25   Festival that was concluding.  Laughing, he told
     us that hearing that music only reminds him of

1  the sweltering Kyoto summer heat.  Bob then asked

2  him, how long has his shop been here?  It looked

3  very well established.  The owner said, Since

4  1603.  Then, with a smile, he added, But I'm not

5  422 years old.  He shared that he was the 17th

6  generation of the Nakanishi family to operate

7  their family business.  While talking, he went

8  online and found where we could order a CD of the

9  unique Kyoto Summer Festival music that he would

10  never play.  It was a delightful meeting that

11  gave us a fresh outlook on the passing of time

12  and also on the responsibilities we have in life.

13  Like Mr. Nakanishi, who is the 17th generation

14  caretaker of his family's tradition, we are all

15  momentary caretakers of a dream that has been

16  unfolding for 249 years, since 1776.  It is the

17  dream of creating a nation with liberty and

18  justice for all.  A dream that has been a beacon

19  of hope for oppressed people everywhere.  Let us

20  continue to try our best to keep this dream alive

21  and the beacon that is America shining bright.

22  Namo mi daotsu.  Let us live with kindness and

23  gratitude beyond words.

24      MEMBER CHEN:  We ask our guests and

25  visitors to remain standing to join us in the
flag salute.  Assembly member Chen will lead us

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                    5

1    in the Pledge of allegiance.

2         MEMBER CHEN:    Thank you.  Mr. Speaker.

3    Please put your right hand over your heart.

4    Ready?  Begin.  I pledge allegiance to the flag

5    of the United States of America and to the

6    Republic for which it stands.  One nation,

7    under God, indivisible with liberty and justice

8    for all, may be seated.  To our guests and

9    visitors.  Today, state law prohibits persons

10   in the gallery from interfering with

11   legislative business.  Legislative proceedings

12   are disrupting the orderly conduct of official

13   business.  Persons disrupting legislative

14   proceedings are subject to removal, arrest or

15   other appropriate legal remedies.  Members, I'd

16   further like to.  State quorum, please.

17   Further like to state that our House rules

18   require us to follow Mason's Manual Sections

19   120 to 126 as it relates to words and tone we

20   use in debating public policy.  On this floor.

21   MASON Section 120 and 121 state in part.

22   Freedom of speech involves obedience to all the

23   rules of debate.  The language used by members

24   during debate should be temperate, decorous and

25   respectful.  No member may indulge in
     personalities.  No member may impugn the

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                6

1    motives of other members or use indecent or

2    profane language.  Members, if you choose to

3    stray from these rules, I will admonish you.

4    And if the violation continues, I will mute

5    your mic and you will forfeit your time.  We're

6    going to be moving on to a vote stage.  Point

7    of order, Mr. DeMaio.

8        MEMBER DEMAIO:  Mr. Speaker, in reviewing

9    the file for today, there are three pieces of

10   legislation that are on the file that are in

11   direct violation of the California State

12   Constitution, rendering it impossible for this

13   body to take up these items.  My point of order

14   pertains to Senate Bill 280, which violates

15   Article 21, Section 2 of the Constitution,

16   which only permits an election on

17   redistricting, on the ones this matter, on the

18   ones of every decade.  The second bill is ACA

19   8.  The third bill is AB 604.  Both of these

20   bills violate section Article 21, section 2G,

21   which expressly prohibits the legislature from

22   taking any action on redistricting as well as

23   adopting any maps.  Finally, a point of order

24   to Assembly Bill 604, which violates Article

25   21, Section 2E, which says, quote, districts
     shall not be drawn for purpose of favoring or

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                    7

1    discriminating against an incumbent political

2    candidate or political party.  It is my

3    understanding that both the governor and

4    members of the legislature have said that they

5    have partisan goals behind these maps.  For all

6    three of these bills.  I ask they be removed

7    from the file immediately and that this body

8    cease violating the state constitution.

9         MR. SPEAKER:  Thank you, Mr. DeMaio.  It's a

10   lot of information.  If you give me just a

11   moment, please.  Thank you for your patience, Mr.

12   DeMaio.  Your point of order is not well taken,

13   Mr. DeMaio.  It's -- let me explain my ruling

14   first and then you are more than welcome to

15   appeal.  All the measures that you've raised are

16   properly before the house pursuant to the

17   constitution.  Do you wish to -- It's been moved

18   and seconded to appeal the ruling of the chair.

19   Clerk will open the roll.  The chair is asking

20   you for an I vote to sustain his ruling.  Mr.

21   DeMaio is asking for a no vote.  All members vote

22   who desire to vote.  All members vote who desire

23   to vote.  All members vote who desire to vote.

24   Clerk will close the roll.  Tally the votes.

25   Eyes, 58.  Nose, 18.  The chair is sustained.
     Assistant majority leader Garcia, you are

1  recognized.

2      MR. GARCIA:  Thank you, Mr. Speaker.  As we

3  move the call, there is no item before, so we

4  will recognize you once we do that.

5      MR. SPEAKER:  Okay.  We're going to be

6  moving to a vote on the consent calendar at the

7  request of the author.  Items 151, SP 482,

8  Weber Pearson has been removed.  Does any

9  member wish to remove an item from the consent

10  calendar?  Seeing hearing none, the clerk will

11  read the second day consent calendar.  Assembly

12  Concurrent Resolution 105 by Assembly member

13  McKenna and others relative to the music

14  industry in California.  Clerk will open the

15  roll.  In the consent calendar, all members

16  vote who desire to vote.  All members vote who

17  desire to vote.  All members vote who desire to

18  vote system.  Majority leader Garcia, you are

19  recognized.  Move the call -- Madam majority

20  leader, you are recognized.

21      MAJORITY LEADER GARCIA:  I request

22  unanimous consent to suspend Assembly Rule 69B

23  to adopt late amendments on ACA 8 revis.

24      MR. SPEAKER:  We're going to dispense with

25  one item at a time.  I'm going to recognize
   leader Gallagher.  Leader Gallagher.  Mr.

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                    9

1  Speaker, the member moved the call.  I don't

2  believe.  There's your point of order, Mr.

3  Gallagher.

4      MEMBER GALLAGHER:  The member moved the

5  call.  I Don't believe anything before us.  The

6  second day consent calendar that you yourself

7  voted on.

8      MR. SPEAKER:  Okay, but what we're going to

9  move on.  I've made the ruling.  This point of

10  order is not well taken.

11      MR. GALLAGHER:  Point of parliamentary

12  inquiry.

13      MR. SPEAKER:  State your point, Mr.

14  Gallagher.

15      MR. GALLAGHER:  We voted on the consent

16  calendar, correct?  That's what approves it.  So

17  I'm confused by what is the --

18      MR. SPEAKER:  Burke did not close the role.

19  Mr. Gallagher.  Okay, Mr. DeMaio, you are

20  recognized.

21      MEMBER DEMAIO:  I withhold consent from the

22  motion.

23      MR. SPEAKER:  Okay, mis -- Mr. DeMaio has

24  requested withholding consent on the majority

25  leader's motion.  We will now open the roll.  A
   majority leader's motion.  All members vote who

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                    10

1    desire to vote.  Majority leader is asking for a

2    aye vote.  Mr. DeMaio is asking for a no vote.

3    Motion was seconded by Mr. Garcia.  All members

4    vote who desire to vote.  All members vote who

5    desire to vote.  Clerk will close the roll.

6    Tally the votes.  Ayes, 58.  No's 19.  The motion

7    carries it.  Okay.  Pursuant to Assembly Rule 69,

8    the amendments were approved by the committee

9    chair and the bill has been amended, is out to

10   print and back on file.  All other amendments on

11   this item that were pending at the assembly desk

12   are no longer in order as they are not drafted to

13   the current version of the measure.  Madam

14   Majority Leader, you are again recognized for

15   your procedural motions.

16       MAJORITY LEADER GARCIA:  Thank you.  I

17   request unanimous consent to suspend the rules to

18   allow Assembly member Berman to take up ACA 8

19   Revis as amended without reference to file for

20   the purposes of adoption.

21       MR. SPEAKER:  Has been moved and seconded by

22   Mr. Garcia.  Assembly member Gallagher, you are

23   recognized.

24       MEMBER GALLAGHER:    I will have my own

25   motion after this motion is dispensed with.
         MR. SPEAKER:  Thank you, Mr. Gallagher.

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                    11

1    Assemblymember DeMaio, you are recognized.

2        MR. DEMAIO:    Withhold consent.

3        MR. SPEAKER:    Okay.    Consent has been

4    withheld.  We will move to a vote.  The clerk

5    will open the roll.  All members vote who desire

6    to vote.  Majority leader is asking for an aye

7    vote.  Mr. DeMaio is asking for a no vote.  All

8    members vote who desire to vote.  All members

9    vote who desire to vote.  Clerk will close the

10   roll.  Tally the votes.  Ayes, 57, nose 20.  The

11   measure carries.

12       MAJORITY LEADER GARCIA:  Gallagher.

13       MR. SPEAKER:  Assembly member Gallagher, you

14   are recognized.  Yeah.

15       MEMBER GALLAGHER:  Mr. Speaker, being that

16   this bill was ACA was just amended, I

17   respectfully request that we re refer ACA 8 and

18   SB 280 to the Judiciary Committee so we can have

19   further vetting of these measures.

20       MR. SPEAKER:  Just a moment.  Okay.  Members,

21   it has been moved and seconded.  Moved by

22   assembly member Gallagher.  Seconded by Assembly

23   member DeMaio.  Clerk will open the roll.  Mr.

24   DeMaio is asking for an aye vote.  Majority

25   leader is Asking for a no vote.  All members vote
     who desire to vote.  All members vote who desire

```
1    to vote.  Majority leader is asking for a no

2    vote.  Mr. Gallagher is asking for an I vote.

3    Clerk will close the roll tally.  Votes ayes, 19

4    no's, 58.  Motion fails.  Mr. Demaio, you are

5    recognized.  Thank you.  Mr. Speaker, I move that

6    we immediately take up AJR 21.  Independent

7    Redistricting Commission Constitutional amendment

8    without regard to file.  There's been.  There's

9    been a motion to suspend the rules by Mr. DeMaio

10   to suspend the constitution without reference to

11   file.  Seconded by assembly member Wallace.

12   Clerk will open the roll.  All members vote who

13   desire to vote.  Majority leader is asking for a

14   no vote.  Mr. DeMaio is asking for an I vote.

15   All members vote who desire to vote.  All members

16   vote who desire to vote.  Clerk will close the

17   roll tally.  Votes ayes, 19.  Nos. 58.  Motion

18   fails.  Assembly member Tungapa, you are

19   recognized.

20        MEMBER TUNGAPA:  Thank you.  I move to

21   suspend the rules to allow ACA 15 to be taken up

22   without reference to file.  Prove you don't have

23   a vested interest.  State your point.  State your

24   point.  Assembly member Ransom.

25        MEMBER RANSOM:  Point of order.  It seems
     that that is out of order, Mr. Speaker.  I
```

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                    13

1  believe earlier when you gave instructions that

2  our comments are not supposed to be directed at

3  anyone's intention.

4      MR. SPEAKER:  Members, we are not in the

5  portion of motions and resolutions.  It is out of

6  order overall to be making motions on items that

7  are not before us.  We have made a motion without

8  reference to file to bring ACA 8 to the floor.

9  You may make points of order and motions on the

10  items that are before this body and nothing more.

11  Assembly member Gallagher, you are recognized.

12      MEMBER GALLAGHER:  Again.  Point of

13  parliamentary inquiry.  I believe we were in

14  motions and resolutions.  That's why the majority

15  leader was making motions.  And the only place

16  that you can make motions like the one that was

17  just passed to bring ACA 8 to the floor is during

18  motions and resolutions now, albeit you haven't

19  put it up there on the screen, which is curious

20  to me, but the only place that we could ever do

21  these kinds of motions is during motions and

22  resolutions.  So I find it unbelievable that

23  you're saying we're not in motions and

24  resolutions right now.  Your point of order is

25  the unbelievability of this.  Yes, that's your
   point of order, that we are actually in motions

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                    14

1   and resolutions and resolutions.  Otherwise.

2   Just a moment, Mr. Majority Leader could not have

3   made her motion.

4       MR. SPEAKER:  Mr. Gallagher, once the

5   majority leader's motion was voted on and

6   approved, and that was.  Consent was withheld and

7   we voted on it as a body.  We are then in the

8   portion where we are dealing with ACA 8 and we

9   must first dispense with ACA 8 before we take up

10  any other bills before this House.  Your point of

11  order is not well taken.  The Clerk will read

12  Assembly Constitutional Amendment 8 by Senate

13  Rebus and others in accolade to redistricting.

14  Assembly member Berman, you are recognized.

15      MEMBER BERMAN:  Thank you, Mr. Speaker.  I

16  rise to present ACA 8.  On behalf of Speaker

17  Rivas, Let me be crystal clear.  We don't want

18  this fight and we didn't choose this fight.  But

19  with our democracy on the line, we cannot and

20  will not run away from this fight.  We're here

21  today because President Trump and Republicans in

22  Texas and other states are attempting to redraw

23  Congressional districts mid decade in an effort

24  to rig the upcoming election.  Just last night

25  the Texas House passed their plan to rig the 2026
    election.  Earlier yesterday, Florida Governor

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                15

1    Ron DeSantis demanded that his state is owed an

2    extra Congressional district right now.  And you

3    know that Trump will do everything he can to

4    fulfill this outrageous request.  Americans and

5    Californians deserve better.  And ACA 8, the

6    election rigging response act is our response to

7    these undemocratic and un American power grabs.

8    ACA 8 allows for the temporary use of voter

9    approved Congressional district boundaries

10   contained in AB604.  Unlike Texas where

11   Republican politicians ram through maps after

12   assigning law enforcement to trail their Democrat

13   colleagues every movement.

14        MR. SPEAKER:  Excuse me, Mr. Berman.

15        MEMBER BERMAN:  By all means.

16        MR. SPEAKER:  Summit member Patterson, stage

17   point of order.

18        MEMBER PATTERSON:  Yes.  Hi the -- Thank

19   you, Mr. Speaker.  Good morning.  State your

20   point of order, sir.  Yes, we have been

21   admonished for mentioning parties on.  Mr.

22   Patterson, state your point of order.  There's no

23   explanation needed.  What is the rule that is

24   being violated?  Your rule that a person speaking

25   may not mention political parties?  I ask that
     the author no longer do that.  That is not a rule

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025                16

1    of this body.  That is a rule of decorum.  The

2    issue with this particular measure is affects

3    political parties.  We're going to allow that

4    today.  What I spoke with earlier was simply that

5    you should not impugn the motives of your

6    colleagues.  Mr. Berman, you may continue.

7        MEMBER BERMAN:  Thank you, Mr. Speaker.  As

8    I was saying, unlike Texas where Republican

9    politicians ramp through maps after assigning law

10   enforcement to trail their Democrat colleagues

11   every movement, it is California voters who will

12   have the final say whether or not these new

13   district boundaries get used.  Because here in

14   California, we respect the will of the voters.

15   After the 2030 census, ACA 8 returns all

16   congressional district line drawing powers back

17   to the Citizens Redistricting Commission.  In

18   addition, ACA 8 calls on Congress to pass

19   legislation and propose a constitutional

20   amendment to the US Constitution to require the

21   use of fair, independent and nonpartisan

22   redistricting in every state across the country.

23   Now, here are some of the arguments we'll hear

24   from our colleagues from across the aisle today.

25   First, this was decided by voters who were
     eligible to vote in 2010, and we don't need to

1    revisit it.  At least half of the voter

2    registration file is totally new in 2025.  Over

3    10 million California voters who did not have the

4    chance to vote on this and have their voices

5    heard in 2010.  Now, you might be wondering, who

6    does that include?  We got a couple of people on

7    the floor today.  My Republican colleagues from

8    Tulare and Clovis, my Democrat colleagues from

9    San Jose and la.  None of them were old enough to

10   vote on this in 2010, and I think they should get

11   the chance to vote on it this year.  They will

12   claim that this costs too much money.  First,

13   there is no cost too high to save our democracy.

14   Second, the return on investment of this election

15   is off the charts.  Something that would make the

16   VCs in my district blush.  Trump and his cronies

17   have terrorized our communities.  They have

18   targeted our world class institutions trying to

19   extract $1 billion from UCLA alone.  They have

20   decimated local economies.  They've even extorted

21   California grown businesses like Nvidia.  And I

22   have not heard one complaint from any colleague

23   from across the aisle to these actions that have

24   cost California billions and billions of dollars.

25   They'll argue that there's no urgency to act.
     Wake up.  The crisis is here and our democracy is

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                    18

1    under attack.  President Trump is taking advice

2    on our democracy from Vladimir Putin, someone who

3    literally kills his political opponents.  And

4    he's not even trying to be quiet about this.

5    He's bragging about this on national television

6    as if it's something to be proud of.  This is the

7    same guy who called elections officials in

8    Georgia and demanded they find him 12,000 votes

9    so he could win the state and stay in the White

10   House.  This is someone who earnestly talks about

11   the possibility of serving a third term as

12   President of the United States and now realizing

13   that his policies are terribly unpopular and that

14   voters will have a chance to express their

15   opposition next year.  He's now trying to rig the

16   election to inoculate himself from the will of

17   the voters and hold on to power.  Now, this

18   wouldn't be a problem if any Republican elected

19   officials had a spine like the Georgia elections

20   officials did in 2020 to say, no, Mr. President,

21   this is un American, this is undemocratic, this

22   is wrong.  And we will not participate in your

23   steamrolling of democracy.  But that Republican

24   elected official no longer exists when it comes

25   between standing up for your constituents, saving
     their health care, saving their food assistance,

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                    19

1    saving their fathers or daughters from being

2    snatched off the streets by masked and

3    unidentified thugs and flown to torture chambers

4    in foreign countries, or basking in the orange

5    glow of Mar A Lago.  Republican politicians in

6    California don't give it a second thought.  They

7    drop to their knees and they do whatever Donald

8    Trump tells them to.  There is currently no check

9    on Trump in Washington, only sycophants who clap

10   like seals at the circus.  Please, somebody.

11   Member Gallagher, you were recognized.  The

12   gentleman is, if I can call him a gentleman, is

13   impugning the character of people on this floor,

14   which you already admonished him and everyone in

15   this room not to do.  So maybe somebody will

16   regulate that decorum.  Assembly Member

17   Gallagher, your point is well taken.  Members,

18   please be careful in your speech not to impugn

19   the motives of other members.  Mr. Berman, you

20   may continue.  Thank you.  Mr. Speaker, there is

21   currently no check on Donald Trump in Washington,

22   D.C.  only people who do whatever he demands that

23   they do.  But not here.  Not in California.

24   California is responding to this emergency by

25   empowering our voters with transparency, with
     respect for our independent commission, but with

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025                    20

1   an unwavering will to act.  I respectfully

2   request your.  I vote on ACA 8.  Thank you,

3   Assemblymember Berman.  Assemblymember Lackey,

4   you are recognized.

5       MEMBER LACKEY:  Thank you.  Mr. Speaker, I

6   appreciate the privilege to share with you a very

7   powerful perspective.  What we're spending time

8   on at this particular moment, to me, is a bit

9   disappointing.  I will tell you that right now,

10  what this body needs is to build trust with its

11  constituency.  Polls have overwhelmingly

12  indicated that there's a lack of trust.  And what

13  we're considering on doing is feeding that lack

14  of trust.  You know, I had a very respected

15  colleague that I spoke with just recently who

16  told me that this is all political.  You can

17  define it as you wish.  But I can tell you, no

18  matter what your position is on this thing, and

19  we're going to be talking a lot about it, and

20  there's going to be a lot of blah, blah, blah.

21  But I'm telling you, when it comes down to it,

22  does this enhance trust with our people?  We all

23  admit that gerrymandering is controlled by people

24  who have something to benefit.  That is not what

25  our people want.  That's been very clearly stated
    by their vote.  So why, no matter what the

1  justification is, why would we engage in behavior

2  that we know is considered unacceptable by those

3  who elect us?  I would Ask for you to please

4  reflect on that, because it's very meaningful.

5  And I know that we can be distracted by a lot of

6  influencers in this institution, a lot of people

7  that we admire and respect.  But when it comes

8  down to it, it's a mirror that we have to respond

9  to.  Please think about that.  Please think about

10  is what we're doing building trust with our

11  constituency.  I think you know what the answer

12  to that is.  When we engage in supporting

13  gerrymandering, please resist it.  And please

14  think about what you're doing.  Thank you.  Thank

15  you.  Assemblymember Lackey.  Assemblymember

16  Wallace, you are recognized.

17      MEMBER WALLACE:  Thank you, Mr. Speaker.

18  Members.  I rise today in strong opposition to

19  ACA 8, not simply because of what it does, but

20  because of what it represents.  ACA 8 represents

21  a tit for tat strategy.  It's a reactive move

22  that erodes our credibility, not just here at

23  home, but on the national and international

24  stage.  If we abandon the independent

25  redistricting process that Californians created,
   we don't just lose a tool, we lose trust.  Our

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                    22

1    citizens.  Redistricting Commission was born from

2    voter demand for fairness and transparency.

3    While drawing our current maps, the commission

4    held hundreds of public meetings, reviewed tens

5    of thousands of comments, and drew maps that

6    reflect people and communities, not politicians

7    and their preferences.  That's not just good

8    governance.  It's a model for the nation.  Some

9    point to Texas as a justification for this

10   proposal.  But California doesn't follow.  We

11   lead.  We don't.  Mere dysfunction.  We set the

12   standard.  Former Governor Arnold Schwarzenegger

13   called gerrymandering the cancer of politics.  He

14   championed the commission because he believed in

15   a system that puts voters first.  That belief

16   still matters.  I urge you.  No vote.

17       MAJORITY LEADER GARCIA:  Thank you,

18   Assemblymember.  Assemblymember Lowenthal, you're

19   recognized from the majority Leader's desk.

20       MEMBER LOWENTHAL:  Thank you, Madam Speaker.

21   I love you, dad.  I've been deeply torn by the

22   national redistricting debate that has engulfed

23   California.  Beyond its vastly consequential

24   political implications, this issue has profoundly

25   impacted me personally, because indelibly seared
     in my consciousness is the memory of my father

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording     on 08/21/2025                    23

1    working tirelessly over decades to create the

2    independent redistricting system about which we

3    now debate.  By way of background, my dad, a

4    community psychologist, was elected to the

5    California state assembly in 1998.  He ran for

6    public office with the principal goals of

7    restoring public trust in political institutions

8    and ensuring that elected officials listened to

9    their constituents.  To effectuate those ideals,

10   he believed that the independent redistricting

11   system was necessary.  So in 2002, on this very

12   floor, he introduced a constitutional amendment,

13   ACA 19 to create an independent redistricting

14   commission.  But his attempt received no support,

15   and it died.  Undeterred, he reintroduced the

16   independent redistricting commission concept once

17   again in the Assembly.  But that effort, too

18   failed.  And then, in 2006, as a state senator,

19   he reintroduced the concept as SCA3, and for the

20   first time ever, the concept of independent

21   redistricting passed one of our bicameral bodies.

22   However, as described by Common Cause quote,

23   somewhere in the one minute walk from the Senate

24   clerk's office to the assembly clerk's office,

25   SCA3 was lost for just long enough to miss key
     deadlines to keep the bill alive.  The SCA's

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                    24

1   failure was devastating, but my dad's unwavering

2   effort paved the way for the electorate to adopt

3   an independent redistricting commission two years

4   later.  But his work did not end there.  Upon

5   going to Congress in 2012, the first piece of

6   legislation he introduced was HR 2978, the let

7   the People Draw the Lines Act.  This legislation

8   would have required that all states establish

9   independent redistricting commissions.

10  Tragically, the legislation was met by political

11  headwinds and died.  But despite that, my dad

12  pressed forward on his quixotic request to

13  establish reform on a national level because he

14  knew that a system in which some states had

15  districts drawn independently and others don't

16  was fundamentally unfair.  Because Congress

17  refused to hold a vote on his measures, he

18  commenced advocating for reform in the courts.

19  In 2015, he led an amicus brief in support of

20  Arizona's right to form an independent

21  commission.  And then in 2017, he led an amicus

22  brief in Gill v.  Whitford, which he asked the

23  Supreme Court to declare political gerrymandering

24  to be unconstitutional, although the Court did

25  not do so, Justice Kagan, in an opinion by
    Justices Ginsburg, Breyer, and Sotomayor, cited

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                    25

1    my dad's brief writing, the congressional brief

2    describes a cascade of negative results from

3    excessive partisan gerrymandering, indifference

4    to swing voters and their views, extreme

5    political positioning designated to placate the

6    party's base and fend off primary challengers,

7    the devaluing of negotiation and compromise, and

8    the impossibility of reaching pragmatic,

9    bipartisan solutions of the nation's problems.  I

10   vigorously agree with the evils of gerrymandering

11   described in my dad's brief and cited by Justice

12   Kagan.  That notwithstanding, because Texas has

13   now shamelessly affected the national balance of

14   power, our nation's democracy is faced with the

15   exigency of existential dimensions.  If

16   unaddressed Texas actions which occurred without

17   the vote of its populace will disenfranchise

18   Californians and we must not allow Californians

19   voices to be silenced.  It is imperative that

20   Californians have a voice in selecting the

21   political party that controls Congress in 2026.

22   The most fundamental concept in our democracy

23   upon which the collective value system is

24   predicated, is fairness.  Californians vote in

25   2026.  Our votes must be made on a level playing
     field.  This constitutional amendment ensures

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                    26

```
1    that we have that balanced field.  We must all

2    continue to press Congress to create a national

3    system that eliminates unconstrained political

4    redistricting.  But until that occurs, fair

5    representation for Californians cannot exist

6    without this measure.  So today I proudly join

7    with my father, the architect of this commission,

8    in urging its temporary suspension.  I

9    respectfully ask for your I vote on ACA 8.

10        MAJORITY LEADER GARCIA:  Thank you,

11   Assemblymember.  Assemblymember Cork Silva, you

12   are recognized.

13        CORK SILVA:  Thank you, Madam speaker and

14   members.  I also stand in support of ACA 8.

15   Colleagues, we are living through a dramatic and

16   historic moment, a moment to stand up for a

17   democracy, one that will shape our future.  For

18   generations across the country, we have witnessed

19   efforts to manipulate district lines, not to

20   represent people, but to cling to power, to

21   silence communities and to steal representation.

22   We saw this in Georgia, where three congressional

23   seats were taken midterm through redistricting.

24   We see it again in Texas, where five seats were

25   carved out at the reque st of President Trump,
     all without giving voters a voice.  But here in
```

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                    27

1    California, we have chosen a different path.  Not

2    to steal, not to rig, not to silence.  We have

3    chosen to let the people decide, to let them vote

4    on the California maps.  The California

5    redistricting plan is about fairness.  It's about

6    trust.  So when critics cry power grab, let us be

7    clear.  The plan is not a power grab.  It is a

8    power return, returning power back to the

9    citizens of California.  We did not start this

10   fight.  We did not force this issue.  It was

11   forced upon us by a president who has threatened,

12   cheated, and tried to steal congressional seats

13   to cling to power.  Do not waste your breath

14   scolding those of us who refused to roll over for

15   partisan maps that divide our communities.  A

16   bully.  And yes, our president acts as one, uses

17   power to intimidate, to harm, and to cheat.  He

18   has shown a pattern of refusing to accept the

19   results of free and fair elections in 2020.  He

20   falsely claimed victory.  When he does not get

21   what he wants, he shouts, he insults, and lashes

22   out like a spoiled child.  If you claim to care

23   about justice and fairness, then answer this.

24   Where is your outrage when states silence voters

25   by carving up districts for partisan gain?  Where
     is your outrage when working families, seniors,

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                    28

```
 1   veterans, and marginalized communities are pushed
 2   to the sidelines and as they will be with the
 3   President's new executive order just this week to
 4   prohibit mail in ballots.  My colleague from San
 5   Diego says actions speak louder than words.  On
 6   this point, we agree.  California's action is
 7   clear.  We are showing the nation how to rise
 8   above partisan bickering and to stand for
 9   democracy.  We are showing that the people, not
10   the politicians, should choose their
11   representatives.  We will not stand idly by as a
12   bully screams and threatens.  We will fight every
13   step of the way to protect our democracy.  Why?
14   Because this is what our nation was founded on.
15   History will remember that when democracy was
16   tested and California chose fairness,
17   transparency and the people's voice.  You can
18   whine and complain or you can stand with
19   democracy, but you cannot do both.  As President
20   Lincoln reminded us, elections belong to the
21   people.  It's their decision.  As Justice Ruth
22   Bader Ginsburg said, real change, enduring
23   change, happens one step at a time.  And as Dr.
24   Martin Luther King Jr.  Taught us, the time is
25   always right to do what is right.  Today,
     California is drawing a line in the sand.  We are
```

1   standing boldly with the people.  And today I ask

2   for your support for ACA 8.

3       MR. SPEAKER:  Thank you, Assemblymember Cork

4   Silva.  Assemblymember top.  You, you are

5   recognized.

6       MEMBER TOP:  Thank you, Mr. Speaker.  I rise

7   in opposition to ACA A.  ACA A seek to destroy

8   democracy and violating California constitution.

9   I think you all heard about my personal story.  I

10  left the country in 1982 at the age of 19 and I

11  came here with my family for freedom.  And until

12  today the country that I Left more than 30 years

13  ago doesn't have any fair election.  The country

14  had been ruled by one party and that party, they

15  make their own laws and they been violated all

16  lost over time.  And it hooked me and my family

17  and my community for what happening here in

18  California.  I still remember two and a half

19  years ago when I took an old office with all of

20  you, my first office here.  We are blessed that

21  we follow California State constitution.  I

22  understand a lot of you have different opinions

23  from the current federal administration and other

24  state.  However, what did we have in our office?

25  We may have different opinions, different ideas,
    but at the end of the day we have one goal, to

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                    30

1  serve the people in California.  California has

2  been very proud of independent citizen commission

3  for the last 15 years.  And for the last several

4  days we have built about election and we didn't

5  have even 30 days for community inputs.  That is

6  outrageous.  Unbelievable.  A lot of president

7  and community members in my district, they've

8  been calling me.  They feel they really

9  frustrated.  They didn't know what to do.  They

10  Asked me what is going on here.  And you all know

11  that in my semi district, heavily, heavily

12  immigrant communities and a lot of us, we came

13  here for freedom.  So we really honor the

14  fairness because the country that we left has no

15  fair election whatsoever.  So I urge you, I urge

16  you all to listen to the will of the people that

17  the people that we've been serving.  Why do we

18  need to follow other state?  We elected by the

19  people who live in California.  We are elected by

20  the people of California.  30 seconds.  With that

21  I ask you to have a no vote on asa.

22      MR. SPEAKER:  Thank you assembly member T.

23  Assembly members Bore, you are recognized.

24      MEMBER BORE:  Thank you, Mr. Speaker.

25  Members, I rise today to express my full throated
    support for ACA 8 members.  We must act today

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                    31

1    with an unfaltering commitment to our democracy.

2    Let's be clear.  Today we are responding to a

3    serious emergency for our country.  Today's vote

4    is an act of patriotism.  The vote today is about

5    protecting health care for millions of our

6    people.  It's about making people feel safe

7    again.  All our people feeling safe again instead

8    of fearing that they'll be snatched off the

9    street with no warning.  It's about protecting

10   reproductive choice and safeguarding our planet.

11   And it's about standing up and fighting an

12   unprecedented and exigent march towards

13   dictatorship.  You know, my dad fought for this

14   country in the Korean War.  He fought and had

15   rheumatic fever and spent his life with health

16   care issues because of that and died an early

17   death.  He enlisted in the Air Force because of

18   his love for our country and his love for our

19   democracy.  He would be turning in his grave and

20   if he understood what Donald Trump was doing

21   today.  When I look into my kids eyes, and

22   hopefully my grandkids eyes in the future, I

23   don't want to regret that we didn't fight hard

24   enough for them.  I want them to know that today

25   was an important day for our country, an
     important day for our democracy, an important day

```
 1   for the United States of America that we love so

 2   much.  I want them to know that we fought for

 3   them, we fought for their future.  We did

 4   everything in our power to assure that they could

 5   live in a democracy in the same way that we have

 6   lived in a democracy for over 250 years, that we

 7   fought for our family, we fought for freedom.  We

 8   must give the next generation and the generation

 9   after that the same benefits of our democracy

10   that we have had.  So on behalf of my father, of

11   my kids, my future grandkids, of all of our kids,

12   of all of our future grandkids, I respectfully

13   ask for an I vote on ACA 8.  Thank you, assembly

14   members.  Boar leader Gallagher, you are

15   recognized.

16        MEMBER GALLAGHER:  Thank you, Mr. Speaker.

17   And I want to start by saying I thank your father

18   for his righteous fight.  And they culminated in

19   the vote of the people that created our

20   Independent Citizens Redistricting Commission.

21   And it's in that spirit that I really want to

22   encourage everybody that we should stick with

23   that.  And I want to start by saying what this is

24   not about.  It is not about Texas.  And actually,

25   you all just conceded that by your vote this
     morning when you amended ACA 8 to take out Texas
```

```
 1    as a condition, and that this bill that you are

 2    voting on right now doesn't have Texas as a

 3    condition and commits California to going back to

 4    gerrymandering.  And you should really think

 5    twice before you go ahead and.  And do that

 6    today.  It's about power.  We know that.  It's

 7    about power on both sides, rigging congressional

 8    districts to get partisan results.  That's what a

 9    gerrymander is.  Now, the governor says it's

10    about fighting with.  Fighting fire with fire.

11    And what I want to submit to you all today is

12    that fighting fire with fire is the problem.

13    It's not the solution.  President Trump is

14    fighting fire with fire.  He saw how government

15    was weaponized against him with a Democratic

16    majority in Washington, D.C.  in his first term.

17    He saw how states like Illinois and

18    Massachusetts, Hawaii, have severely

19    gerrymandered their congressional districts in

20    ways that ensure more Democratic members are

21    elected.  And he seeks to do the same thing in

22    Texas.  He is wrong to do so.  Let me repeat

23    again, he is wrong to do so.  Gavin is fighting

24    fire with fire.  So now he's pushing this

25    redistricting plan, this Gavin Mander, illegally
      against the Constitution, as we pointed out time
```

1   and time again in the committee hearing.  Well,

2   the one committee hearing we had on policy

3   grounds.  He's violating the Constitution and the

4   clear will of the voters who've already spoken

5   twice.  We really don't need to ask him a third

6   time, guys.  Twice they told us they want

7   independent redistricting, fair representation.

8   But where does it end?  You move forward today

9   and you have the power to do so.  You can do

10  that, and Gavin can move forward.  He's a

11  governor.  He has the power.  Greg Abbott has the

12  power.  In Texas.  You move forward fighting fire

13  with fire, what happens?  You burn it all down.

14  And in this case, it affects our most fundamental

15  American principle, representation.  Wasn't that

16  the battle cry of our founding forebears?  No

17  taxation without representation.  But the

18  people's right to representation is exactly what

19  will be sacrificed when we continue down this

20  road.  When after you do it Missouri does it or

21  Indiana does it.  Colorado is talking about doing

22  it.  At the end of that, the parties will

23  determine who represents and the people will be

24  powerless to elect their own representatives.

25  And we've already seen evidence of that in how
    some of these districts are proposed to be drawn.

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                          35

```
 1   There's really only one way to stop it.  Someone
 2   has to refrain from striking back and show a
 3   better way.  And with that, I would like
 4   permission to read some very wise words that I
 5   think will be without objection.  Without
 6   objection.  You have heard it said, an eye for an
 7   eye and a tooth for a tooth.  But I say to you,
 8   do not resist the one who is evil.  But if anyone
 9   slaps you on the right cheek, turn to him the
10   other also.  30 seconds.  You have heard that it
11   was said, you shall love your neighbor and hate
12   your enemy.  But I say to you, love your enemies
13   and pray for those who persecute you, so that you
14   may be the sons of your Father who is in heaven.
15   For he makes the sun rise on the evil and the
16   good, and he sends rain on the just and the
17   unjust.  You, therefore, must be perfect, as your
18   heavenly Father is perfect.  Today I'm submitting
19   to you, Let us turn the other cheek.  Let us show
20   the better way.  What more powerful statement
21   will we have if Republicans and Democrats
22   together said, enough is enough?  We're not going
23   to do this.  And Texas, you shouldn't do it
24   either.  Thank you, Leader Galvan.  One last
25   point.  I'm sorry.  Our democracy will persist as
     long as we fight back.  And if there is one
```

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                    36

1    weakness that we have right now in our republic

2    is that legislators are not standing up to

3    executives of their own party.  Thank you, Leader

4    Gallagher.  And that's what we need to do.  Thank

5    you, Leader Gallagher.  Assemblymember Carrillo,

6    you are recognized.

7        MEMBER CARRILLO:  Thank you, Mr. Speaker and

8    members.  I rise in support of ACA 8.  This is a

9    rough position that our country and our democracy

10   is in these days.  Leaders in D.C.  and across

11   the country have time and time again proven that

12   they are willing to bend, stretch, and outright

13   break the law if it means they are gaining more

14   power.  They are unashamedly trying to change the

15   rules in the middle of the game, undermine our

16   institutions.  And chess flat cheat because they

17   know that is what it will take for them to have a

18   chance to win.  I urge you to support this

19   measure to give our constituents and our state a

20   chance to fight with even odds.  If at halftime

21   one team decides they're going to play the second

22   half with 15 players instead of 11, we can

23   disagree and cry foul all we want, but we will

24   Play the second half by the same old rules.  With

25   11 players, we put our team and the people we're
     playing for at a huge disadvantage.  And for

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                    37

1    what?  Pride?  Principle?  No members.  There is

2    far too much at stake.  They have made that

3    painfully clear.  Obviously, all of us on this

4    floor would rather not be spending our time on

5    this issue.  There is certainly no shortage of

6    pressing issues our constituents need us to

7    address.  But the unfortunate reality is that

8    this president has manufactured this issue.  And

9    I would argue that there is no issue more

10   pressing than ensuring Californians get the

11   opportunity to play by the same rules as the rest

12   of the country, even if we don't like what those

13   rules are.  Members, I urge you.  I vote on AC8A.

14   Thank you.  Thank you, Assembly member Carrillo.

15   Assembly member Mark Gonzalez, you are

16   recognized.

17       MEMBER GONZALEZ:  Thank you.  Mr. Speaker

18   and members, I rise today in strong support of

19   ACA 8, the map that leads to you.  Because this

20   is not just about redistricting.  It is about the

21   survival of our democracy.  I was born in

22   McAllen, Texas, where voter suppression wasn't

23   theory, it was reality.  I saw neighbors turned

24   away at the polls.  I saw families silenced.  I

25   saw entire communities erased from the map.  As a
     Latino, I know exactly what it looks like when

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                          38

1    politicians draw racist maps to hold power.  When

2    they decide some voices count and others do not.

3    That memory never leaves you.  And now I see

4    Trump and his allies running the same playbook

5    across Texas, across Florida, across this

6    country.  They cannot win on ideas.  They cannot

7    win on compassion.  They cannot win on the

8    merits.  So what do they do?  They change the

9    rules.  They rig the lines.  And as our Texas

10   Democratic colleagues said yesterday, they shield

11   their racism with their party line.  That is not

12   patriotism.  That is oppression with a ballot in

13   its hand.  This is an emergency.  Trump has

14   already shown us the length he will go.  He sent

15   ICE agents to the schools where our children

16   learn, the churches we pray, the fields where we

17   work to intimidate, to divide, and to silence

18   dissent.  He weaponized fear against immigrant

19   families because he knows cruelty is cheaper than

20   compassion.  He tore families apart not to keep

21   our country safe, but to score political points.

22   California protects families.  We do not divide

23   them.  And look at health care.  Trump's big,

24   ugly bill ripped $900 billion out of Medicaid

25   just to line the pockets of the wealthy few.
     That is not reform.  That is robbery.  It

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                    39

1    threatens coverage for 3 million Californians,

2    puts our seniors at risk, and sends rural

3    hospitals to to their graves.  Seniors, children,

4    working families left with nothing.  That's not

5    policy.  That is punishment.  This is life and

6    death.  And yet, while they strip our people of

7    health care while they weaponize immigration

8    raids, while they tilt the scales of democracy.

9    What they fear most is not us.  What they fear

10   most is the people.  This is why ACA matters.

11   This measure does not force maps on anyone.  It

12   gives California a choice.  It lets the people

13   hold the pen and draw their future.  So I ask,

14   why are Republicans so afraid of the people?  Why

15   are they so afraid of democracy itself?  Every

16   state in America should have independent

17   redistricting.  Every voter should have a choice.

18   But until they do, California cannot and will not

19   play the by rigged rules.  If Texas wants to

20   carve up districts to keep their wannabe dictator

21   in power, we will not bow.  If Florida wants to

22   silence voters of color, we will not sit quietly.

23   Because when democracy is attacked, silence is

24   surrender.  And California has never been and

25   will never be a state that surrenders.
     California will fight back.  Because this is not

Case 2:25-cv-10616-JLS-KES    Document 28-2    Filed 11/13/25    Page 160 of 991
Page ID #:619
IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                    40

1   just about the maps.  This is about dignity.

2   This is about whether a Latino child in Texas, a

3   black family in Florida, or an immigrant

4   community in California has a voice in their own

5   democracy members.  History is watching.  Our

6   communities are watching.  And they will remember

7   not just what we said in this chamber, but

8   whether we had the courage to act.  ACA 8 is that

9   act.  It's not just a bill, it's shield.  A

10  shield against racist maps, a shield against

11  voter suppression, A shield for democracy itself.

12  It's not just a policy.  It's a promise.  A

13  promise that democracy in California will not be

14  dictated by the hand of tyranny, but written by

15  the will of the people.  I did not come to this

16  floor, like many of you, with the polite request.

17  I came with a call.  A call to conscience, a call

18  to courage and a call to history.  Democrats

19  fight to survive.  Republicans fight to dominate.

20  And when you fight to dominate, you stop at

21  nothing.  You cheat, you rig.  You kill democracy

22  in the process.  Because democracy may bend, but

23  here in California, it will not break.  Not on

24  our watch.  Not on this floor, not in this state.

25  Sisas Pueda, I respectfully ask for your.  I
    vote.  Thank you, Assemblymember Mark Gonzalez.

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                    41

1    Assemblymember Banta, you are recognized.

2        MEMBER BANTA:  Thank you.  Mr. Speaker and

3    members, I rise today on behalf of the

4    Beautiful people of 8018 of Oakland, Alameda

5    and Emeryville, and as a proud co author of

6    AC88, which would allow each and every

7    Californian the opportunity to weigh in on our

8    very future.  The President and the

9    Congressional majority have been so focused on

10   implementing the deeply unpopular policies of

11   Project 2025 that they forgot about the will

12   and needs of the people that they serve.  Since

13   the policies of the federal administration and

14   that majority are so incredibly unpopular, they

15   decided they needed to rewrite the rules to

16   win.  From Texas to Florida to Indiana, this

17   administration is pressuring governors to

18   create new red districts to silence Americans

19   nationwide.  ACA 8 is a direct response to the

20   life threatening policies that Trump and this

21   majority Congress have taken.  And this AC8 is

22   our opportunity, the people's opportunity to

23   empower Californians to neutralize that threat.

24   Californians are witnessing for the firsthand

25   the very devastating effects of this
     presidency.  That's why we must treat this like

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                    42

```
 1    the emergency that it is now.  Illness and
 2    suffering have no party preference.  And the
 3    lives of people in these districts are our
 4    collective responsibility.  So I want to remind
 5    you, as chair of the Assembly Health Committee,
 6    what is at stake.  Just this week, our
 7    committee has gotten to hear from the public,
 8    from our agencies, from health care facilities
 9    across the state, from our advocates, what HR1
10    Trump's big ugly bill will have, what kind of
11    impact that will have, how it will ensure that
12    $900 billion in Medicaid funding to pay for tax
13    breaks for the ultra wealthy.  How these tax
14    cuts will take care of out of reach, take care,
15    out of reach of many of our seniors, children
16    and families.  How over 3 million Californians
17    could lose their medical coverage under the new
18    Republican  provisions passed.  How over 100
19    Planned Parenthood clinics across the state may
20    be forced to close their doors, robbing 22,000
21    people a month, a month of reproductive care,
22    STI testing, cancer screenings of women's
23    health care, and put out of reach for decades,
24    for the first time, over 1 million Californians
25    who rely on those services annually.  Let's be
      reminded of the fact that our hospitals are
```

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                    43

1    rural hospitals as well.  Kern Valley

2    Healthcare District, Oroville Hospital,

3    Fairchild Medical center, and the countless

4    other healthcare facilities that are scraping

5    by as the Trump cuts away at crucial funding

6    for them.  How this impacts every single one of

7    our health care systems, decimating our ability

8    to provide care for millions of Californians.

9    So when we talk about what is at stake today,

10   what is at stake is the very lives of our

11   constituents.  We cannot be mistaken about

12   that.  So today we must ensure that every

13   Californian has the ability to be protected, to

14   be represented in Congress, and to continue to

15   stand up against the attacks on our democracy

16   wherever they may rise.  And I just have to say

17   this as a woman, the never ending executive

18   orders, the insistence on basically taking us

19   back to a time when women have no voice, when

20   our people have not the ability to love who

21   they want to love and marry who they want to

22   marry and have that be recognized and be able

23   to have the care that they need, whether that

24   be abortion care or basic health care.  That is

25   the world that this majority Congress is trying
     to turn us back to.  And I absolutely refuse to

1    stand here on this green carpet and let

2    Congress and this Trump administration do that

3    to us, do that to Californians, do that to this

4    country.  So make no mistake.  We are taking

5    these actions because we are in unprecedented

6    times.

7        MR. SPEAKER:  30 seconds.

8        MEMBER BANTA:  Absolutely.  And we must

9    take protective action with that.  I

10   respectfully ask for your.  I vote on ACA 8.

11       MR. SPEAKER:  Thank you, Assemblymember

12   Banta.  Assemblymember Di Maio, you are

13   recognized.

14       MEMBER DI MAIO:  Thank you, Mr. Speaker.

15   Gavin Newsom's corrupt redistricting scheme is

16   worse than snake oil.  It's arsenic to our

17   democracy.  You stand here, he's out there

18   pontificating that in order to save democracy, we

19   must destroy it.  In order to empower the people,

20   we must silence them and strip power from the

21   Citizens Redistricting Committee.  No one is

22   going to fall for this.  The voters want citizens

23   to draw the lines, not politicians.  You sit here

24   and say, let the voters decide.  They have

25   already decided in 2010 over your objection, over
     the political class's objection.  They gathered

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                    45

1    signatures and they put an initiative on the

2    ballot that said, enough is enough.  No more

3    gerrymandering.  They saw the ill that

4    gerrymandering represents to our democracy.  They

5    saw the corruption.  They saw the lack of

6    transparency.  They saw the bribery, the vote

7    rigging, politicians carving out communities,

8    silencing voices.  And they said, enough.  No

9    more gerrymandering.  In California, our voters

10   are just.  Well, they're more advanced than other

11   states voters.  They got it right a lot earlier.

12   They gave us a gold standard in the Citizens

13   Redistricting Commission.  And what you're doing

14   is saying, no, we don't care what they said in

15   2010.  We are not listening to them.  What they

16   voted for, to strip this body of the power that

17   you are now apparently exercising in violation of

18   the state constitution.  The fact that we're even

19   talking about redistricting on this floor today

20   is a violation of the oath to uphold the state

21   constitution.  The fact that we're voting on a

22   map today purportedly drawn up by the

23   legislature, it's in violation of Article 21.

24   You don't possess the authority to do this.

25        MAJORITY LEADER GARCIA:  The voters already
     decided and took you..

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                     46

1          MR. SPEAKER:  Out of the process.  But here

2   we are today.  Here we are today violating the

3   state constitution by even voting on these three

4   items.  You know what we've witnessed in the last

5   three weeks?  This circus is exactly underscoring

6   the wisdom of the voters in 2010.  Let me go

7   through the differences between what they created

8   with the independent citizen redistricting

9   commission and what all of you have shown you're

10  capable of in the last three weeks.  Citizens

11  draw the map under the citizens redistricting

12  process.  Under this process, politicians are

13  manipulating the lines under the redistricting

14  commission that the citizens created.  All of

15  their meetings are open meetings.  Under their

16  rules, the commissioners are barred from having

17  any conversation ex parte.  You lawyers in the

18  room know what that means.  You're not allowed to

19  take proposals or talk about lines or draw maps.

20  All the map drawing occurs in real time on

21  camera, in open session.  We know that these maps

22  were drawn behind closed doors by a bunch of

23  political consultants and yet none of you are

24  willing to put your names or reveal the names of

25  who drew the maps.  The citizens commission has
    to do it on a nonpartisan basis.  You are openly

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                    47

1    admitting you're doing it for partisan advantage.

2    Citizens on the Assembly Member DeMaio.  Assembly

3    Member DeMaio, you're out of order.  Please do

4    not impugn the motives of members.  Thank you.

5    Citizens on the redistricting commission are

6    barred for 10 years for seeking from seeking any

7    election, county, state or federal.  We know that

8    legislators that are involved in this process are

9    actively preparing campaigns to run for these

10   districts.  The citizens process created

11   competitive districts where voters voices are

12   paramount and determine the outcome of the

13   election.  The maps that you're trying to impose

14   are not competitive.  And in fact, you take rural

15   voters and you shove them in with urban voters to

16   dilute their voice.  How undemocratic.  You want

17   to talk about stripping people of their voice?  I

18   heard my colleague from Los Angeles and many of

19   you say we're doing this to protect health care.

20   30 seconds.  We're doing this because California

21   is losing money.  I wish you fought harder to

22   solve the problems of this state.  As hard as

23   you're fighting for some of these congressional

24   districts for yourself and your colleagues.  I

25   wish you would fight to actually solve real
     problems happening here in California that

1    actually matters.  Look, the voters are

2    ultimately going to be forced to decide this

3    again.  I think that once they understand what's

4    going on, they will vote you down.  Now, I know

5    you're trying your hardest with a dishonest

6    ballot title.  Thank you, Assemblymember.  To

7    deprive them of a Fair office.  Assemblymember

8    DeMaio.

9        MEMBER DEMAIO:  Thank you, Assemblymember

10   Summit.  Member Schultz, state your point of

11   order.  Yes, I would strongly encourage my

12   colleague to adhere to the rules of this body.  I

13   have a copy of those rules if you'd like to Read

14   it.  Thank you, Mr. Speaker.  Thank you.

15   Assembly Member Schultz.  Point is well taken.

16   Assembly Member Bryan, you are recognized.

17       MEMBER BRYAN:  Thank you, Mr. Speaker and

18   colleagues, I rise in strong support of ACA 8.

19   And like at least 2/3 of you in this room, I read

20   the constitutional amendment which makes it very

21   clear that we are not approving any maps in this

22   body.  We are giving the voters the decision.

23   Something that isn't happening in Texas.  And

24   even doing that was something we had to debate

25   fiercely.  California's responsibility to
     Californians and Californians responsibility to

```
 1   this country.  We didn't want to be in this

 2   situation.  The authoritarian in the White House

 3   put us in this situation when he used House

 4   Republicans in Texas to disenfranchise vulnerable

 5   people.  After those maps in Texas are approved.

 6   A Latino voice in Texas is worth one third of the

 7   representation as a white voice.  A black voter

 8   in Texas is worth one fifth of the representation

 9   of a white voter in Texas.  I didn't say three

10   fifths.  There was no compromise.  I said one

11   fifth.  That is the kind of gerrymandering, that

12   is the kind of theft that they are perpetuating.

13   And we can't just sit by and let it happen.  We

14   won't just sit by and let it happen.  But that

15   doesn't mean we lose ourselves.  That's why when

16   I was chair of the Elections Committee, I

17   authored an update to the Fair Maps act that

18   prevented incumbency from being a consideration

19   in map drawing.  And every single Republican on

20   this floor voted against it.  That's why I

21   authored legislation calling for independent

22   redistricting commissions on school boards and

23   counties and special districts all throughout the

24   state.  And every Republican in this House voted

25   against it.  How convenient to switch your tone
     when you are now on the line.  When we are
```

```
 1    stepping up and speaking the way Californians

 2    deserve for us to stand up and fight.  Because we

 3    are tired of of being the punching bag of this

 4    country.  When we freely give.  When North

 5    Carolina is on fire, we show up.  When a

 6    hurricane hits Florida, we show up.  When Texas

 7    is flooding, we show up.  We don't wait for

 8    Canada and Mexico to show up first like Texas did

 9    supporting Los Angeles this year, we come

10    immediately.  When we pay $80 billion more in

11    federal taxes than we get back, we don't

12    complain.  We know our role is to support others.

13    And when the biggest disaster to ever hit our

14    state hits and we ask for a portion of our own

15    dollars back and you withhold it, we have to

16    change our tone.  We have to step up.  Because

17    your silence is deafening.  When they took health

18    care and food and veterans assistance and they

19    made it harder for students to go to college and

20    they put trillions of dollars in national debt.

21    And you said nothing.  That forced us to step

22    into the void when they held our number one

23    public university hostage for a billion dollars

24    of California tax dollars.  And you have said

25    nothing.  We had to step into that void.  You
      talk about fighting fire with fire and how we
```

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025              51

1   shouldn't do that, while simultaneously a member

2   of your own caucus just yesterday asked the

3   Department of Justice and Pam Biondi to

4   investigate us criminally.  I took that

5   personally that you didn't say anything.  We are

6   not just going to sit by and let our democracy

7   crumble here in California.  We're standing on

8   business.  And I respectfully ask for your I vote

9   Assemblymember Bryan.  Assemblymember Gibson, you

10  are recognized.

11         MEMBER GIBSON: Thank you very much, Mr.

12  Speaker.  That was a mic drop.  I wasn't going to

13  say anything, but two of my colleagues just said

14  something about being silent that caused me to

15  reflect on what I said on this floor over the 11

16  years that I've been on this floor.  And let me

17  just say, and just repeat what I said since I've

18  been on this green carpet from Dr. Martin Luther

19  King Jr.  Life begins in life.  Life begins the

20  moment you start being silent about the things

21  that matter.  In the end, you will not remember

22  the words of your enemies, but the silence of

23  your friends.  So being on this floor today, I

24  cannot sit by and be silent on the things that

25  matter.  This is a defining moment in history in
    California.  So I know we referenced our governor

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                52

```
1    multiple times on this floor, but I am proud of

2    Gavin Newsom, who had the courage to stand up and

3    be bold when a lot of governors refuse to stand

4    up and be bold to stand up and let California to

5    stand up and be bold and be courageous in this

6    moment, saving democracy.  Understand this, that

7    our democracy in the United States is on life

8    support right now.  And it takes courage, courage

9    to stand up and be counted.  We are in a defining

10   moment in America.  And I am so proud to be a

11   member of the California state legislature right

12   now that no other state is being.  Is standing up

13   and being counted.  When this president, I am

14   embarrassed.  I am embarrassed to even call him

15   president.  Picking on the most vulnerable people

16   among us, sending in ice ages to snatch our

17   students wearing masks.  That's what happened in

18   third world countries.  How can we not stand up

19   and do what we're doing?  It's about a third

20   term.  Doing something that no other president

21   dared to do.  It's about taking back.  It's about

22   changing the Constitution of the United States of

23   America and make no mistake about it, they didn't

24   hide what they were trying to do.  Right now,

25   it's about Project 2025.  And it's been said time
     and time again, if California do not do this, we
```

1    are just handing over the Constitution of the

2    United States of America.  And it started with

3    the United States Supreme Court.  It is about our

4    human rights.  So to my colleague who's not here,

5    who talks about the phone calls that he received

6    and it's about him coming to this country, well,

7    it's about the little old ladies who fought in

8    the 60s and the 50s in order to get human rights,

9    civil rights, women's rights, LGBTQ rights in

10   this country, who can right now be taken away

11   from us in this country, in the United States of

12   America.  It's about the next generation that we

13   may not even have any black people serving in

14   office to have representation.  It's about 10

15   African American members of Congress that could

16   be wiped away in Congress if we don't stand up

17   and be counted.  And California stands in the way

18   of that happening.  So we cannot afford not to do

19   anything.  So I'm proud of Speaker Revis standing

20   up and being counted and being bold and being in

21   this time, making sure that California is

22   counted.  It's about making sure that, that we

23   stand in the way of this man and his power.  So,

24   yes, it's about ACA 8.  It's about us walking out

25   of this room today and holding our head up high
     for the next generation.  30 seconds.  We can

```
 1   make a difference, and we shall make a

 2   difference, making sure that we save the

 3   democracy for not only for the next generations

 4   who will sit in this seat, stand on this floor,

 5   but it's about our grandchildren and the legacy

 6   that we will leave behind.  So I'm asking for the

 7   54 courageous Democrats because we already know

 8   what the other side won't do with a strong I

 9   vote.  Thank you, Assemblymember Gibson,

10   Assemblymember Dixon, you are recognized.

11        MEMBER DIXON:  Well, a lot has been said.

12   It's been a very emotional morning, I think, to

13   bring the temperature down.  I'm struck by what

14   we're trying to do today with HC8, and I

15   respectfully am opposed to it.  A lot of things I

16   was going to say have already been said just to

17   remind everyone, the independent, and thanks to

18   your father, Mr. Speaker, the best words were

19   said about the independence of a citizen driven

20   committee to decide to draw the lines of the

21   vote.  So all this talk today about democracy

22   does not do honor to Congressman or state Senator

23   Lowenthal and Congressman Lowenthal, who fought

24   for the rights of the people to have a voice in

25   our democracy.  What strikes me is in yesterday,
     if I may read a portion of an editorial on the
```

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                    55

```
1    Wall Street Journal, Mr. Speaker.

2         MR. SPEAKER:  Without objection.

3         MAJORITY LEADER GARCIA:  I'm a real

4    practical, pragmatic person, so I'm seeing where

5    problems happen and how we can fix problems.  So.

6    So the supermajority in this legislature is

7    speaking in loud terms, often rude, about

8    democracy.  You have democracy in your hands.

9    You are in the super majority.  It's the minority

10   that is concerned about democracy and the signs

11   of a lack of democracy.  When commissions are

12   being ignored, the voters are being ignored, the

13   people are being ignored, the people who.  Who

14   want their voices heard in an independent way.

15   Yesterday's Wall Street Journal said, and I

16   quote, the real House.  This is the House of

17   Representatives, Congress.  We were just making

18   reference to democratic nightmare.  This is all

19   about numbers.  Democrats could lose 10 seats in

20   2030 because voters are fleeing the blue states.

21   Remind us all, California is a blue state.  So

22   let me give you the numbers.  Start with the

23   numbers.  Between 2020 and 2024, California lost

24   1.4 million people.  And where did they go?  They

25   may have gone to Kansas.  That is larger than the
     population of Kansas have left California.  And
```

1   that resulted in 2020 in the loss of four
2   congressional seats in California.  So you're
3   fighting, the super majority is fighting to
4   protect seats that you think are going away.
5   You've already lost them.  Why did you already
6   lose those four seats?  And why are you
7   continuing?  Why is the other party continuing?
8   Why is California losing population?  Why is that
9   affecting California?  And the projection is in
10  2030, California will lose four more seats.
11      MR. SPEAKER:  Why?
12      MAJORITY LEADER GARCIA:  And also an
13  additional fact I did not know.  Between 2020 and
14  2024, California's population under the age of 18
15  shrank by 523,000 people.  We have to ask
16  ourselves, why are people leaving California?
17  It's because of laws that have been enacted in
18  this state in the last 15 years that have driven
19  out business, that driven out people for reasons
20  related to education, the quality of education,
21  quality of safety in our communities.  They have
22  left the state.  They're going to other states,
23  whether it's Texas, whether it's Ohio, whether
24  it's Florida, whether it's Nevada, they're going
25  to other states because they do not like the
    policies that are coming out of this state.  So

1    until California and its representatives in this

2    body begin to realize what is not connecting with

3    the laws that are being passed and the people,

4    the voters of California, all this histrionics

5    today, all this, the sky is falling.  Chicken

6    Little.  Democracy is failing.

7        MR. SPEAKER:  30 seconds.

8        MAJORITY LEADER GARCIA:  Democracy is Being

9    saved by people who realize it's not being

10   represented by, by the super majorities that have

11   been holding power in this state for the last 10

12   or 15 years.  Look at our policy.  But we can

13   find $250 million for a special election when

14   health care, when community safety, Prop 36,

15   wildfire management wiped off out of the budget.

16   But $250 million magically appears to protect

17   democracy.  Democracy starts here.  Keep people

18   in California, keep our businesses in California,

19   keep our families in California, and you know

20   what?  You'll have more votes probably, and more

21   congressional representation.

22       MR. SPEAKER:  Thank you, Assemblymember

23   Dixon.

24       MAJORITY LEADER GARCIA:  Thank you very

25   much.
         MR. SPEAKER:  Assemblymember Jackson, you are

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                    58

1   recognized.

2       MEMBER JACKSON:  Thank you very much.  Mr.

3   Speaker.  Permission to have a prop.  Mr.

4   Jackson, we are not going to allow props today.

5   Not a problem.  Mr. Speaker, I wanted to rise

6   because it's hard to have a thorough discussion

7   or debate in which today has been a very good

8   debate.  When we talk about the role of

9   democracy, it simply cannot happen without a real

10  consideration and a real review of our U.S.

11  constitution and the Federalist Papers themselves

12  to understand the real wisdom of our founders and

13  just how much thought they put into all the

14  different checks and balances that were necessary

15  to ensure that this democracy can hold.  And one

16  of those things is found in the Federalist Papers

17  number 10, where Madison specifically talks about

18  the roles of the state.  And over 200 years ago,

19  Madison said that there will be a time where a

20  fractious leader will emerge and that fractious

21  leader will begin to do things to consolidate

22  power.  There will be a time when the executive

23  and the legislative and the judiciary fail their

24  constitutional responsibility to properly provide

25  a check and balance.  So Madison says, therefore
    is now up to the states to provide yet another

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                    59

```
 1   stopgap to begin to hold on to slow down this
 2   fractious movement until the next election cycle.
 3   So there is something special that we are doing
 4   today.  There is something very constitutional
 5   that we are doing today to ensure that we do our
 6   part of having the most fair election process as
 7   possible given the circumstances of the nation.
 8   And then in the Federalist Papers number 16,
 9   Hamilton says that at the end of the day, when
10   our three branches of government may fail, even
11   the actions of states may fail.  But Hamilton
12   says something beautiful.  He says when it all
13   else fails, that the number one protector of our
14   democracy he calls the natural guardians.  And
15   those natural guardians are the people
16   themselves.  And so an assembly constitutional
17   amendment says the legislature has a
18   recommendation for you natural guardians that we
19   believe is important enough for you to consider.
20   But at the end of the day, this democracy is not
21   ours.  We are only your representatives.  At the
22   end of the day, the democracy and the
23   preservation of this democracy lies in your
24   hands.  30 seconds.  Therefore, there's nothing
25   more democratic, there is nothing more
     constitutional, there is nothing that fulfills
```

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                    60

1    both the letter and the spirit of our democracy

2    than to allow the people of California to make

3    the final say.  I respectfully asked for an I

4    vote.  Assemblymember Jackson, Assemblymember

5    Bennett, you are recognized.

6         MEMBER BENNETT:  Thank you very much, Mr.

7    Speaker.  There have been many powerful, logical,

8    cogent arguments made today.  And so I hope my

9    humble comments can just add a little bit.  I

10   would like to direct my comments to those

11   democratic advocates in our state who are

12   questioning whether this is the right move for us

13   to make, who are wondering whether this political

14   effort to counter Texas is the appropriate thing.

15   But I'd like to say to them, let's put this

16   moment in national perspective, let's put it in

17   global perspective, let's put it in historical

18   perspective, and that is that there's always been

19   a fundamental question, how do you transfer

20   power?  How do governments transfer power?  And

21   it can be done by violent brute force or it can

22   be done by democratic actions.  And our founding

23   fathers, to their great credit, and I wish there

24   were mothers there also, right, they sent us down

25   on a path where we transfer power peacefully by
     following certain democratic rules and norms as

1    we move on.  And following those rules has been

2    essential for us as we move.  But today, in the

3    world, in this country and in the world, we have

4    autocrats that are desperately trying to

5    consolidate their power by weakening democracy,

6    by changing the rules of the game.  And so to my

7    friends out there that are questioning whether

8    this is the right move, I want to say autocrats

9    are counting on you to stand by and say, you

10   know, I like the old rules.  I want to play by

11   the old rules.  I don't like the new rules.  And

12   they're counting on you to do that while they

13   consolidate power with their new rules.  And it's

14   a false scenario to say that we can defeat that,

15   that we can win by holding onto the old rules

16   while somebody consolidates power.  A few decades

17   ago, Russians had a democracy, but Russians lost

18   that democracy as autocrats and the oligarchs

19   consolidated power.  They only have to get enough

20   to be at a tipping point.  And now, today, and I

21   want to compliment my colleague across the aisle

22   who admitted that what Texas is doing is wrong.

23   I really admire that.  But turning the other

24   cheek is not the way to fight this particular

25   situation.  Russians turn the other cheek and
     they no longer have the ability to fight back.

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                    62

```
1    Today, Texas is changing the rules in a way that
2    weakens California's ability to have input on who
3    controls the vast powers of the federal
4    government.  If Californians don't take this
5    opportunity to block Texas's action, we come one
6    step closer to losing our ability to block the
7    autocrats and the oligarchs out there.  We come
8    one step closer to becoming a country dominated
9    by those oligarchs.  One step closer to letting
10   intimidation, deceit, and false outrage that's
11   paid for by the oligarchs with media outlets that
12   put daily false outrage that appeals and confuses
13   the voters of the United States.  And we come one
14   step closer to that kind of society if we don't
15   take this very important step to counter this.
16   Because once you lose, once you cross that
17   critical threshold, you may never be able to go
18   back to what we had.  So, to my dear friends that
19   are out there that have contacted me and say, I
20   don't know, I hope you will remember and keep in
21   mind the historical moment that this is here
22   today.  30 seconds.  Thank you very much.  I'll
23   cede my 30 seconds and respectfully ask for the.
24   I vote on AC8.  Thank you.  Thank you, Mr.
25   Bennett.  Members, the drilling that you hear is
     not inside your head.  It's actually taking place
```

1   in the construction.  I want to remind all

2   members that is not picked up on your

3   microphones.  Please continue.  Assemblymember El

4   Hawari, you are recognized.

5       EL HAWARI:  Good morning, Mr. Speaker and

6   members.  I rise in support of ACA 8 because the

7   only reason we're here today is Donald Trump.

8   And Republicans are terrified of voters.  They

9   know people aren't buying their lies, so they're

10  trying to rig the rules and cheat the game.  At

11  the same time, Trump has weaponized immigration

12  to create fear.  And what did Republicans in

13  Washington do?  They responded by giving ICE more

14  money to tear even more families apart.  In my

15  district, that means neighbors who are being

16  racially profiled, American citizens who are

17  picked up by federal agents just for the color of

18  their skin.  It means families who are too scared

19  to leave their homes.  Families like my own, my

20  Guatemalan mother and my Mexican stepfather, both

21  American citizens who are afraid to leave their

22  home because this is not about democracy.  It's

23  about intimidation and it's unconstitutional.

24  And now Trump is repeating some of the ugliest

25  times in our nation's history.  He wants a census
    that excludes undocumented immigrants, the same

1    way they tried to ensure that enslaved people

2    were not fully counted back when they first

3    created the Constitution.  And as if that were

4    not enough, he's also pushing to cancel mail in

5    ballots, silencing millions of voters who depend

6    on their right to vote.  To those on the other

7    side, explain how silencing voters is the same

8    thing as protecting them.  Or is it just about

9    protecting your power at the federal level?  So

10   when Republicans stand up here talking about

11   transparency or protecting voters, don't be

12   fooled.  The truth is, the crisis started in a

13   Republican state, Texas lit a match, and

14   California is simply leveling the playing field

15   instead of waiting until Abbott and Trump burn

16   our own house down.  ACA 8 does not give us an

17   advantage.  It gives us fairness.  And let's not

18   forget, this is going to the voters.  So if you

19   are opposing this, you.  You are siding with

20   hypocrisy and voter suppression because you want

21   to talk about what's unconstitutional.  You only

22   want to talk about what's unconstitutional when

23   it comes to what you believe is happening in

24   California.  But when it's the United States of

25   America, you're okay with Trump mandering and
     Trump pandering.  I urge an I vote.  Thank you.

1      MR. SPEAKER:  Thank you, Assemblymember El

2    Hawari.  Assemblymember Gabriel, you are

3    recognized.

4      MEMBER GABRIEL:  Thank you very much, Mr.

5    Speaker.  Colleagues, I rise today with sadness

6    and also with conviction.  And I think it's

7    important, as many of our colleagues have said,

8    that we take a moment and step back and ask

9    ourselves, how did we arrive at this moment?  And

10   I see it as I often do, through my lens as a

11   parent, as a father of young kids, and I will

12   tell you, everyone who has had the blessing of

13   being a parent understands what is going on here.

14   Start playing a card game with my five year old.

15   He feels like it isn't going his way.  He feels

16   like he might lose.  And so he starts to change

17   the rules.  And that's what we have, that is

18   transparently what is happening with this

19   president.  He understands that his policies are

20   not popular.  He understands that people do not

21   want him to continue to be able to be unchecked

22   in Washington.  And so rather than change his

23   policies or play by the rules, he's trying to

24   change the rules.  And they are moving forward

25   and changing the rules in the most undemocratic
     fashion.  And that has put those of us in

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                    66

```
 1   California in a very difficult position.  How do
 2   we respond?  What do we do in this moment?  And
 3   what we have from our colleagues on the other
 4   side of the aisle is saying, close your eyes.  Be
 5   willfully blind.  Ignore what is happening in the
 6   rest of the country, as if we in California are
 7   immune to that.  Stand down.  Do nothing
 8   unilaterally, surrender.  But to me, there are
 9   deep moral implications to that unilateral
10   Surrender.  There are real impacts to our people,
11   to, to our population, to our planet and to our
12   democracy.  And so there are many of us that feel
13   that California cannot stand idly by in this
14   moment, will not stand idly by in this moment.
15   We owe it to our children to stand up and be
16   counted.  And so what do we do when we have these
17   two arguments, Those who say California should do
18   nothing, and those who say California should
19   stand up and fight back.  We do what is
20   fundamentally the most democratic thing that we
21   can do.  We asked the people of the state of
22   California to weigh in on that.  Our colleagues
23   have sat here and lectured us about what the
24   people want.  They have sat here and told us,
25   they talked to us repeatedly about democracy.
     Well, good.  Let's let democracy decide.  The one
```

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                67

1    argument here to which they cannot rebut and will

2    never be able to rebut is that the ultimate

3    decision here rests with the people of the state

4    of California.  Donald Trump will not decide

5    this.  Gavin Newsom will not decide this.

6    Congress will not decide this.  This legislature

7    will not decide this.  The people of the state of

8    California will get to decide what they want to

9    do at this pivotal moment in history.  And that,

10   to me, is what makes this the right approach.  So

11   we heard from our colleague from Westminster.  He

12   said, listen to the people.  I agree.  Let's

13   listen to the people.  Let's let the people vote.

14   Let's let the people have their moment to make

15   this decision.  They have the wisdom, they have

16   the judgment.  And I am confident that they will

17   want to stand up and fight back to protect our

18   democracy.  And with that, and in the spirit of

19   giving our citizens and our voters the

20   opportunity to make this consequential decision,

21   respectfully request an I vote on ACA 8.  Thank

22   you, Assemblymember Gabriel, Assemblymember

23   Salache, you are recognized.

24       MEMBER SALACHE:  Thank you, Mr. Speaker,

25   members and to everyone watching out there,
     Americans, international community.  This is not

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                68

1   a Republican, Democrat or independent issue.

2   This is an American issue.  People have died,

3   people have suffered to save democracy.  I assure

4   you that if today we took a vote in this same

5   floor and that board, that we all like to watch

6   the outcomes of the votes, if we put a vote about

7   the Independent commission taking their action

8   every 10 years, it would be a unanimous vote.

9   Because not only have the Republicans, but

10  Democrats have acknowledged that, that that's the

11  way to go.  I agree.  It's the golden standard

12  that California has set for the nation.  And as

13  they say, as California goes, so does the nation.

14  So I couldn't agree with you more that we have to

15  protect that in California for The sake of not

16  only Californians, but for America.  But, ladies

17  and gentlemen, and to all our communities, our

18  LGBT community, our immigrant community, we have

19  to raise our voices for Californians and for

20  America today.  Now, let's not forget that in

21  this action, the commission will continue doing

22  the work so that we don't have to take any more

23  votes, that they will continue doing the work

24  after the 2030 process.  This is a temporary

25  approach to react to what's happening with other
    states.  And so I agree with the minority leader.

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                69

```
 1   The president is wrong on this one, and Texas is
 2   wrong on this one.  I agree with him
 3   wholeheartedly.  And that's why I am proud, as I
 4   have had some concerns about this process, that
 5   California will continue to have its independent
 6   commission process.  But you see, ladies and
 7   gentlemen, and everyone here today, I was sent to
 8   Sacramento to represent almost 500,000
 9   constituents.  I proudly represent a high
10   immigrant, undocumented community.  Con mucho
11   ruyo y con mucho corazon.  I'm here representing
12   them and being a voice, because just this morning
13   on Atlantic Boulevard in my city of Linwood, at
14   the barbershop, there's three ICE agents trying
15   to force themselves into the barbershop.  And
16   once I'm done, I will happily drop that video for
17   you to watch.  I'll airdrop it so you can all
18   have it happened this morning in my own
19   community.  The very same people that send me to
20   represent them, people who look like me, are
21   being racially profiled and kidnapped on the
22   streets on the way to work, accessing health care
23   while taking their kids to school or even going
24   to church.  How disgusting is that?  Immigrants
25   are not the problem.  Our diversity makes our
     state and our country strong.  California's
```

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                    70

```
1    immigrant communities are vital part of this
2    prosperity through all our nation.  I will not
3    sit back and watch ICE kidnap more members of my
4    community.  Our community.  I ask all of us that
5    we temporarily do this for America.  People are
6    watching not only locally, but internationally.
7    And I bring not only my heart, my voice today to
8    this Capitol to ensure that the 500,000 people
9    that I represent in my community of Linwood,
10   Southgate, Maywood, Huntington Park, Walnut Park,
11   Lakewood, Bellflower, and Paramount have a voice.
12   I invite all of you to help protect America.
13   This is not a Republican, Democrat, or
14   independent issue.  Let's save humanity, let's
15   save democracy and temporarily respond to this
16   horrible situation that we're living.  And then
17   California will continue leading the way by
18   protecting our independent commission and our
19   independent maps so that all Californians have a
20   voice.  And if some are leaving, we welcome you
21   back.  And those that want to leave other states.
22   Welcome to California 32nd.  We have great
23   beaches, great parks and of course some of the
24   best restaurants that our community gets to
25   offer.  Thank you.  Let's continue to lead and
     America, we have your back.  Gracias.  Thank you.
```

1    Assembly member Solace, Assembly member

2    Patterson, you are recognized.  Great.

3        MEMBER PATTERSON:  Thank you.  Mr. Speaker,

4    I'm going to take you up on this unique offer to

5    talk about political parties.  It's not something

6    I like to do, but some of these comments like

7    quote unquote dropping to the knees of the

8    President.  What does that mean?  I take offense

9    to that.  My grandpa used to say when something

10   miraculous happened, not bad for swirling gases.

11   What he was doing was mocking evolution.  Piper

12   wasn't an overly religious man.  He loved God and

13   he loved our nation.  Especially as he defended

14   it in the military for entire career.  He was a

15   man that believed in a higher power.  He believed

16   there were no coincidences these miracles were

17   divine.  Despite thousands and thousands of years

18   of authoritarian governments, kings, dictators,

19   it wasn't swirling gases that created our form of

20   government.  And our founders said as much when

21   they declared us an independent nation.  The

22   Declaration of our Independence proclaims the

23   people are endowed by their creator and our alien

24   inalienable rights which are not granted by the

25   government, they are inherently bestowed upon us.
     I believe as the Founders did in Divine

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                72

```
1    Providence, meaning that I firmly believe any
2    internal threats to our democracy, whether from
3    the national level or right here in the chambers
4    of the California State assembly, that we will be
5    okay.  The Divine Providence will secure
6    inalienable rights to self determination.  And
7    despite attempts by this body or attempts by the
8    Governor, from the moment he went unchallenged by
9    members on this floor, when he exerted so much
10   power with no Democratic input.  What did you do?
11   Mention me sitting by idly?  You sat idly by.
12   And he chose to close schools.  He closed
13   businesses.  And at least partially responsible
14   for the pain and suffering you see in our
15   streets.  And we continue to see see to this day.
16   And guess what?  To address my colleague from Los
17   Angeles about Republicans in this body that sat
18   idly by.  I take great offense to that kind of
19   stuff.  Mr. Speaker, when someone talks about
20   what Republicans here have and haven't done.
21   Please.  Democrats have been in charge of this
22   state for my entire natural life.  I know as
23   individual legislators, some of you have tried
24   but you going to talk about sitting idly by as
25   they say on X lol.  Democrats, maybe not as
     individuals, but as a ruling dictator party of
```

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                    73

1    this state for my entire life are sitting idly by

2    and have effectively done nothing that has

3    resulted in a better education for our children

4    has done nothing to effectively address the

5    people laying in our street just blocks from this

6    building.  These things have gotten worse,

7    especially since Democrats have taken full

8    control of every lever of our government right

9    here in California.  I believe in democracy.

10   Why?  Because it's rooted in our fundamental

11   inalienable right to be free.  And you cannot

12   take that away.  And neither can Gavin Newsom.

13   What this body is likely to do in a few minutes

14   highlights the flaws of man.  Many of you will

15   vote not to turn the other cheek.  You will vote

16   under your own admission to fight back, to punch

17   back, to fight fire with fire.  I believe at the

18   end of the day, despite your best efforts to

19   participate in attempt to erode democracy, we

20   will be fine.  When history looks back,

21   California will not succeed in its mutual goal of

22   joining with entrenched partisan Democrats

23   throughout our nation to throw out democracy in

24   its fight for fire with fire.  Because it cannot

25   override the fundamental protections our founding
     documents guarantee us.  History will not look

1   proudly on this moment.  It will look highly on

2   potential changes to any map in this state.  It's

3   going to be frowned upon.  And it certainly won't

4   look highly on the partisan gerrymandered maps

5   here in California.  And.  And those are the

6   words from one of the co authors in committee of

7   this measure.  I don't ever want to be lectured

8   ever again by Democrat anywhere that their

9   party's the party of democracy.  30 seconds.

10  Because what you're doing, even by amending this

11  proposal this morning without any input, is

12  showing you are no better.  Democracy is flawed.

13  Mankind is flawed.  The measure is flawed and you

14  know it.  How many people in this body testified

15  by Texas, the public got to know that you struck

16  out the language this morning.  I didn't even

17  know it till I walked in the building.  To even

18  talk about Texas.  No matter what Texas does, if

19  they do nothing, you are asking the people to

20  erode their rights.  Thank you, Assembly.  Me?  I

21  asked for a no vote.  Thank you, Assembly Member

22  Patterson, Assembly Member Schultz, you are

23  recognized.

24      MEMBER SHULTZ:  Thank you very much.  Mr.

25  Speaker.  Permission to read that.  Objection.
    The people will save their government if the

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                    75

1   government itself will allow them.  You know,

2   I've thought as I've sat here, I want to first of

3   all mention to my colleague from Lancaster,

4   sorry, from Palmdale, I appreciated your comments

5   at the beginning, sir.  I didn't raise my mic

6   right away.  I wanted to listen.  I wanted to

7   listen to my colleagues speaking in favor of ACA

8   8.  I wanted to listen to some of you who have

9   concerns about ACA 8.  I also want to thank our

10  esteemed minority leader.  We don't agree on

11  much, but I appreciate your words today, sir.

12  The president is wrong.  He is wrong to be doing

13  what he's doing.  And your point about two wrongs

14  not making a right and burning the entire House

15  down?  There's a lot of truth in that statement.

16  I agree with you, sir.  And yet over the last

17  week, I've struggled with this issue.  I have

18  consulted the Good Book.  I've spent time in

19  thought and prayer at the cathedral.  I've been

20  trying to find the right answer on this issue.

21  And the remarkable thing is, as I sat here on

22  this floor listening and really giving thought to

23  what we're being asked to do, it was this

24  portrait that hangs above us that really centered

25  my thoughts.  The people will save the
    government.  They will save themselves if the

1    government simply allows them to do so.  The

2    words of probably one of the greatest presidents

3    we ever had, a portrait that hangs over our

4    chamber.  A man who, with General Order 141, had

5    to suspend habeas corpus and take unprecedented

6    action because of the risks that face the

7    Republic in an unprecedented time.  We're

8    absolutely in unprecedented times.  I bring all

9    this up to say that I'm not here to stand with

10   righteous indignation.  I'm not here to point

11   fingers at any of you.  But what I can say is the

12   house is burning.  Democracy is at risk.  What is

13   happening in Texas, what is happening across the

14   country, is fundamentally wrong.  I don't believe

15   the answer to how we save democracy can be

16   decided among the 119 legislators in our state

17   capitol.  I don't believe the governor alone can

18   make that answer.  What I do believe, though, is

19   we have to give the people the chance to weigh in

20   on this matter.  And that is exactly what aca8

21   does.  I believe that this question should be

22   returned to the people.  And I'll simply close

23   with one point.  Never in the course of history

24   and in the state of California or in any state,

25   have the people been directly given an
     opportunity to vote on a map.  I believe that is

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                      77

1    democracy in its finest hour.  Let the people

2    respond and tell us how we should fight to

3    continue saving democracy.  I will be voting I

4    and I encourage everyone to vote aye on aca8.

5    Thank you, Mr. Speaker.  Assemblymember Schultz,

6    Assembly Member Aarons, you are recognized.

7         MEMBER AARONS:  Thank you, Mr. Speaker.

8    Before I give remarks, I just wanted to mention

9    that I'm a proud co sponsor of ACA 8.  So when

10   the opposition continues their unserious

11   lawsuits, they know who to direct them towards.

12   I rise in support of standing up and Defending

13   the rights of freedoms for all Californians and

14   Americans.  We must take decisive action to stand

15   up to Donald Trump's unprecedented call for

16   Republican led states like Texas and Florida to

17   redraw the Congressional lines and unfairly rig

18   the 2026 midterm elections for Republican

19   politicians to benefit.  Donald Trump and

20   Republicans in Congress passed their big ugly

21   federal budget which is set to obliterate health

22   care access for millions and already struggling

23   Californians colleagues, each and every single

24   one of you in this room, regardless of political

25   party, have tens of thousands of constituents who
     will lose health care because Donald Trump and

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                          78

1    Washington D.C.  republicans recently adopted

2    that budget and Republican Congress members

3    passed this big ugly federal budget which cuts

4    hundreds of billions of dollars in funding to

5    America's health system.  Without any alternative

6    plan to protect health access for anyone, how

7    will your community's hospitals and health

8    clinics benefit from the suffering of this

9    federal budget, the result of massive divestment

10   of federal dollars in health care?  Trump's big

11   ugly federal budget will indeed result in lives

12   being lost.  Donald Trump and MAGA extremist

13   Republican politicians will make no plan to

14   protect health care access for any Californians

15   or any Americans.  MAGA extremist Republicans in

16   D.C.  have decimated our health care in every

17   corner of the United States for no reason and no

18   alternative plan just to give tax cuts to their

19   super wealthy campaign donors and millionaires

20   like themselves.  These Trump cuts will kick poor

21   people off of their health care but also result

22   in higher health insurance premium premiums for

23   all of us because without health insurance we

24   will have to get, we will have to get care at the

25   most expensive place and time in whatever
     emergency rooms that are left in our communities.

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording     on 08/21/2025                    79

1    And now that America now Americans are pissed off

2    at Republican politicians for obliterating their

3    access to health care.  Trump is leading a

4    Republican led states like Texas and Florida and

5    demanding that they exert their state legislative

6    power to unilaterally redraw their Congressional

7    districts to make it easier for more Republican

8    politicians to win Congressional seats.  And what

9    are we to do?  We cannot sit by and let Donald

10   Trump and Republicans rig the next election so

11   that they cannot be held accountable and have no

12   chance to be voted out or lose control of

13   Congress.  Heaven forbid they actually are held

14   accountable by their failed policies in America.

15   California is honoring our Constitution unlike

16   Republicans in Texas by defending our liberty and

17   giving Californians a choice to defend themselves

18   and against Donald Trump's attacks on our country

19   and our state.  I rise in support and ask all of

20   my colleagues to join me in fighting back for all

21   of California regardless of where you represent

22   and stop the robbing of Californians rights, the

23   robbing of our liberty and our lives.  We must

24   stop Trump MAGA Republicans steal of our

25   congressional elections and the desecration of of
     our founding father's dream for a government by

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                80

```
 1    and for the people.  I urge all of my colleagues,

 2    all Californians and all Americans to join

 3    California's efforts to defend ourselves against

 4    the rising tide of fascism and authoritarianism

 5    in this country.  And I urge your I vote.  Thank

 6    you, Assemblymember Ahrens.  Assemblymember

 7    Berner, you are recognized.

 8         MEMBER BERNER:  Thank you.  I rise in

 9    support of ACA 8.  For this simple, Californians

10    should be given the right to choose.  The right

11    to choose, to fight partisanship with

12    partisanship, the right to do something rather

13    than nothing, and the right to have a voice.

14    Let's be clear.  There's only one reason a

15    sitting President calls for states to stack

16    Congress in his favor for five years.  When our

17    grandchildren look back in a few decades, I want

18    Californians to be able to say that they had a

19    voice, they did something and they had a choice.

20    I respectfully urgent I vote on ACA 8.

21         MR. SPEAKER:  Assemblymember Berner,

22    Assemblymember Ransom, you are recognized.

23         MEMBER RANSOM:  Thank you, Mr. Speaker.  I

24    rise today because democracy is on the line.

25    Freedom is on the line.  Liberty and justice is
      on the line.  Free and fair elections for all is
```

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                    81

1    on the line today.  I don't know about anyone

2    else, but I was raised to stand up for people who

3    could not stand up for themselves.  We can't just

4    be bystanders when bullies come to push us

5    around, especially when people already don't have

6    a voice.  That's what the people elected us to do

7    and that's what this is all about.  We're not

8    forcing anything down anyone's throat.  We are

9    giving Californians a choice.  Do you want to bow

10   down or do you want to fight back?  ACA 8 gives

11   the voters, the people that we represent, the

12   decision making power.  To those who suddenly

13   have so much to say.  I have to say that I have

14   been baffled by the silence that we have heard.

15   It's been very loud.  Where was all of the noise

16   when the President and Congress slashed federal

17   funding, cut Medicaid, imposed tariffs that hurt

18   small businesses?  Where was the noise?  There's

19   been complicity as the Constitution has been

20   undermined as partisan gerrymandering.  Maps have

21   been pushed on the people in Texas, which

22   ultimately affects the entire United States.

23   Where was all the noise while America was being

24   hijacked?  Today, with all of the objections and

25   with all of the noise, I'm clearly concerned that
     it Is our job to stand up and to speak out?  We

```
 1    must ask, can you tell us, please?  What I've not

 2    heard is why are we so afraid to give the voters

 3    a choice?  What are we so afraid of?  And we

 4    should also ask, with all the tears to protect

 5    the president's gerrymanding plan, where were all

 6    the tears for the poor people, the people who

 7    have been silenced?  People are suffering and

 8    dying because we need to lead.  People are not

 9    leading and that hurts America.  So we have a

10    voice and we have a choice.  Do we deny the

11    citizens a chance to have democracy, freedom,

12    free and fair elections, and liberty and justice

13    for all?  Like we say when we stand up and we

14    pledge allegiance to this same flag when we come

15    into this chamber, this is about citizens that

16    are being terrorized.  When those who are being

17    bullied need someone to stand up, California is

18    not going to sit down and be a bystander.  If you

19    want to be taken seriously, you need to be able

20    to explain to us why you don't want to give this

21    to the voters.  The rules have been changed, and

22    that means we have to act accordingly.  We have a

23    choice.  Do we want to allow the entire nation to

24    be disenfranchised, or do we ask the citizens of

25    California to lock arms with us and to march
      forward to save democracy in the world where the
```

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                    83

1    US has now become an authoritarian government and

2    has adopted the strategies of dictators to rig a

3    system?  I say that it's our duty to give it to

4    the voters so that we can have a chance to fight

5    back on behalf of the citizens of the United

6    States.  And I respectfully ask for your.  I

7    vote.

8        MR. SPEAKER:  Thank you, Assemblymember

9    Ransom.  Assemblymember Avila Farias, you are

10   recognized.

11       MEMBER FARIAS:  Thank you, Mr. Speaker.  I

12   rise as a proud co author of ACA 8.  For years,

13   Trump's administration has targeted our state,

14   holding California wildfire and disaster relief,

15   hostage taking food out of the family's mouths by

16   cutting SNAP benefits, terrorizing immigrant

17   communities with brutal raids and no due process,

18   and kidnapping our community members, imposing

19   tariffs that have punished the working families.

20   And now Trump and his allies, his domestic

21   terrorists, are trying to dismantle democracy

22   with California's redistricting proposal.  We're

23   not racing to the bottom.  We're drawing the

24   line.  While Republican led states rampartisan

25   maps in secret, we're doing the opposite.  Voters
     made it clear they want independent

1   redistricting, not partisan power grabs.   For

2   those who know me, I have dedicated much of my

3   public service to protecting the right to vote

4   and to ensure that historically disadvantaged

5   communities enjoy a voice at the TABLE Every

6   state should have an independent redistricting

7   commission.  And guess what?  This measure, we

8   still do.  But let's be clear.  We're also

9   defending against the coordinating power grab.

10  This isn't politics as usual.  This is an

11  emergency.  This is an emergency for our state.

12  This is an emergency for our country.  It's an

13  emergency to protect our democracy.  California

14  will always defend the right to vote.  And we

15  will.  And the will of the people.  Unlike Texas,

16  we won't be silenced.  That voice.  We will send

17  the issue to the ballot box where it belongs.

18  California voters will see maps.  California

19  voters will decide.  California will not back

20  down.  We will protect our vote, our voice and

21  our values.  Thank you.

22      MR. SPEAKER:  Thank you, Assemblymember Avila

23  Farias.  Assemblymember Michelle Rodriguez, you

24  are recognized.

25      MEMBER RODRIQUEZ:  Mr. Speaker, I wasn't
    going to talk on this bill today and I'm still

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                    85

1    not.  We just needed a little break and Get our

2    minds on something else.

3        MR. SPEAKER:  Thank you, Assemblymember

4    Rodriguez.  Assemblymember Davies, you are

5    recognized.

6        MEMBER DAVIES:  Thank you, Mr. Speaker.

7    Members, I just have a simple question for you.

8    In your hearts, do you honestly believe this aca8

9    is the right thing to do?  For a second, let's

10   ignore the partisan noise.  I think we can all

11   agree gerrymandering anywhere is wrong.  It's not

12   hard or controversial to say that.  Imagine what

13   we could fund with $235 million.

14       MR. SPEAKER:  We could use pardon decorum in

15   the chamber, please.  Let's respect the speaker.

16       MAJORITY LEADER GARCIA:  Thank you, Mr.

17   Speaker.  We could use this money to help with

18   the state's insurance crisis or pay raises for

19   first responders.  Members, let me remind you

20   that our independent redistricting commission

21   held 196 public meetings, had 3,800 public

22   comments and received 32,000 written submissions.

23   Compare that to the process where Californians

24   had four days to view the public maps and submit

25   comments through a portal and had one assembly
     hearing to voice their support and opposition.

1    That wasn't even put into record.  Has anyone in

2    this chamber ever seen the 16,000 written

3    comments we have supposedly received on this

4    issue?  Anyone?  Need I remind you that voters

5    approved the commission drawing congressional

6    districts via Prop 20 with 61% of the votes.

7    Californians gave our government a mandate that

8    it should be everyday citizens who will be given

9    the power to draw fair maps using these six

10   principles.  Population equality, compliance with

11   Federal Voting Rights act, geography and geodic

12   geographic integrity and geographic compactness.

13   And lastly to nest state Senate and Assembly

14   districts into compact areas.  Democrats,

15   Republicans and Independents came together

16   believed politicians should not draw their own

17   maps.  On a personal note, let me tell you how

18   ACA 8 will affect Assembly District 74.  This

19   proposal splits my assembly district into three

20   congressional districts and divides communities

21   of interest and goes against the principles of

22   geographic integrity.  That's absurd.

23   Communities of interest are supposed to remain

24   together.  What does a desert community have in

25   common with a suburban city?  You have chosen to
     stifle the voices of California.  You say you

```
 1   know what is best.  Well, I believe that their

 2   voices matter.  I hear.  Listen.  Listen to the

 3   people.  Well, that's what I do.  I listen to the

 4   people.  It's not my agenda, it's their agenda.

 5   Through lcms, I sent out a five question poll.

 6   My district is the most purple and balanced

 7   district in the state.  So you should be all

 8   interested in these results.  The first question

 9   that was asked stated, currently California has

10   an independent citizens redistricting commission

11   that draws election district mats.  Do you think

12   redistricting should be done by an independent

13   commission?  The legislature are unsure.  These

14   answers might surprise you.  65% of Democrats

15   favored an independent commission, 96% of

16   Republicans favored an independent commission,

17   and 92% of independents favored an independent

18   commission.  The second question that was asked

19   stated, how important is it to that the

20   redistricting division be made through a process

21   that is open to the public and allows for

22   community input?  78% of Democrats said very

23   important, 97% of Republicans said very

24   important, and 96% of independents said very

25   important.  At the beginning of this year and
     session, it was very clear what the concerns of
```

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025                88

1   Californians were.  30 seconds they needed from

2   this legislature.  I think everyone agreed the

3   people know what's right and what's wrong.  And

4   in my district they have responded and told me,

5   Mr. Speaker, question to.

6        MR. SPEAKER:  The author without objection.

7   Your time is about to elapse.

8        MAJORITY LEADER GARCIA:  Yep, just finish up

9   here.  My final question to the author is did you

10  or do you know anyone that signed an NDA?  Thank

11  you.

12       MR. SPEAKER:  Thank you, madam.  Thank you,

13  Ms. Davies.  Assemblymember Rogers, you are

14  recognized.

15       MEMBER ROGERS:  Thank you so much, Mr.

16  Speaker.  I agree with many of my colleagues.  We

17  know that gerrymandering is bad for

18  representative democracy.  Our system was built

19  on checks and balances.  And unfortunately, right

20  now we have a TEMU dictator in the White House

21  and we have a Congress that has completely

22  abdicated their responsibility to act as that

23  check on that dictator.  And I do not for a

24  moment want us to leave here with sound bites of

25  sanctimonious pearl clutching from my colleagues
    about protecting Californians without making sure

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                    89

1    we talk about what our legislature has been doing

2    this year to protect Californians.  Not one of my

3    colleagues across the aisle has condemned the

4    president for turning our Military against our

5    own people in LA and in D.C.  not one of my

6    colleagues across the aisle condemned the

7    President for sending armed thugs to a press

8    conference that the governor and the legislature

9    was having last week in an act of intimidation.

10   Not one of my colleagues across the aisle has

11   condemned the President for being in the Epstein

12   files.  Not one of my colleagues across the aisle

13   has condemned the president for withholding funds

14   for fire victims in California.  If we're going

15   to talk about protecting Californians, we're

16   going to talk about how this legislature is

17   protecting Californians.  To quote and paraphrase

18   Ben Franklin, it's a democracy if they choose to

19   keep it.  Every time we go to the ballot box, we

20   get to choose if we are going to fight for

21   democracy.  And this November, Californians and

22   Democrat Democrats in California are going to

23   fight for democracy.  Thank you, Assemblymember

24   Rogers.  Assemblymember Fong, you are recognized.

25        MEMBER FONG:  Thank you, Mr. Speaker.  I
     rise as a proud co author of ACA 8 and its

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                    90

1    importance in defending our democracy.  We didn't

2    ask for this fight and we need to fight back

3    against President Trump's power grab.  This is

4    more about defending our democracy and making

5    sure that every voice counts.  This is our chance

6    to stand up and raise our voices to fight for our

7    democracy.  The stakes couldn't be higher.  The

8    President federal administration is denying

9    wildfire relief, targeting our diverse immigrant

10   communities, targeting our number one public

11   university with an extraction request of $1

12   billion and pulling millions off of health care.

13   We will stand up and we will defend the Voting

14   Rights act and protect our historically

15   marginalized communities.  We must fight fire

16   with fire and we will let the voters decide.

17   That is democracy at its best.  I strongly urge

18   an I vote on acai.  Thank you.  Thank you,

19   Assemblymember Fong.  Members, this is a last

20   call to raise your microphone if you are going to

21   be speaking on ACA 8.  Last call, please.

22   Assemblymember Jeff Gonzalez, you are recognized

23   colleagues.

24        MEMBER GONZALEZ:  Today I rise in complete

25   and utter disappointment.  We're about to
     potentially waste $230 million to undo something

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                91

```
1   Californians already decided on in 2010, that an
2   independent commission, not the governor and not
3   the legislature, should draw district lines.  The
4   majority of Californians don't want this.  Yet
5   here we are.  I'm exhausted that this is what
6   we're choosing to spend our time on.  This body
7   has all the power to make the lives of
8   Californians better.  And Californians are sick
9   and tired of watching us come to this floor week
10  after week with no solutions to the crises that
11  are faced that we're facing.  We as a body are
12  out of Touch with the issues raging in our state,
13  from affordability, health care to the housing
14  crisis to homelessness.  As a marine corps
15  veteran, it sickens me to know that men and women
16  who I fought alongside are sleeping on the
17  streets.  We can fix that, but we aren't.
18  Instead, the governor and members of this body
19  are playing partisan politics.  Let me be clear.
20  Californians in my district tell me every day
21  they feel forgotten by.  By this body.
22  Forgotten.  Let me be clear about that.  You see,
23  in my district, the needs are urgent and real.
24  Palo Verde Hospital in Blythe is on the brink of
25  closure.  I requested 4 million in emergency
    funding to keep it operating a lifeline that was
```

1   not fulfilled.  As a result, the hospital now

2   faces an uncertain future, and residents of

3   Blythe could soon be forced to travel over 100

4   miles just to access emergency care.  This is not

5   just a health care issue.  It's a public safety

6   crisis.  In Imperial county, the last sugar beet

7   plant, Spreckles, has shut down, wiping out over

8   700 jobs in a county that already suffers a 20%

9   unemployment rate.  And.  And yet instead of

10  focusing on jobs, we're debating on

11  gerrymandering.  At Ironwood State Prison in

12  Blythe, leadership is doing incredible work

13  rehabilitating incarcerated people with programs

14  that gives men something to look forward to.

15  Imagine what a fraction of this money could do

16  there.  In the mountain communities from

17  Winchester to Anza, families live with a constant

18  threat of wildfires.  We should be filling

19  reservoirs and doing real forest management, but

20  we aren't.  I've heard arguments in these halls

21  that just because Texas is doing it, we should

22  too.  That the White House is holding onto money

23  that should go to California and democracy is in

24  flames.  Colleagues too.  Wrong zone.  Make a

25  right like my colleagues, that if democracy is on
    the line, then California should be strengthening

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                    93

1    it, not rigging it for political gain.  Hundreds

2    of millions of dollars could be directed towards

3    fighting food insecurity, helping organizations

4    like FIND and the Imperial Valley food banks who

5    are doing God's work every single day and serving

6    the most vulnerable in our communities.  We

7    cannot claim to serve the people while

8    prioritizing the their most basic needs.  And I

9    could go on.  Families in Imperial, Riverside and

10   San Bernardino county can't afford gas,

11   groceries, childcare.  Parents are choosing

12   between filling their gas tanks or their fridge.

13   That's the reality my district is living with

14   every single day.  So let me ask why are we

15   wasting time and money on reckless measures that

16   that is being pushed down onto Californians from

17   those at the highest levels of government in our

18   state?  You know, when I was at war.  At least I

19   was able to see the threats coming at me.  But

20   here in Sacramento, I have no idea about the

21   backroom deals.  I still can't get answers as to

22   who actually drew the lines.  I ran for office

23   because of my son, RJ who has cerebral palsy.  He

24   can't speak for himself.  So I ran to be his

25   voice and the voice for his families.  And we
     fought together to take back in home supportive

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                    94

1    services.  We work together to do that.  We can

2    do so much more.  We can get so much more done.

3    So, colleagues, I end by saying this.  Let's rise

4    up.  Let's work together to fix the problems in

5    our state, because we can do it.  I've seen it

6    done.  So let's make this happen.  Thank you,

7    Assemblymember Gonzalez, Assemblymember Arambula,

8    you are recognized.

9        MEMBER ARAMBULA: Thank you, Mr. Speaker and

10   members, for the opportunity to present on this

11   floor.  I don't oftentimes speak, but I felt

12   called today to be able to share some words.

13   Just yesterday, an icon of this great country

14   reminded me of our family's roots that began in

15   Tejas.  My my father being born in Brownsville,

16   Texas, in 1952, during a particularly racist and

17   xenophobic period in American history, a time

18   that was known as Operation Wetback, what is

19   still to this day America's largest mass

20   deportation event, an event that helped to sweep

21   up my father, who is an American citizen, and

22   deported our family to Mexico.  That we learned

23   that there are states that value and give dignity

24   and respect to all who called that state home and

25   states that do not.  And so we migrated to the
     great state of California, to Delano, where it

```
 1    was Dolores Huerta who reminded me yesterday that

 2    we were fighting for dignity and respect when it

 3    was UFW.  My father, who I spoke about earlier,

 4    also had the honor of serving, serving in this

 5    institution where he had an independent streak.

 6    Now, back in 2008, he was one of those Democrats

 7    who, along with Republicans, voted for the

 8    independent redistricting commission to go before

 9    the people.  And so it is with great pride that

10    many of us have been watching their work and

11    honored by the service of those who wish to serve

12    on that commission.  And I too was watching each

13    one of those hearings and impressed with what was

14    happening in 2020.  But I had dinner with my

15    father this past weekend and I spoke with him

16    about that vote.  And he reminded me that today's

17    electorate looks different than when he made that

18    vote nearly two decades ago, that today's

19    democracy looks different than it was two decades

20    ago.  And that fundamentally representation is

21    about returning Resources, the taxes that we pay.

22    And for those of us who come from poor areas, who

23    represent poor people, we are not getting our

24    fair share.  And the representation that we have

25    in Congress is not returning resources.  That
      big, beautiful bill was bad for our communities.
```

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                    96

1    And despite my ideals of wanting to fight for
2    independence and redistricting, we must make sure
3    we're getting our fair share of resources.  And
4    so that means that you have to stand up against
5    your ideals and stand up for your morals.  You
6    have to stand up for a community who too often
7    doesn't get represented here in the people's
8    house.  And so I will put my ideals to the side
9    and instead stand up for our morals.  But it
10   comes with a warning that this institution might
11   not be able to resist the temptation to come back
12   here again, and that we have to make sure that we
13   are fundamentally believing that we can maintain
14   that independent redistricting commission.  So I
15   will tell you, while I share that fear, what I
16   put my faith in.  I put my faith that there's
17   someone here in the great state of California who
18   one day will be walking around being the
19   President of the United States and the White
20   House, and that our governor then will be able to
21   pass federal independent redistricting commission
22   for all states.  And by doing that, we can have a
23   balanced, level playing field where every single
24   person counts and we have representation that is
25   returning resources for our communities.  I put
     faith in the people of our state to decide their

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025          97

1    future.  That while we might not have been a

2    state when our nation was created, we are the

3    bearer of its future.  It is incumbent on us to

4    rise up and to defend our democracy.  I

5    respectfully ask for an I vote.  Thank you,

6    Assembly Member Arambula.  Assembly Member

7    Tangipa, you are recognized.

8         MEMBER TANGIPA:  Thank you, Mr. Speaker.

9    This measure before us is neither bold nor

10   principled.  It is, in plain terms, a blatant

11   attack on the most transparent process our state

12   has ever had for drawing congressional districts.

13   It undermines what has become the gold standard

14   for the nation, the Independent Citizens

15   Redistricting Commission.  The commission was

16   created to restore fairness to ensure

17   representation in California is not based on

18   which party controls the government, but on

19   principles of independence, transparency, and

20   community.  And it worked.  Californians can look

21   at their districts today, and they know that they

22   were not manipulated for partisan advantage.  And

23   now, in just four days, with two rushed committee

24   hearings and almost no opportunity for real

25   public comment, we are on the verge of throwing
     all of that away.  Let me remind this body.

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                    98

```
 1 │ During committee hearings, one of our colleagues
 2 │ brazenly admitted that this entire thing was
 3 │ about partisan gerrymandering.  Admitted partisan
 4 │ politics.  This was a direct response to the
 5 │ question about protecting voters and underserved
 6 │ communities.  Not a word about fairness, not a
 7 │ word about transparency.  An open admission to
 8 │ partisan gain.  So how can we stand in this
 9 │ chamber and criticize Texas, Florida or other
10 │ states for gerrymandering when we've joined them
11 │ in the same practice?  How can we demand fairness
12 │ in the courts or before Congress when we're
13 │ willing to sacrifice it here at home?  We have
14 │ lost all credibility.  Let's not forget this is
15 │ not free.  We are wasting money and resources on
16 │ an election that that is unnecessary and
17 │ unwanted.  Every dollar spent on this political
18 │ stunt is a dollar not spent on addressing the
19 │ cost of living crisis or wildfires, not spending
20 │ on improving our schools, not spent on keeping
21 │ our communities safe, and not spent on expanding
22 │ healthcare access.  Californians never asked for
23 │ this election.  What they did ask for was a fully
24 │ fund Prop 36, which this legislature failed to
25 │ do.  What they asked for was for us not to ration
   │ medi cal because Californians and families are
```

1   dying.  Dying.  We were told at the start of this

2   session that our priority was addressing cost of

3   living.  Yet I haven't seen any bills rushed

4   through four days to lower utility rates, to make

5   housing more affordable, to bring down our food

6   prices.  But when it comes to the bills that

7   serve political ambition, suddenly four days is

8   plenty of time.  Suddenly co authoring bills

9   without even reading them is no problem.  This

10  isn't just bad policy.  It flies in the face of

11  established fact.  Study after study shows

12  gerrymandering reduces federal dollars coming to

13  our communities, depresses voter turnouts,

14  disenfranchises us and and even leads to lower

15  wages.  None of that helps Californians who are

16  already stretching every single penny thin.  None

17  of it helps to cover rent, grocery gas.  None of

18  that helps the families that are deciding whether

19  to pay for medicine or if they can afford their

20  utility rates or if they can make an insurance

21  payment or if they can afford to even buy a house

22  for the next generation.  None of it.  These

23  facts again highlight my concerns with our

24  spending problem and leveraging the future.  Ten

25  to $30 billion structural deficit is what we were
    told with the LAO and the Department of Finance.

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                    100

1  That is year over year all the way to 2028.  If

2  we don't stop this reckless spending on measures

3  like this, we're going to drain what's left of

4  our rainy day fund and we are going to have to

5  make significant, significant cuts for

6  Californians and you are saying for partisan

7  gain.  It is worth it for families that are

8  dying.  To me, the message from the majority

9  party is clear.  Principles and independence only

10  matter when it's politically convenient.  And

11  Californians can do worse.  Better.  30 seconds.

12  Shameful.  The level of Trump derangement

13  syndrome in this party is debilitating our

14  ability to govern properly.  It is being claimed

15  that the reason reason for this bill is to combat

16  authoritarianism.  Before redistricting, before

17  the big beautiful bill, before any cuts were

18  implemented, it was this legislature that

19  stripped the minority of the committees because

20  they spoke out in opposition.  It was this

21  legislature that restricted our time.  The real

22  authoritarian problem is in the mirror.  The.

23  What about him?  Thank you, assembly member Tony.

24  Everywhere else.  Thank you, Assemblymember.  The

25  youngest member of this committee, Assemblymember
   Harbidian.  You are recognized.

1    MEMBER HARBIDIAN:  Thank you, Mr. Speaker.

2    There's an old adage for lawyers that when the

3    law is on your side, you pound the law.  When the

4    facts are on your side, you pound the facts.

5    When neither the facts of the law are on your

6    side, you pound the table.  And I'll tell you, my

7    friends on the other side of the aisle, we've

8    been hearing a lot of pounding the table today.

9    Most of what we heard, including what we just

10   heard, was completely hyperbolic and devoid of

11   fact.  And with all the bluster, let's be clear

12   about the admission of partisan gain.  There is a

13   representative that will go down in history in

14   Texas, one by the name of Representative Todd

15   Hunter, who admitted that this was nakedly

16   partisan.  What happened in Texas, and I quote,

17   the underlying goal of what happened In Texas, as

18   Mr. Hunter said of this plan, is straightforward

19   to improve Republican political performance.

20   That is the admission of partisan objectives that

21   we should be focused on.  That is the admission

22   of gerrymandering.  That why we are here today.

23   And for every friend across the aisle that stood

24   up today, including my friend from Fresno that

25   has held up independent commissions for
     redistricting as the model.  When my friend From

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                    102

1    Merced introduced AB 1441 for independent

2    redistricting in her district, every single one

3    of you voted against it.  So save it.  This is

4    about one thing.  It's about one man trying to

5    control California, trying to control our

6    country.  We will not bend, we will not break.

7    And we will do everything in our power to save

8    California and save our country.  This is one of

9    the proudest moments of my short term as a

10   legislator here.  It's one of the easiest votes

11   that I will take and I will be very proud when

12   the California people who ultimately make this

13   decision actually help us save our country.  I

14   request AN I vote, Mr. Speaker.  Thank you,

15   Assemblymember Harbidian.  Assemblymember Hoover,

16   you are recognized.

17        MR. HOOVER:  Thank you, Mr. Speaker.  I

18   agree with my colleague from Lynwood that this is

19   not a fight between Democrats and Republicans.

20   In fact, redistricting has never been a fight

21   between political parties.  It has always been a

22   fight between the people and power hungry

23   politicians and friends.  This did not start in

24   Texas.  For over 200 years, politicians have used

25   gerrymandering to choose their preferred voters,
     protect their own political interests, and avoid

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                    103

1   accountability.  And let's be clear, it is wrong

2   when this is done by either party.  In fact, many

3   of the points raised by my colleagues on this

4   floor today highlight the harms of partisan

5   gerrymandering and underscore exactly why

6   politicians should not be drawing their own maps.

7   That is why I was proud when California citizens

8   chose a better path forward.  A system where

9   politicians no longer choose their voters, but

10  one where the voters get to choose their

11  politicians.  Our Citizens Redistricting

12  Commission is a model for the nation and a model

13  that should be adopted nationwide to end all

14  partisan gerrymandering once and for all.

15  Despite Governor Newsom's insistence that ACA 8

16  preserves this model, make no mistake that it

17  undermines the will of the voters and forever

18  tarnishes California's legacy as a leader on

19  independence redistricting.  You are all correct

20  that the voters will get a say once again if this

21  passes today.  And I truly believe that they will

22  see through this veiled attempt to return power

23  to the politicians.  As of this week, polls

24  already show that 64% of Californians do not

25  support the proposal before us today.  So I urge
    you to reject this race to the bottom, to stand

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                    104

1    on principle and vote no on ACA 8.  Thank you,

2    Assemblymember Hoover.  Assemblymember Kalra, you

3    are recognized.

4        MEMBER KALRA:  Thank you, Mr. Speaker.  It's

5    really tiresome to hear these sanctimonious cries

6    from the opposition to this measure.  For the

7    past several weeks and even months, as Trump has

8    been clamoring for more and more power, talking

9    about having a third term and then very directly

10   demanding seats be given to him that he's

11   entitled to from Texas.  We didn't hear our

12   Republican colleagues say a word about that.

13   When it's their party in control of Congress,

14   their party in control of the White House.  That

15   fight was brought to us and we didn't hear

16   anything about redistricting and, and fairness at

17   all until today when it's brought to our doorstep

18   and we have to now stand up to defend our

19   democracy against a tyrant.  And these crocodile

20   tears about, oh, what about the children, oh,

21   what about the health care when not any one of

22   Them spoke about this big ugly bill that was

23   passed that's going to take over over a trillion

24   dollars away from Medicaid, millions in snap

25   giving food to children and seniors.  They talk
     about a cost of an election.  They never talk

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                    105

1   about a cost of an election when time and again

2   they try to recall the governor.  We didn't hear

3   about cost of election then, but we hear about it

4   now.  What is the cost of election?  Oh, about

5   the cost of one.  Trump Ballroom.  So let's be

6   real about what we're talking about when we talk

7   about getting on your knees.  You talk about

8   taking and bending the knee.  You're bending the

9   knee to a tyrant.  And we will not have any

10  kings.  We will have no kings in America.  Not as

11  long as California exists.  Not as long as we

12  have the ability to fight back.  We will not have

13  a king.  You all are choosing your supreme leader

14  over your own constituents.  You're choosing your

15  supreme leader, Trump over children that are

16  going to lose health care and food.  You are

17  making that choice and we're standing up against

18  it.  We're not going to stand up for trillions in

19  tax cuts for billionaires.  We're going to stand

20  up for democracy.  We are going to go down

21  fighting for our democracy.  And we'll let you be

22  on the wrong side of history, Republicans.

23       MR.  SPEAKER:  Thank you.  Assemblymember

24  Kara.  Members, this is the second and final

25  request.  Anyone who wishes to speak must raise
    their microphone now.  They do not, will not be

1    recognized.  Speaker Reavis, you are recognized.

2        MEMBER REAVIS:  Well, thank you, Mr.

3    Speaker.  Protam.  Quite the year we have had

4    here.  2025.  I'm proud of this chamber.  I'm

5    proud of my colleagues for meeting this moment

6    with courage.  President Trump wants us to be

7    intimidated.  And his playbook is a simple one.

8    Bully, threaten and silence, then rig the rules

9    to hang onto power.  And we are here today

10   because California will not be a bystander to

11   that power grab.  We are not intimidated and we

12   are acting openly, lawfully, with purpose and

13   resolve to defend our state and to defend our

14   democracy.  And look, Donald Trump, he does not

15   believe in democracy.  He is terrified of losing

16   and he will do whatever it takes to cling onto

17   power.  We saw this on January 6 when he

18   unleashed a violent mob on our nation's capital

19   and he did this to overturn an election.  We saw

20   it yesterday in the state of Texas where

21   Republicans advanced a mid decade map designed to

22   flip a up to five congressional seats and lock in

23   a partisan edge in the U.S.  house of

24   Representatives at President Trump's order.

25   Again, this is the same dangerous playbook.  If
     Trump can't win fairly.  He'll try to make it

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                107

1    impossible for Republicans to lose.  And why?

2    Because Donald Trump knows what we know.  Voters

3    are ready to hold him accountable from California

4    to New York, from north to South.  But of course,

5    President Trump, he doesn't want to be held

6    accountable for his failures in an election,

7    especially the next one, and that's why he is

8    trying to rig it.  And of course, our Republican

9    colleagues in this chamber don't want their party

10   to be held accountable by voters, and certainly

11   not in California.  Accountable for ripping away

12   $1.25 billion billion dollars from our state for

13   food assistance for hungry kids, hungry children,

14   our most vulnerable families.  Accountable for

15   the millions of Californians who will lose their

16   health care coverage because of this president.

17   Accountable for the cuts to our disaster

18   preparedness while our communities burn and

19   flood.  Accountable for the communities in our

20   state torn apart by ICE raids.  Neighbors,

21   friends, the people who put food on our tables,

22   shoved into unmarked vans by men wearing masks,

23   taken without warning or due process.

24   Accountable for tariffs that are driving up our

25   grocery prices every single, single day.
     Accountable for corruption that makes Trump, his

1  family and his friends richer while everyone else
2  struggles to get by in California.  In
3  California, we will do whatever it takes to
4  ensure that voters, not Donald Trump, will decide
5  the direction of this country.  This is a proud
6  moment in the history of this Assembly.
7  Californians, we believe in freedom.  We will not
8  let our political system be hijacked by
9  authoritarianism.  And today, we give every
10 Californian the power to say no.  To say no to
11 Donald Trump's power grab and yes to.  To our
12 people, to our state and to our democracy.  Mr.
13 Speaker, I proudly ask for an I vote.  Thank you,
14 Mr. Speaker.
15     MR. SPEAKER:  All debate having ceased.
16 State your point, assembly member Gallagher.
17     MR. GALLAGHER:  Mr. Speaker, in the past and
18 actually earlier today, you've said that.  State
19 your point of order.  Assemblymember Gallagher,
20 you have said that votes are to suspend the
21 Constitution.  ACA 8 specifically says,
22 Notwithstanding provisions of the state
23 constitution.  So when we vote on this, would you
24 please reference it as a vote to suspend the
25 Constitution as you have done previously.
   Moment, Mr. Gallagher.  Point is not well taken.

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                    109

1    Assemblymember Gallagher, this is a vote to put

2    the measure on the ballot for the people of the

3    California, of the state of California.  It is

4    not a suspension of the Constitution.  All debate

5    having ceased, Clerk will open the roll.  All

6    members vote who desire to vote.  All members

7    vote who desire to vote.  All members vote who

8    desire to vote.  Clerk will close the roll.

9    Tally the votes.  Ayes 57.  Nose 20.  The measure

10   passes.  The measure is adopted.  Media

11   transmittal to the Senate not.  Objection.

12   Members.  We actually have a very special guest,

13   historic Californian is visiting us today and

14   we're going to take an opportunity to take a

15   quick break from business on the Daily File and

16   recognize Assemblymember Wicks for her guest

17   introduction and Assemblymember Banta for her

18   guest introduction.

19        MEMBER BANTA:  Thank you, Mr. Speaker and

20   colleagues.  I rise today to recognize one of the

21   greatest athletes of all time.  In addition to

22   being an Oakland native, a proud UC Berkeley

23   alumni.  That's right, a business owner, a

24   philanthropist, an actor, he's also the only man

25   who has ever single handedly caused an
     earthquake.  I am honored to introduce to you Mr.

1   Marshawn Lynch.  He is a true renaissance man.

2   During his NFL career, Marshawn, nicknamed Beast

3   Mode, rushed over 10,000 yards, scored 85

4   touchdowns, earned five Pro bowl selections and

5   led the Seattle Seahawks to their first Super

6   bowl victory in 2014.  Since retiring, Marshawn

7   has continued to make a lasting impact off the

8   field.  From co founding the Fam First Family

9   Foundation, a non profit dedicated to empowering

10  youth through mentorship, to starring in a number

11  of movies, Marshawn has dedicated his career to

12  representing and uplifting his community.  He's

13  also involved in a variety of business ventures

14  including Beast Mode Apparel, Rob and Ben's

15  Sports Bar and Restaurant in Emeryville, Beast

16  Mode and Beast Mode Productions.  And of course,

17  we all know his love of Skittles.  Sorry, Mr.

18  Gabriel.  Please join me in giving a nice warm

19  California welcome to a leader, a legend in

20  sports, entertainment, business and community,

21  Marshawn Lynch.

22      MR. SPEAKER:  Welcome to the California

23  assembly members.  We have a few other welcomes

24  for Mr. Lynch.  Just a moment, just a moment.

25  Assemblymember Bonta and Assemblymember Tangipa,
    Assemblymember Banta, you are recognized.

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                    111

1        MEMBER BANTA:  Thank you, Mr. Speaker.  I'm

2   honored on behalf of the beautiful people of

3   Oakland to welcome to the town our own Marshawn

4   lynch to the Capitol.  Before he was a Super bowl

5   champion, Marshawn's love for football was born

6   in Oakland and his talents on the field were

7   quickly recognized.  During his time time at

8   Oakland Technical High School, Marshawn would go

9   on to bring his fierce skills to Berkeley, the

10  Bills, the Seahawks and the Raiders.  Off the

11  field, Marshawn has never failed to show the love

12  for his hometown of Oakland, particularly as he's

13  seen working with his family fam First Family

14  foundation, embodying the true spirit of

15  California and the soul of the town.  As he

16  constantly outdoes himself.  Marshawn has even

17  made a name for himself on the silver screen in

18  smash hits like Bottoms, Freaky Tales and I Know

19  My kids are waiting to see what you'll bring this

20  next season.  With Euphoria, we want to thank and

21  love on our Marshawn lynch, because right now,

22  Oakland deserves the defender, the caretaker, the

23  champion that is embodied in our icon, Mr.

24  Marshawn Lynch.  Thank you for being here.

25       MR. SPEAKER:  And finally, Assemblymember
    Tangipa.

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                      112

```
1        MEMBER TANGIPA: I just wanted to say really

2    brief.  Marshawn lynch and I, we had an amazing

3    mentor of ours, Coach Jeff Tedford, that taught

4    principles and values to us.  And you as a teddy

5    bear and me as a teddy dog.  We all know that

6    that man said it.  And shout out to kp, my

7    teammate at Fresno State, thank you.  Thank you

8    for coming and speaking to us and fostering the

9    next generation.  Because most people don't see

10   that.  They don't see what you do to the young

11   men out there.  And you tell them to buy in.  And

12   when you don't have a man in your life, you can

13   find a leader who will build that foundation for

14   you.  You did that for hundreds of thousands of

15   young men across the state that believe in you,

16   that found passion, that drove themselves when

17   they had nothing and no hope.  But one man

18   believed in us and changed our lives.  They did

19   that.  And you are leading that same example.

20   And I just wanted to say thank you and it's good

21   to see you.  Welcome to the California Assembly.

22   IT members, we have continued business on the

23   daily file.  We are now moving to the Senate

24   third reading file, item 145, SB 280, by Senator

25   Cervantes, presented by Assemblymember Pellerin.
     Members, can I have you take your desk, please?
```

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                    113

1    Members, please take your desks.  Take your

2    conversations off the floor.  Leader Gallagher,

3    you are recognized.  Is this on the amendments?

4    Mr. Speaker, you're recognized, Leader Gallagher.

5        MEMBER GALLAGHER:  Thank you.  Mr. Speaker,

6    I do have amendments at the desk on SB 280.  This

7    amendment would require the proposed

8    congressional maps to be publicly available for

9    at least 131 days.  Mr. Gallagher, I'm going to

10   ask the clerk to read first, and then.  And then

11   I'll ask you to recognize you once again.  A

12   Clerk will read SB 280.  Senate Bill 280, with

13   amendments by Assembly Member Gallagher.  Set

14   two.  Assemblymember Gallagher, you are

15   recognized.

16       MEMBER GALLAGHER:  Yes.  Thank you again,

17   Mr. Speaker, this amendment would require that

18   the proposed congressional maps to be publicly

19   available for at least 131 days before the voters

20   make the decision on ACA 8.  This is about

21   putting people over politics.  Rushing through

22   maps without scrutiny is unacceptable.  By

23   requiring the maps to be publicly available well

24   in advance and in compliance with the

25   constitutional deadline of 131 days.  We protect
     the integrity of our democracy democracy and give

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025                    114

1    citizens ample time to review and challenge any

2    unfair boundaries.  We can't ignore the stark

3    contrast.  The commission's independent public

4    driven approach has delivered fair

5    representation.  But this legislative push

6    sparked by other politics threatens to drag

7    California into redistricting wars that

8    prioritize party power over people.  The

9    Independent citizens redistrict Commission held

10   over 100, actually over 200 meetings and welcomed

11   extensive input from voters on the communities

12   and needs ensuring a thorough and transparent

13   process.  These amendments to SB280 are essential

14   to ensure that there is enough input and review

15   time for voters to understand what they are

16   voting on.  This is a very complex matter.  These

17   are very intricate maps that cover the entire

18   state and people need to know what communities

19   have been split, what communities have, what

20   counties have been split out, what their

21   representation will actually look like.  So

22   giving California that time that they deserved,

23   much like they had during the commission's

24   exhaustive process, helps ensure that we have

25   fundamental fair review before those are voted
     on.  And I respectfully ask for your I vote on

1    this reasonable amendment.  Thank you.

2    Assemblymember Gallagher.  Majority Leader.

3    Madam Majority Leader, you're recognized.

4        MAJORITY LEADER GARCIA:  I move delay the

5    amendments on the table.

6        MR. SPEAKER:  Seconded by Assemblymember

7    Garcia.  This motion is not debatable.  It takes

8    a majority of those present and voting members.

9    This is a procedural vote.  Clerk will open the

10   roll.  All members vote who desire to vote.

11   Majority leaders asking for an I vote.  Leader

12   Gallagher is asking for a no vote.  All members

13   vote who desire to vote.  All members vote who

14   desire to vote.  The clerk will close the roll.

15   Tally the votes.  Ayes 48, nos.  19.  The

16   amendments are laid on the table.  Assemblymember

17   Demaio, you are recognized.

18       MEMBER DEMAIO:  Thank you, Mr. Speaker.  I

19   rise in strong opposition to SB 280 and have an

20   amendment at the desk.  Assemblymember Demaio

21   will.  We still need to open on the measure first

22   and then you will be recognized for the amendment

23   at the author.  There's an amendment at the desk.

24   Mr. Demaio, you're out of order.  Mr. Demaio, you

25   may approach the deus and speak with the chief
     clerk.  Your amendments are not here at the desk.

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                116

1    Assembly member Pellerin.  Okay, we have.  We

2    have sets of amendments here.  Assemblymember

3    Castillo, we have your set of amendments.  Would

4    you like to speak on your amendments?

5    Assemblymember Castillo, you are recognized to

6    speak on your amendments.  Clerk will read the

7    amendments.

8        CLERK:  Senate Bill 280 with amendments by

9    Assembly Member Castillo.  Set one.  Assembly

10   Member Castillo, you are recognized.

11       MEMBER CASTILLO:  Thank you, Mr. Speaker.

12   Members, I am presenting these Amendments today

13   because California voters created the Citizens

14   Redistricting Commission for one clear purpose.

15   To take the power of drawing district lines away

16   from politicians and return it to the people.

17   Yet Governor Newsom and Democrat politicians are

18   seeking to redraw our maps without transparency

19   and public input.  What we see before us today is

20   exactly the kind of gerrymandering Californians

21   thought they ended when they approved the

22   Citizens Redistricting Commission in the first

23   place.  These amendments to SB280 make sure the

24   commission remains truly independent.  By making

25   it a misdemeanor for elected officials to
     communicate with commissioners about district

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording     on 08/21/2025                    117

1   lines, we close the door to backroom deals and

2   unethical political pressure.  If redistricting

3   is to happen, it should happen on the merits of

4   the needs of the people, not because powerful

5   politicians whispered in the ear of the

6   commission.  This is simply about trust.  The

7   public deserves to know what the maps they live

8   under are drawn fairly, not manipulated for

9   partisan advantage.  We stand here as elected

10  representatives of California, not Texas.  We

11  were sent here to protect the will of the

12  California voters.  This has nothing to do with

13  Texas.  I respectfully ask for your support on

14  these amendments to protect the will of

15  California voters.  Thank you for your attention

16  to this matter.

17      MR. SPEAKER:  Thank you.  Assemblymember

18  Castillo.  Madam Majority Leader, you are

19  recognized.  I moved.

20      MAJORITY LEADER GARCIA:  Lay the amendments

21  on the table.

22      MR. SPEAKER:  Seconded by Assemblymember

23  Garcia.  Members, this motion is not debatable.

24  It takes a majority of those present voting.

25  This is a procedural vote.  Clerk will open the
    roll.  All members vote who desire to vote.  The

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                    118

1   Majority Leader is asking for an aye vote.

2   Assemblymember Castillo is asking for a no vote.

3   All members vote who desire to vote.  All members

4   vote who desire to vote.  Clerk will close the

5   roll.  Tally the votes.  Ayes, 55.  Noes, 19.

6   The amendments are laid on the table.

7   Assemblymember Gallagher Set 3.  You are

8   recognized for your amendment, sir.  The clerk

9   will read.  Excuse me.  Clerk will read.  Senate

10  Bill 280 with amendments by Assembly Member

11  Gallagher.  Set three.  Assembly Member

12  Gallagher, you are recognized.

13        MEMBER GALLAGHER:  Thank you, Mr. Speaker.

14  So this is the amendment that I was.  I was

15  speaking to earlier that was taken out.  So right

16  now, ACA8 does not have a trigger provision.  If

17  Texas were to move forward with redistricting,

18  that this would only go into effect if that

19  happens.  I am proposing this amendment to SB280

20  to make that the case.  And truly, if the debate

21  that we just heard is true, that we have to do

22  this because of what Texas is doing.  And by the

23  way, one House has passed the redistricting

24  measure.  Another House still has to pass it.

25  The Governor would Still have to sign it in
    Texas.  Put the condition in the bill.  If it's

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                119

1    truly about Texas and you're countering what

2    Texas is doing, then there should be a condition

3    on this ACA and this measure going forward.  If

4    you truly believe that, then you should support

5    this amendment.  And that's again another simple,

6    reasonable amendment I'm proposing to this

7    legislation.  I hope that this body will support

8    it and put your money where your mouth is.  Thank

9    you.  Assembly member Gallagher.  Madam Majority

10   Leader, you are recognized.

11       MAJORITY LEADER GARCIA:  I move delay the

12   amendments on the table.

13       MR. SPEAKER:  There is a motion by the

14   Majority leader.  Seconded by Assemblymember

15   Garcia.  Members, this is a procedural vote.  It

16   is not debatable.  Takes majority of those

17   present voting.  Clerk will open the roll.  All

18   members vote who desire to vote.  The majority

19   Majority leader is asking for an aye vote.  Mr.

20   Gallagher is asking for a no vote.  All members

21   vote who desire to vote.  All members vote who

22   desire to vote.  The clerk will close the roll.

23   Tally the votes.  Ayes.  55, nos.  19.  The

24   amendments are laid on the table.  Clerk will

25   read set four of the amendments.  Senate Bill 280
     with amendments by Assemblymember Tangipa.  Set

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                    120

1    four summary.  Member Tangipa, you are

2    recognized.

3        MEMBER TANGIPA:  Thank you.  This amendment

4    is simple.  And if you voted for aca8 and the

5    maps it created or sorry and you're about to vote

6    on this, you shouldn't be allowed to immediately

7    run for those districts.  You shouldn't have a

8    vested interest in approving the measure.  And if

9    you truly believe that SB280 was about fairness,

10   then you should have no problem stepping back and

11   giving up the chance from benefiting from it.

12   This amendment closes that loophole.  It makes

13   sure the legislature legislators can't change the

14   rules one day and cash in on them the next.

15   Public service should come first before self

16   interest, period.  I ask that you support these

17   amendments and you prove that you don't have a

18   vested interest.  Thank you.

19       MR. SPEAKER:  Thank you.  Thank you,

20   Assemblymember Tangipa.  Madam Majority Leader,

21   you are recognized.

22       MAJORITY LEADER GARCIA:  I move to lay the

23   amendments on the table.

24       MR. SPEAKER:  Majority leader has moved to

25   lay the amendments on the table.  Seconded by
     assembly member Garcia.  Members, this is a

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025                    121

1    procedural vote.  Takes 40 majority of those

2    present in voting.  Clerk will open the roll.

3    All members vote who desire to vote.  Majority

4    leaders asking for an I vote.  Mr. Mr. Tangipa is

5    asking for a no vote.  All members vote who

6    desire to vote.  All members vote who desire to

7    vote.  Clerk will close the roll.  Tally the

8    votes.  Ayes 53, nos.  19.  The amendments are

9    laid on the table.  Now onto the bill in Chief.

10   The Clerk will read Senate Bill 280 by Senator

11   Cervantes and others inaccurating to election and

12   making it appropriation, therefore declaring the

13   urgency thereof to take effect immediately.

14   Assemblymember Pillorin, you are recognized.

15        MEMBER PILLORIN:  Thank you.  Good

16   afternoon, Mr. Speaker and members.  I rise to

17   present SB 280, a bill that is jointly authored

18   by Senator Cervantes and myself.  This bill calls

19   for a statewide special election on November 4th

20   of 2025.  This special election gives California

21   voters the opportunity to vote on a Congress

22   constitutional amendment.  Let me repeat that.

23   California voters, not elected officials, will

24   make the final decision.  ACA 8 as was presented

25   by my colleague from Menlo park, will allow for a
     one time temporary mid decade redistricting of

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                         122

```
 1   our state's Congressional districts.  Not because
 2   we want to, but because we want to allow voters
 3   to to decide if they want to fight against the
 4   horrific Trump policies that are harming their
 5   families, businesses, communities and
 6   institutions.  SB 280 also makes the necessary
 7   statutory changes to allow for the election to be
 8   held on time and to allow elections officials to
 9   conduct a fair and transparent, secure and
10   accessible election.  As a former county
11   elections official, I can attest that the county
12   elections officials I know are the most
13   professional, well trained, dedicated group of
14   public servants I have ever met.  They have
15   proven time and again that they can deliver
16   elections with accuracy, integrity and
17   dedication.  From presidential contests held
18   during a pandemic to recalls held during
19   wildfires, they have risen to every challenge.  A
20   special election in November will demand
21   extraordinary effort and resources.  But I have
22   full confidence that with the proper state
23   support and under the leadership of our Secretary
24   of State and her team, they will once again
25   ensure that every voter has access, every ballot
     is secure and every voice is heard.  SB 280 also
```

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                    123

1   includes language to ensure that counties are

2   made whole for the cost of conducting this

3   special election.  This provision was especially

4   important for me and I know that it's important

5   for counties of all sizes to quickly touch on the

6   issue of costs.  I know there's been concern from

7   some the of of my colleagues that having this

8   special election is not the best use of state

9   dollars.  Whatever it costs to conduct this

10  special election pales in comparison to the

11  massive economic harm by Trump on our state.

12  We've heard many people speak of it today.  His

13  tariffs have fueled higher prices.  Families are

14  paying more at the grocery store.  And yet he's

15  slashing billions of dollars from families food

16  assistance, leaving 735,000 Californians at risk

17  of losing calfresh.  He's cutting nearly a

18  trillion from Medicaid to pay for tax breaks.

19  For billionaires putting Medi cal coverage for 3

20  million Californians on the line.  And he's

21  holding back nearly a billion dollars for our K

22  through 12 schools.  Trump's mass arrests,

23  detentions, and deportations will cost the state

24  billions of dollars and eliminate $23 billion in

25  tax revenues.  Trump's policies slash science and
    climate funding, strip women's and LGBTQ rights,

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                    124

```
1   cut support for veterans, seniors, and people

2   with disabilities, and target our communities of

3   color, undermining health, dignity, and

4   opportunity for the most vulnerable.  The list

5   goes on.  Trump's policies don't just hurt our

6   economy.  They hurt our families, our schools,

7   our health, and our future.  That is the

8   democracy we are fighting for.  It's the people.

9   A government of, for, and by the people.  The

10  cost of this election is pennies compared to the

11  price Californians are already paying for Trump's

12  failed policies.  But ultimately, California

13  doesn't have to spend a single dime on this

14  special election.  Our state's Republican

15  representatives in Congress can march over to the

16  White House right now, pick up the phone,

17  organize themselves, and tell the president to

18  stop what is happening in Texas right now.  Now,

19  his grab for five seats that he thinks he is

20  entitled to.  And they better act fast, because

21  we know that map has been passed by the House and

22  it's going to the Senate today.  As long as this

23  president thinks he's entitled to more Republican

24  seats in Congress, regardless of how the people

25  vote, and as long as Republican officials
    nationally are unwilling to stand up and to fight
```

1    for it and to preserve our democracy, then

2    California must give voters this opportunity to

3    decide whether to fight back against these

4    authoritarian tactics by approving the use of

5    these temporary congressional district maps.  I

6    respectfully ask for your.  I vote on SB280.

7        MR. SPEAKER:  Thank you, Assembly Member

8    Pellerin.  Assembly Member Demaio, you are

9    recognized.

10       MEMBER DEMAIO:  Mr. Speaker, permission to

11   use a prop.  We are not allowing props today, Mr.

12   Demaio.  Then why have you become props to

13   Governor Gavin Newsom's presidential campaign?

14   That is what SB 280 is.  An unnecessary special

15   election at a cost of a quarter billion dollars.

16   Why?  Because his campaign for president has been

17   going down in flames and he needs something to

18   prop up his chances.  Make no mistake about it,

19   this is a political stunt.  An unnecessary,

20   costly special election because Gavin Newsom

21   needs chum in the water for political attention.

22   You know it and I know it.  And you're allowing

23   state taxpayer money to be used for it.  My

24   friends across the aisle say that this is no more

25   than a special election, like the recall was in
     2021.  But let me tell you why there's a big

1  difference.  The recall in 2021 was a citizen's

2  right.  You may disagree with it.  I know you all

3  likely voted against it.  But it is a right of

4  the citizens to collect signatures and place

5  items on the ballot and trigger a special

6  election.  If you felt that this was necessary to

7  overturn the 2010 citizens initiative, that took

8  the power out of your hands to manipulate lines

9  and that's what you're doing here.  That's what

10  ACA8 does.  Takes the power away from the

11  citizens commission and gives it right back to

12  the politicians so they can do what they've done

13  for the last 72 hours.  Go behind closed doors

14  and manipulate maps and draw lines and fashion

15  congressional districts for themselves or their

16  friends in the future.  If you wanted to do all

17  that, then you should have done a citizens

18  initiative campaign.  You should have collected

19  your signatures like the recall backers did.  But

20  you didn't.  Because you have no problem spending

21  precious scarce state tax dollars in the middle

22  of a budget crisis.  You say that we have to

23  defend dollars for California, but you have

24  wantonly wasted money.  For example, giving free

25  health care to illegal immigrants at the cost of
    $10 billion and counting.  $250 million applied

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                    127

```
 1   to our state budget may not make up for your

 2   multi billion dollar deficit, but it's a start.

 3   You know what $250 million would do?  It would

 4   fully fund Prop 36 so that we could give power to

 5   and tools to the prosecutors and the law

 6   enforcement agencies to arrest and punish

 7   criminals.  Voters voted for Prop 36, but you

 8   refused to fund it from the party that says let

 9   the voters decide and let's do what the voters

10   want.  Baloney.  You do what you want.  Might

11   makes right.  And that's exactly what you've done

12   for the last 72 hours by trampling over

13   constitutional provisions and violating House

14   rules.  And you talk about a fair election.

15   SB280 shortens the timeline necessary for an

16   election.  But because you have an urgency clause

17   there might makes right.  You change election law

18   and now you're going to slap a misleading ballot

19   title on.  You can't even win based on the truth.

20   You say you trust the voters, but you don't trust

21   them enough to tell them the truth.  Because your

22   ballot measure title. Because we've seen it.

23   We've seen your polling that the DCCC or someone

24   paid for.  Retains the Independent Citizens

25   Redistricting Commission.  Are you proud of
     yourselves?  Retains the Independent Citizens
```

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                128

1   Redistricting Commission.  You are eviscerating

2   that commission.  You are nullifying that

3   commission.  You are suspending the voice of the

4   citizens.  And what they decided to grab the

5   power back for yourself.  And don't for a moment

6   call it temporary.  You know darn well that this

7   is permanent.  You will never give the power back

8   to the people once you seize it back from them.

9   30 seconds.  And finally you say that you're

10  going to respect the vote of the people.  Did you

11  do that with Prop 36 by fully funding it?  No.

12  Did you respect the vote of the people who put

13  Article 21 in our state constitution and said you

14  shouldn't have the ability to draw maps?  You are

15  drawing a map in violation of the state

16  constitution.  You don't care about what the

17  voters said.  You're disregarding it from 2010.

18  Oh, but they'll retroactively approve our

19  decision here, will they?  Give them an honest

20  ballot title.  You'll see what these voters.

21       MR. SPEAKER:  Thank you, Mr. DeMaio.  Thank

22  you, Mr. DeMaio.  Mr. DeMaio.  That was pretty

23  funny.  I was so tempted to recognize birthdays,

24  but I refrained.  Assemblymember Gallagher, you

25  are recognized.
         MEMBER GALLAGHER:  Thank you, Mr. Speaker.

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                    129

```
 1   I rise in opposition.  You know the scripture

 2   that I quoted earlier about turning the other

 3   cheek, It.  It is a hard word.  It's a hard word

 4   for me because all this week, all I've wanted to

 5   do is fight back.  And when you see something you

 6   think is wrong, that's your immediate gut

 7   reaction.  But that scripture is for me, and it's

 8   for everyone in this room.  And it may be hard,

 9   it may go against the grain, but it is

10   nonetheless true.  And I think what is also true

11   is that we have to stop saying that our democracy

12   is in peril.  And let me talk about that a little

13   bit more.  I've been hearing that since I was in

14   college.  I remember when George W.  Bush won the

15   election, and that was all you would hear.  Oh,

16   my God, our democracy is over.  He's a warmonger.

17   All these outlandish statements that we make

18   about our opponents, right?  To gin up the base,

19   to make.  To further polarization.  It really

20   started even back then on my side, when Obama got

21   elected, oh, my God, our democracy is over.  You

22   know, he's a communist plant.  He's probably

23   going to bring about communism, right?  To gin up

24   the base, right?  And then, of course, when Trump

25   got elected, oh, our democracy is over.  And yet
     we had an election, right?  And Joe Biden was
```

1   elected president.  Imagine that.  Our democracy

2   wasn't over, right?  And of course, on our side,

3   a lot of people upset as well.  We didn't like

4   what Joe Biden was doing.  I didn't like his

5   policies.  I Did not like his executive orders

6   that I thought were an overreach of executive

7   power.  I certainly called them out.  But our

8   democracy was not over, no, not by a long shot.

9   We didn't stop meeting in these halls as the

10  representatives of the people.  We didn't stop

11  doing those things.  People still voted,

12  elections still happened.  And Donald Trump was

13  re elected president in the last cycle.  I know

14  that that bothers you.  I know you don't like it,

15  but he was duly elected.  And our democracy is no

16  more in peril than it was back when George W.

17  Bush or when Barack Obama was elected or when Joe

18  Biden was elected.  So stop saying that because

19  it contributes to the problem, ginning everybody

20  up further polarization, more vortex of

21  polarization that we can't get out of.  That's

22  the problem.  We have a responsibility right here

23  in this building to pass just laws.  And now we

24  have a bill before us.  It is not just to suspend

25  election laws, to suspend the time that people
    have to review constitutional amendments, to

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                    131

1    shorten the time for when you're supposed to have

2    elections, shorten the time when people have the

3    ability to review and, and that give public

4    input, to move through these bills in three days

5    when you're supposed to have at least 30 days in

6    print before you even hear them.  And you know

7    it.  It's not just.  So don't pretend that it is.

8    And here's another truth.  All the flowery

9    language, all the defending democracy, standing

10   up, fighting for your democracy, all of that is

11   all subterfuge for this one principle.  Because

12   this is exactly what you were saying, that in

13   order to save democracy, we must dismantle it, we

14   must undermine it.  In order to preserve

15   representation, you must temporarily suspend it.

16   That principle has never been true and has always

17   led to despotism and authoritarianism.  But

18   you're following along, marching along right to

19   it, giving away power that belongs to the people,

20   subverting the Constitution, and then saying

21   you're doing it under the auspices of democracy.

22   30 seconds.  You know, I had no problem saying

23   that.  I think my president is wrong.  I agree

24   with a lot of his agenda, but I think he is wrong

25   on this point.  What I don't hear over there on
     this other side is that our governor is wrong and

1   you were silent.  Don't talk to me about

2   executive overreach when he didn't even let us go

3   worship in our churches.  And you said nothing.

4   When he shut down businesses, many of them Latino

5   owned immigrant businesses, you said nothing.

6   Thank you, Assembly member Gallagher --

7       MEMBER GALLAGHER:  -- So stand up for

8   executive overreach when it really Matters.

9       MR. SPEAKER:  Thank you, assembly member

10  Gallagher, state your point.  Assembly member.

11  Assembly Member Schultz, state your point of

12  order.

13      MEMBER SHULTZ:  Yep.  All right.  Thank you,

14  Mr. Speaker.  Just want to encourage everyone to

15  follow the rules and not impugn the integrity of

16  any member of the body.  I'm pretty sure I can

17  borrow another handbook here by my seatmate.

18      MR. SPEAKER:  Thank you, Mr. Schultz.  Thank

19  you, Mr. Schultz.  Your point of order is well

20  taken.  Members, I will remind you what I read

21  earlier, based in section 120 and 121.  Freedom

22  of speech involves obedience to all the rules of

23  debate.  The language used by members during

24  debate should be temperate, decorous and

25  respectful.  Assembly member Tangipa -- You are
    recognized.

```
1        MEMBER TANGIPA:  Thank you, Mr. Speaker.  I
2    really like to do data, facts and dates, so let's
3    have some.  Seven months ago, there was a
4    different president in the White House.  Let's be
5    clear.  The challenges Californians faced are the
6    same ones they are now.  But then, back then,
7    seven months ago, the average cost of a home in
8    the state, in this state was 825,000.  One in
9    every five Californian right now can't afford
10   their utility bills.  Recent college graduates
11   were drowning in student loan debt, and small
12   businesses were shuddering at an alarming rate.
13   The fact of the matter is this.  The common
14   denominator in all of this isn't who sits in the
15   White House.  It's the priorities.
16       MR. SPEAKER:  Excuse me, Assemblymember
17   Tangipa.  Just a moment, somebody.  Member
18   Harbidian, state your point of order.
19       MEMBER HARBIDIAN:  Thank you, Mr. Speaker.
20   Would ask the speakers to actually speak to the
21   bill in front of us and --
22       MR. SPEAKER:  -- Thank you, Assemblymember
23   HarBidian.  Your point is well taken.  Member
24   Tangiba, please speak to the merits of this bill.
25       MEMBER TANGIBA:  And we are here today
     debating a bill that does nothing to address
```

1   housing affordability, utility rates, education,

2   or small business survival.  Instead, we're

3   debating a bill that writes blank checks for an

4   election that solves nothing that was never asked

5   for by anybody.  The Legislative Analysis Office

6   and the Department of Finance, two offices that

7   rarely agree on much, are in lockstep on one

8   thing.  Our state faces a structural deficit

9   between 10 billion and 30 billion.  Until 2028,

10  we don't even know the final cost of this

11  election.  The analysis says it'll likely run in

12  the hundreds of millions of dollars when.  At a

13  time when we're already in the red.  And that's

14  even before we even factor in the additional

15  blank checks that are written by the Attorney

16  General for an inevitable litigation that will

17  truly, truly follow colleagues.  This bill and

18  the manner in which it is being forced through

19  the legislature is the exact opposite of fiscal

20  responsibility.  Again, as a business owner and a

21  realtor, it usually takes around 21 days to

22  perform due diligence.  When spending $500,000 on

23  a home.  I can't even get 21 minutes in a

24  committee to perform due diligence and we're

25  debating on spending over $200 million.  That's
    just financial insanity.  This is a bill that

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                    135

```
 1   would spend millions of dollars and affect 40
 2   million Californians.  Writing Blake checks
 3   without due diligence is grossly negligent.
 4   Californians deserve more than two hearings,
 5   limited comments and no answers.  Rather than
 6   wasting hundreds of millions of dollars on a
 7   special election that nobody asked for, we have
 8   an opportunity to reevaluate our priorities.  The
 9   money could be used to address very real and
10   critical issues.  Madera County, a rural county.
11   The hospital is struggling to remain open in that
12   exact county.  You cannot have a baby in it.  And
13   I represent them along with others colleagues.
14   Let's be honest.  This bill is not about solving
15   California's real problems.  It's about political
16   gamesmanship at the expense of 40 million people
17   who are already stretched to their limits.  Every
18   dollar we throw at a vanity project is a dollar
19   we steal from families who cannot afford
20   groceries, from the six to eight hospitals on the
21   verge of closing its doors from student to buried
22   in debt and small businesses just trying to
23   survive.  If we pass this bill, we're not just
24   writing blank checks.  We're writing off the very
25   people we elected to serve.  Californians deserve
     leadership, not recklessness.  They deserve
```

1    solutions, not distractions.  They deserve a

2    legislature that treats their hard earned tax

3    dollars the same as they treat their own.  I will

4    not stand by and rubber stamp financial insanity.

5    I urge you to join me in rejecting this wasteful,

6    shortsighted and hypocritical bill.  When asked

7    multiple times, how much does it cost?  Can we.

8    Can we allocate money?  I was attacked over and

9    over and over again.  And if we want to use

10   hypocrisy as an argument, then let's look at it.

11   Let's look at the independent redistricting.

12   Let's look at all this.  Let's bring up 1441 when

13   it was.  If you even read the bill, if you even

14   read that partisan gerrymandering bill, you would

15   realize that it's based off of the registration

16   in that county, gets the majority.  And it also

17   has written in that bill that the minority party

18   doesn't even have to agree with it.  That is

19   structurally different than the independent

20   redistricting Commission we have here, and it is

21   a blatant lie.  And you are trying to gaslight

22   people that we are hypocritical.  Let me do you

23   one better, because I look at this so much.

24   There's another bill that was AB 2030 in 2022

25   that created the exact same thing that was a
     partisan Citizens Redistricting Commission.  I

```
1   ask that you look at a nonpartisan, independent
2   one and you protect the sanctity of it.  And you
3   also prioritize a Californian's wallets because
4   they can't afford the BS.  I urge a no thank you,
5   Assemblymember Tangipa.  Assemblymember McKinner,
6   you are recognized.  Yes.
7       MEMBER MCKINNER:  Mr. Chair and members, I
8   urge an eye on SB 280 as we look at how much it's
9   going to cost to.  To hold this election.  My
10  colleague quoted $200 million.  Where I can find
11  that $200 million? Donald Trump.  He's froze
12  nearly $1 billion in education funds meant for
13  California schools.  This money supports after
14  school programs, teachers training and English
15  learning programs that tens of thousands of
16  California kids rely on.  He's stripping these
17  funds, punishing our most vulnerable.  Look,
18  Donald Trump is not just playing politics.  He's
19  deliberately punishing California's families,
20  students and workers by withholding billions of
21  dollars we've already earned.  We can, we cannot
22  allow one man's vendetta to rob our state of his
23  future.  He's also holding research in higher
24  education funds.  Trump has pulled $584 million
25  in federal research grants from UCLA alone,
    threatening groundbreaking cancer research.
```

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                    138

1        MR. SPEAKER:  He's pulling money.

2        MAJORITY LEADER GARCIA:  He's holding money.

3    I haven't heard anyone stand up and.

4        MR. SPEAKER:  Say why he is pulling money

5    from.

6        MAJORITY LEADER GARCIA:  Our state on this

7    vendetta.  And so I think that we can find the

8    money to save democracy.  And with that, I ask

9    for an I vote.

10       MR. SPEAKER:  Thank you, Assemblymember

11   McKinner.  Assemblymember Davies, you are

12   recognized.

13       MEMBER DAVIES:  Thank you, Mr. Speaker.

14   Yes.  There were five questions to my poll, so I

15   thought I'd finish them up again.  Listen to the

16   people, because what I'm hearing is there's no

17   limit to the cost for this election.  So we had a

18   question.  If the state were to hold a special

19   election to change the redistricting process, it

20   could cost taxpayers more than $200 million.

21   Knowing this, would you support or oppose holding

22   a special election on this issue?  Democrats

23   supported it by 64%, Republicans opposed it by

24   90%.  And once again, independents opposed it by

25   69%.  Also, some people say giving redistricting
     power back to politicians could lead to

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                      139

1   gerrymandering.  Districts drawn to favor

2   incumbents or one party.  Others say politicians

3   are accountable to voters and should have this

4   responsibility.  Which view comes closest to

5   yours and your concerns?  56% of Democrats said

6   they had concerns.  Republicans, 98% said they

7   had concerns with politicians making the maps.

8   And 90% of independents had strong concerns about

9   putting it in the hands of politicians.  So once

10  again, it's not my voice, it's the people's

11  voice, and they deserve to be heard.  I recommend

12  an opposition to SB 280.  Thank you.

13      MR. SPEAKER:  Thank you.  Assemblymember

14  Davies.  Assemblymember Berman, you are

15  recognized.

16      MEMBER BERMAN:  Mr. Speaker, is there a

17  doctor in the House?  Are you asking the chair,

18  Mr. Berman?  Yeah, I'm asking the speaker if we

19  have.  I am severely worried.  Some colleagues

20  from across the aisle are suffering from severe

21  Gavin Derangement Syndrome, and I'm worried about

22  their health.  But I'll tell you, I'm so tired.

23  I'm so tired of hearing the faux outrage and the

24  lecturing and the hypocrisy from colleagues who

25  are silent or worse yet, support efforts to rip
    food assistance away from hundreds of thousands

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                 140

1    of Californians who supported efforts to rip

2    health care away from millions of Californians,

3    especially in their districts.  I'm so tired of

4    Republicans.  Excuse me, colleagues from across

5    the aisle who complain about the cost of

6    democracy, but who are silent when the President

7    of the United States.  The duly elected President

8    of the United States.  Never a debate on that for

9    me.  No, stop the steal over here.  Wants to

10   extort California institutions for billions of

11   dollars.  But now, now when we're trying to

12   defend democracy, it's too high of a cost to

13   bear.  Eight and a half years in, and the faux

14   outrage has gotten a little nauseating.  I

15   encourage my colleagues to vote Aye on SB 280.

16   Thank you, Assemblymember Berman.  Assemblymember

17   Hadwick, you are recognized.

18       MEMBER HADWICK:  Mr. Speaker, I rise today

19   in strong opposition.  Arise today for rural

20   California, for the communities that have once

21   been get once again been forgotten and sidelined

22   by a process that should have been transparent,

23   but instead was conducted in secret behind closed

24   doors.  I've stood side by side by colleagues on

25   both sides of the aisle to fight for federal
     funding.  I truly try to make decisions for

1   people, for the people that live in my very

2   unique district.  I went to D.C.  to speak again

3   to both sides of the aisle for funding for secure

4   rural schools, for Head Start, for tribes.  So I

5   was not silent then, and I can't be silent now.

6   These redistricting efforts divide my district

7   into pieces, splitting apart communities that

8   share history, geography, and real human

9   connection.  How Does Modoc county belong in a

10  district with Marin and the Golden Gate Bridge?

11  These counties are 400 miles apart and separated

12  by two mountain ranges.  The priorities of

13  Alturas and Sausalito could not be more

14  different.  My rural county that borders Oregon

15  and Nevada, with eight residents now will have

16  the same representative as our governor in Marin

17  County.  Modoc county, one of the poorest and

18  most remote in the state, grouped with Marin

19  county, one of the wealthiest and urban.  That is

20  not a community of interest.  That is political

21  Frankenstein.  The people, not the politicians,

22  should choose their representatives.  My district

23  hates government.  I grew up in the original

24  state of Jefferson.  They don't trust our state.

25  This plan is a violation of what little public
    trust we have left with Californians.  It's

1   expensive, it's rushed, and it's done without the

2   consent of the very people that we claim to be

3   protecting.  And if it can happen here, it can

4   happen anywhere.  And I don't agree that it

5   should happen anywhere.  The games, the revenge,

6   the hate, the politician answers to very simple

7   questions.  The actions taken by this body this

8   week.  This is why people, people don't trust us.

9   We've heard a lot of quotes from Martin Luther

10  King Jr.  Today, and one of my favorites that

11  he's also most probably his most famous quote

12  that I try to live by every day is, darkness

13  cannot drive out darkness.  Only light can do

14  that.  And hate cannot drive out hate.  Only love

15  can do that.  My district has two congressmen

16  that are bold, relentless fighters who stand tall

17  for rural California.  They don't back down from

18  a fight, whether it's defending our water, our

19  farms, our natural resources, disaster relief, or

20  simply our way of life.  Now they are being

21  targeted with this new map designed to silence

22  our voice.  Again, strip what little power these

23  rural communities have, and we cannot afford to

24  lose them.  We need leaders who know us, who

25  stand with us and fight like hell for us.  They
    are loved in my district because they understand

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                    143

```
1    my very unique district.  You cannot serve
2    communities that you do not understand, and you
3    cannot fairly represent people whose voices you
4    deliberately silence.  My district is arguably
5    the most conservative in the state, and I truly
6    hate the party lines, the divide.  I represent
7    everyone that lives in my district, no matter
8    what party, and I try to take that into
9    consideration in my work because that is good
10   governance.  The party divide in these new maps
11   are not my only concern.  My concern is that my
12   district is diced into pieces, creating an urban
13   versus rural divide that already happens every
14   day in this building.  This is not good
15   governance.  This is about control.  And it's
16   rural Californians who will pay the price?  This
17   isn't just bad policy.  It's bad faith.  And
18   Californians, my constituents, deserve better
19   than to be used as pawns in a political game that
20   we weren't even invited to play in.  I believe
21   the voters will see through this in November, and
22   the results will be that we all lose.  The only
23   thing that we're going to have is more
24   Californians that think that their government is
25   once again trying to trick them, once again
     wasting money on political messaging and once
```

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                    144

1    again letting them down.  The people, not the

2    politicians, should choose the representatives.

3    And at the end of the day, Californians deserve

4    better than this.

5        MR. SPEAKER:  Thank you, Assemblymember

6    Hadwick.  Assemblymember Sanchez, you are

7    recognized.

8        MEMBER SANCHEZ:  Colleagues as we listen to

9    the debates today on the floor.  Do you

10   understand now why people feel the system is

11   rigged against them?  These discussions are not

12   just about maps.  They are about our values.

13   It's about whether this legislature is listening

14   to the people of California or only to itself.

15   On April 23, 2025, Speaker Robert Rivas said

16   something that hit home for so many of us.

17   California's cost of living is the single biggest

18   threat to our future.  Middle class families

19   earning 125,000 a year are struggling to afford

20   rent, child care, groceries.  And that is not

21   sustainable.  He was right.  I see it in my

22   community every single day.  Heck, I've lived it.

23   Families working two to three jobs, parents

24   leaving the house before the sun comes up and

25   coming home late at night still wondering if
     they're able to make enough for rent to keep the

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                    145

1   lights on or to put food on the table.  And yet

2   here we are asking for $250 million from those

3   same families and spending it on redistricting,

4   on carving up maps to protect politicians.  Let's

5   be real.  This $250 million is not going to put a

6   bag of groceries on the table.  And it doesn't

7   help a mom pay for childcare.  It doesn't keep a

8   roof over a family's head.  What it does do is

9   make life harder for the very people who are

10  already struggling the most.  That money could be

11  used to keep teachers in classrooms, to reduce

12  childcare wait lists that working parents have

13  been stuck on for years, to fund wildfire

14  prevention or to expand mental health services

15  that our communities so desperate desperately

16  need.  Instead, Sacramento wants to waste it on

17  politics.  And that's the problem.  Too often,

18  this building puts the needs of politicians

19  before the needs of the people.  And that's why

20  so many Californians, especially in working class

21  communities and in Latino communities like mine,

22  feel forgotten.  We came here to Serve the

23  people, to serve our brothers, to serve our

24  sisters in our neighborhoods, not to serve

25  ourselves.  And the people are telling us loud
    and clear they cannot afford more broken

1    promises.  So I urge you, stand with our

2    California families.  Stand with the workers who

3    are breaking their backs to give their children

4    and their kids a better Future.  Reject this $250

5    million power grab.  Reject rigging the system

6    against the people.  Protect families, not

7    politicians.  I urge a no on SB 280.

8        MR. SPEAKER:  Thank you, Assemblymember

9    Sanchez.  Assemblymember Stephanie, you are

10    recognized.

11        MEMBER STEPHANIE:  Thank you, Mr. Speaker.

12    I rise after a contentious week being in

13    elections committee on Tuesday.  And one of the

14    things I said in that committee was just stating

15    the obvious.  They feel one way about what is

16    happening in Texas or what has happened in Texas,

17    and we feel another.  And I'm desperately trying

18    to understand the other side.  And it came to me

19    that this is really just about power.  They are

20    okay with his power.  We are not.  What is

21    happening in Texas may be happening in Ohio,

22    Missouri, Florida and others doesn't scare the

23    other side.  You might say gerrymandering is

24    wrong, but it doesn't scare you.  It scares us.

25    Scares me a lot.  You are okay with his
      leadership.  We are not.  You are okay with his

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                147

```
1    insane all caps tweets that embarrass this

2    country?  I am not.  You are okay with the

3    rolling out of the red carpet for a murderous

4    dictator on American soil?  I am not.  There are

5    so many things about his power that scare me, and

6    his attempts to increase it scare me even more.

7    And that is why I am fine with what we Democrats

8    are doing here today in California.  Because as a

9    member from Palmdale said earlier in another

10   debate, gerrymandering is wrong when it's

11   benefiting people.  When you're doing it to

12   wrongly benefit certain people, you shouldn't do

13   it.  And Texas is all too willing to redraw the

14   lines without voter input to benefit Trump, whose

15   power scares the hell out of me.  They are not

16   just enabling Trump, they are handing in the

17   keys, the maps and the Sharpie.  We're eight

18   months in, eight months in.  No disaster relief

19   while California's homes literally burn.  Cuts to

20   Medicaid.  I hear a lot about health care cuts to

21   Medicaid that hurt the poorest of California's

22   kids, seniors, people with disabilities, putting

23   them at great risk.  Public schools defunded,

24   cruel, pointless immigration raids that just

25   scare and really bother anyone if you have any
     empathy at all.  Tariffs that tank small
```

1   businesses that we all care about raise prices

2   for working people, and that includes food

3   prices.  Courts stacked with extremists These are

4   your stupid prizes, the stupid prizes that I

5   talked about the other day in committee.  And

6   it's going to get worse and you're going to get

7   more.  And it's not going to be on us because we

8   are doing everything we can in California to stop

9   it.  We're not doing this to the people.  We're

10  doing this with the people.  And we are asking

11  the people on November 4th to validate our fear

12  of Donald Trump's power.  Thank you.

13      MR. SPEAKER:  Thank you, Assemblymember

14  Stephanie.  Assembly Member Patterson, you are

15  recognized.

16      MEMBER PATTERSON:  Thank you, Mr. Speaker.

17  You know, I was fortunate enough, I'm very

18  fortunate enough to be able to go home every day

19  and see my family, kiss my babies good night,

20  drop them off at school.  Despite my colleague to

21  my left, I'm always miss pre session at the

22  caucus because dropping my kids off at school

23  every single day.  You know, I come into this

24  building and I think about the things that we've

25  worked on together.  Social media, harms of our
    children, over processed foods that are causing

```
 1    detrimental impacts on our children.  And all of

 2    us, colon cancer screenings that might not be

 3    required pretty soon together, hopefully we can

 4    get that done and through the finish line if it's

 5    not vetoed again this year.  But these are things

 6    we've worked on together and many, many other

 7    things.  And I just wonder if there's a little

 8    bit of amnesia about 90% of the work that we do

 9    together, Republicans and Democrats.  Some of the

10    things just to address the points that have been

11    made on this floor is that Republicans joined

12    together with you to pass resolutions about cuts

13    occurring on the federal level.  Does anybody

14    remember that?  We supported many of those

15    resolutions, but yet we're being accused of not

16    standing up to the man or bending at the knees,

17    whatever that means.  We joined with you on

18    issues like that.  Republicans authored a

19    resolution today saying that we need independent

20    redistricting everywhere, and the Democrats voted

21    no.  The Republican leader of our caucus, one of

22    the most conservative individuals that I'm proud

23    to serve with, actually said it was wrong for

24    Republicans in the president to pressure

25    redistricting in other states.  He actually said
      that.  And it's like the very next speech from a
```

1    colleague on the other side of the aisle.  I hear

2    about how Republicans don't stand up to the

3    president.  All governments, including the

4    federal government, no matter who's in charge,

5    can have problems.  But before we left for

6    recess, Governor Newsom was talking his initial

7    statement on this, he didn't even want to put

8    this on the ballot.  That was his initial

9    statement, that he would just tell you to do this

10   well, guess what?  Somebody told him that it's

11   actually got to go to the people.  But I remember

12   my prediction that day, actually on my favorite

13   social media platform, was make no mistake about

14   it, if Governor Newsom asks the majority party

15   Democrats to pass this out of the building, they

16   will pass it.  And here we are doing exactly as I

17   predicted.  I didn't need a crystal ball.  When

18   he wanted to undermine Proposition 36, did

19   anybody speak up and say, hey, you know what?

20   That's a bad idea.  Very few of you maybe behind

21   closed doors, but who doesn't have the courage to

22   speak up when Governor Newsom says crazy things

23   like that, undermining Prop 36.  Again, I don't

24   want to be lectured on us not standing up.  Who

25   stood up there?  By the way, most of my
     colleagues in this chamber Oppose Proposition 36,

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                    151

```
 1  and it passed in every single district.  30

 2  seconds.  Ask yourself, have you even voted

 3  against a member of your party's bill?  Some of

 4  you may have, some of you may have, but you know

 5  what happens?  You, you kill it behind closed

 6  doors because you, you don't have the courage to

 7  even do a no vote.  By the way, I have voted

 8  against bad Republican bills.  But please do me a

 9  favor.  Don't lecture us on who has the courage

10  to stand up, because I've never seen you say one

11  bad word on public record about the governor.

12  With that, I ask for a no vote.  Thank you,

13  Assemblymember Patterson, Assemblymember Lackey,

14  you are recognized for the first time.

15       MEMBER LACKEY:  I will tell you that I'm not

16  proud of the way we spent our time this morning.

17  We've spent this whole, this whole floor

18  experience talking about circumstances that

19  aren't really in our purview.  We think that

20  we're proxy Congress people today, and I think

21  that's misplaced.  I think we have some very

22  severe problems here in the state of California,

23  and we haven't spent one minute talking about

24  them.  In California.  We all admit it's not

25  broken here.  We have an independent redistrict
    commission that we're proud of the process, but
```

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                    152

1    we're going to get rid of it temporarily because

2    we don't like what another state is doing.  Is

3    that really where we should be spending our time?

4    I don't think so.  I think it's sad that we've

5    let the circumstances nationwide distract us from

6    our real responsibility, and that is to the state

7    of California residents.  We have very severe

8    affordability problems.  We have insurance

9    problems.  We have all these crisis circumstances

10   we didn't spend one minute on today.  We need to

11   be better than that.  Everybody.  And I'm not

12   here to insult anyone either.  I think that's

13   shameful.  I think it's shameful when we point at

14   other people, we make them feel small, or at

15   least try to make them feel small.  Shame on all

16   of you for doing that.  I don't care if it's our

17   people or your side or our side.  Why are we

18   doing that?  The people expect better from all of

19   us.  And I don't normally like to raise my voice,

20   but I'm telling you, everybody, we are better

21   than this.  I am proud to belong to this group of

22   people, even though people that think like me are

23   in small number.  I'm proud of the fact that we

24   care.  But I think we can also be distracted.

25   And that's what's happened this morning.  And I'm
     sorry about that.  And I had to express my

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                    153

1    regrets along that line.  I hope we can be better

2    from here on out.  Quit insulting people that

3    disagree with you.  Make your point and make it

4    effective.  Thank you.  Thank you, Assemblymember

5    Lackey, seeing and hearing no further debate.

6    Excuse me.  Assemblymember Schultz, you're

7    recognized.

8        MEMBER SCHULTZ:  Thank you very much, Mr.

9    Speaker.  I just wanted to actually thank my

10   colleague from Palmdale for his remarks.  I think

11   that decorum is important in this.  In this

12   debate today.  In response to my colleague from

13   Rockland, I would simply say I have voted no on a

14   colleague's bill.  I have disagreed with the

15   governor, and many of you have exploited the.

16   That, to be very blunt, in the past, the point

17   I'm bringing up is this.  We have to find a way

18   to disagree without being disagreeable.  We're

19   not going to see eye to eye on this issue.  I'm

20   not going to stand here and challenge or question

21   any of your integrity or your motivations.  I

22   think that we have to find a way to move forward

23   on the issue.  ACAA has passed out of this

24   chamber.  I believe it will pass out of the

25   Senate, and it will be signed by our governor.
     SB280 is a companion piece of legislation that

1   will ensure that every Californian's voice can be

2   heard.  It is essential that we pass it.  I'll be

3   voting aye, and I humbly ask all my colleagues to

4   vote.  I thank you to the authors.

5        MR. SPEAKER:  Thank you, Assemblymember

6   Schultz, seeing and hearing no further debate.

7   Assemblymember Pellerin, would you like to close?

8        MEMBER PELLERIN:  Thank you, Mr. Speaker and

9   members, thank you for the robust debate on this

10  floor today.  When I woke up this morning, I knew

11  this was going to be a tough, difficult day.  And

12  in looking for inspiration, I came across this

13  wooden pen I had in my closet that's a memorial

14  from the Holocaust that simply says never again.

15  And I thought about the people in Germany in

16  1930, in those 53 days that the authoritarian

17  dictator in their country changed the course of

18  history forever, that resulted in millions of

19  deaths of innocent Jewish lives.  We are now at

20  the 212th day of this administration and we have

21  been fighting, fighting every single day for the

22  things we care about here in the state of

23  California.  We've been passing laws, we've been

24  passing resolutions, and we've been making our

25  voice heard for the people of the state of
    California.  And at the end of this day, this is

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                    155

1    about those people, those people we represent

2    that live in our communities, those hard working

3    families, those moms struggling to find

4    affordable daycare.  It's for our seniors, our

5    veterans, our persons with disabilities, our

6    immigrant families who are out there making sure

7    we have food on our table, who serve in our

8    hospitality industries, who provide those vital

9    health care services to our loved ones.  These

10   people who were heralded as heroes during the

11   pandemic are now being taken away from their

12   families, ripped away and put in detention

13   centers and treated like criminals without due

14   process.  This is about the people.  This is

15   about our democracy.  And we can't just fight

16   what is happening right now with thoughts and

17   prayers and values and principles.  We must fight

18   this urgent fight.  And I'm sorry we don't have

19   more time.  I wish we had more time.  But time is

20   up.  Texas has taken its action and California

21   will stand up for the people of California.  And

22   we will this election on November 4, 2025.  And I

23   am telling every eligible registered voter in

24   this state to make sure that you get that ballot

25   and you vote your ballot and you make sure your
     voice is heard.  With that, I ask for your I

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025                    156

1    vote.

2        MR. SPEAKER:  Thank you, Assemblymember

3    Pelleran.  I'll debate.  Having ceased, the clerk

4    will open the roll.  All members vote who desire

5    to vote.  Members, this measure requires 54

6    votes.  All members vote who desire to vote.  All

7    members vote who desire to vote.  Kirk will close

8    the roll and tally the votes.  Eyes 57 nos 20 on

9    the urgency.  Ayes 57, nose 20 on the measure.

10   The measure passes without objection.  Immediate

11   transmittal to the senate.  Assistant Majority

12   Leader Garcia, you are recognized for your

13   procedural motions.  Thank you Mr. Speaker.

14   AB604 has been received from the Senate.  I

15   request unanimous consent to suspend Assembly

16   Rule 63 to allow assembly member Aguiar Curry to

17   take up the bill today without reference to file

18   for the purpose purpose of concurrence and senate

19   amendments.  Thank you assembly member Garcia.

20   Assembly Member Flora, you are recognized.

21       MEMBER FLORA:  Thank you Mr. Speaker.  With

22   hold consent and ask for a roll call vote.  Okay.

23   The motion has been made by Assemblymember

24   Garcia.  It is seconded by Assemblymember Ortega.

25   This motion is not debatable.  It requires 40
     votes.  Clerk will open the roll.  All members

1  vote who desire to vote System.  Majority Leader

2  Garcia is asking for an aye vote.  Mr. Flora is

3  asking for a no vote.  All members vote who

4  desire to vote.  Clerk will close the roll and

5  tally the votes.  Ayes 54 noes 18 rules are

6  suspended without reference to file AB 604 by

7  Majority Leader Aguiaracuri for concurrence and

8  senate amendments.  The Clerk will read Assembly

9  Bill 604 by Assemblymember Agriacuri and

10  accolades for redistricting declaring the urgency

11  thereof to take effect immediately.  Madam

12  Majority Leader, you are recognized.

13       MAJORITY LEADER GARCIA:  Thank you Mr.

14  Speaker and members, let's not dance around the

15  issue here.  If California Democrats had our way,

16  the midterms would continue under the maps drawn

17  by our independent Citizens Redistricting

18  Commission.  But that's not the moment we're in.

19  We weren't planning on redistricting again until

20  after the 2030 census.  But once Republicans in

21  other states started stacking the deck with mid

22  decade maps designed to rig the 2026 election, we

23  had no choice but to act.  We didn't start this

24  fight.  We've said that numerous times.  And

25  we're not going to roll over.  We have to meet
the moment.  AB 604 lays out our new

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                158

```
 1    congressional districts, but only if voters

 2    approve AC8.  This temporary map will only take

 3    effect if the voters approve it, and only because

 4    Republicans force partisan maps on voters in

 5    other states.  Unlike Texas, which is imposing

 6    its maps on voters or asking hours for their

 7    approval, there's nothing more Democratic than

 8    that.  The legislator's map represents the work

 9    of the independent Redistricting Commission.  By

10    keeping 76.7% of Californians in their same

11    congressional district, the legislator's map

12    respects California constitutional requirements

13    to maintain communities of interest.  The

14    legislative map respects redistricting guidelines

15    by reuniting 26 cities, reducing the breakup of

16    local jurisdictions based upon the Citizens

17    Redistricting Commission's work, hearings and

18    public input.  More districts are more compact

19    and most importantly, the people, not

20    politicians, decide.  So to my Republican

21    colleagues, if you want to stop this, the answer

22    isn't in this chamber.  It's with your colleagues

23    in Texas and with the President.  Tell them to

24    stop trying to rig the elections.  Tell them to

25    support a truly fair system where every state
      uses an independent redistricting Commission
```

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                 159

1   colleagues, until that happens, California cannot

2   sit around and do nothing.  So what happens next

3   year is up to the president, to the national

4   Republicans, and with this proposal, to the

5   California voters.  Thank you.

6         MR. SPEAKER:  Thank you, Madam majority

7   leader.  Assemblymember DeMaio, you are

8   recognized.  And now we get to the map.  The map

9   that's the murder weapon, killing democracy in

10  our state.  Excuse me, Mr. DeMaio.  Excuse me,

11  Mr. Demaio.  Assemblymember Harbidian, state your

12  point of order.

13        MEMBER HARBIDIAN:  The speaker is using

14  maps, Mr. Speaker.  Against the rules.  Thank

15  you, Mayo.  Please refrain from using props.  We

16  get to the map, the murder weapon of democracy in

17  California, the murder weapon that will end

18  competitive elections, fair districts, exactly

19  what voters sought to prevent in 2010 when they

20  took the power away from you.  And what did you

21  do over the last several weeks?  You proved them

22  right, that you cannot be trusted to safeguard

23  our democracy, to give us a voice.  Because if we

24  adopt this map, we are silencing millions of

25  voters.  And you seem to be comfortable with that
    because the ends justify the means.  You've

1   already laid out your ends.  You don't like

2   Donald Trump.  We got the message.  You don't

3   like Donald Trump.  That's what elections are

4   for.  Fair elections.  You get to state your

5   point of view.  The American people get to hear.

6   They get to decide.  And they decided what you

7   could do is get back to work for Californians.

8   But you've spent the last eight months fighting

9   the guy in the White House rather than doing the

10  job for the constituents here in California.  And

11  now you're going to continue to not do your job

12  and instead call an unnecessary special election

13  to try to cram these maps through.  So it leads

14  the question.  And there are two reasons why I'm

15  asking this question.  But it's a simple

16  question.  Who drew the maps?  This is a question

17  that you've refused to answer.  The reason why we

18  ask who drew the maps is, number one, we need to

19  know whose interest was behind these maps.

20  Perhaps a sitting state legislator that wants to

21  create their own congressional district, or

22  perhaps a special interest that wants to dilute

23  the voices of certain constituencies.  We deserve

24  to know who drew the maps to know what was their

25  interest.  But secondly, I want to know who drew
    the maps because I want to know who to hold

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                161

1    accountable.  In the absence of that, there is

2    the citizens initiative that was filed earlier

3    this week, the poison pill to hold politicians

4    accountable for trying to subvert the will of the

5    voters, to overturn the Citizens Redistricting

6    Commission.  That initiative would bar anyone who

7    voted for the map or voted for the ACA.  Today

8    from seeking election for 10 years.

9        MR. SPEAKER:  Excuse me, Mr. DeMaio.  Mr.

10   Schultz, please state your point of order

11       MR. SHULTZ:  Thank you.  Mr. Speaker would

12   ask the speaker at the time to direct his

13   comments to the bill and not anything external to

14   our process today.  Thank you.  Thank you, Mr.

15   Schultz, your point is well taken.  Mr. DeMaio,

16   please state of the merits of the the

17   legislation.

18       MEMBER DEMAIO:  Well, I'm trying to get the

19   who because in the absence of knowing who, to

20   hold accountable for this gerrymandered map, we

21   must hold everyone involved in the.  Call it a

22   conspiracy, a collusion, whatever you want to

23   call it, the effort to subvert democracy.  This

24   map is partisan.  You admit it's partisan.  You

25   want to seize congressional districts for your
     party.  This map is self serving.  A number of

1   legislators allegedly are going to get

2   congressional districts drawn for themselves.

3   This map silences the voices of communities,

4   cities and counties by splitting them up.  And I

5   have a colleague from San Bernardino who likes to

6   always tell us how he fights for the tribes.  But

7   do you know that this map splits tribal

8   reservations?  Did you know that?  I don't think

9   you know that.  You haven't even been bothered to

10  look at the map.  Most of you.  Agua Caliente is

11  split.  Santa Rosa tribe split.  Rincon split,

12  split.  San Pasqual tribe, split.  Mesa Grande

13  split.  Sequan tribe split.  La Posta tribe

14  split.  Campo tribe split.  Morongo tribe split.

15  Round Valley tribe split.  Did you bother to

16  consult the Native American governments with

17  sovereignty?  No.  I checked with several of

18  their representatives.  Not a single call.  But

19  you split those tribal governments, scattering

20  them across different congressional districts.

21  So much for minority rights.  So much for the

22  voice of the people.  30 seconds.  We want to

23  know who drew the maps.  But in the absence of

24  that, I will tell every single Californian in the

25  next seven weeks as we educate them as to what
    really this initiative does.  You want to hold

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                    163

```
 1   people accountable, hold the majority party

 2   accountable for everyone who voted for this, who

 3   wasted our money.  And by the way, Mr. Newsom,

 4   when your campaign for president ends, kindly

 5   transfer your campaign treasury over to the state

 6   of California.  Thank you, Assemblymember Demaio.

 7   Thank you.  Thank you, Assemblymember DeMaio.

 8   Assemblymember Tangipa, you are recognized.

 9   MEMBER TANGIPA:  Thank you, Mr. Speaker.  So this

10   is how liberty dies.  With thunderous applause.

11   That's what we've seen.  That's the actions we've

12   had today.  I grew up always in a toxic

13   relationship, in an abusive relationship.  You

14   could see it from 100 miles away.  When you hide

15   behind platitudes and.  And percentages.  When

16   we're saying that 76% of this map remains the

17   same.  That means 24%, but in raw numbers, that

18   means 10 million Californians.  24% of this map

19   is only a huge majority of this state.

20   Republicans only represent 18%.  So that means

21   100% of the Republican representative

22   representation in this state has changed.  We can

23   see it.  We see the toxic relationship, the

24   gaslighting coming out of this legislative body

25   and we're losing transparency that was built
     under the Citizens Redistricting Commission on
```

1    how maps are allocated.  People loved.  People

2    may not have always loved every outcome, but they

3    knew the process was open and they knew who was

4    responsible.  But with the maps before us today,

5    we can't say the same thing.  In fact, we can't

6    answer the most basic question.  Who drew the

7    maps?  Who decided which cities should be kept

8    whole and which should be divided?  Who made the

9    judgment call about where communities of interest

10   begin and end?  I asked nine different questions

11   and got nine different answers.  Was it the

12   Democratic Congressional Campaign Committee as

13   reported by the media?  Was it Paul Mitchell and

14   special interests as stated in a podcast?  Was it

15   Democrat leadership as stated by my colleagues on

16   the election committee?  Or is it the assembly

17   and Senate Elections Committee as written in the

18   bill?  You couldn't even say that.  And it's in

19   the legislation that somehow it was prepared by

20   me on the Elections committee.  Couldn't even get

21   that part right.  The lack of authorship and the

22   lack of transparency should trouble every

23   Californian, regardless of your political

24   ideologies.  Normally, when the commission does

25   its work, there are dozens, dozens of political
     hearings.  There are transcripts.  There are

1   recorded votes.  There are explanations of

2   criteria, details about competing priorities.

3   Here there is nothing.  These maps simply

4   appeared handed to us in 11th, in the 11th hour,

5   even as we.  As if we're supposed to take them on

6   faith.  But democracy doesn't run on faith.  It

7   runs on accountability.  If we cannot point to

8   the people who drew the lines, how can the voters

9   have confidence in them?  And let us look at

10  these maps.  Let's look at what these maps do.

11  In city after city, neighborhoods are carved up.

12  Communities are fought for decades to have their

13  voices heard, split all into pieces.  And let me

14  ask this plainly.  How does it benefit a city to

15  be broken into small fragments across multiple

16  congressional districts?  Does Fresno gain

17  strength by being cut into four different seats?

18  Or does it simply dilute the voices of its

19  residents?  We are told that these maps protect

20  Californians against gerrymandering in other

21  states.  You removed that language this morning

22  and didn't even tell anybody.  But secrecy is in

23  its own form of gerrymandering.  When lines are

24  drawn behind closed, closed doors, without

25  explanation, without participation, and without
    accountability.  We invite the very abuse our

1  commission, the gold standard was set out to

2  prevent.  So I ask this again.  Who drew the

3  maps?  Why won't anybody say it?  If this is

4  truly about fairness, why not allow the Citizens

5  Redistricting Commission, which voters created

6  precisely for this person, to do its job?  Job?

7  Why, Rush?  Why the secrecy?  At the end of the

8  day, Californians deserve to know who is drawing

9  the lines that will shape their communities for

10  the next decade.  They deserve to see the process

11  that the process and trust that is fair.

12  Anything less undermines the very foundation of a

13  representative government.  Our votes created the

14  Citizens Redistricting Commission because they

15  wanted fair maps, not political maps.  They

16  wanted a property process that belongs to them.

17  Not politicians, not insiders, and certainly not

18  partisan, anonymous map makers working in the

19  shadows.  California should remain a model for

20  democracy, not a cautionary tale.

21       MAJORITY LEADER GARCIA:  30 seconds.

22       MR. SPEAKER:  If we accept maps with no known

23  authors and no known accountability, it doesn't

24  matter how many times you say the word

25  transparency, there is none.  The saying goes, as
   California goes, so goes the nation.  But passing

1   this bill, it will now be, as Texas goes, so goes

2   California.  And for those reasons, I

3   respectfully ask you to lead this nation by

4   example and vote no on these maps, because you

5   don't even know who did them.

6        MAJORITY LEADER GARCIA:  Assemblymember

7   Macedo, you're recognized.

8        MEMBER MACEDO:  Thank you, Madam Chair.  I'm

9   not sure how many of you watched the elections

10  committee this week, so I want to walk you

11  through a few very key things that happened.

12  First, there was an attorney there to be a

13  technical witness.  I asked him, who are you here

14  on behalf of?  He informed me that was protected

15  by attorney client privilege.  I asked him, who

16  is paying you to be here?  Once again, he

17  wouldn't answer that question.  So then I asked,

18  are you being paid to be here?  Once again, he

19  didn't answer that question.  So then, as my

20  colleagues have stated, I asked the most

21  fundamental and simplest of questions.  Who drew

22  the maps?  So let me share the answers.  I was

23  shared with.  First, it was Assembly.  Here we

24  are.  Put your hands in the air if you drew the

25  maps.  Didn't see one go in the air.  So then I
    was told it was the legislature.  Once again,

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                     168

1   here we are.  I'm part of the legislature.  I

2   didn't draw these maps.  So then I was mocked for

3   not being a part of leadership.  That leadership

4   and the leadership team drew these maps.  The

5   leadership team's here.  Anybody want to own up

6   to it?  Our majority leader admitted she did not

7   directly draw these maps, and she is Leadership.

8   Is this the type of transparency you're promising

9   voters that?  I was mocked for asking that

10  question.  You're not mocking me.  You're mocking

11  voters by not answering that question.  These

12  maps, in the language it says the Assembly

13  Elections Committee wrote it.  That is seven

14  people.  Seven.  Me and my colleague can say we

15  did not participate in the drawing of these maps.

16  So I am asking that this is factually incorrect

17  in the bill and I am asking the author to remove

18  the words the Assembly Elections Committee and

19  include the Democrat colleagues on that committee

20  that are willing to put their names on paper that

21  they drew these maps because I will not be

22  included in the debauchery that has happened with

23  the drawing of these maps.  Are you requesting to

24  ask a question of the author?  I'm requesting

25  that the author takes the amendment that we
    remove the Assembly Elections Committee language

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                169

1    because I do not want.  I am one of seven people.

2    That is a small group of people that you have

3    lumped me in with when I didn't even know my

4    member.  Portal did not even say that I had an

5    Elections committee hearing until 20, less than

6    24 hours before the hearing.  Concurrences cannot

7    be amended.  Then I am asking a question of the

8    author.  I will address without objection.  I

9    will address this in my clothes.  Thank you.

10   This is not transparency, and you know it's not.

11   You can stand here and admonish us all day long,

12   but this is fundamental to your entire lecture

13   today, that this is the most transparent process.

14   The chair of this committee didn't even know that

15   the maps had been amended.  And you want to say

16   that the Elections Committee drafted these maps.

17   This is wrong, this is deceit, and I will make

18   sure the voters know that.  Assemblymember Flora,

19   you're recognized.

20        MEMBER FLORA:  Thank you, Madam Speaker.

21   Colleagues, there's been a lot said today and

22   I'll keep my remarks very short.  There's a lot

23   of emotions today on both sides.  Clearly there's

24   a lot of emotions with the federal government on

25   how people feel about that.  Not a single one of
     us have said, what Texas is doing is good, what

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                    170

```
 1   California is about to do is good.  But it's
 2   because of emotions.  And because of that
 3   emotion, we have policy.  If you do policy that
 4   is emotional, it usually turns out bad.  And one
 5   way or the other.  So I rise on behalf of a
 6   community 33 miles south of here, community of
 7   just under 69,000 people called Lodi.  Lodi is
 8   split into three congressional districts almost
 9   in the center of town.  A community that is by
10   and large family have been there for generations.
11   A farming community.  We have now split that.
12   Parents voting differently than their kids, than
13   their grandparents, colleagues.  When we do
14   things that are emotional, we get bad policy.
15   When we talk about keeping communities together.
16   Splitting a community of 68,000 people is simply
17   wrong.  And my heart truly goes out to Lodi and I
18   know there's other examples that have been
19   stated, but this needs to be fixed.  It truly,
20   truly does.  We need to take the emotion out of
21   policy so we can create good policy and we move
22   forward.  Thank you.  I respectfully asked for a
23   no vote.  Assemblymember Flora, Assemblymember
24   Patterson, you are recognized.
25        MEMBER PATTERSON:  Thank you, Mr. Speaker.
     I appreciate the opportunity.  Today, these maps.
```

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                171

```
1    I'm going to answer a question for one of my
2    colleagues on the other side of the aisle.  The
3    worst kept secret in Sacramento history.  There
4    aren't very many secrets in this place.  This is
5    definitely not one.  I was looking at an exchange
6    between two members of our press corps where one
7    member kept asking elected officials, because,
8    you know, maybe elected officials answer these
9    questions like who drew these maps?  And you
10   know, that question was kind of asked a lot
11   because, you know, it's an important question.
12   And another member of the press corps said, oh,
13   come on, everybody knows who drew the maps.
14   Actually, they were just on a podcast saying they
15   drew the maps.  So the worst kept secret in
16   America is that Democratic consultant Paul
17   Mitchell drew these maps and told you all to
18   adopt it.  And so there's no secret.  We all knew
19   that.  We all knew that.  But I think what's,
20   what's.  What's interesting is that there.
21   What's even not a secret is that one of the
22   presenters of the bill said something and, and I
23   want to ask the author, and I'll put down my mic.
24   One of the co presenters had mentioned in
25   committee said specifically these are partisan,
     gerrymandered maps.  That is what was said in
```

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                    172

1  committee by our co presenter.  And I would just

2  like to know if that's your feeling as well with

3  that.  Also, I respectfully asked for a no vote.

4  Thank you, Assemblymember Patterson.

5  Assemblymember Gallagher, you are recognized.

6        MEMBER GALLAGHER:   Yeah, thank you, Mr.

7  Speaker.  And first of all, I just want to say I

8  do write all of my own speech speeches.  You

9  know, I don't need the governor's press office to

10  write my speeches like the speaker does.  And

11  just a moment, Mr. Gallagher.  Assemblymember

12  Berman, you're recognized.

13        MEMBER BERMAN:  I want to ask in his own

14  words, definitely not the gentleman.  Not the

15  gentleman.  The person from Nicholas.  Not to

16  insult people on the floor and to keep his

17  comments to the bill that we're debating.  Thank

18  you, assembly member Berman, your point Is well

19  taken, Leader Gallagher.  Please do not impugn.

20  Please be respectful, be decorous, follow the

21  rules of debate as always.

22        MEMBER GALLAGHER:  I only speak the truth,

23  and I can do no other, Mr. Speaker.  And you

24  know, and apparently the majority leader's speech

25  was written yesterday because she read those
   remarks.  You are out of order, Mr. Gallagher.

1   This is the last warning.  If you don't abide by

2   the rules of this House, we will move on.  In her

3   remarks, she says that this is only if Texas

4   moves forward.  And we all know from the

5   amendment this morning that Texas is not a

6   condition of moving forward with this partisan

7   gerrymander.  But let's just talk actually about

8   you guys saying fighting fire with fire, like

9   what is actually happening, because right now,

10  actually, Texas and California are very similar.

11  The minority party in both states gets about 40%

12  of the vote.  Democrats get about 40% in Texas.

13  Here in California, we get around 40% here on

14  statewide votes.  But right now, Texas

15  congressional delegation is made up of 30%

16  Democrats.  You know how much it is here in

17  California?  17%.  So already disparity.  And

18  even if Texas does move forward, they would be.

19  If they're successful in getting five seats in

20  Texas, they'd actually still be better than us in

21  representation because 18% of the delegation

22  would be Democrats.  And meanwhile, here at 17.

23  And what you guys are doing with these maps is

24  taking us down to 7%.  That's fair.  That's

25  representation.  That's fire with fire.  Seems
    like a sledgehammer.  And more importantly, it's

```
 1   not about party.  It's about taking away people's
 2   rights of representation.  Places.  Places that
 3   have meaning, that have values, that have certain
 4   views on.  They share industries.  And you can't
 5   sit here and tell me that a map for all of us to
 6   see from MODOC to Marin county is fair
 7   representation, that that meets the
 8   constitutional principles of compactness that are
 9   in our Article 21 of the Constitution.  This
10   specifically says districts shall not be drawn to
11   encourage geographic.  That they shall be drawn
12   to encourage geographical compactness such that
13   nearby areas of population are not bypassed for
14   more distant population.  And that's exactly what
15   that map does, and you know it.  And the majority
16   leader knows this because we both represent
17   districts, and I think we do it pretty well.  We
18   stand up for our people.  We fight for the things
19   that are in their interests.  We represent them
20   well.  And in Congress, I have A representative
21   Doug LaMalfa, who does that.  And you have one
22   Mr. Mike Thompson, who does the same thing.  And
23   those congressmen actually work together on a lot
24   of issues on water issues and that bipartisan
25   Fashion actually is very helpful when
     administrations change.  But what this is going
```

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                175

1   to do is blow that all up and create a one party

2   system.  And here's the other thing.  Who gets to

3   decide who gets represented?  Not the people, the

4   parties and the party insiders and the people who

5   have the favored inside track.  And I'm only

6   saying what's been reported is that one of the

7   most powerful politicians in this legislature,

8   the pro tem, is reported to have been involved in

9   drawing a district that favors him that he plans

10  to run in.  I don't know if that's a fact, but it

11  has been reported.  30 seconds.  And I think

12  that's a big problem, that the people don't

13  longer get to choose who the representative is,

14  but the party insiders do.  And that is the real

15  issue here.  And guys, I'm just going to end on

16  this because it is important you don't stand up

17  to this governor.  You never have.  And he is

18  doing wrong things and he is pushing you and he

19  insults you all the time and says he jams you.

20  And this is what he's got to do and he's going to

21  push it through.  And for all this talk, man,

22  that I've heard on this floor today, I just don't

23  understand it.

24     MR. SPEAKER:  Thank you, Assemblymember

25  Gallagher, while you always bow and go to the
    beck.  Thank you, Assemblymember Gallagher.

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                176

1    Thank you, Assemblymember Gallagher.

2    Assemblymember Ellis, you are recognized.  I'd

3    like to know who drew the maps.

4         MAJORITY LEADER GARCIA:  I do too.

5         MR. SPEAKER:  Thank you, assembly member

6    Ellis, Assemblymember Davies, you are recognized.

7         MAJORITY LEADER GARCIA:  On behalf of

8    500,000 Californians, I'd like to know who do the

9    maps.

10        MR. SPEAKER:  Thank you, Assemblymember

11   Davies.  Assemblymember Dixon.

12        MEMBER DIXON:  I too, on behalf of Assembly

13   District 72, 500,000 Californians who drew the

14   maps.

15        MR. SPEAKER:  Thank you, Assemblymember

16   Dixon.  Assemblymember Mark Gonzalez, you are

17   recognized.

18        MEMBER GONZALEZ:  Let's be clear, members.

19   I write my own talking points, so let's start

20   with that.  And let's also be clear that the maps

21   didn't just come out of thin air.  They were

22   drawn through California's process with experts

23   and community input years ago.  Don't act brand

24   new.  What frustrates me is that people keep

25   obsessing over who held the pen instead of why
     these maps even matter in the first place.  This

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                    177

```
 1    isn't a Scooby Doo mystery.  There's no mask to
 2    rip off, no hidden villain.  The process was
 3    open, transparent and accountable from day one.
 4    And let's be honest, the hypocrisy is glaring.
 5    Reporters aren't grilling Republicans in Texas
 6    about who's drawing their maps, even though those
 7    maps are blatant gerrymandering designed to
 8    silence voters and lock in power.  I don't hear
 9    anybody on the right side saying that because
10    they know that they're wrong.  But here in
11    California, we followed the rules and did it
12    right.  Suddenly, it's treated like a scandal.
13    Meanwhile, Republicans in Texas, Florida and
14    across the country are actively rigging districts
15    to silent voters and protect Donald Trump, your
16    hero.  California is not going to sit back and
17    let them cheat their way into power.  These maps
18    are about protecting our democracy and making
19    sure every community here has a fair voice,
20    period.  Thank you, Assembly member Gonzalez.
21    Summit member Gallagher, state your point of
22    order.
23         MEMBER GONZALEZ:  My point of order this,
24    Mr. Speaker, is there's been a lot of things that
25    misstate the facts in the record through our
      committee process and, and what we know today on
```

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                178

1    the floor, one is that the election.  Excuse me,

2    Mr. Gallagher.  What is the rule that has been

3    violated?  State your point of order.  Misstates

4    the testimony and the record.  Your point is not

5    well taken.  Okay.  Appeal.  Assembly member.

6    Assembly member Ramos, you are recognized.

7         MEMBER RAMOS:  Thank you, Mr. Speaker.  And

8    I'm sitting here and hearing the different

9    debates going on from colleagues from both sides

10   of the aisle.  But I have to raise my mic and be

11   able to talk about when a colleague from the

12   other side is talking about history, talking

13   about California's first people and drawing them

14   into this conversation.  Where was that voice?

15   Where was that voice when this state was taken

16   from them?  Where was that voice when their

17   representation isn't there?  Where was that voice

18   when they were being murdered in the state of

19   California?  And now you want to bring them into

20   this debate because it benefits you.  These are

21   things that we have to come together and look at.

22   But when you start to exploit the history in the

23   state of California and.  And for your own gain

24   is the same tactics that were used when this land

25   was stolen and murdered people of our culture to
     get it.  I would rather you stand up for all of

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                    179

1    those things, all those bad things, than to bring

2    them in to justify your seeing what's going on

3    here.  You should not, and you should be ashamed

4    of yourself to bring in the history.  Because we

5    all know in these chambers the atrocity, the

6    genocide, the bloods that shed and the bones that

7    are still in the archives of many institutions in

8    this state who still call our remains of our

9    ancestors trophies in their backyard.  It's time

10   that we come together.  And if you want to bring

11   things forward for your own gain, this body will

12   not stand for it.  It's time that we stand for

13   the voices of all California Indian people and

14   stand up when they are brought into these debates

15   for your own gain.  That's the same tactic that

16   was used in colonization and.  Mr. Speaker, I

17   called the member out.  I called the member out

18   for using our people for self gain.  That's what

19   brought down the state of California.  That's

20   what the history is, what we're still fighting

21   for in the state of California.  And when he

22   brings up lines in land that has been drawn.

23   Drawn on stolen land.  Come on.  He should be

24   reprimanded for even bringing those things

25   forward to this floor.  It's time that we stand
     in one unified voice.  And when we talk about

1    debate, let's have it.  But if you want to go

2    back into history and.  And start to look at what

3    has happened and somehow smirk and smile about

4    the murders that took place against our people,

5    this body will not stand for it.  Yes.  Thank

6    you.  Assemblymember Ramos.  Assemblymember

7    DeMaio, you are recognized.

8         MEMBER DEMAIO:  Mr. Speaker, I believe the

9    member from San Bernardino would like to change

10   his vote on ACA 8.  Mr. DeMaio, your point is not

11   well taken.  Assembly Member Macedo, you are

12   recognized.

13        MAJORITY LEADER GARCIA:  Mr. Speaker, I have

14   a point of parliamentary inquiry.

15        MR. SPEAKER:  State your point.

16        MAJORITY LEADER GARCIA:  I would like to ask

17   if it would be possible to submit a letter to the

18   Journal based on my colleague's testimony that we

19   are willing to say who drew the maps.  That it is

20   not the Assembly Elections Committee.  That based

21   on his testimony.

22        MR. SPEAKER:  Excuse me, Assembly member

23   Macedo, you're asking whether or not it is

24   appropriate.

25        MEMBER MACEDO:  I am asking.
         MR. SPEAKER:  Excuse me.  You're asking.  Let

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                    181

1   me finish.  Whether or not you can submit a

2   letter to the Journal.  Why you're submitting a

3   letter to the Journal is irrelevant to your

4   inquiry.  Is that your question?

5        MAJORITY LEADER GARCIA:  Yes, sir.

6        MR. SPEAKER:  Just a moment, Ms. Macedo.  So,

7   Ms. Macedo, to answer your question, it is

8   appropriate if you have a letter.  Where is that

9   letter?

10       MAJORITY LEADER GARCIA:  I was unaware that

11  the testimony would be given on the 4th.

12       MR. SPEAKER:  Excuse me.  Please answer the

13  question.  Where is your letter?

14       MAJORITY LEADER GARCIA:  I cannot prepare

15  for something if I'm not.

16       MR. SPEAKER:  The answer to your inquiry is

17  if you had a letter, we would be able to vote

18  whether or not that letter could be accepted.

19       MAJORITY LEADER GARCIA:  Then I asked a

20  motion for recess to draft my letter and then we

21  can come back and vote.

22       MR. SPEAKER:  It has been moved and seconded

23  that we recessed.  Just a moment, please.  It's

24  been moved and seconded that we recess

25  temporarily.  Takes a majority of those present
    and voting.  Clerk will open the roll.  Clerk

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                    182

1    will open the roll motion by Macedo.  We'll wait

2    till the roll Is open.  All those vote who desire

3    to vote.  Ms. Macedo is asking for an I vote.

4    Majority Leader is asking for a no vote.  All

5    those vote who desire to vote.  All those vote

6    who desire to vote.  Clerk will close the roll.

7    Tally the votes.  Ayes 19, nos.  52.  The motion

8    fails.  State your point of order, Mr. Gallagher.

9         MR. GALLAGHER:  Yes, Mr. Speaker.  Let me

10   try to address this issue.  State your point of

11   order, Mr. Gallagher.  The point of order is that

12   the bill says that the Elections Committee drew

13   the maps.  And that is factually incorrect based

14   on the test.  Okay, Your point is not well taken.

15   Members, let's take a step back for a moment.

16   Let me give you a quick lesson on what a point of

17   order is.  When you raise your microphone for a

18   point of order, you need to state the rule that's

19   being violated.  And we're speaking of the House

20   rules.  That is the point of order that you need

21   to make.  Mr. Gallagher, I'm going to recognize

22   you again.  The point of order is it factually

23   misstates the testimony in the record, in the

24   legislative record.  Thank you, Mr. Gallagher.

25   That is not a violation of the House rules.  Your
     point is not well taken.  We will continue

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                    183

1   proceeding on debate on this measure, seeing and

2   hearing no further debate.  Assemblymember

3   Gallagher, you have already spoken on the point

4   of order.  Mr. Gallagher, you are out of order.

5   Seeing and hearing no further debate.  Madam

6   Majority Leader, do you wish to close?

7        MAJORITY LEADER GARCIA:  Thank you

8   colleagues for this debate.  And I want to thank

9   you to my colleague, Senator Gonzalez, for

10  partnership in this important issue.  Let me

11  answer some of the questions that were raised

12  here today and over this week.  The map in AB604

13  was drawn in partnership with a group that

14  includes legislative leadership and a team of its

15  members, Members of Congress, leading independent

16  redistricting experts and groups that have worked

17  on more than 100 city and county non partisan

18  independent redistricting efforts and legal

19  counsel to review and assure we meet all the

20  requirements of our state and the federal laws

21  and constitutions.  We use the work of the

22  Independent Commission and their many hours of

23  hearings and public testimony.  Our maps keeps

24  more cities whole.  60 compared to 57 in the

25  Commission's map.  We respected constitutional
    guidelines, including communities of interest and

1    seeking more compact and contiguous districts.

2    In fact, under this map, 76.7 of Californians

3    stay in the same district drawn by the

4    Commission.  The Commission maps were public for

5    14 days and approved by 14 commissioners.  These

6    maps will be public for 74 or 5 days.  I got to

7    remember that and tens of millions of California

8    voters.

9        MR. SPEAKER:  Madam Majority Leader, just a

10   moment, please.  Assembly member Tangipa you are

11   recognized for your point of order.

12       MEMBER TANGIPA:  Well, and a point of

13   clarification.  The comments.  Sir, you are

14   recognized for your point of order.  The comments

15   that were made are not in the legislation and

16   those comments should be included in the

17   legislation if that's what's being done.  That is

18   not a point of order.  If you're saying that her

19   speech is not just germane to the bill, your

20   point is not well taken.  Anything further, Mr.

21   Tangipa?  A point of clarification.  Thank you,

22   Mr. Tangipa.  We're going to continue.  Madam

23   Majority Leader, you may continue.

24       MAJORITY LEADER GARCIA:  This is the most

25   transparent than any other process in the
     country.  In an ideal world.  In an ideal world,

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                185

```
 1    we not need to go through this process.  We

 2    respect the work of the Independent Redistricting

 3    Commission.  In fact, the only challenges to the

 4    work of the Independent Redistricting Commission

 5    map came from the Republican challenges in 2011.

 6    Those challenges did not give voters a chance to

 7    decide.  And yes, the cost is worth it.  We are

 8    fighting to ensure Californians have at least a

 9    fair chance in next year's election.  And the

10    stakes are high.  Maybe that's why the

11    Republicans in this country are so afraid to let

12    the voters have a say.  Maybe it's because they

13    know why this president and Washington

14    Republicans are trying to rig the 2026 elections.

15    They can't run on their record.  A record that in

16    seven short months have been devastating to

17    working Californians and Americans across the

18    country while benefiting only the wealthy.  A

19    record that includes cutting fresh food from

20    family farmers that feeds our school children,

21    closing rural hospitals and clinics, cutting

22    health care for 3.5 million California seniors

23    and the most in need, separating immigrant

24    families who work in and contribute to our

25    communities.  Families guilty of nothing.  Not
      nothing, but they just want to seek a better
```

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                    186

1    life.  And turning the clock back 50 years on

2    women's reproductive rights.  If you want to stop

3    this.

4         MR. SPEAKER:  Excuse me, Madam Majority

5    Leader.

6         MAJORITY LEADER GARCIA:  Pardon me.

7         MR. SPEAKER:  Assemblymember Macedo, you are

8    recognized for your point of order.

9         MAJORITY LEADER GARCIA:  I have my letter

10   prepared and would like to submit it to the

11   record.  Based on the testimony on the floor

12   today.

13        MR. SPEAKER:  That is not a point of order.

14   Point of point is not well taken.  Excuse me,

15   we're not in motions and resolutions.  Your point

16   is not well taken.

17        MAJORITY LEADER GARCIA:  You asked me for my

18   letter.

19        MR. SPEAKER:  Members, we're in the last

20   minute debate.  We do not use parliamentary

21   procedure as a mechanism to debate bills.  Not a

22   majority leader may continue.

23        MAJORITY LEADER GARCIA:  If you want this to

24   stop, the easiest way to do this would be to use

25   all this passion demanding this president to stop
     trying to rig next year's Elections.  Help your

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                 187

1    DC colleagues pass Democratic and Republican

2    bills to prevent mid decade gerrymandering and

3    have an independent redistricting process in

4    every single state.  Until you succeed, we will

5    continue to fight for the interests of

6    Californians.  Colleagues, I am very proud to ask

7    you for your I vote today for AB604.

8         MR. SPEAKER:  Thank you madam Majority

9    Leader.  All debate having ceased, the Clerk will

10   open the roll.  All members vote.  You desire to

11   vote?  All members vote who desire to vote.

12   Members, this measure requires 54 votes.  All

13   members vote who desire to vote.  Clerk will

14   close the roll.  Tally the votes.  Ayes 54 knows

15   20 on the urgency eyes 54 knows 20 on the

16   measure.  Senate amendments are concurred in

17   without objection.  Immediate transmittal to the

18   governor.  Members, we now must continue with

19   business on the daily file reading of the

20   previous day's journal.  Assembly Assembly

21   Chamber Sacramento Thursday, July 17, 2025 the

22   assembly met at 9am The Honorable Josh Lowenthal,

23   Speaker Protein Leader Agar Curry moves and Mr.

24   Flora seconds that the reading of the previous

25   day's journal be dispensed with presentations and
     petitions.  There are none.  Introduction and

1  reference of bills will be deferred.  Reports of

2  committees will be deemed read and amendments

3  deemed adopted.  Messages from the Governor?

4  There are none.  Messages from the Senate?  There

5  are none.  Moving on to motions and resolutions.

6  The absences for the day for bereavement.

7  Assembly member Addis moving.  Moving back to

8  procedural motions.  Madam Majority Leader,

9  you're recognized for your procedural motions.

10     MEMBER ADDIS:  I request unanimous consent

11  to suspend Assembly Rule 45.5 to allow assembly

12  members Alanis, Sharp, Collins and Wicks to speak

13  on adjournment and memory today.

14     MR. SPEAKER:  That Objection.  Such shall be

15  the order.

16     MAJORITY LEADER GARCIA:  I request unanimous

17  consent to Suspend Assembly Rule 118A to allow

18  assembly members Alanis, Quercilvo and Wicks to

19  have guests in the rear of the chamber today.

20     MR. SPEAKER:  Non.  Objection.  Such shall be

21  the order.

22     MAJORITY LEADER GARCIA:  I request unanimous

23  consent to rescind the action whereby on July

24  7th, 17th, 2025 SB 255 sierto was read a third

25  time, passed and sent to the Senate.  Please
    order this bill back to the third reading file.

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                    189

1        MR. SPEAKER:  Objection.  Such shall be the

2    order.  Members, I'm rescinding the action by

3    which I referred AB786 Salache to the banking and

4    Finance Committee pursuant to Assembly Rule 77.2.

5    Madam Majority Leader, I request unanimous

6    consent.

7        MAJORITY LEADER GARCIA:  To return AB 786

8    Salache to the Senate for further action.

9        MR. SPEAKER:  Not Objection.  Such shall be

10   the order.  Mr. Alanis, we're going to be getting

11   to you in just a moment.  Please Members, the

12   quorum call is in place.  We have more business

13   on the daily file.  Please take your desk.

14   Moving to business on the daily file.  Second

15   reading.  The clerk will read Senate Bills 21,

16   3403-743894-46440, 4474-804895-04506, 5075-

17   446096-17626, 6716-867317-64792, 847, 854, 857,

18   859, 30, 40, 62, 68, 81, 97, 233, 262, 283, 3043-

19   583623-95415, 4534-564664-70486, 4935-125135-

20   43547, 5486-256306-70697, 777, 805, 825, 841.

21   Senate Bill 98 with amendments, 627 with

22   amendments and Senate Bill 400 with amendments.

23   Okay.  All bills will be deemed read and all

24   amendments will be deemed adopted as the items on

25   concurrence.  Excuse me, Madam Majority Leader,
     you are recognized.  Yes.

1    MAJORITY LEADER GARCIA:  At the request of

2    the author, please move file item 30, SB 97

3    Grayson to the inactive file.

4    MR. SPEAKER:  Clerk will note.  Now we're

5    going to the items on concurrence.  We're going

6    to pass and retain on all items.  Getting to the

7    assembly third reading.  Going to pass and retain

8    on all items.  Senate third reading.  File item

9    77, 145.  We're going to pass and retain on all

10   items other than file item 145, which has been

11   dispensed with Members.  We are now lifting the

12   call on the consent calendar.  Clerk will post on

13   the consent calendar all those vote who desire to

14   vote.  All members vote who desire to vote.  All

15   members vote who desire to vote.  Clerk will

16   close the roll.  Tally the votes.  I77, no.  0.

17   Consent calendar is adopted.  Clerk will read the

18   remaining items on consent.  House Resolution 49,

19   I77, no.  0, Senate Bill 621, I77, no.  0 Senate

20   Bill 440, I77, no.  0 senate bill 392, I77, no.

21   0 SENATE BILL 510, I77, no Senate Bill 598, I77,

22   no.  0 CONATE BILL 856, I77, no.  0 SECATE BILL

23   733, I77, no.  0 SUREATE BILL 858, I77, no.  0

24   SERATE Concurrent Resolution 97, I77, no.  0 AND

25   SENATE Concurrent Resolution 99, I77, no.  0
     Members, we're moving on to adjournment's memory.

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                    191

```
 1   The quorum call remains in place.  Please give
 2   our respectful attention to those who were
 3   granted prior permission to speak on their
 4   adjournment.  In memory.  Please take all
 5   conversation off the floor.  Please take all
 6   conversations off the floor.  Assembly member
 7   Alanis, you are recognized for your adjournment
 8   and memory.
 9        MEMBER ALANIS:  Thank you, Mr. Speaker.  And
10   first off, I just want to apologize to the family
11   for having us take so long to have you guys
12   recognized.  So thank you for your patience.
13   Colleagues, it's with a heavy heart that I ask
14   that we adjourn in memory for Avery Roxanne
15   Mellerek Avery will be remembered as a
16   compassionate young woman who brought light into
17   any room she walked into.  Avery was taken from
18   this world too soon following a car accident on
19   June 21st of this year, Avery was pursuing her
20   love for cinematic film arts at the California
21   State University Northridge and spent her summer
22   breaks giving back to the Modesto community at
23   Camp Taylor.  In my district, she gave back.  As
24   a camp counselor, Avery was focused on improving
25   the lives of children with heart conditions.
     Camp Taylor is only one of eight medically
```

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                    192

1   supervised camps focused on serving children with

2   heart disease.  After graduation, Avery hoped to

3   combine her love for film and her passion for the

4   children at Camp Taylor by making documentaries

5   about the stories of children born with heart

6   conditions.  Avery's cheerful personality will

7   continue to shine through memories with her

8   competitive cheer team, serving as a role model

9   to young children and energetically cheering on

10  the Sacramento Kings.  Avery chose to be an organ

11  donor, a decision that shaped by personal

12  experiences with her brother Ethan and her best

13  friend Anneliese, both who have received heart

14  transplants.  Through her final act of

15  generosity, Avery continues to touch lives and

16  saved others.  Today, we are joined by Avery's

17  beloved family here in the back of the room,

18  including her mother, Sierra, her older brother

19  Ethan, her stepfather Jason, her aunts Joanna and

20  Vanessa, and her Camp Taylor friends and family,

21  who are also up in the gallery.  I want to extend

22  my condolences to Avery's family, her friends,

23  and the Camp Taylor community.  Thank you for

24  allowing me to honor Avery's life here on the

25  assembly floor, and I ask that we adjourn in
    memory of Avery.  Thank you.

1      MR. SPEAKER:   Thank you, Assembly member

2    Alanis.  Members, let us observe a moment of

3    silence to honor the life of Avery.  Roxanne

4    Millerick just a moment, Ms. Wicks.

5    Assemblymember Wicks, you are recognized for your

6    adjournment and memory.

7      MAJORITY LEADER GARCIA:   Thank you, Mr.

8    Speaker and members, I rise to adjourn in the

9    memory of Zona Roberts, an unwavering champion of

10   the of disability rights and a trailblazer of the

11   independent living movement.  Zona was born in

12   Portland in 1920 and grew up between Oregon and

13   California.  She met her husband, Verne Roberts

14   through a mutual friend in high school, and they

15   had four sons together.  Zona's eldest son, Ed

16   Roberts, contracted polio in 1953 when he was

17   only 14 years old.  Ed spent 18 months in the

18   hospital, and when he was finally able to come

19   home, he did so as a quadriplegic.  This spurred

20   Zona's transformation into a tireless advocate

21   for for inclusion and accessibility.  Battling

22   educational, medical, and societal bureaucracies

23   and prejudice.  She was steadfast in her fight

24   for Ed to have the rights and opportunities that

25   he deserved, starting with his right to go to
     school.  She worked alongside Ed to establish

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                194

1   support for individuals with disabilities, both

2   at the University of California and in the

3   broader East Bay community.  At the age of 44,

4   Zona enrolled at UC Berkeley, where she received

5   her bachelor's degree and her teaching

6   credential.  During that time, her Berkeley home,

7   known as the Greenhouse, became a gathering place

8   not just for disabled students, but also for

9   teachers, doctors, riders and visitors studying

10  the growing community of disability activists.

11  Through those gatherings, she created one of the

12  earliest models of independent living.  Zona

13  passed away on January 10th at the age of 104.

14  She was preceded by her beloved sons, Ed, Ron,

15  and Randy.  She is survived by her son Mark, her

16  grandchildren and great grandchildren.  She also

17  leaves behind an endless number of friends who

18  will miss her dearly.  We can all learn from

19  Zona's unwavering belief in human dignity and the

20  tenacity with which she advocated not only for

21  her son, but for every disabled person to realize

22  their potential.  Zona's contributions will

23  continue to resonate in the fight for equity and

24  dignity for every individual.  Her legacy will

25  live on in communities and across this nation.
    Zona's son Mark, and many of her friends and

 1 │ family are with us here today in the gallery to

 2 │ celebrate her amazing and purposeful life.  I

 3 │ respectfully ask that the assembly join me in

 4 │ adjourning in her memory today.

 5 │     MR. SPEAKER:  Thank you, Assembly member

 6 │ Wicks.  Members, let us observe a moment of

 7 │ silence to honor the life of this historic

 8 │ Californian, Zona Roberts.  Assembly member

 9 │ Sharpe Collins, you are recognized for your

10 │ adjournment in memory.

11 │     MEMBER SHARPE COLLINS:  Thank you, Mr.

12 │ Speaker.  Today I rise to remember a man whose

13 │ name became synonymous with leadership,

14 │ dedication, and service to the city of La Mesa,

15 │ located in San Diego, the Honorable Arthur Art

16 │ Madrid.  Art's story is one of perseverance,

17 │ service, and deep commitment to community.  Born

18 │ in New Mexico in 1934, Art came to La Mesa as a

19 │ teenager, quickly developing the strong sense of

20 │ civic pride that would define his life's work.

21 │ He served his country in the United States Marine

22 │ Corps and later worked for Pacific Belle, a man

23 │ who knew both the discipline of service and the

24 │ value of hard work.  Art's political journey

25 │ began with his work for the then San Diego mayor,
   │ Pete Wilson.  But it was in La Mesa that his

1   public service truly flourished.  Elected to city

2   council in 1981 and then as mayor in 1990, Art

3   would lead the city for 24 years, a remarkable

4   run marked by his vision, tenacity, and results.

5   He never shied away from bold action, even when

6   it brought national headlines, as in 1994, when

7   he took on a controversial stand against

8   prostitution within our community.  His

9   leadership was recognized far and wide.  The

10  American Society of Public Administrators named

11  him San Diego County's outstanding elected

12  official, and the San Diego Magazine listed him

13  Amongst the top 50 people to watch as they knew

14  about his millennial approach beyond our city

15  limits, Art shaped regional and statewide policy

16  as chair of the San Diego association of

17  Governments, president of the San Diego Division

18  of the League of California Cities, and President

19  of the California Council of Governments.  He

20  believed deeply in collaboration and that cities

21  and communities were stronger when they worked

22  together.  His courage as a public servant was

23  matched only by his resilience and as a person.

24  For all of his public accomplishments, Art's

25  greatest devotion was to his family.  He and his
    beloved wife, Sally, shared decades together,

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                197

```
 1   raising four children.  Life dealt them
 2   heartbreaking losses with the passing of their
 3   son to cancer and later Sally's own passing in
 4   2003.  Yet even in grief, Art continued to serve,
 5   guided by a belief in giving back to the
 6   community that he truly loved.  Art Madrid passed
 7   away peacefully at his La mesa home on June 6,
 8   2025, at the age of 90.  And I can tell you, all
 9   the way up until that time, he was still
10   advocating and fighting for his community.
11   Today, we remember not only a mayor, but a
12   neighbor, a veteran, a husband, a father, and a
13   friend.  His life reminds us that true public
14   service is not measured just in years served or
15   titles held, but in the lasting differences made
16   in people's lives.  So we honor his memory by
17   continuing the work that he has so passionately
18   believed in and building a community that is
19   safe, strong and united.  So, although today I am
20   standing here saying goodbye, just know that we
21   will also say thank you.  And I'll continue to
22   say thank you to Art for everything that he has
23   done.  So thank you, Mayor Madrid, for your
24   leadership, your courage, and your heart.  And
25   your city will never, ever forget you.  Thank
     you.
```

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                198

1          MR. SPEAKER:  Thank you, Dr. Sharp Collins.

2    Members, please bring the names to the desk to be

3    printed in the Journal.  All requests to adjourn

4    in memory will be deemed read and printed in the

5    Journal.  Moving on to announcements session

6    schedules as follows.  Friday, August 22nd.

7    There's no floor session, no check in session.

8    Monday, August 25th floor session at 1pm seeing

9    and hearing no further business, I'm ready to

10   entertain a motion to adjourn.  Madam Majority

11   leader moves and Mr. Patterson seconds that this

12   House stands adjourned till Monday, August 25th,

13   at 1pm Quorum calls lifted and we are adjourned.

14        ( Off the record 6:30 p.m. )

15

16

17

18

19

20

21

22

23

24

25

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025                      199

```
 1              C E R T I F I C A T E

 2

 3   STATE OF CALIFORNIA )

 4   COUNTY OF SACRAMENTO )

 5

 6        I hereby certify that the foregoing

 7   transcript was reported as stated in the caption, and

 8   the questions and answers thereto were reduced to

 9   typewriting under my direction; that the foregoing

10   pages represent a true, complete, and correct

11   transcript of the evidence given upon said deposition,

12   and I further certify that I am not of kin or counsel

13   to the parties in the case; am not in the employ of

14   counsel for any of said parties; nor am I in a way

15   interested in the result of said case.

16        This the 30th day of October 2025.

17

18   _____

19        Charles Golding, CVR

20

21

22

23

24

25
```

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025

**$**

**$1**
  17:19 90:11
  137:12

**$1.25**
  107:12

**$10**
  126:25

**$200**
  134:25
  137:10,11
  138:20

**$23**
  123:24

**$230**
  90:25

**$235**
  85:13

**$250**
  57:13,16
  126:25
  127:3 145:2,
  5 146:4

**$30**
  99:25

**$500,000**
  134:22

**$584**
  137:24

**$80**
  50:10

**$900**
  38:24 42:12

**0**

**0**
  190:16,19,

20,21,22,23,
24,25

**1**

**1**
  42:24

**1.4**
  55:24

**10**
  17:3 47:6
  53:14 55:19
  57:11 58:17
  68:8 134:9
  161:8
  163:18

**10,000**
  110:3

**100**
  42:18 92:3
  114:10
  163:14
  183:17

**100%**
  163:21

**104**
  194:13

**105**
  8:12

**10th**
  194:13

**11**
  36:22,25
  51:15

**118A**
  188:17

**119**
  76:16

**11th**

165:4

**12**
  123:22

**12,000**
  18:8

**120**
  5:19,21
  132:21

**121**
  5:21 132:21

**125,000**
  144:19

**126**
  5:19

**131**
  113:9,19,25

**14**
  184:5
  193:17

**141**
  76:4

**1441**
  102:1
  136:12

**145**
  112:24
  190:9,10

**15**
  3:2,3,4
  12:21 30:3
  36:22 56:18
  57:12

**151**
  8:7

**16**
  59:8

**16,000**
  86:2

**1603**
  4:4

**17**
  173:22
  187:21

**17%**
  173:17

**1776**
  4:16

**17th**
  4:5,13
  188:24

**18**
  7:25 56:14
  157:5
  193:17

**18%**
  163:20
  173:21

**19**
  10:6 12:3,17
  23:13 29:10
  115:15
  118:5
  119:23
  121:8 182:7

**1920**
  193:12

**1930**
  154:16

**1934**
  195:18

**1952**
  94:16

**1953**
  193:16

**196**
  85:21

**1981**
  196:2

**1982**
  29:10

**1990**
  196:2

**1994**
  196:6

**1998**
  23:5

**1pm**
  198:8,13

**2**

**2**
  6:15

**2/3**
  48:19

**20**
  11:10 86:6
  109:9 156:8,
  9 169:5
  187:15

**20%**
  92:8

**200**
  58:18
  102:24
  114:10

**2002**
  23:11

**2003**
  197:4

**2006**
  23:18

**2008**
  95:6

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025

**2010**
16:25 17:5,
10 44:25
45:15 46:6
91:1 126:7
128:17
159:19

**2011**
185:5

**2012**
24:5

**2014**
110:6

**2015**
24:19

**2017**
24:21

**2020**
18:20 27:19
55:23 56:1,
13 95:14

**2021**
126:1

**2022**
136:24

**2024**
55:23 56:14

**2025**
17:2 41:11
52:25 106:4
121:20
144:15
155:22
187:21
188:24
197:8

**2026**
14:25 25:21,
25 77:18

157:22
185:14

**2028**
100:1 134:9

**2030**
16:15 55:20
56:10 68:24
136:24
157:20

**21**
6:15,20,25
12:6 45:23
128:13
134:21,23
174:9
189:15

**212th**
154:20

**21st**
191:19

**22,000**
42:20

**22nd**
198:6

**23**
144:15

**233**
189:18

**24**
169:6 196:3

**24%**
163:17,18

**249**
4:16

**250**
32:6

**255**
188:24

**25th**
198:8,12

**26**
158:15

**262**
189:18

**280**
6:14 11:18
112:24
113:6,12
115:19
116:8
118:10
119:25
121:10,17
122:6,25
125:14
137:8
139:12
140:15
146:7

**283**
189:18

**2978**
24:6

**2E**
6:25

**2G**
6:20

---

**3**

**3**
39:1 42:16
118:7
123:19

**3,800**
85:21

**3.5**
185:22

**30**
3:18 29:12
30:5,20
35:10 44:7
47:20 53:25
57:7 59:24
62:22,23
74:9 88:1
100:11
128:9 131:5,
22 134:9
151:1
162:22
166:21
175:11
189:18
190:2

**30%**
173:15

**3043-**
189:18

**32,000**
85:22

**32nd**
70:22

**33**
170:6

**3403-743894-46440**
189:16

**36**
57:14 98:24
127:4,7
128:11
150:18,23,
25

**392**
190:20

---

**4**

**4**
91:25
155:22

**40**
121:1 135:1,
16 156:25
189:18

**40%**
173:11,12,
13

**400**
141:11
189:22

**422**
4:5

**43547**
189:20

**44**
194:3

**440**
190:20

**446096-17626**
189:17

**4474-804895-04506**
189:16

**45.5**
188:11

**4534-564664-70486**
189:19

**48**
115:15

**482**
8:7

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025

**49**
190:18

**4935-125135-**
189:19

**4th**
121:19
148:11
181:11

---

**5**

**5**
184:6

**50**
186:1
196:13

**500,000**
69:8 70:8
176:8,13

**5075-**
189:16

**50s**
53:8

**510**
190:21

**52**
182:7

**523,000**
56:15

**53**
121:8
154:16

**54**
54:7 156:5
157:5
187:12,14,
15

**5486-256306-**
**70697**

**189:20**

**55**
118:5
119:23

**56%**
139:5

**57**
11:10 109:9
156:8,9
183:24

**58**
7:25 10:6
12:4,17

**583623-**
**95415**
189:19

**598**
190:21

---

**6**

**6**
106:17
197:7

**60**
3:17 183:24

**604**
6:19,24
157:6,9,25

**60s**
53:8

**61%**
86:6

**62**
189:18

**621**
190:19

**627**
189:21

**63**
156:16

**64%**
103:24
138:23

**65%**
87:14

**6716-867317-**
**64792**
189:17

**68**
189:18

**68,000**
170:16

**69**
10:7

**69%**
138:25

**69,000**
170:7

**69B**
8:22

**6:30**
198:14

---

**7**

**7%**
173:24

**700**
92:8

**72**
126:13
127:12
176:13

**733**
190:23

**735,000**

**123:16**

**74**
86:18 184:6

**76%**
163:16

**76.7**
184:2

**76.7%**
158:10

**77**
190:9

**77.2**
189:4

**777**
189:20

**78%**
87:22

**786**
189:7

**7th**
188:24

---

**8**

**8**
6:19 8:23
10:18 11:17
13:8,17
14:8,9,12,16
15:5,8
16:15,18
20:2 21:19,
20 26:9,14
29:2 30:25
32:13,25
36:8 37:19
40:8 41:19
44:10 48:18
53:24 63:6
64:16 67:21

**75:8,9 77:9
80:9,20
81:10 83:12
86:18 89:25
90:21
103:15
104:1
108:21
113:20
121:24
180:10**

**8018**
41:4

**805**
189:20

**81**
189:18

**825**
189:20

**825,000**
133:8

**841**
189:20

**847**
189:17

**85**
110:3

**854**
189:17

**856**
190:22

**857**
189:17

**858**
190:23

**859**
189:18

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025

**9**

**90**
197:8

**90%**
138:24
139:8 149:8

**92%**
87:17

**96%**
87:15,24

**97**
189:18
190:2,24

**97%**
87:23

**98**
189:21

**98%**
139:6

**99**
190:25

**9am**
187:22

**A**

**Aarons**
77:6,7

**AB**
6:19 102:1
136:24
157:6,25
189:7

**AB604**
15:10
156:14
183:12
187:7

**AB786**
189:3

**abandon**
21:24

**Abbott**
34:11 64:15

**abdicated**
88:22

**abide**
173:1

**ability**
43:7,13,20
61:25 62:2,6
100:14
105:12
128:14
131:3

**abortion**
43:24

**absence**
2:3 161:1,19
162:23

**absences**
188:6

**absent**
2:5

**absolutely**
43:25 44:8
76:8

**absurd**
86:22

**abuse**
165:25

**abusive**
163:13

**AC8**
41:21 62:24
158:2

**AC88**
41:6

**AC8A**
37:13

**ACA**
6:18 8:23
10:18 11:16,
17 12:21
13:8,17
14:8,9,16
15:5,8
16:15,18
20:2 21:19,
20 23:13
26:9,14
29:2,7 30:25
32:13,25
36:8 37:19
39:10 40:8
41:19 44:10
48:18 53:24
63:6 64:16
67:21 75:7,9
77:9 80:9,20
81:10 83:12
86:18 89:25
90:21
103:15
104:1
108:21
113:20
119:3
121:24
161:7
180:10

**aca8**
76:20 77:4
85:8 118:16
120:4
126:10

**ACAA**
153:23

**acai**
90:18

**accept**
27:18
166:22

**accepted**
181:18

**access**
77:22 78:6,
14 79:3 92:4
98:22
122:25

**accessibility**
193:21

**accessible**
122:10

**accessing**
69:22

**accident**
191:18

**accolade**
14:13

**accolades**
157:10

**accomplish
ments**
196:24

**accountabilit
y**
103:1 165:7,
25 166:23

**accountable**
79:11,14
107:3,6,10,
11,14,17,19,
24,25 139:3
161:1,4,20
163:1,2
177:3

**accuracy**
122:16

**accused**
149:15

**acknowledge
d**
68:10

**act**
15:6 17:25
20:1 24:7
30:25 31:4
40:8,9 49:17
82:22 86:11
88:22 89:9
90:14
124:20
157:23
176:23
192:14

**acting**
106:12

**action**
6:22 28:6
44:9 62:5
68:7,21 76:6
77:14
155:20
188:23
189:2,8
196:5

**actions**
17:23 25:16
28:5 44:5
59:11 60:22
142:7
163:11

**actively**
47:9 177:14

**activists**
194:10

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025

**actor**
109:24

**acts**
27:16

**adage**
101:2

**add**
60:9

**added**
4:4

**Addis**
2:7 188:7,10

**addition**
16:18
109:21

**additional**
56:13
134:14

**address**
37:7 72:16
73:4 133:25
135:9
149:10
169:8,9
182:10

**addressing**
98:18 99:2

**adhere**
48:12

**adjourn**
191:14
192:25
193:8 198:3,
10

**adjourned**
198:12,13

**adjourning**
195:4

**adjournment**
188:13
191:4,7
193:6
195:10

**adjournment
's**
190:25

**administratio
n**
29:23 41:13,
17 44:2
83:13 90:8
154:20

**administratio
ns**
174:25

**Administrato
rs**
196:10

**admire**
21:7 61:23

**admission**
73:16 98:7
101:12,20,
21

**admit**
20:23
151:24
161:24

**admitted**
61:22 98:2,3
101:15
168:6

**admitting**
47:1

**admonish**
6:3 169:11

**admonished**

15:21 19:14

**adopt**
8:23 24:2
159:24
171:18

**adopted**
78:1 83:2
103:13
109:10
188:3
189:24
190:17

**adopting**
6:23

**adoption**
10:20

**advance**
113:24

**advanced**
45:10
106:21

**advantage**
47:1 64:17
97:22 117:9

**advice**
18:1

**advocate**
193:20

**advocated**
194:20

**advocates**
42:9 60:11

**advocating**
24:18
197:10

**affect**
86:18 135:1

**affected**

25:13

**affecting**
56:9

**affects**
16:2 34:14
81:22

**afford**
53:18 93:10
99:19,21
133:9
135:19
137:4
142:23
144:19
145:25

**affordability**
91:13 134:1
152:8

**affordable**
99:5 155:4

**afraid**
39:14,15
63:21 82:2,3
185:11

**African**
53:15

**afternoon**
121:16

**Agar**
187:23

**age**
3:19 29:10
56:14 194:3,
13 197:8

**agencies**
42:8 127:6

**agenda**
87:4 131:24

**agents**
38:15 63:17
69:14

**ages**
52:16

**agree**
25:10 28:6
67:12 68:11,
14,25 69:2
75:10,16
85:11 88:16
102:18
131:23
134:7
136:18
142:4

**agreed**
88:2

**Agriacuri**
157:9

**Agua**
162:10

**Aguiar**
2:7 156:16

**Aguiaracuri**
157:7

**ahead**
33:5

**Ahrens**
2:7 80:6

**air**
31:17
167:24,25
176:21

**airdrop**
69:17

**aisle**
16:24 17:23
61:21 66:4

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025

89:3,6,10,12
101:7,23
125:24
139:20
140:5,25
141:3 150:1
171:2
178:10

**AJR**
12:6

**Alameda**
41:4

**Alanis**
2:8 188:12,
18 189:10
191:7,9
193:2

**alarming**
133:12

**albeit**
13:18

**alien**
71:23

**alive**
4:20 23:25

**allegedly**
162:1

**allegiance**
5:1,4 82:14

**allies**
38:4 83:20

**allocate**
136:8

**allocated**
164:1

**allowed**
46:18 120:6

**allowing**

125:11,22
192:24

**alongside**
91:16
193:25

**alternative**
78:5,18

**Alturas**
141:13

**alumni**
109:23

**Alvarez**
2:8

**amazing**
112:2 195:2

**ambition**
99:7

**amended**
10:9,19
11:16 32:25
169:7,15

**amending**
74:10

**amendment**
12:7 14:12
16:20 23:12
25:25 48:20
59:17 113:7,
17 115:1,20,
22,23 118:8,
14,19 119:5,
6 120:3,12
121:22
168:25
173:5

**amendments**
8:23 10:8,10
113:3,6,13
114:13

115:5,16,25
116:2,3,4,6,
7,8,12,23
117:14,20
118:6,10
119:12,24,
25 120:17,
23,25 121:8
130:25
156:19
157:8
187:16
188:2
189:21,22,
24

**America**
4:21 5:5
32:1 39:16
52:10,23
53:2,12
64:25 68:16,
20 70:5,12,
25 79:1,14
81:23 82:9
105:10
171:16

**America's**
78:5 94:19

**American**
15:7 18:21
34:15 53:15
63:16,21
68:2 94:17,
21 147:4
160:5
162:16
196:10

**Americans**
15:4 41:18
67:25 77:14
78:15 79:1
80:2 185:17

**amicus**
24:19,21

**amnesia**
149:8

**ample**
114:1

**analysis**
134:5,11

**ancestors**
179:9

**Angeles**
47:18 50:9
72:17

**Anneliese**
192:13

**announcements**
198:5

**annually**
42:25

**anonymous**
166:18

**answering**
168:11

**answers**
87:14 93:21
135:5 142:6
164:11
167:22

**anyone's**
13:3 81:8

**Anza**
92:17

**apologize**
191:10

**Apparel**
110:14

**apparently**
45:17
172:24

**appeal**
7:15,18
178:5

**appeals**
62:12

**appeared**
165:4

**appears**
57:16

**applause**
163:10

**applied**
126:25

**appreciated**
75:4

**approach**
67:10 68:25
114:4
115:25
196:14

**appropriation**
121:12

**approval**
158:7

**approve**
128:18
158:2,3

**approved**
10:8 14:6
15:9 49:5
86:5 116:21
184:5

**approves**
9:16

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025

approving
48:21 120:8
125:4

April
144:15

Arabidian
2:15

Arambula
2:8 94:7,9
97:6

architect
26:7

archives
179:7

areas
86:14 95:22
174:13

arguably
143:4

argue
17:25 37:9

argument
67:1 136:10

arguments
16:23 60:8
66:17 92:20

Arise
140:19

Arizona's
24:20

armed
89:7

arms
2:4 82:25

Arnold
22:12

arrest

5:14 127:6

arrests
123:22

arrive
65:9

arsenic
44:16

Art
195:15,18
196:2,15
197:4,6,22

Art's
195:16,24
196:24

Arthur
195:15

Article
6:15,20,24
45:23
128:13
174:9

arts
191:20

asa
30:21

ashamed
179:3

asks
150:14

assembly
2:2,3,25
4:25 6:24
8:11,12,22
10:7,11,18,
22 11:13,22
12:11,18,24
13:11 14:12,
14 19:16
23:5,17,24

30:22,23
32:13 37:14,
15 42:5 47:2
48:15,16
59:16 71:1
72:4 74:20,
21,22 77:6
85:25 86:13,
18,19 97:6
100:23
108:6,16
110:23
112:21
113:13
116:1,9
118:10,11
119:9
120:25
125:7,8
132:6,9,10,
11,25
148:14
156:15,16,
19,20 157:8
164:16
167:23
168:12,18,
25 172:18
176:5,12
177:20
178:5,6
180:11,20,
22 184:10
187:20,22
188:7,11,17,
18 189:4
190:7 191:6
192:25
193:1 195:3,
5,8

Assemblyme
mber
11:1 20:3

21:15 22:18
26:11 29:3,4
36:5 40:25
41:1 44:11,
12 48:6,7,9
51:9 54:9,10
57:22,25
60:4 63:3
65:1,2 67:22
77:5 80:6,
21,22 83:8,9
84:22,23
85:3,4 88:13
89:23,24
90:19,22
94:7 100:24,
25 102:15
104:2
105:23
108:19
109:1,16,17
110:25
111:25
112:25
113:14
115:2,6,16,
20 116:2,5
117:17,22
118:2,7
119:14,25
120:20
121:14
128:24
133:16,22
137:5
138:10,11
139:13,14
140:16
144:5,6
146:8,9
148:13
151:13
153:4,6
154:5,7

156:2,23,24
157:9 159:7,
11 163:6,7,8
167:6
169:18
170:23
172:4,5,11
175:24,25
176:1,2,6,
10,11,15,16
180:6 183:2
186:7 193:5

assigning
15:12 16:9

assistance
18:25 50:18
107:13
123:16
139:25

Assistant
7:25 156:11

association
196:16

assure
32:4 68:3
183:19

athletes
109:21

Atlantic
69:13

atrocity
179:5

attack
18:1 97:11

attacked
39:23 136:8

attacks
43:15 79:18

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025

**attempt**
23:14 73:19
103:22

**attempting**
14:22

**attempts**
72:7 147:6

**attention**
117:15
125:21
191:2

**attest**
122:11

**attorney**
134:15
167:12,15

**August**
198:6,8,12

**aunts**
192:19

**auspices**
131:21

**author**
8:7 15:25
41:5 83:12
88:6,9 89:25
115:23
168:17,24,
25 169:8
171:23
190:2

**authored**
49:17,21
121:17
149:18

**authoring**
99:8

**authoritarian**
49:2 71:18

83:1 100:22
125:4
154:16

**authoritarian
ism**
80:4 100:16
108:9
131:17

**authority**
45:24

**authors**
74:6 154:4
166:23

**authorship**
164:21

**autocrats**
61:4,8,18
62:7

**average**
133:7

**Avery**
191:14,15,
17,19,24
192:2,10,15,
25 193:3

**Avery's**
192:6,16,22,
24

**Avila**
83:9 84:22

**Avilon**
2:8

**avoid**
102:25

**aye**
10:2 11:6,24
77:4 118:1
119:19
140:15

154:3 157:2

**ayes**
10:6 11:10
12:3,17
109:9
115:15
118:5
119:23
121:8 156:9
157:5 182:7
187:14

**B**

**babies**
148:19

**baby**
135:12

**bachelor's**
194:5

**back**
3:4,7 10:10
16:16 27:8
33:3 35:2,25
39:25 43:19,
25 50:11,15
52:21 61:25
62:18 64:2
65:8 66:19
67:17 70:3,
21,25 73:16,
17,20 79:20
80:17 81:10
83:5 84:19
90:2 93:25
95:6 96:11
105:12
120:10
123:21
125:3
126:11
128:5,7,8

129:5,20
130:16
133:6
138:25
142:17
160:7
177:16
180:2
181:21
182:15
186:1 188:7,
25 191:22,
23 192:17
197:5

**backers**
126:19

**background**
23:3

**backroom**
93:21 117:1

**backs**
146:3

**backyard**
179:9

**bad**
71:10 88:17
95:25 99:10
143:17
150:20
151:8,11
170:4,14
179:1

**Bader**
28:22

**baffled**
81:14

**bag**
50:3 145:6

**Baines**
2:9

**balance**
25:13 58:25

**balanced**
26:1 87:6
96:23

**balances**
58:14 88:19

**ball**
150:17

**ballot**
38:12 45:2
48:6 84:17
89:19 109:2
122:25
126:5
127:18,22
128:20
150:8
155:24,25

**ballots**
28:4 64:5

**Ballroom**
105:5

**Baloney**
127:10

**banking**
189:3

**banks**
93:4

**Banta**
41:1,2 44:8,
12 109:17,
19 110:25
111:1

**bar**
110:15
161:6

**Barack**
130:17

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025

barbershop
69:14,15

barred
46:16 47:6

base
25:6 129:18,
24

based
97:17
127:19
132:21
136:15
158:16
180:18,20
182:13
186:11

basic
43:24 93:8
164:6

basically
43:18

basis
46:25

basking
19:4

battle
34:16

Battling
193:21

Bauer
2:9

Bay
194:3

beaches
70:23

beacon
4:18,21

bear

112:5
140:13

bearer
97:3

Beast
110:2,14,15,
16

beautiful
3:22 41:4
59:12 95:25
100:17
111:2

beck
175:25

beet
92:6

began
94:14
195:25

begin
5:4 57:2
58:21 59:1
164:10

beginning
75:5 87:25

begins
51:19

behalf
14:16 32:10
41:3 83:5
111:2
167:14
170:5 176:7,
12

behavior
21:1

belief
22:15
194:19

197:5

believed
22:14 23:10
71:15 86:16
112:18
196:20
197:18

believing
96:13

Belle
195:22

Bellflower
70:11

belong
28:20 141:9
152:21

belongs
84:17
131:19
166:16

beloved
192:17
194:14
196:25

Ben
89:18

Ben's
110:14

bend
36:12 40:22
102:6

bending
105:8
149:16

benefit
20:24 77:19
78:8 147:12,
14 165:14

benefiting
120:11
147:11
185:18

benefits
32:9 83:16
178:20

Bennett
2:9 60:5,6
62:25

bereavement
188:6

Berkeley
109:22
111:9 194:4,
6

Berman
2:9 10:18
14:14,15
15:14,15
16:6,7 19:19
20:3 139:14,
16,18
140:16
172:12,13,
18

Bernardino
93:10 162:5
180:9

Berner
2:10 80:7,8,
21

bestowed
71:25

bicameral
23:21

bickering
28:8

Biden

129:25
130:4,18

big
38:23 42:10
77:20 78:3,
10 95:25
100:17
104:22
125:25
175:12

biggest
50:13
144:17

bill
6:14,18,19,
24 10:9
11:16 23:25
33:1 38:24
40:9 42:10
84:25 95:25
100:15,17
104:22
113:12
116:8
118:10,25
119:25
121:9,10,17,
18 130:24
133:21,24,
25 134:3,17,
25 135:14,
23 136:6,13,
14,17,24
151:3
153:14
156:17
157:9
161:13
164:18
167:1
168:17
171:22
172:17

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025

182:12
184:19
188:25
189:21,22
190:19,20,
21,22,23

**billion**
17:19 38:24
42:12 50:10,
23 90:12
99:25
107:12
123:21,24
125:15
126:25
127:2 134:9
137:12

**billionaires**
105:19
123:19

**billions**
17:24 78:4
123:15,24
137:20
140:10

**bills**
6:20 7:6
14:10 99:3,
6,8 111:10
131:4
133:10
151:8
186:21
187:2 188:1
189:15,23

**Biondi**
51:3

**bipartisan**
25:9 174:24

**birthdays**
128:23

**bit**
20:8 60:9
129:13
149:8

**bites**
88:24

**black**
40:3 49:7
53:13

**blah**
20:20

**Blake**
135:2

**blank**
134:3,15
135:24

**blatant**
97:10
136:21
177:7

**blessed**
29:20

**blessing**
65:12

**blind**
66:5

**block**
62:5,6

**blocks**
73:5

**bloods**
179:6

**blow**
175:1

**blue**
55:20,21

**blunt**
153:16

**blush**
17:16

**bluster**
101:11

**Blythe**
91:24 92:3,
12

**Boar**
32:14

**board**
2:25 68:5

**boards**
49:22

**Bob**
3:20 4:1

**Bob's**
3:17

**bodies**
23:21

**body**
6:13 7:7
13:10 14:7
16:1 20:10
45:16 48:12,
22 57:2
72:7,17
73:13 74:14
91:6,11,18,
21 97:25
119:7
132:16
142:7
163:24
179:11
180:5

**bold**
52:3,4,5
53:20 97:9
142:16
196:5

**boldly**
29:1

**bones**
179:6

**Bonta**
2:10 110:25

**Book**
75:18

**borders**
141:14

**Bore**
30:23,24

**born**
22:1 37:21
94:15 111:5
192:5
193:11
195:17

**borrow**
132:17

**bother**
147:25
162:15

**bothered**
162:9

**bothers**
130:14

**bottom**
83:23
103:25

**Bottoms**
111:18

**Boulevard**
69:13

**boundaries**
15:9 16:13
114:2

**bow**
39:21 81:9
175:25

**bowl**
110:4,6
111:4

**box**
84:17 89:19

**bragging**
18:5

**branches**
59:10

**brand**
176:23

**brazenly**
98:2

**break**
36:13 40:23
85:1 102:6
109:15

**breaking**
146:3

**breaks**
42:13
123:18
191:22

**breakup**
158:15

**breath**
27:13

**Breyer**
24:25

**Brian**
2:10

**bribery**
45:6

**Bridge**
141:10

**bright**
4:21

**bring**
2:5 13:8,17
54:13 70:7
76:8 99:5
111:9,19
129:23
136:12
178:19
179:1,4,10
198:2

**bringing**
153:17
179:24

**brings**
179:22

**brink**
91:24

**broader**
194:3

**broken**
145:25
151:25
165:15

**brother**
192:12,18

**brothers**
145:23

**brought**
104:15,17
179:14,19
191:16
196:6

**Brownsville**
94:15

**brutal**
83:17

**brute**
60:21

**Bryan**
48:16,17
51:9

**BS**
137:4

**Bubio**
2:20

**budget**
57:15 77:21
78:2,3,9,11
126:22
127:1

**build**
20:10
112:13

**building**
21:10 73:6
74:17
130:23
143:14
145:18
148:24
150:15
197:18

**built**
30:4 88:18
163:25

**bullied**
82:17

**bullies**
81:4

**bully**
27:16 28:12
106:8

**bunch**
46:22

**bureaucracies**
193:22

**buried**
135:21

**Burke**
9:18

**burn**
34:13 64:15
107:18
147:19

**burning**
75:14 76:12

**Bush**
129:14
130:17

**business**
4:7 5:11,13
51:8 56:19
109:15,23
110:13,20
112:22
134:2,20
187:19
189:12,14
198:9

**businesses**
17:21 57:18
72:13 81:18
122:5 132:4,
5 133:12
135:22
148:1

**buy**
99:21
112:11

**buying**
63:9

**bypassed**
174:13

**bystander**
82:18
106:10

**bystanders**
81:4

---

**C**

**Cahan**
2:9

**cal**
98:25
123:19

**Calderon**
2:10

**calendar**
8:6,10,11,15
9:6,16
190:12,13,
17

**calfresh**
123:17

**Caliente**
162:10

**California**
6:11 8:14
16:11,14
17:3,21,24
19:6,23,24
22:10,23
23:5 27:1,4,
9 28:16,25
29:8,18,21
30:1,19,20
33:3 38:22
39:12,18,24,
25 40:4,13,
23 45:9
47:20,25
50:24 51:7,
25 52:4,11,

25 53:17,21
55:21,23,25
56:2,8,9,10,
16 57:1,4,
18,19 60:2
64:14,24
66:1,6,13,
17,18,22
67:4,8
68:12,13,15
69:5 70:17,
22 72:4
73:9,21 74:5
76:24 79:15,
21 82:17,25
83:14 84:13,
18,19 86:25
87:9 89:14,
22 92:23,25
94:25 96:17
97:17 102:5,
8,12 103:7
105:11
106:10
107:3,11
108:2,3
109:3
110:19,22
111:15
112:21
114:7,22
116:13
117:10,12,
15 121:20,
23 124:12
125:2
126:23
137:13,16
140:10,20
142:17
144:14
146:2 147:8
148:8
151:22,24

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025

152:7
154:23,25
155:20,21
157:15
158:12
159:1,5,17
160:10
163:6
166:19,25
167:2 170:1
173:10,13,
17 177:11,
16 178:19,
23 179:13,
19,21 184:7
185:22
191:20
193:13
194:2
196:18,19

**California's**
28:6 48:25
56:14 62:2
69:25 80:3
83:22
103:18
135:15
137:19
144:17
147:19,21
176:22
178:13

**Californian**
41:7 43:13
108:10
109:13
133:9
162:24
164:23
195:8

**Californian's**
137:3 154:1

**Californians**
15:5 21:25
25:18,20,24
26:5 37:10
39:1 41:23,
24 42:16,24
43:8 44:3
48:25 50:1
62:4 68:16,
19 70:19
77:13,23
78:14 79:17,
22 80:2,9,18
81:9 85:23
86:7 88:1,25
89:2,15,17,
21 91:1,4,8,
20 93:16
97:20 98:22,
25 99:15
100:6,11
103:24
107:15
108:7
116:20
123:16,20
124:11
133:5 135:2,
4,25 140:1,2
141:25
143:16,18,
24 144:3
145:20
158:10
160:7
163:18
165:20
166:8 176:8,
13 184:2
185:8,17
187:6

**call**
2:6 8:3,19

9:1,5 19:12
40:17,18
52:14 77:15
90:20,21
128:6
156:22
160:12
161:21,23
162:18
164:9 179:8
189:12
190:12
191:1

**called**
18:7 22:13
94:12,24
130:7 170:7
179:17

**calling**
30:8 49:21

**calls**
16:18 53:5
59:14 80:15
121:18
198:13

**camera**
46:21

**camp**
191:23,24,
25 192:4,20,
23

**campaign**
78:19
125:13,16
126:18
163:4,5
164:12

**campaigns**
47:9

**Campo**
162:14

**camps**
192:1

**Canada**
50:8

**cancel**
64:4

**cancer**
22:13 42:22
137:25
149:2 197:3

**candidate**
7:2

**capable**
46:10

**capital**
106:18

**capitol**
70:8 76:17
111:4

**caps**
147:1

**car**
191:18

**card**
65:14

**care**
18:25 27:22
31:5,16
38:23 39:7
42:8,14,21,
23 43:7,8,
23,24 45:14
47:19 50:18
57:14 69:22
77:22,25
78:10,14,16,
21,24 79:3
90:12 91:13
92:4,5

104:21
105:16
107:16
126:25
128:16
140:2
144:20
147:20
148:1
152:16,24
154:22
155:9
185:22

**career**
71:14 110:2,
11

**careful**
19:18

**caretaker**
4:14 111:22

**caretakers**
4:15

**Carillo**
2:11

**Carolina**
50:5

**carpet**
44:1 51:18
147:3

**carries**
10:7 11:11

**Carrillo**
36:5,7 37:14

**carve**
39:20

**carved**
26:25
165:11

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025

**carving**
27:25 45:7
145:4

**cascade**
25:2

**case**
34:14
118:20

**cash**
120:14

**Castillo**
2:11 116:3,
5,9,10,11
117:18
118:2

**cathedral**
75:19

**caucus**
2:25 3:2
51:2 148:22
149:21

**caused**
51:14
109:25

**causing**
148:25

**cautionary**
166:20

**CD**
4:8

**cease**
7:8

**ceased**
108:15
109:5 156:3
187:9

**cede**
62:23

**celebrate**
195:2

**Celeste**
2:19

**census**
16:15 63:25
157:20

**center**
43:3 170:9

**centered**
75:24

**centers**
155:13

**cerebral**
93:23

**Cervantes**
112:25
121:11,18

**chair**
7:18,19,25
10:9 42:5
49:16 137:7
139:17
167:8
169:14
196:16

**challenge**
114:1
122:19
153:20

**challengers**
25:6

**challenges**
133:5 185:3,
5,6

**chamber**
2:5 3:9 40:7
76:4 82:15
85:15 86:2

98:9 106:4
107:9
150:25
153:24
158:22
187:21
188:19

**chambers**
19:3 72:3
179:5

**champion**
111:5,23
193:9

**championed**
22:14

**chance**
17:4,11
18:14 36:18,
20 76:19
79:12 82:11
83:4 90:5
120:11
185:6,9

**chances**
125:18

**change**
28:22,23
36:14 38:8
50:16 65:16,
22,24
120:13
127:17
138:19
174:25
180:9

**changed**
82:21
112:18
154:17
163:22

**changing**
52:22 61:6
62:1 65:25

**character**
19:13

**charge**
72:21 150:4

**charts**
17:15

**chatted**
3:23

**cheaper**
38:19

**cheat**
27:17 36:16
40:21 63:10
177:17

**cheated**
27:12

**check**
19:8,21
58:25 88:23
198:7

**checked**
162:17

**checks**
58:14 88:19
134:3,15
135:2,24

**cheek**
35:9,19
61:24,25
73:15 129:3

**cheer**
192:8

**cheerful**
192:6

**cheering**

192:9

**Chen**
2:11 4:24,25
5:2

**chess**
36:16

**Chiavo**
2:21

**Chicken**
57:5

**chief**
115:25
121:9

**child**
27:22 40:2
144:20

**childcare**
93:11 145:7,
12

**children**
38:15 39:3
42:15 66:15
73:3 104:20,
25 105:15
107:13
146:3
148:25
149:1
185:20
191:25
192:1,4,5,9
197:1

**choice**
31:10 39:12,
17 79:17
80:19 81:9
82:3,10,23
105:17
157:23

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025

choose
6:2 14:18
28:10 80:10,
11 89:18,20
102:25
103:9,10
141:22
144:2
175:13

choosing
91:6 93:11
105:13,14

chose
28:16 72:12
103:8
192:10

chosen
27:1,3 86:25

chum
125:21

church
69:24

churches
38:16 132:3

cinematic
191:20

circumstanc
es
59:7 151:18
152:5,9

circus
19:10 46:5

cited
24:25 25:11

cities
158:15
162:4 164:7
183:24
196:18,20

citizen
30:2 46:8
54:19 94:21

citizen's
126:1

citizens
16:17 22:1
27:9 32:20
44:21,22
45:12 46:10,
11,14,25
47:2,5,10
63:16,21
67:19 82:11,
15,24 83:5
86:8 87:10
97:14 103:7,
11 114:1,9
116:13,22
126:4,7,11,
17 127:24,
25 128:4
136:25
157:17
158:16
161:2,5
163:25
166:4,14

city
3:15 69:13
86:25
165:11,14
183:17
195:14
196:1,3,14
197:25

civic
195:20

civil
53:9

claim

17:12 27:22
93:7 142:2

claimed
27:20
100:14

clamoring
104:8

clap
19:9

clarification
184:13,21

class
17:18
144:18
145:20

class's
44:25

classrooms
145:11

clause
127:16

clear
14:17 27:7
28:7 31:2
34:4 37:3
48:21 80:14
83:25 84:8
87:25 91:19,
22 100:9
101:11
103:1
116:14
133:5
145:25
176:18,20

clerk
2:5,7 7:19,
24 8:10,14
10:5 11:4,9,
23 12:3,12,

16 14:11
109:5,8
113:10,12
115:9,14,25
116:6,8
117:25
118:4,8,9
119:17,22,
24 121:2,7,
10 156:3,25
157:4,8
181:25
182:6 187:9,
13 189:15
190:4,12,15,
17

clerk's
23:24

client
167:15

climate
123:25

cling
26:20 27:13
106:16

clinics
42:19 78:8
185:21

clock
186:1

close
7:24 9:18
10:5 11:9
12:3,16
42:20 66:4
72:12 76:22
109:8
115:14
117:1 118:4
119:22
121:7 154:7

156:7 157:4
182:6 183:6
187:14
190:16

closed
46:22 72:12
126:13
140:23
150:21
151:5
165:24

closer
62:6,8,9,14

closes
120:12

closest
139:4

closet
154:13

closing
135:21
185:21

closure
91:25

clothes
169:9

Clovis
17:8

clutching
88:25

Coach
112:3

cogent
60:8

coincidence
s
71:16

collaboration

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025

196:20

**colleague**
17:22 20:15
28:4 47:18
48:12 53:4
61:21 67:11
72:16 75:3
102:18
121:25
137:10
148:20
150:1
153:10,12
162:5
168:14
178:11
183:9

**colleague's**
153:14
180:18

**colleagues**
15:13 16:6,
10,24 17:7,8
26:15 38:10
47:24 48:18
51:13 65:5,7
66:3,22 75:7
77:23 79:20
80:1 88:16,
25 89:3,6,
10,12 90:23
92:24,25
94:3 98:1
103:3
104:12
106:5 107:9
109:20
123:7
134:17
135:13
139:19,24
140:4,15,24
144:8

150:25
154:3
158:21,22
159:1
164:15
167:20
168:19
169:21
170:13
171:2 178:9
183:8 187:1,
6 191:13

**collect**
126:4

**collected**
126:18

**collective**
25:23 42:4

**college**
50:19
129:14
133:10

**Collins**
2:21 188:12
195:9,11
198:1

**collusion**
161:22

**colon**
149:2

**colonization**
179:16

**color**
39:22 63:17
124:3

**Colorado**
34:21

**Coloza**
2:10

**combat**
100:15

**combine**
192:3

**comfortable**
159:25

**commenced**
24:18

**comment**
97:25

**comments**
13:2 22:5
60:9,10 71:6
75:4 85:22,
25 86:3
135:5
161:13
172:17
184:13,14,
16

**commission**
12:7 16:17
19:25 22:1,
3,14 23:14,
16 24:3,21
26:7 30:2
32:20 45:13
46:9,14,25
47:5 68:7,21
69:6 70:18
84:7 85:20
86:5 87:10,
13,15,16,18
91:2 95:8,12
96:14,21
97:15
103:12
114:9
116:14,22,
24 117:6
126:11

127:25
128:1,2,3
136:20,25
151:25
157:18
158:9,25
161:6
163:25
164:24
166:1,5,14
183:22
184:4 185:3,
4

**commission's**
114:3,23
158:17
183:25

**commissioners**
46:16
116:25
184:5

**commissions**
24:9 49:22
55:11
101:25

**commitment**
31:1 195:17

**commits**
33:3

**committee**
10:8 11:18
34:1,2 42:5,
7 44:21
49:16 54:20
74:6 97:23
98:1 100:25
134:24
146:13,14

148:5
164:12,16,
17,20
167:10
168:13,18,
19,25 169:5,
14,16
171:25
172:1
177:25
180:20
182:12
189:4

**committees**
100:19
188:2

**common**
23:22 86:25
133:13

**communicate**
116:25

**communism**
129:23

**communist**
129:22

**communities**
17:17 22:6
26:21 27:15
28:1 30:12
37:25 40:6
45:7 56:21
68:17 70:1
78:25 83:17
84:5 86:20,
23 90:10,15
92:16 93:6
95:25 96:25
98:6,21
99:13
107:18,19

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025

114:11,18,
19 122:5
124:2
140:20
141:7
142:23
143:2
145:15,21
155:2
158:13
162:3 164:9
165:12
166:9
170:15
183:25
185:25
194:25
196:21

**community**
23:4 29:17
30:5,7 40:4
57:14 67:25
68:18 69:10,
19 70:4,9,24
83:18 86:24
87:22 96:6
97:20
110:12,20
141:20
144:22
170:6,9,11,
16 176:23
177:19
191:22
192:23
194:3,10
195:17
196:8 197:6,
10,18

**community's**
78:7

**compact**
86:14

158:18
184:1

**compactnes
s**
86:12 174:8,
12

**companion**
153:25

**Compare**
85:23

**compared**
124:10
183:24

**comparison**
123:10

**compassion**
38:7,20

**compassion
ate**
191:16

**competing**
165:2

**competitive**
47:11,14
159:18
192:8

**complain**
28:18 50:12
140:5

**complaint**
17:22

**complete**
90:24

**completely**
88:21
101:10

**complex**
114:16

**compliance**
86:10
113:24

**complicity**
81:19

**compliment**
61:21

**compromise**
25:7 49:10

**con**
69:10,11

**CONATE**
190:22

**conceded**
32:25

**concept**
23:16,19,20
25:22

**concern**
123:6
143:11

**concerned**
55:10 81:25

**concerns**
69:4 75:9
87:25 99:23
139:5,6,7,8

**concluded**
3:14

**concluding**
3:25

**concurred**
187:16

**concurrence**
156:18
157:7
189:25
190:5

**Concurrence
s**
169:6

**Concurrent**
8:12 190:24,
25

**condemned**
89:3,6,11,13

**condition**
33:1,3
118:25
119:2 173:6

**conditions**
191:25
192:6

**condolences**
192:22

**conduct**
5:12 122:9
123:9

**conducted**
140:23

**conducting**
123:2

**conference**
89:8

**confidence**
122:22
165:9

**confident**
67:16

**confused**
9:17

**confuses**
62:12

**Congress**
16:18 24:5,
16 25:21

26:2 41:21
43:14,25
44:2 53:15,
16 55:17
67:6 77:20
78:2 79:13
80:16 81:16
88:21 95:25
98:12
104:13
121:21
124:15,24
151:20
174:20
183:15

**congression
al**
14:23 15:2,9
16:16 25:1
26:22 27:12
33:7,19 41:9
47:23 56:2
57:21 77:17
79:6,8,25
86:5,20
97:12
106:22
113:8,18
122:1 125:5
126:15
158:1,11
160:21
161:25
162:2,20
164:12
165:16
170:8
173:15

**Congressma
n**
54:22,23

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025

congressmen
  142:15
  174:23

connecting
  57:2

connection
  141:9

Connolly
  2:11

conscience
  40:17

consciousness
  22:25

consent
  8:6,9,11,15,
  22 9:6,15,
  21,24 10:17
  11:2,3 14:6
  142:2
  156:15,22
  188:10,17,
  23 189:6
  190:12,13,
  17,18

consequential
  22:23 67:20

conservative
  143:5
  149:22

consideration
  49:18 58:10
  143:9

considered
  21:2

consolidate

58:21 61:5,
13

consolidated
  61:19

consolidates
  61:16

conspiracy
  161:22

constant
  92:17

constantly
  111:16

constituencies
  160:23

constituency
  20:11 21:11

constituents
  18:25 23:9
  36:19 37:6
  43:11 69:9
  77:25
  105:14
  143:18
  160:10

constitution
  6:12,15 7:8,
  17 12:10
  16:20 29:8,
  21 33:25
  34:3 45:18,
  21 46:3
  52:22 53:1
  58:11 64:3
  79:15 81:19
  108:21,23,
  25 109:4
  128:13,16
  131:20
  174:9

constitutional
  12:7 14:12
  16:19 23:12
  25:25 48:20
  58:24 59:4,
  16,25
  113:25
  121:22
  127:13
  130:25
  158:12
  174:8
  183:25

constitutions
  183:21

construction
  63:1

consult
  162:16

consultant
  171:16

consultants
  46:23

consulted
  75:18

contacted
  62:19

contained
  15:10

contentious
  146:12

contests
  122:17

contiguous
  184:1

continue
  4:20 16:6
  19:20 26:2

34:19 43:14
  63:3 65:21
  68:21,23
  69:5 70:17,
  25 72:15
  77:3 157:16
  160:11
  182:25
  184:22,23
  186:22
  187:5,18
  192:7
  194:23
  197:21

continued
  110:7
  112:22
  197:4

continues
  6:4 77:10
  192:15

continuing
  56:7 197:17

contracted
  193:16

contrast
  114:3

contribute
  185:24

contributes
  130:19

contributions
  194:22

control
  73:8 79:12
  102:5
  104:13,14
  143:15

controlled
  20:23

controls
  25:21 62:3
  97:18

controversial
  85:12 196:7

convenient
  49:25
  100:10

conversation
  46:17
  178:14
  191:5

conversations
  113:2 191:6

conviction
  65:6

coordinating
  84:9

copy
  48:13

corazon
  69:11

Cork
  26:11,13
  29:3

corner
  78:17

corps
  91:14 171:6,
  12 195:22

corpus
  76:5

correct
  9:16 103:19

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025

corrupt
44:15

corruption
45:5 107:25

cost
17:13,24
98:19 99:2
104:25
105:1,3,4,5
123:2,23
124:10
125:15
126:25
133:7
134:10
136:7 137:9
138:17,20
140:5,12
144:17
185:7

costly
125:20

costs
17:12 123:6,
9

council
196:2,19

counsel
183:19

counselor
191:24

count
38:2

counted
52:9,13
53:17,20,22
64:2 66:16

counter
60:14 62:15

countering
119:1

counties
49:23
114:20
123:1,5
141:11
162:4

counting
61:9,12
126:25

countless
43:3

countries
19:4 52:18

country
16:22 26:18
29:10,12,13
30:14 31:3,
14,18,25
36:9,11
37:12 38:6,
21 44:4 49:1
50:4 53:6,
10,11 61:3
62:8 66:6
69:25 76:14
79:18 80:5
84:12 94:13
102:6,8,13
108:5 147:2
154:17
177:14
184:25
185:11,18
195:21

counts
90:5 96:24

county
47:7 92:6,8
93:10

122:10,11
135:10,12
136:16
141:9,14,17,
19 174:6
183:17

County's
196:11

couple
17:6

courage
40:8,18
52:2,8 106:6
150:21
151:6,9
196:22
197:24

courageous
52:5 54:7

Court
24:23,24
53:3

courts
24:18 98:12
148:3

cover
99:17
114:17

coverage
39:1 42:17
107:16
123:19

cram
160:13

crazy
150:22

create
23:1,13 26:2
41:18 63:12

160:21
170:21
175:1

created
21:25 32:19
46:7,14
47:10 64:3
71:19 97:2,
16 116:13
120:5
136:25
166:5,13
194:11

creating
4:17 143:12

creator
71:23

credential
194:6

credibility
21:22 98:14

credit
60:23

cries
104:5

criminally
51:4

criminals
127:7
155:13

crises
91:10

crisis
17:25 64:12
85:18 91:14
92:6 98:19
126:22
152:9

criteria
165:2

critical
62:17
135:10

criticize
98:9

critics
27:6

crocodile
104:19

cronies
17:16

cross
62:16

crucial
43:5

cruel
147:24

cruelty
38:19

crumble
51:7

cry
27:6 34:16
36:23

crystal
14:17
150:17

culminated
32:18

culture
178:25

curious
13:19

current
10:13 22:3

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025

29:23

**Curry**
2:7 156:16
187:23

**cut**
81:17 124:1
165:17

**cuts**
42:14 43:5
78:3,18,20
100:5,17
105:19
107:17
147:19,20
149:12

**cutting**
83:16
123:17
185:19,21

**cycle**
59:2 130:13

---

**D**

**D.C.**
19:22 33:16
36:10 78:1,
16 89:5
141:2

**dad**
22:21 23:3
24:11 31:13

**dad's**
24:1 25:1,11

**daily**
62:12
109:15
112:23
187:19
189:13,14

**dance**
157:14

**dangerous**
106:25

**daotsu**
4:22

**dared**
52:21

**darkness**
142:12,13

**darn**
128:6

**data**
133:2

**dates**
133:2

**daughters**
19:1

**Davies**
2:11 85:4,6
88:13
138:11,13
139:14
176:6,11

**day**
3:20 8:11
9:6 29:25
31:25 59:9,
20,22 72:15
73:18 91:20
93:5,14
94:19 96:18
100:4
107:25
120:14
142:12
143:14
144:3,22
148:5,18,23
150:12

154:11,20,
21,25 166:8
169:11
177:3 188:6

**day's**
187:20,25

**daycare**
155:4

**days**
30:4,5 36:10
85:24 97:23
99:4,7
113:9,19,25
131:4,5
134:21
154:16
184:5,6

**DC**
187:1

**DCCC**
127:23

**deadline**
113:25

**deadlines**
23:25

**deafening**
50:17

**dealing**
14:8

**deals**
93:21 117:1

**dealt**
197:1

**dear**
3:16 62:18

**dearly**
194:18

**death**

31:17 39:6

**deaths**
154:19

**debatable**
115:7
117:23
119:16
156:25

**debate**
5:23,24
22:22 23:3
48:24 58:7,8
108:15
109:4
118:20
132:23,24
140:8
147:10
153:5,12
154:6,9
156:3
172:21
178:20
180:1 183:1,
2,5,8
186:20,21
187:9

**debates**
144:9 178:9
179:14

**debating**
5:20 92:10
133:25
134:3,25
172:17

**debauchery**
168:22

**debilitating**
100:13

**debt**
50:20

133:11
135:22

**decade**
6:18 14:23
106:21
121:25
157:22
166:10
187:2

**decades**
3:19 23:1
42:23 61:16
80:17 95:18,
19 165:12
196:25

**deceit**
62:10
169:17

**decide**
27:3 38:2
44:24 48:2
54:20 66:25
67:4,5,6,7,8
84:19 90:16
96:25 108:4
122:3 125:3
127:9
158:20
160:6 175:3
185:7

**decided**
16:25 41:15
44:25 45:25
76:16 91:1
128:4 160:6
164:7

**decides**
36:21

**deciding**
99:18

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025

**decimated**
17:20 78:16

**decimating**
43:7

**decision**
28:21 48:22
67:3,15,20
81:12
102:13
113:20
121:24
128:19
192:11

**decisions**
140:25

**decisive**
77:14

**deck**
157:21

**Declaration**
71:22

**declare**
24:23

**declared**
71:21

**declaring**
121:12
157:10

**decorous**
5:24 132:24
172:20

**decorum**
2:24 16:1
19:16 85:14
153:11

**dedicated**
84:2 110:9,
11 122:13

**dedication**
122:17
195:14

**deemed**
188:2,3
189:23,24
198:4

**deep**
66:9 195:17

**deeply**
22:21 41:10
196:20

**defeat**
61:14

**defend**
79:17 80:3
84:14 90:13
97:4 104:18
106:13
126:23
140:12

**defended**
71:13

**defender**
111:22

**defending**
77:12 79:16
84:9 90:1,4
131:9
142:18

**deferred**
188:1

**deficit**
99:25 127:2
134:8

**define**
20:17
195:20

**defining**
51:25 52:9

**defunded**
147:23

**degree**
194:5

**Delano**
94:25

**delay**
115:4
119:11

**delegation**
173:15,21

**deliberately**
137:19
143:4

**delightful**
4:10

**deliver**
122:15

**delivered**
114:4

**Demaio**
2:12 6:7,8
7:9,12,13,21
9:19,21,23
10:2 11:1,2,
7,23,24
12:4,9,14
47:2,3 48:8,
9 115:17,18,
20,24 125:8,
10,12
128:21,22
159:7,10,11
161:9,15,18
163:6,7
180:7,8,10

**demand**

22:2 98:11
122:20

**demanded**
15:1 18:8

**demanding**
79:5 104:10
186:25

**demands**
19:22

**democracy**
14:19 17:13,
25 18:2,23
25:14,22
26:17 28:9,
13,15,19
29:8 31:1,
19,25 32:5,
6,9 35:25
36:9 37:21
39:8,15,23
40:5,11,13,
21,22 43:15
44:17,18
45:4 51:6
52:6,7 54:3,
21,25 55:8,
10,11 57:6,
8,17 58:9,15
59:14,20,22,
23 60:1
61:5,17,18
63:22 66:12,
25 67:18
68:3 70:15
72:2 73:9,
19,23 74:9,
12 76:12,15
77:1,3 80:24
82:11,25
83:21 84:13
88:18 89:18,
21,23 90:1,

4,7,17
92:23,25
95:19 97:4
104:19
105:20,21
106:14,15
108:12
113:25
124:8 125:1
129:11,16,
21,25 130:1,
8,15 131:9,
10,13,21
138:8 140:6,
12 155:15
159:9,16,23
161:23
165:6
166:20
177:18

**Democrat**
15:12 16:10
17:8 68:1
70:13 74:8
89:22
116:17
164:15
168:19

**democratic**
2:25 33:15,
20 38:10
55:18 59:25
60:11,22,25
66:20 72:10
158:7
164:12
171:16
187:1

**Democrats**
35:21 40:18
54:7 55:19
68:10 72:21,
25 73:7,22

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025

86:14 87:14,
22 89:22
95:6 102:19
138:22
139:5 147:7
149:9,20
150:15
157:15
173:12,16,
22

**denominator**
133:14

**deny**
82:10

**denying**
90:8

**Department**
51:3 99:25
134:6

**depend**
64:5

**deportation**
94:20

**deportations**
123:23

**deported**
94:22

**depresses**
99:13

**deprive**
48:7

**derangement**
100:12
139:21

**Desantis**
15:1

**describes**
25:2

**desecration**
79:25

**desert**
86:24

**deserve**
15:5 50:2
135:4,25
136:1
139:11
143:18
144:3
160:23
166:8,10

**deserved**
114:22
193:25

**deserves**
111:22
117:7

**designated**
25:5

**designed**
106:21
142:21
157:22
177:7

**desire**
7:22,23
8:16,17
10:1,4,5
11:5,8,9,25
12:13,15,16
109:6,7,8
115:10,13,
14 117:25
118:3,4
119:18,21,
22 121:3,6
156:4,6,7
157:1,4
182:2,5,6

187:10,11,
13 190:13,
14,15

**desk**
10:11 22:19
112:25
113:6
115:20,23,
25 189:13
198:2

**desks**
113:1

**desperate**
145:15

**desperately**
61:4 145:15
146:17

**despotism**
131:17

**destroy**
29:7 44:19

**details**
165:2

**detention**
155:12

**detentions**
123:23

**determination**
72:6

**determine**
34:23 47:12

**detrimental**
149:1

**deus**
115:25

**devaluing**
25:7

**devastating**
24:1 41:25
185:16

**developing**
195:19

**devoid**
101:10

**devotion**
196:25

**Di**
44:12,14

**diced**
143:12

**dictated**
40:14

**dictator**
39:20 72:25
88:20,23
147:4
154:17

**dictators**
71:18 83:2

**dictatorship**
31:13

**died**
23:15 24:11
31:16 68:2

**Diego**
28:5 195:15,
25 196:11,
12,16,17

**dies**
163:10

**difference**
54:1,2 126:1

**differences**
46:7 197:15

**differently**
170:12

**difficult**
66:1 154:11

**dignity**
40:1 94:23
95:2 124:3
194:19,24

**diligence**
134:22,24
135:3

**dilute**
47:16
160:22
165:18

**dime**
124:13

**dimensions**
25:15

**dinner**
95:14

**direct**
6:11 41:19
60:10 77:11
98:4 161:12

**directed**
13:2 93:2

**direction**
108:5

**directly**
76:25 104:9
168:7

**disabilities**
124:2
147:22
155:5 194:1

**disability**
193:10

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025

194:10

**disabled**
194:8,21

**disadvantage**
36:25

**disadvantaged**
84:4

**disagree**
36:23 126:2
153:3,18

**disagreeable**
153:18

**disagreed**
153:14

**disappointing**
20:9

**disappointment**
90:25

**disaster**
50:13 83:14
107:17
142:19
147:18

**discipline**
195:23

**discriminating**
7:1

**discussion**
58:6

**discussions**
144:11

**disease**
192:2

**disenfranchise**
25:17 49:4

**disenfranchised**
82:24

**disenfranchises**
99:14

**disgusting**
69:24

**dishonest**
48:5

**dismantle**
83:21
131:13

**disparity**
173:17

**dispense**
8:24 14:9

**dispensed**
10:25
187:25
190:11

**disregarding**
128:17

**disrupting**
5:12,13

**dissent**
38:18

**distant**
174:14

**distract**
152:5

**distracted**
21:5 152:24

**distractions**
136:1

**district**
15:2,9
16:13,16
17:16 26:19
30:7,11 43:2
63:15 86:18,
19 87:6,7,11
88:4 91:3,
20,23 93:13
102:2
116:15,25
125:5 141:2,
6,10,22
142:15,25
143:1,4,7,12
151:1
158:11
160:21
175:9
176:13
184:3
191:23

**districts**
6:25 14:23
24:15 27:25
33:8,19
34:25 39:20
41:18 42:3
47:10,11,24
49:23 79:7
86:6,14,20
97:12,21
120:7 122:1
126:15
139:1 140:3
158:1,18
159:18
161:25
162:2,20
165:16
170:8
174:10,17
177:14

184:1

**diverse**
90:9

**diversity**
69:25

**divestment**
78:9

**divide**
27:15 38:17,
22 141:6
143:6,10,13

**divided**
164:8

**divides**
86:20

**divine**
71:17,25
72:5

**division**
87:20
196:17

**Dixon**
2:12 54:10,
11 57:23
176:11,12,
16

**doctor**
139:17

**doctors**
194:9

**documentaries**
192:4

**documents**
73:25

**dog**
112:5

**dollar**
98:17,18
127:2
135:18

**dollars**
17:24 50:15,
20,23,24
78:4,10 93:2
99:12
104:24
107:12
123:9,15,21,
24 125:15
126:21,23
134:12
135:1,6
136:3
137:21
140:11

**Dolores**
95:1

**domestic**
83:20

**dominate**
40:19,20

**dominated**
62:8

**Donald**
19:7,21
31:20 63:7
67:4 77:15,
19,25 78:12
79:9,18
106:14
107:2 108:4,
11 130:12
137:11,18
148:12
160:2,3
177:15

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025

donor
192:11

donors
78:19

Doo
177:1

door
117:1

doors
42:20 46:22
126:13
135:21
140:24
150:21
151:6
165:24

doorstep
104:17

Doug
174:21

dozens
164:25

draft
181:20

drafted
10:12
169:16

drag
114:6

drain
100:3

dramatic
26:15

draw
24:7 38:1
39:13 44:23
46:11,19
54:20 86:9,

16 91:3
126:14
128:14
168:2,7

drawing
16:16 22:3
28:25 46:20
49:19 83:23
86:5 97:12
103:6
116:15
128:15
166:8
168:15,23
175:9 177:6
178:13

drawn
6:25 24:15
34:25 45:22
46:22 117:8
139:1
157:16
162:2
165:24
174:10,11
176:22
179:22,23
183:13
184:3

draws
87:11

dream
4:15,17,18,
20 79:25

drew
22:5 46:25
93:22
160:16,18,
24,25
162:23
164:6 165:8
166:2

167:21,24
168:4,21
171:9,13,15,
17 176:3,13
180:19
182:12

drilling
62:25

drive
142:13,14

driven
54:19 56:18,
19 114:4

driving
107:24

drop
19:7 51:12
69:16
148:20

dropping
71:7 148:22

drove
112:16

drowning
133:11

due
83:17
107:23
134:22,24
135:3
155:13

duly
130:15
140:7

duty
83:3

dying
82:8 99:1
100:8

dysfunction
22:11

E

ear
117:5

earlier
13:1 14:25
16:4 45:11
95:3 108:18
118:15
129:2
132:21
147:9 161:2

earliest
194:12

early
31:16

earned
110:4 136:2
137:21

earnestly
18:10

earning
144:19

earthquake
109:25

easier
79:7

easiest
102:10
186:24

East
194:3

economic
123:11

economies
17:20

economy
124:6

Ed
193:15,17,
24,25
194:14

edge
106:23

editorial
54:25

educate
162:25

education
56:20 73:3
134:1
137:12,24

educational
193:22

effect
118:18
121:13
157:11
158:3

effective
153:4

effectively
73:2,4

effects
41:25

effectuate
23:9

effort
14:23 23:17
24:2 60:14
122:21
161:23

efforts
26:19 73:18

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025

80:3 139:25
140:1 141:6
183:18

**EI**
2:12 63:3,5
65:1

**elapse**
88:7

**eldest**
193:15

**elect**
21:3 34:24

**elected**
18:18,24
23:4,8
30:18,19
33:21 81:6
116:25
117:9
121:23
129:21,25
130:1,13,15,
17,18
135:25
140:7 171:7,
8 196:1,11

**election**
6:16 14:24,
25 15:6
17:14 18:16
29:13 30:4,
15 47:7,13
57:13 59:2,6
79:10 87:11
98:16,23
104:25
105:1,3,4
106:19
107:6
121:11,19,
20 122:7,10,

20 123:3,8,
10 124:10,
14 125:15,
20,25 126:6
127:14,16,
17 129:15,
25 130:25
134:4,11
135:7 137:9
138:17,19,
22 155:22
157:22
160:12
161:8
164:16
178:1 185:9

**elections**
18:7,19
27:19 28:20
49:16 77:18
79:25 80:25
82:12 122:8,
11,12,16
130:12
131:2
146:13
158:24
159:18
160:3,4
164:17,20
167:9
168:13,18,
25 169:5,16
180:20
182:12
185:14
186:25

**electorate**
24:2 95:17

**eligible**
16:25
155:23

**eliminate**
123:24

**eliminates**
26:3

**Ellis**
2:12 176:2,6

**embarrass**
147:1

**embarrassed**
52:14

**embodied**
111:23

**embodying**
111:14

**emerge**
58:20

**emergency**
19:24 31:3
38:13 42:1
78:25 84:11,
12,13 91:25
92:4

**Emeryville**
41:5 110:15

**emotion**
170:3,20

**emotional**
54:12 170:4,
14

**emotions**
169:23,24
170:2

**empathy**
147:25

**empower**
41:23 44:19

**empowering**
19:25 110:9

**enabling**
147:16

**enacted**
56:17

**encourage**
32:22 48:11
77:4 132:14
140:15
174:11,12

**end**
24:4 29:25
34:8,22
51:21 59:9,
20,22 73:18
94:3 103:13
144:3
154:25
159:17
164:10
166:7
175:15

**ended**
116:21

**ending**
43:17

**endless**
194:17

**endowed**
71:23

**ends**
159:25
160:1 163:4

**enduring**
28:22

**enemies**
35:12 51:22

**enemy**
35:12

**energetically**
192:9

**enforcement**
15:12 16:10
127:6

**engage**
21:1,12

**English**
137:14

**engulfed**
22:22

**enhance**
20:22

**enjoy**
84:5

**enjoyed**
3:24

**enlisted**
31:17

**enrolled**
194:4

**enslaved**
64:1

**ensure**
33:20 42:11
43:12 58:15
59:5 64:1
70:8 84:4
97:16 108:4
114:14,24
122:25
123:1 154:1
185:8

**ensures**
25:25

**ensuring**
23:8 37:10
114:12

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025

entertain
198:10

entertainment
110:20

entire
37:25 71:14
72:22 73:1
75:14 81:22
82:23 98:2
114:17
169:12

entitled
104:11
124:20,23

entrenched
73:22

Epstein
89:11

equality
86:10

equity
194:23

era
3:22

erased
37:25

erode
73:19 74:20

erodes
21:22

escape
3:21

essential
61:2 114:13
154:2

establish
24:8,13

193:25

established
4:3 99:11

esteemed
75:10

Ethan
192:12,19

Euphoria
111:20

event
94:20

everyday
86:8

evidence
34:25

evil
35:8,15

evils
25:10

eviscerating
128:1

evolution
71:11

exact
134:19
135:12
136:25

examples
170:18

excessive
25:3

exchange
171:5

excludes
63:25

Excuse
3:3 15:14

118:9
133:16
140:4 153:6
159:10
161:9 178:1
180:22,25
181:12
186:4,14
189:25

executive
28:3 43:17
58:22 130:5,
6 132:2,8

executives
36:3

exercising
45:17

exert
79:5

exerted
72:9

exhausted
91:5

exhaustive
114:24

exigency
25:15

exigent
31:12

exist
26:5

existential
25:15

exists
18:24
105:11

expand
145:14

expanding
98:21

expect
152:18

expense
135:16

expensive
78:25 142:1

experience
151:18

experiences
192:12

experts
176:22
183:16

explain
7:13 64:7
82:20

explanation
15:23
165:25

explanations
165:1

exploit
178:22

exploited
153:15

express
18:14 30:25
152:25

expressly
6:21

extend
192:21

extensive
114:11

external

161:13

extort
140:10

extorted
17:20

extra
15:2

extract
17:19

extraction
90:11

extraordinary
122:21

extreme
25:4

extremist
78:12,15

extremists
148:3

eye
35:6,7 137:8
153:19

eyes
7:25 31:21,
22 66:4
156:8
187:15

F

face
76:6 99:10

faced
25:14 91:11
133:5

faces
92:2 134:8

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025

facilities
  42:8 43:4

facing
  91:11

fact
  42:25 45:18,
  21 47:14
  56:13 99:11
  101:11
  102:20
  103:2
  133:13
  152:23
  164:5
  175:10
  184:2 185:3

factor
  134:14

facts
  99:23 101:4,
  5 133:2
  177:25

factually
  168:16
  182:13,22

Fadias
  2:8

fail
  58:23 59:10,
  11

failed
  23:18 79:14
  98:24
  111:11
  124:12

failing
  57:6

fails
  12:4,18
  59:13 182:8

failure
  24:1

failures
  107:6

fair
  16:21 26:4
  27:19 29:13
  30:15 34:7
  48:7 49:17
  59:6 80:25
  82:12 86:9
  95:24 96:3
  114:4,25
  122:9
  127:14
  158:25
  159:18
  160:4
  166:11,15
  173:24
  174:6
  177:19
  185:9

Fairchild
  43:3

fairly
  106:25
  117:8 143:3

fairness
  22:2 25:24
  27:5,23
  28:16 30:14
  64:17 97:16
  98:6,11
  104:16
  120:9 166:4

faith
  96:16,25
  143:17
  165:6

fall
  44:22

falling
  57:5

false
  61:14 62:10,
  12

falsely
  27:20

fam
  110:8
  111:13

families
  27:25 37:24
  38:19,20,22
  39:4 42:16
  57:19 63:14,
  18,19 83:19
  92:17 93:9,
  25 98:25
  99:18 100:7
  107:14
  122:5
  123:13,15
  124:6
  135:19
  137:19
  144:18,23
  145:3 146:2,
  6 155:3,6,12
  185:24,25

family
  4:6,7 29:11,
  16 32:7 40:3
  94:22 108:1
  110:8
  111:13
  148:19
  170:10
  185:20
  191:10

192:17,20,
22 195:1
196:25

family's
  4:14 83:15
  94:14 145:8

famous
  142:11

Farias
  83:9,11
  84:23

farmers
  185:20

farming
  170:11

farms
  142:19

fascism
  80:4

fashion
  65:25
  126:14
  174:25

fast
  124:20

father
  22:25 26:7
  32:10,17
  35:14,18
  54:18 65:11
  94:15,21
  95:3,15
  197:12

father's
  79:25

fathers
  19:1 60:23

faux

139:23
140:13

favor
  75:7 80:16
  139:1 151:9

favored
  87:15,16,17
  175:5

favoring
  6:25

favorite
  150:12

favorites
  142:10

favors
  175:9

fear
  38:18 39:9
  63:12 96:15
  148:11

fearing
  31:8

federal
  29:23 41:13
  47:7 50:11
  62:3 63:17
  64:9 77:21
  78:3,9,10,11
  81:16 86:11
  90:8 96:21
  99:12
  137:25
  140:25
  149:13
  150:4
  169:24
  183:20

Federalist
  58:11,16
  59:8

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025

**feeding**
20:13

**feeds**
185:20

**feel**
30:8 31:6
66:12 91:21
144:10
145:22
146:15,17
152:14,15
169:25

**feeling**
3:18 31:7
172:2

**feels**
65:15

**felt**
3:21 94:11
126:6

**fend**
25:6

**Festival**
3:25 4:9

**fever**
31:15

**field**
25:25 26:1
64:14 96:23
110:8 111:6,
11

**fields**
38:16

**fierce**
111:9

**fiercely**
48:25

**fifths**

49:10

**fight**
14:18,20
27:10 28:12
31:23 32:18
35:25 36:20
39:25 40:19,
20 47:25
50:2 61:24,
25 66:19
67:17 73:16,
17,24 77:2
80:11 81:10
83:4 89:20,
23 90:2,6,15
96:1 102:19,
20,22
104:15
105:12
122:3
124:25
125:3 129:5
140:25
142:18,25
155:15,17,
18 157:24
174:18
187:5
193:23
194:23

**fighters**
142:16

**fighting**
31:11 33:10,
12,14,23
34:12 47:23
50:25 56:3
79:20 93:3
95:2 105:21
124:8
131:10
154:21
160:8 173:8

179:20
185:8
197:10

**fights**
162:6

**file**
6:9,10 7:7
10:10,19
12:8,11,22
13:8 17:2
109:15
112:23,24
156:17
157:6
187:19
188:25
189:13,14
190:2,3,8,10

**filed**
161:2

**files**
89:12

**filling**
92:18 93:12

**film**
191:20
192:3

**final**
16:12 60:3
88:9 105:24
121:24
134:10
192:14

**finally**
6:23 111:25
128:9
193:18

**Finance**
99:25 134:6
189:4

**financial**
134:25
136:4

**find**
13:22 18:8
57:13 75:20
93:4 112:13
137:10
138:7
153:17,22
155:3

**fine**
73:20 147:7

**finest**
77:1

**fingers**
76:11

**finish**
88:8 138:15
149:4 181:1

**fire**
33:10,12,14,
24 34:12,13
50:5,25
73:17,24
89:14 90:15,
16 173:8,25

**firmly**
72:1

**firsthand**
41:24

**fiscal**
134:19

**fix**
55:5 91:17
94:4

**fixed**
170:19

**flag**
4:25 5:4
82:14

**flames**
92:24
125:17

**flat**
36:16

**flawed**
74:12,13

**flaws**
73:14

**fleeing**
55:20

**flies**
99:10

**flip**
106:22

**flood**
107:19

**flooding**
50:7

**floor**
5:20 13:8,17
17:7 19:13
23:12 37:4
40:16,24
45:19 49:20
51:15,16,23
52:1 54:4
68:5 72:9
75:22 91:9
94:11 103:4
113:2 144:9
149:11
151:17
154:10
172:16
175:22
178:1

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025

179:25
186:11
191:5,6
192:25
198:7,8

**Flora**
2:12 156:20,
21 157:2
169:18,20
170:23
187:24

**Florida**
14:25 38:5
39:21 40:3
41:16 50:6
56:24 77:16
79:4 98:9
146:22
177:13

**flourished**
196:1

**flowery**
131:8

**flown**
19:3

**focused**
41:9 101:21
191:24
192:1

**focusing**
92:10

**follow**
5:18 22:10
29:21 30:18
132:15
134:17
172:20

**Fong**
2:12 89:24,
25 90:19

**food**
18:25 50:18
83:15 93:3,4
99:5 104:25
105:16
107:13,21
123:15
139:25
145:1 148:2
155:7
185:19

**foods**
148:25

**fooled**
64:12

**football**
111:5

**forbid**
79:13

**force**
27:10 31:17
39:11 60:21
69:15 158:4

**forced**
27:11 42:20
48:2 50:21
92:3 134:18

**forcing**
81:8

**forebears**
34:16

**foreign**
19:4

**forest**
92:19

**forever**
103:17
154:18

**forfeit**
6:5

**forget**
64:18 68:20
98:14
197:25

**forgot**
41:11

**forgotten**
91:21,22
140:21
145:22

**form**
24:20 71:19
165:23

**fortunate**
148:17,18

**forward**
24:12 34:8,
10,12 65:24
82:25 92:14
103:8
118:17
119:3
153:22
170:22
173:4,6,8
179:11,25

**fostering**
112:8

**fought**
31:13,14
32:2,3,7
47:21 53:7
54:23 91:16
93:25
165:12

**foul**
36:23

**found**
4:8 58:16
112:16

**foundation**
110:9
111:14
112:13
166:12

**founded**
28:14

**founders**
58:12 71:20,
25

**founding**
34:16 60:22
73:25 79:25
110:8

**fraction**
92:15

**fractious**
58:20 59:2

**fragments**
165:15

**Frankenstein**
141:21

**Franklin**
89:18

**Freaky**
111:18

**free**
27:19 73:11
80:25 82:12
98:15
126:24

**freedom**
5:22 29:11
30:13 32:7
80:25 82:11
108:7

132:21

**freedoms**
77:13

**freely**
50:4

**fresh**
4:11 185:19

**Fresno**
101:24
112:7
165:16

**Friday**
198:6

**fridge**
93:12

**friend**
3:16 101:23,
24,25
192:13
193:14
197:13

**friends**
51:23 61:7
62:18 101:7
102:23
107:21
108:1
125:24
126:16
192:20,22
194:17,25

**front**
133:21

**frowned**
74:3

**froze**
137:11

**frustrated**
30:9

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025

**frustrates**
176:24

**fueled**
123:13

**fulfill**
15:4

**fulfilled**
92:1

**fulfills**
59:25

**full**
30:25 73:7
122:22

**fully**
64:2 98:23
127:4
128:11

**fund**
85:13 98:24
100:4 127:4,
8 145:13

**fundamental**
25:22 34:14
60:19 73:10,
25 114:25
167:21
169:12

**fundamentall
y**
24:16 66:20
76:14 95:20
96:13

**funding**
42:12 43:5
78:4 81:17
91:25
123:25
128:11
140:25
141:3

**funds**
89:13
137:12,17,
24

**funny**
128:23

**future**
26:17 31:22
32:3,11,12
39:13 41:8
92:2 97:1,3
99:24 124:7
126:16
137:23
144:18
146:4

**G**

**Gabriel**
2:13 65:2,4
67:22
110:18

**gain**
27:25 93:1
98:8 100:7
101:12
165:16
178:23
179:11,15,
18

**gaining**
36:13

**Gallagher**
2:13 8:25
9:3,4,11,14,
15,19 10:22,
24,25 11:12,
13,15,22
12:2 13:11,
12 14:4
19:11,17

32:14,16
36:4,5
108:16,17,
19,25 109:1
113:2,4,5,9,
13,14,16
115:2,12
118:7,11,12,
13 119:9,20
128:24,25
132:6,7,10
172:5,6,11,
19,22,25
175:25
176:1
177:21
178:2 182:8,
9,11,21,24
183:3,4

**gallery**
3:9 5:10
192:21
195:1

**Galvan**
35:24

**game**
36:15 61:6
63:10 65:14
143:19

**games**
142:5

**gamesmans
hip**
135:16

**Garcia**
2:13 7:25
8:2,18,21
10:3,16,22
11:12 22:17
26:10 45:25
55:3 56:12

57:8,24
85:16 88:8
115:4,7
117:20,23
119:11,15
120:22,25
138:2,6
156:12,19,
24 157:2,13
166:21
167:6 176:4,
7 180:13,16
181:5,10,14,
19 183:7
184:24
186:6,9,17,
23 188:16,
22 189:7
190:1 193:7

**gas**
93:10,12
99:17

**gases**
71:10,19

**gaslight**
136:21

**gaslighting**
163:24

**Gate**
141:10

**gathered**
44:25

**gathering**
194:7

**gatherings**
194:11

**gave**
4:11 13:1
45:12 86:7
191:23

**gavel**
3:4

**Gavin**
33:23,25
34:10 44:15
52:2 67:5
73:12
125:13,20
139:21

**General**
76:4 134:16

**generation**
4:6,13 32:8
53:12,25
99:22 112:9

**generations**
26:18 54:3
170:10

**generosity**
192:15

**genocide**
179:6

**gentleman**
19:12
172:14,15

**gentlemen**
68:17 69:7

**geodic**
86:11

**geographic**
86:12,22
174:11

**geographical**
174:12

**geography**
86:11 141:8

**George**
129:14

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025

130:16

**Georgia**
18:8,19
26:22

**germane**
184:19

**Germany**
154:15

**gerrymander**
33:9 173:7

**gerrymandered**
33:19 74:4
161:22
171:25

**gerrymandering**
20:23 21:13
22:13 24:23
25:3,10 33:4
45:3,4,9
49:11 81:20
85:11 88:17
92:11 98:3,
10 99:12
101:22
102:25
103:5,14
116:20
136:14
139:1
146:23
147:10
165:20,23
177:7 187:2

**gerrymanding**
82:5

**Gibson**
2:13 51:9,11
54:9

**Gill**
24:22

**gin**
129:18,23

**ginning**
130:19

**Ginsburg**
24:25 28:22

**Gion**
3:24

**give**
7:10 19:6
32:8 36:19
50:4 55:22
64:16 76:19
77:8 78:18
82:2,20 83:3
94:23 108:9
113:25
125:2 127:4
128:7,19
131:3 146:3
159:23
182:16
185:6 191:1

**giving**
26:25 48:22
63:13 67:19
75:22 79:17
81:9 104:25
110:18
114:22
120:11
126:24
131:19
138:25
191:22
197:5

**glaring**
177:4

**global**
60:17

**glow**
19:5

**goal**
29:25 73:21
101:17

**goals**
7:5 23:6

**God**
5:7 71:12
129:16,21

**God's**
93:5

**gold**
45:12 97:13
166:1

**golden**
68:11
141:10

**Gonzalez**
2:14 37:15,
17 40:25
90:22,24
94:7 176:16,
18 177:20,
23 183:9

**good**
15:19 22:7
35:16 58:7
63:5 66:25
75:18
112:20
121:15
143:9,14
148:19
169:25
170:1,21

**goodbye**
197:20

**govern**
100:14

**governance**
22:8 143:10,
15

**government**
33:14 59:10
62:4 71:20,
25 73:8
74:25 75:1,
25 76:1
79:25 83:1
86:7 93:17
97:18 124:9
141:23
143:24
150:4
166:13
169:24

**governments**
60:20 71:18
150:3
162:16,19
196:17,19

**governor**
7:3 14:25
22:12 33:9
34:11 51:25
72:8 76:17
89:8 91:2,18
96:20
103:15
105:2
116:17
118:25
125:13
131:25
141:16
150:6,14,22
151:11
153:15,25
175:17

**187:18**
188:3

**governor's**
172:9

**governors**
41:17 52:3

**grab**
27:6,7 84:9
90:3 106:11
108:11
124:19
128:4 146:5

**grabs**
15:7 84:1

**Gracias**
70:25

**graduates**
133:10

**graduation**
192:2

**grain**
129:9

**grandchildren**
54:5 80:17
194:16

**Grande**
162:12

**grandkids**
31:22 32:11,
12

**grandpa**
71:9

**grandparents**
170:13

**granted**
71:24 191:3

Case 2:25-cv-10616-JLS-KES    Document 28-2    Filed 11/13/25    Page 350 of 991
Page ID #:809
IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025

grants
137:25

gratitude
4:23

grave
31:19

graves
39:3

Grayson
190:3

great
60:23 70:22,
23 71:2
72:18 94:13,
25 95:9
96:17
147:23
194:16

greatest
76:2 109:21
196:25

green
44:1 51:18

Greenhouse
194:7

Greg
34:11

grew
141:23
163:12
193:12

grief
197:4

grilling
177:5

groceries
93:11
135:20

144:20
145:6

grocery
99:17
107:25
123:14

grossly
135:3

groundbreak
ing
137:25

grounds
34:3

group
122:13
152:21
169:2
183:13

grouped
141:18

groups
183:16

growing
194:10

grown
17:21

guarantee
73:25

guardians
59:14,15,18

Guatemalan
63:20

guess
72:16 84:7
150:10

guest
109:12,16,
18

guests
3:8 4:24 5:8
188:19

guided
197:5

guidelines
158:14
183:25

guilty
185:25

gut
129:6

guy
18:7 160:9

guys
34:6 173:8,
23 175:15
191:11

—

**H**

habeas
76:5

Hadwick
2:14 140:17,
18 144:6

half
17:1 29:18
36:22,24
140:13

halftime
36:20

halls
92:20 130:9

Hamilton
59:9,11

hand
5:3 38:13
40:14

handbook
132:17

handed
165:4

handedly
109:25

handing
53:1 147:16

hands
55:8 59:24
126:8 139:9
167:24

Haney
2:14

hang
106:9

hangs
75:24 76:3

happen
49:13,14
55:5 58:9
94:6 117:3
142:3,4,5

happened
52:17 69:18
71:10
101:16,17
130:12
146:16
152:25
167:11
168:22
180:3

happening
29:17 47:25
48:23 53:18
64:23 65:18
66:5 68:25
76:13 95:14
124:18

146:16,21
155:16
173:9

happily
69:16

Harbidian
100:25
101:1
102:15
133:18,19,
23 159:11,
13

hard
31:23 47:22
58:6 85:12
129:3,8
136:2 155:2
195:24

harder
47:21 50:19
145:9

hardest
48:5

harm
27:17
123:11

harming
122:4

harms
103:4
148:25

Hart
2:15

hate
35:11 142:6,
14 143:6

hates
141:23

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025

**Hawaii**
33:18

**Hawari**
2:12 63:4,5
65:2

**HC8**
54:14

**He'll**
106:25

**head**
53:25 62:25
141:4 145:8

**headlines**
196:6

**headwinds**
24:11

**health**
18:25 31:5,
15 38:23
39:7 42:5,8,
23 43:7,24
47:19 50:17
57:14 69:22
77:21,25
78:5,6,7,10,
14,16,21,22,
23 79:3
90:12 91:13
92:5 104:21
105:16
107:16
124:3,7
126:25
139:22
140:2
145:14
147:20
155:9
185:22

**healthcare**
43:2,4 98:22

**hear**
16:23 42:7
62:25 87:2
104:5,11,15
105:2,3
129:15
131:6,25
147:20
150:1 160:5
177:8

**heard**
17:5,22 29:9
35:6,10
47:18 55:14
67:11 81:14
82:2 92:20
101:9,10
118:21
122:25
123:12
138:3
139:11
142:9 154:2,
25 155:25
165:13
175:22

**hearing**
3:25 8:10
34:1,2 85:25
101:8
129:13
138:16
139:23
153:5 154:6
169:5,6
178:8 183:2,
5 198:9

**hearings**
95:13 97:24
98:1 135:4
158:17
164:25
183:23

**heart**
5:3 70:7
170:17
191:13,25
192:2,5,13
197:24

**heartbreaking**
197:2

**hearts**
85:8

**heat**
3:21 4:1

**heaven**
35:14 79:13

**heavenly**
35:18

**heavily**
30:11

**heavy**
191:13

**Heck**
144:22

**held**
22:4 50:22
79:11,13
85:21
101:25
107:5,10
114:9 122:8,
17,18
176:25
197:15

**hell**
142:25
147:15

**helped**
94:20

**helpful**
174:25

**helping**
93:3

**helps**
99:15,17,18
114:24

**heralded**
155:10

**hero**
177:16

**heroes**
155:10

**hey**
150:19

**hidden**
177:2

**hide**
52:24
163:14

**high**
17:13 53:25
69:9 111:8
140:12
185:10
193:14

**higher**
71:15 78:22
90:7 123:13
137:23

**highest**
93:17

**highlight**
99:23 103:4

**highlights**
73:14

**highly**
74:1,4

**hijacked**
81:24 108:8

**historic**
26:16
109:13
195:7

**historical**
60:17 62:21

**historically**
84:4 90:14

**history**
28:15 40:5,
18 51:25
63:25 67:9
73:20,25
76:23 94:17
101:13
105:22
108:6 141:8
154:18
171:3
178:12,22
179:4,20
180:2

**histrionics**
57:4

**hit**
50:13
144:16

**hits**
50:6,14
111:18

**hold**
18:17 24:17
38:1 39:13
58:15 59:1
107:3 137:9
138:18
156:22
160:25
161:3,20,21

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025

162:25
163:1

**holding**
53:25 57:11
61:15 83:14
92:22
123:21
137:23
138:2,21

**Holocaust**
154:14

**home**
21:23 63:22
93:25 94:24
98:13 133:7
134:23
144:16,25
148:18
193:19
194:6 197:7

**homelessne**
**ss**
91:14

**homes**
63:19
147:19

**hometown**
111:12

**honest**
128:19
135:14
177:4

**honestly**
85:8

**honor**
30:13 54:22
95:4 192:24
193:3 195:7
197:16

**Honorable**
187:22
195:15

**honored**
95:11
109:25
111:2

**honoring**
79:15

**hooked**
29:16

**Hoover**
2:15 102:15,
17 104:2

**hope**
4:19 60:8
62:20
112:17
119:7 153:1

**hoped**
192:2

**horrible**
70:16

**horrific**
122:4

**hospital**
43:2 91:24
92:1 135:11
193:18

**hospitality**
155:8

**hospitals**
39:3 42:25
43:1 78:7
135:20
185:21

**hostage**
50:23 83:15

**hour**
77:1 165:4

**hours**
126:13
127:12
158:6 169:6
183:22

**house**
5:17 7:16
14:10,25
18:10 49:2,
3,24 55:16
64:16 75:14
76:12 88:20
92:22 96:8,
20 99:21
104:14
106:23
118:23,24
124:16,21
127:13
133:4,15
139:17
144:24
160:9 173:2
182:19,25
190:18
198:12

**housing**
91:13 99:5
134:1

**HR**
24:6

**HR1**
42:9

**Huerta**
95:1

**huge**
36:25
163:19

**human**
53:4,8 141:8
194:19

**humanity**
70:14

**humble**
60:9

**humbly**
154:3

**hundreds**
22:4 78:4
93:1 112:14
134:12
135:6
139:25

**hungry**
102:22
107:13

**Hunter**
101:15,18

**Huntington**
70:10

**hurricane**
50:6

**hurt**
81:17 124:5,
6 147:21

**hurts**
82:9

**husband**
193:13
197:12

**hyperbolic**
101:10

**hypocrisy**
64:20
136:10
139:24

177:4

**hypocritical**
136:6,22

**I**

**I77**
190:16,19,
20,21,22,23,
24,25

**ice**
38:15 52:16
63:13 69:14
70:3 107:20

**icon**
94:13
111:23

**idea**
93:20
150:20

**ideal**
184:25

**ideals**
23:9 96:1,5,
8

**ideas**
29:25 38:6

**ideologies**
164:24

**idly**
28:11 66:13,
14 72:11,18,
24 73:1

**ignore**
66:5 85:10
114:2

**ill**
45:3

**illegal**

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025

126:25

illegally
33:25

Illinois
33:17

Illness
42:1

Imagine
85:12 92:15
130:1

immediately
7:7 12:6
50:10 120:6
121:13
157:11

immigrant
30:12 38:18
40:3 68:18
69:10 70:1
83:16 90:9
132:5 155:6
185:23

immigrants
63:25 69:24
126:25

immigration
39:7 63:11
147:24

immune
66:7

impact
42:11 110:7

impacted
3:16 22:25

impacts
43:6 66:10
149:1

imperative

25:19

Imperial
92:6 93:4,9

implemented
100:18

implementin
g
41:10

implications
22:24 66:9

importance
90:1

important
31:25 59:19
62:15 65:7
87:19,23,24,
25 123:4
153:11
171:11
175:16
183:10

importantly
158:19
173:25

impose
47:13

imposed
81:17

imposing
83:18 158:5

impossibility
25:8

impossible
6:12 107:1

impressed
95:13

improve
101:19

improving
98:20
191:24

impugn
5:25 16:5
19:18 47:4
132:15
172:19

impugning
19:13

inaccurating
121:11

inactive
190:3

inalienable
71:24 72:6
73:11

incarcerated
92:13

include
17:6 168:19

included
168:22
184:16

includes
123:1 148:2
183:14
185:19

including
101:9,24
110:14
150:3
183:25
192:18

inclusion
193:21

incorrect
168:16
182:13

increase
147:6

incredible
92:12

incredibly
41:14

incumbency
49:18

incumbent
7:1 97:3

incumbents
139:2

indecent
6:1

indelibly
22:25

independenc
e
54:19 71:22
96:2 97:19
100:9
103:19

independent
12:6 16:21
19:25 21:24
23:2,10,13,
16,20 24:3,
9,20 30:2
32:20 34:7
39:16 46:8
49:21 54:17
55:14 68:1,7
69:5 70:14,
18,19 71:21
83:25 84:6
85:20 87:10,
12,15,16,17
91:2 95:5,8
96:14,21
97:14

101:25
102:1 114:3,
9 116:24
127:24,25
136:11,19
137:1
149:19
151:25
157:17
158:9,25
183:15,18,
22 185:2,4
187:3
193:11
194:12

independentl
y
24:15

independent
s
86:15 87:17,
24 138:24
139:8

Indian
179:13

Indiana
34:21 41:16

indifference
25:3

indignation
76:10

individual
72:23
194:24

individuals
72:25
149:22
194:1

indivisible
5:7

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025

**indulge**
  5:25

**industries**
  155:8 174:4

**industry**
  8:14

**inevitable**
  134:16

**influencers**
  21:6

**information**
  7:10

**informed**
  167:14

**inherently**
  71:25

**initial**
  150:6,8

**initiative**
  45:1 126:7,
  18 161:2,6
  162:25

**innocent**
  154:19

**inoculate**
  18:16

**input**
  62:2 72:10
  74:11 87:22
  114:11,14
  116:19
  131:4
  147:14
  158:18
  176:23

**inputs**
  30:5

**inquiry**

**9:12 13:13**
  180:14
  181:4,16

**insane**
  147:1

**insanity**
  134:25
  136:4

**insecurity**
  93:3

**inside**
  62:25 175:5

**insiders**
  166:17
  175:4,14

**insistence**
  43:18
  103:15

**inspiration**
  154:12

**institution**
  21:6 95:5
  96:10

**institutions**
  17:18 23:7
  36:16 122:6
  140:10
  179:7

**instructions**
  13:1

**insult**
  152:12
  172:16

**insulting**
  153:2

**insults**
  27:21
  175:19

**insurance**
  78:22,23
  85:18 99:20
  152:8

**integrity**
  86:12,22
  113:25
  122:16
  132:15
  153:21

**intention**
  13:3

**interest**
  12:23 86:21,
  23 120:8,16,
  18 141:20
  158:13
  160:19,22,
  25 164:9
  183:25

**interested**
  87:8

**interesting**
  171:20

**interests**
  102:25
  164:14
  174:19
  187:5

**interfering**
  5:10

**internal**
  72:2

**international**
  21:23 67:25

**internationall
y**
  70:6

**intimidate**

27:17 38:17

**intimidated**
  106:7,11

**intimidation**
  62:10 63:23
  89:9

**intricate**
  114:17

**introduce**
  109:25

**introduced**
  23:12 24:6
  102:1

**introduction**
  109:17,18
  187:25

**investigate**
  51:4

**investment**
  17:14

**invite**
  70:12
  165:25

**invited**
  143:20

**involved**
  47:8 110:13
  161:21
  175:8

**involves**
  5:22 132:22

**Ironwood**
  92:11

**irrelevant**
  181:3

**Irwin**
  2:15

**issue**
  16:2 22:24
  27:10 37:5,
  8,9 68:1,2
  70:14 75:17,
  20 84:17
  86:4 92:5
  123:6
  138:22
  153:19,23
  157:15
  175:15
  182:10
  183:10

**issues**
  31:16 37:6
  91:12
  135:10
  149:18
  174:24

**item**
  8:3,9,25
  10:11
  112:24
  190:2,8,10

**items**
  6:13 8:7
  13:6,10 46:4
  126:5
  189:24
  190:5,6,8,
  10,18

---

**J**

**Jackson**
  2:15 57:25
  58:2,4 60:4

**jams**
  175:19

**January**
  106:17

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025

194:13

**Japan**
3:15

**Jason**
192:19

**Jeff**
2:13 90:22
112:3

**Jefferson**
141:24

**Jewish**
154:19

**Joanna**
192:19

**job**
81:25
160:10,11
166:6

**jobs**
92:8,10
144:23

**Joe**
129:25
130:4,17

**join**
3:13 4:25
26:6 79:20
80:2 110:18
136:5 195:3

**joined**
98:10
149:11,17
192:16

**joining**
73:22

**jointly**
121:17

**Jose**

17:9

**Josh**
187:22

**journal**
55:1,15
180:18
181:2,3
187:20,25
198:3,5

**journey**
195:24

**Jr**
28:24 51:19
142:10

**judgment**
67:16 164:9

**judiciary**
11:18 58:23

**July**
187:21
188:23

**June**
191:19
197:7

**jurisdictions**
158:16

**justice**
4:18 5:7
24:25 25:11
27:23 28:21
51:3 80:25
82:12

**Justices**
24:25

**justification**
21:1 22:9

**justify**
159:25

179:2

---

## K

**Kagan**
24:25 25:12

**Kalra**
104:2,4

**Kansas**
55:25

**Kara**
2:16 105:24

**keeping**
98:20
158:10
170:15

**Kern**
43:1

**key**
23:25
167:11

**keys**
147:17

**kick**
78:20

**kidnap**
70:3

**kidnapped**
69:21

**kidnapping**
83:18

**kids**
31:21 32:11
65:11 69:23
107:13
111:19
137:16
146:4
147:22

148:22
170:12

**kill**
40:21 151:5

**killing**
159:9

**kills**
18:3

**kind**
42:10 49:11,
12 62:14
72:18
116:20
171:10

**kindly**
163:4

**kindness**
4:22

**kinds**
13:21

**king**
28:24 51:19
105:13
142:10

**kings**
71:18
105:10
192:10

**Kirk**
156:7

**kiss**
148:19

**knee**
105:8,9

**knees**
19:7 71:7
105:7
149:16

**knew**
24:14
154:10
164:3
171:18,19
195:23
196:13

**knowing**
138:21
161:19

**Korean**
31:14

**kp**
112:6

**Krell**
2:16

**Kyoto**
3:15 4:1,9

---

## L

**la**
17:9 89:5
162:13
195:14,18,
25 197:7

**lack**
20:12,13
45:5 55:11
164:21,22

**Lackey**
2:16 20:3,5
21:15
151:13,15
153:5

**ladies**
53:7 68:16
69:6

**Lago**
19:5

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025

laid
115:16
118:6
119:24
121:9 160:1

Lakewood
70:11

Lamalfa
174:21

Lancaster
75:3

land
178:24
179:22,23

language
5:23 6:2
74:16 123:1
131:9
132:23
165:21
168:12,25

LAO
99:25

large
170:10

larger
55:25

largest
94:19

lashes
27:21

lasting
110:7
197:15

lastly
86:13

late
8:23 144:25

Latino
37:25 40:2
49:6 132:4
145:21

Laughing
3:25

law
5:9 15:12
16:9 36:13
101:3,5
127:5,17

lawfully
106:12

laws
29:15 56:17
57:3 130:23,
25 154:23
183:20

lawsuits
77:11

lawyers
46:17 101:2

lay
117:20
120:22,25

laying
73:5

lays
157:25

lcms
87:5

lead
4:25 22:11
70:25 82:8
138:25
167:3 196:3

leader
7:25 8:18,
20,21,25

10:1,14,16
11:6,12,25
12:1,13
13:15 14:2
22:17 26:10
32:14 35:24
36:3,5 45:25
55:3 56:12
57:8,24
58:20,21
68:25 75:10
85:16 88:8
103:18
105:13,15
110:19
112:13
113:2,4
115:2,3,4,11
117:18,20
118:1
119:10,11,
14,19
120:20,22,
24 138:2,6
149:21
156:12
157:1,7,12,
13 159:7
166:21
167:6 168:6
172:19
174:16
176:4,7
180:13,16
181:5,10,14,
19 182:4
183:6,7
184:9,23,24
186:5,6,9,
17,22,23
187:9,23
188:8,16,22
189:5,7,25
190:1 193:7

198:11

leader's
9:25 14:5
22:19
172:24

leaders
36:10
115:11
121:4
142:24

leadership
92:12
122:23
135:25
146:25
164:15
168:3,4,5,7
183:14
195:13
196:9
197:24

leading
70:17 79:3
82:9 112:19
183:15

leads
37:19 99:14
160:13

League
196:18

learn
38:16
194:18

learned
94:22

learning
137:15

leave
54:6 63:19,
21 70:21

88:24

leaves
38:3 194:17

leaving
56:16 70:20
123:16
144:24

lecture
151:9
169:12

lectured
66:23 74:7
150:24

lecturing
139:24

led
24:19,21
77:16 79:4
83:24 110:5
131:17

lee
2:16

left
29:10,12
30:14 39:4
55:25 56:22
78:25 100:3
141:25
148:21
150:5

legacy
54:5 103:18
194:24

legal
5:15 183:18

legend
110:19

legislation
6:10 16:19

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025

24:6,7,10
49:21 119:7
153:25
161:17
164:19
184:15,17

**legislative**
5:11,13
58:23 79:5
114:5 134:5
158:14
163:24
182:24
183:14

**legislator**
102:10
160:20

**legislator's**
158:8,11

**legislators**
36:2 47:8
72:23 76:16
120:13
162:1

**legislature**
6:21 7:4
45:23 52:11
55:6 59:17
67:6 87:13
88:2 89:1,8,
16 91:3
98:24
100:18,21
120:13
134:19
136:2
144:13
167:25
168:1 175:7

**length**
38:14

**lens**
65:10

**lesson**
182:16

**lets**
39:12

**letter**
60:1 180:17
181:2,3,8,9,
13,17,18,20
186:9,18

**letting**
62:9 144:1

**level**
24:13 25:25
64:9 72:3
96:23
100:12
149:13

**leveling**
64:14

**levels**
93:17

**lever**
73:8

**leveraging**
99:24

**LGBT**
68:18

**LGBTQ**
53:9 123:25

**liberty**
4:17 5:7
79:16,23
80:25 82:12
163:10

**lie**
136:21

**lies**
59:23 63:9

**life**
3:17 4:12
31:15 39:5
41:20 51:19
52:7 72:22
73:1 112:12
142:20
145:9 186:1
192:24
193:3 195:2,
7 197:1,13

**life's**
195:20

**lifeline**
91:25

**lifted**
198:13

**lifting**
190:11

**light**
142:13
191:16

**lights**
145:1

**likes**
162:5

**limit**
138:17

**limited**
135:5

**limits**
135:17
196:15

**Lincoln**
28:20

**lines**

24:7 26:19
38:9 44:23
46:13,19
54:20 77:17
91:3 93:22
116:15
117:1 126:8,
14 143:6
147:14
165:8,23
166:9
179:22

**Linwood**
69:13 70:9

**list**
124:4

**listed**
196:12

**listen**
30:16 67:12,
13 75:6,7,8
87:2,3
138:15
144:8

**listened**
23:8

**listening**
45:15 75:22
144:13

**lists**
145:12

**lit**
64:13

**literally**
18:3 147:19

**litigation**
134:16

**live**
4:22 30:19

32:5 92:17
117:7 141:1
142:12
155:2
194:25

**lived**
32:6 144:22

**lives**
42:3 43:10
78:11 79:23
91:7 112:18
143:7
154:19
191:25
192:15
197:16

**living**
26:15 70:16
93:13 98:19
99:3 144:17
193:11
194:12

**loan**
133:11

**local**
17:20
158:16

**locally**
70:6

**located**
195:15

**lock**
82:25
106:22
177:8

**lockstep**
134:7

**Lodi**
170:7,17

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025

logical
60:7

lol
72:25

long
4:2 23:25
35:25
105:11
124:22,25
130:8
169:11
191:11

longer
10:12 15:25
18:24 61:25
103:9
175:13

looked
4:2

loophole
120:12

Los
47:18 50:9
72:16

lose
21:25 42:17
49:15 55:19
56:6,10
62:16 65:16
77:25 79:12
105:16
107:1,15
142:24
143:22

losing
47:21 56:8
62:6 106:15
123:17
163:25

loss

56:1

losses
197:2

lost
23:25 29:16
55:23 56:5
61:17 78:12
98:14

lot
7:10 20:19,
20 21:5,6
29:22 30:6,
12 45:11
52:3 54:11,
15 75:15
101:8 130:3
131:24
142:9
146:25
147:20
169:21,22,
24 171:10
174:23
177:24

loud
55:7 81:15
145:25

louder
28:5

lounge
3:1

love
22:21 31:18
32:1 35:11,
12 43:20,21
110:17
111:5,11,21
142:14
191:20
192:3

loved
71:12,13
142:25
155:9 164:1,
2 197:6

Lowenthal
2:16 22:18,
20 54:23
187:22

lower
99:4,14

lumped
169:3

Luther
28:24 51:18
142:9

lynch
110:1,21,24
111:4,21,24
112:2

Lynwood
102:18

———————

M

Macedo
2:16 167:7,8
180:11,23,
25 181:6,7
182:1,3
186:7

madam
8:19 10:13
22:20 26:13
88:12 115:3
117:18
119:9
120:20
157:11
159:6 167:8
169:20

183:5 184:9,
22 186:4
187:8 188:8
189:5,25
198:10

made
9:9 13:7
14:3 25:25
37:2 50:19
60:8 83:25
87:20 95:17
111:17
123:2
149:11
156:23
164:8
173:15
184:15
197:15

Madera
135:10

Madison
58:17,19,25

Madrid
195:16
197:6,23

MAGA
78:12,15
79:24

Magazine
196:12

magically
57:16

mail
28:4 64:4

maintain
96:13
158:13

Maio
44:12,14

majorities
57:10

majority
7:25 8:18,
19,21 9:24,
25 10:1,14,
16 11:6,12,
24 12:1,13
13:14 14:2,5
22:17,19
26:10 33:16
41:9,14,21
43:25 45:25
55:3,9 56:3,
12 57:8,24
85:16 88:8
91:4 100:8
115:2,3,4,8,
11 117:18,
20,24 118:1
119:9,11,14,
16,18,19
120:20,22,
24 121:1,3
136:16
138:2,6
150:14
156:11
157:1,7,12,
13 159:6
163:1,19
166:21
167:6 168:6
172:24
174:15
176:4,7
180:13,16
181:5,10,14,
19,25 182:4
183:6,7
184:9,23,24
186:4,6,9,
17,22,23

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025

187:8 188:8,
16,22 189:5,
7,25 190:1
193:7
198:10

**make**
13:9,16
17:15 29:15
44:4 52:23
54:1 60:2,13
67:14,20
76:18 78:13
79:7 91:7
92:24 94:6
96:2,12
99:4,20
100:5
102:12
103:16
106:25
110:7
113:20
116:23
118:20
121:24
125:18
127:1
129:17,19
140:25
144:25
145:9
150:13
152:14,15
153:3
155:24,25
169:17
182:21

**makers**
166:18

**makes**
35:15 48:20
67:10 69:25
107:25

120:12
122:6
127:11,17

**making**
13:6,15 31:6
53:21,22
54:2 55:17
75:14 81:12
88:25 90:4
105:17
116:24
121:12
139:7
154:24
155:6
177:18
192:4

**man**
53:23 71:12,
15 73:14
76:4 102:4
109:24
110:1 112:6,
12,17
149:16
175:21
195:12,22

**man's**
137:22

**management**
57:15 92:19

**mandate**
86:7

**Mander**
33:25

**mandering**
64:25

**manipulate**
26:19 126:8,
14

**manipulated**
97:22 117:8

**manipulating**
46:13

**Mankind**
74:13

**manner**
134:18

**Manual**
5:18

**manufacture
d**
37:8

**map**
37:19,25
45:22 46:11,
20 49:19
74:2 76:25
106:21
124:21
128:15
142:21
158:2,8,11,
14 159:8,16,
24 161:7,20,
24,25 162:3,
7,10 163:16,
18 166:18
174:5,15
183:12,25
184:2 185:5

**maps**
6:23 7:5
15:11 16:9
22:3,5 27:4,
15 38:1
39:11 40:1,
10 46:19,21,
25 47:13
48:21 49:5,
17 70:19

74:4 81:20
83:25 84:18
85:24 86:9,
17 103:6
113:8,18,22,
23 114:17
116:18
117:7 120:5
125:5
126:14
128:14
139:7
143:10
144:12
145:4
147:17
157:16,22
158:4,6
159:14
160:13,16,
18,19,24,25
162:23
164:1,4,7
165:3,10,19
166:3,15,22
167:4,22,25
168:2,4,7,
12,15,21,23
169:15,16
170:25
171:9,13,15,
17,25
173:23
176:3,9,14,
20,25 177:6,
7,17 180:19
182:13
183:23
184:4,6

**Mar**
19:5

**march**
31:12 82:25

124:15

**marching**
131:18

**marginalized**
28:1 90:15

**Marin**
141:10,16,
18 174:6

**marine**
91:14
195:21

**Mark**
2:14 37:15
40:25
176:16
194:15,25

**marked**
196:4

**marry**
43:21,22

**Marshawn**
110:1,2,6,
11,21 111:3,
8,11,16,21,
24 112:2

**Marshawn's**
111:5

**Martin**
28:24 51:18
142:9

**mask**
177:1

**masked**
19:2

**masks**
52:17
107:22

**MASON**

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025

5:21

**Mason's**
5:18

**mass**
94:19
123:22

**Massachusetts**
33:18

**massive**
78:9 123:11

**match**
64:13

**matched**
196:23

**mats**
87:11

**matter**
6:17 20:18,
25 51:21,25
74:18 76:20
87:2 100:10
114:16
117:16
133:13
143:7 150:4
166:24
176:25

**matters**
22:16 39:10
48:1 132:8

**Mayo**
159:15

**mayor**
195:25
196:2
197:11,23

**Maywood**
70:10

**Mcallen**
37:22

**Mckenna**
2:17 8:13

**Mckinner**
137:5,7
138:11

**meaning**
72:1 174:3

**meaningful**
21:4

**means**
15:15 36:13
46:18 63:15,
18 82:22
96:4 149:17
159:25
163:17,18,
20

**meant**
137:12

**measure**
10:13 11:11
16:2 26:6
36:19 39:11
74:7,13 84:7
97:9 104:6
109:2,9,10
115:21
118:24
119:3 120:8
127:22
156:5,9,10
183:1
187:12,16

**measured**
197:14

**measures**
7:15 11:19
24:17 93:15

100:2

**mechanism**
186:21

**medi**
98:25
123:19

**media**
62:11
109:10
148:25
150:13
164:13

**Medicaid**
38:24 42:12
81:17
104:24
123:18
147:20,21

**medical**
42:17 43:3
193:22

**medically**
191:25

**medicine**
99:19

**meet**
157:25

**meet all**
183:19

**meeting**
3:2 4:10
106:5 130:9

**meetings**
22:4 46:15
85:21
114:10

**meets**
174:7

**Mellerek**
191:15

**member**
2:3 4:24,25
5:2,25 6:8
8:9,12 9:1,4,
21 10:18,22,
24 11:13,15,
22,23 12:11,
18,20,24,25
13:11,12
14:14,15
15:15,16,18
16:7 19:11,
16 20:5
21:17 22:20
29:6 30:22,
24 32:16
36:7 37:14,
15,17 41:2
44:8,14
47:2,3 48:9,
10,15,16,17
51:1,11
52:11 54:11
58:2 60:6
65:4 67:24
71:1,3
74:21,22,24
77:6,7 80:8,
23 83:11
84:25 85:6
88:15 89:25
90:24 94:9
97:6,8
100:23,25
101:1 104:4
106:2
108:16
109:19
111:1 112:1
113:5,13,16
115:18

116:1,9,10,
11 118:10,
11,13 119:9
120:1,3,25
121:15
125:7,8,10
128:25
132:6,7,9,
10,11,13,16,
25 133:1,17,
19,23,25
137:7
138:13
139:16
140:18
144:8
146:11
147:9
148:14,16
151:3,15
153:8 154:8
156:16,19,
20,21
159:13
161:18
163:9 167:8
169:4,20
170:25
171:7,12
172:6,13,18,
22 176:5,12,
18 177:20,
21,23 178:5,
6,7 179:17
180:8,9,11,
22,25
184:10,12
188:7,10
191:6,9
193:1 195:5,
8,11

**members**
2:5,24,25

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025

3:1,7 5:15,
23 6:1,2 7:4,
21,22,23
8:15,16,17
9:25 10:3,4
11:5,8,20,25
12:12,15
13:4 19:17,
19 21:18
26:14 30:7,
23,25 32:14
33:20 36:8
37:1,13,18
40:5 41:3
47:4 53:15
62:25 63:2,6
67:25 70:3
72:9 78:2
83:18 85:7,
19 90:19
91:18 94:10
105:24
109:6,7,12
110:23
112:22,25
113:1 115:8,
10,12,13
116:12
117:23,25
118:3
119:15,18,
20,21
120:25
121:3,5,6,16
132:20,23
137:7 154:9
156:4,5,6,7,
25 157:3,14
171:6
176:18
182:15
183:15
186:19
187:10,11,

12,13,18
188:12,18
189:2,11
190:11,14,
15,25 193:2,
8 195:6
198:2

**memorial**
154:13

**memories**
192:7

**memory**
22:25 38:3
188:13
190:25
191:4,8,14
192:25
193:6,9
195:4,10
197:16
198:4

**men**
91:15 92:14
107:22
112:11,15

**Menlo**
121:25

**mental**
145:14

**mention**
15:25 72:11
75:3 77:8

**mentioned**
171:24

**mentioning**
15:21

**mentor**
112:3

**mentorship**

110:10

**Merced**
102:1

**Mere**
22:11

**merits**
38:8 117:3
133:24
161:16

**Mersucci**
2:17

**mesa**
162:12
195:14,18,
25 197:7

**message**
100:8 160:2

**Messages**
188:3,4

**messaging**
143:25

**met**
24:10
122:14
187:22
193:13

**Mexican**
63:20

**Mexico**
50:8 94:22
195:18

**mi**
4:22

**mic**
6:5 51:12
75:5 171:23
178:10

**Michelle**

2:20 84:23

**microphone**
90:20
105:25
182:17

**microphones**
63:3

**mid**
14:23
106:21
121:25
157:21
187:2

**middle**
36:15
126:21
144:18

**midterm**
26:23 77:18

**midterms**
157:16

**migrated**
94:25

**Mike**
174:22

**miles**
92:4 141:11
163:14
170:6

**military**
71:14 89:4

**millennial**
196:14

**Millerick**
193:4

**million**
17:3 39:1
42:16,24

55:24 57:13,
16 85:13
90:25 91:25
123:20
126:25
127:3
134:25
135:2,16
137:10,11,
24 138:20
145:2,5
146:5
163:18
185:22

**millionaires**
78:19

**millions**
31:5 43:8
64:5 77:22
90:12 93:2
104:24
107:15
134:12
135:1,6
140:2
154:18
159:24
184:7

**mind**
62:21

**minds**
85:2

**mine**
145:21

**minority**
55:9 68:25
75:10
100:19
136:17
162:21
173:11

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025

minute
23:23
151:23
152:10
186:20

minutes
3:2,4,5
73:13
134:23

miracles
71:16

miraculous
71:10

mirror
21:8 100:22

mis
9:23

misdemeanor
116:25

misleading
127:18

misplaced
151:21

Missouri
34:20
146:22

misstate
177:25

misstates
178:3
182:23

mistake
44:4 52:23
103:16
125:18
150:13

mistaken

43:11

Mitchell
164:13
171:17

mob
106:18

mocked
168:2,9

mocking
71:11
168:10

Mode
110:3,14,16

model
22:8 101:25
103:12,16
166:19
192:8

models
194:12

Modesto
191:22

Modoc
141:9,17
174:6

mom
145:7

moment
3:13 7:11
11:20 14:2
20:8 26:16
51:20,25
52:6,10
60:16 62:21
65:8,9 66:2,
14 67:9,14
72:8 74:1
88:24 106:5
108:6,25

110:24
128:5
133:17
157:18,25
172:11
181:6,23
182:15
184:10
189:11
193:2,4
195:6

momentary
4:15

moments
102:9

moms
155:3

Monday
198:8,12

money
17:12 47:21
63:14 85:17
92:15,22
93:15 98:15
119:8
125:23
126:24
135:9 136:8
137:13
138:1,2,4,8
143:25
145:10
163:3

month
42:21

months
104:7 133:3,
7 147:18
160:8
185:16
193:17

moral
66:9

morals
96:5,9

morning
15:19 32:25
54:12 63:5
69:12,18
74:11,16
151:16
152:25
154:10
165:21
173:5

Morongo
162:14

mother
63:20
192:18

mothers
60:24

motion
9:22,25
10:3,6,25
12:4,9,17
13:7 14:3,5
115:7
117:23
119:13
156:23,25
181:20
182:1,7
198:10

motions
10:15 13:5,
6,9,14,15,
16,18,21,23,
25 156:13
186:15
188:5,8,9

motivations
153:21

motives
6:1 16:5
19:19 47:4

mountain
92:16
141:12

mouth
119:8

mouths
83:15

move
8:3,19 9:9
11:4 12:5,20
21:21 34:8,
10,12 60:12
61:1,2,8
115:4
118:17
119:11
120:22
131:4
153:22
170:21
173:2,18
190:2

moved
7:17 9:1,4
10:21 11:21
117:19
120:24
181:22,24

movement
15:13 16:11
59:2 193:11

moves
173:4
187:23
198:11

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025

movies
110:11

moving
6:6 8:6
65:24
112:23
173:6 188:5,
7 189:14
190:25
198:5

mucho
69:10,11

multi
127:2

multiple
52:1 136:7
165:15

murder
159:9,16,17

murdered
178:18,25

murderous
147:3

murders
180:4

music
3:24,25 4:9
8:13

mute
6:4

mutual
73:21
193:14

mystery
177:1

**N**

Nakanishi
4:6,13

nakedly
101:15

named
196:10

names
46:24
168:20
198:2

Namo
4:22

nation
4:17 5:6
22:8 28:7,14
59:7 68:12,
13 70:2
71:13,21
73:23 82:23
97:2,14
103:12
166:25
167:3
194:25

nation's
25:9,14
63:25
106:18

national
18:5 21:23
22:22 24:13
25:13 26:2
50:20 60:16
72:3 159:3
196:6

nationally
124:25

nationwide
41:19
103:13
152:5

native
109:22
162:16

natural
59:14,15,18
72:22
142:19

nauseating
140:14

NDA
88:10

nearby
174:13

needed
15:23 41:15
85:1 88:1

negative
25:2

negligent
135:3

negotiation
25:7

neighbor
35:11
197:12

neighborhoo
ds
145:24
165:11

neighbors
37:23 63:15
107:20

nest
86:13

neutralize
41:23

Nevada
56:24
141:15

Newsom
52:2 67:5
73:12
116:17
125:20
150:6,14,22
163:3

Newsom's
44:15
103:15
125:13

NFL
110:2

nice
110:18

Nicholas
172:15

nicknamed
110:2

night
14:24
144:25
148:19

nightmare
55:18

no's
10:6 12:4

noes
118:5 157:5

noise
81:15,18,23,
25 85:10

nonetheless

129:10

nonpartisan
16:21 46:25
137:1

norms
60:25

Norris
2:19

north
50:4 107:4

Northridge
191:21

nos
12:17
115:15
119:23
121:8 156:8
182:7

nose
7:25 11:10
109:9 156:9

note
86:17 190:4

notices
2:3

notwithstand
ing
25:12
108:22

November
89:21
121:19
122:20
143:21
148:11
155:22

nullifying
128:2

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025

**number**
50:22 58:17
59:8,13
90:10
110:10
152:23
160:18
161:25
194:17

**numbers**
55:19,22,23
163:17

**numerous**
157:24

**Nvidia**
17:21

**O**

**Oakland**
41:4 109:22
111:3,6,8,
12,22

**oath**
45:20

**Obama**
129:20
130:17

**obedience**
5:22 132:22

**objection**
35:5,6 44:25
55:2 74:25
88:6 109:11
156:10
169:8
187:17
188:14,20
189:1,9

**objections**
81:24

**objectives**
101:20

**obliterate**
77:21

**obliterating**
79:2

**observe**
193:2 195:6

**obsessing**
176:25

**obvious**
146:15

**occurred**
25:16

**occurring**
149:13

**occurs**
26:4 46:20

**odds**
36:20

**offense**
71:8 72:18

**offer**
3:11 70:25
71:4

**office**
23:6,24
29:19,20,24
48:7 53:14
93:22 134:5
172:9

**offices**
134:6

**official**
5:12 18:24
122:11
196:12

**officials**
18:7,19,20
23:8 116:25
121:23
122:8,12
124:25
171:7,8

**oftentimes**
94:11

**Ohio**
56:23
146:21

**oil**
44:16

**older**
192:18

**oligarchs**
61:18 62:7,
9,11

**online**
4:8

**open**
7:19 8:14
9:25 11:5,23
12:12 46:15,
21 87:21
98:7 109:5
115:9,21
117:25
119:17
121:2
135:11
156:4,25
164:3 177:3
181:25
182:1,2
187:10

**openly**
46:25
106:12

**operate**
4:6

**operating**
91:25

**Operation**
94:18

**opinion**
24:25

**opinions**
29:22,25

**opponents**
18:3 129:18

**opportunities**
193:24

**opportunity**
37:11 41:7,
22 62:5
67:20 76:25
94:10 97:24
109:14
121:21
124:4 125:2
135:8
170:25

**oppose**
138:21
150:25

**opposed**
54:15
138:23,24

**opposing**
64:19

**opposite**
83:25
134:19

**opposition**
18:15 21:18
29:7 77:10

**85:25**
100:20
104:6
115:19
129:1
139:12
140:19

**oppressed**
4:19

**oppression**
38:12

**orange**
19:4

**order**
4:8 6:7,13,
23 7:12 9:2,
10 10:12
12:25 13:6,
9,24,25
14:11 15:17,
20,22 28:3
44:18,19
47:3 48:11
53:8 76:4
106:24
108:19
115:24
131:13,14
132:12,19
133:18
159:12
161:10
172:25
177:22,23
178:3 182:8,
11,17,18,20,
22 183:4
184:11,14,
18 186:8,13
188:15,21,
25 189:2,10

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025

orderly
5:12

orders
43:18 130:5

Oregon
141:14
193:12

organ
192:10

organizations
93:3

organize
124:17

original
141:23

Oroville
43:2

Ortega
2:17 156:24

Oshta
3:11,12,13

outcome
47:12 164:2

outcomes
68:6

outdoes
111:16

outlandish
129:17

outlets
62:11

outlook
4:11

outrage
27:24,25
62:10,12

139:23
140:14

outrageous
15:4 30:6

outright
36:12

outstanding
196:11

overly
71:12

overreach
130:6 132:2,
8

override
73:25

overturn
106:19
126:7 161:5

overwhelmingly
20:11

owe
66:15

owed
15:1

owned
132:5

owner
3:23 4:3
109:23
134:20

P

p.m.
198:14

Pacheco
2:17

Pacific
195:22

paid
62:11
127:24
167:18

pain
72:14

painfully
37:3

pales
123:10

Palmdale
75:4 147:9
153:10

Palo
91:24

palsy
93:23

Pam
51:3

pandemic
122:18
155:11

pandering
64:25

paper
168:20

Papers
58:11,16
59:8

Pappin
2:18

paramount
47:12 70:11

paraphrase
89:17

pardon
85:14 186:6

parent
65:11,13

Parenthood
42:19

parents
93:11
144:23
145:12
170:12

park
70:10
121:25

parks
70:23

parliamentary
9:11 13:13
180:14
186:20

part
5:21 59:6
70:1 164:21
168:1,3

parte
46:17

partially
72:13

participate
18:22 73:19
168:15

participation
165:25

parties
15:21,25
16:3 34:22
71:5 102:21
175:4

partisan
7:5 25:3
27:15,25
28:8 33:8
47:1 73:22
74:4 81:20
84:1 85:10
91:19 97:22
98:3,8 100:6
101:12,16,
20 103:4,14
106:23
117:9
136:14,25
158:4
161:24
166:18
171:25
173:6
183:17

partisanship
80:11,12

partnership
183:10,13

party
7:2 25:21
29:14 36:3
38:11 42:2
56:7 72:25
74:9 77:25
97:18 100:9,
13 103:2
104:13,14
107:9 114:8
127:8
136:17
139:2 143:6,
8,10 150:14
161:25
163:1
173:11
174:1 175:1,
4,14

**party's**
25:6 74:9
151:3

**Pasqual**
162:12

**pass**
16:18 96:21
118:24
130:23
135:23
149:12
150:15,16
153:24
154:2 187:1
190:6,7,9

**passed**
3:20 13:17
14:25 23:21
42:18 57:3
77:20 78:3
104:23
118:23
124:21
151:1
153:23
188:25
194:13
197:6

**passes**
103:21
109:10
156:10

**passing**
4:11 154:23,
24 166:25
197:2,3

**passion**
112:16
186:25
192:3

**passionately**
197:17

**past**
95:15 104:7
108:17
153:16

**Patel**
2:18

**path**
27:1 60:25
103:8

**patience**
7:11 191:12

**patriotism**
31:4 38:12

**pattern**
27:18

**Patterson**
2:18 15:16,
18,22 71:2,3
74:22
148:14,16
151:13
170:24,25
172:4
198:11

**Paul**
164:13
171:16

**paved**
24:2

**pawns**
143:19

**pay**
42:12 50:10
85:18 95:21
99:19
123:18
143:16

145:7

**paying**
123:14
124:11
167:16

**payment**
99:21

**peacefully**
60:25 197:7

**pearl**
88:25

**Pearson**
8:8

**Pelleran**
156:3

**Pellerin**
2:18 112:25
116:1 125:8
154:7,8

**pen**
39:13
154:13
176:25

**pending**
10:11

**pennies**
124:10

**penny**
99:16

**people**
4:19 17:6
19:13,22
20:22,23,25
21:6 22:6
24:7 26:20
27:3 28:9,21
29:1 30:1,
16,17,19,20
31:6,7 32:19

34:23 36:25
39:6,10,12,
14 40:15
41:4,12
42:3,21
43:20 44:19
47:17 49:5
52:15 53:13
54:24 55:13,
24 56:15,16,
19 57:3,9,17
59:15 60:2
63:9 64:1
65:20 66:10,
21,24 67:3,
7,12,13,14
68:2,3
69:19,20
70:5,8 71:23
73:5 74:14,
19,25 75:25
76:19,22,25
77:1 78:21
80:1 81:2,5,
6,11,21
82:6,7,8
84:15 87:3,4
88:3 89:5
92:13 93:7
95:9,23
96:25
102:12,22
107:21
108:12
109:2 111:2
112:9
113:21
114:8,18
116:16
117:4
123:12
124:1,8,9,24
128:8,10,12
130:3,10,11,

25 131:2,19
135:16,25
136:22
138:16,25
141:1,21
142:2,8
143:3 144:1,
10,14 145:9,
19,23,25
146:6
147:11,12,
22 148:2,9,
10,11
150:11
151:20
152:14,17,
18,22 153:2
154:15,25
155:1,10,14,
21 158:19
160:5
162:22
163:1 164:1
165:8
168:14
169:1,2,25
170:7,16
172:16
174:18
175:3,4,12
176:24
178:13,25
179:13,18
180:4
196:13

**people's**
28:17 34:18
41:22 96:7
139:10
174:1
197:16

**percentages**
163:15

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025

**perfect**
35:17,18

**perform**
134:22,24

**performance**
101:19

**peril**
129:12
130:16

**period**
94:17
120:16
177:20

**permanent**
128:7

**permission**
35:4 58:3
74:25
125:10
191:3

**permits**
6:16

**perpetuating**
49:12

**persecute**
35:13

**perseverance**
195:16

**persist**
35:25

**person**
15:24 55:4
96:24 166:6
172:15
194:21
196:23

**personal**

29:9 86:17
192:11

**personalities**
5:25

**personality**
192:6

**personally**
22:25 51:5

**persons**
5:9,13 155:5

**perspective**
20:7 60:16,
17,18

**pertains**
6:14

**Pete**
195:25

**petitions**
187:25

**Petri**
2:18

**philanthropist**
109:24

**phone**
53:5 124:16

**pick**
124:16

**picked**
63:2,17

**Picking**
52:15

**piece**
24:5 153:25

**pieces**
6:9 141:7
143:12

165:13

**pill**
161:3

**Pillorin**
121:14,15

**Piper**
71:11

**pissed**
79:1

**pivotal**
67:9

**placate**
25:5

**place**
13:15,20
62:25 78:25
116:23
126:4 171:4
176:25
180:4
189:12
191:1 194:7

**Places**
174:2

**plain**
97:10

**plainly**
165:14

**plan**
14:25 27:5,7
33:25 78:6,
13,18 82:5
101:18
141:25

**planet**
31:10 66:11

**Planned**
42:19

**planning**
157:19

**plans**
175:9

**plant**
92:7 129:22

**platform**
150:13

**platitudes**
163:15

**play**
4:10 36:21,
24 37:11
39:19 61:10
65:23
143:20

**playbook**
38:4 106:7,
25

**players**
36:22,25

**playing**
25:25 36:25
64:14 65:14
91:19 96:23
137:18

**pledge**
5:1,4 82:14

**plenty**
99:8

**pockets**
38:25

**podcast**
164:14
171:14

**point**
6:6,13,23
7:12 9:2,9,

11,13 12:23,
24,25 13:12,
24,25 14:10
15:17,20,22
19:17 22:9
28:6 35:25
48:10,15
61:20 75:13
76:10,23
108:16,19,
25 131:25
132:10,11,
19 133:18,
23 152:13
153:3,16
159:12
160:5
161:10,15
165:7
172:18
177:21,23
178:3,4
180:10,14,
15 182:8,10,
11,14,16,18,
20,22,25
183:3
184:11,12,
14,18,20,21
186:8,13,14,
15

**pointed**
33:25

**pointless**
147:24

**points**
13:9 38:21
103:3
149:10
176:19

**poison**
161:3

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025

**polarization**
129:19
130:20,21

**policies**
18:13 41:10,
13,20 56:25
65:19,23
79:14 122:4
123:25
124:5,12
130:5

**policy**
5:20 34:2
39:5 40:12
57:12 99:10
143:17
170:3,14,21
196:15

**polio**
193:16

**polite**
40:16

**political**
7:1,2 15:25
16:3 18:3
20:16 22:24
23:7 24:10,
23 25:5,21
26:3 38:21
44:25 46:23
60:13 71:5
77:24 93:1
98:17 99:7
101:19
102:21,25
108:8 117:2
125:19,21
135:15
141:20
143:19,25
164:23,25
166:15

195:24

**politically**
100:10

**politician**
142:6

**politicians**
15:11 16:9
19:5 22:6
28:10 38:1
44:23 45:7
46:12 77:19
78:13 79:2,8
86:16
102:23,24
103:6,9,11,
23 116:16,
17 117:5
126:12
138:25
139:2,7,9
141:21
144:2 145:4,
18 146:7
158:20
161:3
166:17
175:7

**politics**
22:13 84:10
91:19 98:4
113:21
114:6
137:18
145:17

**poll**
87:5 138:14

**polling**
127:23

**polls**
20:11 37:24
103:23

**pontificating**
44:18

**poor**
78:20 82:6
95:22,23

**poorest**
141:17
147:21

**populace**
25:17

**popular**
65:20

**population**
55:25 56:8,
14 66:11
86:10
174:13,14

**portal**
85:25 169:4

**portion**
13:5 14:8
50:14 54:25

**Portland**
193:12

**portrait**
75:24 76:3

**position**
20:18 36:9
66:1

**positioning**
25:5

**possess**
45:24

**possibility**
18:11

**post**
190:12

**Posta**
162:13

**potential**
74:2 194:22

**potentially**
90:25

**pound**
101:3,4,6

**pounding**
101:8

**power**
15:7 18:17
25:14 26:20
27:6,7,8,13,
17 32:4
33:6,7 34:9,
11,12 36:14
38:1 39:21
44:20 45:16
53:23 57:11
58:22 60:20,
25 61:5,13,
16,19 64:9
71:15 72:10
79:6 81:12
84:1,9 86:9
90:3 91:7
102:7,22
103:22
104:8 106:9,
11,17
108:10,11
114:8
116:15
126:8,10
127:4 128:5,
7 130:7
131:19
138:25
142:22
146:5,19,20
147:5,15

148:12
159:20
177:8,17

**powerful**
20:7 35:20
60:7 117:4
175:7

**powerless**
34:24

**powers**
16:16 62:3

**practical**
55:4

**practice**
98:11

**pragmatic**
25:8 55:4

**pray**
35:13 38:16

**prayer**
3:10,11
75:19

**prayers**
155:17

**pre**
148:21

**preceded**
194:14

**precious**
126:21

**precisely**
166:6

**predicated**
25:24

**predicted**
150:17

**prediction**

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025

150:12

**preference**
42:2

**preferences**
22:7

**preferred**
102:25

**prejudice**
193:23

**premium**
78:22

**premiums**
78:22

**prepare**
2:4 181:14

**prepared**
164:19
186:10

**preparedness**
107:18

**preparing**
47:9

**present**
2:24 14:16
94:10 115:8
117:24
119:17
121:2,17
181:25

**presentations**
187:25

**presented**
112:25
121:24

**presenter**
172:1

**presenters**
171:22,24

**presenting**
116:12

**preservation**
59:23

**preserve**
125:1
131:14

**preserves**
103:16

**presidency**
41:25

**president**
14:21 18:1,
12,20 26:25
27:11,16
28:19 30:6
33:13 37:8
41:8 52:13,
15,20 65:19
69:1 71:8
75:12 80:15
81:16 89:4,
7,11,13
90:3,8 96:19
106:6,24
107:5,16
124:17,23
125:16
130:1,13
131:23
133:4 140:6,
7 149:24
150:3
158:23
159:3 163:4
185:13
186:25
196:17,18

**president's**
28:3 82:5

**presidential**
122:17
125:13

**presidents**
76:2

**press**
26:2 89:7
171:6,12
172:9

**pressed**
24:12

**pressing**
37:6,10

**pressure**
117:2
149:24

**pressuring**
41:17

**pretend**
131:7

**pretty**
128:22
132:16
149:3
174:17

**prevent**
159:19
166:2 187:2

**prevented**
49:18

**prevention**
145:14

**previous**
187:20,24

**previously**
108:25

**price**
124:11
143:16

**prices**
99:6 107:25
123:13
148:1,3

**pride**
37:1 95:9
195:20

**primary**
25:6

**principal**
23:6

**principle**
34:15 37:1
104:1
131:11,16

**principled**
97:10

**principles**
86:10,21
97:19 100:9
112:4
155:17
174:8

**print**
10:10 131:6

**printed**
198:3,4

**prior**
191:3

**priorities**
133:15
135:8
141:12
165:2

**prioritize**
114:8 137:3

**prioritizing**
93:8

**priority**
99:2

**Prison**
92:11

**privilege**
20:6 167:15

**prizes**
148:4

**pro**
110:4 175:8

**problem**
18:18 33:12
58:5 69:25
99:9,24
100:22
120:10
126:20
130:19,22
131:22
145:17
175:12

**problems**
25:9 47:22,
25 55:5 94:4
135:15
150:5
151:22
152:8,9

**procedural**
10:15 115:9
117:25
119:15
121:1
156:13
188:8,9

**procedure**
186:21

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025

proceeding
183:1

proceedings
5:11,14

process
21:25 40:22
46:1,12
47:8,10 59:6
68:24 69:4,6
83:17 85:23
87:20 97:11
107:23
114:13,24
138:19
140:22
151:25
155:14
161:14
164:3
166:10,11,
16 169:13
176:22
177:2,25
184:25
185:1 187:3

processed
148:25

proclaims
71:22

Productions
110:16

profane
6:2

professional
122:13

profiled
63:16 69:21

profit
110:9

profoundly
22:24

programs
92:13
137:14,15

prohibit
28:4

prohibits
5:9 6:21

project
41:11 52:25
135:18

projection
56:9

promise
40:12,13

promises
146:1

promising
168:8

prop
57:14 58:3
86:6 98:24
125:11,18
127:4,7
128:11
150:23

proper
122:22

properly
7:16 58:24
100:14

property
166:16

proposal
22:10 74:11
83:22 86:19
103:25

159:4

proposals
46:19

propose
16:19

proposed
34:25 113:7,
18

proposing
118:19
119:6

Proposition
150:18,25

props
58:4 125:11,
12 159:15

prosecutors
127:5

prosperity
70:2

prostitution
196:8

Protam
106:3

protect
28:13 47:19
56:4 57:16
67:17 68:15
70:12 78:6,
14 82:4
84:13,20
89:2 90:14
102:25
113:25
117:11,14
137:2 145:4
146:6
165:19
177:15

protected
43:13
167:14

protecting
31:5,9 64:8,
9,11 70:18
84:3 88:25
89:15,17
98:5 142:3
177:18

protections
73:25

protective
44:9

protector
59:13

protects
38:22

Protein
187:23

proud
18:6 30:2
41:5 52:1,10
53:19 69:3
77:9 83:12
89:25
102:11
103:7 106:4,
5 108:5
109:22
127:25
149:22
151:16,25
152:21,23
187:6

proudest
102:9

proudly
26:6 69:9
74:1 108:13

prove
12:22
120:17

proved
159:21

proven
36:11
122:15

provide
43:8 58:24,
25 155:8

Providence
72:1,5

provision
118:16
123:3

provisions
42:18
108:22
127:13

proxy
151:20

psychologist
23:4

public
5:20 22:4
23:6,7 42:7
50:23 74:15
84:3 85:21,
24 87:21
90:10 92:5
97:25 114:3
116:19
117:7
120:15
122:14
131:3
141:25
147:23
151:11

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025

158:18
183:23
184:4,6
196:1,10,22,
24 197:13

**publicly**
113:8,18,23

**Pueda**
40:25

**pulled**
137:24

**pulling**
90:12 138:1,
4

**punch**
73:16

**punching**
50:3

**punish**
127:6

**punished**
83:19

**punishing**
137:17,19

**punishment**
39:5

**purple**
87:6

**purportedly**
45:22

**purpose**
6:25 106:12
116:14
156:18

**purposeful**
195:2

**purposes**
10:20

**pursuant**
7:16 10:7
189:4

**pursuing**
191:19

**purview**
151:19

**push**
81:4 114:5
175:21

**pushed**
28:1 81:21
93:16

**pushing**
33:24 64:4
175:18

**put**
5:3 13:19
36:25 42:23
45:1 46:24
49:3 50:20
58:13 60:15,
16,17 62:12
65:25 68:6
86:1 96:8,
16,25
107:21
109:1
118:25
119:8
128:12
145:1,5
150:7
155:12
167:24
168:20
171:23

**Putin**
18:2

**puts**
22:15 39:2

145:18

**putting**
113:21
123:19
139:9
147:22

---

**Q**

**quadriplegic**
193:19

**quality**
56:20,21

**quarter**
125:15

**Quercilvo**
188:18

**question**
60:19 76:21
85:7 87:5,8,
18 88:5,9
98:5 138:18
153:20
160:14,15,
16 164:6
167:17,19
168:10,11,
24 169:7
171:1,10,11
181:4,7,13

**questioning**
60:12 61:7

**questions**
138:14
142:7
164:10
167:21
171:9
183:11

**quick**
109:15

182:16

**quickly**
3:19 111:7
123:5
195:19

**quiet**
18:4

**quietly**
3:18 39:22

**Quinn**
2:17

**Quirk**
2:19

**Quit**
153:2

**quixotic**
24:12

**quorum**
2:4,24 5:16
189:12
191:1
198:13

**quote**
6:25 23:22
55:16 71:7
89:17
101:16
142:11

**quoted**
129:2
137:10

**quotes**
142:9

---

**R**

**race**
103:25

**racially**

63:16 69:21

**racing**
83:23

**racism**
38:11

**racist**
38:1 40:10
94:16

**raging**
91:12

**Raiders**
111:10

**raids**
39:8 83:17
107:20
147:24

**rain**
35:16

**rainy**
100:4

**raise**
68:19 75:5
90:6,20
105:25
148:1
152:19
178:10
182:17

**raised**
7:15 81:2
103:3
183:11

**raises**
85:18

**raising**
197:1

**ram**
15:11

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025

**Ramos**
2:19 178:6,7
180:6

**ramp**
16:9

**rampartisan**
83:24

**ran**
23:5 93:22,
24

**Randy**
194:15

**ranges**
141:12

**Ransom**
2:19 12:24,
25 80:22,23
83:9

**rarely**
134:7

**rate**
92:9 133:12

**rates**
99:4,20
134:1

**ration**
98:25

**raw**
163:17

**reach**
42:14,15,23

**reaching**
25:8

**react**
68:25

**reaction**
129:7

**reactive**
21:21

**read**
8:11 14:11
35:4 48:13,
19 54:25
74:25
113:10,12
116:6 118:9
119:25
121:10
132:20
136:13,14
157:8
172:25
188:2,24
189:15,23
190:17
198:4

**reading**
99:9 112:24
187:19,24
188:25
189:15
190:7,8

**ready**
5:4 107:3
198:9

**real**
28:22 46:20
47:25 55:3,
16 58:9,10,
12 66:10
91:23 92:19
97:24
100:21
105:6 135:9,
15 141:8
145:5 152:6
175:14

**reality**
37:7,23

93:13
194:21

**realize**
57:2,9
136:15
194:21

**realizing**
18:12

**realtor**
134:21

**rear**
3:9 188:19

**reason**
63:7 78:17
80:14
100:15
160:17

**reasonable**
115:1 119:6

**reasons**
56:19
160:14
167:2

**Reavis**
106:1,2

**Rebus**
14:13

**rebut**
67:1,2

**recall**
105:2
125:25
126:1,19

**recalls**
122:18

**received**
23:14 53:5
85:22 86:3
156:14

192:13
194:4

**recent**
3:14 133:10

**recently**
20:15 78:1

**recess**
3:4,6 150:6
181:20,24

**recessed**
181:23

**reckless**
93:15 100:2

**recklessness**
135:25

**recognize**
8:4,25
109:16,20
113:11
128:23
182:21

**recognized**
2:25 8:1,19,
20 9:20
10:14,23
11:1,14
12:5,19
13:11 14:14
19:11 20:4
21:16 22:19
26:12 29:5
30:23 32:15
36:6 37:16
41:1 43:22
44:13 48:16
51:10 54:10
58:1 60:5
63:4 65:3
67:23 71:2
74:23 77:6
80:7,22

83:10 84:24
85:5 88:14
89:24 90:22
94:8 97:7
100:25
102:16
104:3 106:1
110:25
111:7 113:3,
4,15 115:3,
17,22 116:5,
10 117:19
118:8,12
119:10
120:2,21
121:14
125:9
128:25
132:25
137:6
138:12
139:15
140:17
144:7
146:10
148:15
151:14
153:7
156:12,20
157:12
159:8 163:8
167:7
169:19
170:24
172:5,12
176:2,6,17
178:6 180:7,
12 184:11,
14 186:8
188:9
189:25
191:7,12
193:5 195:9
196:9

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025

recommend
139:11

recommenda
tion
59:18

record
86:1 151:11
177:25
178:4
182:23,24
185:15,19
186:11
198:14

recorded
165:1

red
41:18
134:13
147:3

redistrict
114:9
151:25

redistricting
6:17,22 12:7
14:13 16:17,
22 21:25
22:1,22
23:2,10,13,
16,21 24:3,9
26:4,23 27:5
32:20 33:25
34:7 37:20
39:17 44:15,
21 45:13,19
46:8,11,13
47:5 49:22
83:22 84:1,6
85:20 87:10,
12,20 95:8
96:2,14,21
97:15

100:16
101:25
102:2,20
103:11,19
104:16
114:7
116:14,22
117:2
118:17,23
121:25
127:25
128:1
136:11,20,
25 138:19,
25 141:6
145:3
149:20,25
157:10,17,
19 158:9,14,
17,25 161:5
163:25
166:5,14
183:16,18
185:2,4
187:3

redraw
14:22 77:17
79:6 116:18
147:13

reduce
145:11

reduces
99:12

reducing
158:15

reevaluate
135:8

refer
11:17

reference
10:19 12:10,

22 13:8
55:18
108:24
156:17
157:6 188:1

referenced
51:25

referred
189:3

reflect
21:4 22:6
51:15

reflection
3:14

reform
24:13,18
38:25

refrain
35:2 159:15

refrained
128:24

refuse
43:25 52:3

refused
24:17 27:14
127:8
160:17

refusing
27:18

regard
12:8

regional
196:15

registered
155:23

registration
17:2 136:15

regret
31:23

regrets
153:1

regulate
19:16

rehabilitating
92:13

reintroduced
23:15,19

reject
103:25
146:4,5

rejecting
136:5

related
56:20

relates
5:19

relationship
163:13,23

relative
8:13

relentless
142:16

relief
83:14 90:9
142:19
147:18

religious
71:12

rely
42:25
137:16

remain
4:25 86:23
135:11
166:19

remaining
190:18

remains
116:24
163:16
179:8 191:1

remarkable
75:21 196:3

remarks
77:8 153:10
169:22
172:25
173:3

remedies
5:15

remember
28:15 29:18
40:6 51:21
62:20
129:14
149:14
150:11
184:7
195:12
197:11

remembered
191:15

remind
42:4 54:17
55:21 63:1
85:19 86:4
97:25
132:20

reminded
28:20 42:25
94:14 95:1,
16

reminds
3:25 197:13

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025

remote
141:18

removal
5:14

remove
8:9 168:17,
25

removed
7:6 8:8
165:21

renaissance
110:1

rendering
6:12

rent
99:17
144:20,25

repeat
33:22 51:17
121:22

repeatedly
66:25

repeating
63:24

reported
164:13
175:6,8,11

Reporters
177:5

Reports
188:1

represent
26:20 69:8,
9,20 70:9
79:21 81:11
95:23
135:13
143:3,6

155:1
163:20
174:16,19

representati
on
26:5,21
34:7,15,17,
18 49:7,8
53:14 57:21
95:20,24
96:24 97:17
114:5,21
131:15
163:22
173:21,25
174:2,7
178:17

representativ
e
88:18
101:13,14
141:16
163:21
166:13
174:20
175:13

representativ
es
28:11 34:24
55:17 57:1
59:21
106:24
117:10
124:15
130:10
141:22
144:2
162:18

represented
43:14 57:10
96:7 175:3

representing
69:11
110:12

represents
21:20 34:23
45:4 158:8

reprimanded
179:24

reproductive
31:10 42:21
186:2

republic
5:6 36:1
76:7

Republican
15:11 16:8
17:7 18:18,
23 19:5
42:18 49:19,
24 64:13
68:1 70:13
77:16,18
78:2,13
79:2,4,7
83:24
101:19
104:12
107:8
124:14,23,
25 149:21
151:8
158:20
163:21
185:5 187:1

republicans
14:21 35:21
39:14 40:19
49:4 63:8,12
64:10 68:9
72:17,20
77:20 78:1,

15 79:10,16,
24 86:15
87:16,23
95:7 102:19
105:22
106:21
107:1
138:23
139:6 140:4
149:9,11,18,
24 150:2
157:20
158:4 159:4
163:20
177:5,13
185:11,14

reque
26:25

request
8:7,21 10:17
11:17 15:4
20:2 24:12
40:16 67:21
90:11
102:14
105:25
156:15
188:10,16,
22 189:5
190:1

requested
9:24 91:25

requesting
168:23,24

requests
198:3

require
5:18 16:20
113:7,17

required
24:8 149:3

requirement
s
158:12
183:20

requires
156:5,25
187:12

requiring
113:23

rescind
188:23

rescinding
189:2

research
137:23,25

reservations
162:8

reservoirs
92:19

residents
92:2 141:15
152:7
165:19

resilience
196:23

resist
21:13 35:8
96:11

resolution
8:12 149:19
190:18,24,
25

resolutions
13:5,14,18,
22,24 14:1
149:12,15
154:24
186:15
188:5

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025

resolve
106:13

resonate
194:23

resources
95:21,25
96:3,25
98:15
122:21
142:19

respect
16:14 19:25
21:7 85:15
94:24 95:2
128:10,12
185:2

respected
20:14
183:25

respectful
5:25 132:25
172:20
191:2

respectfully
11:17 20:1
26:9 32:12
40:25 44:10
51:8 54:15
60:3 62:23
67:21 80:20
83:6 97:5
114:25
117:13
125:6 167:3
170:22
172:3 195:3

respects
158:12,14

respond
21:8 66:2
70:15 77:2

responded
63:13 88:4

responders
85:19

responding
19:24 31:2

response
15:6 41:19
98:4 153:12

responsibiliti
es
4:12

responsibilit
y
42:4 48:25
58:24 88:22
130:22
134:20
139:4 152:6

responsible
72:13 164:4

rest
37:11 66:6

Restaurant
110:15

restaurants
70:24

restore
97:16

restoring
23:7

restricted
100:21

rests
67:3

result
78:9,11,21
92:1

resulted
56:1 73:3
154:18

results
25:2 27:19
33:8 87:8
143:22
196:4

retain
190:6,7,9

Retains
127:24,25

retiring
110:6

retroactively
128:18

return
17:14 27:8
103:22
116:16
189:7

returned
76:22

returning
27:8 95:21,
25 96:25

returns
16:15

reuniting
158:15

reveal
46:24

revenge
142:5

revenues
123:25

Reverend
3:10,11,13

review
58:10 114:1,
14,25
130:25
131:3
183:19

reviewed
22:4

reviewing
6:8

revis
8:23 10:19
53:19

revisit
17:1

rewrite
41:15

rheumatic
31:15

richer
108:1

rid
152:1

riders
194:9

rig
14:24,25
18:15 27:2
38:9 40:21
63:10 77:17
79:10 83:2
106:8 107:8
157:22
158:24
185:14
186:25

rigged
39:19
144:11

rigging
15:6 33:7
45:7 93:1
146:5
177:14

righteous
32:18 76:10

rights
53:4,8,9
54:24 71:24
72:6 74:20
77:13 79:22
86:11 90:14
123:25
162:21
174:2 186:2
193:10,24

Rincon
162:11

rip
139:25
140:1 177:2

ripped
38:24
155:12

ripping
107:11

rise
14:16 21:18
28:7 29:6
30:25 35:15
36:8 37:18
41:3 43:16
48:18 58:5
63:6 65:5
77:12 79:19
80:8,24
83:12 89:25
90:24 94:3
97:4 109:20
115:19

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025

121:16
129:1
140:18
146:12
170:5 193:8
195:12

**risen**
122:19

**rising**
80:4

**risk**
39:2 76:12
123:16
147:23

**risks**
76:6

**Rivas**
14:17
144:15

**Riverside**
93:9

**RJ**
93:23

**road**
34:20

**rob**
110:14
137:22

**robbery**
38:25

**robbing**
42:20 79:22,
23

**Robert**
144:15

**Roberts**
193:9,13,16
195:8

**robust**
154:9

**Rockland**
153:13

**Rodriguez**
2:20 84:23
85:4

**RODRIQUEZ**
84:25

**Rogers**
2:20 88:13,
15 89:24

**role**
9:18 50:12
58:8 192:8

**roles**
58:18

**roll**
2:6 7:19,24
8:15 9:25
10:5 11:5,
10,23 12:3,
12,17 27:14
109:5,8
115:10,14
117:25
118:5
119:17,22
121:2,7
156:4,8,22,
25 157:4,25
181:25
182:1,2,6
187:10,14
190:16

**rolling**
147:3

**Ron**
15:1 194:14

**roof**
145:8

**room**
19:15 46:18
48:19 53:25
77:24 129:8
191:17
192:17

**rooms**
78:25

**rooted**
73:10

**roots**
94:14

**Rosa**
162:11

**rough**
36:9

**Round**
162:15

**Roxanne**
191:14
193:3

**rubber**
136:4

**rude**
55:7

**rule**
8:22 10:7
15:23,24,25
16:1 156:16
178:2
182:18
188:11,17
189:4

**ruled**
29:14

**rules**

5:17,23 6:3
10:17 12:9,
21 36:15,24
37:11,13
38:9 39:19
41:15 46:16
48:12,13
60:25 61:1,
6,10,11,13,
15 62:1
63:10 65:17,
23,24,25
82:21 106:8
120:14
127:14
132:15,22
157:5
159:14
172:21
173:2
177:11
182:20,25

**ruling**
7:13,18,20
9:9 72:25

**run**
14:20 47:9
120:7
134:11
165:6
175:10
185:15
196:4

**running**
38:4

**runs**
165:7

**rural**
39:2 43:1
47:14
135:10
140:19

141:4,14
142:17,23
143:13,16
185:21

**Rush**
166:7

**rushed**
97:23 99:3
110:3 142:1

**Rushing**
113:21

**Russians**
61:17,25

**Ruth**
28:21

**ruyo**
69:11

---

**S**

**Sacramento**
69:8 93:20
145:16
171:3
187:21
192:10

**sacrifice**
98:13

**sacrificed**
34:19

**sad**
152:4

**sadness**
65:5

**safe**
31:6,7 38:21
98:21
197:19

**safeguard**

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025

159:22

**safeguarding**
31:10

**safety**
56:21 57:14
92:5

**sake**
68:15

**Salache**
67:23,24
189:3,8

**Sally**
196:25

**Sally's**
197:3

**salute**
4:25

**San**
17:9 28:4
93:10 162:5,
12 180:9
195:15,25
196:11,12,
16,17

**Sanchez**
2:21 144:6,8
146:9

**sanctimonio
us**
88:25 104:5

**sanctity**
137:2

**sand**
28:25

**Santa**
162:11

**sat**
66:23,24

72:11,17
75:2,21

**Sausalito**
141:13

**save**
17:13 44:18
54:2 68:3
70:14,15
74:25 75:25
76:15 82:25
102:3,7,8,13
131:13
138:8

**saved**
57:9 192:16

**saving**
18:25 19:1
52:6 77:3

**SB**
11:18
112:24
113:6,12
115:19
121:17
122:6,25
125:14
137:8
139:12
140:15
146:7
188:24
190:2

**SB280**
114:13
116:23
118:19
120:9 125:6
127:15
153:25

**SCA's**
23:25

**SCA3**
23:19,25

**scales**
39:8

**scandal**
177:12

**scarce**
126:21

**scare**
146:22,24
147:5,6,25

**scared**
63:18

**scares**
146:24,25
147:15

**scattering**
162:19

**scenario**
61:14

**schedules**
198:6

**scheme**
44:15

**school**
49:22 69:23
111:8
137:14
148:20,22
185:20
193:14,25

**schools**
38:15 72:12
98:20
123:22
124:6
137:13
141:4
147:23

**Schultz**
2:21 48:10,
15 74:22
77:5 132:11,
18,19 153:6,
8 154:6
161:10,15

**Schwarzene
gger**
22:12

**science**
123:25

**scolding**
27:14

**Scooby**
177:1

**score**
38:21

**scored**
110:3

**scraping**
43:4

**screams**
28:12

**screen**
13:19
111:17

**screenings**
42:22 149:2

**scripture**
129:1,7

**scrutiny**
113:22

**Seahawks**
110:5
111:10

**seals**
19:10

**seared**
22:25

**season**
111:20

**seat**
54:4

**seated**
5:8

**seatmate**
132:17

**seats**
26:23,24
27:12 55:19
56:2,4,6,10
79:8 104:10
106:22
124:19,24
165:17
173:19

**Seattle**
110:5

**SECATE**
190:22

**seconded**
7:18 10:3,21
11:21,22
12:11 115:6
117:22
119:14
120:25
156:24
181:22,24

**seconds**
30:20 35:10
44:7 47:20
53:25 57:7
59:24 62:22,
23 74:9 88:1
100:11
128:9

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025

131:22
151:2
162:22
166:21
175:11
187:24
198:11

**secrecy**
165:22
166:7

**secret**
83:25
140:23
171:3,15,18,
21

**Secretary**
122:23

**secrets**
171:4

**section**
5:21 6:15,
20,25
132:21

**Sections**
5:18

**secure**
72:5 122:9,
25 141:3

**seek**
29:7 185:25

**seeking**
47:6 116:18
161:8 184:1

**seeks**
33:21

**seize**
128:8
161:25

**selecting**
25:20

**selections**
110:4

**semi**
30:11

**senate**
6:14 14:12
23:23 86:13
109:11
112:23
113:12
116:8 118:9
119:25
121:10
124:22
153:25
156:11,14,
18 157:8
164:17
187:16
188:4,25
189:8,15,21,
22 190:8,19,
20,21,25

**senator**
23:18 54:22
112:24
121:10,18
183:9

**send**
69:19 84:16

**sending**
52:16 89:7

**sends**
35:16 39:2

**seniors**
27:25 39:2,3
42:15
104:25
124:1

147:22
155:4
185:22

**sense**
195:19

**separated**
141:11

**separating**
185:23

**Sequan**
162:13

**SERATE**
190:24

**Sergeant**
2:4

**servant**
196:22

**servants**
122:14

**serve**
30:1 41:12
93:7 95:11
99:7 135:25
143:1
145:22,23,
24 149:23
155:7 197:4

**served**
195:21
197:14

**service**
84:3 95:11
120:15
195:14,17,
23 196:1
197:14

**services**
42:25 94:1
145:14

155:9

**serving**
18:11 30:17
53:13 93:5
95:4 161:25
192:1,8

**session**
2:2 3:8
46:21 87:25
99:2 148:21
198:5,7,8

**set**
22:11 68:12
77:21
113:13
116:3,9
118:7,11
119:25
166:1

**sets**
116:2

**severe**
139:20
151:22
152:7

**severely**
33:18
139:19

**shadows**
166:19

**Shame**
152:15

**shameful**
100:12
152:13

**shamelessly**
25:13

**shape**
26:17 166:9

**shaped**
192:11
196:15

**share**
20:6 94:12
95:24 96:3,
15 141:8
167:22
174:4

**shared**
4:5 167:23
196:25

**Sharp**
188:12
198:1

**Sharpe**
2:21 195:9,
11

**Sharpie**
147:17

**shed**
179:6

**shied**
196:5

**shield**
38:10 40:9,
10,11

**shine**
192:7

**shining**
4:21

**shop**
3:21 4:2

**short**
102:9
169:22
185:16

**shortage**

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025

37:5

**shorten**
131:1,2

**shortens**
127:15

**shortsighted**
136:6

**shot**
130:8

**shout**
112:6

**shouts**
27:21

**shove**
47:15

**shoved**
107:22

**show**
35:2,19
50:5,6,7,8
103:24
111:11

**showing**
28:7,9 74:12

**shown**
27:18 38:14
46:9

**shows**
99:11

**shrank**
56:15

**shuddering**
133:12

**SHULTZ**
74:24
132:13
161:11

**shut**
92:7 132:4

**sick**
91:8

**sickens**
91:15

**side**
54:8 64:7
66:4 96:8
101:3,4,6,7
105:22
129:20
130:2
131:25
140:24
146:18,23
150:1
152:17
171:2 177:9
178:12

**sidelined**
140:21

**sidelines**
28:2

**sides**
33:7 140:25
141:3
169:23
178:9

**siding**
64:19

**Sierra**
192:18

**sierto**
188:24

**sign**
118:25

**signatures**
45:1 126:4,

19

**signed**
88:10
153:25

**significant**
100:5

**signs**
55:10

**silence**
26:21 27:2,
24 38:17
39:22,23
41:18 44:20
50:17 51:22
81:14 106:8
142:21
143:4 177:8
193:3 195:7

**silenced**
25:19 37:24
82:7 84:16

**silences**
162:3

**silencing**
45:8 64:5,7
159:24

**silent**
51:14,20,24
132:1
139:25
140:6 141:5
177:15

**Silva**
2:19 26:11,
13 29:4

**silver**
111:17

**similar**
173:10

**simple**
80:9 85:7
106:7 119:5
120:4 142:6
160:15

**simplest**
167:21

**simply**
16:4 21:19
58:9 64:14
76:1,22
117:6
142:20
153:13
154:14
165:3,18
170:16

**simultaneou
sly**
51:1

**single**
43:6 49:19
77:23 93:5,
14 96:23
99:16 102:2
107:25
109:25
124:13
144:17,22
148:23
151:1
154:21
162:18,24
169:25
187:4

**sir**
15:20 75:5,
11,16 118:8
181:5
184:13

**Sisas**

40:25

**sisters**
145:24

**sit**
39:22 44:23
49:13,14
51:6,24 54:4
70:3 79:9
82:18 159:2
174:5
177:16

**sits**
133:14

**sitting**
72:11,24
73:1 80:15
160:20
178:8

**situation**
49:2,3 61:25
70:16

**sizes**
123:5

**skills**
111:9

**skin**
63:18

**Skittles**
110:17

**sky**
57:5

**slap**
127:18

**slaps**
35:9

**slash**
123:25

**slashed**

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025

81:16

**slashing**
123:15

**sledgehammer**
173:25

**sleeping**
91:16

**slow**
59:1

**small**
3:21 81:18
133:11
134:2
135:22
147:25
152:14,15,
23 165:15
169:2

**smash**
111:18

**smile**
4:4 180:3

**smirk**
180:3

**snake**
44:16

**snap**
83:16
104:24

**snatch**
52:16

**snatched**
19:2 31:8

**social**
148:25
150:13

**societal**

193:22

**society**
62:14
196:10

**soil**
147:4

**Solace**
2:22 71:1

**solution**
33:13

**solutions**
25:9 91:10
136:1

**solve**
47:22,25

**solves**
134:4

**solving**
135:14

**son**
93:23
193:15
194:15,21,
25 197:3

**sons**
35:14
193:15
194:14

**Soria**
2:22

**Sotomayor**
24:25

**sought**
159:19

**soul**
111:15

**sound**
88:24

**south**
107:4 170:6

**Southgate**
70:10

**sovereignty**
162:17

**SP**
8:7

**sparked**
114:6

**speak**
28:5 81:25
93:24 94:11
105:25
115:25
116:4,6
123:12
133:20,24
141:2
150:19,22
172:22
188:12
191:3

**speaker**
2:2,24 3:7
5:2 6:8 7:9
8:2,5,24 9:1,
8,13,18,23
10:21,25
11:3,13,15,
20 12:5,25
13:4 14:4,
15,16 15:14,
16,19 16:7
19:20 20:5
21:17 22:20
26:13 29:3,6
30:22,24
32:16 36:7
37:17 41:2
44:7,11,14

46:1 48:14,
17 51:12
53:19 54:18
55:1,2 56:11
57:7,22,25
58:3,5 60:7
63:5 65:1,5
67:24 71:3
72:19 74:25
77:5,7
80:21,23
83:8,11
84:22,25
85:3,6,14,
15,17 88:5,
6,12,16
89:25 94:9
97:8 101:1
102:14,17
104:4
105:23
106:1,3
108:13,14,
15,17
109:19
110:22
111:1,25
113:4,5,17
115:6,18
116:11
117:17,22
118:13
119:13
120:19,24
121:16
125:7,10
128:21,25
132:9,14,18
133:1,16,19,
22 138:1,4,
10,13
139:13,16,
18 140:18
144:5,15

146:8,11
148:13,16
153:9 154:5,
8 156:2,13,
21 157:14
159:6,13,14
161:9,11,12
163:9
166:22
169:20
170:25
172:7,10,23
175:24
176:5,10,15
177:24
178:7
179:16
180:8,13,15,
22,25 181:6,
12,16,22
182:9 184:9
186:4,7,13,
19 187:8,23
188:14,20
189:1,9
190:4 191:9
193:1,8
195:5,12
198:1

**speakers**
133:20

**speaking**
15:24 50:1
55:7 75:7
90:21 112:8
118:15
182:19

**special**
49:23 57:13
59:3 109:12
121:19,20
122:20
123:3,8,10

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025

124:14
125:14,20,
25 126:5
135:7
138:18,22
160:12,22
164:14

**specifically**
58:17
108:21
171:25
174:10

**speech**
5:22 19:18
132:22
149:25
172:8,24
184:19

**speeches**
172:8,10

**spend**
91:6 124:13
135:1
152:10

**spending**
20:7 37:4
98:19 99:24
100:2
126:20
134:22,25
145:3 152:3

**spent**
31:15 75:18
98:17,18,20,
21 151:16,
17,23 160:8
191:21
193:17

**spine**
18:19

**spirit**
32:21 60:1
67:18
111:14

**split**
114:19,20
162:11,12,
13,14,15,19
165:13
170:8,11

**splits**
86:19 162:7

**splitting**
141:7 162:4
170:16

**spoiled**
27:22

**spoke**
16:4 20:15
95:3,15
100:20
104:22

**spoken**
34:4 183:3

**sponsor**
77:9

**sports**
110:15,20

**Spreckles**
92:7

**spurred**
193:19

**st**
26:25

**stack**
80:15

**stacked**
148:3

**stacking**
157:21

**stage**
6:6 15:16
21:24

**stake**
37:2 42:6
43:9,10

**stakes**
90:7 185:10

**stamp**
136:4

**stand**
3:10 26:14,
16 28:8,11,
18 43:15
44:1,17 50:2
52:2,3,4,5,9,
18 53:16,23
54:4 61:9
64:10 66:7,
13,14,15,19
67:17 76:9
77:14 81:2,
3,25 82:13,
17 90:6,13
96:4,5,6,9
98:8 103:25
104:18
105:18,19
117:9
124:25
132:7 136:4
138:3
142:16,25
146:1,2
150:2
151:10
153:20
155:21
169:11
174:18

175:16
178:25
179:12,14,
25 180:5
196:7

**standard**
22:12 45:12
68:11 97:13
166:1

**standing**
4:25 18:25
29:1 31:11
36:2 51:7
52:12 53:19
77:12
105:17
131:9
149:16
150:24
197:20

**stands**
5:6 53:17
198:12

**stark**
114:2

**starring**
110:10

**start**
27:9 32:17,
23 51:20
55:22 65:14
99:1 102:23
127:2 141:4
157:23
176:19
178:22
180:2

**started**
53:2 64:12
129:20
157:21

**starting**
193:25

**starts**
57:17 65:16

**state**
5:9,16,17,21
6:11 7:8
9:13 12:23
15:1,19,22
16:22 18:9
23:5,18
29:21,24
30:18 36:19
39:16,25
40:24 42:9,
19 45:18,20
46:3 47:7,22
48:10 49:24
50:14 52:11,
12 54:22
55:21 56:18,
22,25 57:11
58:18 60:11
64:13 66:21
67:3,7 69:25
72:4,22 73:1
74:2 76:16,
24 79:5,19
83:13 84:6,
11 86:13
87:7 91:12
92:11 93:18
94:5,24,25
96:17,25
97:2,11
106:13,20
107:12,20
108:12,16,
18,22 109:3
112:7,15
114:18
122:22,24
123:8,11,23

Case 2:25-cv-10616-JLS-KES    Document 28-2    Filed 11/13/25    Page 382 of 991
Page ID #:841
IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025

125:23
126:21
127:1
128:13,15
132:10,11
133:8,18
134:8
137:22
138:6,18
141:18,24
143:5
151:22
152:2,6
154:22,25
155:24
158:25
159:10,11
160:4,20
161:10,16
163:5,19,22
177:21
178:3,15,18,
23 179:8,19,
21 180:15
182:8,10,18
183:20
187:4
191:21

**state's**
85:18 122:1
124:14

**stated**
20:25 87:9,
19 164:14,
15 167:20
170:19

**statement**
35:20 75:15
150:7,9

**statements**
129:17

**states**
5:5 14:22
18:12 24:8,
14 27:24
32:1 33:17
45:11 52:7,
22 53:2,3,11
55:20 56:22,
25 58:25
59:11 62:13
64:24 68:25
70:21 77:16
78:17 79:4
80:15 81:22
83:6,24
94:23,25
96:19,22
98:10 140:7,
8 149:25
157:21
158:5
165:21
173:11
195:21

**statewide**
121:19
173:14
196:15

**stating**
146:14

**statutory**
122:7

**stay**
18:9 184:3

**steadfast**
193:23

**steal**
26:21 27:2,
12 79:24
135:19
140:9

**steamrolling**
18:23

**step**
28:13,23
50:16,21,25
62:6,8,9,14,
15 65:8
182:15

**stepfather**
63:20
192:19

**Stephanie**
2:22 146:9,
11 148:14

**stepped**
3:20

**stepping**
50:1 120:10

**STI**
42:22

**stick**
32:22

**stifle**
86:25

**stolen**
178:25
179:23

**stood**
101:23
140:24
150:25

**stop**
35:1 40:20
79:22,24
100:2
124:18
129:11
130:9,10,18
140:9 148:8

158:21,24
186:2,24,25

**stopgap**
59:1

**store**
123:14

**stories**
192:5

**story**
29:9 195:16

**straightforw
ard**
101:18

**strategies**
83:2

**strategy**
21:21

**stray**
6:3

**streak**
95:5

**street**
31:9 55:1,15
73:5

**streets**
19:2 69:22
72:15 91:17

**strength**
165:17

**strengthenin
g**
92:25

**stretch**
36:12

**stretched**
135:17

**stretching**

99:16

**strikes**
54:25

**striking**
35:2

**strip**
39:6 44:20
45:16
123:25
142:22

**stripped**
100:19

**stripping**
47:17
137:16

**strong**
21:18 37:18
48:18 54:8
69:25
115:19
139:8
140:19
195:19
197:19

**stronger**
196:21

**strongly**
48:11 90:17

**struck**
54:13 74:15

**structural**
99:25 134:8

**structurally**
136:19

**struggled**
75:17

**struggles**
108:2

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025

struggling
77:22
135:11
144:19
145:10
155:3

stuck
145:13

student
133:11
135:21

students
50:19 52:17
137:20
194:8

study
99:11

studying
194:9

stuff
72:19

stunt
98:18
125:19

stupid
148:4

subject
5:14

submissions
85:22

submit
33:11 85:24
180:17
181:1
186:10

submitting
35:18 181:2

subterfuge

131:11

suburban
86:25

subvert
161:4,23

subverting
131:20

succeed
73:21 187:4

successful
173:19

suddenly
81:12 99:7,8
177:12

suffered
68:3

suffering
42:2 72:14
78:8 82:7
139:20

suffers
92:8

sugar
92:6

summary
120:1

summer
3:24 4:1,9
191:21

Summit
15:16 48:10
177:21

sun
35:15
144:24

super
55:9 56:3
57:10 78:19

110:5 111:4

supermajorit
y
55:6

supervised
192:1

support
23:14 24:19
26:14 29:2
30:25 36:8,
18 37:18
48:18 50:12
52:8 63:6
77:12 79:19
80:9 85:25
103:25
117:13
119:4,7
120:16
122:23
124:1
138:21
139:25
158:25
194:1

supported
138:23
140:1
149:14

supporting
21:12 50:9

supportive
93:25

supports
137:13

supposed
13:2 86:23
131:1,5
165:5

supposedly

86:3

suppression
37:22 40:11
64:20

supreme
24:23 53:3
105:13,15

SUREATE
190:23

surprise
87:14

surrender
39:24 66:8,
10

surrenders
39:25

surrounded
3:22

survival
37:21 134:2

survive
40:19
135:23

survived
194:15

suspend
8:22 10:17
12:9,10,21
76:5 108:20,
24 130:24,
25 131:15
156:15
188:11,17

suspended
157:6

suspending
3:3 128:3

suspension

26:8 109:4

sustain
7:20

sustainable
144:21

sustained
7:25

sweep
94:20

sweltering
4:1

swing
25:4

swirling
71:10,19

switch
49:25

sycophants
19:9

syndrome
100:13
139:21

synonymous
195:13

system
8:18 22:15
23:2,11
24:14 25:23
26:3 78:5
83:3 88:18
103:8 108:8
144:10
146:5 157:1
158:25
175:2

systems
43:7

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025

## T

**Ta**
2:22

**table**
84:5 101:6,8
115:5,16
117:21
118:6
119:12,24
120:23,25
121:9 145:1,
6 155:7

**tables**
107:21

**tactic**
179:15

**tactics**
125:4
178:24

**takes**
52:8 106:16
108:3 115:7
117:24
119:16
121:1
126:10
134:21
168:25
181:25

**taking**
6:22 18:1
43:18 44:4
52:21 62:25
68:7 69:23
83:15 105:8
173:24
174:1

**tale**
166:20

**talents**
111:6

**Tales**
111:18

**talk**
43:9 46:19
47:17 50:25
54:21 58:8
64:21,22
71:5 72:24
74:18 84:25
89:1,15,16
104:25
105:6,7
127:14
129:12
132:1
170:15
173:7
175:21
178:11
179:25

**talked**
66:25 148:5

**talking**
4:7 20:19
34:21 45:19
64:10 104:8
105:6 150:6
151:18,23
176:19
178:12

**talks**
18:10 53:5
58:17 72:19

**tall**
142:16

**tally**
7:24 10:6
11:10 12:3,
17 109:9

**talents**
115:15
118:5
119:23
121:7 156:8
157:5 182:7
187:14
190:16

**Tangiba**
133:24,25

**Tangipa**
97:7,8
110:25
111:25
112:1
119:25
120:1,3,20
121:4
132:25
133:1,17
137:5 163:8,
9 184:10,12,
21,22

**tank**
147:25

**tanks**
93:12

**target**
124:2

**targeted**
17:18 83:13
142:21

**targeting**
90:9,10

**tariffs**
81:17 83:19
107:24
123:13
147:25

**tarnishes**
103:18

**tat**
21:21

**taught**
28:24 112:3

**tax**
42:12,13
50:24 78:18
105:19
123:18,25
126:21
136:2

**taxation**
34:17

**taxes**
50:11 95:21

**taxpayer**
125:23

**taxpayers**
138:20

**Taylor**
191:23,25
192:4,20,23

**teacher**
3:16

**teachers**
137:14
145:11
194:9

**teaching**
194:5

**team**
36:21,25
122:24
168:4
183:14
192:8

**team's**
168:5

**teammate**
112:7

**tear**
63:14

**tears**
82:4,6
104:20

**technical**
111:8
167:13

**teddy**
112:4,5

**Tedford**
112:3

**teenager**
195:19

**Tejas**
94:15

**television**
18:5

**telling**
20:21
145:25
152:20
155:23

**tells**
19:8

**tem**
175:8

**temperate**
5:24 132:24

**temperature**
54:13

**temporarily**
70:5,15
131:15
152:1
181:25

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025

temporary
15:8 26:8
68:24
121:25
125:5 128:6
158:2

temptation
96:11

tempted
128:23

TEMU
88:20

Ten
99:24

tenacity
194:20
196:4

tens
22:4 77:25
137:15
184:7

term
18:11 33:16
52:20 102:9
104:9

terms
55:7 97:10

terribly
18:13

terrified
63:8 106:15

terrorists
83:21

terrorized
17:17 82:16

terrorizing
83:16

test

182:14

tested
28:16

testified
74:14

testimony
178:4
180:18,21
181:11
182:23
183:23
186:11

testing
42:22

Texas
14:22,25
15:10 16:8
22:9 25:12,
16 26:24
32:24,25
33:2,22
34:12 35:23
37:22 38:5,9
39:19 40:2
41:16 48:23
49:4,5,6,8,9
50:6,8 56:23
60:14 61:22
62:1 64:13
69:1 74:15,
18 76:13
77:16 79:4,
16 81:21
84:15 92:21
94:16 98:9
101:14,16,
17 102:24
104:11
106:20
117:10,13
118:17,22,
25 119:1,2

124:18
146:16,21
147:13
155:20
158:5,23
167:1
169:25
173:3,5,10,
12,14,18,20
177:5,13

Texas's
62:5

theft
49:12

theory
37:23

thereof
121:13
157:11

thin
99:16
176:21

thing
20:18 33:21
60:14 64:8
66:20 75:21
85:9 98:2
102:4 134:8
136:25
143:23
164:5
174:22
175:2

things
3:22 51:20,
24 54:15
58:16,21
73:6 130:11
146:14
147:5
148:24

149:5,7,10
150:22
154:22
167:11
170:14
174:18
175:18
177:24
178:21
179:1,11,24

thinks
124:19,23

Thompson
174:22

thought
19:6 58:13
75:2,19,22
116:21
130:6
138:15
154:15

thoughts
75:25
155:16

thousands
22:5 71:17
77:25
112:14
137:15
139:25

threat
41:23 92:18
144:18

threaten
106:8

threatened
27:11

threatening
41:20
137:25

threatens
28:12 39:1
114:6

threats
72:2 93:19

threshold
62:17

throat
81:8

throated
30:25

throw
73:23
135:18

throwing
97:25

thugs
19:3 89:7

thunderous
163:10

Thursday
187:21

tide
80:4

till
74:17 182:2
198:12

tilt
39:8

time
4:11 6:5
8:25 20:7
23:20 28:23,
24 29:16
33:25 34:1,6
36:11 37:4
42:24 43:19
46:20 52:25

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025

53:21 58:19,
22 63:11
75:18 76:7
78:25 88:7
89:19 91:6
93:15 94:17
99:8 100:21
105:1
109:21
111:7 114:1,
15,22
121:25
122:8,15
130:25
131:1,2
134:13
151:14,16
152:3
155:19
161:12
175:19
179:9,12,25
188:25
194:6 197:9

**timeline**
127:15

**times**
44:6 52:1
63:25 76:8
136:7
157:24
166:24

**tipping**
61:20

**tired**
50:3 91:9
139:22,23
140:3

**tireless**
193:20

**tirelessly**

23:1

**tiresome**
104:5

**tit**
21:21

**title**
48:6 127:19,
22 128:20

**titles**
197:15

**today**
5:9 6:9
14:21 16:4,
24 17:7
21:18 26:6
28:25 29:1,
12 30:25
31:2,4,21,24
33:6,11 34:8
35:18 37:18
41:3 43:9,12
45:19,22
46:2 51:23
53:25 54:14,
21 57:5
58:4,7 59:4,
5 60:8 61:2,
20 62:1,22
63:7 65:5
68:4,20 69:7
70:7 75:11
80:24 81:1,
24 84:25
90:24 94:12
97:21 101:8,
22,24 103:4,
21,25
104:17
106:9 108:9,
18 109:13,
20 116:12,
19 123:12

124:22
125:11
133:25
140:18,19
142:10
144:9 147:8
149:19
151:20
152:10
153:12
154:10
156:17
161:7,14
163:12
164:4
169:13,21,
23 170:25
175:22
177:25
183:12
186:12
187:7
188:13,19
192:16
195:1,4,12
197:11,19

**today's**
3:10,11 31:3
95:16,18

**Todd**
101:14

**told**
3:25 20:16
34:6 66:24
88:4 99:1,25
150:10
165:19
167:25
171:17

**tone**
5:19 49:25
50:16

**Tongipa**
2:22

**Tony**
100:23

**tool**
21:25

**tools**
127:5

**tooth**
35:7

**top**
29:4,6
196:13

**tore**
38:20

**torn**
22:21
107:20

**torture**
19:3

**totally**
17:2

**touch**
91:12 123:5
192:15

**touchdowns**
110:4

**tough**
154:11

**town**
111:3,15
170:9

**toxic**
163:12,23

**track**
175:5

**tradition**

4:14

**traditional**
3:24

**Tragically**
24:10

**trail**
15:12 16:10

**trailblazer**
193:10

**trained**
122:13

**training**
137:14

**trampling**
127:12

**transcripts**
164:25

**transfer**
60:19,20,25
163:5

**transformati
on**
193:20

**transmittal**
109:11
156:11
187:17

**transparency**
19:25 22:2
28:17 45:6
64:11 97:19
98:7 116:18
163:25
164:22
166:25
168:8
169:10

**transparent**

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025

97:11
114:12
122:9
140:22
169:13
177:3
184:25

**transparentl
y**
65:18

**transplants**
192:14

**travel**
92:3

**treasury**
163:5

**treat**
41:25 136:3

**treated**
155:13
177:12

**treats**
136:2

**tribal**
162:7,19

**tribe**
162:11,12,
13,14,15

**tribes**
141:4 162:6

**trick**
143:25

**trigger**
118:16
126:5

**trillion**
104:23
123:18

**trillions**
50:20
105:18

**trip**
3:14

**trophies**
179:9

**trouble**
164:22

**true**
110:1
111:14
118:21
129:10
131:16
197:13

**Trump**
14:21 15:3
17:16 18:1
19:8,9,21
26:25 31:20
33:13 38:4,
13 41:20
43:5 44:2
63:7,11,24
64:15,25
67:4 77:19,
25 78:12,20
79:3,10,24
83:20
100:12
104:7 105:5,
15 106:6,14,
25 107:2,5,
25 108:4
122:4
123:11
129:24
130:12
137:11,18,
24 147:14,
16 160:2,3

177:15

**Trump's**
38:23 42:10
77:15 78:10
79:18 83:13
90:3 106:24
108:11
123:22,25
124:5,11
148:12

**trust**
20:10,12,14,
22 21:10,25
23:7 27:6
117:6
127:20
141:24,25
142:8
166:11

**trusted**
159:22

**truth**
64:12 75:15
127:19,21
131:8
172:22

**Tuesday**
146:13

**Tulare**
17:8

**Tungapa**
12:18,20

**turn**
35:9,19
43:25 61:25
73:15

**turned**
37:23

**turning**
31:19 61:23

89:4 129:2
186:1

**turnouts**
99:13

**turns**
170:4

**tweets**
147:1

**type**
168:8

**tyranny**
40:14

**tyrant**
104:19
105:9

———————

**U**

**U.S.**
58:10
106:23

**UC**
109:22
194:4

**UCLA**
17:19
137:25

**UFW**
95:3

**ugliest**
63:24

**ugly**
38:24 42:10
77:20 78:3,
11 104:22

**ultimate**
67:2

**ultimately**
48:2 81:22

102:12
124:12

**ultra**
42:13

**un**
15:7 18:21

**unacceptabl
e**
21:2 113:22

**unaddressed**
25:16

**unanimous**
8:22 10:17
68:8 156:15
188:10,16,
22 189:5

**unashamedl
y**
36:14

**unaware**
181:10

**unbelievabili
ty**
13:25

**unbelievable**
13:22 30:6

**uncertain**
92:2

**unchallenge
d**
72:8

**unchecked**
65:21

**unconstituti
onal**
24:24 63:23
64:21,22

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025

unconstrained
26:3

undemocratic
15:7 18:21
47:16 65:25

underlying
101:17

undermine
36:15
131:14
150:18

undermined
81:20

undermines
97:13
103:17
166:12

undermining
124:3
150:23

underscore
103:5

underscoring
46:5

underserved
98:5

understand
29:22 48:3
52:6 58:12
114:15
142:25
143:2
144:10
146:18
175:23

understanding
7:3

understands
65:13,19,20

understood
31:20

Undeterred
23:15

undo
90:25

undocumented
63:25 69:10

unemployment
92:9

unethical
117:2

unfair
24:16 114:2

unfairly
77:17

unfaltering
31:1

unfolding
4:16

unfortunate
37:7

unidentified
19:3

unified
179:25

unilateral
66:9

unilaterally
66:8 79:6

unique
4:9 71:4
141:2 143:1

united
5:5 18:12
32:1 52:7,22
53:2,3,11
62:13 64:24
78:17 81:22
83:5 96:19
140:7,8
195:21
197:19

university
50:23 90:11
191:21
194:2

unjust
35:17

unleashed
106:18

unlike
15:10 16:8
79:15 84:15
158:5

unmarked
107:22

unnecessary
98:16
125:14,19
160:12

unpopular
18:13 41:10,
14

unprecedented
31:12 44:5
76:5,7,8
77:15

unquote
71:7

unserious
77:10

unsure
87:13

unwanted
98:17

unwavering
20:1 24:1
193:9
194:19

unwilling
124:25

upcoming
14:24

update
49:17

uphold
45:20

uplifting
110:12

upset
130:3

urban
47:15
141:19
143:12

urge
22:16 30:15
36:18 37:13
64:25 80:1,5
90:17
103:25
136:5 137:4,
8 146:1,7

urgency
17:25

121:13
127:16
156:9
157:10
187:15

urgent
80:20 91:23
155:18

urging
26:8

usual
84:10

utility
99:4,20
133:10
134:1

utter
90:25

V

Valencia
2:22

validate
148:11

Valley
43:1 93:4
162:15

values
84:21 112:4
144:12
155:17
174:3

Vanessa
192:20

vanity
135:18

vans
107:22

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025

variety
110:13

vast
62:3

vastly
22:23

VCS
17:16

veiled
103:22

vendetta
137:22
138:7

ventures
110:13

Verde
91:24

verge
97:25
135:21

Verne
193:13

version
10:13

versus
143:13

vested
12:23 120:8,
18

veteran
91:15
197:12

veterans
28:1 50:18
124:1 155:5

vetoed
149:5

vetting
11:19

victims
89:14

victory
27:20 110:6

video
69:16

view
85:24 139:4
160:5

views
25:4 174:4

vigorously
25:10

villain
177:2

violate
6:20

violated
15:24 29:15
178:3
182:19

violates
6:14,24

violating
7:8 29:8
34:3 46:2
127:13

violation
6:4,11
45:17,20,23
128:15
141:25
182:25

violent
60:21
106:18

vision
196:4

visit
3:16

visiting
109:13

visitors
3:8 4:25 5:9
194:9

vital
70:1 155:8

Vladimir
18:2

voice
25:20 26:25
28:17 40:4
43:19 47:16,
17 49:6,7
54:24 69:12
70:7,11,20
80:13,19
81:6 82:10
84:5,16,20
85:25 90:5
93:25
122:25
128:3
139:10,11
142:22
152:19
154:1,25
155:25
159:23
162:22
177:19
178:14,15,
16,17
179:25

voices
17:4 25:19
38:2 45:8

47:11 55:14
68:19 86:25
87:2 90:6
143:3
160:23
162:3
165:13,18
179:13

void
50:22,25

vortex
130:20

vote
6:6 7:20,21,
22,23 8:6,
16,17,18
9:25 10:1,2,
4,5 11:4,5,6,
7,8,9,24,25
12:1,2,12,
13,14,15,16
16:25 17:4,
10,11 20:2,
25 22:16
24:17 25:17,
24 26:9 27:3
30:21 31:3,4
32:13,19,25
37:13 40:25
44:10 45:6
48:4 51:8
54:9,21 60:4
62:24 64:6,
25 67:13,21
68:4,6,8
73:15 74:21
76:25 77:4
80:5,20 83:7
84:3,14,20
90:18 95:16,
18 97:5
102:14
104:1

108:13,23,
24 109:1,6,
7,8 114:25
115:9,10,11,
12,13,14
117:25
118:1,2,3,4
119:15,18,
19,20,21,22
120:5 121:1,
3,4,5,6,7,21
124:25
125:6
128:10,12
138:9
140:15
151:7,12
154:4
155:25
156:1,4,5,6,
7,22 157:1,
2,3,4 167:4
170:23
172:3
173:12
180:10
181:17,21
182:2,3,4,5,
6 187:7,10,
11,13
190:13,14,
15

voted
9:7,15 14:5,
7 45:16
49:20,24
79:12 95:7
102:3
114:25
120:4 126:3
127:7
130:11
149:20

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025

151:2,7
153:13
161:7 163:2

**voter**
15:8 17:1
22:2 37:22
39:17 40:11
49:7,9 64:20
99:13
122:25
147:14
155:23

**voters**
16:11,14,25
17:3 18:14,
17 19:25
22:15 25:4
26:25 27:24
34:4 39:22
44:22,24
45:9,11,25
46:6 47:11,
15 48:1,22
55:12,20
57:4 62:13
63:8 64:5,7,
11,18 67:19
81:11 82:2,
21 83:4,25
84:18,19
86:4 90:16
98:5 102:25
103:9,10,17,
20 107:2,10
108:4
113:19
114:11,15
116:13
117:12,15
121:21,23
122:2 125:2
127:7,9,20
128:17,20

139:3
143:21
158:1,3,4,6
159:5,19,25
161:5 165:8
166:5 168:9,
11 169:18
177:8,15
184:8 185:6,
12

**votes**
7:24 10:6
11:10 12:3,
17 18:8
25:25 57:20
68:6,23 86:6
102:10
108:20
109:9
115:15
118:5
119:23
121:8 156:6,
8,25 157:5
165:1
166:13
173:14
182:7
187:12,14
190:16

**voting**
33:2 45:21
46:3 77:3
86:11 90:13
114:16
115:8
117:24
119:17
121:2 154:3
170:12
181:25

**vulnerable**
49:4 52:15

93:6 107:14
124:4
137:17

_____

**W**

**wages**
99:15

**wait**
50:7 145:12
182:1

**waiting**
64:15
111:19

**Wake**
17:25

**walk**
23:23
167:10

**walked**
74:17
191:17

**walking**
53:24 96:18

**Wall**
55:1,15

**Wallace**
2:3,23 12:11
21:16,17

**wallets**
137:3

**Walnut**
70:10

**wannabe**
39:20

**wanted**
58:5 75:6,8
77:8 112:1,
20 126:16

129:4
150:18
153:9
166:15,16

**wanting**
96:1

**wantonly**
126:24

**war**
31:14 93:18

**Ward**
2:23

**warm**
110:18

**warmonger**
129:16

**warning**
31:9 96:10
107:23
173:1

**wars**
114:7

**Washington**
19:9,21
33:16 63:13
65:22 78:1
185:13

**waste**
27:13 90:25
145:16

**wasted**
126:24
163:3

**wasteful**
136:5

**wasting**
93:15 98:15
135:6

143:25

**watch**
40:24 68:5
69:17 70:3
196:13

**watched**
167:9

**watching**
40:5,6 67:25
70:6 91:9
95:10,12

**water**
125:21
142:18
174:24

**ways**
33:20

**weakening**
61:5

**weakens**
62:2

**weakness**
36:1

**wealthiest**
141:19

**wealthy**
38:25 42:13
78:19
185:18

**weapon**
159:9,16,17

**weaponize**
39:7

**weaponized**
33:15 38:18
63:11

**wearing**
52:17

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025

107:22

**Weber**
8:8

**week**
28:3 42:6
75:17 89:9
91:9,10
103:23
129:4 142:8
146:12
161:3
167:10
183:12

**weekend**
95:15

**weeks**
46:5,10
104:7
159:21
162:25

**weigh**
41:7 66:22
76:19

**welcomed**
114:10

**welcomes**
110:23

**Westminster**
67:11

**Wetback**
94:18

**whatsoever**
30:15

**whine**
28:18

**whispered**
117:5

**white**

18:9 49:2,7,
9 88:20
92:22 96:19
104:14
124:16
133:4,15
160:9

**Whitford**
24:22

**who've**
34:4

**wholehearte
dly**
69:3

**wicks**
2:23 109:16
188:12,18
193:4,5
195:6

**wide**
196:9

**wife**
196:25

**wildfire**
57:15 83:14
90:9 145:13

**wildfires**
92:18 98:19
122:19

**willfully**
66:5

**Wilson**
2:23 195:25

**win**
18:9 36:18
38:6,7 41:16
61:15 79:8
106:25
127:19

**Winchester**
92:17

**wiped**
53:16 57:15

**wiping**
92:7

**wisdom**
46:6 58:12
67:15

**wise**
35:4

**wishes**
105:25

**withheld**
11:4 14:6

**withhold**
9:21 11:2
50:15

**withholding**
9:24 89:13
137:20

**witnessed**
26:18 46:4

**witnessing**
41:24

**woke**
154:10

**woman**
43:17
191:16

**women**
43:19 91:15

**women's**
42:22 53:9
123:25
186:2

**won**
129:14

**wondering**
17:5 60:13
144:25

**wooden**
154:13

**word**
98:6,7
104:12
129:3
151:11
166:24

**words**
4:23 5:19
28:5 35:4
51:22 54:18
74:6 75:11
76:2 94:12
168:18
172:14

**work**
24:4 38:17
68:22,23
69:22 92:12
93:5 94:1,4
95:10 143:9
149:8 158:8,
17 160:7
164:25
174:23
183:21
185:2,4,24
195:20,24,
25 197:17

**worked**
97:20
148:25
149:6
183:16
193:25
195:22
196:21

**workers**
137:20
146:2

**working**
23:1 27:25
39:4 83:19
111:13
144:23
145:12,20
148:2 155:2
166:18
185:17

**world**
17:18 43:25
52:18 61:3
82:25
184:25
191:18

**worried**
139:19,21

**worse**
44:16 73:6
100:11
139:25
148:6

**worship**
132:3

**worst**
171:3,15

**worth**
49:6,8 100:7
185:7

**write**
172:8,10
176:19

**writes**
134:3

**writing**
25:1 135:2,
24

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025

**written**
40:14 85:22
86:2 134:15
136:17
164:17
172:25

**wrong**
18:22 33:22,
23 61:22
69:1,2 75:12
76:14 85:11
88:3 92:24
103:1
105:22
129:6
131:23,24,
25 146:24
147:10
149:23
169:17
170:17
175:18
177:10

**wrongly**
147:12

**wrongs**
75:13

**wrote**
168:13

---

**X**

**xenophobic**
94:17

---

**Y**

**yards**
110:3

**year**
17:11 18:15
50:9 65:14

87:25 89:2
100:1 106:3
144:19
149:5 159:3
191:19

**year's**
185:9
186:25

**years**
3:17 4:5,16
24:3 29:12,
19 30:3 32:6
47:6 51:16
56:18 57:12
58:18 68:8
71:17 80:16
83:12
102:24
140:13
145:13
161:8
176:23
186:1
193:17
196:3
197:14

**yesterday**
14:25 38:10
51:2 54:25
94:13 95:1
106:20
172:25

**Yesterday's**
55:15

**York**
107:4

**young**
65:11
112:10,15
191:16
192:9

**younger**
3:18

**youngest**
100:25

**youth**
110:10

---

**Z**

**Zabur**
2:23

**Zona**
193:9,11
194:4,12
195:8

**Zona's**
193:15,20
194:19,22,
25

**zone**
92:24

# EXHIBIT D

STATE OF CALIFORNIA ASSEMBLY


ELECTIONS COMMITTEE MEETING



AUGUST 19, 2025





TRANSCRIBED BY:  MARY ANN SCANLAN, CSR



Certified Shorthand Reporters
P.O. Box 330366, San Francisco, CA 94133
o / 415.834.1114   f / 415.399.9266
e / info@scanlanstone.com  w / scanlanstone.com

```
 1          CHAIR PELLERIN:  Good morning.  I'd like
 2  to call the August 19th, 2025 hearing of the
 3  Assembly Election Committee to order.
 4          Before we proceed, let's call the roll
 5  and establish the quorum.  Madam Secretary.
 6          COMMITTEE SECRETARY:  Pellerin?
 7          CHAIR PELLERIN:  Here.
 8          COMMITTEE SECRETARY:  Pellerin here.
 9          Macedo?
10          VICE CHAIR MACEDO:  Here.
11          COMMITTEE SECRETARY:  Macedo here.
12          Bennett?
13          Berman?
14          ASSEMBLY MEMBER BERMAN:  Here.
15          COMMITTEE SECRETARY:  Berman here.
16          Solache:
17          ASSEMBLY MEMBER SOLACHE:  Present.
18          COMMITTEE SECRETARY:  Solache here.
19          Stefani?
20          ASSEMBLY MEMBER STEFANI:  Here.
21          COMMITTEE SECRETARY:  Stefani here.
22          Tangipa?
23          CHAIR PELLERIN:  He was here.
24          We have a quorum.  Wonderful.
25          I'd like to welcome -- oh, there's
```



```
 1   Tangipa.
 2           VICE CHAIR MACEDO:  Madam Chair, motion
 3   to adjourn.
 4           UNIDENTIFIABLE SPEAKER:  Second that.
 5           VICE CHAIR MACEDO:  I'm asking for the
 6   same amount of time to prepare for this that my
 7   Democrat colleagues did.
 8           CHAIR PELLERIN:  Just give me one second
 9   here, please.
10           The motion to adjourn is not debatable
11   and it will take a majority of those present in
12   voting.
13           Madam Secretary, please call the roll.
14           COMMITTEE SECRETARY:  Pellerin?
15           CHAIR PELLERIN:  No.
16           COMMITTEE SECRETARY:  Pellerin, no.
17           Macedo?
18           VICE CHAIR MACEDO:  Aye.
19           COMMITTEE SECRETARY:  Macedo, aye.
20           Bennett?
21           Berman?
22           ASSEMBLY MEMBER BERMAN:  No.
23           COMMITTEE SECRETARY:  Berman, no.
24           Solache?
25           ASSEMBLY MEMBER SOLACHE:  No.
```



```
 1              COMMITTEE SECRETARY:  Solache, no.

 2          Stefani?

 3          ASSEMBLY MEMBER STEFANI:  No.

 4          COMMITTEE SECRETARY:  Stefani, no.

 5          Tangipa?

 6          ASSEMBLY MEMBER TANGIPA:  Aye.

 7          COMMITTEE SECRETARY:  Tangipa, aye.

 8          CHAIR PELLERIN:  The motion fails.

 9              Now let me begin.  I'd like to welcome

10  everyone who is here in the hearing room today

11  and who's watching the hearing online.

12              For the purpose of this hearing, we are

13  accepting witness testimony in person and we are

14  also accepting written testimony through the

15  Legislature's position letter portal, or through

16  the Committee's redistricting public comment

17  portal.

18              Both of these portals can be accessed

19  through the Committee's website at

20  aelc.assembly.ca.gov.

21              Today's hearing is going to be a little

22  different than the typical Assembly Elections

23  Committee bill hearing, so I want to set the

24  stage for what to expect.

25              The Committee is hearing two measures
```

1  today, ACA 8 related to congressional

2  redistricting, and SB 280 related to election

3  administration and funding.

4          As with a normal bill hearing, those

5  items will be up for a vote in Committee today.

6          In addition to voting on those two bills,

7  the Committee will also be holding an

8  informational hearing on the subject matter of

9  AB 604 related to proposed congressional

10  districts.

11          I expect that the Committee will begin by

12  discussing and voting on ACA 8.

13          After the Committee has dispensed with

14  ACA 8, in order to make the best use of the time

15  of the Committee and of the members of the public

16  who are here in the hearing room, or who are

17  watching this hearing online, the order in which

18  the Committee hears the other two bills may

19  depend on the availability of the bill authors to

20  come present in the Committee.

21          If the Committee hears AB 604 before

22  SB 280, for procedural reasons, the Committee

23  will be recessing the bill hearing and proceeding

24  to the informational hearing on AB 604.  The

25  Committee would then reconvene the bill hearing

```
 1  after completing the informational hearing on
 2  AB 604.  If that occurs, I will make an
 3  appropriate announcement at that time.
 4          When we hear the bills on the agenda,
 5  including the informational hearing on AB 604, we
 6  will hear from a maximum of two primary witnesses
 7  in support and two primary witnesses in
 8  opposition of the bill, with a limit of three
 9  minutes per witness.  As a reminder, primary
10  witnesses in support are those designated by the
11  author.
12          To provide additional opportunity for
13  public input, we will allow other witnesses to
14  speak for no more than 30 seconds.  In order to
15  present as many people as possible to testify, I
16  will enforce that time limit strictly.
17          My 27 years as Santa Cruz County's chief
18  elections official is what I carry into these
19  conversations about mid-decade redistricting.
20  And let me be clear, what we are building in
21  California is the most transparent process in the
22  nation.
23          For example, we've launched a public
24  redistricting comment portal right on the
25  Committee's website so voters can speak directly
```

```
 1   to this process.  Since Wednesday it's received
 2   more than 16,000 submissions.
 3            VICE CHAIR MACEDO:  Madam Chair --
 4            CHAIR PELLERIN:  We aren't asking
 5   Californians to --
 6            VICE CHAIR MACEDO:  -- I have a motion
 7   based on that information.
 8            ASSEMBLY MEMBER BERMAN:  I'd ask that the
 9   Vice Chair wouldn't interrupt the Chair while
10   she's speaking.
11            VICE CHAIR MACEDO:  It's relevant to what
12   she's saying.
13            ASSEMBLY MEMBER BERMAN:  It would be nice
14   if the Vice Chair would let the Chair finish her
15   comments before interrupting (inaudible).
16            CHAIR PELLERIN:  May I finish my
17   comments?
18            VICE CHAIR MACEDO:  Will I be able to
19   make my motion?
20            CHAIR PELLERIN:  Yes.  May I finish --
21            VICE CHAIR MACEDO:  Thank you.
22            CHAIR PELLERIN:  -- my comments?  Thank
23   you.
24            We aren't asking Californians to
25   rubberstamp maps drawn behind closed doors.
```

1   We're putting the maps front and center and

2   giving voters the final say.

3          This is not about cherry-picking when we

4   follow our independent redistricting process.  As

5   a former elections official, I would never stand

6   for that.  It would go counter to my core values

7   and my life's work.

8          This is about defending democracy itself,

9   making sure that checks and balances our kids

10  learn in government class are alive and well

11  after the 2026 elections.

12         Let's be honest, Donald Trump lit this

13  fire when he pressured Texas to change the rules

14  mid game.  California is answering that attack.

15  Not by breaking democracy, but by protecting it.

16  The bills we are hearing today only take effect

17  if another state rigs the elections maps.

18         California believes in independent

19  redistricting.  We want every state to adopt it.

20  And our independent redistricting commission

21  retains its authority to draw a line -- to draw

22  the map in 2020 and beyond.

23         I understand this is a fast process, but

24  we are focusing on transparency and ensuring

25  voters have the final say on whether to enact

1  temporary adjustments to our congressional

2  districts.

3         Our democracy is under attack and we

4  simply do not have the ability to delay actions

5  so our county elections officials can administer

6  a secure, transparent, accurate and accessible

7  election.

8         Because at the end of the day, this isn't

9  about partisanship.  It's about principle.  It's

10  about trust.  And it's about making sure every

11  voter knows their voice still matters in America.

12         We will seek to protect the rights of all

13  who participate in this legislative process so

14  that we can have effective deliberation and

15  decisions on critical issues facing California.

16         In order to facilitate the Committee's

17  business and public participation in today's

18  hearing, we will not permit conduct that

19  disrupts, disturbs or otherwise impedes the

20  orderly conduct of legislative proceedings.

21  Violations of these rules may subject you to

22  removal or other enforcement action.

23         So before we move on to the agenda, I

24  have an additional announcement to make.  I have

25  a letter from Speaker Rivas requesting that

1  Assembly Member Berman be permitted to present

2  ACA 8 on his behalf.

3         So with those announcements out of the

4  way, we will now move on to the Committee's

5  agenda.

6         And Madam Vice Chair, you had a comment.

7         VICE CHAIR MACEDO:  Yes.  I am

8  motioning -- as you said, 16,000 comments were

9  submitted.  I have not seen those comments.  I'm

10  not sure if other members of the Committee have

11  seen those comments.  But those would be

12  pertinent to the discussion that's here today.

13         So I either motion that those comments be

14  read into the record for all of us to hear, or

15  that we recess until a time that we can review

16  those comments.

17         ASSEMBLY MEMBER TANGIPA:  Second.

18         CHAIR PELLERIN:  So the comments are a

19  part of the bill file, and I did not hear a

20  motion.  Are you making a motion?

21         VICE CHAIR MACEDO:  I'm motioning to read

22  those comments into the record here today.

23         Okay, we'll take up that motion. It will

24  be a majority of those present in voting.

25         Madam Secretary, please call the roll.

```
 1              COMMITTEE SECRETARY:  Pellerin?

 2              CHAIR PELLERIN:  No.

 3              COMMITTEE SECRETARY:  Pellerin, no.

 4              Macedo?

 5              VICE CHAIR MACEDO:  Aye.

 6              COMMITTEE SECRETARY:  Macedo, aye.

 7              Bennett?

 8              ASSEMBLY MEMBER BENNETT:  No.

 9              COMMITTEE SECRETARY:  Bennett, no.

10              Berman?

11              ASSEMBLY MEMBER BERMAN:  No.

12              COMMITTEE SECRETARY:  Berman, no.

13              Solache?

14              ASSEMBLY MEMBER SOLACHE:  No.

15              COMMITTEE SECRETARY:  Solache, no.

16              Stefani?

17              ASSEMBLY MEMBER STEFANI:  No.

18              COMMITTEE SECRETARY:  Stefani, no.

19              Tangipa?

20              ASSEMBLY MEMBER TANGIPA:  Aye.

21              COMMITTEE SECRETARY:  Tangipa, aye.

22              CHAIR PELLERIN:  Motion fails.

23              VICE CHAIR MACEDO:  Then I make another

24 motion to recess until every Member of this

25 Committee has time to review all 16,000 public
```

```
 1   comments.
 2           ASSEMBLY MEMBER TANGIPA:  Second.
 3           CHAIR PELLERIN:  Okay.  We have a motion
 4   to recess until they could read the comments.
 5           Madam Secretary, please call the roll.
 6           COMMITTEE SECRETARY:  Pellerin?
 7           CHAIR PELLERIN:  No.
 8           COMMITTEE SECRETARY:  Pellerin, no.
 9           Macedo?
10           VICE CHAIR MACEDO:  Aye.
11           COMMITTEE SECRETARY:  Macedo, aye.
12           Bennett?
13           ASSEMBLY MEMBER BENNETT:  No.
14           COMMITTEE SECRETARY:  Bennett, no.
15           Berman?
16           ASSEMBLY MEMBER BERMAN:  No.
17           COMMITTEE SECRETARY:  Berman, no.
18           Solache?
19           ASSEMBLY MEMBER SOLACHE:  No.
20           COMMITTEE SECRETARY:  Solache, no.
21           Stefani?
22           ASSEMBLY MEMBER STEFANI:  No.
23           COMMITTEE SECRETARY:  Stefani, no.
24           Tangipa?
25           ASSEMBLY MEMBER TANGIPA:  Aye.
```



```
 1              COMMITTEE SECRETARY:  Tangipa, aye.
 2              CHAIR PELLERIN:  Motion --
 3              VICE CHAIR MACEDO:  Sounds transparent to
 4   me.
 5              CHAIR PELLERIN:  Motion fails two to
 6   five.
 7              We're now going to get on to our hearing.
 8   And let's bring Assembly Member Berman up to the
 9   presentation table to present ACA 8.
10              You may begin when you're ready.
11              VICE CHAIR MACEDO:  Madam Chair, I have a
12   point of parliamentary inquiry.
13              UNIDENTIFIABLE SPEAKER:  God help us.
14   God help us.
15              CHAIR PELLERIN:  One minute, please.
16              You may proceed.
17              VICE CHAIR MACEDO:  In the letter
18   Mr. Rivas wrote, did he give a reason why he
19   would not be joining us today to present his ACA?
20              CHAIR PELLERIN:  It's the regular
21   business of the Committee to allow Members to ask
22   another Member to present their bill.
23              So we will begin with Assembly Member
24   Berman presenting ACA 8.  You may begin.
```

 1              ASSEMBLY MEMBER BERMAN:   Thank you, Madam

 2   Chair and colleagues.   Good morning.

 3              I'm pleased to present ACA 8 on behalf of

 4   Speaker Rivas, Pro Tem McGuire, and dozens of

 5   co-authors both here in the Assembly and in the

 6   Senate.   But make no mistake, I'm not happy to be

 7   here.

 8              One of the reasons was alluded to, which

 9   I'm a new dad.   My baby boy turned one month old

10   today, and I'd rather be hanging out with him and

11   his mom.

12              But ACA 8 and its companion bills are the

13   culmination of a fight that we don't want, and

14   it's a fight that we didn't choose.   But with our

15   democracy on the line, we cannot run away from

16   this fight.

17              ACA 8 is before you today because

18   President Trump and Republicans in Texas and

19   other states across the country are attempting to

20   redraw congressional districts mid decade in an

21   effort to rig the upcoming election.

22              Americans and Californians deserve

23   better.   And ACA 8, is our response to this

24   undemocratic and un-American power grab.

1           Known as the Election Rigging Response

2   Act, ACA 8 would allow for the temporary use of

3   voter approved, voter approved congressional

4   district boundaries contained in AB 604.  First

5   and foremost, California voters will have the

6   final say on whether or not these new district

7   boundaries get used or not.

8           Should ACA 8 and its companion bills

9   pass, voters will have their say in a special

10  election on November 4th, 2025.  Because here in

11  California, unlike in Texas and other Republican-

12  led states, we respect the will of the voters.

13          Second, these maps would be used through

14  the 2030 congressional term if and only if Texas

15  or another state enacts a partisan gerrymander of

16  its own congressional districts before the 2030

17  census.

18          This trigger provision is carefully

19  crafted to ensure that a mid-decade redistricting

20  required by federal court order does not result

21  in California changing the maps.  It is about the

22  partisan gerrymandering that President Trump has

23  demanded of his party.

24          After the 2030 census, ACA 8 returns all

25  congressional district line-drawing powers back

1   to the Citizen Redistricting Commission.  It is

2   important to note that nothing in this bill

3   package impacts the role of the Citizens

4   Redistricting Commission in drawing the Assembly,

5   the Senate or the Board of Equalization

6   boundaries.

7           Third, ACA 8 calls on Congress to pass

8   legislation and propose a constitutional

9   amendment to the US Constitution to require the

10   use of fair, independent and nonpartisan

11   redistricting nationwide.  I call this the put up

12   or shut up clause.

13           I don't want to hear from you if you

14   support political gerrymandering in Republican

15   states but not Democrat states and vice versa.

16   We believe in nonpartisan redistricting for

17   California and for every state in the country.

18           The bottom line is that ACA 8 sends a

19   strong message to other states that they cannot

20   play by different rules when it comes to

21   redistricting, and it upholds California's values

22   by neutralizing partisan gerrymandering by other

23   states, all while giving California voters the

24   final say on the matter.

```
 1              This situation is an emergency and
 2   California is responding by empowering our voters
 3   with transparency, with respect for our
 4   independent Commission, but with a will to act.
 5              I respectfully request an aye vote on
 6   ACA 8.
 7              And I'm joined today by Annie Chou with
 8   the California Teachers Association, and Danny
 9   Curtin with the California State Council of
10   Carpenters.
11              CHAIR PELLERIN:  You each have three
12   minutes.  Thank you.
13              MR. CURTIN:  Okay.  Danny Curtin with the
14   Carpenters, as you heard.
15              I'm going to sort of read a letter into
16   the record, so that's one out of 16,000.
17              It is with great reluctance but firm
18   resolve that I'm testifying on behalf of the
19   California Conference of Carpenters to strongly
20   urge your support for ACA 8.
21              The extraordinary measure of redrawing
22   our congressional district maps in mid decade
23   rather than the historically established national
24   norm of realignment following the census at the
25   end of the decade, a constitutionally required
```

1 | census to count every person living in the

2 | country for the purposes of democratic political

3 | representation, part of the great democratic

4 | experiment that is the United States, and quite

5 | revolutionary at the time, I might add.

6 |         Unfortunately, these are not normal times

7 | and this isn't politics as usual.  Not only has

8 | the Trump Administration denied disaster

9 | assistance to victims of California's devastating

10 | forest fires, it is also seriously damaging our

11 | California economy with targeted arrests of law-

12 | abiding workers without warrants, which I'm sure

13 | many of you are aware of.

14 |         The Trump administration is now

15 | unilaterally withdrawing from legally binding

16 | union collective bargaining agreements with

17 | federal workforce unions.  The President has made

18 | it clear that this is just the beginning.

19 |         Whatever your opinion of the Carpenters

20 | Union, you all know we are willing to work across

21 | the aisle to find solutions.  We supported and

22 | still support the bipartisan reform work of

23 | Governor Schwarzenegger's administration and this

24 | Legislature on redistricting to establish

25 | California Citizen Redistricting Commission.  We

```
 1   believe every state should require the use of
 2   fair, nonpartisan redistricting commissions.  I'm
 3   going to get that before I'm done.  But they
 4   don't.
 5           Using that loophole, the Trump
 6   administration is now blatantly attempting to
 7   selectively change election rules in the middle
 8   of the game.  Everybody knows why, to ensure
 9   unquestioned congressional support for his
10   unilateral political agenda.
11           For that reason and that reason alone, we
12   urge you to enact a one-time redistricting for
13   congressional districts only to give California
14   voters the ability to have their voice heard loud
15   and clear on the national level.
16           We also support the return to
17   redistricting by Commission following the census.
18           I have a couple of other items.  I don't
19   know how much more time I have, but let me just
20   start with one thing.
21           CHAIR PELLERIN:  Forty-five seconds.
22           MR. CURTIN:  When a press conference by
23   the Governor and the political leaders to discuss
24   this topic is greeted by a mass gang of Rambo
25   wannabes in full combat gear with automatic
```

```
 1  weapons just to intimidate, you know something's
 2  wrong.  And I mean all of you know something's
 3  wrong, whatever reasons.
 4          When the Speaker of the House condemns
 5  California for going to a vote of the people to
 6  address this blatant power grab, but ignores
 7  Texas for redistricting without a vote of the
 8  people, the hypocrisy is overwhelming.  You know
 9  something is wrong here, all of you.
10          I heard on the radio this morning,
11  President Trump told Sean Hannity that Vladimir
12  Putin said, quote, your election was rigged
13  because you have mail-in voting, quote.
14          CHAIR PELLERIN:  If you could wrap up,
15  please.
16          MR. CURTIN:  Putin got 88 percent of the
17  vote.  His other buddy, Jim Kung, whatever his
18  name, forget that, you know something's wrong
19  here when you take advice from Putin on voting.
20          Thank you very much.  Please support this
21  measure.  And I know it's difficult for some of
22  you, but it needs to be done.  Thank you.
23          CHAIR PELLERIN:  Thank you.  We'll move
24  on to the next witness in support.  You have
25  three minutes.
```



1          MS. CHOU:  Good morning, Madam Chair and

2   Members.  I'm Annie Chou with the California

3   Teachers Association, representing 310,000 public

4   school educators here to speak in support of

5   ACA 8.

6          The Trump Administration is waging a war

7   on every public institution we hold dear.  In a

8   few short months that he's been in office, he has

9   worked to freeze funds for critical education

10  programs, including after-school teacher training

11  and migrant education program.

12          He's cut healthcare for millions of our

13  students and their families, attempted to

14  dismantle the Department of Education, and passed

15  a new voucher program designed to destroy public

16  education entirely.

17          There's also been unprecedented attacks

18  to our immigrant communities and our LGBTQIA+

19  students and families.

20          The Trump administration's removal of

21  schools as safe zones from ICE has unleashed a

22  level of trauma and fear that no one should ever

23  endure, let alone our children.

1          Just this month, a 15-year-old in
2    Los Angeles was detained by federal agents right
3    outside her high school.
4          Our students deserve better.  They
5    deserve to feel safe and supported at school.
6    They deserve every tool they're afforded to
7    ensure that they are set up for success in life.
8          A majority of Americans are not with him
9    on these vicious attacks.  So what does Trump do
10   Rig the next election and steal our right for
11   fair representation.  He wants his Republican
12   allies to redistrict in states where they hold
13   power so that he can stack the deck to continue
14   to harm our students.
15          As my Secretary-Treasurer Erica Jones
16   said, I taught my kindergarteners to be kind and
17   help each other, not to cheat and be a bully.
18   Five-year-olds get it.  Why doesn't he?
19          My members and our colleagues at NEA
20   spent months reaching out to our Republican
21   representatives in California.  Several refused
22   to even meet with local teachers in their
23   district and in their Capitol offices.  Some lied
24   directly to our faces and promised they wouldn't

1  vote for these draconian cuts for our schools and
2  our healthcare.
3          When the lawmakers went back to D.C.,
4  they proved that they'd rather take orders from
5  Trump, even if it was at the expense of students
6  and teachers in California.
7          We must fight back.  CTA supports the
8  great work that the Redistricting Commission -- I
9  caught yours, Danny -- did in 2021, but there
10  must be some type of check and balance against
11  these federal attacks.
12          We're living in the most unprecedented of
13  times.  This requires us to meet the moment to
14  protect our communities.
15          CT stands in full support of bringing the
16  Brown initiative outlined in ACA 8.  We're ready
17  to do whatever it takes to stop the power grab
18  and fight back against any and all attacks
19  against our democracy, our students and public
20  education.  And California has a duty to stand up
21  and take action.
22          ACA 8 simply empowers California voters
23  to support a temporary change in our
24  congressional districts until the next
25  redistricting cycle to ensure that our students



```
 1   and families are protected.  And for those

 2   reasons, CTA urges your aye vote.  And I'm also

 3   adding support for the California Federation of

 4   Teachers.

 5            CHAIR PELLERIN:  Thank you so much.

 6            We'll now move on to additional

 7   witnesses.  They come up to the mic.

 8            ASSEMBLY MEMBER TANGIPA:  Madam Chair, I

 9   make a motion to amend.

10            VICE CHAIR MACEDO:  Second.

11            CHAIR PELLERIN:  Amend what?

12            ASSEMBLY MEMBER TANGIPA:  Amend ACA.  And

13   I would like that the sergeants pass these

14   amendments out, so that way everybody could read

15   them.

16            CHAIR PELLERIN:  Give me one second,

17   please.

18            Are the amendments in Leg Council form?

19            UNIDENTIFIABLE SPEAKER:  Yes.  Got them

20   right here.

21            CHAIR PELLERIN:  Okay.

22            VICE CHAIR MACEDO:  Staff to reanalyze

23   the bill, constitutional amendment or resolution.

24            CHAIR PELLERIN:  Just give me a second so

25   we can answer your question here.
```

1           So these are not author's amendments, so
2    the rule you cited is not relevant.
3           VICE CHAIR MACEDO:  It says a Member.
4    Does not say the author.
5           CHAIR PELLERIN:  But they are not
6    author's amendments.
7           VICE CHAIR MACEDO:  Once again, it's --
8               (Pause on the record.)
9           CHAIR PELLERIN:  The Committee rules are
10   clear that this is related to author's amendments
11   only.  These are not being offered by the author
12   of the ACA.
13          VICE CHAIR MACEDO:  This is not clear.
14          CHAIR PELLERIN:  The author is Rivas and
15   McGuire.
16          VICE CHAIR MACEDO:  In section two it
17   says that we authored this, actually prepared
18   this ACA.
19          ASSEMBLY MEMBER TANGIPA:  We prepared
20   this ACA.
21          CHAIR PELLERIN:  Okay.  Give me one
22   moment to thoroughly answer your question.
23              (Pause on the record.)
24          CHAIR PELLERIN:  My ruling is the
25   amendments are not in order.

```
 1            VICE CHAIR MACEDO:  There is a motion on
 2   the table.
 3            CHAIR PELLERIN:  And your motion is not
 4   in order as well.
 5            ASSEMBLY MEMBER TANGIPA:  Madam Chair, I
 6   ask to read the amendments into the Journal.
 7            VICE CHAIR MACEDO:  Second.
 8            CHAIR PELLERIN:  I reject that.  No.
 9            VICE CHAIR MACEDO:  On what grounds,
10   Madam Chair?
11            CHAIR PELLERIN:  My decision.
12            VICE CHAIR MACEDO:  So there's
13   transparency and bipartisanship --
14                 (Pause on the record.)
15            CHAIR PELLERIN:  Yes, Assembly Member
16   Solache.
17            ASSEMBLY MEMBER SOLACHE:  I  would like
18   to move the bill for approval.  Move it in.
19            CHAIR PELLERIN:  We have a motion to
20   approve the bill.
21            ASSEMBLY MEMBER TANGIPA:  Madam, the
22   motion to read into the Journal takes precedence.
23            CHAIR PELLERIN:  One second, please.
24                 (Pause on the record.)
```

1          CHAIR PELLERIN:  I'd like to recognize

2    Assembly Member Stefani.

3          Okay.  There's a motion and a second to

4    amend ACA 8.

5          I'd like to recognize Assembly Member

6    Stefani.

7          ASSEMBLY MEMBER STEFANI:  I move to lay

8    the amendments on the table.

9          VICE CHAIR MACEDO:  So you're not going

10   to allow us to debate or present these amendments

11   for anybody to read?  They're just going to vote

12   on them, correct?

13         CHAIR PELLERIN:  We are going to -- the

14   motion is to lay the Amendments on the table.

15         VICE CHAIR MACEDO:  So none of my

16   colleagues are going to read this before they

17   vote on it, correct?  I just want to clarify.

18         ASSEMBLY MEMBER SOLACHE:  (Inaudible) as

19   it is, so I'm good.

20         ASSEMBLY MEMBER TANGIPA:  Madam Chair, we

21   just --

22         VICE CHAIR MACEDO:  We could make them

23   better.

24         ASSEMBLY MEMBER TANGIPA:

```
 1              ASSEMBLY MEMBER TANGIPA:  -- we just
 2    heard --
 3              ASSEMBLY MEMBER SOLACHE:  I don't think
 4    they will.
 5              ASSEMBLY MEMBER TANGIPA:  We just
 6    heard --
 7              VICE CHAIR MACEDO:  You haven't seen
 8    them.
 9              ASSEMBLY MEMBER TANGIPA:  -- both
10    testimony --
11              ASSEMBLY MEMBER SOLACHE:  I don't need
12    to.
13              ASSEMBLY MEMBER TANGIPA:  -- from the
14    author and --
15              CHAIR PELLERIN:  We haven't even heard
16    all the testimony, so --
17              ASSEMBLY MEMBER TANGIPA:  But we did --
18              CHAIR PELLERIN:  -- let's try to get
19    through this hearing on the bill, all right?
20    Let's try to hear the bill --
21              ASSEMBLY MEMBER TANGIPA:  But we've made
22    this statement here.
23              CHAIR PELLERIN:  -- in its current form.
24              VICE CHAIR MACEDO:  We might be able to
25    add (inaudible) --
```



1           CHAIR PELLERIN:  We have a motion to lay
2    the amendments on the table.
3           VICE CHAIR MACEDO:  -- more that gives a
4    heads up about this.
5           CHAIR PELLERIN:  Madam Secretary, please
6    call the roll.
7           ASSEMBLY MEMBER TANGIPA:  But, Madam
8    Chair, we made the statement that we're making
9    this very transparent.  This is very clear.
10           CHAIR PELLERIN:  We have a motion to lay
11    the amendments on the table.
12           ASSEMBLY MEMBER TANGIPA:  And I'm just --
13    I would like --
14           CHAIR PELLERIN:  We're going to proceed
15    with that motion.
16           VICE CHAIR MACEDO:  Wait a second.  The
17    whole thing is that this is about transparency
18    and that you want fairness in this.
19           We got the language at eight o'clock.
20    All we're asking is for our input to be taken.
21    You didn't talk to me as your Vice Chair about
22    this, so here's our opportunity, Madam Chair.
23    All we're asking for is participation in this.
24           And Mr. Tangipa came prepared.  The rules
25    state this.  And I would be happy to bring the

```
 1   Chief Clerk in to review this.  I don't know why
 2   you're shutting this down.
 3              ASSEMBLY MEMBER TANGIPA:  And Madam
 4   Chair, I would have presented this to you
 5   sometime sooner at any other time.  I had no
 6   time.  We didn't receive this.  And yet, there
 7   are authors on this before I even got to see
 8   this.  I didn't get this till last night because
 9   we were not informed.
10              So my question is, since everybody's
11   prepared, since you're so fine with the ACA, is
12   how much time did they get to prepare before I
13   did?  Why am I not deserved that same for the
14   500,000 representatives that I get to represent
15   in my district?  Why am I not granted that same
16   right to defend them?
17              ASSEMBLY MEMBER BERMAN:  I believe we
18   have a law in California that Members get 72
19   hours before final vote on any legislation to
20   review the legislation and the language of the
21   legislation before they vote.
22              ASSEMBLY MEMBER TANGIPA:  But
23   Mr. Berman --
24              ASSEMBLY MEMBER BERMAN:  -- on that
25   language --
```

```
 1              ASSEMBLY MEMBER TANGIPA:  -- did you
 2   have --
 3              ASSEMBLY MEMBER BERMAN:  -- as the
 4   final --
 5              ASSEMBLY MEMBER TANGIPA:  -- did you have
 6   this --
 7              ASSEMBLY MEMBER BERMAN:  -- as the final
 8   version.
 9              ASSEMBLY MEMBER TANGIPA:  How early --
10              ASSEMBLY MEMBER BERMAN:  I saw this
11   language yesterday.
12              ASSEMBLY MEMBER TANGIPA:  How -- okay.
13              ASSEMBLY MEMBER BERMAN:  I saw this
14   language yesterday.
15              ASSEMBLY MEMBER TANGIPA:  You saw this
16   language --
17              CHAIR PELLERIN:  It was in print
18   yesterday morning, correct.
19              ASSEMBLY MEMBER TANGIPA:  It was in
20   print.
21              ASSEMBLY MEMBER BERMAN:  And that's when
22   I -- and that's when I saw it.
23              VICE CHAIR MACEDO:  It was in print.
24              ASSEMBLY MEMBER TANGIPA:  And it was --
```



1          VICE CHAIR MACEDO:  -- but when was it
2     seen?
3          ASSEMBLY MEMBER TANGIPA:  It was in print
4     and --
5          ASSEMBLY MEMBER BERMAN:  I saw it
6     yesterday.
7          ASSEMBLY MEMBER TANGIPA:  -- you are a
8     co-author on it immediately?
9          ASSEMBLY MEMBER BERMAN:  Yeah.
10         ASSEMBLY MEMBER TANGIPA:  So you had seen
11    that even before it was printed, you were already
12    a co-author?
13         ASSEMBLY MEMBER BERMAN:  Yeah.  I
14    absolutely support the concept.  I had faith in
15    the authors to get -- to draft the right
16    language. They did.  And I support it.
17         ASSEMBLY MEMBER BERMAN:  But I did not
18    have that same --
19         VICE CHAIR MACEDO:  For the concept, but
20    you didn't even read the language.
21         ASSEMBLY MEMBER TANGIPA:  I did not have
22    that same ability.
23         ASSEMBLY MEMBER BERMAN:  You weren't
24    aware of the concept?  You weren't aware of the
25    news that we were planning on doing that?

```
 1              ASSEMBLY MEMBER TANGIPA:  No, that's not
 2   what I'm saying.  Mr. Berman, what I'm saying --
 3              CHAIR PELLERIN:  Excuse me.  We have --
 4   we have the Chief Clerk here, Sue Parker.
 5              ASSEMBLY MEMBER TANGIPA:  I am simply
 6   just asking for the same amount of time, so that
 7   way I can go into this just as much as everybody
 8   else.
 9              ASSEMBLY MEMBER BERMAN:  I saw the
10   language --
11              ASSEMBLY MEMBER TANGIPA:  And that there
12   are amendments.
13              ASSEMBLY MEMBER BERMAN:  -- when it went
14   into print yesterday morning.
15              ASSEMBLY MEMBER TANGIPA:  And I
16   understand that.  And I have a different opinion
17   on that.
18              ASSEMBLY MEMBER BERMAN:  Yeah.
19              ASSEMBLY MEMBER TANGIPA:  And that's okay
20   because I'm granted that.
21      (Speaking over each other - unintelligible.)
22              CHAIR PELLERIN:  Okay.  All right.
23   Excuse me.  We're going to -- hey.  Hey.
24              ASSEMBLY MEMBER TANGIPA:  I'm asking for
25   it.
```



```
 1              CHAIR PELLERIN:  We're going to stop this
 2   right now, this back and forth.  Okay?  We have
 3   to have some civility in here.
 4              ASSEMBLY MEMBER TANGIPA:  Yes, ma'am.
 5              CHAIR PELLERIN:  We have our Chief Clerk,
 6   Sue Parker.  If you could please come on up for a
 7   consult, please.
 8                   (Pause on the record.)
 9         All right.  We're going to take a
10   temporary recess.  We'll be back in 10 minutes.
11   Thanks.
12                      (Recess.)
13              CHAIR PELLERIN:  All right.  We're going
14   to bring the Committee back.
15         Thank you for giving us the time to
16   figure this out.  In the spirit of transparency,
17   we're going to go ahead and allow those
18   amendments to be presented and we're going to
19   give you three minutes to do so.  Thank you so
20   much.
21              ASSEMBLY MEMBER TANGIPA:  Thank you,
22   Madam Chair.  That's all I'm asking for is a fair
23   and equal opportunity to talk for my
24   representatives, so I appreciate that.
```

```
 1              And really, as the presenter of the bill
 2   had stated, that he was assigned as a co-author
 3   and there were multiple members on this
 4   Committee --
 5              CHAIR PELLERIN:  Oh, I'm sorry.  One
 6   second.
 7              Could we distribute the amendments?
 8              ASSEMBLY MEMBER TANGIPA:  Yes.
 9              CHAIR PELLERIN:  Sorry.
10              ASSEMBLY MEMBER TANGIPA:  Thank you.
11              CHAIR PELLERIN:  And we'll stop the clock
12   and start it again.
13              ASSEMBLY MEMBER TANGIPA:  And the
14   sergeants.
15              So as was stated, and not only that, we
16   see that there are multiple co-authors on this
17   bill that I hope don't have the same regards as
18   the presenter of this stated, that they were a
19   co-author before they even saw this bill.
20              I believe that these amendments actually
21   help make sure that we are protecting the
22   democracy, and which was stated earlier today,
23   that we're making sure that this is as
24   transparent.  And if you're actually fighting for
25   the people of California, that you buy into this.
```

1          So there would be no reason for them to

2    deny this amendment unless they have a vested

3    interest in the maps that are being presented

4    before us and the changes in these congressional

5    districts.

6          So simply to read the amendment is: A

7    member of the Legislature who voted in favor of

8    Assembly Constitutional Amendment 8 of the

9    2025-2026 Regular Session shall not be a

10   candidate for congressional office in any

11   congressional district adopted pursuant to

12   Section 4.

13         All in an essence of, if everybody here

14   is saying that they are doing this to protect

15   democracy, to do it, to make sure that they don't

16   have a vested interest.

17         And especially when we have seen reports

18   reported by KCRA that stated that the pro temp

19   asked for a specific district to be drawn so he

20   could be included in that.  That the DCCC wrote

21   these maps.  And it shows that there is so much

22   political gains and political partisanship that

23   has been played, that has been lied to the

24   California people.

1          You now have the ability to prove that
2   you are in this for those same right reasons that
3   the presenter actually asked us to do.  You have
4   the ability right now to say that you're doing
5   this for those specific reasons.
6          So when you cast your vote on these
7   amendments, you will declare to the California
8   people that you do believe in democracy.  That
9   every statement and the amount of placating that
10  we heard earlier today, that your words are true.
11         And this gives you the chance to tell the
12  truth, to tell the California people that you
13  have no vested interest in this.  That you
14  believe in everything that was stated.  That the
15  author and the presenters and all of the other
16  co-authors on this say that, I'm not running for
17  this congressional seat because of my personal
18  gain. I'm doing this, these districts, because
19  it's what you believe in.  So you have the chance
20  to do so.  Every single person who's a co-author
21  on this who didn't read the bill.
22         Okay.  If you didn't read the bill, then
23  you shouldn't have any issues adding this as an
24  amendment because you don't have any problems
25  with it.  Thank you.

1          CHAIR PELLERIN:  Thank you very much.

2          Assembly Member Stefani.

3          ASSEMBLY MEMBER STEFANI:  I move to lay

4    the amendments on the table.

5          CHAIR PELLERIN:  We have a motion to lay

6    the amendments on the table.

7          Madam Secretary, please -- oh, is there a

8    second?

9          ASSEMBLY MEMBER SOLACHE:  Can I just make

10   a comment?

11         CHAIR PELLERIN:  Yes, you may.

12         ASSEMBLY MEMBER SOLACHE:  I'll second it.

13   I do have a comment.

14         You know, it's really hard for me to

15   consider any amendments when the first motion,

16   within seconds of starting this meeting, was to

17   adjourn this meeting.

18         So I have a question for the proposed

19   amendments.  How did you plan to submit these

20   amendments if you were planning to end discussion

21   in the first couple seconds of starting this

22   meeting?

23         ASSEMBLY MEMBER TANGIPA:  Well, because I

24   spent 12 hours last --

25

```
 1              ASSEMBLY MEMBER SOLACHE:  Because clearly
 2   you were ready with some amendments.
 3              ASSEMBLY MEMBER TANGIPA:  Yeah.
 4              ASSEMBLY MEMBER SOLACHE:  So how were you
 5   going to have a discussion when you were making a
 6   motion and a second to adjourn?
 7              ASSEMBLY MEMBER TANGIPA:  Yes.  Thank you
 8   for the question.
 9              ASSEMBLY MEMBER SOLACHE:  And discussion.
10              ASSEMBLY MEMBER TANGIPA:  Thank you for
11   the question.
12         The main reason why that motion was made
13   in the beginning was because we just need more
14   time.  I did not have as much time as the
15   majority party in this state as they've seen the
16   maps.  They've had these maps, they've had these
17   bills, they've had the language significantly
18   longer.
19         We didn't even set the Committee hearing
20   on our member portfolio until yesterday.  So
21   we've had less than 24 hours to even know that
22   this meeting was going to be here.
23         That's why the motion to end the meeting
24   was there, just to give us time.  Shouldn't we
```

```
 1  have more than 24 hours?  Doesn't it worry you,
 2  my friend?
 3          ASSEMBLY MEMBER SOLACHE:  Thank you.
 4          CHAIR PELLERIN:  And the motion to lay
 5  the amendments on the table is not debatable.
 6  I've given you a little time --
 7          ASSEMBLY MEMBER TANGIPA:  But doesn't
 8  it --
 9          CHAIR PELLERIN:  -- to have some
10  comments.
11          ASSEMBLY MEMBER TANGIPA:  Doesn't it
12  worry you that they (inaudible) and you agreed to
13  that?
14          CHAIR PELLERIN:  Madam Secretary, now
15  please call the roll.
16          ASSEMBLY MEMBER TANGIPA:  That's all I'm
17  trying to do is read this.
18          COMMITTEE SECRETARY:  Pellerin?
19          CHAIR PELLERIN:  Yes.
20          COMMITTEE SECRETARY:  Pellerin, aye.
21          Macedo?
22          VICE CHAIR MACEDO:  No.
23          COMMITTEE SECRETARY:  Macedo, no.
24          Bennett?
25          ASSEMBLY MEMBER BENNETT:  Aye.
```



```
1              COMMITTEE SECRETARY:  Bennett, aye.

2              Berman?

3              ASSEMBLY MEMBER BERMAN:  Aye.

4              COMMITTEE SECRETARY:  Berman, aye.

5              Solache?

6              ASSEMBLY MEMBER SOLACHE:  Aye.

7              COMMITTEE SECRETARY:  Solache, aye.

8              Stefani?

9              ASSEMBLY MEMBER STEFANI:  Aye.

10             COMMITTEE SECRETARY:  Stefani, aye.

11             Tangipa?

12             ASSEMBLY MEMBER TANGIPA:  No.

13             COMMITTEE SECRETARY:  Tangipa, no.

14             CHAIR PELLERIN:  So the motion to lay the

15  amendments on the table succeeded.

16             So we will now move on to the other

17  witnesses in support of ACA 8.  You may come to

18  the mic.

19             And as I stated previously, we are giving

20  you 30 seconds to provide some information, your

21  name, organization.

22             ASSEMBLY MEMBER TANGIPA:  This is on

23  support?

24             ASSEMBLY MEMBER BERMAN:  This is for

25  people in support of ACA 8.
```

```
 1              Okay.  There's folks outside.  We'll give
 2   you a minute.  This is for support and to ACA 8.
 3              MR. LAZARDI:  Thank you.  Elmer Lazardi,
 4   here on behalf of the California Federation of
 5   Labor Unions and also here in support of UFCW
 6   Western States Council.  Thank you.
 7              MS. PONTUS:  Thank you.  Angela Pontus on
 8   behalf of Planned Parenthood Affiliates of
 9   California, in support.
10              MR. KUMAR:  Thank you, Chair.  Keshav
11   Kumar with Lighthouse Public Affairs, on behalf
12   of Reproductive Freedom for All, in strong
13   support and appreciation.
14              MS. BARREIRO: Thank you, Chair and
15   members.  Sandra Barreiro on behalf of SEIU
16   California, in support.
17              MR. MIRAMONTES:  Good morning, Chair and
18   members.  Bryant Miramontes with AFSCME
19   California PEOPLE, in support.
20              MS. KING:  Sadalia King with UDW Local --
21   AFSCME Local 3930, in strong support.
22              MS. COLES:  Good morning.  Krystal Coles
23   from SEIU Local 1000, in strong support.
```

1          MS. QUINTERO:  Good morning.  Annalisa
2    Quintero with Local 1000, proud UAW member, in
3    strong support.
4          MS. HILL:  Good morning, Chair.  My name
5    is Constance Hill, SEIU 2015.  I strongly
6    support.
7          MR. HART: Good morning.  Kaden Hart on
8    behalf of Lieutenant Governor Eleni Kounalakis,
9    in support.
10          MS. DARLING:  Good afternoon.  Faith
11    Darling from Kern County, and support very much.
12          MR. SHAFFER:  Jim Shaffer from Taft,
13    California.  Support very much.
14          CHAIR PELLERIN:  Any other witnesses in
15    support?
16          Seeing none, we'll now move on to the
17    primary witnesses in opposition.  Please come to
18    the -- this is just for the primary right now.
19    Primary witnesses, come to the presentation
20    table.  And you each will have three minutes.
21          ASSEMBLY MEMBER BERMAN:  And then there's
22    plenty of seats.  Yeah.
23          MS. DYE: Should we both sit over there?
24          ASSEMBLY MEMBER BERMAN:  No, it doesn't
25    matter.

```
 1            CHAIR PELLERIN:  You may begin when
 2   you're ready.
 3            MS. DYE:  Chair Pellerin and Members, I'm
 4   Cynthia Dye, a San Francisco Democrat, testifying
 5   also for fellow rotating chairs of the First
 6   Citizens Redistricting Commission, Riverside
 7   Republican Jodie Filkins Weber, and Claremont
 8   Republican Peter Yao, San Gabriel Democrat Jeanne
 9   Raya, and Oceanside Independent Connie Archbold
10   Robinson.
11            Commissioners are chosen to be impartial,
12   reflect their state's demographics, and apply
13   constitutional criteria to ensure fair districts
14   for all Californians, and commissioners cannot
15   run for office in the districts they draw.
16            The people enshrined independent
17   redistricting in our constitution, voting three
18   times against gerrymandering.
19            The Citrin Center poll released just last
20   week confirms Californians still support the CRC
21   two to one.  And a national YouGov poll shows
22   that 76 percent of Americans think gerrymandering
23   is unfair, and 69 percent think it should be
24   illegal.
```

1            The current CRC considered over 35,000
2    public comments to develop their maps, making
3    difficult tradeoffs to protect communities.  This
4    new proposed map was developed by legislators and
5    their consultants in a back room.
6            The CRC was prohibited from considering
7    partisan interests.  The new map has only that
8    goal, adding safe seats.
9            CRC draft maps were posted for 14 days to
10   allow for thoughtful public input.  This map was
11   released yesterday, yet you're voting today.
12           And why are you not hearing from good
13   government organizations?  Because it takes time
14   for organizations to inform their members,
15   debate, formulate, and agree upon a position
16   statement.  That's what democracy looks like.
17           We recognize that many believe we face an
18   existential threat, and this legislation has been
19   touted as the only way to fight back and resist
20   authoritarianism, but this is a false choice.
21           Thanks to the CRC, California has some of
22   the most competitive districts in the nation.  In
23   fact, there are twice as many districts up for
24   grabs as proponents of this legislation hope to
25   eke out through gerrymandering.

1            It just means that parties have to do the

2    work of appealing -- fielding appealing

3    candidates, developing a platform that speaks to

4    the issues voters care about, and getting them to

5    the polls.  That's what democracy looks like.

6            Despite the serious attacks against our

7    democracy, we cannot preserve it by torching its

8    fundamental tenet, that voters choose their

9    representatives, not the other way around.

10            At minimum, release the data and provide

11    the rationale for your lines.  If you want to do

12    a midcycle redistricting right, do it the

13    California way.

14            Instead of spending over $200 million on

15    a special election, fund the CRC to engage the

16    public, create updated districts, and pass them

17    by a cross-partisan supermajority vote.

18            We urge you to serve your constituents by

19    defending California's independent process and

20    rejecting this expensive and misguided attempt to

21    bring back partisan gerrymandering.  We welcome

22    any questions.

23            CHAIR PELLERIN:  Thank you.

24            Next witness, three minutes.



```
 1              MS. RAYA:  Thank you, Chair Pellerin and
 2   members of the committee, and I apologize for my
 3   back being to some of you.
 4              My name is Jeanne Raya.  I was privileged
 5   to serve on the first Independent Redistricting
 6   Commission starting in 2010.
 7              It was independent, composed of a diverse
 8   pool, representative of California's diversity,
 9   and it was an initiative brought by good
10   government groups to put voters first.
11              Approving that independent commission
12   effectively ended the backroom political
13   gerrymandering that had characterized
14   redistricting for decades.
15              We drew new maps with full transparency,
16   giving citizens access to the process in real
17   time through public meetings and the means to
18   submit written comments.
19              Voters had the opportunity to describe
20   their communities, their environment, their
21   infrastructure, and their economy so they could
22   be placed in a district with a fair chance of
23   electing accountable representatives.
24              And in fact, there were significant
25   changes to the Legislature over the last two
```

```
 1   Commissions, including the percentage of women in
 2   the Legislature doubled, AAPI representation
 3   tripled, Black representation nearly doubled, and
 4   Latinos increased by 8t percent.
 5            If only Texas could learn from
 6   California.  Their current attempts to rig the
 7   2026 election in favor of Republicans represents
 8   the basest self-interest of officials who are so
 9   fearful of losing their power that all they can
10   think to do is cheat.
11            Their determination to stack the
12   congressional deck in their favor has prompted
13   our governor to threaten this retaliatory
14   midcycle redistricting in an effort to elect more
15   Democrats by sidelining the Independent
16   Commission and holding a special election just
17   this once.
18            I'm a registered Democrat, always have
19   been, and I would celebrate replacing any
20   congressional member who has forgotten his or her
21   oath to represent their constituents and protect
22   the Constitution.
23            But this can't be at the expense of the
24   California Constitution, nor the California
```

1   voters who mandated fair, nonpartisan

2   redistricting.

3           Does the threat really call for

4   retaliation?  We have witnessed on a daily basis

5   the chaos and mistrust that has come from revenge

6   politics in Washington.  That is not a model for

7   the responsible government Californians deserve.

8           It's not a model for which we should

9   spend millions of dollars on a gamble that

10  different districts would produce different

11  results, or that we might not lose incumbents in

12  more competitive districts and fail to elect

13  whatever magic number is needed to win this

14  electoral war against Texas and whatever other

15  states.

16          The Governor says the American people --

17  the American people need a fair chance.  We have

18  a fair chance here in California.  We have

19  choice.  We have a voice.  It's called the

20  Independent Redistricting Commission.

21          The maps that have been proposed are like

22  a menu that offers you steak, but you're a

23  vegetarian.  Sorry, that's all we have.

24  California set the gold standard for --

```
 1              CHAIR PELLERIN:  If you could wrap up,
 2   please?
 3              MS. RAYA:  Yes.
 4              California set the gold standard for
 5   redistricting.  This is not the time to take a
 6   step back from innovative democracy.  Thank you.
 7              VICE CHAIR MACEDO:  Madam Chair, before
 8   we proceed --
 9              CHAIR PELLERIN:  Thank you.
10              VICE CHAIR MACEDO:  I'm sorry.  You
11   weren't introduced.  Who are you at sitting at
12   the table?  I'm so sorry.
13              MR. SILVA:  Sorry.  My name is Aaron
14   Silva.  I'm with the law firm Olson Remcho.  I'm
15   here mainly to answer technical questions about
16   the measure.
17              VICE CHAIR MACEDO:  Okay.  Thank you.
18              ASSEMBLY MEMBER BERMAN:  My technical
19   witness.
20              CHAIR PELLERIN:  Thank you.
21              We'll now go ahead and bring in witnesses
22   who are in opposition to ACA 8.  You may come to
23   the mic.
```

```
 1              ASSEMBLY MEMBER TANGIPA:  And Madam
 2   Chair, are we going to have an opp -- are we
 3   going to have an opportunity to ask questions --
 4              CHAIR PELLERIN:  We will.
 5              ASSEMBLY MEMBER TANGIPA:  -- to the
 6   opposition?
 7              CHAIR PELLERIN:  Yeah, yeah.  We're going
 8   through our normal procedure where we hear from
 9   the witnesses first.
10              ASSEMBLY MEMBER TANGIPA:  Okay.
11              CHAIR PELLERIN:  Okay.
12              ASSEMBLY MEMBER TANGIPA:  Just making
13   sure.
14              CHAIR PELLERIN:  Okay.
15              MR. HANNA:  Thank you, Madam Chair.
16   Apologies on being late.
17              My name is J.P. Hanna, on behalf of the
18   California Nurses Association.  We are in strong
19   support of this measure.  Just wanted to make
20   sure I get on the record.  Thank you so much.
21              CHAIR PELLERIN:  Thank you.  You threw me
22   off there.  Okay.
23              MR. HANNA: Strong support.  Strong
24   support.
25              CHAIR PELLERIN:  Thank you.
```

```
 1              UNIDENTIFIABLE SPEAKER:  Me Too is in
 2    opposition.
 3              CHAIR PELLERIN:  Okay.  We'll now take
 4    the opposition.  Please come to the mic.
 5              UNIDENTIFIABLE SPEAKER:  We go row by
 6    row.
 7              MS. WILLIS:  Linda Willis, President of
 8    Bakersfield Republican Women Federated, member of
 9    Greater Bakersfield Republican Assembly,
10    California Republican Assembly, Revere Resource
11    Group, and other Republican organizations, as
12    well as a church-going Christian.  Strong
13    opposition to this bullying method you're using.
14              MS. DRAKE:  Margaret Drake, citizen
15    California, strongly oppose this -- this bill as
16    a Santa Cruz, California resident.
17              MS. BAX:  Hello.  Thank you.  My name is
18    Gina Bax.  I'm an immigrant, and I'm also the
19    president for the Chico Evening Republican Women,
20    and I strongly oppose this.  Thank you.
21              MR. BUSSEY:  Thirty seconds?
22              CHAIR PELLERIN:  You may take 30 seconds.
23              MR. BUSSEY:  Thank you.
```

1          My name is Nick Bussey, and I'm here on
2    the behalf of the Placer County Republicans
3    Assembly.
4          And look, redistricting, we could just
5    have a simple blame for Trump for everything that
6    goes on.  And trust me, if it was that simple, I
7    would blame the score board whenever the Niners
8    have lost.
9          Now, I'm hearing words like transparency,
10   representation and fairness, and it saddens me to
11   be here today in this chamber and the other
12   chamber and see the absolute opposite that's
13   going on.
14         Now, under a supermajority, California's
15   drowning in crime.  We're not funding things like
16   Proposition 36, unfounded Prop --
17         CHAIR PELLERIN:  That is 30 seconds.
18   Thank you so much.
19         MR. BUSSEY:  Thank you.  That was not 30
20   seconds.
21         CHAIR PELLERIN:  It wasn't?
22         UNIDENTIFIABLE SPEAKER:  (Inaudible.)
23         CHAIR PELLERIN:  It was.
24         MR. BUSSEY:  Oh, yeah.  I oppose.
25         CHAIR PELLERIN:  We got that.  Thank you.



```
 1            MR. NORIEGA:  It's a pleasure to be with
 2   you all.  My name is Nathaniel Noriega.  So the
 3   nine most terrifying words in the English
 4   language are, I'm from the government and I'm
 5   here to help.
 6            The California Independent Redistricting
 7   Commission was a bipartisan support, something
 8   that is nearly impossible today, as a check on
 9   all of you politicians.
10            There's a reason why those words were
11   spoken by Reagan.  Just because they're doing it,
12   we can do it, too, is an argument that only a
13   child will make.
14            We're not Texas.  We are California.  We
15   are held to a different standard, or at least we
16   should be.
17            It is my first time in our state's
18   Capitol.  It's beautiful.  But when I see -- when
19   I look outside and see someone smoking crystal
20   meth --
21            CHAIR PELLERIN:  And that is 30 seconds.
22   Thank you.
23            MR. NORIEGA: -- on our Capitol steps --
24            CHAIR PELLERIN:  Thank you.
25            MR. NORIEGA:  -- it makes me wonder.
```

```
1              CHAIR PELLERIN:  Thank you.
2              MS. AGUILAR:  My name is Denise Aguilar.
3    I'm a co-founder of Freedom Angels, in
4    opposition.
5              We represent thousands of families across
6    the state of California.  And I'm just a little
7    confused on why the California Teachers
8    Association is one of the main witnesses as our
9    children are graduating illiterate.  I think that
10   the Teachers Association should focus on our
11   children's education.
12             Thank you.  And I oppose.
13             MS. THORNTON:  Hi.  Tara Thornton,
14   co-founder of Freedom Angels.
15             I actually didn't have anything prepared
16   to say.  I'm just really shocked.  We shouldn't
17   be doing this.  Wrong is wrong, and the people
18   don't want this.  We want independent.
19             I happen to be from one of the districts
20   that will get decimated with zero representation.
21   But even if I wasn't, this isn't the right way to
22   go.  And you actually don't have the support of
23   the people on it.
24             You have a mandate to be independent and
25   to not do political gerrymandering.  I oppose.
```

1           MS. CARSTENS:   Sophia Carstens,

2   Decentralize America.

3           You can't actually redistrict without

4   changing the ten-year rule around the census, and

5   you can't do that without amending the California

6   Constitution, which is very robust on this issue.

7   And you can't do that without repealing the Equal

8   Protections Clause, which you cannot do.

9           All due respect, the argument is that we

10  want to preserve democracy.  You cannot preserve

11  democracy by suspending it.  I oppose.

12           MS. SHAW:   Sonja Shaw, Chino Valley

13  Unified School Board President and candidate for

14  State Superintendent, trying to take back this

15  insane California.

16           You call it democratic and transparent.

17  Give me a break.  California's collapsing under

18  Newsom and his cronies -- most of you are here --

19  style leadership.  Just look around.  Lawlessness

20  in our streets.  Schools are failing.  Our kids

21  can only--only 47 percent can read at grade

22  level, and the CTA is over here doing this?

23  Shame on you, CTA.  You make me nauseated.

24           Anyways, pushing ideologies in the

25  classroom is something Newsom's wife -- I mean,

```
 1   first partner in destruction is well aware of

 2   because she's pocketing while our kids are

 3   failing there.

 4           CHAIR PELLERIN:  That is 30 seconds.

 5   Thank you so much.

 6           MS. SHAW:  Put barf bags behind the

 7   seats.

 8           CHAIR PELLERIN:  Thank you so much.

 9           MS. ABDOSH:  Kelly Abdosh, not only

10   citizen of this republic, but also wife and

11   campaign coordinator to a campaign -- oh,

12   goodness -- person running for State Assembly, in

13   complete opposition of this far overreach.  Thank

14   you.

15           MS. MASTIN:  Heather Mastin with the

16   elder -- El Dorado County Republican Party.

17   Sixty-three percent of Californians do not want

18   this.  I strongly oppose.

19           MR. WILLIAMS: Doug Williams, El Dorado

20   Republican Central Committee.  I strongly oppose

21   this.

22           I am from South Lake Tahoe.  I don't see

23   any transparency on how these maps were drawn.
```

1           During the redistricting, they had

2    complete transparency.  We could see where the

3    maps were.

4           I have nothing in common with Sacramento,

5    and neither does any of the people in South Lake

6    Tahoe or the Tahoe Basin.

7           MR. AVILA:  Hello.  My name is Oscar

8    Avila with California Movement.  Totally opposed

9    to this.

10          This is election interference at the

11   highest level.  You're going to use past results

12   of elections to base the new maps to rig the

13   election.  This is -- this is election

14   interference at the highest level.  You know,

15   it's not fair.

16          You're going to literally move around the

17   boundaries to make sure you get more votes to

18   remove Republican seats.  People voted for the

19   state republic and you're going to remove those

20   seats by stealing an election.

21          You guys are trying to commit a crime.

22   It's a -- it's a -- it's a --

23          CHAIR PELLERIN:  That is 30 seconds.

24   Thank you.

25          MR. AVILA:  Thank you.  No.

```
 1              MS. DE JANARO:  Florentina De Janaro,
 2   representing moms in California with MOM Army,
 3   also representing Glad Tidings Church in Yuba
 4   City and Freedom Coalition in Yuba City.  Oppose.
 5              MS. KAY:  Good morning.  Shan Kay, a
 6   proud wife of an International Union of Elevator
 7   Constructors Local 18, and I oppose.
 8              MS. CORCORAN:  Yvette Corcoran, resident
 9   of San Francisco, and strongly oppose this
10   redistricting.
11              MS. PATEL:  Hello.  My name is Priya
12   Patel, representing the Voters of Los Angeles
13   County, and I strongly oppose AB 604, and
14   recognize it as an uprooting of our
15   constitutional rights and democratic process in
16   this county -- in the State of California.
17              MS. PATEL:  This bill violates state
18   constitutional law, as well as the Voters Rights
19   Act.  And it seems to me that the author of the
20   bill and the co-authors that signed off on this
21   bill haven't actually read the wording and
22   verbiage of the bill.
23              So I think that the voters of Democ -- of
24   California deserve more.
```

1           CHAIR PELLERIN:  That is 30 seconds, and
2    this is for ACA 8.  Thank you.

3           MS. KONG: Jessica Kong, from an affected
4    district, in strong opposition.

5           MR. BOLOG:  David Bolog, member in good
6    standing in the International Brotherhood of
7    Electrical Workers Local 18, also representing
8    the California GOP Labor Caucus, with the
9    majority of our members being represented in
10   collective bargaining by the California Teachers
11   Association.

12          California Republicans are already
13   disenfranchised with representation.  We're a
14   60/40 state; 60 percent Republicans, 40 percent
15   Democrats.  Excuse me, got it backwards.  Sixty
16   percent Democrats, 40 percent Republican.  This
17   will disenfranchise us more, and we see that in
18   the legislation already.  We're 75/20 percent.

19          CHAIR PELLERIN:  That is 30 seconds.

20          MR. BOLOG:  Thank you.

21          CHAIR PELLERIN:  Thank you.

22          MR. ARIANO:  Good afternoon.  My name is
23   Angel Ariano.  I came over six hours to--from
24   Pomona, California to say that I am in
25   opposition, and also that I am shocked to see the

1  lack of dignity in this room.  And to use the

2  existing processes that we have.  And that's my

3  statement.

4         MR. CARRILLO:  My name is Jose Carrillo,

5  constituent of Riverside County.  I'm a proud

6  member of the National Brotherhood of Electrical

7  Workers Union in good standing.  So I have my

8  ticket and I don't know what unions are being --

9  are a part of this, but I'm just a union member

10 and I strongly oppose this.  Yeah.

11        MS. CARRILLO:  Maria Carrillo, mother,

12 representing Riverside County, all the mothers

13 that are fighting for our children's freedom and

14 protections in every school.

15        Transparency, you guys keep bringing it

16 up, but there's no transparency here.

17        TDS is a real thing.  Stop hating Trump

18 and just blaming him for everything.  This is not

19 right.

20        And Newsom said the people will speak.

21 We the people will speak if that thing goes on

22 the ballot on November 4th.

23        MS. BARBRO:  Hi.  Virginia Barbro from

24 Solano county.  I'm also a California native.

25 And I strongly oppose.

```
 1              And I'm asking all of you to support real

 2   transparency and have real issues and work

 3   together and listen to the people.  Because the

 4   people of California are being slaughtered by

 5   regulations and all that you're proposing to do.

 6   It's not real.  Your assertions are off, and you

 7   need to come up.

 8              CHAIR PELLERIN:  That is 30 seconds.

 9              MS. BARBRO:  Thank you.

10              CHAIR PELLERIN:  Thank you.

11              MS. NIXON:  My name is Twyla Nixon.  I'm

12   a native Californian from Solano county, and I

13   oppose the bill.

14              And everything is becoming very demonic.

15   We're just asking for God's guidance on this and

16   pray that the Lord will see us through this.

17   Praise the Lord.  Thank you.

18              MR. GONZALEZ:  Madam Chair, Oracio

19   Gonzalez on behalf of California's Business

20   Roundtable, one of the early sponsors of

21   California's independent redistricting process.

22   We urge you to reject both bills and keep our

23   process free of politics.  Thank you.

24              MR. BURT:  Greg Burt with the California

25   Family Council, in opposition.
```

 1          Some people have already brought up the
 2   issue of transparency.  What was this I saw today
 3   out in the hallway was anything but transparent.
 4          I'm not sure if the Republicans know
 5   this, but while you were trying to get your
 6   amendments laid out, they were shutting your mic
 7   off, right?  So if you go back and listen to the
 8   recording, the mic was going off while you were
 9   talking.
10          How is that transparent, right?  You're
11   shutting people from just open conversation.
12   We're all talking about democracy.  Let's have an
13   open debate.
14          You are not doing that, right?  And then
15   you go out and have a secret conversation when
16   nobody saw what you decided.
17          CHAIR PELLERIN:  That is 30 seconds.
18   Thank you.
19          MR. BURT:  All right.
20          REVEREND DR. FRAZIER:  Hi.  Reverend
21   Dr. Angelo Frazier from Bakersfield, California.
22   I oppose the bill.
23          I'm a Christian.  I'm a Republican.  And
24   I just happen to be Black.  This is racism 101
25   all over again.



1              MS. BURRELL:  My name is Dina Burrell.

2    I'm from Tulare county, Visalia, California, and

3    I oppose this bill.

4              I am a Christian.  I'm not in any kind of

5    organization, but I'm an American citizen, and I

6    want my voice to be heard that I strongly oppose

7    this bill.  Thank you.

8              MS. BROKAW:  I'm Ruth Brokaw.  I'm from

9    Visalia, California.  I'm part of the pastoral

10   staff at Legacy Church.  I represent a lot of

11   people who, along with me, oppose this bill.

12             MR. BEITHER:  I'm Matt Beither.

13   Appreciate you taking the time.

14             I'm a native Californian, strongly oppose

15   the bill, and we'll go down fighting for kids'

16   voice and everything.  So appreciate you

17   listening to our voice.

18             MS. ANDERSON:  Hi.  I'm Tina Anderson.

19   I'm coming from Tulare county, Visalia,

20   California, representing Central California,

21   predominantly Republican.  And we oppose this

22   bill strongly.

23             MS. WEISAR:  My name is Patricia Weisar.

24   I'm from Tulare county.  I'm a first-generation

25   American.

1            I do not believe that my rights or my

2    nationality, my primary nationality, is affected

3    by redistricting, so I oppose the bill.

4            MS. AGUIRRE:  My name is Myrna Aguirre.

5    I'm here from Visalia, California, representing

6    Deep Rooted Church, and I stand strongly against

7    this bill.

8            MS. JIMENE:  My name is Mary Jimenez from

9    Visalia, California, Tulare county.  I am in the

10   pastoral ministry also, strong Christian

11   Republican, and I strongly oppose this bill.

12           MS. CAMARILLO:  Good afternoon.  My name

13   is Addie Camarillo from Visalia.  I'm just a

14   grandma.  But thank you so much for listening to

15   our voice.  Thank you very, very much.  And I do

16   oppose this bill.  Thank you.

17           MR. WILLIAMS:  My turn?  Okay.  My name

18   is Tim Williams -- I go by Tiki Tim -- from

19   Suisun, California.  You guys have probably heard

20   a lot about us, about the California ForNever,

21   you know, scam that's going on, right, you know?

22           But I heard about this meeting today and,

23   yeah, really disturbs me.  You guys could put my

24   children in jeopardy.  I'm a little upset.

```
 1              CHAIR PELLERIN:  That is 30 seconds.
 2   Thank you.
 3              MR. WILLIAMS:  I'm a little upset about
 4   this.
 5              CHAIR PELLERIN:  We hear you.  Thank you
 6   so much.
 7              Next speaker.
 8              MR. WILLIAMS:  That's all the time we
 9   get?
10              CHAIR PELLERIN:  Yeah.  Thirty seconds,
11   yes.
12              MR. WILLIAMS:  Remember, you're going to
13   get judged.
14              CHAIR PELLERIN:  Thank you so much.
15              MR. WILLIAMS:  You're going to get
16   judged.
17              CHAIR PELLERIN:  Thank you so much.
18              MR. WILLIAMS:  God is going to judge you.
19              CHAIR PELLERIN:  Thank you so much.
20              MR. WILLIAMS:  It's not a laughing
21   matter.
22              CHAIR PELLERIN:  I'm not laughing.
23              MR. WILLIAMS:  Yes, you are.
24              CHAIR PELLERIN:  Next speaker.
```

1          MS. MUNOZ:  Hi.  My name is Euphemia

2    Muñoz.  I was born and raised in Tulare,

3    California, and I strongly oppose this bill.

4          MR. MUNOZ:  Good morning.  My name is

5    Iani Munoz.  I was born and raised in Tulare,

6    California also.  I'm an Independent by choice.

7          My opinion on this whole redistricting

8    matter, just seems to me the old adage of monkey

9    see, monkey do.  And it's unfortunate that we

10   have to go in this direction simply to oppose

11   another state that's trying to do the same thing.

12   Which, in general, I believe they had the right

13   to do.

14          However, California has already done this

15   and now is simply throwing a monkey wrench into

16   something to try to do it also.  Thank you very

17   much.  I strongly oppose it.

18          MS. WOITALLA:  Hi.  My name is Ellen

19   Woitalla.  I am a citizen of Visalia, and I am

20   also an elected member of the Tulare County GOP.

21          I spent 30 years plus being an elementary

22   school teacher.  And one of the basic tenets of

23   education is learning to be fair.

1          This bill is not fair, so I stand before

2    you as a retired teacher saying, let's do better,

3    let's not redistrict, let's not gerrymander.

4          CHAIR PELLERIN:  That is 30 seconds.

5    Thank you.

6          MS. WOITALLA:  Yeah.  Thank you.

7          MS. VERDUGO:  Hi.  My name is Sandra

8    Verdugo.  I live in Visalia, California, Tulare

9    county, and I strongly oppose this bill on behalf

10   of myself and my family.  Thank you.

11         MS. BARAJAS:  Hi.  My name is Juventina

12   Barajas, known as Tina, born in Mexico, but a

13   U.S. citizen.  I oppose this bill.

14         We need to be fair and I believe it's

15   just going to cause more problems.  I oppose this

16   bill.

17         MS. VAUGHN:  Hi.  I'm Kirsty Vaughn.  I'm

18   at Visalia, California, and I oppose this bill.

19         MS. SNYDER:  My name is Valerie Snyder,

20   and I'm from Visalia, California, and I oppose

21   this bill.

22         MR. STAIB:  Hi.  I'm Troy Staib from

23   Exeter, California, and I oppose the waste of my

24   money, my tax dollars.

```
 1              They seem like they keep going because
 2   y'all keep taking more of them.  I'd like to have
 3   some of that back.  And wasting that money on
 4   doing these type -- this type of legislation is
 5   unacceptable to me.
 6              I'm opposed to it, obviously.  And I
 7   would like to see you guys focus on things that
 8   are more pertinent to our day-to-day activities,
 9   like reduce the cost of doing business in
10   California.
11              CHAIR PELLERIN:  That is 30 seconds.
12   Thank you.
13              MR. BRUMLEY:  My name is Tom Brumley, and
14   I'm here from Visalia, California.
15              I speak on behalf of the 30 -- 37 percent
16   of the GOP of California, and opposing this
17   legislation.  And I believe it's a waste of time.
18              And I don't understand how you guys can
19   be in favor or even see it manageable where
20   you're trying to get back at what Texas is doing.
21   Thank you.
22              CHAIR PELLERIN:  Next speaker.
23              MS. BRUMLEY:  Hi.  My name is Jessica
24   Brumley from Visalia, California, and I
```

```
 1  absolutely oppose this bill as there's way better
 2  ways to spend our tax dollars.  Thank you.
 3          MS. ESCOBEDO:  Ladies and gentlemen, my
 4  name is Judy Escobedo.  I'm from Visalia,
 5  California.  I'm here as a citizen of this state,
 6  and I would like to make sure that you understand
 7  that I vehemently oppose this bill.
 8          We chose, we voted for this bill.  We
 9  voted for this state to have a nonpartisan
10  commission so that we could pick our politicians,
11  not have our politicians pick our voters.  So I'm
12  hoping--
13          CHAIR PELLERIN:  That is 30 seconds.
14  Thank you.
15          MS. ESCOBEDO:  Thank you.
16          MS. SYLVIA ESCOBEDO:  Hi, ladies and
17  gentlemen.  My name is Sylvia Escobedo, and I'm
18  originally from Texas.  moved here back in '64.
19  and we stayed here because we love California.
20  But lately, I'm thinking I need to move back to
21  Texas.  Anyway, I greatly oppose this bill.
22          MS. SANTIAGO:  My name is Maria Santiago,
23  Visalia, California.  Strongly oppose the bill.
24  And I tell you right now, you think you're going
25  to get away with something, but don't forget you
```

1  do answer -- you will answer to God and God

2  Almighty.

3          Leave the children alone and leave our

4  money alone.  Use our money for the right things,

5  not your own desires.  Thank you.

6          MS. MORRIS:  Hi.  I'm Carmen Morris from

7  Tulare County, and I strongly oppose this bill.

8          MS. PIERCE:  Good morning.  Thank you for

9  hearing us today.

10          My name is Rachelle Pierce.  I'm from the

11  Visalia Republican Women.  I'm a former member of

12  the California PTA Board of Managers.  I'm a

13  retired military spouse, mother of three college

14  students, and a proud native Texan.  I oppose

15  this bill.

16          Your everyday constituent is confused

17  about where their district is, who their

18  representative is.  I've been working on the

19  ground.  People cannot tell me these things.  And

20  I think that redistricting would actually make it

21  even worse.  Thank you so much for hearing us

22  today.

23          CHAIR PELLERIN:  Thank you.

```
1              MS. BABB:  Hi.  My name is Gail Babb.
2   I'm from Visalia, California, and I strongly
3   oppose this bill.
4              MS. MORLAKE: I am Marla Morlake.  I was
5   bred and born in Southern California.  Moved to
6   Visalia about 20 years ago.  And I strongly
7   oppose this bill.
8              MS. ESCARSEGA:  My name is Edie
9   Escarsega.  I'm from Visalia, born and raised
10  there, Tulare County.  I'm representing all of
11  the Central Valley also.  Strongly oppose this
12  bill.
13             MR. GALVAN:  My name is Gilbert Galvan
14  from Visalia, California, Tulare County.  As the
15  famous words as Greta Thunberg, listen to me.
16  Listen to me.
17             How dare you.  How dare every one of you
18  guys for trying to pass this bill.  Shame on all
19  of you.  Shame, shame, shame.  I oppose this
20  bill.  Thank you.
21             MS. GALVAN:  Hi.  My name is Evelyn
22  Galvan.  I'm from Tulare, California, and I
23  oppose this bill strongly also.
```



1          MR. SHAFFER:  Jim Shaffer, native

2    Californian, Republican taxpayer, live in Taft,

3    California, and I strongly oppose this bill.

4          MS. DARLING:  Faith Darling, Bakersfield,

5    Kern County.

6          And I have been speaking with a lot of

7    Democrats that are -- I guess you call them

8    fence-riders.  And so many of them are very

9    confused as the rest of us.  And they are getting

10   help from a lot of us because they didn't sign up

11   for this either.

12         So just to let you know, you think you

13   have a lot of votes on your side and you really

14   don't.  I strongly oppose the redistricting.

15         MR. KAUFMAN:  Scott Kaufman, Howard

16   Jarvis Taxpayers Association.  We supported

17   independent redistricting on the ballot and we

18   will defend it when it's on the ballot.  We

19   oppose this measure.  Thank you.

20         MR. CHRISTENSEN:  Lance Christensen,

21   California Policy Center.  The one thing I love

22   about this place is we can actually have a debate

23   when it's allowed.

```
 1              When I started in this building 20 years
 2   ago, my boss said, I may not like the results or
 3   the outcome, but I appreciate the process.
 4              And what we've seen today is a show -- a
 5   circus and a show trial.  So I hope the people of
 6   California see through this.  And we oppose this
 7   redistricting effort.  Thank you.
 8              MS. RAMOS:  Good morning.  My name is
 9   Sandra Ramos.  I'm also from Visalia, California.
10   And I strongly oppose this bill because it's
11   wrong and should never have even come to this,
12   you know.
13              And also, because it's going to cost
14   taxpayer money.  Use the money on something good
15   and useful.  Don't waste your time on this.
16   Thank you.
17              MR. RAMOS:  Good morning and God bless
18   you all.  My name is Daniel Ramos from Legacy
19   Church, Visalia, California.  I'd like to say
20   that I strongly oppose this bill.
21              I strongly oppose the nonsense of the
22   leadership of Gavin Newsom and all the Democratic
23   leaders, that they have nothing good to do except
24   to drive people out of California because they
```

1  have no substance to them.  We need to have

2  common sense again in government, so I --

3          CHAIR PELLERIN:  That is 30 seconds.

4  Thank you.

5          MR. RAMOS: Thank you.

6          CHAIR PELLERIN:  Thank you.

7          MR. FRIEND:  Good morning, Madam Chair,

8  honorable Members.  Michael Friend, native

9  Californian.

10          I was always brought up to believe that

11  two wrongs do not make a right.  I strongly

12  oppose this bill and the blatant hypocrisy.  What

13  a joke.

14          MR. JOHNSON:  My name is Bernie Johnson.

15  I'm a resident here.  I'm born and raised here in

16  California.  And I oppose this bill.

17          MS. JACKSON:  My name is Jennifer

18  Jackson.  I'm from Burbank, California.  And I'm

19  here to speak for the 16,000 people that wrote

20  in, took their time to write comments.

21          And you don't have the time to look at

22  them and you won't put them in as part of this

23  meeting.  That's despicable.  I am strongly

24  opposed to this bill.  Thank you.

```
 1              MS. SANDOVAL:  Hello, I'm Lynn Sandoval
 2  from Hemet in Riverside County.  Strongly
 3  opposing this whole measure.
 4              This is my first time in Sacramento and
 5  observing what goes on here, and I also am really
 6  frustrated by seeing how you're silencing the
 7  voices.
 8              And it's a huge waste of money.  How do
 9  we have this kind of money to waste at a time
10  like this in California when so much is getting
11  cut?  Thank you.
12              MR. SANDOVAL:  Hi, Mr. Berman.
13              ASSEMBLY MEMBER BERMAN:  Good to see you.
14              MR. SANDOVAL:  Hello.  My name is Rudy
15  Sandoval, and I'm from Hemet, California, a
16  native Californian.
17              And I drove all the way from Hemet just
18  to see what a rig operation you guys run over
19  here in Sacramento, and I just want to thank you
20  for proving me right.  Thank you.  And I do
21  totally oppose this bill.
22              MR. KROLL:  Good morning.  My name is
23  David Kroll.  I am from San Diego, California.
24  And I strongly oppose this bill.
```

```
 1              And this is highly, highly unpopular.
 2   And you guys are actually doing us a favor, so
 3   thank you, because people are going to come out
 4   en masse against this.  Have a great day.  God
 5   bless.
 6              MS. KIRKENDALL:  Hi.  My name is Deborah
 7   Kirkendall.  I'm from Hilmar, Merced County.
 8              And I first want to thank you for this
 9   honor.  My dad and my husband, a disabled army
10   veteran -- sorry -- with brain damage because
11   they fought for our country, I get to come and
12   speak before you, and I thank you for that.
13   That's an honor.
14              But I want to tell you, my husband with
15   brain damage, he knows this is wrong, and I'm
16   here to say no for me and for him.  Thank you for
17   the honor to give my word.
18              MS. MINOR:  Bella Minor with Central
19   Valley Republican Party.  And I strongly oppose
20   this bill.  And shame on everyone who is a
21   support for this bill.
22              MS. LAU:  Hi.  I'm Catherine Lau from
23   Tracy, California in San Joaquin County, and I
24   represent Central Valley Impact Republicans, as
25   well as Jim Shoemaker for Congress.
```

```
 1              And as a native Californian, fourth
 2   generation, I am just appalled that you would
 3   take this opportunity to try to redistrict and
 4   not even -- in less than 24 hours, and not even
 5   read the bill.  It's really, truly appalling, and
 6   I'm really saddened to hear this.  And I strongly
 7   oppose this.
 8              CHAIR PELLERIN:  That's 30 seconds.
 9   Thank you.
10              MS. LAU:  Thank you.
11              MR. BONILLA:  Good evening, Committee.
12   My name is Max Bonilla.  I'm from Sacramento,
13   California.
14              I'm a taxpayer who would definitely love
15   to see our money going to better things.  Two
16   hundred and thirty million could definitely do
17   things like helping rebuild the Palisades, or
18   communities that have been impacted by recent
19   fire -- wildfires, but not this.
20              Not this political gerrymandering.  Not
21   this political posturing.  Not these ridiculous
22   talking points by Governor Gavin Newsom.  Thank
23   you very much.
24              DONNELLA:  My name is Donnella, and I
25   oppose.
```

```
 1            MR. GREGORY:  Good morning.  I'm Dennis
 2   Gregory.  I'm from Eastvale, here in California.
 3            And if you people weren't suffering so
 4   much from Trump derangement syndrome, you'd see
 5   the right thing and you'd understand what needs
 6   to be done in this state and this country.  Open
 7   your eyes before it's too late.
 8            MS. ANGELI:  Good morning.  Olivia Angeli
 9   from Elk Grove.  Strongly oppose this.
10            MS. PLENT:  Good afternoon.  My name is
11   Lena Plent from Chino Hills, California.  I
12   strongly oppose this bill.
13            MR. KNUTSEN:  Good morning.  Lars
14   Knutsen, El Dorado County.
15            There's no political solution to this
16   spiritual problem.  And I've been praying for
17   Gavin Newsom since he was the mayor.
18            And I'd encourage all of us to take a
19   look at our own hearts.  Be led by the true
20   spirit of the living God.  And I just ask God to
21   bless you.  May his wisdom flow, and tell the
22   devil to get out in Jesus' name.
23            MR. NIIMI:  My name is Riley Niimi.  I'm
24   from Temecula, California.
```

```
 1              And I want to tell you to oppose this
 2   because Republicans in California are already
 3   greatly underrepresented.  We only have nine
 4   congressional seats out of 52, which means we
 5   have less than 20 percent representation in
 6   Congress, although Republicans make up 40 percent
 7   of the State of California.  So thank you.
 8              MS. ALLERS:  Good morning.  I'm Priscilla
 9   Allers from Montrose, California in Los Angeles
10   county, and I strongly oppose this Bill.
11              MR. PANTOJA:  My name is Adan Pantoja
12   from Riverside, and I strongly oppose this Bill.
13              MS. SOPHIA PANTOJA:  My name is Sophia
14   Bell from -- my name is Sophia Pantoja from
15   Riverside.  California, and I strongly oppose
16   this Bill.
17              MS. CECILIA PANTOJA:  My name is Cecilia
18   Pantoja, and I strongly oppose this Bill.
19              MS. ANNETTE PANTOJA:  My name is Annette
20   Pantoja, and I'm from Riverside, and I strongly
21   oppose this Bill.
22              MR. JOHNSON:  My name is Timothy Johnson
23   from Fontana.  There is no wisdom and no
24   understanding and no counsel against the Lord.  I
25   strongly oppose this bill.
```



1              MR. SHOEMAKER:  I'm Jim Shoemaker, and

2    I'm a candidate for the 9th Congressional

3    District, so I do oppose this Bill.

4              I see that -- what's happening.  We need

5    to go back and let the Commission handle all

6    these things.  I'd appreciate you guys to vote

7    no.

8              MR. SCHULTZ:  Hello, Dave Schultz,

9    Bakersfield, California.  I oppose this bill.

10             I don't understand why we are so involved

11   that we have to redistrict our districts because

12   something that is happening halfway across the

13   country.

14             I oppose this bill.  I think we should

15   pay attention to what is really important to the

16   people of California.

17             CHAIR PELLERIN:  Okay.  Seeing no

18   witnesses in opposition, we'll bring it back to

19   the dais.

20             Members, any questions, comments?

21             Assembly Member Bennett.

22             ASSEMBLY MEMBER BENNETT:  Thank you very

23   much, Madam Chair.  I appreciate the indulgence.

24   I have nine points. I'm going to read them.  I'd

1  like to speak them all, but I want to make sure I
2  actually get this said properly.
3          And the first point is, the fundamental
4  question I think in front of us is who should
5  have control of the power, the vast power of the
6  federal government.
7          And our founding fathers agreed hundreds
8  of years ago on a special form of democracy
9  designed to protect our democracy from power
10 grabs.  They created the rules and norms for how
11 we compete for power.  That's the fundamental
12 problem that democracies are created to solve.
13         We could have it just be military might.
14 Whoever's strongest, they get the power.  Not in
15 the United States.  We created these rules, and
16 we're a rule of law, not men.  We have checks and
17 balances.  We have a free press.  And we created
18 all kinds of historical norms that kept us all
19 agreeing we would follow those rules rather than
20 go to war with each other over power.
21         Democracy requires many of these critical
22 components to work.  Not just one of them, but
23 all of these critical components need to work for
24 democracy to thrive.

```
 1              Autocrats around the world today have
 2    learned to grab power by weakening these
 3    democratic institutions, rules, and norms.
 4    Weakening democracy by attacking and ignoring
 5    those rules and norms by intimidation, by deceit,
 6    by militarization of our civilian life.  Those
 7    are all ways you weaken those norms that we have
 8    to have if we want to transfer power peacefully,
 9    and here in the United States.
10              Autocrats count on democratic advocates
11    to play by the old rules while they grab power
12    using their new rules.  And I want to repeat
13    that.  Autocrats count on democracy advocates to
14    play by the old rules while they grab power using
15    their new rules.
16              It's a false scenario to say we can win
17    simply by working harder, right?  While autocrats
18    grab power using their old rules.
19              A few decades ago, Russia was a
20    democracy.  Today, democratic advocates, no
21    matter how hard they work, have no chance of
22    voting Putin out of power.  He will kill off any
23    of the stronger opponents that he has.
24              Many of us prefer the old rules.  We
25    prefer the agreement we all had to play by those
```

1  rules, right?  But when autocrats change the

2  rules and the norms that we are using to decide

3  who has power, we can either fight back or we can

4  potentially permanently lose the ability ever to

5  fight back again in the future.

6          That is the question in front of us, in

7  spite of all kinds of other distractions we will

8  have.  What are the rules and norms for how we

9  transfer power?

10          This is an attempt to grab control of the

11  power of the House of Representatives with

12  redistricting and permanently potentially grab

13  that control.

14          That is too big of a risk for us to say,

15  well, we like doing it the other way.  We like

16  the more get along, everybody follow democratic

17  way.  We simply don't have that choice today.

18          I strongly support this bill.  I

19  appreciate the Speaker's leadership.  I

20  appreciate the Chair's leadership in bringing

21  this forward.  Thank you very much.

22          CHAIR PELLERIN:  Assembly Member Tangipa.

23          ASSEMBLY MEMBER TANGIPA:  Okay.  I hope

24  you bear with me because I spent a lot of time

25  trying to catch up, trying to read, trying to



1    inform myself as much as possible.  Because we've

2    had so little time, so little time that even the

3    presenters stated that they didn't even read the

4    bill.

5              And I would hope that the authors or --

6    don't hold -- or the other co-authors on this

7    bill, I hope they don't hold the same sentiment

8    that the people of California don't even deserve

9    a read on a bill.

10             I have a few technical questions,

11    actually.  And first and foremost, I do want to

12    say thank you to the opposition testimony.  I can

13    say this, what we've seen today is, I know I'm a

14    conservative, I know I'm a Republican, I know

15    that we have differences, but the maps that both

16    of you worked on, especially in the beginning,

17    too, did give representation.

18             Now, I can say that I did not vote on the

19    fair Commission mainly because I was 12 years old

20    at the time, but I respected it.  I truly

21    respected it.  And a lot of the work and the

22    deliberation -- because I was one of those kids

23    that was overly, overly into, you know, our

24    elected leaders.  And a big portion of that is

25    because I grew up right down the street from the

1   Capitol, you know, in one of the poorest

2   communities in the entire state of California.

3          And actually one of the roughest gang-

4   affiliated communities.  And it was those gang

5   members that actually protected me, paid for me

6   to get into this position.

7          And now I can proudly say, as the first

8   Polynesian individual ever elected to the State

9   of California, you know, t was done by an

10  Independent Redistricting Commission that

11  actually believed in the efficacy of what this

12  state can be.

13         And there's a lot that we've heard today

14  of testimony, you know, and we've seen a true

15  bipartisan coalition here just trying to protect

16  because California should lead the way.

17         When other states decide to do something

18  else, we shouldn't react to them.  We should

19  prove by example that we can do this better.

20  That we create the foundations for the rest of

21  the nation.  Because it's supposed to go, as

22  California goes, the nation.  That's -- we've

23  lost that.  And that's what we've seen and heard

24  today.

```
 1              I mean, we can't even read our own bill,
 2   but we'll decide to present it and vote on it,
 3   too.  That's insanity.  And that's heartbreaking
 4   to the rest of Californians.
 5              Because, again, I was one of those kids
 6   who just obsessed that the policymakers in this
 7   building actually cared about the people of
 8   California.
 9              But how can you say you actually care
10   about the people of California if you didn't even
11   read it, you know?  And that breaks my heart
12   because I spend so much time on this.  Because
13   I'll work myself to death trying, trying, trying
14   to make sure -- I didn't ask a question, but I
15   just wanted to make sure --
16              ASSEMBLY MEMBER BERMAN:  No.  But you're
17   misrepresenting what I said, Mr. Tangipa.  And
18   you're doing it over and over and over again.
19              ASSEMBLY MEMBER TANGIPA:  And simply --
20              ASSEMBLY MEMBER BERMAN:  And I will
21   correct the record when it's my time.
22              ASSEMBLY MEMBER TANGIPA:  I'm just
23   asking --
24              CHAIR PELLERIN:  Okay.  Assembly Member
25   Tangipa, let's let --
```

```
 1              ASSEMBLY MEMBER TANGIPA:  Yeah.
 2              CHAIR PELLERIN:  -- Assembly Member
 3   Berman speak.
 4              ASSEMBLY MEMBER TANGIPA:  But I was --
 5   no.
 6              CHAIR PELLERIN:  Tangipa, let's --
 7              ASSEMBLY MEMBER BERMAN:  Go ahead.  Just
 8   know that --
 9              ASSEMBLY MEMBER TANGIPA:   But I just
10   wasn't --
11              ASSEMBLY MEMBER BERMAN:  -- Tangipa is
12   absolutely misrepresenting what I said over and
13   over again.
14              ASSEMBLY MEMBER TANGIPA:   Okay.  Do you
15   want me to (inaudible)?
16              ASSEMBLY MEMBER BERMAN:  Which he needs
17   to do to try to justify his position on this
18   bill.
19              ASSEMBLY MEMBER TANGIPA:   I can.
20              ASSEMBLY MEMBER BERMAN:  And I understand
21   that.
22              ASSEMBLY MEMBER TANGIPA:   But you
23   stated --
24              ASSEMBLY MEMBER BERMAN:  Go ahead.
```

1            ASSEMBLY MEMBER TANGIPA:  -- you

2  supported it prior to seeing it.  Is that not

3  what you said verbatim?

4            ASSEMBLY MEMBER BERMAN:  What I said is

5  that there were discussions about the concept of

6  the bill and I absolutely support those concepts.

7            ASSEMBLY MEMBER TANGIPA:   Prior to

8  reading them, right?

9            ASSEMBLY MEMBER BERMAN:  The bill is five

10 pages long.  I'm sorry it took you so long to

11 read it.

12            ASSEMBLY MEMBER TANGIPA:   Okay.

13            ASSEMBLY MEMBER BERMAN:  I'm sorry

14 that --

15            ASSEMBLY MEMBER TANGIPA:  And I

16 understand.

17            ASSEMBLY MEMBER BERMAN:  -- yesterday

18 morning was too long --

19            ASSEMBLY MEMBER TANGIPA:  That's okay.

20            ASSEMBLY MEMBER BERMAN:  -- for you to be

21 able to read a five-page bill.

22            ASSEMBLY MEMBER TANGIPA:  That's all

23 right.

24            ASSEMBLY MEMBER BERMAN:  But we discuss

25 as legislators, right?



```
 1              ASSEMBLY MEMBER TANGIPA:  Yeah.  Uh-huh.
 2              ASSEMBLY MEMBER BERMAN:  We discuss
 3    concepts.  We discuss ideas.  We decide whether
 4    or not we're going to support things.
 5              ASSEMBLY MEMBER TANGIPA:  Well, because
 6    this bill is attached to so many --
 7              ASSEMBLY MEMBER TANGIPA:  So I don't
 8    understand why that's a new concept for you.
 9              ASSEMBLY MEMBER TANGIPA:  That's okay.
10              ASSEMBLY MEMBER BERMAN:  But I'm glad
11    that you took 36 hours to --
12              ASSEMBLY MEMBER TANGIPA:  Yeah.
13              ASSEMBLY MEMBER BERMAN:  -- read a five-
14    page bill.
15              ASSEMBLY MEMBER TANGIPA:  It does.
16              ASSEMBLY MEMBER BERMAN:  And --
17              ASSEMBLY MEMBER TANGIPA:  It does take me
18    time.
19              ASSEMBLY MEMBER BERMAN:  And I welcome a
20    debate.
21              ASSEMBLY MEMBER TANGIPA:  It does take me
22    time because I will take 36 hours to read a five-
23    page bill for 40 million people in this state
24    because they deserve it.  Because they deserve
25    it.
```

```
 1              ASSEMBLY MEMBER BERMAN:  It's five pages,
 2   Mr. Tangipa.
 3              ASSEMBLY MEMBER TANGIPA:  That's okay.
 4   And those five pages --
 5              CHAIR PELLERIN:  Okay.  We're not
 6   debating the length of the time it takes to read
 7   five pages.  Let's stick to the substance of the
 8   bill, please.
 9              ASSEMBLY MEMBER TANGIPA:  Exactly.  Thank
10   you, Madam Chair.  So, truly, I appreciate it
11   all.
12              Some of my technical questions, too.  The
13   lawyer that is here, so you have gone through the
14   bill, right?  You have read the language.  It
15   probably took you -- you got through it a lot
16   faster than I did, I assume.
17              Can I ask you who is -- and actually,
18   we're going to become really good friends.  I
19   hope you know that.  Because who is paying your
20   retainer?
21              ASSEMBLY MEMBER BERMAN:  Excuse me, Madam
22   Chair.  The Assembly Member seems to be making
23   veiled threats to my witness, which I don't
24   appreciate.  Well, I don't know why he's talking
```

1  about becoming really good friends.  Let's just
2  ask some questions and get some answers.
3          CHAIR PELLERIN:  If we could definitely
4  stick to just asking the questions --
5          ASSEMBLY MEMBER TANGIPA:  Yes.
6          CHAIR PELLERIN:  -- through the Chair.
7  Thank you.
8          ASSEMBLY MEMBER TANGIPA:  Well, because
9  he is here to answer the legal question --
10         ASSEMBLY MEMBER BERMAN:  Doesn't mean
11  he's going to be your friend.
12         ASSEMBLY MEMBER TANGIPA:  Okay.  That's
13  fine.
14         VICE CHAIR MACEDO:  Madam Chair, are we
15  just going to -- are we going to allow my
16  colleague to ask questions, or is this going to
17  be drawn out even longer?
18         ASSEMBLY MEMBER BERMAN:  But I just would
19  like to --
20         ASSEMBLY MEMBER BERMAN:  I don't know.
21  You did this (inaudible).
22         CHAIR PELLERIN:  It's kind of going back
23  and forth there.  Let's have one person speak at
24  a time.

```
 1              ASSEMBLY MEMBER TANGIPA:  Mr. Berman, I
 2   asked you to respect us to ask these questions.
 3              CHAIR PELLERIN:  Assembly Member Tangipa,
 4   please ask your question to the witness.
 5              ASSEMBLY MEMBER BERMAN:  As long as you
 6   don't make veiled threats to my witnesses, that's
 7   no problem at all.
 8              VICE CHAIR MACEDO:  A threat to
 9   (inaudible).
10              CHAIR PELLERIN:  Okay.  Let's just let a
11   Assembly Member Tangipa ask his question, please.
12              ASSEMBLY MEMBER TANGIPA:  Well, who is
13   funding the retainer for you to be here, and how
14   long have you seen the language in this bill?
15   When did you first get it and when did you start
16   seeing it?  Because I did not get it till
17   yesterday.  So how much time did you have to
18   review this?
19              ASSEMBLY MEMBER BERMAN:  Go ahead.
20              MR. SILVA:  Mr. Tangipa, I'm here to
21   answer technical questions about how the bill
22   works.  I'm not here to talk -- reveal attorney-
23   client privileged information about the
24   representation I provide, or anything that went
```

1   into the work product.  I can answer questions

2   about the face of the measure.

3             ASSEMBLY MEMBER TANGIPA:  Well, just for

4   me, since it takes me so long to read, I just

5   wanted to know how long you had to read it, and

6   if you as a representative --

7             CHAIR PELLERIN:  Let's stick to the

8   merits of the bill.  Let's ask questions about --

9             VICE CHAIR MACEDO:  Isn't there -- this

10  is back for comment.

11            CHAIR PELLERIN:  How long it takes

12  somebody to read a bill is not --

13            VICE CHAIR MACEDO:  (Inaudible) covered

14  by attorney-client privilege.

15            ASSEMBLY MEMBER BERMAN:  (Inaudible.)  We

16  consult with people before we introduce those

17  bills.

18            CHAIR PELLERIN:  Okay.

19            ASSEMBLY MEMBER BERMAN:  This isn't a

20  foreign concept.  This isn't a lack of

21  transparency.

22            ASSEMBLY MEMBER TANGIPA:  So you admitted

23  that --

24

1          CHAIR PELLERIN:  Assembly Member Tangipa,

2   if you have a question about the merits of the

3   bill, please ask it.

4          ASSEMBLY MEMBER TANGIPA:  Okay.  Then

5   we'll go into even more of the merits.

6          So under the new redistricting proposal,

7   in a lot of these -- and the main reason why I'm

8   asking for so much time is because the questions

9   that I prepped yesterday when I saw this all

10  changed because the maps changed at 8:00 p.m.

11  last night.

12         And I think that it's well within the

13  process to say like I should know -- the maps

14  changed at eight o'clock, at 8:00 p.m. last

15  night.

16         CHAIR PELLERIN:  The maps were released

17  on Friday, I believe, and they have not changed.

18         ASSEMBLY MEMBER TANGIPA:  They change per

19  the census tract.

20         Madam Chair, the fact that you don't know

21  that should cause worry to everybody.

22         ASSEMBLY MEMBER BERMAN:  Assembly Member

23  Tangipa --

```
 1              CHAIR PELLERIN:  I'm sorry.  I'm sorry.
 2   8:00 a.m. yesterday.  Sorry.  Sorry.  Not
 3   8:00 p.m.  8:00 a.m. yesterday.
 4              ASSEMBLY MEMBER TANGIPA:  They changed at
 5   8:00 p.m. last night.  There was a change at
 6   8:00 p.m.
 7              CHAIR PELLERIN:  My understanding, it was
 8   8:00 a.m.  But --
 9              ASSEMBLY MEMBER BERMAN:  I am eager to
10   hear your questions --
11              CHAIR PELLERIN:  What are your
12   questions --
13              ASSEMBLY MEMBER BERMAN:  -- in regards to
14   whatever changes there were to the maps.
15              CHAIR PELLERIN:  Regardless, what is your
16   question to the merits of the bill?
17              ASSEMBLY MEMBER TANGIPA:  Okay.  Well,
18   that Clovis would be split into three different
19   congressional districts.  Not anymore, because
20   the last change that I got as of 2 hours ago on
21   the new maps, now they are kept into one
22   district.
23              Can you explain the rationale for
24   splitting up Clovis residents, thus weakening
25   their voice?
```

1           ASSEMBLY MEMBER BERMAN:  I think that

2    would be a better question for the authors of the

3    bill that actually has to do with the maps.

4           ASSEMBLY MEMBER TANGIPA:  Well --

5           ASSEMBLY MEMBER BERMAN:  My bill has to

6    do with putting -- or the Speaker's bill --

7    constitutional amendment has to do with giving

8    voters the opportunity to have their voices heard

9    and whether or not we will have a special

10   election on November 4th.

11          So I am not prepared to speak to the

12   specific iterations of the maps, but I believe

13   somebody will be presenting that bill after this

14   ACA, who hopefully will be better prepared to

15   discuss individual line drawing of communities.

16          ASSEMBLY MEMBER TANGIPA:  Well, the maps

17   are pertinent to this ACA because they're all

18   synonymous.

19          ASSEMBLY MEMBER BERMAN:  But the ACA is

20   to give voters the voice and an opportunity to

21   have their voices heard on whether or not they

22   want to have a mid-decade redistricting.

23          ASSEMBLY MEMBER TANGIPA:  Can you speak

24   to the cost of the ACA and how much it's going to

25   cost the taxpayers of California, then?

1           ASSEMBLY MEMBER BERMAN:  About the same

2  as the recall --

3           ASSEMBLY MEMBER TANGIPA:  How much is

4  that?

5           ASSEMBLY MEMBER BERMAN:  -- that

6  Republicans put forward.

7           ASSEMBLY MEMBER TANGIPA:  How much is

8  that?

9           ASSEMBLY MEMBER BERMAN:  I believe

10 it's --

11          ASSEMBLY MEMBER TANGIPA:  Well, but that

12 recall was done by the citizens' initiative.  It

13 wasn't done by this body.  Fundamentally

14 (inaudible).

15          ASSEMBLY MEMBER BERMAN:  But the answer

16 remains the same, that it's the same cost.  Your

17 question was what's the cost, and I said it's the

18 same as the recall.  Doesn't matter who put it on

19 the ballot.

20          ASSEMBLY MEMBER TANGIPA:  But how could

21 you say its the same as the recall --

22          ASSEMBLY MEMBER BERMAN:  (Inaudible)

23 answer.

24          ASSEMBLY MEMBER TANGIPA:  -- since

25 2021 -- or 2021 to where we're at now, we've seen

```
1   40 percent inflation rates.  So is it 40 percent

2   more with the tariffs?

3              ASSEMBLY MEMBER BERMAN:  Well, I mean,

4   with the tariffs that Trump just put into effect,

5   it's probably more than 40 percent inflation

6   rates.

7              But I believe the cost of the special

8   election is --

9              ASSEMBLY MEMBER TANGIPA:  Mr. Berman, I'd

10  ask you to speak the merits --

11             ASSEMBLY MEMBER BERMAN:  -- approximately

12  $200 million.

13             ASSEMBLY MEMBER TANGIPA:  -- of the

14  question that I asked.  Just how much does it

15  cost?

16             ASSEMBLY MEMBER BERMAN:  (Inaudible.)

17             CHAIR PELLERIN:  Mr.  Tangipa, excuse me.

18  Could you just let him answer the question?  He's

19  doing so.  Just close your mouth, open your ears,

20  listen to him for a second.

21             ASSEMBLY MEMBER BERMAN:  Did you

22  (inaudible)?  I just said I believe it's

23  approximately $200 million.
```

```
 1              CHAIR PELLERIN:  We all need to listen to

 2  each other.  So when someone else is speaking,

 3  let's have one speaker at a time.

 4              ASSEMBLY MEMBER TANGIPA:  So why do I

 5  have to close my mouth when somebody else

 6  interrupts me?

 7              CHAIR PELLERIN:  I'm just saying -- no.

 8  I'm saying it to both of you.

 9              ASSEMBLY MEMBER TANGIPA:  Do you not find

10  that --

11              CHAIR PELLERIN:  I'm going to say that to

12  both of you.  I'm going to say that to both of

13  you.  Please refrain from speaking when the other

14  person is speaking.

15              ASSEMBLY MEMBER BERMAN:  Thank you, Madam

16  Chair.

17              ASSEMBLY MEMBER TANGIPA:  Ask the

18  question.

19              ASSEMBLY MEMBER BERMAN:  How much does

20  this cost?

21              ASSEMBLY MEMBER TANGIPA:  Is there a

22  actual fiscal analysis on how much this will cost

23  the State of California in its current 2025-2026

24  cost.  Not to the 2021.  You can't -- it doesn't

25  make sense.
```

```
 1              ASSEMBLY MEMBER BERMAN:  Well, I think
 2   the recall was approximately $200 million, so
 3   this will be over $200 million.
 4              ASSEMBLY MEMBER TANGIPA:  Okay.
 5              ASSEMBLY MEMBER BERMAN:  I think
 6   somewhere between 200 and $250 million.
 7              ASSEMBLY MEMBER TANGIPA:  Okay.  And so
 8   with a rolling and looming $20 billion deficit
 9   predicted by the LAO all the way until 2028, you
10   believe that it's within the right that the State
11   of California and this legislative body, not the
12   people who put it on the initiative -- when it
13   came to the recall election, that was done
14   through a citizens' initiative.  Nobody here did
15   that.
16              This is being done by us, the legislators
17   here.  Hang on.
18              ASSEMBLY MEMBER BERMAN:  By all means,
19   please.
20              ASSEMBLY MEMBER TANGIPA:  So --
21              ASSEMBLY MEMBER BERMAN:  I'll let you
22   pontificate as long as you want.
23              ASSEMBLY MEMBER TANGIPA:  Yeah.  Thank
24   you.  I appreciate that.
```

```
 1              Is, do you believe that that 200 -- and
 2   we can adjust cost for inflation -- $300 million
 3   is what a state in a massive deficit and a
 4   rolling deficit year over year predicted by the
 5   LAO is what this state should be spending money
 6   on?
 7              ASSEMBLY MEMBER BERMAN:  Can I answer?
 8              ASSEMBLY MEMBER TANGIPA:  Yes, sir.
 9              ASSEMBLY MEMBER BERMAN:  Thank you,
10   Mr. Tangipa.
11              ASSEMBLY MEMBER TANGIPA:  Thank you.
12              ASSEMBLY MEMBER BERMAN:  So, absolutely.
13   And the reason for that is because the damage
14   that this Republican Congress has done to the
15   State of California makes $250 million looks like
16   couch cushion change.
17              One of my communities that I represent,
18   Santa Clara county, is going to voters -- to the
19   ballot to try to recoup some of the over
20   $1 billion, over $1 billion just to the County of
21   Santa Clara, to their health system because of
22   Trump's big, beautiful bill and the decimation
23   that that is having that all nine Republican
24   Members of California's congressional delegation
25   voted on like a bunch of feckless followers.
```



1              No matter the damage that is doing to

2      their communities, the billions of dollars that

3      the Republican Congress is taking away, and the

4      cost that that's having for Californians and

5      California taxpayers.

6              And so that's just Santa Clara county,

7      two million people, and it's over a $1 billion

8      hit that their healthcare system is taking that

9      the poorest residents of Santa Clara county rely

10     on just to get their basic healthcare.  Over

11     $1 billion.  Imagine the cost that this

12     Republican Congress is costing the entire State

13     of California.

14             So do I think that we should spend

15     $200 million for the opportunity to avoid

16     billions of dollars in Republican hits to our

17     budget?  I absolutely do.  And I'm curious to see

18     if voters will agree with me.

19             ASSEMBLY MEMBER TANGIPA:

20             ASSEMBLY MEMBER BERMAN:  Thank you.

21             ASSEMBLY MEMBER TANGIPA:  The biggest

22     thing that I'm looking at -- and, again, we've

23     had very, very little time, very little time.

24             The question for the Members that were on

25     the Citizens Redistricting Commission, how much

1  time on average did you spend when it comes to

2  developing maps?

3            MS. RAYA:  Well, we were the first

4  Commission.  And because the Voters Act for

5  Congress -- voted First Act for Congress passed

6  pretty late, we got the congressional map along

7  with the state legislative maps, and then we had

8  to do it one month earlier.  So I think in total

9  we had seven-and-a-half months.

10            ASSEMBLY MEMBER TANGIPA:  Seven-and-a-

11  half months.

12            MS. RAYA:  Yeah.  Which we worked pretty,

13  pretty long hours to meet the deadlines.

14            ASSEMBLY MEMBER TANGIPA:  How many

15  meetings do you think you can estimate around?

16            MS. RAYA:  We had about a hundred

17  meetings.  Some of them were dedicated public

18  input hearings and some of them were business

19  meetings.  We always had public input available

20  at those meetings.

21            ASSEMBLY MEMBER TANGIPA:  Thank you.  And

22  how many hours do you think?

23            MS. DYE:  It would be the same.

24            ASSEMBLY MEMBER TANGIPA:  Yeah.

25            MS. RAYA:  Yeah.

1            MS. DYE:  The Commission was very

2    diligent in all Members participating to the

3    fullest.

4            ASSEMBLY MEMBER TANGIPA:  What do you

5    think were some of the best protections that the

6    independent redistricting, you know, really

7    implemented, you know, some of the rules and

8    stipulations?  Can you go over that?

9            Because when -- you know, I just have

10   very, very large, very large worries, especially

11   with this ACA, that not only does it open us up

12   for litigation just simply in the way that it's

13   written, but that we're going to do this and

14   then -- you know, some of us believe that we

15   should spend hundreds of millions of dollars for

16   something that will be sued and will be

17   challenged, or could be implemented, and then --

18   I mean, we don't even, it won't even work by

19   getting this onto the ballot.

20           And the big reason why I say that is

21   because when it states here that redistricting in

22   all the other states, so there's a portion of the

23   bill that talks about that this won't kick into

24   effect unless Texas, Florida and all the other

25   states, you know, don't redistrict unless court

1  ordered.  Unless court ordered.  That's in the

2  bill.

3           Texas on the 7th of July got a DOJ

4  notice, stated that they had a -- they had to do

5  something different.  So if they eventually get a

6  court order, and we come back to this, we're

7  going to do this ACA and it's not even going to

8  be able to be implemented because the rules and

9  stipulations under this ACA change that.

10           So the protections under the Independent

11  Redistricting Commission, can you speak to the

12  merits of that?

13           MS. DYE:  So when we talk about the CRC,

14  we talk about its independence, its transparency

15  and the fact that it's community centered.  So

16  the independence is that it's a multipartisan

17  Commission consisting of five Democrats, five

18  Republicans and four Independents.

19           And as you may have heard me mention, we

20  rotated the chair and the vice chair, so that

21  every meeting we switched it up so that no party

22  was in control at any time.

23           For transparency, everything we did was

24  in the light of day.  We drew lines in real time

25  when we could, especially during the refinement

```
 1  period.  Every map that we asked -- we directed
 2  our line drawing consultants to create was
 3  immediately shared with the public.
 4          People were allowed to comment as these
 5  maps are being presented, and we would receive
 6  that input and put it in the public input file.
 7          The current Commission, by the way, has a
 8  very nice dashboard showing all of the public
 9  comment they got and interactive.  Wish we had
10  that technology back in 2011.
11          And then, finally, that it's a very
12  community centered process.  So the fact that we
13  had a hundred meetings that anyone could come and
14  testify, or they could email.  We were getting,
15  you know, tweets at the time, and, you know,
16  letters, hand-drawn maps, all kinds of different
17  public testimony that we all worked really hard
18  to read.
19          We had over, I think, 22,000 public
20  comments in our cycle.  I think the current
21  Commission had about 35,000 public comments,
22  thanks to new technology.  So that was a very
23  critical part, was this collaboration and
24  interaction with the public.
```



1          ASSEMBLY MEMBER TANGIPA:  Yeah.  I spent

2   a lot of time just listening into these

3   commissions, and I could tell you that I truly,

4   truly thank you for the sacrifice that you made

5   to sit on there.  Because, I mean, I did it from

6   a phone and I got to listen because I cared about

7   my community.  This is before any political

8   aspirations, any, any goals, just to listen into

9   the Commission.

10          And it's something that I can say, you

11  know, as they drew the maps in real time, that's

12  a process, right?  That the maps have to be drawn

13  in public view and you can see the lines.  That's

14  part of the Redistricting Commission, right?

15          MS. DYE:  Yeah.  Just to be clear, the

16  initial maps, you know, we would give direction

17  in public to our line drawing consultants because

18  took a lot of computer crunching.

19          ASSEMBLY MEMBER TANGIPA:  Uh-huh.

20          MS. DYE:  And they would come back and

21  present them to make sure it was consistent with

22  our direction.  And those were available for the

23  public to view and comment on.

1         And when they were official draft maps,

2    they had to be posted for 14 days with no

3    changes.

4         ASSEMBLY MEMBER TANGIPA:  One of the

5    coolest things that I got to see is like which

6    communities would come out, and they'd all say,

7    keep us together and do all this.  And just to

8    see like the people of California really to just

9    say, like, have a vested interest.

10        CHAIR PELLERIN:  Yeah.  I think there's

11   no doubt that we support the work of the

12   Independent Redistricting Commission.

13        But if we could bring the conversation

14   back to the merits of the bill, that would be

15   great.

16        ASSEMBLY MEMBER TANGIPA:  Could you

17   continue on some of the transparency portions of

18   that and how the transparency is different

19   compared to the bill that we're seeing today?

20        MS. DYE:  Well, so live map drawing,

21   interactive map drawing, we were not allowed to

22   discuss redistricting matters outside of a public

23   meeting, so commissioners were barred from

24   discussing anything not in public.

```
 1              CHAIR PELLERIN:  And I'd like to bring in
 2   a Assembly Member Bennett.  You have a question?
 3              ASSEMBLY MEMBER BENNETT:  Yeah, I just
 4   have a question, and that is that, you know, when
 5   you watch committees at the national level, and
 6   oftentimes committees have some kind of time
 7   limit on each member in terms of the amount of
 8   time they get to talk, or else literally we could
 9   keep going and asking more questions about
10   transparency and more questions about
11   transparency.
12              I'm just raising the question.  I would
13   propose that this issue may be one of those ones
14   where we need to have some kind of time limit.  I
15   want it to be fair, want everybody to have -- but
16   there's -- it is appropriate for legislative
17   bodies to at some point in time identify so a
18   Member can focus on their most important
19   questions before their time limit is up.
20              CHAIR PELLERIN:  Absolutely.  We're
21   trying to bring the conversation back to the
22   merits of the bill.
23              There's no doubt that we honor and
24   appreciate the work that you've done for our
25   state, but these are very uncertain and different
```

1  times now, and we're no longer governing in a
2  democracy.  So we are having to move quickly in
3  order to meet the timelines of doing this work
4  and giving the voters an opportunity to vote on
5  whether they support these maps or not.
6              Does any other Member have a question on
7  the content of the bill?
8              ASSEMBLY MEMBER TANGIPA:  But, Madam
9  Chair, I'm not done yet.
10             CHAIR PELLERIN:  Okay.  Okay.
11             ASSEMBLY MEMBER TANGIPA:  And so I
12  know --
13             CHAIR PELLERIN:  What is your question
14  about the merits of the bill?
15             ASSEMBLY MEMBER TANGIPA:  Yeah, yeah.
16  It's mainly I'm just trying to highlight the
17  transparency differences between the ACA and
18  that, so -- and I think it's --
19             CHAIR PELLERIN:  Let's focus on the
20  merits of this bill, on what's being proposed
21  today.
22             ASSEMBLY MEMBER TANGIPA:  Is a comparison
23  to the current iteration of what we do now to
24  what we're trying to do not to the merits of this
25  bill?  Is that what you're saying?

```
 1              CHAIR PELLERIN:  I think you've made your
 2   point on that.  And if we can ask any other
 3   questions about ACA 8, please do so.
 4              ASSEMBLY MEMBER TANGIPA:  And I
 5   completely agree, and I understand.  And, you
 6   know, I mean, I just tried to get a time limit on
 7   me for something that we just heard had thousands
 8   of hours of negotiation, thousands and thousands
 9   and thousands of hours, and community meetings,
10   hundreds of meetings.  And now I'm being
11   attempted to stop with 20 minutes of questioning.
12              CHAIR PELLERIN:  I'm just --
13              ASSEMBLY MEMBER TANGIPA:  Does that not
14   worry us?
15              ASSEMBLY MEMBER BENNETT:  Madam Chair --
16              ASSEMBLY MEMBER TANGIPA:  But when it
17   comes to the transparency --
18              CHAIR PELLERIN:  Excuse me.
19              Assembly Member Bennett.
20              ASSEMBLY MEMBER BENNETT:  It is always
21   appropriate for the Chair to identify when an
22   appropriate time limit has come.  That's normal
23   procedure.  So, yes, at some point in time.  I'm
24   not saying it's 20 minutes.  It's up to the
25   Chair.
```

```
 1              But the issue should be how much time is
 2  too much time for anybody to take to dominate so
 3  that we can go on and do the legislative
 4  business.
 5              ASSEMBLY MEMBER TANGIPA:  Yeah.
 6              ASSEMBLY MEMBER BENNETT:  So that
 7  somebody doesn't abuse this privilege that we all
 8  have to speak here.
 9              CHAIR PELLERIN:  Yes.  We have a lot of
10  work to do and we want to keep the questions to
11  the content and merits of the bill.
12              ASSEMBLY MEMBER TANGIPA:  Okay.  Well,
13  then I will continue, hopefully, Mr.  Berman.
14              ASSEMBLY MEMBER BERMAN:  It's up to the
15  Chair.
16              CHAIR PELLERIN:  Do you have another
17  question?
18              ASSEMBLY MEMBER TANGIPA:  I do.
19              ASSEMBLY MEMBER BERMAN:  Oh, perfect.
20              CHAIR PELLERIN:  Okay.
21              ASSEMBLY MEMBER TANGIPA:  Under the new
22  redistricting proposal, Fresno would be split
23  into four different congressional districts.  How
24  does that benefit the City of Fresno?
```

1          CHAIR PELLERIN:  Okay.  Again, we're not

2    doing the content of the districts.  This is

3    about the ACA 8.  That is, putting the measure

4    before the voters to do a constitutional

5    amendment.  That is what we're talking about

6    here.

7          ASSEMBLY MEMBER TANGIPA:  ACA 8 is --

8          ASSEMBLY MEMBER BERMAN:  (Inaudible) the

9    other bill is going to be presented.

10          ASSEMBLY MEMBER TANGIPA:  The contents of

11    the bill in ACA 8, it states AB 604 and the maps.

12          CHAIR PELLERIN:  Uh-huh.

13          ASSEMBLY MEMBER TANGIPA:  How is that not

14    pertinent to this?

15          CHAIR PELLERIN:  Because I think we need

16    to be speaking to the author of that bill as far

17    as the map and the lines and what they're doing.

18          ASSEMBLY MEMBER TANGIPA:  There's a

19    direct line between what can be done.  So if --

20          ASSEMBLY MEMBER BENNETT:  Sorry.  I guess

21    I was just --

22          ASSEMBLY MEMBER TANGIPA:  -- if AB 604

23    doesn't pass, then ACA 8 no longer moves forward.

24    Because it can't, because it's written into the

25    legislation.  I'm trying to understand.

```
 1            CHAIR PELLERIN:  Let's see if Assembly
 2   Member Berman has a response.
 3            ASSEMBLY MEMBER BERMAN:  I'll defer to
 4   the authors of that bill when they present that
 5   bill in front of this Committee, I'm guessing
 6   around midnight, to give an opportunity to
 7   discuss the specific line drawing of different
 8   communities, like I mentioned about half an hour
 9   ago.
10            ASSEMBLY MEMBER TANGIPA:  Okay.
11            CHAIR PELLERIN:  Thank you.
12            ASSEMBLY MEMBER TANGIPA:  So when will
13   the public comments be released to the Members of
14   the Committee and -- okay.
15            ASSEMBLY MEMBER BERMAN:  I'm sorry?
16            ASSEMBLY MEMBER TANGIPA:  When will the
17   public comments be released to the members of the
18   public?
19            ASSEMBLY MEMBER BERMAN:  That's not a
20   question for me.  That's up to the chair of the
21   Committee, so ...
22            CHAIR PELLERIN:  We're following the
23   typical procedures for comments, and those will
24   be -- they're not -- they're public to our
```

1  Members, and then they will be made public after

2  the bill is processed.

3            ASSEMBLY MEMBER TANGIPA:  Okay.  How are

4  we supposed to vote on this, like when we haven't

5  even seen those public comments?

6            ASSEMBLY MEMBER BERMAN:  Well, you have

7  the five-page bill in front of you, and so I

8  think the -- what you are voting on is the bill.

9  It is not the public comments.

10            ASSEMBLY MEMBER TANGIPA:  So on that

11  five-page bill it states AB 604 and SB 280.

12            Okay.  Yeah.  It took me a little while

13  because.  Those are longer than this one.  It is.

14  Yeah.

15            ASSEMBLY MEMBER TANGIPA:  So on that

16  five-page bill it states AB 604 and SB 280.

17  Those bills are hundreds of pages long.  Since

18  they're attached to each other, have you read

19  those?

20            ASSEMBLY MEMBER BERMAN:  I have not read

21  every page of those bills.

22            ASSEMBLY MEMBER TANGIPA:  Okay.

23            ASSEMBLY MEMBER BERMAN:  Yeah.

24            ASSEMBLY MEMBER TANGIPA:  It took me a

25  little while because --

1          ASSEMBLY MEMBER BERMAN:  I bet.  Those

2  are longer than this one.

3          ASSEMBLY MEMBER TANGIPA:  It is.

4          ASSEMBLY MEMBER BERMAN:  Yeah.

5          ASSEMBLY MEMBER TANGIPA:  So, you know,

6  I'm just -- since they're attached to each

7  other --

8          ASSEMBLY MEMBER BERMAN:  Yeah.

9          ASSEMBLY MEMBER TANGIPA:  -- they cannot

10  pass without the other one not passing.  I really

11  do think the merits of one or the other are very

12  important to that.

13          ASSEMBLY MEMBER BERMAN:  Uh-huh.

14          ASSEMBLY MEMBER TANGIPA:  And so is it

15  possible that these maps are struck down in

16  court, and we're about to spend hundreds of

17  millions of dollars because of the way that we've

18  done this with such urgency?

19          ASSEMBLY MEMBER BERMAN:  I'm not prepared

20  to predict what the courts might do.

21          ASSEMBLY MEMBER BENNETT:  Point of order.

22  Point of order.

23          CHAIR PELLERIN:  Okay.  Yes.

```
 1              ASSEMBLY MEMBER BENNETT:  Could I make a
 2   motion that every Member's time speaking here is
 3   limited to 25 minutes?
 4                   (Pause on the record.)
 5              CHAIR PELLERIN:  I'm trying to provide
 6   opportunity for people to speak to the measures
 7   and ask the questions that they have.
 8              I know this is a very fast-moving
 9   process.  I've already explained the reason why
10   we are moving quickly on this issue.  And I don't
11   want people to be abusing this opportunity to ask
12   pertinent questions related to the bills.
13              So give me one second here.
14                   (Pause on the record.)
15              CHAIR PELLERIN:  So I believe the
16   questions you've asked so far have been answered.
17   Do you have additional questions?
18              ASSEMBLY MEMBER TANGIPA:  Yes, ma'am.
19              CHAIR PELLERIN:  You may go ahead and ask
20   another one.
21              ASSEMBLY MEMBER TANGIPA:  Thank you.
22              Is there a work into the bill with the
23   fiscal cost of legal challenges?
24              ASSEMBLY MEMBER BERMAN:  I'm sorry, say
25   that one more time.
```



1          ASSEMBLY MEMBER TANGIPA:  Is there a work

2  into the bill for legal challenges that are --

3  that I presume are going to show up left and

4  right?

5          ASSEMBLY MEMBER BERMAN:  Is there work in

6  the bill?

7          ASSEMBLY MEMBER TANGIPA:  Is there a --

8  when lawsuits --

9          ASSEMBLY MEMBER BERMAN:  Happen.

10         ASSEMBLY MEMBER TANGIPA:  -- happen --

11         ASSEMBLY MEMBER BERMAN:  Yeah.

12         ASSEMBLY MEMBER TANGIPA:  -- do we

13  have -- are we prepared for that with this ACA?

14         ASSEMBLY MEMBER BERMAN:  We have a very

15  robust Department of Justice that is prepared to

16  defend new laws that are passed by the

17  Legislature, yes.

18         ASSEMBLY MEMBER TANGIPA:  The way that

19  the districts are drawn, you know, it really

20  worries me that it makes it possible for us to

21  not just spend the $300 million to get this onto

22  the ballot, but then to open up our communities

23  and the State of California into more litigation.

1          So when the lawsuits happen at the local

2    county level as well, because they're split up,

3    who's going to pay for that?

4          ASSEMBLY MEMBER BERMAN:  Well, actually,

5    a big distinction between these maps that were

6    drawn in California and the maps that are

7    currently being passed by the State of Texas, for

8    example, are California's maps strictly abide by

9    the Federal Voting Rights Act, which the Texas

10   maps don't.

11         And so we've actually put ourselves in a

12   very good position to defend the maps that have

13   been drawn because the Voting Rights Act and the

14   principles of the Voting Rights Act were taken

15   into very high consideration when those maps were

16   drawn.

17         ASSEMBLY MEMBER TANGIPA:  Well, that's

18   interesting.  The statement that you made is that

19   Texas did not follow that.

20         ASSEMBLY MEMBER BERMAN:  Correct.

21         ASSEMBLY MEMBER TANGIPA:  Okay.

22         ASSEMBLY MEMBER BERMAN:  It's bad.

23         ASSEMBLY MEMBER TANGIPA:  So does that

24   mean that Texas has to redraw?



1            ASSEMBLY MEMBER BERMAN:  It depends on

2   what the courts do.  I'm not a judge.

3            ASSEMBLY MEMBER TANGIPA:  Okay.

4            CHAIR PELLERIN:  Again, can we bring the

5   conversation back to the merits of ACA 8?

6            ASSEMBLY MEMBER TANGIPA:  This bill is

7   written specifically triggering if Texas

8   redistricts.

9            CHAIR PELLERIN:  Right.

10            ASSEMBLY MEMBER TANGIPA:  So it's in the

11   bill.  The name Texas is in the bill.

12            ASSEMBLY MEMBER BERMAN:  So is the

13   question if Texas -- if Texas's maps are thrown

14   out, would this move forward?  Is that your

15   question?

16            ASSEMBLY MEMBER TANGIPA:  Well, maybe I

17   can ask -- I can ask your legal --

18            ASSEMBLY MEMBER BERMAN:  I'll go ahead

19   and ask.

20            ASSEMBLY MEMBER TANGIPA:  -- legal

21   counsel anyway.

22            ASSEMBLY MEMBER BERMAN:  But -- so the

23   question is, if -- just so I understand the

24   question --

25            ASSEMBLY MEMBER TANGIPA:  Uh-huh.

1              ASSEMBLY MEMBER BERMAN:  -- if Texas's

2   maps are determined to be unconstitutional by the

3   courts --

4              ASSEMBLY MEMBER TANGIPA:  Uh-huh.

5              ASSEMBLY MEMBER BERMAN:  -- then would

6   California -- would that trigger, actually

7   trigger for the ACA?  I think that's the

8   question.

9              ASSEMBLY MEMBER TANGIPA:  Well, it

10  actually states if they get a court order, it

11  doesn't trigger it.

12             ASSEMBLY MEMBER BERMAN:  Well, that -- so

13  that was put in there, I believe, in regards to

14  some other states.  Maybe Ohio, is it --

15             ASSEMBLY MEMBER TANGIPA:  Yeah.

16             ASSEMBLY MEMBER BERMAN:  -- that --

17             ASSEMBLY MEMBER TANGIPA:  Florida.

18             ASSEMBLY MEMBER BERMAN:  -- has --

19             ASSEMBLY MEMBER TANGIPA:  Yeah, Florida.

20             ASSEMBLY MEMBER BERMAN:  -- has some

21  different situations.

22             For Texas, that's the Legislature.

23  There's no court.

24             And I know you alluded earlier to the

25  federal Department of Justice.  They're not a

```
 1   court, even though I know Trump wants them to be.
 2   And so that is not -- actually, when the DOJ
 3   sends a letter to Texas, that's not a court
 4   order.
 5           But if -- I believe your question is, if
 6   the Texas maps are thrown out by the courts,
 7   would California -- and no other state has passed
 8   a partisan gerrymander --
 9           ASSEMBLY MEMBER TANGIPA:  Yeah.
10           ASSEMBLY MEMBER BERMAN:  -- would
11   Texas -- would Californians move forward?  Am I
12   understanding just the crux of the question?
13           ASSEMBLY MEMBER TANGIPA:  Yes.
14           ASSEMBLY MEMBER BERMAN:  Great.
15           Do you have thoughts on that?
16           MR. SILVA:  The way the -- as you point
17   out, the way that the trigger works in the
18   measure is that it's only triggered if -- or it
19   would not be triggered if another state,
20   including Texas, is forced to redistrict -- is
21   required to redistrict by a federal court order,
22   so that's correct.
23           ASSEMBLY MEMBER TANGIPA:  So Texas
24   decided to stop and then they got a court order.
25   We would put this on the ballot, spend
```

1  300 millions of dollars, and then we couldn't

2  even redistrict because of that work in, right?

3            ASSEMBLY MEMBER BERMAN:  Assembly Member,

4  I agree with you that I wish Texas wasn't doing

5  this.  And, you know, this was not on my bingo

6  card a month ago when we broke for summer recess.

7            But, unfortunately, under the edict of

8  President Trump, Texas Republicans are rushing

9  through --

10           ASSEMBLY MEMBER TANGIPA:  That's not

11 accurate.

12           ASSEMBLY MEMBER BERMAN:  -- a partisan

13 redistricting in --

14           ASSEMBLY MEMBER TANGIPA:  I think there

15 was a lawsuit, Petteway v. --

16           ASSEMBLY MEMBER BERMAN:  -- in Texas.

17           ASSEMBLY MEMBER TANGIPA:  -- Galveston

18 County --

19           ASSEMBLY MEMBER BERMAN:  I mean, I just

20 ask for the same common courtesy --

21           ASSEMBLY MEMBER TANGIPA:  Yeah.

22           ASSEMBLY MEMBER BERMAN:  -- that you

23 demanded.  Thank you, sir.

24           ASSEMBLY MEMBER TANGIPA:  But there was

25 a -- there was a --

1          ASSEMBLY MEMBER BERMAN:  And so -- I'm
2    sorry.
3          CHAIR PELLERIN:  Again, one person, one
4    person at a --
5          ASSEMBLY MEMBER BERMAN:  Madam Chair.
6          CHAIR PELLERIN:  One person at a time,
7    please.  Thank you.
8          ASSEMBLY MEMBER BERMAN:  And so when
9    Texas -- when Trump demanded -- I'm sorry, let me
10   get this straight.
11         When Trump said out loud that he was
12   entitled, entitled to five additional Republican
13   congressional districts in Texas -- which, for
14   the record, is an insane thing for any President
15   of the United States to think, let alone say out
16   loud.
17         But when he said that he was entitled to
18   five more Republican congressional districts in
19   Texas, and all the Texas legislators immediately
20   lined up to do whatever Trump wanted, that forced
21   us to put this together.  Not because we want to,
22   but because we have to.
23         And that's why the trigger language is
24   in, and that's why the trigger language is in the
25   constitutional amendment that says if Texas backs

```
 1   down -- which I really hope they do.  If Texas
 2   backs down from their partisan gerrymander, per
 3   the edict of Trump and his entitlements, then
 4   this will not go into effect.  And that's exactly
 5   why that's there.
 6            ASSEMBLY MEMBER TANGIPA:  And that's what
 7   I'm saying is, because of previous lawsuits like
 8   Petteway v. Galveston County, which went through
 9   in Texas at the Fifth Circuit Court of Appeals
10   and is now sitting on the docket for the Supreme
11   Court to weigh in on, that happened in Texas
12   claiming that some of their districts were seen
13   as unconstitutional.
14            That if they receive a court order -- and
15   this is why it's important to me.  If they
16   receive a court order because they back down and
17   stop, then we in the State of California are
18   about to spend $300 million to do nothing.
19            ASSEMBLY MEMBER BERMAN:  So --
20            ASSEMBLY MEMBER TANGIPA:  And that's the
21   part --
22            ASSEMBLY MEMBER BENNETT:  Madam Chair,
23   point of order.
24            CHAIR PELLERIN:  Okay.  I think -- all
25   right.  We have a point of order.
```

```
 1              ASSEMBLY MEMBER BENNETT:  This is a clear
 2   abuse -- this is an attempt to try to stretch
 3   this out.
 4              ASSEMBLY MEMBER TANGIPA:  This is very
 5   personal.
 6              CHAIR PELLERIN:  Okay.
 7              ASSEMBLY MEMBER BENNETT:  This is a clear
 8   abuse of the discretion that we all have --
 9              CHAIR PELLERIN:  Thank you.
10              ASSEMBLY MEMBER BENNETT:  -- in terms of
11   asking questions.
12              CHAIR PELLERIN:  I'm trying to be patient
13   with you, and you have been asking the same
14   questions over again, and your questions have
15   been answered.
16              ASSEMBLY MEMBER BENNETT:  Madam, can
17   we --
18              CHAIR PELLERIN:  This author is not
19   prepared to --
20              ASSEMBLY MEMBER BENNETT:  Can we move on
21   to other speakers?
22              CHAIR PELLERIN:  We're going to move on
23   to some other questions --
24              ASSEMBLY MEMBER TANGIPA:  Madam Chair --
```

1          CHAIR PELLERIN:  -- in regards to the

2    bill.

3          ASSEMBLY MEMBER TANGIPA:  -- this is very

4    important to me because of the cost.  And the

5    main reason why --

6          CHAIR PELLERIN:  And the cost has been

7    stated very clearly.

8          Does any other Member have a question in

9    regards to ACA 8?

10          ASSEMBLY MEMBER TANGIPA:  But there's --

11          CHAIR PELLERIN:  Excuse me.

12          ASSEMBLY MEMBER TANGIPA:  --

13    significantly more.

14          CHAIR PELLERIN:  Excuse me.

15          ASSEMBLY MEMBER TANGIPA:  Madam Chair,

16    please.

17          CHAIR PELLERIN:  Give me one minute,

18    please.

19          ASSEMBLY MEMBER TANGIPA:  My --

20          CHAIR PELLERIN:  I'm asking --

21          ASSEMBLY MEMBER TANGIPA:  This entire

22    break --

23          CHAIR PELLERIN:  Mr. Tangipa --

24          ASSEMBLY MEMBER TANGIPA:  My sister --



```
 1              CHAIR PELLERIN:  I have one thing to say
 2    here.
 3              ASSEMBLY MEMBER TANGIPA:  -- was put on
 4    hospice because of Medi-Cal couldn't afford --
 5              CHAIR PELLERIN:  I'm asking to see if any
 6    other Member has questions in regards to this
 7    bill.
 8              ASSEMBLY MEMBER TANGIPA:  This last -- my
 9    sister was put on hospice because the State of
10    California couldn't afford to pay it anymore
11    because she was on Medi-Cal.
12              (Simultaneous speakers - inaudible.)
13              CHAIR PELLERIN:  Okay.  I do not -- I am
14    sorry for that.
15              We need to bring control back to this.
16    Hey.
17              ASSEMBLY MEMBER TANGIPA:  And so I'm
18    asking --
19              CHAIR PELLERIN:  I'm trying to get some
20    control here.
21              ASSEMBLY MEMBER TANGIPA:  -- for the
22    financials here.
23              CHAIR PELLERIN:  And you are speaking
24    when I'm asking you to please stop.  Just give me
25    one minute here.
```

```
 1              ASSEMBLY MEMBER TANGIPA:  Yes, ma'am.
 2              CHAIR PELLERIN:  I'm asking if any other
 3   Member has a question in relationship to ACA 8.
 4              We've given you plenty of time to ask
 5   questions and you're asking the same question
 6   over again.  The questions have been answered.
 7              Give me one second to see if anyone else
 8   has something to say.  Can you please yield the
 9   floor to somebody else for a minute?
10              ASSEMBLY MEMBER TANGIPA:  Am I able to
11   then return and ask more questions?  Because the
12   funding is important.  It's very important.
13              CHAIR PELLERIN:  And the funding has been
14   clearly stated.
15              ASSEMBLY MEMBER TANGIPA:  Okay.  But --
16              CHAIR PELLERIN:  So any other Member have
17   a question?
18              ASSEMBLY MEMBER TANGIPA:  But I have
19   another question for the funding for Fresno
20   county.
21              CHAIR PELLERIN:  Assembly Member Bennett.
22              ASSEMBLY MEMBER BENNETT:  Yes.  I have
23   two quick points.  Yes, every one of these issues
24   is important, funding, et cetera.
```

```
1              But the other thing that's important is
2    that we have a responsibility to meet certain
3    time frames to be able to actually adopt
4    legislation.
5              And so it is appropriate for us to weigh
6    all of these issues, the important issues of the
7    bill, but also the timing issues that we have to
8    operate under.  This is not the only bill that
9    this Assembly is going to deal with.
10             But I mentioned a number of techniques
11   that autocrats use when they try to grab power,
12   and it is deceit and it is intimidation.  And
13   intimidation comes in lots of different forms.
14   It's militarization of civilian life.
15             But probably one of the most common
16   things being used is literally distraction of the
17   public with all kinds of other issues instead of
18   focusing on the basic fundamental issue.
19             And so we'll talk about how cool was the
20   redistricting that we did before.  We all agree
21   it was cool.  The question is, is that -- going
22   back to that, is that going to protect us from
23   this power grab by autocrats?
24             And that's what we have to make sure we
25   don't get distracted by the kabuki theater that's
```

1  going on that says, come up with anything you can

2  to distract people from the fundamental issue

3  here, a power grab by autocrats that can't be

4  fought by the old rules.

5          So we need two things.  One, to pay

6  attention to that, and to pay attention to the

7  fact that we have a certain amount of time to get

8  the legislative business done.  And it's

9  appropriate for us all to be limited into how

10 much time we get to talk because none of us --

11 even on the Assembly floor, we have a five-minute

12 rule.

13         Certainly in a committee, we could have

14 some kind of rule that says you don't get an

15 unlimited amount of time.

16         The Chair, I strongly request, will

17 assert that.  Thank you.

18         CHAIR PELLERIN:  Absolutely.  And I think

19 we've deliberated on this measure quite a bit.

20         Is there any other Member who has a

21 question?

22         Assembly Member Stefani.

23         ASSEMBLY MEMBER STEFANI:  Not so much a

24 question.  I just want to weigh in.  Thank you,

25 Madam Chair, for this hearing.



1            And I want to thank Assembly Member

2    Berman for presenting this bill.

3            And I just want to recognize and

4    associate myself with the comments of Assembly

5    Member Bennett in terms of the theater that we

6    are witnessing here.  It is absolute theater.

7            We all know, we all know how we feel

8    about what's happening in Texas.  You feel one

9    way, we feel another.  We are responding to what

10   Texas is doing.  That is all.  That is all that

11   is happening here.

12           We have a different idea on how to

13   respond to autocrats who want to basically

14   control this country in an unfair way by

15   redistricting in a way that completely avoids

16   voter input.  And that's what Texas is doing.

17   And that's why California is responding.

18           So don't sit here and play games when on

19   April 9th, 2025, when AB 1441 was before you by

20   Soria, which directed the County of Merced to

21   establish an independent citizens redistricting

22   commission to ensure fairly drawn districts that

23   take into account demographics and communities of

24   interest, when the Republicans on this Committee

```
 1   voted no.  So don't sit here and play games.  We
 2   know what's at stake.  Don't interrupt me.
 3              ASSEMBLY MEMBER TANGIPA:  Madam Chair,
 4   that is -- that is --
 5              ASSEMBLY MEMBER STEFANI:  Do not
 6   interrupt me.
 7              CHAIR PELLERIN:  No.
 8              ASSEMBLY MEMBER STEFANI:  You have had --
 9              CHAIR PELLERIN:  She is speaking.
10              ASSEMBLY MEMBER BERMAN:  Don't interrupt
11   her.
12              CHAIR PELLERIN:  We are letting her
13   speak.
14              ASSEMBLY MEMBER TANGIPA:  But I as --
15              CHAIR PELLERIN:  We are letting her
16   speak.
17              ASSEMBLY MEMBER STEFANI:  I am speaking
18   now.  I have not spoken yet.  Do not --
19              ASSEMBLY MEMBER TANGIPA:  Point of order.
20              ASSEMBLY MEMBER STEFANI:  -- interrupt
21   me.
22              ASSEMBLY MEMBER TANGIPA:  Point of order.
23              CHAIR PELLERIN:  No.
24              ASSEMBLY MEMBER STEFANI:  Do not
25   interrupt me.  I --
```



1           ASSEMBLY MEMBER TANGIPA:  Point of --
2  point of order.
3           ASSEMBLY MEMBER STEFANI:  This is the
4  Democrats' response --
5           ASSEMBLY MEMBER TANGIPA:  Wait.  I --
6           ASSEMBLY MEMBER STEFANI:  -- to what is
7  happening --
8           ASSEMBLY MEMBER TANGIPA:  But Madam
9  Chair, you stated to me --
10          ASSEMBLY MEMBER STEFANI:  -- in Texas --
11          ASSEMBLY MEMBER STEFANI:  -- that I had
12  to remain on the purpose of the bill.
13          ASSEMBLY MEMBER STEFANI:  -- what might
14  happen in Ohio, what might happen in Missouri.
15  It's a blatant attempt --
16          ASSEMBLY MEMBER TANGIPA:  Point of order.
17          ASSEMBLY MEMBER STEFANI:  -- to control
18  the elections.
19          ASSEMBLY MEMBER TANGIPA:  Point of order.
20          ASSEMBLY MEMBER STEFANI:  And this is
21  California's response.
22          ASSEMBLY MEMBER STEFANI:  Point of order.
23          ASSEMBLY MEMBER STEFANI:  We have come up
24  with a way to respond and this is --
25          ASSEMBLY MEMBER TANGIPA:  Point of order.

 1              ASSEMBLY MEMBER STEFANI:  -- the bill
 2   that we are presenting today.
 3              You play stupid games, you get stupid
 4   prizes.
 5              ASSEMBLY MEMBER TANGIPA:  Point of order.
 6              ASSEMBLY MEMBER STEFANI:  And that's what
 7   you are doing.
 8              CHAIR PELLERIN:  What is your point of
 9   order?
10              ASSEMBLY MEMBER TANGIPA:  I was
11   constantly reminded to remain to the pertinence
12   of the bill.
13              What does that bill in Merced have
14   anything to do with this one?
15              And then I was constantly reminded,
16   whenever I brought up Texas, to remain to the
17   pertinence of the bill.  So I would ask the same,
18   please.  Thank you.
19              CHAIR PELLERIN:  Your point of voter was
20   not well-taken.
21              Assembly Member Stefani, do you have any
22   other comments?
23              ASSEMBLY MEMBER STEFANI:  I support this
24   bill, and I urge anyone that cares about
25   democracy to support it as well.

```
 1              CHAIR PELLERIN:  Is that a motion?
 2              ASSEMBLY MEMBER STEFANI:  We moved the
 3    bill already.
 4              CHAIR PELLERIN:  Okay.  We have a
 5    motion --
 6              ASSEMBLY MEMBER TANGIPA:  Madam Chair, I
 7    have questions.
 8              CHAIR PELLERIN:  -- and a second on the
 9    bill.
10              ASSEMBLY MEMBER TANGIPA:  Madam --
11              CHAIR PELLERIN:  We are trying to wrap up
12    the vote on this bill.
13              If any Member who has not spoken yet has
14    a question, please ask your question.
15              VICE CHAIR MACEDO:  Can I use the poster
16    boards that I brought?
17              CHAIR PELLERIN:  We have not gotten
18    approval for any props, so, no.
19              VICE CHAIR MACEDO:  I'm asking for
20    approval.
21              CHAIR PELLERIN:  No.
22              VICE CHAIR MACEDO:  Okay.  Well, I'll
23    tell you what's on the poster boards.  They're
24    great.  I'll show you at the press conference
25    after.
```

1          California's Citizens Redistricting

2   Commission was born out of voter frustration with

3   politicians gaming the system for their own

4   benefit.  Twice the people of California voted to

5   take the power of drawing district lines away

6   from the Legislature and give it to an

7   independent body that operates with full

8   transparency, open hearings, and strict rules, as

9   we have heard, to prevent partisan

10  gerrymandering.

11          This reform was not handed down by

12  politicians.  It was demanded and approved by

13  voters.  We are dismissing the will of those

14  voters.  Now, Governor Newsom, Democrat party

15  bosses and Democrat lawmakers want to take the

16  power away from the voters.

17          Three measures, ACA 8, SB 280, and

18  AB 604, represent a coordinated effort to tear

19  down independent redistricting and hand power

20  back to the very politicians voters explicitly

21  rejected.  It is a blatant attempt to gerrymander

22  congressional districts for partisan gain.

23          Even worse, it would force taxpayers to

24  spend hundreds of millions of dollars on a

25  rushed, confusing special election at a time when

1  California is already facing severe budget

2  shortfalls and deep cuts to essential services

3  like education, public safety, and healthcare.

4          I have questions.  So ACA 8 cuts directly

5  against the heart of California's democratic

6  reforms.  Voters twice went to the ballot box to

7  take redistricting power away.  So here are my

8  questions.

9          Voters enshrined independent

10  redistricting in the Constitution to prevent

11  politicians from rigging the system.  How does

12  ACA 8 comply with the constitutional ban on

13  favoring or discriminating against a political

14  party?

15          And really quickly, Mr. Berman --

16          ASSEMBLY MEMBER BERMAN:  By all means.

17          VICE CHAIR MACEDO:  -- who is your

18  client, sir?

19          CHAIR PELLERIN:  Let's stick to the

20  question.

21          VICE CHAIR MACEDO:  Well, he said he had

22  attorney-client privilege, so that's pertinent.

23          MR. SILVA:  I'm not here to talk about

24  who my client is.  I'm just here to talk about

25  the substance of the bill.

1          CHAIR PELLERIN:  Okay.  Assembly Member

2    Berman, please answer the question.

3          ASSEMBLY MEMBER BERMAN:  So going back.

4    So the question was, how does the constitutional

5    amendment amend the Constitution to allow this to

6    happen?

7          VICE CHAIR MACEDO:  So there's a

8    constitutional ban on favoring or discriminating

9    against a political party.

10          ASSEMBLY MEMBER BERMAN:  And this is a

11    constitutional amendment.

12          VICE CHAIR MACEDO:  What language in this

13    is saying that you are reversing that

14    specifically?

15          MR. SILVA:  Well, the bill not withstands

16    any other provision of this Constitution.  So any

17    criteria that currently exist in the Constitution

18    regarding redistricting are suspended for

19    purposes of this redistricting.

20          VICE CHAIR MACEDO:  I understand.  But

21    what specific language, legal language, did you

22    put in there saying that we are now changing --

23    that we can now discriminate against a political

24    party?

```
 1              ASSEMBLY MEMBER BERMAN:  I think he said
 2   that, but I'm going to ask him to repeat it.
 3              VICE CHAIR MACEDO:  Yeah.
 4              MR. SILVA:  Yeah.  Again, the language in
 5   this provision not withstands any other provision
 6   in the Constitution, including the criteria that
 7   you're identifying.
 8              VICE CHAIR MACEDO:  So we're throwing the
 9   Constitution in the trash and starting all over.
10   Why should --
11              ASSEMBLY MEMBER BERMAN:  We are --
12              CHAIR PELLERIN:  Your question's been
13   answered.
14              ASSEMBLY MEMBER BERMAN:  We are asking
15   voters --
16              VICE CHAIR MACEDO:  (Inaudible.)
17              ASSEMBLY MEMBER BERMAN:  We are asking
18   California's voters whether or not they want to
19   adopt this constitutional amendment,
20   notwithstanding what is currently in the
21   Constitution.  We are not doing that.  This does
22   not go into effect if the Legislature passes it.
23   Twenty million California voters have to vote to
24   approve the constitutional amendment.  That's the
25   system we have in California.
```

1            VICE CHAIR MACEDO:  Yes, I got that.  So

2    why should lawmakers override the will of the

3    people who have twice told us that they want to

4    keep the redistricting in the hands of the people

5    that we have here testifying that have given

6    wonderful reasons why it should stay there?

7            ASSEMBLY MEMBER BERMAN:  I appreciate the

8    question, and I think it's an important one.

9            We, once again, are asking the voters

10   whether or not they want to approve this change.

11   So this is not the Legislature approving this

12   change.

13           This is the Legislature putting on the

14   ballot the opportunity for every California voter

15   in 2025 whether or not this is a change that they

16   approve.

17           And I know it was jokingly mentioned

18   earlier that my colleague and friend, Assembly

19   Member Tangipa, was not able to vote on the

20   original redistricting.  I don't think that's a

21   joke.

22           I think it's a very important point.  And

23   the point is that, since 2010, an estimated

24   3.6 million California voters have died, and

25   there are 6 million more Californians registered

1  to vote now than in 2010, including two very

2  important voices in California, you two, Vice

3  Chair Macedo and Assembly Member Tangipa.  You

4  did not have a voice in that decision.

5           Over half of registered voters in

6  California did not have a voice in that decision.

7  And so what we are saying is let's give

8  California voters in 2025, half of which weren't

9  even registered voters in 2010, a chance to have

10  their voice be heard.  And I can think of nothing

11  more democratic than doing that.

12           VICE CHAIR MACEDO:  So then why not a

13  census to see who we have in California, who's

14  registered to vote?

15           ASSEMBLY MEMBER BERMAN:  We did a census,

16  I believe, four years ago.

17           CHAIR PELLERIN:  Yes.  Thank you.

18           VICE CHAIR MACEDO:  Okay.

19           CHAIR PELLERIN:  Thank you.  All right.

20           VICE CHAIR MACEDO:  One more question.

21           CHAIR PELLERIN:  We've deliberated on

22  this measure --

23           VICE CHAIR MACEDO:  You have given other

24  Members plenty of time to speak.  Please --

 1            CHAIR PELLERIN:  How many more questions
 2   do you --
 3            VICE CHAIR MACEDO:  -- I have questions
 4   prepared.
 5            CHAIR PELLERIN:  Okay.  What other
 6   question do you have?
 7            VICE CHAIR MACEDO:  (Inaudible.)
 8            ASSEMBLY MEMBER TANGIPA:  And Madam
 9   Chair, I have some more questions as well.
10            CHAIR PELLERIN:  We are done with the
11   questions.  We're going to try to wrap this up
12   and put this to a vote.
13            ASSEMBLY MEMBER TANGIPA:  But --
14            CHAIR PELLERIN:  Macedo, please ask your
15   final question.
16            VICE CHAIR MACEDO:  My final question?
17   Madam Chair, I came prepared after you gave me 24
18   hours.  All I'm asking for is a little bit of
19   time.  You let Mr. Berman speak twice.  I'm
20   sorry, Mr. Bennett speak twice.
21            CHAIR PELLERIN:  Would you like to ask
22   your question or would you like to not?  Would
23   you like to ask your question?
24            ASSEMBLY MEMBER TANGIPA:  I would.

1          VICE CHAIR MACEDO:  I will absolutely ask
2     my question.  I'm sure these will be asked in a
3     courtroom, but this is ridiculous.
4          Governor Newsom himself said this
5     proposal is about electing more Democrats.  Isn't
6     that the very definition of partisan
7     gerrymandering voters sought to prevent?
8          ASSEMBLY MEMBER BERMAN:  We are asking
9     voters whether or not they want to have different
10    criteria used in determining the congressional
11    maps, and it'll be up to voters as to whether or
12    not they want to say yes or no.  That's the
13    beauty of this.
14         VICE CHAIR MACEDO:  Madam Chair, may I
15    proceed with my relevant questions?
16         CHAIR PELLERIN:  We have a motion and we
17    have a second.
18         ASSEMBLY MEMBER TANGIPA:  Madam Chair --
19         VICE CHAIR MACEDO:  Madam Chair, I'd like
20    to recess --
21         CHAIR PELLERIN:  We have deliberated this
22    measure --
23         VICE CHAIR MACEDO:  -- and bring in the
24    Chief Clerk --
25         CHAIR PELLERIN:  --for several hours.

1          VICE CHAIR MACEDO:  -- to see if it's in

2    line (inaudible).

3          CHAIR PELLERIN:  We are calling this

4    debate --

5          ASSEMBLY MEMBER TANGIPA:  Madam Chair --

6          CHAIR PELLERIN:  -- to conclusion.

7          ASSEMBLY MEMBER TANGIPA:  Madam Chair,

8    please --

9          VICE CHAIR MACEDO:  You are not allowing

10   me to exercise my parliamentary right to speak.

11         CHAIR PELLERIN:  And with that --

12         ASSEMBLY MEMBER TANGIPA:  Madam, you

13   pontificated on transparency.

14         CHAIR PELLERIN:  -- I will go ahead and

15   allow the Assembly Member Berman --

16         VICE CHAIR MACEDO:  I (inaudible) last

17   night if we (inaudible).

18         CHAIR PELLERIN:  Excuse me.

19         ASSEMBLY MEMBER TANGIPA:  Madam Chair.

20         CHAIR PELLERIN:  This is not the way we

21   conduct our hearings.  Okay?

22         ASSEMBLY MEMBER TANGIPA:  It's not.

23         VICE CHAIR MACEDO:  It's not because

24   you're not answering my questions.

```
 1              ASSEMBLY MEMBER TANGIPA:  It's not the
 2  way.
 3              CHAIR PELLERIN:  I have allowed you --
 4              ASSEMBLY MEMBER TANGIPA:  This is not the
 5  way we --
 6              CHAIR PELLERIN:  -- plenty of time to ask
 7  your questions.
 8              ASSEMBLY MEMBER TANGIPA:  -- conduct our
 9  hearings.  This is an urgency that is being moved
10  through.
11              CHAIR PELLERIN:  I have allowed --
12              ASSEMBLY MEMBER TANGIPA:  So we --
13              CHAIR PELLERIN:  -- plenty of time for
14  you to --
15              ASSEMBLY MEMBER TANGIPA:  Madam Chair,
16  please.
17              CHAIR PELLERIN:  I have allowed you
18  plenty of time to ask your questions.
19              ASSEMBLY MEMBER TANGIPA:  I am still not
20  done.
21              VICE CHAIR MACEDO:  You have not allowed
22  me (inaudible).
23              ASSEMBLY MEMBER TANGIPA:  It took me a
24  long time --
```

```
 1              CHAIR PELLERIN:  I have allowed you
 2    plenty of time to ask your questions.
 3              ASSEMBLY MEMBER TANGIPA:  As the
 4    presenter stated (inaudible).
 5              CHAIR PELLERIN:  Assembly Member Berman,
 6    you may close.
 7              ASSEMBLY MEMBER TANGIPA:  Madam Chair,
 8    please.
 9              ASSEMBLY MEMBER BERMAN:  Out of respect
10    for my Republican colleagues --
11              ASSEMBLY MEMBER TANGIPA:  Madam Chair,
12    there are so many more questions.
13              ASSEMBLY MEMBER BERMAN:  -- I had a long
14    close prepared, but I am going to forego that --
15              ASSEMBLY MEMBER TANGIPA:  We do need to
16    know --
17              ASSEMBLY MEMBER BERMAN:  -- and just ask
18    for an aye vote.
19              ASSEMBLY MEMBER TANGIPA:  Madam Chair, we
20    asked you --
21              VICE CHAIR MACEDO:  Mr. Berman, would you
22    be willing to answer my questions that I have
23    prepared?
```

1          ASSEMBLY MEMBER BERMAN:  I am following

2   the direction of the Chair on how the Committee

3   hearing will proceed.

4          CHAIR PELLERIN:  We have to be

5   respectful --

6          ASSEMBLY MEMBER TANGIPA:  Mr. Berman, can

7   you explain to me how spending --

8          CHAIR PELLERIN:  We have to be respectful

9   of people's times.

10          ASSEMBLY MEMBER TANGIPA:  -- $250 million

11   on the special election provides a greater public

12   health benefit than constructing egress routes

13   for our mountain communities?

14          (Simultaneous speakers - inaudible.)

15          CHAIR PELLERIN:  Okay.  Mr. Tangipa, you

16   have been asked to stop.  We are done --

17          ASSEMBLY MEMBER TANGIPA:  Mr. Berman, can

18   you explain to me how $250 million --

19          CHAIR PELLERIN:  -- with the questions

20   and the deliberation of this measure.

21          ASSEMBLY MEMBER TANGIPA:  -- for a

22   special election (inaudible).

23          UNIDENTIFIABLE SPEAKER:  I make a motion

24   (inaudible).

25          UNIDENTIFIABLE SPEAKER:  Second.

1              (Simultaneous speakers - inaudible.)

2              UNIDENTIFIABLE SPEAKER:

3              CHAIR PELLERIN:  Mr. Tangipa, you're out

4    of order.

5              ASSEMBLY MEMBER TANGIPA:  -- when they

6    are overwhelmingly (inaudible).

7              CHAIR PELLERIN:  Mr. Tangipa, you are out

8    of order.

9              ASSEMBLY MEMBER TANGIPA:  Mr. Berman, can

10   you explain to me how spending 200 --

11                  (Pause on the record.)

12             CHAIR PELLERIN:  Mr. Tangipa --

13             ASSEMBLY MEMBER BERMAN:  I appreciate

14   your passion.

15             CHAIR PELLERIN:  I know.

16             ASSEMBLY MEMBER BERMAN:  I appreciate

17   your passion.

18             CHAIR PELLERIN:  I mean, our hearts break

19   for you and your family.  I'm trying to -- I'm

20   trying to move this hearing along.

21             ASSEMBLY MEMBER TANGIPA:  (Inaudible.)

22             CHAIR PELLERIN:  I understand.

23             ASSEMBLY MEMBER BENNETT:  I call the

24   question.



```
 1              CHAIR PELLERIN:  We call the question.
 2   We have a motion.  We have a second.
 3              ASSEMBLY MEMBER TANGIPA:  I'm just trying
 4   to get the questions -- when it comes to the
 5   question --
 6              COMMITTEE SECRETARY:  Madam Secretary,
 7   please call the roll.
 8              ASSEMBLY MEMBER TANGIPA:  I care about
 9   the State of California.
10              COMMITTEE SECRETARY:  On ACA 8 by Rivas,
11   the motion is --
12              ASSEMBLY MEMBER TANGIPA:  -- and I think
13   that we should, too.  This money is very
14   important to me.  It's personal.
15              COMMITTEE SECRETARY:  -- be adopted and
16   be re-referred to the Committee on
17   Appropriations.
18              ASSEMBLY MEMBER TANGIPA:  And I care
19   about you.  I know you care.  We care.  We all
20   care.
21              COMMITTEE SECRETARY:  Pellerin?
22              CHAIR PELLERIN:  Aye.
23              ASSEMBLY MEMBER TANGIPA:  That's all
24   we're asking for.
25              COMMITTEE SECRETARY:  Pellerin, aye.
```

```
 1            Macedo?

 2            VICE CHAIR MACEDO:  No.

 3            COMMITTEE SECRETARY:  Macedo, no.

 4            ASSEMBLY MEMBER TANGIPA:  That's it.  And

 5  it worries me.

 6            COMMITTEE SECRETARY:  Bennett?

 7            ASSEMBLY MEMBER BENNETT:  Aye.

 8            COMMITTEE SECRETARY:  Bennett, aye.

 9            ASSEMBLY MEMBER TANGIPA:  It truly

10  worries me.

11            COMMITTEE SECRETARY:  Berman?

12            ASSEMBLY MEMBER BERMAN:  Aye.

13            COMMITTEE SECRETARY:  Berman, aye.

14            ASSEMBLY MEMBER BERMAN:  I get it.

15            COMMITTEE SECRETARY:  Solache?

16            ASSEMBLY MEMBER SOLACHE:  Aye.

17            COMMITTEE SECRETARY:  Solache, aye.

18            Stefani?

19            ASSEMBLY MEMBER STEFANI:  Aye.

20            COMMITTEE SECRETARY:  Stefani, aye.

21            Tangipa?

22            ASSEMBLY MEMBER TANGIPA:  No.

23            COMMITTEE SECRETARY:  Tangipa, no.

24            ASSEMBLY MEMBER TANGIPA:  It should worry

25  everybody.
```



```
 1              CHAIR PELLERIN:  That bill --
 2              ASSEMBLY MEMBER TANGIPA:  That's all I'm
 3  asking for.
 4              ASSEMBLY MEMBER BERMAN:  I hear you.
 5              CHAIR PELLERIN:  That bill passes five to
 6  two.
 7              VICE CHAIR MACEDO:  Without proper
 8  ability for us to ask questions.  Let that be
 9  reflected in the record.  I was given less than
10  five minutes to speak.
11              ASSEMBLY MEMBER TANGIPA:  I've got to pay
12  $2500 later today so she can be cremated.
13              CHAIR PELLERIN:  We're going to go ahead
14  and take a recess for 30 minutes.
15              ASSEMBLY MEMBER TANGIPA:  But the Medi-
16  Cal doctors won't sign off on it.
17              CHAIR PELLERIN:  This hearing --
18              UNIDENTIFIABLE SPEAKER:  Madam Chair,
19  (inaudible).
20              ASSEMBLY MEMBER TANGIPA:  The Medi-Cal
21  doctors will not sign off on it.
22              CHAIR PELLERIN:  Okay.  I don't know if
23  you can.
24              ASSEMBLY MEMBER SOLACHE:  Mr. Tangipa,
25  it's my turn to speak.
```

```
 1              ASSEMBLY MEMBER TANGIPA:  Is that not
 2  important?
 3              ASSEMBLY MEMBER BERMAN:  Mr. Tangipa,
 4  it's my turn to speak.
 5              ASSEMBLY MEMBER TANGIPA:  -- for me to
 6  just -- since I haven't had a chance --
 7                  (Pause on the record.)
 8              ASSEMBLY MEMBER TANGIPA:  And we've --
 9  everybody has seen this longer than me.
10              CHAIR PELLERIN:  Okay.  We're going to --
11              ASSEMBLY MEMBER TANGIPA:  Everybody has
12  seen this longer than me.
13              CHAIR PELLERIN:  Call for order here.
14  We've had enough --
15              ASSEMBLY MEMBER TANGIPA:  I've gotten the
16  least amount of time to even see this bill.
17              CHAIR PELLERIN:  We've had enough
18  comments taken out of order.
19              Solache, did you have a 30-second comment
20  you wanted to make?
21              ASSEMBLY MEMBER SOLACHE:  I do, Madam
22  Chair.
23              I just wanted to say that after the vote
24  that I casted today, I'm happy that Californians
25  will have a choice to vote how they feel,
```

```
 1  respecting everyone's opinion today, including

 2  those that support it and don't support this bill

 3  at today's public comment, and those that

 4  submitted.

 5          Californians will have a right at the

 6  ballot box to express and to vote their

 7  conscience.

 8          CHAIR PELLERIN:  Yes.

 9          ASSEMBLY MEMBER SOLACHE:  So every

10  Californian has a right, and I'm just happy to

11  support that.  Thank you.

12          CHAIR PELLERIN:  And we will now take a

13  30-minute recess.  Thank you.

14                      (Recess.)

15          CHAIR PELLERIN:  Good afternoon.  We will

16  go ahead and reconvene the August 19th, 2025

17  Assembly Elections Committee hearing.

18          We have two remaining items, one for a

19  vote SB 280 by Cervantes, and then we will be

20  doing an informational hearing only on AB 604.

21          And with that, in the spirit of ensuring

22  that everybody has time to speak, we have

23  expanded our witnesses to three minutes each.
```

1          CHAIR PELLERIN:  The ME TOOs can take up

2    to 30 seconds and we'll hold you accountable to

3    that.

4          For our members, we are going to limit

5    debate to 15 minutes for you to present comments

6    or questions.  So we have a lot of work to do

7    today and we need to be moving forward.

8          So with that, we will bring up our next

9    author, Senator Cervantes.  And you may begin

10   when you're ready.

11         SENATOR CERVANTES:  Thank you Madam Chair

12   and Committee Members for the opportunity to

13   present Senate Bill 280 today, which calls for a

14   statewide special election on November 4th of

15   this year.

16         The special election would allow

17   California voters to consider an Assembly

18   Constitutional Amendment, ACA 8, which would

19   allow this Legislature to engage in a one-time,

20   mid-decade redistricting of our state's districts

21   in the U.S. House of Representatives.

22         The Citizens Redistricting Commission

23   would then be able to engage in its regularly

24   scheduled program, independent redistricting

25   process after the 2030 census.

1           SB 280 also appropriates the funding
2    necessary for the Secretary of State and for our
3    county registrars to administer the special
4    election.
5           The bill also makes the necessary
6    statutory changes to allow the June 2026
7    statewide primary election to be held on time.
8           California did not start this fight.
9    This fight came to us.  We are here because
10   President Trump and Republicans in Congress know
11   that their agenda is deeply unpopular and they
12   see the writing on the wall.
13          They know that the mass deportation
14   regime that uses secret police to kidnap
15   police -- people off our streets and into
16   unmarked vans goes against our American values.
17          They know that voters will hold them
18   accountable for the spending cuts they jammed
19   through Congress that strip healthcare away from
20   millions of Americans.
21          And they know that giving tax cuts to
22   billionaires while Trump imposes tariff taxes on
23   essential goods, such as coffee and bananas, will
24   continue to raise the cost of living for everyday
25   working families.

1          What Trump knows is that the only path

2   for Republicans to hold onto the House in the

3   midterms is to change the rules in the middle of

4   the game.  That is why in Texas and in other red

5   states, Republican legislators are preparing to

6   redraw their congressional maps so that

7   Republican politicians get to choose their

8   voters.

9          Again, Republican politicians get to

10  choose their voters instead of letting voters

11  choose their representative.  They want to

12  silence the voices of Latino voters, Black

13  voters, API voters, and LGBTQ voters.

14          Trump wants to change the rules of the

15  game in the fifth inning so that Republicans get

16  four strikes while Democrats get three.  Their

17  goal is simple, to rig congressional maps in

18  Republican states across our country to make it

19  impossible for Democrats to retake control of the

20  House of Representatives in 2026.

21          California cannot stand by while Donald

22  Trump dismantles our democracy piece by piece.

23  We will not let him determine the outcome of

24  future elections years in advance before any vote

25  is cast to prop up his authoritarian presidency.

1              And if you doubt that Trump is trying to

2    become a dictator, remember that he sent armed

3    federal agents to harass the peaceful press

4    conference that took place last week in LA with

5    Governor Newsom.

6              The truth of the matter is, if we let

7    Donald Trump get away with this rigging of

8    elections through gerrymandering, partisan

9    gerrymandering, we may not have free or fair

10   elections in the United States in the future.  If

11   Donald Trump pursues this partisan power grab,

12   then California is ready to respond.

13             Our plan will only go into effect if

14   Texas and other states move to redraw their

15   lines.  Again, our plan will only go into effect

16   if Texas and other red states move to redraw

17   their lines.

18             Trump can do the right thing today and

19   stand down and not move forward in redrawing

20   Congressional maps in Republican states, and

21   California's current districts will remain in

22   place.

23             Ultimately, this is our preferred outcome

24   because we do value the California's Independent

25   Redistricting Commission, which is the gold

1   standard of our country.  And this crisis shows
2   that we need to enact a nationwide citizens
3   nonpartisan commission.
4           If every state followed California's lead
5   and adopted these independent redistricting
6   commissions, or if Congress required this, we
7   wouldn't be in this crisis to begin with.
8   Gerrymandering would be a thing of the past.
9           Finally, I want to address Republican
10  Members of Congress from California.  You have
11  the power to stop this from happening.  The power
12  is in your hands.
13          I appeal to your better angles, but if
14  you refuse to listen to those angles, I will rely
15  on your ambition, your self-interest and your
16  desire to keep your House seats and your
17  paycheck.  You can ask President Trump to end
18  this now.  You can tell him to call off these
19  partisan gerrymanderings in Texas and other
20  states.
21          But if Trump decides to move forward with
22  his plan to steal Democratic seats, then
23  California will be the firewall.  We have
24  defeated authoritarianism before, and we will
25  defeat it again, but at the ballot box, with the

1  voters in the state of California making the

2  ultimate decision on November 4th, 2025.

3          Today we have two witnesses testifying in

4  support.  I'll allow them to self-identify.

5          CHAIR PELLERIN:  And you each have three

6  minutes.

7          MS. HICKS:  Thank you.  Thank you, Madam

8  Chair.  Thank you Members.

9          I am Jody Hicks, the CEO and President of

10 Planned Parenthood Affiliates of California, here

11 representing all seven affiliates and over 100

12 health centers throughout the State of

13 California.

14          And I'm here in strong support to this

15 measure and to California's response to President

16 Trump, to Texas Republicans, to any state that's

17 planning to game the 2026 midterm elections.  And

18 I just want to point out why.

19          I know this Committee has already heard a

20 lot about the Commission.  I'm sure there'll be

21 more conversation about that.

22          What I want to talk about is the impact

23 of what's happening to Californians, to

24 California values.  With HR 1 that just passed,

25 California -- over three-and-a-half million

1    people will be without healthcare.  Planned
2    Parenthood was effectively defunded in that bill
3    for all of the services that Planned Parenthood
4    provides, whether that's cancer screenings or
5    birth control or even prenatal care.
6              Stripped all of the funding from Planned
7    Parenthood in an attempt to try and reduce access
8    to reproductive healthcare in the state of
9    California, despite the fact that 67 percent of
10   Californians voted to ensure that, in our
11   California Constitution, Californians have access
12   to reproductive healthcare.
13             So our intent is to go up and down the
14   state and talk about the impact of what happened
15   in HR 1.  And what we know is, when Californians
16   understand that access to healthcare, when their
17   very values are at stake, they will respond and
18   they will hold Members accountable.  But that
19   can't happen if another state is rigging the
20   election before those votes even occur.
21             You know, f we were able to have our gold
22   standard across every state in the state of
23   California -- or in the country of the United
24   States, we wouldn't be having this conversation.

```
 1   We'd be talking to voters the way that we want
 2   to.
 3            But that's just not the case.  And
 4   sending this to the voters, letting them decide
 5   how they want to respond to what another state is
 6   doing to try and hold on to power.
 7            So there's no way to react to what is
 8   affecting their very lives, to what is affecting
 9   their healthcare, to what is affecting the very
10   values of California.
11            We have a gold standard.  We are the
12   model with our Independent Redistricting
13   Commission.  But guess what?  We are the model
14   for our values here, too.  We are a model for how
15   we value diversity, for how we value
16   inclusivity --
17            CHAIR PELLERIN:  If you could wrap up,
18   please.
19            MS. HICKS:  -- and for how we value
20   access to healthcare, including reproductive
21   healthcare.  And we are a reproductive freedom
22   state, and voters deserve to vote on that.  Thank
23   you.
24            CHAIR PELLERIN:  Next witness.  You have
25   three minutes.
```

```
 1              MR. CURTIN:  Okay.  Danny Curtin,
 2   California Conference of Carpenters.  Whoopsie
 3   Daisy.  Thank you.
 4              You've all heard from me before not too
 5   long ago.  Danny Curtin with the Carpenters
 6   Union.
 7              I want to reiterate that we didn't come
 8   here because we were joyfully approaching this
 9   problem.  There's no question that this was
10   triggered by the President for reasons that we
11   all understand.
12              The impacts of what's been happening in
13   the past on this administration, but also the
14   impacts of what happens in the future is really
15   what's at point, the discussion point here.
16              The targeted tax on California workforce
17   is one of the most disturbing portions of this
18   for me.  We are in the midst of a housing crisis
19   that's dividing us like no other crisis.  And we
20   have plenty more to think about, water, energy,
21   you name it.  And that housing crisis is
22   primarily private sector housing, which is not
23   being produced at the rate it needs to be
24   produced.
```

```
 1              And now we have armed battle ready --  I
 2  don't know what they are.  They're not
 3  identifying themselves.  In some cases, they're
 4  wearing masks.  And I call them Rambo wannabes.
 5  Attacking people on the job sites, going to
 6  places where people go to work.  And the industry
 7  that's going to get most impacted by this, among
 8  others, is construction and housing construction.
 9              That is the number one issue in terms of
10  what's dividing Californians and causing part of
11  this massive political rift.  Not just housing,
12  but ag, restaurants, hospitality.  You know the
13  differences here.
14              The cuts in healthcare were well laid
15  out.  This is not insubstantial in what's going
16  on and what we're fighting about.  And I want to
17  keep the focus on what we're fighting about, not
18  the specific details.
19              I believe all of this is done
20  constitutionally.  We have the right to take a
21  whack at this, give it to the voters.  Other
22  states have it, too.  But we can't sit here and
23  just let it go in one direction because of
24  possible ramifications.
```

```
 1              One or two more little things.  So far,
 2   the Congress -- Senate and Congress has been
 3   relatively supine in regards to the Trump agenda.
 4   Now, they were elected and that happens.  And a
 5   lot of people don't like it, and a lot of people
 6   like it.
 7              But it's the next election that's going
 8   to matter now.  And for Donald Trump to get up
 9   and say publicly, like he did a couple of things,
10   while he's claiming the elections in 2020 were
11   rigged, he is now openly, on behalf of the
12   Republicans -- I heard this again on the radio
13   today -- on behalf of the Republicans going
14   after -- he's going to put an executive order
15   attacking vote by mail.  Because, he says, more
16   Democrats vote by mail than more Republicans vote
17   by mail.  How can you not respond to that in a
18   political manner?
19              We don't like it.  We don't really want
20   to see it happen.  But there is no option if it's
21   going to be a one-way street.  And that's what's
22   happening.  He's saying it openly and there's no
23   mystery here.  And I appreciate the dilemma --
24              CHAIR PELLERIN:  Please wrap up.
```

1            MR. CURTIN:  Okay.  I appreciate the
2    dilemma that some of our Members here feel that
3    they are in.  I really do.  Makes life very
4    complicated.  But we just can't sit around and
5    let that agenda continue without people pushing
6    back.  So thank you.
7            CHAIR PELLERIN:  Okay.  We'll now open it
8    up to the mic.  If anybody in support of SB 280
9    can come up to the mic.  And we are extending 30
10   seconds to you as well.
11           MR. HANNA:  Thank you, Madam Chair,
12   Members.  J.P. Hanna on behalf of the California
13   Nurses Association, representing over 100,000
14   registered nurses in California.
15           Nurses are unequivocally committed to
16   blocking the over -- authoritarian overthrow of
17   our democracy.  These attacks on our democracy
18   are much bigger than Texas.
19           They are a power grab for the billionaire
20   elite at the expense of our patients, the working
21   class and the communities that we advocate for
22   every day.
23           We thank you for bringing this measure
24   forward and proudly stand in strong support.
25   Thank you.

```
 1              MR. KUMAR:  Thank you, Chair Pellerin and
 2   Members of the Committee.  Keshav Kumar with
 3   Lighthouse Public Affairs on behalf of
 4   Reproductive Freedom For All.
 5              We are in strong support on behalf of our
 6   4 million members across every single
 7   congressional district in this country, and we
 8   think that this is the moment and that California
 9   is meeting that moment.
10              We thank you, especially.  We thank Chair
11   Senator Cervantes, and we thank Mr. Berman.
12   Because the leadership that you have demonstrated
13   today is so powerful, and the rest of the country
14   is watching in appreciation.
15              MS. CHOU:  Hi.  Annie Chou with the
16   California Teachers Association representing
17   310,000 members in support.
18              There's been, you know, aspersions cast
19   against CTA, telling me to stay in my lane.
20              I want to make it super duper clear that
21   federal funding funds everything that happens in
22   a school site, whether it be mental health
23   services for kids, free and reduced meals.
24   Whether it be, you know, IDA funding.  There's a
25   lot of things that are critically important to
```

1  CTA's mission, and that's why CTA is very much in

2  this lane.  So thank you so much.

3          MS. HINES-SHAIKH:  Honorable Chair and

4  Members, Amy Hines-Shaikh for UDW AFSCME Local

5  3930 and their 200,000 IHSS members in strong

6  support in defending our Medi-Cal recipients and

7  providers, and also UNITE HERE! Local 11 and

8  their 32,000 hospitality members in Orange

9  county, Riverside, San Bernardino and Los Angeles

10 county.  Thank you.

11          MR. BARREIRO:  Thank you, Chair and

12 Members.  Sandra Barreiro on behalf of SEIU

13 California, representing over 750,000 frontline

14 essential workers who couldn't be here today

15 because they are busy working and serving their

16 communities.

17          All of them have been targeted by the

18 Trump administration's steamrolling of the

19 democratic principles that our country is

20 supposed to stand for.

21          So SEIU is proud to support this bill

22 because we can't stand by while Texas and Trump

23 manipulates our election.  It's the most

24 democratic district setting process ever proposed

25 by a state.  And unlike Texas --

```
 1              CHAIR PELLERIN:  Thirty seconds.  Thank
 2   you.
 3              MS. BARREIRO:  Thank you.
 4              MR. HART:  Good afternoon.  Kaden Hart on
 5   behalf of Lieutenant Governor Eleni Kounalakis in
 6   support.
 7              MS. NIELSEN:  Good afternoon.  Julie
 8   Nielsen on behalf of the National Union of
 9   Healthcare Workers in strong support of this
10   important measure.  Thank you.
11              MS. COLES:  Good afternoon.  Krystal
12   Coles.  I'm a state worker with Housing and
13   Community Development.  I'm also on the board of
14   directors for SEIU Local 1000 in strong support
15   for the fight for our democracy.  Thank you.
16              MS. HILL:  Good afternoon.  My name is
17   Constance Hill.  I'm with SEIU 2015.  I'm also an
18   in-home support caregiver/provider.  I strongly
19   support.
20              I'm representing all those who are not
21   here, but I'm here standing in solidarity with my
22   brothers and sisters here.  Thank you.
23              MS. MOK:  Tiffany Mok on behalf of CFT, a
24   union of educators and classified professionals.
```

```
 1   We stand here reluctantly, but are very proud to
 2   stand to defend our democracy and fairness.
 3            Our educators teach about fairness and
 4   democracy, and we have seen nothing but incessant
 5   attacks, whether it's $1 billion that's being
 6   demanded at UCLA by our lecturers there, through
 7   the special ed cuts that we see and mental health
 8   problems that are our educators and our students
 9   see that are being threatened by federal funding.
10            CHAIR PELLERIN:  Thirty seconds.  Thank
11   you.
12            MS. MOK:  Thank you.
13            MR. GUSMAN:  Good afternoon.  Connor
14   Gusman on behalf of Teamsters California in
15   support.  Thank you.
16            MS. FLOCKS:  Madam Chair, Members, Sarah
17   Flocks, the California Federation of Labor
18   Unions.  We represent 2.3 million union members
19   across the State of California, and we are in
20   strong support.  Thank you.
21            MS. QUINTERO:  Hello again.  Analisa
22   Quintero from SEIU Local 1000.  I'm here in
23   support because our state workers deserve fair
24   representation, just like all workers across
25   California.
```



```
 1              CHAIR PELLERIN:  We will now move on to
 2   the primary witnesses in opposition.
 3              VICE CHAIR MACEDO:  Madam Chair, while
 4   we're waiting for those witnesses to come up, I
 5   have a motion.
 6              CHAIR PELLERIN:  Yes.
 7              VICE CHAIR MACEDO:  I would like to
 8   motion to refer to Judiciary SB 280 and then to
 9   the Appropriations Committee.
10              ASSEMBLY MEMBER TANGIPA:  Second.
11                   (Pause on the record.)
12              CHAIR PELLERIN:  Okay.  We have a motion
13   and a second to double refer this bill to
14   Judiciary Committee.
15              And Madam Secretary, please call the roll
16   on that.  Takes a majority vote.
17              COMMITTEE SECRETARY:  Pellerin?
18              CHAIR PELLERIN:  No.
19              COMMITTEE SECRETARY:  Pellerin, no.
20              Macedo?
21              VICE CHAIR MACEDO:  Aye.
22              COMMITTEE SECRETARY:  Macedo, aye.
23              Bennett?
24              ASSEMBLY MEMBER BENNETT:  No.
25              COMMITTEE SECRETARY:  Bennett, no.
```



```
 1              ASSEMBLY MEMBER BERMAN:  No.

 2              COMMITTEE SECRETARY:  Berman, no.

 3              Solache?

 4              ASSEMBLY MEMBER SOLACHE:  No.

 5              COMMITTEE SECRETARY:  Solache, no.

 6              Stefani?

 7              ASSEMBLY MEMBER STEFANI:  No.

 8              COMMITTEE SECRETARY:  Stefani, no.

 9              Tanipa?

10              ASSEMBLY MEMBER TANGIPA:  Aye.

11              COMMITTEE SECRETARY:  Tangipa, aye.

12              CHAIR PELLERIN:  That motion fails two to

13    five.

14              The primary witnesses in opposition,

15    would you like to come forward?

16              Anybody in the room who would like to

17    step up to the mic and state your name, and 30

18    seconds of time.  Anybody in opposition, give you

19    opportunity speak.

20              MR. BOLOG:  Thank you much for the 30

21    seconds.  It's very generous and it's refreshing.

22              My name is David Bolog.  I am AFL CIO

23    union member affiliate, and I represent the

24    California GOP Union Caucus.  I also represent
```

1  Serving Family Values and Moms for Liberty.  We

2  are opposed to this bill.  Thank you.

3              MS. ARIS:  Hello.  My name is Amber

4  Arias.  I'm standup ministry leader with Calvary

5  Chapel, Solano county.

6              And I believe that this is very redundant

7  and retaliatory.  And just because other states

8  don't want to play fair does not negate the fact

9  that California Legislature has sworn an oath to

10 uphold integrity and the Constitution of the

11 United States.  And with that, I oppose this

12 bill.  Thank you.

13             MS. RENTERIA:  My name is Porphyria

14 Renteria, and I'm in opposition of this bill.

15             MS. GONALEZ:  Hello.  My name is Rosa

16 Gonzalez and I am a mother, and I am in

17 opposition of this bill.

18             MS. MIXON:  My name is Christina Mixon,

19 and I am a mother, and I am in opposition of this

20 bill.

21             CHAIR PELLERIN:  Thank you so much.

22             We will now bring the questions and

23 discussion back to the Committee.

24             Any Member -- Assemblymember Stefani.

1          ASSEMBLY MEMBER STEFANI:  Thank you,
2   Chair Pellerin.
3          I'm just wondering if there's anyone from
4   the California Association of Clerks and Election
5   Officials that can comment on their opinion of
6   this bill.
7          CHAIR PELLERIN:  All right. So it looks
8   like we do have someone here from California
9   Association of Clerks and Election Officials.
10          You could come up and sit here at the
11   desk and give us the perspective from the
12   counties on -- so go ahead and ask.
13          VICE CHAIR MACEDO:  Can I ask that the
14   your witnesses identify themselves that are with
15   you as well that were not introduced previously?
16   There's two gentlemen.
17          UNIDENTIFIABLE SPEAKER:  Oh, yes,
18   certainly.
19          MR. WILLIS:  Good afternoon.  My name is
20   Tom Willis with the law firm of Olson Remcho.
21   I'm kind of replacing Aaron Silva.
22          VICE CHAIR MACEDO:  Who are you here
23   representing?
24          ASSEMBLY MEMBER STEFANI:  I think this is
25   int response to --

```
 1              CHAIR PELLERIN:  (Inaudible.)
 2              MR. SALINAS:  I'm the Center's
 3    Legislative Director.
 4              CHAIR PELLERIN:  Okay.  All right.  So do
 5    you have a question or --
 6              ASSEMBLY MEMBER STEFANI:  Just wanting to
 7    get your perspective on this, given that there
 8    will be a huge undertaking, and I want to find
 9    out what the organization is thinking about it.
10              MR. SALINAS: Yes.  Okay.  Thank you very
11    much, Madam Chair and Committee Members.
12              Jesse Salinas.  I am the assessor, clerk,
13    recorder and registrar of voters for Yolo County.
14    I'm also serving as president of the California
15    Association of Clerks and Election Officials.  So
16    very honored to be here.
17              Thank you very much for the question.
18    And I can share with you that we are working
19    diligently.  We're a very -- collection of highly
20    skilled professionals that are preparing for this
21    election, this pending election that's coming up.
22    And we are working diligently right now in
23    preparing for the election and identifying the
24    necessary sites and locations and preparing
25    accordingly with that.
```

```
 1            We also are working closely with the
 2   Secretary of State's office on follow-up details
 3   to ensure that this election is run as
 4   efficiently and effectively as possible moving
 5   forward.
 6            CHAIR PELLERIN:  Thank you so much.
 7            Any other questions or comments from
 8   Committee Members?
 9            Vice Chair Macedo.
10            VICE CHAIR MACEDO:  I will leave my
11   feelings on this out of this because I have 15
12   minutes and I want to make sure that I get my
13   questions answered.
14            How can the Legislature justify spending
15   235 million on a rush special election when core
16   programs like education, healthcare and wildfire
17   prevention are being cut?
18            SENATOR CERVANTES:  So first off, I want
19   to say we're in this crisis because of the
20   federal administration.  And this election is
21   going to cost as much as a new ballroom that
22   President Trump wants to build at the White
23   House.
24            VICE CHAIR MACEDO:  We have the fourth
25   largest economy in the world and a large budget,
```

1  so we can't figure out how to fund those things.

2  We're expecting the federal government to do

3  that.

4           My next question is, why was this urgency

5  election necessary when no genuine emergency

6  exists?  The Governor has not declared a State of

7  Emergency.

8           Just feeling like we should sound the

9  alarm this is not enough to do so.  There's an

10 urgency clause in here.

11          SENATOR CERVANTES:  Again, this is a

12 crisis brought upon us because of what the State

13 of Texas is doing.  If they would pull back their

14 measure, we would not be moving forward today

15 with this urgency.  It is a crisis what is

16 happening to our families and our neighborhoods.

17 This is how Californians have a direct response

18 in what is occurring and the future that they

19 want to see for this country.

20          VICE CHAIR MACEDO:  So because you feel

21 that way, but no real emergency has been

22 declared.

23          How will counties be reimbursed for these

24 costs?

1              SENATOR CERVANTES:  The Department of

2    Finance will determine the cost for this

3    election.  That will be through the Secretary of

4    State, as well as to the county registrars to

5    administer the election on November 4th.

6              VICE CHAIR MACEDO:  Will they be paid in

7    full up front or left to bear the burden

8    themselves?

9              SENATOR CERVANTES:  The Secretary of

10   State -- I know perhaps we have folks here or

11   Madam Chair.

12             CHAIR PELLERIN:  My understanding is the

13   counties will be paid up front.

14             VICE CHAIR MACEDO:  Is that in the

15   language of the bill?  Because counties like mine

16   won't be able to do the election to the extent

17   necessary.

18             CHAIR PELLERIN:  As a former county

19   elections official, this is something I care very

20   deeply about.  And we want to make sure the

21   counties are made whole and they receive the

22   funds up front.

23             VICE CHAIR MACEDO:  So can we get that in

24   the bill?

25             SENATOR CERVANTES:  It is in the bill.

1          CHAIR PELLERIN:  It is stated as so.

2          VICE CHAIR MACEDO:  Okay.

3          SENATOR CERVANTES:  It is very clear that

4   counties will be made whole to administer the

5   election on November 4th.

6          VICE CHAIR MACEDO:  Okay.  Just wanted to

7   make sure that my county, who's very rural, is

8   going to be taken care of.

9          You made a really great point that I have

10  questions, but I do want to mention that you talk

11  about disenfranchising minority in communities.

12         At the Independent Redistricting

13  Commission hearings, they have translators

14  available.  To my knowledge, we have no

15  translators available for this hearing, so talk

16  about disenfranchising minority communities.

17         What assurance do counties have that they

18  will not be subject to unfunded mandates by being

19  forced to carry out this rush process?

20         SENATOR CERVANTES:  Again, it is stated

21  in the bill and the analysis of the bill.

22         VICE CHAIR MACEDO:  Can you point to the

23  exact language in the bill, or your attorney?

24         SENATOR CERVANTES:  You have the analysis

25  before you.

1              VICE CHAIR MACEDO:   I'm not asking for

2    the analysis.

3              SENATOR CERVANTES:   And we are making

4    sure that --

5              VICE CHAIR MACEDO:   I'm asking for the

6    bill language.

7              SENATOR CERVANTES:   The Department of

8    Finance will determine the cost of this election.

9    And at the end of the day, we are going to ensure

10   that the counties will have everything that they

11   need to conduct a special election on

12   November 4th.

13             VICE CHAIR MACEDO:   Okay.  And I

14   appreciate that.  I appreciate that you're saying

15   that.

16             What I am asking for is verbiage in

17   legislation.  And you have an attorney next to

18   you that I'm sure participated in the drafting of

19   this, as well as your leg director.  I'm asking

20   for not just your testimony saying, we promise

21   this is going to happen.  I'm asking -- and not

22   in the analysis, because that's not legally

23   binding.  I'm asking --

24             CHAIR PELLERIN:   I got it right here.

25             VICE CHAIR MACEDO:   Okay.

1          CHAIR PELLERIN:  Section 4(a) says, it is

2    the intent of the Legislature to ensure counties

3    have sufficient funding to effectuate the

4    November 4th, 2025 special statewide election.

5          An amount is hereby appropriated from the

6    General Fund to the controller for the actual and

7    reasonably necessary costs as determined by the

8    Director of Finance for the counties to conduct

9    that November 4th, 2025 statewide special

10   election.

11         Again, this is not a Appropriations

12   Committee.  The funding issues will be addressed

13   in that Committee.

14         We are policy, so let's move our

15   questions back to policy.

16         VICE CHAIR MACEDO:  And this is a funding

17   a special election bill.

18         So my -- I'm glad that you read that

19   aloud.  So we have intent language.  We know how

20   much that's legally binding.  We have, I'm sure,

21   attorneys in the room that can tell us that.

22         Can counties realistically administer a

23   statewide redistricting election on such a

24   compressed timeline that you talked about without

25   errors, lawsuits or disenfranchisement?

1              MR. SALINAS:  So we have actually had

2    some tight timelines in the past and this is

3    going to be a challenge.  There's no question

4    there's going to be challenging administrative

5    challenges to this election.

6              But I think in working with what

7    guidelines we have and in working with the

8    Secretary of State's office on looking at some

9    details, that we can work collectively to book

10   this election.  We've done a lot of successful,

11   difficult elections in the past.  I remind

12   everybody of the 2020 election, which was a

13   general election under COVID, and we were able to

14   do amazing work.

15             And I know I have the highest confidence

16   in my colleagues across the state, that they will

17   be successful in making it happen with -- as long

18   as these details that we're working through is --

19   are finalized and can be done in a timely

20   fashion.

21             VICE CHAIR MACEDO:  What is the shortest

22   timeline you've pulled an election together and

23   been successful?

24             MR. SALINAS:  When I think about the

25   timing -- good question.  I don't think I can

1  tell you of a specific timeline of what we've

2  done.  Typically we like to have additional

3  timing.

4           That's why in the legislation, one of the

5  things we did ask for is for E minus 88 cutoff in

6  the legislation, which was helpful for us because

7  that gives us time to start preparing and not

8  have other add-ons to the legislation.  So that

9  was really appreciated on behalf of the Members.

10          So there's not a specific timeline that I

11 can tell you.  The earliest that I've ever run an

12 election, I think it may have been the recall

13 election in the past, because that -- but we had

14 a little bit of a heads up on that one.

15          But this is coming through the gate

16 quickly and that's why we're responding as fast

17 as we can on this.

18          VICE CHAIR MACEDO:  So this potentially

19 could be the shortest timeline you've pulled an

20 election together?

21          MR. SALINAS:  Could potentially, yes.

22          VICE CHAIR MACEDO:  Okay.  Which also

23 makes me nervous when we've talked in extensive

24 amounts on this Committee, particularly about

25 making sure that all voters' voices are heard.

```
 1              And although I can appreciate COVID, it
 2    seemed like daily things were changing, it was
 3    still during a general election that we knew was
 4    coming. so I think that's a little bit different.
 5    But seems like you're up for the challenge.
 6              So then my next question is, is this
 7    process fair to county registrars and elections
 8    officials who already face tremendous pressure to
 9    ensure accuracy?
10              MR. SALINAS:  So I know we are -- so to
11    understand your question, you're asking if this
12    is --
13              VICE CHAIR MACEDO:  Is how -- I mean,
14    your job is tough enough.
15              MR. SALINAS:  Yes.
16              VICE CHAIR MACEDO:  And we've heard from
17    our chair, who was an elections official, this is
18    a tough job.  And now we are adding even more to
19    your plate.  I just don't think that's very fair
20    that we're demanding more from you guys and not
21    really giving you much of a runway to do it.
22              MR. SALINAS:  Well, I do think that the
23    resources are going to be helpful, for sure,
24    because it allows us --
```

```
 1              VICE CHAIR MACEDO:  Resources meaning
 2    finances or --
 3              MR. SALINAS:  Finances.
 4              VICE CHAIR MACEDO:  -- what other
 5    resources?
 6              MR. SALINAS:  Funding.  Well, funding to
 7    be able to actually pay for it, because that is a
 8    critical need.  And that's why right now I can
 9    tell you, across the state -- there are
10    registrars across the state that have already
11    begun the process.  Because once we heard that
12    this legislation was coming down the pike, we've
13    begun to make plans.
14              So, for example, in my office, we've
15    already begun to go through our checklist and
16    making sure that we get caught up, because there
17    is a checklist that we're going through, so we're
18    quickly navigating that list.
19              And we're reaching out to our vendors.
20    We're reaching out to our locations.  Because
21    we're expeditiously trying to make sure we are
22    ready for this election.
23              And, yes, there's a lot of work ahead.
24    I'm not going to say that there's not.  And it's
25    true across the state.  So is it going to be a
```

1  challenge?  Yes, there's administrative

2  challenges to such a short timeline.

3          But I do believe that the elections

4  officials, in the past they have stepped up in

5  tremendous ways.  Look again at the 2020

6  election.

7          I'm proud to say that I'm a member of

8  this membership that has done an amazing job in

9  the past.  And I do believe we can rise to the

10  occasion as long as we have the support and

11  the -- not only the funding, but the little

12  details that we'll be working with Secretary of

13  State to make sure we can be effective in making

14  sure to run these elections.

15          VICE CHAIR MACEDO:  So state resources

16  have already gone into this process is what

17  you're telling me?

18          MR. SALINAS:  No.  We're planning as if

19  it's coming because we've read through the

20  legislation that there will be funding for it.

21  So we are moving forward with the assumption that

22  we will be having resources to pay for this

23  election from the state.

24          VICE CHAIR MACEDO:  Can you walk me

25  through what this planning includes?  If it

```
 1   doesn't require funding to do, what is the
 2   (inaudible)?
 3              MR. SALINAS:  So we have a checklist
 4   where we will contact vendors to make sure that
 5   they're able to do the print jobs in time.  We
 6   will be contacting our locations that we are
 7   actually able to have locations available to run
 8   these elections, which are critical.  Because if
 9   they are a VCA versus a polling place, there's
10   different timelines that are required.
11              So those are factors that we're still
12   working through because we have to be able to
13   line up not only locations, the vendors.  We have
14   to get translators.  Talking about translators,
15   we have to make sure the translators are ready
16   for all of this.  So there's just a myriad of
17   issues.
18              We have a checklist -- to give you a
19   context, we have a checklist of some 500 items
20   that we're going through through every election.
21   So we're speeding through those to make sure we
22   don't miss anything.
23              So one of the things I take great pride
24   in in our association is we are attention to
```

1 | detail.  We have our checklist.  We will make

2 | sure not to skip any of those.

3 | Are we going to quickly go through them

4 | to try and catch up?  Yes, we will.  And

5 | everybody across the state is doing that.  So we

6 | are working hard with the anticipation that this

7 | is a pending legislation.

8 | That if it does go through, that we're

9 | ready to move forward to the best of our

10 | abilities given this very compressed timeline.

11 | Because it is a compressed timeline, I will

12 | acknowledge that.

13 | VICE CHAIR MACEDO:  So no vendors, no

14 | locations, nobody has been contacted, just the

15 | creation of a checklist?

16 | MR. SALINAS:  No.  We've been contacting

17 | vendors.  We actually have been contacting

18 | vendors, contacting locations.  We are actually

19 | trying to lock down all of the locations.  We

20 | have a few still outstanding.  For myself in Yolo

21 | County, we still have a few outstanding.  But

22 | we've got most of them locked up.

23 | So there's still a process that we have

24 | to do to be able to continue to do the checklist

25 | and verify that we're ready to run the election.

```
 1   We're not done yet.  It's an ongoing process
 2   still.
 3           VICE CHAIR MACEDO:  When specifically did
 4   you start this process?  Do you have a date?
 5           MR. SALINAS:  So we started when we heard
 6   through the grapevine there would be a potential
 7   piece of legislation coming out.  When
 8   announcements started coming out, we as
 9   registrars became proactive.  Because you can't
10   wait till it's already done and approved.  You
11   have to start lining up as quickly as possible.
12           So we are -- already started this a
13   couple of weeks ago when the word was out that
14   there was likely a possible piece of legislation
15   coming through.  So across the state, we started
16   contacting our vendors, our contacts to say, in
17   the event this happens, we want to make sure that
18   we're ready for it.  So that's primarily how
19   we've approached it.
20           VICE CHAIR MACEDO:  So you haven't signed
21   any contracts with vendors or done anything?
22           MR. SALINAS:  At this point, we have not.
23           VICE CHAIR MACEDO:  You just contacted
24   them?
```

```
 1              MR. SALINAS:  Yes, we are contacting them
 2   to see their availability, to see if there's
 3   locations available, so we're in the process of
 4   doing that.  Because, again, this hasn't
 5   officially been passed yet.  We're not going to
 6   be able to do it until we know this legislation's
 7   passed.
 8              But you try and frontload it as much as
 9   you can, and that's true of any election.  You
10   try and frontload as much as you can in that
11   process.
12              VICE CHAIR MACEDO:  Interesting.
13              If the justification for urgency is
14   political advantage rather than a true emergency,
15   does this not set a very dangerous precedent for
16   future Legislatures?
17              SENATOR CERVANTES:  Well, I find it
18   interesting that your line of questioning is on
19   the timing and on the finance when your own party
20   called for the recall in 2021 special election.
21              VICE CHAIR MACEDO:  We're not talking
22   about the recall.  I don't know why this keeps
23   getting brought up today.  I'd really like to
24   stick to the merits of the bill.
25              So no answer for that?
```

1            SENATOR CERVANTES:  I gave you my

2    response.

3            VICE CHAIR MACEDO:  Would any of the

4    witnesses like to answer that question?  I'm sure

5    it'll come up in court, but -- okay.

6            That's all I have, Madam Chair.

7            CHAIR PELLERIN:  Thank you.

8            Assembly Member Tangipa.  And there's 15

9    minutes.

10            ASSEMBLY MEMBER TANGIPA:  Thank you.

11            Yeah.  I mean, we heard in the testimony

12    that changing the rules of the game in the middle

13    of it are, you know, unacceptable, and yet we

14    displayed that right here.  But, okay, we'll hop

15    into the questions, then.

16            Do you believe that the Independent

17    Redistricting Commission congressional lines

18    conform to the California Constitution?  To the

19    author?  Anybody?  Do you believe --

20            MR. WILLIS:  I'm sorry, can you repeat

21    the question?

22            ASSEMBLY MEMBER TANGIPA:  Do you believe

23    that the Independent Redistricting Commission's

24    congressional lines conform to the California

25    Constitution?

```
 1                    MR. WILLIS:  Yes.
 2                    ASSEMBLY MEMBER TANGIPA:  Do they follow
 3     the Voter Rights Act?
 4                    MR. WILLIS:  I believe so, yes.  I mean,
 5     they haven't been challenged.  But, yes, I have
 6     every reason to believe they were legal and
 7     complied with all of the rules, federal and
 8     constitutional rules.
 9                    ASSEMBLY MEMBER TANGIPA:  So protected
10     classes, districts were created to protect off of
11     race, religion, sex, all of that?
12                    MR. WILLIS:  I wasn't involved in those
13     lines, but --
14                    ASSEMBLY MEMBER TANGIPA:  But you just
15     spoke that you knew the lines.
16                    CHAIR PELLERIN:  And can you ask the
17     questions to the merit of this bill?
18                    MR. WILLIS:  I have no reason to believe
19     that the Redistricting Commission's plans were
20     not in compliance with federal -- all federal
21     laws, including the Voting Rights Act.
22                    ASSEMBLY MEMBER TANGIPA:  Can I ask you
23     how long have you seen this piece of legislation
24     and how long you were granted access to this?
```

```
 1              MR. WILLIS:  So are you talking about
 2   the -- which -- what are we talking about?  Are
 3   we talking about the re --
 4              ASSEMBLY MEMBER TANGIPA:  The bill.  How
 5   long have you seen the language?
 6              MR. WILLIS:  Are we talking about these
 7   lines or the Redistricting Commission's lines.
 8              ASSEMBLY MEMBER TANGIPA:  My original --
 9   these lines.  I'm talking about --
10              MR. WILLIS:  This is not the maps bill.
11              ASSEMBLY MEMBER TANGIPA:  No, I
12   understand that.  No, I know.
13              Do you think that any of the lines drawn
14   by the Commission were racially gerrymandered?
15
16              MR. WILLIS:  By the Commission?
17              ASSEMBLY MEMBER TANGIPA:  By the
18   Commission.
19              MR. WILLIS:  By the Redistricting
20   Commission?
21              ASSEMBLY MEMBER TANGIPA:  Yes.
22              CHAIR PELLERIN:  These are not questions
23   pertaining to SB 280.  SB 280 contains the
24   components that are critical to ensuring that
25   county elections officials and the Secretary of
```

1  State are able to administer the statewide

2  special election in this timeframe.

3          So it's not going into the details of the

4  maps.  This is actually the administration of the

5  election and the funding of it.

6          ASSEMBLY MEMBER TANGIPA:  Okay.  I

7  understand.

8          There's so many changes that have

9  happened, you know, it's -- wouldn't we think

10 that a lot of these questions would be worked out

11 if we had longer than 24 hours to review this?

12 Because that's what I think.  I mean, there's a

13 struggle here for a general reason, because I

14 haven't seen them.

15         The voter guide for Prop. 20 also stated

16 it'll put an end to backroom deals by ensuring

17 redistricting is completely open to the public.

18         KCRA just reported that there is a

19 certain Senator who agreed to support this if

20 congressional districts were drawn for him.

21         So you agree that the purpose of the

22 process is to undermine Prop. 20 and a backroom

23 deal was done.

24         My question to the author now is, how

25 long have you known about these lines with this

```
 1   urgency involved?  Do you know anybody that has
 2   been involved that has a vested interest in this
 3   legislative body, and do you have a vested
 4   interest in these map -- in this election being
 5   performed?
 6                  SENATOR CERVANTES:  Again, this bill
 7   before us, SB 280, calls for the election to take
 8   place on November 4, 2025 and the administration
 9   of that election, making statutory changes to
10   ensure that a primary will be conducted on time,
11   June of next year.
12                  ASSEMBLY MEMBER TANGIPA:  Do you have a
13   vested interest in these lines in this election?
14                  SENATOR CERVANTES:  Pertaining to this
15   bill, this is -- what we are debating today.
16                  ASSEMBLY MEMBER TANGIPA:  Pertaining to
17   this election.
18                  SENATOR CERVANTES:  -- is the SB 280
19   calling for the special election against the
20   rigging that is happening across our country
21   because of what Trump is demanding of Texas and
22   Governor Abbott.
23                  This is how California responds and this
24   is how we allow 40 million Californians to have a
25   say in the direction of our country
```

1              ASSEMBLY MEMBER TANGIPA:  Because of the

2    urgency in this bill, do you have any vested

3    interests in it?  Do you have any vested --

4              SENATOR CERVANTES:  It is democracy that

5    we are standing up for.  This is an emergency

6    situation --

7              ASSEMBLY MEMBER TANGIPA:  So democracy --

8              SENATOR CERVANTES:  -- that requires an

9    emergency response.

10             ASSEMBLY MEMBER TANGIPA:  You can't

11   say --

12             SENATOR CERVANTES:  And, again, you --

13             ASSEMBLY MEMBER TANGIPA:  You can't say

14   that you have a vested interest because of

15   democracy?

16             SENATOR CERVANTES:  I have a vested

17   interest in supporting my constituency and making

18   sure that I fight for them.  When we go back to

19   our districts, just as we did over summer recess,

20   we get asked, what are you doing to stand up

21   against this power grab, against this political

22   gerrymandering that is happening?  What can you

23   do as our state representative?

24             This is how we respond.  This is our duty

25   to uphold and to ensure that we continue having

```
 1  fair and -- fair elections, not just in the State
 2  of California, but across our country.  Because
 3  California will remain the firewall.  This is
 4  what voters are asking for.  They want to have a
 5  say at the ballot box.
 6           And, again, much different than what
 7  Texas is doing.  Texas is drawing their lines to
 8  choose their voters, as opposed to letting voters
 9  choose who their representative is.
10           ASSEMBLY MEMBER TANGIPA:  Senator, I
11  understand that and -- but this is California and
12  this is the California Constitution that I'm
13  trying to speak about, which is why I'm simply
14  just asking if there is a vested interest in
15  these lines and if anybody in California has a
16  vested interest because of the urgency behind
17  this.  Because this -- we can do all of this and
18  then completely lose it.
19           ASSEMBLY MEMBER BERMAN:  Madam Chair, I
20  think the question's been asked and answered five
21  times.
22           CHAIR PELLERIN:  Yeah.  And the urgency
23  on this is because the elections officials need
24  to be moving ahead and continuing their process
```

1  to conduct that secure, accurate, transparent,

2  accessible election on November 4th.

3          So if we can keep the questions to the

4  merits of this bill, that would be appreciated.

5          ASSEMBLY MEMBER TANGIPA:  Can you speak

6  to the fact that Members who are filing for

7  Congress cannot put on their ballot statement

8  incumbent, which is within the bill?

9          CHAIR PELLERIN:  And that is based on

10  prior procedures that we have used in these kinds

11  of situations where they cannot use incumbent.

12  They can only use their title of a Member of

13  Congress or U.S. representative.

14          ASSEMBLY MEMBER TANGIPA:  Is there any

15  fear at all that that would be a violation of the

16  First Amendment?

17          MR. WILLIS:  No.  I would say also this

18  is past practice.  And as the Chair mentioned,

19  anyone can say that they -- what their title is

20  in the ballot label.

21          ASSEMBLY MEMBER TANGIPA:  Within this

22  bill, too, it states that this was -- that the

23  maps were created and submitted to the Assembly

24  Committee and prepared by us here.

1          Because of the KCRA report, the maps were

2     done by the DCCC.  Is that an accurate statement?

3     Were the maps created by the DCCC?

4          MR. WILLIS:  I don't know personally.  I

5     know that they were publicly submitted and then

6     the Legislature looked at them and reviewed them

7     carefully for legal compliance.

8          ASSEMBLY MEMBER TANGIPA:  Thank you.

9          CHAIR PELLERIN:  Any other Members have

10    any questions or comments?

11         Assembly Member Berman.

12         ASSEMBLY MEMBER BERMAN:  Yeah.  I'll make

13    some comments that I was going to make at the end

14    of my presentation, but didn't in the -- to save

15    everyone some time.

16         But it was said by the Vice Chair of the

17    Committee that there is no emergency, and I would

18    urge everybody to wake up.

19         If you don't think that our democracy is

20    currently under attack, if you don't think that

21    the President of the United States getting

22    elections, getting democracy advice from Vladimir

23    Putin isn't an emergency, and then bragging about

24    it on national TV, if you don't think that the

25    President of the United States calling elections

1  officials in Georgia and asking those Republican

2  elections officials to find him 12,000 votes

3  isn't an emergency.

4          If you don't think that this President of

5  the United States won't continue to attack our

6  democracy over and over and over again if we let

7  him isn't an emergency, you're not paying

8  attention.

9          And whether it's for your side or my side

10 doesn't matter.  This is our democracy we're

11 talking about.  And the President of the United

12 States has shown zero interest in democracy.  He

13 has shown only interest in power.

14         And if California doesn't finally push

15 back on these constant attempts to erode our

16 societal norms, to erode our democracy, we won't

17 have an America to fight for in the future.  And

18 we're there.

19         I don't like to be hyperbolic.  It's not

20 really my style.  But if you don't think that the

21 fate of our democracy is at stake when the

22 President of the United States demands, says that

23 he's entitled to five Republican congressional

24 districts, and unlike those Republican elections

25 officials in Georgia who had a spine and a moral

1  compass and said, no, Mr. President, that's wrong

2  and we are not going to do that, that doesn't

3  exist in the Republican Party in 2025.

4          The only answer from Republicans in 2025

5  is, yes, Mr. President, how can I jump higher?

6  Yes, Mr. President, how can I bow lower at your

7  feet?  So there is no check.  There is no check

8  on this President of the United States,

9  especially when you've got an absolutely

10  compliant majority in the House and the Senate.

11          And that's what he's trying to keep into

12  perpetuity by rigging elections in Texas and

13  other states.  And that's what we're fighting

14  back on in California.

15          And we're going to put it to voters and

16  give California voters the opportunity.  Do you

17  want to fight back on these power grabs by

18  President Trump and Republicans in other states,

19  who then make decisions that destroy communities

20  in California, that rip away Medi-Cal from

21  3.5 million Californians?

22          And what do our nine Republican Congress

23  Members do?  Do they defend their constituents?

24  No.  When they know that hundreds of thousands of

25  their constituents are going to lose healthcare,

```
 1  tens of thousands of their constituents are going
 2  to lose food stamps, free and reduced meals at
 3  lunch, a lot of the things at school, a lot of
 4  the things that generations of Californians have
 5  been able to depend on.  And those things are
 6  being taken away.  And if that doesn't scare the
 7  hell out of you, I don't know what will.
 8              So the emergency is here.  It's a
 9  ten o'clock -- ten alarm fire.  And that's what
10  we're responding to, and we need to respond to
11  today.
12              And to the point of the timing, I think
13  the timing sucks.  But when we broke for recess,
14  Texans weren't talking about rigging their
15  election for the next decade.
16              Voters are going to have 74 days to
17  review these maps.  Voters, California voters,
18  are going to get the chance to vote on these
19  maps.  And California voters will decide whether
20  or not we enact these maps or not.  I can't think
21  of a more democratic process than that.  I don't
22  know why my Republican colleagues are so afraid
23  of the voters of California.
24              So let's put it to the voters in
25  California.  Let's give them an opportunity to
```

```
 1  decide.  Are they tired of President Trump
 2  attacking California over and over again?  Are
 3  they tired of Republican Congress Members in
 4  California constantly bowing down to the
 5  President instead of standing up for them or not?
 6  And that's the chance that they're going to get.
 7  And that's the beauty of this process.  That's
 8  the beauty of the opportunity that they're going
 9  to have on November 4th.
10          So I want to thank my colleague, the
11  Elections Chair in the Senate, for bringing
12  forward this bill.  I want to thank my colleague,
13  the Elections Chair of the Assembly, for joint
14  authoring it.  And I'm happy to support it.  I'll
15  move the bill.
16          ASSEMBLY MEMBER STEFANI:  Second.
17          ASSEMBLY MEMBER BENNET:  Second.
18          CHAIR PELLERIN:  We have a motion, and we
19  have a second.
20          ASSEMBLY MEMBER TANGIPA:  Can I --
21          CHAIR PELLERIN:  You have one more
22  question?
23          ASSEMBLY MEMBER TANGIPA:  I do.
24          CHAIR PELLERIN:  Okay.
```

```
 1              ASSEMBLY MEMBER TANGIPA:  Yeah.  Well,
 2   more of a comment.
 3              You know, the main reason why I truly
 4   brought up urgency and why it's so vital and so
 5   important, because I agree, when we all took a
 6   break here, this wasn't something that we all
 7   thought about, wasn't something that we talked
 8   about.  I don't think anybody -- any of us want
 9   to be here going through this process.
10              But with urgency and the way this has
11   been done and the way we're thinking about it,
12   the people of California can see right now that
13   if they wanted us to take on cost of living,
14   insurance, utilities, everything else --
15              ASSEMBLY MEMBER BERMAN:  Madam Chair, can
16   we speak to the bill?
17              ASSEMBLY MEMBER TANGIPA:  -- it's urgency
18   and --
19              ASSEMBLY MEMBER BERMAN:  You're talking
20   about urgency (inaudible)?
21              ASSEMBLY MEMBER TANGIPA:  Mr. Berman, you
22   just --
23              (Simultaneous speakers - inaudible.)
24              CHAIR PELLERIN:  Excuse me.  Excuse me.
```

 1              ASSEMBLY MEMBER TANGIPA:  The main reason
 2    why --
 3              CHAIR PELLERIN:  We have a motion, and we
 4    have a second.
 5              ASSEMBLY MEMBER TANGIPA:  Madam Chair,
 6    the main reason why --
 7              CHAIR PELLERIN:  And so for that, in all
 8    intents and purposes, ends debate.
 9              ASSEMBLY MEMBER TANGIPA:  But for my 15
10    minutes, can I just --
11              CHAIR PELLERIN:  You're just about -- you
12    got one more minute.
13              ASSEMBLY MEMBER TANGIPA:  Okay.  I'll do
14    it in one minute.
15              It tells us that the State of California
16    can move at lightning speed to handle something
17    when it's for political gain, but we can't do it
18    to take on the cost of living, to take on
19    utilities, to take on everything else.  And I'm
20    sorry --
21              ASSEMBLY MEMBER BERMAN:  Thank you for
22    not speaking of this bill at all.
23              ASSEMBLY MEMBER TANGIPA:  And I'm sorry
24    that we can find urgency on this bill, but we

1 | can't find urgency to take on so many issues here
2 | in the state of California.
3 |        And I'm sorry, but when your family would
4 | be sitting in the morgue right now, I think you
5 | would ask for 15 more minutes.  I think you would
6 | ask for more --
7 |        ASSEMBLY MEMBER BERMAN:  I would
8 | (inaudible).
9 |        ASSEMBLY MEMBER TANGIPA:  -- when I
10 | haven't seen this.
11 |        ASSEMBLY MEMBER BERMAN:  (Inaudible)
12 | money away from (inaudible).
13 |        ASSEMBLY MEMBER TANGIPA:  When I haven't
14 | seen this.
15 |        CHAIR PELLERIN:  Okay.  All right.  So --
16 |        ASSEMBLY MEMBER TANGIPA:  Thank you.
17 | Thank you.
18 |        CHAIR PELLERIN:  -- bringing the control
19 | back here to the Chair.
20 |        We have a motion, and we have a second on
21 | SB 280.
22 |        Senator Cervantes, you may close.
23 |        SENATOR CERVANTES:  Thank you, Madam
24 | Chair and Committee Members, for the opportunity
25 | to close today.

```
 1            You know, I want to make a few statements
 2  because of what I heard from our two Republican
 3  colleagues, Assembly Member Macedo and Assembly
 4  Member Tangipa.
 5            You know, earlier this year, you had an
 6  opportunity to vote on an independent,
 7  nonpartisan commission through a bill by your own
 8  colleague, Assemblymember Soria.  And yet, you
 9  both voted against it twice.  So that is where
10  the hypocrisy lies.
11            VICE CHAIR MACEDO:  Madam Chair -- Madam
12  Chair, we've been attacked on this twice.
13            CHAIR PELLERIN:  Let's let the Senator
14  complete her close, please.
15            ASSEMBLY MEMBER TANGIPA:  Are we allowed
16  to respond to the disparaging comments?
17            CHAIR PELLERIN:  No, you're not.  We're
18  going to complete your close.
19            SENATOR CERVANTES:  Thank you, Madam
20  Chair.
21            This is an opportunity for the voters to
22  have a direct say in the future of California and
23  our country.  This is a response to Trump's
24  election rigging scheme, which is an emergency
25  for our democracy.
```

1            SB 280 is to hold an election to give

2    voters, California voters, a voice that Texas

3    Republicans are denying Texans.  Let Californians

4    vote and have a say at the ballot box.

5            I respectfully ask for your aye vote.

6            CHAIR PELLERIN:  Thank you.

7            And I'm sorry, I did miss Assembly Member

8    Bennett, who had a comment he would like to make,

9    so I'm going to open the floor to him.

10           ASSEMBLY MEMBER BENNETT:  Thank you very

11    much.  I appreciate that.  I'll try to be very

12    brief here.

13           I talked earlier about this real issue is

14    about how do we set the rules of the game to

15    decide who controls the power of the federal

16    government.  And the old way is being changed at

17    the federal government level.  I talked about

18    that in my earlier comments and so I won't repeat

19    all that.

20           But I do think there's one thing that

21    really merits repeating because between now and

22    November, we will get an enormous amount of what

23    I'm going to talk about, and that autocrats use

24    four major techniques to -- autocrats use four

25    major techniques to weaken democracy and do these

1  kinds of things that are happening in Texas.  And

2  that is, they're just deceitful about what's

3  going on, one.

4          Two, they practice lots of intimidation.

5  I would offer the laughter and the jeering,

6  et cetera that took place in this hearing in the

7  first -- as we discussed the first bill as just

8  an example of that.  Didn't come from the other

9  side anywhere near like it came from that.

10          The third thing is the militarization of

11  civilian life is part of this create this crisis

12  mentality.

13          But the fourth one that is the most

14  difficult is to keep raising issues to deflect us

15  from the real issue.  This is about changing the

16  rules, rigging the game so that one side has an

17  advantage in keeping the resources and the power

18  of the federal government.

19          And that technique is to deflect us with,

20  well, why is this more urgent than that?  Why is

21  this, and why didn't we do it like the old

22  Commission?  It's every trick in the book and it

23  is kabuki theater, as I said before.

24          But I want to repeat that we all have to

25  be looking out for an enormous amount of this

```
 1   between now and November and we have to do
 2   everything we can to educate the public.
 3            And thank you very much for letting me
 4   make that point before we go.
 5            CHAIR PELLERIN:  Thank you.  And my
 6   apologies for missing that.
 7            So there's a motion and a second, and the
 8   Senator has closed.  So the motion is to do pass
 9   and re-refer to Appropriations.
10            Madam Secretary, please call the roll.
11            COMMITTEE SECRETARY:  On SB 280 by
12   Cervantes, Pellerin?
13            CHAIR PELLERIN:  Aye.
14            COMMITTEE SECRETARY:  Pellerin, aye.
15            Macedo?
16            VICE CHAIR MACEDO:  No.
17            COMMITTEE SECRETARY:  Macedo, no.
18            Bennett?
19            ASSEMBLY MEMBER BENNETT:  Aye.
20            COMMITTEE SECRETARY:  Bennett, aye.
21            Berman?
22            ASSEMBLY MEMBER BERMAN:  Aye.
23            COMMITTEE SECRETARY:  Berman, aye.
24            Solache?
25            ASSEMBLY MEMBER SOLACHE:  Aye.
```



```
 1              COMMITTEE SECRETARY:  Solache, aye.

 2         Stefani?

 3              ASSEMBLY MEMBER STEFANI:  Aye.

 4              COMMITTEE SECRETARY:  Stefani, aye.

 5         Tangipa?

 6              ASSEMBLY MEMBER TANGIPA:  No.

 7              COMMITTEE SECRETARY:  Tangipa, no.

 8              CHAIR PELLERIN:  That bill is out five to

 9  two.

10         Thank you so much.

11         We are now going to go ahead and recess

12  our Assembly Bill hearing and move on to our

13  informational hearing on Assembly Bill 604.  And

14  the author is present.

15              VICE CHAIR MACEDO:  Madam Chair, motion

16  to recess till tomorrow considering the maps were

17  just changed at eight o'clock last night.

18              CHAIR PELLERIN:  We've already considered

19  that motion earlier.

20              VICE CHAIR MACEDO:  Different bill.  That

21  was on the ACA, not on the maps bill.

22              ASSEMBLY MEMBER TANGIPA:  This is a

23  different bill.

24              CHAIR PELLERIN:  Okay.  We have a motion

25  to recess again, yes.  Apparently it's an order
```

```
 1  again for this bill.  And so we'll put that to a
 2  vote.
 3              COMMITTEE SECRETARY:  Pellerin?
 4              CHAIR PELLERIN:  No.
 5              COMMITTEE SECRETARY:  Pellerin, no.
 6              Macedo?
 7              VICE CHAIR MACEDO:  Aye.
 8              COMMITTEE SECRETARY:  Macedo, aye.
 9              Bennett?
10              ASSEMBLY MEMBER BENNETT:  No.
11              COMMITTEE SECRETARY:  Bennett, no.
12              Berman?
13              ASSEMBLY MEMBER BERMAN:  No.
14              COMMITTEE SECRETARY:  Berman, no.
15              Solache?
16              ASSEMBLY MEMBER SOLACHE:  No.
17              COMMITTEE SECRETARY:  Solache, no.
18              Stefani?
19              ASSEMBLY MEMBER STEFANI:  No.
20              COMMITTEE SECRETARY:  Stefani, no.
21              Tangipa?
22              ASSEMBLY MEMBER TANGIPA:  Aye.
23              COMMITTEE SECRETARY:  Tangipa, aye.
24              CHAIR PELLERIN:  That motion fails two to
25  five.
```

1          Majority Floor Leader, you may begin your

2  presentation of AB 604.

3          ASSEMBLY MEMBER AGUIAR-CURRY:    Great.

4  I'm just waiting for someone to hold -- okay.

5          Thank you, Madam Chair and Members.

6          Let's not dance around the issue here.

7  If California Democrats had our way, the midterms

8  would continue as they are with the map drawn by

9  our state's Independent California Citizens

10 Redistricting Commission.  I think we need to --

11 we agree on that.

12         But that's not good enough for this

13 President or for Republicans following his

14 commands in Texas and D.C.  We weren't planning

15 on redistricting until they made attempts to rig

16 the 2026 election by stacking the deck in other

17 states.  We didn't start this and we are not

18 going to roll over.

19         This bill lays out new congressional

20 districts only, only if voters pass ACA 8.  If

21 voters approve the new map, the Independent

22 Redistricting Commission will continue its

23 mission after the 2030 census.

24         If California voters approve this plan,

25 the temporary maps only happen if D.C.

1   Republicans and the Republican-led states push

2   through mid-decade partisan maps first.  Unlike

3   Texas, which is forcing maps on their voters,

4   we're taking ours for their approval.  We're

5   asking ours for their approval.  There is nothing

6   more Democratic than letting California voters

7   decide.

8           Unlike the map proposed in Texas, the map

9   in AB 604 respects California's constitutional

10  requirement for maintaining communities of

11  interest.  With this bill, there is less breakup

12  of local jurisdictions.  With this bill, we seek

13  the public's input.  The voters will decide.

14          So if our Republican colleagues in

15  California want this to stop, they don't need us

16  to do it.  They can convince the Republican

17  colleagues in Texas and D.C. to stop trying to

18  rig the 2026 elections.  And they can ask

19  Congressional Republicans to pass the Republican

20  proposal to make midterm redistricting illegal,

21  to finally create a system where every state uses

22  a fair, independent districting system.

23          Again, colleagues, their choice is to

24  stand down or support a fair system for every

25  state.  That's how this ends.  Until this

```
 1   President's followers stop trying to rig the

 2   elections, we won't and we can't sit on our

 3   hands.

 4           What happens next year is up to the

 5   President, and it's up to the national

 6   Republicans, and it's up to California voters.

 7           With me today, I believe -- right now we

 8   will have Terry Brennand with SEIU and Tom Willis

 9   from Olson Remcho speak.  We're also waiting for

10   our other member.  Thank you.

11           MR. BRENNAN:  Madam Chair, Members, Terry

12   Brennand on behalf of SEIU California.

13           SEIU local unions are made up of workers

14   in the frontline, essential roles across the

15   state, nurses, healthcare workers, janitors,

16   social workers, security officers, in-home

17   caregivers, school and university employees,

18   court workers, airport workers, city, county,

19   state employees, all of whom are targets of this

20   federal administration.

21           On behalf of our 750,000 workers and 17

22   SEIU locals, we are in strong support of this

23   bill and the entire redistricting package.  It

24   represents a sensible and, in fact, possibly the
```

1    only path for California to fight back against

2    Trump's efforts to steal the next election.

3            As has already been stated, this bill

4    only goes into effect if Trump and his MAGA

5    loyalists are successful in the one party rule of

6    redistricting, and only as a temporary measure to

7    respond to the election rigging from the White

8    House.

9            While SEIU wouldn't have chosen this

10   path, it's not the cleanest, easiest way to do

11   things, we are proud that California isn't going

12   to just sit here like Texas, and let Texas and

13   Trump roll over our democracy.

14           And unlike Texas, which obliterated their

15   current congressional districts, drafting maps

16   for this proposal overwhelmingly reinforced

17   California's commitment to our democracy and the

18   vote of every Californian.

19           The maps proposed in AB 604 build upon

20   the work of the Redistricting Commission and keep

21   the majority of districts established by that

22   Commission intact.

23           The plan you will get to vote on and the

24   voters will get to vote on in November was

25   created using traditional redistricting criteria

```
 1   consistent with the State Commission criteria and
 2   the Fair Maps Act, but with the additional
 3   criteria of improving partisan gains in response
 4   to Texas and other states who are conducting mid-
 5   decade redistricting.  Using objective metrics,
 6   the districts maintain and even, in some cases,
 7   improve district compactness compared to the
 8   existing commission maps.
 9            For people who are concerned about
10   splitting up cities, it should be noted that the
11   maps in AB 604 split fewer cities than the
12   current Commission plan that we're operating
13   under.  In contrast, the Texican -- Texican --
14   Texas Republicans aimed to maximize Republican
15   gains with no consideration of the state's
16   residents.
17            Their proposed map doesn't even consider
18   communities of interest or political
19   subdivisions, splitting 142 cities, more than
20   double the number of cities compared to the
21   California map drawn by the Commission.
22            Not only does California redistricting
23   plan better represent the people of California,
24   but the proposed changes impact significantly
25   fewer residents.
```

1           CHAIR PELLERIN:  If you could wrap up.
2   Thank you.
3           MR. BRENNAN:  Okay, I'll wind up.
4           Californians will get a chance to vote on
5   our future.  Every American's voice and their
6   voice will be at stake.
7           For these reasons we urge an aye vote
8   when you get a chance to vote on this.
9           Thank you very much, Madam Chair.
10          CHAIR PELLERIN:  And welcome to Senator
11  Gonzalez.
12          UNIDENTIFIABLE SPEAKER:  It's your turn.
13          SENATOR GONZALEZ:  Oh, okay.
14          Thank you very much, Madam Chair.  My
15  apologies for being a little late.  And thank you
16  to the Members who are here today.
17          And in partnership with Assembly Majority
18  Leader Cecilia Aguiar-Curry, presenting AB 604,
19  which represents a reasonable and rational
20  response to the anti-Democratic actions of this
21  federal administration.
22          AB 604, as has been mentioned and we'll
23  continue to reiterate, gives California voters
24  the last say, an opportunity to decide in
25  November whether they support newly drawn maps to

```
 1  elect congressional representatives that will
 2  stand up against threats to our democracy.
 3          Californians and all Americans are facing
 4  an endless cycle of worry under this reckless
 5  federal administration, and that means
 6  Republicans, Democrats, no party preference,
 7  Americans and Californians are facing this worry.
 8          Families have been separated in my
 9  district alone.  Immigrant communities completely
10  traumatized for the overreach of this egregious
11  administration.
12          Vital programs have been cut.  Medicare,
13  we have about 6 million folks on Medicare here in
14  California.  Over 3 million of them will be
15  affected by the Medicare cuts in our communities.
16  And that's exactly why this moment is so urgent.
17  Our communities deserve better.
18          And for you, I don't know personally,
19  seeing my Texas colleagues being locked up, being
20  threatened with the FBI coming after them, being
21  threatened to require them to have law
22  enforcement at their every waking hour just to be
23  able to do their job is really an egregious
24  crime, in my opinion, to be able to represent
```

1  your communities, but still have this hanging

2  over you.

3          So AB 604 is a temporary solution that

4  provides California voters with the means to

5  balance the scales.

6          And I look forward to the discussion here

7  and testifying in support.

8          In addition to Mr. Brennand, we also have

9  Mr. Willis here, too, from Olson Remcho.

10          MR. WILLIS:  Thank you.  I'll just be

11  very, very brief.

12          The AB 604 is obviously the Maps Act.  It

13  is a long list of census blocks.  But

14  nonetheless, that is seen through interactive

15  maps that will be widely available.  And more

16  importantly, the SB 280, which you just had the

17  hearing on, commands that the voter pamphlet

18  include maps for everyone to see.  I have a

19  feeling that these maps over the next 74 days

20  will be discussed widely by everyone, and so it

21  is up to the public.

22          These maps only go into effect if Texas

23  or other districts do mid-decade redistricting

24  and if our voters, the California voters, approve

1  them.  Probably the most democratic process you

2  can have.

3         So those are my two points.  I'm happy to

4  answer any technical questions or legal questions

5  you have.

6         CHAIR PELLERIN:  Thank you so much.

7         We'll now open it up to the room.  If

8  there's anybody who wants to add on as a support

9  to AB 604, you may step up, and you're each given

10  30 seconds.

11         MS. HINES-SHAIKH:  Honorable Chair and

12  Members, Amy Hines-Shaikh representing UDW AFSCME

13  Local 3930 and their 200,000 in-home supportive

14  services members standing up for Medi-Cal funding

15  and these bills, the whole redistricting package,

16  in strong support, and UNITE HERE! Local 11

17  representing 32,000 folks in Orange County,

18  San Bernardino, Riverside And Los Angeles

19  counties, in strong support of the whole

20  redistricting package, including this bill.

21  Thank you.

22         MS. CHOU:  Annie Chou with the California

23  Teachers Association in support of this bill.

24         Again, just reminding that CTA is

25  supporting these bills because of, you know, the

1  effect at the school site.  So when we're talking

2  about the reduction in force in the Department of

3  Education and protecting those workers, when

4  we're talking about funding for Education

5  Department.

6          And I know that our state was involved

7  in, you know, making sure that we were ensured

8  those federal funding.  Those are the types of

9  things that are super critical to the task at

10  hand for the California Teachers Association.  So

11  thank you so much.

12          MS. MOK:  Tiffany Mok on behalf of CFT, a

13  inion of educators and classified professionals.

14  We stand proud to support this legislation, not

15  because we wanted to, but because we believe it

16  is necessary to defend against the threats that

17  we see every day on our school campuses.

18          CFT's mission is to ensure that there are

19  the necessary conditions for learning.  And under

20  this administration, we feel like many of the

21  attacks --

22          (Cell phone ringing.)

23          MS. MOK:  Okay.  And so that's not me.

24  Okay.

```
 1              Anyway, so we support this legislation
 2     because we feel we're threatened by this
 3     administration.
 4              CHAIR PELLERIN:  But now it's me.
 5              MS. NIELSEN:  Julie Nielsen on behalf of
 6     the National Union of Healthcare Workers,
 7     representing healthcare workers up and down the
 8     state of California, in strong support of this
 9     legislation and the fight back.  Thank you.
10              MR. KUMAR: Thank you, Chair and Members.
11     Keshav Kumar for the final time on behalf of
12     Lighthouse Public Affairs representing
13     Reproductive Freedom for All.
14              Really want to say thank you to the
15     Members of the Committee who are in support of
16     this and the Legislature in general.
17              This is what we need to do at this moment
18     because of what Texas is planning on doing and
19     what other states may do.  And Reproductive
20     Freedom for All has members in every single
21     congressional district.  And we are in strong
22     support on behalf of our 4 million members.
23     Thank you.
```

1           MS. GUSMAN:  Good afternoon.  Connor

2    Gusman on behalf of Teamsters California, in

3    support.  Thank you.

4           MS. FLOCKS: Madam Chair, Members, Sara

5    Flocks, California Federation of Labor Unions.

6    On behalf of our 2.3 million members, we're in

7    strong support.  Thank you.

8           MS. MCMICHAEL:  Shelby McMichael on

9    behalf of Planned Parenthood Affiliates of

10   California, in strong support.

11          CHAIR PELLERIN:  Thank you.

12          We will now open it up to primary

13   witnesses in opposition.  If there's primary

14   witnesses in opposition, you may step up to the

15   presentation table.  And you're provided with

16   three minutes.

17          MR. BOLOG:  Thank you so much.  My name

18   is David Bolog.  I am an employee of the City of

19   Los Angeles, although I do not speak for the City

20   of Los Angeles, nor do I speak for my unions.  I

21   am a member of a union.

22          One of the presenters here today stated

23   that, because of the cuts, we are losing to be

24   able to provide services.  In the City of LA, we

25   are facing a budget crisis.  We are having to lay

```
 1  off people.  But it has nothing to do with the
 2  administration.  It has to do with our poor
 3  planning of our leaderships and lawsuits.
 4           So one of the big problems that a lot of
 5  Republicans have with this map and with the
 6  process of doing the redistricting is that we are
 7  losing representation.  And I do know -- even
 8  though I do not agree with the supermajority
 9  party's politics, you've been nothing but fair to
10  us.
11           You've been fair to my -- I consider them
12  my representatives, even though they're not my
13  district.  You've given them ample amount of time
14  and allowed them to express their dismay with
15  this and allow them to ask their questions.
16           But by passing this -- and I understand
17  the reasons why you're doing it.  By passing
18  this, you are limiting our congressional
19  representation.  We make up about 40 percent --
20  and I said this already, and another person said
21  it.  We make up about 40 percent of the voting
22  block.
23           I think what this is going to do is limit
24  it to, if I'm not mistaken, 20 percent, so it's
25  going to cut our representation down in half.
```

1   And I do know you care about that.  So I think

2   you -- and I understand, again, why you're doing

3   it.  But I think you all could do a lot better

4   than this.

5          And, again, thank you for your

6   generosity, and I thank you for allowing me to

7   speak, and I thank you allowing for everybody to

8   give 30 seconds.

9          I know it's probably not going to happen,

10  but I really wish that that will become a trend

11  in this Legislature with the committees.  Thank

12  you.

13          CHAIR PELLERIN:  Thank you so much.

14          Anybody else in the room that would just

15  like to come to the mic and give your 30 seconds.

16          MS. PATEL:  Hello.  My name is Preet

17  Patel, and I strongly oppose this piece of

18  legislation.

19          Your duty as this state's Legislature is

20  to the voters of California, not to perform

21  retaliatory responses to the actions of other

22  states.

23          So by overriding our State Constitution,

24  to retaliate to the actions of the State of Texas

25  is completely disregarding your constituents.

1              And the reason that you are elected into

2    office is not to sit here and --

3              CHAIR PELLERIN:  That's 30 seconds.

4              MS. PATEL:  Okay.  Well, I don't know

5    that that was 30 seconds, but thank you.

6              CHAIR PELLERIN:  Actually, it's 37 now.

7              And let's refrain from the applause.

8    Thank you.

9              MS. KAY:  Hello.  My name is Shan Kay.  I

10   was in here earlier posing as well.  Drove all

11   the way up from Southern California this morning

12   to come up and oppose.

13             My sentiments are the same.  We are

14   not -- I know you're trying to Trump proof

15   California, but we are constituents in California

16   and we feel like our voices should mean

17   something, not just something to fight what's

18   going on in another state.

19             So I'm just here, driving all the way up

20   here from one o'clock in the morning to oppose

21   this bill.  Thank you.

22             CHAIR PELLERIN:  All right.  Thank you

23   very much.

24             All right.  Is that everybody that --

25   okay.

```
1           So we will now bring it back to the
2    Committee.
3           Members, do you have any comments or
4    questions?
5           Assemblymember Bennett.
6           ASSEMBLY MEMBER BENNETT:   Just one quick
7    one.  This bill is on a tight time frame.  All
8    three bills are on tight time frames, and so I
9    think it's appropriate for us to recognize that.
10          Many attempts will be made to delay
11   things, and there will be all kinds of reasons
12   for why we should delay.  But I think we should
13   all call out that one of the major reasons is, if
14   you have a tight time frame and you can delay
15   something long enough, that's a way to defeat
16   this bill.  And that's simply rather than -- it's
17   a genuine issue that's being brought up, it's an
18   issue being brought up for the ulterior motive of
19   allowing the autocrats to win and change the
20   rules and have us not be able to respond.  Thank
21   you very much.
22          CHAIR PELLERIN:  Any -- I'm sorry,
23   there's two more people that were wanting to have
24   opposition recorded.  Go ahead and take your 30
25   seconds each.  My apologies.
```

1          MS. GRAY:  No worries.

2          My name is Yasminda Gray, and I'm a

3    resident here in Sacramento.  And my sentiments

4    are the same as what was explained before, is

5    that as a citizen, as a resident here, I don't

6    think that our law should be looking at

7    countering what's going on in another state.

8          It should be reflective of what is needed

9    here, for the residents here.  And so I want to

10   strongly oppose the bill.  Thank you.

11          MS. CHAVEZ:  My name is Diana Chavez.

12   And as a Republican minority now here in

13   California, I strongly oppose this because I

14   think my voice is being completely shut down as

15   being a Republican.  It seems everything wants to

16   go Democratic.  And so I strongly oppose this

17   redistricting.

18          CHAIR PELLERIN:  Any other comments or

19   questions from Committee Members?

20          Assembly Member Tangipa.

21          ASSEMBLY MEMBER TANGIPA:  Yes, I have

22   quite a few.

23          So I actually just wanted some clarity,

24   too.  If you can answer this, when did we first



1   see the maps and when were you given the maps to

2   start drawing these lines?

3           And I ask -- and the main reason why I

4   ask that is because there was statement that was

5   made that these congressional maps have fewer --

6   you stated that there were fewer splits with

7   these maps.

8           It is my understanding that, as of last

9   night at eight o'clock that there are more splits

10  now and that was completely changed.  So if you

11  wrote your testimony before 8:00 p.m., the entire

12  maps are completely different.

13          MR. BRENNAND:  I did it based on the maps

14  released on Friday.

15          ASSEMBLY MEMBER TANGIPA:  On Friday?

16          MR. BRENNAND:  Yeah.

17          ASSEMBLY MEMBER TANGIPA:  Okay.  So the

18  maps changed last night and now there are more

19  splits.

20          CHAIR PELLERIN:  Again, the maps were

21  changed as of yesterday morning at 8:00 a.m., and

22  it was just a couple of tweaks that were done

23  in --

24          UNIDENTIFIABLE SPEAKER:  (Inaudible.)

```
 1              CHAIR PELLERIN:  I know, I know, I know.
 2  But it's not the entire map.
 3              ASSEMBLY MEMBER TANGIPA:  But I meant it
 4  more towards the testimony was wrong.  It was
 5  incorrect.
 6              MR. BRENNAND:  Well, there are fewer,
 7  fewer splits than the Texas maps for sure.
 8  That's what my testimony was.
 9              ASSEMBLY MEMBER TANGIPA:  Okay.  The --
10              ASSEMBLY MEMBER AGUIAR-CURRY:  If you
11  don't mind, there --
12              ASSEMBLY MEMBER TANGIPA:  When did --
13              ASSEMBLY MEMBER AGUIAR-CURRY:  -- there
14  were -- just so you know, we did have -- there
15  were some changes.  They did two things.  They
16  eliminate a zero population split in the City of
17  Industry and improve the compactness of the plan
18  in Southern Santa Ana.
19              ASSEMBLY MEMBER TANGIPA:  When did those
20  changes happen?
21              ASSEMBLY MEMBER AGUIAR-CURRY:  Yesterday.
22              ASSEMBLY MEMBER TANGIPA:  When were those
23  changes made public to all Committee Members?
24  Because they weren't made public yesterday at
25  8:00 a.m. for me.  Because when I read mine, the
```

1  City of Clovis had three congressional districts.

2  The City of Clovis now has a change and has one.

3           CHAIR PELLERIN:  It's my understanding

4  that our Committee staff posted them on our

5  Assembly elections website yesterday morning at

6  8:00 a.m.

7           ASSEMBLY MEMBER AGUIAR-CURRY:  That's

8  when they were there.

9           SENATOR GONZALEZ:  And we've had over

10  3,000 -- probably now about 5,000 residents

11  across California that have submitted to the

12  online portal that was available -- thank you,

13  Madam Chair on the Assembly side, as well as

14  Chair Cervantes in the Senate side -- a portal

15  that was available to residents as of Friday.  I

16  think even before that.

17           And so we want to thank you for being so

18  transparent and providing the opportunity for

19  folks to see the maps.

20           And as been mentioned by our witnesses

21  too, you know, 70 -- I'm going to be very clear

22  here with the data, 76.7 percent of people will

23  be in their same congressional district.  The

24  maps change 58 percent of districts by less than

25  20 percent, and 37 percent by less than

```
 1  10 percent.  Eight districts will be identical to

 2  the lines drawn by the Citizens Redistricting

 3  Commission.

 4            ASSEMBLY MEMBER TANGIPA:  Okay.  Thank

 5  you.

 6            SENATOR GONZALEZ:  And we all know --

 7            ASSEMBLY MEMBER TANGIPA:  I've got to

 8  move on to my next question.

 9            SENATOR GONZALEZ:  I'm not done here.

10            ASSEMBLY MEMBER TANGIPA:  I have a

11  limited amount of time, so I got to move on.

12            SENATOR GONZALEZ:  I understand, but I

13  have the floor.

14            ASSEMBLY MEMBER TANGIPA:  So do you agree

15  that --

16            SENATOR GONZALEZ:  If you don't mind --

17            CHAIR PELLERIN:  Excuse me.  Assembly

18  Member Tangipa, we're going to freeze your

19  time --

20            ASSEMBLY MEMBER TANGIPA:  Okay.

21            CHAIR PELLERIN:  -- and allow the Senator

22  to finish with her report.

23            ASSEMBLY MEMBER TANGIPA:  How much time

24  do I have left?
```

 1              CHAIR PELLERIN:  Eleven minutes and 45
 2  seconds.
 3              ASSEMBLY MEMBER TANGIPA:  Thank you.
 4              SENATOR GONZALEZ:  Thank you, Madam
 5  Chair.
 6              And we just -- you know, I will certainly
 7  keep decorum here as much as possible, but I want
 8  to make sure that the public understands what
 9  we're doing here.
10              And then there's 21 districts, exactly
11  the ideal district size, the same number as the
12  Citizen Redistricting Commission.
13              And the proposed congressional map, as
14  been mentioned by Mr. Brennand, keeps more cities
15  whole than -- within a single district than most
16  recent maps enacted by the Commission.
17              As you know, the Commission had six
18  Republicans, five Democrats, four nonparty
19  preference folks that were doing the hard work
20  back in 2020.
21              And so I think that, you know, again,
22  76.7 percent of the current maps that you see
23  here are based off that Commission map in 2020.
24  So that's -- these are small changes, while also

1  ensuring that we're combating Texas on this

2  democracy issue, which is very important.

3           ASSEMBLY MEMBER TANGIPA:  Thank you.

4           Do you agree that we have not -- are we

5  starting?  Okay.

6           Do you agree that we have not had as many

7  hearings as were held by the Citizens

8  Redistricting Commission?  Just do you agree that

9  we haven't had as much -- as many hearings?

10          ASSEMBLY MEMBER AGUIAR-CURRY:  Well, I

11 think the information has been that the maps are

12 based on proceedings, records and public input

13 from Independent Commission process based on the

14 2020 census.

15          Voters are able to see those maps in the

16 Assembly Elections Committee website, submit

17 public comments so we can answer their questions.

18 The voters will make the ultimate decision on

19 their maps.

20          ASSEMBLY MEMBER TANGIPA:  Got it.  So you

21 agree.

22          Do you agree that we have not followed

23 the same requirements in drawing lines as the

24 Citizens Redistricting Commission was required to

25 follow pursuant to the California Constitution?

```
 1            SENATOR GONZALEZ:  And we'll say again,
 2   over 76 percent of this map that you see here had
 3   been vetted publicly, had been done by the
 4   Commission.  And from Mr.  Willis's testimony
 5   back in Senate elections -- and if you'd like to
 6   pontificate on this -- is the Members of the
 7   public since Friday of last week will have 78
 8   days did we say?  Seventy-eight days to look at
 9   this before it hits the ballots.
10            And on the ballot they will have a link
11   that will direct them to the map, so they can
12   obviously have -- be more educated when they're
13   at the ballot box as well.  And Californians will
14   have the final say.
15            This is much more time than would be --
16   than would have been given through the
17   redistricting process, which was 14 days.
18            So if you'd like to add to that,
19   Mr. Willis, we'd love to put you on the spot.
20            MR. WILLIS:  (Inaudible.)
21            SENATOR GONZALEZ:  Okay, good.  I did
22   well for you.  Thank you.
23            ASSEMBLY MEMBER TANGIPA:  Was any
24   nongovernment employee assisting in the drawings
25   of these lines?
```



```
 1              SENATOR GONZALEZ:  Not that I know of.
 2   I'm not sure why you would infer that.  Again,
 3   this is a -- this is an attack on Californians.
 4   This is an attack on Californians.  Let's be very
 5   clear here what is happening.
 6              There are Texas legislators that are
 7   being locked up and required to be with law
 8   enforcement because they're just trying to do
 9   their job representing their communities.
10              So our response is absolutely going to
11   say we want as Californians to combat that.  How
12   in the hell are we going to say that Medicare --
13   children that are on Medicare, it's okay to
14   continue to cut 3.4 million Californians off of
15   Medicare?
16              ASSEMBLY MEMBER TANGIPA:  So I ask --
17              SENATOR GONZALEZ:    Would you be okay
18   with that --
19              ASSEMBLY MEMBER TANGIPA:  I ask --
20              SENATOR GONZALEZ:  -- telling your
21   residents in the district that it's okay to cut
22   them from Medicare?
23              ASSEMBLY MEMBER TANGIPA:  So I'm asking
24   the questions.
25              SENATOR GONZALEZ:  Disabled children.
```



1              ASSEMBLY MEMBER TANGIPA:  And one of the

2    main things that we wanted to know on this is

3    because we want to know who wrote the maps.

4    There was a report done by KCRA that stated that

5    the DCCC had a direct involvement with this.

6              In this legislation, it states that the

7    maps were created, prepared by, by the Assembly

8    Committee.  That's inaccurate.  That's why it's

9    pertinent to this.

10             But moving on, do you believe that

11   Members have a vested interest in these maps

12   passed?

13             SENATOR GONZALEZ:  We do in the sense

14   that we want to protect Medicare.  We want to

15   make sure that Medicare is not continued to be

16   cut.  We want to ensure that SNAP benefits for

17   children -- why are they being cut?

18             Why -- can you go back to your district

19   and really tell them, we're going to cut your

20   SNAP benefits, we're going to cut your Medicare,

21   we're going to continue to racially profile you

22   in Los Angeles because you're an immigrant?

23             And on top of that, we might just decide,

24   if we lose this election, that Trump might be

25   elected for a third term.  Because now we're

```
 1   electing kings all of a sudden.  We cannot do
 2   that.  We cannot and we won't.
 3             CHAIR PELLERIN:  Okay.  Let's have order,
 4   please.
 5             SENATOR GONZALEZ:  You might think it's
 6   laughable, but this is where we're at right now.
 7             ASSEMBLY MEMBER TANGIPA:  No, but
 8   Senator.
 9             SENATOR GONZALEZ:  This is true -- this
10   is true stuff.
11             ASSEMBLY MEMBER TANGIPA:  I appreciate
12   you truly being honest with that.
13             SENATOR GONZALEZ:  Absolutely.
14             ASSEMBLY MEMBER TANGIPA:  I really do,
15   like honestly.
16             That's fairly surprising, understanding
17   the urgency done with this and how we're moving
18   it through, that it was openly admitted that
19   we -- that the Members of this legislative
20   Committee and this body have a vested interest.
21   Thank you.
22             ASSEMBLY MEMBER BERMAN:  I appreciate
23   that we not misrepresent the answers that are
24   given.
```

```
 1              SENATOR GONZALEZ:  That was not what was
 2   said, but --
 3              ASSEMBLY MEMBER TANGIPA:  Given that
 4   this -- given this -- given this is being rushed
 5   through --
 6              ASSEMBLY MEMBER BERMAN:  Every member of
 7   California has a vested interest in our
 8   democracy, Mr. Tangipa.
 9              ASSEMBLY MEMBER TANGIPA:  -- with zero
10   research --
11              CHAIR PELLERIN:  Okay.
12              ASSEMBLY MEMBER BERMAN:  I realize that
13   we like to play gotcha games today, but let's
14   keep it in check.
15              CHAIR PELLERIN:  Let's keep our
16   questions --
17              ASSEMBLY MEMBER TANGIPA:  Thank you.
18              CHAIR PELLERIN:  -- to the merits of this
19   bill, AB604, please.
20              ASSEMBLY MEMBER TANGIPA:  Given this is
21   being rushed through with zero research or
22   consideration of implication, I feel it's kind of
23   worthless to ask.  But, you know, have you read
24   the study by Jones's regarding partisan
25   gerrymandering and turnout?
```

1           CHAIR PELLERIN:  Do you have questions
2   about AB 604, the merits of the bill, what is
3   contained in the bill?

4           ASSEMBLY MEMBER TANGIPA:  Well, it's --

5           CHAIR PELLERIN:  I don't see how that's
6   relevant.

7           ASSEMBLY MEMBER TANGIPA:  In the bill it
8   states that it's the gerrymandered map, and I'm
9   asking about research done on gerrymandering.

10          CHAIR PELLERIN:  The maps are publicly
11  posted on the Assembly Committee's website for
12  everybody to see.  The voters will be the
13  ultimate say on whether these districts are
14  approved or not for the temporary basis until
15  2032.

16          ASSEMBLY MEMBER TANGIPA:  But I believe
17  that gerrymandering is pertinent to it, and there
18  is multiple studies that have to deal with
19  gerrymandering that I think are very relevant to
20  the bill since it's in the bill.

21          SENATOR GONZALEZ:  We have not read it.
22  What is your point?  Can you tell us what your
23  question is?  That'd be great to know.

24          ASSEMBLY MEMBER TANGIPA:  Well, it's the
25  fact that gerrymandering happening anywhere else

```
 1  or everywhere else, when we have empirical data
 2  that it does not help the people of California,
 3  why would we bring that here if it shows us.
 4          And it tells us that in these studies --
 5  you know, there's a study done by BMC Starkey
 6  that actually talked about the relationship
 7  between gerrymandering, redistricting.
 8          ASSEMBLY MEMBER AGUIAR-CURRY:  Voters
 9  will decide.
10          CHAIR PELLERIN:  Yeah.
11          ASSEMBLY MEMBER TANGIPA:  -- and infant
12  mortality and deaths.
13          ASSEMBLY MEMBER AGUIAR-CURRY:  The voters
14  will decide.
15          CHAIR PELLERIN:  Am I taking this to be a
16  position that you support independent
17  redistricting for the entire 50 states in the
18  United States?
19          ASSEMBLY MEMBER TANGIPA:  Yes.
20          CHAIR PELLERIN:  Okay.  Good to know.
21          ASSEMBLY MEMBER TANGIPA:  Yes, of course
22  I do.
23          CHAIR PELLERIN:  That's great to hear.
24          SENATOR GONZALEZ:  We can actually align
25  on that.
```

1              CHAIR PELLERIN:  Yeah.  Anything you
2    could do to help Texas and Florida, let them know
3    that that position would be greatly appreciated.
4              ASSEMBLY MEMBER TANGIPA:  And I will say
5    that time and time again.  I've gone to advocate.
6    But I also understand my position as a Legislator
7    in the State of California is to the California
8    people, and we can't react to what other states
9    do, what everybody else does.
10             Because the way I think about it, seven
11   months ago, there's a different person in the
12   federal administration and in the White House.
13   Cost of living was still $825,000 in the state.
14   25 percent of residents, 20 percent of residents
15   still couldn't afford it.
16             So if we created our policies, which it
17   feels like here in this legislative body is
18   reacting to everybody else, we're doing a
19   disservice to the people of California.  That's
20   why it's important.
21             So, yes, I agree with you and everybody
22   else here.  I wish we would continue to be the
23   model to the rest of the nation that they should
24   adopt ours.

```
 1              But instead, it seems like we've
 2   forgotten the statement that was made by Michelle
 3   Obama that when they go low, we go high.  But
 4   instead, now we've -- this -- the leadership here
 5   in the state says when they go low, we'll go
 6   lower.  When they go authoritarian, we'll be more
 7   authoritarian.
 8              CHAIR PELLERIN:  And did you have more
 9   questions about the merits of the bill?
10              ASSEMBLY MEMBER TANGIPA:  Yes, ma'am,
11   I -- yes. I do.
12              CHAIR PELLERIN:  Please go ahead and ask
13   those.
14              ASSEMBLY MEMBER TANGIPA:  You know, there
15   are just so many empirical studies that are done
16   on this.  When we're looking at the maps, how did
17   we take into consideration communities of
18   interest?
19              You know, were they done to protect race,
20   religion, all the ideologies that we have right
21   now to make sure that we're protecting the voters
22   of California?  Was that done in that
23   consideration?
24              SENATOR GONZALEZ:  It's a partisan
25   gerrymander.  That's what we're talking about
```

```
 1  here.  This is partisan politics is what we're

 2  talking about here.

 3          If Texas wants to -- again, if Trump

 4  gives them a call and says, literally, as he did

 5  with Governor Abbott, find me five seats, well,

 6  we're not going to sit back and just say, well,

 7  it's okay, find the five seats.  And you know

 8  what?  Six million people will be taken off of

 9  Medicare in California.

10          We are not going to stand by for that.

11  So, no, this is completely partisan politics

12  here.  Obviously, that is happening.  And we're

13  doing so with the intent of supporting and

14  bringing forward the quality of life issues that

15  have been so affected by Californians, regardless

16  of what your party affiliation, regardless of

17  where you live in the state.

18          ASSEMBLY MEMBER TANGIPA:  Do you know if

19  the maps were made sure -- to make sure that we

20  were protecting communities of interest?

21          Because it's stated in the bill.  It

22  states that these maps --

23          MR. BRENNAND:  Yes.
```

1              ASSEMBLY MEMBER TANGIPA:  -- were created

2    to protect communities of interest, and it

3    defines that, too.

4              MR. WILLIS: Yeah, I'll just go back to

5    what has been said several times, which is this

6    map -- the main architecture of this map is from

7    the Redistricting Commission.

8              And the Redistricting Commission issued a

9    voluminous report and maps all about how they

10   followed that, or how they followed the Voting

11   Rights Act, how they followed communities of

12   interest --

13             ASSEMBLY MEMBER TANGIPA:  When you say --

14             MR. WILLIS:  -- how they followed

15   geographic integrity.

16             ASSEMBLY MEMBER TANGIPA:  Just for

17   clarity for me, you mean the Redistricting

18   Commission --

19             MR. WILLIS:  Right.

20             ASSEMBLY MEMBER TANGIPA:  -- on the

21   independent -- and you guys.

22             MR. WILLIS:  That's correct.  That's

23   right.

1            ASSEMBLY MEMBER TANGIPA:  -- utilize

2  those to create -- okay.  So that was just for

3  clarity on my part.

4            MR. WILLIS:  Correct. Yes.  And -- but

5  that -- as many people have said already, that is

6  the basis, the fundamental basis, the beginning

7  part for this map.

8            And as people have said over and over

9  again, 76 percent of that map is baked into this

10 map.

11           ASSEMBLY MEMBER TANGIPA:  But what I

12 heard from some of the testimony from SEIU, too,

13 that the communities of interest were taken into

14 account to make this map.

15           MR. BRENNAND:  As they were by the

16 Commission, correct.

17           ASSEMBLY MEMBER TANGIPA:  Okay.

18           MR. BRENNAND:  They followed the same

19 criteria, Fair Maps Act, the criteria for the

20 Commission and consistent with the State

21 Constitution.

22           ASSEMBLY MEMBER TANGIPA:  So all of

23 those --

24           CHAIR PELLERIN:  And you have just over

25 two more minutes.

1              ASSEMBLY MEMBER TANGIPA:  Yep.  Thank

2     you.

3              No, I appreciate it.  I appreciate the

4     clarity provided here.  You know, I -- you know,

5     I really do wish that I had more time, that

6     everybody had more time as we get to see this as

7     it's changing so quickly.

8              So thank you for being here and thank you

9     for the honesty.

10             CHAIR PELLERIN:  Thank you.

11             We'll now move on to Assembly Member

12    Solache.

13             ASSEMBLY MEMBER SOLACHE:  Thank you,

14    Madam Chair and Committee Members.

15             I do appreciate the second part of

16    today's meeting a little more with decorum.  And

17    I do encourage all of us to remember that we are

18    ambassadors of Californians and that our

19    constituents want to see us behave with decorum.

20    So I want to just thank my colleagues all that

21    the second part has been a little more -- with

22    more class and more respect to each other.

23             That being said, thank you to both

24    Majority Leaders for today's presentation.  I

```
 1  know this is informational.  That continues part
 2  of the process.
 3            And I know that one of the questions that
 4  was asked multiple times, is there any vested
 5  interest?  Well, I just want to, for the record,
 6  point out that in 2026, I have zero interest
 7  running for Congress.  Want to put that on the
 8  record.
 9            I'm very happy to represent a half a
10  million people in my Assembly district, and I am
11  very proud to represent and so I will continue
12  working with -- for them.
13            That being said, also, I actually want to
14  appreciate some of the comments made today by the
15  public, specifically those that were in
16  opposition.  Why?  Because they were raising the
17  alarm of representation.
18            And I cannot tell you how much I agree
19  with you when I represent a district that's
20  highly immigrant, highly undocumented, and they
21  want a voice, a voice of their families being
22  taken, their families being kidnapped by this
23  administration.
24            And I will tell you firsthand that
25  maybe -- I can't say a hundred percent, but a
```

```
 1  good amount of examples where there's no
 2  warrants, there's no documentation and showing it
 3  to snatch people around.  Take them.  Just take
 4  them.  So my district, who I probably represent,
 5  will not stand for that.
 6          And what I'm very happy, including in the
 7  panel earlier that spoke in opposition, very
 8  credible individuals that spoke about the process
 9  of the Independent Commission and how they were
10  part of the process.  And, yeah, they shared that
11  there's -- there are no sides.
12          But they spoke about the process, the
13  public comment, what it took to get to this
14  point.  And as they say, as California goes, the
15  nation goes.
16          So now that we're talking about how this
17  process was great and meaningful, I could tell,
18  as a formal council member of my district, we
19  were part of that process in public hearings and
20  raising our hand and saying that this city should
21  be part of that city, that this city that.
22          It just -- it was a process that at least
23  as a local council member I was part of.  And I
24  could tell you that it felt good to be part of a
25  process of what our districts look like, not only
```

```
 1   for congressional, for State Senate and for State
 2   Assembly.
 3           I'm happy -- because I will be honest
 4   with you, I had some concerns of this, moving
 5   forward with this.  But when I read in the bill,
 6   because I read it, too, that it would be
 7   temporary and that it will return back to the
 8   Independent Commission, I was very proud.
 9           And I think Independents out there in
10   California, not looking at either representation
11   of a party, I think that's very meaningful
12   because this is very direct to my pro tem, my
13   majority leader's comments.
14           She said, you know, this is a temporary
15   approach.  That once we get back to the regular
16   schedule, Californians will have a Commission
17   that they support and they like, Independents,
18   Republicans and Democrats.  So that being said is
19   a temporary approach.
20           And I respect the opposition's comments,
21   but I also have to represent in my district.  As
22   Senator Cervantes earlier said, when she goes to
23   the district -- we were out for -- in the
24   district for 30 days and I heard from community,
```

1  how are you going to protect me?  How are you as

2  being a state rep?

3          You were a local mayor, and now you're a

4  state rep.  You now have, quote, unquote, I quote

5  the resident, more power now.  And they see it as

6  more authority, more power.

7          I see it as more of a voice.  And I'm

8  bringing that voice to my constituents to say,

9  yes, this is how we're going to react.

10          And the biggest part of this process,

11  unlike Texas, where they're going to legislate

12  and do this and ram it down people's throats,

13  we're going to give the voters of California a

14  voice, say you decide.

15          And so everyone talked about a process of

16  how we got here.  Fully understand and fully

17  respect my colleagues on the other side of how we

18  got here.  Fully respect that.

19          But I can assure you that one of the

20  questions that I asked in this process is, how

21  were these maps put together?

22          And I think within time of us moving

23  forward, we will see that the process of the

24  Commission was mirrored in protecting

25  communities.  Protecting -- is it a hundred

1  percent?  To my Majority Leader's comment, it's a

2  process to protect community.  It's not going to

3  be a hundred percent favorable for everyone, but

4  it's temporary.  It's going to be three cycles,

5  '26, '28 and '30.  Back in '32, we're going to go

6  back to the Commission.

7           And I will happily, Mr. Tangipa, with

8  you, and I will co-author a resolution saying

9  that we should have all 50 states do this.  I

10  will co-author that with you with as Republican

11  and Democrat, saying all states should do this

12  moving forward.  Happily would do that because

13  it's the right thing to do.

14           And once the voters decide that this

15  might be a temporary approach to protect

16  democracy, and we will happily do that today, at

17  least my vote for my constituents, that we go

18  back in 2032 and the voters go back to this

19  Commission that they fully support, Independents,

20  Republicans, Democrats, based on today's public

21  comment.

22           But SNAP programs, Medi-Cal, Medicaid are

23  on the line.

24           And I will not stand for any one more of

25  my community members to be taken and snatched

```
 1   from my community.  Because one part of our
 2   nation, one part of our state, one part of our
 3   city is being targeted.  So I welcome the support
 4   of community.
 5          Let's make this a temporary approach.
 6   And last thing I'll say is, if Texas and any
 7   other states backs down, so will California.
 8   Because it's very clear in the language that if
 9   no one else does anything, California will remain
10   and we will continue respecting the lines that
11   the Commission put together.
12          So with that, I look forward to
13   Californians of 20 million voters.  Is that what
14   we said?
15          ASSEMBLY MEMBER BERMAN:  Twenty plus.
16          ASSEMBLY MEMBER SOLACHE:  Twenty plus
17   million voters will have a say at the ballot box
18   November 4th.  And respecting everyone's opinion,
19   they will decide what happens next.
20          And the last, last part of that process,
21   they will have 78 days to look at the maps.  It's
22   public now.  I have the link.  If anyone wants, I
23   can send it to you.  There's a link of our
24   Assembly website where our Chair has put the
25   maps, and it shows clearly.
```

1              You could tap on it.  It's pretty

2  interesting, to be honest.  You tap on it.

3  There's a demographics, population.  It's pretty

4  interesting how the map is.

5              And again, these are, these are three

6  years, three cycles.  So I look forward for

7  Californians, Republicans, Democrats,

8  Independents and anyone that votes to have the

9  right to say, we do like these maps, we don't

10  like these maps.

11              It's not politicians voting.  It's just

12  giving Californians the option of do you want

13  these maps or not.  And in my district, we need

14  to protect democracy to the fullest.

15              Thank you so much, Madam Chair.

16              CHAIR PELLERIN:  Thank you so much.

17              Any other Members have questions,

18  comments?

19              Assembly Member Macedo.

20              VICE CHAIR MACEDO:  Well, I have great

21  news for all of you.  AJR 21 is in print and you

22  are welcome to join on with us.  That sends the

23  message to all 50 states that we would like

24  independent redistricting commissions.  So we --

```
 1              CHAIR PELLERIN:  We do have that in the
 2  Constitution as well, the ACA.
 3              VICE CHAIR MACEDO:  Yes, absolutely.
 4              So with that being said, there's a couple
 5  of things that I -- I mean, it's really so
 6  fundamental.
 7              But before I begin, sir, who are you one
 8  more time, I'm sorry, here to answer technical
 9  questions?
10              MR. WILLIS:  Tom Willis.
11              VICE CHAIR MACEDO:  With who?
12              MR. WILLIS:  I'm with the law firm Olson
13  Remchon.
14              VICE CHAIR MACEDO:  And who are you
15  representing today?
16              MR. WILLIS:  I think we've gone over
17  this.  That the -- that we're not going to get
18  into that today.  And happy to answer any legal
19  questions.
20              VICE CHAIR MACEDO:  Are you being paid
21  for your time to be here today?
22              MR. WILLIS:  Again, I'm not going to get
23  into (inaudible).
24              CHAIR PELLERIN:  Again --
25              VICE CHAIR MACEDO:  Okay.
```

1           CHAIR PELLERIN:  -- if you have questions

2    to the merits of the bill, AB 604, that's what

3    we're --

4           VICE CHAIR MACEDO:  Well, he's been

5    testifying, so I would like to know who he is

6    testifying on behalf of.

7           CHAIR PELLERIN:  He is a technical

8    witness.  He's identified himself and his law

9    firm.

10          VICE CHAIR MACEDO:  Okay.  Well, I'm sure

11   we'll figure that in a courtroom.

12          But who drew these maps?  And I'm not

13   saying general groups.  I'd like specific names.

14   Who specifically drew these maps?

15          ASSEMBLY MEMBER AGUIAR-CURRY:  So these

16   are the legislators' maps, the Legislature's

17   maps.  We did three important things.  We took

18   the knowledge and public input from the

19   independent Commission.  We keep the more cities

20   whole than the Commission's map.  And we are

21   letting our voters see the map to make the

22   ultimate decision.

23          VICE CHAIR MACEDO:  Madam Majority

24   Leader, I understand.  I've heard all that.

```
1              Who drew the maps?  It's a very simple

2    question.  Names, preferably.

3              ASSEMBLY MEMBER SOLACHE:  The Assembly.

4              ASSEMBLY MEMBER AGUIAR-CURRY:  The

5    Assembly did.

6              VICE CHAIR MACEDO:  Okay.  I'm in the

7    Assembly and I did not draw these maps.

8              ASSEMBLY MEMBER BENNETT:  Well, you're

9    not the leadership, though.

10             VICE CHAIR MACEDO:  No, and I'm aware of

11   that.

12             But the same way that in this bill it

13   says that the Assembly Elections Committee, not

14   Chair Pellerin, not Assembly Member Solache, not

15   Assembly Member Bennett.

16             I am a part of that group.  So by

17   association, I have been lumped in, Mr. Bennett.

18             So I'm asking, who drew these maps?  Not

19   a general group.

20             ASSEMBLY MEMBER AGUIAR-CURRY:  The

21   Legislature drew the maps.

22             VICE CHAIR MACEDO:  Who specifically in

23   the Legislature?

24             ASSEMBLY MEMBER AGUIAR-CURRY:  The

25   Legislature drew the maps.
```

```
 1              VICE CHAIR MACEDO:  This is transparency
 2   that we don't get to know who drew the maps?
 3              ASSEMBLY MEMBER AGUIAR-CURRY:  The
 4   Legislature drew the maps.
 5              SENATOR GONZALEZ:  Again, over
 6   76 percent --
 7              VICE CHAIR MACEDO:  That's not what I'm
 8   asking.
 9              SENATOR GONZALEZ:  But you are, though.
10              VICE CHAIR MACEDO:  I've heard --
11              SENATOR GONZALEZ:  This is where the maps
12   are coming from.
13              VICE CHAIR MACEDO:  I have heard --
14              SENATOR GONZALEZ:  (Inaudible.)
15              VICE CHAIR MACEDO:  -- your response to
16   that.  I am asking you a specific question --
17              SENATOR GONZALEZ:  The Citizen
18   Redistricting Commission, which is bipartisan.
19              VICE CHAIR MACEDO:  -- that you are --
20              CHAIR PELLERIN:  Okay.  Let's have one
21   person speak at a time, please.
22              VICE CHAIR MACEDO:  And my question has
23   not been answered.  The information you've given,
24   I've already heard.  I've got it here.
```

1          CHAIR PELLERIN:  The question has been
2   answered.  You just don't like the answer.
3          VICE CHAIR MACEDO:  You said the
4   Legislature.  I am the Legislature.  I am part of
5   the Legislature.  Is that correct, Madam Chair?
6          ASSEMBLY MEMBER BENNETT:  Madam Chair,
7   can I try again?
8          VICE CHAIR MACEDO:  Because I'm not a
9   Democrat, I'm not (inaudible).
10          CHAIR PELLERIN:  Assembly Member Bennett,
11   you may --
12          ASSEMBLY MEMBER BENNETT:  Can I just try
13   and answer in good faith?
14          VICE CHAIR MACEDO:  Is my time paused?
15          ASSEMBLY MEMBER BENNETT:  Yeah, you could
16   pause the time.
17          But when we say the Legislature, all
18   kinds of things happen in the Legislature.  We're
19   not all involved in every one.  But they're all
20   controlled by the legislative leadership.  The
21   legislative leadership wrote these maps.  A
22   combination -- we have a leader right here.
23          VICE CHAIR MACEDO:  So --
24          ASSEMBLY MEMBER BENNETT:  And she's part
25   of the leadership.

```
 1              VICE CHAIR MACEDO:  So you wrote the
 2   map --
 3              ASSEMBLY MEMBER BENNETT:  So the
 4   leadership team --
 5              VICE CHAIR MACEDO:  -- or helped write
 6   the map?
 7              ASSEMBLY MEMBER BENNETT:  The leadership
 8   team --
 9              ASSEMBLY MEMBER AGUIAR-CURRY:  The team
10   did.
11              ASSEMBLY MEMBER BENNETT:  Leadership
12   team --
13              ASSEMBLY MEMBER AGUIAR-CURRY:  I didn't
14   personally write the maps.
15              VICE CHAIR MACEDO:  So, then, there you
16   go.  She's in leadership, and she just said she
17   didn't write the maps.
18              ASSEMBLY MEMBER AGUIAR-CURRY:  No.
19   There's others that are in the leadership.
20              ASSEMBLY MEMBER BENNETT:  She had some --
21   she was part of the leadership team.  That
22   doesn't mean everybody on the team (inaudible).
23              CHAIR PELLERIN:  Okay.  Can we bring the
24   debate back to the Chair, please?
25              VICE CHAIR MACEDO: So who is the team?
```

```
 1              CHAIR PELLERIN:  Okay.
 2              VICE CHAIR MACEDO:  You know who the team
 3    is?
 4              SENATOR GONZALEZ:  I think we've answered
 5    the question.
 6              VICE CHAIR MACEDO:  No, you have not.
 7              CHAIR PELLERIN:  The question has been
 8    answered.  Do you have another question?
 9              And I'm sorry, did you have a comment you
10    wanted to make?
11              MR. WILLIS:  I just wanted to say -- you
12    can all verify this -- this week's edition of
13    Capitol Weekly Podcast had Paul Mitchell as their
14    guest from Political Data.  He spoke about the
15    fact that he foregone an Italian vacation with
16    his family in order to work on redrawing these
17    maps.
18              VICE CHAIR MACEDO:  Fantastic.  Why can
19    we not have Paul Mitchell here, then, to testify?
20              SENATOR GONZALEZ:  We're the authors of
21    the bill.
22              CHAIR PELLERIN:  Yeah.
23              VICE CHAIR MACEDO:  Okay.
24              CHAIR PELLERIN:  Do you have other --
25              VICE CHAIR MACEDO:  You are witnesses --
```

```
 1              CHAIR PELLERIN:  Do you have other
 2   questions about --
 3              VICE CHAIR MACEDO:  Yes.  I have lots of
 4   them.
 5              CHAIR PELLERIN:  Let's go ahead and move
 6   forward with those questions.
 7              VICE CHAIR MACEDO:  Okay.  So then my
 8   question is, is how much was Paul Mitchell paid?
 9   Does anybody know?
10              Okay.  Well, if it was over $5,000, he
11   would have to register as a lobbyist.
12              So did any lobbyists help with this?  No?
13   Okay.
14              How many versions of these maps were
15   created?
16              SENATOR GONZALEZ:  I'm sorry?
17              VICE CHAIR MACEDO:  How many versions of
18   the maps have been created to this point?
19              SENATOR GONZALEZ:  This is the version
20   you see here.  There were tweaks done yesterday
21   at 8:00 a.m.  They were timestamped.  The
22   changes --
23              VICE CHAIR MACEDO:  How many versions?
24              SENATOR GONZALEZ:  This is the version
25   you see here as Friday at 8:00 -- Friday --
```

 1              VICE CHAIR MACEDO:  You guys have been
 2  well prepped by Legal, let me tell you.
 3              SENATOR GONZALEZ:  Friday of last week we
 4  saw the maps.
 5              UNIDENTIFIABLE SPEAKER:  You're welcome.
 6              VICE CHAIR MACEDO:  What safeguards are
 7  there to prevent legislators or staff with
 8  conflicts of interest from manipulating the maps?
 9              ASSEMBLY MEMBER AGUIAR-CURRY:  Repeat
10  that again.
11              VICE CHAIR MACEDO:  What safeguards
12  prevent legislators or staff with conflicts of
13  interest from manipulating the maps?
14              ASSEMBLY MEMBER AGUIAR-CURRY:  My morals
15  and my ethics.  Let's start -- just start there.
16              VICE CHAIR MACEDO:  I -- and I know,
17  Ms. Curry, that you are.
18              But I'm asking, within the language, what
19  are we doing to safeguard that?  Not just a
20  handshake and a promise.
21              CHAIR PELLERIN:  The maps are publicly
22  posted on the Election Elections Committee's
23  website.
24              SENATOR GONZALEZ:  The public has 78
25  days, as we've been mentioning.  This is a much

1  more transparent process than our colleagues in

2  Texas who, as has been mentioned by the good

3  Assembly Member from southeast Los Angeles, that

4  has been just a nontransparent process and have

5  locked up legislators.

6        I mean, is that what we want to do?  We

7  don't.  We want to provide the public an ability

8  to look at these maps and then have an option to

9  weigh in, which they have been able to do over, I

10 think, 4,000 or 5,000 people.

11       You know more than I do, Madam Chair, on

12 this good work that you've done to be able to

13 make the maps very public.

14       ASSEMBLY MEMBER AGUIAR-CURRY:  So the

15 maps were based, remember, on knowledge and

16 public input from the Independent Commission, so

17 we agree with that.

18       And the proposed map splits fewer cities

19 than the Independent Commission map.  We agree

20 with that.

21       The map reduces the number of split

22 cities from 60 to 57.  This map makes 26 cities

23 whole that have been split up under the current

24 lines.

```
 1              So I'm going to give you a little bit
 2   example because I did overhear your conversation
 3   before, Assembly Member Tangipa, because you were
 4   concerned about the City of Clovis; is that true?
 5              ASSEMBLY MEMBER TANGIPA:  Yes.
 6              ASSEMBLY MEMBER AGUIAR-CURRY:  Okay.
 7              ASSEMBLY MEMBER TANGIPA:  Yes.  The
 8   original map that I'd seen --
 9              ASSEMBLY MEMBER AGUIAR-CURRY:  So I did a
10   little bit of --
11              ASSEMBLY MEMBER TANGIPA:  -- Clovis was
12   split into three --
13              ASSEMBLY MEMBER AGUIAR-CURRY:  I did a
14   little bit of --
15              CHAIR PELLERIN:  Okay.  Okay.
16              ASSEMBLY MEMBER TANGIPA:  -- but the map
17   yesterday put it in one.
18              ASSEMBLY MEMBER AGUIAR-CURRY:  So it's
19   great.  I'm glad you were looking at the maps to
20   understand the impacts on your communities.
21   Because of this legislation, every Californian
22   will be able to do that.
23              So specific to the city of Fresno, the
24   city was already split by the Redistricting
25   Commission into three districts.
```

1          Specific to the City of Clovis it was

2    previously whole and is split by this plan.

3          However, there are 26 cities that were

4    split by the Redistricting Commission that this

5    plan makes whole.

6          So as a result, the total number of

7    cities split is reduced from 60 to 57, and two of

8    those involve zero people.

9          ASSEMBLY MEMBER TANGIPA:  That was

10    direct.  Can I respond?

11          CHAIR PELLERIN:  We're going to go back

12    to Vice Chair Macedo.  She had the floor here.

13    Let her continue with her questioning, please.

14          VICE CHAIR MACEDO:  I'm not expecting an

15    answer to this, but I'll ask it anyway.

16          Did anyone with a conflict of interest,

17    including potential candidates for Congress --

18    Mr. Solache, I know this takes you out of it, so

19    don't worry -- participate in drawing or

20    reviewing the maps, any potential candidates for

21    Congress?

22          ASSEMBLY MEMBER AGUIAR-CURRY:  Not to my

23    knowledge.

24          VICE CHAIR MACEDO:  Okay.  If these maps

25    are challenged in court, how long could

1  Californians be left uncertain about who

2  represents them in which districts they reside?

3  That probably would be a question for the

4  attorneys.

5           MR. WILLIS:  Can you repeat the question?

6           VICE CHAIR MACEDO:  If these maps are

7  challenged in court, which I'm assuming they

8  likely will be, how long could Californians be

9  left uncertain about who represents them and in

10 which districts they reside?

11          MR. WILLIS:  I think they will always be

12 certain -- I mean, they will always be certain on

13 who represents them and what maps apply to each

14 election.

15          VICE CHAIR MACEDO:  So you don't see any

16 challenges in court delaying this?

17          MR. WILLIS:  I think that these maps are

18 legally sound, absolutely.

19          VICE CHAIR MACEDO:  Interesting.  Okay.

20 Whoever is paying you I'm sure will maybe agree

21 with you.

22          How can the Legislature justify

23 abandoning the transparent voter-approved

24 Commission process in favor of a secretive

25 process controlled by, like you just said,

1  partisan interest?  Because this is a partisan

2  gerrymander.

3          SENATOR GONZALEZ:  Yeah.  Texas started

4  it.  I mean, if Texas -- when President Trump

5  calls the Governor of Texas to find him five

6  seats -- let's be clear what happened.  Just like

7  he did in Georgia during the '20 -- the last

8  election.

9          So you want to talk about conflict of

10 interest and corruption?  Let's talk about it.

11 Let's absolutely talk about it because I think

12 the public should know what exactly is going on

13 here.

14         So what we're doing in the very legal way

15 and transparent way is providing a reaction to

16 the Texas phone call that Trump decided to do to

17 ask for five seats to basically circumvent our

18 democracy, to supersede and to take away

19 healthcare from people.

20         That's the reason why we have a bunch of

21 working family organizations that are here today

22 because they're tired of it.  Rural hospitals are

23 going to be completely decimated.  I mean, all of

24 it.  You know this.  And it's going to be really

25 tough.

```
 1            And I would actually just say, too, if --
 2   I'm down with you.  I think if you want to create
 3   a constitutional amendment at the federal level,
 4   you all have the opportunity to do that.  You can
 5   go to the White House and ask for it now to
 6   create a 50 state nationwide independent
 7   redistricting plan.  That would be fantastic. I
 8   think we can all do it.
 9            ASSEMBLY MEMBER AGUIAR-CURRY:  Do it for
10   us.  Thank you.
11            SENATOR GONZALEZ:  Absolutely.
12            VICE CHAIR MACEDO:  If you keep -- you
13   guys keep bringing up Texas.  Why is other
14   states --
15            ASSEMBLY MEMBER AGUIAR-CURRY:  And
16   Missouri.
17            VICE CHAIR MACEDO:  Well, so now you
18   bring it up, Majority Leader, but that's -- I
19   mean, this isn't a -- this isn't about Texas.
20            ASSEMBLY MEMBER AGUIAR-CURRY:
21   (Inaudible.)
22            VICE CHAIR MACEDO:  And I understand what
23   you guys are going at.  Listen, Texas does not
24   have the independent redistricting commission.
25   And this -- whether we want to talk about it or
```

1 | not, this started with Democrat groups suing the

2 | State of Texas for their maps.

3 | And, yes, then afterwards we can talk

4 | about what happened and disagree on it.

5 | SENATOR GONZALEZ:  Over the Voting Rights

6 | Act.

7 | VICE CHAIR MACEDO:  So they had to redo

8 | their maps because Democrat groups told them they

9 | had to.  That's what this all started with.

10 | SENATOR GONZALEZ:  It wasn't democratic

11 | groups.

12 | VICE CHAIR MACEDO:  That was exacerbated,

13 | likely, by other things.

14 | But my question is, is what consideration

15 | was given to compliance with California's

16 | requirement that districts be contiguous and

17 | compact?

18 | Because there's one district that is, I

19 | believe, 30 miles wide and 40 -- or, I'm sorry,

20 | 30 miles wide and 400 miles long, or something

21 | like that.

22 | MR. BRENNAND:  Are you talking about the

23 | current Kevin Kiley district?  Because that's the

24 | case.

25 | VICE CHAIR MACEDO:  No, it's not.

```
 1              MR. BRENNAND:  It goes from Lake Tahoe to
 2    Death Valley.
 3              VICE CHAIR MACEDO:  I'm not speaking
 4    of --
 5              MR. BRENNAND:  Is that the district --
 6              VICE CHAIR MACEDO:  No.
 7              MR. BRENNAND:  -- that exists now.
 8              CHAIR PELLERIN:  Okay.  If we could bring
 9    comments through the Chair here as well.
10              MR. BRENNAND:  Oh, I'm sorry.
11              CHAIR PELLERIN:  Let's go ahead and have
12    the Vice Chair continue to ask her questioning of
13    the authors.
14              VICE CHAIR MACEDO:  What consideration
15    was given to compliance with California's
16    requirement that districts be contiguous and
17    compact?
18              ASSEMBLY MEMBER AGUIAR-CURRY:  I don't
19    have legal (inaudible) for that.
20              SENATOR GONZALEZ:  (Inaudible)
21    Redistricting Commission requirements as well.
22    So, again, I'm going to continue to hit this
23    point, and I know you don't want to hear it, but
24    76.7 percent of this map currently is based off
25    of the 2020 Redistricting Commission.
```

```
 1              VICE CHAIR MACEDO:  So just yes or no.
 2              SENATOR GONZALEZ:  All of the parameters
 3  that are required under that --
 4              VICE CHAIR MACEDO:  No consideration was
 5  given, then, to the compliance with California
 6  requirements?
 7              ASSEMBLY MEMBER AGUIAR-CURRY:  There are
 8  more contiguous now than they've been before.
 9              SENATOR GONZALE:  Yes.
10              ASSEMBLY MEMBER AGUIAR-CURRY:  The new --
11  the maps that are out there now --
12              SENATOR GONZALEZ:  Less splitting.
13              ASSEMBLY MEMBER AGUIAR-CURRY:  -- are
14  more contiguous and more compact.
15              VICE CHAIR MACEDO:  So just that
16  particular compliance rule, I wasn't -- I'm not
17  part of leadership, as Mr. Bennett pointed out.
18  So I don't know if this was, hey, we need to make
19  sure we're doing this.
20              Was is it talked about?  Was it, hey, we
21  need to make sure we're doing this, or you're
22  just saying it's done?
23              ASSEMBLY MEMBER AGUIAR-CURRY:  As far as
24  I'm concerned, it's done.
```

1           VICE CHAIR MACEDO:  Okay.  If the
2    Commission's maps are already constitutional and
3    enforceable, what public interest is served by
4    passing AB 604 besides giving the middle finger
5    to President Trump?
6           ASSEMBLY MEMBER AGUIAR-CURRY:  Taking
7    care of our constituents.
8           SENATOR GONZALEZ:  I think we've given
9    you a lot of the data.  I mean, again,
10   6.4 million Californians are on Medicare.  And as
11   you've seen here, we've got health workers that
12   are in the audience that have supported this bill
13   because 3.4 million are under attack and may lose
14   their healthcare based on what this big,
15   beautiful, ugly, horrible bill just did.  And so
16   that is a direct attack on Californians.
17           And I don't know how I can go back to my
18   district, if I were a Republican, and say, I
19   allowed this and I'm not even speaking up on it,
20   and I'm not going to even fight up against it.
21   I'm not going to try to even in one slightest bit
22   try to claim five more seats to actually protect
23   my constituents, which is what we were all
24   done -- which we all decided to do when we took
25   the oath to become State Representatives.

```
 1              And, you know, I think SNAP benefits,
 2   education, you name it.  We're getting a
 3   $1 billion ransom now from the Trump
 4   administration against UCLA.  This is horrendous.
 5   For research grants to (inaudible) cancer.
 6              VICE CHAIR MACEDO:  I'm glad that you
 7   brought up rural -- like healthcare.
 8              CHAIR PELLERIN:  And just a couple more
 9   minutes here.
10              VICE CHAIR MACEDO:  I'm glad that you
11   brought that up because I, as a Republican, have
12   gone back to my districts.  Because I've been
13   asking Gavin Newsom why he left billions of
14   dollars ready to be reimbursed to our Medi-Cal
15   system that he didn't even bother to turn in the
16   application for.  I have fought for reimbursement
17   for providers in rural hospitals because they are
18   leaving.
19              So as a Republican, I can tell you I'm
20   fighting for my constituents.  But the same way
21   that we don't have jurisdiction over the federal
22   government, I don't have jurisdiction over Texas
23   electeds.  I'm trying to focus on what I can do
24   here with the dollars we have here.
```

```
 1              With that being said, there was
 2   disparaging comments made about myself and my
 3   colleague's vote on a redistricting bill.  And I
 4   would like to clarify, if the Chair would allow
 5   me that vote.
 6              SENATOR GONZALEZ:  I'm not sure what this
 7   has to do with the bill.
 8              VICE CHAIR MACEDO:  It was brought up
 9   previously.
10              CHAIR PELLERIN:  Okay.  Can we hold on
11   that?  And we'll allow that at the end of the
12   hearing here.
13              VICE CHAIR MACEDO:  Well --
14              CHAIR PELLERIN:  Okay.
15              CHAIR PELLERIN:  Try to continue on
16   AB 604.
17              Any other comments from Members on the
18   dais?
19              ASSEMBLY MEMBER BERMAN:  Quick comments.
20   I know there's been a lot of conversation and
21   bipartisan support, which is amazing, for federal
22   independent redistricting legislation.
23              The good news is we have a template for
24   that because it has been passed by the House of
25   Representatives at the congressional level twice.
```

1  There was the For the People Act in 2019

2  legislative session, and the Freedom to Vote Act

3  in the 2021 legislative session.

4          Both versions passed the House.  Both

5  versions were filibustered by -- unanimously by

6  Republicans in the Senate.  So we would have this

7  in the United States if Republicans at the

8  federal level would support it.

9          I want to encourage my -- because I know

10 y'all have more sway with Republican Senators, US

11 Senators, than I do.  I'd encourage you to reach

12 out to them and let them know, hey, this is

13 important for America.  This is important for

14 democracy.  Because right now it's Republican

15 United States Senators that are blocking the

16 ability for us to have that in the United States.

17          And I will say kudos to my former

18 colleague, Congressman Kevin Kiley, for finding

19 Jesus on this issue when all of a sudden he has

20 concerns about his political future and

21 introducing his legislation.  I don't care what

22 caused him to all of a sudden support independent

23 redistricting.  I just support him in that

24 effort.

```
 1                And so I want to say, everybody get out
 2   there.  Get Mike Johnson, the Speaker, to let
 3   Kevin Kiley bring his bill and let's have that be
 4   a vote in the United States Congress.  And then
 5   let's get Republican U.S. Senators who oppose it
 6   prior to support it now because that's the best
 7   solution to this problem, to this situation.
 8                And I'm happy to move the bill if it
 9   hasn't happened already.
10                CHAIR PELLERIN:  This is just am
11   informational hearings, so we're just --
12                ASSEMBLY MEMBER BERMAN:  No motions.  No
13   motions.
14                CHAIR PELLERIN:  -- we're just hearing
15   each other out.
16                ASSEMBLY MEMBER BERMAN:  There will be no
17   votes.
18                CHAIR PELLERIN:  And is there any Member
19   who has not spoken yet that would like to say a
20   few words or have any questions?
21                ASSEMBLY MEMBER TANGIPA:  But, Madam
22   Chair, because this is an informational hearing,
23   can we ask more questions?
24                CHAIR PELLERIN:  Absolutely, no.
25                ASSEMBLY MEMBER TANGIPA:  Why?
```



```
 1              CHAIR PELLERIN:  Yeah, yeah.
 2              ASSEMBLY MEMBER TANGIPA:  But it's an
 3   informational hearing.
 4              CHAIR PELLERIN:  I know.  I know.  And
 5   you have had more than 15 minutes of time to ask
 6   your questions.
 7              ASSEMBLY MEMBER TANGIPA:  Because I
 8   believe the people of California, which this
 9   affects 40 million people, they deserve more than
10   15 minutes.
11              ASSEMBLY MEMBER BERMAN:  And they're
12   going to get 75 days.
13              CHAIR PELLERIN:  Okay.  So we are going
14   to allow the authors to have any close, and then
15   I'm going to have a few closing statements as
16   well.
17              ASSEMBLY MEMBER TANGIPA:  So the 40
18   million people, they don't get more than 15
19   minutes?  But not only that --
20              CHAIR PELLERIN:  We're going to have
21   our --
22              ASSEMBLY MEMBER BERMAN:  They're going to
23   have 78 days, Assembly Member Tangipa.
24              CHAIR PELLERIN:  -- co-authors go ahead
25   and close.
```

```
 1              ASSEMBLY MEMBER BERMAN:  Seventy-eight
 2   days.
 3              ASSEMBLY MEMBER TANGIPA:  But
 4   Mr. Berman --
 5              CHAIR PELLERIN:  Okay.  We are not doing
 6   cross talk.
 7              ASSEMBLY MEMBER TANGIPA:  Part of what
 8   I --
 9              CHAIR PELLERIN:  I am speaking to the
10   authors.
11              ASSEMBLY MEMBER TANGIPA:  It's an --
12              CHAIR PELLERIN:  -- and I would like you
13   both to just please give me a little bit of time
14   and respect.
15              ASSEMBLY MEMBER BERMAN:  Yes, Madam
16   Chair.
17              CHAIR PELLERIN:  So thank you.
18              I'm now going to turn it over --
19              ASSEMBLY MEMBER TANGIPA:  But I asked for
20   more time.
21              CHAIR PELLERIN:  --to our co-chair -- our
22   co-authors to go ahead.
23              ASSEMBLY MEMBER AGUIAR-CURRY:  Thank you
24   very much.  Thank you.  Thank you very much.
25   Thank you very much for the lively discussion
```

```
 1   today.  I appreciate it.  I appreciate some of
 2   the commitments my colleagues have made today.
 3            But remember, we didn't pick this fight
 4   or this timing, but our process will be most
 5   transparent in the nation.  Finally, our voters
 6   will decide.  And you can smirk all you want.
 7            Thank you for all your thoughtful
 8   consideration.  And we will move forward and we
 9   will do the right thing.  The voters will decide.
10            CHAIR PELLERIN:  Did you have any
11   comments?
12            SENATOR GONZALEZ:  Thank you, Madam
13   Chair.  I just want to say thank you.  I respect
14   you so very much and all of your incredible work
15   in the elections world.  And I know that
16   Californians will have an opportunity to have the
17   final say in November.
18            We're very thankful to the witnesses and
19   the testimony in support, and the many working
20   people that rely on this.  They're really looking
21   to us and the eyes are on us to make this the
22   best decision for them.  Their health, their
23   safety, education, we're safeguarding that by
24   this bill today.
25            CHAIR PELLERIN:  Thank you.  Thank you.
```

```
 1              Now, I would like to say a few words.
 2   First of all, I just want to thank the Members of
 3   this Committee for being here today and
 4   participating in this hearing.  I appreciate your
 5   time, your thoughtfulness, your care, your
 6   concerns.  I feel your comments.  I feel your
 7   ideas.  And it's very important for the public to
 8   hear from all of us.
 9              I do want to say to you, Assembly Member
10   Tangipa, I'm so sorry about your family
11   situation.  That truly does break my heart, and I
12   know how difficult that is.  So you have my
13   condolences.
14              These are definitely difficult, uncertain
15   and trying times right now, and we have got to
16   find a way to move forward and to protect the
17   people of the State of California.
18              In my over 27 years serving as a chief
19   elections official, I fought very hard to ensure
20   that we had independent redistricting commissions
21   to draw these lines.
22              And we are no longer governing in a
23   democracy that I love.  We are governing with a
24   President who is an authoritarian fascist, who
```

1  does not care and concern himself with the well-
2  being of the residents of this state.

3          And I was thinking about this.  I spent a
4  lot of time, a lot of hours at home struggling
5  with where we are at this particular point in
6  time.

7          And I thought about what would happen if
8  someone broke into my home and attacked my
9  children.  Would I be able to fight that person?
10 And I would.  I would do whatever it took to
11 protect what I love.

12         What is happening now in this nation is
13 an attack on the people of this state.  We have
14 seen children torn from their families.  We have
15 children without enough food.  We have seniors
16 who cannot support their healthcare.

17         We have a climate existential crisis on
18 our hands and we are throwing out science and
19 scientists.  We are closing education, so
20 children that need special education no longer
21 going to get those services.

22         So damn right I'm ready to fight.  And
23 these bills is not my fight alone.  This is the
24 fight for the people of the State of California.

1              We are not jamming this down your throat.
2    We are not doing it in a closed room.  We are
3    doing it openly and transparently.  And the
4    voters, the 40 million voters of this state,
5    every one of you have a right and a
6    responsibility to stand up and cast your vote for
7    these measures.
8              And they will be on your ballot November
9    4th of 2025.  And I expect every eligible
10   registered voter of this state to make their
11   voice heard.
12             And with that we are concluding this
13   hearing.
14                  (Hearing concluded.)
15
16
17
18
19
20
21
22
23
24
25
26

1

2                    CERTIFICATE OF REPORTER

3

4          I, MARY ANN SCANLAN, hereby certify that

5    I transcribed the California Assembly Elections

6    Committee meeting held on August 19, 2025, as

7    completely and correctly to the best of my

8    ability.

9          I further state that pages 1 through 286,

10   inclusive, constitute an accurate and complete

11   transcription of the video recording for the

12   proceedings specified.

13

14   Dated:  November 1, 2025

15

16

17                              _____

18                              Mary Ann Scanlan, CSR

19

20

21

22

23

24

Index: $1..3930

**$**

**$1**
102:20 103:7,11 171:5
276:3

**$20**
101:8

**$200**
46:14 99:12,23 101:2,3
103:15

**$250**
101:6 102:15 149:10,18

**$2500**
153:12

**$300**
102:2 119:21 126:18

**$5,000**
264:10

**$825,000**
244:13

**-**

**--for**
145:25

**--to**
281:21

**1**

**1**
161:24 162:15

**10**
34:10 234:1

**100**
161:11

**100,000**
167:13

**1000**
42:23 43:2 170:14
171:22

**101**
63:24

**11**
169:7 222:16

**12**
38:24 85:19

**12,000**
201:2

**14**
45:9 109:2 237:17

**142**
218:19

**1441**
133:19

**15**
156:5 177:11 192:8
206:9 207:5 280:5,10,
18

**15-year-old**
22:1

**16,000**
7:2 10:8 11:25 17:16
75:19

**17**
216:21

**18**
59:7 60:7

**19th**
2:2 155:16

**2**

**2**
96:20

**2.3**
171:18 225:6

**20**
72:6 74:1 80:5 112:11,
24 195:15,22 226:24
233:25 244:14 255:13
270:7

**200**
101:6 102:1 150:10

**200,000**
169:5 222:13

**2010**
47:6 142:23 143:1,9

**2011**
107:10

**2015**

**43:5** 170:17

**2019**
278:1

**2020**
8:22 166:10 183:12
187:5 235:20,23 236:14
273:25

**2021**
23:9 98:25 100:24
191:20 278:3

**2025**
2:2 15:10 133:19
142:15 143:8 155:16
161:2 182:4,9 196:8
202:3,4 285:9

**2025-2026**
36:9 100:23

**2026**
8:11 48:7 157:6 158:20
161:17 214:16 215:18
250:6

**2028**
101:9

**2030**
15:14,16,24 156:25
214:23

**2032**
242:15 254:18

**21**
235:10 256:21

**22,000**
107:19

**235**
177:15

**24**
39:21 40:1 78:4 144:17
195:11

**25**
118:3 244:14

**26**
254:5 266:22 268:3

**27**
6:17 283:18

**28**
254:5

**280**

**5:2,22** 116:11,16
138:17 155:19 156:13
157:1 167:8 172:8
194:23 196:7,18 207:21
209:1 211:11 221:16

**3**

**3**
220:14

**3,000**
233:10

**3.4**
238:14 275:13

**3.5**
202:21

**3.6**
142:24

**30**
6:14 41:20 52:22 53:17,
19 54:21 57:4 58:23
60:1,19 62:8 63:17 66:1
67:21 68:4 69:11,15
70:13 75:3 78:8 153:14
156:2 167:9 173:17,20
222:10 227:8,15 228:3,
5 229:24 252:24 254:5
272:19,20

**30-minute**
155:13

**30-second**
154:19

**300**
124:1

**310,000**
21:3 168:17

**32**
254:5

**32,000**
169:8 222:17

**35,000**
45:1 107:21

**36**
53:16 90:11,22

**37**
69:15 228:6 233:25

**3930**



Index: 4..access

42:21 169:5 222:13

**4**

**4**
36:12 168:6 196:8
224:22

**4(a)**
182:1

**4,000**
266:10

**40**
60:14,16 80:6 90:23
99:1,5 196:24 226:19,
21 272:19 280:9,17
285:4

**400**
272:20

**45**
235:1

**47**
56:21

**4th**
15:10 61:22 97:10
156:14 161:2 179:5
180:5 181:12 182:4,9
199:2 204:9 255:18
285:9

**5**

**5,000**
233:10 266:10

**50**
243:17 254:9 256:23
271:6

**500**
188:19

**500,000**
30:14

**52**
80:4

**57**
266:22 268:7

**58**
233:24

**6**

**6**
142:25 220:13

**6.4**
275:10

**60**
60:14 266:22 268:7

**60/40**
60:14

**604**
5:9,21,24 6:2,5 15:4
59:13 114:11,22
116:11,16 138:18
155:20 212:13 214:2
215:9 217:19 218:11
219:18,22 221:3,12
222:9 242:2 258:2
275:4 277:16

**64**
70:18

**67**
162:9

**69**
44:23

**7**

**70**
233:21

**72**
30:18

**74**
203:16 221:19

**75**
280:12

**75/20**
60:18

**750,000**
169:13 216:21

**76**
44:22 237:2 248:9
260:6

**76.7**
233:22 235:22 273:24

**78**

237:7 255:21 265:24
280:23

**7th**
106:3

**8**

**8**
5:1,12,14 10:2 13:9,24
14:3,12,17,23 15:2,8,24
16:7,18 17:6,20 21:5
23:16,22 27:4 36:8
41:17,25 42:2 50:22
60:2 112:3 114:3,7,11,
23 121:5 128:9 130:3
138:17 139:4,12 151:10
156:18 214:20

**88**
20:16 184:5

**8:00**
95:10,14 96:2,3,5,6,8
231:11,21 232:25 233:6
264:21,25

**8t**
48:4

**9**

**9th**
81:2 133:19

**A**

**a.m.**
96:2,3,8 231:21 232:25
233:6 264:21

**AAPI**
48:2

**Aaron**
50:13 175:21

**AB**
5:9,21,24 6:2,5 15:4
59:13 114:11,22
116:11,16 133:19
138:18 155:20 214:2
215:9 217:19 218:11
219:18,22 221:3,12
222:9 242:2 258:2
275:4 277:16

**AB604**
241:19

**abandoning**
269:23

**Abbott**
196:22 246:5

**Abdosh**
57:9

**abide**
120:8

**abiding**
18:12

**abilities**
189:10

**ability**
9:4 19:14 32:22 37:1,4
84:4 153:8 266:7
278:16

**absolute**
53:12 133:6

**absolutely**
32:14 70:1 88:12 89:6
102:12 103:17 110:20
132:18 145:1 202:9
238:10 240:13 257:3
269:18 270:11 271:11
279:24

**abuse**
113:7 127:2,8

**abusing**
118:11

**ACA**
5:1,12,14 10:2 13:9,19,
24 14:3,12,17,23 15:2,
8,24 16:7,18 17:6,20
21:5 23:16,22 24:12
25:12,18,20 27:4 30:11
41:17,25 42:2 50:22
60:2 97:14,17,19,24
105:11 106:7,9 111:17
112:3 114:3,7,11,23
119:13 121:5 122:7
128:9 130:3 138:17
139:4,12 151:10 156:18
212:21 214:20 257:2

**accepting**
4:13,14

**access**
47:16 162:7,11,16



163:20 193:24

**accessed**
4:18

**accessible**
9:6 199:2

**account**
133:23 248:14

**accountable**
47:23 156:2 157:18
162:18

**accuracy**
185:9

**accurate**
9:6 124:11 199:1 200:2

**acknowledge**
189:12

**act**
15:2 17:4 59:19 104:4,5
120:9,13,14 193:3,21
218:2 221:12 247:11
248:19 272:6 278:1,2

**action**
9:22 23:21

**actions**
9:4 219:20 227:21,24

**activities**
69:8

**actual**
100:22 182:6

**adage**
67:8

**Adan**
80:11

**add**
18:5 28:25 222:8
237:18

**add-ons**
184:8

**Addie**
65:13

**adding**
24:3 37:23 45:8 185:18

**addition**
5:6 221:8

**additional**

6:12 9:24 24:6 118:17
125:12 184:2 218:2

**address**
20:6 160:9

**addressed**
182:12

**adjourn**
3:3,10 38:17 39:6

**adjust**
102:2

**adjustments**
9:1

**administer**
9:5 157:3 179:5 180:4
182:22 195:1

**administration**
5:3 18:8,14,23 19:6
21:6 164:13 177:20
195:4 196:8 216:20
219:21 220:5,11 223:20
224:3 226:2 244:12
250:23 276:4

**administration's**
21:20 169:18

**administrative**
183:4 187:1

**admitted**
94:22 240:18

**adopt**
8:19 131:3 141:19
244:24

**adopted**
36:11 151:15 160:5

**advance**
158:24

**advantage**
191:14 210:17

**advice**
20:19 200:22

**advocate**
167:21 244:5

**advocates**
83:10,13,20

**aelc.assembly.ca.
gov.**
4:20

**Affairs**
42:11 168:3 224:12

**affected**
60:3 65:2 220:15
246:15

**affecting**
163:8,9

**affects**
280:9

**affiliate**
173:23

**affiliated**
86:4

**affiliates**
42:8 161:10,11 225:9

**affiliation**
246:16

**afford**
129:4,10 244:15

**afforded**
22:6

**AFL**
173:22

**afraid**
203:22

**AFSCME**
42:18,21 169:4 222:12

**after-school**
21:10

**afternoon**
43:10 60:22 65:12
79:10 155:15 170:4,7,
11,16 171:13 175:19
225:1

**ag**
165:12

**agenda**
6:4 9:23 10:5 19:10
157:11 166:3 167:5

**agents**
22:2 159:3

**agree**
45:15 103:18 112:5
124:4 131:20 195:21
205:5 214:11 226:8
234:14 236:4,6,8,21,22

244:21 250:18 266:17,
19 269:20

**agreed**
40:12 82:7 195:19

**agreeing**
82:19

**agreement**
83:25

**agreements**
18:16

**Aguiar-curry**
214:3 219:18 232:10,
13,21 233:7 236:10
243:8,13 258:15 259:4,
20,24 260:3 262:9,13,
18 265:9,14 266:14
267:6,9,13,18 268:22
271:9,15,20 273:18
274:7,10,13,23 275:6
281:23

**Aguilar**
55:2

**Aguirre**
65:4

**ahead**
34:17 50:21 88:7,24
93:19 118:19 121:18
146:14 153:13 155:16
175:12 186:23 198:24
212:11 229:24 245:12
264:5 273:11 280:24
281:22

**aimed**
218:14

**airport**
216:18

**aisle**
18:21

**AJR**
256:21

**alarm**
178:9 203:9 250:17

**align**
243:24

**alive**
8:10

**Allers**



80:8,9

**allies**
22:12

**allowed**
73:23 107:4 109:21
147:3,11,17,21 148:1
208:15 226:14 275:19

**allowing**
146:9 227:6,7 229:19

**alluded**
14:8 122:24

**Almighty**
71:2

**aloud**
182:19

**amazing**
183:14 187:8 277:21

**ambassadors**
249:18

**Amber**
174:3

**ambition**
160:15

**amend**
24:9,11,12 27:4 140:5

**amending**
56:5

**amendment**
16:9 24:23 36:2,6,8
37:24 97:7 114:5
125:25 140:5,11
141:19,24 156:18
199:16 271:3

**amendments**
24:14,18 25:1,6,10,25
26:6 27:8,10,14 29:2,11
33:12 34:18 35:7,20
37:7 38:4,6,15,19,20
39:2 40:5 41:15 63:6

**America**
9:11 56:2 201:17
278:13

**American**
49:16,17 64:5,25
157:16

**American's**
219:5

**Americans**
14:22 22:8 44:22
157:20 220:3,7

**amount**
3:6 33:6 37:9 110:7
132:7,15 154:16 182:5
209:22 210:25 226:13
234:11 251:1

**amounts**
184:24

**ample**
226:13

**Amy**
169:4 222:12

**Ana**
232:18

**Analisa**
171:21

**analysis**
100:22 180:21,24
181:2,22

**Anderson**
64:18

**Angel**
60:23

**Angela**
42:7

**Angeles**
22:2 59:12 80:9 169:9
222:18 225:19,20
239:22 266:3

**Angeli**
79:8

**Angelo**
63:21

**Angels**
55:3,14

**angles**
160:13,14

**Annalisa**
43:1

**Annette**
80:19

**Annie**
17:7 21:2 168:15
222:22

**announcement**
6:3 9:24

**announcements**
10:3 190:8

**answering**
8:14 146:24

**answers**
92:2 240:23

**anti-democratic**
219:20

**anticipation**
189:6

**anymore**
96:19 129:10

**API**
158:13

**apologies**
51:16 211:6 219:15
229:25

**apologize**
47:2

**appalled**
78:2

**appalling**
78:5

**Apparently**
212:25

**appeal**
160:13

**appealing**
46:2

**Appeals**
126:9

**applause**
228:7

**application**
276:16

**apply**
44:12 269:13

**appreciated**
184:9 199:4 244:3

**appreciation**
42:13 168:14

**approach**
252:15,19 254:15 255:5

**approached**
190:19

**approaching**
164:8

**appropriated**
182:5

**appropriates**
157:1

**Appropriations**
151:17 172:9 182:11
211:9

**approval**
26:18 137:18,20 215:4,
5

**approve**
26:20 141:24 142:10,16
214:21,24 221:24

**approved**
15:3 138:12 190:10
242:14

**approving**
47:11 142:11

**approximately**
99:11,23 101:2

**April**
133:19

**Archbold**
44:9

**architecture**
247:6

**argument**
54:12 56:9

**Ariano**
60:22,23

**Arias**
174:4

**ARIS**
174:3

**armed**
159:2 165:1

**army**
59:2 77:9

**arrests**
18:11

**aspersions**



Index: aspirations..authored

168:18

**aspirations**
108:8

**Assembly**
2:3,14,17,20 3:22,25
4:3,6,22 7:8,13 10:1,17
11:8,11,14,17,20 12:2,
13,16,19,22,25 13:8,23
14:1,5 16:4 24:8,12
25:19 26:5,15,17,21
27:2,5,7,18,20,24 28:1,
3,5,9,11,13,17,21 29:7,
12 30:3,17,22,24 31:1,
3,5,7,9,10,12,13,15,19,
21,24 32:3,5,7,9,10,13,
17,21,23 33:1,5,9,11,
13,15,18,19,24 34:4,21
35:8,10,13 36:8 38:2,3,
9,12,23 39:1,3,4,7,9,10
40:3,7,11,16,25 41:3,6,
9,12,22,24 43:21,24
50:18 51:1,5,10,12
52:9,10 53:3 57:12
76:13 81:21,22 84:22,
23 87:16,19,20,22,24
88:1,2,4,7,9,11,14,16,
19,20,22,24 89:1,4,7,9,
12,13,15,17,19,20,22,
24 90:1,2,5,7,9,10,12,
13,15,16,17,19,21 91:1,
3,9,21,22 92:5,8,10,12,
18,20 93:1,3,5,11,12,19
94:3,15,19,22 95:1,4,
18,22 96:4,9,13,17
97:1,4,5,16,19,23 98:1,
3,5,7,9,11,15,20,22,24
99:3,9,11,13,16,21
100:4,9,15,17,19,21
101:1,4,5,7,18,20,21,23
102:7,8,9,11,12 103:19,
20,21 104:10,14,21,24
105:4 108:1,19 109:4,
16 110:2,3 111:8,11,15,
22 112:4,13,15,16,19,
20 113:5,6,12,14,18,19,
21 114:7,8,10,13,18,20,
22 115:1,3,10,12,15,16,
19 116:3,6,10,15,20,22,
23,24 117:1,3,4,5,8,9,
13,14,19,21 118:1,18,
21,24 119:1,5,7,9,10,
11,12,14,18 120:4,17,
20,21,22,23 121:1,3,6,
10,12,16,18,20,22,25
122:1,4,5,9,12,15,16,

17,18,19,20 123:9,10,
13,14,23 124:3,10,12,
14,16,17,19,21,22,24
125:1,5,8 126:6,19,20,
22 127:1,4,7,10,16,20,
24 128:3,10,12,15,19,
21,24 129:3,8,17,21
130:1,10,15,18,21,22
131:9 132:11,22,23
133:1,4 134:3,5,8,10,
14,17,19,20,22,24
135:1,3,5,6,8,10,11,13,
16,17,19,20,22,23,25
136:1,5,6,10,21,23
137:2,6,10 139:16
140:1,3,10 141:1,11,14,
17 142:7,18 143:3,15
144:8,13,24 145:8,18
146:5,7,12,15,19,22
147:1,4,8,12,15,19,23
148:3,5,7,9,11,13,15,
17,19 149:1,6,10,17,21
150:5,9,13,16,21,23
151:3,8,12,18,23 152:4,
7,9,12,14,16,19,22,24
153:2,4,11,15,20,24
154:1,3,5,8,11,15,21
155:9,17 156:17
172:10,24 173:1,4,7,10
175:1,24 176:6 192:8,
10,22 193:2,9,14,22
194:4,8,11,17,21 195:6
196:12,16 197:1,7,10,
13 198:10,19 199:5,14,
21,23 200:8,11,12
204:13,16,17,20,23
205:1,15,17,19,21
206:1,5,9,13,21,23
207:7,9,11,13,16 208:3,
15 209:7,10 211:19,22,
25 212:3,6,12,13,22
213:10,13,16,19,22
214:3 219:17 229:6
230:20,21 231:15,17
232:3,9,10,12,13,19,21,
22 233:5,7,13 234:4,7,
10,14,17,20,23 235:3
236:3,10,16,20 237:23
238:16,19,23 239:1,7
240:7,11,14,22 241:3,6,
9,12,17,20 242:4,7,11,
16,24 243:8,11,13,19,
21 244:4 245:10,14
246:18 247:1,13,16,20
248:1,11,17,22 249:1,
11,13 250:10 252:2

255:15,16,24 256:19
258:15 259:3,4,5,7,8,
261:6,10,12,15,24
262:3,7,9,11,13,18,20
265:9,14 266:3,14
267:3,5,6,7,9,11,13,16,
18 268:9,22 271:9,15,
20 273:18 274:7,10,13,
23 275:6 277:19
279:12,16,21,25 280:2,
7,11,17,22,23 281:1,3,
7,11,15,19,23 283:9

**Assemblymember**
174:24 208:8 229:5

**assert**
132:17

**assertions**
62:6

**assessor**
176:12

**assigned**
35:2

**assistance**
18:9

**assisting**
237:24

**associate**
133:4

**association**
17:8 21:3 51:18 55:8,10
60:11 73:16 167:13
168:16 175:4,9 176:15
188:24 222:23 223:10
259:17

**assume**
91:16

**assuming**
269:7

**assumption**
187:21

**assurance**
180:17

**assure**
253:19

**attached**
90:6 116:18 117:6

**attack**
8:14 9:3 200:20 201:5
238:3,4 275:13,16
284:13

**attacked**
208:12 284:8

**attacking**
83:4 165:5 166:15
204:2

**attacks**
21:17 22:9 23:11,18
46:6 167:17 171:5
223:21

**attempt**
46:20 84:10 127:2
135:15 138:21 162:7

**attempted**
21:13 112:11

**attempting**
14:19 19:6

**attempts**
48:6 201:15 214:15
229:10

**attention**
81:15 132:6 188:24
201:8

**attorney**
180:23 181:17

**attorney-**
93:22

**attorney-client**
94:14 139:22

**attorneys**
182:21 269:4

**audience**
275:12

**August**
2:2 155:16

**author**
6:11 25:4,11,14 28:14
37:15 59:19 114:16
127:18 156:9 192:19
195:24 212:14

**author's**
25:1,6,10

**authored**
25:17



**authoring**
204:14

**authoritarian**
158:25 167:16 245:6,7
283:24

**authoritarianism**
45:20 160:24

**authority**
8:21 253:6

**authors**
5:19 30:7 32:15 85:5
97:2 115:4 263:20
273:13 280:14 281:10

**autocrats**
83:1,10,13,17 84:1
131:11,23 132:3 133:13
209:23,24 229:19

**automatic**
19:25

**availability**
5:19 191:2

**average**
104:1

**Avila**
58:7,8,25

**avoid**
103:15

**avoids**
133:15

**aware**
18:13 32:24 57:1
259:10

**aye**
3:18,19 4:6,7 11:5,6,20,
21 12:10,11,25 13:1
17:5 24:2 40:20,25
41:1,3,4,6,7,9,10
148:18 151:22,25
152:7,8,12,13,16,17,19,
20 172:21,22 173:10,11
209:5 211:13,14,19,20,
22,23,25 212:1,3,4
213:7,8,22,23 219:7

**B**

**Babb**
72:1

**baby**
14:9

**back**
15:3 23:3,7,18 34:2,
10,14 45:5,19 46:21
47:3 50:6 56:14 63:7
69:3,20 70:18,20 81:5,
18 84:3,5 92:22 94:10
106:6 107:10 108:20
109:14 110:21 121:5
126:16 129:15 131:22
138:20 140:3 167:6
174:23 178:13 182:15
197:18 201:15 202:14,
17 207:19 217:1 224:9
229:1 235:20 237:5
239:18 246:6 247:4
252:7,15 254:5,6,18
262:24 268:11 275:17
276:12

**backroom**
47:12 195:16,22

**backs**
125:25 126:2 255:7

**backwards**
60:15

**bad**
120:22

**bags**
57:6

**baked**
248:9

**Bakersfield**
52:8,9 63:21 73:4 81:9

**balance**
23:10 221:5

**balances**
8:9 82:17

**ballot**
61:22 73:17,18 98:19
102:19 105:19 119:22
123:25 139:6 142:14
155:6 160:25 198:5
199:7,20 209:4 237:10,
13 255:17 285:8

**ballots**
237:9

**ballroom**
177:21

**ban**
139:12 140:8

**bananas**
157:23

**Barajas**
68:11,12

**Barbro**
61:23 62:9

**barf**
57:6

**bargaining**
18:16 60:10

**barred**
109:23

**Barreiro**
42:14,15 169:11,12
170:3

**base**
58:12

**based**
7:7 199:9 231:13
235:23 236:12,13
254:20 266:15 273:24
275:14

**basest**
48:8

**basic**
67:22 103:10 131:18

**basically**
133:13 270:17

**Basin**
58:6

**basis**
49:4 242:14 248:6

**battle**
165:1

**Bax**
52:17,18

**bear**
84:24 179:7

**beautiful**
54:18 102:22 275:15

**beauty**
145:13 204:7,8

**begin**

**4:**9 5:11 13:10,23,24
44:1 156:9 160:7 214:1
257:7

**beginning**
18:18 39:13 85:16
248:6

**begun**
186:11,13,15

**behalf**
10:2 14:3 17:18 42:4,8,
11,15 43:8 51:17 53:2
62:19 68:9 69:15
166:11,13 167:12
168:3,5 169:12 170:5,8,
23 171:14 184:9
216:12,21 223:12
224:5,11,22 225:2,6,9
258:6

**behave**
249:19

**Beither**
64:12

**believed**
86:11

**believes**
8:18

**Bell**
80:14

**Bella**
77:18

**benefit**
113:24 138:4 149:12

**benefits**
239:16,20 276:1

**BENNET**
204:17

**Bennett**
2:12 3:20 11:7,8,9
12:12,13,14 40:24,25
41:1 81:21,22 110:2,3
112:15,19,20 113:6
114:20 117:21 118:1
126:22 127:1,7,10,16,
20 130:21,22 133:5
144:20 150:23 152:6,7,
8 172:23,24,25 209:8,
10 211:18,19,20 213:9,
10,11 229:5,6 259:8,15,
17 261:6,10,12,15,24



262:3,7,11,20 274:17

**Berman**
2:13,14,15 3:21,22,23
7:8,13 10:1 11:10,11,12
12:15,16,17 13:8,24
14:1 30:17,23,24 31:3,
7,10,13,21 32:5,9,13,
17,23 33:2,9,13,18
41:2,3,4,24 43:21,24
50:18 76:12,13 87:16,
20 88:3,7,11,16,20,24
89:4,9,13,17,20,24
90:2,10,13,16,19 91:1,
21 92:10,18,20 93:1,5,
19 94:15,19 95:22 96:9,
13 97:1,5,19 98:1,5,9,
15,22 99:3,9,11,16,21
100:15,19 101:1,5,18,
21 102:7,9,12 103:20
113:13,14,19 114:8
115:2,3,15,19 116:6,20,
23 117:1,4,8,13,19
118:24 119:5,9,11,14
120:4,20,22 121:1,12,
18,22 122:1,5,12,16,18,
20 123:10,14 124:3,12,
16,19,22 125:1,5,8
126:19 133:2 134:10
139:15,16 140:2,3,10
141:1,11,14,17 142:7
143:15 144:19 145:8
146:15 148:5,9,13,17,
21 149:1,6,17 150:9,13,
16 152:11,12,13,14
153:4 154:3 168:11
173:1,2 198:19 200:11,
12 205:15,19,21 206:21
207:7,11 211:21,22,23
213:12,13,14 240:22
241:6,12 255:15 277:19
279:12,16 280:11,22
281:1,4,15

**Bernardino**
169:9 222:18

**Bernie**
75:14

**bet**
117:1

**big**
84:14 85:24 102:22
105:20 120:5 226:4
275:14

**bigger**
167:18

**biggest**
103:21 253:10

**bill**
4:23 5:4,19,23,25 6:8
10:19 13:22 16:2 24:23
26:18,20 28:19,20 35:1,
17,19 37:21,22 52:15
59:17,20,21,22 62:13
63:22 64:3,7,11,15,22
65:3,7,11,16 67:3 68:1,
9,13,16,18,21 70:1,7,8,
21,23 71:7,15 72:3,7,
12,18,20,23 73:3 74:10,
20 75:12,16,24 76:21,
24 77:20,21 78:5 79:12
80:10,12,16,18,21,25
81:3,9,14 84:18 85:4,7,
9 87:1 88:18 89:6,9,21
90:6,14,23 91:8,14
93:14,21 94:8,12 95:3
96:16 97:3,5,6,13
102:22 105:23 106:2
109:14,19 110:22
111:7,14,20,25 113:11
114:9,11,16 115:4,5
116:2,7,8,11,16 118:22
119:2,6 121:6,11 128:2
129:7 131:7,8 133:2
135:12 136:1,12,13,17,
24 137:3,9,12 139:25
140:15 153:1,5 154:16
155:2 156:13 157:5
162:2 169:21 172:13
174:2,12,14,17,20
175:6 179:15,24,25
180:21,23 181:6 182:17
191:24 193:17 194:4,10
196:6,15 197:2 199:4,8,
22 204:12,15 205:16
206:22,24 208:7 210:7
212:8,12,13,20,21,23
213:1 214:19 215:11,12
216:23 217:3 222:20,23
228:21 229:7,16 230:10
241:19 242:2,3,7,20
245:9 246:21 252:5
258:2 259:12 263:21
275:12,15 277:3,7
279:3,8 282:24

**billion**
101:8 102:20 103:7,11
171:5 276:3

**billionaire**
167:19

**billionaires**
157:22

**billions**
103:2,16 276:13

**bills**
5:6,18 6:4 8:16 14:12
15:8 39:17 62:22 94:17
116:17,21 118:12
222:15,25 229:8 284:23

**binding**
18:15 181:23 182:20

**bingo**
124:5

**bipartisan**
18:22 54:7 86:15
260:18 277:21

**bipartisanship**
26:13

**birth**
162:5

**bit**
132:19 144:18 184:14
185:4 267:1,10,14
275:21 281:13

**Black**
48:3 63:24 158:12

**blame**
53:5,7

**blaming**
61:18

**blatant**
20:6 75:12 135:15
138:21

**blatantly**
19:6

**bless**
74:17 77:5 79:21

**block**
226:22

**blocking**
167:16 278:15

**blocks**
221:13

**billionaire**
167:19

**BMC**
243:5

**board**
16:5 53:7 56:13 71:12
170:13

**boards**
137:16,23

**bodies**
110:17

**body**
98:13 101:11 138:7
196:3 240:20 244:17

**Bolog**
60:5,20 173:20,22
225:17,18

**Bonilla**
78:11,12

**book**
183:9 210:22

**born**
67:2,5 68:12 72:5,9
75:15 138:2

**boss**
74:2

**bosses**
138:15

**bother**
276:15

**bottom**
16:18

**boundaries**
15:4,7 16:6 58:17

**bow**
202:6

**bowing**
204:4

**box**
139:6 155:6 160:25
198:5 209:4 237:13
255:17

**boy**
14:9

**bragging**
200:23

**brain**
77:10,15



**break**
56:17 128:22 150:18
205:6 283:11

**breaking**
8:15

**breaks**
87:11

**breakup**
215:11

**bred**
72:5

**BRENNAN**
216:11 219:3

**Brennan**
216:8,12 221:8 231:13,
16 232:6 235:14 246:23
248:15,18 272:22
273:1,5,7,10

**bring**
13:8 29:25 34:14 46:21
50:21 81:18 109:13
110:1,21 121:4 129:15
145:23 156:8 174:22
229:1 243:3 262:23
271:18 273:8 279:3

**bringing**
23:15 61:15 84:20
167:23 204:11 207:18
246:14 253:8 271:13

**Brokaw**
64:8

**broke**
124:6 203:13 284:8

**Brotherhood**
60:6 61:6

**brothers**
170:22

**brought**
47:9 63:1 75:10 136:16
137:16 178:12 191:23
205:4 229:17,18 276:7,
11 277:8

**Brown**
23:16

**Brumley**
69:13,23,24

**Bryant**

**buddy**
20:17

**budget**
103:17 139:1 177:25
225:25

**build**
177:22 217:19

**building**
6:20 74:1 87:7

**bully**
22:17

**bullying**
52:13

**bunch**
102:25 270:20

**Burbank**
75:18

**burden**
179:7

**Burrell**
64:1

**Burt**
62:24 63:19

**business**
9:17 13:21 62:19 69:9
104:18 113:4 132:8

**Bussey**
52:21,23 53:1,19,24

**busy**
169:15

**buy**
35:25

───────────

**C**

**Cal**
153:16

**California**
6:21 8:14,18 9:15 15:5,
11,21 16:17,23 17:2,8,
9,19 18:11,25 19:13
20:5 21:2 22:21 23:6,
20,22 24:3 30:18 35:25
36:24 37:7,12 42:4,9,
16,19 43:13 45:21
46:13 48:6,24 49:18,24

50:4 51:18 52:10,15,16
54:6,14 55:6,7 56:5,15
58:8 59:2,16,24 60:8,
10,12,24 61:24 62:4,24
63:21 64:2,9,20 65:5,9,
19,20 67:3,6,14 68:8,
18,20,23 69:10,14,16,
24 70:5,19,23 71:12
72:2,5,14,22 73:3,21
74:6,9,19,24 75:16,18
76:10,15,23 77:23
78:13 79:2,11,24 80:2,
7,9,15 81:9,16 85:8
86:2,9,16,22 87:8,10
97:25 100:23 101:11
102:15 103:5,13 109:8
119:23 120:6 122:6
123:7 126:17 129:10
133:17 138:4 139:1
141:23,25 142:14,24
143:2,6,8,13 151:9
156:17 157:8 158:21
159:12 160:10,23
161:1,10,13,24,25
162:9,11,23 163:10
164:2,16 167:12,14
168:8,16 169:13
171:14,17,19,25 173:24
174:9 175:4,8 176:14
192:18,24 196:23
198:2,3,11,12,15
201:14 202:14,16,20
203:17,19,23,25 204:2,
4 205:12 206:15 207:2
208:22 209:2 214:7,9,
24 215:6,15 216:6,12
217:1,11 218:21,22,23
219:23 220:14 221:4,24
222:22 223:10 224:8
225:2,5,10 227:20
228:11,15 230:13
233:11 236:25 241:7
243:2 244:7,19 245:22
246:9 251:14 252:10
253:13 255:7,9 274:5
280:8 283:17 284:24

**California's**
16:21 18:9 46:19 47:8
53:14 56:17 62:19,21
102:24 120:8 135:21
138:1 139:5 141:18
159:21,24 160:4 161:15
215:9 217:17 272:15
273:15

**Californian**
62:12 64:14 73:2 75:9
76:16 78:1 155:10
217:18 267:21

**Californians**
7:5,24 14:22 44:14,20
49:7 57:17 87:4 103:4
123:11 142:25 154:24
155:5 161:23 162:10,
11,15 165:10 178:17
196:24 202:21 203:4
209:3 219:4 220:3,7
237:13 238:3,4,11,14
246:15 249:18 252:16
255:13 256:7,12 269:1,
8 275:10,16 282:16

**call**
2:2,4 3:13 10:25 12:5
16:11 29:6 40:15 49:3
56:16 73:7 150:23
151:1,7 154:13 160:18
165:4 172:15 211:10
229:13 246:4 270:16

**called**
49:19 191:20

**calling**
146:3 196:19 200:25

**calls**
16:7 156:13 196:7
270:5

**Calvary**
174:4

**Camarillo**
65:12,13

**campaign**
57:11

**campuses**
223:17

**cancer**
162:4 276:5

**candidate**
36:10 56:13 81:2

**candidates**
46:3 268:17,20

**Capitol**
22:23 54:18,23 86:1
263:13

**card**
124:6



**care**
46:4 87:9 151:8,18,19,
20 162:5 179:19 180:8
227:1 275:7 278:21
283:5 284:1

**cared**
87:7 108:6

**carefully**
15:18 200:7

**caregiver/provider**
170:18

**caregivers**
216:17

**cares**
136:24

**Carmen**
71:6

**Carpenters**
17:10,14,19 18:19
164:2,5

**Carrillo**
61:4,11

**carry**
6:18 180:19

**Carstens**
56:1

**case**
163:3 272:24

**cases**
165:3 218:6

**cast**
37:6 158:25 168:18
285:6

**casted**
154:24

**catch**
84:25 189:4

**Catherine**
77:22

**Caucus**
60:8 173:24

**caught**
23:9 186:16

**caused**
278:22

**causing**
165:10

**Cecilia**
80:17 219:18

**celebrate**
48:19

**cell**
223:22

**census**
15:17,24 17:24 18:1
19:17 56:4 95:19
143:13,15 156:25
214:23 221:13 236:14

**center**
8:1 44:19 73:21

**Center's**
176:2

**centered**
106:15 107:12

**centers**
161:12

**Central**
57:20 64:20 72:11
77:18,24

**CEO**
161:9

**Cervantes**
155:19 156:9,11 168:11
177:18 178:11 179:1,9,
25 180:3,20,24 181:3,7
191:17 192:1 196:6,14,
18 197:4,8,12,16
207:22,23 208:19
211:12 233:14 252:22

**cetera**
130:24 210:6

**CFT**
170:23 223:12

**CFT's**
223:18

**chair**
2:1,7,10,23 3:2,5,8,15,
18 4:8 7:3,4,6,9,11,14,
16,18,20,21,22 10:6,7,
18,21 11:2,5,22,23
12:3,7,10 13:2,3,5,11,
15,17,20 14:2 17:11
19:21 20:14,23 21:1

24:5,8,10,11,16,21,22,
24 25:3,5,7,9,13,14,16,
21,24 26:1,3,5,7,8,9,10,
11,12,15,19,23 27:1,9,
13,15,20,22 28:7,15,18,
23,24 29:1,3,5,8,10,14,
16,21,22 30:4 31:17,23
32:1,19 33:3,22 34:1,5,
13,22 35:5,9,11 38:1,5,
11 40:4,9,14,19,22
41:14 42:10,14,17 43:4,
14 44:1,3 46:23 47:1
50:1,7,9,10,17,20 51:2,
4,7,11,14,15,21,25
52:3,22 53:17,21,23,25
54:21,24 55:1 57:4,8
58:23 60:1,19,21 62:8,
10,18 63:17 66:1,5,10,
14,17,19,22,24 68:4
69:11,22 70:13 71:23
75:3,6,7 78:8 81:17,23
84:22 87:24 88:2,6
91:5,10,22 92:3,6,14,22
93:3,8,10 94:7,9,11,13,
18 95:1,16,20 96:1,7,
11,15 99:17 100:1,7,11,
16 106:20 109:10
110:1,20 111:9,10,13,
19 112:1,12,15,18,21,
25 113:9,15,16,20
114:1,12,15 115:1,11,
20,22 117:23 118:5,15,
19 121:4,9 125:3,5,6
126:22,24 127:6,9,12,
18,22,24 128:1,6,11,14,
15,17,20,23 129:1,5,13,
19,23 130:2,13,16,21
132:16,18,25 134:3,7,9,
12,15,23 135:9 136:8,
19 137:1,4,6,8,11,15,
17,19,21,22 139:17,19,
21 140:1,7,12,20 141:3,
8,12,16 142:1 143:3,12,
17,18,19,20,21,23
144:1,3,5,7,9,10,14,16,
17,21 145:1,14,16,18,
19,21,23,25 146:1,3,5,
6,7,9,11,14,16,18,19,
20,23 147:3,6,11,13,15,
17,21 148:1,5,7,11,19,
21 149:2,4,8,15,19
150:3,7,12,15,18,22
151:1,22 152:2 153:1,5,
7,13,17,18,22 154:10,
13,17,22 155:8,12,15
156:1,11 161:5,8

163:17,24 166:24
167:7,11 168:1,10
169:3,11 170:1 171:10,
16 172:1,3,6,7,12,18,21
173:12 174:21 175:2,7,
13,22 176:1,4,11 177:6,
9,10,24 178:20 179:6,
11,12,14,18,23 180:1,2,
6,22 181:1,5,13,24,25
182:1,16 183:21
184:18,22 185:13,16,17
186:1,4 187:15,24
189:13 190:3,20,23
191:12,21 192:3,6,7
193:16 194:22 198:19,
22 199:9,18 200:9,16
204:11,13,18,21,24
205:15,24 206:3,5,7,11
207:15,18,19,24
208:11,12,13,17,20
209:6 211:5,13,16
212:8,15,18,20,24
213:4,7,24 214:5
216:11 219:1,9,10,14
222:6,11 224:4,10
225:4,11 227:13 228:3,
6,22 229:22 230:18
231:20 232:1 233:3,13,
14 234:17,21 235:1,5
240:3 241:11,15,18
242:1,5,10 243:10,15,
20,23 244:1 245:8,12
248:24 249:10,14
255:24 256:15,16,20
257:1,3,11,14,20,24,25
258:1,4,7,10,23 259:6,
10,14,22 260:1,7,10,13,
15,19,20,22 261:1,3,5,
6,8,10,14,23 262:1,5,
15,23,24,25 263:1,2,6,
7,18,22,23,24,25 264:1,
3,5,7,17,23 265:1,6,11,
16,21 266:11 267:15
268:11,12,14,24 269:6,
15,19 271:12,17,22
272:7,12,25 273:3,6,8,
9,11,12,14 274:1,4,15
275:1 276:6,8,10 277:4,
8,10,13,14,15 279:10,
14,18,22,24 280:1,4,13,
20,24 281:5,9,12,16,17,
21 282:10,13,25

**Chair's**
84:20



**chairs**
44:5

**challenge**
183:3 185:5 187:1

**challenged**
105:17 193:5 268:25
269:7

**challenges**
118:23 119:2 183:5
187:2 269:16

**challenging**
183:4

**chamber**
53:11,12

**chance**
37:11,19 47:22 49:17,
18 83:21 143:9 154:6
203:18 204:6 219:4,8

**change**
8:13 19:7 23:23 84:1
95:18 96:5,20 102:16
106:9 142:10,12,15
158:3,14 229:19 233:2,
24

**changed**
95:10,14,17 96:4
209:16 212:17 231:10,
18,21

**changing**
15:21 56:4 140:22
185:2 192:12 210:15
249:7

**chaos**
49:5

**Chapel**
174:5

**characterized**
47:13

**Chavez**
230:11

**cheat**
22:17 48:10

**check**
23:10 54:8 202:7
241:14

**checklist**
186:15,17 188:3,18,19

189:1,15,24

**checks**
8:9 82:16

**cherry-picking**
8:3

**Chico**
52:19

**chief**
6:17 30:1 33:4 34:5
145:24 283:18

**child**
54:13

**children**
21:23 55:9 65:24 71:3
238:13,25 239:17
284:9,14,15,20

**children's**
55:11 61:13

**Chino**
56:12 79:11

**choice**
45:20 49:19 67:6 84:17
154:25 215:23

**choose**
14:14 46:8 158:7,10,11
198:8,9

**chose**
70:8

**chosen**
44:11 217:9

**Chou**
17:7 21:1,2 168:15
222:22

**Christensen**
73:20

**Christian**
52:12 63:23 64:4 65:10

**Christina**
174:18

**Church**
59:3 64:10 65:6 74:19

**church-going**
52:12

**CIO**
173:22

**Circuit**
126:9

**circumvent**
270:17

**circus**
74:5

**cited**
25:2

**cities**
218:10,11,19,20 235:14
258:19 266:18,22
268:3,7

**citizen**
16:1 18:25 52:14 57:10
64:5 67:19 68:13 70:5
230:5 235:12 260:17

**citizens**
16:3 44:6 47:16 103:25
133:21 138:1 156:22
160:2 214:9 234:2
236:7,24

**citizens'**
98:12 101:14

**Citrin**
44:19

**city**
59:4 113:24 216:18
225:18,19,24 232:16
233:1,2 251:20,21
255:3 267:4,23,24
268:1

**civilian**
83:6 131:14 210:11

**civility**
34:3

**claim**
275:22

**claiming**
126:12 166:10

**Clara**
102:18,21 103:6,9

**Claremont**
44:7

**clarify**
27:17 277:4

**clarity**
230:23 247:17 248:3

249:4

**class**
8:10 167:21 249:22

**classes**
193:10

**classified**
170:24 223:13

**classroom**
56:25

**clause**
16:12 56:8 178:10

**cleanest**
217:10

**clear**
6:20 18:18 19:15 25:10,
13 29:9 108:15 127:1,7
168:20 180:3 233:21
238:5 255:8 270:6

**clerk**
30:1 33:4 34:5 145:24
176:12

**Clerks**
175:4,9 176:15

**client**
93:23 139:18,24

**climate**
284:17

**clock**
35:11

**close**
99:19 100:5 148:6,14
207:22,25 208:14,18
280:14,25

**closed**
7:25 211:8 285:2

**closely**
177:1

**closing**
280:15 284:19

**Clovis**
96:18,24 233:1,2 267:4,
11 268:1

**co-author**
32:8,12 35:2,19 37:20
254:8,10



**co-authors**
14:5 35:16 37:16 59:20
85:6 280:24 281:22

**co-chair**
281:21

**co-founder**
55:3,14

**coalition**
59:4 86:15

**coffee**
157:23

**Coles**
42:22 170:11,12

**collaboration**
107:23

**collapsing**
56:17

**colleague**
92:16 142:18 204:10,12
208:8 278:18

**colleague's**
277:3

**colleagues**
3:7 14:2 22:19 27:16
148:10 183:16 203:22
208:3 215:14,17,23
220:19 249:20 253:17
266:1 282:2

**collection**
176:19

**collective**
18:16 60:10

**collectively**
183:9

**college**
71:13

**combat**
19:25 238:11

**combating**
236:1

**combination**
261:22

**commands**
214:14 221:17

**comment**
4:16 6:24 10:6 38:10,13
94:10 107:4,9 108:23
154:19 155:3 175:5
205:2 209:8 251:13
254:1,21 263:9

**comments**
7:15,17,22 10:8,9,11,
13,16,18,22 12:1,4
40:10 45:2 47:18 75:20
81:20 107:20,21
115:13,17,23 116:5,9
133:4 136:22 154:18
156:5 177:7 200:10,13
208:16 209:18 229:3
230:18 236:17 250:14
252:13,20 256:18 273:9
277:2,17,19 282:11
283:6

**commission**
8:20 16:1,4 17:4 18:25
19:17 23:8 44:6 47:6,11
48:16 49:20 54:7 70:10
81:5 85:19 86:10
103:25 104:4 105:1
106:11,17 107:7,21
108:9,14 109:12 133:22
138:2 156:22 159:25
160:3 161:20 163:13
180:13 192:17 194:14,
16,18,20 208:7 210:22
214:10,22 217:20,22
218:1,8,12,21 234:3
235:12,16,17,23 236:8,
13,24 237:4 247:7,8,18
248:16,20 251:9 252:8,
16 253:24 254:6,19
255:11 258:19 260:18
266:16,19 267:25 268:4
269:24 271:24 273:21,
25

**Commission's**
192:23 193:19 194:7
258:20 275:2

**commissioners**
44:11,14 109:23

**commissions**
19:2 48:1 108:3 160:6
256:24 283:20

**commit**
58:21

**commitment**
217:17

**commitments**
282:2

**committed**
167:15

**committee**
2:3,6,8,11,15,18,21
3:14,16,19,23 4:1,4,7,
23,25 5:5,7,11,13,15,
18,20,21,22,25 10:10
11:1,3,6,9,12,15,18,21,
25 12:6,8,11,14,17,20,
23 13:1,21 25:9 34:14
35:4 39:19 40:18,20,23
41:1,4,7,10,13 47:2
57:20 78:11 115:5,14,
21 132:13 133:24 149:2
151:6,10,15,16,21,25
152:3,6,8,11,13,15,17,
20,23 155:17 156:12
161:19 168:2 172:9,14,
17,19,22,25 173:2,5,8,
11 174:23 176:11 177:8
182:12,13 184:24
199:24 200:17 207:24
211:11,14,17,20,23
212:1,4,7 213:3,5,8,11,
14,17,20,23 224:15
229:2 230:19 232:23
233:4 236:16 239:8
240:20 249:14 259:13
283:3

**Committee's**
4:16,19 6:25 9:16 10:4
242:11 265:22

**committees**
110:5,6 227:11

**common**
58:4 75:2 124:20
131:15

**communities**
21:18 23:14 45:3 47:20
78:18 86:2,4 97:15
102:17 103:2 109:6
115:8 119:22 133:23
149:13 167:21 169:16
180:11,16 202:19
215:10 218:18 220:9,
15,17 221:1 238:9
245:17 246:20 247:2,11
248:13 253:25 267:20

**community**
106:15 107:12 108:7

**commitments**
112:9 170:13 252:24
254:2,25 255:1,4

**compact**
272:17 273:17 274:14

**compactness**
218:7 232:17

**companion**
14:12 15:8

**compared**
109:19 218:7,20

**comparison**
111:22

**compass**
202:1

**compete**
82:11

**competitive**
45:22 49:12

**complete**
57:13 58:2 208:14,18

**completely**
112:5 133:15 195:17
198:18 220:9 227:25
230:14 231:10,12
246:11 270:23

**completing**
6:1

**compliance**
193:20 200:7 272:15
273:15 274:5,16

**compliant**
202:10

**complicated**
167:4

**complied**
193:7

**comply**
139:12

**components**
82:22,23 194:24

**composed**
47:7

**compressed**
182:24 189:10,11

**computer**



108:18

**concept**
32:14,19,24 89:5 90:8
94:20

**concepts**
89:6 90:3

**concern**
284:1

**concerned**
218:9 267:4 274:24

**concerns**
252:4 278:20 283:6

**concluded**
285:14

**concluding**
285:12

**conclusion**
146:6

**condemns**
20:4

**conditions**
223:19

**condolences**
283:13

**conduct**
9:18,20 146:21 147:8
181:11 182:8 199:1

**conducted**
196:10

**conducting**
218:4

**conference**
17:19 19:22 137:24
159:4 164:2

**confidence**
183:15

**confirms**
44:20

**conflict**
268:16 270:9

**conflicts**
265:8,12

**conform**
192:18,24

**confused**
55:7 71:16 73:9

**confusing**
138:25

**Congress**
16:7 77:25 80:6 102:14
103:3,12 104:5 157:10,
19 160:6,10 166:2
199:7,13 202:22 204:3
250:7 268:17,21 279:4

**congressional**
5:1,9 9:1 14:20 15:3,14,
16,25 17:22 19:9,13
23:24 36:4,10,11 37:17
48:12,20 80:4 81:2
96:19 102:24 104:6
113:23 125:13,18
138:22 145:10 158:6,17
159:20 168:7 192:17,24
195:20 201:23 214:19
215:19 217:15 220:1
224:21 226:18 231:5
233:1,23 235:13 252:1
277:25

**Congressman**
278:18

**Connie**
44:9

**Connor**
171:13 225:1

**conscience**
155:7

**conservative**
85:14

**consideration**
120:15 218:15 241:22
245:17,23 272:14
273:14 274:4 282:8

**considered**
45:1 212:18

**consistent**
108:21 218:1 248:20

**consisting**
106:17

**Constance**
43:5 170:17

**constant**
201:15

**constantly**
136:11,15 204:4

**constituency**
197:17

**constituent**
61:5 71:16

**constituents**
46:18 48:21 202:23,25
203:1 227:25 228:15
249:19 253:8 254:17
275:7,23 276:20

**constitution**
16:9 44:17 48:22,24
56:6 139:10 140:5,16,
17 141:6,9,21 162:11
174:10 192:18,25
198:12 227:23 236:25
248:21 257:2

**constitutional**
16:8 24:23 36:8 44:13
59:15,18 97:7 114:4
125:25 139:12 140:4,8,
11 141:19,24 156:18
193:8 215:9 271:3
275:2

**constitutionally**
17:25 165:20

**constructing**
149:12

**construction**
165:8

**Constructors**
59:7

**consult**
34:7 94:16

**consultants**
45:5 107:2 108:17

**contact**
188:4

**contacted**
189:14 190:23

**contacting**
188:6 189:16,17,18
190:16 191:1

**contacts**
190:16

**contained**

15:4 242:3

**content**
111:7 113:11 114:2

**contents**
114:10

**context**
188:19

**contiguous**
272:16 273:16 274:8,14

**continue**
22:13 109:17 113:13
157:24 167:5 189:24
197:25 201:5 214:8,22
219:23 238:14 239:21
244:22 250:11 255:10
268:13 273:12,22
277:15

**continued**
239:15

**continues**
250:1

**continuing**
198:24

**contracts**
190:21

**contrast**
218:13

**control**
82:5 84:10,13 106:22
129:15,20 133:14
135:17 158:19 162:5
207:18

**controlled**
261:20 269:25

**controller**
182:6

**controls**
209:15

**conversation**
63:11,15 109:13 110:21
121:5 161:21 162:24
267:2 277:20

**conversations**
6:19

**convince**
215:16



**cool**
131:19,21

**coolest**
109:5

**coordinated**
138:18

**coordinator**
57:11

**Corcoran**
59:8

**core**
8:6 177:15

**correct**
27:12,17 31:18 87:21
120:20 123:22 247:22
248:4,16 261:5

**corruption**
270:10

**cost**
69:9 74:13 97:24,25
98:16,17 99:7,15
100:20,22,24 102:2
103:4,11 118:23 128:4,
6 157:24 177:21 179:2
181:8 205:13 206:18
244:13

**costing**
103:12

**costs**
178:24 182:7

**couch**
102:16

**council**
17:9 24:18 42:6 62:25
251:18,23

**counsel**
80:24 121:21

**count**
18:1 83:10,13

**counter**
8:6

**countering**
230:7

**counties**
175:12 178:23 179:13,
15,21 180:4,17 181:10
182:2,8,22 222:19

**country**
14:19 16:17 18:2 77:11
79:6 81:13 133:14
158:18 160:1 162:23
168:7,13 169:19 178:19
196:20,25 198:2 208:23

**county**
9:5 43:11 53:2 57:16
59:13,16 61:5,12,24
62:12 64:2,19,24 65:9
67:20 68:9 71:7 72:10,
14 73:5 76:2 77:7,23
79:14 80:10 102:18,20
103:6,9 120:2 124:18
126:8 130:20 133:20
157:3 169:9,10 174:5
176:13 179:4,18 180:7
185:7 189:21 194:25
216:18 222:17

**County's**
6:17

**couple**
19:18 38:21 166:9
190:13 231:22 257:4
276:8

**court**
15:20 105:25 106:1,6
117:16 122:10,23
123:1,3,21,24 126:9,11,
14,16 192:5 216:18
268:25 269:7,16

**courtesy**
124:20

**courtroom**
145:3 258:11

**courts**
117:20 121:2 122:3
123:6

**covered**
94:13

**COVID**
183:13 185:1

**crafted**
15:19

**CRC**
44:20 45:1,6,9,21 46:15
106:13

**create**
46:16 86:20 107:2
210:11 215:21 248:2

271:2,6

**created**
82:10,12,15,17 193:10
199:23 200:3 217:25
239:7 244:16 247:1
264:15,18

**creation**
189:15

**credible**
251:8

**cremated**
153:12

**crime**
53:15 58:21 220:24

**crisis**
160:1,7 164:18,19,21
177:19 178:12,15
210:11 225:25 284:17

**criteria**
44:13 140:17 141:6
145:10 217:25 218:1,3
248:19

**critical**
9:15 21:9 82:21,23
107:23 186:8 188:8
194:24 223:9

**critically**
168:25

**cronies**
56:18

**cross**
281:6

**cross-partisan**
46:17

**crunching**
108:18

**crux**
123:12

**Cruz**
6:17 52:16

**crystal**
54:19

**CT**
23:15

**CTA**
23:7 24:2 56:22,23

168:19 169:1 222:24

**CTA's**
169:1

**culmination**
14:13

**curious**
103:17

**current**
28:23 45:1 48:6 100:23
107:7,20 111:23 159:21
217:15 218:12 235:22
266:23 272:23

**Curry**
265:17

**Curtin**
17:9,13 19:22 20:16
164:1,5 167:1

**cushion**
102:16

**cut**
21:12 76:11 177:17
220:12 226:25 238:14,
21 239:16,17,19,20

**cutoff**
184:5

**cuts**
23:1 139:2,4 157:18,21
165:14 171:7 220:15
225:23

**cycle**
23:25 107:20 220:4

**cycles**
254:4 256:6

**Cynthia**
44:4

---

**D**

**D.C.**
23:3 214:14,25 215:17

**dad**
14:9 77:9

**daily**
49:4 185:2

**dais**
81:19 277:18



**Daisy**
164:3

**damage**
77:10,15 102:13 103:1

**damaging**
18:10

**damn**
284:22

**dance**
214:6

**dangerous**
191:15

**Daniel**
74:18

**Danny**
17:8,13 23:9 164:1,5

**dare**
72:17

**Darling**
43:10,11 73:4

**dashboard**
107:8

**data**
46:10 233:22 243:1
263:14 275:9

**date**
190:4

**Dave**
81:8

**David**
60:5 76:23 173:22
225:18

**day**
9:8 77:4 106:24 167:22
181:9 223:17

**day-to-day**
69:8

**days**
45:9 109:2 203:16
221:19 237:8,17 252:24
255:21 265:25 280:12,
23 281:2

**DCCC**
36:20 200:2,3 239:5

**De**
59:1

**deadlines**
104:13

**deal**
131:9 195:23 242:18

**deals**
195:16

**dear**
21:7

**death**
87:13 273:2

**deaths**
243:12

**debatable**
3:10 40:5

**debate**
27:10 45:15 63:13
73:22 90:20 146:4
156:5 206:8 262:24

**debating**
91:6 196:15

**Deborah**
77:6

**decade**
14:20 17:22,25 203:15
218:5

**decades**
47:14 83:19

**deceit**
83:5 131:12

**deceitful**
210:2

**Decentralize**
56:2

**decide**
84:2 86:17 87:2 90:3
163:4 203:19 204:1
209:15 215:7,13 219:24
239:23 243:9,14 253:14
254:14 255:19 282:6,9

**decided**
63:16 123:24 270:16
275:24

**decides**
160:21

**decimated**
55:20 270:23

**decimation**
102:22

**decision**
26:11 143:4,6 161:2
236:18 258:22 282:22

**decisions**
9:15 202:19

**deck**
22:13 48:12 214:16

**declare**
37:7

**declared**
178:6,22

**decorum**
235:7 249:16,19

**dedicated**
104:17

**deep**
65:6 139:2

**deeply**
157:11 179:20

**defeat**
160:25 229:15

**defeated**
160:24

**defend**
30:16 73:18 119:16
120:12 171:2 202:23
223:16

**defending**
8:8 46:19 169:6

**defer**
115:3

**deficit**
101:8 102:3,4

**defines**
247:3

**definition**
145:6

**deflect**
210:14,19

**defunded**
162:2

**delay**
9:4 229:10,12,14

**delaying**
269:16

**delegation**
102:24

**deliberated**
132:19 143:21 145:21

**deliberation**
9:14 85:22 149:20

**demanded**
15:23 124:23 125:9
138:12 171:6

**demanding**
185:20 196:21

**demands**
201:22

**Democ**
59:23

**democracies**
82:12

**democracy**
8:8,15 9:3 14:15 23:19
35:22 36:15 37:8 45:16
46:5,7 50:6 56:10,11
63:12 82:8,9,21,24
83:4,13,20 111:2
136:25 158:22 167:17
170:15 171:2,4 197:4,7,
15 200:19,22 201:6,10,
12,16,21 208:25 209:25
217:13,17 220:2 236:2
241:8 254:16 256:14
270:18 278:14 283:23

**Democrat**
3:7 16:15 44:4,8 48:18
138:14,15 254:11 261:9
272:1,8

**democratic**
18:2,3 56:16 59:15
74:22 83:3,10,20 84:16
139:5 143:11 160:22
169:19,24 203:21 215:6
222:1 230:16 272:10

**Democrats**
48:15 60:15,16 73:7
106:17 145:5 158:16,19
166:16 214:7 220:6
235:18 252:18 254:20
256:7

**Democrats'**



135:4

**demographics**
44:12 133:23 256:3

**demonic**
62:14

**demonstrated**
168:12

**denied**
18:8

**Denise**
55:2

**Dennis**
79:1

**deny**
36:2

**denying**
209:3

**Department**
21:14 119:15 122:25
179:1 181:7 223:2,5

**depend**
5:19 203:5

**depends**
121:1

**deportation**
157:13

**derangement**
79:4

**describe**
47:19

**deserve**
14:22 22:4,5,6 49:7
59:24 85:8 90:24
163:22 171:23 220:17
280:9

**deserved**
30:13

**designated**
6:10

**designed**
21:15 82:9

**desire**
160:16

**desires**
71:5

**desk**
175:11

**despicable**
75:23

**destroy**
21:15 202:19

**destruction**
57:1

**detail**
189:1

**details**
165:18 177:2 183:9,18
187:12 195:3

**detained**
22:2

**determination**
48:11

**determine**
158:23 179:2 181:8

**determined**
122:2 182:7

**determining**
145:10

**devastating**
18:9

**develop**
45:2

**developed**
45:4

**developing**
46:3 104:2

**Development**
170:13

**devil**
79:22

**Diana**
230:11

**dictator**
159:2

**died**
142:24

**Diego**
76:23

**differences**
85:15 111:17 165:13

**difficult**
20:21 45:3 183:11
210:14 283:12,14

**dignity**
61:1

**dilemma**
166:23 167:2

**diligent**
105:2

**diligently**
176:19,22

**Dina**
64:1

**direct**
114:19 178:17 208:22
237:11 239:5 252:12
268:10 275:16

**directed**
107:1 133:20

**direction**
67:10 108:16,22 149:2
165:23 196:25

**directly**
6:25 22:24 139:4

**director**
176:3 181:19 182:8

**directors**
170:14

**disabled**
77:9 238:25

**disagree**
272:4

**disaster**
18:8

**discretion**
127:8

**discriminate**
140:23

**discriminating**
139:13 140:8

**discuss**
19:23 89:24 90:2,3
97:15 109:22 115:7

**discussed**
210:7 221:20

**discussing**
5:12 109:24

**discussion**
10:12 38:20 39:5,9
164:15 174:23 221:6
281:25

**discussions**
89:5

**disenfranchise**
60:17

**disenfranchised**
60:13

**disenfranchisement**
182:25

**disenfranchising**
180:11,16

**dismantle**
21:14

**dismantles**
158:22

**dismay**
226:14

**dismissing**
138:13

**disparaging**
208:16 277:2

**dispensed**
5:13

**displayed**
192:14

**disregarding**
227:25

**disrupts**
9:19

**disservice**
244:19

**distinction**
120:5

**distract**
132:2

**distracted**
131:25

**distraction**
131:16



**distractions**
84:7

**distribute**
35:7

**district**
15:4,6,25 17:22 22:23
30:15 36:11,19 47:22
60:4 71:17 81:3 96:22
138:5 168:7 169:24
218:7 220:9 224:21
226:13 233:23 235:11,
15 238:21 239:18
250:10,19 251:4,18
252:21,23,24 256:13
272:18,23 273:5 275:18

**districting**
215:22

**districts**
5:10 9:2 14:20 15:16
19:13 23:24 36:5 37:18
44:13,15 45:22,23
46:16 49:10,12 55:19
81:11 96:19 113:23
114:2 119:19 125:13,18
126:12 133:22 138:22
156:20 159:21 193:10
195:20 197:19 201:24
214:20 217:15,21 218:6
221:23 233:1,24 234:1
235:10 242:13 251:25
267:25 269:2,10 272:16
273:16 276:12

**disturbing**
164:17

**disturbs**
9:19 65:23

**diverse**
47:7

**diversity**
47:8 163:15

**dividing**
164:19 165:10

**docket**
126:10

**doctors**
153:16,21

**documentation**
251:2

**DOJ**

106:3 123:2

**dollars**
49:9 68:24 70:2 103:2,
16 105:15 117:17 124:1
138:24 276:14,24

**dominate**
113:2

**Donald**
8:12 158:21 159:7,11
166:8

**Donnella**
78:24

**doors**
7:25

**Dorado**
57:16,19 79:14

**double**
172:13 218:20

**doubled**
48:2,3

**doubt**
109:11 110:23 159:1

**Doug**
57:19

**dozens**
14:4

**draconian**
23:1

**draft**
32:15 45:9 109:1

**drafting**
181:18 217:15

**Drake**
52:14

**draw**
8:21 44:15 259:7
283:21

**drawing**
16:4 97:15 107:2
108:17 109:20,21 115:7
138:5 198:7 231:2
236:23 268:19

**drawings**
237:24

**drawn**
7:25 36:19 57:23 92:17

108:12 119:19 120:6,
13,16 133:22 194:13
195:20 214:8 218:21
219:25 234:2

**drew**
47:15 106:24 108:11
258:12,14 259:1,18,21,
25 260:2,4

**drive**
74:24

**driving**
228:19

**drove**
76:17 228:10

**drowning**
53:15

**due**
56:9

**duper**
168:20

**duty**
23:20 197:24 227:19

**Dye**
43:23 44:3,4 104:23
105:1 106:13 108:15,20
109:20

─────────────

**E**

**eager**
96:9

**earlier**
35:22 37:10 104:8
122:24 142:18 208:5
209:13,18 212:19
228:10 251:7 252:22

**earliest**
184:11

**early**
31:9 62:20

**ears**
99:19

**easiest**
217:10

**Eastvale**
79:2

**economy**
18:11 47:21 177:25

**ed**
171:7

**edict**
124:7 126:3

**Edie**
72:8

**edition**
263:12

**educate**
211:2

**educated**
237:12

**education**
21:9,11,14,16 23:20
55:11 67:23 139:3
177:16 223:3,4 276:2
282:23 284:19,20

**educators**
21:4 170:24 171:3,8
223:13

**effect**
8:16 99:4 105:24 126:4
141:22 159:13,15 217:4
221:22 223:1

**effective**
9:14 187:13

**effectively**
47:12 162:2 177:4

**effectuate**
182:3

**efficacy**
86:11

**efficiently**
177:4

**effort**
14:21 48:14 74:7
138:18 278:24

**efforts**
217:2

**egregious**
220:10,23

**egress**
149:12



**eke**
45:25

**El**
57:16,19 79:14

**elder**
57:16

**elect**
48:14 49:12 220:1

**elected**
67:20 85:24 86:8 166:4
228:1 239:25

**electeds**
276:23

**electing**
47:23 145:5 240:1

**election**
2:3 5:2 9:7 14:21 15:1,
10 19:7 20:12 22:10
46:15 48:7,16 58:10,13,
20 97:10 99:8 101:13
138:25 149:11,22
156:14,16 157:4,7
162:20 166:7 169:23
175:4,9 176:15,21,23
177:3,15,20 178:5
179:3,5,16 180:5 181:8,
11 182:4,10,17,23
183:5,10,12,13,22
184:12,13,20 185:3
186:22 187:6,23 188:20
189:25 191:9,20 195:2,
5 196:4,7,9,13,17,19
199:2 203:15 208:24
209:1 214:16 217:2,7
239:24 265:22 269:14
270:8

**elections**
4:22 6:18 8:5,11,17 9:5
58:12 135:18 155:17
158:24 159:8,10 161:17
166:10 179:19 183:11
185:7,17 187:3,14
188:8 194:25 198:1,23
200:22,25 201:2,24
202:12 204:11,13
215:18 216:2 233:5
236:16 237:5 259:13
265:22 282:15 283:19

**electoral**
49:14

**Electrical**
60:7 61:6

**elementary**
67:21

**Eleni**
43:8 170:5

**Elevator**
59:6

**Eleven**
235:1

**eligible**
285:9

**eliminate**
232:16

**elite**
167:20

**Elk**
79:9

**Ellen**
67:18

**Elmer**
42:3

**email**
107:14

**emergency**
17:1 178:5,7,21 191:14
197:5,9 200:17,23
201:3,7 203:8 208:24

**empirical**
243:1 245:15

**employee**
225:18 237:24

**employees**
216:17,19

**empowering**
17:2

**empowers**
23:22

**en**
77:4

**enact**
8:25 19:12 160:2
203:20

**enacted**
235:16

**enacts**
15:15

**encourage**
79:18 249:17 278:9,11

**end**
9:8 17:25 38:20 39:23
160:17 181:9 195:16
200:13 277:11

**ended**
47:12

**endless**
220:4

**ends**
206:8 215:25

**endure**
21:23

**energy**
164:20

**enforce**
6:16

**enforceable**
275:3

**enforcement**
9:22 220:22 238:8

**engage**
46:15 156:19,23

**English**
54:3

**enormous**
209:22 210:25

**enshrined**
44:16 139:9

**ensure**
15:19 19:8 22:7 23:25
44:13 133:22 162:10
177:3 181:9 182:2
185:9 196:10 197:25
223:18 239:16 283:19

**ensured**
223:7

**ensuring**
8:24 155:21 194:24
195:16 236:1

**entire**
86:2 103:12 128:21
216:23 231:11 232:2

243:17

**entitled**
125:12,17 201:23

**entitlements**
126:3

**environment**
47:20

**equal**
34:23 56:7

**Equalization**
16:5

**Erica**
22:15

**erode**
201:15,16

**errors**
182:25

**Escarsega**
72:8,9

**Escobedo**
70:3,4,15,16,17

**essence**
36:13

**essential**
139:2 157:23 169:14
216:14

**establish**
2:5 18:24 133:21

**established**
17:23 217:21

**estimate**
104:15

**estimated**
142:23

**ethics**
265:15

**Euphemia**
67:1

**Evelyn**
72:21

**evening**
52:19 78:11

**event**
190:17



eventually
106:5

everybody's
30:10

everyday
71:16 157:24

everyone's
155:1 255:18

exacerbated
272:12

exact
180:23

examples
251:1

excuse
33:3,23 60:15 91:21
99:17 112:18 128:11,14
146:18 205:24 234:17

executive
166:14

exercise
146:10

Exeter
68:23

exist
140:17 202:3

existential
45:18 284:17

existing
61:2 218:8

exists
178:6 273:7

expanded
155:23

expect
4:24 5:11 285:9

expecting
178:2 268:14

expeditiously
186:21

expense
23:5 48:23 167:20

expensive
46:20

experiment
18:4

explain
96:23 149:7,18 150:10

explained
118:9 230:4

explicitly
138:20

express
155:6 226:14

extending
167:9

extensive
184:23

extent
179:16

extraordinary
17:21

eyes
79:7 282:21

---

**F**

face
45:17 94:2 185:8

faces
22:24

facilitate
9:16

facing
9:15 139:1 220:3,7
225:25

fact
45:23 47:24 95:20
106:15 107:12 132:7
162:9 174:8 199:6
216:24 242:25 263:15

factors
188:11

fail
49:12

failing
56:20 57:3

fails
4:8 11:22 13:5 173:12
213:24

fair
16:10 19:2 22:11 34:22
44:13 47:22 49:1,17,18
58:15 67:23 68:1,14
85:19 110:15 159:9
171:23 174:8 185:7,19
198:1 215:22,24 218:2
226:9,11 248:19

fairly
133:22 240:16

fairness
29:18 53:10 171:2,3

faith
32:14 43:10 73:4
261:13

false
45:20 83:16

families
21:13,19 24:1 55:5
157:25 178:16 220:8
250:21,22 284:14

family
62:25 68:10 150:19
174:1 207:3 263:16
270:21 283:10

famous
72:15

fantastic
263:18 271:7

fascist
283:24

fashion
183:20

fast
8:23 184:16

fast-moving
118:8

faster
91:16

fate
201:21

fathers
82:7

favor
36:7 48:7,12 69:19 77:2
269:24

favorable
254:3

favoring
139:13 140:8

FBI
220:20

fear
21:22 199:15

fearful
48:9

feckless
102:25

federal
15:20 18:17 22:2 23:11
82:6 120:9 122:25
123:21 159:3 168:21
171:9 177:20 178:2
193:7,20 209:15,17
210:18 216:20 219:21
220:5 223:8 244:12
271:3 276:21 277:21
278:8

Federated
52:8

Federation
24:3 42:4 171:17 225:5

feel
22:5 133:7,8,9 154:25
167:2 178:20 223:20
224:2 228:16 241:22
283:6

feeling
178:8 221:19

feelings
177:11

feels
244:17

feet
202:7

fellow
44:5

felt
251:24

fence-riders
73:8

fewer
218:11,25 231:5,6



232:6,7 266:18

**fielding**
46:2

**fight**
14:13,14,16 23:7,18
45:19 84:3,5 157:8,9
170:15 197:18 201:17
202:17 217:1 224:9
228:17 275:20 282:3
284:9,22,23,24

**fighting**
35:24 61:13 64:15
165:16,17 202:13
276:20

**figure**
34:16 178:1 258:11

**file**
10:19 107:6

**filibustered**
278:5

**filing**
199:6

**Filkins**
44:7

**final**
8:2,25 15:6 16:24 30:19
31:4,7 144:15,16
224:11 237:14 282:17

**finalized**
183:19

**finally**
107:11 160:9 201:14
215:21 282:5

**finance**
179:2 181:8 182:8
191:19

**finances**
186:2,3

**financials**
129:22

**find**
18:21 100:9 176:8
191:17 201:2 206:24
207:1 246:5,7 270:5
283:16

**finding**
278:18

**fine**
30:11 92:13

**finger**
275:4

**finish**
7:14,16,20 234:22

**fire**
8:13 78:19 203:9

**fires**
18:10

**firewall**
160:23 198:3

**firm**
17:17 50:14 175:20
257:12 258:9

**first-generation**
64:24

**firsthand**
250:24

**fiscal**
100:22 118:23

**five-**
90:13,22

**five-minute**
132:11

**five-page**
89:21 116:7,11,16

**Five-year-olds**
22:18

**Flocks**
171:16,17 225:4,5

**floor**
130:9 132:11 209:9
214:1 234:13 268:12

**Florentina**
59:1

**Florida**
105:24 122:17,19 244:2

**flow**
79:21

**focus**
55:10 69:7 110:18
111:19 165:17 276:23

**focusing**
8:24 131:18

**folks**
42:1 179:10 220:13
222:17 233:19 235:19

**follow**
8:4 82:19 84:16 120:19
193:2 236:25

**follow-up**
177:2

**followers**
102:25 216:1

**Fontana**
80:23

**food**
203:2 284:15

**force**
138:23 223:2

**forced**
123:20 125:20 180:19

**forcing**
215:3

**forego**
148:14

**foregone**
263:15

**foreign**
94:20

**foremost**
15:5 85:11

**forest**
18:10

**forget**
20:18 70:25

**forgotten**
48:20 245:2

**form**
24:18 28:23 82:8

**formal**
251:18

**forms**
131:13

**formulate**
45:15

**Fornever**
65:20

**Forty-five**
19:21

**forward**
84:21 98:6 114:23
121:14 123:11 156:7
159:19 160:21 167:24
173:15 177:5 178:14
187:21 189:9 204:12
221:6 246:14 252:5
253:23 254:12 255:12
256:6 264:6 282:8
283:16

**fought**
77:11 132:4 276:16
283:19

**foundations**
86:20

**founding**
82:7

**fourth**
78:1 177:24 210:13

**frame**
229:7,14

**frames**
131:3 229:8

**Francisco**
44:4 59:9

**Frazier**
63:20,21

**free**
62:23 82:17 159:9
168:23 203:2

**freedom**
42:12 55:3,14 59:4
61:13 163:21 168:4
224:13,20 278:2

**freeze**
21:9 234:18

**Fresno**
113:22,24 130:19
267:23

**Friday**
95:17 231:14,15 233:15
237:7 264:25 265:3

**friend**
40:2 75:7,8 92:11
142:18



**friends**
91:18 92:1

**front**
8:1 82:4 84:6 115:5
116:7 179:7,13,22

**frontline**
169:13 216:14

**frontload**
191:8,10

**frustrated**
76:6

**frustration**
138:2

**full**
19:25 23:15 47:15
138:7 179:7

**fullest**
105:3 256:14

**fully**
253:16,18 254:19

**fund**
46:15 178:1 182:6

**fundamental**
46:8 82:3,11 131:18
132:2 248:6 257:6

**Fundamentally**
98:13

**funding**
5:3 53:15 93:13 130:12,
13,19,24 157:1 162:6
168:21,24 171:9 182:3,
12,16 186:6 187:11,20
188:1 195:5 222:14
223:4,8

**funds**
21:9 168:21 179:22

**future**
84:5 158:24 159:10
164:14 178:18 191:16
201:17 208:22 219:5
278:20

— G —

**Gabriel**
44:8

**Gail**

72:1

**gain**
37:18 138:22 206:17

**gains**
36:22 218:3,15

**Galvan**
72:13,21,22

**Galveston**
124:17 126:8

**gamble**
49:9

**game**
8:14 19:8 158:4,15
161:17 192:12 209:14
210:16

**games**
133:18 134:1 136:3
241:13

**gaming**
138:3

**gang**
19:24 86:4

**gang-**
86:3

**gate**
184:15

**gave**
144:17 192:1

**Gavin**
74:22 78:22 79:17
276:13

**gear**
19:25

**general**
67:12 182:6 183:13
185:3 195:13 224:16
258:13 259:19

**generation**
78:2

**generations**
203:4

**generosity**
227:6

**generous**
173:21

**gentlemen**
70:3,17 175:16

**genuine**
178:5 229:17

**geographic**
247:15

**Georgia**
201:1,25 270:7

**gerrymander**
15:15 68:3 123:8 126:2
138:21 245:25 270:2

**gerrymandered**
194:14 242:8

**gerrymandering**
15:22 16:14,22 44:18,
22 45:25 46:21 47:13
55:25 78:20 138:10
145:7 159:8,9 160:8
197:22 241:25 242:9,
17,19,25 243:7

**gerrymanderings**
160:19

**get along**
84:16

**Gilbert**
72:13

**Gina**
52:18

**give**
3:8 13:18 19:13 24:16,
24 25:21 34:19 39:24
42:1 56:17 77:17 85:17
97:20 108:16 115:6
118:13 128:17 129:24
130:7 138:6 143:7
165:21 173:18 175:11
188:18 202:16 203:25
209:1 227:8,15 253:13
267:1 281:13

**giving**
8:2 16:23 34:15 41:19
47:16 97:7 111:4
157:21 185:21 256:12
275:4

**glad**
59:3 90:10 182:18
267:19 276:6,10

**goal**
45:8 158:17

**goals**
108:8

**God**
13:13,14 66:18 71:1
74:17 77:4 79:20

**God's**
62:15

**gold**
49:24 50:4 159:25
162:21 163:11

**GONALEZ**
174:15

**GONZALE**
274:9

**Gonzalez**
62:18,19 174:16
219:11,13 233:9 234:6,
9,12,16 235:4 237:1,21
238:1,17,20,25 239:13
240:5,9,13 241:1
242:21 243:24 245:24
260:5,9,11,14,17 263:4,
20 264:16,19,24 265:3,
24 270:3 271:11 272:5,
10 273:20 274:2,12
275:8 277:6 282:12

**good**
2:1 14:2 21:1 27:19
42:17,22 43:1,4,7,10
45:12 47:9 59:5 60:5,22
61:7 65:12 67:4 71:8
74:8,14,17,23 75:7
76:13,22 78:11 79:1,8,
10,13 80:8 91:18 92:1
120:12 155:15 170:4,7,
11,16 171:13 175:19
183:25 214:12 225:1
237:21 243:20 251:1,24
261:13 266:2,16 277:23

**goodness**
57:12

**goods**
157:23

**GOP**
60:8 67:20 69:16
173:24

**gotcha**
241:13

**governing**
111:1 283:22,23



**government**
8:10 45:13 47:10 49:7
54:4 75:2 82:6 178:2
209:16,17 210:18
276:22

**governor**
18:23 19:23 43:8 48:13
49:16 78:22 138:14
145:4 159:5 170:5
178:6 196:22 246:5
270:5

**grab**
14:24 20:6 23:17 83:2,
11,14,18 84:10,12
131:11,23 132:3 159:11
167:19 197:21

**grabs**
45:24 82:10 202:17

**grade**
56:21

**graduating**
55:9

**grandma**
65:14

**granted**
30:15 33:20 193:24

**grants**
276:5

**grapevine**
190:6

**Gray**
230:1,2

**great**
17:17 18:3 23:8 77:4
109:15 123:14 137:24
180:9 188:23 214:3
242:23 243:23 251:17
256:20 267:19

**greater**
52:9 149:11

**greatly**
70:21 80:3 244:3

**greeted**
19:24

**Greg**
62:24

**Gregory**

79:1,2

**Greta**
72:15

**grew**
85:25

**ground**
71:19

**grounds**
26:9

**group**
52:11 259:16,19

**groups**
47:10 258:13 272:1,8,
11

**Grove**
79:9

**guess**
73:7 114:20 163:13

**guessing**
115:5

**guest**
263:14

**guidance**
62:15

**guide**
195:15

**guidelines**
183:7

**Gusman**
171:13,14 225:1,2

**guys**
58:21 61:15 65:19,23
69:7,18 72:18 76:18
77:2 81:6 185:20
247:21 265:1 271:13,23

---

**H**

---

**half**
104:11 115:8 143:5,8
226:25 250:9

**halfway**
81:12

**hallway**
63:3

**hand**
138:19 223:10 251:20

**hand-drawn**
107:16

**handed**
138:11

**handle**
81:5 206:16

**hands**
142:4 160:12 216:3
284:18

**handshake**
265:20

**Hang**
101:17

**hanging**
14:10 221:1

**Hanna**
51:15,17,23 167:11,12

**Hannity**
20:11

**happen**
55:19 63:24 119:9,10
120:1 135:14 140:6
162:19 166:20 181:21
183:17 214:25 227:9
232:20 261:18 284:7

**happened**
126:11 162:14 195:9
270:6 272:4 279:9

**happening**
81:4,12 133:8,11 135:7
160:11 161:23 164:12
166:22 178:16 196:20
197:22 210:1 238:5
242:25 246:12 284:12

**happily**
254:7,12,16

**happy**
14:6 29:25 154:24
155:10 204:14 222:3
250:9 251:6 252:3
257:18 279:8

**harass**
159:3

**hard**
38:14 83:21 107:17

189:6 235:19 283:19

**harder**
83:17

**harm**
22:14

**Hart**
43:7 170:4

**hating**
61:17

**heads**
29:4 184:14

**health**
102:21 149:12 161:12
168:22 171:7 275:11
282:22

**healthcare**
21:12 23:2 103:8,10
139:3 157:19 162:1,8,
12,16 163:9,20,21
165:14 170:9 177:16
202:25 216:15 224:6,7
270:19 275:14 276:7
284:16

**hear**
6:4,6 10:14,19 16:13
28:20 51:8 66:5 78:6
96:10 153:4 243:23
273:23 283:8

**heard**
17:14 19:14 20:10 28:2,
6,15 37:10 64:6 65:19,
22 86:13,23 97:8,21
106:19 112:7 138:9
143:10 161:19 164:4
166:12 184:25 185:16
186:11 190:5 192:11
208:2 248:12 252:24
258:24 260:10,13,24
285:11

**hearing**
2:2 4:10,11,12,21,23,25
5:4,8,16,17,23,24,25
6:1,5 8:16 9:18 13:7
28:19 39:19 45:12 53:9
71:9,21 132:25 149:3
150:20 153:17 155:17,
20 180:15 210:6
212:12,13 221:17
277:12 279:14,22 280:3
283:4 285:13,14



**hearings**
104:18 138:8 146:21 147:9 180:13 236:7,9 251:19 279:11

**hears**
5:18,21

**heart**
87:11 139:5 283:11

**heartbreaking**
87:3

**hearts**
79:19 150:18

**Heather**
57:15

**held**
54:15 157:7 236:7

**hell**
203:7 238:12

**helped**
262:5

**helpful**
184:6 185:23

**helping**
78:17

**Hemet**
76:2,15,17

**hey**
33:23 129:16 274:18,20 278:12

**Hicks**
161:7,9 163:19

**high**
22:3 120:15 245:3

**higher**
202:5

**highest**
58:11,14 183:15

**highlight**
111:16

**highly**
77:1 176:19 250:20

**Hill**
43:4,5 170:16,17

**Hills**
79:11

**Hilmar**
77:7

**Hines-shaikh**
169:3,4 222:11,12

**historical**
82:18

**historically**
17:23

**hit**
103:8 273:22

**hits**
103:16 237:9

**hold**
21:7 22:12 85:6,7 156:2 157:17 158:2 162:18 163:6 209:1 214:4 277:10

**holding**
5:7 48:16

**home**
284:4,8

**honest**
8:12 240:12 252:3 256:2

**honestly**
240:15

**honesty**
249:9

**honor**
77:9,13,17 110:23

**honorable**
75:8 169:3 222:11

**honored**
176:16

**hop**
192:14

**hope**
35:17 45:24 74:5 84:23 85:5,7 91:19 126:1

**hoping--**
70:12

**horrendous**
276:4

**horrible**
275:15

**hospice**
129:4,9

**hospitality**
165:12 169:8

**hospitals**
270:22 276:17

**hour**
115:8 220:22

**hours**
30:19 38:24 39:21 40:1 60:23 78:4 90:11,22 96:20 104:13,22 112:8,9 144:18 145:25 195:11 284:4

**House**
20:4 84:11 156:21 158:2,20 160:16 177:23 202:10 217:8 244:12 271:5 277:24 278:4

**housing**
164:18,21,22 165:8,11 170:12

**Howard**
73:15

**HR**
161:24 162:15

**huge**
76:8 176:8

**hundred**
78:16 104:16 107:13 250:25 253:25 254:3

**hundreds**
82:7 105:15 112:10 116:17 117:16 138:24 202:24

**husband**
77:9,14

**hyperbolic**
201:19

**hypocrisy**
20:8 75:12 208:10

**I**

**Iani**
67:5

**ICE**

**21:21**

**IDA**
168:24

**idea**
133:12

**ideal**
235:11

**ideas**
90:3 283:7

**identical**
234:1

**identified**
258:8

**identify**
110:17 112:21 175:14

**identifying**
141:7 165:3 176:23

**ideologies**
56:24 245:20

**ignores**
20:6

**ignoring**
83:4

**IHSS**
169:5

**illegal**
44:24 215:20

**illiterate**
55:9

**Imagine**
103:11

**immediately**
32:8 107:3 125:19

**immigrant**
21:18 52:18 220:9 239:22 250:20

**impact**
77:24 161:22 162:14 218:24

**impacted**
78:18 165:7

**impacts**
16:3 164:12,14 267:20

**impartial**
44:11



**impedes**
9:19

**implemented**
105:7,17 106:8

**implication**
241:22

**important**
16:2 81:15 110:18
117:12 126:15 128:4
130:12,24 131:1,6
142:8,22 143:2 151:14
154:2 168:25 170:10
205:5 236:2 244:20
258:17 278:13 283:7

**importantly**
221:16

**imposes**
157:22

**impossible**
54:8 158:19

**improve**
218:7 232:17

**improving**
218:3

**in-home**
170:18 216:16 222:13

**inaccurate**
239:8

**inaudible**
7:15 27:18 28:25 40:12
53:22 88:15 92:21 93:9
94:13,15 98:14,22
99:16,22 114:8 129:12
141:16 144:7 146:2,16,
17 147:22 148:4
149:14,22,24 150:1,6,
21 153:19 176:1 188:2
205:20,23 207:8,11,12
231:24 237:20 257:23
260:14 261:9 262:22
271:21 273:19,20 276:5

**incessant**
171:4

**include**
221:18

**included**
36:20

**includes**

187:25

**including**
6:5 21:10 48:1 123:20
141:6 143:1 155:1
163:20 193:21 222:20
251:6 268:17

**inclusivity**
163:16

**incorrect**
232:5

**increased**
48:4

**incredible**
282:14

**incumbent**
199:8,11

**incumbents**
49:11

**independence**
106:14,16

**independent**
8:4,18,20 16:10 17:4
44:9,16 46:19 47:5,7,11
48:15 49:20 54:6 55:18,
24 62:21 67:6 73:17
86:10 105:6 106:10
109:12 133:21 138:7,19
139:9 156:24 159:24
160:5 163:12 180:12
192:16,23 208:6 214:9,
21 215:22 236:13
243:16 247:21 251:9
252:8 256:24 258:19
266:16,19 271:6,24
277:22 278:22 283:20

**Independents**
106:18 252:9,17 254:19
256:8

**individual**
86:8 97:15

**individuals**
251:8

**indulgence**
81:23

**industry**
165:6 232:17

**infant**
243:11

**infer**
238:2

**inflation**
99:1,5 102:2

**inform**
45:14 85:1

**information**
7:7 41:20 93:23 236:11
260:23

**informational**
5:8,24 6:1,5 155:20
212:13 250:1 279:11,22
280:3

**informed**
30:9

**infrastructure**
47:21

**inion**
223:13

**initial**
108:16

**initiative**
23:16 47:9 98:12
101:12,14

**inning**
158:15

**innovative**
50:6

**input**
6:13 29:20 45:10
104:18,19 107:6 133:16
215:13 236:12 258:18
266:16

**inquiry**
13:12

**insane**
56:15 125:14

**insanity**
87:3

**institution**
21:7

**institutions**
83:3

**insubstantial**
165:15

**insurance**
205:14

**int**
175:25

**intact**
217:22

**integrity**
174:10 247:15

**intent**
162:13 182:2,19 246:13

**intents**
206:8

**interaction**
107:24

**interactive**
107:9 109:21 221:14

**interest**
36:3,16 37:13 109:9
133:24 196:2,4,13
197:14,17 198:14,16
201:12,13 215:11
218:18 239:11 240:20
241:7 245:18 246:20
247:2,12 248:13 250:5,
6 265:8,13 268:16
270:1,10 275:3

**interesting**
120:18 191:12,18
256:2,4 269:19

**interests**
45:7 197:3

**interference**
58:10,14

**International**
59:6 60:6

**interrupt**
7:9 134:2,6,10,20,25

**interrupting**
7:15

**interrupts**
100:6

**intimidate**
20:1

**intimidation**
83:5 131:12,13 210:4

**introduce**



94:16

**introduced**
50:11 175:15

**introducing**
278:21

**involve**
268:8

**involved**
81:10 193:12 196:1,2
223:6 261:19

**involvement**
239:5

**issue**
56:6 63:2 110:13 113:1
118:10 131:18 132:2
165:9 209:13 210:15
214:6 229:17,18 236:2
278:19

**issued**
247:8

**issues**
9:15 37:23 46:4 62:2
130:23 131:6,7,17
182:12 188:17 207:1
210:14 246:14

**Italian**
263:15

**items**
5:5 19:18 155:18
188:19

**iteration**
111:23

**iterations**
97:12

---

**J**

**J.P.**
51:17 167:12

**Jackson**
75:17,18

**jammed**
157:18

**jamming**
285:1

**Janaro**
59:1

**janitors**
216:15

**Jarvis**
73:16

**Jeanne**
44:8 47:4

**jeering**
210:5

**Jennifer**
75:17

**jeopardy**
65:24

**Jesse**
176:12

**Jessica**
60:3 69:23

**Jesus**
278:19

**Jesus'**
79:22

**Jim**
20:17 43:12 73:1 77:25
81:1

**JIMENE**
65:8

**Jimenez**
65:8

**Joaquin**
77:23

**job**
165:5 185:14,18 187:8
220:23 238:9

**jobs**
188:5

**Jodie**
44:7

**Jody**
161:9

**Johnson**
75:14 80:22 279:2

**join**
256:22

**joined**
17:7

**joining**
13:19

**joint**
204:13

**joke**
75:13 142:21

**jokingly**
142:17

**Jones**
22:15

**Jones's**
241:24

**Jose**
61:4

**Journal**
26:6,22

**joyfully**
164:8

**judge**
66:18 121:2

**judged**
66:13,16

**Judiciary**
172:8,14

**Judy**
70:4

**Julie**
170:7 224:5

**July**
106:3

**jump**
202:5

**June**
157:6 196:11

**jurisdiction**
276:21,22

**jurisdictions**
215:12

**Justice**
119:15 122:25

**justification**
191:13

**justify**
88:17 177:14 269:22

**Juventina**
68:11

---

**K**

**kabuki**
131:25 210:23

**Kaden**
43:7 170:4

**Kaufman**
73:15

**Kay**
59:5 228:9

**KCRA**
36:18 195:18 200:1
239:4

**keeping**
210:17

**Kelly**
57:9

**Kern**
43:11 73:5

**Keshav**
42:10 168:2 224:11

**Kevin**
272:23 278:18 279:3

**kick**
105:23

**kidnap**
157:14

**kidnapped**
250:22

**kids**
8:9 56:20 57:2 85:22
87:5 168:23

**kids'**
64:15

**Kiley**
272:23 278:18 279:3

**kill**
83:22

**kind**
22:16 64:4 76:9 92:22
110:6,14 132:14 175:21
241:22



**kindergarteners**
22:16

**kinds**
82:18 84:7 107:16
131:17 199:10 210:1
229:11 261:18

**King**
42:20

**kings**
240:1

**Kirkendall**
77:6,7

**Kirsty**
68:17

**knew**
185:3 193:15

**knowledge**
180:14 258:18 266:15
268:23

**Knutsen**
79:13,14

**Kong**
60:3

**Kounalakis**
43:8 170:5

**Kroll**
76:22,23

**Krystal**
42:22 170:11

**kudos**
278:17

**Kumar**
42:10,11 168:1,2
224:10,11

**Kung**
20:17

————————

**L**

————————

**LA**
159:4 225:24

**label**
199:20

**Labor**
42:5 60:8 171:17 225:5

**lack**
61:1 94:20

**ladies**
70:3,16

**laid**
63:6 165:14

**Lake**
57:22 58:5 273:1

**Lance**
73:20

**lane**
168:19 169:2

**language**
29:19 30:20,25 31:11,
14,16 32:16,20 33:10
39:17 54:4 91:14 93:14
125:23,24 140:12,21
141:4 179:15 180:23
181:6 182:19 194:5
255:8 265:18

**LAO**
101:9 102:5

**large**
105:10 177:25

**largest**
177:25

**Lars**
79:13

**late**
51:16 79:7 104:6
219:15

**Latino**
158:12

**Latinos**
48:4

**Lau**
77:22 78:10

**laughable**
240:6

**laughing**
66:20,22

**laughter**
210:5

**launched**
6:23

**law**
30:18 50:14 59:18
82:16 175:20 220:21
230:6 238:7 257:12
258:8

**law-**
18:11

**Lawlessness**
56:19

**lawmakers**
23:3 138:15 142:2

**laws**
119:16 193:21

**lawsuit**
124:15

**lawsuits**
119:8 120:1 126:7
182:25 226:3

**lawyer**
91:13

**lay**
27:7,14 29:1,10 38:3,5
40:4 41:14 225:25

**lays**
214:19

**Lazardi**
42:3

**lead**
86:16 160:4

**leader**
174:4 214:1 219:18
258:24 261:22 271:18

**leader's**
252:13 254:1

**leaders**
19:23 74:23 85:24
249:24

**leadership**
56:19 74:22 84:19,20
168:12 245:4 259:9
261:20,21,25 262:4,7,
11,16,19,21 274:17

**leaderships**
226:3

**learn**
8:10 48:5

**learned**
83:2

**learning**
67:23 223:19

**leave**
71:3 177:10

**leaving**
276:18

**lecturers**
171:6

**led**
15:12 79:19

**left**
119:3 179:7 234:24
269:1,9 276:13

**leg**
24:18 181:19

**Legacy**
64:10 74:18

**legal**
92:9 118:23 119:2
121:17,20 140:21 193:6
200:7 222:4 257:18
265:2 270:14 273:19

**legally**
18:15 181:22 182:20
269:18

**legislate**
253:11

**legislation**
16:8 30:19,20,21 45:18,
24 60:18 69:4,17
114:25 131:4 181:17
184:4,6,8 186:12
187:20 189:7 190:7,14
193:23 223:14 224:1,9
227:18 239:6 267:21
277:22 278:21

**legislation's**
191:6

**legislative**
9:13,20 101:11 104:7
110:16 113:3 132:8
176:3 196:3 240:19
244:17 261:20,21
278:2,3

**Legislator**
244:6



Index: legislators..loyalists

**legislators**
45:4 89:25 101:16
125:19 158:5 238:6
265:7,12 266:5

**legislators'**
258:16

**Legislature**
18:24 36:7 47:25 48:2
119:17 122:22 138:6
141:22 142:11,13
156:19 174:9 177:14
182:2 200:6 224:16
227:11,19 259:21,23,25
260:4 261:4,5,17,18
269:22

**Legislature's**
4:15 258:16

**Legislatures**
191:16

**Lena**
79:11

**length**
91:6

**let alone**
21:23 125:15

**letter**
4:15 9:25 13:17 17:15
123:3

**letters**
107:16

**letting**
134:12,15 158:10 163:4
198:8 211:3 215:6
258:21

**level**
19:15 21:22 56:22
58:11,14 110:5 120:2
209:17 271:3 277:25
278:8

**LGBTQ**
158:13

**LGBTQIA+**
21:18

**Liberty**
174:1

**lied**
22:23 36:23

**lies**
208:10

**Lieutenant**
43:8 170:5

**life**
22:7 83:6 131:14 167:3
210:11 246:14

**life's**
8:7

**light**
106:24

**Lighthouse**
42:11 168:3 224:12

**lightning**
206:16

**limit**
6:8,16 110:7,14,19
112:6,22 156:4 226:23

**limited**
118:3 132:9 234:11

**limiting**
226:18

**Linda**
52:7

**line-drawing**
15:25

**lined**
125:20

**lines**
46:11 106:24 108:13
114:17 138:5 159:15,17
192:17,24 193:13,15
194:7,9,13 195:25
196:13 198:7,15 231:2
234:2 236:23 237:25
255:10 266:24 283:21

**lining**
190:11

**link**
237:10 255:22,23

**list**
186:18 221:13

**listen**
62:3 63:7 72:15,16
99:20 100:1 108:6,8
160:14 271:23

**listening**
64:17 65:14 108:2

**lit**
8:12

**literally**
58:16 110:8 131:16
246:4

**litigation**
105:12 119:23

**live**
68:8 73:2 109:20
246:17

**lively**
281:25

**lives**
163:8

**living**
18:1 23:12 79:20
157:24 205:13 206:18
244:13

**lobbyist**
264:11

**lobbyists**
264:12

**local**
22:22 42:20,21,23 43:2
59:7 60:7 120:1 169:4,7
170:14 171:22 215:12
216:13 222:13,16
251:23 253:3

**locals**
216:22

**locations**
176:24 186:20 188:6,7,
13 189:14,18,19 191:3

**lock**
189:19

**locked**
189:22 220:19 238:7
266:5

**long**
89:10,18 93:5,14 94:4,
5,11 101:22 104:13
116:17 147:24 148:13
164:5 183:17 187:10
193:23,24 194:5 195:25
221:13 229:15 268:25
269:8 272:20

**longer**
39:18 92:17 111:1
114:23 116:13 117:2
154:9,12 195:11 283:22
284:20

**looked**
200:6

**looming**
101:8

**loophole**
19:5

**Lord**
62:16,17 80:24

**Los**
22:2 59:12 80:9 169:9
222:18 225:19,20
239:22 266:3

**lose**
49:11 84:4 198:18
202:25 203:2 239:24
275:13

**losing**
48:9 225:23 226:7

**lost**
53:8 86:23

**lot**
64:10 65:20 73:6,10,13
84:24 85:21 86:13
91:15 95:7 108:2,18
113:9 156:6 161:20
166:5 168:25 183:10
186:23 195:10 203:3
226:4 227:3 275:9
277:20 284:4

**lots**
131:13 210:4 264:3

**loud**
19:14 125:11,16

**love**
70:19 73:21 78:14
237:19 283:23 284:11

**low**
245:3,5

**lower**
202:6 245:6

**loyalists**
217:5



**lumped**
259:17

**lunch**
203:3

**Lynn**
76:1

**M**

**Macedo**
2:9,10,11 3:2,5,17,18,
19 7:3,6,11,18,21 10:7,
21 11:4,5,6,23 12:9,10,
11 13:3,11,17 24:10,22
25:3,7,13,16 26:1,7,9,
12 27:9,15,22 28:7,24
29:3,16 31:23 32:1,19
40:21,22,23 50:7,10,17
92:14 93:8 94:9,13
137:15,19,22 139:17,21
140:7,12,20 141:3,8,16
142:1 143:3,12,18,20,
23 144:3,7,14,16 145:1,
14,19,23 146:1,9,16,23
147:21 148:21 152:1,2,
3 153:7 172:3,7,20,21,
22 175:13,22 177:9,10,
24 178:20 179:6,14,23
180:2,6,22 181:1,5,13,
25 182:16 183:21
184:18,22 185:13,16
186:1,4 187:15,24
189:13 190:3,20,23
191:12,21 192:3 208:3,
11 211:15,16,17
212:15,20 213:6,7,8
256:19,20 257:3,11,14,
20,25 258:4,10,23
259:6,10,22 260:1,7,10,
13,15,19,22 261:3,8,14,
23 262:1,5,15,25 263:2,
6,18,23,25 264:3,7,17,
23 265:1,6,11,16
268:12,14,24 269:6,15,
19 271:12,17,22 272:7,
12,25 273:3,6,14 274:1,
4,15 275:1 276:6,10
277:8,13

**Madam**
2:5 3:2,13 7:3 10:6,25
12:5 13:11 14:1 21:1
24:8 26:5,10,21 27:20
29:5,7,22 30:3 34:22
38:7 40:14 50:7 51:1,15

62:18 75:7 81:23 91:10,
21 92:14 95:20 100:15
111:8 112:15 125:5
126:22 127:16,24
128:15 132:25 134:3
135:8 137:6,10 144:8,
17 145:14,18,19 146:5,
7,12,19 147:15 148:7,
11,19 151:6 153:18
154:21 156:11 161:7
167:11 171:16 172:3,15
176:11 179:11 192:6
198:19 205:15 206:5
207:23 208:11,19
211:10 212:15 214:5
216:11 219:9,14 225:4
233:13 235:4 249:14
256:15 258:23 261:5,6
266:11 279:21 281:15
282:12

**made**
18:17 28:21 29:8 39:12
108:4 112:1 116:1
120:18 179:21 180:4,9
214:15 216:13 229:10
231:5 232:23,24 245:2
246:19 250:14 277:2
282:2

**MAGA**
217:4

**magic**
49:13

**mail**
166:15,16,17

**mail-in**
20:13

**main**
39:12 55:8 95:7 128:5
205:3 206:1,6 231:3
239:2 247:6

**maintain**
218:6

**maintaining**
215:10

**major**
209:24,25 229:13

**majority**
3:11 10:24 22:8 39:15
60:9 172:16 202:10
214:1 217:21 219:17
249:24 252:13 254:1

258:23 271:18

**make**
5:14 6:2 7:19 9:24
11:23 14:6 24:9 27:22
35:21 36:15 38:9 51:19
54:13 56:23 58:17 70:6
71:20 75:11 80:6 82:1
87:14,15 93:6 100:25
108:21 118:1 131:24
149:23 154:20 158:18
168:20 177:12 179:20
180:7 186:13,21 187:13
188:4,15,21 189:1
190:17 200:12,13
202:19 208:1 209:8
211:4 215:20 226:19,21
235:8 236:18 239:15
245:21 246:19 248:14
255:5 258:21 263:10
266:13 274:18,21
282:21 285:10

**makes**
54:25 102:15 119:20
157:5 167:3 184:23
266:22 268:5

**making**
8:9 9:10 10:20 29:8
35:23 39:5 45:2 51:12
91:22 161:1 181:3
183:17 184:25 186:16
187:13 196:9 197:17
223:7

**manageable**
69:19

**Managers**
71:12

**mandate**
55:24

**mandated**
49:1

**mandates**
180:18

**manipulates**
169:23

**manipulating**
265:8,13

**manner**
166:18

**map**
8:22 45:4,7,10 104:6

107:1 109:20,21 114:17
196:4 214:8,21 215:8
218:17,21 226:5 232:2
235:13,23 237:2,11
242:8 247:6 248:7,9,10,
14 256:4 258:20,21
262:2,6 266:18,19,21,
22 267:8,16 273:24

**maps**
7:25 8:1,17 15:13,21
17:22 36:3,21 39:16
45:2,9 47:15 49:21
57:23 58:3,12 85:15
95:10,13,16 96:14,21
97:3,12,16 104:2,7
107:5,16 108:11,12,16
109:1 111:5 114:11
117:15 120:5,6,8,10,12,
15 121:13 122:2 123:6
145:11 158:6,17 159:20
194:10 195:4 199:23
200:1,3 203:17,19,20
212:16,21 214:25
215:2,3 217:15,19
218:2,8,11 219:25
221:12,15,18,19,22
231:1,5,7,12,13,18,20
232:7 233:19,24
235:16,22 236:11,15,19
239:3,7,11 242:10
245:16 246:19,22 247:9
248:19 253:21 255:21,
25 256:9,10,13 258:12,
14,16,17 259:1,7,18,21,
25 260:2,4,11 261:21
262:14,17 263:17
264:14,18 265:4,8,13,
21 266:8,13,15 267:19
268:20,24 269:6,13,17
272:2,8 274:11 275:2

**Margaret**
52:14

**Maria**
61:11 70:22

**Marla**
72:4

**Mary**
65:8

**masks**
165:4

**mass**
19:24 157:13


depos@scanlanstone.com
415.834.1114

**masse**
77:4

**massive**
102:3 165:11

**Mastin**
57:15

**Matt**
64:12

**matter**
5:8 16:24 43:25 66:21
67:8 83:21 98:18 103:1
159:6 166:8 201:10

**matters**
9:11 109:22

**Max**
78:12

**maximize**
218:14

**maximum**
6:6

**mayor**
79:17 253:3

**Mcguire**
14:4 25:15

**Mcmichael**
225:8

**meals**
168:23 203:2

**meaning**
186:1

**meaningful**
251:17 252:11

**means**
46:1 47:17 80:4 101:18
139:16 220:5 221:4

**meant**
232:3

**measure**
17:21 20:21 50:16
51:19 73:19 76:3 94:2
114:3 123:18 132:19
143:22 145:22 149:20
161:15 167:23 170:10
178:14 217:6

**measures**
4:25 118:6 138:17

285:7

**Medi-**
153:15

**Medi-cal**
129:4,11 153:20 169:6
202:20 222:14 254:22
276:14

**Medicaid**
254:22

**Medicare**
220:12,13,15 238:12,
13,15,22 239:14,15,20
246:9 275:10

**meet**
22:22 23:13 104:13
111:3 131:2

**meeting**
38:16,17,22 39:22,23
65:22 75:23 106:21
109:23 168:9 249:16

**meetings**
47:17 104:15,17,19,20
107:13 112:9,10

**member**
2:14,17,20 3:22,25 4:3,
6 7:8,13 10:1,17 11:8,
11,14,17,20,24 12:2,13,
16,19,22,25 13:8,22,23
14:1 24:8,12 25:3,19
26:5,15,17,21 27:2,5,7,
18,20,24 28:1,3,5,9,11,
13,17,21 29:7,12 30:3,
17,22,24 31:1,3,5,7,9,
10,12,13,15,19,21,24
32:3,5,7,9,10,13,17,21,
23 33:1,5,9,11,13,15,
18,19,24 34:4,21 35:8,
10,13 36:7 38:2,3,9,12,
23 39:1,3,4,7,9,10,20
40:3,7,11,16,25 41:3,6,
9,12,22,24 43:2,21,24
48:20 50:18 51:1,5,10,
12 52:8 60:5 61:6,9
67:20 71:11 76:13
81:21,22 84:22,23
87:16,19,20,22,24 88:1,
2,4,7,9,11,14,16,19,20,
22,24 89:1,4,7,9,12,13,
15,17,19,20,22,24 90:1,
2,5,7,9,10,12,13,15,16,
17,19,21 91:1,3,9,21,22
92:5,8,10,12,18,20

93:1,3,5,11,12,19 94:3,
15,19,22 95:1,4,18,22
96:4,9,13,17 97:1,4,5,
16,19,23 98:1,3,5,7,9,
11,15,20,22,24 99:3,9,
11,13,16,21 100:4,9,15,
17,19,21 101:1,4,5,7,
18,20,21,23 102:7,8,9,
11,12 103:19,20,21
104:10,14,21,24 105:4
108:1,19 109:4,16
110:2,3,7,18 111:6,8,
11,15,22 112:4,13,15,
16,19,20 113:5,6,12,14,
18,19,21 114:7,8,10,13,
18,20,22 115:2,3,10,12,
15,16,19 116:3,6,10,15,
20,22,23,24 117:1,3,4,
5,8,9,13,14,19,21
118:1,18,21,24 119:1,5,
7,9,10,11,12,14,18
120:4,17,20,21,22,23
121:1,3,6,10,12,16,18,
20,22,25 122:1,4,5,9,
12,15,16,17,18,19,20
123:9,10,13,14,23
124:3,10,12,14,16,17,
19,21,22,24 125:1,5,8
126:6,19,20,22 127:1,4,
7,10,16,20,24 128:3,8,
10,12,15,19,21,24
129:3,6,8,17,21 130:1,
3,10,15,16,18,21,22
132:20,22,23 133:1,5
134:3,5,8,10,14,17,19,
20,22,24 135:1,3,5,6,8,
10,11,13,16,17,19,20,
22,23,25 136:1,5,6,10,
21,23 137:2,6,10,13
139:16 140:1,3,10
141:1,11,14,17 142:7,
19 143:3,15 144:8,13,
24 145:8,18 146:5,7,12,
15,19,22 147:1,4,8,12,
15,19,23 148:3,5,7,9,
11,13,15,17,19 149:1,6,
10,17,21 150:5,9,13,16,
21,23 151:3,8,12,18,23
152:4,7,9,12,14,16,19,
22,24 153:2,4,11,15,20,
24 154:1,3,5,8,11,15,21
155:9 172:10,24 173:1,
4,7,10,23 174:24 175:1,
24 176:6 187:7 192:8,
10,22 193:2,9,14,22
194:4,8,11,17,21 195:6

196:12,16 197:1,7,10,
13 198:10,19 199:5,12,
14,21 200:8,11,12
204:16,17,20,23 205:1,
15,17,19,21 206:1,5,9,
13,21,23 207:7,9,11,13,
16 208:3,4,15 209:7,10
211:19,22,25 212:3,6,
22 213:10,13,16,19,22
214:3 216:10 225:21
229:6 230:20,21
231:15,17 232:3,9,10,
12,13,19,21,22 233:7
234:4,7,10,14,18,20,23
235:3 236:3,10,20
237:23 238:16,19,23
239:1 240:7,11,14,22
241:3,6,9,12,17,20
242:4,7,16,24 243:8,11,
13,19,21 244:4 245:10,
14 246:18 247:1,13,16,
20 248:1,11,17,22
249:1,11,13 251:18,23
255:15,16 256:19
258:15 259:3,4,8,14,15,
20,24 260:3 261:6,10,
12,15,24 262:3,7,9,11,
13,18,20 265:9,14
266:3,14 267:3,5,6,7,9,
11,13,16,18 268:9,22
271:9,15,20 273:18
274:7,10,13,23 275:6
277:19 279:12,16,18,
21,25 280:2,7,11,17,22,
23 281:1,3,7,11,15,19,
23 283:9

**Member's**
118:2

**members**
5:15 10:10 13:21 21:2
22:19 30:18 35:3 42:15,
18 44:3 45:14 47:2 60:9
75:8 81:20 86:5 102:24
103:24 105:2 115:13,17
116:1 143:24 156:4,12
160:10 161:8 162:18
167:2,12 168:2,6,17
169:4,5,8,12 171:16,18
176:11 177:8 184:9
199:6 200:9 202:23
204:3 207:24 214:5
216:11 219:16 222:12,
14 224:10,15,20,22
225:4,6 229:3 230:19
232:23 237:6 239:11



240:19 249:14 254:25
256:17 277:17 283:2

**membership**
187:8

**men**
82:16

**mental**
168:22 171:7

**mentality**
210:12

**mention**
106:19 180:10

**mentioned**
115:8 131:10 142:17
199:18 219:22 233:20
235:14 266:2

**mentioning**
265:25

**menu**
49:22

**Merced**
77:7 133:20 136:13

**merit**
193:17

**merits**
94:8 95:2,5 96:16 99:10
106:12 109:14 110:22
111:14,20,24 113:11
117:11 121:5 191:24
199:4 209:21 241:18
242:2 245:9 258:2

**message**
16:19 256:23

**meth**
54:20

**method**
52:13

**metrics**
218:5

**Mexico**
68:12

**mic**
24:7 41:18 50:23 52:4
63:6,8 167:8,9 173:17
227:15

**Michael**

75:8

**Michelle**
245:2

**mid**
8:14 14:20 17:22

**mid-**
218:4

**mid-decade**
6:19 15:19 97:22
156:20 215:2 221:23

**midcycle**
46:12 48:14

**middle**
19:7 158:3 192:12
275:4

**midnight**
115:6

**midst**
164:18

**midterm**
161:17 215:20

**midterms**
158:3 214:7

**migrant**
21:11

**Mike**
279:2

**miles**
272:19,20

**militarization**
83:6 131:14 210:10

**military**
71:13 82:13

**million**
46:14 78:16 90:23
99:12,23 101:2,3,6
102:2,15 103:7,15
119:21 126:18 141:23
142:24,25 149:10,18
161:25 168:6 171:18
177:15 196:24 202:21
220:13,14 224:22 225:6
238:14 246:8 250:10
255:13,17 275:10,13
280:9,18 285:4

**millions**
21:12 49:9 105:15

117:17 124:1 138:24
157:20

**mind**
232:11 234:16

**mine**
179:15 232:25

**minimum**
46:10

**ministry**
65:10 174:4

**Minor**
77:18

**minority**
180:11,16 230:12

**minus**
184:5

**minute**
13:15 42:2 128:17
129:25 130:9 206:12,14

**minutes**
6:9 17:12 20:25 34:10,
19 43:20 46:24 112:11,
24 118:3 153:10,14
155:23 156:5 161:6
163:25 177:12 192:9
206:10 207:5 225:16
235:1 248:25 276:9
280:5,10,19

**Miramontes**
42:17,18

**mirrored**
253:24

**misguided**
46:20

**misrepresent**
240:23

**misrepresenting**
87:17 88:12

**missing**
211:6

**mission**
169:1 214:23 223:18

**Missouri**
135:14 271:16

**mistake**
14:6

**mistaken**
226:24

**mistrust**
49:5

**Mitchell**
263:13,19 264:8

**Mixon**
174:18

**model**
49:6,8 163:12,13,14
244:23

**Mok**
170:23 171:12 223:12,
23

**mom**
14:11 59:2

**moment**
23:13 25:22 168:8,9
220:16 224:17

**moms**
59:2 174:1

**money**
68:24 69:3 71:4 74:14
76:8,9 78:15 102:5
151:13 207:12

**monkey**
67:8,9,15

**month**
14:9 22:1 104:8 124:6

**months**
21:8 22:20 104:9,11
244:11

**Montrose**
80:9

**moral**
201:25

**morals**
265:14

**morgue**
207:4

**Morlake**
72:4

**morning**
2:1 14:2 20:10 21:1
31:18 33:14 42:17,22
43:1,4,7 59:5 67:4 71:8



74:8,17 75:7 76:22
79:1,8,13 80:8 89:18
228:11,20 231:21 233:5

**Morris**
71:6

**mortality**
243:12

**mother**
61:11 71:13 174:16,19

**mothers**
61:12

**motion**
3:2,10 4:8 7:6,19 10:13,
20,23 11:22,24 12:3
13:2,5 24:9 26:1,3,19,
22 27:3,14 29:1,10,15
38:5,15 39:6,12,23 40:4
41:14 118:2 137:1,5
145:16 149:23 151:2,11
172:5,8,12 173:12
204:18 206:3 207:20
211:7,8 212:15,19,24
213:24

**motioning**
10:8,21

**motions**
279:12,13

**motive**
229:18

**mountain**
149:13

**mouth**
99:19 100:5

**move**
9:23 10:4 20:23 24:6
26:18 27:7 38:3 41:16
43:16 58:16 70:20
111:2 121:14 123:11
127:20,22 150:20
159:14,16,19 160:21
172:1 182:14 189:9
204:15 206:16 212:12
234:8,11 249:11 264:5
279:8 282:8 283:16

**moved**
70:18 72:5 137:2 147:9

**Movement**
58:8

**moves**
114:23

**moving**
118:10 156:7 177:4
178:14 187:21 198:24
239:10 240:17 252:4
253:22 254:12

**multipartisan**
106:16

**multiple**
35:3,16 242:18 250:4

**Munoz**
67:1,4,5

**Muñoz**
67:2

**myriad**
188:16

**Myrna**
65:4

**mystery**
166:23

---

**N**

---

**names**
258:13 259:2

**Nathaniel**
54:2

**nation**
6:22 45:22 86:21,22
244:23 251:15 255:2
282:5 284:12

**national**
17:23 19:15 44:21 61:6
110:5 170:8 200:24
216:5 224:6

**nationality**
65:2

**nationwide**
16:11 160:2 271:6

**native**
61:24 62:12 64:14
71:14 73:1 75:8 76:16
78:1

**nauseated**
56:23

**navigating**
186:18

**NEA**
22:19

**needed**
49:13 230:8

**negate**
174:8

**negotiation**
112:8

**neighborhoods**
178:16

**nervous**
184:23

**neutralizing**
16:22

**newly**
219:25

**news**
32:25 256:21 277:23

**Newsom**
56:18 61:20 74:22
78:22 79:17 138:14
145:4 159:5 276:13

**Newsom's**
56:25

**nice**
7:13 107:8

**Nick**
53:1

**Nielsen**
170:7,8 224:5

**night**
30:8 95:11,15 96:5
146:17 212:17 231:9,18

**Niimi**
79:23

**Niners**
53:7

**Nixon**
62:11

**nonetheless**
221:14

**nongovernment**
237:24

**nonpartisan**
16:10,16 19:2 49:1 70:9
160:3 208:7

**nonparty**
235:18

**nonsense**
74:21

**nontransparent**
266:4

**Noriega**
54:1,2,23,25

**norm**
17:24

**normal**
5:4 18:6 51:8 112:22

**norms**
82:10,18 83:3,5,7 84:2,
8 201:16

**note**
16:2

**noted**
218:10

**notice**
106:4

**notwithstanding**
141:20

**November**
15:10 61:22 97:10
156:14 161:2 179:5
180:5 181:12 182:4,9
196:8 199:2 204:9
209:22 211:1 217:24
219:25 255:18 282:17
285:8

**number**
49:13 131:10 165:9
218:20 235:11 266:21
268:6

**nurses**
51:18 167:13,14,15
216:15

---

**O**

---

**oath**
48:21 174:9 275:25

**Obama**



245:3

**objective**
218:5

**obliterated**
217:14

**observing**
76:5

**obsessed**
87:6

**occasion**
187:10

**occur**
162:20

**occurring**
178:18

**occurs**
6:2

**Oceanside**
44:9

**offer**
210:5

**offered**
25:11

**offers**
49:22

**office**
21:8 36:10 44:15 177:2
183:8 186:14 228:2

**officers**
216:16

**offices**
22:23

**official**
6:18 8:5 109:1 179:19
185:17 283:19

**officially**
191:5

**officials**
9:5 48:8 175:5,9 176:15
185:8 187:4 194:25
198:23 201:1,2,25

**oftentimes**
110:6

**Ohio**
122:14 135:14

**Olivia**
79:8

**Olson**
50:14 175:20 216:9
221:9 257:12

**one-time**
19:12 156:19

**one-way**
166:21

**ongoing**
190:1

**online**
4:11 5:17 233:12

**only--only**
56:21

**open**
63:11,13 79:6 99:19
105:11 119:22 138:8
167:7 195:17 209:9
222:7 225:12

**openly**
166:11,22 240:18 285:3

**operate**
131:8

**operates**
138:7

**operating**
218:12

**operation**
76:18

**opinion**
18:19 33:16 67:7 155:1
175:5 220:24 255:18

**opp**
51:2

**opponents**
83:23

**opportunity**
6:12 29:22 34:23 47:19
51:3 78:3 97:8,20
103:15 111:4 115:6
118:6,11 142:14 156:12
173:19 202:16 203:25
204:8 207:24 208:6,21
219:24 233:18 271:4
282:16

**oppose**
52:15,20 53:24 55:12,
25 56:11 57:18,20 59:4,
7,9,13 61:10,25 62:13
63:22 64:3,6,11,14,21
65:3,11,16 67:3,10,17
68:9,13,15,18,20,23
70:1,7,21,23 71:7,14
72:3,7,11,19,23 73:3,
14,19 74:6,10,20,21
75:12,16 76:21,24
77:19 78:7,25 79:9,12
80:1,10,12,15,18,21,25
81:3,9,14 174:11
227:17 228:12,20
230:10,13,16 279:5

**opposed**
58:8 69:6 75:24 174:2
198:8

**opposing**
69:16 76:3

**opposite**
53:12

**opposition**
6:8 43:17 50:22 51:6
52:2,4,13 55:4 57:13
60:4,25 62:25 81:18
85:12 172:2 173:14,18
174:14,17,19 225:13,14
229:24 250:16 251:7

**opposition's**
252:20

**option**
166:20 256:12 266:8

**Oracio**
62:18

**Orange**
169:8 222:17

**order**
2:3 5:14,17 6:14 9:16
15:20 25:25 26:4 106:6
111:3 117:21,22 122:10
123:4,21,24 126:14,16,
23,25 134:19,22 135:2,
16,19,22,25 136:5,9
150:4,8 154:13,18
166:14 212:25 240:3
263:16

**ordered**
106:1

**orderly**
9:20

**orders**
23:4

**organization**
41:21 64:5 176:9

**organizations**
45:13,14 52:11 270:21

**original**
142:20 194:8 267:8

**originally**
70:18

**Oscar**
58:7

**outcome**
74:3 158:23 159:23

**outlined**
23:16

**outstanding**
189:20,21

**overhear**
267:2

**overly**
85:23

**overreach**
57:13 220:10

**override**
142:2

**overriding**
227:23

**overthrow**
167:16

**overwhelming**
20:8

**overwhelmingly**
150:6 217:16

---

**P**

**p.m.**
95:10,14 96:3,5,6
231:11

**package**
16:3 216:23 222:15,20

**pages**

SCANLAN
STONE

Index: paid..people

89:10 91:1,4,7 116:17

**paid**
86:5 179:6,13 257:20
264:8

**Palisades**
78:17

**pamphlet**
221:17

**panel**
251:7

**Pantoja**
80:11,13,14,17,18,19,
20

**parameters**
274:2

**Parenthood**
42:8 161:10 162:2,3,7
225:9

**Parker**
33:4 34:6

**parliamentary**
13:12 146:10

**part**
10:19 18:3 61:9 64:9
75:22 107:23 108:14
126:21 165:10 210:11
248:3,7 249:15,21
250:1 251:10,19,21,23,
24 253:10 255:1,2,20
259:16 261:4,24 262:21
274:17 281:7

**participate**
9:13 268:19

**participated**
181:18

**participating**
105:2 283:4

**participation**
9:17 29:23

**parties**
46:1

**partisan**
15:15,22 16:22 45:7
46:21 123:8 124:12
126:2 138:9,22 145:6
159:8,11 160:19 215:2
218:3 241:24 245:24

246:1,11 270:1

**partisanship**
9:9 36:22

**partner**
57:1

**partnership**
219:17

**party**
15:23 39:15 57:16
77:19 106:21 138:14
139:14 140:9,24 191:19
202:3 217:5 220:6
246:16 252:11

**party's**
226:9

**pass**
15:9 16:7 24:13 46:16
72:18 114:23 117:10
211:8 214:20 215:19

**passed**
21:14 104:5 119:16
120:7 123:7 161:24
191:5,7 239:12 277:24
278:4

**passes**
141:22 153:5

**passing**
117:10 226:16,17 275:4

**passion**
150:14,17

**past**
58:11 160:8 164:13
183:2,11 184:13 187:4,
9 199:18

**pastoral**
64:9 65:10

**Patel**
59:11,12,17 227:16,17
228:4

**path**
158:1 217:1,10

**patient**
127:12

**patients**
167:20

**Patricia**
64:23

**Paul**
263:13,19 264:8

**pause**
25:8,23 26:14,24 34:8
118:4,14 150:11 154:7
172:11 261:16

**paused**
261:14

**pay**
81:15 120:3 129:10
132:5,6 153:11 186:7
187:22

**paycheck**
160:17

**paying**
91:19 201:7 269:20

**peaceful**
159:3

**peacefully**
83:8

**Pellerin**
2:1,6,7,8,23 3:8,14,15,
16 4:8 7:4,16,20,22
10:18 11:1,2,3,22 12:3,
6,7,8 13:2,5,15,20
17:11 19:21 20:14,23
24:5,11,16,21,24 25:5,
9,14,21,24 26:3,8,11,
15,19,23 27:1,13 28:15,
18,23 29:1,5,10,14
31:17 33:3,22 34:1,5,13
35:5,9,11 38:1,5,11
40:4,9,14,18,19,20
41:14 43:14 44:1,3
46:23 47:1 50:1,9,20
51:4,7,11,14,21,25
52:3,22 53:17,21,23,25
54:21,24 55:1 57:4,8
58:23 60:1,19,21 62:8,
10 63:17 66:1,5,10,14,
17,19,22,24 68:4 69:11,
22 70:13 71:23 75:3,6
78:8 81:17 84:22 87:24
88:2,6 91:5 92:3,6,22
93:3,10 94:7,11,18
95:1,16 96:1,7,11,15
99:17 100:1,7,11
109:10 110:1,20
111:10,13,19 112:1,12,
18 113:9,16,20 114:1,
12,15 115:1,11,22
117:23 118:5,15,19

121:4,9 125:3,6 126:24
127:6,9,12,18,22 128:1,
6,11,14,17,20,23 129:1,
5,13,19,23 130:2,13,16,
21 132:18 134:7,9,12,
15,23 136:8,19 137:1,4,
8,11,17,21 139:19
140:1 141:12 143:17,
19,21 144:1,5,10,14,21
145:16,21,25 146:3,6,
11,14,18,20 147:3,6,11,
13,17 148:1,5 149:4,8,
15,19 150:3,7,12,15,18,
22 151:1,21,22,25
153:1,5,13,17,22
154:10,13,17 155:8,12,
15 156:1 161:5 163:17,
24 166:24 167:7 168:1
170:1 171:10 172:1,6,
12,17,18,19 173:12
174:21 175:2,7 176:1,4
177:6 179:12,18 180:1
181:24 182:1 192:7
193:16 194:22 198:22
199:9 200:9 204:18,21,
24 205:24 206:3,7,11
207:15,18 208:13,17
209:6 211:5,12,13,14
212:8,18,24 213:3,4,5,
24 219:1,10 222:6
224:4 225:11 227:13
228:3,6,22 229:22
230:18 231:20 232:1
233:3 234:17,21 235:1
240:3 241:11,15,18
242:1,5,10 243:10,15,
20,23 244:1 245:8,12
248:24 249:10 256:16
257:1,24 258:1,7
259:14 260:20 261:1,10
262:23 263:1,7,22,24
264:1,5 265:21 267:15
268:11 273:8,11 276:8
277:10,14,15 279:10,
14,18,24 280:1,4,13,20,
24 281:5,9,12,17,21
282:10,25

**pending**
176:21 189:7

**people**
6:15 20:5,8 35:25 36:24
37:8,13 41:25 42:19
44:16 49:16,17 55:17,
23 58:5,18 61:20,21
62:3,4 63:1,11 64:11



71:19 74:5,24 75:19
77:3 79:3 81:16 85:8
87:7,10 90:23 94:16
101:12 103:7 107:4
109:8 118:6,11 132:2
138:4 142:3,4 157:15
162:1 165:5,6 166:5
167:5 205:12 218:9,23
226:1 229:23 233:22
243:2 244:8,19 246:8
248:5,8 250:10 251:3
266:10 268:8 270:19
278:1 280:8,9,18
282:20 283:17 284:13,
24

**people's**
149:9 253:12

**percent**
20:16 44:22,23 48:4
56:21 57:17 60:14,16,
18 69:15 80:5,6 99:1,5
162:9 226:19,21,24
233:22,24,25 234:1
235:22 237:2 244:14
248:9 250:25 254:1,3
260:6 273:24

**percentage**
48:1

**perfect**
113:19

**perform**
227:20

**performed**
196:5

**period**
107:1

**permanently**
84:4,12

**permit**
9:18

**permitted**
10:1

**perpetuity**
202:12

**person**
4:13 18:1 37:20 57:12
92:23 100:14 125:3,4,6
226:20 244:11 260:21
284:9

**personal**
37:17 127:5 151:14

**personally**
200:4 220:18 262:14

**perspective**
175:11 176:7

**pertaining**
194:23 196:14,16

**pertinence**
136:11,17

**pertinent**
10:12 69:8 97:17
114:14 118:12 139:22
239:9 242:17

**Peter**
44:8

**Petteway**
124:15 126:8

**phone**
108:6 223:22 270:16

**pick**
70:10,11 282:3

**piece**
158:22 190:7,14 193:23
227:17

**Pierce**
71:8,10

**pike**
186:12

**placating**
37:9

**place**
73:22 159:4,22 188:9
196:8 210:6

**Placer**
53:2

**places**
165:6

**plan**
38:19 159:13,15 160:22
214:24 217:23 218:12,
23 232:17 268:2,5
271:7

**Planned**
42:8 161:10 162:1,3,6
225:9

**planning**
32:25 38:20 161:17
187:18,25 214:14
224:18 226:3

**plans**
186:13 193:19

**plate**
185:19

**platform**
46:3

**play**
16:20 83:11,14,25
133:18 134:1 136:3
174:8 241:13

**played**
36:23

**pleased**
14:3

**pleasure**
54:1

**Plent**
79:10,11

**plenty**
43:22 130:4 143:24
147:6,13,18 148:2
164:20

**pocketing**
57:2

**Podcast**
263:13

**point**
13:12 82:3 110:17
112:2,23 117:21,22
123:16 126:23,25
134:19,22 135:1,2,16,
19,22,25 136:5,8,19
142:22,23 161:18
164:15 180:9,22 190:22
203:12 211:4 242:22
250:6 251:14 264:18
273:23 284:5

**pointed**
274:17

**points**
78:22 81:24 130:23
222:3

**police**
157:14,15

**planning**

**policies**
244:16

**policy**
73:21 182:14,15

**policymakers**
87:6

**political**
16:14 18:2 19:10,23
36:22 47:12 55:25
78:20,21 79:15 108:7
139:13 140:9,23 165:11
166:18 191:14 197:21
206:17 218:18 263:14
278:20

**politicians**
54:9 70:10,11 138:3,12,
20 139:11 158:7,9
256:11

**politics**
18:7 49:6 62:23 226:9
246:1,11

**poll**
44:19,21

**polling**
188:9

**polls**
46:5

**Polynesian**
86:8

**Pomona**
60:24

**pontificate**
101:22 237:6

**pontificated**
146:13

**Pontus**
42:7

**pool**
47:8

**poor**
226:2

**poorest**
86:1 103:9

**population**
232:16 256:3

**Porphyria**



174:13

**portal**
4:15,17 6:24 233:12,14

**portals**
4:18

**portfolio**
39:20

**portion**
85:24 105:22

**portions**
109:17 164:17

**posing**
228:10

**position**
4:15 45:15 86:6 88:17
120:12 243:16 244:3,6

**possibly**
216:24

**posted**
45:9 109:2 233:4
242:11 265:22

**poster**
137:15,23

**posturing**
78:21

**potential**
190:6 268:17,20

**potentially**
84:4,12 184:18,21

**power**
14:24 20:6 22:13 23:17
48:9 82:5,9,11,14,20
83:2,8,11,14,18,22
84:3,9,11 131:11,23
132:3 138:5,16,19
139:7 159:11 160:11
163:6 167:19 197:21
201:13 202:17 209:15
210:17 253:5,6

**powerful**
168:13

**powers**
15:25

**practice**
199:18 210:4

**Praise**

62:17

**pray**
62:16

**praying**
79:16

**precedence**
26:22

**precedent**
191:15

**predict**
117:20

**predicted**
101:9 102:4

**predominantly**
64:21

**Preet**
227:16

**prefer**
83:24,25

**preferably**
259:2

**preference**
220:6 235:19

**preferred**
159:23

**prenatal**
162:5

**prepare**
3:6 30:12

**prepared**
25:17,19 29:24 30:11
55:15 97:11,14 117:19
119:13,15 127:19
144:4,17 148:14,23
199:24 239:7

**preparing**
158:5 176:20,23,24
184:7

**prepped**
95:9 265:2

**present**
2:17 3:11 5:20 6:15
10:1,24 13:9,19,22 14:3
27:10 87:2 108:21
115:4 156:5,13 212:14

**presentation**
13:9 43:19 200:14
214:2 225:15 249:24

**presented**
30:4 34:18 36:3 107:5
114:9

**presenter**
35:1,18 37:3 148:4

**presenters**
37:15 85:3 225:22

**presenting**
13:24 97:13 133:2
136:2 219:18

**preserve**
46:7 56:10

**presidency**
158:25

**president**
14:18 15:22 18:17
20:11 52:7,19 56:13
124:8 125:14 157:10
160:17 161:9,15 164:10
176:14 177:22 200:21,
25 201:4,11,22 202:1,5,
6,8,18 204:1,5 214:13
216:5 270:4 275:5
283:24

**President's**
216:1

**press**
19:22 82:17 137:24
159:3

**pressure**
185:8

**pressured**
8:13

**presume**
119:3

**pretty**
104:6,12,13 256:1,3

**prevent**
138:9 139:10 145:7
265:7,12

**prevention**
177:17

**previous**
126:7

**previously**
41:19 175:15 268:2
277:9

**pride**
188:23

**primarily**
164:22 190:18

**primary**
6:6,7,9 43:17,18,19
65:2 157:7 172:2
173:14 196:10 225:12,
13

**principle**
9:9

**principles**
120:14 169:19

**print**
31:17,20,23 32:3 33:14
188:5 256:21

**printed**
32:11

**prior**
89:2,7 199:10 279:6

**Priscilla**
80:8

**private**
164:22

**privilege**
94:14 113:7 139:22

**privileged**
47:4 93:23

**Priya**
59:11

**prizes**
136:4

**pro**
14:4 36:18 252:12

**proactive**
190:9

**problem**
79:16 82:12 93:7 164:9
279:7

**problems**
37:24 68:15 171:8
226:4

**procedural**
5:22

**procedure**
51:8 112:23

**procedures**
115:23 199:10

**proceed**
2:4 13:16 29:14 50:8
145:15 149:3

**proceeding**
5:23

**proceedings**
9:20 236:12

**process**
6:21 7:1 8:4,23 9:13
46:19 47:16 59:15
62:21,23 74:3 95:13
107:12 108:12 118:9
156:25 169:24 180:19
185:7 186:11 187:16
189:23 190:1,4 191:3,
11 195:22 198:24
203:21 204:7 205:9
222:1 226:6 236:13
237:17 250:2 251:8,10,
12,17,19,22,25 253:10,
15,20,23 254:2 255:20
266:1,4 269:24,25
282:4

**processed**
116:2

**processes**
61:2

**produce**
49:10

**produced**
164:23,24

**product**
94:1

**professionals**
170:24 176:20 223:13

**profile**
239:21

**program**
21:11,15 156:24

**programs**
21:10 177:16 220:12
254:22

**prohibited**
45:6

**promise**
181:20 265:20

**promised**
22:24

**prompted**
48:12

**proof**
228:14

**prop**
53:16 158:25 195:15,22

**proper**
153:7

**properly**
82:2

**proponents**
45:24

**proposal**
95:6 113:22 145:5
215:20 217:16

**propose**
16:8 110:13

**proposed**
5:9 38:18 45:4 49:21
111:20 169:24 215:8
217:19 218:17,24
235:13 266:18

**proposing**
62:5

**Proposition**
53:16

**props**
137:18

**protect**
9:12 23:14 36:14 45:3
48:21 82:9 86:15
131:22 193:10 239:14
245:19 247:2 253:1
254:2,15 256:14 275:22
283:16 284:11

**protected**
24:1 86:5 193:9

**protecting**
8:15 35:21 223:3
245:21 246:20 253:24,
25

**protections**
56:8 61:14 105:5
106:10

**proud**
43:2 59:6 61:5 71:14
169:21 171:1 187:7
217:11 223:14 250:11
252:8

**proudly**
86:7 167:24

**prove**
37:1 86:19

**proved**
23:4

**provide**
6:12 41:20 46:10 93:24
118:5 225:24 266:7

**provided**
225:15 249:4

**providers**
169:7 276:17

**providing**
233:18 270:15

**proving**
76:20

**provision**
15:18 140:16 141:5

**PTA**
71:12

**public**
4:16 5:15 6:13,23 9:17
11:25 21:3,7,15 23:19
42:11 45:2,10 46:16
47:17 104:17,19 107:3,
6,8,17,19,21,24 108:13,
17,23 109:22,24
115:13,17,18,24 116:1,
5,9 131:17 139:3
149:11 155:3 168:3
195:17 211:2 221:21
224:12 232:23,24 235:8
236:12,17 237:7 250:15
251:13,19 254:20
255:22 258:18 265:24
266:7,13,16 270:12
275:3 283:7

**public's**
215:13

**publicly**
166:9 200:5 237:3
242:10 265:21

**pull**
178:13

**pulled**
183:22 184:19

**purpose**
4:12 135:12 195:21

**purposes**
18:2 140:19 206:8

**pursuant**
36:11 236:25

**pursues**
159:11

**push**
201:14 215:1

**pushing**
56:24 167:5

**put**
16:11 47:10 57:6 65:23
75:22 98:6,18 99:4
101:12 107:6 120:11
122:13 123:25 125:21
129:3,9 140:22 144:12
166:14 195:16 199:7
202:15 203:24 213:1
237:19 250:7 253:21
255:11,24 267:17

**Putin**
20:12,16,19 83:22
200:23

**putting**
8:1 97:6 114:3 142:13

---

**Q**

**quality**
246:14

**question**
24:25 25:22 30:10
38:18 39:8,11 82:4 84:6
87:14 92:9 93:4,11 95:2
96:16 97:2 98:17 99:14,
18 100:18 103:24
110:2,4,12 111:6,13
113:17 115:20 121:13,
15,23,24 122:8 123:5,
12 128:8 130:3,5,17,19



131:21 132:21,24
137:14 139:20 140:2,4
142:8 143:20 144:6,15,
16,22,23 145:2 150:24
151:1,5 164:9 176:5,17
178:4 183:3,25 185:6,
11 192:4,21 195:24
204:22 234:8 242:23
259:2 260:16,22 261:1
263:5,7,8 264:8 269:3,5
272:14

**question's**
141:12 198:20

**questioning**
112:11 191:18 268:13
273:12

**questions**
46:22 50:15 51:3 81:20
85:10 91:12 92:2,4,16
93:2,21 94:1,8 95:8
96:10,12 110:9,10,19
112:3 113:10 118:7,12,
16,17 127:11,14,23
129:6 130:5,6,11 137:7
139:4,8 144:1,3,9,11
145:15 146:24 147:7,18
148:2,12,22 149:19
151:4 153:8 156:6
174:22 177:7,13 180:10
182:15 192:15 193:17
194:22 195:10 199:3
200:10 222:4 226:15
229:4 230:19 236:17
238:24 241:16 242:1
245:9 250:3 253:20
256:17 257:9,19 258:1
264:2,6 279:20,23
280:6

**quick**
130:23 229:6 277:19

**quickly**
111:2 118:10 139:15
184:16 186:18 189:3
190:11 249:7

**Quintero**
43:1,2 171:21,22

**quorum**
2:5,24

**quote**
20:12,13 253:4

---

### R

**race**
193:11 245:19

**Rachelle**
71:10

**racially**
194:14 239:21

**racism**
63:24

**radio**
20:10 166:12

**raise**
157:24

**raised**
67:2,5 72:9 75:15

**raising**
110:12 210:14 250:16
251:20

**ram**
253:12

**Rambo**
19:24 165:4

**ramifications**
165:24

**Ramos**
74:8,9,17,18 75:5

**ransom**
276:3

**rate**
164:23

**rates**
99:1,6

**rational**
219:19

**rationale**
46:11 96:23

**Raya**
44:9 47:1,4 50:3 104:3,
12,16,25

**re-refer**
211:9

**re-referred**
151:16

**reach**
278:11

**reaching**
22:20 186:19,20

**react**
86:18 163:7 244:8
253:9

**reacting**
244:18

**reaction**
270:15

**read**
10:14,21 12:4 17:15
24:14 26:6,22 27:11,16
32:20 36:6 37:21,22
40:17 56:21 59:21 78:5
81:24 84:25 85:3,9
87:1,11 89:11,21 90:13,
22 91:6,14 94:4,5,12
107:18 116:18,20
182:18 187:19 232:25
241:23 242:21 252:5,6

**reading**
89:8

**ready**
13:10 23:16 39:2 44:2
156:10 159:12 165:1
186:22 188:15 189:9,25
190:18 276:14 284:22

**Reagan**
54:11

**real**
47:16 61:17 62:1,2,6
106:24 108:11 178:21
209:13 210:15

**realignment**
17:24

**realistically**
182:22

**realize**
241:12

**reanalyze**
24:22

**reason**
13:18 19:11 36:1 39:12
54:10 95:7 102:13
105:20 118:9 128:5
193:6,18 195:13 205:3
206:1,6 228:1 231:3

270:20

**reasonable**
219:19

**reasons**
5:22 14:8 20:3 24:2
37:2,5 142:6 164:10
219:7 226:17 229:11,13

**rebuild**
78:17

**recall**
98:2,12,18,21 101:2,13
184:12 191:20,22

**receive**
30:6 107:5 126:14,16
179:21

**received**
7:1

**recent**
78:18 235:16

**recess**
10:15 11:24 12:4 34:10,
12 124:6 145:20 153:14
155:13,14 197:19
203:13 212:11,16,25

**recessing**
5:23

**recipients**
169:6

**reckless**
220:4

**recognize**
27:1,5 45:17 59:14
133:3 229:9

**reconvene**
5:25 155:16

**record**
10:14,22 17:16 25:8,23
26:14,24 34:8 51:20
87:21 118:4,14 125:14
150:11 153:9 154:7
172:11 250:5,8

**recorded**
229:24

**recorder**
176:13

**recording**
63:8



records
236:12

recoup
102:19

red
158:4 159:16

redistrict
22:12 56:3 68:3 78:3
81:11 105:25 123:20,21
124:2

redistricting
4:16 5:2 6:19,24 8:4,19,
20 15:19 16:1,4,11,16,
21 18:24,25 19:2,12,17
20:7 23:8,25 44:6,17
46:12 47:5,14 48:14
49:2,20 50:5 53:4 54:6
58:1 59:10 62:21 65:3
67:7 71:20 73:14,17
74:7 84:12 86:10 95:6
97:22 103:25 105:6,21
106:11 108:14 109:12,
22 113:22 124:13
131:20 133:15,21
138:1,19 139:7,10
140:18,19 142:4,20
156:20,22,24 159:25
160:5 163:12 180:12
182:23 192:17,23
193:19 194:7,19 195:17
214:10,15,22 215:20
216:23 217:6,20,25
218:5,22 221:23
222:15,20 226:6 230:17
234:2 235:12 236:8,24
237:17 243:7,17 247:7,
8,17 256:24 260:18
267:24 268:4 271:7,24
273:21,25 277:3,22
278:23 283:20

redistricts
121:8

redo
272:7

redraw
14:20 120:24 158:6
159:14,16

redrawing
17:21 159:19 263:16

reduce
69:9 162:7

reduced
168:23 203:2 268:7

reduces
266:21

reduction
223:2

redundant
174:6

refer
172:8,13

refinement
106:25

reflect
44:12

reflected
153:9

reflective
230:8

reform
18:22 138:11

reforms
139:6

refrain
100:13 228:7

refreshing
173:21

refuse
160:14

refused
22:21

regime
157:14

register
264:11

registered
48:18 142:25 143:5,9,
14 167:14 285:10

registrar
176:13

registrars
157:3 179:4 185:7
186:10 190:9

regular
13:20 36:9 252:15

regularly
156:23

regulations
62:5

reimbursed
178:23 276:14

reimbursement
276:16

reinforced
217:16

reiterate
164:7 219:23

reject
26:8 62:22

rejected
138:21

rejecting
46:20

related
5:1,2,9 25:10 118:12

relationship
130:3 243:6

release
46:10

released
44:19 45:11 95:16
115:13,17 231:14

relevant
7:11 25:2 145:15 242:6,
19

religion
193:11 245:20

reluctance
17:17

reluctantly
171:1

rely
103:9 160:14 282:20

remain
135:12 136:11,16
159:21 198:3 255:9

remaining
155:18

remains
98:16

Remcho
50:14 175:20 216:9
221:9

Remchon
257:13

remember
66:12 159:2 249:17
266:15 282:3

remind
183:11

reminded
136:11,15

reminder
6:9

reminding
222:24

removal
9:22 21:20

remove
58:18,19

Renteria
174:13,14

rep
253:2,4

repealing
56:7

repeat
83:12 141:2 192:20
209:18 210:24 265:9
269:5

repeating
209:21

replacing
48:19 175:21

report
200:1 234:22 239:4
247:9

reported
36:18 195:18

reports
36:17

represent
30:14 48:21 55:5 64:10
77:24 102:17 138:18
171:18 173:23,24
218:23 220:24 250:9,



11,19 251:4 252:21

**representation**
18:3 22:11 48:2,3 53:10
55:20 60:13 80:5 85:17
93:24 171:24 226:7,19,
25 250:17 252:10

**representative**
47:8 71:18 94:6 158:11
197:23 198:9 199:13

**representatives**
22:11 30:14 34:24 46:9
47:23 84:11 156:21
158:20 220:1 226:12
275:25 277:25

**represented**
60:9

**representing**
21:3 59:2,3,12 60:7
61:12 64:20 65:5 72:10
161:11 167:13 168:16
169:13 170:20 175:23
222:12,17 224:7,12
238:9 257:15

**represents**
48:7 216:24 219:19
269:2,9,13

**reproductive**
42:12 162:8,12 163:20,
21 168:4 224:13,19

**republic**
57:10 58:19

**Republican**
16:14 22:11,20 44:7,8
52:8,9,10,11,19 57:16,
20 58:18 60:16 63:23
64:21 65:11 71:11 73:2
77:19 85:14 102:14,23
103:3,12,16 125:12,18
148:10 158:5,7,9,18
159:20 160:9 201:1,23,
24 202:3,22 203:22
204:3 208:2 215:14,16,
19 218:14 230:12,15
254:10 275:18 276:11,
19 278:10,14 279:5

**Republican-**
15:11

**Republican-led**
215:1

**Republicans**
14:18 48:7 53:2 60:12,
14 63:4 77:24 80:2,6
98:6 106:18 124:8
133:24 157:10 158:2,15
161:16 166:12,13,16
202:4,18 209:3 214:13
215:1,19 216:6 218:14
220:6 226:5 235:18
252:18 254:20 256:7
278:6,7

**request**
17:5 132:16

**requesting**
9:25

**require**
16:9 19:1 188:1 220:21

**required**
15:20 17:25 123:21
160:6 188:10 236:24
238:7 274:3

**requirement**
215:10 272:16 273:16

**requirements**
236:23 273:21 274:6

**requires**
23:13 82:21 197:8

**research**
241:10,21 242:9 276:5

**reside**
269:2,10

**resident**
52:16 59:8 75:15 230:3,
5 253:5

**residents**
96:24 103:9 218:16,25
230:9 233:10,15 238:21
244:14 284:2

**resist**
45:19

**resolution**
24:23 254:8

**resolve**
17:18

**Resource**
52:10

**resources**

185:23 186:1,5 187:15,
22 210:17

**respect**
15:12 17:3 56:9 93:2
148:9 249:22 252:20
253:17,18 281:14
282:13

**respected**
85:20,21

**respectful**
149:5,8

**respectfully**
17:5 209:5

**respecting**
155:1 255:10,18

**respects**
215:9

**respond**
133:13 135:24 159:12
162:17 163:5 166:17
197:24 203:10 208:16
217:7 229:20 268:10

**responding**
17:2 133:9,17 184:16
203:10

**responds**
196:23

**response**
14:23 15:1 115:2 135:4,
21 161:15 175:25
178:17 192:2 197:9
208:23 218:3 219:20
238:10 260:15

**responses**
227:21

**responsibility**
131:2 285:6

**responsible**
49:7

**rest**
73:9 86:20 87:4 168:13
244:23

**restaurants**
165:12

**result**
15:20 268:6

**results**
49:11 58:11 74:2

**retainer**
91:20 93:13

**retains**
8:21

**retake**
158:19

**retaliate**
227:24

**retaliation**
49:4

**retaliatory**
48:13 174:7 227:21

**retired**
68:2 71:13

**return**
19:16 130:11 252:7

**returns**
15:24

**reveal**
93:22

**revenge**
49:5

**Revere**
52:10

**Reverend**
63:20

**reversing**
140:13

**review**
10:15 11:25 30:1,20
93:18 195:11 203:17

**reviewed**
200:6

**reviewing**
268:20

**revolutionary**
18:5

**ridiculous**
78:21 145:3

**rift**
165:11

**rig**
14:21 22:10 48:6 58:12



Index: rigged..scientists

76:18 158:17 214:15
215:18 216:1

**rigged**
20:12 166:11

**rigging**
15:1 139:11 159:7
162:19 196:20 202:12
203:14 208:24 210:16
217:7

**rights**
9:12 59:15,18 65:1
120:9,13,14 193:3,21
247:11 272:5

**rigs**
8:17

**Riley**
79:23

**ringing**
223:22

**rip**
202:20

**rise**
187:9

**risk**
84:14

**Rivas**
9:25 13:18 14:4 25:14
151:10

**Riverside**
44:6 61:5,12 76:2
80:12,15,20 169:9
222:18

**Robinson**
44:10

**robust**
56:6 119:15

**role**
16:3

**roles**
216:14

**roll**
2:4 3:13 10:25 12:5
29:6 40:15 151:7
172:15 211:10 214:18
217:13

**rolling**
101:8 102:4

**room**
4:10 5:16 45:5 61:1
173:16 182:21 222:7
227:14 285:2

**Rooted**
65:6

**Rosa**
174:15

**rotated**
106:20

**rotating**
44:5

**roughest**
86:3

**Roundtable**
62:20

**routes**
149:12

**row**
52:5,6

**rubberstamp**
7:25

**Rudy**
76:14

**rule**
25:2 56:4 82:16 132:12,
14 217:5 274:16

**rules**
8:13 9:21 16:20 19:7
25:9 29:24 82:10,15,19
83:3,5,11,12,14,15,18,
24 84:1,2,8 105:7 106:8
132:4 138:8 158:3,14
192:12 193:7,8 209:14
210:16 229:20

**ruling**
25:24

**run**
14:15 44:15 76:18
177:3 184:11 187:14
188:7 189:25

**running**
37:16 57:12 250:7

**runway**
185:21

**rural**
180:7 270:22 276:7,17

**rush**
177:15 180:19

**rushed**
138:25 241:4,21

**rushing**
124:8

**Russia**
83:19

**Ruth**
64:8

_____

**S**

**Sacramento**
58:4 76:4,19 78:12
230:3

**sacrifice**
108:4

**Sadalia**
42:20

**saddened**
78:6

**saddens**
53:10

**safe**
21:21 22:5 45:8

**safeguard**
265:19

**safeguarding**
282:23

**safeguards**
265:6,11

**safety**
139:3 282:23

**Salinas**
176:2,10,12 183:1,24
184:21 185:10,15,22
186:3,6 187:18 188:3
189:16 190:5,22 191:1

**San**
44:4,8 59:9 76:23 77:23
169:9 222:18

**Sandoval**
76:1,12,14,15

**Sandra**
42:15 68:7 74:9 169:12

**Santa**
6:17 52:16 102:18,21
103:6,9 232:18

**Santiago**
70:22

**Sara**
225:4

**Sarah**
171:16

**save**
200:14

**SB**
5:2,22 116:11,16
138:17 155:19 157:1
167:8 172:8 194:23
196:7,18 207:21 209:1
211:11 221:16

**scales**
221:5

**scam**
65:21

**scare**
203:6

**scenario**
83:16

**schedule**
252:16

**scheduled**
156:24

**scheme**
208:24

**school**
21:4 22:3,5 56:13 61:14
67:22 168:22 203:3
216:17 223:1,17

**schools**
21:21 23:1 56:20

**Schultz**
81:8

**Schwarzenegger's**
18:23

**science**
284:18

**scientists**
284:19



**score**
53:7

**Scott**
73:15

**screenings**
162:4

**Sean**
20:11

**seat**
37:17

**seats**
43:22 45:8 57:7 58:18,
20 80:4 160:16,22
246:5,7 270:6,17
275:22

**seconds**
6:14 19:21 38:16,21
41:20 52:21,22 53:17,
20 54:21 57:4 58:23
60:1,19 62:8 63:17
66:1,10 68:4 69:11
70:13 75:3 78:8 156:2
167:10 170:1 171:10
173:18,21 222:10
227:8,15 228:3,5
229:25 235:2

**secret**
63:15 157:14

**Secretary**
2:5,6,8,11,15,18,21
3:13,14,16,19,23 4:1,4,
7 10:25 11:1,3,6,9,12,
15,18,21 12:5,6,8,11,
14,17,20,23 13:1 29:5
38:7 40:14,18,20,23
41:1,4,7,10,13 151:6,
10,15,21,25 152:3,6,8,
11,13,15,17,20,23
157:2 172:15,17,19,22,
25 173:2,5,8,11 177:2
179:3,9 183:8 187:12
194:25 211:10,11,14,
17,20,23 212:1,4,7
213:3,5,8,11,14,17,20,
23

**Secretary-treasurer**
22:15

**secretive**
269:24

**section**

25:16 36:12 182:1

**sector**
164:22

**secure**
9:6 199:1

**security**
216:16

**seek**
9:12 215:12

**SEIU**
42:15,23 43:5 169:12,
21 170:14,17 171:22
216:8,12,13,22 217:9
248:12

**selectively**
19:7

**self-identify**
161:4

**self-interest**
48:8 160:15

**Senate**
14:6 16:5 156:13 166:2
202:10 204:11 233:14
237:5 252:1 278:6

**Senator**
156:9,11 168:11 177:18
178:11 179:1,9,25
180:3,20,24 181:3,7
191:17 192:1 195:19
196:6,14,18 197:4,8,12,
16 198:10 207:22,23
208:13,19 211:8
219:10,13 233:9 234:6,
9,12,16,21 235:4 237:1,
21 238:1,17,20,25
239:13 240:5,8,9,13
241:1 242:21 243:24
245:24 252:22 260:5,9,
11,14,17 263:4,20
264:16,19,24 265:3,24
270:3 271:11 272:5,10
273:20 274:2,9,12
275:8 277:6 282:12

**Senators**
278:10,11,15 279:5

**send**
255:23

**sending**
163:4

**sends**
16:18 123:3 256:22

**seniors**
284:15

**sense**
75:2 100:25 239:13

**sentiment**
85:7

**sentiments**
228:13 230:3

**separated**
220:8

**sergeants**
24:13 35:14

**serve**
46:18 47:5

**served**
275:3

**services**
139:2 162:3 168:23
222:14 225:24 284:21

**serving**
169:15 174:1 176:14
283:18

**session**
36:9 278:2,3

**set**
4:23 22:7 39:19 49:24
50:4 191:15 209:14

**setting**
169:24

**Seven-and-a-**
104:10

**seven-and-a-half**
104:9

**Seventy-eight**
237:8 281:1

**severe**
139:1

**sex**
193:11

**Shaffer**
43:12 73:1

**shame**
56:23 72:18,19 77:20

**Shan**
59:5 228:9

**share**
176:18

**shared**
107:3 251:10

**Shaw**
56:12 57:6

**Shelby**
225:8

**shocked**
55:16 60:25

**Shoemaker**
77:25 81:1

**short**
21:8 187:2

**shortest**
183:21 184:19

**shortfalls**
139:2

**show**
74:4,5 119:3 137:24

**showing**
107:8 251:2

**shown**
201:12,13

**shows**
36:21 44:21 160:1
243:3 255:25

**shut**
16:12 230:14

**shutting**
30:2 63:6,11

**side**
73:13 201:9 210:9,16
233:13,14 253:17

**sidelining**
48:15

**sides**
251:11

**sign**
73:10 153:16,21

**signed**
59:20 190:20



**significant**
47:24

**significantly**
39:17 128:13 218:24

**silence**
158:12

**silencing**
76:6

**Silva**
50:13,14 93:20 123:16
139:23 140:15 141:4
175:21

**simple**
53:5,6 158:17 259:1

**simply**
9:4 23:22 33:5 36:6
67:10,15 83:17 84:17
87:19 105:12 198:13
229:16

**simultaneous**
129:12 149:14 150:1
205:23

**single**
37:20 168:6 224:20
235:15

**sir**
102:8 124:23 139:18
257:7

**sister**
128:24 129:9

**sisters**
170:22

**sit**
43:23 108:5 133:18
134:1 165:22 167:4
175:10 216:2 217:12
228:2 246:6

**site**
168:22 223:1

**sites**
165:5 176:24

**sitting**
50:11 126:10 207:4

**situation**
17:1 197:6 279:7
283:11

**situations**
122:21 199:11

**Sixty**
60:15

**Sixty-three**
57:17

**size**
235:11

**skilled**
176:20

**skip**
189:2

**slaughtered**
62:4

**slightest**
275:21

**small**
235:24

**smirk**
282:6

**smoking**
54:19

**SNAP**
239:16,20 254:22 276:1

**snatch**
251:3

**snatched**
254:25

**Snyder**
68:19

**social**
216:16

**societal**
201:16

**Solache**
2:16,17,18 3:24,25 4:1
11:13,14,15 12:18,19,
20 26:16,17 27:18 28:3,
11 38:9,12 39:1,4,9
40:3 41:5,6,7 152:15,
16,17 153:24 154:19,21
155:9 173:3,4,5 211:24,
25 212:1 213:15,16,17
249:12,13 255:16
259:3,14 268:18

**Solano**

61:24 62:12 174:5

**solidarity**
170:21

**solution**
79:15 221:3 279:7

**solutions**
18:21

**solve**
82:12

**something's**
20:1,2,18

**Sonja**
56:12

**sooner**
30:5

**Sophia**
56:1 80:13,14

**Soria**
133:20 208:8

**sort**
17:15

**sought**
145:7

**sound**
178:8 269:18

**Sounds**
13:3

**South**
57:22 58:5

**southeast**
266:3

**Southern**
72:5 228:11 232:18

**speak**
6:14,25 21:4 61:20,21
69:15 75:19 77:12 82:1
88:3 92:23 97:11,23
99:10 106:11 113:8
118:6 134:13,16 143:24
144:19,20 146:10
153:10,25 154:4 155:22
173:19 198:13 199:5
205:16 216:9 225:19,20
227:7 260:21

**speaker**
3:4 9:25 13:13 14:4

**Speaker's**
84:19 97:6

**speakers**
127:21 129:12 149:14
150:1 205:23

**speaking**
7:10 33:21 73:6 100:2,
13,14 114:16 118:2
129:23 134:9,17 206:22
273:3 275:19 281:9

**speaks**
46:3

**special**
15:9 46:15 48:16 82:8
97:9 99:7 138:25
149:11,22 156:14,16
157:3 171:7 177:15
181:11 182:4,9,17
191:20 195:2 196:19
284:20

**specific**
36:19 37:5 97:12 115:7
140:21 165:18 184:1,10
258:13 260:16 267:23
268:1

**specifically**
121:7 140:14 190:3
250:15 258:14 259:22

**speed**
206:16

**speeding**
188:21

**spend**
49:9 70:2 87:12 103:14
104:1 105:15 117:16
119:21 123:25 126:18
138:24

**spending**
46:14 102:5 149:7
150:10 157:18 177:14

**spent**
22:20 38:24 67:21
84:24 108:1 284:3

**spine**

20:4 24:19 52:1,5 53:22
66:7,24 69:22 100:3
149:23,25 150:2 153:18
175:17 219:12 231:24
265:5 279:2



201:25

**spirit**
34:16 79:20 155:21

**spiritual**
79:16

**spite**
84:7

**split**
96:18 113:22 120:2
218:11 232:16 266:21,
23 267:12,24 268:2,4,7

**splits**
231:6,9,19 232:7
266:18

**splitting**
96:24 218:10,19 274:12

**spoke**
193:15 251:7,8,12
263:14

**spoken**
54:11 134:18 137:13
279:19

**sponsors**
62:20

**spot**
237:19

**spouse**
71:13

**stack**
22:13 48:11

**stacking**
214:16

**staff**
24:22 64:10 233:4
265:7,12

**stage**
4:24

**Staib**
68:22

**stake**
134:2 162:17 201:21
219:6

**stamps**
203:2

**stand**
8:5 23:20 65:6 68:1

158:21 159:19 167:24
169:20,22 171:1,2
197:20 215:24 220:2
223:14 246:10 251:5
254:24 285:6

**standard**
49:24 50:4 54:15 160:1
162:22 163:11

**standing**
60:6 61:7 170:21 197:5
204:5 222:14

**stands**
23:15

**standup**
174:4

**Starkey**
243:5

**start**
19:20 35:12 93:15
157:8 184:7 190:4,11
214:17 231:2 265:15

**started**
74:1 190:5,8,12,15
270:3 272:1,9

**starting**
38:16,21 47:6 141:9
236:5

**state**
8:17,19 15:15 16:17
17:9 19:1 29:25 39:15
55:6 56:14 57:12 58:19
59:16,17 60:14 67:11
70:5,9 79:6 80:7 86:2,8,
12 90:23 100:23 101:10
102:3,5,15 103:12
104:7 110:25 119:23
120:7 123:7,19 126:17
129:9 151:9 157:2
160:4 161:1,12,16
162:8,14,19,22 163:5,
22 169:25 170:12
171:19,23 173:17
178:6,12 179:4,10
183:16 186:9,10,25
187:13,15,23 189:5
190:15 195:1 197:23
198:1 206:15 207:2
215:21,25 216:15,19
218:1 223:6 224:8
227:23,24 228:18 230:7
244:7,13 245:5 246:17

248:20 252:1 253:2,4
255:2 271:6 272:2
275:25 283:17 284:2,
13,24 285:4,10

**state's**
44:12 54:17 156:20
177:2 183:8 214:9
218:15 227:19

**stated**
35:2,15,18,22 36:18
37:14 41:19 85:3 88:23
106:4 128:7 130:14
135:9 148:4 180:1,20
195:15 217:3 225:22
231:6 239:4 246:21

**statement**
28:22 29:8 37:9 45:16
61:3 120:18 199:7
200:2 231:4 245:2

**statements**
208:1 280:15

**states**
14:19 15:12 16:15,19,
23 18:4 22:12 42:6
49:15 82:15 83:9 86:17
105:21,22,25 114:11
116:11,16 122:10,14
125:15 158:5,18
159:10,14,16,20 160:20
162:24 165:22 174:7,11
199:22 200:21,25
201:5,12,22 202:8,13,
18 214:17 215:1 218:4
224:19 227:22 239:6
242:8 243:17,18 244:8
246:22 254:9,11 255:7
256:23 271:14 278:7,
15,16 279:4

**statewide**
156:14 157:7 182:4,9,
23 195:1

**statutory**
157:6 196:9

**stay**
142:6 168:19

**stayed**
70:19

**steak**
49:22

**steal**

22:10 160:22 217:2

**stealing**
58:20

**steamrolling**
169:18

**Stefani**
2:19,20,21 4:2,3,4
11:16,17,18 12:21,22,
23 27:2,6,7 38:2,3 41:8,
9,10 132:22,23 134:5,8,
17,20,24 135:3,6,10,11,
13,17,20,22,23 136:1,6,
21,23 137:2 152:18,19,
20 173:6,7,8 174:24
175:1,24 176:6 204:16
212:2,3,4 213:18,19,20

**step**
50:6 173:17 222:9
225:14

**stepped**
187:4

**steps**
54:23

**stick**
91:7 92:4 94:7 139:19
191:24

**stipulations**
105:8 106:9

**stop**
23:17 34:1 35:11 61:17
112:11 123:24 126:17
129:24 149:16 160:11
215:15,17 216:1

**straight**
125:10

**street**
85:25 166:21

**streets**
56:20 157:15

**stretch**
127:2

**strict**
138:8

**strictly**
6:16 120:8

**strikes**
158:16



Index: strip..Tangipa

**strip**
157:19

**Stripped**
162:6

**strong**
16:19 42:12,21,23 43:3
51:18,23 52:12 60:4
65:10 161:14 167:24
168:5 169:5 170:9,14
171:20 216:22 222:16,
19 224:8,21 225:7,10

**stronger**
83:23

**strongest**
82:14

**strongly**
17:19 43:5 52:15,20
57:18,20 59:9,13 61:10,
25 64:6,14,22 65:6,11
67:3,17 68:9 70:23 71:7
72:2,6,11,23 73:3,14
74:10,20,21 75:11,23
76:2,24 77:19 78:6
79:9,12 80:10,12,15,18,
20,25 84:18 132:16
170:18 227:17 230:10,
13,16

**struck**
117:15

**struggle**
195:13

**struggling**
284:4

**students**
21:13,19 22:4,14 23:5,
19,25 71:14 171:8

**studies**
242:18 243:4 245:15

**study**
241:24 243:5

**stuff**
240:10

**stupid**
136:3

**style**
56:19 201:20

**subdivisions**
218:19

**subject**
5:8 9:21 180:18

**submissions**
7:2

**submit**
38:19 47:18 236:16

**submitted**
10:9 155:4 199:23
200:5 233:11

**substance**
75:1 91:7 139:25

**succeeded**
41:15

**success**
22:7

**successful**
183:10,17,23 217:5

**sucks**
203:13

**sudden**
240:1 278:19,22

**Sue**
33:4 34:6

**sued**
105:16

**suffering**
79:3

**sufficient**
182:3

**suing**
272:1

**Suisun**
65:19

**summer**
124:6 197:19

**super**
168:20 223:9

**Superintendent**
56:14

**supermajority**
46:17 53:14 226:8

**supersede**
270:18

**supine**
166:3

**support**
6:7,10 16:14 17:20
18:22 19:9,16 20:20,24
21:4 23:15,23 24:3
32:14,16 41:17,23,25
42:2,5,9,13,16,19,21,23
43:3,6,9,11,13,15 44:20
51:19,23,24 54:7 55:22
62:1 77:21 84:18 89:6
90:4 109:11 111:5
136:23,25 155:2,11
161:4,14 167:8,24
168:5,17 169:6,21
170:6,9,14,18,19
171:15,20,23 187:10
195:19 204:14 215:24
216:22 219:25 221:7
222:8,16,19,23 223:14
224:1,8,15,22 225:3,7,
10 243:16 252:17
254:19 255:3 277:21
278:8,22,23 279:6
282:19 284:16

**supported**
18:21 22:5 73:16 89:2
275:12

**supporting**
197:17 222:25 246:13

**supportive**
222:13

**supports**
23:7

**supposed**
86:21 116:4 169:20

**Supreme**
126:10

**surprising**
240:16

**suspended**
140:18

**suspending**
56:11

**sway**
278:10

**switched**
106:21

**sworn**
174:9

**Sylvia**

70:16,17

**syndrome**
79:4

**synonymous**
97:18

**system**
102:21 103:8 138:3
139:11 141:25 215:21,
22,24 276:15

---

T

**table**
13:9 26:2 27:8,14 29:2,
11 38:4,6 40:5 41:15
43:20 50:12 225:15

**Taft**
43:12 73:2

**Tahoe**
57:22 58:6 273:1

**takes**
23:17 26:22 45:13 91:6
94:4,11 172:16 268:18

**taking**
64:13 69:2 103:3,8
215:4 243:15 275:6

**talk**
29:21 34:23 93:22
106:13,14 110:8 131:19
132:10 139:23,24
161:22 162:14 180:10,
15 209:23 270:9,10,11
271:25 272:3 281:6

**talked**
182:24 184:23 205:7
209:13,17 243:6 253:15
274:20

**talking**
63:9,12 78:22 91:24
114:5 163:1 188:14
191:21 194:1,2,3,6,9
201:11 203:14 205:19
223:1,4 245:25 246:2
251:16 272:22

**talks**
105:23

**Tangipa**
2:22 3:1 4:5,6,7 10:17
11:19,20,21 12:2,24,25



13:1 24:8,12 25:19
26:5,21 27:20,24 28:1,
5,9,13,17,21 29:7,12,24
30:3,22 31:1,5,9,12,15,
19,24 32:3,7,10,21
33:1,5,11,15,19,24
34:4,21 35:8,10,13
38:23 39:3,7,10 40:7,
11,16 41:11,12,13,22
51:1,5,10,12 84:22,23
87:17,19,22,25 88:1,4,
6,9,11,14,19,22 89:1,7,
12,15,19,22 90:1,5,7,9,
12,15,17,21 91:2,3,9
92:5,8,12 93:1,3,11,12,
20 94:3,22 95:1,4,18,23
96:4,17 97:4,16,23
98:3,7,11,20,24 99:9,
13,17 100:4,9,17,21
101:4,7,20,23 102:8,10,
11 103:19,21 104:10,
14,21,24 105:4 108:1,
19 109:4,16 111:8,11,
15,22 112:4,13,16
113:5,12,18,21 114:7,
10,13,18,22 115:10,12,
16 116:3,10,15,22,24
117:3,5,9,14 118:18,21
119:1,7,10,12,18
120:17,21,23 121:3,6,
10,16,20,25 122:4,9,15,
17,19 123:9,13,23
124:10,14,17,21,24
126:6,20 127:4,24
128:3,10,12,15,19,21,
23,24 129:3,8,17,21
130:1,10,15,18 134:3,
14,19,22 135:1,5,8,16,
19,25 136:5,10 137:6,
10 142:19 143:3 144:8,
13,24 145:18 146:5,7,
12,19,22 147:1,4,8,12,
15,19,23 148:3,7,11,15,
19 149:6,10,15,17,21
150:3,5,7,9,12,21
151:3,8,12,18,23 152:4,
9,21,22,23,24 153:2,11,
15,20,24 154:1,3,5,8,
11,15 172:10 173:10,11
192:8,10,22 193:2,9,14,
22 194:4,8,11,17,21
195:6 196:12,16 197:1,
7,10,13 198:10 199:5,
14,21 200:8 204:20,23
205:1,17,21 206:1,5,9,
13,23 207:9,13,16

208:4,15 212:5,6,7,22
213:21,22,23 230:20,21
231:15,17 232:3,9,12,
19,22 234:4,7,10,14,18,
20,23 235:3 236:3,20
237:23 238:16,19,23
239:1 240:7,11,14
241:3,8,9,17,20 242:4,
7,16,24 243:11,19,21
244:4 245:10,14 246:18
247:1,13,16,20 248:1,
11,17,22 249:1 254:7
267:3,5,7,11,16 268:9
279:21,25 280:2,7,17,
23 281:3,7,11,19
283:10

**Tanipa**
173:9

**tap**
256:1,2

**Tara**
55:13

**targeted**
18:11 164:16 169:17
255:3

**targets**
216:19

**tariff**
157:22

**tariffs**
99:2,4

**task**
223:9

**taught**
22:16

**tax**
68:24 70:2 157:21
164:16

**taxes**
157:22

**taxpayer**
73:2 74:14 78:14

**taxpayers**
73:16 97:25 103:5
138:23

**TDS**
61:17

**teach**

171:3

**teacher**
21:10 67:22 68:2

**teachers**
17:8 21:3 22:22 23:6
24:4 55:7,10 60:10
168:16 222:23 223:10

**team**
262:4,8,9,12,21,22,25
263:2

**Teamsters**
171:14 225:2

**tear**
138:18

**technical**
50:15,18 85:10 91:12
93:21 222:4 257:8
258:7

**technique**
210:19

**techniques**
131:10 209:24,25

**technology**
107:10,22

**telling**
168:19 187:17 238:20

**tells**
206:15 243:4

**tem**
14:4 252:12

**Temecula**
79:24

**temp**
36:18

**template**
277:23

**temporary**
9:1 15:2 23:23 34:10
214:25 217:6 221:3
242:14 252:7,14,19
254:4,15 255:5

**ten**
203:9

**ten-year**
56:4

**tenet**
46:8

**tenets**
67:22

**tens**
203:1

**term**
15:14 239:25

**terms**
110:7 127:10 133:5
165:9

**terrifying**
54:3

**Terry**
216:8,11

**testify**
6:15 107:14 263:19

**testifying**
17:18 44:4 142:5 161:3
221:7 258:5,6

**testimony**
4:13,14 28:10,16 85:12
86:14 107:17 181:20
192:11 231:11 232:4,8
237:4 248:12 282:19

**Texan**
71:14

**Texans**
203:14 209:3

**Texas**
8:13 14:18 15:11,14
20:7 48:5 49:14 54:14
69:20 70:18,21 105:24
106:3 120:7,9,19,24
121:7,11,13 122:22
123:3,6,11,20,23 124:4,
8,16 125:9,13,19,25
126:1,9,11 133:8,10,16
135:10 136:16 158:4
159:14,16 160:19
161:16 167:18 169:22,
25 178:13 196:21 198:7
202:12 209:2 210:1
214:14 215:3,8,17
217:12,14 218:4,14
220:19 221:22 224:18
227:24 232:7 236:1
238:6 244:2 246:3
253:11 255:6 266:2
270:3,4,5,16 271:13,19,



23 272:2 276:22

**Texas's**
121:13 122:1

**Texican**
218:13

**thankful**
282:18

**That'd**
242:23

**theater**
131:25 133:5,6 210:23

**there'll**
161:20

**thing**
19:20 29:17 61:17,21
67:11 73:21 79:5
103:22 125:14 129:1
131:1 159:18 160:8
209:20 210:10 254:13
255:6 282:9

**things**
53:15 69:7 71:4,19
78:15,17 81:6 90:4
109:5 131:16 132:5
166:1,9 168:25 178:1
184:5 185:2 188:23
203:3,4,5 210:1 217:11
223:9 229:11 232:15
239:2 257:5 258:17
261:18 272:13

**thinking**
70:20 176:9 205:11
284:3

**thirty**
52:21 66:10 78:16
170:1 171:10

**Thornton**
55:13

**thought**
205:7 284:7

**thoughtful**
45:10 282:7

**thoughtfulness**
283:5

**thoughts**
123:15

**thousands**

55:5 112:7,8,9 202:24
203:1

**threat**
45:18 49:3 93:8

**threaten**
48:13

**threatened**
171:9 220:20,21 224:2

**threats**
91:23 93:6 220:2
223:16

**three-and-a-half**
161:25

**threw**
51:21

**thrive**
82:24

**throat**
285:1

**throats**
253:12

**throwing**
67:15 141:8 284:18

**thrown**
121:13 123:6

**Thunberg**
72:15

**ticket**
61:8

**Tidings**
59:3

**Tiffany**
170:23 223:12

**tight**
183:2 229:7,8,14

**Tiki**
65:18

**till**
30:8 93:16 190:10
212:16

**Tim**
65:18

**time**
3:6 5:14 6:3,16 10:15
11:25 18:5 19:19 30:5,

6,12 33:6 34:15 39:14,
24 40:6 45:13 47:17
50:5 54:17 64:13 66:8
69:17 74:15 75:20,21
76:4,9 84:24 85:2,20
87:12,21 90:18,22 91:6
92:24 93:17 95:8 100:3
103:23 104:1 106:22,24
107:15 108:2,11 110:6,
8,14,17,19 112:6,22,23
113:1,2 118:2,25 125:6
130:4 131:3 132:7,10,
15 138:25 143:24
144:19 147:6,13,18,24
148:2 154:16 155:22
157:7 173:18 184:7
188:5 196:10 200:15
224:11 226:13 229:7,8,
14 234:11,19,23 237:15
244:5 249:5,6 253:22
257:8,21 260:21
261:14,16 280:5
281:13,20 283:5 284:4,
6

**timeframe**
195:2

**timeline**
182:24 183:22 184:1,
10,19 187:2 189:10,11

**timelines**
111:3 183:2 188:10

**timely**
183:19

**times**
18:6 23:13 44:18 111:1
149:9 198:21 247:5
250:4 283:15

**timestamped**
264:21

**timing**
131:7 183:25 184:3
191:19 203:12,13 282:4

**Timothy**
80:22

**Tina**
64:18 68:12

**tired**
204:1,3 270:22

**title**
199:12,19

**to--from**
60:23

**today**
4:10 5:1,5 8:16 10:12,
22 13:19 14:10,17 17:7
35:22 37:10 45:11
53:11 54:8 63:2 65:22
71:9,22 74:4 83:1,20
84:17 85:13 86:13,24
109:19 111:21 136:2
153:12 154:24 155:1
156:7,13 159:18 161:3
166:13 168:13 169:14
178:14 191:23 196:15
203:11 207:25 216:7
219:16 225:22 241:13
250:14 254:16 257:15,
18,21 270:21 282:1,2,
24 283:3

**today's**
4:21 9:17 155:3 249:16,
24 254:20

**told**
20:11 142:3 272:8

**Tom**
69:13 175:20 216:8
257:10

**tomorrow**
212:16

**tool**
22:6

**TOOS**
156:1

**top**
239:23

**topic**
19:24

**torching**
46:7

**torn**
284:14

**total**
104:8 268:6

**totally**
58:8 76:21

**tough**
185:14,18 270:25

**touted**



45:19

**tract**
95:19

**Tracy**
77:23

**tradeoffs**
45:3

**traditional**
217:25

**training**
21:10

**transfer**
83:8 84:9

**translators**
180:13,15 188:14,15

**transparency**
8:24 17:3 26:13 29:17
34:16 47:15 53:9 57:23
58:2 61:15,16 62:2 63:2
94:21 106:14,23
109:17,18 110:10,11
111:17 112:17 138:8
146:13 260:1

**transparent**
6:21 9:6 13:3 29:9
35:24 56:16 63:3,10
199:1 233:18 266:1
269:23 270:15 282:5

**transparently**
285:3

**trash**
141:9

**trauma**
21:22

**traumatized**
220:10

**tremendous**
185:8 187:5

**trend**
227:10

**trial**
74:5

**trick**
210:22

**trigger**
15:18 122:6,7,11

123:17 125:23,24

**triggered**
123:18,19 164:10

**triggering**
121:7

**tripled**
48:3

**Troy**
68:22

**true**
37:10 79:19 86:14
186:25 191:9,14 240:9,
10 267:4

**Trump**
8:12 14:18 15:22 18:8,
14 19:5 20:11 21:6,20
22:9 23:5 53:5 61:17
79:4 99:4 123:1 124:8
125:9,11,20 126:3
157:10,22 158:1,14,22
159:1,7,11,18 160:17,
21 161:16 166:3,8
169:18,22 177:22
196:21 202:18 204:1
217:4,13 228:14 239:24
246:3 270:4,16 275:5
276:3

**Trump's**
102:22 208:23 217:2

**trust**
9:10 53:6

**truth**
37:12 159:6

**Tulare**
64:2,19,24 65:9 67:2,5,
20 68:8 71:7 72:10,14,
22

**turn**
65:17 153:25 154:4
219:12 276:15 281:18

**turned**
14:9

**turnout**
241:25

**TV**
200:24

**tweaks**
231:22 264:20

**tweets**
107:15

**Twenty**
141:23 255:15,16

**Twyla**
62:11

**type**
23:10 69:4

**types**
223:8

**typical**
4:22 115:23

**Typically**
184:2

---

**U**

**U.S.**
68:13 156:21 199:13
279:5

**UAW**
43:2

**UCLA**
171:6 276:4

**UDW**
42:20 169:4 222:12

**UFCW**
42:5

**ugly**
275:15

**Uh-huh**
90:1 108:19 114:12
117:13 121:25 122:4

**ulterior**
229:18

**ultimate**
161:2 236:18 242:13
258:22

**Ultimately**
159:23

**un-american**
14:24

**unacceptable**
69:5 192:13

**unanimously**
278:5

**uncertain**
110:25 269:1,9 283:14

**unconstitutional**
122:2 126:13

**undemocratic**
14:24

**undermine**
195:22

**underrepresented**
80:3

**understand**
8:23 33:16 69:18 70:6
79:5 81:10 88:20 89:16
90:8 112:5 114:25
121:23 140:20 150:22
162:16 164:11 185:11
194:12 195:7 198:11
226:16 227:2 234:12
244:6 253:16 258:24
267:20 271:22

**understanding**
80:24 96:7 123:12
179:12 231:8 233:3
240:16

**understands**
235:8

**undertaking**
176:8

**undocumented**
250:20

**unequivocally**
167:15

**unfair**
44:23 133:14

**unfortunate**
67:9

**unfounded**
53:16

**unfunded**
180:18

**UNIDENTIFIABLE**
3:4 13:13 24:19 52:1,5
53:22 149:23,25 150:2
153:18 175:17 219:12
231:24 265:5

**Unified**
56:13



**unilateral**
19:10

**unilaterally**
18:15

**unintelligible**
33:21

**union**
18:16,20 59:6 61:7,9
164:6 170:8,24 171:18
173:23,24 224:6 225:21

**unions**
18:17 42:5 61:8 171:18
216:13 225:5,20

**UNITE**
169:7 222:16

**United**
18:4 82:15 83:9 125:15
159:10 162:23 174:11
200:21,25 201:5,11,22
202:8 243:18 278:7,15,
16 279:4

**university**
216:17

**unleashed**
21:21

**unlike**
15:11 169:25 201:24
215:2,8 217:14 253:11

**unlimited**
132:15

**unmarked**
157:16

**unpopular**
77:1 157:11

**unprecedented**
21:17 23:12

**unquestioned**
19:9

**unquote**
253:4

**upcoming**
14:21

**updated**
46:16

**uphold**
174:10 197:25

**upholds**
16:21

**uprooting**
59:14

**upset**
65:24 66:3

**urge**
17:20 19:12 46:18
62:22 136:24 200:18
219:7

**urgency**
117:18 147:9 178:4,10,
15 191:13 196:1 197:2
198:16,22 205:4,10,17,
20 206:24 207:1 240:17

**urgent**
210:20 220:16

**urges**
24:2

**usual**
18:7

**utilities**
205:14 206:19

**utilize**
248:1

---

**V**

---

**vacation**
263:15

**Valerie**
68:19

**Valley**
56:12 72:11 77:19,24
273:2

**values**
8:6 16:21 157:16
161:24 162:17 163:10,
14 174:1

**vans**
157:16

**vast**
82:5

**Vaughn**
68:17

**VCA**
188:9

**vegetarian**
49:23

**vehemently**
70:7

**veiled**
91:23 93:6

**vendors**
186:19 188:4,13
189:13,17,18 190:16,21

**verbatim**
89:3

**verbiage**
59:22 181:16

**Verdugo**
68:7,8

**verify**
189:25 263:12

**versa**
16:15

**version**
31:8 264:19,24

**versions**
264:14,17,23 278:4,5

**versus**
188:9

**vested**
36:2,16 37:13 109:9
196:2,3,13 197:2,3,14,
16 198:14,16 239:11
240:20 241:7 250:4

**veteran**
77:10

**vetted**
237:3

**vice**
2:10 3:2,5,18 7:3,6,9,
11,14,18,21 10:6,7,21
11:5,23 12:10 13:3,11,
17 16:15 24:10,22 25:3,
7,13,16 26:1,7,9,12
27:9,15,22 28:7,24
29:3,16,21 31:23 32:1,
19 40:22 50:7,10,17
92:14 93:8 94:9,13
106:20 137:15,19,22
139:17,21 140:7,12,20
141:3,8,16 142:1 143:2,
12,18,20,23 144:3,7,16

145:1,14,19,23 146:1,9,
16,23 147:21 148:21
152:2 153:7 172:3,7,21
175:13,22 177:9,10,24
178:20 179:6,14,23
180:2,6,22 181:1,5,13,
25 182:16 183:21
184:18,22 185:13,16
186:1,4 187:15,24
189:13 190:3,20,23
191:12,21 192:3 200:16
208:11 211:16 212:15,
20 213:7 256:20 257:3,
11,14,20,25 258:4,10,
23 259:6,10,22 260:1,7,
10,13,15,19,22 261:3,8,
14,23 262:1,5,15,25
263:2,6,18,23,25 264:3,
7,17,23 265:1,6,11,16
268:12,14,24 269:6,15,
19 271:12,17,22 272:7,
12,25 273:3,6,12,14
274:1,4,15 275:1 276:6,
10 277:8,13

**vicious**
22:9

**victims**
18:9

**view**
108:13,23

**violates**
59:17

**violation**
199:15

**Violations**
9:21

**Virginia**
61:23

**Visalia**
64:2,9,19 65:5,9,13
67:19 68:8,18,20 69:14,
24 70:4,23 71:11 72:2,
6,9,14 74:9,19

**vital**
205:4 220:12

**Vladimir**
20:11 200:22

**voice**
9:11 19:14 49:19 64:6,
16,17 65:15 96:25

97:20 143:4,6,10 209:2
219:5,6 230:14 250:21
253:7,8,14 285:11

**voices**
76:7 97:8,21 143:2
158:12 184:25 228:16

**voluminous**
247:9

**vote**
5:5 17:5 20:5,7,17 23:1
24:2 27:11,17 30:19,21
37:6 46:17 81:6 85:18
87:2 111:4 116:4
137:12 141:23 142:19
143:1,14 144:12 148:18
154:23,25 155:6,19
158:24 163:22 166:15,
16 172:16 203:18 208:6
209:4,5 213:2 217:18,
23,24 219:4,7,8 254:17
277:3,5 278:2 279:4
285:6

**voted**
36:7 58:18 70:8,9
102:25 104:5 134:1
138:4 162:10 208:9

**voter**
9:11 15:3 133:16
136:19 138:2 142:14
193:3 195:15 221:17
285:10

**voter-approved**
269:23

**voters**
6:25 8:2,25 15:5,9,12
16:23 17:2 19:14 23:22
46:4,8 47:10,19 49:1
59:12,18,23 70:11 97:8,
20 102:18 103:18 104:4
111:4 114:4 138:13,14,
16,20 139:6,9 141:15,
18,23 142:9,24 143:5,8,
9 145:7,9,11 156:17
157:17 158:8,10,12,13
161:1 163:1,4,22
165:21 176:13 198:4,8
202:15,16 203:16,17,
19,23,24 208:21 209:2
214:20,21,24 215:3,6,
13 216:6 217:24 219:23
221:4,24 227:20
236:15,18 242:12

243:8,13 245:21 253:13
254:14,18 255:13,17
258:21 282:5,9 285:4

**voters'**
184:25

**votes**
58:17 73:13 162:20
201:2 256:8 279:17

**voting**
3:12 5:6,12 10:24
20:13,19 44:17 45:11
83:22 116:8 120:9,13,
14 193:21 226:21
247:10 256:11 272:5

**voucher**
21:15

---

**W**

**waging**
21:6

**wait**
29:16 135:5 190:10

**waiting**
172:4 214:4 216:9

**wake**
200:18

**waking**
220:22

**walk**
187:24

**wall**
157:12

**wannabes**
19:25 165:4

**wanted**
51:19 87:15 94:5
125:20 154:20,23 180:6
205:13 223:15 230:23
239:2 263:10,11

**wanting**
176:6 229:23

**war**
21:6 49:14 82:20

**warrants**
18:12 251:2

**Washington**
49:6

**waste**
68:23 69:17 74:15 76:8,
9

**wasting**
69:3

**watch**
110:5

**watching**
4:11 5:17 168:14

**water**
164:20

**ways**
70:2 83:7 187:5

**weaken**
83:7 209:25

**weakening**
83:2,4 96:24

**weapons**
20:1

**wearing**
165:4

**Weber**
44:7

**website**
4:19 6:25 233:5 236:16
242:11 255:24 265:23

**Wednesday**
7:1

**week**
44:20 159:4 237:7
265:3

**week's**
263:12

**Weekly**
263:13

**weeks**
190:13

**weigh**
126:11 131:5 132:24
266:9

**Weisar**
64:23

**well-**

**Washington**
284:1

**well-taken**
136:20

**Western**
42:6

**whack**
165:21

**White**
177:22 217:7 244:12
271:5

**Whoever's**
82:14

**Whoopsie**
164:2

**wide**
272:19,20

**widely**
221:15,20

**wife**
56:25 57:10 59:6

**wildfire**
177:16

**wildfires**
78:19

**Williams**
57:19 65:17,18 66:3,8,
12,15,18,20,23

**Willis**
52:7 175:19,20 192:20
193:1,4,12,18 194:1,6,
10,16,19 199:17 200:4
216:8 221:9,10 237:19,
20 247:4,14,19,22
248:4 257:10,12,16,22
263:11 269:5,11,17

**Willis's**
237:4

**win**
49:13 83:16 229:19

**wind**
219:3

**wisdom**
79:21 80:23

**withdrawing**
18:15



Index: withstands..zones

**withstands**
140:15 141:5

**witnessed**
49:4

**witnesses**
6:6,7,10,13 24:7 41:17
43:14,17,19 50:21 51:9
55:8 81:18 93:6 155:23
161:3 172:2,4 173:14
175:14 192:4 225:13,14
233:20 263:25 282:18

**witnessing**
133:6

**Woitalla**
67:18,19 68:6

**women**
48:1 52:8,19 71:11

**wonderful**
2:24 142:6

**wondering**
175:3

**word**
77:17 190:13

**wording**
59:21

**words**
37:10 53:9 54:3,10
72:15 279:20 283:1

**work**
8:7 18:20,22 23:8 46:2
62:2 82:22,23 83:21
85:21 87:13 94:1
105:18 109:11 110:24
111:3 113:10 118:22
119:1,5 124:2 156:6
165:6 183:9,14 186:23
217:20 235:19 263:16
266:12 282:14

**worked**
21:9 85:16 104:12
107:17 195:10

**worker**
170:12

**workers**
18:12 60:7 61:7 169:14
170:9 171:23,24
216:13,15,16,18,21
223:3 224:6,7 275:11

**workforce**
18:17 164:16

**working**
71:18 83:17 157:25
167:20 169:15 176:18,
22 177:1 183:6,7,18
187:12 188:12 189:6
250:12 270:21 282:19

**works**
93:22 123:17

**world**
83:1 177:25 282:15

**worries**
105:10 119:20 152:5,10
230:1

**worry**
40:1,12 95:21 112:14
152:24 220:4,7 268:19

**worse**
71:21 138:23

**worthless**
241:23

**wrap**
20:14 50:1 137:11
144:11 163:17 166:24
219:1

**wrench**
67:15

**write**
75:20 262:5,14,17

**writing**
157:12

**written**
4:14 47:18 105:13
114:24 121:7

**wrong**
20:2,3,9,18 55:17 74:11
77:15 202:1 232:4

**wrongs**
75:11

**wrote**
13:18 36:20 75:19
231:11 239:3 261:21
262:1

**Y**

**y'all**
69:2 278:10

**Yao**
44:8

**Yasminda**
230:2

**year**
102:4 156:15 196:11
208:5 216:4

**years**
6:17 67:21 72:6 74:1
82:8 85:19 143:16
158:24 256:6 283:18

**yesterday**
31:11,14,18 32:6 33:14
39:20 45:11 89:17
93:17 95:9 96:2,3
231:21 232:21,24 233:5
264:20 267:17

**yield**
130:8

**Yolo**
176:13 189:20

**Yougov**
44:21

**Yuba**
59:3,4

**Yvette**
59:8

**Z**

**zones**
21:21



# EXHIBIT E



IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING

TRANSCRIPTION OF VIDEO RECORDING

August 21, 2025

CERTIFIED COPY

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025

**CERTIFIED COPY**

TRANSCRIPTION OF VIDEO RECORDING

CALIFORNIA STATE SENATE

CONGRESSIONAL REDISTRICTING

THURSDAY, AUGUST 21, 2025

TRANSCRIBED BY:

JULIE THOMPSON, CET

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                          2

P R O C E E D I N G S

1

SENATOR WEBER PIERSON:  Secretary, please
2
call the roll.
3
THE SECRETARY:  Allen, Alvarado-Gil,
4
Archuleta, Arreguin, Ashby, Becker, Blakespear, Cabaldon,
5
Caballero, Cervantes, Choi, Cortese, Dahle, Durazo,
6
Gonzalez, Grayson, Grove, Hurtado, Jones, Laird, Limon,
7
McGuire, McNerney, Menjivar, Niello, Ochoa Bogh, Padilla,
8
Perez, Reyes, Richardson, Rubio, Seyarto, Smallwood-
9
Cuevas, Stern, Strickland, Umberg, Valladares, Wahab,
10
Weber Pierson, Wiener.
11
SENATOR WEBER PIERSON:  A quorum is
12
present.  Would the members and our guests beyond the
13
rail and in the gallery, please rise.
14
We will be lead in prayer this morning by
15
Senator Durazo, after which, please remain standing for
16
the Pledge of Allegiance to the flag.
17
SENATOR DURAZO:  Thank you, Madam
18
President.
19
Merciful and compassionate God, we ask you
20
to abide with us in all the needs of our lives, enable
21
our caring to be wise, our support honest, and our
22
concerns thoughtful.
23
May our loves as well as our fears be
24
accurate.  May our spirits be so open to your guidance
25

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                              3

1    that we will become faithfully daring, expectantly

2    patient and responsibly hopeful with each other and with

3    your people in our neighborhoods, our state, and our

4    nation.  We ask this in your name.  Amen.

5                    SENATOR WEBER PIERSON:  Members, please

6    join me in the Pledge of Allegiance to the flag.

7                    (Pledge of Allegiance)

8                    Majority Leader, you are recognized at

9    your desk.

10                   SENATOR GONZALEZ:  Thank you, Madam

11   President.  We'll be calling a Democratic caucus in the

12   Maddie Lounge immediately.

13                   SENATOR WEBER PIERSON:  Senator Seyarto,

14   you are recognized.

15                   SENATOR SEYARTO:  The Republicans will

16   caucus as well.

17                   SENATOR WEBER PIERSON:  Senate will recess

18   for caucus.

19                   (Recess taken for caucus)

20                   SENATOR WEBER PIERSON:  Members of Senate

21   will now reconvene.  We are back at privileges of the

22   floor.  There are none.

23                   Messages from the Governor will be deemed

24   read.  Messages from the Assembly will be deemed read.

25   Reports of committees will be deemed read and amendments

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording  on 08/21/2025                           4

1    adopted.

2                    Members, just a reminder, pursuant to our

3    rules, we may not debate more than two times on one

4    measure on the same day.

5                    We will now move to motions, resolutions

6    and notices.

7                    Senator Gonzalez, you are recognized at

8    your desk.

9                    SENATOR GONZALEZ:  Thank you, Madam

10   President.  I move that Senate Rule 29.10(d) be suspended

11   as it relates to Senate Bill 2AT.

12                    SENATOR WEBER PIERSON:  This is not

13   debatable.

14                    Senator Jones, you are recognized.

15                    SENATOR JONES:  Thank you, Madam

16   President.  I object to the motion and ask for a roll

17   call vote.

18                    SENATOR WEBER PIERSON:  Thank you.

19                    Senator Jones is asking for a no vote.

20   Senator Gonzalez is asking for an aye vote.

21                    Secretary, please call the roll.

22                    THE SECRETARY:  Allen.

23                    Alvarado-Gil.

24                    Archuleta

25                    Aye.

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording  on 08/21/2025                    5

1    Arreguin.

     Aye.
2
     Ashby.
3
     Aye.
4
     Becker.
5
     Aye.
6
     Blakespear.
7
     Aye.
8
     Cabaldon.
9
     Aye.
10
     Caballero.
11
     Cervantes.
12
     Aye.
13
     Choi.
14
     No.
15
     Cortese.
16
     Aye.
17
     Dahle.
18
     No.
19
     Durazo.
20
     Aye.
21
     Gonzalez.
22
     Aye.
23
     Grayson.
24
     Aye.
25

1    Grove.

2    Hurtado.

3    Aye.

4    Jones.

5    No.

6    Laird.

7    Aye.

8    Limon.

9    Aye.

10   McGuire.

11   Aye.

12   McNerney.

13   Aye.

14   Menjivar.

15   Aye.

16   Niello.

17   No.

18   Ochoa Bogh.

19   No.

20   Padilla.

21   Perez.

22   Reyes.

23   Richardson.

24   Aye.

25   Rubio.

1              Seyarto.

2              No.

3              Smallwood-Cuevas.

4              Aye.

5              Stern.

6              Aye.

7              Strickland.

8              No.

9              Umberg.

10             Aye.

11             Valladares.

12             No.

13             Wahab.

14             Aye.

15             Weber Pierson.

16             Aye.

17             Wiener.

18             Aye.

19             SENATOR WEBER PIERSON:   Secretary, please
call the absent members.

20             THE SECRETARY:   Allen.

21             Aye.

22             Alvarado-Gil.

23             Caballero.

24             Aye.

25

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                          8

```
 1              Grove.

 2              No.

 3              Padilla.

 4              Aye.

 5              Perez.

 6              Aye.

 7              Reyes.

 8              Rubio.

 9              Aye.

10              SENATOR WEBER PIERSON:  Secretary, please
     call the absent members.
11
                Alvarado-Gil.
12
                Reyes.
13
                Aye.
14
                SENATOR WEBER PIERSON:  Ayes, 30.  Noes 0.
15
                UNIDENTIFIED FEMALE:  9.
16
                SENATOR WEBER PIERSON:  9.  Sorry.  That
17   measure carries.
18
                Senator Gonzalez, you are recognized.
19
                SENATOR GONZALEZ:  Thank you, Madam
20   President.  I move that Senate Rule 19 be suspended as it
21   relates to Assembly Constitutional Amendment 8.
22
                SENATOR WEBER PIERSON:  This is not
23   debatable.
24
                Senator Seyarto, you are recognized.
25
```

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording  on 08/21/2025                    9

1           SENATOR SEYARTO:  Thank you, Madam

President.  In an effort to minimize our lawlessness and
2
rule breaking, we simply ask for a no vote on this.
3
Thank you.
4
            SENATOR WEBER PIERSON:  Thank you.
5
            Senator Seyarto is asking for a no vote.
6
Senator Gonzalez is asking for an aye vote.
7
            Secretary, please call the roll.
8
            THE SECRETARY:  Allen.
9
            Aye.
10
            Alvarado-Gil.
11
            Archuleta.
12
            Aye.
13
            Arreguin.
14
            Aye.
15
            Ashby.
16
            Aye.
17
            Becker.
18
            Aye.
19
            Blakespear.
20
            Aye.
21
            Cabaldon.
22
            Aye.
23
            Caballero.
24
            Aye.
25

1    Cervantes.

2    Aye.

3    Choi.

4    No.

5    Cortese.

6    Aye.

7    Dahle.

8    No.

9    Durazo.

10    Aye.

11    Gonzalez.

12    Aye.

13    Grayson.

14    Aye.

15    Grove.

16    No.

17    Hurtado.

18    Aye.

19    Jones.

20    No.

21    Laird.

22    Aye.

23    Limon.

24    Aye.

25    McGuire.

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                          11

1    Aye.

2    McNerney.

3    Aye.

4    Menjivar.

5    Aye.

6    Niello.

7    No.

8    Ochoa Bogh.

9    No.

10   Padilla.

11   Aye.

12   Perez.

13   Aye.

14   Reyes.

15   Aye.

16   Richardson.

17   Aye.

18   Rubio.

19   Aye.

20   Seyarto.

21   No.

22   Smallwood-Cuevas.

23   Aye.

24   Stern.

25   Aye.

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                    12

1              Strickland.

2              No.

3              Umberg.

4              Aye.

5              Valladares.

6              No.

7              Wahab.

8              Aye.

9              Weber Pierson.

10              Aye.

11              Wiener.

12              Aye.

13              SENATOR WEBER PIERSON:  Ayes, 30.  Noes,
9.  The rules are suspended.

14

15              Senator Gonzalez, you are recognized at
your desk.

16

17              SENATOR GONZALEZ:  Thank you, Madam
President.  There is a resolution at the desk requesting

18
that Joint Rule 10.5 be suspended as it relates to

19
Assembly Constitutional Amendment 8.

20

21              SENATOR WEBER PIERSON:  Secretary, can you
please read the resolution?

22

23              THE SECRETARY:  Resolve that Joint Rule
10.5 be dispensed with.

24

25              SENATOR WEBER PIERSON:  This is also

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording    on 08/21/2025                    13

1    non-debatable.

2              Senator Seyarto, you are recognized at

3    your desk.

4              SENATOR SEYARTO:  Thank you, Madam

5    President.  I'd like to make a substitute motion that ACA

6    8, because of its costs, be referred to the Committee on

7    Appropriations for a full hearing and vote since it was

8    not done before.

9              SENATOR WEBER PIERSON:  Senator, I

10   apologize, but your motion is not in order.  It does need

11   to be approved by the Rules Committee.

12             SENATOR SEYARTO:  I wish to appeal that

13   ruling.  It should be.

14             SENATOR WEBER PIERSON:  We will now appeal

15   vote to appeal the ruling of the chair.  I put the

16   question to the body.  Shall the ruling of the Chair be

17   upheld?

18             Secretary, please read -- call the roll.

19             Senator Seyarto is asking for a no vote.

20   I am asking for an aye vote.

21             THE SECRETARY:  Allen.

22             Aye.

23             Alvarado-Gil.

24             Archuleta.

25             Aye.

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                          14

1    Arreguin.

2    Aye.

3    Ashby.

4    Aye.

5    Becker.

6    Aye.

7    Blakespear.

8    Aye.

9    Cabaldon.

10   Caballero.

11   Aye.

12   Cervantes.

13   Aye.

14   Choi.

15   No.

16   Cortese.

17   Aye.

18   Dahle.

19   No.

20   Durazo.

21   Aye.

22   Gonzalez.

23   Aye.

24   Grayson.

25   Aye.

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                        15

1    Grove.

     No.
2
     Hurtado.
3
     Aye.
4
     Jones.
5
     No.
6
     Laird.
7
     Aye.
8
     Limon.
9
     Aye.
10
     McGuire.
11
     Aye.
12
     McNerney.
13
     Aye.
14
     Menjivar.
15
     Aye.
16
     Niello.
17
     No.
18
     Ochoa Bogh.
19
     No.
20
     Padilla.
21
     Aye.
22
     Perez.
23
     Aye.
24
     Reyes.
25

Case 2:25-cv-10616-JLS-KES    Document 28-2    Filed 11/13/25    Page 746 of 991
Page ID #:1205
IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                    16

```
1              Aye.

2              Richardson.

3              Aye.

4              Rubio.

5              Aye.

6              Seyarto.

7              No.

8              Smallwood-Cuevas.

9              Aye.

10             Stern.

11             Aye.

12             Strickland.

13             No.

14             Umberg.

15             Aye.

16             Valladares.

17             No.

18             Wahab.

19             Aye.

20             Weber Pierson.

21             Aye.

22             Wiener.

23             Aye.

24             SENATOR WEBER PIERSON:  Secretary, please
   call the absent members.

25
```

1     THE SECRETARY:  Alvarado-Gil.

2     Cabaldon.

      Aye.
3
      SENATOR WEBER PIERSON:  Ayes, 30.  Noes,
4
9.  The ruling stands.
5
      We'll go back to the motion that was made
6
by Senator Gonzalez.
7
      Secretary, please call the roll.
8
      THE SECRETARY:  Allen.
9
      Aye.
10
      Alvarado-Gil.
11
      Archuleta.
12
      Aye.
13
      Arreguin.
14
      Aye.
15
      Ashby.
16
      Aye.
17
      Becker.
18
      Aye.
19
      Blakespear.
20
      Aye.
21
      Cabaldon.
22
      Aye.
23
      Caballero.
24
      Aye.
25

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                          18

1    Cervantes.

     Aye.
2
     Choi.
3
     No.
4
     Cortese.
5
     Aye.
6
     Dahle.
7
     No.
8
     Durazo.
9
     Aye.
10
     Gonzalez.
11
     Aye.
12
     Grayson.
13
     Aye.
14
     Grove.
15
     No.
16
     Hurtado.
17
     Aye.
18
     Jones.
19
     Laird.
20
     Aye.
21
     Limon.
22
     Aye.
23
     McGuire.
24
     Aye.
25

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                         19

1    McNerney.

     Aye.
2
     Menjivar.
3
     Aye.
4
     Niello.
5
     No.
6
     Ochoa Bogh.
7
     No.
8
     Padilla.
9
     Aye.
10
     Perez.
11
     Aye.
12
     Reyes.
13
     Aye.
14
     Richardson.
15
     Aye.
16
     Rubio.
17
     Aye.
18
     Seyarto.
19
     No.
20
     Smallwood-Cuevas.
21
     Aye.
22
     Stern.
23
     Aye.
24
     Strickland.
25

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                          20

1            No.

2            Umberg.

3            Aye.

4            Valladares.

5            No.

6            Wahab.

7            Aye.

8            Weber Pierson.

9            Aye.

10           Wiener.

11           Aye.

12           SENATOR WEBER PIERSON:  Ayes --

13           THE SECRETARY:  Jones, no.

14           SENATOR WEBER PIERSON:  Ayes, 30.  Noes,
9.  Joint rules are suspended.

15
           Senator Valladares, you are recognized.

16
           SENATOR VALLADARES:  Thank you, Madam

17
President.  I move to remove AB 1214 from the from the

18
consent file at the request of the author.

19
           SENATOR WEBER PIERSON:  The desk will

20
note.

21
           Not seeing any other members wishing to

22
remove anything from the consent file, we will now move

23
to consideration of the daily file.  We will begin with

24
second reading file.

25

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                                    21

1              Secretary, please read.

2              THE SECRETARY:   Assembly Bill 42 with

3     amendments, 1255 with amendments, 1003 with amendments,

4     696 with amendments.

5              SENATOR WEBER PIERSON:   Second reading

6     will be deemed read.   We will now move to assembly third

7     reading file item 226 AB 604 by Senator Gonzalez.

8              Secretary, please read.

9              THE SECRETARY:   Assembly Bill 604 by

10    Assembly Member Aguiar-Curry.   An act relating to

11    redistricting and declaring the urgency thereof to take

12    effect immediately.

13             SENATOR WEBER PIERSON:   Senator Gonzalez,

14    you are recognized.

15             SENATOR GONZALEZ:   Thank you, Madam

16    President and Senators.   I rise today as a proud joint

17    author to present AB 604, which is a reasonable and

18    rational response to the anti-Democratic actions of the

19    Republican party as they attempt to rig our congressional

20    elections.

21             AB 604 contains the census block data that

22    will define the temporary congressional districts that we

23    are being forced to adopt through the actions of the

24    President and his complicit party leaders.

25             Just yesterday, the Texas House passed an

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                          22

1   aggressively partisan map giving President Trump the

2   gerrymander he requested to produce five new Republican

3   seats in the U.S. House next year.   These undemocratic

4   actions are a betrayal to the values of our great nation

5   and to the people we all swore to represent, defend, and

6   protect.

7               Unlike Texas' actions, the decision to

8   approve the temporary maps outlined in this bill will

9   ultimately be in the hands of California voters.   This

10  bill gives voters a choice.   A choice to keep the current

11  districts or adopt maps to counter the actions of MAGA

12  extremists in Texas who are obediently working to tip the

13  scales for President Trump.

14              Despite the minority party's hypocrisy and

15  their attempts to confuse the narrative with sound bites

16  and tweets, the truth is clear that the maps are based on

17  the work, comments, and hearings of the Independent

18  Citizens Redistricting Commission, which is a bipartisan

19  commission.

20              In hearings over the last few days, I was

21  actually very shocked to learn of the minority party's

22  well-timed epiphany that independent redistricting

23  commissions are actually beneficial to voters and

24  democracy.   Well, what do you know?

25              This timely awakening of the Republican

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording  on 08/21/2025                        23

1  Party is actually very surprising given that members of

2  the party have voted against redistricting bills and

3  reform bills for independent redistricting on at least 30

   different occasions over the last 14 years in this state.
4
           I'm hopeful that my colleagues across the
5
   aisle will use their newfound enthusiasm for
6
   redistricting reform to reach out to their colleagues and
7
   to the President in D.C.  If you have his number in your
8
   phone book, please call him and demand that they adopt
9
   these commissions nationwide and stop the President's
10
   illegal gerrymandering efforts so we can shelf the bill
11
   and get back to serving our constituents and the daily
12
   needs that they have.
13
           As this body is now on the same page on
14
   the value of the Independent Redistricting Commission, I
15
   think it's important to highlight how the temporary maps
16
   described in this bill are grounded in the Commission's
17
   work.  The adjustments in the maps are as follows.
18
           Again, they were supported by maps and
19
   testimony submitted by the public, commissioner
20
   testimony, and draft or completed commission maps.  They
21
   also include eight districts that will be identical to
22
   the lines drawn by the Commission.  And as I mentioned
23
   over and over again in committee, over 76 percent of
24
   Californians will actually be in their same congressional
25

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                          24

1    district; 58 percent of the maps in this bill are changed

2    by less than 20 percent, and 37 percent are changed by

3    less than 10 percent.

4              The redistricting commission that

5    completed the work and the maps that are rooted in this

6    work was comprised of five Republicans, five Democrats

7    and four no party preference individuals who did the hard

8    work to create over 76 percent of the maps you see in

9    this bill, demonstrating the real independence and non-

10   partisanship that informed the original maps and guided

11   these temporary maps.

12             Members, the greatest consequence for us

13   today is inaction.  Today, the decks are stacked against

14   us, so what we have to do is fight back.  We know that

15   right now President Trump is gutting vital programs and

16   increasing economic uncertainty and chaos to some of our

17   most vulnerable Californians.

18             Medicaid cut $1 trillion over the next

19   decade with California at risk of losing 28 billion in

20   federal funding.  That puts 3.4 million Californians at

21   risk.  3.1 families will lose SNAP food assistance

22   benefits, mostly children.  Billions will be cut from

23   classrooms and institutes of higher learning.  UCLA is

24   being ransomed by President Trump now for $1 billion.

25             This is what we're talking about here.

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                                25

1   California stands to lose so much more.  Over 7.8 billion

2   in lost tax revenue due to the Trump tax tariffs.  And

3   the list goes on and on, and our communities absolutely

4   deserve better.

5             What do we do?  Just sit back and do

6   nothing?  Or do we fight back and provide some chance for

7   our Californians to see themselves in this democracy?

8             And while the minority party will continue

9   to misdirect and misinform the public today, with

10  dramatic ties and cries about transparency, process, and

11  rushed timelines, the truth is that they hold the power

12  to stop all of this.  It's very clear.  You all hold the

13  power to stop this today.

14            And again, actions do have consequences

15  and if the Republican party truly wanted to stop these

16  temporary maps, again, you have the power to do so.  And

17  by voting against this today, that means you are

18  unwilling to stand up against a dictator, a leader that

19  has taken so much from our most vulnerable constituents,

20  regardless if they live in Republican or Democratic

21  districts.

22            Again, I will close by sharing that AB 604

23  is a temporary solution that provides California voters

24  with the final say so that we don't tip the scales and

25  allow this unchecked power to continue.  This is how we

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording  on 08/21/2025                          26

1   fight back and protect our democracy.  I respectfully

2   request an aye vote on this bill.

3                   SENATOR WEBER PIERSON:  Thank you.

4                   Senator Blakespear, you are recognized.

5                   SENATOR BLAKESPEAR:  Thank you, Madam

6   President.

7                   Members, we could debate many details here

8   today, but here's the bottom line.  Republicans are

9   trying to cheat to win congressional midterm elections

10  under their unpopular President, and Democrats are

11  fighting back.  This is about trying to level the

12  national playing field so we can have something close to

13  fair elections for Congress in 2026, period.  Full stop.

14                  Republicans are trying to corrupt

15  democracy; Democrats are trying to honor it.  Republicans

16  can say what they want, but their party started this

17  madness, racing to gerrymander in Texas and other

18  Republican controlled states to stack the deck for

19  themselves in next year's election.

20                  Yes.  It is lamentable that we are pausing

21  California's superior process for drawing districts

22  through a nonpartisan citizen commission that was started

23  17 years ago, but that was a different political time,

24  under different political circumstances; and it was a

25  different electorate.  We're giving the voters a choice

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                        27

1   to be politically relevant.  It would be naive and

2   foolish to stick to an old model, an old set of rules,

3   when Texas and likely other Republican states are

4   rewriting the rules to rig the game.

5           The Trump Administration has made clear in

6   all of its actions that it believes might makes right,

7   that it has no respect for the U.S. Constitution, the

8   separation of powers, the courts, or the democratic

9   process.  Corrupting our elections is the first step

10  toward fake elections.  Donald Trump is trying to remake

11  America in Russia's image.  Total control, no dissent, no

12  democracy, fake news and fake elections.

13          What did we learn at the outset of the

14  second World War?  That aggressors and bullies take

15  whatever you give them.  There is no appeasing them.  The

16  only way to counter aggressors and bullies and wannabe

17  autocrats like Donald Trump is to challenge them and to

18  fight them straight up.

19          There are many decent people in this

20  chamber, both Democrats and Republicans.  All of us are

21  committed to serving constituents and doing what's best

22  for California.  We do have our disagreements on policy

23  and on politics, and we work through them as best we can

24  to serve the people who elected us.  But today's debate

25  is not about California politics.  It's about national

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording  on 08/21/2025                          28

1  politics.  It's about owning up to the realities of the

2  national political landscape and a Republican President

3  who will stop at nothing to consolidate power, including

4  corrupting congressional midterm elections.  And we in

5  California cannot stand idly by and do nothing.

6            And with that, I am proud to be a strong

7  aye for this measure.

8            SENATOR WEBER PIERSON:  Thank you.

9            Senator Strickland, you are recognized at

10  your desk.

11            SENATOR STRICKLAND:  Questions for the

12  author.

13            SENATOR WEBER PIERSON:  Will the author

14  take a question?

15            SENATOR GONZALEZ:  Absolutely.

16            SENATOR STRICKLAND:  It was stated that

17  Governor Newsom announced that this legislation and

18  ballot measure has the explicit goal of electing more

19  Democrats in response to Texas redistricting.  Would you,

20  therefore, agree with Governor Newsom that the

21  predominant purpose why we're here today of this

22  constitutional amendment is to redraw these maps to elect

23  more members of the Democratic party to the House of

24  Representatives?

25            SENATOR GONZALEZ:  Through the President,

1    thank you, Madam President.

2                 Thank you for the question.  I would say

3    again, Texas started this.  It is very clear.  And when

4    our democracy is at stake, as been mentioned, when there

5    are millions of people in California that will be kicked

6    off of Medicaid and kicked off of SNAP benefits because

7    of your party's control, we absolutely have to react.

8    And that means doing this bill today, AB 604.  And that

9    means ensuring that the voters of California in November

10   have a say.  They will have a say ultimately.

11                SENATOR STRICKLAND:  Okay.  So it sounds

12   like the answer is yes.

13                Another question for the author.

14                SENATOR WEBER PIERSON:  Just a moment.

15   Excuse me.

16                Will the author take another question?

17                SENATOR GONZALEZ:  Yes.

18                SENATOR WEBER PIERSON:  You may proceed.

19                SENATOR STRICKLAND:  Did you use the 2020

20   census to draw these maps?

21                SENATOR GONZALEZ:  Through the President,

22   thank you for the question again.  Over 76 percent of the

23   maps that you see here today are based off of the 2020

24   Redistricting Commission, which is a bipartisan

25   commission that we all like to praise.  And I'm hopeful

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording  on 08/21/2025                         30

1   that at the end of this that we actually get your side of

2   the aisle to support a nationwide independent

3   redistricting commission plan.  Provisions of that are

4   included in the ACA 8 which will be taken up later today.

    And that is the hope is that we can do that.

5           But yes, absolutely, over 77 percent.

6   There's minor tweaks to this bill, as has been mentioned

7   -- or to the to the previous maps, as has been mentioned.

8           SENATOR STRICKLAND:  So it sounds like the

9   answer is yes, they used the 2020 census.  Because I

10  found it interesting.  I'll get to that later.

11          Another question for the author.

12          SENATOR WEBER PIERSON:  Will the author

13  take the third question?

14          SENATOR GONZALEZ:  Yes.

15          SENATOR STRICKLAND:  Under current law the

16  Legislature cannot draw the lines, but it's been reported

17  this week that the Legislature draw the lines, but no

18  member of either body of the Senate or Assembly has said

19  they participated in drawing these lines.

20          One, did you draw these lines or had any

21  influence on these lines?  And two, what member of the

22  Legislature participated in drawing these lines?

23          SENATOR WEBER PIERSON:  You may proceed.

24          SENATOR GONZALEZ:  Thank you.  Again, the

25

1    Legislature has the constitutional right to send an

2    amendment to the voters, which we will be doing later

3    today.  And the voters will have the ultimate say.  The

4    maps have been online since Friday evening.  A very

5    public process, which -- and the Assembly and the Senate

6    both had portals.  Thank you to the election chairs, the

7    good senator from Riverside as well as the good Assembly

8    member from the central coast providing a ton -- the maps

9    online on Friday and soliciting thousands -- thousands of

10   responses, which folks can do even today.

11                And in fact what was stated in the

12   committee as well is that the voters now will have over

13   70 days to actually, before they make a vote -- hit the

14   ballot box on November 4th, will have over 70 days to

15   view these maps, which is incredible.  It's actually many

16   times more than the current redistricting process we have

17   through the Independent Redistricting Commission which

18   only allows 14 days.  So that is the current process as

19   it stands now.

20                SENATOR STRICKLAND:  Okay.  Thank you for

21   an answer because under the current constitution no

22   member is allowed to adjust these lines.  So my next --

23                A question for the author.

24                SENATOR WEBER PIERSON:  Will the author

25   take a fourth question?

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                      32

1          SENATOR GONZALEZ:  Yes.

2          SENATOR STRICKLAND:  Who has seen these

3   maps in the Legislature before they were introduced in

4   the Legislature and when did you see them the first time?

5          SENATOR GONZALEZ:  Again, Friday they were

6   all available publicly online.  The Assembly, the Senate

7   provided opportunity for the public to see these maps.

8   And you have what we have now.  There were slight tweaks

9   made in amendments this past Monday, which we all

10  debated, and now we're in the midst of continuing to view

11  those maps and solicit input from the public.  And again,

12  ultimately, the California voters will vote on this.

13         SENATOR STRICKLAND:  A follow-up question

14  on that same.  So is your testimony or your statement

15  here today that no member of the Legislature saw these

16  maps before they were public?

17         SENATOR GONZALEZ:  Again, I will reiterate

18  that these maps were available publicly on Friday and we

19  had the ability, all of us, to solicit our residents and

20  provide additional -- they had the ability to provide

21  additional input.  And so that's what we're doing today.

22         And what we're not talking about,

23  unfortunately, is the fact that, you know, Texas has

24  continuously gerrymandered mid-cycle.  Texas has, every

25  single year since 1965, violated the Voting Rights Act,

Case 2:25-cv-10616-JLS-KES    Document 28-2    Filed 11/13/25    Page 763 of 991
Page ID #:1222
IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                        33

1   every single time.  We're going down a rabbit hole here

2   on transparency and all of the procedural matters.  But

3   what's not included here is the reaction that Texas,

4   your colleagues in Texas, have continuously violated the

5   Voting Rights Act, have continuously mid-cycle

6   gerrymandered.  It's unfortunate.

7           SENATOR STRICKLAND:  So on my own time, it

8   sounds like the statements today is that no member of

9   this Legislature saw these maps before they were public.

10  And we all know that's not true and I'm encouraging the

11  media to follow up with every member of the Legislature

12  because under current constitution, not one member in

13  this body, on either house, is allowed to adjust a map.

14  And it was reported that there was different members that

15  adjusted these maps.  And if you wanted to do it

16  correctly, you should have gone to the people of

17  California, get the authority, and then draw the maps.

18          So any member here -- let's be crystal

19  clear, and I'm asking the media to follow up.  Any member

20  here that adjusted these maps violated the constitution

21  today and is again -- evasive answers that we know that

22  now, it just shows that there's no transparency because

23  no one can answer one member on this floor that had

24  participated in drawing these maps.

25          You say it's the Legislature.  You're the

Case 2:25-cv-10616-JLS-KES    Document 28-2    Filed 11/13/25    Page 764 of 991
Page ID #:1223
IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording  on 08/21/2025                          34

1    author, but you didn't have any participation in these

2    maps.  Again, that's not transparency and I'm urging The

3    media to follow up with each and every one of these

4    members as this moves forward -- if you get the

5    two-thirds vote, which I believe you will -- to ask these

6    questions.

7                 Now, if I had the power, as was stated --

8    and by the way, I don't know one member of the Texas

9    Legislature.  Not one.  I was elected here in California,

10   not Texas.  And it was stated in the opening, "You have

11   the power to shut this down."  If I had the power to stop

12   this, I would stop it.  I'm telling the media right now,

13   if the Republicans in California had the power to stop

14   this, we would stop this today.  And they are

15   misrepresenting what is the actual truth moving forward.

16                 Redistricting commission -- let's make it

17   clear.  The nonpartisan redistricting commission --

18                 SENATOR WEBER PIERSON:  Excuse me.

19   Senator Strickland, if you can please address the body

20   and not the media when you're speaking.

21                 SENATOR STRICKLAND:  I'm looking around my

22   other colleagues.  I could look around my whole --

23                 SENATOR WEBER PIERSON:  Excuse me, Senator

24   Strickland.

25                 SENATOR STRICKLAND:  I'm only allowed to

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording  on 08/21/2025                              35

1   look forward?

2               SENATOR WEBER PIERSON:  Please look at me
    while you are making your address.  Thank you.
3
                SENATOR STRICKLAND:  That's a new rule
4   that I haven't heard of before.

5               SENATOR WEBER PIERSON:  I would appreciate
6   if you comply.

7               SENATOR STRICKLAND:  I've been here over a
8   decade.

9               SENATOR WEBER PIERSON:  Everything is
10  through the presiding officer.  Thank you.

11              SENATOR STRICKLAND:  It is through the
12  presiding officer.

13              SENATOR WEBER PIERSON:  Exactly.  So you
14  can direct your comments to me or if you have a question,
15  you can direct it --

16              SENATOR STRICKLAND:  So let's be clear --

17              SENATOR WEBER PIERSON:  Excuse me.

18              SENATOR STRICKLAND:  Okay.

19              SENATOR WEBER PIERSON:  If you have a
20  question, you can direct it to that member.  But if
21  you're speaking, please direct it to the presiding
22  officer.  Thank you.

23              SENATOR STRICKLAND:  Thank you.

24              Let's be clear.  It was stated in the
25

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording  on 08/21/2025                          36

1    opening that the Nonpartisan Redistricting Commission

2    drew these lines and these maps.  That's a false.  They

3    might have took it as a blueprint, but the Nonpartisan

4    Redistricting Commission did not draw these maps as it

5    was stated in the opening.  Again, people are trying to

6    be misled of what this actually is.

7              Members, this week's actions demonstrate

8    why we need a Nonpartisan Citizens' Redistricting

9    Commission, and why it was passed in the first place.

10             For my colleagues on the other side, who I

11   deeply respect, sometimes I believe you think the ends

12   justify the means.  Let's go through what happened this

13   week with no transparency, no input from the community

14   across the state to draw these maps.  And these maps were

15   drawn behind closed doors with the Governor and, what I

16   understand, legislative leadership.  No one admits that

17   they had any participation in these maps.  They just came

18   out with thin air.

19             But again, let's look what happened this

20   week in terms of transparency.  You violated your own

21   rule, the 30 day rule, to push this through.  No one will

22   admit that they drew these maps.

23             And to the media, I'm saying you need to

24   move forward as this moves forward, to the famous line,

25   what did they know, and when did they know it?  Which

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                    37

1    lawmakers saw these maps and had influence on these maps?

2    Who paid for these maps?  And the lack of transparency

3    keeps going on and on and on.

4            Let's see what we have here today,

5    currently, before you go to the voters in November.  What

6    we have here today is the gold standard for redistricting

7    nationally.  It should be the national model and not

8    thrown out.  It's something that we should brag about

9    here in the state of California.  The fact that the

10   people pick the lines, not the politicians.

11           We have full transparency.  In fact, we

12   have hundreds -- hundreds of hearings throughout the

13   state of California, in every corner of the state of

14   California, so citizens can participate in the drawing of

15   these maps that keep communities together of whole cities

16   and counties.  And the lines are drawn in public in front

17   of everybody, in front of the world.

18           Members, fair districts lead to fair

19   representation, and if you pass this bill moving forward,

20   and if it passes in November, which I don't believe it

21   will, but if it does, what you're striving for is

22   predetermined elections, meaning that there won't be one

23   competitive race for Congress in California for the next

24   three cycles.  Members, that's not good for Democrats,

25   Independents, and Republicans.  You're taking the voice

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                        38

1   away from Californians in terms of having fair

2   representation and earning the trust of your voters.  Not

3   having a predetermined election.

4               Here in California, we have a system where

5   citizens pick the representatives and not politicians

6   picking the citizens.  That's what you want to throw

7   away.  And what I heard from many of my colleagues on the

8   other side, this is going to be temporary.  From my

9   experience, and I have over a decade of experience here,

10  nothing is temporary when you do it.  Former President

11  Ronald Reagan said it best.  "We have long discovered

12  that nothing lasts longer than a temporary government

13  program."

14              Even this week, the assembly elections

15  chair stated that the Democrats should do what we're

16  doing here today in 2030.  It was quoted already.  So

17  when you say to the people of California, this is

18  temporary, my experience is nothing's temporary here.  I

19  don't believe one second that this will be temporary and

20  neither should the people of California.

21              Now, I do have a Joint Resolution 10.

22  It's not up yet.  I put it across the desk.  But it says

23  we should have nonpartisan redistricting districts and

24  make it a model nationwide.

25              I do believe it is wrong for Texas to do

1  this.  I do believe it's wrong for Illinois to do this.

2  I do believe it's wrong for every other state where the

3  politicians pick their citizens.  It is wrong.  Both on

4  the Democrat and Republican side.  We should be promoting

5  what we do here in California, not throwing it away.  And

6  that's what you're going to do if this is successful.

7  You're going to take what is the national model for

8  redistricting and putting power in the people, and you're

9  going to take it back to put in the power of the

10  politicians; so you don't have to really earn the vote of

11  your constituents because the election will be

12  predetermined.

13          I also support Congressman Kevin Kiley's

14  legislation that bans mid-decade redistricting

15  nationwide.  Members, I heard that Speaker Pelosi and

16  other Democrats from the DCCC from California were here.

17  What would be more constructive is that you jump on board

18  to Kevin Kiley's bill, pass it on the national level, and

19  therefore, we won't have mid-decade redistricting.

20          So members, again, going back to the

21  census 2020, there's been massive population shifts since

22  2020.  And when you look at these maps, for example, Los

23  Angeles has lost representation in the last five years,

24  but under these maps, they pick up a seat.  The Inland

25  Empire has gained population over the last five years,

Case 2:25-cv-10616-JLS-KES    Document 28-2    Filed 11/13/25    Page 770 of 991
Page ID #:1229
IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                              40

but they lose a seat.

          And it's very clear in federal law that
these districts have to be equal in representation.  So
if you use the 2020 census, as was stated here before us,
this will be thrown out by courts because it is very
crystal clear that the deviation that you have when you
draw congressional districts is very, very small.

          And members, you know this is wrong.  You
know what you're doing today is wrong.  You know it's not
good for democracy in California.  And you weren't
elected by anybody.  You weren't elected by the people of
Illinois.  You weren't elected by the people of Texas.
You weren't elected by the people of New York or North
Carolina.  You were elected by the people of California,
and you were elected to defend the constitution.  The
Constitution -- again, I believe my colleagues, whether
you knew it or not, violated the oath of the constitution
that you swore to.

          And I do believe -- I understand, but the
ends don't justify the means.  You know this is bad for
Independents, Democrats, and Republicans throughout the
State of California.  I want you to look deep inside your
soul and you know this is wrong moving forward.  You know
this is not good for democracy in California, and I'm
urging your no vote.  Thank you.

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                         41

1            SENATOR GONZALEZ:  Thank you.

2            Madam President, may I respond?

3            SENATOR WEBER PIERSON:  So would you like
to respond in your close?

4

5            SENATOR GONZALEZ:  I can do that too, but
I just wanted to make sure that it was known, if I may,

6

just to refute some of the misinformation that had been

7
put out.

8
             SENATOR WEBER PIERSON:  Can you hold on

9
for just one moment?

10
             SENATOR STRICKLAND:  You're going to

11
respond to every speaker?

12
             SENATOR WEBER PIERSON:  Senator Gonzalez,

13
unless someone has asked you a specific question, which

14
there was not a question, we're going to have you use

15
those in your close.

16
             SENATOR GONZALEZ:  Okay.

17
             SENATOR WEBER PIERSON:  Senator Niello,

18
you are recognized at your desk.

19
             SENATOR NIELLO:  Thank you, Madam

20
President.

21
             Members, I hope you will indulge me for a

22
moment for a bit of digression into some political

23
history.  No misdirection, just the facts, ma'am.  In

24
2008, Proposition 11 was put on the ballot to establish

25

Case 2:25-cv-10616-JLS-KES    Document 28-2    Filed 11/13/25    Page 772 of 991
Page ID #:1231
IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                          42

1    the commission for redistricting for state legislators,

2    and I think also the BOE.  And my friend from West

3    Sacramento was correct in the -- I think the assembly

4    elections committee yesterday when he said that that bill

5    barely passed.  It was definitely a squeaker.  Maybe less

6    than 1 percent over 50 percent.  That's correct.  There

7    is a rest of the story, though, which I'll get to in a

8    moment.

9             Importantly, one main opponent to that

10   Proposition was the California State Democratic Party.

11   Well, what do you know?  Now, fast forward, 2010.

12   Proposition 20 was placed on the ballot to perhaps

13   correct an incompletion of the previous Proposition 11 to

14   add congressional districts to the commission's

15   responsibility.  That's what we're talking about here,

16   congressional districts.  Not what Proposition 11 did,

17   only state offices, but congressional districts.

18             Now, the rest of the story.  That

19   proposition passed overwhelmingly.  Over 60 percent of

20   the vote.  Interestingly, there was very little

21   opposition to that proposition.  Now, this is important.

22   There was a reason for that.  What is the easiest way to

23   defeat a proposition?  That's where misdirection comes

24   in.  Confusion.

25             There was also, on that ballot,

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                          43

1    Proposition 27, which proposed to completely abolish the

2    redistricting commission.  Get rid of it.  Not maintain

3    it, which we're talking about supposedly here, but get

4    rid of it.  The ostensible proponent for that in the

5    literature was UCLA professor and former chair of the

6    Fair Political Practices Commission, Daniel Lowenstein.

7    But he said the real sponsors were democratic members of

8    Congress.

9              Well, what do you know?  The contributors

10   to that campaign, which ranged from 5000 to $225,000,

11   were Judy Chu, Anna Ashu, Zoe Lofgren, Nancy Pelosi,

12   Doris Matsui.  Our own colleague here from San Pedro who

13   was in Congress at the time, Linda Sanchez, and Adam

14   Schiff, as well as a number of others who are no longer

15   in Congress.

16             The confusion didn't work.  What was the

17   result of that competing measure?  It was defeated by

18   almost an exact mirror image by which Proposition 20

19   passed.  It was defeated with 60 percent saying no.  So

20   now comes a convenient opportunity, very convenient

21   opportunity.  Governor Newsom wants five more democratic

22   congressional seats.

23             And Democrats see an opportunity for

24   California taxpayers to pay for what they could not get

25   with Proposition 27 in 2010.  It has, after all, been

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                              44

1    reported that the DCC has been involved with the current

2    effort.

3                    A quarter billion dollars, or whatever the

4    amount is to fund this partisan effort to thwart the will

5    of the voters, is absolutely unacceptable.  Members just

6    history, not misdirection.  Those are just the facts,

7    ma'am.  I urge a no vote.

8                    SENATOR WEBER PIERSON:  Thank you.

9                    Senator Grayson, you are recognized at

10   your desk.

11                   SENATOR GRAYSON:  Thank you, Madam

12   President.  I do have a question to the author.

13                   SENATOR WEBER PIERSON:  Will the author

14   take a question?

15                   SENATOR GRAYSON:  Thank you very much.

16   First, I have two questions.  I'll just ask them both and

17   then answer all in one.  The first one is the actions

18   taken by Texas, are they permanent or temporary?  And

19   does Texas practice midcycle redistricting?

20                   And then -- so that was a two part

21   question on the first one.  And the second question is,

22   for redistricting bills, I believe there was some

23   reference made to that.  Could there be -- could the

24   author elaborate on what was talked about as far as some

25   redistricting bills that had been opposed?

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording  on 08/21/2025                      45

1          SENATOR WEBER PIERSON:  You may proceed.

2          SENATOR GONZALEZ:  Thank you for the

3   question.  And yes, first question, Texas' actions --

4   their action yesterday is actually permanent.  There is

5   no temporary aspect to the gerrymandering they just

6   approved yesterday through their House midcycle.

7   Redistricting is a constant and there's no input for

8   Texas voters to weigh in.  Very opposite from what we're

9   doing here.  Ours is temporary until 2030.  And of

10  course, we are letting the voters decide whether to do

11  this midcycle or not, which we are doing through a

12  constitutional amendment.  So we are absolutely doing

13  that.

14          On the second piece, thank you for your

15  question on redistricting.  Now, as mentioned, just as of

16  last year, there have been over 30 bills last year and up

17  until going back to about 2014, where a number of bills

18  had been presented in this body to support an independent

19  redistricting commission in various parts of the State of

20  California, in places like San Luis Obispo, and

21  Sacramento and Orange County, Riverside, Fresno, Kern.

22  And all of those bills and efforts to establish an

23  independent citizens' redistricting committee in all

24  parts of the state of California had been voted no by my

25  colleagues on the other side of the aisle.

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                          46

1          And so I'm not understanding what they're

2    saying in terms of wanting now an opportunity to have an

3    independent redistricting commission be the end all say

4    all while we're sitting here getting attacked by

5    President Trump on our democracy.

6          SENATOR GRAYSON:  Thank you for that

7    additional information.  If I may, through the chair,

8    would this -- and this is just a hypothetical question on

9    my part or maybe not.  Would this measure impact any

10   other districts outside of congressional districts?  The

11   answer is no.

12         And another question is who will

13   ultimately -- ultimately have the final say on this

14   matter?  And the answer is the voters of the state of

15   California.

16         Senators, I rise in support of this

17   measure.  Throughout my life and throughout my career, I

18   have been guided by some very simple and basic values.

19   First and foremost among them, fairness and respect with

20   commitment to be fair and respectful of my neighbors and

21   also to respect the rule of law.

22         This is an impactful day, especially for

23   all of us here in California, which is why the mid-decade

24   redistricting efforts being conducted by other states

25   certainly appear to undermine these values in pursuit of

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording  on 08/21/2025                    47

1   power, simply for the sake of power.

2              And what is most troubling to me is that

3   these efforts appear to be equivalent of changing the

4   rules of a game after it has started.  Imagine a football

5   game that is tied at halftime and one team comes out for

6   the second half declaring that for the rest of the game

7   their touchdowns are worth twice as many points.  Is that

8   just.  Is that justice?  Is this not the situation we

9   face here where a number of states have decided to change

10  the rules of redistricting to at halftime?

11             Senators, we are literally at halftime in

12  this redistricting match that we now find ourselves in; 5

13  years into a 10-year cycle facing the same situation as

14  the hypothetical football game that was just described.

15  Fairness would dictate that either all the touchdowns are

16  worth twice as many points or none of the touchdowns are

17  worth twice as many points.  Justice would dictate that

18  we all abide by the same rules regardless of the game,

19  which is exactly why we're here today.  Thank you.

20             SENATOR WEBER PIERSON:  Thank you.

21             Senator Choi, you are recognized.

22             SENATOR CHOI:  Thank you, Madam and the

23  Members.

24             I rise today in strong opposition to this

25  proposal for special election to redraw our congressional

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording  on 08/21/2025                        48

1   districts in California.  Many points have been raised,

2   and Texas has been described as a bad actor.  Very

3   interesting.  And then also the regulations on the sports

4   and halftime changing the rules.  I would like to apply

5   these two points.  If Texas was a bad actor, are you

6   supposed to follow the bad actor?  If somebody runs

7   through a red light or kills somebody, you do the same

8   thing?  I mean that's exactly what we are trying to do.

9   And as a model for Texas, it's a model we now follow

10  whatever Texas does.  If you say that that action is

11  wrong, just let's don't do that.  Isn't it more common

12  sense?

13          Now many points in this direction we can

14  argue about but let me focus on this measures in another

15  sense, not urgent item.  It is not necessary.  It is

16  certainly not affordable.  Let me focus on the financial

17  aspect of that.  In California, we have projected to face

18  $12 billion of deficit in the coming year.  You all know

19  that.  Every dollar matters.  Yet this proposal would

20  drain an estimated a quarter billion dollars of general

21  budget just to conduct a special election.  This is money

22  we do not have and the money that could be put to far

23  better use.

24          Think about what a quarter billion dollars

25  can do or represents.  It could finance tens of thousands

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording  on 08/21/2025                    49

1  of childcare slots for working families.  It could

2  support financial aid for thousands of college students

3  struggling with tuition.  It could keep after school

4  programs and mental health services available for our

5  children.  It can fund public safety and wildfire

6  prevention programs at a time when California depend on

7  them most.

8            In order to help close the $12 billion

9  state budget deficit, the supermajority decided to cut

10  California Peer-Run Warm Line in Orange County.  A key

11  program that has provided a free 24/7 mental health

12  service to millions of residents.  That was only $5

13  million.  I was hoping that you would agree to that, but

14  it was cut off.  And here a quarter billion dollars is

15  just pocket money to spend on this unnecessary special

16  election special election and special redrawing in the

17  mid-decade.

18            As a result of Orange County, where I

19  represent the county warm line program, has a laid of 127

20  staff members and is now facing to end operations

21  completely.  Think about the victims, the customers who

22  have used this warm line and then also unburdened all the

23  burdens that the 911 system is getting.  And we know that

24  the 911 system right now is -- answer so late because of

25  a shortage of people with the shortage of staffing in 911

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                          50

1    answering service.

2              Instead of funding critical programs like

3    this, we are being asked to throw these dollars away on a

     political maneuvering.  This is not about the fairness.
4
     This is not about the people.  And this is certainly not
5
     about protecting democracy that you all say that we must
6
     keep the democracy fairness of fairness.  This is a
7
     partisan power grab, and it comes at the expense of
8
     Californians we are here to serve.
9
               So I ask you, my colleagues, will we tell
10
     Californians that their childcare, their education, their
11
     healthcare, their public safety programs don't matter as
12
     much as a rushed and unnecessary special election
13
     redrawing?  Or we will stand with them and say no to this
14
     reckless use of taxpayer dollars.
15
               Senators and colleagues, let us show some
16
     fiscal responsibility and common sense.  Please vote for
17
     no on this wasteful proposal.  Thank you.
18
               SENATOR WEBER PIERSON:  Thank you.
19
               Senator Laird, you are recognized.
20
               SENATOR LAIRD:  Thank you, Madam
21
     President.
22
               In 2021, a particularly egregious
23
     gerrymander was done in my district in San Luis Obispo
24
     County.  It was for the board of supervisors' districts,
25

1   and it was proposed by one party.  A party that was

2   losing registration was no longer the party with the

3   greatest plurality in that county and they passed a map

4   suggested by one political committee to egregiously

5   gerrymander that county.  Under the census, minor tweaks

6   to the existing districts would have been in order.

7   Instead, it was jam the Democrats into one district, make

8   the other four districts in a way that they likely could

9   go the other way, and preserve a majority that didn't

10  exist in the electorate at large.

11              And it was gross.  There were some people

12  that would vote in three -- every two years for three

13  cycles for supervisor.  There were some that were the

14  opposite.  There were -- thousands of people would have

15  two supervisors at once.  Thousands more would have no

16  supervisor.  It was a dislocation that was off the

17  charts.

18              And so what happened?  I introduced, last

19  year, Senate Bill 977 to say we would have independent

20  redistricting for San Luis Obispo County.  We would have

21  the commission.  That egregious line drawing would never

22  happen again for that county.

23              And then what happened in this body?  In

24  this body, nine senators thought that was just fine.

25  That that egregious redistricting that would have been

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording  on 08/21/2025                      52

1   rectified by commission is what they voted against.  And

2   it was said "Just the facts," on one speech, and then

3   there were all the names that were given about those

4   facts.  Well, let me say in just the facts, it was

5   senators from Jackson, Bieber, Bakersfield, San Diego,

6   Sacramento, Yucaipa, and Murrieta that said, "We are fine

7   with egregious gerrymandering.  We do not want a

8   commission.  We do not want fairness in redistricting."

    Let's be clear about that.

9
            So when it was said, "What is known and
10
    when did we know it?" in 2024 we knew that was an
11
    egregious redistricting and nine Senators said it was
12
    just fine with them.  It was said fair districts lead to
13
    fair representation, but nine Senators said not in San
14
    Luis Obispo County.  It was said that politicians should
15
    not pick their voters but was fine for nine Senators in
16
    San Luis Obispo County.  It was said that we are
17
    witnessing a partisan power grab.  We witnessed one there
18
    and it was fine for nine Senators in San Luis Obispo
19
    County.
20
            So let's just call that what it is.  We
21
    have born again commission lovers here.  They had a
22
    chance to have the fair redistricting in different parts
23
    of the state, and it was rejected.  And so I just think
24
    it's fair to expose that level of partisanship because
25

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording    on 08/21/2025                    53

1   that's what's going on.  And I think now we have a

2   national crisis and we are responding and I asked for an

3   aye vote on AB 604.

4               SENATOR WEBER PIERSON:  Thank you.

5               Senator Grove, you are recognized at your

6   desk.

7               SENATOR GROVE:  Thank you, Madam

    President.

8               Colleagues, I rise in opposition of this

9   redistricting package, all three bills that are coming

10  before us today to redraw congressional lines.  The move

11  undermines the will of the people and the voters of this

12  state.  I don't wholeheartedly agree with the actual

13  commission, the people that are on the board of the

14  commission.  But I don't agree that legislators should be

15  able to draw their own lines either.  And I'm a

16  legislator, and I don't think I should be able to draw my

17  own lines.  I think the people should be able to pick the

18  people they want to have them represented, and it should

19  be that a standard across the United States.

20              I listened to your comments, and I really

21  wasn't going to speak, but I listened to all the comments

22  and it's all about transparency, and this has been

23  transparent.  Colleagues, this bill -- this bill was put

24  in print on Monday.  We had a hearing on Tuesday.  On

25

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording  on 08/21/2025                         54

1   Tuesday, when the hearing took place, both election

2   chairs in the Assembly and the Senate could not answer

3   one question.  Who drew the lines?  The Assembly

4   elections chair said it was a collaboration.  The

5   Assembly elections chair said it was leadership.

6   Leadership?  What leadership?  Give us a name.

7               The individual who was providing technical

8   assistance in that committee would not answer any

9   questions about who they were, who they represented, who

10  was paying them.  It's a public process and you're asking

11  from the dais, "Who do you represent?"

12              "I'd rather not answer that question."

13              "Who's paying you?"

14              "I'd rather not answer that question."

15              I mean, this is a public process where we

16  got no answers and you're talking about transparency.

17  They were asked, "Who drew the lines?" and in the

18  Assembly, the response was, "It was a group of

19  leadership.  It was the same state Legislature."  And the

20  response was, "We're in the state Legislature, and we

21  didn't participate in that process."  And they said,

22  well, "You're not in leadership."  So then it fell on

23  leadership.

24              I watched the interview on our own

25  elections chair here in the Senate.  "Who drew the

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording  on 08/21/2025                              55

lines?"

1

            "Well, the Rules Committee."

2

            I'm the Vice Chair of Rules.  We did not

3

participate, that I know of, of drawing any lines.  My

4

colleague from Santa Cruz sits on rules.  He did not

5

participate in drawing any lines.  It was not the Rules

6

Committee.  They also said that the Rules Committee

7

placed this information and the maps on the website.  We

8

didn't do that.  I went back through the last three

9

hearings.  We did not vote to do that.

10

            No one is being truthful and transparent

11

when we're just trying to ask questions.  Who drew the

12

lines?  Did you know about the lines before it was -- you

13

know, did you have input?  And I know that's just a

14

simple thing and it's just one thing that needs to be

15

brought up.  But if we're going to talk about

16

transparency, this process put in print on Monday where

17

lines were already drawn when the bill was put in process

18

with no public comment because the first public comment

19

went up on Tuesday during the hearing and the maps were

20

already drawn.  And it's supposed to be a public process.

21

That's not what we're doing here and we're better than

22

that.

23

            And I know the rhetoric on the other side

24

is about Texas.  Let's talk about Texas for just one

25

1    second.  Texas was sued by the Elias Group.  The Elias

2    Group --

3                    Permission to read?

4                    SENATOR WEBER PIERSON:  Permission
     granted.

5
                     SENATOR GROVE:  "The Elias Group is a
6
     mission driven firm committed to helping Democrats win
7
     citizens' votes and progressives make change."  That's
8
     the Elias Group.  The Elias Group won a lawsuit against
9
     Texas.  Like it or not, constitution says we have three
10
     branches of government, the executive branch, the
11
     judicial branch, and the legislative branch.  The
12
     judicial branch ordered the State of Texas to redraw
13
     their lines.  The State of Texas complied with the
14
     judicial order -- the judge's order.  That's it.
15
                      Now, because of the way the lawsuit was
16
     structured, Texas did take it in a way that, you know,
17
     nobody really expected it to happen, but they did.  The
18
     bottom line is, is that the response that California is
19
     having because of a lawsuit from a Democrat activist
20
     lawyer group in D.C. and then California jumps on this
21
     bandwagon.  We are not involved in that lawsuit.  We are
22
     not involved in Texas legislation.  Contrary to my
23
     colleague's statement, he knows no Texas legislators, I
24
     know several.
25

Case 2:25-cv-10616-JLS-KES    Document 28-2    Filed 11/13/25    Page 787 of 991
Page ID #:1246
IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording    on 08/21/2025                        57

1    They're under a judicial order to redraw
2    the lines.  For us to engage in that process, I think
3    sends a bad message across the nation because that old
4    adage, "So goes California, so goes the nation."  There
5    is no doubt in my mind that other states will look at
6    what we are doing to offset Texas, which is a judicial
7    directive, a judgment against Texas to redraw those
8    lines.

9    And looking at what we're doing -- and
10   again, their policy is different.  Legislators can redraw
11   those lines.  Our policy is separate.  It's a
12   constitutional amendment where we have a citizens
13   redistricting committee and we as legislators can't draw
14   the lines.  And no one in this body will answer the
15   question, including the author that's presenting or the
16   presenter this morning, the majority floor leader.  It
17   was asked by my colleague three different ways, "Who drew
18   the lines?" and there's still no response.  Why is that
19   such a hard question?

20   If you look at what's happening, it's
21   going -- "So goes California, so goes the nation."  And
22   I'm telling you, you guys have not thought this all the
23   way through because you don't have the votes.  You just
24   don't have the leeway that we do on our side of the wild
25   from a national experience.

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                    58

1          Pritzker can't help you.  He's got 3

2  Republicans out of 17.  Massachusetts has zero.  New

3  York, very few.  This is not going to go well for your

4  side of the aisle coming the midterm elections and I just

5  don't think that you've thought that through.

6          I can tell you that, you know, if people

7  did participate on the lines and you can make an

8  assumption that you have forever congressional seats here

9  in the state of California, and you're making those

10  decisions because of the congressional lines that are

11  going to benefit you for the rest of your life, it still

12  doesn't help the voters in California, all of the people

13  that we represent.

14          We have serious problems to solve in this

15  state.  have a potential of refineries closing.  We've

16  got a potential of cement businesses going out of

17  business.  We've got LA wildfires where only four permits

18  have been issued.  We don't need to get involved in this

19  nonsense.  The people of the state of California voted in

20  a citizens' redistricting commission.  I didn't like that

21  idea either.  I did vote against it.  But that's what we

22  have.  And unless that is changed in a process that is

23  not like this -- if you want to work on this next year,

24  and I realize that probably run out of time for the

25  elections.

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording    on 08/21/2025                    59

1               But the bottom line is that this bill was

2      put in print on Monday.  The people of the state of

3      California had Tuesday and one committee hearing to

4      comment on it.  That's not transparency.  And in that

5      committee hearing, no one would answer those questions.

6      That's not transparency and that's not the way this body

7      should operate.

8               I've been here since 2010.  I came in in

9      the Tea Party district, and I was that rant and raving

10     individual on the Assembly floor that got my mic shut off

11     several times.  I get it.  But there is a collegiality,

12     whether you agree with policy or not, that you have on

13     this floor and that we have to be 1 of 40, right?  40

14     Representatives of the state of California.

15              And I'm just telling you that the way this

16     is put together is not right for the voters, it's not

17     right for California, and this thing is going to backfire

18     on you.  So, next year when all this goes down, I want

19     you guys to say, just like you're saying right now,

20     "Gosh, Groves has been screaming from the rooftops for 10

21     years regarding our oil and gas prices going up and the

22     avenues that we're taking."  And next year, you're going

23     to go, "Wow, Grove was saying this is going to backfire

24     us."  Mark my words, they will pick up almost 25 mid-

25     state congressional seats.

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                              60

1                    The way this process is working is not

2    good for us, our party, your party, or the people of this

3    nation in this state.  I support Kevin Kiley's bill that

4    says no midterm redistricting -- no midterm

5    redistricting, and that we should abide on the census

6    every 10 years just like it's set in place.

7                    Respectfully ask for a no vote based on

8    the voters in this state and across our nation for this

9    redistricting passage that has zero transparency.  Zero

10   transparency.  And even if you did have a hearing, you

11   won't answer anybody's questions.

12                    SENATOR WEBER PIERSON:  Thank you.

13                    Senator Valladares, you are recognized.

14                    SENATOR VALLADARES:  Thank you, Madam

15   President.

16                    And I too want to raise my mic in

17   opposition.  So I want to raise an issue that I think has

18   been overlooked in this process, and that is communities

19   of interest.  Our Constitution is really clear.  When we

20   draw districts, we're supposed to keep communities

21   together.  Cities, neighborhoods, agricultural regions,

22   aerospace hubs, working class communities, watersheds,

23   school districts.  These are groups of people with shared

24   and social interests who deserve to have fair and

25   effective representation.  What we're not supposed to do

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                              61

1   is draw maps around politicians, incumbents, political

2   parties, or the partisan advantage or disadvantage of

3   voters, yet that is exactly what these maps do.

4            To echo a lot of the sentiments from my

5   colleagues on my side of the aisle, this process has been

6   secretive from the very beginning.  We don't know who

7   drew these lines, or rather, it's difficult for those who

8   were involved to name names, really at this point, but we

9   all know it was politicians.  It was consultants and D.C.

10  insiders that are going to all benefit from these maps.

11           And the result, the result is truly

12  unmistakable.  Communities of interest were ignored, they

13  were divided, and they were sacrificed for political

14  gain.  Take Modoc County.  Farmers and ranchers, people

15  who feed the world.  They are now lumped in with wealthy

16  Bay Area neighborhoods whose daily realities couldn't be

17  further apart.  Look at Lodi, an agriculture community

18  split three ways.  Some bundled into Sacramento suburbs,

19  others into Bay Area commuter towns.  Instead of one

20  strong voice in Congress, their representation is now

21  diluted and divided.

22           In my own district, the Antelope Valley,

23  an isolated region with shared concerns of aerospace and

24  defense.  It's the nation's backbone for defense, for

25  innovation.  It's where America's most advanced aircraft

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                    62

1   and space technologies are designed, built, and tested.

2   It's carved into five different congressional districts.

3   This means no single representative is fully going to be

4   accountable to the needs of my community in the Antelope

5   Valley.

6               And let's talk about Sonoma County,

7   chopped into three districts, silencing the ability of

8   that community to speak with one voice.  This isn't just

9   bad mapping.  This scheme is bad governance.  The voters

10  of California created an independent redistricting

11  commission precisely to prevent this kind of power grab.

12  They voted for fairness, transparency, and independence.

13              The Constitution says maps are not to be

14  drawn for politicians, for incumbents, or for parties.

15  But here we are with maps engineered in secret, rushed

16  forward, and designed to benefit a few select few.  This

17  is in clear conflict of interest, and it undermines

18  public trust and our elections.  It tells voters that

19  their voices matter less than political insiders and it

20  confirms every fear they already have about Sacramento.

21              Colleagues, this isn't about Democrats or

22  Republicans.  In my district, I represent more Democrats

23  than I do Republicans.  I want every single voter to be

24  represented fairly.  This is about the constitution.

25  This is about transparency.  It's about whether the

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                                63

1   people of California get what they voted for, a fair and

2   open process.  Not maps drawn in back rooms for political

3   convenience.

4                  The people of California deserve better.

5   They deserve fair maps.  They deserve good government,

6   and they deserve leaders who will honor California's

7   constitution, not undermine it.  I cannot support this

8   plan.  And I think it's ironic to hear, in response to my

9   colleague from Santa Cruz, how history is repeating

10  itself.  How right now we're seeing that across the

11  nation and even in California, that Democrats have lost

12  2.1 million voters and Republicans have picked up 2.4

13  million.  And further makes me question this paragraph.

14  Is history repeating itself?

15                  I urge you to vote to uphold the

16  constitution of California today.  I urge you to be the

17  voice -- to be the voice that your constituents elected

18  you to be.  To uphold their rights, their voices,

19  respectfully ask for a no vote.

20                  SENATOR WEBER PIERSON: Thank you.

21                  Senator Umberg, you are recognized.

22                  SENATOR UMBERG:  Well, thank you, Madam

23  President.

24                  Let me speak to some self-evident,

25  irrefutable proofs.  Truth number one is that all 39

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                    64

1   members of the California State Senate sitting here today

2   are here because they want to improve the lives of

3   Californians.   Irrespective of whether they have a D or

4   an R behind their name, they're here to improve the lives

5   of Californians.

6           Truth number two, we would not be here but

7   for the President of the United States ordering Texas to

8   create five new seats.  And why?  Why?  Because he's

9   concerned about the Congress potentially being a check on

10  his power.

11          Truth number three.  Truth number three is

12  that the $811 million that the President has asked to be

13  taken from California K-12 education, to include after

14  school programs that were referenced by my colleague from

15  Irvine, that that diminishes the quality of life of

16  Californians.

17          Next truth, the billion dollars right now

18  that is attempted to be extorted from UCLA diminishes the

19  quality of life of Californians.

20          Next truth.  The 57,861 individuals

21  detained by masked agents, many unknown, that diminishes

22  the quality of life in California and in particular, the

23  47,000 plus who have not had a conviction for anything

24  other than being of a certain race and having a certain

25  occupation.  That is the only criteria that was used to

1    detain those 47,000 individuals.  That diminishes the

2    quality of life in California.

3             The $164 billion taken over the next 10

4    years in terms of health care, that diminishes the

5    quality of life here in California.  And in terms of the

6    cost-benefit analysis, whatever it costs for this

7    election, if we can save but a small portion of the

8    amounts that the President wishes to remove, to take, to

9    punish California, it is a cost-benefit analysis that we

10   should engage in.

11            Now, James Madison in Federalist 47 said

12   look, here's what we do is we as our government, we

13   create a government with checks and balances, and the

14   Congress is supposed to be a check on the executive, a

15   check on the -- but this Congress has been absolutely

16   supine in terms of being a check, including the nine

17   members of the Republican delegation from California have

18   basically decided to disarm.

19            Now, what is the response?  The response

20   is to actually respond to what the President's trying to

21   do.  Again, we wouldn't be here but for that.

22            Now, let me also commend and congratulate

23   those of the Republican party who have stood up to the

24   President.  I heard my colleague from Huntington Beach

25   today talk about Texas, say that what they're doing is

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording  on 08/21/2025                           66

1    wrong.  That's hard.  That's hard, and much harder for

2    Republicans to say that than Democrats.  Same thing with

3    my colleague from Irvine who condemned what the

4    President's doing in Texas.  The same thing with Kevin

5    Kiley who's saying, "Look, we should not be doing

6    midterm, mid-decade reapportionment."

7                 The same thing with Carl DeMaio, and

8    you're never going to hear these words spoken again, is

9    that I commend Carl DeMaio for citing his disdain for

10   what's going on in Texas.  But that is not sufficient.

11   And by the way, I appreciate the humility of my

12   colleagues here too.  That's not a trait that's common to

13   most of us who are elected.  But their humility in saying

14   that they have no influence.  They have no influence on

15   the President.  They have no influence on Texas.

16                 Well, I invite them to join with me in the

17   letter that I circulated asking the Governor of Texas

18   cease and desist, to stand down.  If he stands down, we

19   will stand down.  The 9 members of the Republican

20   delegation in the Congress are larger than 23 states in

21   this union.  Those 9 members, plus our colleagues here in

22   the California Legislature, they have a very strong

23   voice, and I urge them to use that voice.  I'll go to

24   Austin with them.  I urge them to basically make sure

25   that this crisis is averted.

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording  on 08/21/2025                          67

1    If this crisis is not averted, then we in
2  California must stand up.  We in California must stand up
3  for the quality of life of Californians as we see it
4  being assaulted.  We must stand up and vote aye on AB
5  604.  Thank you.

6    SENATOR WEBER PIERSON:  Thank you.

7    Senator Durazo, you are recognized.

8    SENATOR DURAZO:  Thank you, Madam
9  President.

10    Good morning, colleagues.  Today's vote is
11  not about us.  Today's vote is not about politicians.
12  Today's vote is about people.  Working people living
13  ordinary lives.  Today's vote is about whether Texas and
14  Trump have the right to water down what is right for the
15  people who elect us.

16    California's average hourly wage is $7 an
17  hour more than Texans make.  Our minimum wage is $9 more
18  than theirs.  And before any of you knee jerk to "Yeah,
19  but everything is more expensive in California," consider
20  the facts for working people beyond wages.  Texas
21  families pay $4,300 out of pocket for health insurance.
22  Californians pay $1,100 less.  16.6 percent of Texans
23  don't have any health insurance at all.  But only 6
24  percent of Californians are without it.  Retirees in
25  Texas scrape by with $600 less than California retirees.

Case 2:25-cv-10616-JLS-KES   Document 28-2   Filed 11/13/25   Page 798 of 991
Page ID #:1257
IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording  on 08/21/2025                    68

1  Texas utility bills are about the same as Californians.

2  And the median home price in Texas capital city of Austin

3  is the same as Sacramento.

4             This issue and our vote today is about our

5  right to live in a California that Californians control.

6  Texas and Trump want to water down that right.  That's

7  what's at stake.  40 years ago, Texas state government

8  came up with a famous anti-litter campaign slogan.

9  "Don't mess with Texas."  You know what?  We aren't

10 stupid.  Don't mess with us either.  Thank you.

11            SENATOR WEBER PIERSON:  Senator Seyarto,

12 you are recognized.

13            SENATOR SEYARTO:  Thank you, Madam Chair

14 and -- or Madam President.

15            So today, members, I stand before you and

16 this is going to be no surprise.  I do not support what

17 we are doing.  There's a lot of reasons not to support

18 this and I'm going to list a couple of them but I'm going

19 to talk in chief about one thing in particular.

20            For one thing, I know we've been belittled

21 for trying to bring it up or pretending that it's

22 something that's not, but this does lack transparency.

23 This effort is a week old for us, for the people out

24 there that got to see, maybe if they knew to get on the

25 thing.  The reason it lacks transparency is because there

1   hasn't been an opportunity for the public to be able to

2   get engaged enough to look and see what these three bills

    that we're going to be doing are doing.

3
               A lot of the public -- there's a lot of
4
    people out there, they don't even know what a senator is.
5
    But they do pay attention, eventually, and that's why
6
    there's a 31-day waiting period usually before we can do
7
    these.  But we've done what we always do with our super
8
    majority.  We've waived that.  Let's get rid of that.  So
9
    yeah, there is a lack of transparency in this.
10
               And then the second thing that I want to
11
    say is it also lacks integrity.  You know, sometimes I'll
12
    ask a question that I know the answer to.  You know why?
13
    Because I want somebody to either tell me the answer and
14
    I'll go, good, they're being honest with me.  Or I'll
15
    watch them evade the answer when I know they're smart
16
    enough to -- and they know the answer, and they just
17
    won't do it.  They're evading the question.
18
               And, you know, when I see that happen, to
19
    me, that lacks integrity.  We asked questions in the
20
    committee that were pretty easy.  We know -- we know the
21
    answers to some of this.  But they're kind of rumors, so
22
    you're just kind of trying to get the affirmation of what
23
    the answer is to who drew these.  Was it a consultant?
24
    Was it staff?  Was it a consultant to one of our
25

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                        70

1    legislative offices?  Because none of those are eligible

2    under our constitution in California to be drawing maps.

3               And yet somehow, this map dropped out of

4    the sky.  Because I can tell you when we're told the

5    Legislature drew the map -- that was one of the answers.

     The Legislature.  The Legislature is not a human being.

6    That's like saying the car drew the map.  The car decided

7    where to go.  It did not.  It's not a thing.  I mean, it

8    is a thing, but it's not a living thing.  It can't think

9    on its own.

10              So, we didn't get the answers that we

11   wanted in our committee, and I was told "You already got

12   the answer."  No, I've asked the question, I just never

13   got the answer.  But I knew the answer, and I didn't get

14   the answer, which means people are being evasive, which,

15   in this body and what we do up here, that lacks

16   integrity.  It also flies in the face of the wishes of

17   voters to make drawing of districts the sole

18   responsibility of the Citizens' Redistricting Commission.

19              And the last thing I'll mention on this

20   particular, reasons why we shouldn't even be doing this,

21   as you know -- and I'm glad people brought this up.

22   During the past few sessions, numerous bills have been

23   introduced and passed by the Legislature, demanding that

24   the citizen redistricting commissions be formed in

25

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording  on 08/21/2025                        71

1   counties that do not have them.  And the reason given by

2   my colleague in Riverside -- and I remember her speech.

3   The reason given was to preserve democracy.  And yet,

4   today we're told, "Hey, you know what?  30 of you voted

5   against those redistricting."

6            You know why?  You know why I voted

7   against those redistricting efforts?  Number one, I'm

8   kind of a local control guy.  I think counties, cities,

9   they need to weigh in on how they operate.  But more than

10  that, it's because all of those reflected what a super

11  majority will do when they're passing a bill.  They set

12  it up for their party to be successful in the

13  redistricting effort.  So what they did was they created

14  a partisan makeup ahead of time.  They created partisan

15  results from a partisan commission.

16           So heck yeah, I am voting no on that.  You

17  want an independent?  Don't tell us what the makeup is of

18  it other than we have to find independent people to be

19  able to be on a commission like that.  If you're going to

20  tell me it has to be this many Democrats and then two

21  Republicans and the Republican votes don't count, we're

22  not going to vote for that.  That's why.  That's why we

23  voted against that.  It's not because we are against the

24  concept of an independent redistricting commission.  It

25  is because we are against the ability of a super majority

1  to put things in -- poison pills in there, to make it not

2  so independent.  So please, enough with that.

3            But those are just a few reasons we have

4  to scrap this plan and move on to dealing with the real

5  problems in California.  Because guess what -- and you

6  guys should be really proud of this -- we have a lot of

7  real problems in California, and they are not getting

8  solved.  We have water problems, energy problems.  We

9  have affordability problems.  We have housing problems.

10 None of those are being solved, while we sit here trying

11 to debate about what Texas did.

12           And I want to mention this.  I do know

13 Texas legislator.  Congressman Carter, really nice dude.

14 He really is.  But you know what?  I'm not going to call

15 him and tell him, "Congressman Carter, this is Senator

16 Seyarto, I need you to stand down."  You know why?

17 Because they have different rules than we have.  That's

18 their process.  They don't have a constitution that says

19 this is the process.  Their process is, hey, if they're

20 going to do it that way, they're going to do it that way.

21 It's not for us to call them and tell them, "No.  You

22 have to do this because otherwise, California" -- I think

23 my colleague from Bakersfield laid it out really well

24 what's going to happen.  You want to bite your nose to

25 spite your face?  Hey, whatever.

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                    73

1              But here, you know, earlier we had some

2     percentages, and I was thinking, man, if I start talking

3     percentages, people are going to go to sleep.  But since

4     somebody already brought up percentages, I'm going to

5     speak my percentages.  Because what this deals with is

6     this other issue I always hear from this body, and that's

7     proportionality.  Hey, when we're talking about crime

8     stats, well, that's not in proportion to this.

9              So let's talk about proportionality.  And

10    here are some numbers.  46 percent of registered voters

11    in this state are Democrats.  Yes.  That's a pretty

12    dominant number.  25 percent of registered voters are

13    Republican.  But here's a little something.  29 percent

14    are declined to states, no party preference, or other,

15    which means they're registered as another party.

16             But you know what?  The representation in

17    the Legislature for the Republicans, yes, it's very, very

18    proportional.  We're 25 percent registered and we got 25

19    percent membership.  You know who isn't is the decline to

20    states and the no party preference.  And one of the

21    reasons that that's important to remember as we go

22    forward and talk about the congressional seats is because

23    those folks don't like the Democrats, the Democratic

24    platform, and they don't like the Republican platform.

25    They are in the middle.

1    But you know what?  They can't win a seat.

2    They can't go out there and win an election.  So it's up

3    to us to try to make sure that we're representing them.

4    And the only way to do that is to understand that half of

5    them usually break to the right and half of them break to

6    the left, which would mean six more seats for the Dems

7    and six more seats for the Republicans.

8    An appropriate makeup for this body, if it

9    were fair, is 24 Democrats, 16 Republicans.  That way we

10   would not have a super majority.  And that also reflects

11   the voting trends in California.  We vote 60-40 on

12   constitutional offices and things like that, right.  And

13   that's exactly what that breakdown is.

14   But let's look at what we're -- in the

15   Legislature, it's 75 percent Dem.  In other words, every

16   single one of those people that are in the middle are

17   actually represented by Democrats.  And you know what?

18   In this state -- sorry to break the news -- that means

19   it's represented by progressive Democrats.  And that is

20   exactly what they don't like.

21   So let's move on to the Congress,

22   congressional seats.  We have 52 of them.  So let's talk

23   about democracy.  52 seats.  You know how many are

24   Republican seats?  9.  We already have 43 percent.

25   That's 83 percent is -- 83 percent of our population, our

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                        75

1   voters in this state, are represented in the

2   congressional level by Democrats.  That means zero —-

3   zero people in the middle have representation other than

4   from a Democrat.

5              And then, when you look at what we want to

6   do, we want to push that number to 92 percent.  Already,

7   we got 17 percent -- we have 8 percent of Republicans at

8   that point being represented by Democrats.  That's your

9   democracy is Democrats represent 93 percent of our

10  population in Congress?  You guys, that's absurd.  That

11  is absurd.

12             So this effort to save the nation at the

13  expense of democracy in California, it doesn't make

14  sense.  And you know what?  I have more confidence in you

15  guys.  I know you're smart enough to know that.  And I

16  know some of you don't like this bill and I know some of

17  you would really like not to have to vote for it.  But

18  that's how it works in California.  We've got a super

19  majority.  With the super majority comes a lot of power.

20  And with that power comes no power for the other side.

21             So, this notion that somehow the 10

22  Republicans are going to spring to this position of

23  influence and power over all of the other states is

24  absurd.  We can't get anything done here and you know it.

25  So this effort is reckless.  This effort is ridiculous,

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                         76

1    and it needs to be abandoned so we can start working on

2    the real problems that California has.  And maybe, just

3    maybe, we can start working together to make some real

4    bipartisan solutions.  Not just one Republican vote on

5    one of the bills.  That's not bipartisan.

6                     So I urge a no vote on this.  I urge us to

7    move on.  And so thank you for indulging me today and

8    allowing me to explore and talk about the real issues

9    with democracy in California, not Texas.  Thank you.

10                    SENATOR WEBER PIERSON:  Thank you.

11                    Senator Becker, you are recognized.

12                    SENATOR BECKER:  Thank you.  Thank you for

13   allowing me to speak on this important topic.  And my

14   colleague who just spoke said that he was not going to

15   call the folks in Texas.  Well, the folks in Texas called

16   us.  They called us and they said, "You are our 911

17   call."  And I got to tell you, I had chills.  I mean, it

18   was an incredible moment, and I have such respect for

19   them.  They said, "You are our 911 call.  We are calling

20   you in California.  We need your help."

21                    And, friends, I'm a history major, and

22   history teaches us that we must stand up to bullies.  I

23   love the point by my colleague from Encinitas.  We must

24   stand up to bullies or face incalculable damage.  And

25   that is what we're doing here today.  We are standing up.

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording  on 08/21/2025                          77

1    When the bully and chief in the White House called up the

2    Governor of Texas, he said, "Find me five seats," the

     Governor of Texas said, "Yes, sir."
3
                    And so now it's our chance to stand up.
4
     And to my friends on the other side of the aisle, and
5
     usually, you know, we are very cordial here, but I've
6
     heard a lot of hypocrisy.  If you want to fight for
7
     independent redistricting, then fight for independent
8
     redistricting.  I know many of you have been to the White
9
     House.  Go to the White House.  Call the White House.
10
     Call out the White House and tell them you want
11
     independent redistricting.  Tell them to back off, and we
12
     will back off, but we will not unilaterally disarm.
13
                    So, I stand here today as a father deeply
14
     concerned about the future of our country.  I stand here
15
     as a patriot, as the grandson of immigrants who came, who
16
     came through Ellis Island.
17
                    SENATOR WEBER PIERSON:  Senator Becker,
18
     I'm sorry, can you please address your comments to me as
19
     the presiding officer.
20
                    SENATOR BECKER:  Oh, thank you.  You mean
21
     turn around?
22
                    SENATOR WEBER PIERSON:  Yes, thank you.
23
                    SENATOR BECKER:  Okay.  I often do it this
24
     way for the cameras.
25

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording    on 08/21/2025                          78

1      Thank you.  I say I stand here as a father
2  deeply concerned for the future of my children.  I stand
3  here as a grandson of immigrants who came through Ellis
4  Island through the Statue of Liberty.  And I stand here
5  as an elected official serving the people.  And today, I
6  stand up for democracy.  And it's been said that
7  democracy is not a spectator sport, and we need every
8  American engaged now.

9      It's like when you go to the Airport and
10 they say, "If you see something, say something."  So we
11 need every American.  I need my Republican colleagues.
12 We need our Republican legislators in Congress.  If you
13 see the President doing something wrong, you need to call
14 it out.  And this is wrong.  We know what he's doing is
15 wrong.  And we know that we must stand up.  And
16 California is standing up.  It's about time.  I've never
17 been prouder of our state.  And we need each American to
18 act as though democracy depends on them because we know
19 ultimately, it does.  Thank you.

20      SENATOR WEBER PIERSON:  Thank you.

21      Senator Ochoa Bogh, you are recognized.

22      SENATOR OCHOA BOGH:  Thank you, Madam
23 President.

24      California deserves a redistricting
25 process that is fair, transparent, and free from

Case 2:25-cv-10616-JLS-KES    Document 28-2    Filed 11/13/25    Page 809 of 991
Page ID #:1268
IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                         79

1    political gatemanship.  It was mentioned the fact that as

2    Republicans, we haven't supported such measures in the

3    past.  But unfortunately, many a times when measures are

4    placed forward in this body, because of the

5    supermajority, many of the times we're not included to

6    give feedback and input on these measures and therefore,

7    these measures don't necessarily become equitable or

8    fulfill the full intent of that bill.  And it's one of

9    the reasons why we could not support the measure that was

10   mentioned earlier by my dear colleague from Santa Cruz.

11            I looked up the analysis for that

12   particular bill right after you mentioned it, and we'll

13   have conversations after the -- of the session.

14            But going back to this particular bill,

15   weakening and discarding the independent commission, even

16   temporarily, temporarily, betrays the trust of the voters

17   placed in us and undermines the integrity of our

18   democracy.  California has long set the standard for fair

19   redistricting outfitted with a voter-established

20   independent commission.

21            Question of the author, ma'am?

22            SENATOR WEBER PIERSON:  Will the author
     take a question?

23            Will the author take a question?

24            SENATOR GONZALEZ:  Yes.

25

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording  on 08/21/2025                        80

1    SENATOR WEBER PIERSON:  You may proceed.

2    SENATOR OCHOA BOGH:  Through the
President.  Does the state of Texas have an independent
3    commission on redistricting voted by the voters of Texas?

4    SENATOR GONZALEZ:  They do not.

5    SENATOR OCHOA BOGH:  Okay.  The Citizens'
Redistricting Commission was created to end decades of
6    political gerrymandering.  Rolling back the progress for
7    short term gains, risk undoing years of hard fought
8    reforms.  Californians deserve leaders that will protect
9    the independent system voters demanded and preserve it
10   for generations to come.  Unlike Texas, we have this.
11   They do not.  And it falls --
12
Oh, question of the author?
13
SENATOR GONZALEZ:  Yes.
14
SENATOR WEBER PIERSON:  Will the author
15   take a question?
16
SENATOR GONZALEZ:  Absolutely.
17
SENATOR WEBER PIERSON:  You may proceed.
18
SENATOR OCHOA BOGH:  Does the Texas
19   Legislature have the purview to redraw their lines?
20
SENATOR GONZALEZ:  They do.  They don't
21   have the purview to violate the Voting Rights Act and
22   disenfranchise their voters, but that is what they're
23   doing.
24

25

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording  on 08/21/2025                        81

1        SENATOR OCHOA BOGH:  So as mentioned

2   earlier by my colleague from Bakersfield, the state of

3   Texas was sued and was obligated to redraw their lines.

    Checkpoint.

4

5        Before the commission's creation, district

    lines were developed in secrecy through insider deals,

6

    often protecting incumbents or political insiders.

7

    California voters ended that in 2008 with Proposition 11,

8

    the Voters First Act, which established the Commission.

9

    Two years later, Proposition 20 expanded its reach to

10

    include congressional districts.  Since then, the

11

    commission has consistently delivered maps through open,

12

    publicly reviewed processes, even successfully adapting

13

    during the pandemic-delayed 2020 cycle.  Earning praise

14

    for transparency and efficiency.

15

         If signed into law, today's proposed

16

    legislative package would strip the commission's

17

    authority "temporarily," granting lawmakers control over

18

    congressional redistricting for the 26th, 28th, and 30th

19

    election cycles.  While framed by some as reactive to

20

    nationwide redistricting trends, critics warn that it

21

    compromises California's voter approved safeguards and

22

    damages its leadership and electoral fairness.

23

         This proposal undermines the voters' trust

24

    since the commission was created by the voters to ensure

25

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                          82

1    fairness, transparency, and accountability.  Repealing it

2    would feel like repudiating the voter intent.  AB 604 was

3    drafted without constitutional safeguards intended to

4    promote fair and representative district maps.

5            Stated that these maps are intended to

6    elect five additional Democrat congressional seats.

7    Let's register that.  This mid-cycle redistricting plan

8    undermines the state's constitution by seeking a voter

9    approved amendment that would temporarily waive the key

10   provisions of the California State Constitution's Article

11   21, allowing politicians to redraw lines for partisan

12   gain rather than adhering to established democratic

13   principles.

14           First, the plan ignores the constitutional

15   mandate that redistricting occur only in the year

16   following the year in which the national census is taken

17   under direction of Congress at the beginning of each

18   decade.  By pushing for changes mid-decade outside the

19   post-census window, this proposal disrupts the every 10

20   year rhythm that's designed to ensure districts reflect

21   accurate, updated population data.  This could open the

22   door to arbitrary manipulations where the political winds

23   shift.

24           Second, it waives the rigorous criteria

25   outlined in the state constitution that prioritizes

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                    83

1   geographical and social considerations to promote

2   fairness.  These include requiring districts to be

3   geographically contiguous, criterion three; respecting

4   the integrity of cities, counties, neighborhoods, and

5   communities of interest by minimizing their division,

6   criterion four; and ensuring compactness where

7   practicable, criterion five.

8           And I know that it was stated that 76

9   percent of these congressional districts fit the

10  redistricting commission's criteria, meaning these, but

11  the additional and the remaining do not.  Therefore

12  violating the very intent and the guidelines of the

13  Constitution.

14          The Legislature's secretive -- and

15  secretive meaning no one can divulge one where they came

16  from -- and rushed map drawing processes discards these

17  standards.  And secretly meaning that no one knows how

18  they were drawn, but yet they've appeared secretly by an

19  unknown hand online.  And now, they're transparent

20  because they're there, but no one knows who placed them

21  there and who drew them in the first place.  Potentially

22  fracturing cohesive communities and creating convoluted

23  districts that prioritize electoral outcomes over logical

24  boundaries, as stated on this body, in this floor, today.

25          Finally, the plan flouts the

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                          84

1    Constitution's explicit prohibition against partisan

2    gerrymandering, which states that districts shall not be

3    drawn to favor or discriminate against an incumbent

4    political candidate or political party.  And yet, once

5    again, on this floor, today, it was mentioned that it was

6    due to the reasoning of electing five Democrat

7    congressional districts, stated on this floor.

8              By suspending the Citizens' Redistricting

9    Commission and empowering the Legislature to redraw these

10   maps, this legislation invites blatant favoritism,

11   eroding the impartiality voters enshrined -- voters

12   enshrined in the constitution to prevent self-serving

13   power grabs.

14             Folks, this is serious.  Ladies and

15   gentlemen, this is very, very serious.  When we are

16   elected, we swear an oath to uphold both the U.S. and the

17   California Constitution.  Regardless of what any other

18   state does, that is what we do when we stand on this

19   floor, this red carpet, and we raise our hand.  Two

20   wrongs don't make it right.  And when it says to join our

21   colleagues in repudiating other states for what they're

22   doing, folks, we were elected to represent the state of

23   California.

24             I had a podcast I was listening to just

25   this morning talking about whether or not term limits

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording  on 08/21/2025                              85

1    should exist and one of the arguments that were stated in

2    this podcast was whether or not, you know, we should have

3    term limits, and the gentleman speaking said, "Well,

4    people get what they elect and if we have an electorate

5    that is uneducated and they continue to pick someone to

6    be elected, then that's what they get."

7              If Texas has not changed their

8    constitution, if they have not created a redistricting

9    commission, then, folks, who are we to direct the

10   autonomy of the Legislature of that state?  What

11   authority do we have to influence another state's

12   Legislature elected by their people?  I think it's

13   humbling to think that we should do that.

14             If we have relationships, great; have

15   those conversations.  But as a body, to go to another

16   state as elected and think that we have the authority to

17   tell them how to run their state, I think it's

18   ridiculous.  I think it's disrespectful to them and to

19   the people who elected those to represent them.  I

20   respectfully ask for a no vote.

21             SENATOR WEBER PIERSON:  Thank you.

22             Senator Caballero, you are recognized.

23             SENATOR CABALLERO:  Thank you, Madam
     President.

24

25             It's been interesting listening to the

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                          86

comments today.  Senators, California didn't start this

fight.  We've always had an amicable relationship with

our President.  Amicable because the President

understands that California is a donor.  A donor state to

this great country, and we've lived with it for years.

We pay more in taxes than we get back.  We all know that.

            So why come after California?  Why make us

an example to the rest of the country by attacking our

immigrants, by putting tariffs that have hurt our farmers

and that now is going to start to hurt our residents?  By

taking away benefits that are really important in our

state as we've tried to meet the needs of our country?

So California didn't start this fight, and my party

didn't start this fight either.

            Let me be clear: I don't shy away from a

good competition.  I love sports--soccer, football,

baseball.  I love it all.  In my family, we have our

favorite teams that we watch, and we follow, and that we

support, and I can tell you, they are raucous games when

we have people on different sides supporting different

teams.  So I don't have a problem with opposition or with

conflict, but what I do insist on is that the game be

fair.

            I do insist that everybody know what the

rules are at the beginning of the game and then it's not

Case 2:25-cv-10616-JLS-KES    Document 28-2    Filed 11/13/25    Page 817 of 991
Page ID #:1276
IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording  on 08/21/2025                    87

1    changed.  We all know how the game is played.  We all

2    need to expect that the refs are going to be fair, and,

3    you know, we have our arguments about whether that call

4    was right or not, but we want everybody to be treated

5    with respect and that everyone will follow the rules,

6    including the players.

7               Folks, that's not what's happening in our

8    country today.  The President knows that what he's doing

9    is hurting people, and it is.  It is.  It's hurting every

10   day, average Americans, and that hurt is real.  The

11   prices have gone up.  There's uncertainty in the market.

12   It's hard to get a loan.  Housing isn't selling.  That's

13   not because of what we've done.  That's because of the

14   pressure of tariffs and messing around with the market.

15               So the President's afraid he can't win.

16   He's afraid he can't win an election in two years to

17   ensure that he maintains control, control over everything

18   that's going on in the country.  So he's taken an action

19   to rig the election.  It won't be a fair competition.

20   It's playing dirty.  It's cheating.  It's cheating and

21   it's making sure that he continues to be in charge even

22   if the voters want change.  Even if the voters want

23   change, he's rigging it.

24               It's a power grab.  We didn't pick this

25   fight, but my residents have asked me to take action, to

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                        88

1    do something to relieve the pain caused by the

2    President's attack on California and on our families.

3    And some of that attack won't be felt until after the

4    midterm elections, which is really cynical.

5                    Look, it didn't have to be this way.  We

6    all could have worked together, all of us on this floor,

7    across party lines, to denounce and condemn the

8    President's attempt to rig the next election.  We could

9    have done it together to put public pressure as leaders

10   and as elected officials to say we want a fair game, no

11   shenanigans, no cheating, no dirty games.

12                    But listen, my good friends on the other

13   side of the aisle, you haven't said a peep.  You've said

14   nothing to condemn the President's attacks on California

15   and on our residents.  Nothing, nothing, nothing.  And I

16   get it.  You don't want to contradict your President, and

17   so you've taken sides.  Well, I choose the people in my

18   district.  I choose to defend Californians.  I choose to

19   fight for a fair election.  I choose to listen to the

20   people who say, "We need you to take action."  So I ask

21   you for your aye vote today.

22                    SENATOR WEBER PIERSON:  Thank you.

23                    Senator Cervantes, you are recognized.

24                    SENATOR CERVANTES:  Thank you, Madam

25   President and members.  As we know, the proposed maps in

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording  on 08/21/2025                              89

1    this bill are not wholly new.  They build upon the

2    year-long process undertaken by the California Citizens'

3    Redistricting Commission after the 2020 census.  About 75

4    percent of Californians will remain in the same district

5    that they reside in currently today.

6                  These maps do a better job of avoiding

7    splitting counties and cities than those created by the

8    commission.  And let me just say, how is it okay when

9    their party adopts redistricting, but when it's the other

10   party, it's a problem?  Please.  Spare us the hypocrisy.

11                 That said, I am puzzled by the admiration

12   that our colleagues on the other side of the aisle are

13   showing for independent citizens' redistricting

14   commissions.  Except for our colleague from Huntington

15   Beach who has not been present for any of these bills,

16   every Republican of this Senate body has voted against

17   bills creating county citizens' redistricting

18   commissions.

19                 The Legislature is entitled to propose

20   amendments to the state constitution, and unlike Texas,

21   we are taking it to the voters.  We are acting now to

22   save our future.  I respectfully ask for an aye vote on

23   AB 604.

24                 SENATOR WEBER PIERSON:  Thank you.

25                 Senator Jones, you are recognized.

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording  on 08/21/2025                        90

1           SENATOR JONES:  Thank you, Madam President

2     and members.  A couple of fine points.  First, Madam

3     President, regarding the comments from our colleague from

4     Santa Ana mentioning that if Texas goes forward with

5     their redistricting, we will continue with our

6     redistricting, my understanding is that the

7     constitutional amendment has been amended to take that

8     language out and California is moving forward regardless,

9     but I will clarify that when the ACA comes over and ask a

      question of the author on that.

10          On this particular bill, AB 604, I do have

11    a quick question of the author, if she would be willing

12    to take it.

13          SENATOR WEBER PIERSON:  Will the author

14    take a question?

15          SENATOR JONES:  Are you familiar with or

16    can you cite for us any lawsuit in California of somebody

17    suing the redistricting commission for the lines that

18    they drew either in 2012 or 2022, arguing that those

19    lines were unconstitutional?

20          SENATOR WEBER PIERSON:  You may proceed.

21          SENATOR GONZALEZ:  I am not personally

22    familiar with any lawsuits.

23          SENATOR JONES:  Great.  Thank you.

24    Neither am I, and that's because our process isn't

25

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording  on 08/21/2025                        91

1   unconstitutional.  Now, many of us had problems with the

2   lines with 2022 when they came out.  Both Democrats and

3   Republicans got a little gripey about some of the lines,

4   legitimately, I believe so.  But we didn't sue.  We kind

5   of, you know, went with it and made the best of it that

6   we could.

7            One of the things I want to share this

8   morning is I'm very proud of my Republican colleagues for

9   their demeanor this morning and their professionalism in

10  their comments, regardless of the incendiary and

11  accusational comments of the open on this bill, AB 604,

12  and I will share that compliment with my Democrat

13  colleagues as well.  I think that the debate has been

14  very professional and moving us along.

15           One of the things I'm very concerned about

16  in the debate this morning that I want to raise attention

17  to is some terms that were used this morning on the

18  floor.  "Rigged," "dictator," "unchecked power."

19  "Period, full stop."  That one cracks me up when you all

20  use that one because I know the Governor uses that all

21  the time.  So I don't know if you're trying to get in his

22  good graces by imitating him or whatever.  Period, full

23  stop.  There's usually a lie behind that, by the way.

24           "Bully," autocrats."

25           Permission to read, Madam President?

Case 2:25-cv-10616-JLS-KES    Document 28-2    Filed 11/13/25    Page 822 of 991
Page ID #:1281
IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                        92

1          SENATOR WEBER PIERSON:  Without seeing any

2    objection, it is granted.

3          SENATOR JONES:  While this was all going

4    on, a term came to mind, "projecting" or "projection."

5    So I looked it up to make sure that I had it right.

6    Projecting refers to a psychological defense mechanism

7    where an individual unconsciously attributes their own

8    unacceptable feelings, thoughts, or traits to another

9    person.

10         Why did this come up in my mind today, as

11   you've been standing on this floor, railing against

12   Republicans in Texas?  Railing against Republicans in

13   Washington, D.C. for not having any courage to stand up

14   to the dictators of the Governor of Texas and the

15   President of the United States.  Where's the courage for

16   the Republicans?

17         Let me ask you this.  Every single year,

18   we pass off this floor and the assembly floor a handful

19   of bills that pass on unanimous votes.  Unanimous.  Every

20   Republican, every Democrat votes for these bills.  Some

21   of these bills are authored by Democrats, and some of

22   these bills are authored by Republicans.

23         One bill in particular comes to mind is a

24   very simple bill authored by the incoming pro tem.  She's

25   attempted to pass this bill -- has passed the bill four

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                          93

1   times, and it's been vetoed four times.  Where is the

2   courage when a bill has unanimous votes to conduct a veto

3   override?  You don't even need us for a veto override.

4   You can do it by yourselves.

5           But we've come to you over and over and

6   over and over every single year.  We will support you in

7   a veto override.  We will help you in a veto override on

8   a simple bill.  Just pick the simplest one.  Let's just

9   do it and prove that you have the courage that you're

10  accusing us of not having.

11          I will share with you there are examples

12  of Republicans in supermajority Republican states of

13  doing that exact same thing on a Republican governor.  I

14  encourage you to have that courage.

15          SENATOR CORTESE:  Point of order, Madam

16  President.  This dialogue has nothing to do with what's

17  before us here, and I'd ask you to rule in that way and

18  ask the speaker to stick to the matter that's on the

19  floor before us.  Thank you.

20          SENATOR WEBER PIERSON:  Point is

21  well-taken.  If Senator Jones could please stick to the

22  merits of the bill before us.

23          SENATOR JONES: Thank you, Madam President.

24  I appreciate our colleague standing up and recognizing

25  that my comments might be incendiary and accusational,

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                          94

1   similar to the opening remarks of the author.

2              The important thing that I think to share

3   here is I rise in strong opposition to AB 604.  The

4   gas-lighting that has been -- or Gav-lighting, if you

5   prefer that term better -- that's been going on this

6   morning is just -- the mental gymnastics that you have to

7   do to come up with these arguments that you're making for

8   what we're trying to do here on the floor in the State of

9   California, it's just amazing to me how you do that.

10             And I want to share -- and again, other

11  Senators have said -- I appreciate every single one of

12  you.  I count every single Senator on this floor a

13  friend, all 30 Democrats.  I honor you.  I admire you.

14  This is not an easy job, but sometimes we have to call it

15  like it is.  We have to call balls and strikes according

16  to the gamesmanship analogies that were used earlier.

17             What's happening here is simple:  Gavin

18  Newsom and Democrat politicians are trying to ram through

19  a corrupt redistricting scheme to rig California's

20  elections.  This scheme is unconstitutional.  It's

21  undermining both the letter and the spirit of the

22  California Constitution.  It ignores the principles of

23  germane law, election integrity, twisting the rules to

24  benefit one party.

25             It tramples on the will of California

Case 2:25-cv-10616-JLS-KES    Document 28-2    Filed 11/13/25    Page 825 of 991
Page ID #:1284
IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                          95

1    voters.  California voters, the same people that elected

2    all of us to office.  Those voters created an independent

3    redistricting commission precisely to keep politicians

4    from drawing their own lines.  And those voters, it was

5    so important to them, they put it in the Constitution.

6                This effort slices up communities,

7    connecting desperate areas and splitting apart regions

8    with common interests, violating the very standard the

9    redistricting is supposed to uphold.  Democrats are

10    rushing this through under the guise of urgency.  There

11    is no emergency that justifies this abuse of process.  It

12    discards years of work by the Citizens Redistricting

13    Commission and replaces it with raw, partisan power

14    plays.

15                Importantly, Democrat legislators continue

16    to refuse to answer the one simple question that's been

17    asked dozens, if not hundreds of times, and I'll ask one

18    more time on this floor: who drew the maps?  They claim

19    it's a transparent process, yet fail to answer the most

20    transparent question, and it comes at an outrageous cost.

21    It has been mentioned more than $250 million for a

22    special election at a time when California is facing a

23    $20 billion deficit, and you all are cutting vital

24    services.

25                The result is the maps that destroy

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording  on 08/21/2025                    96

1    representative proportionality are rigged for partisan

2    gain, not fair representation.

3              Senate Republicans are united against this

4    abuse of power.  We're standing together to defend

5    Californians, to uphold our Constitution, the California

6    Constitution, and to fight for fair and honest elections.

7              And let's make two more points before I

8    close.  The interesting thing is you all keep bringing up

9    Texas.  Texas right now -- the Republicans in Texas right

10   now have an effort afoot to make it easier for the

11   Legislature to override -- do a veto override in Texas.

12   Republicans are trying to make it easier in Texas to

13   conduct a veto override.  I'm asking you just to try.

14             Now, the other interesting thing about

15   this effort is we all know this is going to fail on the

16   ballot.  This is a loser from the beginning.  So what's

17   the win?  What's the upside for all of us here on the

18   Senate floor to go blindly along with the Governor's plan

19   here?  It's going to fail, and what's the only gain?

20             I'll tell you what the only gain is.

21   Governor Gavin Newsom is getting more headlines.  He's

22   getting more name ID, and he's creating a brand across

23   the country so that he can run for President; and you're

24   helping him.

25             To my colleagues across the aisle, I

Case 2:25-cv-10616-JLS-KES    Document 28-2    Filed 11/13/25    Page 827 of 991
Page ID #:1286
IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording  on 08/21/2025                    97

1  strongly encourage you to stand against this self-serving

2  Governor with courage rather than acting like a march of

3  the lemmings.  I urge a no vote on AB 604.

4              SENATOR WEBER PIERSON:  Thank you.  Seeing

5  no further discussion or debate, Senator Gonzalez, would

6  you like to close?

7              SENATOR GONZALEZ:  Yes.  Thank you so

8  much, Madam President, and I do want to say to my

9  colleagues on both sides of the aisle, thank you so much

10  for this very robust debate.

11              This is exactly what democracy means and

12  what we want the public to see, the discourse, even if we

13  agree to disagree or we disagree and disagree beyond

14  measure, that is exactly what we're here for.  We were

15  all elected to take an oath to defend our democracy and

16  to ensure that the folks that we support and represent

17  all can see a better quality of life, and that's why

18  we're here today.

19              And as my colleagues on the other side of

20  the aisle, except for one, I think of one missing member

21  from Jackson, you know, what I will say is, I hear you on

22  integrity.  I hear you on transparency.  I hear you on

23  all of that.

24              And this is where I'm really confused

25  because, with all due respect, it is very hypocritical to

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                    98

1    say that you believe in all this.  But yet when you've

2    been offered the opportunity to talk about what is the

3    egregious actions by this federal government, the

4    egregious actions by Texas legislators to disenfranchise

5    voters, to additionally split counties and cities, to

6    continue to violate the Voting Rights Act, to just

7    completely ignore communities of interest and to continue

8    to safeguard the Trump presidency because guess what?  It

9    doesn't just stop after 2028.  Let's be real here.  He

10   wants a third term.

11              So what does that mean for Californians if

12   we don't do this?  Well, I'll tell you what it means.  It

13   means that, again -- it means that there's going to be

14   unconcern for a ransom of a billion dollars to our UC

15   system.  There's going to be silence when it comes to

16   SNAP benefits for children when are disabled.  It means

17   there's going to be additional unconcern for the kids

18   that won't have afterschool programs and school lunches.

19              And it means that every budget that we put

20   out here because we've continued to put state budgets out

21   here, and everyone's talking about wildfires.  If we're

22   so concerned about wildfires, why didn't the other

23   party -- why didn't you all support the wildfire package

24   relief of $2.5 billion for Altadena and Pacific Palisades

25   residents?  Why didn't you do that?

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                          99

1              So we can't sit here and talk about

2   transparency and integrity and we want democracy.  And

3   all of a sudden now we have an epiphany about an

4   independent redistricting commission, and we're going to

5   stand, you know, strong for that.

6              Well, let's do that today.  And today,

7   again, AB 604 is an urgency measure, contains the new

8   proposed congressional maps that will ultimately be the

9   decision of California voters on November 4th.  This bill

10  will be in print for over 70 days.  The maps will be

11  available for insight from our voters.  And ultimately,

12  they will have the say.

13             And would remain in effect only until the

14  Citizens Redistricting Commission certifies a new map of

15  congressional districts after 2030's census maps.  So

16  these maps are temporary.  Again, for the elections of

17  2026, 2028, and 2030.  Then the redistricting commission,

18  which is still in effect, will then take effect -- will

19  then take the helm in 2032 to continue the good work that

20  they've done.

21             Again, the hypocrisy remains.  Why are you

22  so unconcerned?  Why are you so unwilling?  Why have you

23  remained silent during this egregious overreach when

24  Latino communities across California have been kidnapped?

25  Why?

1       All our democracy is being dismantled, and
2  you want us as California legislators to just sit by on
3  the sidelines and do absolutely nothing.  Well, that's
4  not good enough.  And if you want to support my
5  Republican minority leader, if you'd like to support a
6  diversity, equity, and inclusion bill by the incoming pro
7  tem, we are happy to provide that opportunity for you to
8  do that again.

9       So again, Californians will have the final
10  say.  I appreciate all the debate here.  I respectfully
11  ask for an aye vote.

12       SENATOR WEBER PIERSON:  Thank you.
13  Secretary, please call the roll.

14       THE SECRETARY:  Allen?

15       Aye.

16       Alvarado-Gil.

17       Archuleta.

18       Aye.

19       Arreguin.

20       Aye.

21       Ashby.

22       Becker.

23       Aye.

24       Blakespear.

25       Aye.

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                    101

1    Cabaldon.

     Aye.
2
     Caballero.
3
     Aye.
4
     Cervantes.
5
     Aye.
6
     Choi.
7
     No.
8
     Cortese.
9
     Aye.
10
     Dahle.
11
     No.
12
     Durazo.
13
     Aye.
14
     Gonzalez.
15
     Aye.
16
     Grayson.
17
     Aye.
18
     Grove.
19
     No.
20
     Hurtado.
21
     Aye.
22
     Jones.
23
     Laird.
24
     Aye.
25

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording  on 08/21/2025                    102

1    Limon.

     Aye.
2
     McGuire.
3
     Aye.
4
     McNerney.
5
     Aye.
6
     Menjivar.
7
     Aye.
8
     Niello.
9
     No.
10
     Ochoa Bogh.
11
     No.
12
     Padilla.
13
     Aye.
14
     Perez.
15
     Aye.
16
     Reyes.
17
     Aye.
18
     Richardson.
19
     Aye.
20
     Rubio.
21
     Aye.
22
     Seyarto.
23
     No.
24
     Smallwood-Cuevas.
25

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                          103

1                    Aye.

2                    Stern.

3                    Aye.

4                    Strickland.

5                    No.

6                    Umberg.

7                    Aye.

8                    Valladares.

9                    No.

10                   Wahab.

11                   Aye.

12                   Weber Pierson.

13                   Aye.

14                   Wiener.

15                   Aye.

16                   SECRETARY:  No.

17                   SENATOR WEBER PIERSON:  Secretary, please
      call the absent members.

18
                     THE SECRETARY:  Alvarado-Gil.
19
                     Jones.
20
                     No.
21
                     SENATOR WEBER PIERSON:  Ayes, 30.  Noes,
22
      9.  That measure passes.
23
                     Members, we are now going to take a very
24
      brief 20-minute recess for lunch.  Stay in the building.
25

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording  on 08/21/2025                    104

1   We will come back in 20 minutes.  We are now on recess.

2                   (Recess taken)

3                   SENATOR WEBER PIERSON:  The Senate will

4   now come back to session.  We have a message from the

    Assembly.  Secretary, please read.
5
                    THE SECRETARY:  Madam President, I am
6
    directed to inform your honorable body that the Assembly
7
    on this day adopted Assembly Constitutional Amendment 8,
8
    Sue Parker, Chief Clerk of the Assembly.
9
                    SENATOR WEBER PIERSON:  We have a referral
10
    for Rules.  Secretary, please read.
11
                    THE SECRETARY:  The Committee on Rules has
12
    ordered the following bill to third reading.  Assembly
13
    Constitution Amendment 8.
14
                    SENATOR WEBER PIERSON:  We will now move
15
    to supplemental file number 1, which is file number
16
    262ACA8.  Secretary, please read.
17
                    THE SECRETARY:  Assembly Constitutional
18
    Amendment 8 by Assembly Member Rivas, an act relating to
19
    redistricting.
20
                    SENATOR WEBER PIERSON:  Senator Pro tem
21
    McGuire, you are recognized.
22
                    SENATOR MCGUIRE:  Thank you so much, Madam
23
    President, and good afternoon, members.  I stand with
24
    Senator Cabaldon who will complete the presentation on
25

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                      105

Constitutional Amendment 8.

1            I got to say, it does pain me a bit to say

2    what I'm about to say.  And I want to also take a moment

3    to acknowledge Brian Jones.  I have deep respect for

4    Leader Jones, and I know this has been a tough week on

5    all sides.  And I do want to acknowledge him and say

6    thank you for the partnership.

7            And I also want to say I take this very

8    seriously.  I think that all folks know I don't really

9    care if you have an R or D behind your name.  It's about

10   representing California.  And as I said last night,

11   people don't know us if we're a Republican or Democrat.

12   They know us as Californians, and that's what we need to

13   remember as we make our way through this and come back

14   next week.

15           I'm really honored to represent one of the

16   most rural districts in the State of California.  Third

17   of the California coastline.  There are four counties in

18   the district of seven that voted for Kamala Harris.

19   There are three counties in the district that supported

20   President Trump.

21           What I know when I go into Weaverville or

22   High Palm, Crescent City, or Fort Bragg in rural

23   California, no matter if you're a Democrat or a

24   Republican, you want a few key things for your family.

25

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording  on 08/21/2025                          106

1            You want quality healthcare.  You want to
2   keep your hospital open, that rural health center open
3   for your kids and your grandparents.

4            You want a good job so you can stay in the
5   community that you love.  You want to send your kid to a
6   good public school.  You want to be able to live in that
7   community you love and afford a home.

8            And in rural California, you don't want to
9   use dial up internet anymore.  You want to have access to
10  high-speed broadband.

11           You know, there isn't a single one of us,
12  not one, who wouldn't be here today if we hadn't put our
13  faith in the voters of California.  Put our faith in
14  fellow Californians to walk into the voting booth or sit
15  at their kitchen table and do their best for all of us to
16  do the right thing.

17           And that's really what this is all about
18  today.  All we're asking is allow the voters to do their
19  thing, to pass this constitutional amendment.  We need to
20  put our faith in the voters to do the right thing, the
21  way we have countless times over the decades, initiative
22  after initiative.  It's ultimately up to the voters.
23  There's nothing more transparent than that.

24           Now, we're here today for one reason: the
25  nefarious actions of the Republican leadership in Texas.

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording  on 08/21/2025                    107

 1  California didn't pick this fight.  This was not on our

 2  bingo card six weeks ago, let alone six months ago.

 3  Actions of Republicans in Texas, compounded by the

 4  inaction of some Republican leaders here in California,

 5  that's why we're here today.  All of this could have been

 6  avoided.  To be able to stop this, talk to Texas.  Talk

 7  to our President.

 8            I have been astounded this week.  I've

 9  seen Republican colleague after Republican colleague go

10  on television, hold press conferences, go live on the

11  social media, expressing outrage about California.  But

12  what about Texas?  What about Donald Trump, who started

13  all this, who started this circus?

14            You know, sometimes in life, I'm a firm

15  believer that you just got to stand for the greater good,

16  and you got to tell your boss no.  You got to tell your

17  boss no.

18            Today, I hope that we can do something

19  constructive.  We should do everything in our power to

20  ensure free and fair elections.  But let me be very

21  clear.  This action about redistricting, we all know

22  this.  We talk behind the scenes.  We have a beer

23  together.  We go out to coffee.  When I talk to folks

24  when are on the other side of the aisle, they know why

25  we're here.  Can't say it publicly, but we all know why

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                          108

1    we're here.

2              And we also know that this is just the

3    beginning.  Mail-in ballots.  It's now a predominant way

4    folks votes in the United States.  Mail-in ballots.  Our

5    President wants to end mail-in ballots.  Make it harder
     to vote.

6
               You know why he wants to be able to upend
7
     the census here?  To rig it.  In the United States
8
     Constitution, it says, "Count all persons."  The reason
9
     why Donald Trump doesn't want to count all persons is
10
     because it hurts Republicans.
11
               So then I hear Members of Congress, some
12
     in the Legislature, say, "I support independent
13
     redistricting."  So I got three pages of votes on
14
     independent redistricting bills that have come through
15
     this Legislature over the past several years.  Three
16
     pages right here.  Let me just tell you what the
17
     predominant theme is.  Republicans voted no.  They voted
18
     no.  All public votes.
19
               Now, why is it?  Why?  All of a sudden,
20
     you all have seen the light?  I would hope that we could
21
     do more than file frivolous lawsuits, which, by the way,
22
     within 48 hours, the Supreme Court just tossed out.  I
23
     would hope that we could do more than just file bunk
24
     court action.  When there are Republican leaders in this
25

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording  on 08/21/2025                    109

1   country that are having state troopers follow Democratic

2   legislators, when the Attorney General of Texas and the

3   Governor say we need the FBI to track elected members of

4   a state house, what the hell is happening and where is

5   the outrage?

6              You're outraged that California is

7   responding?  The only reason -- the only reason we are

8   here today is because of Texas.

9              And by the way, two nights ago on live

10  television, state troopers drug out a Democratic female

11  legislator out of the bathroom.  Out of the bathroom

12  because she did not have a pass to go.

13             And I hear about how unfair California is.

14  Can you imagine if the Democratic majority said to the

15  California Highway Patrol, "Follow Republican leaders in

16  the Assembly and the Senate"?  Yet today, nothing about

17  that.  Nothing.  Fake outrage about what California is

18  doing.

19             You know, we've seen this story play out

20  in history.  And hypocrisy today won't save your hide

21  tomorrow when the secret police and the Mar-a-Lago goons

22  find a reason to come after you.  We are in a flashpoint

23  in history if we do not stand up, if we do not shout out.

24  This has to stop.

25             I've always supported independent

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording  on 08/21/2025                          110

1   redistricting.  I've supported independent redistricting

2   on the local level here in California.  I support

3   national redistricting.  Sounds like now that it may be a

    bipartisan bill.

4
            What I do not support, what we cannot
5
    support in California, is unilateral disarmament when the
6
    fairness of the 2026 elections is being threatened.  And
7
    yes.  Donald Trump wants to rig the damn election.  Other
8
    states want to play games.  California is the only state
9
    committed to fairness whose potential redistricting goes
10
    away the minute others drop theirs.  In Texas, it's
11
    permanent.
12
            One of our colleagues in the Assembly said
13
    the other day, "When I go to a restaurant, I don't have
14
    to meet the chef."  You all saw that.  Senators, I also
15
    don't believe we need to meet the chef, but we do need to
16
    meet this moment.  And the stakes are so high, and I want
17
    to end it right here.
18
            Here's what's at stake.  Millions of
19
    Californians are going to lose their health care next
20
    year.  Millions.  Tens of millions of Americans are going
21
    to lose their health care next year because of Donald
22
    Trump.
23
            I've never seen a President come after
24
    fire aid and assistance like this President has
25

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                    111

1   threatening to be able to cancel cleanup and recovery

2   because he doesn't like our Governor or doesn't like the

3   politics of the state.

4                I never thought I had to explain to my

5   four-and-a-half-year-old who saw on a friend's television

6   why someone was being thrown in a moving van.  This is

7   what we're fighting for today.

8                One of the main reasons I believe that we

9   should be voting for this constitutional amendment will

10  be waiting for me this evening at our kitchen table to

11  tell me about his first week in school.

12               As much as some want to say this is about

13  politics, this vote today is about people.  It's about

14  standing strong for people who are under assault by an

15  authoritarian who's coming for our jugular.  All we have

16  now, the only choice, is to fight.  This is a cynical

17  ploy, and it's just the start.  First, they come for the

18  districts.  Then they come for your ballots.  Next, it

19  will be your family.

20               Today's vote is about the future.  It's

21  about fairness.  It's about trusting voters.  I would

22  respectfully ask for an aye vote, and I yield my time to

23  Senator Cabaldon.

24               SENATOR WEBER PIERSON:  Senator Cabaldon,

25  you are recognized.

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                    112

1                    SENATOR CABALDON:  Thank you, Madam
   President.
2
                     This bill, this package of bills has been
3
   among the three most heavily reported bills in the
4
   California and in the country.  The notion --
5
                     SENATOR WEBER PIERSON:  Senator Cabaldon,
6
   can you address the presiding officer, please?
7
                     SENATOR CABALDON:  For a point?
8
                     SENATOR WEBER PIERSON:  Can you address
9
   the presiding officer, please?
10
                     Oh, I usually stand there.  Okay.  All
11
   right.  Thank you, Madam President.
12
                     This package of bills has been among the
13
   most heavily reported.  It's widely known across the
14
   State of California that this effort is underway, which
15
   is odd, because when I talk to my own constituents and I
16
   mentioned the word "redistricting," a glazed look goes
17
   over their eye.
18
                     Very few Californians spend their time or
19
   their worries or their concerns or their hopes thinking
20
   about redistricting.  They are thinking about food on the
21
   table, and rent, and public safety, and their ability to
22
   walk free on the streets of this state.
23
                     But I hear about it constantly in my own
24
   district, and I hear about it in places that you might
25

1    not expect.  And it reminds me of one of my favorite

2    parts of the year -- and I know I share this with many of

3    my colleagues from both parties -- Little League opening

4    day.

5              The parade goes down the neighborhood on

6    Meadow Road, turns the corner.  We all end up at Memorial

7    Park for the first day of the Little League season.  And

8    once the ceremony is over, the certificates have been

9    presented, then the teams go onto the field.

10             And you sit -- for me as a mayor, now as a

11   Senator.  You sit with the parents, ready to watch the

12   game.  And the first inning comes up, and the other team

13   keeps striking out.  And the second inning, they've

14   stricken out every time.  When they pitch, sometimes they

15   intentionally hit our players, and you're starting to get

16   a little worried.

17             By the fifth inning though, something

18   weird happens.  You see that on their side -- on the

19   other team's players, the first base is now been taken

20   over by one of the dad's.  One of the mom's is subbed in

21   at second base.  Another mom is at shortstop.  Another

22   dad is at third base and another at catcher.

23             And you look at the field.  You say, this

24   is not -- this is Little League.  Where are the kids at?

25   You can't just sub in five adults to play a Little League

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording  on 08/21/2025                          114

1   game.  That's not fair.  It's also not safe.  What you've

2   created is a Little League I would never be a part of.

3              We don't sit in the stands in that moment

4   and argue with each other, you know what I'm going to do

5   about this?  I'm going to go to the next Little League

6   board meeting in two months to complain because what we

7   really need is a policy that prevents this from

8   happening.  You don't pen a harshly worded letter to the

9   other team.

10             You stand up.  You do something.  In that

11  moment, most likely, what most Americans would do is

12  we're sending five of our parents out there.  We're

13  pulling our kids off the field.  We are taking action to

14  ensure that that cheating, that endangerment, does not

15  happen.

16             If, when the Olympics are at the Rose Bowl

17  here in California -- I'm sorry -- yeah -- the Rose Bowl

18  in California and the soccer team come on the field and

19  we're playing against Russia, and they sub in five

20  people, five additional players onto their team, you can

21  be damn right we'll be calling for our team to be doing

22  the same.  We won't be waiting to file a complaint after

23  the game is over that we lost because someone cheated

24  right in front of our eyes, right in broad daylight.

25             That's why Californians every day, more

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                    115

1   and more Californians are like, I don't know that much

2   about redistricting, but this ain't right.  This cannot

3   happen, and California cannot stand for it.  That's what

4   this is all about.

5               And so what's different here is it's not a

6   trophy that's on the line.  What is on the line is

7   everything that we've heard described by the pro tem and

8   others on this floor.  The HR 1 cuts, the massive cuts

9   that will hit California, but many of them that won't

10  take place until after the congressional election.  So we

11  have a shot to stop them from happening.  What's on the

12  line is our freedom on the street and the terrorism

13  that's happening with ICE.  The attacks on UCLA, on our

14  very elections, and reproductive freedom across the

15  board, we have a chance to do something about it.

16              Because right now, everyone at the Little

17  League game is always asking me, "What can I do as an

18  American?  What can I do to prevent the erasure of our

19  democracy, the decline of our institutions and our

20  protections?"

21              Now, until we have to both fix the rules,

22  we do have to go to that Little League meeting, and

23  that's exactly what ACA 8 does.  It's first provision is

24  California calls upon the Congress of the United States

25  to place a constitutional amendment before all of the

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording    on 08/21/2025                    116

1    states for a national independent redistricting system.

2    That is number one in ACA 8.  And so we are doing that.

3    And we must also get on the field and protect our kids

4    and our families and our communities.

5              Now, it's ironic because we stand here

6    today, 99 years after the very first redistricting

7    initiative went on the ballot here in the California.

8    Redistricting is one of the most contested ballot

9    initiatives over and over and over again that

10   Californians typically face.  And we've been doing it now

11   for a century.

12             And that ballot measure, which created an

13   independent Citizens Commission in Redistricting was

14   rejected almost two to one.  When it was proposed again a

15   decade and a half later, it was rejected by 10 points.

16   It was rejected and rejected and rejected and rejected

17   and rejected.

18             In the 1980s, it was rejected four times,

19   four times.  And then in the 2000s, it was rejected right

20   before it barely passed.

21             And so when we talk about that the voters

22   have enshrined this in the constitution as something that

23   can never change, the voters have been changing their

24   minds about redistricting almost since the admission of

25   this state into the union.

1              And in fact, in 2008 when the voters

2    passed the initiative that the senator from Fair Oaks

3    noted, there were two other ballot measures on that 2008

4    ballot that are noteworthy here.

5              One was the voters' overwhelming support

6    for high-speed rail, which we've heard previously on this

7    floor.  Senators from the other side of the aisle,

8    Republican senators saying we should toss that out.  We

9    should throw that one out.  But this one that passed by

10   less is somehow divinely inspired and can never be

11   changed by the voters themselves.

12             The second measure that was on that ballot

13   was Proposition 8, the infamous Proposition 8, which said

14   that we were amending the Constitution to prevent folks

15   from marrying the person that they loved, marriage

16   equality.  That's what happened in 2008 by a larger

17   margin through this commission.  And yet, last year, the

18   voters of California overwhelmingly reversed that

19   decision.

20             Democracy is an everchanging progress.

21   It's a book that we are writing together, and the only

22   ones that can tell us to respect the will of the voters

23   are the voters.  And the only way we can know what their

24   will is in this critical time for the preservation of our

25   democracy is by passing this constitution to let the

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                         118

1   voters decide.

2           I want to speak briefly to the notion of

3   this mid-decade redistricting that we've heard about

4   repeatedly this morning as well and the outrage over the

5   idea that we might do redistricting in the middle of the

6   decade, as though this were the first time this idea's

7   been considered.

8           Republicans and their agents submitted

9   mid-decade redistricting initiatives nearly every single

10  year in the 1980s, and then again in the 90s, and the

11  2000s.  The outrage -- the hypocritical outrage here is

12  palpable.  The only folks who proposed mid-decade

13  redistricting before today have been the Republicans of

14  California.  And so the outrage that this is

15  unconstitutional, how can it be unconstitutional to ask

16  the voters of California if they choose to, if they

17  decide to, if they elect to amend the Constitution to

18  accomplish this?

19          And also, Texas did not consider the 2020

20  census data or any updates.  In fact, the Chairman of the

21  Election Committee in Texas said, "Well, I don't have

22  that census data.  I haven't looked at it."

23          This process, on the other hand, has

24  examined every available data source.  That census from

25  2020 and all the data since, all of the testimony in

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                    119

1    relevant areas in California where the lines are changing

2    to look to see what did regular people say about their

3    communities of interest to the Redistricting Commission.

4                    And then finally, the notion that this is

5    expensive.  Another example of fake outrage because we

6    heard no outrage about the cost -- the annual petitions

7    to the Secretary of State for a recall of the Governor or

8    someone else.  Every single year, we've had these

9    petitions submitted with zero, dead silence, about the

10   cost of that election, which is exactly the same as the

11   cost is this.

12                   So please spare me the sanctimony about

13   the cost of the election when you've remained silent

14   every single time that another recall election has been

15   proposed.

16                   Now, I also represent Sonoma County, just

17   as a response to the senator from Santa Clarita, and many

18   other communities that have constantly been shifted from

19   district to district over time.  And Sonoma County will

20   be doing just fine under this map.  I can speak to my

21   constituents.  We can handle -- we can handle having

22   three members of Congress.  It's a feature, not a bug.

23                   But let's not think that today's

24   redistricting map, it comes from a commission that did

25   outstanding work, but it ain't -- it's not from some

1  divine text, right.  Let's go up to one of the closest

2  districts from here.  Maybe stop in Citrus Heights at the

3  Jolly Cone and just head up the freeway.  You've now met

4  about five percent of the voters in this congressional

5  district.

6              Head up the Highway 50 a little bit.

7  You'll end up in Folsom.  Maybe stop at the auto malls or

8  maybe the old town.  Then head over to Roseville and to

9  Rocklin and Placer County.  You've now met half the

10 voters -- over half the voters of this district.

11             But you got to keep on going.  Because in

12 that district, you got to keep driving on Highway 80 up

13 all the way to almost Mount Lassen.  And then you have to

14 turn around, get back on the freeway, get back on 12

15 freeways in order to get to Death Valley, Death Valley.

16             So please, don't tell me about, you know,

17 splitting Lodi, which is a fan community of mine just

18 nearby here in three when the current map places hundreds

19 of thousands of people in Sacramento County, steps away

20 from this building, in the same congressional district as

21 Death Valley itself.

22             And so these maps represent a step forward

23 for representation.  They respect communities of

24 interest.  They fully comply with the Voting Rights Act.

25             But most importantly, they meet the moment

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording  on 08/21/2025                          121

1   that we are here because of Trump, and we're

2   here -- President Trump, and we're here because of what

3   Texas is doing, seeking to cheat and steal the game.  We

4   are doing this not in response to Texas alone but to

5   parry Texas, to neutralize and to nullify their illegal

6   actions to cheat this congressional election and undo the

7   will of the voters in 2026.

8                California, we are the fourth largest

9   economy.  We are the most populous state in the country.

10  It is our duty to America to be the last line of defense,

11  and I ask for an aye vote on ACA 8.

12               Thank you, Madam President.

13               SENATOR WEBER PIERSON:  Thank you.

14               Senator Valladares, you are recognized.

15               SENATOR VALLADARES:  Thank you, Madam

16  President.  And I do believe I have amendments at the

17  desk.

18               SENATOR WEBER PIERSON:  Secretary, please

19  read the amendments.

20               THE SECRETARY:  Amendments by Senator

21  Valladares, set one.

22               SENATOR WEBER PIERSON:  You may proceed.

23               SENATOR VALLADARES:  Thank you.  Members,

24  ladies and gentlemen of the Senate.  I rise to present

25  important amendments to ACA 8.

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                        122

1         If this body insists on moving forward

2    with stripping power away from the voter-approved

3    redistricting commission, then the very least that we can

4    do is we owe Californians meaningful safeguards against

5    corruption.

6         This amendment simply provides that any

7    legislator that votes yes on ACA 8 will be prohibited

8    from running for elected office for 10 years.  That is

9    not a radical idea.  It merely extends to members of this

10   Legislature the same 10-year moratorium that already

11   applies to the citizen volunteers who serve on the

12   independent redistricting commission.

13        The people of California demanded ironclad

14   guarantees that those who draw district lines never place

15   personal ambition above the voters.  If this is good

16   enough for the citizens who volunteer their time, it

17   should be good enough for politicians seeking to reclaim

18   power.  Let's be clear, you cannot demand that ordinary

19   citizens give up the right to run for office for a decade

20   and then exempt politicians from the same rule.  That

21   would be hypocrisy.

22        If you truly believe that ACA 8 is about

23   fairness, if you truly believe that this isn't about

24   creating career opportunities for members of this body or

25   those who influence these maps, then you should have no

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                        123

1    problem supporting this amendment.  Because if everything

2    is above board here, then what do you have to object to?

3                    Sixty percent of Californians voted to

4    give redistricting power to an independent commission

5    because they were tired of tortured lines drawn to serve

6    those in power.  The current process is transparent.

7    It's independent, and it's accountable to the people.

8    They said clearly, we do not want politicians drawing

9    their own lines.

10                   Today, this body risks turning its back on

11   that mandate.  But if we're going to press forward, then

12   we must at least bind ourselves to the same ethical

13   standards that we demand of our citizens.  This amendment

14   is a test, a test of whether or not this body values

15   integrity over expediency, fairness over partisanship,

16   and accountability over ambition.  I respectfully ask for

17   your aye vote.

18                   SENATOR WEBER PIERSON:  Thank you.

19                   Senate Gonzalez -- Senator Gonzalez,

20   you're recognized.

21                   SENATOR GONZALEZ:  Thank you, Madam

22   President, members.  Again, ACA 8 is very clear.  It's in

23   response to what colleagues in Texas are doing, and this

24   is absolutely egregious.  I'm wondering where the outcry

25   is against the Texas officials that are continuously

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                        124

1    disenfranchising voters in Texas.  And it also requests

2    --

3              SENATOR WEBER PIERSON:  Excuse me.  Point

4    of order.

5              SENATOR VALLADARES:  If the majority

6    leader could please speak to Germanists of the

7    amendments.

8              SENATOR WEBER PIERSON:  Your point is well

9    taken.  Can you please limit your comments to the

10   amendments that we are hearing at this moment?

11             SENATOR GONZALEZ:  Yes.  And I am

12   absolutely going to do that.  And so, ACA 8 also

13   represents a reasonable and rational response to this

14   overreach.  And the amendments specifically, what I will

15   say is I would love an outcry for the fact that there is

16   going to be -- if we're going to talk about corruption

17   and transparency, why aren't we talking about the fact

18   that President Trump has already said he wanted to run

19   for a third term, a third term, and become the next king

20   of the United States of America?

21             SENATOR WEBER PIERSON:  Again --

22             SENATOR STRICKLAND:  Point of order.

23             SENATOR GONZALEZ:  So, I will ask that --

24             SENATOR WEBER PIERSON:  Just a moment.

25   Excuse me.  Just a moment.

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording  on 08/21/2025                    125

1                  What is your point of order?

2                  SENATOR STRICKLAND:  The speaker is not

3    addressing the amendments directly before us in this

4    body.  I believe the amendments have no -- nothing

5    written about the President of the United States.  So --

6                  SENATOR WEBER PIERSON:  Thank you.

7                  Just a moment, please.

8                  SENATOR GONZALEZ:  Yeah.

9                  SENATOR WEBER PIERSON:  Senator Gonzalez,

10   the amendments that we have before us are dealing with

11   whether or not the members of the Legislature will be

12   able to run as a candidate for 10 years.  Your comments

13   must stick to the amendments that we are voting on or

14   that have been --

15                  SENATOR GONZALEZ:  Thank you.

16                  SENATOR WEBER PIERSON:  -- presenting

17   before us.  Thank you.

18                  SENATOR GONZALEZ:  I think the floor is

19   yours.

20                  SENATOR WEBER PIERSON:  Senator

21   Valladares, would you like to respond?

22                  SENATOR VALLADARES:  Thank you.  Again, to

23   clarify, this is a really simple amendment.  It is three

24   lines.  This is about fairness.  This is about holding

25   ourselves, elected members of a Legislature, to the same

1   standards that we require of our Citizen Redistricting

2   Commission.  Again, if this ACA is to really be about

3   fairness, then you should have no problem supporting this

4   amendment.

                SENATOR WEBER PIERSON:  Thank you.

5
                Senator Gonzalez, you are recognized.

6
                SENATOR GONZALEZ:  Madam President, I ask

7
    that we lay the amendments on the table asking for an aye

8
    vote.

9
                SENATOR WEBER PIERSON:  Senator Gonzalez

10
    has requested that we lay the amendments on the table.

11
    This is not debatable.  Senator Gonzalez is asking for an

12
    aye vote.  Senator Valladares is asking for a no vote.

13
                Secretary, please call the roll.

14
                THE SECRETARY:  Allen.

15
                Aye.

16
                Alvarado-Gil.

17
                Archuleta.

18
                Aye.

19
                Arreguin.

20
                Aye.

21
                Ashby.

22
                Aye.

23
                Becker.

24
                Aye.

25

1    Blakespear.

2    Aye.

3    Cabaldon.

4    Aye.

5    Caballero.

6    Aye.

7    Cervantes.

8    Aye.

9    Choi.

10   No.

11   Cortese.

12   Aye.

13   Dahle.

14   No.

15   Durazo.

16   Aye.

17   Gonzalez.

18   Aye.

19   Grayson.

20   Aye.

21   Grove.

22   No.

23   Hurtado.

24   Aye.

25   Jones.

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                    128

1    No.

     Laird.
2
     Aye.
3
     Limon.
4
     Aye.
5
     McGuire.
6
     Aye.
7
     McNerney.
8
     Aye.
9
     Menjivar.
10
     Aye.
11
     Niello.
12
     No.
13
     Ochoa Bogh.
14
     No.
15
     Padilla.
16
     Aye.
17
     Perez.
18
     Aye.
19
     Reyes.
20
     Aye.
21
     Richardson.
22
     Aye.
23
     Rubio.
24
     Aye.
25

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                      129

1                    Seyarto.

2                    No.

3                    Smallwood-Cuevas.

4                    Aye.

5                    Stern.

6                    Aye.

7                    Strickland.

8                    No.

9                    Umberg.

10                   Aye.

11                   Valladares.

12                   No.

13                   Wahab.

14                   Aye.

15                   Weber Pierson.

16                   Aye.

17                   Wiener.

18                   Aye.

19                   SENATOR WEBER PIERSON:  Ayes 30, noes 9.

20   The amendments are laid at the table.  We will continue

21   our debate.

22                   Senator Wiener, you are recognized.

23                   SENATOR WIENER:  Thank you very much,

24   Madam President.  Because this is really about California

25   punching back against Donald Trump.  Donald Trump has

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                    130

1    been punching down at everyone for a long time, punching

2    down at states, punching down at trans kids, punching

3    down at immigrants.  We are punching back to protect our

4    democracy against this fascism.

5                This is about California checking Donald

6    Trump.  And -- and I wanted to say with respect to Trump,

7    there was some reference to corruption before.  I hope if

8    people are going to talk about corruption, we can talk

9    about the corruption in the White House, that Donald

10   Trump is accepting all sorts of bribes, these scam meme

11   coins that people use to funnel cash to him.  The -- the

12   plane that he received from the Qatari government, the

13   bribe that he received from Paramount to settle that

14   bogus defamation lawsuit.  So let's talk about that

15   corruption.

16               And we're seeing corruption here as well

17   in terms of Donald Trump trying to seize control of our

18   government in perpetuity.  And that's what's happening in

19   Texas and what we are responding to.  So, when I say that

20   California is checking Donald Trump, it's because not

21   that many institutions are actually stepping up to check

22   this aspiring dictator.  The Republicans in Congress are

23   not checking him.  They just give him whatever the heck

24   he asks for.

25               The Republicans in Congress voted to kick

1   their own constituents off of healthcare and food

2   assistance and to close hospitals in their own district

3   at the request of Donald Trump.

4              The Supreme Court is not checking him.

5   The Supreme Court basically rubber stamps whatever the

6   heck Donald Trump wants to do, whether it's illegally

7   deport immigrants or tear down the government illegally;

8   the Supreme Court just rubber stamps it.

9              It's not red states because Donald Trump

10  called up the Governor of Texas and said, hey, I want

11  five more seats in Congress.  Can you do a scam

12  redistricting?  And instead of saying, you know what,

13  Mr. President, like mind your own business.  We're going

14  to handle our own stuff here in Texas, the Governor of

15  Texas just said, yes, sir.  Whatever you want, sir.

16  We'll do whatever you need, sir.

17             Universities aren't doing it.  They're

18  caving in one after the other, adopting his MAGA

19  policies.  Most recently, even Harvard, which it was so

20  depressing.  Harvard was standing up, and then even

21  Harvard caved in.

22             It's not the media.  Some media are

23  standing up like the AP, which is still banned from a lot

24  of things because it refuses to say the Gulf of America,

25  but other media are even paying bribes to this President.

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording  on 08/21/2025                         132

 1   So California is not going to do that.  We are going to

 2   check this fascist overreaches.  We're going to check

 3   him.  We're not going to back down.

 4               We are the fourth-largest economy in the

 5   world.  We are the largest state by far.  We have the

 6   wherewithal to be able to fight back and punch back

 7   against this despicable human being who is trying to tear

 8   down so much of what is good in this country.  And Trump

 9   knows that we have the ability to punch back and that we

10   will punch back.

11               And that's why he is targeting California

12   so severely.  Why he is demanding a billion dollars in

13   extortion from UCLA.  Otherwise, he'll kill off

14   Alzheimer's and cancer research at UCLA.  He's doing it

15   by targeting, especially Southern California, with these

16   horrific immigration raids, grabbing people from their

17   front yards, and from bus stops, and from work sites --

18               SENATOR STRICKLAND:  Point of order.

19               SENATOR WIENER:  -- and disappearing them.

20               SENATOR WEBER PIERSON:  Just a moment.

21               SENATOR STRICKLAND:  Point of order.

22               SENATOR WEBER PIERSON:  Just a moment.

23               What is your point of order?

24               SENATOR STRICKLAND:  I deeply respect my

25   colleague from San Francisco and his passion about a lot

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                          133

1    of different issues throughout the state of California.

2    But I would encourage this body to talk about the bill

3    that's before us.  And I gave a lot of leeway before my

4    point of order, but it seems like it's going into a lot

5    of different issues.  And I would hope that my --

6                    SENATOR WEBER PIERSON:  Thank you so much,

7    Senator Strickland.  You've stated your point of order.

     Just a moment.

8                    SENATOR WIENER:  Madam President, it's

9    directly relevant.

10                   SENATOR WEBER PIERSON:  Thank you so much

11   for -- for waiting.  We have allowed during this debate

12   for people to give outside context on both sides to their

13   arguments for whether or not they support or oppose the

14   measure that is before us.  And therefore, your point is

15   not well taken.

16                   Senator Wiener, you may continue.  Thank

17   you.

18                   SENATOR WIENER:  Thank you very much.

19   Madam President.

20                   In addition to targeting UCLA, in addition

21   to these horrific fascist secret police immigration

22   raids, he is directly targeting California with his

23   unconstitutional plan to upend the census and to do a new

24   scam census so that he can move even more seats out of

25

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording  on 08/21/2025                              134

1    California and other states that don't support his

2    fascism.

3                     So on so many levels, he is targeting

4    California, and he is targeting so much that is good

5    about this country.  And California is not going to take

6    it sitting down.  We are going to punch back.  And that's

7    what we are doing today.

8                     I wanted to say one final thing.  I

9    supported the creation of the Independent Redistricting

10   Commission.  I have been an admirer of the work of this

11   Commission, and I understand that there are some folks,

12   people I know and respect, who want us to keep the

13   Independent Redistricting Commission, and we are keeping

14   it.

15                    But we also have to be clear that this is

16   about so much more than whether we are taking a

17   particular approach to redistricting.  That all becomes

18   irrelevant if we lose our democracy because we have a

19   fascist who freezes himself in power and continues to

20   tear down people's access to healthcare and destroy civil

21   rights for so many communities, and destroy our ability

22   to engage in scientific research.

23                    SENATOR WEBER PIERSON:  Senator Wiener,

24   let's --

25                    SENATOR WIENER:  Yes.

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                        135

1              SENATOR WEBER PIERSON:  -- go back to the

2    -- the bill before us.

3              SENATOR WIENER:  Yes.

4              And so it's about the bill.  It's about

5    the Independent Redistricting Commission.  And so as much

6    as we all want to have the best redistricting possible,

7    this is the right approach right now in response to what

8    Texas is doing and what this President is trying to do to

9    our country.  And I respectfully ask for an aye vote.

10             SENATOR WEBER PIERSON:  Thank you.

11             Senator Reyes, you are recognized.

12             SENATOR REYES:  Thank you, Madam

13   President.

14             My mother has often told me, and I'll say

15   in Spanish (Spanish).  My mother says, if it is unjust,

16   it is incorrect.  And if it is incorrect, it is your

17   responsibility to correct it.  Not because it affects

18   you, but it's because it affects others and because it

19   affects society.

20             The actions of this administration have

21   terrorized our communities.  Sometimes it is direct, and

22   sometimes it is not only direct in our -- in our

23   districts, but also throughout California.  In San

24   Bernardino County alone, 155,000 children rely on SNAP,

25   Supplemental Nutrition Assistance Program.  They're going

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                        136

1   to -- many of them are going to lose this.  That is an

2   injustice.

3               We are seeing armed masked men stopping

4   and kidnapping people right off the street, putting them

5   in unmarked cars, and sending them to unknown countries.

6   Just last week, we had a young man who was stopped by

7   these unmasked -- or by these masked armed men.  He

8   wouldn't roll down his window.  He asked them to identify

9   themselves, asked for a warrant.  They could not provide

10  anything.  They broke his windows.  He immediately fled.

11  They fired at his vehicle.  And on his way home, he

12  called 911 and asked San Bernardino PD to please come and

13  help.

14              We've lost due process, which is a

15  fundamental right of Americans.  We have lost it under

16  this administration.  The fear in our country is

17  unacceptable, especially for our children who are no

18  longer going to school.  We have -- we have

19  superintendents now concerned in sending the teachers out

20  to welcome the students to make sure the students feel

21  that they are protected in their schools.

22              This Trump big, ugly bill has taken $1

23  trillion that was for Medicaid.  In every one of our

24  counties, every one of our districts, our people, our

25  people, our constituents are losing their benefits.  And

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                        137

1   who benefited under that big, ugly bill?  Billionaires.

2   They can write off their jets now under this bill in

3   addition to so many other things.

4            Because of the President's failure, he

5   went to Texas, as has been talked about.  He went to

6   Republican states to do what failures do best when they

7   don't get their way - cheat, found a way to cheat.  He's

8   cheating because he knows that he will have to fairly

9   answer to the consequences of his actions, and to the

10  American people, who will wholeheartedly reject him.

11           This is why we're here on the floor, to

12  hold him and others accountable.  And to show that when

13  you pick a fight with California, California will fight

14  back.  It's been mentioned so many times, we didn't start

15  this fight, but we cannot back away from it.

    Extraordinary times call for extraordinary measures.

16           That is why we are doing this the right

17  way.  We are taking this fight to the voters to ask them

18  to join us in offsetting the partisan, hostile acts of

19  the Trump administration.

20           If California truly leads a nation, as is

21  often said on this floor, then it has to be us that shows

22  the rest of the country, democracy is what is at stake.

23  We are witnessing injustices under this President and

24  this administration.  These injustices are incorrect, and

25

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                    138

1   we have a responsibility to correct what is wrong.

2            If it is unjust, it is incorrect.  We are

3   here to protect democracy.  And I've got to tell you that

4   we take this responsibility -- I take this responsibility

5   very seriously.  And I am so proud to have returned to

6   this floor at this time to exercise my right to join with

7   my colleagues in exercising this responsibility and to

8   correct something that is so wrong and so unjust.  Thank

9   you, Madam President.

10           SENATOR WEBER PIERSON:  Thank you.

11  Senator Strickland, you are recognized.

12           SENATOR STRICKLAND:  Thank you,

13  Ms. President, members.  I would like to bring it back to

14  the bill that's before us instead of rehash the

15  Presidential campaign.  And I also -- I want to point out

16  on the open of this debate, Mr. Leader, who I have deep

17  respect for, said we had fake outrage.

18           I'm here to say there's nothing fake about

19  our outrage on our side of the aisle.  I hear a lot of

20  different terminologies being used by the other side.

21  The word "authoritarian" came up very, very frequently.

22  Well, it's authoritarian to have a predetermined

23  election, and that's exactly what will happen if we pass

24  and the people pass ACA 8.  We will have predetermined

25  elections where there's no competition in California, and

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                         139

1    that is authoritarian.

2              I do trust the voters of California.  And

3    a lot of the members here say, well, why don't you just

4    trust the voters of California, because they get to

5    decide the final say in November?  I do trust the voters.

6    However, I don't trust the truth in advertising.  We need

7    to have truth in advertising.  And when you look at

8    what's going to be called the title and summary with the

9    Attorney General, the first lines are going to be, do you

10   want to keep the non-partisan Citizens Redistricting

11   Commission?

12             Members, you know, that's not true.  You

13   know, that's not truth in advertising.  And I'm glad one

14   of my colleagues called out the high-speed rail because

15   at the time when that came forward, I said there was no

16   truth in advertising to that bill.  Because they said it

17   won't be $33 billion, and it won't go from San Francisco

18   to Los Angeles.

19             SENATOR CORTESE:  Point of order.

20             SENATOR STRICKLAND:  By the way --

21             SENATOR WEBER PIERSON:  Just a moment.

22             SENATOR STRICKLAND:  -- I'm responding --

23             SENATOR WEBER PIERSON:  Just a moment.

24   Just a moment.

25             SENATOR STRICKLAND:  -- to --

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                    140

1              SENATOR WEBER PIERSON:  Just a moment.

2          What is your point of order?

3              SENATOR CORTESE:  Point of order.  There's

4  nothing on the floor before us today that has anything to

5  do with high-speed rail and the arguments that a

6  colleague from Huntington Beach has made in the past

7  about high-speed rail.  And I just ask that he stick to

8  the matters on the floor.  Thank you.

9              SENATOR STRICKLAND:  Madam President, I'm

10  responding to a member.

11              SENATOR WEBER PIERSON:  Just a moment.

12  Just a moment.

13              SENATOR STRICKLAND:  It's truth in

14  advertising.

15              SENATOR WEBER PIERSON:  Thank you.  So

16  seeing that a senator did mention high-speed rail

17  earlier, we are going to allow for latitude to allow

18  Senator Strickland to include those in his remarks.

19  However, please try to keep your remarks as close to --

20              SENATOR STRICKLAND:  I will.

21              SENATOR WEBER PIERSON:  -- the measure

22  that we are debating as close as possible.  Thank you.

23              SENATOR STRICKLAND:  Thank you, Madam

24  President.

25              Again, I have faith in the California

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                    141

1    people and the California voters, but when they're misled

2    in terms of what they're actually voting for, like the

3    high-speed rail and like what's before us here today,

4    when you're telling the people of California, you're

5    preserving the non-partisan Citizens Redistricting

6    Commission, you're not being truthful to the people of

7    California.

8             And again, we've done this without

9    transparency.  We haven't done it in the light of day,

10   but again, I firmly believe when it comes down to it, the

11   people of California -- if this bill moves forward, the

12   people of California will fight to preserve what is the

13   non-partisan Citizens Redistricting Commission, a gold

14   standard, because they don't want the authoritarian

15   politics to have predetermined elections.

16            They want to have a voice, and they will

17   not have a voice in California if this bill moves

18   forward.  And instead of people in Congress earning the

19   votes of their citizens, the elections will be

20   predetermined.  And I can't think of anything more

21   authoritarian than having predetermined elections.  And

22   for that reason, I urge a no vote on ACA.

23            SENATOR WEBER PIERSON:  Thank you.

24            Senator Padilla, you're recognized.

25            SENATOR PADILLA:  Thank you very much,

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                    142

1    Madam President and colleagues.  I rise in support.

2               You know, to be honest, Madam President,

3    I'm reminded of a famous line from a classical movie

4    we're all familiar with, The Wizard of Oz.  Pay no

5    attention to the man behind the curtain.

6               The question before the Senate on this

7    amendment is first whether we should adopt its content,

8    what it does, and whether we should submit it to the

9    voters of California for their good judgment to decide

10   whether or not to adopt it and to put it into operation.

11   But really, Madam President, this is a conversation about

12   the why and not the what.

13               I think we know the what, what a contrast

14   it presents.  Sitting President of the United States

15   phones up the Governor of Texas with their time-honored

16   tradition of gerrymandering and being in court defending

17   that they don't violate the Voting Rights Act,

18   disenfranchising voters, doing it their way, which

19   they're entitled to do.  But in this case, having a

20   sitting President ask that they do it now, mid-census,

21   with an eye towards the next midterm elections for

22   representation in the United States House of

23   Representatives.

24               And so here we are with this question in

25   response to that, but doing it slightly differently.  Not

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                         143

1   because a President called us up and said, can you find

2   me some more districts?  But putting the question before

3   the people enfranchising and empowering the voters of

4   California to make this critical decision and paying them

5   the respect and honesty as to the why.

6                  And we should think about the why.  Why is

7   it important in the midterms for the US House of

8   Representatives that there be an even exchange of debate

9   and ideas, and opportunity for the people of this country

10  to decide what that house looks like instead of giving

11  greater weight to one point of view before the game is

12  even played and diminishing the voices of another point

13  of view?  The why is pretty obvious.  It's to continue

14  the trajectory and the policies of regression, and

15  reduction, and undoing that we are witnessing in this

16  time at a level we've never seen in modern American

17  history.

18                  That's why it's important to balance the

19  equation so that all voices in our congressional midterms

20  have an opportunity to be heard.  Not for its own sake,

21  but because of what is at stake.

22                  There was a young democratic President in

23  January of 1961 named John Kennedy, who talked about

24  being part of a generation of leaders, new leaders that

25  were not and were unwilling to witness or permit the slow

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                    144

1   undoing of the basic human rights for which this nation

2   has always been committed here at home and around the

3   world.

             And two decades later, a Republican
4
    President named Ronald Reagan, upon taking his oath,
5
    talked incredibly and articulately well about the fact
6
    that freedom and the dignity of the individual must be
7
    and has been more available and assured here in this
8
    country than in any other place on earth.
9
             The question is really about the why.  Why
10
    did President Trump ask Texas to act?  Why is it
11
    important that they rigged the game before it's played?
12
    It's not for its own sake.  It's for what they want to
13
    continue to do, the slow undoing.  The slow undoing that
14
    we've witnessed in the undoing of individual liberties
15
    and protections, ignoring courts of law.  The snatching
16
    of persons by unidentified masked agents off the streets,
17
    something people haven't seen since behind the Iron
18
    Curtain during the Cold War in the most oppressive states
19
    in the world, pushing millions out of the social safety
20
    net.  Those who can least afford it, and those who are
21
    most vulnerable.
22
             The undoing that is the biggest tax
23
    giveaway in American history to the wealthiest Americans
24
    at the expense of the most vulnerable.  The retreating
25

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording  on 08/21/2025                         145

1    from American leadership abroad in the world.  The

2    failure to defend territorial integrity, sovereignty, and

3    democracy.  To stand for something that we pledge

4    allegiance to every day, the slow undoing.

5              And the question today, colleagues, are we

6    -- are we part of a new generation of leaders in 2025 who

7    are unwilling to witness or permit that continued slow

8    undoing of everything we hold dear?  Are we going to be

9    part of a generation of leaders that are determined to be

10   sure that the freedom and dignity of the individual must

11   be available and assured here in America, more so than in

12   any other place on earth?  That's what this debate is

13   really about.  We must be that generation of leaders.

     And I respectfully ask for aye vote.

14             SENATOR WEBER PIERSON:  Thank you.

15   Senator Rubio, you are recognized.

16             SENATOR RUBIO:  Thank you, Madam

17   President, ladies and gentlemen of the Senate.

18             Today, I rise first and foremost as a

19   teacher, just thinking about what this moment means to my

20   students, as a former council member, just thinking of

21   how this moment is going to impact my community, and as a

22   formerly elected city clerk who ran elections, what this

23   means to democracy.  And I rise in strong support of ACA

24   8, and now, of course, as a state senator, caring very

25

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                        146

1    much about what happens in this beautiful state to the

2    beautiful people of California.

3              But I want to be clear.  I've been hearing

4    over and over from my colleagues their outrage about the

5    money that's being spent in this election.  And really, I

6    think the outrage is hollow.  One of the things that

7    keeps running through my mind constantly is that, you

8    know, we have a President, Donald Trump, who has wasted

9    millions and millions of dollars, of our tax dollars, in

10   his own luxury, and we haven't heard any outrage about

11   that spending.

12             He has spent millions of dollars

13   retrofitting a private jet that he received from a

14   foreign country no less.  He is currently spending

15   millions of dollars on a grand ballroom so that he can

16   continue to have his lavish parties.  And he continues to

17   spend money gold-plating a White House that was meant to

18   be white.

19             And yet we have so many of our seniors

20   whose lives are being threatened, healthcare being cut

21   back, and their Social Security also threatened.  We have

22   our students, our children, our community members who now

23   are going to be impacted by the cutbacks in SNAP and food

24   assistance.  And it always happens to the most

25   vulnerable.  But let's not talk about the millions in

1    that ballroom that's going to have gold plating.

2              And then we don't think about the millions

3    that were spent deploying our military on American soil

4    on Americans.  While college students are not going to be

5    able to afford to go to college because their grants were

6    frozen.  I don't remember the outrage over those tax

7    dollars, and never mind that his children and himself

8    continue to make billions.  He didn't divest, and I

9    believe he has continued to violate the Emoluments

10   Clause.  Again, where is the outrage?  They're making

11   billions.

12             The truth is that the outrage is not over

13   the spending.  It's about accountability.  It's about

14   democracy itself.  And that is why ACA 8 matters so much

15   because we need to give Californians the power to decide

16   if it matters to them as well.  And I believe that the

17   way this is set up, it does.  We're giving Californians

18   the power to decide in November for themselves if this is

19   fair, and it's in the hands of the voters.

20             And if we don't protect democracy now,

21   then when?  When it's gone and history is looking back?

22   History will look back on us.  Future generations will

23   look back on us, and I think this is the right time to do

24   the right thing.

25             Government should always be about service

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                          148

1   and not self-indulgence, as we have seen from our

2   President.  It's about feeding children, not feeding

3   egos, as we have seen from the President.  It's about

4   protecting seniors, not protecting golf outings, as we

    have seen from the President.

5
             ACA 8 is our chance to say enough, to put
6
    power back where it belongs, and that is in the hands of
7
    our Californian people.
8
             The maps are already online.  They will be
9
    printed on official voter guides.  Voters will have
10
    plenty of time to review them and cast their vote.  The
11
    people will decide.  All Californians will decide, and it
12
    doesn't matter what side you're on.  So with that, I
13
    respectfully ask for your aye vote.  Thank you.
14
             SENATOR WEBER PIERSON:  Thank you.
15
             Senator Smallwood-Cuevas, you are
16
    recognized.
17
             SENATOR SMALLWOOD-CUEVAS:  Thank you,
18
    Madam President and colleagues.  I rise in strong support
19
    of ACA 8.
20
             Today's conversation just reminded me of
21
    something that my grandmother said, and that is, if you
22
    don't know your history, your children will be doomed to
23
    repeat it.  When our people marched across the Edmund
24
    Pettus Bridge, facing dogs, and fire hoses, and the
25

1  terror of Jim Crow and racial violence, we were not only

2  demanding the right to vote for ourselves, we were

3  expanding the promise of democracy for the nation.  And

4  out of that sacrifice came the Voting Rights Act of 1965,

5  the most important civil rights law in our history.

6          And yet every year since the act was

7  passed, Texas has found ways to violate it.  A reminder

8  that progress is never permanent, and vigilance is always

9  required.  And Californians know, and what today's vote

10  on ACA 8 is about, is that this fight is not over.  The

11  same forces that tried to stop us in Selma are still

12  working today to silence our voices through voter

13  suppression and this Texas gerrymandering.

14          In fact, we must honor the Voting Rights

15  Act, not just with memory but with action.  And we must

16  protect the right to vote and ensure that we are

17  strengthening all communities of interest, ensuring

18  people who have saved our democracy can never be shut out

19  again.  ACA 8 is about one thing - defending our

20  democracy from being rigged by a tyrant.

21          Texas and other Republican-led states are

22  rushing through a mid-decade redistricting scheme

23  designed to steal seats in Congress.  In Texas, what this

24  looks like is that black Texans will lose much of their

25  power, being reduced to about a fifth of what their power

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording  on 08/21/2025                    150

1   was before this gross attack.  This is not just a power

2   grab.  It is a direct attack on communities of interest,

3   on young voters, and on anyone who stands for equity, and

4   justice, and due process of law.

5            Californians, we understand that we cannot

6   sit back while these extremists tilt the balance of power

7   under this hand of Donald Trump and unchecked control of

8   Congress.  We cannot let this happen.  And ACA 8 provides

9   a safeguard.  It states that if Texas gerrymanders their

10  maps, California will temporarily adjust ours to level

11  the playing field.  And we understand we always need to

12  work at leveling the playing field.

13           Time and time again, when our nation's

14  future was on the line, this history of the black vote is

15  key because it's carried us forward.  ACA 8 offsets

16  partisan gerrymanders in Texas.  It protects vulnerable

17  communities here in California.  And it's not maps alone

18  that safeguard our future.  Let's remember our history,

19  and let's take a closer look at Texas history.

20           Texas once saw black political power rise

21  during reconstruction, as it had across much of the

22  country, only to be stripped away by the black codes, and

23  Jim Crow, and racial terror, poll taxes, white-only

24  primaries that cut black voter rolls in Texas from over

25  100,000 to just a few thousand.  The Voting Rights Act of

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                    151

1   1965 reclaimed that.  But today's gerrymandering in

2   Texas, the voter suppression, shows that Texas is now

3   sliding back, a reminder that every generation must fight

4   to keep democracy alive.  And that is what we are

5   stepping up to the plate to do here in California.

6            This is bigger than what we are doing on

7   this floor, and it's bigger than what our voters will

8   have to do this November.  This is about sending a clear

9   message to the nation and the world that we will not

10  allow Donald Trump and MAGA Republicans to steal

11  elections from the people.  We know what happens when

12  Trump has power.

13           Many of my colleagues have described the

14  painful and cruelty of it - denying disaster relief to

15  fire victims, imposing illegal tariffs that is destroying

16  our economy and threatening hundreds of thousands, if not

17  millions, of workers.  He's hurting working families by

18  rolling back over 60 years of hard-fought labor

19  protections.  He's ordered the mass arrest, deportations,

20  racial profiling, and terrorizing of families and

21  children.

22           He's criminalizing diversity, dismantling

23  DEI programs that protect equity in our schools and in

24  our workplaces, and that allows us to grow and be

25  innovative by bringing new voices, and ideas, and thought

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                          152

1    partners to the table.  If given unchecked control, we

2    know that Trump will roll back decades of human civil,

     women, workers' rights.

3
              ACA 8 is California, once again, standing

4    up to defend democracy, just as we have led on climate

5    resiliency, just as we have led on workers' rights, on

6    women's rights, on equity.  Today, we will lead on

7    protecting free and fair elections.  Let's make sure the

8    voice of California and all Californians will not be

9    silenced by partisan power grabs at the hands of a

10   dictator.  And with that, I respectfully urge an aye vote

11   on ACA 8.

12            SENATOR WEBER PIERSON:  Thank you.

13            Senator Arreguin, you are recognized.

14            SENATOR ARREGUIN:  Thank you, Madam

15   President.

16            Senators, I rise in strong support of ACA

17   8, a bill that is vital to the preservation of our

18   democracy, that is under assault by President Trump.

19            And first, let me address the question of

20   whether it is legal for us to take this action today.

21   The Legislature and the voters often put constitutional

22   amendments on the ballot.  And what we are doing today is

23   putting this question to the voters and giving them the

24   opportunity to decide whether to allow for the temporary

25

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                      153

1    implementation of these congressional boundaries if the

2    voters approve this measure.

3                  In today's debate, my colleagues on the

4    other side of the aisle have failed to address what I

5    think is the elephant in the room: their party's leader,

6    President Trump, and the Republicans in Texas who are

7    gerrymandering democratic and minority -- majority

8    districts to give Trump five new Republican seats in

9    Congress.  And why?  The President is afraid that he

10   can't win an election in a fair fight.  So he has to rig

11   the process to give his party an unfair, partisan

12   advantage.  That is not fairness.

13                  So we wouldn't be here today if it wasn't

14   for the President's actions, and the actions of the

15   Governor of Texas, and the Texas Legislature.  I wish we

16   weren't here today, but we are.

17                  And I would agree with my Republican

18   colleagues, we have a lot of important business to

19   address for our state, but this is probably just, if not

20   more important than that business that we have to take up

21   over the next few weeks because the impact of Trump and

22   the Republican Congressional majority have had in our

23   state has been so significant.  So much of what has

24   impacted our state over the last eight months has been

25   directly in response to the devastating policies of this

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                    154

1    administration.

2             I've also heard concerns about the cost of

3    this special election, but let's put this in the context

4    of what's at stake.  Potentially billions of cuts to

5    state grants and funding by the Trump administration.

6    Within the first month, the Trump administration tried to

7    freeze federal funds to California.  And let's also

8    remember that we are the largest donor to the federal

9    government.  One in four taxes are paid by Californians.

10            Thanks to the actions of Democrats in this

11   Legislature by providing emergency funding and the

12   actions of our Attorney General, we unfroze $168 billion

13   in federal funds, approximately a third of our state's

14   budget.  We also took action to prevent 11 billion in

15   health and human services cuts, and 7 billion in

16   transportation cuts.

17            That doesn't even account for the

18   devastating cuts that will be realized by the passage of

19   HR 1 to our federal Medicaid budget, which will kick

20   millions of Californians off of healthcare coverage, the

21   cuts to SNAP, which will mean that children and families

22   will starve in our state, the threatened cuts to

23   education funding, and other essential programs.  This

24   will further crater our state's budget.

25            What's at stake is also our state's

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording  on 08/21/2025                    155

1   economic prosperity.  This administration's trade

2   policies are having a direct impact on our state's budget

3   and are wreaking havoc on our state's economy.

4              So when we talk about budget deficits,

5   where do we think they come from?  My constituents in

6   Senate District 7 in the East Bay and people across the

7   nation are outraged seeing the federal government

8   destroying their livelihoods.  From dismantling our

9   safety nets, eliminating healthcare coverage, reversing

10  the progress that we've made on civil rights and on

11  environmental protections, and the kidnapping of our

12  hardworking immigrant neighbors.

13             Our constituents call on us to take

14  meaningful action during these unprecedented times.  And

15  ACA 8 is that action to give voters an opportunity to

16  take a stand.

17             Now, I'm a proud supporter of independent

18  redistricting, something that our state will retain, even

19  if the voters approve this map.  And I believe that all

20  states should have independent commissions, something

21  that congressional Republicans have long opposed.

22             And so as the author had mentioned, ACA 8

23  specifically calls on Congress to adopt legislation and

24  to put on before all the states a constitutional

25  amendment to allow for independent commissions

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording  on 08/21/2025                          156

1   nationwide.  But why have Republicans in Congress opposed

2   these efforts?  Why are they afraid of giving power to

3   redistrict to the people?  Do they not believe in free

4   and fair elections?  To me, the answer is simple.

5   Because if the people had their way, Congress would

6   actually reflect the will of the people.

7           So Trump's solution is to push our 250-

8   year experiment in democracy to the brink in order to

9   hold on to power.

10          So the question before us is a simple one.

11  Will we enable this assault on our democracy, a necessary

12  step to continue the President's attacks on immigrants,

13  the LGBTQ plus community, on reproductive rights, on

14  anyone who dares to stand against authoritarianism?  Or

15  will we say enough is enough and take action to counter

16  these attacks?

17          During this critical moment, I urge you to

18  stand on the side of democracy.  Colleagues, the country

19  is watching what we are doing here today, and history

20  will remember what we do.  With that, I respectfully ask

21  for your aye vote on ACA 8.

22          SENATOR WEBER PIERSON:  Thank you.

23          Senator Cortese, you are recognized.

24          SENATOR CORTESE:  Well, thank you, Madam

25  President.  I rise in support of ACA 8.

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording  on 08/21/2025                          157

1      We are here today because our democracy is
2   under attack, as we've heard over and over and over
3   again.  But what does that really mean in specifics?
4   We've seen the dangers of unchecked power.  What does
5   that really mean today in this context?  You know, after
6   the last national elections, the President of the United
7   States was able to consolidate power to the executive
8   branch in the House and the Senate, and he has a very
9   favorable judicial branch.

10      Most of us are taught in eighth-grade
11   civics that those three branches of government are
12   supposed to check themselves, but democracy was in play.
13   The American people voted, and we are where we are.  But
14   when you talk about trusting the voters, what I've seen
15   over and over and over again in my lifetime, especially
16   my voting lifetime, is that the American people are the
17   other branch of government.

18      The American people will check and will
19   swing the pendulum back when they see the three branches
20   of government become too extreme.  And that's happened.
21   And the President of the United States was surrounded by
22   his own advisors, who said that your extreme policies are
23   going to cost us the midterm elections.  And when you
24   cost us the midterm elections, you cost us the
25   consolidation of power.  This, as my colleague from

1   Berkeley and others have said here today, you're going to

2   cost us unified power for the Republican Party in this

3   country, but more importantly, for our extreme policies.

4              Why?  Because the one thing that can check

5   all three branches of government are the sanctity of the

6   vote, the franchise of the vote.  And that's when the

7   President of the United States said, unless we can

8   disenfranchise those voters; then we've got them too.

9   And that's a decision that was made.

10             And that's why this President and this

11  administration is such a powerful threat to democracy

12  because he's no longer consolidating power among three

13  branches of government.  He's disenfranchising and

14  literally taking away the right to vote for whom people

15  want to vote.

16             That's manipulation of democracy and the

17  vote, but we're doing it differently here under ACA 8.

18  Here in California we're saying, as our Governor has

19  said, we can counter what's going on in Texas.  We can

20  counter what's going on in the administration.  But here,

21  because of the way that we operate, we're going back to

22  the people of California.  We're respecting the sanctity

23  of the vote.  And we ask the voters of California, what

24  do they choose?

25             Do they choose the methodology that we

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                    159

1   have in place now for selecting our Congressional

2   representatives, or in light of what's going on in

3   Washington and Texas, do they want to change the rules?

4   They get to decide.  They get to decide.  And so here in

5   California, the sanctity of the vote is paramount.  In

6   Washington DC, it's not.  That's the difference.  That's

7   why ACA is not a power grab.  Quite the opposite.  It's a

8   safeguard.  It's a temporary safeguard.

9               In California, voters, not politicians,

10  will decide whether we should use this temporary

11  safeguard to keep the playing field level and whether we

12  should protect our democracy from a power grab by our

13  President, not just of three branches of government.  ACA

14  puts the choice squarely in the hands of the people.  Why

15  do we call this authoritarian overreach?  Think about it

16  for a moment.  This President has gone to an autonomous

17  state, Texas, a self-governing state, Texas, a

18  freestanding state, Texas, a sovereign state within the

19  United States of America, and said, you'll do what I tell

20  you to do.

21              ACA 8 is the only thing we have in our

22  toolbox to counter that.  But we have tools, and we'll

23  use those tools.  Thank you.  And I urge your aye vote.

24              SENATOR WEBER PIERSON:  Thank you.

25              Senator Grove, you're recognized.

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording  on 08/21/2025                        160

1          SENATOR GROVE:  Thank you, Madam
President.

2          Again, I wasn't going to speak on this
because I wanted to voice my opinion on the previous

3

4  bill, and they're all considered a package.  But I do
want to set the record straight and make some comments

5

6  with some leeway from Madam President regarding some of
the comments that were made on the floor.

7

8          Again, if you look at the lawsuit between
Petteway versus Galveston County, the court, the three

9

10  branches of government that were just mentioned by my
good colleague, that the court ordered Texas to redraw

11

12  the lines.  President Trump did not order Texas to redraw
the lines.  This is an independent judge.  He said,

13

14  redraw the lines based on a lawsuit filed by the Elias
Commission, which I described earlier.

15

16          It's absurd to stand.  And again, I just
love my good colleague.  I mean, he's only right 10

17

18  percent of the time, but when he is right, I agree with
him; but he's right -- or wrong a lot of the times.  My

19

20  good colleague from San Francisco made the comment that
UCLA was being punished by a mean dictator because they

21

22  were being fined $1 billion by President Trump.

23          UCLA is being fined by the President
because they failed to protect Jewish students.  Where

24

25

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording  on 08/21/2025                    161

1    Jewish students were attacked, threatened, locked in

2    rooms, refused to allowed to go to class.  They won a

3    $600 million lawsuit against the university system, and

4    President Trump fined the UC -- UC system, $1 billion for

5    not protecting Jewish students.  Nobody wants to relive

6    history in the 1940s and that era, that timeframe of

7    World War II.  And the President is standing up for

8    Jewish students.  That's why he fined them $1 billion.

9              So just a point of clarification to my

10   good friend and my colleague from San Francisco, and the

11   co-chair of the Jewish -- Legislative Jewish Caucus.

12   That was a justification, and we should all stand behind

13   the fact that people who hurt and harm our Jewish

14   communities should be punished in some way.  And I

15   applaud the President for doing this.

16             Again, read Galveston versus -- read

17   Petteway versus Galveston County.  That's what started

18   this whole thing.  It was not President Trump.  It was a

19   court case that required Texas to redraw the lines, which

20   triggered your response, which is going to trigger a lot

21   of other responses.

22             And as I made in my comments earlier,

23   Maryland Democrats occupy 7 out of 8 seats even though 40

24   percent of votes were Republican.  Massachusetts, all 9

25   seats are Democratic despite President Trump getting 40

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                        162

1    percent of the vote.

2              It continues down the line, and this ACA

3    to gerrymander even further, the seats that you have in

4    California, where Republicans got 40 percent of the vote

5    and we occupy 17 percent of the congressional seats.  And

6    to allow these maps with no other choice other than the

7    voters to say no for this to happen, based on the

8    rhetoric that is coming out of this body, that it's

9    President Trump.

10              It's a court case.  The documents are

11   right there.  I'd be glad to send it all to you.  Most of

12   you are attorneys.  I barely have a high school diploma,

13   and I was able to read that and determine where the

14   lawsuit came from.  Respectfully ask for a no vote.

15              SENATOR WEBER PIERSON:  Thank you.

16              Senator Perez, you are recognized.

17              SENATOR PEREZ:  Thank you, Madam

18   President.

19              I'm proud to rise in support of ACA 8 as

20   well as a co-author of the Election Rigging Response Act.

21   You know, I think it's really important that we

22   articulate why we are here today and why we are even

23   taking up ACA 8.

24              Over the last several weeks, we have seen

25   Texas Republicans, along with Governor Greg Abbott, take

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording  on 08/21/2025                          163

1    actions to try to redraw their maps to add an additional

2    five Republican seats.  In addition to that, they have

3    threatened Texas Democrats, enforcing police force

4    against them to go searching for them, threatening to

5    utilize the FBI, and in one case, even locking a Texas

6    legislator in the chambers, refusing to allow her to

7    leave unless she signed and agreed to have 24-hour

8    surveillance.

9               We have Texas members of the Legislature,

10   democratic members that are being followed by police

11   officers in the grocery store.  This is complete

12   absurdity and complete madness.  And while I heard

13   clearly from my Republican colleagues that they do not

14   believe that President Donald Trump reached out to

15   Governor Greg Abbott, we have seen otherwise.  That the

16   President has reached out to Texas Governor Greg Abbott

17   to ask him to deliver these five Republican seats.  That

18   he's reached out to the states of Missouri, Florida,

19   Ohio, Indiana, and possibly even Kansas in order to

20   redistrict the maps so that he can turn the 2026 election

21   in his favor.

22               Now, why is this happening?  That is

23   because the President has moved forward a set of policies

24   that is wildly unpopular.  We have seen the cost of

25   living skyrocket.  We have seen ICE raids across our

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording  on 08/21/2025                          164

1    community.

2                   We had a man die in Camarillo.  Mr. Alanis

3    (phonetic), who died while running from an ICE raid, fell

4    more than 30 feet to his death.  Just a few days ago, a

5    man died in my district.  Roberto Carlos Montoya Valdez

6    was killed when he was running from an ICE raid and was

7    struck by a vehicle.  This is unacceptable, and I want to

8    emphasize this, that lives are on the line.  That is what

9    is on the line.

10                  We are not just talking simply about

11   funding.  We talk a lot about numbers in this House and

12   the millions of dollars that have been cut from

13   education, from healthcare, from food programs, the

14   millions of dollars that are being spent on additional

15   ICE raids, on surveillance, and policing of our

16   communities.

17                  But what has that ultimately resulted in?

18   That has ultimately resulted in people dying.  People

19   losing access to critical healthcare.  Less people

20   showing up to their doctors' appointments.  Less people

21   having access to healthy and nutritious food.  And

22   ultimately, that is going to have an impact on the 2026

23   elections because voters know, Americans know, regardless

24   of party, they are seeing that these policies are not

25   yielding results for them.  That this is an

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                    165

1   administration that is more interested in investing in

2   billionaires, in trillionaires, and their interest in

3   giving them huge tax breaks than everyday working people

4   like you and me, and it is utterly unacceptable.

5           Now, what we have done here today in

6   introducing ACA 8 is allow us to neutralize what is

7   happening in Texas so that we can create an additional

8   five Democratic seats to stop this mess and stop this

9   chaos.

10          But what does it also do?  It protects our

11  independent redistricting commission.  Something that was

12  approved by the voters, and it was not easy to get it

13  approved.  It was put on the ballot several times.  We

14  finally earned the support of the voters.  You have both

15  Democrats and Republicans that serve on that Commission.

16  They will be redrawing the lines come 2030 again.  And

17  that is important.  That is critical.

18          And I want to highlight that it is

19  Democratic states that have independent redistricting

20  commissions.  It is not Republican states.  In fact, here

21  in the United States, the five most gerrymandered states

22  are Republican states.  And we need to call that out to

23  continue to pretend as if partisan gerrymandering was

24  just something that came up, as if California created

25  this.  To watch the Vice President, JD Vance, continue to

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording  on 08/21/2025                        166

1    spread this misinformation is utterly unacceptable.

2              What do we know?  That back in 2021, when

3    Democrats introduced a measure to ban partisan

4    gerrymandering, it was Senate Republicans who killed it.

5    And we could have stopped this mess then, but they have

6    refused to allow such a measure to pass.

7              And we know that come 2026, voters are

8    going to turn out, and they're going to send a message.

9    They're going to send a message that they do not support

10   cuts to food stamps.  That they do not support cuts to

11   Medicare programs.  That they do not support ICE raids in

12   their communities, robbing their neighbors in broad

13   daylight and causing deaths left and right of hardworking

14   people - farm workers, day laborers, blue collar workers

15   that look like my father and my grandfather.  That they

16   do not support Republicans leaving session early in

17   Congress to prevent the release of the Epstein files.

18              We are going to hear loud and clear come

19   2026, and that's what this moment is about.  California

20   is stepping up.  We did not want this battle.  And I want

21   to make very clear, and folks that have worked with me

22   know, I have been very invested in independent

23   redistricting.  We have moved measures like this forward

24   at the local level.  But unfortunately, this is a moment

25   that requires us to respond.  California didn't pick this

1    battle, but we can end it.  And that is our job here

2    today.  I urge an aye vote on ACA 8, and I'm so proud to

3    be supporting and co-authoring this message.  Thank you

4    so much.

5                    SENATOR WEBER PIERSON:  Thank you.

6                    Senator Niello, you are recognized.

7                    SENATOR NIELLO:  Thank you, Madam

     President.

8                    With regard to some final comments of my

9    friend from Pasadena relative to who supports and doesn't

10   support redistricting, at least in this state, I would

11   just make reference to my past historical notes when I

12   spoke to the previous bill.

13                   But I have a question of the author.

14                   SENATOR WEBER PIERSON:  Will the author

15   take a question?

16                   SENATOR CABALDON:  Yes, Madam President.

17                   SENATOR WEBER PIERSON:  Thank you.

18                   You may proceed.

19                   SENATOR NIELLO:  And in connection with

20   that, I'd like permission to read.

21                   SENATOR WEBER PIERSON:  Seeing no

22   objection, you may proceed.

23                   SENATOR NIELLO:  I am reading from Article

24   21, Redistricting of the State Constitution,

25

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                      168

1   Redistricting of Senate Assembly Congressional and Board

2   of Equalization Districts.  This is Section 2J.

3              "If the Commission does not approve a

4   final map by at least the requisite votes or" -- and this

5   is the relevant section -- "if voters disapprove a

6   certified final map in a referendum, the Secretary of

7   State shall immediately petition the California Supreme

8   Court for an order directing the appointment of special

9   masters to adjust the boundary lines of that map in

10  accordance with the redistricting criteria and

11  requirements set forth in three other previous

12  subdivisions.  Upon its approval of the master's map, the

13  court shall certify the resulting map to the Secretary of

14  State, which map shall constitute the certified final map

15  for the subject type district."

16             Now, within the allowance of ACA 8 and the

17  issues we're speaking today, it does ask the voters to

18  disapprove the certified final maps, but with other maps

19  being substituted, which is in direct conflict with that

20  specified by this constitutional requirement.  So my

21  question is: how does that not make this

22  unconstitutional?

23             SENATOR CABALDON:  Thank you, Madam

24  President.  First let me emphasize that the Senate has

25  paid close attention to each word and each provision of

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                          169

1    the constitutional amendment in the construction of this

2    bill, along with our colleagues in the assembly but also

3    to point out what might be the obvious - that this is

4    Assembly Constitutional Amendment Number 8, and

5    therefore, its provisions already being not inconsistent

6    with the constitution will amend the constitution, and

7    they will be, by definition -- if the voters choose to

8    enact them, they will be constitutional.

9             SENATOR NIELLO:  So in other words, you

10   are actually amending Article 21.

11            SENATOR CABALDON:  No.  So Article 21 --

12   Article 21 of the constitution will be -- remains in

13   place as a result of ACA 8.  ACA 8 adds new provisions to

14   the constitution and an alternative procedure that is

15   temporary and for this one purpose and this one time, an

16   alternative that the voters have the ability through

17   their votes to enact.  And the Senate has complied in

18   every respect with the entire constitution in the

19   drafting of this measure.

20            SENATOR NIELLO:  So this also amends or

21   basically eliminates Section 2J.

22            SENATOR CABALDON:  Now, Section 2J

23   remember --

24            SENATOR WEBER PIERSON:  Excuse me.

25            SENATOR CABALDON:   -- let us --

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                          170

1                    SENATOR WEBER PIERSON:  Excuse me.

2                    SENATOR CABALDON:  Oh sorry, Madam

3      President.

4                    SENATOR WEBER PIERSON:  Will the Senator

5      take another question?

6                    SENATOR CABALDON:  Yes, Madam President.

7                    Section 2J -- as you know, my colleague

8      from Fair Oaks, Section 2J exists in the article that

9      describes the procedure by which the commission

10     constructs the maps each -- after each decennial census.

11     And in fact, that is the first line of that article is

12     each 10 years after the census this -- the following is

13     about what is to occur.

14                   This ACA 8 creates a different provision

15     of the constitution, this alternative procedure that

16     would be temporary for this one-time purpose.  And so as

17     long as it's not inconsistent with other provisions of

18     the constitution, this measure gives the people the power

19     to design the proper approach for this one time temporary

20     measure.  So it is not inconsistent with it.  It fully

21     complies with the constitution.

22                   SENATOR NIELLO:  Well, thank you for that.

23                   On my own time, all of the testimony here

24     by everybody that we believe we have an excellent system

25     for redistricting after each census.  And we will most

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                              171

1    certainly go back to that after 2030.  Nonetheless,

2    again, referring back to my little history dissertation

3    earlier today and the involvement, reported involvement

4    of the DCCC in this action that is going on that has been

5    developed behind the scenes.  One has to be awfully

6    suspicious of significant changes to this process and

7    whether, indeed, the intent or the power to continue on

8    our previous track after 2030 is of great concern to me,

9    and I think should be of great concern to everybody who

10   votes in favor of this ACA and the other two bills that

11   we have, and of great concern to the voters of California

12   once this goes on the ballot.

13              SENATOR WEBER PIERSON:  Thank you.

14              Senator Wahab, you are recognized.

15              SENATOR WAHAB:  Thank you.

16              I first just want to state that I try

17   really hard to represent my entire district, both

18   Republicans, Democrats, as well as independents, non-

19   voters, new immigrants, and anybody that lives in my

20   district.  And I believe that is the role of when we

21   create policy, it is for the entire State of California

22   representing all people, just as when we do a census.

23   It's about all people.

24              And it was referenced about lawsuits.  In

25   2023, the Supreme Court ruled in Abbott versus Perez,

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                        172

1   that Texas's redistricting plan violated the voting

2   writers -- the Voting Rights Act, mandating that voters

3   of color be placed in districts with more opportunity to

4   select their preferred candidates.  And continuously we

5   have seen that Texas has been violating the Voting Rights

6   Act since 1965, and even this most recent action in

7   August of this month, of 2025, we are seeing violations

8   being made.

9                  And I heard multiple times today a number

10  of things - that you know it's wrong, what's being done;

11  and there's zero transparency; and it's a power grab.

12  And I call that into question.  So when President Trump

13  calls for Texas to do a partisan mid-decade redraw, which

14  handed themselves plus five GOP seats behind closed

15  doors, is that okay?  Shutting down Democrats in these

16  rushed maps?  Is that okay?  The fact that California is

17  different.  We're giving voters the final say and

18  opportunity to use their voice by voting on this effort.

19  The highest form of transparency for all voters.

20                  We hear that it's unconstitutional or

21  overturning the will of the voters.  And the US

22  Constitution does not forbid mid-decade redistricting.

23  In fact, California's constitution requires voter

24  approval, which is exactly what we are doing.  We are

25  following the rules and going to the voters.  The

1    Commission remains in place even after this.  This is a

2    temporary safeguard until 2030.  And again, it's up to

3    the voters, not politicians deciding whether to authorize

4    this action; that's respecting the will of the people.

5    We are going to the voters.

6                 So I've heard Democrats are hypocrites,

7    but the real hypocrisy, I will say, is claiming to

8    support housing, childcare, and healthcare, but voting no

9    consistently on funding those items.  Calling themselves

10   the party of law and order but excusing President Trump's

11   attempt to overturn the 2020 election and pardoning the

12   January 6th rioters.  Claiming to care about women and

13   children, but blocking the release of the Epstein files

14   of sexual abuse of children and women.

15                 Call for the release of the Epstein files.

16   I want to see the Epstein files.  I'm sure many of my

17   colleagues, as much as we talk about it, as much as we

18   talk about human trafficking, children, women, women of

19   color, and the abuse of power, call for the release of

20   the Epstein files.  And he died under President Trump's

21   administration with a failure of cameras, dereliction of

22   duty of guards, and much more, and the other party is

23   silent.

24                 And then people want to say, especially in

25   California, especially at the national level, that

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording  on 08/21/2025                           174

1   Governor Newsom is just raising his profile.  Well, guess

2   what?  America is getting engaged, and this nation is

3   just now seeing what Californians already know.  When

4   others are scared to act, Governor Gavin Newsom shows the

5   courage to lead.  As a woman, a daughter of immigrants, a

6   former foster youth, the actions at the federal level

7   have been a direct attack on each of us.  For every

8   identity and ideal we hold dear, I'm proud to heed

9   Governor Newsom's call to defend our democracy.  Finally,

10  a leader willing to boldly take on what is happening in

11  this country.

12            And so with this vote is giving the choice

13  back to the voters of California.  I trust the voters and

14  for the greater good, I respectfully ask for an aye vote.

15  Thank you.

16            SENATOR WEBER PIERSON:  Thank you.

17            Seeing no further discussion or debate,

18  Senator Cabaldon, would you like to close?

19            SENATOR CABALDON:  Yes.  Thank you, Madam

20  President.

21            Let me first remind us of what is in ACA

22  8.  The first and critical provision is a call to the

23  Congress of the United States to put an end to this

24  madness that has consumed the country, thanks to Donald

25  Trump and Texas, and submit a constitutional amendment to

Case 2:25-cv-10616-JLS-KES    Document 28-2    Filed 11/13/25    Page 905 of 991
Page ID #:1364
IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording  on 08/21/2025                        175

1    all of the states for nationwide redistricting reform.

2                Number two, the authorization for the

3    people of California to approve this temporary set of

4    maps that will allow us to fight back, push back and

5    preserve democracy across the country.  And third, to

6    make it very clear that the Independent Registering

7    Commission is undisturbed by this constitutional

8    amendment, and it will be back in 2031 for the drawing of

9    the new lines after the census as is its constitutional

10   responsibility.

11               Now, we've heard said that Texas isn't

12   meaning to do anything devious or untoward here.  They're

13   simply complying with a court order.  Well, in this

14   country, a strongly worded letter from Attorney General

15   Pam Bondi at the urging of President Donald Trump,

16   following up one of his phone calls, demanding that you

17   serve up five seats on a silver platter, is not a legally

18   binding court order that requires emergency action on

19   this timeframe.  That is a ruse that even they don't even

20   say that in Texas, the chair of the Texas Elections

21   Committee and the author of the new maps has made it very

22   clear - this is a partisan map that we are doing in order

23   to increase Republican power at the urging of President

24   Donald Trump.

25               Now, in the elections committee hearing

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                        176

1    led by our outstanding elections chair from Riverside,

2    one of the witnesses, a former member of the Independent

3    Commission, said that democracy means that we -- that

4    each political party, each idea takes turns being humbled

5    at the ballot box by the people.

6              That is the essence of what democracy is,

7    that we have our policy programs, our ideas, our

8    accountability, and our results.  And we go to the

9    voters, and sometimes they applaud and reelect us.

10   Sometimes they say, no, thank you.  That is ultimately

11   the essence of democracy, not Article 2J, not something

12   else.  It is that notion that all of us, even if we

13   actually have the key or the card key to the capitol

14   building or to the Governor's office, we have the keys.

15   Our name is on the door.  That we do not own that.  That

16   we serve at the likelihood that we will, at one point, be

17   humbled.

18             What's happening in Texas, what's

19   happening as a result of the proposed changes to the

20   census and mail-in balloting is an attempt to immunize,

21   to end that cycle so we will never have accountability

22   and democracy again.  And you heard this in our debate

23   today as it was said that I -- you know, one of my

24   Republican colleagues said, "I have faith in the voters.

25   I have faith in the voters, absolute faith in the

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                    177

1    voters."  Except, except, and let me point -- you know,

2    turn back to the ballot measure that shall not be named,

3    but except when they get it wrong because they've paid

4    too much attention to advertising, and when they get it

5    wrong because they listen to a governor, right.  You

6    know, when the campaign is not exactly balanced, then we

7    can't listen to the voters in that case.

8              And fundamentally that is what's going

9    wrong with our democracy.  The idea that democracy is

10   only real if it bolsters our power, if it agrees with our

11   ideology and with our issues.  And so this measure

12   protects the power of the people to assure that they can

13   hold us, the Congress, and the President of the United

14   States accountable for all of the things that have been

15   said today.

16             And it is the case that millions of

17   Californians are asking themselves in the face of all of

18   these threats to democracy, to safety, to healthcare, to

19   everything: what can I do about it?  The fear, the

20   resolute anger of Californians about this.  And all of us

21   hear this every single day.  What can I -- what are you

22   doing and what can I do?  And this is our answer.  We

23   Californians, California voters have the opportunity, not

24   just to raise our voices, but to cast our votes.  The

25   most fundamental way of rescuing democracy is by casting

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording  on 08/21/2025                           178

1   our votes if this measure allows the ACA to go on the

2   ballot.

3                And it still matters because HR 1 and the

4   census changes, everything else is still pending in terms

5   of implementation.  And so let us not in a year when one

6   of our residents says, "I'm not getting my Social

7   Security" and none of the helplines -- they've all been

8   turned off.  DOGE fired everybody.  Let us not say, well,

9   you know, what about the cost of that special election

10  when somebody says, my hospital in the rural parts of my

11  district is gone.  Who's going to stand up and say, but

12  did you know that that one bill had an urgency clause in

13  it?

14               When my Navy son has been abducted off the

15  streets in LA, who of us is going to say, but the

16  amendments really weren't germane?  When we lose our

17  votes, either directly through the mail or our seats in

18  Congress, which of us is going to say, well, you know,

19  the voters might have gotten it wrong if we gave them

20  their voice.  When Marines and National Guard are

21  ordered, against their will, to occupy, I don't know,

22  West Sacramento, San Diego, Murrieta, any other part of

23  California as they have -- already doing in DC and as

24  they started here in California, will we say that the

25  voters just couldn't be trusted to make a hard

1    complicated decision like this?  No.  This is what this

2    vote is about.

3                Let the voters make the decision.  We've

4    heard them, and we are responding.  And they are the

5    ultimate judges of whether this is the right way forward.

6    The voters of California are sovereign.  Regardless of

7    Article J, they are sovereign.  They have the authority.

8    They have the legitimacy.  And with ACA they will have

9    the power to make this right.

10                Madam President, I urgent aye vote.

11                SENATOR WEBER PIERSON:  Thank you.

12                Secretary, please call the roll.

13                THE SECRETARY:  Allen.

14                Aye.

15                Alvarado-Gil.

16                Archuleta.

17                Aye.

18                Arreguin.

19                Aye.

20                Ashby.

21                Aye.

22                Becker.

23                Aye.

24                Blakespear.

25                Aye.

1    Cabaldon.

2    Aye.

3    Caballero.

4    Aye.

5    Cervantes.

6    Aye.

7    Choi.

8    No.

9    Cortese.

10   Aye.

11   Dahle.

12   No.

13   Durazo.

14   Aye.

15   Gonzalez.

16   Aye.

17   Grayson.

18   Aye.

19   Grove.

20   No.

21   Hurtado.

22   Aye.

23   Jones.

24   No.

25   Laird.

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                    181

1    Aye.

2    Limon.

     Aye.

3
     McGuire.
4
     Aye.
5
     McNerney.
6
     Aye.
7
     Menjivar.
8
     Aye.
9
     Niello.
10
     No.
11
     Ochoa Bogh.
12
     No.
13
     Padilla.
14
     Aye.
15
     Perez.
16
     Aye.
17
     Reyes.
18
     Aye.
19
     Richardson.
20
     Rubio.
21
     Aye.
22
     Seyarto.
23
     Smallwood-Cuevas.
24
     Aye.
25

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                    182

1                  Stern.

2                  Aye.

3                  Strickland.

4                  No.

5                  Umberg.

6                  Aye.

7                  Valladares.

8                  No.

9                  Wahab.

10                 Aye.

11                 Weber Pierson.

12                 Aye.

13                 Wiener.

14                 Aye.

15                 SENATOR WEBER PIERSON:  Secretary, please
16     call the absent members

17                 THE SECRETARY:  Alvarado-Gil.

18                 Richardson.

19                 Aye.

20                 Seyarto.

21                 SENATOR WEBER PIERSON:  Ayes 30, noes 8.
22     That measure passes.

23                 Members we have messages from the
24     Assembly.

25                 Secretary, please read.

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording  on 08/21/2025                          183

1      THE SECRETARY:  "Assembly chamber August

2  21, 2025.  Madam President, I am directed to inform your

3  honorable body that the Assembly amended and on this day

4  passed as amended Senate Bill 280 and respectfully

5  request your honorable body to concur and send amendments

6  to Parker, Chief Clerk of the Assembly above bill order

7  to unfinished business.

8      SENATOR WEBER PIERSON:  Thank you.

9      Members, we will now move to Senate
   supplemental file number two.

10     Secretary, please read.

11     THE SECRETARY:  Senate Bill 280 by Senator

12 Cervantes in equating to elections, making an

13 appropriation, therefore, and declaring the urgency

14 thereof to take effect immediately.

15     SENATOR WEBER PIERSON:  Senator Cervantes,

16 you are recognized.

17     SENATOR CERVANTES:  Thank you, Madam

18 President and members.

19     Today I am proud to present Senate Bill

20 280, which calls for a statewide special election on

21 November 4 of this year.  This special election gives

22 Californians the power to decide whether we redraw our

23 congressional districts to protect fair representation

24 through Assembly Constitutional Amendment 8.

25

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                         184

1           SB 280 also appropriates the funding

2   necessary for the Secretary of State and our county

3   registrars to administer this election.  The bill also

4   makes the necessary statutory changes to allow the June

5   2026 statewide primary to be held on time.

6           Members, this is not politics as usual.

7   This is a rigged game.  We are here because the federal

8   administration and Republicans in Congress know they are

9   losing.  They see the scoreboard.  They know their

10  playbook is unpopular and instead of competing fairly,

11  they are changing the rules of the game.  Think about it.

12  They send mass federal agents into our community,

13  snatching people up because their skin tone looks like

14  mine.

15          They slashed healthcare from millions

16  while handing billionaires a tax break and slapping

17  working families with tariff taxes on everyday essentials

18  like coffee and bananas.  They know voters will hold them

19  accountable.  So what do they do?  They redraw the field.

20          Just yesterday in Texas, Republicans have

21  redrawn congressional maps so that instead of voters

22  choosing their representatives, politicians get to choose

23  their voters.

24          Let's be clear, the goal is to lock in

25  power, but in California we aren't just spectators in the

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording  on 08/21/2025                      185

1   stand, we are stepping up to the plate.  California is

2   ready to defend fairness, to defend representation, and

3   to defend democracy.

4               Now, some of our colleagues will ask: why

5   the urgency?  Why the special election?  Because this is

6   a five alarm fire blazing in our democracy.  And if you

7   don't see that, it's because you're choosing to ignore

8   it.  And let's not pretend that this timeline is unusual.

9               Republicans were more than happy to rush

10  through the failed recall of Governor Newsom in 75 days.

11  The clock ran then, and it can run now.  Yes.  This

12  election will cost money, but let's be clear, the price

13  tag is less than President Trump's golden White House

14  ballroom.

15              What's the cost of protecting fair play in

16  America?  It's nothing compared to letting President

17  Trump cheat the country.  We will not let him move the

18  goalpost.  The truth is a republic where people fear

19  practicing their beliefs or worry their vote won't be

20  counted, is no republic at all.  That is not a democracy.

21              On November 4th, the voters of California

22  can punch back.  They can say no more to power grabs.

23  They can say no more to cheating.  They can take back

24  their agency.  Take it back at the ballot box.  Take back

25  your power on November 4th.  Take it back for California

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                        186

1    and for our country.  Californians aren't going to quit

2    in the fourth quarter.  We will not fold in extra innings

3    because this is our spirit; this is our fight.  And when

4    the dust settles, California will remain standing.  I

5    respectfully ask for aye vote on SB 280.

6                     SENATOR WEBER PIERSON:  Thank you.

7                     Seeing no further discussion or debate,

8    secretary, would -- Senator McNerney, would you like to

9    -- you are recognized.

10                    SENATOR MCNERNEY:  Madam President and

11   colleagues, I rise in strong support of SB 280 because

12   it's logical.  Yes.

13                    It's logical to adopt the new

14   congressional districts here in California, and here's

15   why.  First, this President's policies are hurting

16   California and the country.  For example, the

17   deportations are decimating our workforce and terrorizing

18   our families.  The tariffs are taxes.  Yes, the tariffs

19   are taxes and they're slowing our economy.  Defunding our

20   universities are robbing our future.  He is throwing

21   military into our cities, incredibly dangerous.  He's

22   throwing millions of people off healthcare across this

23   country.

24                    Now, the Republicans in Congress have not

25   and will not put any breaks on this President.  He can do

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording  on 08/21/2025                    187

1  anything he wants.  This is what dictators do.  If the

2  Republicans retain the majority in 2026 in the House of

3  Representatives, the President will continue to degrade

4  our country and make us a banana republic.

5          But the Democrats can win a majority in

6  the House in 2026 and will put breaks on the President

7  unless he manages to rig the election.  The President and

8  the Texas Republicans are rigging the election by having

9  adopted gerrymandered congressional districts, just

10  yesterday, to replace five Democrats with five

11  Republicans.  They are trying to rig the national

12  election.

13          California is the only state in the union

14  that has the people and the will to stand up to the

15  President.  This is our duty to fight fire with fire and

16  approve new congressional districts that satisfy the

17  Voting Rights Act.  And unlike Texas, we will ask the

18  voters to judge the new districts.  Democrats did not

19  want this fight.  We did not ask for this fight, but we

20  will not run away from it.  We will fight for our economy

21  and for our values.

22          Therefore, it's logical to put this

23  question of adopting new congressional maps before the

24  California voters on November 4th.  California voters

25  must have the right to decide if the state should respond

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording  on 08/21/2025                          188

1    to the President's efforts to rig the elections.  If you

2    think America needs more authoritarian government, then

3    give up these five seats.  I sure don't.  I ask my

4    colleagues -- no.  I implore my colleagues with respect

5    to vote aye on Senate Bill 280.

6                    SENATOR WEBER PIERSON:  Thank you.

7                    Senator Jones, you're recognized

8                    SENATOR JONES:  Madam President and

9    members, I rise in opposition to SB 280.

10                    This bill is an unwanted, unnecessary, and

11   expensive distraction.  This measure would redirect,

12   scarce state resources and attention to an unnecessary,

13   unwanted, and expensive legislative democrat fabricated

14   distraction.

15                    With the state facing a $12 billion

16   deficit, an unemployment rate higher than any other

17   state, a housing crisis, the highest poverty and

18   homelessness rates among the states, and ongoing massive

19   crime problem, and continued fire recovery needs, the

20   last thing that this Legislature should be doing is

21   creating a massive distraction while also wasting scarce

22   taxpayer funds on an unnecessary.  The special election

23   will cost alone -- are estimated at a quarter of a

24   billion dollars, a quarter of a billion dollars for this

25   unnecessary partisan power grab.  I ask for a no vote.

1          SENATOR WEBER PIERSON:  Thank you.

2          Seeing no further discussion or debate,

Senator Cervantes, would you like to close?

3          SENATOR CERVANTES:  Thank you, Madam

4   President.

5          On November 4th, Californians have a

6   choice.  Let Trump cheat or punch back.  Take back your

7   agency.  Take it back at the ballot box.  Take it back

8   for California and for the country.

9          SENATOR WEBER PIERSON:  Thank you.

10          Secretary, please call the roll.

11          THE SECRETARY:  Allen.

12          Aye.

13          Alvarado-Gil.

14          Archuleta.

15          Aye.

16          Arreguin.

17          Aye.

18          Ashby.

19          Aye.

20          Becker.

21          Aye.

22          Blakespear.

23          Aye.

24          Cabaldon.

25

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                    190

1    Aye.

     Caballero.
2
     Aye.
3
     Cervantes.
4
     Aye.
5
     Choi.
6
     No.
7
     Cortese.
8
     Aye.
9
     Dahle.
10
     No.
11
     Durazo.
12
     Aye.
13
     Gonzalez.
14
     Aye.
15
     Grayson.
16
     Aye.
17
     Grove.
18
     No.
19
     Hurtado.
20
     Aye.
21
     Jones.
22
     No.
23
     Laird.
24
     Aye.
25

1    Limon.

     Aye.

2    McGuire.

3    Aye.

4    McNerney.

5    Aye.

6    Menjivar.

7    Aye.

8    Niello.

9    No.

10   Ochoa Bogh.

11   No.

12   Padilla.

13   Aye.

14   Perez.

15   Aye.

16   Reyes.

17   Aye.

18   Richardson.

19   Aye.

20   Rubio.

21   Seyarto.

22   Smallwood-Cuevas.

23   Aye.

24   Stern.

25

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                            192

1              Aye.

2              Strickland.

3              No.

4              Umberg.

5              Aye.

6              Valladares.

7              No.

8              Wahab.

9              Aye.

10             Weber Pierson.

11             Aye.

12             Wiener.

13             Aye.

14             SENATOR WEBER PIERSON:  Secretary, please
call the absent members.

15             THE SECRETARY:  Alvarado-Gil.

16             Rubio.

17             Aye.

18             Seyarto.

19             SENATOR WEBER PIERSON:  Ayes 30, noes 8 on
the urgency.  Ayes 30, noes 8 on the amendments.

20

21             Assembly amendments are concurred in.

22             Members we are going to move back to
motions and resolutions.  There are floor amendments to

23

24 AB 40 at the desk.

25

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording  on 08/21/2025                          193

1                Senator McGuire, are you prepared to make

2       these amendments?

3                SENATOR MCGUIRE:  Thank you so much, Madam

4       President and members.

5                Amendments on AB 40 are at the desk.  It's

6       clear that the State of Texas is now pulling their own

7       trigger as the State House voted last night to be able to

8       advance redistricting.  We anticipate the Senate will be

9       acting tonight or tomorrow morning.  And the bill will be

10      signed in the law by the end of the week.  In order to

11      keep the ballot and initiative crystal clear, we're

12      moving the trigger from the ACA.  But in AB 40 will

13      remain in case something miraculous happens in Texas, and

14      everyone comes to their census.

15               SENATOR WEBER PIERSON:  Thank you.

16      Senator Jones, you are recognized.

17               SENATOR JONES:  Thank you, Madam

18      President.  I have come to my senses, and I object to

19      this motion and ask for a roll call vote.

20               SENATOR WEBER PIERSON:  Thank you.

21               Seeing no further discussion or debate,

22      Secretary, please call the roll.

23               THE SECRETARY:  Allen.

24               Aye.

25               Alvarado-Gil.

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                            194

1    Archuleta.

     Aye.
2
     Arreguin.
3
     Aye.
4
     Ashby.
5
     Aye.
6
     Becker.
7
     Aye.
8
     Blakespear.
9
     Aye.
10
     Cabaldon.
11
     Aye.
12
     Caballero.
13
     Aye.
14
     Cervantes.
15
     Aye.
16
     Choi.
17
     No.
18
     Cortese.
19
     Aye.
20
     Dahle.
21
     No.
22
     Durazo.
23
     Aye.
24
     Gonzalez.
25

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                              195

1    Aye.

     Grayson.
2
     Aye.
3
     Grove.
4
     No.
5
     Hurtado.
6
     Aye.
7
     Jones.
8
     No.
9
     Laird.
10
     Aye.
11
     Limon.
12
     Aye.
13
     McGuire.
14
     Aye.
15
     McNerney.
16
     Aye.
17
     Menjivar.
18
     Aye.
19
     Niello.
20
     No.
21
     Ochoa Bogh.
22
     No.
23
     Padilla.
24
     Aye.
25

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording  on 08/21/2025                              196

1    Perez.

     Aye.

2    Reyes.

3    Aye.

4    Richardson.

5    Aye.

6    Rubio.

7    Aye.

8    Seyarto.

9    Smallwood-Cuevas.

10   Aye.

11   Stern.

12   Aye.

13   Strickland.

14   No.

15   Umberg.

16   Aye.

17   Valladares.

18   No.

19   Wahab.

20   Aye.

21   Weber Pierson.

22   Aye.

23   Wiener.

24   Aye.

25

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording  on 08/21/2025                          197

1       SENATOR WEBER PIERSON:  Ayes 30, noes 8.

2   The amendments are adopted.

3       There are additional floor amendments at

4   the desk.  If there are no objections, they will be

5   deemed adopted.  Seeing no objection, they are deemed

6   adopted.

7       Are there any other motions, resolutions?

8       Anyone else want to remove an item?

9       Senator Hurtado, you are recognized.

10      SENATOR HURTADO:  Under motions and

11  resolutions.  Thank you, Madam President.

12      At the request of the author, please pull

13  file item 250 AB 1069 bans off the consent calendar.

14  Thank you.

15      SENATOR WEBER PIERSON:  The desk will

16  note.

17      Senator Allen?

18      SENATOR ALLEN:  Thank you, Madam

19  President.  I'd like to request the author remove file

20  item 231 AB 290 by Bower K. Hahn (phonetic) from the

21  consent calendar for amendments.

22      SENATOR WEBER PIERSON:  The desk will

23  note.

24      Senator Cervantes?

25      SENATOR CERVANTES:  At the request of the

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording  on 08/21/2025                        198

author, I'd like to pull item 1511, AB 1511.

1

                    SENATOR WEBER PIERSON:  The desk will

2

note.

3

                    Senator Umberg?

4

                    SENATOR UMBERG:  Thank you, Madam

5

President.

6

                    Please remove file item number 238 AB 515

7

from the consent calendar at the request of the author.

8

                    SENATOR WEBER PIERSON:  The desk will

9

note.

10

                    Senator Cervantes, were you removing that

11

bill from the consent calendar?

12

                    SENATOR CERVANTES:  Calendar, yes.

13

                    SENATOR WEBER PIERSON:  Okay.  Thank you.

14

                    Okay.  All right.

15

                    If there is no other business, Senator

16

McGuire, the desk is clear.

17

                    SENATOR MCGUIRE:  First of all, Madam

18

President, I want to take a moment to say thank you.

19

                    SENATOR WEBER PIERSON:  I'm sorry, Senator

20

McGuire.

21

                    Senator Grove, you are recognized.

22

                    SENATOR GROVE:  Thank you.  I apologize

23

Mr. Pro tem.  I had requested a point of personal

24

privilege.  They didn't call me.  I apologize deeply.

25

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                          199

1                    Colleagues, on a lighter note after today,

2    for those of you that are Raiders fans or Saints fans,

3    Derek Carr would be here on the floor on Monday.  Please

4    wear appropriate attire.  Thank you.

5                    Sorry Erica -- Ms. Contreras.

6                    Only team colors.

7                    SENATOR WEBER PIERSON:  Thank you.

8                    Now there is no other business.

9                    Senator McGuire, the desk is clear.

10                   SENATOR MCGUIRE:  Thank you so much, Madam
     President.

11
                     I want to take a moment to say thank you,
12
     first and foremost to our presiding officers of the week,
13
     Madam President and, of course, to Mr. Senator.  Can we
14
     please give them a round of applause.  Thank you to the
15
     good doctor and of course to Mr. Grayson who did a
16
     phenomenal job as well.  This has been one heck of a week
17
     for presiding officers.
18
                     Number two, I want to take a moment to say
19
     thank you to the senators who are in this chamber.  We
20
     had some passionate, intense, and at times spicy debate
21
     today, but I think once we leave these chambers, we
22
     recognize, again, we are Californians first.  Yes.  We're
23
     going to have to fight the election rigging, but we also
24
     know that we have a lot to fix.  And over the next three
25

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                        200

1    weeks, we're going to continue to focus on where

2    California voters also want us to be - making life more

3    affordable for them and their home.  Lowering the cost of

4    electricity bills, lowering the cost of housing, making

5    sure that we continue to invest in strong public schools

6    and making our communities more wildfire safe.  That is

7    where I think that we can all come together as

     Californians to be able to move this great state forward.

8            I'm incredibly appreciative of the

9    senators in this room.  If you take a look at bodies like

10   this across the nation, across the world, debates like

11   this can get physical.  And we are so lucky to be able to

12   live in a country where we can have these discussions,

13   have these discussions and debates and go home, still

14   holding hands together on several issues that are in

15   front of us.  And I just want to say thank you to Leader

16   Jones, to the Republican Caucus, the Democratic Caucus,

17   for their incredible work.  I hope that you get some rest

18   this weekend.

19           We have a long three weeks.  We're going

20   to jam about six months into the next three weeks.  So

21   gear up, drink some coffee.  The next floor session is

22   scheduled for Monday, August 25th.

23           Madam majority leader into our floor team,

24   thank you so much as well for all of the hard work.

25

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                                201

1    We'll see you next Monday.

2                    SENATOR WEBER PIERSON:   Thank you.

3                    The Senate is in recess until 3:30, at

4    which time adjournment motion will be made.  We will

5    reconvene Monday, August 25, 2025, at 2:00 p.m.

6                    (MEETING ADJOURNED)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                              202

CERTIFICATE OF TRANSCRIPTIONIST

1

2          I certify that the foregoing is a true and

3   accurate transcript of the digital recording provided to

4   me in this matter.

5          I do further certify that I am neither a

6   relative, nor employee, nor attorney of any of the

7   parties to this action, and that I am not financially

8   interested in the action.

9

10  Date: 11/1/2025

11  _____

12          _____

13          Julie Thompson, CET-1036

14

15

16

17

18

19

20

21

22

23

24

25

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025

**$**

**$1**
24:17,23
136:21
160:22
161:3,7

**$1,100**
67:21

**$12**
48:17 49:7
188:14

**$164**
65:2

**$168**
154:11

**$2.5**
98:23

**$20**
95:22

**$225,000**
43:9

**$250**
95:20

**$33**
139:16

**$4,300**
67:20

**$5**
49:11

**$600**
67:24 161:2

**$7**
67:15

**$811**
64:11

**$9**

67:16

**0**

**0**
8:14

**1**

**1**
42:5 59:12
104:15
115:7
154:18
178:2

**10**
24:2 38:20
59:19 60:5
65:2 75:20
82:18
116:14
122:7
125:11
160:17
170:11

**10-year**
47:12 122:9

**10.5**
12:18

**1003**
21:2

**1069**
197:12

**11**
41:24 42:12,
15 81:7
154:13

**12**
120:13

**1214**
20:17

**1255**
21:2

**127**
49:18

**14**
23:3 31:17

**155,000**
135:23

**16**
74:8

**16.6**
67:21

**17**
58:1 75:6
162:4

**19**
8:20

**1940s**
161:5

**1961**
143:22

**1965**
32:24 149:3
172:5

**1980s**
116:17
118:9

**2**

**2.4**
63:11

**20**
24:1 42:11
43:17 81:9

**20-minute**
103:24

**2000s**

116:18

**2008**
81:7 117:2,
15

**2010**
42:10 43:24
59:7

**2012**
90:18

**2014**
45:16

**2020**
29:18,22
30:9 39:20
40:3 81:13
89:2 118:18
173:10

**2021**
50:22 166:1

**2022**
90:18 91:1

**2024**
52:10

**2025**
145:5 172:6
183:1 201:4

**2026**
26:12 110:6
121:6
163:19
164:21
166:6 187:1,
5

**2028**
98:8 99:16

**2030**
38:15 45:8
99:16
165:15

171:7 173:1

**2030's**
99:14

**2031**
175:7

**2032**
99:18

**21**
169:9,10,11

**226**
21:6

**23**
66:19

**231**
197:19

**238**
198:6

**24**
74:8

**24-hour**
163:6

**24/7**
49:10

**25**
59:23 73:11,
17 201:4

**250**
197:12

**250-**
156:6

**25th**
200:22

**26th**
81:18

**27**
43:24

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording    on 08/21/2025

**28**
24:18

**280**
183:3,11
186:4,10
188:4,8

**28th**
81:18

**29**
73:12

**29.10(d)**
4:9

**290**
197:19

**2:00**
201:4

**2AT**
4:10

**2J**
168:1
169:20,21
170:6,7
176:10

---

**3**

**3.1**
24:20

**3.4**
24:19

**30**
8:14 12:12
17:3 20:13
23:2 36:20
45:15 71:3
94:12
103:21
129:18
164:3
182:20

192:19,20

**30th**
81:18

**31-day**
69:6

**37**
24:1

**39**
63:24

**3:30**
201:2

---

**4**

**4**
183:21

**40**
59:12 68:6
161:22,24
162:3
192:24
193:4,11

**42**
21:1

**43**
74:23

**46**
73:9

**47**
65:10

**48**
108:22

**4th**
31:13 99:8
185:20,24
187:23
189:5

---

**5**

**5**
47:11

**50**
42:5 120:5

**5000**
43:9

**515**
198:6

**52**
74:21,22

**57,861**
64:19

---

**6**

**6**
67:22

**60**
42:18 43:18
151:17

**60-40**
74:10

**604**
21:6,8,16,20
25:21 29:7
53:2 82:1
89:22 90:10
91:10 94:2
97:2 99:6

**6th**
173:11

---

**7**

**7**
154:14
155:5
161:22

**70**
31:13 99:9

**75**
74:14 89:2
185:9

**76**
23:23 24:7
29:21 83:7

**77**
30:5

---

**8**

**8**
8:21 12:19
30:3 75:6
104:7,13,18
115:22
116:1
117:12
121:10,24
122:6,21
123:21
124:11
138:23
147:13
148:5,19
149:9,18
150:7,14
152:3,11
155:14,21
156:20,24
158:16
159:20
161:22
162:18,22
165:5 167:1
168:15
169:3,12
170:13
182:20
183:24
192:19,20

**80**
120:11

**83**
74:24

---

**9**

**9**
8:15,16
66:18,20
74:23
129:18
161:23

**90s**
118:9

**911**
49:22,23,24
76:15,18
136:11

**92**
75:5

**93**
75:8

**977**
51:18

**99**
116:5

---

**A**

**AB**
20:17 21:6,
16,20 25:21
29:7 53:2
67:3 82:1
89:22 90:10
91:10 94:2
97:2 99:6
192:24
193:4,11
197:12,19

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording    on 08/21/2025

198:6

**Abbott**
162:24
163:14,15
171:24

**abducted**
178:13

**abide**
2:20 47:17
60:4

**ability**
32:18,19
62:6 71:24
112:21
132:8
134:20
169:15

**absent**
7:19 8:10
16:24
103:17
182:15
192:14

**absolute**
176:24

**absolutely**
25:2 28:14
29:6 30:5
44:4 45:11
65:14 80:17
100:2
123:23
124:11

**absurd**
75:9,10,23
160:16

**absurdity**
163:11

**abuse**
95:10 96:3

173:13,18

**ACA**
13:4 30:3
90:8 115:22
116:1
121:10,24
122:6,21
123:21
124:11
126:1
138:23
141:21
145:23
147:13
148:5,19
149:9,18
150:7,14
152:3,11,16
155:14,21
156:20,24
158:16
159:6,12,20
162:1,18,22
165:5 167:1
168:15
169:12
170:13
171:9
174:20
179:7
193:11

**accepting**
130:9

**access**
106:8
134:19
164:18,20

**accomplish**
118:17

**accordance**
168:9

**account**
154:16

**accountabilit
y**
123:15
147:12
176:7,20

**accountable**
62:3 123:6
137:11
177:13
184:18

**accurate**
2:24 82:20

**accusational**
91:10 93:24

**accusing**
93:9

**acknowledge**
105:3,5

**act**
21:9 32:24
33:4 78:17
80:22 81:8
98:5 104:18
120:23
142:16
144:10
149:3,5,14
150:24
162:19
172:1,5
174:3
187:16

**acting**
89:20 97:1
193:8

**action**
45:3 48:9
87:17,24

88:19
107:20
108:24
114:12
149:14
152:20
154:13
155:13,14
156:14
171:3 172:5
173:3
175:17

**actions**
21:17,22
22:3,6,10
25:13 27:5
36:6 44:16
45:2 98:2,3
106:24
107:2 121:5
135:19
137:8
153:13
154:9,11
174:5

**activist**
56:19

**actor**
48:1,4,5

**acts**
137:18

**actual**
34:14 53:12

**adage**
57:3

**Adam**
43:12

**adapting**
81:12

**add**

42:13

**addition**
133:20
137:2 163:1

**additional**
32:19,20
46:6 82:5
83:10 98:16
114:19
164:13
165:6 197:2

**additionally**
98:4

**address**
34:18 35:2
77:18 112:6,
8 152:19
153:3,18

**addressing**
125:2

**adds**
169:12

**adhering**
82:11

**ADJOURNE
D**
201:5

**adjournment**
201:3

**adjust**
31:21 33:12
150:9 168:8

**adjusted**
33:14,19

**adjustments**
23:17

**administer**
184:2

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording    on 08/21/2025

administration
27:4 135:19
136:15
137:19,24
154:4,5
158:10,19
173:20
184:7

admiration
89:10

admire
94:12

admirer
134:9

admission
116:23

admit
36:21

admits
36:15

adopt
21:22 22:10
23:8 142:6,9
155:22
186:12

adopted
104:7 187:8
197:1,4,5

adopting
131:17
187:22

adopts
89:8

adults
113:24

advance
193:7

advanced
61:24

advantage
61:1 153:11

advertising
139:5,6,12,
15 140:13
177:3

advisors
157:21

aerospace
60:21 61:22

affects
135:16,17,
18

affirmation
69:22

afford
106:6
144:20
147:4

affordability
72:8

affordable
48:15 200:2

afoot
96:9

afraid
87:14,15
153:8 156:1

afternoon
104:23

afterschool
98:17

agency
185:23
189:7

agents
64:20 118:7
144:16
184:11

aggressors
27:13,15

agree
28:19 49:12
53:12,14
59:11 97:12
153:16
160:18

agreed
163:6

agrees
177:9

agricultural
60:20

agriculture
61:16

Aguiar-curry
21:9

ahead
71:13

aid
49:1 110:24

air
36:17

aircraft
61:24

Airport
78:8

aisle
23:5 30:1
45:24 58:3
61:4 77:4
88:12 89:11
96:24 97:8,

19 107:23
117:6
138:18
153:3

Alanis
164:1

alarm
185:5

alive
151:3

allegiance
2:16 3:5,6
145:3

Allen
2:3 4:21
7:20 9:8
13:20 17:8
100:13
126:14
179:12
189:11
193:22
197:16,17

allowance
168:15

allowed
31:21 33:12
34:24
133:11
161:1

allowing
76:7,12
82:10

Altadena
98:23

alternative
169:13,15
170:14

Alvarado-gil

2:3 4:22
7:22 8:11
9:10 13:22
17:10
100:15
103:18
126:16
179:14
182:16
189:13
192:15
193:24

Alzheimer's
132:13

amazing
94:8

ambition
122:14
123:15

Amen
3:3

amend
118:16
169:5

amended
90:6 183:2,3

amending
117:13
169:9

amendment
8:21 12:19
28:21 31:1
45:11 57:11
82:8 90:6
104:7,13,18
106:18
111:8
115:24
122:5
123:12
125:22

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025

126:3 142:6
155:24
169:3
174:24
175:7
183:24

**amendments**
3:24 21:2,3
32:8 89:19
121:15,18,
19,24 124:6,
9,13 125:2,
3,9,12
126:7,10
129:19
152:22
178:15
183:4
192:20,21,
23 193:1,4
197:1,2,20

**amends**
169:19

**America**
27:10 121:9
124:19
131:23
145:10
159:18
174:1
185:15
188:1

**America's**
61:24

**American**
78:7,10,16
115:17
137:9
143:15
144:23
147:2
157:12,15,

17

**Americans**
87:9 110:20
114:10
136:14
144:23
147:3
164:22

**amicable**
86:1,2

**amount**
44:3

**amounts**
65:7

**Ana**
90:3

**analogies**
94:15

**analysis**
65:5,8 79:10

**Angeles**
39:22
139:17

**anger**
177:19

**Anna**
43:10

**announced**
28:16

**annual**
119:5

**answers**
33:20 54:15
69:21 70:4,
10

**Antelope**
61:21 62:3

**anti-**
**democratic**
21:17

**anti-litter**
68:7

**anticipate**
193:7

**anybody's**
60:10

**anymore**
106:8

**AP**
131:22

**apologize**
13:9 198:22,
24

**appeal**
13:11,13,14

**appeared**
83:17

**appeasing**
27:14

**applaud**
161:14
176:8

**applause**
199:14

**applies**
122:10

**apply**
48:3

**appointment**
168:7

**appointment**
**s**
164:19

**appreciative**

200:8

**approach**
134:16
135:6
170:18

**appropriatio**
**n**
183:13

**Appropriatio**
**ns**
13:6

**approval**
168:11
172:23

**approve**
22:7 153:1
155:18
168:2 175:2
187:15

**approved**
13:10 45:5
81:21 82:8
165:11,12

**approximatel**
**y**
154:12

**arbitrary**
82:21

**Archuleta**
2:4 4:23
9:11 13:23
17:11
100:16
126:17
179:15
189:14

**Area**
61:15,18

**areas**

95:6

**argue**
48:13 114:3

**arguing**
90:18

**arguments**
87:2 94:6
133:13
140:4

**armed**
136:2,6

**Arreguin**
2:4 9:13
17:13
100:18
126:19
152:13,14
179:17
189:16
194:2

**arrest**
151:18

**article**
82:9 167:23
169:9,10,11
170:7,10
176:10
179:6

**articulate**
162:21

**articulately**
144:5

**Ashby**
2:4 5:2 9:15
14:2 17:15
100:20
126:21
179:19
189:18
194:4

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025

**Ashu**
43:10

**asks**
130:23

**aspect**
45:4 48:16

**aspiring**
130:21

**assault**
111:13
152:18
156:10

**assembly**
3:23 8:21
12:19 21:1,
5,8,9 30:18
31:4,6 32:5
38:13 42:2
54:1,2,4,17
59:9 92:17
104:4,6,7,8,
12,17,18
109:15
110:12
169:1,3
182:23
183:2,5,24
192:21

**assistance**
24:20 54:7
110:24
131:1
135:24
146:23

**assumption**
58:7

**assure**
177:11

**assured**
144:7
145:10

**astounded**
107:7

**attack**
88:1,2 150:1
157:1 174:6

**attacked**
46:3

**attacking**
86:7

**attacks**
88:13
115:12
156:11,15

**attempt**
21:18 88:7
173:10
176:19

**attempted**
64:17 92:24

**attempts**
22:14

**attention**
69:5 91:15
142:4
168:24
177:3
188:11

**attire**
199:3

**Attorney**
109:1 139:8
154:11
175:13

**attorneys**
162:11

**attributes**
92:6

**August**
172:6
200:22
201:4

**Austin**
66:23 68:1

**author**
20:18 21:16
28:11,12
29:12,15
30:11,12
31:22,23
44:11,12,23
57:14 79:20,
21,23 80:13,
15 90:9,11,
13 155:21
167:13,14
175:20
197:11,18
198:7

**authored**
92:20,21,23

**authoritarian**
111:14
138:20,21
141:13,20
159:14
188:1

**authoritarian
ism**
156:13

**authority**
33:16 81:17
85:10,15
179:6

**authorization**
175:1

**authorize**
173:2

**auto**
120:6

**autocrats**
27:16 91:23

**autonomous**
159:15

**autonomy**
85:9

**avenues**
59:21

**average**
67:15 87:9

**averted**
66:24

**avoided**
107:5

**avoiding**
89:5

**awakening**
22:24

**aye**
4:19,24 5:1,
3,5,7,9,12,
16,20,22,24
6:2,6,8,10,
12,14,23
7:3,5,9,13,
15,17,21,24
8:3,5,8,13
9:6,9,12,14,
16,18,20,22,
24 10:1,5,9,
11,13,17,21,
23 11:2,4,
10,12,14,16,
18,22,24
12:3,7,9,11

13:19,21,24
14:1,3,5,7,
10,12,16,20,
22,24 15:3,
7,9,11,13,
15,21,23
16:2,4,8,10,
14,18,20,22
17:2,9,12,
14,16,18,20,
22,24 18:1,
5,9,11,13,
17,20,22,24
19:1,3,9,11,
13,15,17,21,
23 20:2,6,8,
10 26:1 28:6
53:2 67:3
88:20 89:21
100:10,14,
17,19,22,24
101:1,3,5,9,
13,15,17,21,
24 102:1,3,
5,7,13,15,
17,19,21
103:2,6,10,
12,14
111:21
121:10
123:16
126:7,12,15,
18,20,22,24
127:1,3,5,7,
11,15,17,19,
23 128:2,4,
6,8,10,16,
18,20,22,24
129:3,5,9,
13,15,17
135:8
145:13
148:13
152:10

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording    on 08/21/2025

156:20
159:22
167:1
174:13
179:9,13,16,
18,20,22,24
180:1,3,5,9,
13,15,17,21
181:2,4,6,8,
14,16,18,21,
24 182:1,5,
9,11,13,18
186:4 188:4
189:12,15,
17,19,21,23
190:2,4,8,
12,14,16,20,
24 191:1,3,
5,7,13,15,
17,19,23
192:4,8,10,
12,17
193:23
194:1,3,5,7,
9,11,13,15,
19,23 195:2,
6,10,12,14,
16,18,24
196:1,3,5,7,
10,12,16,20,
22,24

Ayes
8:14 12:12
17:3 20:11,
13 103:21
129:18
182:20
192:19,20

—————
B
back
3:20 17:5
23:11 24:13

25:4,5 26:10
39:8,19
45:16 55:8
63:1 77:11,
12 79:13
80:7 86:5
104:3
105:13
120:13
123:9
129:24
130:2 132:2,
5,8,9 134:5
137:13,14
138:12
146:20
147:20,21,
22 148:6
150:5 151:2,
17 152:1
157:18
158:20
166:1 171:1
174:12
175:3,7
177:1
185:21,22,
23,24 189:6,
7 192:22

backbone
61:23

backfire
59:16,22

bad
40:19 48:1,
4,5 57:2
62:8

Bakersfield
52:4 72:22
81:1

balance
143:17

150:5

balanced
177:5

balances
65:12

ballot
28:17 31:13
41:24 42:11,
24 96:15
116:6,7,11
117:2,3,11
152:22
165:12
171:11
176:4 177:1
178:1
185:23
189:7
193:10

balloting
176:19

ballots
108:2,3,4
111:17

ballroom
146:14
185:13

balls
94:14

ban
166:2

banana
187:3

bananas
184:17

bandwagon
56:21

banned
131:22

bans
39:13
197:12

barely
42:4 116:19
162:11

base
113:18,20,
21

baseball
86:16

based
22:15 29:22
60:6 160:14
162:6

basic
46:17

basically
65:17 66:23
131:4
169:20

bathroom
109:10

battle
166:19

Bay
61:15,18
155:5

Beach
65:23 89:14
140:5

beautiful
146:1

Becker
2:4 5:4 9:17
14:4 17:17
76:10,11
77:17,20,23
100:21

126:23
179:21
189:20
194:6

beer
107:21

begin
20:23

beginning
61:5 82:16
86:24 96:15
108:2

beliefs
185:18

believer
107:14

believes
27:5

belittled
68:19

belongs
148:6

beneficial
22:22

benefit
58:10 61:9
62:15 94:23

benefits
24:21 29:5
86:10 98:15
136:24

Bernardino
135:23
136:11

betrayal
22:3

betrays
79:15

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025

**Bieber**
52:4

**big**
136:21

**bigger**
151:5,6

**biggest**
144:22

**bill**
4:10 21:1,8
22:7,9
23:10,16
24:8 26:1
29:7 30:6
37:18 39:17
42:3 51:18
53:23 55:17
60:2 71:10
75:15 79:7,
11,13 90:10
91:10 92:22,
23,24 93:1,
7,21 99:8
100:5
104:12
110:3 112:2
133:1 135:1,
3 136:21
137:1
138:13
139:15
141:10,16
152:17
160:4
167:12
169:1
178:11
183:3,5,11,
19 184:2
188:4,9
193:8
198:11

**billion**
24:18,23
44:2 48:17,
19,23 49:7,
13 64:16
65:2 95:22
98:13,23
132:11
139:16
154:11,13,
14 160:22
161:3,7
188:14,23

**billionaires**
165:1
184:15

**billions**
24:21 147:7,
10 154:3

**bills**
23:1,2
44:21,24
45:15,16,21
53:9 69:1
70:22 76:4
89:14,16
92:18,19,20,
21 108:14
112:2,3,12
171:9 200:3

**bind**
123:11

**binding**
175:17

**bingo**
107:1

**bipartisan**
22:17 29:23
76:3,4 110:3

**bit**
41:22 105:1

120:5

**bite**
72:23

**bites**
22:14

**black**
149:23
150:13,19,
21,23

**Blakespear**
2:4 5:6 9:19
14:6 17:19
26:3,4
100:23
179:23
189:22
194:8

**blatant**
84:9

**blazing**
185:5

**blindly**
96:17

**block**
21:20

**blocking**
173:12

**blue**
166:13

**blueprint**
36:2

**board**
39:16 50:24
53:13 114:5
115:14
123:1

**bodies**
200:9

**body**
13:15 23:13
30:18 33:12
34:18 45:17
51:22,23
57:13 59:5
70:15 73:5
74:7 79:3
83:23 85:14
89:15 104:6
122:23
123:9,13
125:3 133:1
162:7 183:2,
4

**BOE**
42:1

**Bogh**
2:7 6:17
11:7 15:18
19:6 78:20,
21 80:1,5,19
102:10
128:13
181:11
191:10
195:21

**bogus**
130:13

**boldly**
174:9

**bolsters**
177:9

**Bondi**
175:14

**book**
23:8 117:20

**booth**
106:13

**born**

52:21

**boss**
107:15,16

**bottom**
26:7 56:18

**boundaries**
83:23

**boundary**
168:8

**Bower**
197:19

**Bowl**
114:15,16

**box**
31:13 176:4
185:23
189:7

**brag**
37:7

**Bragg**
105:22

**branch**
56:10,11,12
157:7,8,16

**branches**
56:10
157:10,18
158:4,12
159:12
160:10

**brand**
96:21

**break**
74:4,17
184:15

**breakdown**
74:12

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025

**breaking**
9:2

**breaks**
165:2
186:24
187:5

**Brian**
105:3

**bribe**
130:12

**bribes**
130:9
131:24

**Bridge**
148:24

**briefly**
118:1

**bring**
68:20
138:12

**bringing**
96:7 151:24

**brink**
156:7

**broad**
114:23
166:11

**broadband**
106:9

**broke**
136:9

**brought**
55:15 70:21
73:3

**budget**
48:20 49:8
98:18
154:13,18,

23 155:1,3

**budgets**
98:19

**bug**
119:21

**building**
103:24
120:19
176:13

**bullies**
27:13,15
76:21,23

**Bully**
91:23

**bundled**
61:17

**bunk**
108:23

**burdens**
49:22

**bus**
132:16

**business**
58:16
131:12
153:17,19
183:6
198:15
199:7

**businesses**
58:15

———

**C**

**Cabaldon**
2:4 5:8 9:21
14:8 17:1,21
104:24
111:22,23

112:5,7
127:2
167:16
168:22
169:10,21,
24 170:1,5
174:17,18
189:24
194:10

**Caballero**
2:5 5:10
7:23 9:23
14:9 17:23
85:21,22
101:2 127:4
180:2 190:1
194:12

**calendar**
197:12,20
198:7,11,12

**California**
22:8 24:18
25:22 27:21,
24 28:4
29:4,8 32:11
33:16 34:8,
12 37:8,12,
13,22 38:3,
16,19 39:4,
15 40:9,13,
21,23 42:9
43:23 45:19,
23 46:14,22
48:16 49:5,9
56:18,20
57:3,20
58:8,11,18
59:2,13,16
62:9 63:3,
10,15 64:12,
21 65:1,4,8,
16 66:21
67:1,18,24

68:4 70:1
72:4,6,21
74:10 75:12,
17 76:1,8,19
78:15,23
79:17 81:7
82:9 84:16,
22 86:3,6,12
88:1,13 89:1
90:7,16
94:8,21,24
95:21 96:4
99:8,23
100:1
105:10,16,
17,23 106:7,
12 107:3,10
109:5,12,14,
16 110:1,5,8
112:4,14
114:16,17
115:2,8,23
116:6
117:17
118:13,15
121:7
122:12
129:23
130:4,19
132:10,14
133:22
134:3,4
135:22
137:12,20
138:24
139:1,3
140:24
141:3,6,10,
11,16 142:8
143:3 146:1
150:9,16
151:4 152:3,
8 154:6
158:17,21,

22 159:4,8
162:3
165:23
166:18,24
168:6
171:10,20
172:15
173:24
174:12
175:2
177:22
178:22,23
179:5
184:24
185:20,24
186:3,13,15
187:12,23
189:8 200:1

**California's**
26:20 63:5
67:15 81:21
94:18
172:22

**Californian**
148:7

**Californians**
23:24 24:16,
19 25:6
50:8,10
64:2,4,15,18
67:2,21,23
68:4 80:9
88:17 89:3
96:4 98:10
100:8
105:12
106:13
110:19
112:18
114:24
116:9 122:3
123:2
147:14,16

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording    on 08/21/2025

148:11
149:8 150:4
152:8 154:8,
19 174:2
177:16,19,
22 183:22
189:5
199:22
200:7

**call**
2:2 4:16,20
7:19 8:10
9:7 13:17
16:24 17:7
23:8 52:20
72:13,20
76:14,16,18
77:9,10
78:12 87:2
94:13,14
100:12
103:17
126:13
137:15
155:12
159:14
165:21
172:11
173:14,18
174:8,21
179:11
182:15
189:10
192:14
193:18,21
198:24

**called**
76:14,15
131:9
136:11
139:7,13

**calling**
3:10 76:18

114:20
173:8

**calls**
115:23
155:22
172:12
175:15
183:20

**Camarillo**
164:1

**cameras**
77:24
173:20

**campaign**
43:9 68:7
138:14
177:5

**cancer**
132:13

**candidate**
84:3 125:11

**candidates**
172:3

**capital**
68:1

**capitol**
176:12

**car**
70:6

**card**
107:1
176:12

**care**
65:3 105:9
110:19,21
173:11

**career**
46:16

122:23

**caring**
2:21 145:24

**Carl**
66:6,8

**Carlos**
164:4

**Carolina**
40:13

**carpet**
84:18

**Carr**
199:2

**carried**
150:14

**carries**
8:17

**cars**
136:4

**Carter**
72:12,14

**carved**
62:1

**case**
142:18
161:18
162:9 163:4
177:6,15
193:12

**cash**
130:10

**cast**
148:10
177:23

**casting**
177:24

**catcher**

113:21

**caucus**
3:10,15,17,
18 161:10
200:16

**causing**
166:12

**caved**
131:20

**caving**
131:17

**cease**
66:17

**cement**
58:15

**census**
21:20 29:19
30:9 39:20
40:3 51:4
60:4 82:15
89:2 99:14
108:7
118:19,21,
23 133:23,
24 170:9,11,
24 171:21
175:8
176:19
178:3
193:13

**center**
106:1

**central**
31:7

**century**
116:10

**ceremony**
113:7

**certificates**
113:7

**certified**
168:5,13,17

**certifies**
99:13

**certify**
168:12

**Cervantes**
2:5 5:11
14:11 88:22,
23 101:4
127:6 180:4
183:12,15,
17 189:2,3
190:3
194:14
197:23,24
198:10,12

**chair**
13:14,15
38:14 43:4
46:6 54:3,4,
24 55:2
68:12
175:19

**Chairman**
118:19

**chairs**
31:5 54:1

**challenge**
27:16

**chamber**
27:19
199:19

**chambers**
163:5
199:21

**chance**

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording    on 08/21/2025

25:5 52:22
77:3 115:14
148:5

**change**
47:8 56:7
87:21,22
116:22
159:2

**changed**
24:1 58:21
85:6 117:10

**changing**
47:2 48:3
116:22
184:10

**chaos**
24:15 165:8

**charge**
87:20

**charts**
51:16

**cheat**
26:8 121:2,5
137:6
185:16
189:6

**cheated**
114:22

**cheating**
87:19 88:10
114:13
137:7
185:22

**check**
64:8 65:13,
14,15
130:20
132:1
157:11,17
158:3

**checking**
130:4,19,22
131:3

**Checkpoint**
81:3

**checks**
65:12

**chef**
110:14,15

**chief**
68:18 104:8
183:5

**childcare**
50:10 173:7

**children**
24:21 49:4
78:1 98:15
135:23
136:16
146:21
147:6 148:1,
22 151:20
154:20
173:12,13,
17

**chills**
76:16

**Choi**
2:5 5:13
10:2 14:13
18:2 47:20,
21 101:6
127:8 180:6
190:5
194:16

**choice**
22:9 26:24
111:15
159:13
162:5

174:11
189:6

**choose**
88:16,17,18
118:15
158:23,24
169:6
184:21

**choosing**
184:21
185:6

**chopped**
62:6

**Chu**
43:10

**circulated**
66:16

**circumstances**
26:23

**circus**
107:12

**cite**
90:16

**cities**
37:14 60:20
71:7 83:3
89:6 98:4
186:20

**citing**
66:8

**citizen**
26:21 70:24
122:10

**citizens**
22:17 37:13
38:4,5 39:2
57:11 95:11
99:13

116:12
122:15,18
123:12
139:9 141:4,
12,18

**citizens'**
36:7 45:22
56:7 58:19
70:18 80:5
84:7 89:1,
12,16

**Citrus**
120:1

**city**
68:1 105:22
145:22

**civics**
157:10

**civil**
134:19
149:4 152:1
155:9

**claim**
95:17

**claiming**
173:6,11

**clarification**
161:8

**clarify**
90:8 125:22

**Clarita**
119:16

**class**
60:21 161:1

**classical**
142:2

**classrooms**
24:22

**clause**
147:9
178:11

**clear**
22:15 25:11
27:4 29:2
33:18 34:16
35:16,24
40:1,5 52:8
60:18 62:16
86:14
107:20
122:17
123:21
134:14
146:2 151:7
166:17,20
175:5,21
184:23
185:11
193:5,10
198:16
199:8

**clerk**
104:8
145:22
183:5

**climate**
152:4

**clock**
185:10

**close**
25:21 26:11
41:3,15 49:7
96:7 97:5
131:1
140:18,21
168:24
174:17
189:2

**closed**

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording    on 08/21/2025

36:14
172:13

closer
150:18

closing
58:14

co-author
162:19

co-authoring
167:2

co-chair
161:10

coast
31:7

coastline
105:17

codes
150:21

coffee
107:22
184:17
200:21

cohesive
83:21

coins
130:10

Cold
144:18

collaboration
54:3

collar
166:13

colleague
43:11 55:4
57:16 63:8
64:13 65:23
66:2 71:1
72:22 76:13,

22 79:9 81:1
89:13 90:2
93:23 107:8
132:24
140:5
157:24
160:11,17,
20 161:9
170:6

colleague's
56:23

colleagues
23:4,6 33:3
34:21 36:9
38:6 40:15
45:24 50:9,
15 53:8,23
61:4 62:20
66:11,20
67:9 78:10
84:20 89:11
91:7,12
96:24 97:8,
18 110:12
113:2
123:22
138:6
139:13
145:4 146:3
148:18
151:12
153:2,17
156:17
163:12
169:1
173:16
176:23
185:3
186:10
188:3

college
49:1 147:3,4

collegiality
59:10

color
172:2
173:18

colors
199:5

commend
65:21 66:8

comment
55:18 59:3
160:20

comments
22:16 35:14
53:20,21
77:18 90:2
91:9,10
93:24 124:8
125:11
160:5,7
161:21
167:8

commission
22:17,18
23:14,20,22
24:3 26:21
29:23,24
30:2 31:16
34:15,16
36:3,8 43:1,
5 45:18 46:2
51:20 52:7,
21 53:13,14
58:19 62:10
70:18 71:14,
18,23 79:14,
19 80:3,6
81:8,11,24
84:8 85:8
89:2,7 90:17
95:2,12

99:3,13,16
116:12
117:16
119:2,23
122:2,11
123:3 126:1
134:9,10,12
135:4
139:10
141:5,12
160:15
165:10,14
168:2 170:8
175:6 176:2

commission'
s
23:16 42:13
81:4,16 83:9

commission
er
23:19

commission
s
22:22 23:9
70:24 89:13,
17 155:19,
24 165:19

commitment
46:19

committed
27:20 56:6
110:9 144:1

committee
13:5,10
23:23 31:11
42:3 45:22
51:3 54:7
55:1,6 57:12
59:2,4 69:20
70:11
104:11

118:20
175:20,24

committees
3:24

common
48:10 50:16
66:11 95:7

communities
25:2 37:14
60:17,19,21
61:11 83:4,
21 95:5 98:6
99:23 116:3
119:2,17
120:22
134:20
135:20
149:16
150:1,16
161:13
164:15
166:11
200:5

community
36:12 61:16
62:3,7
106:4,6
120:16
145:21
146:21
156:12
184:11

commuter
61:18

compactnes
s
83:5

compared
185:15

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording    on 08/21/2025

compassion
ate
  2:19

competing
  43:16 184:9

competition
  86:15 87:18
  138:24

competitive
  37:22

complain
  114:5

complaint
  114:21

complete
  104:24
  163:10,11

completed
  23:20 24:4

completely
  49:20 98:6

complicit
  21:23

complied
  56:13
  169:16

complies
  170:20

compliment
  91:11

comply
  35:6 120:23

complying
  175:12

compounded
  107:2

comprised

24:5

compromise
s
  81:21

concept
  71:23

concern
  171:7,8,10

concerned
  64:8 77:14
  78:1 91:14
  98:21
  136:18

concerns
  2:22 61:22
  112:19
  154:1

concur
  183:4

concurred
  192:21

condemn
  88:6,13

condemned
  66:2

conduct
  48:20 93:1
  96:12

conducted
  46:23

Cone
  120:2

conferences
  107:9

confidence
  75:13

confirms
  62:19

conflict
  62:16 86:21
  168:18

confuse
  22:14

confused
  97:23

confusion
  42:23 43:15

congratulate
  65:21

Congress
  26:12 37:22
  43:7,12,14
  61:19 64:8
  65:13,14
  66:19 74:20
  75:9 78:11
  82:16
  108:11
  115:23
  119:21
  130:21,24
  131:10
  141:17
  149:22
  150:7 153:8
  155:22
  156:4
  166:16
  174:22
  177:12
  178:17
  184:7
  186:23

congressional
  21:18,21
  23:24 26:8
  28:3 40:6
  42:13,15,16

43:21 46:9
47:24 53:10
58:7,9 59:24
62:1 73:21
74:21 75:1
81:10,18
82:5 83:8
84:6 99:7,14
115:9 120:3,
19 121:5
143:18
153:21
155:20
162:4
183:23
184:20
186:13
187:8,15,22

Congressma
n
  39:12 72:12,
14

connecting
  95:6

connection
  167:19

consent
  20:18,22
  197:12,20
  198:7,11

consequenc
e
  24:11

consequenc
es
  25:13 137:8

consideratio
n
  20:23

considered
  118:6 160:4

consistently
  81:11 173:8

consolidate
  28:2 157:6

consolidatin
g
  158:11

consolidatio
n
  157:24

constant
  45:6

constantly
  112:23
  119:17
  146:6

constituents
  23:11 25:18
  27:20 39:10
  63:16
  112:15
  119:20
  136:24
  155:4,12

constitute
  168:13

constitution
  27:6 31:20
  33:11,19
  40:14,15,16
  56:9 60:18
  62:12,23
  63:6,15 70:1
  72:17 82:7,
  24 83:12
  84:11,16
  85:7 89:19
  94:21 95:4
  96:4,5
  104:13
  108:8

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording    on 08/21/2025

116:21
117:13,24
118:16
167:24
169:5,11,13,
17 170:14,
17,20
172:21,22

**Constitution's**
82:9

**constitutional**
8:21 12:19
28:21 45:11
57:11 74:11
82:2,13 90:6
104:7,17
106:18
111:8
115:24
152:21
155:23
168:19
169:3,7
174:24
175:6,8
183:24

**constructive**
39:16
107:18

**constructs**
170:9

**consultant**
69:23,24

**consultants**
61:8

**consumed**
174:23

**content**
142:6

**contested**
116:7

**context**
133:12
154:2 157:4

**contiguous**
83:2

**continue**
25:7,24 85:4
90:4 95:14
98:5,6 99:18
129:19
133:16
143:12
144:13
146:15
147:7
156:11
165:22,24
171:6 187:2
200:4

**continued**
98:19 145:6
147:8
188:18

**continues**
87:20
134:18
146:15
162:1

**continuing**
32:9

**continuously**
32:23 33:3,4
123:24
172:3

**contradict**
88:15

**Contrary**
56:22

**contrast**
142:12

**Contreras**
199:4

**contributors**
43:8

**control**
27:10 29:6
68:4 71:7
81:17 87:16
130:16
150:6

**controlled**
26:17

**convenience**
63:2

**convenient**
43:19

**conversation**
142:10
148:20

**conversations**
79:12 85:14

**conviction**
64:22

**convoluted**
83:21

**cordial**
77:5

**corner**
37:12 113:5

**correct**
42:2,5,12
135:16
138:7

**correctly**
33:15

**corrupt**
26:13 94:18

**corrupting**
27:8 28:3

**corruption**
122:4
124:15
130:6,7,8,
14,15

**Cortese**
2:5 5:15
10:4 14:15
18:4 93:14
101:8
127:10
139:18
140:2
156:22,23
180:8 190:7
194:18

**cost**
95:19 119:5,
9,10,12
154:1
157:22,23
158:1
163:23
178:8
185:11,14
188:22
200:2,3

**cost-benefit**
65:5,8

**costs**
13:5 65:5

**council**
145:20

**count**
71:20 94:11
108:8,9

**counted**
185:19

**counter**
22:10 27:15
156:14
158:18,19
159:21

**counties**
37:15 71:7
83:3 89:6
98:4 105:17,
19 136:23

**countless**
106:20

**countries**
136:4

**country**
77:14 86:4,
7,11 87:7,17
96:22 112:4
121:8 132:7
134:4 135:8
136:15
137:22
143:8 144:8
146:13
150:21
156:17
158:2
174:10,23
175:4,13
185:16
186:15,22
187:3 189:8
200:12

**county**
45:20 49:9,
17,18 50:24
51:2,4,19,21
52:14,16,19
61:13 62:5

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording    on 08/21/2025

89:16
119:15,18
120:8,18
135:23
160:9
161:16
184:1

**couple**
68:17 90:1

**courage**
92:12,14
93:1,8,13
97:1 174:4

**court**
108:22,24
131:3,4,7
142:15
160:9,11
161:18
162:9 168:7,
12 171:24
175:12,17

**courts**
27:7 40:4
144:15

**coverage**
154:19
155:8

**cracks**
91:18

**crater**
154:23

**create**
24:7 64:7
65:12 165:6
171:20

**created**
62:9 71:12,
13 80:6
81:24 85:7

89:6 95:1
114:1
116:11
165:23

**creates**
170:13

**creating**
83:21 89:16
96:21
122:23
188:20

**creation**
81:4 134:8

**Crescent**
105:22

**cries**
25:9

**crime**
73:6 188:18

**criminalizing**
151:21

**crisis**
53:1 66:24
188:16

**criteria**
64:24 82:23
83:9 168:9

**criterion**
83:2,5,6

**critical**
50:1 117:23
143:3
156:16
164:18
165:16
174:21

**critics**
81:20

**Crow**
150:22

**cruelty**
151:13

**Cruz**
55:4 63:8
79:9

**crystal**
33:17 40:5
193:10

**Cuevas**
2:9

**current**
22:9 30:15
31:15,17,20
33:11
120:17
123:5

**curtain**
142:4
144:18

**customers**
49:20

**cut**
24:17,21
49:8,13
146:19
150:23
164:11

**cutbacks**
146:22

**cuts**
115:7 154:3,
14,15,17,20,
21 166:9

**cutting**
95:22

**cycle**
47:12 81:13

176:20

**cycles**
37:23 51:12
81:19

**cynical**
88:3 111:15

———

**D**

**D.C.**
23:7 56:20
61:8 92:12

**dad**
113:21

**dad's**
113:19

**Dahle**
2:5 5:17
10:6 14:17
18:6 101:10
127:12
180:10
190:9
194:20

**daily**
20:23 23:11
61:15

**dais**
54:10

**damage**
76:23

**damages**
81:22

**damn**
110:7
114:20

**dangerous**
186:20

**dangers**

157:3

**Daniel**
43:5

**dares**
156:13

**data**
21:20 82:20
118:19,21,
23,24

**daughter**
174:4

**day**
4:3 36:20
46:21 87:9
104:7
110:13
113:3,6
114:24
141:8 145:3
166:13
177:20
183:2

**daylight**
114:23
166:12

**days**
22:19 31:12,
13,17 99:9
164:3 185:9

**DC**
159:5
178:22

**DCCC**
39:15 171:3

**dead**
119:8

**dealing**
72:3 125:9

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording    on 08/21/2025

deals
73:4 81:5

dear
79:9 145:7
174:7

death
120:14,20
164:3

deaths
166:12

debatable
4:12 8:23
126:11

debate
4:2 26:6
27:23 72:10
91:12,15
97:4,9 100:9
129:20
133:11
138:15
143:7
145:11
153:2
174:16
176:21
186:6 189:1
193:20
199:20

debated
32:9

debates
200:10,13

debating
140:21

decade
24:18 35:8
38:8 82:17
116:14
118:5

122:18

decades
80:6 106:20
144:3 152:1

decennial
170:9

decent
27:18

decide
45:9 118:16
139:4 142:8
143:9
147:14,17
148:11
152:24
159:3,9
183:22
187:24

decided
47:8 49:8
65:17 70:6

deciding
173:2

decimating
186:16

decision
22:6 99:8
117:18
143:3 158:8
179:2

decisions
58:9

deck
26:17

decks
24:12

declaring
21:10 47:5
183:13

decline
73:18
115:18

declined
73:13

deemed
3:22,23,24
21:5 197:4

deep
40:21 105:3
138:15

deeply
36:10 77:13
78:1 132:23
198:24

defamation
130:13

defeat
42:22

defeated
43:16,18

defend
22:4 40:14
88:17 96:3
97:14 145:1
152:4 174:8
185:1,2

defending
142:15
149:18

defense
61:23 92:5
121:9

deficit
48:17 49:8
95:22
188:15

deficits
155:3

define
21:21

definition
169:6

Defunding
186:18

degrade
187:2

DEI
151:22

delegation
65:16 66:19

deliver
163:16

delivered
81:11

Dem
74:14

Demaio
66:6,8

demand
23:8 122:17
123:12

demanded
80:10
122:12

demanding
70:23
132:11
149:1
175:15

demeanor
91:8

democracy
22:23 25:6
26:14 27:11
29:3 40:9,23
46:4 50:5,6

71:2 74:22
75:8,12 76:8
78:5,6,17
79:17 97:10,
14 99:1
115:18
117:19,24
130:3
134:17
137:22
138:2 145:2,
23 147:13,
19 149:2,17,
19 151:3
152:4,18
156:7,10,17
157:11
158:10,15
159:11
174:8 175:4
176:2,5,10,
21 177:8,17,
24 185:2,5,
19

democrat
39:3 56:19
75:3 82:5
84:5 91:11
92:19 94:17
95:14
105:11,23
188:12

democratic
3:10 25:19
27:7 28:22
42:9 43:6,20
73:22 82:11
109:9,13
143:21
153:6
161:24
163:9 165:7,
18 200:16

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording    on 08/21/2025

**Democrats**
24:5 26:9,14
27:19 28:18
37:23 38:14
39:15 40:20
43:22 51:6
56:6 62:20,
21 63:10
66:1 71:19
73:10,22
74:8,16,18
75:1,7,8
91:1 92:20
94:12 95:8
154:9
161:22
163:2
165:14
166:2
171:17
172:14
173:5 187:4,
9,17

**demonstrate**
36:6

**demonstrati
ng**
24:8

**Dems**
74:5

**denounce**
88:6

**denying**
151:13

**depend**
49:5

**depends**
78:17

**deploying**
147:2

**deport**
131:6

**deportations**
151:18
186:16

**depressing**
131:19

**Derek**
199:2

**dereliction**
173:20

**describes**
170:8

**deserve**
25:3 60:23
63:3,4,5
80:9

**deserves**
78:23

**design**
170:18

**designed**
62:15 82:19
149:22

**desist**
66:17

**desk**
3:8 4:7
12:15,17
13:2 20:19
28:9 38:21
41:18 44:9
53:5 121:16
192:24
193:4 197:3,
14,21 198:1,
8,16 199:8

**desperate**
95:6

**despicable**
132:6

**destroy**
95:24
134:19,20

**destroying**
151:14
155:7

**details**
26:6

**detained**
64:20

**determine**
162:12

**determined**
145:8

**devastating**
153:24
154:17

**developed**
81:5 171:4

**deviation**
40:5

**devious**
175:11

**dial**
106:8

**dialogue**
93:15

**dictate**
47:14,16

**dictator**
25:17 91:17
130:21
152:10
160:21

**dictators**
92:13

**die**
164:1

**died**
164:2,4
173:19

**Diego**
52:4 178:21

**difference**
159:5

**differently**
142:24
158:16

**difficult**
61:6

**dignity**
144:6 145:9

**digression**
41:22

**diluted**
61:20

**diminishes**
64:14,17,20
65:3

**diminishing**
143:11

**diploma**
162:11

**direct**
35:14,15,20,
21 85:8
135:20,21
150:1 155:1
168:18
174:6

**directed**
104:6 183:1

**directing**
168:7

**direction**
48:12 82:16

**directive**
57:6

**directly**
125:2 133:9,
22 153:24
178:16

**dirty**
87:19 88:10

**disabled**
98:15

**disadvantag
e**
61:1

**disagree**
97:12

**disagreemen
ts**
27:21

**disappearing**
132:18

**disapprove**
168:4,17

**disarm**
65:17 77:12

**disarmament**
110:5

**disaster**
151:13

**discarding**
79:14

**discards**
83:15 95:11

**discourse**
97:11

**discovered**

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025

38:10

discriminate
84:2

discussion
97:4 174:16
186:6 189:1
193:20

discussions
200:12,13

disdain
66:8

disenfranchi
se
80:23 98:3
158:7

disenfranchi
sing
142:17
158:12

dislocation
51:15

dismantling
151:21
155:7

dispensed
12:23

disrespectful
85:17

disrupts
82:18

dissent
27:10

dissertation
171:1

distraction
188:10,13,
20

district
50:23 51:6
59:8 61:21
62:21 81:4
82:3 88:17
89:3 105:18,
19 112:24
119:18
120:4,9,11,
19 122:13
131:1 155:5
164:4
168:14
171:16,19
178:10

districts
21:21 22:10
23:21 25:20
26:20 37:17
38:22 40:2,6
42:13,15,16
46:9 50:24
51:5,7 52:12
60:19,22
62:1,6 70:17
81:10 82:19
83:1,8,22
84:1,6 99:14
105:16
111:17
120:1
135:22
136:23
143:1 153:7
168:1 172:2
183:23
186:13
187:8,15,17

diversity
100:5
151:21

divest
147:7

divided
61:12,20

divinely
117:9

division
83:4

divulge
83:14

doctor
199:15

doctors'
164:19

documents
162:9

doesn't
167:9

DOGE
178:7

dogs
148:24

dollar
48:18

dollars
44:2 48:19,
23 49:13
50:2,14
64:16 98:13
132:11
146:8,11,14
147:6
164:11,13
188:23

dominant
73:11

Donald
27:9,16
107:11
108:9 110:7,

21 129:24
130:4,8,16,
19 131:2,5,8
146:7 150:6
151:9
163:13
174:23
175:14,23

donor
86:3 154:7

doomed
148:22

door
82:21
176:14

doors
36:14
172:14

Doris
43:11

doubt
57:4

dozens
95:16

draft
23:20

drafted
82:2

drafting
169:18

drain
48:19

dramatic
25:9

draw
29:19 30:16,
17,20 33:16
36:3,13 40:6

53:15,16
57:12 60:19
122:13

drawing
26:20 30:19,
22 33:23
37:13 51:20
55:3,5 70:1,
17 83:15
95:3 123:7
175:7

drawn
23:22 36:14
37:15 55:17,
20 62:13
63:1 83:17
84:2 123:4

drew
36:1,21
54:2,16,24
55:11 57:16
61:6 69:23
70:4,6 83:20
90:18 95:17

drink
200:21

driven
56:6

driving
120:11

drop
110:10

dropped
70:2

drug
109:9

dude
72:12

due

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025

25:1 84:5
97:24
136:13
150:3

**Durazo**
2:5,15,17
5:19 10:8
14:19 18:8
67:6,7
101:12
127:14
180:12
190:11
194:22

**dust**
186:3

**duty**
121:9
173:21
187:14

**dying**
164:17

───────

**E**

**earlier**
79:9 81:1
94:15
140:16
160:15
161:21
171:2

**early**
166:15

**earn**
39:9

**earned**
165:13

**earning**
38:1 81:13
141:17

**earth**
144:8
145:11

**easier**
96:9,11

**easiest**
42:21

**East**
155:5

**easy**
69:20 94:13
165:11

**echo**
61:3

**economic**
24:15

**economy**
121:8 132:3
151:15
155:2
186:18
187:19

**Edmund**
148:23

**education**
50:10 64:12
154:22
164:12

**effect**
21:11 99:12,
17 183:14

**effective**
60:24

**efficiency**
81:14

**effort**
9:1 44:1,3
68:22 71:12

75:11,24
95:5 96:9,14
112:14
172:17

**efforts**
23:10 45:21
46:23 47:2
71:6 156:1

**egos**
148:2

**egregious**
50:22 51:20,
24 52:6,11
98:2,3 99:22
123:23

**egregiously**
51:3

**eighth-grade**
157:9

**elaborate**
44:23

**elect**
28:21 67:14
82:5 85:3
118:16

**elected**
27:23 34:8
40:10,11,12,
13,14 63:16
66:12 78:4
84:15,21
85:5,11,15,
18 88:9
97:14 109:2
122:7
125:24
145:22

**electing**
28:17 84:5

**election**
26:18 31:5
38:2 39:10
47:24 48:20
49:15 50:12
65:6 74:1
81:19 87:15,
18 88:7,18
94:22 95:21
110:7 115:9
118:20
119:9,12,13
121:5
138:22
146:4 153:9
154:2
162:19
163:19
173:10
178:8
183:20,21
184:2 185:4,
11 187:6,7,
11 188:21
199:23

**elections**
21:19 26:8,
12 27:8,9,11
28:3 37:21
38:13 42:3
54:3,4,24
58:3,24
62:17 88:3
94:19 96:5
99:15
107:19
110:6
115:13
138:24
141:14,18,
20 142:20
145:22
151:10

152:7 156:3
157:5,22,23
164:22
175:19,24
183:12

**electoral**
81:22 83:22

**electorate**
26:24 51:9
85:3

**electricity**
200:3

**elephant**
153:4

**Elias**
56:5,8
160:14

**eliminates**
169:20

**eliminating**
155:8

**Ellis**
77:16 78:2

**emergency**
95:10
154:10
175:17

**Emoluments**
147:8

**emphasize**
164:7
168:23

**Empire**
39:24

**empowering**
84:8 143:2

**enable**
2:20 156:10

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording    on 08/21/2025

**enact**
169:7,16

**Encinitas**
76:22

**encourage**
93:13 133:1

**encouraging**
33:9

**end**
46:2 49:19
80:6 108:4
110:17
113:5 120:6
174:22
176:20
193:9

**endangerment**
114:13

**ended**
81:7

**ends**
36:10 40:19

**energy**
72:7

**enforcing**
163:2

**enfranchising**
143:2

**engage**
57:1 65:9
134:21

**engaged**
69:1 78:7
174:1

**engineered**
62:14

**enshrined**
84:10,11
116:21

**ensure**
81:24 82:19
87:16 97:15
107:19
114:13
149:15

**ensuring**
29:8 83:5
149:16

**enthusiasm**
23:5

**entire**
169:17
171:16,20

**entitled**
89:18
142:18

**environmental**
155:10

**epiphany**
22:21 99:2

**Epstein**
166:16
173:12,14,
15,19

**equal**
40:2

**equality**
117:15

**Equalization**
168:1

**equating**
183:12

**equation**

143:18

**equitable**
79:6

**equity**
100:5 150:2
151:22
152:6

**equivalent**
47:2

**era**
161:5

**erasure**
115:17

**Erica**
199:4

**eroding**
84:10

**essence**
176:5,10

**essential**
154:22

**essentials**
184:16

**establish**
41:24 45:21

**established**
81:8 82:11

**estimated**
48:19
188:22

**ethical**
123:11

**evade**
69:15

**evading**
69:17

**evasive**
33:20 70:14

**evening**
31:3 111:9

**eventually**
69:5

**everchanging**
117:19

**everyday**
165:2
184:16

**everyone's**
98:20

**exact**
43:17 93:12

**examined**
118:23

**examples**
93:10

**excellent**
170:23

**exchange**
143:7

**Excuse**
29:14 34:17,
22 35:17
124:2,24
169:23

**excusing**
173:9

**executive**
56:10 65:13
157:6

**exempt**
122:19

**exercise**
138:5

**exercising**
138:6

**exist**
51:9

**existing**
51:5

**exists**
170:7

**expanded**
81:9

**expanding**
149:2

**expect**
87:1

**expected**
56:17

**expediency**
123:14

**expense**
50:7 75:12
144:24

**expensive**
67:18 119:4
188:10,12

**experience**
38:8,17
57:24

**experiment**
156:7

**explain**
111:3

**explicit**
28:17

**explore**
76:7

**expose**
52:24

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording    on 08/21/2025

expressing
107:10

extends
122:8

extorted
64:17

extortion
132:12

extra
186:1

extraordinary
137:15

extreme
157:19,21
158:2

extremists
22:11 150:5

eye
112:17
142:20

eyes
114:23

**F**

fabricated
188:12

face
47:8 48:16
70:16 72:24
76:23 116:9
177:16

facing
47:12 49:19
95:21
148:24
188:14

fact

31:10 32:22
37:8,10
118:19
124:14,16
144:5
149:13
161:12
165:19
170:10
172:15,22

facts
41:23 44:5
52:1,3 67:19

fail
95:18 96:14,
18

failed
153:3
160:24
185:9

failure
137:3 145:1
173:20

failures
137:5

fair
26:12 37:17
43:5 46:19
52:12,13,22,
24 60:23
63:4 74:8
78:24 79:17
82:3 86:22
87:1,18
88:9,18
96:1,5
107:19
117:1
147:18
152:7 153:9
156:3 170:7

183:23
185:14

fairly
62:23 137:7
184:9

fairness
46:18 47:14
50:3,6 52:7
62:11 81:22
83:1 110:6,9
111:20
122:22
123:14
125:23
126:2
153:11
185:1

faith
106:12,19
140:24
176:23,24

fake
27:9,11
109:16
119:4
138:16,17

falls
80:12

false
36:1

familiar
90:15,22
142:3

families
24:20 67:20
88:1 116:3
151:16,19
154:20
184:16
186:17

family
86:16
105:24
111:18

famous
36:23 68:7
142:2

fan
120:16

fans
199:1

farm
166:13

farmers
61:13 86:8

fascism
130:3 134:1

fascist
132:1
133:21
134:18

fast
42:10

father
77:13
166:14

favor
84:2 163:20
171:9

favorable
157:8

favorite
86:17

favoritism
84:9

FBI
109:2 163:4

fear
62:19
136:15
177:18
185:17

fears
2:23

feature
119:21

federal
24:19 40:1
98:2 154:6,
7,12,18
155:6 174:5
184:6,11

Federalist
65:10

feed
61:14

feedback
79:5

feeding
148:1

feel
82:1 136:19

feelings
92:7

feet
164:3

fell
54:21 164:2

fellow
106:13

felt
88:2

female
8:15 109:9

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording    on 08/21/2025

**field**
26:11 113:8,
22 114:12,
17 116:2
150:10,11
159:10
184:18

**fight**
24:13 25:5
27:17 77:6,7
86:1,12,13
87:24 88:18
96:5 111:15
132:5
137:12,14,
17 141:11
149:9 151:2
153:9 175:3
186:2
187:14,18,
19 199:23

**fighting**
26:10 111:6

**file**
20:18,22,23,
24 21:6
104:15
108:21,23
114:21
183:9
197:12,18
198:6

**filed**
160:14

**files**
166:16
173:12,14,
15,19

**final**
25:23 46:12
100:8 134:7

139:4 167:8
168:3,5,13,
17 172:16

**finally**
83:24 119:3
165:13
174:8

**finance**
48:24

**financial**
48:15 49:1

**find**
47:11 71:17
77:1 109:21

**fine**
51:23 52:5,
12,15,18
90:1 119:19

**fined**
160:22,23
161:3,7

**fire**
110:24
148:24
151:14
185:5
187:14
188:18

**fired**
136:10
178:7

**firm**
56:6 107:13

**firmly**
141:9

**fiscal**
50:16

**fit**
83:8

**fix**
115:20
199:24

**flag**
2:16 3:5

**flashpoint**
109:21

**fled**
136:9

**flies**
70:16

**floor**
3:21 33:22
57:15 59:9,
12 83:23
84:4,6,18
88:5 91:17
92:10,17
93:18 94:7,
11 95:17
96:17 115:7
117:6
125:17
137:10,21
138:5 140:3,
7 151:6
160:7
192:23
197:2 199:2
200:21,23

**Florida**
163:17

**flouts**
83:24

**focus**
48:13,15

**fold**
186:1

**folks**
31:9 73:22

76:14 84:13,
21 85:8 87:6
97:15 105:8
107:22
108:3
117:13
118:11
134:10
166:20

**follow**
33:10,18
34:2 48:5,8
86:17 87:4
109:14

**follow-up**
32:12

**Folsom**
120:6

**food**
24:20
112:20
146:22
164:12,20
166:9

**foolish**
27:1

**football**
47:3,13
86:15

**forbid**
172:21

**force**
163:2

**forced**
21:22

**forces**
149:10

**foreign**
146:13

**foremost**
46:18
145:18
199:12

**forever**
58:7

**form**
172:18

**formed**
70:24

**Fort**
105:22

**forward**
34:3,14
36:23 37:18
40:22 42:10
62:15 73:21
79:3 90:3,7
120:21
123:10
139:14
141:10,17
150:14
163:22
166:22
179:4 200:7

**foster**
174:5

**fought**
80:8

**found**
30:10 137:6
149:6

**four-and-a-
half-year-old**
111:4

**fourth**
31:24 121:7
186:1

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025

**fourth-largest**
132:3

**fracturing**
83:21

**framed**
81:19

**franchise**
158:5

**Francisco**
132:24
139:16
160:20
161:9

**free**
49:10 78:24
107:19
112:22
152:7 156:2

**freedom**
115:11,13
144:6 145:9

**freestanding**
159:17

**freeway**
120:2,13

**freeways**
120:14

**freeze**
154:6

**freezes**
134:18

**frequently**
138:20

**Fresno**
45:20

**Friday**
31:3,8 32:4,

17

**friend**
42:1 94:12
161:9 167:9

**friend's**
111:4

**friends**
76:20 77:4
88:11

**frivolous**
108:21

**front**
37:15,16
114:23
132:16
200:15

**frozen**
147:5

**fulfill**
79:7

**full**
13:6 26:12
37:10 79:7
91:18,21

**fully**
62:2 120:23
170:19

**fund**
44:3 49:4

**fundamental**
136:14
177:24

**fundamentally**
177:7

**funding**
24:19 50:1
154:4,10,22

164:10
173:8

**funds**
154:6,12
188:21

**funnel**
130:10

**future**
77:14 78:1
89:21
111:19
147:21
150:13,17
186:19

---

**G**

**gain**
61:13 82:11
96:1,18,19

**gained**
39:24

**gains**
80:8

**gallery**
2:13

**Galveston**
160:9
161:15,16

**game**
27:3 47:3,4,
5,13,17
86:21,24
88:9 113:11
114:22
115:16
121:2
143:10
144:11
184:6,10

**games**
86:18 88:10
110:8

**gamesmanship**
94:15

**gas**
59:20

**gas-lighting**
94:3

**Gav-lighting**
94:3

**gave**
133:2
178:18

**Gavin**
94:16 96:20
174:3

**gear**
200:21

**general**
48:19 109:1
139:8
154:11
175:13

**generation**
143:23
145:5,8,12
151:2

**generations**
80:11
147:21

**gentleman**
85:2

**gentlemen**
84:14
121:23
145:17

**geographically**
83:2

**germane**
94:22
178:15

**Germanists**
124:5

**gerrymander**
22:1 26:16
50:23 51:4
162:2

**gerrymandered**
32:23 33:5
165:20
187:8

**gerrymandering**
23:10 45:4
52:6 80:7
84:1 142:15
149:12
153:6
165:22
166:3

**gerrymanders**
150:8,15

**give**
27:14 54:5
79:5 122:18
123:3
130:22
133:12
147:14
153:7,10
155:14
188:2
199:14

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording    on 08/21/2025

giveaway
144:23

giving
26:24 143:9
147:16
152:23
156:1 165:2
172:16
174:11

glad
70:21
139:12
162:10

glazed
112:16

goal
28:17
184:23

goalpost
185:17

God
2:19

gold
37:5 141:12

gold-plating
146:16

golden
185:12

golf
148:3

Gonzalez
2:6 3:9 4:6,
8,19 5:21
8:18,19 9:6
10:10 12:14,
16 14:21
17:6 18:10
21:6,12,14
28:14,24

29:16,20
30:14,24
32:4,16
41:4,12,16
45:1 79:24
80:4,14,17,
21 90:21
97:4,6
101:14
123:18,20
124:10,22
125:7,8,14,
17 126:5,6,
9,11 127:16
180:14
190:13
194:24

good
31:6 37:23
40:9,23 60:1
63:4 67:9
69:14 86:15
88:11 91:21
99:18 100:3
104:23
106:3,5
107:14
122:14,16
132:7 134:3
142:8
160:11,17,
20 161:9
174:13
199:15

goons
109:20

GOP
172:13

Gosh
59:19

governance
62:8

government
38:11 56:10
63:4 65:11,
12 68:6 98:2
130:11,17
131:6
147:24
154:8 155:6
157:10,16,
19 158:4,12
159:12
160:10
188:1

governor
3:22 28:16,
19 36:14
43:20 66:16
77:1,2 91:19
92:13 93:12
96:20 97:1
109:2 111:1
119:6 131:9,
13 142:14
153:14
158:17
162:24
163:14,15
174:3,8
177:4 185:9

Governor's
96:17
176:13

grab
50:7 52:17
62:10 87:23
150:1 159:6,
11 172:10
188:24

grabbing
132:15

grabs
84:12 152:9

185:21

graces
91:21

grand
146:14

grandfather
166:14

grandmother
148:21

grandparent
s
106:2

grandson
77:15 78:2

granted
56:4 92:1

granting
81:17

grants
147:4 154:4

Grayson
2:6 5:23
10:12 14:23
18:12 44:8,
10,14 46:5
101:16
127:18
180:16
190:15
195:1
199:15

great
22:3 85:13
86:4 90:23
171:7,8,10
200:7

greater
107:14
143:10

174:13

greatest
24:11 51:2

Greg
162:24
163:14,15

gripey
91:2

grocery
163:10

gross
51:10

grounded
23:16

group
54:17 56:1,
5,8,20

groups
60:22

Grove
2:6 10:14
18:14 53:4,6
56:5 59:22
101:18
127:20
159:24
180:18
190:17
195:3
198:21,22

Groves
59:19

grow
151:23

guarantees
122:13

Guard
178:19

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025

**guards**
173:21

**guess**
72:4 98:7

**guests**
2:12

**guidance**
2:24

**guided**
24:9 46:17

**guidelines**
83:11

**guides**
148:9

**guise**
95:9

**Gulf**
131:23

**gutting**
24:14

**guy**
71:7

**guys**
57:21 59:18
72:5 75:9,14

**gymnastics**
94:5

———————

**H**

**Hahn**
197:19

**half**
47:5 74:3,4
116:14
120:8,9

**halftime**
47:4,9,10

48:3

**hand**
83:18 84:18
118:22
150:6

**handed**
172:13

**handful**
92:17

**handing**
184:15

**handle**
119:20
131:13

**hands**
22:8 147:18
148:6 152:9
159:13
200:14

**happen**
51:21 56:17
69:18 72:23
114:14
115:2
138:22
150:7 162:6

**happened**
36:11,18
51:17,22
117:15
157:19

**happening**
57:19 87:6
94:16 109:3
114:7
115:10,12
130:17
163:21
165:6 174:9
176:17,18

**happy**
100:6 185:8

**hard**
24:6 57:18
80:8 87:11
171:16
178:24
200:24

**hard-fought**
151:17

**harder**
108:4

**hardworking**
155:11
166:12

**harm**
161:12

**Harris**
105:18

**harshly**
114:7

**Harvard**
131:18,19,
20

**havoc**
155:2

**he'll**
132:12

**head**
120:2,5,7

**headlines**
96:20

**health**
49:3,10 65:3
67:20,22
106:1
110:19,21
154:14

**healthcare**
50:11
134:19
146:19
154:19
155:8
164:12,18
173:7
177:17
184:14
186:21

**healthy**
164:20

**hear**
63:7 66:7
73:5 97:20,
21 108:11
109:12
112:23,24
138:18
166:17
172:19
177:20

**heard**
35:4 38:6
39:14 65:23
77:6 115:6
117:5 118:2
119:5
143:19
146:9 154:1
157:1
163:11
172:8 173:5
175:10
176:21
179:3

**hearing**
13:6 53:24
55:19 59:2,4
60:9 124:9
146:2

175:24

**hearings**
22:16,19
37:11 55:9

**heavily**
112:3,13

**heck**
71:15
130:22
131:5
199:16

**heed**
174:7

**Heights**
120:1

**held**
184:4

**hell**
109:3

**helm**
99:18

**helping**
56:6 96:23

**helplines**
178:6

**hey**
71:3 72:18,
24 73:6
131:9

**hide**
109:19

**high**
105:22
110:16
162:11

**high-speed**
106:9 117:5
139:13

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025

140:4,6,15
141:2

**higher**
24:22
188:15

**highest**
172:18
188:16

**highlight**
23:15
165:17

**Highway**
109:14
120:5,11

**historical**
167:11

**history**
41:23 44:5
63:8,13
76:20,21
109:19,22
143:16
144:23
147:20,21
148:22
149:4
150:13,17,
18 156:18
161:5 171:1

**hit**
31:12
113:14
115:8

**hold**
25:10,11
41:8 107:9
137:11
145:7 156:8
174:7
177:12
184:17

**holding**
125:23
200:14

**hollow**
146:5

**home**
68:1 106:6
136:10
144:1 200:2,
13

**homelessne
ss**
188:17

**honest**
2:21 69:14
96:5 142:1

**honesty**
143:4

**honor**
26:14 63:5
94:12
149:13

**honorable**
104:6 183:2,
4

**honored**
105:15

**hope**
30:4 41:21
107:17
108:20,23
130:6 133:4
200:17

**hopeful**
3:1 23:4
29:24

**hopes**
112:19

**hoping**
49:12

**horrific**
132:15
133:21

**hoses**
148:24

**hospital**
106:1 178:9

**hospitals**
131:1

**hostile**
137:18

**hour**
67:16

**hourly**
67:15

**hours**
108:22

**house**
21:24 22:2
28:22 33:12
45:5 77:9,10
109:3 130:8
142:21
143:6,9
146:16
157:7
164:10
185:12
187:1,5
193:6

**housing**
72:8 87:11
173:7
188:16
200:3

**HR**
115:7

154:18
178:2

**hubs**
60:21

**huge**
165:2

**human**
70:5 132:6
152:1
154:14
173:17

**humbled**
176:3,16

**humbling**
85:12

**humility**
66:10,12

**hundreds**
37:11 95:16
120:17
151:15

**Huntington**
65:23 89:13
140:5

**hurt**
86:8,9 87:9
161:12

**Hurtado**
2:6 6:1
10:16 15:2
18:16
101:20
127:22
180:20
190:19
195:5 197:8,
9

**hurting**
87:8 151:16

186:14

**hurts**
108:10

**hypocrisy**
22:13 77:6
89:9 99:20
109:19
122:20
173:6

**hypocrites**
173:5

**hypocritical**
97:24
118:10

**hypothetical**
46:7 47:13

_____

**I**

**ICE**
115:12
163:24
164:2,5,14
166:10

**ID**
96:21

**idea**
58:20 118:4
122:8 176:3
177:8

**idea's**
118:5

**ideal**
174:7

**ideas**
143:8
151:24
176:6

**identical**

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording    on 08/21/2025

23:21

**identify**
136:7

**identity**
174:7

**ideology**
177:10

**idly**
28:4

**ignore**
98:6 185:6

**ignores**
82:13 94:21

**ignoring**
144:15

**II**
161:6

**illegal**
23:10 121:4
151:14

**illegally**
131:5,6

**Illinois**
40:11

**image**
27:10 43:17

**imagine**
47:3 109:13

**imitating**
91:21

**immediately**
3:11 21:11
136:9 168:6
183:14

**immigrant**
155:11

**immigrants**
77:15 78:2
86:8 130:2
131:6
156:11
171:18
174:4

**immigration**
132:15
133:21

**immunize**
176:19

**impact**
46:8 145:21
153:20
155:1
164:21

**impacted**
146:22
153:23

**impactful**
46:21

**impartiality**
84:10

**implementation**
178:4

**implore**
188:3

**important**
23:15 42:20
73:20 76:12
86:10 94:1
95:4 121:24
143:6,17
144:11
149:4
153:17,19
162:20
165:16

**importantly**
42:8 95:14
120:24
158:2

**imposing**
151:14

**improve**
64:1,3

**inaction**
24:12 107:3

**incalculable**
76:23

**incendiary**
91:9 93:24

**include**
23:21 64:12
81:10 83:1
140:17

**included**
30:3 33:2
79:4

**including**
28:2 57:14
65:15 87:5

**inclusion**
100:5

**incoming**
92:23 100:5

**incompletion**
42:12

**inconsistent**
169:4
170:16,19

**incorrect**
135:15
137:24
138:1

**increase**

175:22

**increasing**
24:15

**incredible**
31:14 76:17
200:17

**incredibly**
144:5
186:20
200:8

**incumbent**
84:2

**incumbents**
62:13 81:6

**independence**
24:8 62:11

**independent**
22:16,21
23:2,14 30:1
31:16 45:17,
22 46:2
51:18 62:9
71:16,17,23
72:1 77:7,11
79:14,19
80:2,10
89:12 95:1
99:3 108:12,
14 109:24
116:12
122:11
123:3,6
134:8,12
135:4
155:16,19,
24 160:13
165:10,18
166:21
175:5 176:1

**independents**
37:24 40:20
171:17

**Indiana**
163:18

**individual**
54:6 59:9
92:6 144:6,
14 145:9

**individuals**
24:6 64:19

**indulge**
41:21

**indulging**
76:6

**infamous**
117:12

**influence**
30:21 66:13,
14 75:22
85:10
122:24

**inform**
104:6 183:1

**information**
46:6 55:7

**informed**
24:9

**initiative**
106:20,21
116:6 117:1
193:10

**initiatives**
116:8 118:8

**injustice**
136:1

**injustices**

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025

137:23,24

**Inland**
39:23

**inning**
113:11,12,
16

**innings**
186:1

**innovation**
61:24

**innovative**
151:24

**input**
32:10,20
36:12 45:6
55:13 79:5

**inside**
40:21

**insider**
81:5

**insiders**
61:9 62:18
81:6

**insight**
99:10

**insist**
86:21,23

**inspired**
117:9

**institutes**
24:22

**institutions**
115:18
130:20

**insurance**
67:20,22

**integrity**

69:11,19
70:16 79:16
83:3 94:22
97:21 99:1
123:14
145:1

**intended**
82:2,4

**intense**
199:20

**intent**
79:7 82:1
83:11 171:6

**intentionally**
113:14

**interest**
60:18 61:11
62:16 83:4
98:6 119:2
120:23
149:16
150:1 165:1

**interesting**
30:10 48:2
85:24 96:7,
13

**Interestingly**
42:19

**interests**
60:23 95:7

**internet**
106:8

**interview**
54:23

**introduced**
32:2 51:17
70:23 166:2

**introducing**
165:5

**invest**
200:4

**invested**
166:21

**invite**
66:15

**invites**
84:9

**involved**
56:21,22
58:17 61:7

**involvement**
171:2

**Iron**
144:17

**ironclad**
122:12

**ironic**
63:7 116:4

**irrefutable**
63:24

**irrelevant**
134:17

**Irrespective**
64:2

**Irvine**
64:14 66:2

**Island**
77:16 78:3

**isolated**
61:22

**issue**
60:16 68:3
73:5

**issued**
58:17

**issues**
76:7 133:4
168:16
177:10
200:14

**item**
21:6 48:14
197:7,12,19
198:6

**items**
173:8

**it's**
135:3,17
143:12

**I'd**
167:20

———————

**J**

**Jackson**
52:4 97:20

**jam**
51:6 200:20

**James**
65:10

**January**
143:22
173:11

**JD**
165:24

**jerk**
67:17

**jet**
146:12

**jets**
137:1

**Jewish**
160:24
161:4,7,10,

12

**Jim**
150:22

**job**
89:5 94:13
106:3
199:16

**John**
143:22

**join**
3:5 66:15
84:19
137:18
138:5

**joint**
12:18,22
20:14 21:15
38:20

**Jolly**
120:2

**Jones**
2:6 4:13,14,
18 6:3 10:18
15:4 18:18
20:12 89:24
90:15,23
92:2 93:20,
22 101:22
103:19
105:3,4
127:24
180:22
188:6,7
190:21
193:15,16
195:7
200:16

**judge**
160:13
187:17

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025

**judge's**
56:14

**judges**
179:4

**judgment**
57:6 142:8

**judicial**
56:11,12,14
57:5 157:8

**Judy**
43:10

**jugular**
111:14

**jump**
39:16

**jumps**
56:20

**June**
184:3

**justice**
47:7,16
150:3

**justification**
161:11

**justifies**
95:10

**justify**
36:11 40:19

**K**

**K-12**
64:12

**Kamala**
105:18

**Kansas**
163:18

**keeping**
134:12

**Kennedy**
143:22

**Kern**
45:20

**Kevin**
39:12,17
60:2 66:3

**key**
49:9 82:8
105:24
150:14
176:12

**keys**
176:13

**kick**
130:24
154:18

**kicked**
29:4,5

**kid**
106:4

**kidnapped**
99:23

**kidnapping**
136:3
155:10

**kids**
98:16 106:2
113:23
114:12
116:2 130:1

**Kiley**
66:4

**Kiley's**
39:12,17
60:2

**kill**
132:12

**killed**
164:5 166:3

**kills**
48:6

**kind**
62:10 69:21,
22 71:7 91:3

**king**
124:18

**kitchen**
106:14
111:9

**knee**
67:17

**knew**
40:16 52:10
68:23 70:13

**L**

**LA**
58:16
178:14

**labor**
151:17

**laborers**
166:13

**lack**
37:1 68:21
69:9

**lacks**
68:24 69:11,
19 70:15

**ladies**
84:13
121:23
145:17

**laid**
49:18 72:22
129:19

**Laird**
2:6 6:5
10:20 15:6
18:19 50:19,
20 101:23
128:1
180:24
190:23
195:9

**lamentable**
26:19

**landscape**
28:1

**language**
90:7

**large**
51:9

**larger**
66:19
117:15

**largest**
121:7 132:4
154:7

**Lassen**
120:12

**lasts**
38:11

**late**
49:23

**Latino**
99:23

**latitude**
140:16

**lavish**
146:15

**law**
30:15 40:1
46:20 81:15
94:22
144:15
149:4 150:3
173:9 193:9

**lawlessness**
9:1

**lawmakers**
81:17

**lawsuit**
56:8,15,19,
21 90:16
130:13
160:8,14
161:2
162:13

**lawsuits**
90:22
108:21
171:23

**lawyer**
56:20

**lay**
126:7,10

**lead**
2:14 37:17
52:12 152:6
174:4

**leader**
3:7 25:17
57:15 100:4
105:4 124:5
138:15
153:4 174:9
200:15,23

**leaders**
21:23 63:5
80:9 88:8

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording    on 08/21/2025

107:3
108:24
109:14
143:23
145:5,8,12

**leadership**
36:15 54:4,
5,18,21,22
81:22
106:24

**leads**
137:20

**League**
113:2,6,23,
24 114:1,4
115:16,21

**learn**
22:20 27:12

**learning**
24:22

**leave**
163:6
199:21

**leaving**
166:15

**led**
152:4,5

**leeway**
57:23 133:2
160:6

**left**
74:5 166:12

**legal**
152:20

**legally**
175:16

**legislation**
28:16 39:13

56:22 84:9
155:22

**legislative**
36:15 56:11
81:16
161:10
188:12

**legislator**
53:16 72:12
109:10
122:6 163:5

**legislators**
53:14 56:23
57:9,12
78:11 95:14
98:3 100:1
109:1

**Legislature**
30:16,17,22
32:2,3,14
33:8,10,24
34:8 54:18,
19 66:21
70:4,5,23
73:16 74:14
80:20 84:8
85:9,11
89:18 96:10
108:12,15
122:9
125:10,24
152:21
153:14
154:10
163:8
188:19

**Legislature's**
83:13

**legitimacy**
179:7

**legitimately**
91:3

**lemmings**
97:2

**let alone**
107:1

**letter**
66:16 94:20
114:7
175:13

**letting**
45:9 185:15

**level**
26:10 39:17
52:24 75:1
110:1
143:15
150:9
159:10
166:23
173:24
174:5

**leveling**
150:11

**levels**
134:2

**LGBTQ**
156:12

**liberties**
144:14

**Liberty**
78:3

**lie**
91:22

**life**
46:16 58:10
64:14,18,21
65:1,4 67:2
97:16

107:13
200:1

**lifetime**
157:14,15

**light**
48:6 108:20
141:8 159:1

**likelihood**
176:15

**limit**
124:8

**limits**
84:24 85:2

**Limon**
2:6 6:7
10:22 15:8
18:21 128:3
181:1
195:11

**Linda**
43:12

**lines**
23:22 30:16,
17,19,20,21,
22 31:21
36:1 37:9,15
53:10,15,17
54:2,16
55:3,5,12,17
56:13 57:1,
7,10,13,17
58:6,9 61:6
80:20 81:2,5
82:10 88:6
90:17,19
91:1,2 95:3
122:13
123:4,8
125:23
139:8
160:12,13,

14 161:18
165:15
168:8 175:8

**list**
25:2 68:17

**listen**
88:11,18
177:4,6

**listened**
53:20,21

**listening**
84:23 85:24

**literally**
47:10
158:13

**literature**
43:4

**live**
25:19 68:4
106:5 107:9
109:8
200:12

**lived**
86:4

**livelihoods**
155:7

**lives**
2:20 64:1,3
67:12
146:19
164:7
171:18

**living**
67:11 70:8
163:24

**loan**
87:11

**local**

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025

71:7 110:1
166:23

**lock**
184:23

**locking**
163:4

**Lodi**
61:16
120:16

**Lofgren**
43:10

**logical**
83:22
186:11,12
187:21

**long**
38:10 79:17
155:20
170:16
200:19

**longer**
38:11 43:13
51:1 136:17
158:11

**looked**
79:10 92:4
118:21

**Los**
39:21
139:17

**lose**
24:20
110:19,21
134:17
149:23
178:15

**loser**
96:15

**losing**
24:18 51:1
136:24
164:18
184:8

**lost**
25:1 39:22
63:10
114:22
136:13,14

**lot**
61:3 68:16
69:3 72:5
75:18 77:6
131:22
132:24
133:2,3
138:18
139:2
153:17
160:19
161:19
164:10
199:24

**loud**
166:17

**Lounge**
3:11

**love**
76:22 86:15,
16 106:4,6
124:14
160:17

**loved**
117:14

**lovers**
52:21

**loves**
2:23

**Lowenstein**

43:5

**lowering**
200:2,3

**lucky**
200:11

**Luis**
45:19 50:23
51:19 52:14,
16,18

**lumped**
61:14

**lunch**
103:24

**lunches**
98:17

**luxury**
146:9

---

**M**

**Madam**
2:17 3:9 4:8,
14 8:19
12:16 13:3
20:16 21:14
26:4 41:1,19
44:10 47:21
50:20 53:6
60:13 63:21
67:7 68:12,
13 78:21
85:22 88:23
90:1 91:24
93:14,22
97:7 104:5,
22 112:11
121:11,14
123:20
126:6
129:23
133:8,19

135:11
138:8 140:8,
22 142:1,10
145:16
148:18
152:14
156:23
160:6
162:16
167:6,16
168:22
170:1,5
174:18
179:9 183:1,
17 186:9
188:7 189:3
193:2,16
197:10,17
198:4,17
199:9,13
200:23

**Maddie**
3:11

**made**
17:5 27:4
32:8 44:22
91:4 140:5
155:9 158:8
160:7,20
161:21
172:7
175:20
201:3

**Madison**
65:10

**madness**
26:16
163:11
174:23

**MAGA**
22:10
131:17

151:9

**mail**
178:16

**mail-in**
108:2,3,4
176:19

**main**
42:8 111:7

**maintain**
43:1

**maintains**
87:16

**major**
76:20

**majority**
3:7 51:8
57:15 69:8
71:10,24
74:9 75:18
109:13
124:4 153:6,
21 187:1,4
200:23

**make**
13:4 31:12
34:15 38:23
41:5 51:6
56:7 58:6
66:23 67:16
70:17 74:2
75:12 76:2
84:19 86:6
92:4 96:6,9,
11 105:13
108:4
136:19
143:3 147:7
152:7 160:5
166:20
167:11
168:20

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording    on 08/21/2025

175:5
178:24
179:2,8
187:3

**makes**
27:5 63:12
184:3

**makeup**
71:13,16
74:7

**making**
35:2 58:8
87:20 94:6
147:9
183:12
200:1,3,5

**malls**
120:6

**man**
73:1 136:5
142:4 164:1,
4

**manages**
187:6

**mandate**
82:14
123:10

**mandating**
172:1

**maneuvering**
50:3

**manipulation**
158:15

**manipulation
s**
82:21

**map**
33:12 51:2
70:2,4,6

83:15 99:13
119:19,23
120:17
155:18
168:3,5,8,
11,12,13
175:21

**mapping**
62:8

**maps**
22:7,10,15
23:15,17,18,
20 24:4,7,9,
10 25:15
28:21 29:19,
22 30:7
31:3,7,14
32:2,6,10,
15,17 33:8,
14,16,19,23
34:1 36:1,3,
13,16,21
37:1,14
39:21,23
55:7,19
61:2,9
62:12,14
63:1,4 70:1
81:11 82:3,4
84:9 88:24
89:5 95:17,
24 99:7,9,
14,15
120:21
122:24
148:8 150:9,
16 162:5
163:19
168:17
170:9
172:15
175:3,20
184:20

187:22

**Mar-a-lago**
109:20

**march**
97:1

**marched**
148:23

**margin**
117:16

**Marines**
178:19

**Mark**
59:23

**market**
87:10,13

**marriage**
117:14

**marrying**
117:14

**Maryland**
161:22

**masked**
64:20 136:2,
6 144:16

**mass**
151:18
184:11

**Massachuset
ts**
58:1 161:23

**massive**
39:20 115:7
188:17,20

**master's**
168:11

**masters**
168:8

**match**
47:11

**Matsui**
43:11

**matter**
46:13 50:11
62:18 93:17
105:23
148:12

**matters**
33:1 48:18
140:7
147:13,15
178:2

**mayor**
113:9

**Mcguire**
2:7 6:9
10:24 15:10
18:23 102:2
104:21,22
128:5 181:3
191:2 193:2
195:13
198:16,17,
20 199:8,9

**Mcnerney**
2:7 6:11
11:1 15:12
102:4 128:7
181:5 186:7,
9 191:4
195:15

**Meadow**
113:5

**meaning**
37:21 83:9,
14,16
175:11

**meaningful**

122:3
155:13

**means**
25:16 29:7,8
36:11 40:19
62:2 70:14
73:14 74:17
75:1 97:10
98:11,12,15,
18 145:19,
23 176:2

**meant**
146:16

**measure**
4:3 8:17
28:6,17
43:16 46:8,
16 79:8
97:13 99:6
103:22
116:11
117:11
133:14
140:20
153:1 166:2,
5 169:18
170:17,19
177:1,10
182:21
188:10

**measures**
48:13 79:1,
2,5,6 117:2
137:15
166:22

**mechanism**
92:5

**media**
33:10,18
34:2,11,19
36:22

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025

107:10
131:21,24

**median**
68:1

**Medicaid**
24:17 29:5
136:22
154:18

**Medicare**
166:10

**meet**
86:11
110:14,15,
16 120:24

**meeting**
114:5
115:21
201:5

**member**
21:9 30:18,
21 31:7,21
32:14 33:7,
10,11,17,18,
22 34:7
35:20 97:19
104:18
140:9
145:20
176:1

**members**
2:12 3:4,19
4:1 7:19
8:10 16:24
20:21 24:11
26:6 28:22
33:13 34:3
36:6 37:17,
23 39:14,19
40:7 41:21
43:6 44:4
47:22 49:19

65:16 66:18,
20 68:14
88:24 90:1
103:17,23
104:23
108:11
109:2
119:21
121:22
122:8,23
123:21
125:10,24
138:12
139:2,11
146:21
163:8,9
182:15,22
183:8,18
184:5 188:8
192:14,22
193:3

**membership**
73:18

**meme**
130:9

**Memorial**
113:5

**memory**
149:14

**men**
136:2,6

**Menjivar**
2:7 6:13
11:3 15:14
19:2 102:6
128:9 181:7
191:6
195:17

**mental**
49:3,10 94:5

**mention**
70:19 72:11
140:15

**mentioned**
23:22 29:3
30:6,7 45:14
79:9,11 84:4
95:20
112:16
137:13
155:21
160:10

**mentioning**
90:3

**Merciful**
2:19

**merits**
93:21

**mess**
68:8,9 165:7
166:4

**message**
57:2 104:3
151:8 166:7,
8 167:2

**messages**
3:22,23
182:22

**messing**
87:13

**met**
120:2,8

**methodology**
158:24

**mic**
59:9 60:15

**mid-**
59:23

**mid-census**
142:19

**mid-cycle**
32:23 33:4
82:6

**mid-decade**
39:13,18
46:22 49:16
66:5 82:17
118:2,8,11
149:21
172:12,21

**midcycle**
44:18 45:5,
10

**middle**
73:24 74:15
75:2 118:4

**midst**
32:9

**midterm**
26:8 28:3
58:3 60:3
66:5 88:3
142:20
157:22,23

**midterms**
143:6,18

**military**
147:2
186:20

**million**
24:19 49:12
63:11,12
64:11 95:20
161:2

**millions**
29:4 49:11
110:18,20
144:19

146:8,11,14,
24 147:1
151:16
154:19
164:11,13
177:15
184:14
186:21

**mind**
57:4 92:3,9,
22 131:12
146:6 147:6

**minds**
116:23

**mine**
120:16
184:13

**minimize**
9:1

**minimizing**
83:4

**minimum**
67:16

**minor**
30:6 51:4

**minority**
22:13,20
25:7 100:4
153:6

**minute**
110:10

**miraculous**
193:12

**mirror**
43:17

**misdirect**
25:8

**misdirection**

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording    on 08/21/2025

41:23 42:22
44:5

**misinform**
25:8

**misinformati
on**
41:6

**misled**
36:5

**misrepresent
ing**
34:14

**missing**
97:19

**mission**
56:6

**Missouri**
163:17

**model**
27:1 37:6
38:23 39:6
48:8

**modern**
143:15

**Modoc**
61:13

**mom**
113:20

**mom's**
113:19

**moment**
29:13 41:9,
22 42:7
76:17 105:2
110:16
114:2,10
120:24
124:9,23,24

125:6
132:19,21
133:7
139:20,22,
23 140:10,
11 145:19,
21 156:16
159:15
166:18,23
198:18
199:11,18

**Monday**
32:8 53:24
55:16 59:1
199:2
200:22
201:4

**money**
48:20,21
49:14 146:4,
16 185:11

**month**
154:5 172:6

**months**
107:1 114:5
153:23
200:20

**Montoya**
164:4

**moratorium**
122:9

**morning**
2:14 57:15
67:9 84:24
91:7,8,15,16
94:5 118:3
193:8

**mother**
135:13,14

**motion**

4:15 13:4,9
17:5 193:18
201:3

**motions**
4:4 192:23
197:6,9

**Mount**
120:12

**move**
4:4,9 8:20
20:17,22
21:5 36:23
53:10 72:3
74:20 76:6
104:14
133:24
183:8
185:16
192:22
200:7

**moved**
163:22
166:22

**moves**
34:3 36:23
141:10,16

**movie**
142:2

**moving**
34:14 37:18
40:22 90:7
91:13 111:5
193:11

**multiple**
172:8

**Murrieta**
52:5 178:21

**N**

**named**
143:22
144:4 177:1

**names**
52:2 61:7

**Nancy**
43:10

**narrative**
22:14

**nation**
3:3 22:3
57:2,3,20
60:2,7 63:10
75:11
137:20
149:2 151:8
155:6 174:1
200:10

**nation's**
61:23
150:12

**national**
26:11 27:24
28:1 37:6
39:6,17 53:1
57:24 82:15
110:2 157:5
173:24
178:19
187:10

**nationally**
37:6

**nationwide**
23:9 30:1
38:23 39:14
81:20

**Navy**
178:13

**nearby**
120:17

**necessarily**
79:6

**nefarious**
106:24

**neighborhoo
d**
113:4

**neighborhoo
ds**
3:2 60:20
61:15 83:3

**neighbors**
46:19
155:11
166:11

**net**
144:20

**nets**
155:8

**neutralize**
121:4 165:5

**newfound**
23:5

**news**
27:11 74:17

**Newsom**
28:16,19
43:20 94:17
96:20 174:3
185:9

**Newsom's**
174:8

**nice**
72:12

**Niello**
2:7 6:15

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording    on 08/21/2025

11:5 15:16
19:4 41:17,
19 102:8
128:11
167:5,6,19,
23 169:8,19
170:21
181:9 191:8
195:19

**night**
105:10
193:6

**nights**
109:8

**noes**
8:14 12:12
17:3 20:13
103:21
129:18
182:20
192:19,20

**non-**
24:8 171:17

**non-partisan**
139:9 141:4,
12

**nonpartisan**
26:21 34:16
36:2,7 38:22

**nonsense**
58:18

**North**
40:12

**nose**
72:23

**note**
20:20
197:15,22
198:2,9

**noted**
117:2

**notes**
167:11

**noteworthy**
117:3

**nothing's**
38:17

**notices**
4:5

**notion**
75:20 112:4
118:1 119:3
176:11

**November**
29:8 31:13
37:4,19 99:8
139:4
147:17
151:7
183:21
185:20,24
187:23
189:5

**nullify**
121:4

**number**
23:7 43:13
45:16 47:8
63:24 64:5,
10 71:6
73:11 75:5
104:15
116:1 169:3
172:8 175:1
183:9 198:6
199:18

**numbers**
73:9 164:10

**numerous**
70:22

**Nutrition**
135:24

**nutritious**
164:20

---

**O**

**Oaks**
117:1 170:7

**oath**
40:16 84:15
97:14 144:4

**obediently**
22:11

**Obispo**
45:19 50:23
51:19 52:14,
16,18

**object**
4:15 123:1
193:17

**objection**
92:1 167:22
197:4

**objections**
197:3

**obligated**
81:2

**obvious**
143:12
169:2

**occasions**
23:3

**occupation**
64:24

**occupy**
161:22

162:4
178:20

**occur**
82:14
170:12

**Ochoa**
2:7 6:17
11:7 15:18
19:6 78:20,
21 80:1,5,19
102:10
128:13
181:11
191:10
195:21

**odd**
112:15

**offered**
98:1

**office**
95:1 122:7,
18 176:13

**officer**
35:10,12,22
77:19 112:6,
9

**officers**
163:10
199:12,17

**offices**
42:16 74:11

**official**
78:4 148:9

**officials**
88:9 123:24

**offset**
57:5

**offsets**
150:14

**offsetting**
137:18

**Ohio**
163:18

**oil**
59:20

**Olympics**
114:15

**one-time**
170:15

**ongoing**
188:17

**online**
31:3,8 32:5
83:18 148:8

**open**
2:24 63:1
81:11 82:20
91:10 106:1
138:15

**opening**
34:9 36:4
113:2

**operate**
59:6 71:8
158:20

**operation**
142:9

**operations**
49:19

**opinion**
160:3

**opponent**
42:8

**opportunities**
122:23

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025

opportunity
32:6 43:19,
20,22 46:1
98:1 100:6
143:8,19
152:24
155:14
172:2,17
177:22

oppose
133:13

opposed
44:24
155:20

opposite
45:7 51:13
159:6

opposition
42:20 47:23
53:8 60:16
86:20 94:2
188:8

oppressive
144:18

Orange
45:14 49:9,
17

order
13:9 49:7
51:5 56:14
93:14
120:14
124:3,21
132:17,20,
22 133:3,6
139:18
140:1,2
156:7
160:12
163:18
168:7 173:9

175:12,17,
21 183:5
193:9

ordered
56:12
104:12
151:18
160:11
178:20

ordering
64:6

ordinary
67:12
122:17

original
24:9

ostensible
43:3

outcomes
83:22

outcry
123:23
124:14

outfitted
79:18

outings
148:3

outlined
22:7 82:24

outrage
107:10
109:4,16
118:3,10,13
119:4,5
138:16,18
146:3,5,9
147:5,9,11

outraged
109:5 155:6

outrageous
95:19

outset
27:12

outstanding
119:24

overlooked
60:17

overreach
99:22
124:13
159:14

overreaches
132:1

override
93:2,6
96:10,12

overturn
173:10

overturning
172:20

overwhelmin
g
117:4

overwhelmin
gly
42:18
117:17

owe
122:3

Oz
142:3

P

p.m.
201:4

Pacific
98:23

package
53:9 81:16
98:22 112:2,
12 160:4

Padilla
2:7 6:19 8:2
11:9 15:20
19:8 102:12
128:15
141:23,24
181:13
191:12
195:23

pages
108:13,16

paid
37:1 154:8
168:24
177:2

pain
105:1

painful
151:13

Palisades
98:23

Palm
105:22

palpable
118:11

Pam
175:14

pandemic-
delayed
81:13

parade
113:4

paragraph
63:12

paramount
130:12
159:4

pardoning
173:10

parents
113:10
114:11

Park
113:6

Parker
104:8 183:5

parry
121:4

part
44:19 46:8
114:1
143:23
145:5,8
178:21

participate
37:13 54:20
55:3,5 58:6

participated
30:19,22
33:23

participation
36:16

parties
61:1 62:13
113:2
146:15

partisan
44:3 50:7
52:17 61:1
71:13,14
82:10 95:12
137:18
150:15

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025

152:9
153:10
165:22
166:2
172:12
175:21
188:24

**partisanship**
24:9 52:24
123:14

**partnership**
105:6

**parts**
45:18,23
52:22 113:1
178:9

**party**
21:18,23
23:1 24:6
25:7,14
26:15 28:22
42:9 51:1
59:8 60:1
65:22 71:11
73:13,14,19
84:3 86:12
88:6 89:8,9
94:23 98:22
153:10
158:1
164:23
173:9,21
176:3

**party's**
22:13,20
29:6 153:4

**Pasadena**
167:9

**pass**
37:18 39:17
92:17,18,24

106:18
109:11
138:22,23
166:5

**passage**
60:8 154:17

**passed**
21:24 36:8
42:4,18
43:18 51:2
70:23 92:24
116:19
117:1,8
149:6 183:3

**passes**
37:19
103:22
182:21

**passing**
71:10
117:24

**passion**
132:24

**passionate**
199:20

**past**
32:8 70:22
79:2 108:15
140:5
167:11

**patient**
3:1

**patriot**
77:15

**Patrol**
109:14

**pausing**
26:19

**pay**
43:23 67:20,
21 69:5 86:5
142:3

**paying**
54:9,12
131:24
143:3

**PD**
136:11

**Pedro**
43:11

**peep**
88:12

**Peer-run**
49:9

**Pelosi**
39:14 43:10

**pen**
114:7

**pending**
178:3

**pendulum**
157:18

**people**
3:2 22:4
27:18,23
29:4 33:15
36:4 37:9
38:16,19
39:7 40:10,
11,12,13
49:24 50:4
51:10,13
53:11,13,17,
18 58:5,11,
18 59:1
60:1,22
61:13 63:3
67:11,14,19

68:22 69:4
70:14,21
71:17 73:2
74:15 75:2
78:4 85:3,
11,18 86:19
87:8 88:16,
19 105:11
111:12,13
114:19
119:1
120:18
122:12
123:6 130:7,
10 132:15
133:12
134:11
136:3,23,24
137:9
138:23
141:3,5,10,
11,17 143:2,
8 144:17
146:1 148:7,
11,23
149:17
151:10
155:5 156:2,
4,5 157:12,
15,17
158:13,21
159:13
161:12
164:17,18,
19 165:2
166:13
170:17
171:21,22
173:3,23
175:2 176:4
177:11
184:12
185:17
186:21

187:13

**people's**
134:19

**percent**
23:23 24:1,
2,7 29:21
30:5 42:5,18
43:18 67:21,
23 73:9,11,
12,17,18
74:14,23,24
75:5,6,8
83:8 89:3
120:3 123:2
160:18
161:23
162:3,4

**percentages**
73:1,2,3,4

**Perez**
2:8 6:20 8:4
11:11 15:22
19:10
102:14
128:17
162:15,16
171:24
181:15
191:14

**period**
26:12 69:6
91:18,21

**permanent**
44:17 45:3
110:11
149:7

**permission**
56:2,3 91:24
167:20

**permit**
143:24

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025

145:6

**permits**
58:16

**perpetuity**
130:17

**person**
92:8 117:14

**personal**
122:14
198:23

**personally**
90:21

**persons**
108:8,9
144:16

**petition**
168:6

**petitions**
119:5,8

**Petteway**
160:9
161:16

**Pettus**
148:24

**phenomenal**
199:16

**phone**
23:8 175:15

**phones**
142:14

**phonetic**
164:2
197:19

**physical**
200:11

**pick**
37:9 38:4

39:2,23
52:15 53:17
59:23 85:4
87:23 93:7
137:12
166:24

**picked**
63:11

**picking**
38:5

**piece**
45:13

**Pierson**
2:1,10,11
3:4,12,16,19
4:11,17
7:14,18 8:9,
14,16,22 9:4
12:8,12,20,
24 13:8,13
16:19,23
17:3 20:7,
11,13,19
21:4,12 26:2
28:7,12
29:13,17
30:12,23
31:23 34:17,
22 35:1,5,9,
13,17,19
41:2,8,12,17
44:7,12
47:19 50:18
53:3 56:3
60:11 63:19
67:5 68:10
76:9 77:17,
22 78:19
79:21 80:15,
18 85:20
88:21 89:23
90:13,20

93:19 97:3
100:11
103:11,16,
21 104:2,9,
14,20
111:23
112:5,8
121:12,17,
21 123:17
124:2,7,20,
23 125:5,8,
15,19 126:4,
9 129:14,18
132:19,21
133:5,10
134:22
135:9 138:9
139:20,22
140:10,14,
20 141:22
145:14
148:14
152:12
156:21
159:23
162:14
167:4,14,17,
21 169:23
170:3
171:12
174:15
179:10
182:10,14,
20 183:7,15
186:5 188:5
189:9 192:9,
13,19
193:14,19
196:21
197:14,21
198:1,8,13,
19 199:6
201:1

**pitch**
113:13

**place**
36:8 60:5
83:20 115:9,
24 122:13
144:8
145:11
169:12

**Placer**
120:8

**places**
45:19
112:24
120:17

**plan**
30:2 63:7
72:3 82:6,13
83:24 96:17
133:23

**plane**
130:11

**plate**
151:4

**platform**
73:23

**platter**
175:16

**play**
109:18
110:8
113:24
157:11
185:14

**playbook**
184:9

**played**
143:11
144:11

**players**
87:5 113:14,
18 114:19

**playing**
26:11 87:19
114:18
150:10,11
159:10

**plays**
95:13

**pledge**
2:16 3:5,6
145:2

**plenty**
148:10

**ploy**
111:16

**plurality**
51:2

**pocket**
49:14 67:20

**podcast**
84:23 85:1

**point**
61:7 75:7
76:22 93:14,
19 112:7
124:2,7,21
132:17,20,
22 133:3,6,
14 138:14
139:18
140:1,2
143:10,11
161:8 169:2
176:15
198:23

**points**
47:6,15,16
48:4,12 90:1

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025

96:6 116:14

**police**
109:20
133:21
163:2,9

**policies**
131:18
143:13
153:24
155:1
157:21
158:2
163:22
164:23
186:14

**policing**
164:14

**policy**
27:21 57:9,
10 59:11
114:6
171:20
176:6

**political**
26:22,23
28:1 41:22
43:5 50:3
51:3 61:12
62:18 63:1
80:7 81:6
82:21 84:3
150:19
176:3

**politicians**
37:9 38:4
39:2,9 52:14
61:8 62:13
67:10 82:10
94:17 95:2
122:16,19
123:7 159:8

173:2
184:21

**politics**
27:22,24
111:2,12
141:14
184:5

**poll**
150:22

**population**
39:20,24
74:24 75:9
82:20

**populous**
121:8

**portals**
31:5

**portion**
65:6

**position**
75:21

**possibly**
163:18

**post-census**
82:18

**potential**
58:14,15
110:9

**potentially**
64:8 83:20
154:3

**poverty**
188:16

**power**
25:10,12,15,
24 28:2
34:6,10,12
39:7,8 50:7

52:17 62:10
64:9 75:18,
19,22 84:12
87:23 91:17
95:12 96:3
107:18
122:1,17
123:3,5
134:18
147:14,17
148:6
149:24
150:5,19
151:11
152:9 156:1,
8 157:3,6,24
158:1,11
159:6,11
170:17
171:6
172:10
173:18
175:22
177:9,11
179:8
183:22
184:24
185:21,24
188:24

**powerful**
158:10

**powers**
27:7

**practicable**
83:6

**practice**
44:18

**Practices**
43:5

**practicing**
185:18

**praise**
29:24 81:13

**prayer**
2:14

**precisely**
62:10 95:2

**predetermin
ed**
37:21 38:2
39:11
138:21,23
141:14,19,
20

**predominant**
28:20 108:2,
17

**prefer**
94:4

**preference**
24:6 73:13,
19

**preferred**
172:3

**present**
2:12 21:16
89:14
121:23
183:19

**presentation**
104:24

**presented**
45:17 113:8

**presenter**
57:15

**presenting**
57:14
125:15

**presents**

142:13

**preservation**
117:23
152:17

**preserve**
51:8 71:2
80:10
141:11
175:4

**preserving**
141:4

**presidency**
98:7

**President**
2:18 3:10
4:9,15 8:20
9:1 12:17
13:4 20:17
21:15,23
22:12 23:7
24:14,23
26:5,9 28:1,
24 29:20
38:9 41:1,20
44:11 46:4
50:21 53:7
60:14 63:22
64:6,11
65:7,23
66:14 67:8
68:13 78:12,
22 80:2
85:23 86:2
87:7 88:15,
24 90:2
91:24 92:14
93:15,22
96:22 97:7
104:5,23
105:20
107:6 108:4
110:23,24

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording    on 08/21/2025

112:1,11
121:1,11,15
123:21
124:17
125:4 126:6
129:23
131:12,24
133:8,19
135:7,12
137:23
138:8,12
140:8,23
142:1,10,13,
19 143:21
144:4,10
145:17
146:7 148:1,
2,4,18
152:15,18
153:5,8
156:24
157:5,20
158:6,9
159:12,15
160:1,6,12,
22,23 161:3,
6,14,17,24
162:8,17
163:13,15,
22 165:24
167:7,16
168:23
170:2,5
172:11
173:9,19
174:19
175:14,22
177:12
179:9 183:1,
18 185:12,
15 186:9,24
187:2,5,6,14
188:7 189:4
193:3,17

197:10,18
198:5,18
199:10,13
**President's**
23:9 65:19
66:3 87:14
88:1,7,13
137:3
153:13
156:11
186:14
**Presidential**
138:14
**presiding**
35:10,12,21
77:19 112:6,
9 199:12,17
**press**
107:9
123:10
**pressure**
87:13 88:8
**pretend**
165:22
185:7
**pretending**
68:20
**pretty**
69:20 73:10
143:12
**prevent**
62:10 84:11
115:17
117:13
154:13
166:16
**prevention**
49:5
**prevents**

114:6
**previous**
30:7 42:12
160:3
167:12
168:10
171:7
**previously**
117:5
**price**
68:1 185:11
**prices**
59:20 87:10
**primaries**
150:23
**primary**
184:4
**principles**
82:12 94:21
**print**
53:24 55:16
59:1 99:9
**printed**
148:9
**prioritize**
83:22
**prioritizes**
82:24
**private**
146:12
**privilege**
198:24
**privileges**
3:20
**pro**
92:23 100:5
104:20
115:6

198:23
**problem**
86:20 89:9
126:2
188:18
**problems**
58:13 72:4,
6,7,8 76:1
**procedural**
33:1
**procedure**
169:13
170:8,14
**proceed**
29:17 30:23
80:18 90:20
121:21
167:18,22
**process**
25:9 26:20
27:8 31:4,
15,17 54:9,
14,20 55:16,
17,20 57:1
58:21 60:17
61:4 63:1
72:17,18
78:24 89:1
90:24 95:10,
18 118:22
123:5
136:13
150:3
153:10
171:5
**processes**
81:12 83:15
**produce**
22:1
**professional**

91:13
**professionalis
m**
91:8
**professor**
43:4
**profiling**
151:19
**program**
38:12 49:10,
18 135:24
**programs**
24:14 49:3,5
50:1,11
64:13 98:17
151:22
154:22
164:12
166:10
176:6
**progress**
80:7 117:19
149:7 155:9
**progressive**
74:18
**progressives**
56:7
**prohibited**
122:6
**projected**
48:16
**projecting**
92:3,5
**projection**
92:3
**promise**
149:2
**promote**

IN RE CALIFORNIA STATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025

82:3

**promoting**
39:3

**proofs**
63:24

**proper**
170:18

**proponent**
43:3

**proportion**
73:7

**proportional**
73:17

**proportionality**
73:6,8

**proposal**
47:24 48:18
50:17 81:23
82:18

**propose**
89:18

**proposed**
81:15 88:24
99:7 116:13
118:11
119:14
176:18

**proposition**
41:24 42:9,
11,12,15,18,
20,22 43:17,
24 81:7,9
117:12

**protect**
22:5 80:9
116:2 130:2
138:2
147:19

149:15
151:22
159:11
160:24
183:23

**protected**
136:20

**protecting**
50:5 81:6
148:3 152:7
161:4
185:14

**protections**
115:19
144:15
151:18
155:10

**protects**
150:15
165:9
177:11

**proud**
21:15 28:5
72:5 91:7
138:4
155:16
162:18
167:1 174:7
183:19

**prouder**
78:16

**prove**
93:8

**provide**
25:5 32:19
100:6 136:8

**provided**
32:6 49:10

**providing**
31:7 54:6

154:10

**provision**
115:22
168:24
170:13
174:21

**provisions**
30:2 82:9
169:4,12
170:16

**psychological**
92:5

**public**
23:19 25:8
31:4 32:6,
10,15 33:8
37:15 49:4
50:11 54:9,
14 55:18,20
62:17 69:3
88:8 97:11
106:5
108:18
112:21
200:4

**publicly**
32:5,17
81:12
107:24

**pull**
197:11

**pulling**
114:12
193:5

**punch**
132:5,8,9
134:5
185:21
189:6

**punching**
129:24
130:1,2

**punish**
65:8

**punished**
160:21
161:13

**purpose**
28:20
169:14
170:15

**pursuant**
4:1

**pursuit**
46:24

**purview**
80:20,22

**push**
36:20 75:5
156:6 175:3

**pushing**
82:17
144:19

**put**
13:14 38:21
39:8 41:7,24
48:21 53:23
55:16,17
59:1,15 88:8
95:4 98:18,
19 106:11,
12,19 142:9
148:5
152:21
154:2
155:23
165:12
174:22
186:24

187:5,21

**puts**
24:19
159:13

**putting**
39:7 86:8
136:3 143:1
152:23

**puzzled**
89:10

**Q**

**Qatari**
130:11

**quality**
64:14,18,21
65:1,4 67:2
97:16

**quarter**
44:2 48:19,
23 49:13
186:1
188:22,23

**question**
13:15 28:13
29:1,12,15,
21 30:11,13
31:22,24
32:12 35:14,
20 41:13,14
44:11,13,20
45:2,14
46:7,11
54:2,11,13
57:14,18
63:12 69:12,
17 70:12
79:20,22,23
80:13,16
90:9,11,14

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording    on 08/21/2025

95:15,19
142:5,23
143:1 144:9
145:4
152:19,23
156:9
167:13,15
168:20
170:4
172:11
187:22

**questions**
28:10 34:5
44:15 54:8
55:11 59:4
60:10 69:19

**quick**
90:11

**quorum**
2:11

**quoted**
38:15

_____

**R**

**race**
37:22 64:23

**racial**
150:22
151:19

**racing**
26:16

**radical**
122:8

**raid**
164:2,5

**Raiders**
199:1

**raids**
132:15

133:22
163:24
164:14
166:10

**rail**
2:13 117:5
139:13
140:4,6,15
141:2

**railing**
92:10,11

**raise**
60:15,16
84:18 91:15
177:23

**ram**
94:17

**ran**
145:22
185:10

**ranchers**
61:13

**ranged**
43:9

**ransom**
98:13

**ransomed**
24:23

**rant**
59:8

**rate**
188:15

**rates**
188:17

**rational**
21:17
124:12

**raucous**

86:18

**raving**
59:8

**raw**
95:12

**reach**
23:6 81:9

**reached**
163:13,15,
17

**react**
29:6

**reaction**
33:2

**reactive**
81:19

**read**
3:23,24
12:21 13:17
21:5,7 56:2
91:24 104:4,
10,16
121:18
161:15
162:12
167:20
182:24
183:10

**reading**
20:24 21:4,6
104:12
167:23

**ready**
113:10
185:1

**Reagan**
38:10 144:4

**real**
24:8 43:6

72:3,6 76:1,
2,7 87:9
98:8 173:6
177:9

**realities**
61:15

**realize**
58:23

**realized**
154:17

**reapportion
ment**
66:5

**reason**
42:21 68:24
71:2 106:23
108:8 109:6,
21 141:21

**reasonable**
21:16
124:12

**reasoning**
84:5

**reasons**
68:16 70:20
72:2 73:20
79:8 111:7

**recall**
119:6,13
185:9

**received**
130:11,12
146:12

**recent**
172:5

**recently**
131:18

**recess**

3:16,18
103:24
104:1 201:2

**reckless**
50:14 75:24

**reclaim**
122:16

**recognize**
199:22

**recognized**
3:7,13 4:6,
13 8:18,24
12:14 13:1
20:15 21:13
26:3 28:8
41:18 44:8
47:20 50:19
53:4 60:12
63:20 67:6
68:11 76:10
78:20 85:21
88:22 89:24
104:21
111:24
121:13
123:19
126:5
129:21
135:10
138:10
141:23
145:15
148:16
152:13
156:22
159:24
162:15
167:5
171:13
183:16
186:8 188:6
193:15

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025

197:8
198:21

**recognizing**
93:23

**reconstructi
on**
150:20

**reconvene**
3:20 201:4

**record**
160:5

**recovery**
188:18

**red**
48:6 84:18
131:8

**redirect**
188:10

**redistrict**
156:2
163:19

**redistricting**
21:10 22:17,
21 23:1,2,6,
14 24:3
28:18 29:23
30:2 31:15,
16 34:15,16
36:3,7 37:5
38:22 39:7,
13,18 43:1
44:18,21,24
45:6,14,18,
22 46:2,23
47:9,11
51:19,24
52:7,11,22
53:9 57:12
58:19 60:3,
4,8 62:9

70:18,24
71:4,6,12,23
77:7,8,11
78:23 79:18
80:3,6
81:18,20
82:6,14 83:9
84:7 85:7
89:2,8,12,16
90:4,5,17
94:18 95:2,
8,11 99:3,
13,16
104:19
107:20
108:13,14
110:2,9
112:16,20
115:1 116:5,
7,12,23
118:2,4,8,12
119:2,23
122:2,11
123:3
131:11
134:8,12,16
135:4,5
139:9 141:4,
12 149:21
155:17
165:10,18
166:22
167:10,24
168:9
170:24
172:21
193:7

**redraw**
28:21 47:24
53:10 56:12
57:6,9 80:20
81:2 82:10
84:8 160:11,

12,14
161:18
172:12
183:22
184:18

**redrawing**
49:15 50:13
165:15

**redrawn**
184:20

**reduced**
149:24

**reduction**
143:14

**reelect**
176:8

**reference**
44:22 130:6
167:11

**referenced**
64:13
171:23

**referendum**
168:5

**referral**
104:9

**referred**
13:5

**referring**
171:1

**refers**
92:5

**refineries**
58:14

**reflect**
82:19 156:5

**reflected**
71:9

**reflects**
74:9

**reform**
23:2,6

**reforms**
80:9

**refs**
87:1

**refuse**
95:15

**refused**
161:1 166:5

**refuses**
131:23

**refusing**
163:5

**refute**
41:6

**regard**
167:8

**region**
61:22

**regions**
60:20 95:6

**register**
82:6

**registered**
73:9,11,14,
17

**Registering**
175:5

**registrars**
184:2

**registration**
51:1

**regression**
143:13

**regular**
119:1

**regulations**
48:2

**rehash**
138:13

**reiterate**
32:16

**reject**
137:9

**rejected**
52:23
116:13,14,
15,16,17,18

**relates**
4:10 8:21
12:18

**relating**
21:9 104:18

**relationship**
86:1

**relationships**
85:13

**relative**
167:9

**release**
166:16
173:12,14,
18

**relevant**
133:9 168:4

**relief**
98:23
151:13

**relive**
161:4

**rely**
135:23

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording    on 08/21/2025

**remain**
2:15 89:3
99:12 186:3
193:12

**remained**
99:22
119:12

**remaining**
83:10

**remains**
99:20
169:11

**remake**
27:9

**remarks**
140:17,18

**remember**
71:1 73:20
105:13
147:5
150:17
154:7
156:19
169:22

**remind**
174:20

**reminded**
142:2
148:20

**reminder**
4:1 149:6
151:2

**remove**
20:17,22
65:7 197:7,
18 198:6

**removing**
198:10

**rent**
112:21

**repeat**
148:23

**repeatedly**
118:3

**repeating**
63:8,13

**replace**
187:9

**replaces**
95:12

**reported**
30:16 33:13
112:3,13
171:2

**Reports**
3:24

**represent**
22:4 49:18
54:10 58:12
62:21 75:8
84:21 85:18
97:15
105:15
119:15
120:21
171:16

**representati
on**
37:18 38:1
39:22 40:2
52:13 60:24
61:19 73:15
75:2 96:1
120:22
142:21
183:23
185:1

**representativ
e**
62:2 82:3

**representativ
es**
28:23 38:4
59:13
142:22
143:7 159:1
184:21
187:2

**represented**
53:18 54:8
62:23 74:16,
18 75:7

**representing**
74:2 105:10
171:21

**represents**
48:24
124:12

**reproductive**
115:13
156:12

**republic**
185:17,19
187:3

**Republican**
21:18 22:1,
24 25:14,19
26:17 27:2
28:1 39:3
65:16,22
66:18 71:20
73:12,23
74:23 76:3
78:10,11
89:15 91:7
92:19 93:11,
12 100:4
105:11,24

106:24
107:3,8
108:24
109:14
117:7 137:5
144:3 153:7,
16,21 158:1
161:23
163:1,12,16
165:19,21
175:22
176:23
200:16

**Republican-
led**
149:20

**Republicans**
3:14 24:5
26:7,13,14
27:19 34:12
37:24 40:20
58:1 62:21,
22 63:11
66:1 71:20
73:16 74:6,8
75:6,21 79:1
91:2 92:11,
15,21 93:11
96:2,8,11
107:2
108:10,17
118:7,12
130:21,24
151:9 153:5
155:20
162:3,24
165:14
166:3,15
171:17
184:7,19
185:8
186:23
187:1,7,10

**repudiating**
82:1 84:20

**request**
20:18 26:1
131:2 183:4
197:11,18,
24 198:7

**requested**
22:1 126:10
198:23

**requesting**
12:17

**required**
149:8
161:18

**requirement**
168:19

**requirement
s**
168:10

**requires**
166:24
172:22
175:17

**requiring**
83:1

**requisite**
168:3

**rescuing**
177:24

**research**
132:13
134:21

**reside**
89:4

**residents**
32:18 49:11
86:9 87:24

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording    on 08/21/2025

88:14 98:24
178:5

**resiliency**
152:5

**resolute**
177:19

**resolution**
12:17,21
38:20

**resolutions**
4:4 192:23
197:6,10

**Resolve**
12:22

**resources**
188:11

**respect**
27:6 36:10
46:18,20
76:17 87:4
97:24 105:3
117:21
120:22
130:5
132:23
134:11
138:16
143:4
169:17
188:3

**respectful**
46:19

**respectfully**
60:6 63:18
85:19 89:21
100:9
111:21
123:15
135:8
145:13

148:13
152:10
156:19
162:13
174:13
183:3 186:4

**respecting**
83:2 158:21
173:3

**respond**
41:1,3,11
65:19
125:20
166:24
187:24

**responding**
53:1 109:6
130:18
139:21
140:9 179:3

**response**
21:17 28:18
54:17,19
56:18 57:17
63:7 65:18
119:16
121:3
123:22
124:12
135:6
142:24
153:24
161:19
162:19

**responses**
31:9 161:20

**responsibility**
42:14 50:16
70:18
135:16

138:3,6
175:9

**responsibly**
3:1

**rest**
42:6,17 47:5
58:10 86:7
137:22
200:17

**restaurant**
110:13

**result**
43:16 49:17
61:10 95:24
169:12
176:18

**resulted**
164:16,17

**resulting**
168:12

**results**
71:14
164:24
176:7

**retain**
155:17
187:1

**retirees**
67:23,24

**retreating**
144:24

**retrofitting**
146:12

**returned**
138:4

**revenue**
25:1

**reversed**

117:17

**reversing**
155:8

**review**
148:10

**reviewed**
81:12

**rewriting**
27:3

**Reyes**
2:8 6:21 8:6,
12 11:13
15:24 19:12
102:16
128:19
135:10,11
181:17
191:16
196:2

**rhetoric**
55:23 162:7

**rhythm**
82:19

**Richardson**
2:8 6:22
11:15 16:1
19:14
102:18
128:21
181:19
182:17
191:18
196:4

**rid**
43:1,3 69:8

**ridiculous**
75:24 85:17

**rig**
21:18 27:3

87:18 88:7
94:18 108:7
110:7 153:9
187:6,10

**rigged**
91:17
144:11
149:19
184:6

**rigging**
87:22
162:19
187:7
199:23

**rights**
32:24 33:4
63:17 80:22
98:5 120:23
134:20
142:16
149:3,4,13
150:24
152:2,5,6
155:9
156:12
172:1,4
187:16

**rigorous**
82:23

**rioters**
173:11

**rise**
2:13 21:15
46:15 47:23
53:8 94:2
121:23
145:18,23
148:18
150:19
152:16
156:24

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording    on 08/21/2025

162:18
186:10
188:8

risk
24:18,20
80:8

risks
123:9

Rivas
104:18

Riverside
31:6 45:20
71:1

Road
113:5

robbing
166:11
186:19

Roberto
164:4

robust
97:9

Rocklin
120:8

role
171:19

roll
2:2 4:15,20
9:7 13:17
17:7 100:12
126:13
136:7 152:1
179:11
189:10
193:18,21

rolling
80:7 151:17

rolls

150:23

Ronald
38:10 144:4

rooftops
59:19

room
153:4 200:9

rooms
63:1 161:1

rooted
24:4

Rose
114:15,16

Roseville
120:7

round
199:14

rubber
131:4,7

Rubio
2:8 6:24 8:7
11:17 16:3
19:16
102:20
128:23
145:15,16
181:20
191:20
192:16
196:6

rule
4:9 8:20 9:2
12:18,22
35:3 36:20
46:20 93:16
122:19

ruled
171:24

rules
4:2 12:13
13:10 20:14
27:1,3 47:3,
9,17 48:3
55:1,2,4,5,6
72:16 86:24
87:4 94:22
104:10,11
115:20
159:2
172:24
184:10

ruling
13:12,14,15
17:4

rumors
69:21

run
58:23 85:16
96:22
122:18
124:17
125:11
185:10
187:19

running
122:7 146:6
164:2,5

runs
48:5

rural
105:16,22
106:1,7
178:9

ruse
175:18

rush
185:8

rushed

25:10 50:12
62:14 83:15
172:15

rushing
95:9 149:21

Russia
114:18

Russia's
27:10

_____

S

Sacramento
42:2 45:20
52:5 61:17
62:19 68:2
120:18
178:21

sacrifice
149:3

sacrificed
61:12

safe
200:5

safeguard
98:7 150:8,
17 159:7,10
173:1

safeguards
81:21 82:2
122:3

safety
49:4 50:11
112:21
144:19
155:8
177:17

Saints
199:1

sake
143:19
144:12

San
43:11 45:19
50:23 51:19
52:4,13,16,
18 132:24
135:22
136:11
139:16
160:20
161:9
178:21

Sanchez
43:12

sanctimony
119:11

sanctity
158:4,21
159:4

Santa
55:4 63:8
79:9 90:3
119:16

satisfy
187:15

save
65:6 75:11
89:21
109:19

saved
149:17

SB
186:4,10
188:8

scales
22:12 25:23

scam

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025

130:9
131:10
133:24

scarce
188:11,20

scared
174:3

scenes
107:21
171:4

scheduled
200:22

scheme
62:8 94:18,
19 149:21

Schiff
43:13

school
49:2 60:22
64:13 98:17
106:5
111:10
136:17
162:11

schools
136:20
151:22
200:4

scientific
134:21

scoreboard
184:8

scrap
72:3

scrape
67:24

screaming
59:19

searching
163:3

season
113:6

seat
39:23

seats
22:2 43:21
58:7 59:24
64:7 73:21
74:5,6,21,
22,23 77:1
82:5 131:10
133:24
149:22
153:7
161:22,24
162:2,4
163:1,16
165:7
172:13
175:16
178:16
188:2

secrecy
81:5

secret
62:14
109:20
133:21

secretary
2:1,3 4:20,
21 7:18,20
8:9 9:7,8
12:20,22
13:17,20
16:23 17:7,8
20:12 21:1,
7,8 100:12,
13 103:15,
16,18 104:4,

5,10,11,16,
17 119:6
121:17,19
126:13,14
168:5,12
179:11,12
182:14,16,
24 183:10,
11 184:1
186:7
189:10,11
192:13,15
193:21,22

secretive
61:5 83:13,
14

secretly
83:16,17

section
168:1,4
169:20,21
170:6,7

Security
146:20
178:6

seeking
82:7 121:2
122:16

seize
130:16

select
62:15 172:3

self-evident
63:23

self-
governing
159:16

self-serving
84:11

selling
87:11

Selma
149:10

Senate
3:16,19 4:9,
10 8:20
30:18 31:4
32:5 51:18
54:1,24
89:15 96:2,
17 104:2
109:15
121:23
123:18
142:5
145:17
155:5 157:7
166:3
168:23
169:16
183:3,8,11,
19 188:4
193:7 201:2

senator
2:1,11,15,17
3:4,9,12,14,
16,19 4:6,8,
11,13,14,17,
18,19 7:18
8:9,14,16,
18,19,22,24
9:4,5,6
12:12,14,16,
20,24 13:1,
3,8,11,13,18
16:23 17:3,6
20:11,13,15,
16,19 21:4,
6,12,14
26:2,3,4
28:7,8,10,
12,14,15,24

29:10,13,16,
17,18,20
30:8,12,14,
15,23,24
31:6,19,23
32:1,4,12,16
33:6 34:17,
18,20,22,24
35:1,3,5,7,9,
11,13,16,17,
18,19,23
41:2,4,8,10,
12,16,17,19
44:7,8,10,
12,14 45:1
46:5 47:19,
20,21 50:18,
19,20 53:3,
4,6 56:3,5
60:11,12,13
63:19,20,21
67:5,6,7
68:10,12
69:4 72:14
76:9,10,11
77:17,20,22,
23 78:19,20,
21 79:21,24
80:1,4,5,14,
15,17,18,19,
21 85:20,21,
22 88:21,22,
23 89:23,24
90:13,15,20,
21,23 92:2
93:14,19,20,
22 94:11
97:3,4,6
100:11
103:16,21
104:2,9,14,
20,22,24
111:22,23
112:5,7,8

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025

113:10
117:1
119:16
121:12,13,
14,17,19,21,
22 123:17,
18,20 124:2,
4,7,10,20,
21,22,23
125:1,5,7,8,
14,15,17,19,
21 126:4,5,
6,9,11,12
129:18,21,
22 132:17,
18,19,20,21,
23 133:5,6,
8,10,16,18
134:22,24
135:2,9,10,
11 138:9,10,
11 139:18,
19,20,21,22,
24 140:2,8,
10,12,14,15,
17,19,20,22
141:22,23,
24 145:14,
15,16,24
148:14,15,
17 152:12,
13,14
156:21,22,
23 159:23,
24 162:14,
15,16 167:4,
5,6,14,16,
17,19,21,23
168:22
169:8,10,19,
21,23,24
170:1,3,5,21
171:12,13,
14 174:15,

17,18
179:10
182:14,20
183:7,11,15,
17 186:5,7,9
188:5,6,7
189:2,3,9
192:13,19
193:2,14,15,
16,19 197:8,
9,14,16,17,
21,23,24
198:1,3,4,8,
10,12,13,15,
17,19,21,22
199:6,8,9,13
201:1

**senators**
21:15 46:15
47:10 50:15
51:23 52:4,
11,13,15,18
94:10
110:14
117:6,7
152:16
199:19
200:9

**send**
106:4
162:10
166:7,8
183:4
184:11

**sending**
114:11
136:4,18
151:7

**sends**
57:2

**seniors**
146:18

148:3

**sense**
48:11,14
50:16 75:13

**senses**
193:17

**sentiments**
61:3

**separate**
57:10

**separation**
27:7

**serve**
27:23 50:8
122:10
123:4
165:14
175:16
176:15

**service**
49:11
147:24

**services**
49:3 95:23
154:14

**serving**
23:11 27:20
78:4

**session**
79:12 104:3
166:15
200:21

**sessions**
70:22

**set**
27:1 60:5
71:10 79:17
121:20
147:16

160:5
163:22
168:10
175:2

**settle**
130:12

**settles**
186:3

**severely**
132:11

**sexual**
173:13

**Seyarto**
2:8 3:12,14
8:24 9:5
11:19 13:1,
3,11,18 16:5
19:18 68:10,
12 72:15
102:22
181:22
182:19
191:21
192:18
196:8

**share**
91:6,11
93:10 94:1,9
113:1

**shared**
60:22 61:22

**sharing**
25:21

**shelf**
23:10

**shenanigans**
88:10

**shift**
82:22

**shifted**
119:17

**shifts**
39:20

**shocked**
22:20

**short**
80:8

**shortage**
49:24

**shortstop**
113:20

**shot**
115:10

**shout**
109:22

**show**
50:15
137:11

**showing**
89:12
164:19

**shows**
33:21
137:21
151:1 174:3

**shut**
34:10 59:9
149:17

**Shutting**
172:14

**shy**
86:14

**side**
36:9 38:7
39:3 45:24
55:23 57:23
58:3 61:4

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording    on 08/21/2025

75:19 77:4
88:12 89:11
97:18
107:23
113:17
117:6
138:18,19
148:12
153:3
156:17

**sidelines**
100:2

**sides**
86:19 88:16
97:8 105:5
133:12

**signed**
81:15 163:6
193:9

**significant**
153:22
171:5

**silence**
98:14 119:8
149:11

**silenced**
152:9

**silencing**
62:6

**silent**
99:22
119:12
173:22

**silver**
175:16

**simple**
46:17 55:14
92:23 93:7
94:16 95:15
125:22

156:3,9

**simplest**
93:7

**simply**
9:2 122:5
164:9
175:12

**single**
32:24 62:2,
22 74:15
92:16 93:5
94:10,11
106:10
118:8 119:7,
13 177:20

**sir**
77:2 131:14,
15

**sit**
25:4 72:9
100:1
106:13
113:9,10
114:2 150:5

**sites**
132:16

**sits**
55:4

**sitting**
46:3 134:5
142:13,19

**situation**
47:7,12

**Sixty**
123:2

**skin**
184:12

**sky**
70:3

**skyrocket**
163:24

**slapping**
184:15

**slashed**
184:14

**sleep**
73:2

**slices**
95:5

**sliding**
151:2

**slight**
32:7

**slightly**
142:24

**slogan**
68:7

**slow**
143:24
144:13
145:3,6

**slowing**
186:18

**small**
40:6 65:6

**Smallwood-**
2:8

**Smallwood-
cuevas**
7:2 11:21
16:7 19:20
102:24
129:2
148:15,17
181:23
191:22
196:9

**smart**
69:15 75:14

**SNAP**
24:20 29:5
98:15
135:23
146:22
154:20

**snatching**
144:15
184:12

**soccer**
114:17

**social**
60:23
107:10
144:19
146:20
178:5

**society**
135:18

**soil**
147:2

**sole**
70:17

**solicit**
32:10,18

**soliciting**
31:8

**solution**
25:22 156:6

**solutions**
76:3

**solve**
58:13

**solved**
72:7,9

**son**

178:13

**Sonoma**
62:5 119:15,
18

**sorts**
130:9

**soul**
40:22

**sound**
22:14

**sounds**
29:10 30:8
33:7 110:2

**source**
118:23

**Southern**
132:14

**sovereign**
159:17
179:5,6

**sovereignty**
145:1

**Spanish**
135:14

**spare**
89:9 119:11

**speak**
53:21 62:7
63:23 73:4
76:12 118:1
119:19
124:5 160:2

**speaker**
39:14 41:11
93:17 125:1

**speaking**
34:19 35:21
85:2 168:16

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording    on 08/21/2025

**special**
47:24 48:20
49:14,15
50:12 95:21
154:2 168:7
178:8
183:20,21
185:4
188:21

**specific**
41:13

**specifically**
124:13
155:22

**specifics**
157:2

**spectator**
78:6

**spectators**
184:24

**speech**
52:1 71:1

**spend**
49:14
112:18
146:16

**spending**
146:10,13
147:12

**spent**
146:4,11
147:2
164:13

**spicy**
199:20

**spirit**
94:20 186:2

**spirits**
2:24

**spite**
72:24

**split**
61:17 98:4

**splitting**
89:6 95:6
120:16

**spoke**
76:13
167:12

**spoken**
66:7

**sponsors**
43:6

**sport**
78:6

**sports**
48:2

**sports--
soccer**
86:15

**spring**
75:21

**squarely**
159:13

**squeaker**
42:4

**stack**
26:17

**stacked**
24:12

**staff**
49:19 69:24

**staffing**
49:24

**stake**
29:3 68:6

**110:18**
137:22
143:20
154:3,24

**stakes**
110:16

**stamps**
131:4,7
166:9

**stand**
25:17 28:4
50:13 66:17,
18 67:1,3
68:14 72:15
76:21,23
77:3,13,14
78:1,3,5,14
84:17 92:12
99:4 104:23
107:14
109:22
112:10
114:9 115:2
116:4 145:2
155:15
156:13,17
160:16
161:11
178:10
187:13

**standard**
37:5 53:19
79:17 95:7
141:13

**standards**
83:16
123:12

**standing**
2:15 76:24
78:15 92:10
93:23 96:3

**111:13**
131:19,22
152:3 161:6
186:3

**stands**
17:4 31:18
66:17 114:2
150:2

**start**
73:1 76:2
86:9,12,13
111:16
137:13

**started**
26:15,21
29:2 47:3
107:11,12
161:16
178:23

**starting**
113:14

**starve**
154:21

**state**
3:2 23:3
36:13 37:8,
12 39:1
40:21 42:9,
16 45:18,23
46:13 49:8
52:23 53:12
54:18,19
56:12,13
58:8,14,18
59:1,13,24
60:2,7 68:6
73:10 74:17
78:16 80:2
81:1 82:9,24
84:17,21
85:9,15,16

**86:3,11**
89:19 94:7
98:19
105:16
109:3,9
110:8 111:2
112:14,22
116:24
119:6 121:8
132:4
145:24
153:18,22,
23 154:4,21
155:17
159:16,17
167:10,24
168:6,13
171:15,20
184:1
187:12,24
188:11,14,
16 193:5,6
200:7

**state's**
82:7 85:10
154:12,23,
24 155:1,2

**stated**
28:15 31:10
34:6,9 35:24
36:4 38:14
40:3 82:4
83:7,23 84:6
133:6

**statement**
32:13 56:23

**statements**
33:7

**states**
26:17 27:2
46:23 47:8
53:19 57:4

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025

64:6 66:19
73:13,19
75:22 84:1,
20 92:14
93:11 108:3,
7 110:8
115:23
124:19
125:4 130:1
131:8 137:5
142:13,21
144:18
149:20
150:8
155:19,23
157:6,20
158:6
159:18
163:17
165:18,19,
20,21
174:22
177:13
188:17

**statewide**
183:20
184:4

**stats**
73:7

**Statue**
78:3

**statutory**
184:3

**stay**
103:24
106:3

**steal**
121:2
149:22
151:9

**step**
27:8 120:21
156:11

**stepping**
130:20
151:4
166:19

**steps**
120:18

**Stern**
2:9 7:4
11:23 16:9
19:22 103:1
129:4
191:24
196:11

**stick**
27:1 93:17,
20 125:12
140:6

**stood**
65:22

**stop**
23:9 25:11,
12,14 26:12
28:2 34:10,
11,12,13
91:18,22
98:8 107:5
109:23
115:10
120:1,6
149:10
165:7

**stopped**
136:5 166:4

**stopping**
136:2

**stops**
132:16

**store**
163:10

**story**
42:6,17
109:18

**straight**
27:17 160:5

**street**
115:11
136:3

**streets**
112:22
144:16
178:14

**strengthening**
149:16

**stricken**
113:13

**Strickland**
2:9 7:6
16:11 19:24
28:8,10,15
29:10,18
30:8,15
31:19 32:1,
12 33:6
34:18,20,23,
24 35:3,7,
11,16,18,23
41:10 103:3
124:21
125:1 129:6
132:17,20,
23 133:6
138:10,11
139:19,21,
24 140:8,12,
17,19,22
182:2 192:1
196:13

**strikes**
94:14

**striking**
113:12

**strip**
81:16

**stripped**
150:21

**stripping**
122:1

**striving**
37:20

**strong**
28:5 47:23
61:19 66:21
94:2 99:4
111:13
145:23
148:18
152:16
186:10
200:4

**strongly**
175:13

**struck**
164:6

**structured**
56:16

**struggling**
49:2

**students**
49:1 136:19
145:20
146:21
147:3
160:24
161:4,7

**stuff**
131:13

**stupid**
68:9

**subbed**
113:19

**subdivisions**
168:11

**subject**
168:14

**submit**
142:7
174:24

**submitted**
23:19 118:7
119:8

**substitute**
13:4

**substituted**
168:18

**suburbs**
61:17

**successful**
39:5 71:11

**successfully**
81:12

**sudden**
99:2 108:19

**sue**
91:3 104:8

**sued**
81:2

**sufficient**
66:9

**suggested**
51:3

**suing**
90:17

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025

**summary**
139:7

**super**
69:7 71:9,24
74:9 75:17,
18

**superintende
nts**
136:18

**superior**
26:20

**supermajorit
y**
49:8 79:4
93:11

**supervisor**
51:12,15

**supervisors**
51:14

**supervisors'**
50:24

**supine**
65:15

**supplementa
l**
104:15
135:24
183:9

**support**
2:21 30:1
39:12 45:17
46:15 49:1
60:2 63:6
68:15,16
79:8 86:18
93:5 97:15
98:22 100:3,
4 108:12
110:1,4,5
117:4

133:13
145:23
148:18
152:16
156:24
162:18
165:13
166:8,9,10,
15 167:10
173:7
186:10

**supported**
23:18 79:1
105:19
109:24
134:8

**supporter**
155:16

**supporting**
86:19 126:2
167:2

**supports**
167:9

**supposed**
48:5 55:20
60:19,24
65:13 95:8
157:11

**supposedly**
43:2

**suppression**
149:12
151:1

**Supreme**
108:22
131:3,4,7
168:6
171:24

**surprise**
68:15

**surrounded**
157:20

**surveillance**
163:7
164:14

**suspended**
4:9 8:20
12:13,18
20:14

**suspending**
84:7

**suspicious**
171:5

**swear**
84:15

**swing**
157:18

**swore**
22:4 40:17

**system**
38:3 49:22,
23 80:10
98:14 161:2,
3 170:23

—————

**T**

**table**
106:14
111:9
112:21
126:7,10
129:19

**tag**
185:12

**takes**
176:3

**taking**
37:24 59:21

86:10 89:20
114:12
134:15
137:17
144:4
158:13
162:22

**talk**
55:15,24
62:5 65:24
68:18 73:8,
21 74:21
76:7 98:1
107:5,21,22
112:15
116:20
124:15
130:7,13
133:1
146:24
155:3
157:13
164:10
173:16,17

**talked**
44:23 137:4
143:22
144:5

**talking**
24:24 32:21
42:14 43:2
54:15 73:1,6
84:24 98:20
124:16
164:9

**targeting**
132:10,14
133:20,22
134:2,3

**tariff**
184:16

**tariffs**
25:1 86:8
87:13
151:14
186:17

**taught**
157:9

**tax**
25:1 144:22
146:8 147:5
165:2
184:15

**taxes**
86:5 150:22
154:8
184:16
186:17,18

**taxpayer**
50:14
188:21

**taxpayers**
43:23

**Tea**
59:8

**teacher**
145:19

**teachers**
136:18

**teaches**
76:21

**team**
47:4 113:11
114:8,17,19,
20 199:5
200:23

**team's**
113:18

**teams**
86:17,20

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025

113:8

tear
131:6 132:6
134:19

technical
54:6

television
107:9 109:9
111:4

telling
34:11 57:21
59:14 141:3

tells
62:17

tem
92:23 100:6
104:20
115:6
198:23

temporarily
79:15 81:17
82:8 150:9

temporary
21:21 22:7
23:15 24:10
25:15,22
38:7,9,11,
17,18 44:17
45:4,8 99:15
152:24
159:7,9
169:14
170:15,18
173:1 175:2

tens
48:24
110:20

term
80:8 84:24
85:2 92:3

94:4 98:9
124:18

terminologie
s
138:19

terms
36:19 46:1
65:3,4,15
91:16
130:16
141:1 178:3

territorial
145:1

terror
150:22

terrorism
115:11

terrorized
135:20

terrorizing
151:19
186:16

test
123:13

testimony
23:19,20
32:13
118:24
170:22

Texans
67:16,21
149:23

Texas
21:24 22:11
26:16 27:2
28:18 29:2
32:22,23
33:2,3 34:7,
9 38:24

40:11 44:17,
18 45:7
48:1,4,8,9
55:24 56:9,
12,13,16,22,
23 57:5,6
64:6 65:24
66:3,9,14,16
67:12,19,24
68:1,5,6,8
72:10,12
76:8,14
77:1,2 80:2,
3,11,19 81:2
85:6 89:19
90:3 92:11,
13 96:8,10,
11 98:3
106:24
107:2,5,11
109:1,7
110:10
118:18,20
121:2,3,4
123:22,24
130:18
131:9,13,14
135:7 137:4
142:14
144:10
149:6,12,20,
22 150:8,15,
18,19,23
151:1 153:5,
14 158:18
159:2,16,17
160:11,12
161:18
162:24
163:2,4,8,15
165:6 172:4,
12 174:24
175:10,19
176:17

184:19
187:7,16
193:5,12

Texas'
22:6 45:2

theme
108:17

thereof
21:10
183:14

There's
91:22

thin
36:17

thing
48:7 55:14
59:16 66:1,
3,6 68:18,
19,24 69:10
70:7,8,19
93:12 94:1
96:7,13
106:15,18,
19 134:7
147:23
149:18
158:3
159:20
161:17
188:19

things
74:11 91:6,
14 105:24
131:23
137:2 146:5
172:9
177:13

thinking
73:1 112:19,
20 145:19,
20

thought
51:23 57:21
58:4 111:3
151:24

thoughtful
2:22

thoughts
92:7

thousand
150:24

thousands
31:8 48:24
49:1 51:13,
14 120:18
151:15

threat
158:10

threatened
110:6
146:19,20
154:21
163:2

threatening
151:15
163:3

threats
177:17

throw
38:5 50:2
117:8

throwing
39:4 186:19,
21

thrown
37:7 40:4
111:5

thwart
44:3

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025

**tied**
47:4

**ties**
25:9

**tilt**
150:5

**time**
26:22 32:3
33:6 43:12
49:5 58:23
71:13 78:15
91:20 95:17,
21 111:21
112:18
113:13
117:23
118:5
119:13,18
122:15
138:5
139:14
143:15
147:22
148:10
150:12
160:18
169:14
170:18,22
184:4 201:3

**time-honored**
142:14

**timeframe**
161:5
175:18

**timeline**
185:7

**timelines**
25:10

**timely**
22:24

**times**
4:2 31:15
59:10 79:2,4
95:16
106:20
116:17,18
137:13,15
155:13
160:19
165:12
172:8
199:20

**tip**
22:11 25:23

**tired**
123:4

**title**
139:7

**today**
21:15 24:12
25:8,12,16
26:7 28:20
29:7,22 30:3
31:2,9
32:14,20
33:7,20
34:13 37:3,5
38:15 40:8
47:18,23
53:10 63:15
65:24 68:3,
14 71:3
76:6,24
77:13 78:4
83:23 84:4
87:7 88:20
89:4 92:9
97:17 99:5
106:11,17,
23 107:4,17
109:7,15,19
111:6,12

116:5
118:12
123:9 134:6
140:3 141:2
145:4,18
149:11
152:6,20,22
153:12,15
156:18
157:4
162:21
165:4 167:1
168:16
171:2 172:8
176:22
177:14
183:19
199:21

**today's**
27:23 67:9,
10,11,12
81:15
111:19
119:22
148:20
149:8 153:2

**told**
70:3,11 71:3
135:13

**tomorrow**
109:20
193:8

**ton**
31:7

**tone**
184:12

**tonight**
193:8

**toolbox**
159:21

**tools**
159:21,22

**topic**
76:12

**tortured**
123:4

**toss**
117:7

**tossed**
108:22

**Total**
27:10

**touchdowns**
47:6,14,15

**tough**
105:4

**town**
120:7

**towns**
61:18

**track**
109:2 171:7

**tradition**
142:15

**trafficking**
173:17

**trait**
66:11

**traits**
92:7

**trajectory**
143:13

**tramples**
94:24

**trans**
130:1

**transparency**
25:9 33:1,21
34:1 36:12,
19 37:1,10
53:22 54:15
55:16 59:3,5
60:8,9
62:11,24
68:21,24
69:9 81:14
97:21 99:1
124:16
141:8
172:10,18

**transparent**
53:23 55:10
78:24 83:18
95:18,19
106:22
123:5

**transportation**
154:15

**treated**
87:3

**trends**
74:10 81:20

**trigger**
161:19
193:6,11

**triggered**
161:19

**trillion**
24:17
136:22

**trillionaires**
165:1

**troopers**
109:9

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording    on 08/21/2025

**trophy**
115:5

**troubling**
47:1

**true**
33:9 139:11

**Trump**
22:12 24:14,
23 25:1
27:4,9,16
46:4 67:13
68:5 98:7
105:20
107:11
108:9 110:7,
22 121:1
124:17
129:24
130:5,9,16,
19 131:2,5,8
132:7
136:21
137:19
144:10
146:7 150:6
151:9,11
152:1,18
153:5,7,20
154:4,5
160:12,22
161:3,17,24
162:8
163:13
172:11
174:24
175:14,23
185:16
189:6

**Trump's**
156:6 173:9,
19 185:12

**trust**
38:1 62:17
79:15 81:23
139:1,3,4,5
174:12

**trusted**
178:24

**trusting**
111:20
157:13

**truth**
22:15 25:10
34:14 63:24
64:5,10,16,
19 139:5,6,
12,15
140:12
147:11
185:17

**truthful**
55:10 141:5

**Tuesday**
53:24 55:19
59:2

**tuition**
49:2

**turn**
77:21
120:13
163:19
166:7 177:1

**turned**
178:7

**turning**
123:9

**turns**
113:5 176:3

**tweaks**
30:6 32:7

51:4

**tweets**
22:15

**twisting**
94:22

**two-thirds**
34:4

**type**
168:14

**typically**
116:9

**tyrant**
149:19

___

**U**

**U.S.**
22:2 27:6
84:15

**UC**
98:13 161:3

**UCLA**
24:22 43:4
64:17
115:12
132:12,13
133:20
160:21,23

**ugly**
136:21

**ultimate**
31:2 179:4

**ultimately**
22:8 29:9
32:11 46:12
78:18 99:7,
10 106:21
164:16,17,
21 176:9

**Umberg**
2:9 7:8 12:2
16:13 20:1
63:20,21
103:5 129:8
182:4 192:3
196:15
198:3,4

**unacceptabl
e**
44:4 92:7
136:16
164:6 165:3

**unanimous**
92:18 93:1

**unburdened**
49:21

**uncertainty**
24:15 87:10

**unchecked**
25:24 91:17
150:6 157:3

**unconcern**
98:13,16

**unconcerned**
99:21

**unconscious
ly**
92:6

**unconstituti
onal**
90:19 94:19
118:14
133:23
168:21
172:19

**undemocrati
c**
22:2

**undermine**
46:24 63:6

**undermines**
53:11 62:16
79:16 81:23
82:7

**undermining**
94:20

**understand**
36:15 40:18
74:3 134:10
150:4,10

**understandi
ng**
90:5

**understands**
86:3

**undertaken**
89:1

**underway**
112:14

**undisturbed**
175:6

**undo**
121:5

**undoing**
80:8 143:14
144:13,14,
22 145:3,7

**uneducated**
85:4

**unemployme
nt**
188:15

**unfair**
109:12
153:10

**unfinished**

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording    on 08/21/2025

183:6

**unfortunate**
33:5

**unfroze**
154:11

**unidentified**
8:15 144:16

**unified**
158:1

**unilateral**
110:5

**unilaterally**
77:12

**union**
66:20
116:24
187:12

**united**
53:19 64:6
92:14 96:2
108:3,7
115:23
124:19
125:4
142:13,21
157:5,20
158:6
159:18
165:20
174:22
177:12

**universities**
131:16
186:19

**university**
161:2

**unjust**
135:14
138:1,7

**unknown**
64:20 83:18
136:4

**unlike**
22:6 80:11
89:19
187:16

**unmarked**
136:4

**unmasked**
136:6

**unmistakabl
e**
61:11

**unnecessary**
49:14 50:12
188:9,11,21,
24

**unpopular**
26:9 163:23
184:9

**unprecedent
ed**
155:13

**untoward**
175:11

**unusual**
185:7

**unwanted**
188:9,12

**unwilling**
25:17 99:21
143:24
145:6

**updated**
82:20

**updates**
118:19

**upend**
108:6
133:23

**upheld**
13:16

**uphold**
63:14,17
84:15 95:8
96:4

**upside**
96:16

**urge**
44:6 63:14,
15 66:22,23
76:5 97:2
141:21
152:10
156:16
159:22
167:1

**urgency**
21:10 95:9
99:6 178:11
183:13
185:4
192:20

**urgent**
48:14 179:9

**urging**
34:1 40:24
175:14,22

**usual**
184:5

**utilize**
163:4

**utterly**
165:3

---

**V**

**Valdez**
164:4

**Valladares**
2:9 7:10
12:4 16:15
20:3,15,16
60:12,13
103:7
121:13,14,
20,22 124:4
125:20,21
126:12
129:10
182:6 192:5
196:17

**Valley**
61:21 62:4
120:14,20

**values**
22:3 46:17,
24 123:13
187:20

**van**
111:5

**Vance**
165:24

**vehicle**
136:10
164:6

**versus**
160:9
161:15,16
171:24

**veto**
93:1,2,6
96:10,12

**Vice**
55:2 165:24

**victims**
49:20
151:14

**view**
31:14 32:9
143:10,12

**vigilance**
149:7

**violate**
80:22 98:5
142:16
147:8 149:6

**violated**
32:24 33:3,
19 36:19
40:16

**violating**
83:11 95:7
172:4

**violations**
172:6

**vital**
24:14 95:22
152:17

**voice**
37:24 61:19
62:7 63:16
66:22
141:15,16
152:8 160:3
172:17
178:19

**voices**
62:18 63:17
143:11,18
149:11
151:24
177:23

**volunteer**
122:15

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025

volunteers
122:10

vote
4:16,18,19
9:2,5,6 13:6,
14,18,19
26:1 31:12
32:11 34:4
39:9 40:24
42:19 44:6
50:16 51:11
53:2 55:9
58:20 60:6
63:14,18
67:3,9,10,
11,12 68:3
71:21 74:10
75:16 76:3,5
85:19 88:20
89:21 97:2
100:10
108:5
111:12,19,
21 121:10
123:16
126:8,12
135:8
141:21
145:13
148:10,13
149:1,8,15
150:13
152:10
156:20
158:5,13,14,
16,22 159:4,
22 162:3,13
167:1
174:11,13
179:1,9
185:18
186:4 188:4,
24 193:18

voted
23:1 45:23
58:18 62:11
71:3,5,22
80:3 89:15
105:18
108:17
123:2
130:24
157:12
193:6

voter
62:22 81:21
82:1,7 148:9
149:11
150:23
151:1
172:22

voter-
approved
122:1

voter-
established
79:18

voters
22:8,9,22
25:22 26:24
29:8 31:1,2,
11 32:11
37:4 38:1
44:4 45:7,9
46:13 52:15
53:11 58:11
59:15 60:7
61:2 62:8,17
63:11 70:17
73:9,11
79:15 80:3,
10,23 81:7,
8,24 84:10
87:21 89:20
95:1,3 98:4

99:8,10
106:12,17,
19,21
111:20
116:20,22
117:10,17,
21,22
118:15
120:3,9
121:6
122:14
137:17
139:1,3,4
142:8,17
143:2
147:18
148:9 150:2
151:6
152:21,23
153:1
155:14,18
157:13
158:7,22
159:8 162:6
164:22
165:11,13
166:6 168:4,
16 169:6,15
171:10,18
172:1,16,18,
20,24 173:2,
4 174:12
176:8,23,24
177:6,22
178:18,24
179:2,5
184:17,20,
22 185:20
187:17,23
200:1

voters'
81:23 117:4

votes

56:7 57:22
71:20 92:18,
19 93:1
108:3,13,18
122:6
141:18
161:23
168:3
169:16
171:9
177:23
178:16

voting
25:16 32:24
33:4 71:15
74:10 80:22
98:5 106:13
111:8
120:23
125:12
141:1
142:16
149:3,13
150:24
157:15
172:1,4,17
173:7
187:16

vulnerable
24:16 25:18
144:21,24
146:24
150:15

_____

W

wage
67:15,16

wages
67:19

Wahab
2:9 7:12

12:6 16:17
20:5 103:9
129:12
171:13,14
182:8 192:7
196:19

waiting
69:6 111:9
114:21
133:11

waive
82:8

waived
69:8

waives
82:23

walk
106:13
112:22

wannabe
27:15

wanted
25:14 33:14
41:5 70:11
124:17
130:5 134:7
160:3

wanting
46:1

War
27:13
144:18
161:6

warm
49:9,18,21

warn
81:20

warrant
136:8

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025

**Washington**
92:12 159:2,
5

**wasted**
146:7

**wasteful**
50:17

**wasting**
188:20

**watch**
69:15 86:17
113:10
165:24

**watched**
54:23

**watching**
156:18

**water**
67:13 68:5
72:7

**watersheds**
60:21

**ways**
57:16 61:17
149:6

**weakening**
79:14

**wealthiest**
144:23

**wealthy**
61:14

**wear**
199:3

**Weaverville**
105:21

**Weber**
2:1,10,11
3:4,12,16,19

4:11,17
7:14,18 8:9,
14,16,22 9:4
12:8,12,20,
24 13:8,13
16:19,23
17:3 20:7,
11,13,19
21:4,12 26:2
28:7,12
29:13,17
30:12,23
31:23 34:17,
22 35:1,5,9,
13,17,19
41:2,8,12,17
44:7,12
47:19 50:18
53:3 56:3
60:11 63:19
67:5 68:10
76:9 77:17,
22 78:19
79:21 80:15,
18 85:20
88:21 89:23
90:13,20
93:19 97:3
100:11
103:11,16,
21 104:2,9,
14,20
111:23
112:5,8
121:12,17,
21 123:17
124:2,7,20,
23 125:5,8,
15,19 126:4,
9 129:14,18
132:19,21
133:5,10
134:22
135:9 138:9

139:20,22
140:10,14,
20 141:22
145:14
148:14
152:12
156:21
159:23
162:14
167:4,14,17,
21 169:23
170:3
171:12
174:15
179:10
182:10,14,
20 183:7,15
186:5 188:5
189:9 192:9,
13,19
193:14,19
196:21
197:14,21
198:1,8,13,
19 199:6
201:1

**website**
55:7

**week**
30:17 36:12,
19 38:13
68:22 105:4,
14 107:7
111:10
136:5 193:9
199:12,16

**week's**
36:6

**weekend**
200:18

**weeks**
107:1

153:20
162:23
200:19,20

**weigh**
45:7 71:8

**weight**
143:10

**weird**
113:17

**well-taken**
93:20

**well-timed**
22:21

**West**
42:1 178:21

**wherewithal**
132:5

**white**
77:8,9,10
130:8
146:16,17
185:12

**white-only**
150:22

**wholehearte
dly**
53:12 137:9

**widely**
112:13

**Wiener**
2:10 7:16
12:10 16:21
20:9 103:13
129:16,21,
22 132:18
133:8,16,18
134:22,24
135:2
182:12

192:11
196:23

**wild**
57:23

**wildfire**
49:4 98:22
200:5

**wildfires**
58:16 98:20,
21

**wildly**
163:23

**win**
26:8 56:6
74:1 87:14,
15 96:16
153:9 187:4

**window**
82:18 136:7

**windows**
136:9

**winds**
82:21

**wise**
2:21

**wishes**
65:7 70:16

**wishing**
20:21

**witnessed**
52:17
144:14

**witnesses**
176:1

**witnessing**
52:17
137:23
143:14

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025

**Wizard**
142:3

**woman**
174:4

**women**
152:2
173:11,13,
17

**women's**
152:6

**won**
56:8 161:1

**wondering**
123:23

**word**
112:16
138:20
168:24

**worded**
114:7
175:13

**words**
59:23 66:7
74:14 169:8

**work**
22:16 23:17
24:4,5,7
27:22 43:15
58:22 95:11
99:18
119:24
132:16
134:9
150:11
200:17,24

**worked**
88:5 166:20

**workers**
151:16

152:2
166:13

**workers'**
152:5

**workforce**
186:16

**working**
22:11 60:21
67:11,19
76:2 149:11
151:16
165:2
184:16

**workplaces**
151:23

**works**
75:17

**world**
27:13 37:16
61:14 132:4
144:2,19
151:8 161:6
200:10

**worried**
113:15

**worries**
112:19

**worry**
185:18

**worth**
47:6,15,16

**Wow**
59:22

**wreaking**
155:2

**write**
137:1

**writers**

172:1

**writing**
117:20

**written**
125:4

**wrong**
38:24 39:1,2
40:7,8,22
48:10 78:12,
13,14 138:7
160:19
172:9 177:2,
4,8 178:18

**wrongs**
84:19

_____

**Y**

**yards**
132:16

**year**
22:2 32:24
45:15 48:17
51:18 58:22
59:17,21
82:14,15,19
92:16 93:5
110:20,21
113:1
117:16
118:9 119:7
149:5 156:7
178:4
183:21

**year's**
26:18

**year-long**
89:1

**years**
23:3 26:22
39:22,24

47:12 51:11
59:20 60:5
65:3 68:6
80:8 81:9
86:4 87:15
95:11
108:15
116:5 122:7
125:11
151:17
170:11

**yesterday**
21:24 42:3
45:3,5
184:19
187:9

**yield**
111:21

**yielding**
164:24

**York**
40:12 58:2

**young**
136:5
143:21
150:2

**youth**
174:5

**Yucaipa**
52:5

_____

**Z**

**Zoe**
43:10