JESUS A. OSETE
Principal Deputy Assistant Attorney General
MATTHEW ZANDI (CA No. 203329)
Chief of Staff & Special Counsel
MAUREEN RIORDAN (NY No. 2058840)
Acting Chief, Voting Section
ANDREW BRANIFF (IN No. 23430-71)
Acting Chief, Appellate Section
DAVID GOLDMAN (VA No. 98922)
JOSHUA R. ZUCKERMAN (DC No. 1724555)
GRETA GIESEKE (TX No. 24132925)
Attorneys
    Civil Rights Division
    United States Department of Justice
    950 Pennsylvania Avenue, NW
    Washington, D.C. 20530
    Telephone: (202) 514-3847
    E-Mail:    matt.zandi@usdoj.gov

BILAL A. ESSAYLI
First Assistant United States Attorney
JULIE A. HAMILL (CA No. 272742)
Assistant United States Attorney
    United States Attorney's Office
    300 North Los Angeles Street, Suite 7516
    Los Angeles, California 90012
    Telephone: (213) 894-2464
    E-Mail:    julie.hamill@usdoj.gov

Attorneys for Plaintiff-Intervenor
UNITED STATES OF AMERICA

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID TANGIPA, *et al.*,<br>　　　　　*Plaintiffs*,<br>　　and<br><br>UNITED STATES OF AMERICA,<br>　　　　　*Plaintiff-Intervenor*,<br>　　v.<br><br>GAVIN NEWSOM, in his official capacity as the Governor of California, *et al.*,<br>　　　　　*Defendants*, | Case No.  2:25-cv-10616-JLS-KES<br>Three-Judge Court<br><br>**CERTIFICATE OF THE ATTORNEY GENERAL**<br><br>Honorable Josephine L. Staton<br>United States District Judge |

# CERTIFICATE OF THE ATTORNEY GENERAL

I, Pamela Bondi, Attorney General of the United States, pursuant to 42 U.S.C. § 2000h-2, hereby certify that the case of *Tangipa v. Newsom*, No. 2:25-cv-10616 (C.D. Cal.), is a case of general public importance.

Signed this 13th day of November 2025 in Washington, D.C.

_____
PAMELA BONDI
Attorney General of the United States