# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID TANGIPA, *et al.*, <br>     *Plaintiffs*, <br> and <br><br> UNITED STATES OF AMERICA, <br>     *Plaintiff-Intervenor*, <br> v. <br><br> GAVIN NEWSOM, in his official capacity as the Governor of California, *et al.*, <br>     *Defendants*, | Case No.  2:25-cv-10616-JLS-KES <br> Three-Judge Court <br><br> **[PROPOSED] ORDER GRANTING THE UNITED STATES' MOTION TO INTERVENE** <br><br> Honorable Josephine L. Staton <br> United States District Judge |

      This matter came before the Court on November 21, 2025, on the United States' Unopposed Motion to Intervene. The United States seeks to intervene as a plaintiff in this matter.

      The Court, having considered the United States' Motion to Intervene, hereby **GRANTS** the Motion. The Proposed Complaint in Intervention attached to the United States' Motion is hereby **ACCEPTED**.

      **IT IS SO ORDERED.**

HON. JOSEPHINE L. STATON <br> UNITED STATES DISTRICT JUDGE