JESUS A. OSETE[*]
Principal Deputy Assistant Attorney General
MATTHEW ZANDI (CA No. 203329)
Chief of Staff & Special Counsel
MAUREEN RIORDAN (NY No. 2058840)
Acting Chief, Voting Section
ANDREW BRANIFF (IN No. 23430-71)
Acting Chief, Appellate Section
DAVID GOLDMAN (VA No. 98922)
JOSHUA R. ZUCKERMAN (DC No. 1724555)
GRETA GIESEKE (TX No. 24132925)
Attorneys
   Civil Rights Division
   United States Department of Justice
   950 Pennsylvania Avenue, NW
   Washington, D.C. 20530
   Telephone: (202) 514-3847
   E-Mail:   matt.zandi@usdoj.gov

BILAL A. ESSAYLI
First Assistant United States Attorney
JULIE A. HAMILL (CA No. 272742)
Assistant United States Attorney
   United States Attorney's Office
   300 North Los Angeles Street, Suite 7516
   Los Angeles, California 90012
   Telephone: (213) 894-2464
   E-Mail:   julie.hamill@usdoj.gov

Attorneys for Plaintiff-Intervenor
UNITED STATES OF AMERICA

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID TANGIPA, *et al.*,<br>    *Plaintiffs*,<br>  and<br><br>UNITED STATES OF AMERICA,<br>    *Plaintiff-Intervenor*,<br>    v.<br><br>GAVIN NEWSOM, in his official capacity as the Governor of California, *et al.*,<br>    *Defendants*, | Case No.  2:25-cv-10616-JLS-KES<br>Three-Judge Court<br><br>**UNITED STATES' NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION**<br><br>Honorable Josephine L. Staton<br>United States District Judge<br><br>Hearing Date: December 5, 2025<br>Time: 10:30 am<br>Courtroom: 8A |

---

[*] Assistant Attorney General Harmeet K. Dhillon is recused from this matter.

## NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION

PLEASE TAKE NOTICE THAT at 10:30 a.m. on the 5th day of December, 2025, Plaintiff-Intervenor, the United States of America, will move and hereby moves this Court to issue a preliminary injunction against Defendants Gavin Newsom, in his official capacity as the Governor of California, and Shirley Weber, in her official capacity as the Secretary of State of California, that preliminarily enjoins Defendants from implementing Proposition 50's congressional-district map and requires Defendants to use the 2021 map (used in the 2022 and 2024 congressional elections) for the 2026 congressional election.

This Motion is brought pursuant to Federal Rule of Civil Procedure 65 and Local Rule 65-1 on the grounds that the entry of a preliminary injunction is appropriate because the United States has established (1) a likelihood of prevailing on the merits of its claims; (2) that it is likely to suffer irreparable harm in the absence of injunctive relief; (3) that the balance of equities favor injunctive relief; and (4) that the preliminary injunction is in the public interest.

This Motion is based on the attached Memorandum of Points and Authorities, the Declaration of Julie A. Hamill (attached to the United States' Complaint) and exhibits attached thereto, the related pleadings in this case, and any other matters as may be presented to the Court at or before the hearing.

Under Local Rule 7-3, a conference of counsel is not needed because the United States is seeking a preliminary injunction.

| | | |
|---|---|---|
| 1 | DATED: November 13, 2025 | Respectfully submitted: |
| 2 | BILAL A. ESSAYLI | JESUS A. OSETE* |
| 3 | First Assistant United States Attorney<br>*s/ Julie A. Hamill* | Principal Deputy Assistant Attorney General<br>*s/ Matthew Zandi* |
| 4 | JULIE A. HAMILL | MATTHEW ZANDI |
| 5 | Assistant United States Attorney<br>United States Attorney's Office | Chief of Staff & Special Counsel |
| 6 | | MAUREEN RIORDAN<br>Acting Chief, Voting Section |
| 7 | | |
| 8 | | ANDREW BRANIFF<br>Acting Chief, Appellate Section |
| 9 | | |
| 10 | | DAVID GOLDMAN<br>JOSHUA R. ZUCKERMAN |
| 11 | | GRETA GIESEKE<br>Attorneys |
| 12 | | |
| 13 | | Civil Rights Division<br>United States Department of Justice |
| 14 | | |
| 15 | | Attorneys for Plaintiff-Intervenor<br>UNITED STATES OF AMERICA |

---

27  * Assistant Attorney General Harmeet K. Dhillon is recused from this matter.