1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID TANGIPA, *et al.*, <br>     *Plaintiffs*, <br> and <br><br> UNITED STATES OF AMERICA, <br>     *Plaintiff-Intervenor*, <br> v. <br><br> GAVIN NEWSOM, in his official capacity as the Governor of California, *et al.*, <br>     *Defendants*, | Case No.  2:25-cv-10616-JLS-KES <br> Three-Judge Court <br><br> **[PROPOSED] ORDER GRANTING THE UNITED STATES' MOTION FOR PRELIMINARY INJUNCTION** <br><br> Honorable Josephine L. Staton <br> United States District Judge |

    This matter came before the Court on December 5, 2025, on the United States' Motion for Preliminary Injunction. The United States seeks a preliminary injunction against Defendants Gavin Newsom, in his official capacity as the Governor of California, and Shirley Weber, in her official capacity as the Secretary of State of California, that preliminarily enjoins Defendants from implementing Proposition 50's congressional-district map and requires Defendants to use the 2021 map (used in the 2022 and 2024 congressional elections) for the 2026 congressional election.

    The Court, having considered the United States' Motion for Preliminary Injunction, Defendants' Opposition, the United States' Reply, and oral argument

presented to this Court in support of the parties' positions on the Motion, **GRANTS** the Motion.

Defendants are hereby **ENJOINED** from implementing Proposition 50's congressional-district map and must use the 2021 map (used in the 2022 and 2024 congressional elections) for the 2026 congressional election.

**IT IS SO ORDERED.**

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE