1 | JESUS A. OSETE*
Principal Deputy Assistant Attorney General
2 | MATTHEW ZANDI (CA No. 203329)
Chief of Staff & Special Counsel
3 | MAUREEN RIORDAN (NY No. 2058840)
Acting Chief, Voting Section
4 | ANDREW BRANIFF (IN No. 23430-71)
Acting Chief, Appellate Section
5 | DAVID GOLDMAN (VA No. 98922)
JOSHUA R. ZUCKERMAN (DC No. 1724555)
6 | GRETA GIESEKE (TX No. 24132925)
Attorneys
7 |  Civil Rights Division
 United States Department of Justice
8 |  950 Pennsylvania Avenue, NW
 Washington, D.C.  20530
9 |  Telephone: (202) 514-3847
 E-Mail: matt.zandi@usdoj.gov

10 | BILAL A. ESSAYLI
11 | First Assistant United States Attorney
JULIE A. HAMILL (CA No. 272742)
12 | Assistant United States Attorney
 United States Attorney's Office
13 |  300 North Los Angeles Street, Suite 7516
 Los Angeles, California 90012
14 |  Telephone: (213) 894-2464
 E-Mail: julie.hamill@usdoj.gov

15 | Attorneys for Plaintiff-Intervenor
16 | UNITED STATES OF AMERICA

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID TANGIPA, *et al.*, | Case No.  2:25-cv-10616-JLS-KES |
|    *Plaintiffs*, | Three-Judge Court |
|  and | |
| | **JOINT STIPULATION FOR ORDER SHORTENING TIME** |
| UNITED STATES OF AMERICA, | |
|    *Plaintiff-Intervenor*, | Honorable Josephine L. Staton |
|    v. | United States District Judge |
| | |
| GAVIN NEWSOM, in his official capacity as the Governor of California, *et al.*, | Hearing Date: December 5, 2025 |
| | Time: 10:30 a.m. |
|    *Defendants*, | Courtroom: 8A |

 * Assistant Attorney General Harmeet K. Dhillon is recused from this matter.

**JOINT STIPULATION**

The Parties[1] hereby stipulate and agree as follows:

WHEREAS, on November 4, 2025, a statewide special election was held to determine the passage of Proposition 50.

WHEREAS, upon the passage of Proposition 50, the State of California will have different congressional districts for the 2026 election.

WHEREAS, December 19, 2025, is the first day that individuals who will be candidates in each congressional district can begin to gather signatures to qualify as a candidate in lieu of paying a candidate filing fee and therefore must know the district boundaries for these new districts before that date.

WHEREAS, on November 5, 2025, Plaintiffs filed a Complaint for Declaratory and Injunctive Relief alleging Defendants violated the Fourteenth and Fifteenth Amendments.

WHEREAS, on November 13, 2025, Plaintiff-Intervenor United States of America filed a motion to intervene in this action.

WHEREAS, Plaintiffs' and Plaintiff-Intervenor's Complaints Request a Three-Judge Court pursuant to 28 U.S.C. § 2284.

WHEREAS, on November 7, 2025, Plaintiffs filed a Motion for Preliminary Injunction requesting the Three-Judge Court to enjoin from implementing, enforcing, or giving any effect to Proposition 50 and that the Three-Judge Court Order that the State use the Citizen Redistricting Commission's congressional maps that were used in 2022 and 2024 for the 2026 election during the pendency of this litigation.

WHEREAS, on November 13, 2025, Plaintiff-Intervenor will file a Motion for Preliminary Injunction requesting the Three-Judge Court to enjoin from implementing, enforcing, or giving any effect to Proposition 50 and that the Three-Judge Court Order that the State use the Citizen Redistricting Commission's congressional maps that were used

---

[1] Defendant-Intervenor DCCC agrees only with the proposed briefing schedule of November 21, 2025 for Defendants and Defendant-Intervenor's opposition and November 24, 2025 for Plaintiffs and Plaintiff-Intervenor reply. It objects to the remainder of the stipulation.

in 2022 and 2024 for the 2026 election during the pendency of this litigation.

WHEREAS, the Plaintiffs and Plaintiff-Intervenor believe that the Three-Judge Court must enter a decision on Plaintiffs' and Plaintiff-Intervenor's Preliminary Injunctions by December 5, 2025 so that the non-prevailing party has sufficient time to pursue their appellate remedies before December 19, 2025, the unofficial start of the 2026 congressional campaigns.

WHEREAS, Plaintiffs and Plaintiff-Intervenor therefore believe that this Court should issue an order scheduling the hearing on the Motion for Preliminary Injunction on a date and time convenient to the Three-Judge Court on or before December 5, 2025.

WHEREAS, although Defendants do not believe that preliminary injunctive relief is necessary or appropriate here or that a decision is necessary or appropriate in the timeframe Plaintiffs and Plaintiff-Intervenor request, they do not oppose Plaintiffs' and Plaintiff-Intervenor's request to set a hearing on Plaintiffs' and Plaintiff-Intervenor's request for a preliminary injunction on or before December 5, 2025.[2]

WHEREAS, Defendants' non-opposition to scheduling the hearing on Plaintiffs' and Plaintiff-Intervenor's motions for preliminary injunction should not be construed by the parties or the Court as an agreement that this matter is appropriate for resolution on a motion for interim relief rather than after a full evidentiary hearing after sufficient time for the parties to develop the evidentiary record and brief these important issues on the merits.

WHEREAS, the parties agree that Plaintiff-Intervenor will file their Motion for a Preliminary Injunction by close of business on November 13, 2025.

WHEREAS, the parties agree that Defendants and Defendant-Intervenor will file their Opposition to the Motions for Preliminary Injunction on or before November 21, 2025.

WHEREAS, the parties agree that Plaintiffs and Plaintiff-Intervenor will file their

---

[2] Plaintiff-Intervenor reserves the right to move ex parte for an earlier hearing date once a three-judge panel is appointed,

2

1   Reply to the Defendants' and Defendant-Intervenor's Opposition on or before November

2   24, 2025.

3        WHEREAS, the parties agree that this stipulation should supersede the stipulation

4   filed on November 7, 2025 (ECF No. 17).

5        WHEREAS, Plaintiffs and Plaintiff-Intervenor request that the Three-Judge Court

6   schedule a hearing on Plaintiffs' and Plaintiff-Intervenor's Motions for Preliminary In-

7   junction for a date on or before December 5, 2025, that will enable the Three-Judge Court

8   to issue a decision of the Motion for Preliminary Injunction by December 5, 2025.

9        NOW THEREFORE, the Plaintiffs and Plaintiff-Intervenor request that this Court

10  issue an order scheduling the hearing on the Motion for Preliminary Injunction on a date

11  and time convenient to the Three-Judge Court on or before December 5, 2025, and pursu-

12  ant to stipulation, the parties request that the Court set a briefing schedule under which

13  Defendants' and Defendant-Intervenor's opposition to the Motion shall be filed by 11:59

14  p.m. on November 21, 2025, and Plaintiffs' and Plaintiff-Intervenor's reply, if any, shall

15  be filed no later than 11:59 pm on November 24, 2025.

16

17  DATED: November 13, 2025                    Respectfully submitted:

18

19

20

21

22

23

24

25

26

27

28

3

BILAL A. ESSAYLI
First Assistant United States Attorney
*s/ Julie A. Hamill*
JULIE A. HAMILL
Assistant United States Attorney
United States Attorney's Office

JESUS A. OSETE*
Principal Deputy Assistant Attorney General
*s/ Matthew Zandi*
MATTHEW ZANDI
Chief of Staff & Special Counsel

MAUREEN RIORDAN
Acting Chief, Voting Section

ANDREW BRANIFF
Acting Chief, Appellate Section

DAVID GOLDMAN
JOSHUA R. ZUCKERMAN
GRETA GIESEKE
Attorneys

Civil Rights Division
United States Department of Justice

Attorneys for Plaintiff-Intervenor
UNITED STATES OF AMERICA

Dated: November 13, 2025          DHILLON LAW GROUP INC.

By: /s Mark P. Meuser

Mark P. Meuser

Attorney for Plaintiffs


Date: November 13, 2025          CALIFORNIA DEPARTMENT OF JUSTICE

By: /s Iram Hasan

Iram Hasan

Attorney for Defendants

---

* Assistant Attorney General Harmeet K. Dhillon is recused from this matter.

4

Date: November 13, 2025                    ELIAS LAW GROUP LLP

By: /s Lalitha Madduri

Lalitha D. Madduri

Attorney for Defendant-Intervenor

Attestation: All signatories listed have concurred with the stipulation's content and have

authorized the filing.

BILAL A. ESSAYLI                            JESUS A. OSETE*
First Assistant United States Attorney      Principal Deputy Assistant Attorney General
*s/ Julie A. Hamill*                        *s/ Matthew Zandi*
JULIE A. HAMILL                             MATTHEW ZANDI
Assistant United States Attorney            Chief of Staff & Special Counsel
United States Attorney's Office
                                            MAUREEN RIORDAN
                                            Acting Chief, Voting Section

                                            ANDREW BRANIFF
                                            Acting Chief, Appellate Section

                                            DAVID GOLDMAN
                                            JOSHUA R. ZUCKERMAN
                                            GRETA GIESEKE
                                            Attorneys

                                            Civil Rights Division
                                            United States Department of Justice

                                            Attorneys for Plaintiff-Intervenor
                                            UNITED STATES OF AMERICA

---

* Assistant Attorney General Harmeet K. Dhillon is recused from this matter.

5