# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID TANGIPA, *et al.*,<br>        *Plaintiffs*,<br>  and<br><br>UNITED STATES OF AMERICA,<br>        *Plaintiff-Intervenor*,<br>  v.<br><br>GAVIN NEWSOM, in his official capacity as the Governor of California, *et al.*,<br>        *Defendants*, | Case No.  2:25-cv-10616-JLS-KES<br>Three-Judge Court<br><br>**[PROPOSED] ORDER SHORTENING TIME**<br><br>Honorable Josephine L. Staton<br>United States District Judge<br><br>Action Filed: November 5, 2025 |

## [PROPOSED] ORDER

Pursuant to the Parties' stipulation, it is hereby ORDERED that Plaintiffs' and Plaintiff-Intervenor's Motions for Preliminary Injunction, will be heard on _____.

Defendants' and Defendant-Intervenor's Opposition to the Motions for Preliminary Injunction shall be filed no later than 11:59 p.m. on November 21, 2025, Plaintiffs' and Plaintiff-Intervenor's Reply, if any, shall be filed no later than 11:59 p.m. on November 24, 2025.

Date: November __, 2025

_____
Hon. Josephine L. Staton
United States District Judge