JESUS A. OSETE*
Principal Deputy Assistant Attorney General
MATTHEW ZANDI (CA No. 203329)
Chief of Staff & Special Counsel
MAUREEN RIORDAN (NY No. 2058840)
Acting Chief, Voting Section
ANDREW BRANIFF (IN No. 23430-71)
Acting Chief, Appellate Section
DAVID GOLDMAN (VA No. 98922)
JOSHUA R. ZUCKERMAN (DC No. 1724555)
GRETA GIESEKE (TX No. 24132925)
Attorneys
    Civil Rights Division
    United States Department of Justice
    950 Pennsylvania Avenue, NW
    Washington, D.C.  20530
    Telephone: (202) 514-3847
    E-Mail:    matt.zandi@usdoj.gov

BILAL A. ESSAYLI
First Assistant United States Attorney
JULIE A. HAMILL (CA No. 272742)
Assistant United States Attorney
    United States Attorney's Office
    300 North Los Angeles Street, Suite 7516
    Los Angeles, California 90012
    Telephone: (213) 894-2464
    E-Mail:    julie.hamill@usdoj.gov

Attorneys for Plaintiff-Intervenor
UNITED STATES OF AMERICA

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID TANGIPA, *et al.*,<br>                    *Plaintiffs*,<br>        and<br><br>UNITED STATES OF AMERICA,<br>                    *Plaintiff-Intervenor*,<br>        v.<br><br>GAVIN NEWSOM, in his official capacity as the Governor of California, *et al.*,<br>                    *Defendants*, | Case No.   2:25-cv-10616-JLS-KES<br>Three-Judge Court<br><br>**PLAINTIFF-INTERVENOR NOTICE OF ERRATA RE: MOTION FOR PRELIMINARY INJUNCTION**<br><br>Honorable Josephine L. Staton<br>United States District Judge<br><br>Hearing Date: December 5, 2025<br>Time: 10:30 a.m.<br>Courtroom: 8A |

* Assistant Attorney General Harmeet K. Dhillon is recused from this matter.

1   Plaintiff United States of America gives notice that the document filed on November 13, 2025 (Dkt. 29-1) omitted the Declaration of Maureen Riordan in Support of United States' Motion For a Preliminary Injunction, and Exhibits 1 and 2 thereto. The Declaration of Maureen Riordan in Support of United States' Motion For a Preliminary Injunction, and Exhibits 1 and 2 are filed herewith.

DATED: November 13, 2025          Respectfully submitted:

BILAL A. ESSAYLI                  JESUS A. OSETE*
First Assistant United States Attorney   Principal Deputy Assistant Attorney General
*s/ Julie A. Hamill*              *s/ Matthew Zandi*
JULIE A. HAMILL                   MATTHEW ZANDI
Assistant United States Attorney  Chief of Staff & Special Counsel
United States Attorney's Office

                                  MAUREEN RIORDAN
                                  Acting Chief, Voting Section

                                  ANDREW BRANIFF
                                  Acting Chief, Appellate Section

                                  DAVID GOLDMAN
                                  JOSHUA R. ZUCKERMAN
                                  GRETA GIESEKE
                                  Attorneys

                                  Civil Rights Division
                                  United States Department of Justice

                                  Attorneys for Plaintiff-Intervenor
                                  UNITED STATES OF AMERICA

---

* Assistant Attorney General Harmeet K. Dhillon is recused from this matter.

1