# UNITED STATES COURTS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| IN THE MATTER OF THE DESIGNATION AND ASSIGNMENT OF JUDGES FOR SERVICE ON A THREE-JUDGE DISTRICT COURT IN A DISTRICT COURT WITHIN THE NINTH CIRCUIT | **ORDER** (28 U.S.C. § 2284(b)(1) and 28 U.S.C. § 291(b)) |

***For the Purpose of Presiding on a Three-Judge District Court for a Specific Case***

Pursuant to 28 U.S.C. § 2284(a), the Honorable **Josephine L. Staton**, United States District Judge for the Central District of California, has requested the appointment of a three-judge district court pursuant to 28 U.S.C. § 2284(b)(1) in ***David Tangipa et al v. Gavin Newsom et al***, **2:25−cv−10616−JLS−KES**.

Having received this statutory notification and pursuant to 28 U.S.C. § 291(b) and 28 U.S.C. § 2284(b)(1), I hereby designate and assign the Honorable **Kenneth Kiyul Lee**, United States Circuit Judge for the Ninth Circuit Court of Appeals, and the Honorable **Wesley L. Hsu,** United States District Judge for the Central District of California, to sit with the Honorable **Josephine L. Staton**, at a time and place and in a manner to be agreed upon by the court.

DATED this 13th day of November 2025.

Mary H. Murguia
Chief Circuit Judge