JESUS A. OSETE[*]
Principal Deputy Assistant Attorney General
MATTHEW ZANDI (CA No. 203329)
Chief of Staff & Special Counsel
MAUREEN RIORDAN (NY No. 2058840)
Acting Chief, Voting Section
ANDREW BRANIFF (IN No. 23430-71)
Acting Chief, Appellate Section
DAVID GOLDMAN (VA No. 98922)
JOSHUA R. ZUCKERMAN (DC No. 1724555)
GRETA GIESEKE (TX No. 24132925)
Attorneys
    Civil Rights Division
    United States Department of Justice
    950 Pennsylvania Avenue, NW
    Washington, D.C. 20530
    Telephone: (202) 514-3847
    E-Mail:    matt.zandi@usdoj.gov

BILAL A. ESSAYLI
First Assistant United States Attorney
JULIE A. HAMILL (CA No. 272742)
Assistant United States Attorney
    United States Attorney's Office
    300 North Los Angeles Street, Suite 7516
    Los Angeles, California 90012
    Telephone: (213) 894-2464
    E-Mail:    julie.hamill@usdoj.gov

Attorneys for Plaintiff-Intervenor
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID TANGIPA, *et al.*,<br>　　　　　*Plaintiffs*,<br>　　and<br><br>UNITED STATES OF AMERICA,<br>　　　　　*Plaintiff-Intervenor*,<br>　　v.<br><br>GAVIN NEWSOM, in his official capacity as the Governor of California, *et al.*,<br>　　　　　*Defendants*, | Case No. 2:25-cv-10616-JLS-KES<br>Three-Judge Court<br><br>**NOTICE SUPPLEMENTING UNITED STATES' MOTION TO INTERVENE**<br><br>Honorable Kenneth Kiyul Lee<br>Honorable Josephine L. Staton<br>Honorable Wesley L. Hsu<br><br>Hearing Date: November 21, 2025<br>Time: 10:30 a.m.<br>Courtroom: 8A |

---

[*] Assistant Attorney General Harmeet K. Dhillon is recused from this matter.

On November 13, 2025, the United States filed its Unopposed Motion to Intervene as Plaintiff-Intervenor in this matter. Dkt. 28. At the time of filing, as noted in the Motion, the United States had not yet received Defendant-Intervenor Democratic Congressional Campaign Committee (DCCC)'s position on the Motion. Counsel for DCCC has since advised Counsel for the United States that it takes no position on the United States' Motion to Intervene.

DATED: November 14, 2025

Respectfully submitted:

BILAL A. ESSAYLI
First Assistant United States Attorney
*s/ Julie A. Hamill*
JULIE A. HAMILL
Assistant United States Attorney
United States Attorney's Office

JESUS A. OSETE[*]
Principal Deputy Assistant Attorney General
*s/ Matthew Zandi*
MATTHEW ZANDI
Chief of Staff & Special Counsel

MAUREEN RIORDAN
Acting Chief, Voting Section

ANDREW BRANIFF
Acting Chief, Appellate Section

DAVID GOLDMAN
JOSHUA R. ZUCKERMAN
GRETA GIESEKE
Attorneys

Civil Rights Division
United States Department of Justice

Attorneys for Plaintiff-Intervenor
UNITED STATES OF AMERICA

---

[*] Assistant Attorney General Harmeet K. Dhillon is recused from this matter.