UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID TANGIPA, et al., <br><br>    Plaintiffs, <br> and <br><br>UNITED STATES OF AMERICA, <br><br>    Plaintiff-Intervenor, <br> v. <br><br>GAVIN NEWSOM, in his official capacity as the Governor of California, et al., <br><br>    Defendants, <br> and <br><br>DCCC, <br><br>    Defendant-Intervenor. | CASE NO. 2:25-cv-10616-JLS-WLH-KKL <br><br>**ORDER GRANTING UNITED STATES' MOTION TO INTERVENE (DOC. 28) AND GRANTING STIPULATION FOR ORDER SHORTENING TIME (DOC. 33)** |

Having considered the United States' Motion to Intervene (Doc. 28), and the Joint Stipulation for an Order Shortening Time (Doc. 33), and finding good cause thereon, the Court hereby ORDERS that:

(1) The United States' Motion to Intervene is GRANTED.  The United States shall file on the docket its Proposed Complaint in Intervention attached to its Motion;

(2)  Defendants and Defendant-Intervenor will file their Opposition to the Motions for Preliminary Injunction on or before **November 21, 2025**;

(3) Plaintiffs and Plaintiff-Intervenor will file their Reply to the Defendants' and Defendant-Intervenor's Opposition on or before **November 24, 2025**;

(4) A hearing will be held on Plaintiffs' and Plaintiff-Intervenor's Motions for Preliminary Injunction (Docs. 15, 29) on **December 3, 2025**.  The time and location of the hearing will be set in a future order.

DATED:  November 14, 2025

_____
Hon. Josephine L. Staton
UNITED STATES DISTRICT JUDGE