# EXHIBIT B

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID TANGIPA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GAVIN NEWSOM. *et al.*.  <br><br> Defendants, <br><br>and <br><br> LEAGUE OF UNITED LATIN AMERICAN CITIZENS, <br><br> Defendant-Intervenor. | Case No. 2:25-cv-10616 <br><br> **DECLARATION OF JUAN PROAÑO IN SUPPORT OF LULAC'S MOTION TO INTERVENE** |

I, Juan Proaño, pursuant to 28 U.S.C. § 1746, declare that the following statements are true and correct to the best of my knowledge and belief:

1. I am over 18 years of age and competent to give this declaration. This declaration is based on my personal knowledge, belief, and information.

2. I am the Chief Executive Officer of League of United Latin American Citizens (LULAC), a position I have held since November 2023. In my role as Chief Executive Officer, I oversee the day-to-day operations at LULAC and work to amplify the organization's advocacy initiatives and action-oriented programs.

3. LULAC is the largest and oldest Latino civil rights organization in the United States. Since its founding in 1929, LULAC's mission has been to improve the lives of Latino families throughout the United States. Among many things, that mission means we work hard to protect the civil rights, including the voting rights, of the Latino community.

4. One way we do this work is by participating in redistricting litigation and policymaking. LULAC National and its councils have been parties in voting rights and redistricting litigation many times in defense of the Latino community. *See, e.g.*, *League of United Latin American Citizens v. Perry*, 548 U.S. 399 (2006); *LULAC Kan. v. Cox*, No. 2:18-cv-2572 (D. Kan. 2018); *LULAC Ariz. v. Reagan*, 2:17-cv-04102-DGC (D. Ariz. 2018); LULAC Ariz. v. Reagan 2:17-cv-04102-DGC (D. Ariz. 2018).

5. We also do this work through our local councils across the United States. LULAC is a nationwide, non-profit, non-partisan, membership-based organization with more than 400 councils and over 500,000 members. Through community-based programs led by our local councils, LULAC works to advance the voting rights, economic conditions, educational attainment, and health outcomes of the Hispanic community. LULAC programs include citizenship and voter registration drives, as well as education and health promotion events.

6. LULAC has twenty-eight local councils in California. All together, we have more than

2

40,000 members in California, making it one of the states with the most LULAC members in the nation. These members are located in cities and towns across the state.

7. LULAC's California membership is deeply civically and politically engaged. At least 80% of our California members are registered to vote. And at least 80% of LULAC's members who are registered to vote voted in 2020 and at least 75% voted in 2022. And our councils across the state take part in voter registration activities, testify on state legislation, and hold health and education events. All of this work is aimed at empowering the Latino community at the local, state, and national level and making sure the voices of Latino voters are heard by their elected representatives.

8. I have reviewed the Complaint filed in this case. I understand that Plaintiffs have alleged that California "drew new congressional district lines based on race, specifically to favor Hispanic voters" in Proposition 50. As an example, it states that "the boundaries of Proposition 50's District 13 appear to have been drawn predominantly to improve Hispanic performance in the district[.]"

9. That is simply not my understanding of this case. To my eyes, Proposition 50 was a purely partisan effort to balance the scales after Texas engaged in its own partisan gerrymandering this summer. Plaintiffs suggest that a map that keeps Latino communities intact and provides Latinos with a fair opportunity to vote to elect candidates of choice is a racial gerrymander. That is wrong. LULAC cannot sit by while a map is called racially discriminatory simply because it provides electoral opportunities for the Latino population. That is not the sort of equal protection LULAC and its members have fought for since 1929.

10. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

_____
Juan Proaño
Executed this 14th day of November, 2025.