# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID TANGIPA, *et al.*,<br>　　　　*Plaintiffs*,<br>　and<br><br>UNITED STATES OF AMERICA,<br>　　　　*Plaintiff-Intervenor*,<br>　v.<br><br>GAVIN NEWSOM, in his official capacity as the Governor of California, *et al.*,<br>　　　　*Defendants*, | Case No.   2:25-cv-10616-JLS-KES<br>Three-Judge Court<br><br>**DECLARATION OF JULIE A. HAMILL IN SUPPORT OF UNITED STATES' COMPLAINT IN INTERVENTION**<br><br>Honorable Josephine L. Staton<br>United States District Judge |

I, Julie A. Hamill, do hereby declare and state as follows.

1. I am an Assistant United States Attorney for the Central District of California and am admitted to practice in the Central District of California.

2. This Declaration is being submitted in support of the United States' Complaint in Intervention in the above-captioned matter.

3. The statements made in this Declaration are based on the knowledge acquired by me in the performance of my official duties and in conjunction with factual and legal research conducted by other attorneys and staff at the Department of Justice.

4. Attached hereto as Exhibit A is a true and correct copy of a certification by Attorney General Pamela J. Bondi, that the above-captioned case is a case of general public importance pursuant to 42 U.S.C. § 2000-h.

5. Attached hereto as Exhibit B is a true and correct copy of a transcript of a Zoom presentation given by Hispanas Organized for Political Equality on October 17, 2025.

6. Attached hereto as Exhibit C is a true and correct copy of a transcript of the California Assembly's floor session on August 21, 2025.

7. Attached hereto as Exhibit D is a true and correct copy of the California Assembly Elections Committee's meeting on August 19, 2025.

8. Attached hereto as Exhibit E is a true and correct copy of the California State Senate's floor session on August 21, 2025.

Having reviewed this Declaration, I declare, under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed on November 12, 2025, in Los Angeles, California.

Respectfully submitted,

/s/ Julie A. Hamill
JULIE A. HAMILL
Assistant United States Attorney

1