# EXHIBIT A

| | |
|---|---|
| 1 | JESUS A. OSETE |
| | Principal Deputy Assistant Attorney General |
| 2 | MATTHEW ZANDI (CA No. 203329) |
| | Chief of Staff & Special Counsel |
| 3 | MAUREEN RIORDAN (NY No. 2058840) |
| | Acting Chief, Voting Section |
| 4 | ANDREW BRANIFF (IN No. 23430-71) |
| | Acting Chief, Appellate Section |
| 5 | DAVID GOLDMAN (VA No. 98922) |
| | JOSHUA R. ZUCKERMAN (DC No. 1724555) |
| 6 | GRETA GIESEKE (TX No. 24132925) |
| | Attorneys |
| 7 |    Civil Rights Division |
| |    United States Department of Justice |
| 8 |    950 Pennsylvania Avenue, NW |
| |    Washington, D.C. 20530 |
| 9 |    Telephone: (202) 514-3847 |
| |    E-Mail: matt.zandi@usdoj.gov |
| 10 | |
| | BILAL A. ESSAYLI |
| 11 | First Assistant United States Attorney |
| | JULIE A. HAMILL (CA No. 272742) |
| 12 | Assistant United States Attorney |
| |    United States Attorney's Office |
| 13 |    300 North Los Angeles Street, Suite 7516 |
| |    Los Angeles, California 90012 |
| 14 |    Telephone: (213) 894-2464 |
| |    E-Mail: julie.hamill@usdoj.gov |
| 15 | |
| | Attorneys for Plaintiff-Intervenor |
| 16 | UNITED STATES OF AMERICA |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID TANGIPA, *et al.*, | Case No. 2:25-cv-10616-JLS-KES |
|         *Plaintiffs*, | Three-Judge Court |
|     and | |
| | **CERTIFICATE OF THE ATTORNEY GENERAL** |
| UNITED STATES OF AMERICA, | |
|         *Plaintiff-Intervenor*, | Honorable Josephine L. Staton |
|     v. | United States District Judge |
| GAVIN NEWSOM, in his official capacity as the Governor of California, *et al.*, | |
|         *Defendants*, | |

1

## **CERTIFICATE OF THE ATTORNEY GENERAL**

I, Pamela Bondi, Attorney General of the United States, pursuant to 42 U.S.C. § 2000h-2, hereby certify that the case of *Tangipa v. Newsom*, No. 2:25-cv-10616 (C.D. Cal.), is a case of general public importance.

Signed this 13th day of November 2025 in Washington, D.C.

_____
PAMELA BONDI
Attorney General of the United States