# EXHIBIT B

HISPANAS ORGANIZED FOR POLITICAL EQUALITY

(HOPE)


PRESENTATION ON ZOOM




OCTOBER 17, 2025







TRANSCRIBED BY:  MARY ANN SCANLAN, CSR



Certified Shorthand Reporters

P.O. Box 330366, San Francisco, CA 94133
o / 415.834.1114   f / 415.399.9266
e / info@scanlanstone.com   w / scanlanstone.com

1          MS. TORRES:  Hello, everyone.  Thank you

2    so much for joining us today for this very

3    important Zoom.

4          My name is Helen Iris Torres.  I am the

5    proud CEO of HOPE, Hispanas Organized for

6    Political Equality.

7          At HOPE our mission is to advance

8    political and economic parity for Latinas to the

9    benefit of all communities.  We believe that

10   every person deserves fair representation and an

11   equal voice in shaping the decisions that affect

12   our lives.

13         Redistricting is a critical part of

14   achieving that vision.  It determines how our

15   communities are represented at every level of

16   government.  It's one of HOPE's -- one of our

17   foundations of HOPE's broader civic engagement

18   work, ensuring Latinas and all Californians have

19   equitable access to political power.

20         While HOPE is a nonpartisan organization,

21   we recognize that redistricting has become an

22   increasingly partisan and at times contentious

23   issue.  Across the country gerrymandering has

24   threatened fair representation, making it more

25   urgent now than ever for us to stay informed.

1           This November 4th, and for some of us who

2    have already received our ballot in the mail,

3    Californians will vote on Proposition 50, a

4    measure that would temporarily authorize the

5    state to adopt new congressional maps.

6           To be clear, once again, that HOPE has not

7    taken a position on Prop. 50.  Our goal today is

8    to ensure that our communities are informed and

9    empowered, to understand what's on the ballot and

10   what this measure means, and how it could shape

11   representation in California.

12          We have a jampacked program for you

13   running until 1:15 p.m.  So we encourage you to

14   stay on for the full discussion.

15          You'll hear from an incredible lineup of

16   speakers sharing their expertise and perspectives

17   as civil rights attorneys, demographers and civic

18   engagement leaders.

19          While we won't be doing a live Q&A, please

20   drop your question in the Q&A box.  Our speakers

21   will be responding in the chat throughout the

22   session.  We also ask you to please keep the

23   questions respectful and on topic.

24          With that, as our housekeeping is covered,

25   it's our -- it's my pleasure to introduce

1   Maria Morales, HOPE's statewide policy director,

2   who will guide us through today's conversation

3   and introduce our distinguished guests, our first

4   distinguished guest, Sonja Diaz.

5           Thank you, Maria.

6           MS. MORALES:  Thank you, Helen.

7           And hi, everyone.  Thank you so much for

8   joining us today.

9           I am excited to welcome to the virtual

10  stage Sonja Diaz to kick off our conversation.

11  Sonja Diaz is a civil rights attorney and policy

12  adviser, renowned for her pioneering work in

13  advancing equitable representation and

14  opportunities for Latinas.

15          As a cofounder of the Latina Futures 2050

16  Lab, she champions the vision where Latinas have

17  equal access to leadership roles, contributing to

18  a thriving society for all.

19          And prior to her groundbreaking work with

20  the Latinas Futures Lab, Sonja cofounded and

21  directed the UCLA Latina Policy and Politics

22  Institute, which is the first comprehensive think

23  tank within the University of California system

24  dedicated to addressing the policies of the

25  nation's second largest racial and ethnic group.

1          We're really excited to have you, Sonja.

2    Thank you so much for being here.

3          MS. DIAZ:  Thanks so much for having me.

4    This is one of my favorite topics.

5          MS. MORALES:  Well, we're really looking

6    for your expertise.  I think we'll just get right

7    into it.

8          So maybe for the first question, for

9    someone who is unfamiliar with what redistricting

10   is, can you give us a rundown of what it actually

11   means, why it's so important?

12         MS. DIAZ:  Yeah, absolutely.

13         Redistricting is the process of redrawing

14   electoral district boundaries.  Electoral

15   district boundaries are your state-legislated

16   boundaries, your congressional districts for the

17   House of Representatives.

18         It typically occurs every ten years and it

19   reflects population changes that are captured in

20   the U.S. decennial census.  So the last census

21   was 2020.

22         Redistricting determines how communities

23   are represented in Congress.  So reapportionment

24   apportions the congressional seats in the House

25   of Representatives to states based on the census.



1          Now, the states within that -- and states

2   have different ways of doing redistricting --

3   they then allocate the mapping.  And we hear a

4   lot about redistricting and maps.  And so what

5   they look to is to draw the political boundaries

6   of a legislative district or a congressional

7   district.

8          Now, historically there have been many

9   practices that undermine the ability of Americans

10  to be able to elect their candidate of choice, in

11  addition to being able to cast a fair ballot that

12  is going to be counted.

13         And so in redistricting there's two things

14  that are very important, which is this idea of

15  crafting.  So this is where, when these maps --

16  these political maps are drawn, what they're

17  doing in crafting is that they're splitting a

18  cohesive minority community, be it African

19  Americans, Asian Americans, American Indians,

20  Latinos, across many districts.

21         So maybe they live together and then that

22  one circle district can be five, four, three.

23  And so that's crafting.  And that makes it so

24  that that particular group within that political

25  jurisdiction in that map cannot elect their



1  candidate of choice.

2          The other thing that we hear often is

3  packing, so this is consolidating.  This is

4  putting like all the Latino voters or all the

5  African American voters into a single district,

6  even though they're spread out and dispersed over

7  several miles.

8          And, in fact, it limits their ability to

9  exercise their true political power, right?

10  Because now they're in one particular district

11  and they can only elect one candidate of choice.

12  Instead, maybe they could have been a, you know,

13  majority or opportunity district across others.

14          The last thing that I think is really

15  important, Maria, about redistricting is that

16  there was a Supreme Court case under the Warren

17  court.  And more than Brown v. Board of

18  Education, Chief Justice Warren said that

19  Reynolds versus Sims, which was in 1964, was the

20  case that I think meant the most to him.

21          And this was a case that set the context

22  for redistricting, which is one person, one vote.

23  And so it required districts to have roughly

24  equal population.

25          Now, I mentioned the crafting.  I



1  mentioned the packing.  There's other legislation

2  and a statutory regime to try and make it so that

3  that isn't so.

4        One thing that still exists is Section 2

5  of the Voting Rights Act, and this is really so

6  that protected classes can elect their candidate

7  of choice.

8        This is particularly important for

9  minoritized groups, including Latinos and African

10 Americans.  And this helps combat discriminatory

11 vote dilution.

12       Now, there's a lot of voting rights cases

13 that have happened over the last 15 years, and so

14 that has created some holes, if you will.  I

15 wanted to say cracks, but I'll say some holes in

16 being able to ensure that there's fair maps.

17       MS. MORALES:  I appreciate you breaking

18 that down, because the way you're saying it is

19 that there's statutory guidelines that determine

20 how these maps are supposed to come together,

21 like the actual drawing of the lines.

22       I guess now I'll take it to the larger

23 context, redistricting today, and we've seen this

24 kind of rise in -- I know Helen alluded to it --

25 this rise in partisan gerrymandering, right?

1          So if you can talk to that trend and the

2     larger national perspective on how California and

3     Texas compare in terms of the actual

4     redistricting process, and how do you see that

5     partisan redistricting impacting representation/

6          MS. DIAZ:  Yeah.  So, Maria, I mentioned

7     that it's one person, one vote.  That typically

8     this happens after every census.  The census does

9     not happen in 2025.  It's once a year, 2010,

10    2000, 2020.  The next one is 2030.

11         And here we are in 2025, where California

12    and Texas are both doing redistricting.  There is

13    no new decennial census that they're basing this

14    off of, right?  That happens once every ten

15    years.

16         But I think what's important here is that

17    California and Texas couldn't be more different.

18    In California, voters took politics out of the

19    process of redistricting and they created an

20    Independent Redistricting Commission, which has

21    now had two full cycles of redrawing the

22    congressional and the legislative map.

23         This is community driven.  It's

24    transparent.  Last time this happened it was over

25    Zoom.  We were in COVID-19.  And it really is

1  there to abide by the laws to make sure that

2  people have fair and equitable representation.

3       Now we're in a place right now and we're

4  talking about things because there is now a thing

5  on the ballot, Proposition 50, that would for

6  four years, between 2026 and 2030, pause that

7  Independent Redistricting Commission's map,

8  reintroduce new maps that the State Legislature

9  drew in public through its legislative sessions

10 this summer.  And now it's going to the voters to

11 choose.

12       That ballot initiative then would cease,

13 and in 2030 would go through the same process

14 that I talked about, which is the census.

15       Texas, on the other hand, has always let

16 politicians draw the lines.  And there is a

17 voting rights expert at Stanford Law School,

18 Pamela Karlan, and she said Texas has not had

19 their maps challenged in court since the 1970s.

20 So the 1970 census, 1980 census, 1990 census and

21 so forth, these maps have been challenged.  The

22 same has occurred with Texas's 2020 map.

23       Now, I think what's really important about

24 both these states, one state has an Independent

25 Redistricting Commission.  The other one did not

1  and has had multiple challenges, from Black civil

2  rights leaders, from Latino civil rights leaders,

3  and others, of vote dilution, of not following

4  the law.

5      And this has only been exacerbated after a

6  Supreme Court decision in 2013, which said,

7  Texas, even though you were under Section 5 of

8  the Voting Rights Act and every time you wanted

9  to make a little change, we have to approve it,

10  that's gone.

11      Texas has now really been able to continue

12  to do what they want with little to no federal

13  court oversight except for the right of action of

14  civil rights and other interested parties to sue

15  them.

16      So I said Texas and California couldn't be

17  more different.  Here is the fact that remains

18  true about both of them.  Latinos are the

19  plurality population in both California since

20  2014, and in Texas since two years ago.

21      Texas's apportionment of House seats in

22  U.S. Congress is based on the growth of the

23  Latino population.  Now, the number of Latino

24  majority districts in the congressional map for

25  the Texas delegations did not increase over the

1  last ten years.  And, in fact, the maps that are
2  now presently in Texas based on this 2025
3  redistricting is seeing an increase of five
4  Republican maps.
5          And so this is based on a partisan impetus
6  to redraw the lines to essentially curtail
7  Democratic party win in 2026.  Historically, the
8  party in opposition to the White House is able
9  that first kind of midterm election to win.
10         What is important is that this is not just
11  a partisan issue.  This is a racially motivated
12  issue.  This is around the ability of Latinos in
13  Texas and other protected classes to be able to
14  elect their candidate of choice.
15         That's why Texas's 2020 maps were
16  challenged.  That is why Texas is pulling back
17  and changing those maps that they drew again.
18         And so I think that's really important
19  because that's not what California did with the
20  Independent Redistricting Commission, and that's
21  not the history of California as a large state,
22  right, akin to Texas and changing things.
23         So we're in a very historical moment.
24  This is unprecedented to do redistricting in the
25  middle of a decade.  Now, it's being done for

1  partisan reasons.

2        MS. MORALES:  That's a really powerful

3  statement that you made around moving it away

4  from this, you know, partisan framing and talking

5  more about the impacts that it's going to have

6  directly on communities.

7        And I know you've been doing a lot of

8  research on the impact of Latino voters,

9  especially in the 2024 election.  And now, you

10  know, these new maps are coming out that in some

11  ways are -- in many ways are going to impact the

12  Latino political power and voting power.

13        So what challenges or opportunities do you

14  see both for Latinos in the voter turnout and

15  also what that looks like for 2026?

16        MS. DIAZ:  Well, Maria, I really struggled

17  with the challenges and opportunities, right?

18  Because my sense is to give both equal weight or

19  to identify a parity in both the challenges and

20  the opportunities and, frankly, I can't.

21        There are some opportunities, but there

22  are a lot of challenges.  And I think the

23  participants on this webinar and people that are

24  watching what's happening with our democracy, I

25  can't say it in plainer terms, the ability of



```
 1   people to cast a ballot that will be counted and
 2   elect their candidate of choice is -- has been
 3   under siege going back to 2013 and before.
 4        But particularly right now with this
 5   unprecedented redistricting effort on the part of
 6   the Republican party has really made it so that
 7   the ability to have your Medicare, the ability to
 8   have your SNAP benefits, the ability to be able
 9   to elect a candidate of choice, or to cross over
10   in a coalition district if there's political kind
11   of congruence between Asian American and Latino
12   voters, say in a place like Orange county,
13   California, or Harris county, Texas.
14        All of these things are really up for
15   grabs right now.  And unfortunately, we don't
16   have a federal court system that is able to
17   intervene on behalf of the civil rights regime
18   that was effected by the Warren court in the
19   1960s.  That has been clear.
20        Now, in terms of the challenges and really
21   laying them in for the audience here, every
22   redistricting cycle is not just an election
23   cycle.  This is generational.  So a win in one
24   district of redistricting maps creates momentum
25   in a direction, right?
```

```
 1          And so if Latinos are able to elect their
 2    candidate of choice -- and that doesn't mean that
 3    that candidate is Latino.  It can be purple.
 4    They can elect whoever they want.  It's that they
 5    together, under the law, are able to elect their
 6    candidate of choice because they're not craft and
 7    they're not packed by redistricting.
 8          One would hope that they have substantive
 9    policy gains.  Maybe they're living in healthier
10    communities.  Maybe they're able to afford an
11    increasingly unaffordable space.  Maybe their kid
12    is able to have ethnic studies in their
13    classroom.  You name it.  Depending on the issues
14    that those voters care about.
15          And so the maps that are drawn really
16    curtail whether or not someone has that
17    substantive representation because that's the
18    start of whether or not they're able to actually
19    have a vote that counts, or they're just voting
20    and, you know, it's rigged against them.
21          Now, because this is generational -- and
22    Latino are a youthful demographic, right?  Asian
23    Americans, Latinos fastest-growing demographic,
24    youngest demographic.  These are electorates that
25    are more often than other voters, including and
```

1  especially non-Hispanic White voters, to be

2  persuadable voters, right?  To be undecided on

3  some issues.

4        This is an opportunity for organizations

5  that care about the health, well-being and

6  quality of life in these communities to not just

7  react to redistricting, to be able to strategize,

8  identify these emerging growth zones, think about

9  coalitions, and also think about districts by

10  districting.

11        And so the future of these map cycles

12  really requires participation from everyday

13  people, including young people who are not

14  eligible to vote because they're under 18.

15        Now, to just kind of highlight it, what

16  are the challenges?  Erosions of being able to

17  have a vote that matters, right?  So your voting

18  power is being diminished.

19        For Latinos, in the space of rapid

20  population growth, there's unequal power.  That

21  is the story of Texas.  That is also the other --

22  the story of other states, that the growing Asian

23  American, Latino, Black populations and immigrant

24  populations that all of a sudden are trying to

25  erode that voting strength.

1          The other thing is partisan polarization.

2     We're in a country where there are diametrically

3     opposing ideas, and we're on the fight for what

4     the future may hold, especially for the

5     possibility of a multiracial, multiethnic

6     democracy.

7          So I said all of those challenges.  What

8     are the opportunities?  So the opportunities are.

9     is that when, you know, the federal courts are

10    weakened, when the federal government is

11    weakened, when Congress is weakened, states and

12    localities offer a new terrain, a new path

13    forward for reform.

14         California did this with the California

15    Voting Rights Act.  Joaquin Avila, the Mexican-

16    American Legal Defense and Educational Fund,

17    along with legislators like Senator Richard

18    Polanco, passed the CBLA.

19         It's time to update that.  It's time to

20    update that so that it actually matches the real

21    world 2025 circumstances that we're in.  So that

22    Californians can elect their candidate of choice

23    if they are from a protected class.

24         There's other opportunities, too.  There's

25    opportunities for everybody to talk about what

1  the community looks like and to engage in the

2  political process.  So that even if you're not

3  living in a state like California and maybe

4  you're in Arizona, where there's a lot of

5  independent voters, in Nevada, where there's a

6  lot of independent voters, that there's

7  opportunities to be able to start to experiment

8  with this thing we call equal justice under the

9  law.

10        MS. MORALES:  Sonja, I just want to say, I

11  am so grateful that you could join us.  And I'm

12  really glad that we could take apart this

13  conversation with you breaking the issue down,

14  but also just underscoring why it's so important

15  to make our voice heard in this special election,

16  especially because the turnover has been so

17  quick.

18        So I think it segues us really well into

19  our next session, where we're going to be

20  breaking down the actual map.  So hopefully that

21  your explanation made sense to some folks.

22        And so, with that, I wish we could have

23  some more time, but I'm really, really grateful.

24        And I do want to share with the attendees,

25  so please use the Q&A box feature if you want to

1  submit questions to Sonja directly.  That way

2  she'll be, you know, monitoring and can reply to

3  them since we didn't have time in the open Q&A

4  portion.

5         But thank you so much, Sonja.

6         And with that, I'm going to welcome Helen

7  back onto the stage.

8         MS. TORRES:  I agree with you, Maria, that

9  is a fantastic way to kick off.

10        Thank you again to Sonja.

11        Sonja, I think that you do have two

12 questions in the Q&A box, if you have a moment to

13 review those.  I think one in particular is for

14 clarification.

15        So I'm excited to continue this

16 conversation with someone that we have known at

17 HOPE for almost 20 years.  He has been a key

18 presenter at all our HOPE Leadership Institute

19 sessions, or the majority of them, and that's our

20 next speaker, Paul Mitchell.

21        He is one of California's leading experts

22 on redistricting and political data.  He's been

23 directly involved in drafting the map that

24 California voters will be deciding on this

25 November.

1           Paul has worked closely with the State's

2    Independent Redistricting Commission in the past,

3    so he brings a unique perspective on both the

4    process and the specifics of Prop. 50, the

5    Prop. 50 maps.

6           Paul, thank you so much for joining us

7    today.

8           MR. MITCHELL:  Thanks for having me.

9           MS. TORRES:  So, Paul, I thought we'd

10   start with one key question.  You have been

11   directly involved in drawing the Prop. 50 maps.

12   Can you walk us through how you approached

13   developing these maps?

14          Specifically what factors, you know, that

15   you used, especially what you're required by law

16   as your guidelines?  And where do you see -- and

17   where do you have more flexibility?

18          MR. MITCHELL:  Sure.  And thanks for

19   having me.  It's always fun to come and speak

20   with you.

21          For folks who know me, a lot of people

22   know me through my work at Political Data.  So if

23   they're tracking the election right now, then

24   they might be looking at early vote data that I'm

25   putting out.  And if they've run for office, they

1  might use PDI.

2        But my other hat is that I'm the owner of

3  Redistricting Partners.  We're a redistricting

4  firm that's done over a hundred local

5  redistrictings, all nonpartisan.  We've done

6  nonpartisan redistricting with a number of

7  commissions, from Los Angeles to New York City to

8  New York state's redistricting, where we've

9  worked twice in New York state.

10        We've even helped stand up independent

11  redistricting commissions, like where we advised

12  the Ethics Commission in New Mexico on the

13  creation of their first Independent Redistricting

14  Commission.  So I've been very tied to

15  nonpartisan and commission-based redistricting, a

16  real fan of it for a long time.

17        And when this first -- when I was first

18  approached about this, it wasn't even at first

19  like, well, how would I draw the maps?  My first

20  reaction was like, there's no way that we can do

21  this.  Voters love the Commission.  And I support

22  the Commission's work.  And why would voters give

23  the Legislature the authority to redraw lines?

24        And so a lot changed after Texas did what

25  they did to, you know, redo their maps responding

1  to President Trump.  And the idea of this as

2  being a counterbalance to what Texas was doing

3  became a core kind of idea of this project.  And

4  then a commitment that it goes back to the

5  Commission afterwards.  That all of this is

6  temporary.  So even before I started looking at

7  potential maps, that was what I was thinking

8  about.

9         Now, when I was first talked to by folks,

10 I won't call out any names of elected officials,

11 but I did have some elected officials call me and

12 say, well, if Texas is going to throw away the

13 VRA, we should just throw away the VRA.  You

14 should just draw anything you can.  Don't worry

15 about the VRA.

16        And I would be like, okay, thanks for

17 calling.  But there was no way that I was going

18 to do that.  Folks who work with me understand

19 that.  And also, I just felt like that was going

20 to be the wrong strategy.

21        So the first real thing I took at -- to

22 answer your question, how did we start

23 approaching drawing maps, it was by utilizing the

24 State Fair Maps Act criteria and the

25 Redistricting Commission's criteria and the

```
 1  Redistricting Commission's actual maps.
 2        So one of my first rules of the process
 3  was that we would follow the Commission process
 4  and have a lot of respect for the Commission work
 5  product.
 6        We would also preserve communities of
 7  interest.  And I have worked, like I said, in so
 8  many parts of this state, and my staff, that all
 9  kind of came back on a volunteer basis to work on
10  this, had all worked in so many places that we
11  knew where those communities of interest were.
12  We've been active in the state redistricting
13  process.
14        And following the Voting Rights Act was
15  very important.  Even though, as of today,
16  there's a Supreme Court hearing to potentially
17  dismantle it, we still were holding to it.
18        Now, when we really knew that this was
19  real, I sent a text to my little chat of all my
20  Redistricting Partners staff.  And I said, guys,
21  this might happen.  Who can get on -- we call it
22  the box.  Who can get on the box and start
23  drawing?  And this is what I want to draw.
24        And I started listing out this concept of
25  drawing a replacement Latino majority/minority
```

1   district in the middle of Los Angeles.  That was
2   the number one thing that I first started
3   thinking about because it was something that I
4   worked with HOPE on in the last redistricting
5   process.
6           I'm going to read for a second -- I hate
7   doing this on a presentation, but I'm going to
8   read from a HOPE letter from November 24th, 2021,
9   where it said, HOPE is concerned about the
10  elimination of a majority/minority Latino
11  district within the area of Los Angeles gateway
12  cities.
13          The seat, which is called by the LA Times
14  the most Latino district in the country,
15  disappeared off the map despite the growing
16  Latino population throughout the state.
17          And that letter on page 2 illustrated what
18  HOPE wanted to see done in a coalition with a lot
19  of other partners in Los Angeles.  And it said,
20  number one, create a gateway cities district
21  centered around Downey, as described in the
22  analysis, allowing for the creation of five
23  Latino majority/minority districts in an area
24  where there are currently four.
25          Secondly, take the district that was



1  called LB North, which is now the Robert Garcia
2  district, take that district to the south through
3  Seal Beach into Huntington Beach, making a
4  Latino-influenced district at 35 percent Latino
5  by voting age population.
6        That two bullet points was the first thing
7  we did in drawing the new map.  We essentially
8  reversed the Redistricting Commission's decision
9  to eliminate a Latino district from LA, the old
10 Ed Royal district, Lucille Roybal-Allard
11 district, the first Latino majority/minority
12 district in the country, the first Latino member
13 of Congress in the country.
14        We put that district back.  Eliminated
15 the -- basically moving the 41st over there and
16 eliminating the Ken Calvert district in
17 Riverside, and then moving the districts around
18 in order to fill in.
19        Now, did that just come up in our head
20 like, hey, it's 2025, let's draw this?  No.  We
21 went back to maps the Commission was considering.
22 We went back to proposals from HOPE, Equality
23 California, a number of groups that were trying
24 to advocate for these changes in the end of the
25 last redistricting process.

1          So what we did, which you could only do in
2    California, was we took the Commission map.  We
3    kept about 80 percent of it the same, but in
4    certain areas we made small, modest changes in
5    order to create a push back to what Texas was
6    doing, an opportunity for Democrats to pick up
7    five seats, and to counterbalance the five
8    Republican seats in Texas.
9          And in doing so, we were able to keep a
10   large number of communities of interest together.
11   We were able to reduce the numbers of cities that
12   were split.  We were able to protect the Voting
13   Rights Act.
14         The Voting Rights Act analysis that we got
15   back said -- and, again, I'll read -- while both
16   the Commission map and the draft map are
17   compliant with Section 2, the empirical evidence
18   shows that the public submission map, which is
19   the Prop. 50 map, improves the opportunity for
20   Latino voters to elect candidates of choice in
21   two more districts than the existing plan.
22         And then PPIC just put out an analysis
23   last week that said that our plan maintained the
24   status quo in terms of the Voting Rights Act and
25   added one more Latino-influenced district.

```
 1          So there's a good story to tell about what
 2   these maps have done, and that how we did it
 3   really was building off of the Commission work
 4   product, keeping the same values that the
 5   Commission and Californians have, doing modest
 6   changes, and, you know, doing the minimum we had
 7   to in order to achieve the political goal while
 8   protecting communities of interest.
 9          MS. TORRES:  Thank you, Paul.
10          It's always good to hear my words being
11   read back to me --
12          MR. MITCHELL:  Sorry.
13          MS. TORRES:  -- from the flood of ideas
14   that --
15          MR. MITCHELL:  I didn't warn you I was
16   doing that, so anybody knows that was not
17   planned.
18          MS. TORRES:  That's okay.
19          MR. MITCHELL:  She did not know I was
20   going to do that.
21          MS. TORRES:  But I think you made your
22   point that the crafting of these maps, Prop. 50
23   maps, it wasn't just, you know, you and a couple
24   bad scientists coming together.  It's really
25   truly individuals that are -- and building on the
```

1    current maps that are out there.

2         And, you know, there is no denying it.

3    You mentioned that two great sources, especially

4    PPIC, that, you know, is calling out that this

5    will potentially create a Latino -- an additional

6    Latino seat, or replace -- or bring back the

7    Latino seat that we lost in the past.

8         With that, and trying as much as we can to

9    keep it nonpartisan, from your perspective, what

10   should Latino voters pay the most attention to

11   when it comes to this -- to these Prop. 50 maps?

12        MR. MITCHELL:  Well, I think that when we

13   get into 2026 election cycle, and presuming these

14   maps pass, I think it's about organizing.  There

15   will be different districts in LA in particular.

16   So every district -- because there's this

17   replacement of the Roybal-Allard district in the

18   middle of the gateway cities portion of LA, that

19   essentially moved a bunch of districts going

20   through San Gabriel Valley, through the Inland

21   Empire, where those members of Congress had to

22   look at a map and say, wait, that's not my

23   district.  My district got changed significantly.

24        So you're going to have a lot of members

25   of Congress that are going to be running in new

1  areas.  And then in particularly the Robert

2  Garcia district that's going to now be Long

3  Beach, goes down into Huntington Beach, which has

4  been pretty antagonistic towards Democrats,

5  somewhat antagonistic towards minority groups,

6  and vehemently antagonistic against the LGBTQ

7  community.

8       And so you've got some places where he

9  needs to get support and get engaged folks to

10 support and do turnout there for Latinos to

11 protect a Latino member of Congress in a district

12 that is still a Latino-influenced district, but

13 is no longer a majority/minority district because

14 his district, most Latino portions go into the

15 replacement Roybal-Allard district.  So that's

16 one big thing.

17      The other big things are the big things we

18 always talk about, which is trying to get Latinos

19 to vote earlier so that they're not scrambling to

20 try to get them out to the polls on election day.

21      Looking right now just at the Prop. 21

22 [sic] vote, Latinos are 28 percent of the

23 registered voters, but only about 13 percent of

24 the votes that have come in so far.  So getting

25 Latinos to vote earlier.

1        Getting Latinos to, you know, make best
2    use of all the methods of voting, whether it's by
3    mail, drop box, or in person at a vote center,
4    and just really kind of focusing on that
5    engagement.
6        The Prop. 50 maps I think will be great
7    for the Latino community in two critical ways.
8    One is that they ensure that the Latino districts
9    that are the VRA seats are bolstered in order to
10   make them most effective, particularly in the
11   Central Valley.
12       And then, secondly, have to hazard a
13   guess, and I don't want to be too political or
14   partisan here, but I have to hazard a guess that
15   whoever gets elected in that gateway cities
16   district in Los Angeles, it's a majority/minority
17   district, is going to be a better representative
18   for the community than the representative being
19   elected from the Ken Calvert seat.
20       So I think there are opportunities
21   throughout the map where you might get somebody
22   better representing San Diego/Palm Springs area
23   in a new seat that is drawn under Prop. 50 than
24   you would under the existing Darrell Issa
25   district.

1          So I think there are opportunities there

2    in the substance of the maps and the outcomes of

3    the maps, and I think there's a lot of

4    opportunities in terms of kind of those VRA

5    concerns as well.

6          MS. TORRES:  So, Paul, you know, I know I

7    only have a couple more minutes with you, but I

8    wanted to come back to just clarify.

9          You mentioned Prop. 21, but I think you

10   were mentioning -- did you mean to mention

11   Prop. 50 and what the voting count looks like

12   now?  Because you're tracking that, right, how

13   much voters --

14         MR. MITCHELL:  Oh, I'm sorry.  Yeah.  I

15   don't know.

16         MS. TORRES:  Yeah.

17         MR. MITCHELL:  Maybe I misspoke.  Yeah.

18   So the Prop. 50 tracker, we have it up now, so

19   we're processing ballots that are -- the counties

20   are processing the ballots that are coming in.

21   And right now Latinos are 28 percent of the votes

22   that have been cast for Prop. 50.  And, you know,

23   they're 28 percent of registered voters, and only

24   about 13 percent of the votes that have been cast

25   so far.

1          So, yeah, if I said 21, it might just be

2    because I was thinking about the --

3          MS. TORRES:  So just so I'm clear.

4          MR. MITCHELL:  Yeah.  Yeah.

5          MS. TORRES:  Latinos make up 28 percent of

6    the voting population in California, and about --

7    we're tracking at 13, 16 percent of ballots --

8          MR. MITCHELL:  Of the ballots that have

9    been returned.

10         MS. TORRES:  And is that usually what you

11   see?  Because Latinos seem to vote later; is that

12   correct?

13         MR. MITCHELL:  So Latinos have

14   traditionally voted later.  Also, when we talk

15   about Latinos on the voter file, we're talking

16   about younger voters.  Because your average

17   Latino on the voter file is a lot younger than

18   the average White voter, as an example.

19         So in addition to Latinos voting more on

20   election day, you also have younger people less

21   responsive to their mail.  They're not checking

22   their mail every day and mailing their ballot

23   back right away.

24         So those are things that can be worked on

25   in order to bring a fuller turnout from all these

```
 1   communities, whether it's Latinos or young people
 2   or renters, or different groups that kind of
 3   socioeconomically are traditionally lower turnout
 4   or later voters in the process.
 5         MS. TORRES:  And I'll just -- you know, I
 6   think you already answered the question what this
 7   map means for long-term political -- Latino
 8   political power in the state, especially leading
 9   to 2032, but if you wanted to add anything else
10   to that.
11         And then, Paul, you know, there's always
12   this conversation of the lack of investment made
13   by everyone that has to do with either political
14   parties or, you know, when it comes to
15   propositions in the Latino vote.  Really, you
16   know, investing in getting the vote out.
17         Any thoughts around that, and as well as
18   any ending words around the Latino -- long-term
19   Latino power, political power?
20         MR. MITCHELL:  Well, yeah, this is
21   definitely something we've talked about a lot.
22   And a lot of what HOPE does has been instrumental
23   in helping turn the tide on that, you know.
24         I'm sitting and talking with members of
25   Congress that were part of a HOPE class that I
```

1   spoke to ten years ago.  It's literally happened.

2           I've met with people who are new elected

3   officials and they were people who saw me present

4   on voter data, you know, 15 years ago.

5           So a lot of what you're doing to create

6   that culture is incredibly important.

7           Also, pushing the political parties and

8   pushing consultants to recognize the importance

9   of the Latino vote.  And not just to only target

10  the most very, very, very likely voters.

11          You know, even at PDI we've created voter

12  universes that are targeted to get those likely

13  voters, but also bring in some of the less likely

14  voters among the Latino, Asian and Black

15  communities in order to make what we call equity

16  universes.  And those universes, we've encouraged

17  consultants to target those voters.

18          Because part of the challenge of these

19  campaigns is you have a campaign consultant who

20  says, well, I want to spend this, you know,

21  $50,000 as efficiently as possible.

22          But then you also have the bigger need in

23  the long term that if that consultant is only

24  mailing to the most likely voters, all they're

25  doing is reinforcing the most likely voters to

1   vote.

2          They need to also be mailing to the less

3   likely voters, and texting and phoning and doing

4   digital and pushing to the less likely voters to

5   get them to turn out as well.  Because if

6   somebody gets five mailers and somebody else gets

7   one mailer, the group that gets one mailer is

8   going to be lower turnout.

9          So we want to make sure that when we're

10  pushing candidates, to make sure they're talking

11  more inclusively to all voters.  When we're

12  talking to consultants, when we're, you know,

13  talking about how money is spent in campaigns,

14  that it's being done in a more equitable way to

15  ensure that we're not creating a permanent lower

16  voting class in our total electorate.

17         So that's one thing that we've had

18  conversations about, and I've had conversations

19  with a lot of consultants about.  Or, you know,

20  Mindy Romero, as an example, has done a lot of

21  work on trying to push this kind of argument

22  about turnout.  So I think there's a lot of work

23  that still needs to be done, obviously.

24         MS. TORRES:  Thank you, Paul.  And always

25  a pleasure to hear from you.  And may St. Paul



1  continue to be prosperous in his map making.

2  Thank you so much for your time.

3          MR. MITCHELL:  Thank you very much and

4  take care.

5          MS. TORRES:  Appreciate it.

6          MR. MITCHELL:  Good-bye.

7          MS. TORRES:  Now we're going to turn to

8  our third guest.  Gosh, I just feel we have

9  incredible speakers lined up for you, and I hope

10 it's bringing a full -- we'll be bringing a full

11 picture of all that's at stake with the upcoming

12 special election.

13         So, once again, thank you, Paul, for

14 breaking down the Prop. 50 map for us.

15         To provide some balance, we now turn to a

16 different perspective.  Joining us is Fabian

17 Valdez, Jr., who leads Redistricting Insights,

18 data-driven approach to redistricting as their

19 chief demographer, with expertise in predicting

20 models at GIF Mapping and Database Systems.

21         Fabian has led projects from supporting

22 mission-driven organizations and government

23 agencies to guiding nonprofits through

24 redistricting initiatives.  His insights here

25 will help us understand the critiques and

1  alternative views of Prop. 50.

2          Thank you so much for joining us.

3          MR. VALDEZ:  Thank you for having me.  And

4  I don't get to say I've been around for 20 years

5  like Paul has with you, but I'm glad to be my

6  first time with HOPE and getting to speak to you

7  and looking forward on the conversation today.

8          MS. TORRES:  Thank you so much.

9          Well, we always love making new friends,

10 and I think we've made a great new friend in you.

11 So thank you so much.

12          The first question I have for you is, some

13 argue that these maps either dilute or

14 concentrate regional voting power.  What's your

15 view on how these maps impact voter

16 representation?

17          MR. VALDEZ:  So that's a really good

18 question.  When we're talking about, first, how

19 they dilute or concentrate regional voting power,

20 I want to be clear in what my take on that is.

21          So regional voting power is a lot of

22 things.  It can be a county.  It can be a city.

23 It can be rural versus urban.  There can be a few

24 different ways you can look at regional voting

25 power.

```
 1            In general, the way this has been going on
 2    in the state of California is there has been a
 3    number of places in the Central Valley, LA region
 4    and then Orange county going down to San Diego
 5    that Latinos have had a lot of voting power, so
 6    to speak.  They have large CVAP populations,
 7    citizen voting age population, in some of these
 8    districts.  They also have large percentage of
 9    the voting block in these districts.
10            And I would argue that in most of the
11    districts that we have in California, Latinos
12    have actually been electing their candidates of
13    choice and getting voter representation they
14    want.
15            This is actually seen really well in a
16    couple of districts recently.  CD 13, which is
17    the Josh Harder district, you can see the Latinos
18    there chose a candidate where they had a
19    Republican candidate.  They weren't happy with
20    it.  They moved on and chose a Democratic
21    candidate only recently.
22            CD 27, where you had Mike Garcia, who was
23    a Latino but was a Republican Latino, that the
24    Latinos in that area maybe didn't agree with,
25    they moved on and chose someone else for their
```

1  candidate, George Whiteside.

2          So they've actually been electing in a lot

3  of these places -- in terms of their power, they

4  have been electing who they would like, or

5  getting who they would like.

6          Now, how that affects with this -- these

7  new maps concentrating regional -- or diluting

8  regional voting power, we have a couple areas

9  where it's maybe been somewhat of a problem.

10         For instance, in a lot of the parts in the

11 Central Valley we have, you know, very rural

12 agricultural Latino populations.  A lot of them

13 are farmwork, or at least dealing with the

14 farmwork communities.  And now they've drawn a

15 new map which takes urban Latinos in Stockton

16 amongst these rural Latinos and agricultural

17 Latinos.

18         Now, the Hispanic people in general,

19 everybody knows we're not monolithic.  We all

20 like speak Spanish and we all have, you know, a

21 general kind of understanding of that.  But you

22 have a lot of different countries in South and

23 Central America.  You have a lot of different

24 groups of people.  And treating them

25 monolithically sometimes isn't necessarily the



1   best way to allow for representation.

2          So when you have a place like Stockton and

3   urban Latinos being lumped in with all the rural

4   agricultural Hispanic people and Latinos in the

5   rest of the Central Valley, you're kind of not

6   only diluting the power of rural representation,

7   but you're also in a way packing.  That was

8   mentioned earlier in the presentation.

9          You're packing these Latinos into one

10  district just to say now we have a district,

11  CD 13, which has more Democrat voters and so it

12  will be safer for a Democrat candidate, rather

13  than allowing the Latinos in that district to

14  really elect the candidate they would like.

15         What it comes down to is -- and we've seen

16  this a lot, especially in the last couple of

17  elections.  Even though Latinos might have a

18  shared language and in some places a lot of

19  shared culture, there's not always a shared

20  ideology.  There's actually a lot of Hispanic

21  voters who are voting one way and a lot of

22  Hispanic voters who are voting another way.

23         And so there's this idea that, well, if we

24  put them all together, that's going to give them

25  better representation.  Well, in some cases, you

1    may not necessarily want as a Hispanic Democrat

2    voter to be in a district with a bunch of

3    Hispanic Republican voters, because you may not

4    have the ability to elect a Democratic candidate.

5    Or vice versa, if you're a Republican Hispanic

6    voter, you may not want to be in a Democratic

7    district.

8           Just because you're getting what the

9    Hispanic Democrats want doesn't mean that you're

10   getting what a Hispanic Republican wants, but you

11   might be.

12          In general -- sorry.  In general, my point

13   on it is, you know, treating us monolithically is

14   a bit reductive and it kind of ignores how

15   diverse and broad of a community the Latino and

16   Hispanic people, especially in California, can

17   be.

18          MS. TORRES:  And would you say that's your

19   concern about these maps is that it -- or one of

20   the main concerns, that it's looking at Latinos

21   as a monolithic voting block?

22          MR. VALDEZ:  Yeah.  It's definitely

23   something I have struggled with myself as a

24   Latino in California.  And I sit a lot more on

25   the fence in the middle, and maybe middle and to

```
 1   the right sometimes than a lot of other Latinos I
 2   know.
 3          It's been a struggle for me to look at,
 4   you know, balancing representation and saying,
 5   well, are we getting what we deserve in terms of
 6   where a majority -- not like we're -- we're
 7   plurality in the state.  Are we getting the
 8   number of representatives and the kind of
 9   representation we need versus do we agree on what
10   that representation is?
11          I've had many conversations with Latinos
12   across the state in different areas who, you
13   know, have very different opinions on what's
14   going on in their communities and, you know, how
15   the current administration is affecting them, and
16   what they like and don't like.
17          And to say that, oh, everyone is the same
18   because you have -- you know, your last name has
19   an E-Z or an E-S ending, it's like, well, I mean,
20   maybe that's not exactly how they should treat
21   us.
22          I mean, for instance, in the Asian
23   community -- and anybody who works in politics
24   can speak to this.  In the Asian community, we
25   treat the Vietnamese very different from Chinese.
```

1   We treat Korean different from Japanese.  But we

2   don't really do that in the Hispanic community.

3          MS. TORRES:  Thank you for that.

4          Fabian, how do you think these maps impact

5   competitiveness, particularly in regions -- and I

6   think that you started answering this question --

7   particularly in regions where Latino voters make

8   up a decisive voting block?

9          MR. VALDEZ:  Yeah.  So to be clear, these

10  maps were drawn specifically to enable more

11  Democratic representation, Democratic elected

12  officials.  So, I mean, that's the understanding

13  of that.  In general, the goal is to kind of

14  reduce competitiveness as a goal, and that's --

15  plainly stated.  That's not obfuscated in any

16  way.  That is the goal of these maps.

17          But how does it affect the ones maybe

18  where Latinos have the higher voting block, or

19  have more people living in them?  So there's a

20  couple places I'd like to look at that you can

21  see a better example of this.

22          Specifically, you have districts like

23  district -- current district -- I'm talking about

24  the current districts.  Current District 9, which

25  is at San Joaquin area.

1          You have current District 13, which kind
2    of runs from the Central -- down the Central
3    Valley through Stanislaus and down into Madera.
4          You have District 22, which is the current
5    Valadao district, which kind of runs through that
6    Kingstown and Fresno county area.
7          And then you also have District 27, which
8    is a district in northern LA county that kind of
9    runs from the Lancaster/Palmdale area.
10         In all of those districts, Hispanic voting
11   block -- and when I say voting block, I mean
12   that's different than the CVAP.  The voting block
13   of Hispanics is pretty high, over 30, 40, in some
14   places 60 percent.  So we have large Hispanic
15   voting populations.
16         And these are all competitive districts.
17   And what I mean by competitive is I mean these
18   districts can swing Republican or Democrat, and
19   they have in the last few elections.
20         So we have Democrat candidates sometimes.
21   We have Republican candidates.  Either could win
22   in either of these district -- any of these
23   districts.  Latinos are able to choose who they
24   want as their representative in these districts.
25   And that all these districts being able to choose

1   as a Hispanic or Latino voter, it gives you the

2   representation that you're looking for.

3          In all those districts I just mentioned,

4   they have reduced the competitiveness.  So in

5   every single one of those districts, they've

6   added Democrats to the district in a way that

7   then makes those districts less competitive.

8          Now, why might that matter if you're still

9   getting representation?  Well, again, this comes

10  down to, what is that representation?  When you

11  talk about who you want voting -- who you want on

12  your -- in your election, District 22 is a good

13  example, Valadao.

14         Valadao is a Republican who won in a

15  majority Hispanic voting district.  It's roughly

16  63 percent Hispanic voters.  And to say to those

17  Hispanic voters in '22, well, you elected a

18  Republican you like, but we don't believe who you

19  elected is who is best for you.

20         Instead, we're going to draw a district

21  where Valadao is, frankly, unelectable, and we're

22  going to make sure a different representation

23  comes in that is Democratic.  Well, that's a

24  little insulting to the Hispanic voters who voted

25  for Valadao in that region.



1          And, again, 63 percent Hispanic voting.  I

2    guarantee you 63 percent of all of the voters are

3    Hispanic.  I guarantee you all of them did not

4    vote against Valadao.  That means he had to win

5    Hispanic voters over.  That means the Hispanic

6    voters, Latinos voters who voted for him.

7          And now to say, oh, well, we're going to

8    remove that decision from you, this goes back to

9    the problem we had in 2008 where -- and before we

10   had this whole Prop. 10 and we had these, you

11   know, competitive -- sorry, Commission-driven

12   maps.  It goes back to the problem of politicians

13   drawing what they think are best for voters

14   rather than the voters saying what we think is

15   best for us.

16          MS. TORRES:  Since you brought up the

17   Valadao seat, which I find always a very

18   interesting seat in our California politics, once

19   again, a swing vote seat.

20          MR. VALDEZ:  Uh-huh.

21          MS. TORRES:  There was a time that he

22   wasn't voted in and then it went back to him,

23   right?

24          MR. VALDEZ:  Uh-huh.

25          MS. TORRES:  What I find curious about

1  that is you mentioned a majority voting Latino

2  district.  What was the voter turnout, though?

3  Because, unfortunately, I always hear -- not only

4  hear, but experience that the voter turnout for

5  Latinos aren't as high in some of these Central

6  Valley seats.

7       MR. VALDEZ:  Well, in general, that is

8  actually a statement that can be made across the

9  state.

10       MS. TORRES:  Across the board.

11       MR. VALDEZ:  Yeah.  Across the state,

12  Hispanic, Black and Asian voters tend to vote at

13  lower numbers than White voters.  That is

14  absolutely true.

15       You can say that -- I don't know what the

16  exact numbers are.  I'd have to look up '22 to

17  know exactly what the voter turnout of Hispanic

18  voters was in that district.

19       But in general, I would say it's probably

20  pretty safe to say that of those Latinos in the

21  state, they probably turn out a slightly lower

22  level.

23       Paul mentioned that currently it's 28

24  percent and then 13 percent have voted so far.

25  Yeah, Latinos tend to hold their votes to later.

1    But in general, they will show up at a little bit
2    of a lower rate in the election.
3            So when you ask the question what
4    percentage of those voters voted, I don't have
5    the answer right away.  However, what I can say
6    is, even if you were to say, well, a lower number
7    of Hispanic voters voted there, that's how
8    Valadao got in.
9            So you're saying, first of all, the choice
10   not to vote is a choice.  If a Latino decides
11   they don't want to vote because they don't want
12   to -- they don't like either candidate, that is a
13   choice in themselves.
14           You're also saying that the Latino that
15   did vote for Valadao -- and I guarantee you there
16   are a lot of them, because you cannot win that
17   district without getting Hispanic vote.  Even if
18   they're voting at lower levels, you cannot win
19   that district.  The Hispanic voters that did vote
20   for Valadao, their vote didn't matter as much as
21   the ones that didn't vote.
22           So it's more about, hey, what are we being
23   able to do, what are we -- what are we being able
24   to look at in terms of how Hispanics are
25   positioning themselves for representation?  Who

```
 1  are they allowed to vote for versus what you're
 2  choosing for them to vote for.
 3          Actually, Paul just let me know 48 --
 4          MS. TORRES:  I saw that.
 5          MR. VALDEZ:  -- 48 percent.  So 48 percent
 6  Hispanic voter turnout.
 7          MS. TORRES:  I love being with you and
 8  Paul.
 9          MR. VALDEZ:  Yeah.
10          MS. TORRES:  I know we could always get
11  good data when we have you and Paul together.
12          MR. VALDEZ:  Yeah.
13          MS. TORRES:  That's fantastic.
14          I guess the bigger point, and this is the
15  point that I was trying to make with Paul, too,
16  is like this underspent, quite frankly, of
17  resources in getting the Latino vote, period.
18  You know, really investing in the Latino vote.
19          And, you know, you go from a district that
20  was a little over 60 percent of Latino voters to
21  only getting about 48 percent of that voter
22  turnout.
23          To me, the conversation always is, who is
24  truly investing in the Latino vote?  You know,
25  who is truly educating and making the efforts to
```

```
 1  garner our vote to ensure that our voices are
 2  being heard?  So I just always -- I always come
 3  back to that, right?
 4        MR. VALDEZ:  Yeah.  I would argue it's
 5  HOPE.  HOPE is part of the -- part of the --
 6        MS. TORRES:  We are.
 7        MR. VALDEZ:  -- part of the good people.
 8        MS. TORRES:  We're trying to make sure
 9  everyone's --
10        MR. VALDEZ:  Part of the process.
11        MS. TORRES:  And we all have to be
12  hopeful, right?
13        MR. VALDEZ:  Yeah.
14        MS. TORRES:  We only have a little bit
15  more time together, and I wanted to make sure I
16  asked you the same question I asked Paul to wrap
17  things up, and that was, how do you see these
18  maps influence the long-term political power of
19  Latinos in California?  And not just in this next
20  election cycle, but, you know, the decade leading
21  up to or close to, you know, five to six years,
22  leading up to 2030, 2032?
23        MR. VALDEZ:  Yeah.  That's a great
24  question, too.
25              I looked at this a little more
```

1  holistically in terms of what these maps mean.

2  Now, these new maps or the current maps, whatever

3  maps they're using, if they pass or it doesn't,

4  these maps will stay in place until 2032.  2032

5  is when we will see maps -- the new Commission

6  gets starting the process in 2030 for new maps in

7  2032.  So this will be for the next three

8  election cycles.

9         And then looking beyond that, what are

10  the -- what is the opportunities or what is the

11  potential problems for Latinos?

12         In general, there's going to be -- as Paul

13  said, there is a new Hispanic majority district

14  in LA.  But what does that mean?  Well, to draw

15  that district, you actually have to break up some

16  areas.

17         We talked a lot about the gateway cities.

18  And yes, the gateway cities are kind of made into

19  this new district.  But in doing that, they also

20  split cities, like Pico Rivera and Norwalk, which

21  are also gateway cities.  And splitting them

22  isn't necessarily helping the Latinos in those

23  communities.

24         For instance, the new 41 splits Norwalk in

25  favor of grabbing people in Brea.  Well, they

1  could have kept Norwalk together and left Brea in

2  a different district.

3        These are the kind of considerations when

4  you're drawing these maps in order to draw them

5  just for political purposes, you end up losing

6  some of the idea of, well, how can we help these

7  communities stay together?

8        And it's not just Pico Rivera and Norwalk.

9  Pomona gets split, another heavy Hispanic

10  community.  Santa Ana gets split up.  Norwalk.  I

11  talked about Nueva, which is a smaller community

12  in Inland Empire.

13        You have -- in the north you have Stockton

14  being split up.  You have Porterville.  You have

15  Madera.  These are all Latino majority cities

16  which are now cut up.  And again, they're cut up

17  to favor Democratic representation and Democrats,

18  which I understand the purpose.

19        But to do that, they have to split them

20  and say, well, some Latinos we need with

21  Republicans over here, and some Latinos we need

22  with Democrats over here in order to make sure we

23  have enough Democrats being elected.  And that

24  just isn't good for, you know, Latino communities

25  in general.



1            And what that means for longer term is

2    weaker -- potential weaker coalition power.  When

3    you are splitting these groups up and you're

4    putting places like Coalinga and Avenal into

5    San Jose, and you're saying, well, Latinos in

6    Coalinga and Avenal, you're now going to be

7    represented by someone in San Jose, that starts

8    to -- I mean, everyone knows politics starts at

9    the lowest level.

10            And so when these people are being shunted

11   up all the way to another area, maybe that's

12   harder to organize the Latino community all the

13   way from Coalinga and all the way to San Jose.

14   It's harder to build local incumbency.

15            It's harder to secure that responsive

16   representation and say, hey, you know, we have

17   this bench, you know, the bench candidates of

18   people who ran for city council and ran for

19   district elections, and now they're moving up

20   through to Congress.

21            Well, they're never going to have that

22   opportunity because the lines have been drawn in

23   such a way that to kind of break some of that

24   coalition up and split it into different places.

25            And what that means long term is

```
 1  potentially diminished policy wins, you know,
 2  when you're unable to get what you need in your
 3  local community, you're unable to move it up to
 4  the next level.  Then potentially it's going to
 5  work out not in your favor in the long term.
 6         I think also, in general, how this affects
 7  long-term political power for Latinos is my whole
 8  problem with the monolithic -- how we're treating
 9  monolithically.  When you treat Latinos
10  monolithically, they will -- look, you have power
11  now.  Well, we can still disagree with each
12  other.
13         And, you know, saying that to a rural
14  Hispanic farmer that you are now in a district
15  with a bunch of urban Latinos and Hispanic people
16  who are going to decide your district for you,
17  how does that increase your political power as a
18  rural Hispanic farmer?  If anything, it reduces
19  or completely eliminates it, because you don't
20  get that choice anymore.  It's only what the
21  other people decide for you.
22         MS. TORRES:  Fabian, thank you so much for
23  joining us.  And I feel like we've made a new
24  friend, so --
25         MR. VALDEZ:  I'm happy to talk any time.
```



```
1              MS. TORRES:   -- welcome to the family.
2              MR. VALDEZ:   Thank you very much.
3              MS. TORRES:   We really appreciate your
4       insights.
5              MR. VALDEZ:   And all of you, thank you for
6       having me.   And I would love to come back any
7       time and have another conversation.
8              MS. TORRES:   Wonderful.   We'll make sure
9       that happens.
10              Now we're going to transition over to
11      Maria Morales again, our HOPE policy director, as
12      she brings in our final great speaker.
13              And thank you everyone for listening and
14      continuing the conversation.
15              MS. MORALES:   Thank you, Helen, for
16      moderating those segments.
17              And thank you so much, Paul and Fabian,
18      for the really in-depth breakdown of the map.   I
19      feel like I learned a lot, so thank you.
20              It's a pleasure to introduce our final
21      speaker, which is Christian Arana from the Latino
22      Community Foundation.   I think Christian will be
23      able to ground this conversation in community
24      voice.
25              He is the vice president of Civic Power
```

1 and Policy at the Latino Community Foundation,

2 where he leads the Foundation's efforts to

3 advance policy solutions that will improve the

4 lives and political power of California's

5 Latinos.

6           Christian will share polling data insights

7 on how Latino voters are engaging with Prop. 50.

8           So thank you for all you do, Christian,

9 and thank you so much for joining us today.

10           MR. LARA:  Yeah.  Well, thank you so much,

11 Maria and Helen, and honestly, the entire HOPE

12 team.  I was telling them that in preparation for

13 this, that it's real kudos to HOPE and the

14 organization for putting this on.

15           As I'll explain in a bit, you know,

16 there's a lot of work to be done to ensure that

17 our community is prepared and well-educated about

18 what exactly is going on.

19           So as Maria mentioned, the Latino

20 Community Foundation -- and then, actually, just

21 for more context, we are the nation's largest

22 Latino serving Foundation.  You know,

23 historically we've been a California-focused

24 foundation, but under the leadership of our new

25 CEO, Julian Castro, it started to expand

1  nationally, right, just to see how we replicate

2  along the work that we have done here in

3  California and take it to other parts of the

4  country.

5        Critical to this work that we have done

6  over the last couple years is to commission

7  public opinion polling of the community.  I think

8  too often in American politics conversations

9  around our voters, right, in our community are

10  based on very scant evidence or data or polling.

11        And so we want to make sure that we're

12  always portraying an accurate narrative about

13  what our community is thinking, what are the key

14  issues that we're thinking about, and so on and

15  so forth, right?

16        MS. MORALES:  Yes.

17        MR. LARA:  So as Paul and Fabian and Sonja

18  were talking about, you know, I think towards the

19  middle of the summer, we knew we were barreling

20  towards a special election on redistricting, and

21  so we wanted to take it upon ourselves to

22  commission to both, right?  To ensure that we're

23  capturing Latino attitudes and sentiments around

24  this issue.

25        And so just to share a couple of key



1 highlights about what we found in our polls, so

2 just for additional context.

3          There's 1200 registered Latino voters

4 across the state of California.  And I think one

5 of the biggest findings that we found were that

6 Latinos generally are in support of this idea of

7 temporarily redrawing these congressional

8 districts, right?

9          We asked the question specifically

10 about -- as it was moving through the Legislature

11 and the Governor was going to sign it, that 54

12 percent were generally supportive of this idea.

13          As to the proposition itself, you know,

14 whether or not Latinos would want to actually

15 have our state temporarily redraw the districts,

16 46 percent were in support, 20 percent were just

17 a flat out no, and 29 percent of Latinos are

18 undecided.

19          And when you look at other public opinion

20 polling that has been done on this issue so far,

21 it's kind of been around that area, where Latinos

22 are the voting blocks that tend to be the most

23 undecided on this, right?

24          I guess I'll just share some other key

25 data points before we go into some of your other

```
 1   questions, Maria.
 2           MS. MORALES:  Yes.
 3           MR. LARA:  And I know we -- some of the
 4   other presenters talked about this as well.
 5           You know, when I think about this 29
 6   percent number, 29 percent undecided, I was like,
 7   well, like, you know, it seems like all this is
 8   on TV.  It's constantly in the news, you know.
 9   But we can't take for granted that your everyday
10   Latino out there is paying attention to this
11   stuff.
12           And so one of the questions we asked in
13   this poll is asking our community whether or not
14   they've actually been contacted so far.  And what
15   we found was something remarkable.
16           MS. TORRES:  Interesting.
17           MR. LARA:  Yeah.  Fifty-four percent of
18   Latinos said they have not been contacted at all.
19   At all.  Not a single piece of mailer.  Not a
20   phone call.  Not a text message.  Not someone
21   knocking on your door.
22           And so, you know, I always like to say
23   over the years is that, how can you ask anybody
24   in their right mind to vote for someone or
25   something that they have never met?
```

1          And so, you know -- and I know some of the

2     questions beforehand have spoken to this, about

3     how our community is observing of that kind of --

4     that respect in treatment and attention and

5     outreach, right?

6          One other thing I'll share, too, is that,

7     you know, as we dug in deeper around like, you

8     know, attitudes around this issue, you know, if

9     we were -- if the state were to temporarily

10    redraw these maps, right, because that's the

11    question before us on November 4th, you know,

12    85 percent of Latinos said that it's super

13    important that these maps actually create fair

14    opportunities for us to actually --

15          MS. TORRES:  Uh-huh.

16          MR. LARA:  -- (inaudible) in Congress,

17    right?  You know, if this does pass, like it's

18    likely that Democrats will have a much better

19    chance of picking up five additional seats,

20    right?

21          But who runs in those seats, if these maps

22    do pass in 2026, is also going to matter.  And

23    our community is flat out saying to us that like,

24    hey, if this is going to happen, we want to

25    ensure that our community has those opportunities

1  to ensure that we have the representation that we
2  want.
3         So -- and Maria, I know we're pressed for
4  time, so you let me know when to be quiet.
5  But --
6         MS. TORRES:  No, no, no.  Well, I mean, I
7  appreciate you -- the first question was on your
8  poll findings, so you already met that, and I
9  appreciate that.
10         I guess I was wondering if you can respond
11  to this like larger theme that we saw in this
12  conversation around Latinos as a monolith, or if
13  there's like assumptions being made about Latinos
14  as it relates to the special election?
15  Especially that finding that you said, 54 percent
16  of folks haven't even been contacted, right?
17         Like what are gaps in -- or opportunities
18  that you're seeing that like both sides of this
19  pro and con topic you should be considering if
20  they want to accrue that Latino vote?
21         MR. LARA:  Yeah.  So, I mean, it's
22  interesting because -- I mean, I think Sonja
23  mentioned this.  I mean, we do this every decade,
24  this process of redistricting.  And so literally
25  this just feels like it just came out of nowhere,

1  right?
2          Obviously, California leaders have decided
3  to put this on the ballot to respond to what
4  Texas and other states are doing around this
5  issue.
6          But in the poll, you know, we also asked
7  another question about, you know, how much have
8  Latinos heard about all of this?  And, you know,
9  44 percent like actually heard very little about
10  what's happening in Texas and why California is
11  (inaudible).
12          MS. MORALES:  Uh-huh.
13          MR. LARA:  Another remarkable data point
14  that you'll find in this poll is that 57 percent
15  of Hispanic and Latino voters across the state of
16  California have no idea, literally no idea on how
17  this is going to affect their community.
18          Just to give you a really good example, my
19  mom, right, my mom called me when all this
20  happened.  And so, you know, there are now like
21  tools where you can see like whether or not if
22  your neighborhood is actually going to be moved
23  into a new district should the map pass.
24          MS. MORALES:  Uh-hmm.
25          MR. LARA:  You know, my mom is currently



```
 1   represented by Latinos.  But under the new map
 2   proposed, like she would not, right?
 3          And so, you know, those are just some of
 4   the things that -- you know, pieces of
 5   information that people should have, right?  And
 6   whether or not that matters to you, you know,
 7   people should make their own votes on that.
 8          But, you know, I think this is a critical
 9   time to ensure that people are getting that
10   information.  Like are you going to be in a new
11   district?  Is your district going to stay the
12   same?  How would it affect your representation?
13          I know in prep calls that you've had
14   before -- you know, I think this is also another
15   critical opportunity to provide like just very
16   basic voter education.  Like what does a member
17   of Congress do, right?
18          MS. MORALES:  Yeah.
19          MR. LARA:  They can reopen the government.
20   They can, you know, fight on issues like
21   immigration and in healthcare.  It's also
22   constituent services.
23          You know, I had -- I know I made a joke
24   with you and Helen beforehand.  How many of my
25   friends that I know that had to get a last-minute
```

1    passport appointment to go on vacation?  You
2    know, your member of Congress actually is there
3    to help you get that appointment, or make sure
4    you get your passport on time.  And it matters
5    the type of constituent services that you get,
6    right?
7            MS. MORALES:  Yes.
8            MR. LARA:  And so to answer your question,
9    you know, this is a really critical time for
10   voter education, right?  Because this doesn't
11   really happen, right?  You know, there's
12   presidential elections.  There's midterm
13   elections.
14           You know, the last time we had kind of
15   like a snap election was Governor Newsom's 2021
16   recall election.  And even then, it was the same
17   barriers.  It's like, what is this?  What's going
18   on?  Why does it matter to me?  Why should I turn
19   out to vote?
20           You know, and for us at our Foundation,
21   you know, whether you're voting for your local
22   school board race or something like this that has
23   national implications, like your voice is super
24   critical on whatever it is that you're voting on.
25           MS. MORALES:  Yeah.  And I wonder --

```
 1  because in your research and in that poll, do you
 2  have any findings that show like what is actually
 3  resonating with Latinos?
 4       I know that there's been this really big
 5  push for digital media in the special election,
 6  which I think has been almost like a preview of
 7  what's going to come for the midterms, for the
 8  2028 election.
 9       So -- and, you know, we also heard from
10  some of our other speakers that Latinos tend to,
11  you know, vote in person or vote a little bit
12  later.
13       Is there anything that you saw in your
14  poll that you think is interesting as far as like
15  what strategies would actually resonate with the
16  communities?
17       MR. LARA:  Yes.  Actually, just taking a
18  step back from that, we did ask a question in the
19  poll around whether or not Latinos are concerned
20  about the President sending in federal officials
21  to monitor polling places and vote setups for
22  this election.
23       I will be the first to tell you that the
24  results concern me a lot.  Sixty-six percent of
25  registered Latino voters are concerned that these
```

```
 1  people are going to be just lingering around
 2  polling places.  These are American citizens --
 3          MS. MORALES:  Yeah.
 4          MR. LARA:  -- right?  And so --
 5          MS. MORALES:  Uh-huh.
 6          MR. LARA:  -- I know recently the Attorney
 7  General of California and the California
 8  Secretary of State held a press conference, you
 9  know, reminding people of what their -- what
10  their voting rights are.
11          And I think that work is going to be more
12  important than ever.  So, you know, if you're
13  that person in your family, encouraging your
14  folks to vote.  You know, also make sure to know
15  like what their -- what their rights are, right?
16  Because whether you want to vote by mail or vote
17  in person, like, you know, that is your choice
18  and it's your right to do all that.
19          As to your other part of your question, I
20  think in this environment that we're in, you
21  know, especially for us that deals here in
22  California, like issues like immigration, issues
23  like the economy, when you look at what either
24  side of the campaigns are doing right now,
25  they're speaking to a lot of this, you know.
```

1          MS. MORALES:  Uh-huh.

2          MR. LARA:  So on the yes side, I know I've

3   seen ads run immigration.  On the no side,

4   they've been talking about affordability and, you

5   know, whether or not -- which party can better

6   handle these issues.

7          But I think, just to return to the

8   original point, you know, ads and mailers, you

9   know, they're very cost-effective ways to reach

10  our community.

11         But I have always been a big advocate that

12  nothing will ever substitute the importance of

13  face-to-face interaction.  Just straight up, you

14  know.

15         MS. MORALES:  Yeah.

16         MR. LARA:  I understand in American

17  politics like you got to reach as many people as

18  possible to win the campaign, right?  I'm more

19  interested in this in terms of democracy.

20         I think too often we see in the data, the

21  voter turnout data, that Latinos consistently are

22  the ones that are -- have the biggest gap in

23  terms of voter registration and voter turnout.

24         And really, what is it going to take to

25  ensure that, you know, whether you're a candidate

1    or a campaign, or whoever -- whatever your

2    position is on American politics, like what would

3    it take for you to realize that there are nearly

4    nine million eligible Latino voters in the state

5    of California?

6          There are more voters here -- Latino

7    voters in our state than there are people in the

8    state of Arizona.  We are such a powerful voting

9    block.

10          And if these polling numbers that I see so

11   far that, you know, the yes side probably has

12   like what, 55 percent support or so?  Obviously

13   we won't know what the result is until election

14   night.  But, you know, it's kind of hovering

15   around the margin of error, right?

16          This is a turnout game, and so -- and

17   knowing that there are nine million -- almost

18   nine million eligible Latino voters, like we can

19   be the decision-makers on this.  Not just for

20   ourselves here in California, but for the entire

21   nation.

22          MS. MORALES:  Yeah.  And I think that's a

23   really powerful statement to make, just

24   exercising the power of our vote.

25          And I want to be mindful of time, but I do

1  want to ask you one last question, and also an

2  opportunity to make any final statements.

3      But this larger question about Latino

4  political power long term, right, with what

5  happens with Prop. 50 and after, what do you

6  think that looks like for our communities?

7  What's at stake?

8      MR. LARA:  Yeah.  No.  I've said as it

9  relates to this conversation that we have to

10  treat this election as a down payment for next

11  year's midterm election.

12      You know, when people dig into the maps

13  that were drawn by Paul and his team, you realize

14  a lot of these districts have become a little bit

15  more competitive because of Latino voters.

16      So I know like the Santa Rosa area was

17  drawn into a new district.  South Sacramento.

18  You know, these are communities that are built

19  with our Latino community members.

20      And so, you know, I often like to joke

21  that, you know, these people might be the most

22  important people in our country right now and

23  they don't even know about it.

24      MS. MORALES:  Uh-huh.

25      MR. LARA:  And so, you know, what are we



1   going to do to engage these folks and these

2   communities to understand that, you know, their

3   voice and their votes have always mattered, but

4   especially even more so now just given what

5   the --

6           MS. MORALES:  Yes.

7           MR. LARA:  -- (inaudible) for 2026.

8           And then moving ahead, you know, even long

9   beyond this very contentious political moment

10  that we're living in right now, there's always

11  going to be another election.  Always, you know,

12  more debates around healthcare, immigration.

13          You know, this is my return to the point

14  like, you know, whether you're a school board

15  member or a member of Congress, like these people

16  have such important responsibilities and

17  decisions that they make over every single day.

18  And so it's all of our responsibility to

19  understand what they are, right?

20          You know, that's why I work in this role

21  now in philanthropy.  Like, you know, we're

22  helping to move money to organizations that do

23  this work.  You know, we've been long-time

24  supporters of HOPE.

25          You know, because our -- you can't expect



```
 1   to merely -- just to independently want to, you
 2   know, Google or find this information.
 3   Obviously, we want them to do that.  But, you
 4   know, it's all of our civic responsibility to
 5   help them connect the dots, right?  Because I
 6   think once people understand their power --
 7           MS. MORALES:  Uh-huh.
 8           MR. LARA:  -- they're sure as hell going
 9   to wield it.  And I'm hopeful that we're going to
10   see that in this election and in elections to
11   come.
12           MS. MORALES:  Yeah.  Thank you so much,
13   Christian, for lending us your expertise, and for
14   staying on.  I know it's not always great being
15   the last speaker, but I feel like we ended on a
16   really powerful note.  So I'm just really
17   grateful for you and your time.
18           MR. LARA:  Thank you.
19           MS. MORALES:  I also know there's a lot of
20   questions in the Q&A box, so I want to make sure
21   that you have time to answer some of those.  And
22   also, so that we can include the link in the chat
23   to the polls.  But thank you so much.
24           With that, I'm going to hand it over to
25   Helen so that she can close us out.
```

1          MS. TORRES:  Thank you so much, Maria.

2          We really appreciate you, Christian, and

3    everything the Latino Community -- oh, just

4    realized my camera is not coming on.  There we

5    go.

6          I was just saying a big thank you to all

7    our speakers and to all of you who stuck through

8    this Zoom.  It was an hour and 15 minutes, I

9    think, of incredible information.  Obviously, we

10   can't cover everything.

11         There were some good questions on the Q&A

12   box, so I hope some of our speakers can go on

13   there and answer those so that we can have an

14   informed electorate, which is really important.

15         So as I close, I not only want to extend a

16   heartfelt thank you to all our speakers, but also

17   to all of you.

18         And please get out to vote this

19   November 4th.  Or like I already have, already

20   voted.  There is no reason to wait.  You should

21   have already received your ballot.

22         If you haven't, please contact your local

23   county's voter registrar to ensure that you do

24   get your ballot, or make sure that you can vote

25   on November 4th by knowing where your polling

1    place is.

2           The perspectives shared today are a

3    starting point, not the end of this important

4    conversation.  Redistricting is complex.  It

5    impacts every level of our government, from

6    school boards to Congress.

7           We encourage you to keep learning, explore

8    multiple sources of information.  HOPE will be

9    putting together a HOPE voting resource guide

10   that will list a variety of ways in which you

11   should be looking out for your ballot.  Making

12   sure you know the deadlines.  And, of course, to

13   get out to vote before November 4th or right on

14   November 4th.  Which includes, you know, as I

15   mentioned, additional materials and links to the

16   California Attorney General's Office for voter

17   education.

18          I also wanted to reiterate that HOPE is a

19   nonpartisan organization.  Our goal is to tell

20   you -- not to tell you how to vote, but -- I only

21   leave that for my husband and my twin boys.  I

22   tell them how to vote.  Otherwise, we don't tell

23   you how to vote.

24          We just want you to keep informed, and

25   well-informed at that.  And that you get out

1  there and use the information, the tools to

2  mobilize our community.  Their voices are

3  critical during this time.

4        And before we go, a quick critical

5  reminder about voting this year.  By now you

6  should have received, as I mentioned, the ballot

7  in the mail.  It's essential for Californians to

8  vote as early as possible.

9        Due to the recent changes in the U.S.

10 Postal Service operations, mail delivery times

11 may vary.  So if you're voting by mail, make sure

12 you vote early and that your vote will get

13 counted.  And that you place it in a U.S. voting

14 mailbox or a post office on election day.

15        It may not be counted if it's not

16 postmarked by November 4th.  So, please, if

17 you're voting by mail, vote early so your vote

18 will count.

19        If you're going to a polling place, make

20 sure you're well-informed about where your

21 polling location is.

22        So, once again, a big thank you to all our

23 speakers, and thank you for joining us on this

24 Zoom.  Have a great day, and don't forget to

25 vote.                    (Recording ended.)

```
 1
 2                    CERTIFICATE OF REPORTER
 3
 4        I, MARY ANN SCANLAN, hereby certify that
 5   I transcribed the Hispanas Organized for
 6   Political Equality (HOPE) Zoom presentation
 7   held on October 17, 2025, as completely and
 8   correctly to the best of my ability.
 9        I further state that pages 1 through 75,
10   inclusive, constitute an accurate and complete
11   transcription of the video recording for the
12   proceedings specified.
13
14   Dated:  October 29, 2025
15
16
17
18                          Mary Ann Scanlan, CSR
19
20
21
22
23
24
```

Index: $50,000..actual

---

**$**

**$50,000**
34:21

---

**1**

**1**
75:9

**10**
46:10

**1200**
58:3

**13**
29:23 31:24 32:7 38:16
40:11 44:1 47:24

**15**
8:13 34:4 72:8

**16**
32:7

**17**
75:7

**18**
16:14

**1960s**
14:19

**1964**
7:19

**1970**
10:20

**1970s**
10:19

**1980**
10:20

**1990**
10:20

**1:15**
3:13

---

**2**

**2**
8:4 24:17 26:17

**20**
19:17 37:4 58:16

---

**2000**
9:10

**2008**
46:9

**2010**
9:9

**2013**
11:6 14:3

**2014**
11:20

**2020**
5:21 9:10 10:22 12:15

**2021**
24:8 64:15

**2024**
13:9

**2025**
9:9,11 12:2 17:21 25:20
75:7,14

**2026**
10:6 12:7 13:15 28:13
60:22 70:7

**2028**
65:8

**2030**
9:10 10:6,13 50:22 51:6

**2032**
33:9 50:22 51:4,7

**2050**
4:15

**21**
29:21 31:9 32:1

**22**
44:4 45:12,17 47:16

**24th**
24:8

**27**
38:22 44:7

**28**
29:22 31:21,23 32:5
47:23

**29**
58:17 59:5,6 75:14

---

**3**

**30**
44:13

**35**
25:4

---

**4**

**40**
44:13

**41**
51:24

**41st**
25:15

**44**
62:9

**46**
58:16

**48**
49:3,5,21

**4th**
3:1 60:11 72:19,25
73:13,14 74:16

---

**5**

**5**
11:7

**50**
3:3,7 10:5 20:4,5,11
26:19 27:22 28:11 30:6,
23 31:11,18,22 36:14
37:1 56:7 69:5

**54**
58:11 61:15

**55**
68:12

**57**
62:14

---

**6**

**60**
44:14 49:20

**63**

---

45:16 46:1,2

---

**7**

**75**
75:9

---

**8**

**80**
26:3

**85**
60:12

---

**9**

**9**
43:24

---

**A**

**abide**
10:1

**ability**
6:9 7:8 12:12 13:25
14:7,8 41:4 75:8

**absolutely**
5:12 47:14

**access**
2:19 4:17

**accrue**
61:20

**accurate**
57:12 75:10

**achieve**
27:7

**achieving**
2:14

**Act**
8:5 11:8 17:15 22:24
23:14 26:13,14,24

**action**
11:13

**active**
23:12

**actual**
8:21 9:3 18:20 23:1


depos@scanlanstone.com
415.834.1114

Index: add..bench

add
33:9

added
26:25 45:6

addition
6:11 32:19

additional
28:5 58:2 60:19 73:15

addressing
4:24

administration
42:15

adopt
3:5

ads
67:3,8

advance
2:7 56:3

advancing
4:13

advised
21:11

adviser
4:12

advocate
25:24 67:11

affect
2:11 43:17 62:17 63:12

affecting
42:15

affects
39:6 54:6

afford
15:10

affordability
67:4

African
6:18 7:5 8:9

age
25:5 38:7

agencies
36:23

agree
19:8 38:24 42:9

agricultural
39:12,16 40:4

ahead
70:8

akin
12:22

allocate
6:3

allowed
49:1

allowing
24:22 40:13

alluded
8:24

alternative
37:1

America
39:23

American
6:19 7:5 14:11 16:23
17:16 57:8 66:2 67:16
68:2

Americans
6:9,19 8:10 15:23

Ana
52:10

analysis
24:22 26:14,22

Angeles
21:7 24:1,11,19 30:16

Ann
75:4,18

answering
43:6

antagonistic
29:4,5,6

anymore
54:20

appointment
64:1,3

apportionment
11:21

apportions
5:24

approach
36:18

approached
20:12 21:18

approaching
22:23

approve
11:9

Arana
55:21

area
24:11,23 30:22 38:24
43:25 44:6,9 53:11
58:21 69:16

areas
26:4 29:1 39:8 42:12
51:16

argue
37:13 38:10 50:4

argument
35:21

Arizona
18:4 68:8

Asian
6:19 14:11 15:22 16:22
34:14 42:22,24 47:12

assumptions
61:13

attendees
18:24

attention
28:10 59:10 60:4

attitudes
57:23 60:8

attorney
4:11 66:6 73:16

attorneys
3:17

audience
14:21

authority
21:23

authorize
3:4

Avenal

53:4,6

average
32:16,18

Avila
17:15

_____

B

back
12:16 14:3 19:7 22:4
23:9 25:14,21,22 26:5,
15 27:11 28:6 31:8
32:23 46:8,12,22 50:3
55:6 65:18

bad
27:24

balance
36:15

balancing
42:4

ballot
3:2,9 6:11 10:5,12 14:1
32:22 62:3 72:21,24
73:11 74:6

ballots
31:19,20 32:7,8

barreling
57:19

barriers
64:17

based
5:25 11:22 12:2,5 57:10

basic
63:16

basically
25:15

basing
9:13

basis
23:9

Beach
25:3 29:3

behalf
14:17

bench
53:17



depos@scanlanstone.com
415.834.1114

Index: benefit..Christian

**benefit**
2:9

**benefits**
14:8

**big**
29:16,17 65:4 67:11
72:6 74:22

**bigger**
34:22 49:14

**biggest**
58:5 67:22

**bit**
41:14 48:1 50:14 56:15
65:11 69:14

**Black**
11:1 16:23 34:14 47:12

**block**
38:9 41:21 43:8,18
44:11,12 68:9

**blocks**
58:22

**board**
7:17 47:10 64:22 70:14

**boards**
73:6

**bolstered**
30:9

**boundaries**
5:14,15,16 6:5

**box**
3:20 18:25 19:12 23:22
30:3 71:20 72:12

**boys**
73:21

**Brea**
51:25 52:1

**break**
51:15 53:23

**breakdown**
55:18

**breaking**
8:17 18:13,20 36:14

**bring**
28:6 32:25 34:13

**bringing**

36:10

**brings**
20:3 55:12

**broad**
41:15

**broader**
2:17

**brought**
46:16

**Brown**
7:17

**build**
53:14

**building**
27:3,25

**built**
69:18

**bullet**
25:6

**bunch**
28:19 41:2 54:15

—————— C ——————

**California**
3:11 4:23 9:2,11,17,18
11:16,19 12:19,21
14:13 17:14 18:3 19:24
25:23 26:2 32:6 38:2,11
41:16,24 46:18 50:19
57:3 58:4 62:2,10,16
66:7,22 68:5,20 73:16

**California's**
19:21 56:4

**California-focused**
56:23

**Californians**
2:18 3:3 17:22 27:5
74:7

**call**
18:8 22:10,11 23:21
34:15 59:20

**called**
24:13 25:1 62:19

**calling**
22:17 28:4

**calls**
63:13

**Calvert**
25:16 30:19

**camera**
72:4

**campaign**
34:19 67:18 68:1

**campaigns**
34:19 35:13 66:24

**candidate**
6:10 7:1,11 8:6 12:14
14:2,9 15:2,3,6 17:22
38:18,19,21 39:1 40:12,
14 41:4 48:12 67:25

**candidates**
26:20 35:10 38:12
44:20,21 53:17

**captured**
5:19

**capturing**
57:23

**care**
15:14 16:5 36:4

**case**
7:16,20,21

**cases**
8:12 40:25

**cast**
6:11 14:1 31:22,24

**Castro**
56:25

**CBLA**
17:18

**CD**
38:16,22 40:11

**cease**
10:12

**census**
5:20,25 9:8,13 10:14,20

**center**
30:3

**centered**
24:21

**Central**

30:11 38:3 39:11,23
40:5 44:2 47:5

**CEO**
2:5 56:25

**CERTIFICATE**
75:2

**certify**
75:4

**challenge**
34:18

**challenged**
10:19,21 12:16

**challenges**
11:1 13:13,17,19,22
14:20 16:16 17:7

**champions**
4:16

**chance**
60:19

**change**
11:9

**changed**
21:24 28:23

**changing**
12:17,22

**chat**
3:21 23:19 71:22

**checking**
32:21

**chief**
7:18 36:19

**Chinese**
42:25

**choice**
6:10 7:1,11 8:7 12:14
14:2,9 15:2,6 17:22
26:20 38:13 48:9,10,13
54:20 66:17

**choose**
10:11 44:23,25

**choosing**
49:2

**chose**
38:18,20,25

**Christian**



Index: circle..counties

55:21,22 56:6,8 71:13
72:2

circle
6:22

circumstances
17:21

cities
24:12,20 26:11 28:18
30:15 51:17,18,20,21
52:15

citizen
38:7

citizens
66:2

city
21:7 37:22 53:18

civic
2:17 3:17 55:25 71:4

civil
3:17 4:11 11:1,2,14
14:17

clarification
19:14

clarify
31:8

class
17:23 33:25 35:16

classes
8:6 12:13

classroom
15:13

clear
3:6 14:19 32:3 37:20
43:9

close
50:21 71:25 72:15

closely
20:1

Coalinga
53:4,6,13

coalition
14:10 24:18 53:2,24

coalitions
16:9

cofounded

4:20

cofounder
4:15

cohesive
6:18

combat
8:10

commission
9:20 10:25 12:20 20:2
21:12,14,21 22:5 23:3,4
25:21 26:2,16 27:3,5
51:5 57:6,22

Commission's
10:7 21:22 22:25 23:1
25:8

commission-based
21:15

Commission-driven
46:11

commissions
21:7,11

commitment
22:4

communities
2:9,15 3:8 5:22 13:6
15:10 16:6 23:6,11
26:10 27:8 33:1 34:15
39:14 42:14 51:23 52:7,
24 65:16 69:6,18 70:2

community
6:18 9:23 18:1 29:7
30:7,18 41:15 42:23,24
43:2 52:10,11 53:12
54:3 55:22,23 56:1,17,
20 57:7,9,13 59:13
60:3,23,25 62:17 67:10
69:19 72:3 74:2

compare
9:3

competitive
44:16,17 45:7 46:11
69:15

competitiveness
43:5,14 45:4

complete
75:10

completely

54:19 75:7

complex
73:4

compliant
26:17

comprehensive
4:22

con
61:19

concentrate
37:14,19

concentrating
39:7

concept
23:24

concern
41:19 65:24

concerned
24:9 65:19,25

concerns
31:5 41:20

conference
66:8

Congress
5:23 11:22 17:11 25:13
28:21,25 29:11 33:25
53:20 60:16 63:17 64:2
70:15 73:6

congressional
3:5 5:16,24 6:6 9:22
11:24 58:7

congruence
14:11

connect
71:5

considerations
52:3

consistently
67:21

consolidating
7:3

constantly
59:8

constituent
63:22 64:5

constitute
75:10

consultant
34:19,23

consultants
34:8,17 35:12,19

contact
72:22

contacted
59:14,18 61:16

contentious
2:22 70:9

context
7:21 8:23 56:21 58:2

continue
11:11 19:15 36:1

continuing
55:14

contributing
4:17

conversation
4:2,10 18:13 19:16
33:12 37:7 49:23 55:7,
14,23 61:12 69:9 73:4

conversations
35:18 42:11 57:8

core
22:3

correct
32:12

correctly
75:8

cost-effective
67:9

council
53:18

count
31:11 74:18

counted
6:12 14:1 74:13,15

counterbalance
22:2 26:7

counties
31:19



Index: countries..directed

**countries**
39:22

**country**
2:23 17:2 24:14 25:12,
13 57:4 69:22

**counts**
15:19

**county**
14:12,13 37:22 38:4
44:6,8

**county's**
72:23

**couple**
27:23 31:7 38:16 39:8
40:16 43:20 57:6,25

**court**
7:16,17 10:19 11:6,13
14:16,18 23:16

**courts**
17:9

**cover**
72:10

**covered**
3:24

**COVID-19**
9:25

**cracks**
8:15

**craft**
15:6

**crafting**
6:15,17,23 7:25 27:22

**create**
24:20 26:5 28:5 34:5
60:13

**created**
8:14 9:19 34:11

**creates**
14:24

**creating**
35:15

**creation**
21:13 24:22

**criteria**
22:24,25

**critical**
2:13 30:7 57:5 63:8,15
64:9,24 74:3,4

**critiques**
36:25

**cross**
14:9

**CSR**
75:18

**culture**
34:6 40:19

**curious**
46:25

**current**
28:1 42:15 43:23,24
44:1,4 51:2

**curtail**
12:6 15:16

**cut**
52:16

**CVAP**
38:6 44:12

**cycle**
14:22,23 28:13 50:20

**cycles**
9:21 16:11 51:8

— D —

**Darrell**
30:24

**data**
19:22 20:22,24 34:4
49:11 56:6 57:10 58:25
62:13 67:20,21

**data-driven**
36:18

**Database**
36:20

**Dated**
75:14

**day**
29:20 32:20,22 70:17
74:14,24

**deadlines**
73:12

**dealing**
39:13

**deals**
66:21

**debates**
70:12

**decade**
12:25 50:20 61:23

**decennial**
5:20 9:13

**decide**
54:16,21

**decided**
62:2

**decides**
48:10

**deciding**
19:24

**decision**
11:6 25:8 46:8

**decision-makers**
68:19

**decisions**
2:11 70:17

**decisive**
43:8

**dedicated**
4:24

**deeper**
60:7

**Defense**
17:16

**delegations**
11:25

**delivery**
74:10

**democracy**
13:24 17:6 67:19

**Democrat**
40:11,12 41:1 44:18,20

**Democratic**
12:7 38:20 41:4,6 43:11
45:23 52:17

**Democrats**
26:6 29:4 41:9 45:6

52:17,22,23 60:18

**demographer**
36:19

**demographers**
3:17

**demographic**
15:22,23,24

**denying**
28:2

**Depending**
15:13

**deserve**
42:5

**deserves**
2:10

**determine**
8:19

**determines**
2:14 5:22

**developing**
20:13

**diametrically**
17:2

**Diaz**
4:4,10,11 5:3,12 9:6
13:16

**Diego**
38:4

**Diego/palm**
30:22

**dig**
69:12

**digital**
35:4 65:5

**dilute**
37:13,19

**diluting**
39:7 40:6

**dilution**
8:11 11:3

**diminished**
16:18 54:1

**directed**
4:21



Index: direction..entire

**direction**
14:25

**directly**
13:6 19:1,23 20:11

**director**
4:1 55:11

**disagree**
54:11

**disappeared**
24:15

**discriminatory**
8:10

**discussion**
3:14

**dismantle**
23:17

**dispersed**
7:6

**distinguished**
4:3,4

**district**
5:14,15 6:6,7,22 7:5,10,
13 14:10,24 24:1,11,14,
20,25 25:2,4,9,10,11,
12,14,16 26:25 28:16,
17,23 29:2,11,12,13,14,
15 30:16,17,25 38:17
40:10,13 41:2,7 43:23,
24 44:1,4,5,7,8,22 45:6,
12,15,20 47:2,18 48:17,
19 49:19 51:13,15,19
52:2 53:19 54:14,16
62:23 63:11 69:17

**districting**
16:10

**districts**
5:16 6:20 7:23 11:24
16:9 24:23 25:17 26:21
28:15,19 30:8 38:8,9,
11,16 43:22,24 44:10,
16,18,23,24,25 45:3,5,7
58:8,15 69:14

**diverse**
41:15

**door**
59:21

**dots**
71:5

**Downey**
24:21

**draft**
26:16

**drafting**
19:23

**draw**
6:5 10:16 21:19 22:14
23:23 25:20 45:20
51:14 52:4

**drawing**
8:21 20:11 22:23 23:23,
25 25:7 46:13 52:4

**drawn**
6:16 15:15 30:23 39:14
43:10 53:22 69:13,17

**drew**
10:9 12:17

**driven**
9:23

**drop**
3:20 30:3

**Due**
74:9

**dug**
60:7

---

**E**

**E-S**
42:19

**E-Z**
42:19

**earlier**
29:19,25 40:8

**early**
20:24 74:8,12,17

**economic**
2:8

**economy**
66:23

**Ed**
25:10

**educating**
49:25

**education**
7:18 63:16 64:10 73:17

**Educational**
17:16

**effected**
14:18

**effective**
30:10

**efficiently**
34:21

**effort**
14:5

**efforts**
49:25 56:2

**elect**
6:10,25 7:11 8:6 12:14
14:2,9 15:1,4,5 17:22
26:20 40:14 41:4

**elected**
22:10,11 30:15,19 34:2
43:11 45:17,19 52:23

**electing**
38:12 39:2,4

**election**
12:9 13:9 14:22 18:15
20:23 28:13 29:20
32:20 36:12 45:12 48:2
50:20 51:8 57:20 61:14
64:15,16 65:5,8,22
68:13 69:10,11 70:11
71:10 74:14

**elections**
40:17 44:19 53:19
64:12,13 71:10

**electoral**
5:14

**electorate**
35:16 72:14

**electorates**
15:24

**eligible**
16:14 68:4,18

**eliminate**
25:9

**Eliminated**
25:14

**eliminates**
54:19

**eliminating**
25:16

**elimination**
24:10

**emerging**
16:8

**Empire**
28:21 52:12

**empirical**
26:17

**empowered**
3:9

**enable**
43:10

**encourage**
3:13 73:7

**encouraged**
34:16

**encouraging**
66:13

**end**
25:24 52:5 73:3

**ended**
71:15 74:25

**ending**
33:18 42:19

**engage**
18:1 70:1

**engaged**
29:9

**engagement**
2:17 3:18 30:5

**engaging**
56:7

**ensure**
3:8 8:16 30:8 35:15
50:1 56:16 57:22 60:25
61:1 63:9 67:25 72:23

**ensuring**
2:18

**entire**
56:11 68:20



depos@scanlanstone.com
415.834.1114

Index: environment..Futures

environment
66:20

equal
2:11 4:17 7:24 13:18
18:8

Equality
2:6 25:22 75:6

equitable
2:19 4:13 10:2 35:14

equity
34:15

erode
16:25

Erosions
16:16

error
68:15

essential
74:7

essentially
12:6 25:7 28:19

Ethics
21:12

ethnic
4:25 15:12

everyday
16:12 59:9

everyone's
50:9

evidence
26:17 57:10

exacerbated
11:5

exact
47:16

excited
4:9 5:1 19:15

exercise
7:9

exercising
68:24

existing
26:21 30:24

exists
8:4

expand
56:25

expect
70:25

experience
47:4

experiment
18:7

expert
10:17

expertise
3:16 5:6 36:19 71:13

experts
19:21

explain
56:15

explanation
18:21

explore
73:7

extend
72:15

_____

F

Fabian
36:16,21 43:4 54:22
55:17 57:17

face-to-face
67:13

fact
7:8 11:17 12:1

factors
20:14

fair
2:10,24 6:11 8:16 10:2
22:24 60:13

family
55:1 66:13

fan
21:16

fantastic
19:9 49:13

farmer
54:14,18

farmwork
39:13,14

fastest-growing
15:23

favor
51:25 52:17 54:5

favorite
5:4

feature
18:25

federal
11:12 14:16 17:9,10
65:20

feel
36:8 54:23 55:19 71:15

feels
61:25

felt
22:19

fence
41:25

Fifty-four
59:17

fight
17:3 63:20

file
32:15,17

fill
25:18

final
55:12,20 69:2

find
46:17,25 62:14 71:2

finding
61:15

findings
58:5 61:8 65:2

firm
21:4

flat
58:17 60:23

flexibility
20:17

flood
27:13

focusing
30:4

folks
18:21 20:21 22:9,18
29:9 61:16 66:14 70:1

follow
23:3

forget
74:24

forward
17:13 37:7

found
58:1,5 59:15

foundation
55:22 56:1,20,22,24
64:20

Foundation's
56:2

foundations
2:17

framing
13:4

frankly
13:20 45:21 49:16

Fresno
44:6

friend
37:10 54:24

friends
37:9 63:25

full
3:14 9:21 36:10

fuller
32:25

fun
20:19

Fund
17:16

future
16:11 17:4

Futures
4:15,20



Index: Gabriel..historical

**G**

**Gabriel**
28:20

**gains**
15:9

**game**
68:16

**gap**
67:22

**gaps**
61:17

**Garcia**
25:1 29:2 38:22

**garner**
50:1

**gateway**
24:11,20 28:18 30:15
51:17,18,21

**general**
38:1 39:18,21 41:12
43:13 47:7,19 48:1
51:12 52:25 54:6 66:7

**General's**
73:16

**generally**
58:6,12

**generational**
14:23 15:21

**George**
39:1

**gerrymandering**
2:23 8:25

**GIF**
36:20

**give**
5:10 13:18 21:22 40:24
62:18

**glad**
18:12 37:5

**goal**
3:7 27:7 43:13,14,16
73:19

**good**
27:1,10 37:17 45:12

49:11 50:7 52:24 62:18
72:11

**Good-bye**
36:6

**Google**
71:2

**Gosh**
36:8

**government**
2:16 17:10 36:22 63:19
73:5

**Governor**
58:11 64:15

**grabbing**
51:25

**grabs**
14:15

**granted**
59:9

**grateful**
18:11,23 71:17

**great**
28:3 30:6 37:10 50:23
55:12 71:14 74:24

**ground**
55:23

**groundbreaking**
4:19

**group**
4:25 6:24 35:7

**groups**
8:9 25:23 29:5 33:2
39:24 53:3

**growing**
16:22 24:15

**growth**
11:22 16:8,20

**guarantee**
46:2,3 48:15

**guess**
8:22 30:13,14 49:14
58:24 61:10

**guest**
4:4 36:8

**guests**

4:3

**guide**
4:2 73:9

**guidelines**
8:19 20:16

**guiding**
36:23

**guys**
23:20

**H**

**hand**
10:15 71:24

**handle**
67:6

**happen**
9:9 23:21 60:24 64:11

**happened**
8:13 9:24 34:1 62:20

**happening**
13:24 62:10

**happy**
38:19 54:25

**harder**
38:17 53:12,14,15

**Harris**
14:13

**hat**
21:2

**hate**
24:6

**hazard**
30:12,14

**head**
25:19

**health**
16:5

**healthcare**
63:21 70:12

**healthier**
15:9

**hear**
3:15 6:3 7:2 27:10
35:25 47:3,4

**heard**
18:15 50:2 62:8,9 65:9

**hearing**
23:16

**heartfelt**
72:16

**heavy**
52:9

**held**
66:8 75:7

**Helen**
2:4 4:6 8:24 19:6 55:15
56:11 63:24 71:25

**hell**
71:8

**helped**
21:10

**helping**
33:23 51:22 70:22

**helps**
8:10

**hey**
25:20 48:22 53:16
60:24

**high**
44:13 47:5

**higher**
43:18

**highlight**
16:15

**highlights**
58:1

**Hispanas**
2:5 75:5

**Hispanic**
39:18 40:4,20,22 41:1,
3,5,9,10,16 43:2 44:10,
14 45:1,15,16,17,24
46:1,3,5 47:12,17 48:7,
17,19 49:6 51:13 52:9
54:14,15,18 62:15

**Hispanics**
44:13 48:24

**historical**
12:23



Index: historically..joke

**historically**
6:8 12:7 56:23

**history**
12:21

**hold**
17:4 47:25

**holding**
23:17

**holes**
8:14,15

**holistically**
51:1

**honestly**
56:11

**hope**
2:5,7,20 3:6 15:8 19:17,
18 24:4,8,9,18 25:22
33:22,25 36:9 37:6 50:5
55:11 56:11,13 70:24
72:12 73:8,9,18 75:6

**HOPE's**
2:16,17 4:1

**hopeful**
50:12 71:9

**hour**
72:8

**House**
5:17,24 11:21 12:8

**housekeeping**
3:24

**hovering**
68:14

**hundred**
21:4

**Huntington**
25:3 29:3

**husband**
73:21

**I**

**idea**
6:14 22:1,3 40:23 52:6
58:6,12 62:16

**ideas**
17:3 27:13

**identify**
13:19 16:8

**ideology**
40:20

**ignores**
41:14

**illustrated**
24:17

**immigrant**
16:23

**immigration**
63:21 66:22 67:3 70:12

**impact**
13:8,11 37:15 43:4

**impacting**
9:5

**impacts**
13:5 73:5

**impetus**
12:5

**implications**
64:23

**importance**
34:8 67:12

**important**
2:3 5:11 6:14 7:15 8:8
9:16 10:23 12:10,18
18:14 23:15 34:6 60:13
66:12 69:22 70:16
72:14 73:3

**improve**
56:3

**improves**
26:19

**in-depth**
55:18

**inaudible**
60:16 62:11 70:7

**include**
71:22

**includes**
73:14

**including**
8:9 15:25 16:13

**inclusive**

75:10

**inclusively**
35:11

**increase**
11:25 12:3 54:17

**increasingly**
2:22 15:11

**incredible**
3:15 36:9 72:9

**incredibly**
34:6

**incumbency**
53:14

**independent**
9:20 10:7,24 12:20
18:5,6 20:2 21:10,13

**independently**
71:1

**Indians**
6:19

**individuals**
27:25

**influence**
50:18

**information**
63:5,10 71:2 72:9 73:8
74:1

**informed**
2:25 3:8 72:14 73:24

**initiative**
10:12

**initiatives**
36:24

**Inland**
28:20 52:12

**insights**
36:17,24 55:4 56:6

**instance**
39:10 42:22 51:24

**Institute**
4:22 19:18

**instrumental**
33:22

**insulting**
45:24

**interaction**
67:13

**interest**
23:7,11 26:10 27:8

**interested**
11:14 67:19

**interesting**
46:18 59:16 61:22
65:14

**intervene**
14:17

**introduce**
3:25 4:3 55:20

**investing**
33:16 49:18,24

**investment**
33:12

**involved**
19:23 20:11

**Iris**
2:4

**Issa**
30:24

**issue**
2:23 12:11,12 18:13
57:24 58:20 60:8 62:5

**issues**
15:13 16:3 57:14 63:20
66:22 67:6

**J**

**jampacked**
3:12

**Japanese**
43:1

**Joaquin**
17:15 43:25

**join**
18:11

**joining**
2:2 4:8 20:6 36:16 37:2
54:23 56:9 74:23

**joke**
63:23 69:20



Index: Jose..live

**Jose**
53:5,7,13

**Josh**
38:17

**Jr**
36:17

**Julian**
56:25

**jurisdiction**
6:25

**justice**
7:18 18:8

**K**

**Karlan**
10:18

**keeping**
27:4

**Ken**
25:16 30:19

**key**
19:17 20:10 57:13,25
58:24

**kick**
4:10 19:9

**kid**
15:11

**kind**
8:24 12:9 14:10 16:15
22:3 23:9 30:4 31:4
33:2 35:21 39:21 40:5
41:14 42:8 43:13 44:1,
5,8 51:18 52:3 53:23
58:21 60:3 64:14 68:14

**Kingstown**
44:6

**knew**
23:11,18 57:19

**knocking**
59:21

**knowing**
68:17 72:25

**Korean**
43:1

**kudos**

56:13

**L**

**LA**
24:13 25:9 28:15,18
38:3 44:8 51:14

**Lab**
4:16,20

**lack**
33:12

**Lancaster/palmdale**
44:9

**language**
40:18

**LARA**
56:10 57:17 59:3,17
60:16 61:21 62:13,25
63:19 64:8 65:17 66:4,6
67:2,16 69:8,25 70:7
71:8,18

**large**
12:21 26:10 38:6,8
44:14

**larger**
8:22 9:2 61:11 69:3

**largest**
4:25 56:21

**last-minute**
63:25

**Latina**
4:15,21

**Latinas**
2:8,18 4:14,16,20

**Latino**
7:4 11:2,23 13:8,12
14:11 15:3,22 16:23
23:25 24:10,14,16,23
25:4,9,11,12 26:20
28:5,6,7,10 29:11,14
30:7,8 32:17 33:7,15,
18,19 34:9,14 38:23
39:12 41:15,24 43:7
45:1 47:1 48:10,14
49:17,18,20,24 52:15,
24 53:12 55:21 56:1,7,
19,22 57:23 58:3 59:10
61:20 62:15 65:25 68:4,
6,18 69:3,15,19 72:3

**Latino-influenced**
25:4 26:25 29:12

**Latinos**
6:20 8:9 11:18 12:12
13:14 15:1,23 16:19
29:10,18,22,25 30:1
31:21 32:5,11,13,15,19
33:1 38:5,11,17,24
39:15,16,17 40:3,4,9,
13,17 41:20 42:1,11
43:18 44:23 46:6 47:5,
20,25 50:19 51:11,22
52:20,21 53:5 54:7,9,15
56:5 58:6,14,17,21
59:18 60:12 61:12,13
62:8 63:1 65:3,10,19
67:21

**law**
10:17 11:4 15:5 18:9
20:15

**laws**
10:1

**laying**
14:21

**LB**
25:1

**leaders**
3:18 11:2 62:2

**leadership**
4:17 19:18 56:24

**leading**
19:21 33:8 50:20,22

**leads**
36:17 56:2

**learned**
55:19

**learning**
73:7

**leave**
73:21

**led**
36:21

**left**
52:1

**Legal**
17:16

**legislation**

8:1

**legislative**
6:6 9:22 10:9

**legislators**
17:17

**Legislature**
10:8 21:23 58:10

**lending**
71:13

**letter**
24:8,17

**level**
2:15 47:22 53:9 54:4
73:5

**levels**
48:18

**LGBTQ**
29:6

**life**
16:6

**limits**
7:8

**lined**
36:9

**lines**
8:21 10:16 12:6 21:23
53:22

**lineup**
3:15

**lingering**
66:1

**link**
71:22

**links**
73:15

**list**
73:10

**listening**
55:13

**listing**
23:24

**literally**
34:1 61:24 62:16

**live**
3:19 6:21



Index: lives..minoritized

**lives**
2:12 56:4

**living**
15:9 18:3 43:19 70:10

**local**
21:4 53:14 54:3 64:21
72:22

**localities**
17:12

**location**
74:21

**long**
21:16 29:2 34:23 53:25
54:5 69:4 70:8

**long-term**
33:7,18 50:18 54:7

**long-time**
70:23

**longer**
29:13 53:1

**looked**
50:25

**Los**
21:7 24:1,11,19 30:16

**losing**
52:5

**lost**
28:7

**lot**
6:4 8:12 13:7,22 18:4,6
20:21 21:24 23:4 24:18
28:24 31:3 32:17 33:21,
22 34:5 35:19,20,22
37:21 38:5 39:2,10,12,
22,23 40:16,18,20,21
41:24 42:1 48:16 51:17
55:19 56:16 65:24
66:25 69:14 71:19

**love**
21:21 37:9 49:7 55:6

**lower**
33:3 35:8,15 47:13,21
48:2,6,18

**lowest**
53:9

**Lucille**
25:10

**lumped**
40:3

___

**M**

**made**
13:3 14:6 18:21 26:4
27:21 33:12 37:10 47:8
51:18 54:23 61:13
63:23

**Madera**
44:3 52:15

**mail**
3:2 30:3 32:21,22 66:16
74:7,10,11,17

**mailbox**
74:14

**mailer**
35:7 59:19

**mailers**
35:6 67:8

**mailing**
32:22 34:24 35:2

**main**
41:20

**maintained**
26:23

**majority**
7:13 11:24 19:19 42:6
45:15 47:1 51:13 52:15

**majority/minority**
23:25 24:10,23 25:11
29:13 30:16

**make**
8:2 10:1 11:9 18:15
30:1,10 32:5 34:15
35:9,10 43:7 45:22
49:15 50:8,15 52:22
55:8 57:11 63:7 64:3
66:14 68:23 69:2 70:17
71:20 72:24 74:11,19

**makes**
6:23 45:7

**making**
2:24 25:3 36:1 37:9
49:25 73:11

**map**
6:25 9:22 10:7,22 11:24

16:11 18:20 19:23
24:15 25:7 26:2,16,18,
19 28:22 30:21 33:7
36:1,14 39:15 55:18
62:23 63:1

**mapping**
6:3 36:20

**maps**
3:5 6:4,15,16 8:16,20
10:8,19,21 12:1,4,15,17
13:10 14:24 15:15 20:5,
11,13 21:19,25 22:7,23,
24 23:1 25:21 27:2,22,
23 28:1,11,14 30:6
31:2,3 37:13,15 39:7
41:19 43:4,10,16 46:12
50:18 51:1,2,3,4,5,6
52:4 60:10,13,21 69:12

**margin**
68:15

**Maria**
4:1,5 7:15 9:6 13:16
19:8 55:11 56:11,19
59:1 61:3 72:1

**Mary**
75:4,18

**matches**
17:20

**materials**
73:15

**matter**
45:8 48:20 60:22 64:18

**mattered**
70:3

**matters**
16:17 63:6 64:4

**means**
3:10 5:11 33:7 46:4,5
53:1,25

**meant**
7:20

**measure**
3:4,10

**media**
65:5

**Medicare**
14:7

**member**
25:12 29:11 63:16 64:2
70:15

**members**
28:21,24 33:24 69:19

**mention**
31:10

**mentioned**
7:25 8:1 9:6 28:3 31:9
40:8 45:3 47:1,23 56:19
61:23 73:15 74:6

**mentioning**
31:10

**message**
59:20

**met**
34:2 59:25 61:8

**methods**
30:2

**Mexican-**
17:15

**Mexico**
21:12

**middle**
12:25 24:1 28:18 41:25
57:19

**midterm**
12:9 64:12 69:11

**midterms**
65:7

**Mike**
38:22

**miles**
7:7

**million**
68:4,17,18

**mind**
59:24

**mindful**
68:25

**Mindy**
35:20

**minimum**
27:6

**minoritized**

Index: minority..owner

8:9

**minority**
6:18 29:5

**minutes**
31:7 72:8

**mission**
2:7

**mission-driven**
36:22

**misspoke**
31:17

**Mitchell**
19:20 20:8,18 27:12,15,
19 28:12 31:14,17 32:4,
8,13 33:20 36:3,6

**mobilize**
74:2

**models**
36:20

**moderating**
55:16

**modest**
26:4 27:5

**mom**
62:19,25

**moment**
12:23 19:12 70:9

**momentum**
14:24

**money**
35:13 70:22

**monitor**
65:21

**monitoring**
19:2

**monolith**
61:12

**monolithic**
39:19 41:21 54:8

**monolithically**
39:25 41:13 54:9,10

**Morales**
4:1,6 5:5 8:17 13:2
18:10 55:11,15 57:16
59:2 62:12,24 63:18

64:7,25 66:3,5 67:1,15
68:22 69:24 70:6 71:7,
12,19

**motivated**
12:11

**move**
54:3 70:22

**moved**
28:19 38:20,25 62:22

**moving**
13:3 25:15,17 53:19
58:10 70:8

**multiethnic**
17:5

**multiple**
11:1 73:8

**multiracial**
17:5

———————————

**N**

**names**
22:10

**narrative**
57:12

**nation**
68:21

**nation's**
4:25 56:21

**national**
9:2 64:23

**nationally**
57:1

**necessarily**
39:25 41:1 51:22

**neighborhood**
62:22

**Nevada**
18:5

**news**
59:8

**Newsom's**
64:15

**night**
68:14

**non-hispanic**
16:1

**nonpartisan**
2:20 21:5,6,15 28:9
73:19

**nonprofits**
36:23

**north**
25:1 52:13

**northern**
44:8

**Norwalk**
51:20,24 52:1,8,10

**note**
71:16

**November**
3:1 19:25 24:8 60:11
72:19,25 73:13,14
74:16

**Nueva**
52:11

**number**
11:23 21:6 24:2,20
25:23 26:10 38:3 42:8
48:6 59:6

**numbers**
26:11 47:13,16 68:10

———————————

**O**

**obfuscated**
43:15

**observing**
60:3

**occurred**
10:22

**occurs**
5:18

**October**
75:7,14

**offer**
17:12

**office**
20:25 73:16 74:14

**officials**
22:10,11 34:3 43:12

65:20

**open**
19:3

**operations**
74:10

**opinion**
57:7 58:19

**opinions**
42:13

**opportunities**
4:14 13:13,17,20,21
17:8,24,25 18:7 30:20
31:1,4 51:10 60:14,25
61:17

**opportunity**
7:13 16:4 26:6,19 53:22
63:15 69:2

**opposing**
17:3

**opposition**
12:8

**Orange**
14:12 38:4

**order**
25:18 26:5 27:7 30:9
32:25 34:15 52:4,22

**organization**
2:20 56:14 73:19

**organizations**
16:4 36:22 70:22

**organize**
53:12

**Organized**
2:5 75:5

**organizing**
28:14

**original**
67:8

**outcomes**
31:2

**outreach**
60:5

**oversight**
11:13

**owner**

21:2

**P**

**p.m.**
3:13

**packed**
15:7

**packing**
7:3 8:1 40:7,9

**pages**
75:9

**Pamela**
10:18

**parity**
2:8 13:19

**part**
2:13 14:5 33:25 34:18
50:5,7,10 66:19

**participants**
13:23

**participation**
16:12

**parties**
11:14 33:14 34:7

**partisan**
2:22 8:25 9:5 12:5,11
13:1,4 17:1 30:14

**partners**
21:3 23:20 24:19

**parts**
23:8 39:10 57:3

**party**
12:7,8 14:6 67:5

**pass**
28:14 51:3 60:17,22
62:23

**passed**
17:18

**passport**
64:1,4

**past**
20:2 28:7

**path**
17:12

**Paul**
19:20 20:1,6,9 27:9
31:6 33:11 35:24,25
36:13 37:5 47:23 49:3,
8,11,15 50:16 51:12
55:17 57:17 69:13

**pause**
10:6

**pay**
28:10

**paying**
59:10

**payment**
69:10

**PDI**
21:1 34:11

**people**
10:2 13:23 14:1 16:13
20:21 32:20 33:1 34:2,3
39:18,24 40:4 41:16
43:19 50:7 51:25 53:10,
18 54:15,21 63:5,7,9
66:1,9 67:17 68:7
69:12,21,22 70:15 71:6

**percent**
25:4 26:3 29:22,23
31:21,23,24 32:5,7
44:14 45:16 46:1,2
47:24 49:5,20,21 58:12,
16,17 59:6,17 60:12
61:15 62:9,14 65:24
68:12

**percentage**
38:8 48:4

**period**
49:17

**permanent**
35:15

**person**
2:10 7:22 9:7 30:3
65:11 66:13,17

**perspective**
9:2 20:3 28:9 36:16

**perspectives**
3:16 73:2

**persuadable**
16:2

**philanthropy**

**phone**
59:20

**phoning**
35:3

**pick**
26:6

**picking**
60:19

**Pico**
51:20 52:8

**picture**
36:11

**piece**
59:19

**pieces**
63:4

**pioneering**
4:12

**place**
10:3 14:12 40:2 51:4
73:1 74:13,19

**places**
23:10 29:8 38:3 39:3
40:18 43:20 44:14 53:4,
24 65:21 66:2

**plainer**
13:25

**plainly**
43:15

**plan**
26:21,23

**planned**
27:17

**pleasure**
3:25 35:25 55:20

**plurality**
11:19 42:7

**point**
27:22 41:12 49:14,15
62:13 67:8 70:13 73:3

**points**
25:6 58:25

**Polanco**
17:18

**polarization**
17:1

**policies**
4:24

**policy**
4:1,11,21 15:9 54:1
55:11 56:1,3

**political**
2:6,8,19 6:5,16,24 7:9
13:12 14:10 18:2 19:22
20:22 27:7 30:13 33:7,
8,13,19 34:7 50:18 52:5
54:7,17 56:4 69:4 70:9
75:6

**politicians**
10:16 46:12

**politics**
4:21 9:18 42:23 46:18
53:8 57:8 67:17 68:2

**poll**
59:13 61:8 62:6,14
65:1,14,19

**polling**
56:6 57:7,10 58:20
65:21 66:2 68:10 72:25
74:19,21

**polls**
29:20 58:1 71:23

**Pomona**
52:9

**population**
5:19 7:24 11:19,23
16:20 24:16 25:5 32:6
38:7

**populations**
16:23,24 38:6 39:12
44:15

**Porterville**
52:14

**portion**
19:4 28:18

**portions**
29:14

**portraying**
57:12

**position**
3:7 68:2



depos@scanlanstone.com
415.834.1114

positioning
48:25

possibility
17:5

post
74:14

Postal
74:10

postmarked
74:16

potential
22:7 51:11 53:2

potentially
23:16 28:5 54:1,4

power
2:19 7:9 13:12 16:18,20
33:8,19 37:14,19,21,25
38:5 39:3,8 40:6 50:18
53:2 54:7,10,17 55:25
56:4 68:24 69:4 71:6

powerful
13:2 68:8,23 71:16

PPIC
26:22 28:4

practices
6:9

predicting
36:19

prep
63:13

preparation
56:12

prepared
56:17

present
34:3

presentation
24:7 40:8 75:6

presenter
19:18

presenters
59:4

presently
12:2

preserve

23:6

president
22:1 55:25 65:20

presidential
64:12

press
66:8

pressed
61:3

presuming
28:13

pretty
29:4 44:13 47:20

preview
65:6

prior
4:19

pro
61:19

problem
39:9 46:9,12 54:8

problems
51:11

proceedings
75:12

process
5:13 9:4,19 10:13 18:2
20:4 23:2,3,13 24:5,
25:25 33:4 50:10 51:6
61:24

processing
31:19,20

product
23:5 27:4

program
3:12

project
22:3

projects
36:21

Prop
3:7 20:4,5,11 26:19
27:22 28:11 29:21 30:6,
23 31:9,11,18,22 36:14
37:1 46:10 56:7 69:5

proposals
25:22

proposed
63:2

proposition
3:3 10:5 58:13

propositions
33:15

prosperous
36:1

protect
26:12 29:11

protected
8:6 12:13 17:23

protecting
27:8

proud
2:5

provide
36:15 63:15

public
10:9 26:18 57:7 58:19

pulling
12:16

purple
15:3

purpose
52:18

purposes
52:5

push
26:5 35:21 65:5

pushing
34:7,8 35:4,10

put
25:14 26:22 40:24 62:3

putting
7:4 20:25 53:4 56:14
73:9

_____

Q

Q&a
3:19,20 18:25 19:3,12
71:20 72:11

quality
16:6

question
3:20 5:8 20:10 22:22
33:6 37:12,18 43:6 48:3
50:16,24 58:9 60:11
61:7 62:7 64:8 65:18
66:19 69:1,3

questions
3:23 19:1,12 59:1,12
60:2 71:20 72:11

quick
18:17 74:4

quiet
61:4

quo
26:24

_____

R

race
64:22

racial
4:25

racially
12:11

ran
53:18

rapid
16:19

rate
48:2

reach
67:9,17

react
16:7

reaction
21:20

read
24:6,8 26:15 27:11

real
17:20 21:16 22:21
23:19 56:13

realize
68:3 69:13

realized



depos@scanlanstone.com
415.834.1114

72:4

**reapportionment**
5:23

**reason**
72:20

**reasons**
13:1

**recall**
64:16

**received**
3:2 72:21 74:6

**recent**
74:9

**recently**
38:16,21 66:6

**recognize**
2:21 34:8

**recording**
74:25 75:11

**redistricting**
2:13,21 5:9,13,22 6:2,4,
13 7:15,22 8:23 9:4,5,
12,19,20 10:7,25 12:3,
20,24 14:5,22,24 15:7
16:7 19:22 20:2 21:3,6,
8,11,13,15 22:25 23:1,
12,20 24:4 25:8,25
36:17,18,24 57:20
61:24 73:4

**redistrictings**
21:5

**redo**
21:25

**redraw**
21:23 58:15 60:10

**redrawing**
5:13 9:21 58:7

**redrawn**
12:6

**reduce**
26:11 43:14

**reduced**
45:4

**reduces**
54:18

**reductive**
41:14

**reflects**
5:19

**reform**
17:13

**regime**
8:2 14:17

**region**
38:3 45:25

**regional**
37:14,19,21,24 39:7,8

**regions**
43:5,7

**registered**
29:23 31:23 58:3 65:25

**registrar**
72:23

**registration**
67:23

**reinforcing**
34:25

**reintroduce**
10:8

**reiterate**
73:18

**relates**
61:14 69:9

**remains**
11:17

**remarkable**
59:15 62:13

**reminder**
74:5

**reminding**
66:9

**remove**
46:8

**renowned**
4:12

**renters**
33:2

**reopen**
63:19

**replace**
28:6

**replacement**
23:25 28:17 29:15

**replicate**
57:1

**reply**
19:2

**REPORTER**
75:2

**representation**
2:10,24 3:11 4:13 9:5
10:2 15:17 37:16 38:13
40:1,6,25 42:4,9,10
43:11 45:2,9,10,22
48:25 52:17 53:16 61:1
63:12

**representative**
30:17,18 44:24

**representatives**
5:17,25 42:8

**represented**
2:15 5:23 53:7 63:1

**representing**
30:22

**Republican**
12:4 14:6 26:8 38:19,23
41:3,5,10 44:18,21
45:14,18

**Republicans**
52:21

**required**
7:23 20:15

**requires**
16:12

**research**
13:8 65:1

**resonate**
65:15

**resonating**
65:3

**resource**
73:9

**resources**
49:17

**respect**
23:4 60:4

**respectful**
3:23

**respond**
61:10 62:3

**responding**
3:21 21:25

**responsibilities**
70:16

**responsibility**
70:18 71:4

**responsive**
32:21 53:15

**rest**
40:5

**result**
68:13

**results**
65:24

**return**
67:7 70:13

**returned**
32:9

**reversed**
25:8

**review**
19:13

**Reynolds**
7:19

**Richard**
17:17

**rigged**
15:20

**rights**
3:17 4:11 8:5,12 10:17
11:2,8,14 14:17 17:15
23:14 26:13,14,24
66:10,15

**rise**
8:24,25

**Rivera**
51:20 52:8

**Riverside**
25:17



depos@scanlanstone.com
415.834.1114

Index: Robert..spend

Robert
25:1 29:1

role
70:20

roles
4:17

Romero
35:20

Rosa
69:16

roughly
7:23 45:15

Roybal
25:10

Roybal-allard
25:10 28:17 29:15

rules
23:2

run
20:25 67:3

rundown
5:10

running
3:13 28:25

runs
44:2,5,9 60:21

rural
37:23 39:11,16 40:3,6
54:13,18

S

Sacramento
69:17

safe
47:20

safer
40:12

San
28:20 30:22 38:4 43:25
53:5,7,13

Santa
52:10 69:16

Scanlan
75:4,18

scant
57:10

school
10:17 64:22 70:14 73:6

scientists
27:24

scrambling
29:19

Seal
25:3

seat
24:13 28:6,7 30:19,23
46:17,18,19

seats
5:24 11:21 26:7,8 30:9
47:6 60:19,21

Secretary
66:8

Section
8:4 11:7 26:17

secure
53:15

segments
55:16

segues
18:18

Senator
17:17

sending
65:20

sense
13:18 18:21

sentiments
57:23

Service
74:10

services
63:22 64:5

serving
56:22

session
3:22 18:19

sessions
10:9 19:19

set
7:21

setups
65:21

shape
3:10

shaping
2:11

share
18:24 56:6 57:25 58:24
60:6

shared
40:18,19 73:2

sharing
3:16

she'll
19:2

show
48:1 65:2

shows
26:18

shunted
53:10

sic
29:22

side
66:24 67:2,3 68:11

sides
61:18

siege
14:3

sign
58:11

significantly
28:23

Sims
7:19

single
7:5 45:5 59:19 70:17

sit
41:24

sitting
33:24

Sixty-six
65:24

slightly
47:21

small
26:4

smaller
52:11

snap
14:8 64:15

society
4:18

socioeconomically
33:3

solutions
56:3

Sonja
4:4,10,11,20 5:1 18:10
19:1,5,10,11 57:17
61:22

sources
28:3 73:8

south
25:2 39:22 69:17

space
15:11 16:19

Spanish
39:20

speak
20:19 37:6 38:6 39:20
42:24

speaker
19:20 55:12,21 71:15

speakers
3:16,20 36:9 65:10
72:7,12,16 74:23

speaking
66:25

special
18:15 36:12 57:20
61:14 65:5

specifically
20:14 43:10,22 58:9

specifics
20:4

spend
34:20



Index: spent..Texas

**spent**
35:13

**split**
26:12 51:20 52:9,10,14,
19 53:24

**splits**
51:24

**splitting**
6:17 51:21 53:3

**spoke**
34:1

**spoken**
60:2

**spread**
7:6

**Springs**
30:22

**St**
35:25

**staff**
23:8,20

**stage**
4:10 19:7

**stake**
36:11 69:7

**stand**
21:10

**Stanford**
10:17

**Stanislaus**
44:3

**start**
15:18 18:7 20:10 22:22
23:22

**started**
22:6 23:24 24:2 43:6
56:25

**starting**
51:6 73:3

**starts**
53:7,8

**state**
3:5 10:8,24 12:21 18:3
21:9 22:24 23:8,12
24:16 33:8 38:2 42:7,12
47:9,11,21 58:4,15 60:9

**state's**
20:1 21:8

**state-legislated**
5:15

**stated**
43:15

**statement**
13:3 47:8 68:23

**statements**
69:2

**states**
5:25 6:1 10:24 16:22
17:11 62:4

**statewide**
4:1

**status**
26:24

**statutory**
8:2,19

**stay**
2:25 3:14 51:4 52:7
63:11

**staying**
71:14

**step**
65:18

**Stockton**
39:15 40:2 52:13

**story**
16:21,22 27:1

**straight**
67:13

**strategies**
65:15

**strategize**
16:7

**strategy**
22:20

**strength**
16:25

**struggle**
42:3

**struggled**
13:16 41:23

**stuck**
72:7

**studies**
15:12

**stuff**
59:11

**submission**
26:18

**submit**
19:1

**substance**
31:2

**substantive**
15:8,17

**substitute**
67:12

**sudden**
16:24

**sue**
11:14

**summer**
10:10 57:19

**super**
60:12 64:23

**support**
21:21 29:9,10 58:6,16
68:12

**supporters**
70:24

**supporting**
36:21

**supportive**
58:12

**supposed**
8:20

**Supreme**
7:16 11:6 23:16

**swing**
44:18 46:19

**system**
4:23 14:16

**Systems**
36:20

**T**

**takes**
39:15

**taking**
65:17

**talk**
9:1 17:25 29:18 32:14
45:11 54:25

**talked**
10:14 22:9 33:21 51:17
52:11 59:4

**talking**
10:4 13:4 32:15 33:24
35:10,12,13 37:18
43:23 57:18 67:4

**tank**
4:23

**target**
34:9,17

**targeted**
34:12

**team**
56:12 69:13

**telling**
56:12

**temporarily**
3:4 58:7,15 60:9

**temporary**
22:6

**ten**
5:18 9:14 12:1 34:1

**tend**
47:12,25 58:22 65:10

**term**
34:23 53:1,25 54:5 69:4

**terms**
9:3 13:25 14:20 26:24
31:4 39:3 42:5 48:24
51:1 67:19,23

**terrain**
17:12

**Texas**
9:3,12,17 10:15,18
11:7,11,16,20,25 12:2,
13,16,22 14:13 16:21



Index: Texas's..vary

21:24 22:2,12 26:5,8
62:4,10

**Texas's**
10:22 11:21 12:15

**text**
23:19 59:20

**texting**
35:3

**theme**
61:11

**thing**
7:2,14 8:4 10:4 17:1
18:8 22:21 24:2 25:6
29:16 35:17 60:6

**things**
6:13 10:4 12:22 14:14
29:17 32:24 37:22
50:17 63:4

**thinking**
22:7 24:3 32:2 57:13,14

**thought**
20:9

**thoughts**
33:17

**threatened**
2:24

**thriving**
4:18

**throw**
22:12,13

**tide**
33:23

**tied**
21:14

**time**
9:24 11:8 17:19 18:23
19:3 21:16 36:2 37:6
46:21 50:15 54:25 55:7
61:4 63:9 64:4,9,14
68:25 71:17,21 74:3

**times**
2:22 24:13 74:10

**today**
2:2 3:7 4:8 8:23 20:7
23:15 37:7 56:9 73:2

**today's**

4:2

**tools**
62:21 74:1

**topic**
3:23 61:19

**topics**
5:4

**Torres**
2:1,4 19:8 20:9 27:9,13,
18,21 31:6,16 32:3,5,10
33:5 35:24 36:5,7 37:8
41:18 43:3 46:16,21,25
47:10 49:4,7,10,13
50:6,8,11,14 54:22
55:1,3,8 59:16 60:15
61:6 72:1

**total**
35:16

**tracker**
31:18

**tracking**
20:23 31:12 32:7

**traditionally**
32:14 33:3

**transcribed**
75:5

**transcription**
75:11

**transition**
55:10

**transparent**
9:24

**treat**
42:20,25 43:1 54:9
69:10

**treating**
39:24 41:13 54:8

**treatment**
60:4

**trend**
9:1

**true**
7:9 11:18 47:14

**Trump**
22:1

**turn**
33:23 35:5 36:7,15
47:21 64:18

**turnout**
13:14 29:10 32:25 33:3
35:8,22 47:2,4,17 49:6,
22 67:21,23 68:16

**turnover**
18:16

**TV**
59:8

**twin**
73:21

**type**
64:5

**typically**
5:18 9:7

——————————

**U**

——————————

**U.S.**
5:20 11:22 74:9,13

**UCLA**
4:21

**Uh-hmm**
62:24

**Uh-huh**
46:20,24 60:15 62:12
66:5 67:1 69:24 71:7

**unable**
54:2,3

**unaffordable**
15:11

**undecided**
16:2 58:18,23 59:6

**undermine**
6:9

**underscoring**
18:14

**underspent**
49:16

**understand**
3:9 22:18 36:25 52:18
67:16 70:2,19 71:6

**understanding**
39:21 43:12

**unelectable**
45:21

**unequal**
16:20

**unfamiliar**
5:9

**unique**
20:3

**universes**
34:12,16

**University**
4:23

**unprecedented**
12:24 14:5

**upcoming**
36:11

**update**
17:19,20

**urban**
37:23 39:15 40:3 54:15

**urgent**
2:25

**utilizing**
22:23

——————————

**V**

——————————

**vacation**
64:1

**Valadao**
44:5 45:13,14,21,25
46:4,17 48:8,15,20

**Valdez**
36:17 37:3,17 41:22
43:9 46:20,24 47:7,11
49:5,9,12 50:4,7,10,13,
23 54:25 55:2,5

**Valley**
28:20 30:11 38:3 39:11
40:5 44:3 47:6

**values**
27:4

**variety**
73:10

**vary**
74:11



depos@scanlanstone.com
415.834.1114

Index: vehemently..Zoom

**vehemently**
29:6

**versa**
41:5

**versus**
7:19 37:23 42:9 49:1

**vice**
41:5 55:25

**video**
75:11

**Vietnamese**
42:25

**view**
37:15

**views**
37:1

**virtual**
4:9

**vision**
2:14 4:16

**voice**
2:11 18:15 55:24 64:23
70:3

**voices**
50:1 74:2

**volunteer**
23:9

**vote**
3:3 7:22 8:11 9:7 11:3
15:19 16:14,17 20:24
29:19,22,25 30:3 32:11
33:15,16 34:9 35:1
46:4,19 47:12 48:10,11,
15,17,19,20,21 49:1,2,
17,18,24 50:1 59:24
61:20 64:19 65:11,21
66:14,16 68:24 72:18,
24 73:13,20,22,23 74:8,
12,17,25

**voted**
32:14 45:24 46:6,22
47:24 48:4,7 72:20

**voter**
13:14 32:15,17,18 34:4,
11 37:15 38:13 41:2,6
45:1 47:2,4,17 49:6,21
63:16 64:10 67:21,23
72:23 73:16

**voters**
7:4,5 9:18 10:10 13:8
14:12 15:14,25 16:1,2
18:5,6 19:24 21:21,22
26:20 28:10 29:23
31:13,23 32:16 33:4
34:10,13,14,17,24,25
35:3,4,11 40:11,21,22
41:3 43:7 45:16,17,24
46:2,5,6,13,14 47:12,
13,18 48:4,7,19 49:20
56:7 57:9 58:3 62:15
65:25 68:4,6,7,18 69:15

**votes**
29:24 31:21,24 47:25
63:7 70:3

**voting**
8:5,12 10:17 11:8 13:12
15:19 16:17,25 17:15
23:14 25:5 26:12,14,24
30:2 31:11 32:6,19
35:16 37:14,19,21,24
38:5,7,9 39:8 40:21,22
41:21 43:8,18 44:10,11,
12,15 45:11,15 46:1
47:1 48:18 58:22 64:21,
24 66:10 68:8 73:9
74:5,11,13,17

**VRA**
22:13,15 30:9 31:4

___

**W**

**wait**
28:22 72:20

**walk**
20:12

**wanted**
8:15 11:8 24:18 31:8
33:9 50:15 57:21 73:18

**warn**
27:15

**Warren**
7:16,18 14:18

**watching**
13:24

**ways**
6:2 13:11 30:7 37:24
67:9 73:10

**weakened**
17:10,11

**weaker**
53:2

**webinar**
13:23

**week**
26:23

**weight**
13:18

**well-being**
16:5

**well-educated**
56:17

**well-informed**
73:25 74:20

**White**
12:8 16:1 32:18 47:13

**Whiteside**
39:1

**wield**
71:9

**win**
12:7,9 14:23 44:21 46:4
48:16,18 67:18

**wins**
54:1

**won**
45:14

**Wonderful**
55:8

**wondering**
61:10

**words**
27:10 33:18

**work**
2:18 4:12,19 20:22
21:22 22:18 23:4,9 27:3
35:21,22 54:5 56:16
57:2,5 66:11 70:20,23

**worked**
20:1 21:9 23:7,10 24:4
32:24

**works**
42:23

**world**
17:21

**worry**
22:14

**wrap**
50:16

**wrong**
22:20

___

**Y**

**year**
9:9 74:5

**year's**
69:11

**years**
5:18 8:13 9:15 10:6
11:20 12:1 19:17 34:1,4
37:4 50:21 57:6 59:23

**York**
21:7,8,9

**young**
16:13 33:1

**younger**
32:16,17,20

**youngest**
15:24

**youthful**
15:22

___

**Z**

**zones**
16:8

**Zoom**
2:3 9:25 72:8 74:24
75:6

