# EXHIBIT C



IN RE CA ASSEMBLY FLOOR SESSION


TAPE TRANSCRIPTION OF AUDIO RECORDING

August 21, 2025


# CERTIFIED COPY

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025

TAPE TRANSCRIPTION
IN THE MATTER OF:
CA ASSEMBLY FLOOR SESSION
August 21, 2025.
Sacramento, California.
10:18 a.m.
REPORTED BY:
CHARLES GOLDING,
Certified Shorthand Reporter
-----------------------------------------------------

**CERTIFIED COPY**

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025                    2

10:18 a.m.

1

2      MR. SPEAKER:  The assembly is now in session.

3   Assembly member Wallace notices the absence of a

4   quorum.  Sergeant at arms will prepare the

5   chamber and bring in the absent members.  Clerk

6   will call the roll.

7      CLERK:  Addis, Aguiar.  Curry.  Ahrens.

8   Alanis.  Alvarez.  Arambula.  Avilon.  Fadias.

9   Baines.  Bauer.  Cahan.  Bennett.  Berman.

10  Berner.  Bonta, Brian.  Calderon.  Coloza,

11  Carillo.  Castillo.  Chen.  Connolly.  Davies.

12  Demaio Dixon.  El Hawari.  Ellis, Flora.  Fong.

13  Gabriel.  Gallagher.  Garcia.  Gibson, Jeff.

14  Gonzalez, Mark Gonzalez, Hadwick Haney,

15  Arabidian, Hart.  Hoover, Irwin.  Jackson,

16  Kara.  Krell.  Lackey, lee.  Lowenthal, Macedo.

17  McKenna, Mersucci.  Quinn.  Ortega, Pacheco.

18  Pappin.  Patel.  Patterson.  Pellerin, Petri.

19  Norris.  Quirk, Silva.  Ramos, Ransom, Celeste

20  Rodriguez, Michelle Rodriguez.  Rogers, Bubio

21  Sanchez, Chiavo Schultz.  Sharpe, Collins,

22  Solace Soria, Stephanie Ta Tongipa.  Valencia.

23  Wallace.  Ward, wicks, Wilson, Zabur.  Mr.

24  Speaker, members of quorum is present.  Decorum

25  please.  Assembly members board, you are
    recognized members.  Democratic caucus of the

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                    3

1    members lounge right now.  Members, we will

2    caucus for.  We will be meeting for 15 minutes.

3    We'll be.  Excuse me.  Suspending for 15

4    minutes on recess.  We'll gavel back in 15

5    minutes.

6        ( Brief recess )

7        MR. SPEAKER:  Members, we are back in

8    session.  We ask our guests and visitors in the

9    rear of the chamber and in the gallery to

10   please stand for today's prayer.  Reverend

11   Oshta will offer today's prayer.  Reverend

12   Oshta.

13       REVEREND OSHTA:  Please join me in a moment of

14   reflection.  We concluded our recent trip to

15   Japan.  In the city of Kyoto, we were able to

16   visit with a dear teacher and friend who impacted

17   Bob's life nearly 60 years ago.  And being much

18   younger, maybe 30 for me, we were quietly feeling

19   our age and how quickly so many decades have

20   passed.  Later that day, Bob and I stepped into a

21   small shop to escape the heat.  We felt ourselves

22   surrounded by beautiful things from another era.

23   We chatted with the owner about how much we

24   enjoyed the traditional music of the Gion Summer

25   Festival that was concluding.  Laughing, he told
     us that hearing that music only reminds him of

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025                    4

1    the sweltering Kyoto summer heat.  Bob then asked

2    him, how long has his shop been here?  It looked

3    very well established.  The owner said, Since

4    1603.  Then, with a smile, he added, But I'm not

5    422 years old.  He shared that he was the 17th

6    generation of the Nakanishi family to operate

7    their family business.  While talking, he went

8    online and found where we could order a CD of the

9    unique Kyoto Summer Festival music that he would

10   never play.  It was a delightful meeting that

11   gave us a fresh outlook on the passing of time

12   and also on the responsibilities we have in life.

13   Like Mr. Nakanishi, who is the 17th generation

14   caretaker of his family's tradition, we are all

15   momentary caretakers of a dream that has been

16   unfolding for 249 years, since 1776.  It is the

17   dream of creating a nation with liberty and

18   justice for all.  A dream that has been a beacon

19   of hope for oppressed people everywhere.  Let us

20   continue to try our best to keep this dream alive

21   and the beacon that is America shining bright.

22   Namo mi daotsu.  Let us live with kindness and

23   gratitude beyond words.

24        MEMBER CHEN:  We ask our guests and

25   visitors to remain standing to join us in the
     flag salute.  Assembly member Chen will lead us

1    in the Pledge of allegiance.

2        MEMBER CHEN:    Thank you.  Mr. Speaker.

3    Please put your right hand over your heart.

4    Ready?  Begin.  I pledge allegiance to the flag

5    of the United States of America and to the

6    Republic for which it stands.  One nation,

7    under God, indivisible with liberty and justice

8    for all, may be seated.  To our guests and

9    visitors.  Today, state law prohibits persons

10   in the gallery from interfering with

11   legislative business.  Legislative proceedings

12   are disrupting the orderly conduct of official

13   business.  Persons disrupting legislative

14   proceedings are subject to removal, arrest or

15   other appropriate legal remedies.  Members, I'd

16   further like to.  State quorum, please.

17   Further like to state that our House rules

18   require us to follow Mason's Manual Sections

19   120 to 126 as it relates to words and tone we

20   use in debating public policy.  On this floor.

21   MASON Section 120 and 121 state in part.

22   Freedom of speech involves obedience to all the

23   rules of debate.  The language used by members

24   during debate should be temperate, decorous and

25   respectful.  No member may indulge in
     personalities.  No member may impugn the

1    motives of other members or use indecent or

2    profane language.  Members, if you choose to

3    stray from these rules, I will admonish you.

4    And if the violation continues, I will mute

5    your mic and you will forfeit your time.  We're

6    going to be moving on to a vote stage.  Point

7    of order, Mr. DeMaio.

8        MEMBER DEMAIO:  Mr. Speaker, in reviewing

9    the file for today, there are three pieces of

10   legislation that are on the file that are in

11   direct violation of the California State

12   Constitution, rendering it impossible for this

13   body to take up these items.  My point of order

14   pertains to Senate Bill 280, which violates

15   Article 21, Section 2 of the Constitution,

16   which only permits an election on

17   redistricting, on the ones this matter, on the

18   ones of every decade.  The second bill is ACA

19   8.  The third bill is AB 604.  Both of these

20   bills violate section Article 21, section 2G,

21   which expressly prohibits the legislature from

22   taking any action on redistricting as well as

23   adopting any maps.  Finally, a point of order

24   to Assembly Bill 604, which violates Article

25   21, Section 2E, which says, quote, districts
     shall not be drawn for purpose of favoring or

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                        7

1    discriminating against an incumbent political

2    candidate or political party.  It is my

3    understanding that both the governor and

4    members of the legislature have said that they

5    have partisan goals behind these maps.  For all

6    three of these bills.  I ask they be removed

7    from the file immediately and that this body

8    cease violating the state constitution.

9        MR. SPEAKER:  Thank you, Mr. DeMaio.  It's a

10   lot of information.  If you give me just a

11   moment, please.  Thank you for your patience, Mr.

12   DeMaio.  Your point of order is not well taken,

13   Mr. DeMaio.  It's -- let me explain my ruling

14   first and then you are more than welcome to

15   appeal.  All the measures that you've raised are

16   properly before the house pursuant to the

17   constitution.  Do you wish to -- It's been moved

18   and seconded to appeal the ruling of the chair.

19   Clerk will open the roll.  The chair is asking

20   you for an I vote to sustain his ruling.  Mr.

21   DeMaio is asking for a no vote.  All members vote

22   who desire to vote.  All members vote who desire

23   to vote.  All members vote who desire to vote.

24   Clerk will close the roll.  Tally the votes.

25   Eyes, 58.  Nose, 18.  The chair is sustained.
     Assistant majority leader Garcia, you are

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025                    8

1   recognized.

2       MR. GARCIA:  Thank you, Mr. Speaker.  As we

3   move the call, there is no item before, so we

4   will recognize you once we do that.

5       MR. SPEAKER:  Okay.  We're going to be

6   moving to a vote on the consent calendar at the

7   request of the author.  Items 151, SP 482,

8   Weber Pearson has been removed.  Does any

9   member wish to remove an item from the consent

10  calendar?  Seeing hearing none, the clerk will

11  read the second day consent calendar.  Assembly

12  Concurrent Resolution 105 by Assembly member

13  McKenna and others relative to the music

14  industry in California.  Clerk will open the

15  roll.  In the consent calendar, all members

16  vote who desire to vote.  All members vote who

17  desire to vote.  All members vote who desire to

18  vote system.  Majority leader Garcia, you are

19  recognized.  Move the call -- Madam majority

20  leader, you are recognized.

21      MAJORITY LEADER GARCIA:  I request

22  unanimous consent to suspend Assembly Rule 69B

23  to adopt late amendments on ACA 8 revis.

24      MR. SPEAKER:  We're going to dispense with

25  one item at a time.  I'm going to recognize
    leader Gallagher.  Leader Gallagher.  Mr.

```
 1    Speaker, the member moved the call.  I don't

 2    believe.  There's your point of order, Mr.

 3    Gallagher.

 4        MEMBER GALLAGHER:  The member moved the

 5    call.  I Don't believe anything before us.  The

 6    second day consent calendar that you yourself

 7    voted on.

 8        MR. SPEAKER:  Okay, but what we're going to

 9    move on.  I've made the ruling.  This point of

10    order is not well taken.

11        MR. GALLAGHER:  Point of parliamentary

12    inquiry.

13        MR. SPEAKER:  State your point, Mr.

14    Gallagher.

15        MR. GALLAGHER:  We voted on the consent

16    calendar, correct?  That's what approves it.  So

17    I'm confused by what is the --

18        MR. SPEAKER:   Burke did not close the role.

19    Mr. Gallagher.  Okay, Mr. DeMaio, you are

20    recognized.

21        MEMBER DEMAIO:  I withhold consent from the

22    motion.

23        MR. SPEAKER:  Okay, mis -- Mr. DeMaio has

24    requested withholding consent on the majority

25    leader's motion.  We will now open the roll.  A
      majority leader's motion.  All members vote who
```

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025                    10

1   desire to vote.  Majority leader is asking for a

2   aye vote.  Mr. DeMaio is asking for a no vote.

3   Motion was seconded by Mr. Garcia.  All members

4   vote who desire to vote.  All members vote who

5   desire to vote.  Clerk will close the roll.

6   Tally the votes.  Ayes, 58.  No's 19.  The motion

7   carries it.  Okay.  Pursuant to Assembly Rule 69,

8   the amendments were approved by the committee

9   chair and the bill has been amended, is out to

10  print and back on file.  All other amendments on

11  this item that were pending at the assembly desk

12  are no longer in order as they are not drafted to

13  the current version of the measure.  Madam

14  Majority Leader, you are again recognized for

15  your procedural motions.

16       MAJORITY LEADER GARCIA:  Thank you.  I

17  request unanimous consent to suspend the rules to

18  allow Assembly member Berman to take up ACA 8

19  Revis as amended without reference to file for

20  the purposes of adoption.

21       MR. SPEAKER:  Has been moved and seconded by

22  Mr. Garcia.  Assembly member Gallagher, you are

23  recognized.

24       MEMBER GALLAGHER:    I will have my own

25  motion after this motion is dispensed with.
         MR. SPEAKER:  Thank you, Mr. Gallagher.

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025                    11

1    Assemblymember DeMaio, you are recognized.

2         MR. DEMAIO:   Withhold consent.

3         MR. SPEAKER:  Okay.  Consent has been

4    withheld.  We will move to a vote.  The clerk

5    will open the roll.  All members vote who desire

6    to vote.  Majority leader is asking for an aye

7    vote.  Mr. DeMaio is asking for a no vote.  All

8    members vote who desire to vote.  All members

9    vote who desire to vote.  Clerk will close the

10   roll.  Tally the votes.  Ayes, 57, nose 20.  The

11   measure carries.

12        MAJORITY LEADER GARCIA:  Gallagher.

13        MR. SPEAKER:  Assembly member Gallagher, you

14   are recognized.  Yeah.

15        MEMBER GALLAGHER:  Mr. Speaker, being that

16   this bill was ACA was just amended, I

17   respectfully request that we re refer ACA 8 and

18   SB 280 to the Judiciary Committee so we can have

19   further vetting of these measures.

20        MR. SPEAKER:  Just a moment.  Okay.  Members,

21   it has been moved and seconded.  Moved by

22   assembly member Gallagher.  Seconded by Assembly

23   member DeMaio.  Clerk will open the roll.  Mr.

24   DeMaio is asking for an aye vote.  Majority

25   leader is Asking for a no vote.  All members vote
     who desire to vote.  All members vote who desire

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025                12

1    to vote.  Majority leader is asking for a no

2    vote.  Mr. Gallagher is asking for an I vote.

3    Clerk will close the roll tally.  Votes ayes, 19

4    no's, 58.  Motion fails.  Mr. Demaio, you are

5    recognized.  Thank you.  Mr. Speaker, I move that

6    we immediately take up AJR 21.  Independent

7    Redistricting Commission Constitutional amendment

8    without regard to file.  There's been.  There's

9    been a motion to suspend the rules by Mr. DeMaio

10   to suspend the constitution without reference to

11   file.  Seconded by assembly member Wallace.

12   Clerk will open the roll.  All members vote who

13   desire to vote.  Majority leader is asking for a

14   no vote.  Mr. DeMaio is asking for an I vote.

15   All members vote who desire to vote.  All members

16   vote who desire to vote.  Clerk will close the

17   roll tally.  Votes ayes, 19.  Nos.  58.  Motion

18   fails.  Assembly member Tungapa, you are

19   recognized.

20        MEMBER TUNGAPA:  Thank you.  I move to

21   suspend the rules to allow ACA 15 to be taken up

22   without reference to file.  Prove you don't have

23   a vested interest.  State your point.  State your

24   point.  Assembly member Ransom.

25        MEMBER RANSOM:  Point of order.  It seems
     that that is out of order, Mr. Speaker.  I

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025                13

1   believe earlier when you gave instructions that

2   our comments are not supposed to be directed at

3   anyone's intention.

4       MR. SPEAKER:  Members, we are not in the

5   portion of motions and resolutions.  It is out of

6   order overall to be making motions on items that

7   are not before us.  We have made a motion without

8   reference to file to bring ACA 8 to the floor.

9   You may make points of order and motions on the

10  items that are before this body and nothing more.

11  Assembly member Gallagher, you are recognized.

12      MEMBER GALLAGHER:  Again.  Point of

13  parliamentary inquiry.  I believe we were in

14  motions and resolutions.  That's why the majority

15  leader was making motions.  And the only place

16  that you can make motions like the one that was

17  just passed to bring ACA 8 to the floor is during

18  motions and resolutions now, albeit you haven't

19  put it up there on the screen, which is curious

20  to me, but the only place that we could ever do

21  these kinds of motions is during motions and

22  resolutions.  So I find it unbelievable that

23  you're saying we're not in motions and

24  resolutions right now.  Your point of order is

25  the unbelievability of this.  Yes, that's your
    point of order, that we are actually in motions

1    and resolutions and resolutions.  Otherwise.

2    Just a moment, Mr. Majority Leader could not have

3    made her motion.

4        MR. SPEAKER:  Mr. Gallagher, once the

5    majority leader's motion was voted on and

6    approved, and that was.  Consent was withheld and

7    we voted on it as a body.  We are then in the

8    portion where we are dealing with ACA 8 and we

9    must first dispense with ACA 8 before we take up

10   any other bills before this House.  Your point of

11   order is not well taken.  The Clerk will read

12   Assembly Constitutional Amendment 8 by Senate

13   Rebus and others in accolade to redistricting.

14   Assembly member Berman, you are recognized.

15       MEMBER BERMAN:  Thank you, Mr. Speaker.  I

16   rise to present ACA 8.  On behalf of Speaker

17   Rivas, Let me be crystal clear.  We don't want

18   this fight and we didn't choose this fight.  But

19   with our democracy on the line, we cannot and

20   will not run away from this fight.  We're here

21   today because President Trump and Republicans in

22   Texas and other states are attempting to redraw

23   Congressional districts mid decade in an effort

24   to rig the upcoming election.  Just last night

25   the Texas House passed their plan to rig the 2026
     election.  Earlier yesterday, Florida Governor

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025                    15

1    Ron DeSantis demanded that his state is owed an

2    extra Congressional district right now.  And you

3    know that Trump will do everything he can to

4    fulfill this outrageous request.  Americans and

5    Californians deserve better.  And ACA 8, the

6    election rigging response act is our response to

7    these undemocratic and un American power grabs.

8    ACA 8 allows for the temporary use of voter

9    approved Congressional district boundaries

10   contained in AB604.  Unlike Texas where

11   Republican politicians ram through maps after

12   assigning law enforcement to trail their Democrat

13   colleagues every movement.

14        MR. SPEAKER:  Excuse me, Mr. Berman.

15        MEMBER BERMAN:  By all means.

16        MR. SPEAKER:  Summit member Patterson, stage

17   point of order.

18        MEMBER PATTERSON:  Yes.  Hi the -- Thank

19   you, Mr. Speaker.  Good morning.  State your

20   point of order, sir.  Yes, we have been

21   admonished for mentioning parties on.  Mr.

22   Patterson, state your point of order.  There's no

23   explanation needed.  What is the rule that is

24   being violated?  Your rule that a person speaking

25   may not mention political parties?  I ask that
     the author no longer do that.  That is not a rule

1   of this body.  That is a rule of decorum.  The

2   issue with this particular measure is affects

3   political parties.  We're going to allow that

4   today.  What I spoke with earlier was simply that

5   you should not impugn the motives of your

6   colleagues.  Mr. Berman, you may continue.

7       MEMBER BERMAN:  Thank you, Mr. Speaker.  As

8   I was saying, unlike Texas where Republican

9   politicians ramp through maps after assigning law

10  enforcement to trail their Democrat colleagues

11  every movement, it is California voters who will

12  have the final say whether or not these new

13  district boundaries get used.  Because here in

14  California, we respect the will of the voters.

15  After the 2030 census, ACA 8 returns all

16  congressional district line drawing powers back

17  to the Citizens Redistricting Commission.  In

18  addition, ACA 8 calls on Congress to pass

19  legislation and propose a constitutional

20  amendment to the US Constitution to require the

21  use of fair, independent and nonpartisan

22  redistricting in every state across the country.

23  Now, here are some of the arguments we'll hear

24  from our colleagues from across the aisle today.

25  First, this was decided by voters who were
    eligible to vote in 2010, and we don't need to

1  revisit it.  At least half of the voter

2  registration file is totally new in 2025.  Over

3  10 million California voters who did not have the

4  chance to vote on this and have their voices

5  heard in 2010.  Now, you might be wondering, who

6  does that include?  We got a couple of people on

7  the floor today.  My Republican colleagues from

8  Tulare and Clovis, my Democrat colleagues from

9  San Jose and la.  None of them were old enough to

10  vote on this in 2010, and I think they should get

11  the chance to vote on it this year.  They will

12  claim that this costs too much money.  First,

13  there is no cost too high to save our democracy.

14  Second, the return on investment of this election

15  is off the charts.  Something that would make the

16  VCs in my district blush.  Trump and his cronies

17  have terrorized our communities.  They have

18  targeted our world class institutions trying to

19  extract $1 billion from UCLA alone.  They have

20  decimated local economies.  They've even extorted

21  California grown businesses like Nvidia.  And I

22  have not heard one complaint from any colleague

23  from across the aisle to these actions that have

24  cost California billions and billions of dollars.

25  They'll argue that there's no urgency to act.
   Wake up.  The crisis is here and our democracy is

```
 1   under attack.  President Trump is taking advice
 2   on our democracy from Vladimir Putin, someone who
 3   literally kills his political opponents.  And
 4   he's not even trying to be quiet about this.
 5   He's bragging about this on national television
 6   as if it's something to be proud of.  This is the
 7   same guy who called elections officials in
 8   Georgia and demanded they find him 12,000 votes
 9   so he could win the state and stay in the White
10   House.  This is someone who earnestly talks about
11   the possibility of serving a third term as
12   President of the United States and now realizing
13   that his policies are terribly unpopular and that
14   voters will have a chance to express their
15   opposition next year.  He's now trying to rig the
16   election to inoculate himself from the will of
17   the voters and hold on to power.  Now, this
18   wouldn't be a problem if any Republican elected
19   officials had a spine like the Georgia elections
20   officials did in 2020 to say, no, Mr. President,
21   this is un American, this is undemocratic, this
22   is wrong.  And we will not participate in your
23   steamrolling of democracy.  But that Republican
24   elected official no longer exists when it comes
25   between standing up for your constituents, saving
     their health care, saving their food assistance,
```

1    saving their fathers or daughters from being

2    snatched off the streets by masked and

3    unidentified thugs and flown to torture chambers

4    in foreign countries, or basking in the orange

5    glow of Mar A Lago.  Republican politicians in

6    California don't give it a second thought.  They

7    drop to their knees and they do whatever Donald

8    Trump tells them to.  There is currently no check

9    on Trump in Washington, only sycophants who clap

10   like seals at the circus.  Please, somebody.

11   Member Gallagher, you were recognized.  The

12   gentleman is, if I can call him a gentleman, is

13   impugning the character of people on this floor,

14   which you already admonished him and everyone in

15   this room not to do.  So maybe somebody will

16   regulate that decorum.  Assembly Member

17   Gallagher, your point is well taken.  Members,

18   please be careful in your speech not to impugn

19   the motives of other members.  Mr. Berman, you

20   may continue.  Thank you.  Mr. Speaker, there is

21   currently no check on Donald Trump in Washington,

22   D.C.  only people who do whatever he demands that

23   they do.  But not here.  Not in California.

24   California is responding to this emergency by

25   empowering our voters with transparency, with
     respect for our independent commission, but with

1  an unwavering will to act.  I respectfully

2  request your.  I vote on ACA 8.  Thank you,

3  Assemblymember Berman.  Assemblymember Lackey,

4  you are recognized.

5      MEMBER LACKEY:  Thank you.  Mr. Speaker, I

6  appreciate the privilege to share with you a very

7  powerful perspective.  What we're spending time

8  on at this particular moment, to me, is a bit

9  disappointing.  I will tell you that right now,

10  what this body needs is to build trust with its

11  constituency.  Polls have overwhelmingly

12  indicated that there's a lack of trust.  And what

13  we're considering on doing is feeding that lack

14  of trust.  You know, I had a very respected

15  colleague that I spoke with just recently who

16  told me that this is all political.  You can

17  define it as you wish.  But I can tell you, no

18  matter what your position is on this thing, and

19  we're going to be talking a lot about it, and

20  there's going to be a lot of blah, blah, blah.

21  But I'm telling you, when it comes down to it,

22  does this enhance trust with our people?  We all

23  admit that gerrymandering is controlled by people

24  who have something to benefit.  That is not what

25  our people want.  That's been very clearly stated
   by their vote.  So why, no matter what the

```
1    justification is, why would we engage in behavior

2    that we know is considered unacceptable by those

3    who elect us?  I would Ask for you to please

4    reflect on that, because it's very meaningful.

5    And I know that we can be distracted by a lot of

6    influencers in this institution, a lot of people

7    that we admire and respect.  But when it comes

8    down to it, it's a mirror that we have to respond

9    to.  Please think about that.  Please think about

10   is what we're doing building trust with our

11   constituency.  I think you know what the answer

12   to that is.  When we engage in supporting

13   gerrymandering, please resist it.  And please

14   think about what you're doing.  Thank you.  Thank

15   you.  Assemblymember Lackey.  Assemblymember

16   Wallace, you are recognized.

17        MEMBER WALLACE:  Thank you, Mr. Speaker.

18   Members.  I rise today in strong opposition to

19   ACA 8, not simply because of what it does, but

20   because of what it represents.  ACA 8 represents

21   a tit for tat strategy.  It's a reactive move

22   that erodes our credibility, not just here at

23   home, but on the national and international

24   stage.  If we abandon the independent

25   redistricting process that Californians created,
     we don't just lose a tool, we lose trust.  Our
```

1  citizens.  Redistricting Commission was born from

2  voter demand for fairness and transparency.

3  While drawing our current maps, the commission

4  held hundreds of public meetings, reviewed tens

5  of thousands of comments, and drew maps that

6  reflect people and communities, not politicians

7  and their preferences.  That's not just good

8  governance.  It's a model for the nation.  Some

9  point to Texas as a justification for this

10 proposal.  But California doesn't follow.  We

11 lead.  We don't.  Mere dysfunction.  We set the

12 standard.  Former Governor Arnold Schwarzenegger

13 called gerrymandering the cancer of politics.  He

14 championed the commission because he believed in

15 a system that puts voters first.  That belief

16 still matters.  I urge you.  No vote.

17      MAJORITY LEADER GARCIA:  Thank you,

18 Assemblymember.  Assemblymember Lowenthal, you're

19 recognized from the majority Leader's desk.

20      MEMBER LOWENTHAL:  Thank you, Madam Speaker.

21 I love you, dad.  I've been deeply torn by the

22 national redistricting debate that has engulfed

23 California.  Beyond its vastly consequential

24 political implications, this issue has profoundly

25 impacted me personally, because indelibly seared
   in my consciousness is the memory of my father

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025                23

```
 1   working tirelessly over decades to create the

 2   independent redistricting system about which we

 3   now debate.  By way of background, my dad, a

 4   community psychologist, was elected to the

 5   California state assembly in 1998.  He ran for

 6   public office with the principal goals of

 7   restoring public trust in political institutions

 8   and ensuring that elected officials listened to

 9   their constituents.  To effectuate those ideals,

10   he believed that the independent redistricting

11   system was necessary.  So in 2002, on this very

12   floor, he introduced a constitutional amendment,

13   ACA 19 to create an independent redistricting

14   commission.  But his attempt received no support,

15   and it died.  Undeterred, he reintroduced the

16   independent redistricting commission concept once

17   again in the Assembly.  But that effort, too

18   failed.  And then, in 2006, as a state senator,

19   he reintroduced the concept as SCA3, and for the

20   first time ever, the concept of independent

21   redistricting passed one of our bicameral bodies.

22   However, as described by Common Cause quote,

23   somewhere in the one minute walk from the Senate

24   clerk's office to the assembly clerk's office,

25   SCA3 was lost for just long enough to miss key
     deadlines to keep the bill alive.  The SCA's
```

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                    24

1    failure was devastating, but my dad's unwavering

2    effort paved the way for the electorate to adopt

3    an independent redistricting commission two years

4    later.  But his work did not end there.  Upon

5    going to Congress in 2012, the first piece of

6    legislation he introduced was HR 2978, the let

7    the People Draw the Lines Act.  This legislation

8    would have required that all states establish

9    independent redistricting commissions.

10   Tragically, the legislation was met by political

11   headwinds and died.  But despite that, my dad

12   pressed forward on his quixotic request to

13   establish reform on a national level because he

14   knew that a system in which some states had

15   districts drawn independently and others don't

16   was fundamentally unfair.  Because Congress

17   refused to hold a vote on his measures, he

18   commenced advocating for reform in the courts.

19   In 2015, he led an amicus brief in support of

20   Arizona's right to form an independent

21   commission.  And then in 2017, he led an amicus

22   brief in Gill v.  Whitford, which he asked the

23   Supreme Court to declare political gerrymandering

24   to be unconstitutional, although the Court did

25   not do so, Justice Kagan, in an opinion by
     Justices Ginsburg, Breyer, and Sotomayor, cited

1    my dad's brief writing, the congressional brief

2    describes a cascade of negative results from

3    excessive partisan gerrymandering, indifference

4    to swing voters and their views, extreme

5    political positioning designated to placate the

6    party's base and fend off primary challengers,

7    the devaluing of negotiation and compromise, and

8    the impossibility of reaching pragmatic,

9    bipartisan solutions of the nation's problems.  I

10   vigorously agree with the evils of gerrymandering

11   described in my dad's brief and cited by Justice

12   Kagan.  That notwithstanding, because Texas has

13   now shamelessly affected the national balance of

14   power, our nation's democracy is faced with the

15   exigency of existential dimensions.  If

16   unaddressed Texas actions which occurred without

17   the vote of its populace will disenfranchise

18   Californians and we must not allow Californians

19   voices to be silenced.  It is imperative that

20   Californians have a voice in selecting the

21   political party that controls Congress in 2026.

22   The most fundamental concept in our democracy

23   upon which the collective value system is

24   predicated, is fairness.  Californians vote in

25   2026.  Our votes must be made on a level playing
     field.  This constitutional amendment ensures

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025                      26

1    that we have that balanced field.  We must all

2    continue to press Congress to create a national

3    system that eliminates unconstrained political

4    redistricting.  But until that occurs, fair

5    representation for Californians cannot exist

6    without this measure.  So today I proudly join

7    with my father, the architect of this commission,

8    in urging its temporary suspension.  I

9    respectfully ask for your I vote on ACA 8.

10        MAJORITY LEADER GARCIA:  Thank you,

11   Assemblymember.  Assemblymember Cork Silva, you

12   are recognized.

13        CORK SILVA:  Thank you, Madam speaker and

14   members.  I also stand in support of ACA 8.

15   Colleagues, we are living through a dramatic and

16   historic moment, a moment to stand up for a

17   democracy, one that will shape our future.  For

18   generations across the country, we have witnessed

19   efforts to manipulate district lines, not to

20   represent people, but to cling to power, to

21   silence communities and to steal representation.

22   We saw this in Georgia, where three congressional

23   seats were taken midterm through redistricting.

24   We see it again in Texas, where five seats were

25   carved out at the reque st of President Trump,
     all without giving voters a voice.  But here in

1    California, we have chosen a different path.  Not

2    to steal, not to rig, not to silence.  We have

3    chosen to let the people decide, to let them vote

4    on the California maps.  The California

5    redistricting plan is about fairness.  It's about

6    trust.  So when critics cry power grab, let us be

7    clear.  The plan is not a power grab.  It is a

8    power return, returning power back to the

9    citizens of California.  We did not start this

10    fight.  We did not force this issue.  It was

11    forced upon us by a president who has threatened,

12    cheated, and tried to steal congressional seats

13    to cling to power.  Do not waste your breath

14    scolding those of us who refused to roll over for

15    partisan maps that divide our communities.  A

16    bully.  And yes, our president acts as one, uses

17    power to intimidate, to harm, and to cheat.  He

18    has shown a pattern of refusing to accept the

19    results of free and fair elections in 2020.  He

20    falsely claimed victory.  When he does not get

21    what he wants, he shouts, he insults, and lashes

22    out like a spoiled child.  If you claim to care

23    about justice and fairness, then answer this.

24    Where is your outrage when states silence voters

25    by carving up districts for partisan gain?  Where
    is your outrage when working families, seniors,

1   veterans, and marginalized communities are pushed

2   to the sidelines and as they will be with the

3   President's new executive order just this week to

4   prohibit mail in ballots.  My colleague from San

5   Diego says actions speak louder than words.  On

6   this point, we agree.  California's action is

7   clear.  We are showing the nation how to rise

8   above partisan bickering and to stand for

9   democracy.  We are showing that the people, not

10  the politicians, should choose their

11  representatives.  We will not stand idly by as a

12  bully screams and threatens.  We will fight every

13  step of the way to protect our democracy.  Why?

14  Because this is what our nation was founded on.

15  History will remember that when democracy was

16  tested and California chose fairness,

17  transparency and the people's voice.  You can

18  whine and complain or you can stand with

19  democracy, but you cannot do both.  As President

20  Lincoln reminded us, elections belong to the

21  people.  It's their decision.  As Justice Ruth

22  Bader Ginsburg said, real change, enduring

23  change, happens one step at a time.  And as Dr.

24  Martin Luther King Jr.  Taught us, the time is

25  always right to do what is right.  Today,
    California is drawing a line in the sand.  We are

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025                    29

1    standing boldly with the people.  And today I ask

2    for your support for ACA 8.

3        MR. SPEAKER:  Thank you, Assemblymember Cork

4    Silva.  Assemblymember top.  You, you are

5    recognized.

6        MEMBER TOP:  Thank you, Mr. Speaker.  I rise

7    in opposition to ACA A.  ACA A seek to destroy

8    democracy and violating California constitution.

9    I think you all heard about my personal story.  I

10   left the country in 1982 at the age of 19 and I

11   came here with my family for freedom.  And until

12   today the country that I Left more than 30 years

13   ago doesn't have any fair election.  The country

14   had been ruled by one party and that party, they

15   make their own laws and they been violated all

16   lost over time.  And it hooked me and my family

17   and my community for what happening here in

18   California.  I still remember two and a half

19   years ago when I took an old office with all of

20   you, my first office here.  We are blessed that

21   we follow California State constitution.  I

22   understand a lot of you have different opinions

23   from the current federal administration and other

24   state.  However, what did we have in our office?

25   We may have different opinions, different ideas,
     but at the end of the day we have one goal, to

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025                    30

```
 1   serve the people in California.  California has
 2   been very proud of independent citizen commission
 3   for the last 15 years.  And for the last several
 4   days we have built about election and we didn't
 5   have even 30 days for community inputs.  That is
 6   outrageous.  Unbelievable.  A lot of president
 7   and community members in my district, they've
 8   been calling me.  They feel they really
 9   frustrated.  They didn't know what to do.  They
10   Asked me what is going on here.  And you all know
11   that in my semi district, heavily, heavily
12   immigrant communities and a lot of us, we came
13   here for freedom.  So we really honor the
14   fairness because the country that we left has no
15   fair election whatsoever.  So I urge you, I urge
16   you all to listen to the will of the people that
17   the people that we've been serving.  Why do we
18   need to follow other state?  We elected by the
19   people who live in California.  We are elected by
20   the people of California.  30 seconds.  With that
21   I ask you to have a no vote on asa.
22       MR. SPEAKER:  Thank you assembly member T.
23   Assembly members Bore, you are recognized.
24       MEMBER BORE:  Thank you, Mr. Speaker.
25   Members, I rise today to express my full throated
     support for ACA 8 members.  We must act today
```

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                    31

 1    with an unfaltering commitment to our democracy.

 2    Let's be clear.  Today we are responding to a

 3    serious emergency for our country.  Today's vote

 4    is an act of patriotism.  The vote today is about

 5    protecting health care for millions of our

 6    people.  It's about making people feel safe

 7    again.  All our people feeling safe again instead

 8    of fearing that they'll be snatched off the

 9    street with no warning.  It's about protecting

10    reproductive choice and safeguarding our planet.

11    And it's about standing up and fighting an

12    unprecedented and exigent march towards

13    dictatorship.  You know, my dad fought for this

14    country in the Korean War.  He fought and had

15    rheumatic fever and spent his life with health

16    care issues because of that and died an early

17    death.  He enlisted in the Air Force because of

18    his love for our country and his love for our

19    democracy.  He would be turning in his grave and

20    if he understood what Donald Trump was doing

21    today.  When I look into my kids eyes, and

22    hopefully my grandkids eyes in the future, I

23    don't want to regret that we didn't fight hard

24    enough for them.  I want them to know that today

25    was an important day for our country, an
      important day for our democracy, an important day

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                    32

```
1   for the United States of America that we love so

2   much.  I want them to know that we fought for

3   them, we fought for their future.  We did

4   everything in our power to assure that they could

5   live in a democracy in the same way that we have

6   lived in a democracy for over 250 years, that we

7   fought for our family, we fought for freedom.  We

8   must give the next generation and the generation

9   after that the same benefits of our democracy

10  that we have had.  So on behalf of my father, of

11  my kids, my future grandkids, of all of our kids,

12  of all of our future grandkids, I respectfully

13  ask for an I vote on ACA 8.  Thank you, assembly

14  members.  Boar leader Gallagher, you are

15  recognized.

16      MEMBER GALLAGHER:  Thank you, Mr. Speaker.

17  And I want to start by saying I thank your father

18  for his righteous fight.  And they culminated in

19  the vote of the people that created our

20  Independent Citizens Redistricting Commission.

21  And it's in that spirit that I really want to

22  encourage everybody that we should stick with

23  that.  And I want to start by saying what this is

24  not about.  It is not about Texas.  And actually,

25  you all just conceded that by your vote this
    morning when you amended ACA 8 to take out Texas
```

1    as a condition, and that this bill that you are

2    voting on right now doesn't have Texas as a

3    condition and commits California to going back to

4    gerrymandering.  And you should really think

5    twice before you go ahead and.  And do that

6    today.  It's about power.  We know that.  It's

7    about power on both sides, rigging congressional

8    districts to get partisan results.  That's what a

9    gerrymander is.  Now, the governor says it's

10   about fighting with.  Fighting fire with fire.

11   And what I want to submit to you all today is

12   that fighting fire with fire is the problem.

13   It's not the solution.  President Trump is

14   fighting fire with fire.  He saw how government

15   was weaponized against him with a Democratic

16   majority in Washington, D.C.  in his first term.

17   He saw how states like Illinois and

18   Massachusetts, Hawaii, have severely

19   gerrymandered their congressional districts in

20   ways that ensure more Democratic members are

21   elected.  And he seeks to do the same thing in

22   Texas.  He is wrong to do so.  Let me repeat

23   again, he is wrong to do so.  Gavin is fighting

24   fire with fire.  So now he's pushing this

25   redistricting plan, this Gavin Mander, illegally
     against the Constitution, as we pointed out time

1  and time again in the committee hearing.  Well,

2  the one committee hearing we had on policy

3  grounds.  He's violating the Constitution and the

4  clear will of the voters who've already spoken

5  twice.  We really don't need to ask him a third

6  time, guys.  Twice they told us they want

7  independent redistricting, fair representation.

8  But where does it end?  You move forward today

9  and you have the power to do so.  You can do

10  that, and Gavin can move forward.  He's a

11  governor.  He has the power.  Greg Abbott has the

12  power.  In Texas.  You move forward fighting fire

13  with fire, what happens?  You burn it all down.

14  And in this case, it affects our most fundamental

15  American principle, representation.  Wasn't that

16  the battle cry of our founding forebears?  No

17  taxation without representation.  But the

18  people's right to representation is exactly what

19  will be sacrificed when we continue down this

20  road.  When after you do it Missouri does it or

21  Indiana does it.  Colorado is talking about doing

22  it.  At the end of that, the parties will

23  determine who represents and the people will be

24  powerless to elect their own representatives.

25  And we've already seen evidence of that in how
   some of these districts are proposed to be drawn.


IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025                    35

```
 1   There's really only one way to stop it.  Someone
 2   has to refrain from striking back and show a
 3   better way.  And with that, I would like
 4   permission to read some very wise words that I
 5   think will be without objection.  Without
 6   objection.  You have heard it said, an eye for an
 7   eye and a tooth for a tooth.  But I say to you,
 8   do not resist the one who is evil.  But if anyone
 9   slaps you on the right cheek, turn to him the
10   other also.  30 seconds.  You have heard that it
11   was said, you shall love your neighbor and hate
12   your enemy.  But I say to you, love your enemies
13   and pray for those who persecute you, so that you
14   may be the sons of your Father who is in heaven.
15   For he makes the sun rise on the evil and the
16   good, and he sends rain on the just and the
17   unjust.  You, therefore, must be perfect, as your
18   heavenly Father is perfect.  Today I'm submitting
19   to you, Let us turn the other cheek.  Let us show
20   the better way.  What more powerful statement
21   will we have if Republicans and Democrats
22   together said, enough is enough?  We're not going
23   to do this.  And Texas, you shouldn't do it
24   either.  Thank you, Leader Galvan.  One last
25   point.  I'm sorry.  Our democracy will persist as
     long as we fight back.  And if there is one
```

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025                    36

1   weakness that we have right now in our republic

2   is that legislators are not standing up to

3   executives of their own party.  Thank you, Leader

4   Gallagher.  And that's what we need to do.  Thank

5   you, Leader Gallagher.  Assemblymember Carrillo,

6   you are recognized.

7       MEMBER CARRILLO:  Thank you, Mr. Speaker and

8   members.  I rise in support of ACA 8.  This is a

9   rough position that our country and our democracy

10  is in these days.  Leaders in D.C.  and across

11  the country have time and time again proven that

12  they are willing to bend, stretch, and outright

13  break the law if it means they are gaining more

14  power.  They are unashamedly trying to change the

15  rules in the middle of the game, undermine our

16  institutions.  And chess flat cheat because they

17  know that is what it will take for them to have a

18  chance to win.  I urge you to support this

19  measure to give our constituents and our state a

20  chance to fight with even odds.  If at halftime

21  one team decides they're going to play the second

22  half with 15 players instead of 11, we can

23  disagree and cry foul all we want, but we will

24  Play the second half by the same old rules.  With

25  11 players, we put our team and the people we're
    playing for at a huge disadvantage.  And for

1    what?  Pride?  Principle?  No members.  There is

2    far too much at stake.  They have made that

3    painfully clear.  Obviously, all of us on this

4    floor would rather not be spending our time on

5    this issue.  There is certainly no shortage of

6    pressing issues our constituents need us to

7    address.  But the unfortunate reality is that

8    this president has manufactured this issue.  And

9    I would argue that there is no issue more

10   pressing than ensuring Californians get the

11   opportunity to play by the same rules as the rest

12   of the country, even if we don't like what those

13   rules are.  Members, I urge you.  I vote on AC8A.

14   Thank you.  Thank you, Assembly member Carrillo.

15   Assembly member Mark Gonzalez, you are

16   recognized.

17       MEMBER GONZALEZ:  Thank you.  Mr. Speaker

18   and members, I rise today in strong support of

19   ACA 8, the map that leads to you.  Because this

20   is not just about redistricting.  It is about the

21   survival of our democracy.  I was born in

22   McAllen, Texas, where voter suppression wasn't

23   theory, it was reality.  I saw neighbors turned

24   away at the polls.  I saw families silenced.  I

25   saw entire communities erased from the map.  As a
     Latino, I know exactly what it looks like when

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025                    38

1   politicians draw racist maps to hold power.  When

2   they decide some voices count and others do not.

3   That memory never leaves you.  And now I see

4   Trump and his allies running the same playbook

5   across Texas, across Florida, across this

6   country.  They cannot win on ideas.  They cannot

7   win on compassion.  They cannot win on the

8   merits.  So what do they do?  They change the

9   rules.  They rig the lines.  And as our Texas

10  Democratic colleagues said yesterday, they shield

11  their racism with their party line.  That is not

12  patriotism.  That is oppression with a ballot in

13  its hand.  This is an emergency.  Trump has

14  already shown us the length he will go.  He sent

15  ICE agents to the schools where our children

16  learn, the churches we pray, the fields where we

17  work to intimidate, to divide, and to silence

18  dissent.  He weaponized fear against immigrant

19  families because he knows cruelty is cheaper than

20  compassion.  He tore families apart not to keep

21  our country safe, but to score political points.

22  California protects families.  We do not divide

23  them.  And look at health care.  Trump's big,

24  ugly bill ripped $900 billion out of Medicaid

25  just to line the pockets of the wealthy few.
    That is not reform.  That is robbery.  It

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025                    39

```
 1   threatens coverage for 3 million Californians,
 2   puts our seniors at risk, and sends rural
 3   hospitals to to their graves.  Seniors, children,
 4   working families left with nothing.  That's not
 5   policy.  That is punishment.  This is life and
 6   death.  And yet, while they strip our people of
 7   health care while they weaponize immigration
 8   raids, while they tilt the scales of democracy.
 9   What they fear most is not us.  What they fear
10   most is the people.  This is why ACA matters.
11   This measure does not force maps on anyone.  It
12   gives California a choice.  It lets the people
13   hold the pen and draw their future.  So I ask,
14   why are Republicans so afraid of the people?  Why
15   are they so afraid of democracy itself?  Every
16   state in America should have independent
17   redistricting.  Every voter should have a choice.
18   But until they do, California cannot and will not
19   play the by rigged rules.  If Texas wants to
20   carve up districts to keep their wannabe dictator
21   in power, we will not bow.  If Florida wants to
22   silence voters of color, we will not sit quietly.
23   Because when democracy is attacked, silence is
24   surrender.  And California has never been and
25   will never be a state that surrenders.
     California will fight back.  Because this is not
```

1   just about the maps.  This is about dignity.

2   This is about whether a Latino child in Texas, a

3   black family in Florida, or an immigrant

4   community in California has a voice in their own

5   democracy members.  History is watching.  Our

6   communities are watching.  And they will remember

7   not just what we said in this chamber, but

8   whether we had the courage to act.  ACA 8 is that

9   act.  It's not just a bill, it's shield.  A

10  shield against racist maps, a shield against

11  voter suppression, A shield for democracy itself.

12  It's not just a policy.  It's a promise.  A

13  promise that democracy in California will not be

14  dictated by the hand of tyranny, but written by

15  the will of the people.  I did not come to this

16  floor, like many of you, with the polite request.

17  I came with a call.  A call to conscience, a call

18  to courage and a call to history.  Democrats

19  fight to survive.  Republicans fight to dominate.

20  And when you fight to dominate, you stop at

21  nothing.  You cheat, you rig.  You kill democracy

22  in the process.  Because democracy may bend, but

23  here in California, it will not break.  Not on

24  our watch.  Not on this floor, not in this state.

25  Sisas Pueda, I respectfully ask for your.  I
    vote.  Thank you, Assemblymember Mark Gonzalez.

1    Assemblymember Banta, you are recognized.

2         MEMBER BANTA:   Thank you.   Mr. Speaker and

3    members, I rise today on behalf of the

4    Beautiful people of 8018 of Oakland, Alameda

5    and Emeryville, and as a proud co author of

6    AC88, which would allow each and every

7    Californian the opportunity to weigh in on our

8    very future.   The President and the

9    Congressional majority have been so focused on

10   implementing the deeply unpopular policies of

11   Project 2025 that they forgot about the will

12   and needs of the people that they serve.   Since

13   the policies of the federal administration and

14   that majority are so incredibly unpopular, they

15   decided they needed to rewrite the rules to

16   win.   From Texas to Florida to Indiana, this

17   administration is pressuring governors to

18   create new red districts to silence Americans

19   nationwide.   ACA 8 is a direct response to the

20   life threatening policies that Trump and this

21   majority Congress have taken.   And this AC8 is

22   our opportunity, the people's opportunity to

23   empower Californians to neutralize that threat.

24   Californians are witnessing for the firsthand

25   the very devastating effects of this
     presidency.   That's why we must treat this like

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025                     42

1   the emergency that it is now.  Illness and

2   suffering have no party preference.  And the

3   lives of people in these districts are our

4   collective responsibility.  So I want to remind

5   you, as chair of the Assembly Health Committee,

6   what is at stake.  Just this week, our

7   committee has gotten to hear from the public,

8   from our agencies, from health care facilities

9   across the state, from our advocates, what HR1

10  Trump's big ugly bill will have, what kind of

11  impact that will have, how it will ensure that

12  $900 billion in Medicaid funding to pay for tax

13  breaks for the ultra wealthy.  How these tax

14  cuts will take care of out of reach, take care,

15  out of reach of many of our seniors, children

16  and families.  How over 3 million Californians

17  could lose their medical coverage under the new

18  Republican  provisions passed.  How over 100

19  Planned Parenthood clinics across the state may

20  be forced to close their doors, robbing 22,000

21  people a month, a month of reproductive care,

22  STI testing, cancer screenings of women's

23  health care, and put out of reach for decades,

24  for the first time, over 1 million Californians

25  who rely on those services annually.  Let's be
    reminded of the fact that our hospitals are

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025                    43

1    rural hospitals as well.  Kern Valley

2    Healthcare District, Oroville Hospital,

3    Fairchild Medical center, and the countless

4    other healthcare facilities that are scraping

5    by as the Trump cuts away at crucial funding

6    for them.  How this impacts every single one of

7    our health care systems, decimating our ability

8    to provide care for millions of Californians.

9    So when we talk about what is at stake today,

10   what is at stake is the very lives of our

11   constituents.  We cannot be mistaken about

12   that.  So today we must ensure that every

13   Californian has the ability to be protected, to

14   be represented in Congress, and to continue to

15   stand up against the attacks on our democracy

16   wherever they may rise.  And I just have to say

17   this as a woman, the never ending executive

18   orders, the insistence on basically taking us

19   back to a time when women have no voice, when

20   our people have not the ability to love who

21   they want to love and marry who they want to

22   marry and have that be recognized and be able

23   to have the care that they need, whether that

24   be abortion care or basic health care.  That is

25   the world that this majority Congress is trying
     to turn us back to.  And I absolutely refuse to

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025                    44

1    stand here on this green carpet and let

2    Congress and this Trump administration do that

3    to us, do that to Californians, do that to this

4    country.  So make no mistake.  We are taking

5    these actions because we are in unprecedented

6    times.

7         MR. SPEAKER:  30 seconds.

8         MEMBER BANTA:  Absolutely.  And we must

9    take protective action with that.  I

10   respectfully ask for your.  I vote on ACA 8.

11        MR. SPEAKER:  Thank you, Assemblymember

12   Banta.  Assemblymember Di Maio, you are

13   recognized.

14        MEMBER DI MAIO:  Thank you, Mr. Speaker.

15   Gavin Newsom's corrupt redistricting scheme is

16   worse than snake oil.  It's arsenic to our

17   democracy.  You stand here, he's out there

18   pontificating that in order to save democracy, we

19   must destroy it.  In order to empower the people,

20   we must silence them and strip power from the

21   Citizens Redistricting Committee.  No one is

22   going to fall for this.  The voters want citizens

23   to draw the lines, not politicians.  You sit here

24   and say, let the voters decide.  They have

25   already decided in 2010 over your objection, over
     the political class's objection.  They gathered

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025                    45

1   signatures and they put an initiative on the

2   ballot that said, enough is enough.  No more

3   gerrymandering.  They saw the ill that

4   gerrymandering represents to our democracy.  They

5   saw the corruption.  They saw the lack of

6   transparency.  They saw the bribery, the vote

7   rigging, politicians carving out communities,

8   silencing voices.  And they said, enough.  No

9   more gerrymandering.  In California, our voters

10  are just.  Well, they're more advanced than other

11  states voters.  They got it right a lot earlier.

12  They gave us a gold standard in the Citizens

13  Redistricting Commission.  And what you're doing

14  is saying, no, we don't care what they said in

15  2010.  We are not listening to them.  What they

16  voted for, to strip this body of the power that

17  you are now apparently exercising in violation of

18  the state constitution.  The fact that we're even

19  talking about redistricting on this floor today

20  is a violation of the oath to uphold the state

21  constitution.  The fact that we're voting on a

22  map today purportedly drawn up by the

23  legislature, it's in violation of Article 21.

24  You don't possess the authority to do this.

25      MAJORITY LEADER GARCIA:  The voters already
    decided and took you..

```
 1        MR. SPEAKER:  Out of the process.  But here

 2   we are today.  Here we are today violating the

 3   state constitution by even voting on these three

 4   items.  You know what we've witnessed in the last

 5   three weeks?  This circus is exactly underscoring

 6   the wisdom of the voters in 2010.  Let me go

 7   through the differences between what they created

 8   with the independent citizen redistricting

 9   commission and what all of you have shown you're

10   capable of in the last three weeks.  Citizens

11   draw the map under the citizens redistricting

12   process.  Under this process, politicians are

13   manipulating the lines under the redistricting

14   commission that the citizens created.  All of

15   their meetings are open meetings.  Under their

16   rules, the commissioners are barred from having

17   any conversation ex parte.  You lawyers in the

18   room know what that means.  You're not allowed to

19   take proposals or talk about lines or draw maps.

20   All the map drawing occurs in real time on

21   camera, in open session.  We know that these maps

22   were drawn behind closed doors by a bunch of

23   political consultants and yet none of you are

24   willing to put your names or reveal the names of

25   who drew the maps.  The citizens commission has
     to do it on a nonpartisan basis.  You are openly
```

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                    47

1   admitting you're doing it for partisan advantage.

2   Citizens on the Assembly Member DeMaio.  Assembly

3   Member DeMaio, you're out of order.  Please do

4   not impugn the motives of members.  Thank you.

5   Citizens on the redistricting commission are

6   barred for 10 years for seeking from seeking any

7   election, county, state or federal.  We know that

8   legislators that are involved in this process are

9   actively preparing campaigns to run for these

10  districts.  The citizens process created

11  competitive districts where voters voices are

12  paramount and determine the outcome of the

13  election.  The maps that you're trying to impose

14  are not competitive.  And in fact, you take rural

15  voters and you shove them in with urban voters to

16  dilute their voice.  How undemocratic.  You want

17  to talk about stripping people of their voice?  I

18  heard my colleague from Los Angeles and many of

19  you say we're doing this to protect health care.

20  30 seconds.  We're doing this because California

21  is losing money.  I wish you fought harder to

22  solve the problems of this state.  As hard as

23  you're fighting for some of these congressional

24  districts for yourself and your colleagues.  I

25  wish you would fight to actually solve real
    problems happening here in California that

1    actually matters.  Look, the voters are

2    ultimately going to be forced to decide this

3    again.  I think that once they understand what's

4    going on, they will vote you down.  Now, I know

5    you're trying your hardest with a dishonest

6    ballot title.  Thank you, Assemblymember.  To

7    deprive them of a Fair office.  Assemblymember

8    DeMaio.

9        MEMBER DEMAIO:  Thank you, Assemblymember

10   Summit.  Member Schultz, state your point of

11   order.  Yes, I would strongly encourage my

12   colleague to adhere to the rules of this body.  I

13   have a copy of those rules if you'd like to Read

14   it.  Thank you, Mr. Speaker.  Thank you.

15   Assembly Member Schultz.  Point is well taken.

16   Assembly Member Bryan, you are recognized.

17       MEMBER BRYAN:  Thank you, Mr. Speaker and

18   colleagues, I rise in strong support of ACA 8.

19   And like at least 2/3 of you in this room, I read

20   the constitutional amendment which makes it very

21   clear that we are not approving any maps in this

22   body.  We are giving the voters the decision.

23   Something that isn't happening in Texas.  And

24   even doing that was something we had to debate

25   fiercely.  California's responsibility to
     Californians and Californians responsibility to

1    this country.  We didn't want to be in this

2    situation.  The authoritarian in the White House

3    put us in this situation when he used House

4    Republicans in Texas to disenfranchise vulnerable

5    people.  After those maps in Texas are approved.

6    A Latino voice in Texas is worth one third of the

7    representation as a white voice.  A black voter

8    in Texas is worth one fifth of the representation

9    of a white voter in Texas.  I didn't say three

10   fifths.  There was no compromise.  I said one

11   fifth.  That is the kind of gerrymandering, that

12   is the kind of theft that they are perpetuating.

13   And we can't just sit by and let it happen.  We

14   won't just sit by and let it happen.  But that

15   doesn't mean we lose ourselves.  That's why when

16   I was chair of the Elections Committee, I

17   authored an update to the Fair Maps act that

18   prevented incumbency from being a consideration

19   in map drawing.  And every single Republican on

20   this floor voted against it.  That's why I

21   authored legislation calling for independent

22   redistricting commissions on school boards and

23   counties and special districts all throughout the

24   state.  And every Republican in this House voted

25   against it.  How convenient to switch your tone
     when you are now on the line.  When we are

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025                    50

1    stepping up and speaking the way Californians

2    deserve for us to stand up and fight.  Because we

3    are tired of of being the punching bag of this

4    country.  When we freely give.  When North

5    Carolina is on fire, we show up.  When a

6    hurricane hits Florida, we show up.  When Texas

7    is flooding, we show up.  We don't wait for

8    Canada and Mexico to show up first like Texas did

9    supporting Los Angeles this year, we come

10   immediately.  When we pay $80 billion more in

11   federal taxes than we get back, we don't

12   complain.  We know our role is to support others.

13   And when the biggest disaster to ever hit our

14   state hits and we ask for a portion of our own

15   dollars back and you withhold it, we have to

16   change our tone.  We have to step up.  Because

17   your silence is deafening.  When they took health

18   care and food and veterans assistance and they

19   made it harder for students to go to college and

20   they put trillions of dollars in national debt.

21   And you said nothing.  That forced us to step

22   into the void when they held our number one

23   public university hostage for a billion dollars

24   of California tax dollars.  And you have said

25   nothing.  We had to step into that void.  You
     talk about fighting fire with fire and how we

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025                    51

1  shouldn't do that, while simultaneously a member

2  of your own caucus just yesterday asked the

3  Department of Justice and Pam Biondi to

4  investigate us criminally.  I took that

5  personally that you didn't say anything.  We are

6  not just going to sit by and let our democracy

7  crumble here in California.  We're standing on

8  business.  And I respectfully ask for your I vote

9  Assemblymember Bryan.  Assemblymember Gibson, you

10 are recognized.

11     MEMBER GIBSON: Thank you very much, Mr.

12 Speaker.  That was a mic drop.  I wasn't going to

13 say anything, but two of my colleagues just said

14 something about being silent that caused me to

15 reflect on what I said on this floor over the 11

16 years that I've been on this floor.  And let me

17 just say, and just repeat what I said since I've

18 been on this green carpet from Dr. Martin Luther

19 King Jr.  Life begins in life.  Life begins the

20 moment you start being silent about the things

21 that matter.  In the end, you will not remember

22 the words of your enemies, but the silence of

23 your friends.  So being on this floor today, I

24 cannot sit by and be silent on the things that

25 matter.  This is a defining moment in history in
   California.  So I know we referenced our governor

```
 1    multiple times on this floor, but I am proud of

 2    Gavin Newsom, who had the courage to stand up and

 3    be bold when a lot of governors refuse to stand

 4    up and be bold to stand up and let California to

 5    stand up and be bold and be courageous in this

 6    moment, saving democracy.  Understand this, that

 7    our democracy in the United States is on life

 8    support right now.  And it takes courage, courage

 9    to stand up and be counted.  We are in a defining

10    moment in America.  And I am so proud to be a

11    member of the California state legislature right

12    now that no other state is being.  Is standing up

13    and being counted.  When this president, I am

14    embarrassed.  I am embarrassed to even call him

15    president.  Picking on the most vulnerable people

16    among us, sending in ice ages to snatch our

17    students wearing masks.  That's what happened in

18    third world countries.  How can we not stand up

19    and do what we're doing?  It's about a third

20    term.  Doing something that no other president

21    dared to do.  It's about taking back.  It's about

22    changing the Constitution of the United States of

23    America and make no mistake about it, they didn't

24    hide what they were trying to do.  Right now,

25    it's about Project 2025.  And it's been said time
      and time again, if California do not do this, we
```

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                    53

1    are just handing over the Constitution of the

2    United States of America.  And it started with

3    the United States Supreme Court.  It is about our

4    human rights.  So to my colleague who's not here,

5    who talks about the phone calls that he received

6    and it's about him coming to this country, well,

7    it's about the little old ladies who fought in

8    the 60s and the 50s in order to get human rights,

9    civil rights, women's rights, LGBTQ rights in

10   this country, who can right now be taken away

11   from us in this country, in the United States of

12   America.  It's about the next generation that we

13   may not even have any black people serving in

14   office to have representation.  It's about 10

15   African American members of Congress that could

16   be wiped away in Congress if we don't stand up

17   and be counted.  And California stands in the way

18   of that happening.  So we cannot afford not to do

19   anything.  So I'm proud of Speaker Revis standing

20   up and being counted and being bold and being in

21   this time, making sure that California is

22   counted.  It's about making sure that, that we

23   stand in the way of this man and his power.  So,

24   yes, it's about ACA 8.  It's about us walking out

25   of this room today and holding our head up high
     for the next generation.  30 seconds.  We can

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025          54

 1    make a difference, and we shall make a

 2    difference, making sure that we save the

 3    democracy for not only for the next generations

 4    who will sit in this seat, stand on this floor,

 5    but it's about our grandchildren and the legacy

 6    that we will leave behind.  So I'm asking for the

 7    54 courageous Democrats because we already know

 8    what the other side won't do with a strong I

 9    vote.  Thank you, Assemblymember Gibson,

10    Assemblymember Dixon, you are recognized.

11        MEMBER DIXON:  Well, a lot has been said.

12    It's been a very emotional morning, I think, to

13    bring the temperature down.  I'm struck by what

14    we're trying to do today with HC8, and I

15    respectfully am opposed to it.  A lot of things I

16    was going to say have already been said just to

17    remind everyone, the independent, and thanks to

18    your father, Mr. Speaker, the best words were

19    said about the independence of a citizen driven

20    committee to decide to draw the lines of the

21    vote.  So all this talk today about democracy

22    does not do honor to Congressman or state Senator

23    Lowenthal and Congressman Lowenthal, who fought

24    for the rights of the people to have a voice in

25    our democracy.  What strikes me is in yesterday,
      if I may read a portion of an editorial on the

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                    55

1    Wall Street Journal, Mr. Speaker.

2         MR. SPEAKER:  Without objection.

3         MAJORITY LEADER GARCIA:  I'm a real

4    practical, pragmatic person, so I'm seeing where

5    problems happen and how we can fix problems.  So.

6    So the supermajority in this legislature is

7    speaking in loud terms, often rude, about

8    democracy.  You have democracy in your hands.

9    You are in the super majority.  It's the minority

10   that is concerned about democracy and the signs

11   of a lack of democracy.  When commissions are

12   being ignored, the voters are being ignored, the

13   people are being ignored, the people who.  Who

14   want their voices heard in an independent way.

15   Yesterday's Wall Street Journal said, and I

16   quote, the real House.  This is the House of

17   Representatives, Congress.  We were just making

18   reference to democratic nightmare.  This is all

19   about numbers.  Democrats could lose 10 seats in

20   2030 because voters are fleeing the blue states.

21   Remind us all, California is a blue state.  So

22   let me give you the numbers.  Start with the

23   numbers.  Between 2020 and 2024, California lost

24   1.4 million people.  And where did they go?  They

25   may have gone to Kansas.  That is larger than the
     population of Kansas have left California.  And

1  that resulted in 2020 in the loss of four

2  congressional seats in California.  So you're

3  fighting, the super majority is fighting to

4  protect seats that you think are going away.

5  You've already lost them.  Why did you already

6  lose those four seats?  And why are you

7  continuing?  Why is the other party continuing?

8  Why is California losing population?  Why is that

9  affecting California?  And the projection is in

10  2030, California will lose four more seats.

11      MR. SPEAKER:  Why?

12      MAJORITY LEADER GARCIA:  And also an

13  additional fact I did not know.  Between 2020 and

14  2024, California's population under the age of 18

15  shrank by 523,000 people.  We have to ask

16  ourselves, why are people leaving California?

17  It's because of laws that have been enacted in

18  this state in the last 15 years that have driven

19  out business, that driven out people for reasons

20  related to education, the quality of education,

21  quality of safety in our communities.  They have

22  left the state.  They're going to other states,

23  whether it's Texas, whether it's Ohio, whether

24  it's Florida, whether it's Nevada, they're going

25  to other states because they do not like the
    policies that are coming out of this state.  So

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025                    57

1    until California and its representatives in this

2    body begin to realize what is not connecting with

3    the laws that are being passed and the people,

4    the voters of California, all this histrionics

5    today, all this, the sky is falling.  Chicken

6    Little.  Democracy is failing.

7        MR. SPEAKER:  30 seconds.

8        MAJORITY LEADER GARCIA:  Democracy is Being

9    saved by people who realize it's not being

10   represented by, by the super majorities that have

11   been holding power in this state for the last 10

12   or 15 years.  Look at our policy.  But we can

13   find $250 million for a special election when

14   health care, when community safety, Prop 36,

15   wildfire management wiped off out of the budget.

16   But $250 million magically appears to protect

17   democracy.  Democracy starts here.  Keep people

18   in California, keep our businesses in California,

19   keep our families in California, and you know

20   what?  You'll have more votes probably, and more

21   congressional representation.

22       MR. SPEAKER:  Thank you, Assemblymember

23   Dixon.

24       MAJORITY LEADER GARCIA:  Thank you very

25   much.
         MR. SPEAKER:  Assemblymember Jackson, you are

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                    58

1    recognized.

2         MEMBER JACKSON:  Thank you very much.  Mr.

3    Speaker.  Permission to have a prop.  Mr.

4    Jackson, we are not going to allow props today.

5    Not a problem.  Mr. Speaker, I wanted to rise

6    because it's hard to have a thorough discussion

7    or debate in which today has been a very good

8    debate.  When we talk about the role of

9    democracy, it simply cannot happen without a real

10   consideration and a real review of our U.S.

11   constitution and the Federalist Papers themselves

12   to understand the real wisdom of our founders and

13   just how much thought they put into all the

14   different checks and balances that were necessary

15   to ensure that this democracy can hold.  And one

16   of those things is found in the Federalist Papers

17   number 10, where Madison specifically talks about

18   the roles of the state.  And over 200 years ago,

19   Madison said that there will be a time where a

20   fractious leader will emerge and that fractious

21   leader will begin to do things to consolidate

22   power.  There will be a time when the executive

23   and the legislative and the judiciary fail their

24   constitutional responsibility to properly provide

25   a check and balance.  So Madison says, therefore
     is now up to the states to provide yet another

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                    59

1    stopgap to begin to hold on to slow down this

2    fractious movement until the next election cycle.

3    So there is something special that we are doing

4    today.  There is something very constitutional

5    that we are doing today to ensure that we do our

6    part of having the most fair election process as

7    possible given the circumstances of the nation.

8    And then in the Federalist Papers number 16,

9    Hamilton says that at the end of the day, when

10   our three branches of government may fail, even

11   the actions of states may fail.  But Hamilton

12   says something beautiful.  He says when it all

13   else fails, that the number one protector of our

14   democracy he calls the natural guardians.  And

15   those natural guardians are the people

16   themselves.  And so an assembly constitutional

17   amendment says the legislature has a

18   recommendation for you natural guardians that we

19   believe is important enough for you to consider.

20   But at the end of the day, this democracy is not

21   ours.  We are only your representatives.  At the

22   end of the day, the democracy and the

23   preservation of this democracy lies in your

24   hands.  30 seconds.  Therefore, there's nothing

25   more democratic, there is nothing more
     constitutional, there is nothing that fulfills

1   both the letter and the spirit of our democracy

2   than to allow the people of California to make

3   the final say.  I respectfully asked for an I

4   vote.  Assemblymember Jackson, Assemblymember

5   Bennett, you are recognized.

6        MEMBER BENNETT:  Thank you very much, Mr.

7   Speaker.  There have been many powerful, logical,

8   cogent arguments made today.  And so I hope my

9   humble comments can just add a little bit.  I

10  would like to direct my comments to those

11  democratic advocates in our state who are

12  questioning whether this is the right move for us

13  to make, who are wondering whether this political

14  effort to counter Texas is the appropriate thing.

15  But I'd like to say to them, let's put this

16  moment in national perspective, let's put it in

17  global perspective, let's put it in historical

18  perspective, and that is that there's always been

19  a fundamental question, how do you transfer

20  power?  How do governments transfer power?  And

21  it can be done by violent brute force or it can

22  be done by democratic actions.  And our founding

23  fathers, to their great credit, and I wish there

24  were mothers there also, right, they sent us down

25  on a path where we transfer power peacefully by
    following certain democratic rules and norms as

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025                61

```
1    we move on.  And following those rules has been
2    essential for us as we move.  But today, in the
3    world, in this country and in the world, we have
4    autocrats that are desperately trying to
5    consolidate their power by weakening democracy,
6    by changing the rules of the game.  And so to my
7    friends out there that are questioning whether
8    this is the right move, I want to say autocrats
9    are counting on you to stand by and say, you
10   know, I like the old rules.  I want to play by
11   the old rules.  I don't like the new rules.  And
12   they're counting on you to do that while they
13   consolidate power with their new rules.  And it's
14   a false scenario to say that we can defeat that,
15   that we can win by holding onto the old rules
16   while somebody consolidates power.  A few decades
17   ago, Russians had a democracy, but Russians lost
18   that democracy as autocrats and the oligarchs
19   consolidated power.  They only have to get enough
20   to be at a tipping point.  And now, today, and I
21   want to compliment my colleague across the aisle
22   who admitted that what Texas is doing is wrong.
23   I really admire that.  But turning the other
24   cheek is not the way to fight this particular
25   situation.  Russians turn the other cheek and
     they no longer have the ability to fight back.
```

1  Today, Texas is changing the rules in a way that

2  weakens California's ability to have input on who

3  controls the vast powers of the federal

4  government.  If Californians don't take this

5  opportunity to block Texas's action, we come one

6  step closer to losing our ability to block the

7  autocrats and the oligarchs out there.  We come

8  one step closer to becoming a country dominated

9  by those oligarchs.  One step closer to letting

10  intimidation, deceit, and false outrage that's

11  paid for by the oligarchs with media outlets that

12  put daily false outrage that appeals and confuses

13  the voters of the United States.  And we come one

14  step closer to that kind of society if we don't

15  take this very important step to counter this.

16  Because once you lose, once you cross that

17  critical threshold, you may never be able to go

18  back to what we had.  So, to my dear friends that

19  are out there that have contacted me and say, I

20  don't know, I hope you will remember and keep in

21  mind the historical moment that this is here

22  today.  30 seconds.  Thank you very much.  I'll

23  cede my 30 seconds and respectfully ask for the.

24  I vote on AC8.  Thank you.  Thank you, Mr.

25  Bennett.  Members, the drilling that you hear is
   not inside your head.  It's actually taking place

1   in the construction.  I want to remind all

2   members that is not picked up on your

3   microphones.  Please continue.  Assemblymember El

4   Hawari, you are recognized.

5        EL HAWARI:  Good morning, Mr. Speaker and

6   members.  I rise in support of ACA 8 because the

7   only reason we're here today is Donald Trump.

8   And Republicans are terrified of voters.  They

9   know people aren't buying their lies, so they're

10  trying to rig the rules and cheat the game.  At

11  the same time, Trump has weaponized immigration

12  to create fear.  And what did Republicans in

13  Washington do?  They responded by giving ICE more

14  money to tear even more families apart.  In my

15  district, that means neighbors who are being

16  racially profiled, American citizens who are

17  picked up by federal agents just for the color of

18  their skin.  It means families who are too scared

19  to leave their homes.  Families like my own, my

20  Guatemalan mother and my Mexican stepfather, both

21  American citizens who are afraid to leave their

22  home because this is not about democracy.  It's

23  about intimidation and it's unconstitutional.

24  And now Trump is repeating some of the ugliest

25  times in our nation's history.  He wants a census
    that excludes undocumented immigrants, the same

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                64

```
 1    way they tried to ensure that enslaved people
 2    were not fully counted back when they first
 3    created the Constitution.  And as if that were
 4    not enough, he's also pushing to cancel mail in
 5    ballots, silencing millions of voters who depend
 6    on their right to vote.  To those on the other
 7    side, explain how silencing voters is the same
 8    thing as protecting them.  Or is it just about
 9    protecting your power at the federal level?  So
10    when Republicans stand up here talking about
11    transparency or protecting voters, don't be
12    fooled.  The truth is, the crisis started in a
13    Republican state, Texas lit a match, and
14    California is simply leveling the playing field
15    instead of waiting until Abbott and Trump burn
16    our own house down.  ACA 8 does not give us an
17    advantage.  It gives us fairness.  And let's not
18    forget, this is going to the voters.  So if you
19    are opposing this, you.  You are siding with
20    hypocrisy and voter suppression because you want
21    to talk about what's unconstitutional.  You only
22    want to talk about what's unconstitutional when
23    it comes to what you believe is happening in
24    California.  But when it's the United States of
25    America, you're okay with Trump mandering and
      Trump pandering.  I urge an I vote.  Thank you.
```

1        MR. SPEAKER:  Thank you, Assemblymember El

2    Hawari.  Assemblymember Gabriel, you are

3    recognized.

4        MEMBER GABRIEL:  Thank you very much, Mr.

5    Speaker.  Colleagues, I rise today with sadness

6    and also with conviction.  And I think it's

7    important, as many of our colleagues have said,

8    that we take a moment and step back and ask

9    ourselves, how did we arrive at this moment?  And

10   I see it as I often do, through my lens as a

11   parent, as a father of young kids, and I will

12   tell you, everyone who has had the blessing of

13   being a parent understands what is going on here.

14   Start playing a card game with my five year old.

15   He feels like it isn't going his way.  He feels

16   like he might lose.  And so he starts to change

17   the rules.  And that's what we have, that is

18   transparently what is happening with this

19   president.  He understands that his policies are

20   not popular.  He understands that people do not

21   want him to continue to be able to be unchecked

22   in Washington.  And so rather than change his

23   policies or play by the rules, he's trying to

24   change the rules.  And they are moving forward

25   and changing the rules in the most undemocratic
     fashion.  And that has put those of us in

```
 1    California in a very difficult position.  How do
 2    we respond?  What do we do in this moment?  And
 3    what we have from our colleagues on the other
 4    side of the aisle is saying, close your eyes.  Be
 5    willfully blind.  Ignore what is happening in the
 6    rest of the country, as if we in California are
 7    immune to that.  Stand down.  Do nothing
 8    unilaterally, surrender.  But to me, there are
 9    deep moral implications to that unilateral
10    Surrender.  There are real impacts to our people,
11    to, to our population, to our planet and to our
12    democracy.  And so there are many of us that feel
13    that California cannot stand idly by in this
14    moment, will not stand idly by in this moment.
15    We owe it to our children to stand up and be
16    counted.  And so what do we do when we have these
17    two arguments, Those who say California should do
18    nothing, and those who say California should
19    stand up and fight back.  We do what is
20    fundamentally the most democratic thing that we
21    can do.  We asked the people of the state of
22    California to weigh in on that.  Our colleagues
23    have sat here and lectured us about what the
24    people want.  They have sat here and told us,
25    they talked to us repeatedly about democracy.
      Well, good.  Let's let democracy decide.  The one
```

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025                    67

1   argument here to which they cannot rebut and will

2   never be able to rebut is that the ultimate

3   decision here rests with the people of the state

4   of California.  Donald Trump will not decide

5   this.  Gavin Newsom will not decide this.

6   Congress will not decide this.  This legislature

7   will not decide this.  The people of the state of

8   California will get to decide what they want to

9   do at this pivotal moment in history.  And that,

10  to me, is what makes this the right approach.  So

11  we heard from our colleague from Westminster.  He

12  said, listen to the people.  I agree.  Let's

13  listen to the people.  Let's let the people vote.

14  Let's let the people have their moment to make

15  this decision.  They have the wisdom, they have

16  the judgment.  And I am confident that they will

17  want to stand up and fight back to protect our

18  democracy.  And with that, and in the spirit of

19  giving our citizens and our voters the

20  opportunity to make this consequential decision,

21  respectfully request an I vote on ACA 8.  Thank

22  you, Assemblymember Gabriel, Assemblymember

23  Salache, you are recognized.

24      MEMBER SALACHE:  Thank you, Mr. Speaker,

25  members and to everyone watching out there,
    Americans, international community.  This is not

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025                    68

 1   a Republican, Democrat or independent issue.

 2   This is an American issue.  People have died,

 3   people have suffered to save democracy.  I assure

 4   you that if today we took a vote in this same

 5   floor and that board, that we all like to watch

 6   the outcomes of the votes, if we put a vote about

 7   the Independent commission taking their action

 8   every 10 years, it would be a unanimous vote.

 9   Because not only have the Republicans, but

10   Democrats have acknowledged that, that that's the

11   way to go.  I agree.  It's the golden standard

12   that California has set for the nation.  And as

13   they say, as California goes, so does the nation.

14   So I couldn't agree with you more that we have to

15   protect that in California for The sake of not

16   only Californians, but for America.  But, ladies

17   and gentlemen, and to all our communities, our

18   LGBT community, our immigrant community, we have

19   to raise our voices for Californians and for

20   America today.  Now, let's not forget that in

21   this action, the commission will continue doing

22   the work so that we don't have to take any more

23   votes, that they will continue doing the work

24   after the 2030 process.  This is a temporary

25   approach to react to what's happening with other
     states.  And so I agree with the minority leader.

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                69

1    The president is wrong on this one, and Texas is

2    wrong on this one.  I agree with him

3    wholeheartedly.  And that's why I am proud, as I

4    have had some concerns about this process, that

5    California will continue to have its independent

6    commission process.  But you see, ladies and

7    gentlemen, and everyone here today, I was sent to

8    Sacramento to represent almost 500,000

9    constituents.  I proudly represent a high

10   immigrant, undocumented community.  Con mucho

11   ruyo y con mucho corazon.  I'm here representing

12   them and being a voice, because just this morning

13   on Atlantic Boulevard in my city of Linwood, at

14   the barbershop, there's three ICE agents trying

15   to force themselves into the barbershop.  And

16   once I'm done, I will happily drop that video for

17   you to watch.  I'll airdrop it so you can all

18   have it happened this morning in my own

19   community.  The very same people that send me to

20   represent them, people who look like me, are

21   being racially profiled and kidnapped on the

22   streets on the way to work, accessing health care

23   while taking their kids to school or even going

24   to church.  How disgusting is that?  Immigrants

25   are not the problem.  Our diversity makes our
     state and our country strong.  California's

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                    70

1   immigrant communities are vital part of this
2   prosperity through all our nation.  I will not
3   sit back and watch ICE kidnap more members of my
4   community.  Our community.  I ask all of us that
5   we temporarily do this for America.  People are
6   watching not only locally, but internationally.
7   And I bring not only my heart, my voice today to
8   this Capitol to ensure that the 500,000 people
9   that I represent in my community of Linwood,
10  Southgate, Maywood, Huntington Park, Walnut Park,
11  Lakewood, Bellflower, and Paramount have a voice.
12  I invite all of you to help protect America.
13  This is not a Republican, Democrat, or
14  independent issue.  Let's save humanity, let's
15  save democracy and temporarily respond to this
16  horrible situation that we're living.  And then
17  California will continue leading the way by
18  protecting our independent commission and our
19  independent maps so that all Californians have a
20  voice.  And if some are leaving, we welcome you
21  back.  And those that want to leave other states.
22  Welcome to California 32nd.  We have great
23  beaches, great parks and of course some of the
24  best restaurants that our community gets to
25  offer.  Thank you.  Let's continue to lead and
    America, we have your back.  Gracias.  Thank you.

1   Assembly member Solace, Assembly member

2   Patterson, you are recognized.  Great.

3       MEMBER PATTERSON:  Thank you.  Mr. Speaker,

4   I'm going to take you up on this unique offer to

5   talk about political parties.  It's not something

6   I like to do, but some of these comments like

7   quote unquote dropping to the knees of the

8   President.  What does that mean?  I take offense

9   to that.  My grandpa used to say when something

10  miraculous happened, not bad for swirling gases.

11  What he was doing was mocking evolution.  Piper

12  wasn't an overly religious man.  He loved God and

13  he loved our nation.  Especially as he defended

14  it in the military for entire career.  He was a

15  man that believed in a higher power.  He believed

16  there were no coincidences these miracles were

17  divine.  Despite thousands and thousands of years

18  of authoritarian governments, kings, dictators,

19  it wasn't swirling gases that created our form of

20  government.  And our founders said as much when

21  they declared us an independent nation.  The

22  Declaration of our Independence proclaims the

23  people are endowed by their creator and our alien

24  inalienable rights which are not granted by the

25  government, they are inherently bestowed upon us.
    I believe as the Founders did in Divine

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025                    72

1   Providence, meaning that I firmly believe any

2   internal threats to our democracy, whether from

3   the national level or right here in the chambers

4   of the California State assembly, that we will be

5   okay.  The Divine Providence will secure

6   inalienable rights to self determination.  And

7   despite attempts by this body or attempts by the

8   Governor, from the moment he went unchallenged by

9   members on this floor, when he exerted so much

10  power with no Democratic input.  What did you do?

11  Mention me sitting by idly?  You sat idly by.

12  And he chose to close schools.  He closed

13  businesses.  And at least partially responsible

14  for the pain and suffering you see in our

15  streets.  And we continue to see see to this day.

16  And guess what?  To address my colleague from Los

17  Angeles about Republicans in this body that sat

18  idly by.  I take great offense to that kind of

19  stuff.  Mr. Speaker, when someone talks about

20  what Republicans here have and haven't done.

21  Please.  Democrats have been in charge of this

22  state for my entire natural life.  I know as

23  individual legislators, some of you have tried

24  but you going to talk about sitting idly by as

25  they say on X lol.  Democrats, maybe not as
    individuals, but as a ruling dictator party of

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025                73

1    this state for my entire life are sitting idly by

2    and have effectively done nothing that has

3    resulted in a better education for our children

4    has done nothing to effectively address the

5    people laying in our street just blocks from this

6    building.  These things have gotten worse,

7    especially since Democrats have taken full

8    control of every lever of our government right

9    here in California.  I believe in democracy.

10   Why?  Because it's rooted in our fundamental

11   inalienable right to be free.  And you cannot

12   take that away.  And neither can Gavin Newsom.

13   What this body is likely to do in a few minutes

14   highlights the flaws of man.  Many of you will

15   vote not to turn the other cheek.  You will vote

16   under your own admission to fight back, to punch

17   back, to fight fire with fire.  I believe at the

18   end of the day, despite your best efforts to

19   participate in attempt to erode democracy, we

20   will be fine.  When history looks back,

21   California will not succeed in its mutual goal of

22   joining with entrenched partisan Democrats

23   throughout our nation to throw out democracy in

24   its fight for fire with fire.  Because it cannot

25   override the fundamental protections our founding
     documents guarantee us.  History will not look

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025                    74

1   proudly on this moment.  It will look highly on

2   potential changes to any map in this state.  It's

3   going to be frowned upon.  And it certainly won't

4   look highly on the partisan gerrymandered maps

5   here in California.  And.  And those are the

6   words from one of the co authors in committee of

7   this measure.  I don't ever want to be lectured

8   ever again by Democrat anywhere that their

9   party's the party of democracy.  30 seconds.

10  Because what you're doing, even by amending this

11  proposal this morning without any input, is

12  showing you are no better.  Democracy is flawed.

13  Mankind is flawed.  The measure is flawed and you

14  know it.  How many people in this body testified

15  by Texas, the public got to know that you struck

16  out the language this morning.  I didn't even

17  know it till I walked in the building.  To even

18  talk about Texas.  No matter what Texas does, if

19  they do nothing, you are asking the people to

20  erode their rights.  Thank you, Assembly.  Me?  I

21  asked for a no vote.  Thank you, Assembly Member

22  Patterson, Assembly Member Schultz, you are

23  recognized.

24      MEMBER SHULTZ:  Thank you very much.  Mr.

25  Speaker.  Permission to read that.  Objection.
    The people will save their government if the

1    government itself will allow them.  You know,

2    I've thought as I've sat here, I want to first of

3    all mention to my colleague from Lancaster,

4    sorry, from Palmdale, I appreciated your comments

5    at the beginning, sir.  I didn't raise my mic

6    right away.  I wanted to listen.  I wanted to

7    listen to my colleagues speaking in favor of ACA

8    8.  I wanted to listen to some of you who have

9    concerns about ACA 8.  I also want to thank our

10   esteemed minority leader.  We don't agree on

11   much, but I appreciate your words today, sir.

12   The president is wrong.  He is wrong to be doing

13   what he's doing.  And your point about two wrongs

14   not making a right and burning the entire House

15   down?  There's a lot of truth in that statement.

16   I agree with you, sir.  And yet over the last

17   week, I've struggled with this issue.  I have

18   consulted the Good Book.  I've spent time in

19   thought and prayer at the cathedral.  I've been

20   trying to find the right answer on this issue.

21   And the remarkable thing is, as I sat here on

22   this floor listening and really giving thought to

23   what we're being asked to do, it was this

24   portrait that hangs above us that really centered

25   my thoughts.  The people will save the
     government.  They will save themselves if the

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                76

```
1    government simply allows them to do so.  The

2    words of probably one of the greatest presidents

3    we ever had, a portrait that hangs over our

4    chamber.  A man who, with General Order 141, had

5    to suspend habeas corpus and take unprecedented

6    action because of the risks that face the

7    Republic in an unprecedented time.  We're

8    absolutely in unprecedented times.  I bring all

9    this up to say that I'm not here to stand with

10   righteous indignation.  I'm not here to point

11   fingers at any of you.  But what I can say is the

12   house is burning.  Democracy is at risk.  What is

13   happening in Texas, what is happening across the

14   country, is fundamentally wrong.  I don't believe

15   the answer to how we save democracy can be

16   decided among the 119 legislators in our state

17   capitol.  I don't believe the governor alone can

18   make that answer.  What I do believe, though, is

19   we have to give the people the chance to weigh in

20   on this matter.  And that is exactly what aca8

21   does.  I believe that this question should be

22   returned to the people.  And I'll simply close

23   with one point.  Never in the course of history

24   and in the state of California or in any state,

25   have the people been directly given an
     opportunity to vote on a map.  I believe that is
```

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025                    77

1   democracy in its finest hour.  Let the people

2   respond and tell us how we should fight to

3   continue saving democracy.  I will be voting I

4   and I encourage everyone to vote aye on aca8.

5   Thank you, Mr. Speaker.  Assemblymember Schultz,

6   Assembly Member Aarons, you are recognized.

7       MEMBER AARONS:  Thank you, Mr. Speaker.

8   Before I give remarks, I just wanted to mention

9   that I'm a proud co sponsor of ACA 8.  So when

10  the opposition continues their unserious

11  lawsuits, they know who to direct them towards.

12  I rise in support of standing up and Defending

13  the rights of freedoms for all Californians and

14  Americans.  We must take decisive action to stand

15  up to Donald Trump's unprecedented call for

16  Republican led states like Texas and Florida to

17  redraw the Congressional lines and unfairly rig

18  the 2026 midterm elections for Republican

19  politicians to benefit.  Donald Trump and

20  Republicans in Congress passed their big ugly

21  federal budget which is set to obliterate health

22  care access for millions and already struggling

23  Californians colleagues, each and every single

24  one of you in this room, regardless of political

25  party, have tens of thousands of constituents who
    will lose health care because Donald Trump and

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025                    78

1    Washington D.C.  republicans recently adopted

2    that budget and Republican Congress members

3    passed this big ugly federal budget which cuts

4    hundreds of billions of dollars in funding to

5    America's health system.  Without any alternative

6    plan to protect health access for anyone, how

7    will your community's hospitals and health

8    clinics benefit from the suffering of this

9    federal budget, the result of massive divestment

10   of federal dollars in health care?  Trump's big

11   ugly federal budget will indeed result in lives

12   being lost.  Donald Trump and MAGA extremist

13   Republican politicians will make no plan to

14   protect health care access for any Californians

15   or any Americans.  MAGA extremist Republicans in

16   D.C.  have decimated our health care in every

17   corner of the United States for no reason and no

18   alternative plan just to give tax cuts to their

19   super wealthy campaign donors and millionaires

20   like themselves.  These Trump cuts will kick poor

21   people off of their health care but also result

22   in higher health insurance premium premiums for

23   all of us because without health insurance we

24   will have to get, we will have to get care at the

25   most expensive place and time in whatever
     emergency rooms that are left in our communities.

```
 1    And now that America now Americans are pissed off
 2    at Republican politicians for obliterating their
 3    access to health care.  Trump is leading a
 4    Republican led states like Texas and Florida and
 5    demanding that they exert their state legislative
 6    power to unilaterally redraw their Congressional
 7    districts to make it easier for more Republican
 8    politicians to win Congressional seats.  And what
 9    are we to do?  We cannot sit by and let Donald
10    Trump and Republicans rig the next election so
11    that they cannot be held accountable and have no
12    chance to be voted out or lose control of
13    Congress.  Heaven forbid they actually are held
14    accountable by their failed policies in America.
15    California is honoring our Constitution unlike
16    Republicans in Texas by defending our liberty and
17    giving Californians a choice to defend themselves
18    and against Donald Trump's attacks on our country
19    and our state.  I rise in support and ask all of
20    my colleagues to join me in fighting back for all
21    of California regardless of where you represent
22    and stop the robbing of Californians rights, the
23    robbing of our liberty and our lives.  We must
24    stop Trump MAGA Republicans steal of our
25    congressional elections and the desecration of of
      our founding father's dream for a government by
```

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025                    80

1   and for the people.  I urge all of my colleagues,

2   all Californians and all Americans to join

3   California's efforts to defend ourselves against

4   the rising tide of fascism and authoritarianism

5   in this country.  And I urge your I vote.  Thank

6   you, Assemblymember Ahrens.  Assemblymember

7   Berner, you are recognized.

8       MEMBER BERNER:  Thank you.  I rise in

9   support of ACA 8.  For this simple, Californians

10  should be given the right to choose.  The right

11  to choose, to fight partisanship with

12  partisanship, the right to do something rather

13  than nothing, and the right to have a voice.

14  Let's be clear.  There's only one reason a

15  sitting President calls for states to stack

16  Congress in his favor for five years.  When our

17  grandchildren look back in a few decades, I want

18  Californians to be able to say that they had a

19  voice, they did something and they had a choice.

20  I respectfully urgent I vote on ACA 8.

21      MR. SPEAKER:  Assemblymember Berner,

22  Assemblymember Ransom, you are recognized.

23      MEMBER RANSOM:  Thank you, Mr. Speaker.  I

24  rise today because democracy is on the line.

25  Freedom is on the line.  Liberty and justice is
    on the line.  Free and fair elections for all is

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025                81

```
 1   on the line today.  I don't know about anyone
 2   else, but I was raised to stand up for people who
 3   could not stand up for themselves.  We can't just
 4   be bystanders when bullies come to push us
 5   around, especially when people already don't have
 6   a voice.  That's what the people elected us to do
 7   and that's what this is all about.  We're not
 8   forcing anything down anyone's throat.  We are
 9   giving Californians a choice.  Do you want to bow
10   down or do you want to fight back?  ACA 8 gives
11   the voters, the people that we represent, the
12   decision making power.  To those who suddenly
13   have so much to say.  I have to say that I have
14   been baffled by the silence that we have heard.
15   It's been very loud.  Where was all of the noise
16   when the President and Congress slashed federal
17   funding, cut Medicaid, imposed tariffs that hurt
18   small businesses?  Where was the noise?  There's
19   been complicity as the Constitution has been
20   undermined as partisan gerrymandering.  Maps have
21   been pushed on the people in Texas, which
22   ultimately affects the entire United States.
23   Where was all the noise while America was being
24   hijacked?  Today, with all of the objections and
25   with all of the noise, I'm clearly concerned that
     it Is our job to stand up and to speak out?  We
```

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                  82

1    must ask, can you tell us, please?  What I've not

2    heard is why are we so afraid to give the voters

3    a choice?  What are we so afraid of?  And we

4    should also ask, with all the tears to protect

5    the president's gerrymanding plan, where were all

6    the tears for the poor people, the people who

7    have been silenced?  People are suffering and

8    dying because we need to lead.  People are not

9    leading and that hurts America.  So we have a

10   voice and we have a choice.  Do we deny the

11   citizens a chance to have democracy, freedom,

12   free and fair elections, and liberty and justice

13   for all?  Like we say when we stand up and we

14   pledge allegiance to this same flag when we come

15   into this chamber, this is about citizens that

16   are being terrorized.  When those who are being

17   bullied need someone to stand up, California is

18   not going to sit down and be a bystander.  If you

19   want to be taken seriously, you need to be able

20   to explain to us why you don't want to give this

21   to the voters.  The rules have been changed, and

22   that means we have to act accordingly.  We have a

23   choice.  Do we want to allow the entire nation to

24   be disenfranchised, or do we ask the citizens of

25   California to lock arms with us and to march
     forward to save democracy in the world where the

```
 1   US has now become an authoritarian government and

 2   has adopted the strategies of dictators to rig a

 3   system?  I say that it's our duty to give it to

 4   the voters so that we can have a chance to fight

 5   back on behalf of the citizens of the United

 6   States.  And I respectfully ask for your.  I

 7   vote.

 8       MR. SPEAKER:  Thank you, Assemblymember

 9   Ransom.  Assemblymember Avila Farias, you are

10   recognized.

11       MEMBER FARIAS:  Thank you, Mr. Speaker.  I

12   rise as a proud co author of ACA 8.  For years,

13   Trump's administration has targeted our state,

14   holding California wildfire and disaster relief,

15   hostage taking food out of the family's mouths by

16   cutting SNAP benefits, terrorizing immigrant

17   communities with brutal raids and no due process,

18   and kidnapping our community members, imposing

19   tariffs that have punished the working families.

20   And now Trump and his allies, his domestic

21   terrorists, are trying to dismantle democracy

22   with California's redistricting proposal.  We're

23   not racing to the bottom.  We're drawing the

24   line.  While Republican led states rampartisan

25   maps in secret, we're doing the opposite.  Voters
     made it clear they want independent
```

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                    84

1    redistricting, not partisan power grabs.   For

2    those who know me, I have dedicated much of my

3    public service to protecting the right to vote

4    and to ensure that historically disadvantaged

5    communities enjoy a voice at the TABLE Every

6    state should have an independent redistricting

7    commission.   And guess what?  This measure, we

8    still do.   But let's be clear.   We're also

9    defending against the coordinating power grab.

10   This isn't politics as usual.   This is an

11   emergency.   This is an emergency for our state.

12   This is an emergency for our country.   It's an

13   emergency to protect our democracy.   California

14   will always defend the right to vote.   And we

15   will.   And the will of the people.   Unlike Texas,

16   we won't be silenced.   That voice.   We will send

17   the issue to the ballot box where it belongs.

18   California voters will see maps.   California

19   voters will decide.   California will not back

20   down.   We will protect our vote, our voice and

21   our values.   Thank you.

22       MR. SPEAKER:   Thank you, Assemblymember Avila

23   Farias.   Assemblymember Michelle Rodriguez, you

24   are recognized.

25       MEMBER RODRIQUEZ:   Mr. Speaker, I wasn't
     going to talk on this bill today and I'm still

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025                    85

1   not.  We just needed a little break and Get our

2   minds on something else.

3       MR. SPEAKER:  Thank you, Assemblymember

4   Rodriguez.  Assemblymember Davies, you are

5   recognized.

6       MEMBER DAVIES:  Thank you, Mr. Speaker.

7   Members, I just have a simple question for you.

8   In your hearts, do you honestly believe this aca8

9   is the right thing to do?  For a second, let's

10  ignore the partisan noise.  I think we can all

11  agree gerrymandering anywhere is wrong.  It's not

12  hard or controversial to say that.  Imagine what

13  we could fund with $235 million.

14      MR. SPEAKER:  We could use pardon decorum in

15  the chamber, please.  Let's respect the speaker.

16      MAJORITY LEADER GARCIA:  Thank you, Mr.

17  Speaker.  We could use this money to help with

18  the state's insurance crisis or pay raises for

19  first responders.  Members, let me remind you

20  that our independent redistricting commission

21  held 196 public meetings, had 3,800 public

22  comments and received 32,000 written submissions.

23  Compare that to the process where Californians

24  had four days to view the public maps and submit

25  comments through a portal and had one assembly
    hearing to voice their support and opposition.

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025                    86

1    That wasn't even put into record.  Has anyone in

2    this chamber ever seen the 16,000 written

3    comments we have supposedly received on this

4    issue?  Anyone?  Need I remind you that voters

5    approved the commission drawing congressional

6    districts via Prop 20 with 61% of the votes.

7    Californians gave our government a mandate that

8    it should be everyday citizens who will be given

9    the power to draw fair maps using these six

10   principles.  Population equality, compliance with

11   Federal Voting Rights act, geography and geodic

12   geographic integrity and geographic compactness.

13   And lastly to nest state Senate and Assembly

14   districts into compact areas.  Democrats,

15   Republicans and Independents came together

16   believed politicians should not draw their own

17   maps.  On a personal note, let me tell you how

18   ACA 8 will affect Assembly District 74.  This

19   proposal splits my assembly district into three

20   congressional districts and divides communities

21   of interest and goes against the principles of

22   geographic integrity.  That's absurd.

23   Communities of interest are supposed to remain

24   together.  What does a desert community have in

25   common with a suburban city?  You have chosen to
     stifle the voices of California.  You say you

```
1    know what is best.  Well, I believe that their

2    voices matter.  I hear.  Listen.  Listen to the

3    people.  Well, that's what I do.  I listen to the

4    people.  It's not my agenda, it's their agenda.

5    Through lcms, I sent out a five question poll.

6    My district is the most purple and balanced

7    district in the state.  So you should be all

8    interested in these results.  The first question

9    that was asked stated, currently California has

10   an independent citizens redistricting commission

11   that draws election district mats.  Do you think

12   redistricting should be done by an independent

13   commission?  The legislature are unsure.  These

14   answers might surprise you.  65% of Democrats

15   favored an independent commission, 96% of

16   Republicans favored an independent commission,

17   and 92% of independents favored an independent

18   commission.  The second question that was asked

19   stated, how important is it to that the

20   redistricting division be made through a process

21   that is open to the public and allows for

22   community input?  78% of Democrats said very

23   important, 97% of Republicans said very

24   important, and 96% of independents said very

25   important.  At the beginning of this year and
     session, it was very clear what the concerns of
```

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025                88

1    Californians were.  30 seconds they needed from

2    this legislature.  I think everyone agreed the

3    people know what's right and what's wrong.  And

4    in my district they have responded and told me,

5    Mr. Speaker, question to.

6        MR. SPEAKER:  The author without objection.

7    Your time is about to elapse.

8        MAJORITY LEADER GARCIA:  Yep, just finish up

9    here.  My final question to the author is did you

10   or do you know anyone that signed an NDA?  Thank

11   you.

12       MR. SPEAKER:  Thank you, madam.  Thank you,

13   Ms. Davies.  Assemblymember Rogers, you are

14   recognized.

15       MEMBER ROGERS:  Thank you so much, Mr.

16   Speaker.  I agree with many of my colleagues.  We

17   know that gerrymandering is bad for

18   representative democracy.  Our system was built

19   on checks and balances.  And unfortunately, right

20   now we have a TEMU dictator in the White House

21   and we have a Congress that has completely

22   abdicated their responsibility to act as that

23   check on that dictator.  And I do not for a

24   moment want us to leave here with sound bites of

25   sanctimonious pearl clutching from my colleagues
     about protecting Californians without making sure

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025                89

```
 1    we talk about what our legislature has been doing

 2    this year to protect Californians.  Not one of my

 3    colleagues across the aisle has condemned the

 4    president for turning our Military against our

 5    own people in LA and in D.C.  not one of my

 6    colleagues across the aisle condemned the

 7    President for sending armed thugs to a press

 8    conference that the governor and the legislature

 9    was having last week in an act of intimidation.

10    Not one of my colleagues across the aisle has

11    condemned the President for being in the Epstein

12    files.  Not one of my colleagues across the aisle

13    has condemned the president for withholding funds

14    for fire victims in California.  If we're going

15    to talk about protecting Californians, we're

16    going to talk about how this legislature is

17    protecting Californians.  To quote and paraphrase

18    Ben Franklin, it's a democracy if they choose to

19    keep it.  Every time we go to the ballot box, we

20    get to choose if we are going to fight for

21    democracy.  And this November, Californians and

22    Democrat Democrats in California are going to

23    fight for democracy.  Thank you, Assemblymember

24    Rogers.  Assemblymember Fong, you are recognized.

25        MEMBER FONG:  Thank you, Mr. Speaker.  I
      rise as a proud co author of ACA 8 and its
```

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                    90

1    importance in defending our democracy.  We didn't

2    ask for this fight and we need to fight back

3    against President Trump's power grab.  This is

4    more about defending our democracy and making

5    sure that every voice counts.  This is our chance

6    to stand up and raise our voices to fight for our

7    democracy.  The stakes couldn't be higher.  The

8    President federal administration is denying

9    wildfire relief, targeting our diverse immigrant

10   communities, targeting our number one public

11   university with an extraction request of $1

12   billion and pulling millions off of health care.

13   We will stand up and we will defend the Voting

14   Rights act and protect our historically

15   marginalized communities.  We must fight fire

16   with fire and we will let the voters decide.

17   That is democracy at its best.  I strongly urge

18   an I vote on acai.  Thank you.  Thank you,

19   Assemblymember Fong.  Members, this is a last

20   call to raise your microphone if you are going to

21   be speaking on ACA 8.  Last call, please.

22   Assemblymember Jeff Gonzalez, you are recognized

23   colleagues.

24        MEMBER GONZALEZ:  Today I rise in complete

25   and utter disappointment.  We're about to
     potentially waste $230 million to undo something

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                    91

1    Californians already decided on in 2010, that an

2    independent commission, not the governor and not

3    the legislature, should draw district lines.  The

4    majority of Californians don't want this.  Yet

5    here we are.  I'm exhausted that this is what

6    we're choosing to spend our time on.  This body

7    has all the power to make the lives of

8    Californians better.  And Californians are sick

9    and tired of watching us come to this floor week

10   after week with no solutions to the crises that

11   are faced that we're facing.  We as a body are

12   out of Touch with the issues raging in our state,

13   from affordability, health care to the housing

14   crisis to homelessness.  As a marine corps

15   veteran, it sickens me to know that men and women

16   who I fought alongside are sleeping on the

17   streets.  We can fix that, but we aren't.

18   Instead, the governor and members of this body

19   are playing partisan politics.  Let me be clear.

20   Californians in my district tell me every day

21   they feel forgotten by.  By this body.

22   Forgotten.  Let me be clear about that.  You see,

23   in my district, the needs are urgent and real.

24   Palo Verde Hospital in Blythe is on the brink of

25   closure.  I requested 4 million in emergency
     funding to keep it operating a lifeline that was

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                    92

1   not fulfilled.  As a result, the hospital now

2   faces an uncertain future, and residents of

3   Blythe could soon be forced to travel over 100

4   miles just to access emergency care.  This is not

5   just a health care issue.  It's a public safety

6   crisis.  In Imperial county, the last sugar beet

7   plant, Spreckles, has shut down, wiping out over

8   700 jobs in a county that already suffers a 20%

9   unemployment rate.  And.  And yet instead of

10  focusing on jobs, we're debating on

11  gerrymandering.  At Ironwood State Prison in

12  Blythe, leadership is doing incredible work

13  rehabilitating incarcerated people with programs

14  that gives men something to look forward to.

15  Imagine what a fraction of this money could do

16  there.  In the mountain communities from

17  Winchester to Anza, families live with a constant

18  threat of wildfires.  We should be filling

19  reservoirs and doing real forest management, but

20  we aren't.  I've heard arguments in these halls

21  that just because Texas is doing it, we should

22  too.  That the White House is holding onto money

23  that should go to California and democracy is in

24  flames.  Colleagues too.  Wrong zone.  Make a

25  right like my colleagues, that if democracy is on
    the line, then California should be strengthening

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025                93

```
 1   it, not rigging it for political gain.  Hundreds
 2   of millions of dollars could be directed towards
 3   fighting food insecurity, helping organizations
 4   like FIND and the Imperial Valley food banks who
 5   are doing God's work every single day and serving
 6   the most vulnerable in our communities.  We
 7   cannot claim to serve the people while
 8   prioritizing the their most basic needs.  And I
 9   could go on.  Families in Imperial, Riverside and
10   San Bernardino county can't afford gas,
11   groceries, childcare.  Parents are choosing
12   between filling their gas tanks or their fridge.
13   That's the reality my district is living with
14   every single day.  So let me ask why are we
15   wasting time and money on reckless measures that
16   that is being pushed down onto Californians from
17   those at the highest levels of government in our
18   state?  You know, when I was at war.  At least I
19   was able to see the threats coming at me.  But
20   here in Sacramento, I have no idea about the
21   backroom deals.  I still can't get answers as to
22   who actually drew the lines.  I ran for office
23   because of my son, RJ who has cerebral palsy.  He
24   can't speak for himself.  So I ran to be his
25   voice and the voice for his families.  And we
     fought together to take back in home supportive
```

1    services.  We work together to do that.  We can

2    do so much more.  We can get so much more done.

3    So, colleagues, I end by saying this.  Let's rise

4    up.  Let's work together to fix the problems in

5    our state, because we can do it.  I've seen it

6    done.  So let's make this happen.  Thank you,

7    Assemblymember Gonzalez, Assemblymember Arambula,

8    you are recognized.

9        MEMBER ARAMBULA: Thank you, Mr. Speaker and

10   members, for the opportunity to present on this

11   floor.  I don't oftentimes speak, but I felt

12   called today to be able to share some words.

13   Just yesterday, an icon of this great country

14   reminded me of our family's roots that began in

15   Tejas.  My my father being born in Brownsville,

16   Texas, in 1952, during a particularly racist and

17   xenophobic period in American history, a time

18   that was known as Operation Wetback, what is

19   still to this day America's largest mass

20   deportation event, an event that helped to sweep

21   up my father, who is an American citizen, and

22   deported our family to Mexico.  That we learned

23   that there are states that value and give dignity

24   and respect to all who called that state home and

25   states that do not.  And so we migrated to the
     great state of California, to Delano, where it

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                95

1    was Dolores Huerta who reminded me yesterday that

2    we were fighting for dignity and respect when it

3    was UFW.  My father, who I spoke about earlier,

4    also had the honor of serving, serving in this

5    institution where he had an independent streak.

6    Now, back in 2008, he was one of those Democrats

7    who, along with Republicans, voted for the

8    independent redistricting commission to go before

9    the people.  And so it is with great pride that

10   many of us have been watching their work and

11   honored by the service of those who wish to serve

12   on that commission.  And I too was watching each

13   one of those hearings and impressed with what was

14   happening in 2020.  But I had dinner with my

15   father this past weekend and I spoke with him

16   about that vote.  And he reminded me that today's

17   electorate looks different than when he made that

18   vote nearly two decades ago, that today's

19   democracy looks different than it was two decades

20   ago.  And that fundamentally representation is

21   about returning Resources, the taxes that we pay.

22   And for those of us who come from poor areas, who

23   represent poor people, we are not getting our

24   fair share.  And the representation that we have

25   in Congress is not returning resources.  That
     big, beautiful bill was bad for our communities.

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025                96

1   And despite my ideals of wanting to fight for

2   independence and redistricting, we must make sure

3   we're getting our fair share of resources.  And

4   so that means that you have to stand up against

5   your ideals and stand up for your morals.  You

6   have to stand up for a community who too often

7   doesn't get represented here in the people's

8   house.  And so I will put my ideals to the side

9   and instead stand up for our morals.  But it

10  comes with a warning that this institution might

11  not be able to resist the temptation to come back

12  here again, and that we have to make sure that we

13  are fundamentally believing that we can maintain

14  that independent redistricting commission.  So I

15  will tell you, while I share that fear, what I

16  put my faith in.  I put my faith that there's

17  someone here in the great state of California who

18  one day will be walking around being the

19  President of the United States and the White

20  House, and that our governor then will be able to

21  pass federal independent redistricting commission

22  for all states.  And by doing that, we can have a

23  balanced, level playing field where every single

24  person counts and we have representation that is

25  returning resources for our communities.  I put
    faith in the people of our state to decide their

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025                    97

1    future.  That while we might not have been a

2    state when our nation was created, we are the

3    bearer of its future.  It is incumbent on us to

4    rise up and to defend our democracy.  I

5    respectfully ask for an I vote.  Thank you,

6    Assembly Member Arambula.  Assembly Member

7    Tangipa, you are recognized.

8         MEMBER TANGIPA:  Thank you, Mr. Speaker.

9    This measure before us is neither bold nor

10   principled.  It is, in plain terms, a blatant

11   attack on the most transparent process our state

12   has ever had for drawing congressional districts.

13   It undermines what has become the gold standard

14   for the nation, the Independent Citizens

15   Redistricting Commission.  The commission was

16   created to restore fairness to ensure

17   representation in California is not based on

18   which party controls the government, but on

19   principles of independence, transparency, and

20   community.  And it worked.  Californians can look

21   at their districts today, and they know that they

22   were not manipulated for partisan advantage.  And

23   now, in just four days, with two rushed committee

24   hearings and almost no opportunity for real

25   public comment, we are on the verge of throwing
     all of that away.  Let me remind this body.

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025                98

1   During committee hearings, one of our colleagues

2   brazenly admitted that this entire thing was

3   about partisan gerrymandering.  Admitted partisan

4   politics.  This was a direct response to the

5   question about protecting voters and underserved

6   communities.  Not a word about fairness, not a

7   word about transparency.  An open admission to

8   partisan gain.  So how can we stand in this

9   chamber and criticize Texas, Florida or other

10  states for gerrymandering when we've joined them

11  in the same practice?  How can we demand fairness

12  in the courts or before Congress when we're

13  willing to sacrifice it here at home?  We have

14  lost all credibility.  Let's not forget this is

15  not free.  We are wasting money and resources on

16  an election that that is unnecessary and

17  unwanted.  Every dollar spent on this political

18  stunt is a dollar not spent on addressing the

19  cost of living crisis or wildfires, not spending

20  on improving our schools, not spent on keeping

21  our communities safe, and not spent on expanding

22  healthcare access.  Californians never asked for

23  this election.  What they did ask for was a fully

24  fund Prop 36, which this legislature failed to

25  do.  What they asked for was for us not to ration
    medi cal because Californians and families are

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                      99

1    dying.  Dying.  We were told at the start of this

2    session that our priority was addressing cost of

3    living.  Yet I haven't seen any bills rushed

4    through four days to lower utility rates, to make

5    housing more affordable, to bring down our food

6    prices.  But when it comes to the bills that

7    serve political ambition, suddenly four days is

8    plenty of time.  Suddenly co authoring bills

9    without even reading them is no problem.  This

10   isn't just bad policy.  It flies in the face of

11   established fact.  Study after study shows

12   gerrymandering reduces federal dollars coming to

13   our communities, depresses voter turnouts,

14   disenfranchises us and and even leads to lower

15   wages.  None of that helps Californians who are

16   already stretching every single penny thin.  None

17   of it helps to cover rent, grocery gas.  None of

18   that helps the families that are deciding whether

19   to pay for medicine or if they can afford their

20   utility rates or if they can make an insurance

21   payment or if they can afford to even buy a house

22   for the next generation.  None of it.  These

23   facts again highlight my concerns with our

24   spending problem and leveraging the future.  Ten

25   to $30 billion structural deficit is what we were
     told with the LAO and the Department of Finance.

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025                     100

```
 1   That is year over year all the way to 2028.  If
 2   we don't stop this reckless spending on measures
 3   like this, we're going to drain what's left of
 4   our rainy day fund and we are going to have to
 5   make significant, significant cuts for
 6   Californians and you are saying for partisan
 7   gain.  It is worth it for families that are
 8   dying.  To me, the message from the majority
 9   party is clear.  Principles and independence only
10   matter when it's politically convenient.  And
11   Californians can do worse.  Better.  30 seconds.
12   Shameful.  The level of Trump derangement
13   syndrome in this party is debilitating our
14   ability to govern properly.  It is being claimed
15   that the reason reason for this bill is to combat
16   authoritarianism.  Before redistricting, before
17   the big beautiful bill, before any cuts were
18   implemented, it was this legislature that
19   stripped the minority of the committees because
20   they spoke out in opposition.  It was this
21   legislature that restricted our time.  The real
22   authoritarian problem is in the mirror.  The.
23   What about him?  Thank you, assembly member Tony.
24   Everywhere else.  Thank you, Assemblymember.  The
25   youngest member of this committee, Assemblymember
     Harbidian.  You are recognized.
```

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025                    101

1        MEMBER HARBIDIAN:  Thank you, Mr. Speaker.

2    There's an old adage for lawyers that when the

3    law is on your side, you pound the law.  When the

4    facts are on your side, you pound the facts.

5    When neither the facts of the law are on your

6    side, you pound the table.  And I'll tell you, my

7    friends on the other side of the aisle, we've

8    been hearing a lot of pounding the table today.

9    Most of what we heard, including what we just

10   heard, was completely hyperbolic and devoid of

11   fact.  And with all the bluster, let's be clear

12   about the admission of partisan gain.  There is a

13   representative that will go down in history in

14   Texas, one by the name of Representative Todd

15   Hunter, who admitted that this was nakedly

16   partisan.  What happened in Texas, and I quote,

17   the underlying goal of what happened In Texas, as

18   Mr. Hunter said of this plan, is straightforward

19   to improve Republican political performance.

20   That is the admission of partisan objectives that

21   we should be focused on.  That is the admission

22   of gerrymandering.  That why we are here today.

23   And for every friend across the aisle that stood

24   up today, including my friend from Fresno that

25   has held up independent commissions for
     redistricting as the model.  When my friend From

```
 1   Merced introduced AB 1441 for independent

 2   redistricting in her district, every single one

 3   of you voted against it.  So save it.  This is

 4   about one thing.  It's about one man trying to

 5   control California, trying to control our

 6   country.  We will not bend, we will not break.

 7   And we will do everything in our power to save

 8   California and save our country.  This is one of

 9   the proudest moments of my short term as a

10   legislator here.  It's one of the easiest votes

11   that I will take and I will be very proud when

12   the California people who ultimately make this

13   decision actually help us save our country.  I

14   request AN I vote, Mr. Speaker.  Thank you,

15   Assemblymember Harbidian.  Assemblymember Hoover,

16   you are recognized.

17      MR. HOOVER:  Thank you, Mr. Speaker.  I

18   agree with my colleague from Lynwood that this is

19   not a fight between Democrats and Republicans.

20   In fact, redistricting has never been a fight

21   between political parties.  It has always been a

22   fight between the people and power hungry

23   politicians and friends.  This did not start in

24   Texas.  For over 200 years, politicians have used

25   gerrymandering to choose their preferred voters,
     protect their own political interests, and avoid
```

```
 1    accountability.  And let's be clear, it is wrong

 2    when this is done by either party.  In fact, many

 3    of the points raised by my colleagues on this

 4    floor today highlight the harms of partisan

 5    gerrymandering and underscore exactly why

 6    politicians should not be drawing their own maps.

 7    That is why I was proud when California citizens

 8    chose a better path forward.  A system where

 9    politicians no longer choose their voters, but

10    one where the voters get to choose their

11    politicians.  Our Citizens Redistricting

12    Commission is a model for the nation and a model

13    that should be adopted nationwide to end all

14    partisan gerrymandering once and for all.

15    Despite Governor Newsom's insistence that ACA 8

16    preserves this model, make no mistake that it

17    undermines the will of the voters and forever

18    tarnishes California's legacy as a leader on

19    independence redistricting.  You are all correct

20    that the voters will get a say once again if this

21    passes today.  And I truly believe that they will

22    see through this veiled attempt to return power

23    to the politicians.  As of this week, polls

24    already show that 64% of Californians do not

25    support the proposal before us today.  So I urge
      you to reject this race to the bottom, to stand
```

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025                     104

1   on principle and vote no on ACA 8.  Thank you,

2   Assemblymember Hoover.  Assemblymember Kalra, you

3   are recognized.

4       MEMBER KALRA:  Thank you, Mr. Speaker.  It's

5   really tiresome to hear these sanctimonious cries

6   from the opposition to this measure.  For the

7   past several weeks and even months, as Trump has

8   been clamoring for more and more power, talking

9   about having a third term and then very directly

10  demanding seats be given to him that he's

11  entitled to from Texas.  We didn't hear our

12  Republican colleagues say a word about that.

13  When it's their party in control of Congress,

14  their party in control of the White House.  That

15  fight was brought to us and we didn't hear

16  anything about redistricting and, and fairness at

17  all until today when it's brought to our doorstep

18  and we have to now stand up to defend our

19  democracy against a tyrant.  And these crocodile

20  tears about, oh, what about the children, oh,

21  what about the health care when not any one of

22  Them spoke about this big ugly bill that was

23  passed that's going to take over over a trillion

24  dollars away from Medicaid, millions in snap

25  giving food to children and seniors.  They talk
    about a cost of an election.  They never talk

1    about a cost of an election when time and again

2    they try to recall the governor.  We didn't hear

3    about cost of election then, but we hear about it

4    now.  What is the cost of election?  Oh, about

5    the cost of one.  Trump Ballroom.  So let's be

6    real about what we're talking about when we talk

7    about getting on your knees.  You talk about

8    taking and bending the knee.  You're bending the

9    knee to a tyrant.  And we will not have any

10   kings.  We will have no kings in America.  Not as

11   long as California exists.  Not as long as we

12   have the ability to fight back.  We will not have

13   a king.  You all are choosing your supreme leader

14   over your own constituents.  You're choosing your

15   supreme leader, Trump over children that are

16   going to lose health care and food.  You are

17   making that choice and we're standing up against

18   it.  We're not going to stand up for trillions in

19   tax cuts for billionaires.  We're going to stand

20   up for democracy.  We are going to go down

21   fighting for our democracy.  And we'll let you be

22   on the wrong side of history, Republicans.

23        MR.  SPEAKER:  Thank you.  Assemblymember

24   Kara.  Members, this is the second and final

25   request.  Anyone who wishes to speak must raise
     their microphone now.  They do not, will not be

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                    106

1    recognized.  Speaker Reavis, you are recognized.

2         MEMBER REAVIS:  Well, thank you, Mr.

3    Speaker.  Protam.  Quite the year we have had

4    here.  2025.  I'm proud of this chamber.  I'm

5    proud of my colleagues for meeting this moment

6    with courage.  President Trump wants us to be

7    intimidated.  And his playbook is a simple one.

8    Bully, threaten and silence, then rig the rules

9    to hang onto power.  And we are here today

10   because California will not be a bystander to

11   that power grab.  We are not intimidated and we

12   are acting openly, lawfully, with purpose and

13   resolve to defend our state and to defend our

14   democracy.  And look, Donald Trump, he does not

15   believe in democracy.  He is terrified of losing

16   and he will do whatever it takes to cling onto

17   power.  We saw this on January 6 when he

18   unleashed a violent mob on our nation's capital

19   and he did this to overturn an election.  We saw

20   it yesterday in the state of Texas where

21   Republicans advanced a mid decade map designed to

22   flip a up to five congressional seats and lock in

23   a partisan edge in the U.S.  house of

24   Representatives at President Trump's order.

25   Again, this is the same dangerous playbook.  If
     Trump can't win fairly.  He'll try to make it

1   impossible for Republicans to lose.  And why?

2   Because Donald Trump knows what we know.  Voters

3   are ready to hold him accountable from California

4   to New York, from north to South.  But of course,

5   President Trump, he doesn't want to be held

6   accountable for his failures in an election,

7   especially the next one, and that's why he is

8   trying to rig it.  And of course, our Republican

9   colleagues in this chamber don't want their party

10  to be held accountable by voters, and certainly

11  not in California.  Accountable for ripping away

12  $1.25 billion billion dollars from our state for

13  food assistance for hungry kids, hungry children,

14  our most vulnerable families.  Accountable for

15  the millions of Californians who will lose their

16  health care coverage because of this president.

17  Accountable for the cuts to our disaster

18  preparedness while our communities burn and

19  flood.  Accountable for the communities in our

20  state torn apart by ICE raids.  Neighbors,

21  friends, the people who put food on our tables,

22  shoved into unmarked vans by men wearing masks,

23  taken without warning or due process.

24  Accountable for tariffs that are driving up our

25  grocery prices every single, single day.
    Accountable for corruption that makes Trump, his

1   family and his friends richer while everyone else

2   struggles to get by in California.  In

3   California, we will do whatever it takes to

4   ensure that voters, not Donald Trump, will decide

5   the direction of this country.  This is a proud

6   moment in the history of this Assembly.

7   Californians, we believe in freedom.  We will not

8   let our political system be hijacked by

9   authoritarianism.  And today, we give every

10  Californian the power to say no.  To say no to

11  Donald Trump's power grab and yes to.  To our

12  people, to our state and to our democracy.  Mr.

13  Speaker, I proudly ask for an I vote.  Thank you,

14  Mr. Speaker.

15       MR. SPEAKER:  All debate having ceased.

16  State your point, assembly member Gallagher.

17       MR. GALLAGHER:  Mr. Speaker, in the past and

18  actually earlier today, you've said that.  State

19  your point of order.  Assemblymember Gallagher,

20  you have said that votes are to suspend the

21  Constitution.  ACA 8 specifically says,

22  Notwithstanding provisions of the state

23  constitution.  So when we vote on this, would you

24  please reference it as a vote to suspend the

25  Constitution as you have done previously.
    Moment, Mr. Gallagher.  Point is not well taken.

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025                     109

1   Assemblymember Gallagher, this is a vote to put

2   the measure on the ballot for the people of the

3   California, of the state of California.  It is

4   not a suspension of the Constitution.  All debate

5   having ceased, Clerk will open the roll.  All

6   members vote who desire to vote.  All members

7   vote who desire to vote.  All members vote who

8   desire to vote.  Clerk will close the roll.

9   Tally the votes.  Ayes 57.  Nose 20.  The measure

10  passes.  The measure is adopted.  Media

11  transmittal to the Senate not.  Objection.

12  Members.  We actually have a very special guest,

13  historic Californian is visiting us today and

14  we're going to take an opportunity to take a

15  quick break from business on the Daily File and

16  recognize Assemblymember Wicks for her guest

17  introduction and Assemblymember Banta for her

18  guest introduction.

19       MEMBER BANTA:  Thank you, Mr. Speaker and

20  colleagues.  I rise today to recognize one of the

21  greatest athletes of all time.  In addition to

22  being an Oakland native, a proud UC Berkeley

23  alumni.  That's right, a business owner, a

24  philanthropist, an actor, he's also the only man

25  who has ever single handedly caused an
    earthquake.  I am honored to introduce to you Mr.

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                    110

1    Marshawn Lynch.  He is a true renaissance man.

2    During his NFL career, Marshawn, nicknamed Beast

3    Mode, rushed over 10,000 yards, scored 85

4    touchdowns, earned five Pro bowl selections and

5    led the Seattle Seahawks to their first Super

6    bowl victory in 2014.  Since retiring, Marshawn

7    has continued to make a lasting impact off the

8    field.  From co founding the Fam First Family

9    Foundation, a non profit dedicated to empowering

10   youth through mentorship, to starring in a number

11   of movies, Marshawn has dedicated his career to

12   representing and uplifting his community.  He's

13   also involved in a variety of business ventures

14   including Beast Mode Apparel, Rob and Ben's

15   Sports Bar and Restaurant in Emeryville, Beast

16   Mode and Beast Mode Productions.  And of course,

17   we all know his love of Skittles.  Sorry, Mr.

18   Gabriel.  Please join me in giving a nice warm

19   California welcome to a leader, a legend in

20   sports, entertainment, business and community,

21   Marshawn Lynch.

22       MR. SPEAKER:  Welcome to the California

23   assembly members.  We have a few other welcomes

24   for Mr. Lynch.  Just a moment, just a moment.

25   Assemblymember Bonta and Assemblymember Tangipa,
     Assemblymember Banta, you are recognized.

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025                    111

```
1         MEMBER BANTA:  Thank you, Mr. Speaker.  I'm
2    honored on behalf of the beautiful people of
3    Oakland to welcome to the town our own Marshawn
4    lynch to the Capitol.  Before he was a Super bowl
5    champion, Marshawn's love for football was born
6    in Oakland and his talents on the field were
7    quickly recognized.  During his time time at
8    Oakland Technical High School, Marshawn would go
9    on to bring his fierce skills to Berkeley, the
10   Bills, the Seahawks and the Raiders.  Off the
11   field, Marshawn has never failed to show the love
12   for his hometown of Oakland, particularly as he's
13   seen working with his family fam First Family
14   foundation, embodying the true spirit of
15   California and the soul of the town.  As he
16   constantly outdoes himself.  Marshawn has even
17   made a name for himself on the silver screen in
18   smash hits like Bottoms, Freaky Tales and I Know
19   My kids are waiting to see what you'll bring this
20   next season.  With Euphoria, we want to thank and
21   love on our Marshawn lynch, because right now,
22   Oakland deserves the defender, the caretaker, the
23   champion that is embodied in our icon, Mr.
24   Marshawn Lynch.  Thank you for being here.
25        MR. SPEAKER:  And finally, Assemblymember
     Tangipa.
```

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025                    112

1          MEMBER TANGIPA: I just wanted to say really

2    brief.  Marshawn lynch and I, we had an amazing

3    mentor of ours, Coach Jeff Tedford, that taught

4    principles and values to us.  And you as a teddy

5    bear and me as a teddy dog.  We all know that

6    that man said it.  And shout out to kp, my

7    teammate at Fresno State, thank you.  Thank you

8    for coming and speaking to us and fostering the

9    next generation.  Because most people don't see

10   that.  They don't see what you do to the young

11   men out there.  And you tell them to buy in.  And

12   when you don't have a man in your life, you can

13   find a leader who will build that foundation for

14   you.  You did that for hundreds of thousands of

15   young men across the state that believe in you,

16   that found passion, that drove themselves when

17   they had nothing and no hope.  But one man

18   believed in us and changed our lives.  They did

19   that.  And you are leading that same example.

20   And I just wanted to say thank you and it's good

21   to see you.  Welcome to the California Assembly.

22   IT members, we have continued business on the

23   daily file.  We are now moving to the Senate

24   third reading file, item 145, SB 280, by Senator

25   Cervantes, presented by Assemblymember Pellerin.
     Members, can I have you take your desk, please?

1    Members, please take your desks.  Take your

2    conversations off the floor.  Leader Gallagher,

3    you are recognized.  Is this on the amendments?

4    Mr. Speaker, you're recognized, Leader Gallagher.

5        MEMBER GALLAGHER:  Thank you.  Mr. Speaker,

6    I do have amendments at the desk on SB 280.  This

7    amendment would require the proposed

8    congressional maps to be publicly available for

9    at least 131 days.  Mr. Gallagher, I'm going to

10   ask the clerk to read first, and then.  And then

11   I'll ask you to recognize you once again.  A

12   Clerk will read SB 280.  Senate Bill 280, with

13   amendments by Assembly Member Gallagher.  Set

14   two.  Assemblymember Gallagher, you are

15   recognized.

16       MEMBER GALLAGHER:  Yes.  Thank you again,

17   Mr. Speaker, this amendment would require that

18   the proposed congressional maps to be publicly

19   available for at least 131 days before the voters

20   make the decision on ACA 8.  This is about

21   putting people over politics.  Rushing through

22   maps without scrutiny is unacceptable.  By

23   requiring the maps to be publicly available well

24   in advance and in compliance with the

25   constitutional deadline of 131 days.  We protect
     the integrity of our democracy democracy and give

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025                    114

1    citizens ample time to review and challenge any

2    unfair boundaries.  We can't ignore the stark

3    contrast.  The commission's independent public

4    driven approach has delivered fair

5    representation.  But this legislative push

6    sparked by other politics threatens to drag

7    California into redistricting wars that

8    prioritize party power over people.  The

9    Independent citizens redistrict Commission held

10   over 100, actually over 200 meetings and welcomed

11   extensive input from voters on the communities

12   and needs ensuring a thorough and transparent

13   process.  These amendments to SB280 are essential

14   to ensure that there is enough input and review

15   time for voters to understand what they are

16   voting on.  This is a very complex matter.  These

17   are very intricate maps that cover the entire

18   state and people need to know what communities

19   have been split, what communities have, what

20   counties have been split out, what their

21   representation will actually look like.  So

22   giving California that time that they deserved,

23   much like they had during the commission's

24   exhaustive process, helps ensure that we have

25   fundamental fair review before those are voted
     on.  And I respectfully ask for your I vote on

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025                    115

1   this reasonable amendment.  Thank you.

2   Assemblymember Gallagher.  Majority Leader.

3   Madam Majority Leader, you're recognized.

4       MAJORITY LEADER GARCIA:  I move delay the

5   amendments on the table.

6       MR. SPEAKER:  Seconded by Assemblymember

7   Garcia.  This motion is not debatable.  It takes

8   a majority of those present and voting members.

9   This is a procedural vote.  Clerk will open the

10  roll.  All members vote who desire to vote.

11  Majority leaders asking for an I vote.  Leader

12  Gallagher is asking for a no vote.  All members

13  vote who desire to vote.  All members vote who

14  desire to vote.  The clerk will close the roll.

15  Tally the votes.  Ayes 48, nos.  19.  The

16  amendments are laid on the table.  Assemblymember

17  Demaio, you are recognized.

18      MEMBER DEMAIO:  Thank you, Mr. Speaker.  I

19  rise in strong opposition to SB 280 and have an

20  amendment at the desk.  Assemblymember Demaio

21  will.  We still need to open on the measure first

22  and then you will be recognized for the amendment

23  at the author.  There's an amendment at the desk.

24  Mr. Demaio, you're out of order.  Mr. Demaio, you

25  may approach the deus and speak with the chief
    clerk.  Your amendments are not here at the desk.

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025                116

1    Assembly member Pellerin.  Okay, we have.  We

2    have sets of amendments here.  Assemblymember

3    Castillo, we have your set of amendments.  Would

4    you like to speak on your amendments?

5    Assemblymember Castillo, you are recognized to

6    speak on your amendments.  Clerk will read the

7    amendments.

8        CLERK:  Senate Bill 280 with amendments by

9    Assembly Member Castillo.  Set one.  Assembly

10   Member Castillo, you are recognized.

11       MEMBER CASTILLO:  Thank you, Mr. Speaker.

12   Members, I am presenting these Amendments today

13   because California voters created the Citizens

14   Redistricting Commission for one clear purpose.

15   To take the power of drawing district lines away

16   from politicians and return it to the people.

17   Yet Governor Newsom and Democrat politicians are

18   seeking to redraw our maps without transparency

19   and public input.  What we see before us today is

20   exactly the kind of gerrymandering Californians

21   thought they ended when they approved the

22   Citizens Redistricting Commission in the first

23   place.  These amendments to SB280 make sure the

24   commission remains truly independent.  By making

25   it a misdemeanor for elected officials to
     communicate with commissioners about district

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025                117

1    lines, we close the door to backroom deals and

2    unethical political pressure.  If redistricting

3    is to happen, it should happen on the merits of

4    the needs of the people, not because powerful

5    politicians whispered in the ear of the

6    commission.  This is simply about trust.  The

7    public deserves to know what the maps they live

8    under are drawn fairly, not manipulated for

9    partisan advantage.  We stand here as elected

10   representatives of California, not Texas.  We

11   were sent here to protect the will of the

12   California voters.  This has nothing to do with

13   Texas.  I respectfully ask for your support on

14   these amendments to protect the will of

15   California voters.  Thank you for your attention

16   to this matter.

17       MR. SPEAKER:  Thank you.  Assemblymember

18   Castillo.  Madam Majority Leader, you are

19   recognized.  I moved.

20       MAJORITY LEADER GARCIA:  Lay the amendments

21   on the table.

22       MR. SPEAKER:  Seconded by Assemblymember

23   Garcia.  Members, this motion is not debatable.

24   It takes a majority of those present voting.

25   This is a procedural vote.  Clerk will open the
     roll.  All members vote who desire to vote.  The

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025                    118

1    Majority Leader is asking for an aye vote.

2    Assemblymember Castillo is asking for a no vote.

3    All members vote who desire to vote.  All members

4    vote who desire to vote.  Clerk will close the

5    roll.  Tally the votes.  Ayes, 55.  Noes, 19.

6    The amendments are laid on the table.

7    Assemblymember Gallagher Set 3.  You are

8    recognized for your amendment, sir.  The clerk

9    will read.  Excuse me.  Clerk will read.  Senate

10   Bill 280 with amendments by Assembly Member

11   Gallagher.  Set three.  Assembly Member

12   Gallagher, you are recognized.

13        MEMBER GALLAGHER:  Thank you, Mr. Speaker.

14   So this is the amendment that I was.  I was

15   speaking to earlier that was taken out.  So right

16   now, ACA8 does not have a trigger provision.  If

17   Texas were to move forward with redistricting,

18   that this would only go into effect if that

19   happens.  I am proposing this amendment to SB280

20   to make that the case.  And truly, if the debate

21   that we just heard is true, that we have to do

22   this because of what Texas is doing.  And by the

23   way, one House has passed the redistricting

24   measure.  Another House still has to pass it.

25   The Governor would Still have to sign it in
     Texas.  Put the condition in the bill.  If it's

1    truly about Texas and you're countering what

2    Texas is doing, then there should be a condition

3    on this ACA and this measure going forward.  If

4    you truly believe that, then you should support

5    this amendment.  And that's again another simple,

6    reasonable amendment I'm proposing to this

7    legislation.  I hope that this body will support

8    it and put your money where your mouth is.  Thank

9    you.  Assembly member Gallagher.  Madam Majority

10   Leader, you are recognized.

11        MAJORITY LEADER GARCIA:  I move delay the

12   amendments on the table.

13        MR. SPEAKER:  There is a motion by the

14   Majority leader.  Seconded by Assemblymember

15   Garcia.  Members, this is a procedural vote.  It

16   is not debatable.  Takes majority of those

17   present voting.  Clerk will open the roll.  All

18   members vote who desire to vote.  The majority

19   Majority leader is asking for an aye vote.  Mr.

20   Gallagher is asking for a no vote.  All members

21   vote who desire to vote.  All members vote who

22   desire to vote.  The clerk will close the roll.

23   Tally the votes.  Ayes.  55, nos.  19.  The

24   amendments are laid on the table.  Clerk will

25   read set four of the amendments.  Senate Bill 280
     with amendments by Assemblymember Tangipa.  Set

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025                    120

1   four summary.  Member Tangipa, you are

2   recognized.

3       MEMBER TANGIPA:  Thank you.  This amendment

4   is simple.  And if you voted for aca8 and the

5   maps it created or sorry and you're about to vote

6   on this, you shouldn't be allowed to immediately

7   run for those districts.  You shouldn't have a

8   vested interest in approving the measure.  And if

9   you truly believe that SB280 was about fairness,

10  then you should have no problem stepping back and

11  giving up the chance from benefiting from it.

12  This amendment closes that loophole.  It makes

13  sure the legislature legislators can't change the

14  rules one day and cash in on them the next.

15  Public service should come first before self

16  interest, period.  I ask that you support these

17  amendments and you prove that you don't have a

18  vested interest.  Thank you.

19      MR. SPEAKER:  Thank you.  Thank you,

20  Assemblymember Tangipa.  Madam Majority Leader,

21  you are recognized.

22      MAJORITY LEADER GARCIA:  I move to lay the

23  amendments on the table.

24      MR. SPEAKER:  Majority leader has moved to

25  lay the amendments on the table.  Seconded by
    assembly member Garcia.  Members, this is a

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025                    121

1    procedural vote.  Takes 40 majority of those

2    present in voting.  Clerk will open the roll.

3    All members vote who desire to vote.  Majority

4    leaders asking for an I vote.  Mr. Mr. Tangipa is

5    asking for a no vote.  All members vote who

6    desire to vote.  All members vote who desire to

7    vote.  Clerk will close the roll.  Tally the

8    votes.  Ayes 53, nos.  19.  The amendments are

9    laid on the table.  Now onto the bill in Chief.

10   The Clerk will read Senate Bill 280 by Senator

11   Cervantes and others inaccurating to election and

12   making it appropriation, therefore declaring the

13   urgency thereof to take effect immediately.

14   Assemblymember Pillorin, you are recognized.

15       MEMBER PILLORIN:  Thank you.  Good

16   afternoon, Mr. Speaker and members.  I rise to

17   present SB 280, a bill that is jointly authored

18   by Senator Cervantes and myself.  This bill calls

19   for a statewide special election on November 4th

20   of 2025.  This special election gives California

21   voters the opportunity to vote on a Congress

22   constitutional amendment.  Let me repeat that.

23   California voters, not elected officials, will

24   make the final decision.  ACA 8 as was presented

25   by my colleague from Menlo park, will allow for a
     one time temporary mid decade redistricting of

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                    122

1    our state's Congressional districts.  Not because

2    we want to, but because we want to allow voters

3    to to decide if they want to fight against the

4    horrific Trump policies that are harming their

5    families, businesses, communities and

6    institutions.  SB 280 also makes the necessary

7    statutory changes to allow for the election to be

8    held on time and to allow elections officials to

9    conduct a fair and transparent, secure and

10   accessible election.  As a former county

11   elections official, I can attest that the county

12   elections officials I know are the most

13   professional, well trained, dedicated group of

14   public servants I have ever met.  They have

15   proven time and again that they can deliver

16   elections with accuracy, integrity and

17   dedication.  From presidential contests held

18   during a pandemic to recalls held during

19   wildfires, they have risen to every challenge.  A

20   special election in November will demand

21   extraordinary effort and resources.  But I have

22   full confidence that with the proper state

23   support and under the leadership of our Secretary

24   of State and her team, they will once again

25   ensure that every voter has access, every ballot
     is secure and every voice is heard.  SB 280 also

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025                    123

1    includes language to ensure that counties are

2    made whole for the cost of conducting this

3    special election.  This provision was especially

4    important for me and I know that it's important

5    for counties of all sizes to quickly touch on the

6    issue of costs.  I know there's been concern from

7    some the of of my colleagues that having this

8    special election is not the best use of state

9    dollars.  Whatever it costs to conduct this

10   special election pales in comparison to the

11   massive economic harm by Trump on our state.

12   We've heard many people speak of it today.  His

13   tariffs have fueled higher prices.  Families are

14   paying more at the grocery store.  And yet he's

15   slashing billions of dollars from families food

16   assistance, leaving 735,000 Californians at risk

17   of losing calfresh.  He's cutting nearly a

18   trillion from Medicaid to pay for tax breaks.

19   For billionaires putting Medi cal coverage for 3

20   million Californians on the line.  And he's

21   holding back nearly a billion dollars for our K

22   through 12 schools.  Trump's mass arrests,

23   detentions, and deportations will cost the state

24   billions of dollars and eliminate $23 billion in

25   tax revenues.  Trump's policies slash science and
     climate funding, strip women's and LGBTQ rights,

1    cut support for veterans, seniors, and people

2    with disabilities, and target our communities of

3    color, undermining health, dignity, and

4    opportunity for the most vulnerable.  The list

5    goes on.  Trump's policies don't just hurt our

6    economy.  They hurt our families, our schools,

7    our health, and our future.  That is the

8    democracy we are fighting for.  It's the people.

9    A government of, for, and by the people.  The

10   cost of this election is pennies compared to the

11   price Californians are already paying for Trump's

12   failed policies.  But ultimately, California

13   doesn't have to spend a single dime on this

14   special election.  Our state's Republican

15   representatives in Congress can march over to the

16   White House right now, pick up the phone,

17   organize themselves, and tell the president to

18   stop what is happening in Texas right now.  Now,

19   his grab for five seats that he thinks he is

20   entitled to.  And they better act fast, because

21   we know that map has been passed by the House and

22   it's going to the Senate today.  As long as this

23   president thinks he's entitled to more Republican

24   seats in Congress, regardless of how the people

25   vote, and as long as Republican officials
     nationally are unwilling to stand up and to fight

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025                          125

1    for it and to preserve our democracy, then

2    California must give voters this opportunity to

3    decide whether to fight back against these

4    authoritarian tactics by approving the use of

5    these temporary congressional district maps.  I

6    respectfully ask for your.  I vote on SB280.

7        MR. SPEAKER:  Thank you, Assembly Member

8    Pellerin.  Assembly Member Demaio, you are

9    recognized.

10        MEMBER DEMAIO:  Mr. Speaker, permission to

11   use a prop.  We are not allowing props today, Mr.

12   Demaio.  Then why have you become props to

13   Governor Gavin Newsom's presidential campaign?

14   That is what SB 280 is.  An unnecessary special

15   election at a cost of a quarter billion dollars.

16   Why?  Because his campaign for president has been

17   going down in flames and he needs something to

18   prop up his chances.  Make no mistake about it,

19   this is a political stunt.  An unnecessary,

20   costly special election because Gavin Newsom

21   needs chum in the water for political attention.

22   You know it and I know it.  And you're allowing

23   state taxpayer money to be used for it.  My

24   friends across the aisle say that this is no more

25   than a special election, like the recall was in
     2021.  But let me tell you why there's a big

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025                    126

```
 1    difference.  The recall in 2021 was a citizen's
 2    right.  You may disagree with it.  I know you all
 3    likely voted against it.  But it is a right of
 4    the citizens to collect signatures and place
 5    items on the ballot and trigger a special
 6    election.  If you felt that this was necessary to
 7    overturn the 2010 citizens initiative, that took
 8    the power out of your hands to manipulate lines
 9    and that's what you're doing here.  That's what
10    ACA8 does.  Takes the power away from the
11    citizens commission and gives it right back to
12    the politicians so they can do what they've done
13    for the last 72 hours.  Go behind closed doors
14    and manipulate maps and draw lines and fashion
15    congressional districts for themselves or their
16    friends in the future.  If you wanted to do all
17    that, then you should have done a citizens
18    initiative campaign.  You should have collected
19    your signatures like the recall backers did.  But
20    you didn't.  Because you have no problem spending
21    precious scarce state tax dollars in the middle
22    of a budget crisis.  You say that we have to
23    defend dollars for California, but you have
24    wantonly wasted money.  For example, giving free
25    health care to illegal immigrants at the cost of
      $10 billion and counting.  $250 million applied
```

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025                    127

1   to our state budget may not make up for your

2   multi billion dollar deficit, but it's a start.

3   You know what $250 million would do?  It would

4   fully fund Prop 36 so that we could give power to

5   and tools to the prosecutors and the law

6   enforcement agencies to arrest and punish

7   criminals.  Voters voted for Prop 36, but you

8   refused to fund it from the party that says let

9   the voters decide and let's do what the voters

10  want.  Baloney.  You do what you want.  Might

11  makes right.  And that's exactly what you've done

12  for the last 72 hours by trampling over

13  constitutional provisions and violating House

14  rules.  And you talk about a fair election.

15  SB280 shortens the timeline necessary for an

16  election.  But because you have an urgency clause

17  there might makes right.  You change election law

18  and now you're going to slap a misleading ballot

19  title on.  You can't even win based on the truth.

20  You say you trust the voters, but you don't trust

21  them enough to tell them the truth.  Because your

22  ballot measure title. Because we've seen it.

23  We've seen your polling that the DCCC or someone

24  paid for.  Retains the Independent Citizens

25  Redistricting Commission.  Are you proud of
    yourselves?  Retains the Independent Citizens

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                    128

1    Redistricting Commission.  You are eviscerating

2    that commission.  You are nullifying that

3    commission.  You are suspending the voice of the

4    citizens.  And what they decided to grab the

5    power back for yourself.  And don't for a moment

6    call it temporary.  You know darn well that this

7    is permanent.  You will never give the power back

8    to the people once you seize it back from them.

9    30 seconds.  And finally you say that you're

10   going to respect the vote of the people.  Did you

11   do that with Prop 36 by fully funding it?  No.

12   Did you respect the vote of the people who put

13   Article 21 in our state constitution and said you

14   shouldn't have the ability to draw maps?  You are

15   drawing a map in violation of the state

16   constitution.  You don't care about what the

17   voters said.  You're disregarding it from 2010.

18   Oh, but they'll retroactively approve our

19   decision here, will they?  Give them an honest

20   ballot title.  You'll see what these voters.

21       MR. SPEAKER:  Thank you, Mr. DeMaio.  Thank

22   you, Mr. DeMaio. Mr. DeMaio.  That was pretty

23   funny.  I was so tempted to recognize birthdays,

24   but I refrained.  Assemblymember Gallagher, you

25   are recognized.
         MEMBER GALLAGHER:  Thank you, Mr. Speaker.

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025                    129

```
 1    I rise in opposition.  You know the scripture
 2    that I quoted earlier about turning the other
 3    cheek, It.  It is a hard word.  It's a hard word
 4    for me because all this week, all I've wanted to
 5    do is fight back.  And when you see something you
 6    think is wrong, that's your immediate gut
 7    reaction.  But that scripture is for me, and it's
 8    for everyone in this room.  And it may be hard,
 9    it may go against the grain, but it is
10    nonetheless true.  And I think what is also true
11    is that we have to stop saying that our democracy
12    is in peril.  And let me talk about that a little
13    bit more.  I've been hearing that since I was in
14    college.  I remember when George W.  Bush won the
15    election, and that was all you would hear.  Oh,
16    my God, our democracy is over.  He's a warmonger.
17    All these outlandish statements that we make
18    about our opponents, right?  To gin up the base,
19    to make.  To further polarization.  It really
20    started even back then on my side, when Obama got
21    elected, oh, my God, our democracy is over.  You
22    know, he's a communist plant.  He's probably
23    going to bring about communism, right?  To gin up
24    the base, right?  And then, of course, when Trump
25    got elected, oh, our democracy is over.  And yet
      we had an election, right?  And Joe Biden was
```

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                130

```
1    elected president.  Imagine that.  Our democracy

2    wasn't over, right?  And of course, on our side,

3    a lot of people upset as well.  We didn't like

4    what Joe Biden was doing.  I didn't like his

5    policies.  I Did not like his executive orders

6    that I thought were an overreach of executive

7    power.  I certainly called them out.  But our

8    democracy was not over, no, not by a long shot.

9    We didn't stop meeting in these halls as the

10   representatives of the people.  We didn't stop

11   doing those things.  People still voted,

12   elections still happened.  And Donald Trump was

13   re elected president in the last cycle.  I know

14   that that bothers you.  I know you don't like it,

15   but he was duly elected.  And our democracy is no

16   more in peril than it was back when George W.

17   Bush or when Barack Obama was elected or when Joe

18   Biden was elected.  So stop saying that because

19   it contributes to the problem, ginning everybody

20   up further polarization, more vortex of

21   polarization that we can't get out of.  That's

22   the problem.  We have a responsibility right here

23   in this building to pass just laws.  And now we

24   have a bill before us.  It is not just to suspend

25   election laws, to suspend the time that people
     have to review constitutional amendments, to
```

```
 1   shorten the time for when you're supposed to have
 2   elections, shorten the time when people have the
 3   ability to review and, and that give public
 4   input, to move through these bills in three days
 5   when you're supposed to have at least 30 days in
 6   print before you even hear them.  And you know
 7   it.  It's not just.  So don't pretend that it is.
 8   And here's another truth.  All the flowery
 9   language, all the defending democracy, standing
10   up, fighting for your democracy, all of that is
11   all subterfuge for this one principle.  Because
12   this is exactly what you were saying, that in
13   order to save democracy, we must dismantle it, we
14   must undermine it.  In order to preserve
15   representation, you must temporarily suspend it.
16   That principle has never been true and has always
17   led to despotism and authoritarianism.  But
18   you're following along, marching along right to
19   it, giving away power that belongs to the people,
20   subverting the Constitution, and then saying
21   you're doing it under the auspices of democracy.
22   30 seconds.  You know, I had no problem saying
23   that.  I think my president is wrong.  I agree
24   with a lot of his agenda, but I think he is wrong
25   on this point.  What I don't hear over there on
     this other side is that our governor is wrong and
```

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025                    132

```
1    you were silent.  Don't talk to me about

2    executive overreach when he didn't even let us go

3    worship in our churches.  And you said nothing.

4    When he shut down businesses, many of them Latino

5    owned immigrant businesses, you said nothing.

6    Thank you, Assembly member Gallagher --

7         MEMBER GALLAGHER:  -- So stand up for

8    executive overreach when it really Matters.

9         MR. SPEAKER:  Thank you, assembly member

10   Gallagher, state your point.  Assembly member.

11   Assembly Member Schultz, state your point of

12   order.

13        MEMBER SHULTZ:  Yep.  All right.  Thank you,

14   Mr. Speaker.  Just want to encourage everyone to

15   follow the rules and not impugn the integrity of

16   any member of the body.  I'm pretty sure I can

17   borrow another handbook here by my seatmate.

18        MR. SPEAKER:  Thank you, Mr. Schultz.  Thank

19   you, Mr. Schultz.  Your point of order is well

20   taken.  Members, I will remind you what I read

21   earlier, based in section 120 and 121.  Freedom

22   of speech involves obedience to all the rules of

23   debate.  The language used by members during

24   debate should be temperate, decorous and

25   respectful.  Assembly member Tangipa -- You are
     recognized.
```

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                    133

1        MEMBER TANGIPA:  Thank you, Mr. Speaker.  I

2    really like to do data, facts and dates, so let's

3    have some.  Seven months ago, there was a

4    different president in the White House.  Let's be

5    clear.  The challenges Californians faced are the

6    same ones they are now.  But then, back then,

7    seven months ago, the average cost of a home in

8    the state, in this state was 825,000.  One in

9    every five Californian right now can't afford

10    their utility bills.  Recent college graduates

11    were drowning in student loan debt, and small

12    businesses were shuddering at an alarming rate.

13    The fact of the matter is this.  The common

14    denominator in all of this isn't who sits in the

15    White House.  It's the priorities.

16        MR. SPEAKER:  Excuse me, Assemblymember

17    Tangipa.  Just a moment, somebody.  Member

18    Harbidian, state your point of order.

19        MEMBER HARBIDIAN:  Thank you, Mr. Speaker.

20    Would ask the speakers to actually speak to the

21    bill in front of us and --

22        MR. SPEAKER:  -- Thank you, Assemblymember

23    HarBidian.  Your point is well taken.  Member

24    Tangiba, please speak to the merits of this bill.

25        MEMBER TANGIBA:  And we are here today
    debating a bill that does nothing to address

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025                    134

1    housing affordability, utility rates, education,

2    or small business survival.  Instead, we're

3    debating a bill that writes blank checks for an

4    election that solves nothing that was never asked

5    for by anybody.  The Legislative Analysis Office

6    and the Department of Finance, two offices that

7    rarely agree on much, are in lockstep on one

8    thing.  Our state faces a structural deficit

9    between 10 billion and 30 billion.  Until 2028,

10   we don't even know the final cost of this

11   election.  The analysis says it'll likely run in

12   the hundreds of millions of dollars when.  At a

13   time when we're already in the red.  And that's

14   even before we even factor in the additional

15   blank checks that are written by the Attorney

16   General for an inevitable litigation that will

17   truly, truly follow colleagues.  This bill and

18   the manner in which it is being forced through

19   the legislature is the exact opposite of fiscal

20   responsibility.  Again, as a business owner and a

21   realtor, it usually takes around 21 days to

22   perform due diligence.  When spending $500,000 on

23   a home.  I can't even get 21 minutes in a

24   committee to perform due diligence and we're

25   debating on spending over $200 million.  That's
     just financial insanity.  This is a bill that

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                    135

```
 1    would spend millions of dollars and affect 40

 2    million Californians.  Writing Blake checks

 3    without due diligence is grossly negligent.

 4    Californians deserve more than two hearings,

 5    limited comments and no answers.  Rather than

 6    wasting hundreds of millions of dollars on a

 7    special election that nobody asked for, we have

 8    an opportunity to reevaluate our priorities.  The

 9    money could be used to address very real and

10    critical issues.  Madera County, a rural county.

11    The hospital is struggling to remain open in that

12    exact county.  You cannot have a baby in it.  And

13    I represent them along with others colleagues.

14    Let's be honest.  This bill is not about solving

15    California's real problems.  It's about political

16    gamesmanship at the expense of 40 million people

17    who are already stretched to their limits.  Every

18    dollar we throw at a vanity project is a dollar

19    we steal from families who cannot afford

20    groceries, from the six to eight hospitals on the

21    verge of closing its doors from student to buried

22    in debt and small businesses just trying to

23    survive.  If we pass this bill, we're not just

24    writing blank checks.  We're writing off the very

25    people we elected to serve.  Californians deserve
      leadership, not recklessness.  They deserve
```

```
1    solutions, not distractions.  They deserve a

2    legislature that treats their hard earned tax

3    dollars the same as they treat their own.  I will

4    not stand by and rubber stamp financial insanity.

5    I urge you to join me in rejecting this wasteful,

6    shortsighted and hypocritical bill.  When asked

7    multiple times, how much does it cost?  Can we.

8    Can we allocate money?  I was attacked over and

9    over and over again.  And if we want to use

10   hypocrisy as an argument, then let's look at it.

11   Let's look at the independent redistricting.

12   Let's look at all this.  Let's bring up 1441 when

13   it was.  If you even read the bill, if you even

14   read that partisan gerrymandering bill, you would

15   realize that it's based off of the registration

16   in that county, gets the majority.  And it also

17   has written in that bill that the minority party

18   doesn't even have to agree with it.  That is

19   structurally different than the independent

20   redistricting Commission we have here, and it is

21   a blatant lie.  And you are trying to gaslight

22   people that we are hypocritical.  Let me do you

23   one better, because I look at this so much.

24   There's another bill that was AB 2030 in 2022

25   that created the exact same thing that was a
     partisan Citizens Redistricting Commission.  I
```

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025                137

1   ask that you look at a nonpartisan, independent

2   one and you protect the sanctity of it.  And you

3   also prioritize a Californian's wallets because

4   they can't afford the BS.  I urge a no thank you,

5   Assemblymember Tangipa.  Assemblymember McKinner,

6   you are recognized.  Yes.

7       MEMBER MCKINNER:  Mr. Chair and members, I

8   urge an eye on SB 280 as we look at how much it's

9   going to cost to.  To hold this election.  My

10  colleague quoted $200 million.  Where I can find

11  that $200 million? Donald Trump.  He's froze

12  nearly $1 billion in education funds meant for

13  California schools.  This money supports after

14  school programs, teachers training and English

15  learning programs that tens of thousands of

16  California kids rely on.  He's stripping these

17  funds, punishing our most vulnerable.  Look,

18  Donald Trump is not just playing politics.  He's

19  deliberately punishing California's families,

20  students and workers by withholding billions of

21  dollars we've already earned.  We can, we cannot

22  allow one man's vendetta to rob our state of his

23  future.  He's also holding research in higher

24  education funds.  Trump has pulled $584 million

25  in federal research grants from UCLA alone,
    threatening groundbreaking cancer research.

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                    138

1          MR. SPEAKER:  He's pulling money.

2          MAJORITY LEADER GARCIA:  He's holding money.

3    I haven't heard anyone stand up and.

4          MR. SPEAKER:  Say why he is pulling money

5    from.

6          MAJORITY LEADER GARCIA:  Our state on this

7    vendetta.  And so I think that we can find the

8    money to save democracy.  And with that, I ask

9    for an I vote.

10         MR. SPEAKER:  Thank you, Assemblymember

11   McKinner.  Assemblymember Davies, you are

12   recognized.

13         MEMBER DAVIES:  Thank you, Mr. Speaker.

14   Yes.  There were five questions to my poll, so I

15   thought I'd finish them up again.  Listen to the

16   people, because what I'm hearing is there's no

17   limit to the cost for this election.  So we had a

18   question.  If the state were to hold a special

19   election to change the redistricting process, it

20   could cost taxpayers more than $200 million.

21   Knowing this, would you support or oppose holding

22   a special election on this issue?  Democrats

23   supported it by 64%, Republicans opposed it by

24   90%.  And once again, independents opposed it by

25   69%.  Also, some people say giving redistricting
     power back to politicians could lead to

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025                    139

1    gerrymandering.  Districts drawn to favor

2    incumbents or one party.  Others say politicians

3    are accountable to voters and should have this

4    responsibility.  Which view comes closest to

5    yours and your concerns?  56% of Democrats said

6    they had concerns.  Republicans, 98% said they

7    had concerns with politicians making the maps.

8    And 90% of independents had strong concerns about

9    putting it in the hands of politicians.  So once

10   again, it's not my voice, it's the people's

11   voice, and they deserve to be heard.  I recommend

12   an opposition to SB 280.  Thank you.

13       MR. SPEAKER:  Thank you.  Assemblymember

14   Davies.  Assemblymember Berman, you are

15   recognized.

16       MEMBER BERMAN:  Mr. Speaker, is there a

17   doctor in the House?  Are you asking the chair,

18   Mr. Berman?  Yeah, I'm asking the speaker if we

19   have.  I am severely worried.  Some colleagues

20   from across the aisle are suffering from severe

21   Gavin Derangement Syndrome, and I'm worried about

22   their health.  But I'll tell you, I'm so tired.

23   I'm so tired of hearing the faux outrage and the

24   lecturing and the hypocrisy from colleagues who

25   are silent or worse yet, support efforts to rip
     food assistance away from hundreds of thousands

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025                    140

1    of Californians who supported efforts to rip

2    health care away from millions of Californians,

3    especially in their districts.  I'm so tired of

4    Republicans.  Excuse me, colleagues from across

5    the aisle who complain about the cost of

6    democracy, but who are silent when the President

7    of the United States.  The duly elected President

8    of the United States.  Never a debate on that for

9    me.  No, stop the steal over here.  Wants to

10   extort California institutions for billions of

11   dollars.  But now, now when we're trying to

12   defend democracy, it's too high of a cost to

13   bear.  Eight and a half years in, and the faux

14   outrage has gotten a little nauseating.  I

15   encourage my colleagues to vote Aye on SB 280.

16   Thank you, Assemblymember Berman.  Assemblymember

17   Hadwick, you are recognized.

18       MEMBER HADWICK:  Mr. Speaker, I rise today

19   in strong opposition.  Arise today for rural

20   California, for the communities that have once

21   been get once again been forgotten and sidelined

22   by a process that should have been transparent,

23   but instead was conducted in secret behind closed

24   doors.  I've stood side by side by colleagues on

25   both sides of the aisle to fight for federal
     funding.  I truly try to make decisions for

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025                    141

```
1    people, for the people that live in my very

2    unique district.  I went to D.C.  to speak again

3    to both sides of the aisle for funding for secure

4    rural schools, for Head Start, for tribes.  So I

5    was not silent then, and I can't be silent now.

6    These redistricting efforts divide my district

7    into pieces, splitting apart communities that

8    share history, geography, and real human

9    connection.  How Does Modoc county belong in a

10   district with Marin and the Golden Gate Bridge?

11   These counties are 400 miles apart and separated

12   by two mountain ranges.  The priorities of

13   Alturas and Sausalito could not be more

14   different.  My rural county that borders Oregon

15   and Nevada, with eight residents now will have

16   the same representative as our governor in Marin

17   County.  Modoc county, one of the poorest and

18   most remote in the state, grouped with Marin

19   county, one of the wealthiest and urban.  That is

20   not a community of interest.  That is political

21   Frankenstein.  The people, not the politicians,

22   should choose their representatives.  My district

23   hates government.  I grew up in the original

24   state of Jefferson.  They don't trust our state.

25   This plan is a violation of what little public
     trust we have left with Californians.  It's
```

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025                     142

```
 1   expensive, it's rushed, and it's done without the

 2   consent of the very people that we claim to be

 3   protecting.  And if it can happen here, it can

 4   happen anywhere.  And I don't agree that it

 5   should happen anywhere.  The games, the revenge,

 6   the hate, the politician answers to very simple

 7   questions.  The actions taken by this body this

 8   week.  This is why people, people don't trust us.

 9   We've heard a lot of quotes from Martin Luther

10   King Jr.  Today, and one of my favorites that

11   he's also most probably his most famous quote

12   that I try to live by every day is, darkness

13   cannot drive out darkness.  Only light can do

14   that.  And hate cannot drive out hate.  Only love

15   can do that.  My district has two congressmen

16   that are bold, relentless fighters who stand tall

17   for rural California.  They don't back down from

18   a fight, whether it's defending our water, our

19   farms, our natural resources, disaster relief, or

20   simply our way of life.  Now they are being

21   targeted with this new map designed to silence

22   our voice.  Again, strip what little power these

23   rural communities have, and we cannot afford to

24   lose them.  We need leaders who know us, who

25   stand with us and fight like hell for us.  They
     are loved in my district because they understand
```

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025                    143

```
 1   my very unique district.  You cannot serve

 2   communities that you do not understand, and you

 3   cannot fairly represent people whose voices you

 4   deliberately silence.  My district is arguably

 5   the most conservative in the state, and I truly

 6   hate the party lines, the divide.  I represent

 7   everyone that lives in my district, no matter

 8   what party, and I try to take that into

 9   consideration in my work because that is good

10   governance.  The party divide in these new maps

11   are not my only concern.  My concern is that my

12   district is diced into pieces, creating an urban

13   versus rural divide that already happens every

14   day in this building.  This is not good

15   governance.  This is about control.  And it's

16   rural Californians who will pay the price?  This

17   isn't just bad policy.  It's bad faith.  And

18   Californians, my constituents, deserve better

19   than to be used as pawns in a political game that

20   we weren't even invited to play in.  I believe

21   the voters will see through this in November, and

22   the results will be that we all lose.  The only

23   thing that we're going to have is more

24   Californians that think that their government is

25   once again trying to trick them, once again
     wasting money on political messaging and once
```

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025                    144

 1    again letting them down.  The people, not the

 2    politicians, should choose the representatives.

 3    And at the end of the day, Californians deserve

 4    better than this.

 5        MR. SPEAKER:  Thank you, Assemblymember

 6    Hadwick.  Assemblymember Sanchez, you are

 7    recognized.

 8        MEMBER SANCHEZ:  Colleagues as we listen to

 9    the debates today on the floor.  Do you

10    understand now why people feel the system is

11    rigged against them?  These discussions are not

12    just about maps.  They are about our values.

13    It's about whether this legislature is listening

14    to the people of California or only to itself.

15    On April 23, 2025, Speaker Robert Rivas said

16    something that hit home for so many of us.

17    California's cost of living is the single biggest

18    threat to our future.  Middle class families

19    earning 125,000 a year are struggling to afford

20    rent, child care, groceries.  And that is not

21    sustainable.  He was right.  I see it in my

22    community every single day.  Heck, I've lived it.

23    Families working two to three jobs, parents

24    leaving the house before the sun comes up and

25    coming home late at night still wondering if
      they're able to make enough for rent to keep the

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025                    145

```
 1    lights on or to put food on the table.  And yet
 2    here we are asking for $250 million from those
 3    same families and spending it on redistricting,
 4    on carving up maps to protect politicians.  Let's
 5    be real.  This $250 million is not going to put a
 6    bag of groceries on the table.  And it doesn't
 7    help a mom pay for childcare.  It doesn't keep a
 8    roof over a family's head.  What it does do is
 9    make life harder for the very people who are
10    already struggling the most.  That money could be
11    used to keep teachers in classrooms, to reduce
12    childcare wait lists that working parents have
13    been stuck on for years, to fund wildfire
14    prevention or to expand mental health services
15    that our communities so desperate desperately
16    need.  Instead, Sacramento wants to waste it on
17    politics.  And that's the problem.  Too often,
18    this building puts the needs of politicians
19    before the needs of the people.  And that's why
20    so many Californians, especially in working class
21    communities and in Latino communities like mine,
22    feel forgotten.  We came here to Serve the
23    people, to serve our brothers, to serve our
24    sisters in our neighborhoods, not to serve
25    ourselves.  And the people are telling us loud
      and clear they cannot afford more broken
```

1  promises.  So I urge you, stand with our

2  California families.  Stand with the workers who

3  are breaking their backs to give their children

4  and their kids a better Future.  Reject this $250

5  million power grab.  Reject rigging the system

6  against the people.  Protect families, not

7  politicians.  I urge a no on SB 280.

8      MR. SPEAKER:  Thank you, Assemblymember

9  Sanchez.  Assemblymember Stephanie, you are

10  recognized.

11      MEMBER STEPHANIE:  Thank you, Mr. Speaker.

12  I rise after a contentious week being in

13  elections committee on Tuesday.  And one of the

14  things I said in that committee was just stating

15  the obvious.  They feel one way about what is

16  happening in Texas or what has happened in Texas,

17  and we feel another.  And I'm desperately trying

18  to understand the other side.  And it came to me

19  that this is really just about power.  They are

20  okay with his power.  We are not.  What is

21  happening in Texas may be happening in Ohio,

22  Missouri, Florida and others doesn't scare the

23  other side.  You might say gerrymandering is

24  wrong, but it doesn't scare you.  It scares us.

25  Scares me a lot.  You are okay with his
    leadership.  We are not.  You are okay with his

```
 1   insane all caps tweets that embarrass this
 2   country?  I am not.  You are okay with the
 3   rolling out of the red carpet for a murderous
 4   dictator on American soil?  I am not.  There are
 5   so many things about his power that scare me, and
 6   his attempts to increase it scare me even more.
 7   And that is why I am fine with what we Democrats
 8   are doing here today in California.  Because as a
 9   member from Palmdale said earlier in another
10   debate, gerrymandering is wrong when it's
11   benefiting people.  When you're doing it to
12   wrongly benefit certain people, you shouldn't do
13   it.  And Texas is all too willing to redraw the
14   lines without voter input to benefit Trump, whose
15   power scares the hell out of me.  They are not
16   just enabling Trump, they are handing in the
17   keys, the maps and the Sharpie.  We're eight
18   months in, eight months in.  No disaster relief
19   while California's homes literally burn.  Cuts to
20   Medicaid.  I hear a lot about health care cuts to
21   Medicaid that hurt the poorest of California's
22   kids, seniors, people with disabilities, putting
23   them at great risk.  Public schools defunded,
24   cruel, pointless immigration raids that just
25   scare and really bother anyone if you have any
     empathy at all.  Tariffs that tank small
```

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025                    148

1    businesses that we all care about raise prices

2    for working people, and that includes food

3    prices.  Courts stacked with extremists These are

4    your stupid prizes, the stupid prizes that I

5    talked about the other day in committee.  And

6    it's going to get worse and you're going to get

7    more.  And it's not going to be on us because we

8    are doing everything we can in California to stop

9    it.  We're not doing this to the people.  We're

10   doing this with the people.  And we are asking

11   the people on November 4th to validate our fear

12   of Donald Trump's power.  Thank you.

13       MR. SPEAKER:  Thank you, Assemblymember

14   Stephanie.  Assembly Member Patterson, you are

15   recognized.

16       MEMBER PATTERSON:  Thank you, Mr. Speaker.

17   You know, I was fortunate enough, I'm very

18   fortunate enough to be able to go home every day

19   and see my family, kiss my babies good night,

20   drop them off at school.  Despite my colleague to

21   my left, I'm always miss pre session at the

22   caucus because dropping my kids off at school

23   every single day.  You know, I come into this

24   building and I think about the things that we've

25   worked on together.  Social media, harms of our
     children, over processed foods that are causing

1    detrimental impacts on our children.  And all of

2    us, colon cancer screenings that might not be

3    required pretty soon together, hopefully we can

4    get that done and through the finish line if it's

5    not vetoed again this year.  But these are things

6    we've worked on together and many, many other

7    things.  And I just wonder if there's a little

8    bit of amnesia about 90% of the work that we do

9    together, Republicans and Democrats.  Some of the

10   things just to address the points that have been

11   made on this floor is that Republicans joined

12   together with you to pass resolutions about cuts

13   occurring on the federal level.  Does anybody

14   remember that?  We supported many of those

15   resolutions, but yet we're being accused of not

16   standing up to the man or bending at the knees,

17   whatever that means.  We joined with you on

18   issues like that.  Republicans authored a

19   resolution today saying that we need independent

20   redistricting everywhere, and the Democrats voted

21   no.  The Republican leader of our caucus, one of

22   the most conservative individuals that I'm proud

23   to serve with, actually said it was wrong for

24   Republicans in the president to pressure

25   redistricting in other states.  He actually said
     that.  And it's like the very next speech from a

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025                150

```
1    colleague on the other side of the aisle.  I hear
2    about how Republicans don't stand up to the
3    president.  All governments, including the
4    federal government, no matter who's in charge,
5    can have problems.  But before we left for
6    recess, Governor Newsom was talking his initial
7    statement on this, he didn't even want to put
8    this on the ballot.  That was his initial
9    statement, that he would just tell you to do this
10   well, guess what?  Somebody told him that it's
11   actually got to go to the people.  But I remember
12   my prediction that day, actually on my favorite
13   social media platform, was make no mistake about
14   it, if Governor Newsom asks the majority party
15   Democrats to pass this out of the building, they
16   will pass it.  And here we are doing exactly as I
17   predicted.  I didn't need a crystal ball.  When
18   he wanted to undermine Proposition 36, did
19   anybody speak up and say, hey, you know what?
20   That's a bad idea.  Very few of you maybe behind
21   closed doors, but who doesn't have the courage to
22   speak up when Governor Newsom says crazy things
23   like that, undermining Prop 36.  Again, I don't
24   want to be lectured on us not standing up.  Who
25   stood up there?  By the way, most of my
     colleagues in this chamber Oppose Proposition 36,
```

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025                    151

```
1   and it passed in every single district.  30
2   seconds.  Ask yourself, have you even voted
3   against a member of your party's bill?  Some of
4   you may have, some of you may have, but you know
5   what happens?  You, you kill it behind closed
6   doors because you, you don't have the courage to
7   even do a no vote.  By the way, I have voted
8   against bad Republican bills.  But please do me a
9   favor.  Don't lecture us on who has the courage
10  to stand up, because I've never seen you say one
11  bad word on public record about the governor.
12  With that, I ask for a no vote.  Thank you,
13  Assemblymember Patterson, Assemblymember Lackey,
14  you are recognized for the first time.
15       MEMBER LACKEY:  I will tell you that I'm not
16  proud of the way we spent our time this morning.
17  We've spent this whole, this whole floor
18  experience talking about circumstances that
19  aren't really in our purview.  We think that
20  we're proxy Congress people today, and I think
21  that's misplaced.  I think we have some very
22  severe problems here in the state of California,
23  and we haven't spent one minute talking about
24  them.  In California.  We all admit it's not
25  broken here.  We have an independent redistrict
    commission that we're proud of the process, but
```

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025                    152

```
 1   we're going to get rid of it temporarily because

 2   we don't like what another state is doing.  Is

 3   that really where we should be spending our time?

 4   I don't think so.  I think it's sad that we've

 5   let the circumstances nationwide distract us from

 6   our real responsibility, and that is to the state

 7   of California residents.  We have very severe

 8   affordability problems.  We have insurance

 9   problems.  We have all these crisis circumstances

10   we didn't spend one minute on today.  We need to

11   be better than that.  Everybody.  And I'm not

12   here to insult anyone either.  I think that's

13   shameful.  I think it's shameful when we point at

14   other people, we make them feel small, or at

15   least try to make them feel small.  Shame on all

16   of you for doing that.  I don't care if it's our

17   people or your side or our side.  Why are we

18   doing that?  The people expect better from all of

19   us.  And I don't normally like to raise my voice,

20   but I'm telling you, everybody, we are better

21   than this.  I am proud to belong to this group of

22   people, even though people that think like me are

23   in small number.  I'm proud of the fact that we

24   care.  But I think we can also be distracted.

25   And that's what's happened this morning.  And I'm
     sorry about that.  And I had to express my
```

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025                    153

1   regrets along that line.  I hope we can be better

2   from here on out.  Quit insulting people that

3   disagree with you.  Make your point and make it

4   effective.  Thank you.  Thank you, Assemblymember

5   Lackey, seeing and hearing no further debate.

6   Excuse me.  Assemblymember Schultz, you're

7   recognized.

8        MEMBER SCHULTZ:  Thank you very much, Mr.

9   Speaker.  I just wanted to actually thank my

10  colleague from Palmdale for his remarks.  I think

11  that decorum is important in this.  In this

12  debate today.  In response to my colleague from

13  Rockland, I would simply say I have voted no on a

14  colleague's bill.  I have disagreed with the

15  governor, and many of you have exploited the.

16  That, to be very blunt, in the past, the point

17  I'm bringing up is this.  We have to find a way

18  to disagree without being disagreeable.  We're

19  not going to see eye to eye on this issue.  I'm

20  not going to stand here and challenge or question

21  any of your integrity or your motivations.  I

22  think that we have to find a way to move forward

23  on the issue.  ACAA has passed out of this

24  chamber.  I believe it will pass out of the

25  Senate, and it will be signed by our governor.
    SB280 is a companion piece of legislation that

1    will ensure that every Californian's voice can be

2    heard.  It is essential that we pass it.  I'll be

3    voting aye, and I humbly ask all my colleagues to

4    vote.  I thank you to the authors.

5        MR. SPEAKER:  Thank you, Assemblymember

6    Schultz, seeing and hearing no further debate.

7    Assemblymember Pellerin, would you like to close?

8        MEMBER PELLERIN:  Thank you, Mr. Speaker and

9    members, thank you for the robust debate on this

10    floor today.  When I woke up this morning, I knew

11    this was going to be a tough, difficult day.  And

12    in looking for inspiration, I came across this

13    wooden pen I had in my closet that's a memorial

14    from the Holocaust that simply says never again.

15    And I thought about the people in Germany in

16    1930, in those 53 days that the authoritarian

17    dictator in their country changed the course of

18    history forever, that resulted in millions of

19    deaths of innocent Jewish lives.  We are now at

20    the 212th day of this administration and we have

21    been fighting, fighting every single day for the

22    things we care about here in the state of

23    California.  We've been passing laws, we've been

24    passing resolutions, and we've been making our

25    voice heard for the people of the state of
      California.  And at the end of this day, this is

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                    155

1    about those people, those people we represent

2    that live in our communities, those hard working

3    families, those moms struggling to find

4    affordable daycare.  It's for our seniors, our

5    veterans, our persons with disabilities, our

6    immigrant families who are out there making sure

7    we have food on our table, who serve in our

8    hospitality industries, who provide those vital

9    health care services to our loved ones.  These

10   people who were heralded as heroes during the

11   pandemic are now being taken away from their

12   families, ripped away and put in detention

13   centers and treated like criminals without due

14   process.  This is about the people.  This is

15   about our democracy.  And we can't just fight

16   what is happening right now with thoughts and

17   prayers and values and principles.  We must fight

18   this urgent fight.  And I'm sorry we don't have

19   more time.  I wish we had more time.  But time is

20   up.  Texas has taken its action and California

21   will stand up for the people of California.  And

22   we will this election on November 4, 2025.  And I

23   am telling every eligible registered voter in

24   this state to make sure that you get that ballot

25   and you vote your ballot and you make sure your
     voice is heard.  With that, I ask for your I

1  vote.

2      MR. SPEAKER:  Thank you, Assemblymember

3  Pelleran.  I'll debate.  Having ceased, the clerk

4  will open the roll.  All members vote who desire

5  to vote.  Members, this measure requires 54

6  votes.  All members vote who desire to vote.  All

7  members vote who desire to vote.  Kirk will close

8  the roll and tally the votes.  Eyes 57 nos 20 on

9  the urgency.  Ayes 57, nose 20 on the measure.

10  The measure passes without objection.  Immediate

11  transmittal to the senate.  Assistant Majority

12  Leader Garcia, you are recognized for your

13  procedural motions.  Thank you Mr. Speaker.

14  AB604 has been received from the Senate.  I

15  request unanimous consent to suspend Assembly

16  Rule 63 to allow assembly member Aguiar Curry to

17  take up the bill today without reference to file

18  for the purpose purpose of concurrence and senate

19  amendments.  Thank you assembly member Garcia.

20  Assembly Member Flora, you are recognized.

21      MEMBER FLORA:  Thank you Mr. Speaker.  With

22  hold consent and ask for a roll call vote.  Okay.

23  The motion has been made by Assemblymember

24  Garcia.  It is seconded by Assemblymember Ortega.

25  This motion is not debatable.  It requires 40
   votes.  Clerk will open the roll.  All members

```
 1   vote who desire to vote System.  Majority Leader
 2   Garcia is asking for an aye vote.  Mr. Flora is
 3   asking for a no vote.  All members vote who
 4   desire to vote.  Clerk will close the roll and
 5   tally the votes.  Ayes 54 noes 18 rules are
 6   suspended without reference to file AB 604 by
 7   Majority Leader Aguiaracuri for concurrence and
 8   senate amendments.  The Clerk will read Assembly
 9   Bill 604 by Assemblymember Agriacuri and
10   accolades for redistricting declaring the urgency
11   thereof to take effect immediately.  Madam
12   Majority Leader, you are recognized.
13        MAJORITY LEADER GARCIA:  Thank you Mr.
14   Speaker and members, let's not dance around the
15   issue here.  If California Democrats had our way,
16   the midterms would continue under the maps drawn
17   by our independent Citizens Redistricting
18   Commission.  But that's not the moment we're in.
19   We weren't planning on redistricting again until
20   after the 2030 census.  But once Republicans in
21   other states started stacking the deck with mid
22   decade maps designed to rig the 2026 election, we
23   had no choice but to act.  We didn't start this
24   fight.  We've said that numerous times.  And
25   we're not going to roll over.  We have to meet
     the moment.  AB 604 lays out our new
```

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025                    158

1    congressional districts, but only if voters

2    approve AC8.  This temporary map will only take

3    effect if the voters approve it, and only because

4    Republicans force partisan maps on voters in

5    other states.  Unlike Texas, which is imposing

6    its maps on voters or asking hours for their

7    approval, there's nothing more Democratic than

8    that.  The legislator's map represents the work

9    of the independent Redistricting Commission.  By

10   keeping 76.7% of Californians in their same

11   congressional district, the legislator's map

12   respects California constitutional requirements

13   to maintain communities of interest.  The

14   legislative map respects redistricting guidelines

15   by reuniting 26 cities, reducing the breakup of

16   local jurisdictions based upon the Citizens

17   Redistricting Commission's work, hearings and

18   public input.  More districts are more compact

19   and most importantly, the people, not

20   politicians, decide.  So to my Republican

21   colleagues, if you want to stop this, the answer

22   isn't in this chamber.  It's with your colleagues

23   in Texas and with the President.  Tell them to

24   stop trying to rig the elections.  Tell them to

25   support a truly fair system where every state
     uses an independent redistricting Commission

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025                    159

1   colleagues, until that happens, California cannot

2   sit around and do nothing.  So what happens next

3   year is up to the president, to the national

4   Republicans, and with this proposal, to the

5   California voters.  Thank you.

6         MR. SPEAKER:  Thank you, Madam majority

7   leader.  Assemblymember DeMaio, you are

8   recognized.  And now we get to the map.  The map

9   that's the murder weapon, killing democracy in

10  our state.  Excuse me, Mr. DeMaio.  Excuse me,

11  Mr. Demaio.  Assemblymember Harbidian, state your

12  point of order.

13        MEMBER HARBIDIAN:  The speaker is using

14  maps, Mr. Speaker.  Against the rules.  Thank

15  you, Mayo.  Please refrain from using props.  We

16  get to the map, the murder weapon of democracy in

17  California, the murder weapon that will end

18  competitive elections, fair districts, exactly

19  what voters sought to prevent in 2010 when they

20  took the power away from you.  And what did you

21  do over the last several weeks?  You proved them

22  right, that you cannot be trusted to safeguard

23  our democracy, to give us a voice.  Because if we

24  adopt this map, we are silencing millions of

25  voters.  And you seem to be comfortable with that
    because the ends justify the means.  You've

1   already laid out your ends.  You don't like

2   Donald Trump.  We got the message.  You don't

3   like Donald Trump.  That's what elections are

4   for.  Fair elections.  You get to state your

5   point of view.  The American people get to hear.

6   They get to decide.  And they decided what you

7   could do is get back to work for Californians.

8   But you've spent the last eight months fighting

9   the guy in the White House rather than doing the

10  job for the constituents here in California.  And

11  now you're going to continue to not do your job

12  and instead call an unnecessary special election

13  to try to cram these maps through.  So it leads

14  the question.  And there are two reasons why I'm

15  asking this question.  But it's a simple

16  question.  Who drew the maps?  This is a question

17  that you've refused to answer.  The reason why we

18  ask who drew the maps is, number one, we need to

19  know whose interest was behind these maps.

20  Perhaps a sitting state legislator that wants to

21  create their own congressional district, or

22  perhaps a special interest that wants to dilute

23  the voices of certain constituencies.  We deserve

24  to know who drew the maps to know what was their

25  interest.  But secondly, I want to know who drew
    the maps because I want to know who to hold

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                    161

```
1    accountable.  In the absence of that, there is

2    the citizens initiative that was filed earlier

3    this week, the poison pill to hold politicians

4    accountable for trying to subvert the will of the

5    voters, to overturn the Citizens Redistricting

6    Commission.  That initiative would bar anyone who

7    voted for the map or voted for the ACA.  Today

8    from seeking election for 10 years.

9         MR. SPEAKER:  Excuse me, Mr. DeMaio.  Mr.

10   Schultz, please state your point of order

11        MR. SHULTZ:  Thank you.  Mr. Speaker would

12   ask the speaker at the time to direct his

13   comments to the bill and not anything external to

14   our process today.  Thank you.  Thank you, Mr.

15   Schultz, your point is well taken.  Mr. DeMaio,

16   please state of the merits of the the

17   legislation.

18        MEMBER DEMAIO:  Well, I'm trying to get the

19   who because in the absence of knowing who, to

20   hold accountable for this gerrymandered map, we

21   must hold everyone involved in the.  Call it a

22   conspiracy, a collusion, whatever you want to

23   call it, the effort to subvert democracy.  This

24   map is partisan.  You admit it's partisan.  You

25   want to seize congressional districts for your
     party.  This map is self serving.  A number of
```

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025                    162

1   legislators allegedly are going to get

2   congressional districts drawn for themselves.

3   This map silences the voices of communities,

4   cities and counties by splitting them up.  And I

5   have a colleague from San Bernardino who likes to

6   always tell us how he fights for the tribes.  But

7   do you know that this map splits tribal

8   reservations?  Did you know that?  I don't think

9   you know that.  You haven't even been bothered to

10  look at the map.  Most of you.  Agua Caliente is

11  split.  Santa Rosa tribe split.  Rincon split,

12  split.  San Pasqual tribe, split.  Mesa Grande

13  split.  Sequan tribe split.  La Posta tribe

14  split.  Campo tribe split.  Morongo tribe split.

15  Round Valley tribe split.  Did you bother to

16  consult the Native American governments with

17  sovereignty?  No.  I checked with several of

18  their representatives.  Not a single call.  But

19  you split those tribal governments, scattering

20  them across different congressional districts.

21  So much for minority rights.  So much for the

22  voice of the people.  30 seconds.  We want to

23  know who drew the maps.  But in the absence of

24  that, I will tell every single Californian in the

25  next seven weeks as we educate them as to what
    really this initiative does.  You want to hold

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                  163

1    people accountable, hold the majority party

2    accountable for everyone who voted for this, who

3    wasted our money.  And by the way, Mr. Newsom,

4    when your campaign for president ends, kindly

5    transfer your campaign treasury over to the state

6    of California.  Thank you, Assemblymember Demaio.

7    Thank you.  Thank you, Assemblymember DeMaio.

8    Assemblymember Tangipa, you are recognized.

9    MEMBER TANGIPA:  Thank you, Mr. Speaker.  So this

10   is how liberty dies.  With thunderous applause.

11   That's what we've seen.  That's the actions we've

12   had today.  I grew up always in a toxic

13   relationship, in an abusive relationship.  You

14   could see it from 100 miles away.  When you hide

15   behind platitudes and.  And percentages.  When

16   we're saying that 76% of this map remains the

17   same.  That means 24%, but in raw numbers, that

18   means 10 million Californians.  24% of this map

19   is only a huge majority of this state.

20   Republicans only represent 18%.  So that means

21   100% of the Republican representative

22   representation in this state has changed.  We can

23   see it.  We see the toxic relationship, the

24   gaslighting coming out of this legislative body

25   and we're losing transparency that was built
     under the Citizens Redistricting Commission on

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025                    164

1    how maps are allocated.  People loved.  People

2    may not have always loved every outcome, but they

3    knew the process was open and they knew who was

4    responsible.  But with the maps before us today,

5    we can't say the same thing.  In fact, we can't

6    answer the most basic question.  Who drew the

7    maps?  Who decided which cities should be kept

8    whole and which should be divided?  Who made the

9    judgment call about where communities of interest

10   begin and end?  I asked nine different questions

11   and got nine different answers.  Was it the

12   Democratic Congressional Campaign Committee as

13   reported by the media?  Was it Paul Mitchell and

14   special interests as stated in a podcast?  Was it

15   Democrat leadership as stated by my colleagues on

16   the election committee?  Or is it the assembly

17   and Senate Elections Committee as written in the

18   bill?  You couldn't even say that.  And it's in

19   the legislation that somehow it was prepared by

20   me on the Elections committee.  Couldn't even get

21   that part right.  The lack of authorship and the

22   lack of transparency should trouble every

23   Californian, regardless of your political

24   ideologies.  Normally, when the commission does

25   its work, there are dozens, dozens of political
     hearings.  There are transcripts.  There are

```
 1   recorded votes.  There are explanations of
 2   criteria, details about competing priorities.
 3   Here there is nothing.  These maps simply
 4   appeared handed to us in 11th, in the 11th hour,
 5   even as we.  As if we're supposed to take them on
 6   faith.  But democracy doesn't run on faith.  It
 7   runs on accountability.  If we cannot point to
 8   the people who drew the lines, how can the voters
 9   have confidence in them?  And let us look at
10   these maps.  Let's look at what these maps do.
11   In city after city, neighborhoods are carved up.
12   Communities are fought for decades to have their
13   voices heard, split all into pieces.  And let me
14   ask this plainly.  How does it benefit a city to
15   be broken into small fragments across multiple
16   congressional districts?  Does Fresno gain
17   strength by being cut into four different seats?
18   Or does it simply dilute the voices of its
19   residents?  We are told that these maps protect
20   Californians against gerrymandering in other
21   states.  You removed that language this morning
22   and didn't even tell anybody.  But secrecy is in
23   its own form of gerrymandering.  When lines are
24   drawn behind closed, closed doors, without
25   explanation, without participation, and without
     accountability.  We invite the very abuse our
```

1   commission, the gold standard was set out to

2   prevent.  So I ask this again.  Who drew the

3   maps?  Why won't anybody say it?  If this is

4   truly about fairness, why not allow the Citizens

5   Redistricting Commission, which voters created

6   precisely for this person, to do its job?  Job?

7   Why, Rush?  Why the secrecy?  At the end of the

8   day, Californians deserve to know who is drawing

9   the lines that will shape their communities for

10  the next decade.  They deserve to see the process

11  that the process and trust that is fair.

12  Anything less undermines the very foundation of a

13  representative government.  Our votes created the

14  Citizens Redistricting Commission because they

15  wanted fair maps, not political maps.  They

16  wanted a property process that belongs to them.

17  Not politicians, not insiders, and certainly not

18  partisan, anonymous map makers working in the

19  shadows.  California should remain a model for

20  democracy, not a cautionary tale.

21       MAJORITY LEADER GARCIA:  30 seconds.

22       MR. SPEAKER:  If we accept maps with no known

23  authors and no known accountability, it doesn't

24  matter how many times you say the word

25  transparency, there is none.  The saying goes, as
    California goes, so goes the nation.  But passing

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025            167

1    this bill, it will now be, as Texas goes, so goes

2    California.  And for those reasons, I

3    respectfully ask you to lead this nation by

4    example and vote no on these maps, because you

5    don't even know who did them.

6          MAJORITY LEADER GARCIA:  Assemblymember

7    Macedo, you're recognized.

8          MEMBER MACEDO:  Thank you, Madam Chair.  I'm

9    not sure how many of you watched the elections

10   committee this week, so I want to walk you

11   through a few very key things that happened.

12   First, there was an attorney there to be a

13   technical witness.  I asked him, who are you here

14   on behalf of?  He informed me that was protected

15   by attorney client privilege.  I asked him, who

16   is paying you to be here?  Once again, he

17   wouldn't answer that question.  So then I asked,

18   are you being paid to be here?  Once again, he

19   didn't answer that question.  So then, as my

20   colleagues have stated, I asked the most

21   fundamental and simplest of questions.  Who drew

22   the maps?  So let me share the answers.  I was

23   shared with.  First, it was Assembly.  Here we

24   are.  Put your hands in the air if you drew the

25   maps.  Didn't see one go in the air.  So then I
     was told it was the legislature.  Once again,

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                    168

```
 1    here we are.  I'm part of the legislature.  I
 2    didn't draw these maps.  So then I was mocked for
 3    not being a part of leadership.  That leadership
 4    and the leadership team drew these maps.  The
 5    leadership team's here.  Anybody want to own up
 6    to it?  Our majority leader admitted she did not
 7    directly draw these maps, and she is Leadership.
 8    Is this the type of transparency you're promising
 9    voters that?  I was mocked for asking that
10    question.  You're not mocking me.  You're mocking
11    voters by not answering that question.  These
12    maps, in the language it says the Assembly
13    Elections Committee wrote it.  That is seven
14    people.  Seven.  Me and my colleague can say we
15    did not participate in the drawing of these maps.
16    So I am asking that this is factually incorrect
17    in the bill and I am asking the author to remove
18    the words the Assembly Elections Committee and
19    include the Democrat colleagues on that committee
20    that are willing to put their names on paper that
21    they drew these maps because I will not be
22    included in the debauchery that has happened with
23    the drawing of these maps.  Are you requesting to
24    ask a question of the author?  I'm requesting
25    that the author takes the amendment that we
      remove the Assembly Elections Committee language
```

1   because I do not want.  I am one of seven people.

2   That is a small group of people that you have

3   lumped me in with when I didn't even know my

4   member.  Portal did not even say that I had an

5   Elections committee hearing until 20, less than

6   24 hours before the hearing.  Concurrences cannot

7   be amended.  Then I am asking a question of the

8   author.  I will address without objection.  I

9   will address this in my clothes.  Thank you.

10  This is not transparency, and you know it's not.

11  You can stand here and admonish us all day long,

12  but this is fundamental to your entire lecture

13  today, that this is the most transparent process.

14  The chair of this committee didn't even know that

15  the maps had been amended.  And you want to say

16  that the Elections Committee drafted these maps.

17  This is wrong, this is deceit, and I will make

18  sure the voters know that.  Assemblymember Flora,

19  you're recognized.

20      MEMBER FLORA:  Thank you, Madam Speaker.

21  Colleagues, there's been a lot said today and

22  I'll keep my remarks very short.  There's a lot

23  of emotions today on both sides.  Clearly there's

24  a lot of emotions with the federal government on

25  how people feel about that.  Not a single one of
    us have said, what Texas is doing is good, what

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025                    170

```
1    California is about to do is good.  But it's
2    because of emotions.  And because of that
3    emotion, we have policy.  If you do policy that
4    is emotional, it usually turns out bad.  And one
5    way or the other.  So I rise on behalf of a
6    community 33 miles south of here, community of
7    just under 69,000 people called Lodi.  Lodi is
8    split into three congressional districts almost
9    in the center of town.  A community that is by
10   and large family have been there for generations.
11   A farming community.  We have now split that.
12   Parents voting differently than their kids, than
13   their grandparents, colleagues.  When we do
14   things that are emotional, we get bad policy.
15   When we talk about keeping communities together.
16   Splitting a community of 68,000 people is simply
17   wrong.  And my heart truly goes out to Lodi and I
18   know there's other examples that have been
19   stated, but this needs to be fixed.  It truly,
20   truly does.  We need to take the emotion out of
21   policy so we can create good policy and we move
22   forward.  Thank you.  I respectfully asked for a
23   no vote.  Assemblymember Flora, Assemblymember
24   Patterson, you are recognized.
25       MEMBER PATTERSON:  Thank you, Mr. Speaker.
     I appreciate the opportunity.  Today, these maps.
```

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                     171

1    I'm going to answer a question for one of my

2    colleagues on the other side of the aisle.  The

3    worst kept secret in Sacramento history.  There

4    aren't very many secrets in this place.  This is

5    definitely not one.  I was looking at an exchange

6    between two members of our press corps where one

7    member kept asking elected officials, because,

8    you know, maybe elected officials answer these

9    questions like who drew these maps?  And you

10   know, that question was kind of asked a lot

11   because, you know, it's an important question.

12   And another member of the press corps said, oh,

13   come on, everybody knows who drew the maps.

14   Actually, they were just on a podcast saying they

15   drew the maps.  So the worst kept secret in

16   America is that Democratic consultant Paul

17   Mitchell drew these maps and told you all to

18   adopt it.  And so there's no secret.  We all knew

19   that.  We all knew that.  But I think what's,

20   what's.  What's interesting is that there.

21   What's even not a secret is that one of the

22   presenters of the bill said something and, and I

23   want to ask the author, and I'll put down my mic.

24   One of the co presenters had mentioned in

25   committee said specifically these are partisan,
     gerrymandered maps.  That is what was said in

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025                    172

1   committee by our co presenter.  And I would just

2   like to know if that's your feeling as well with

3   that.  Also, I respectfully asked for a no vote.

4   Thank you, Assemblymember Patterson.

5   Assemblymember Gallagher, you are recognized.

6        MEMBER GALLAGHER:   Yeah, thank you, Mr.

7   Speaker.  And first of all, I just want to say I

8   do write all of my own speech speeches.  You

9   know, I don't need the governor's press office to

10  write my speeches like the speaker does.  And

11  just a moment, Mr. Gallagher.  Assemblymember

12  Berman, you're recognized.

13        MEMBER BERMAN:  I want to ask in his own

14  words, definitely not the gentleman.  Not the

15  gentleman.  The person from Nicholas.  Not to

16  insult people on the floor and to keep his

17  comments to the bill that we're debating.  Thank

18  you, assembly member Berman, your point Is well

19  taken, Leader Gallagher.  Please do not impugn.

20  Please be respectful, be decorous, follow the

21  rules of debate as always.

22        MEMBER GALLAGHER:  I only speak the truth,

23  and I can do no other, Mr. Speaker.  And you

24  know, and apparently the majority leader's speech

25  was written yesterday because she read those
    remarks.  You are out of order, Mr. Gallagher.

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025                     173

1    This is the last warning.  If you don't abide by

2    the rules of this House, we will move on.  In her

3    remarks, she says that this is only if Texas

4    moves forward.  And we all know from the

5    amendment this morning that Texas is not a

6    condition of moving forward with this partisan

7    gerrymander.  But let's just talk actually about

8    you guys saying fighting fire with fire, like

9    what is actually happening, because right now,

10   actually, Texas and California are very similar.

11   The minority party in both states gets about 40%

12   of the vote.  Democrats get about 40% in Texas.

13   Here in California, we get around 40% here on

14   statewide votes.  But right now, Texas

15   congressional delegation is made up of 30%

16   Democrats.  You know how much it is here in

17   California?  17%.  So already disparity.  And

18   even if Texas does move forward, they would be.

19   If they're successful in getting five seats in

20   Texas, they'd actually still be better than us in

21   representation because 18% of the delegation

22   would be Democrats.  And meanwhile, here at 17.

23   And what you guys are doing with these maps is

24   taking us down to 7%.  That's fair.  That's

25   representation.  That's fire with fire.  Seems
     like a sledgehammer.  And more importantly, it's

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025                    174

```
 1    not about party.  It's about taking away people's
 2    rights of representation.  Places.  Places that
 3    have meaning, that have values, that have certain
 4    views on.  They share industries.  And you can't
 5    sit here and tell me that a map for all of us to
 6    see from MODOC to Marin county is fair
 7    representation, that that meets the
 8    constitutional principles of compactness that are
 9    in our Article 21 of the Constitution.  This
10    specifically says districts shall not be drawn to
11    encourage geographic.  That they shall be drawn
12    to encourage geographical compactness such that
13    nearby areas of population are not bypassed for
14    more distant population.  And that's exactly what
15    that map does, and you know it.  And the majority
16    leader knows this because we both represent
17    districts, and I think we do it pretty well.  We
18    stand up for our people.  We fight for the things
19    that are in their interests.  We represent them
20    well.  And in Congress, I have A representative
21    Doug LaMalfa, who does that.  And you have one
22    Mr. Mike Thompson, who does the same thing.  And
23    those congressmen actually work together on a lot
24    of issues on water issues and that bipartisan
25    Fashion actually is very helpful when
      administrations change.  But what this is going
```

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025                    175

1   to do is blow that all up and create a one party

2   system.  And here's the other thing.  Who gets to

3   decide who gets represented?  Not the people, the

4   parties and the party insiders and the people who

5   have the favored inside track.  And I'm only

6   saying what's been reported is that one of the

7   most powerful politicians in this legislature,

8   the pro tem, is reported to have been involved in

9   drawing a district that favors him that he plans

10  to run in.  I don't know if that's a fact, but it

11  has been reported.  30 seconds.  And I think

12  that's a big problem, that the people don't

13  longer get to choose who the representative is,

14  but the party insiders do.  And that is the real

15  issue here.  And guys, I'm just going to end on

16  this because it is important you don't stand up

17  to this governor.  You never have.  And he is

18  doing wrong things and he is pushing you and he

19  insults you all the time and says he jams you.

20  And this is what he's got to do and he's going to

21  push it through.  And for all this talk, man,

22  that I've heard on this floor today, I just don't

23  understand it.

24       MR. SPEAKER:  Thank you, Assemblymember

25  Gallagher, while you always bow and go to the
    beck.  Thank you, Assemblymember Gallagher.

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025                    176

1   Thank you, Assemblymember Gallagher.

2   Assemblymember Ellis, you are recognized.  I'd

3   like to know who drew the maps.

4        MAJORITY LEADER GARCIA:  I do too.

5        MR. SPEAKER:  Thank you, assembly member

6   Ellis, Assemblymember Davies, you are recognized.

7        MAJORITY LEADER GARCIA:  On behalf of

8   500,000 Californians, I'd like to know who do the

9   maps.

10       MR. SPEAKER:  Thank you, Assemblymember

11  Davies.  Assemblymember Dixon.

12       MEMBER DIXON:  I too, on behalf of Assembly

13  District 72, 500,000 Californians who drew the

14  maps.

15       MR. SPEAKER:  Thank you, Assemblymember

16  Dixon.  Assemblymember Mark Gonzalez, you are

17  recognized.

18       MEMBER GONZALEZ:  Let's be clear, members.

19  I write my own talking points, so let's start

20  with that.  And let's also be clear that the maps

21  didn't just come out of thin air.  They were

22  drawn through California's process with experts

23  and community input years ago.  Don't act brand

24  new.  What frustrates me is that people keep

25  obsessing over who held the pen instead of why
    these maps even matter in the first place.  This

```
1    isn't a Scooby Doo mystery.  There's no mask to

2    rip off, no hidden villain.  The process was

3    open, transparent and accountable from day one.

4    And let's be honest, the hypocrisy is glaring.

5    Reporters aren't grilling Republicans in Texas

6    about who's drawing their maps, even though those

7    maps are blatant gerrymandering designed to

8    silence voters and lock in power.  I don't hear

9    anybody on the right side saying that because

10   they know that they're wrong.  But here in

11   California, we followed the rules and did it

12   right.  Suddenly, it's treated like a scandal.

13   Meanwhile, Republicans in Texas, Florida and

14   across the country are actively rigging districts

15   to silent voters and protect Donald Trump, your

16   hero.  California is not going to sit back and

17   let them cheat their way into power.  These maps

18   are about protecting our democracy and making

19   sure every community here has a fair voice,

20   period.  Thank you, Assembly member Gonzalez.

21   Summit member Gallagher, state your point of

22   order.

23       MEMBER GONZALEZ:  My point of order this,

24   Mr. Speaker, is there's been a lot of things that

25   misstate the facts in the record through our
     committee process and, and what we know today on
```

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025                    178

1    the floor, one is that the election.  Excuse me,

2    Mr. Gallagher.  What is the rule that has been

3    violated?  State your point of order.  Misstates

4    the testimony and the record.  Your point is not

5    well taken.  Okay.  Appeal.  Assembly member.

6    Assembly member Ramos, you are recognized.

7        MEMBER RAMOS:  Thank you, Mr. Speaker.  And

8    I'm sitting here and hearing the different

9    debates going on from colleagues from both sides

10   of the aisle.  But I have to raise my mic and be

11   able to talk about when a colleague from the

12   other side is talking about history, talking

13   about California's first people and drawing them

14   into this conversation.  Where was that voice?

15   Where was that voice when this state was taken

16   from them?  Where was that voice when their

17   representation isn't there?  Where was that voice

18   when they were being murdered in the state of

19   California?  And now you want to bring them into

20   this debate because it benefits you.  These are

21   things that we have to come together and look at.

22   But when you start to exploit the history in the

23   state of California and.  And for your own gain

24   is the same tactics that were used when this land

25   was stolen and murdered people of our culture to
     get it.  I would rather you stand up for all of

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                179

```
 1    those things, all those bad things, than to bring

 2    them in to justify your seeing what's going on

 3    here.  You should not, and you should be ashamed

 4    of yourself to bring in the history.  Because we

 5    all know in these chambers the atrocity, the

 6    genocide, the bloods that shed and the bones that

 7    are still in the archives of many institutions in

 8    this state who still call our remains of our

 9    ancestors trophies in their backyard.  It's time

10    that we come together.  And if you want to bring

11    things forward for your own gain, this body will

12    not stand for it.  It's time that we stand for

13    the voices of all California Indian people and

14    stand up when they are brought into these debates

15    for your own gain.  That's the same tactic that

16    was used in colonization and.  Mr. Speaker, I

17    called the member out.  I called the member out

18    for using our people for self gain.  That's what

19    brought down the state of California.  That's

20    what the history is, what we're still fighting

21    for in the state of California.  And when he

22    brings up lines in land that has been drawn.

23    Drawn on stolen land.  Come on.  He should be

24    reprimanded for even bringing those things

25    forward to this floor.  It's time that we stand
      in one unified voice.  And when we talk about
```

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025                    180

```
 1   debate, let's have it.  But if you want to go

 2   back into history and.  And start to look at what

 3   has happened and somehow smirk and smile about

 4   the murders that took place against our people,

 5   this body will not stand for it.  Yes.  Thank

 6   you.  Assemblymember Ramos.  Assemblymember

 7   DeMaio, you are recognized.

 8        MEMBER DEMAIO:  Mr. Speaker, I believe the

 9   member from San Bernardino would like to change

10   his vote on ACA 8.  Mr. DeMaio, your point is not

11   well taken.  Assembly Member Macedo, you are

12   recognized.

13        MAJORITY LEADER GARCIA:  Mr. Speaker, I have

14   a point of parliamentary inquiry.

15        MR. SPEAKER:  State your point.

16        MAJORITY LEADER GARCIA:  I would like to ask

17   if it would be possible to submit a letter to the

18   Journal based on my colleague's testimony that we

19   are willing to say who drew the maps.  That it is

20   not the Assembly Elections Committee.  That based

21   on his testimony.

22        MR. SPEAKER:  Excuse me, Assembly member

23   Macedo, you're asking whether or not it is

24   appropriate.

25        MEMBER MACEDO:  I am asking.
          MR. SPEAKER:  Excuse me.  You're asking.  Let
```

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording  on 08/21/2025                181

1   me finish.  Whether or not you can submit a

2   letter to the Journal.  Why you're submitting a

3   letter to the Journal is irrelevant to your

4   inquiry.  Is that your question?

5       MAJORITY LEADER GARCIA:  Yes, sir.

6       MR. SPEAKER:  Just a moment, Ms. Macedo.  So,

7   Ms. Macedo, to answer your question, it is

8   appropriate if you have a letter.  Where is that

9   letter?

10      MAJORITY LEADER GARCIA:  I was unaware that

11  the testimony would be given on the 4th.

12      MR. SPEAKER:  Excuse me.  Please answer the

13  question.  Where is your letter?

14      MAJORITY LEADER GARCIA:  I cannot prepare

15  for something if I'm not.

16      MR. SPEAKER:  The answer to your inquiry is

17  if you had a letter, we would be able to vote

18  whether or not that letter could be accepted.

19      MAJORITY LEADER GARCIA:  Then I asked a

20  motion for recess to draft my letter and then we

21  can come back and vote.

22      MR. SPEAKER:  It has been moved and seconded

23  that we recessed.  Just a moment, please.  It's

24  been moved and seconded that we recess

25  temporarily.  Takes a majority of those present
    and voting.  Clerk will open the roll.  Clerk

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025                    182

1    will open the roll motion by Macedo.  We'll wait

2    till the roll Is open.  All those vote who desire

3    to vote.  Ms. Macedo is asking for an I vote.

4    Majority Leader is asking for a no vote.  All

5    those vote who desire to vote.  All those vote

6    who desire to vote.  Clerk will close the roll.

7    Tally the votes.  Ayes 19, nos.  52.  The motion

8    fails.  State your point of order, Mr. Gallagher.

9         MR. GALLAGHER:  Yes, Mr. Speaker.  Let me

10   try to address this issue.  State your point of

11   order, Mr. Gallagher.  The point of order is that

12   the bill says that the Elections Committee drew

13   the maps.  And that is factually incorrect based

14   on the test.  Okay, Your point is not well taken.

15   Members, let's take a step back for a moment.

16   Let me give you a quick lesson on what a point of

17   order is.  When you raise your microphone for a

18   point of order, you need to state the rule that's

19   being violated.  And we're speaking of the House

20   rules.  That is the point of order that you need

21   to make.  Mr. Gallagher, I'm going to recognize

22   you again.  The point of order is it factually

23   misstates the testimony in the record, in the

24   legislative record.  Thank you, Mr. Gallagher.

25   That is not a violation of the House rules.  Your
     point is not well taken.  We will continue

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025                    183

1    proceeding on debate on this measure, seeing and

2    hearing no further debate.  Assemblymember

3    Gallagher, you have already spoken on the point

4    of order.  Mr. Gallagher, you are out of order.

5    Seeing and hearing no further debate.  Madam

6    Majority Leader, do you wish to close?

7        MAJORITY LEADER GARCIA:  Thank you

8    colleagues for this debate.  And I want to thank

9    you to my colleague, Senator Gonzalez, for

10   partnership in this important issue.  Let me

11   answer some of the questions that were raised

12   here today and over this week.  The map in AB604

13   was drawn in partnership with a group that

14   includes legislative leadership and a team of its

15   members, Members of Congress, leading independent

16   redistricting experts and groups that have worked

17   on more than 100 city and county non partisan

18   independent redistricting efforts and legal

19   counsel to review and assure we meet all the

20   requirements of our state and the federal laws

21   and constitutions.  We use the work of the

22   Independent Commission and their many hours of

23   hearings and public testimony.  Our maps keeps

24   more cities whole.  60 compared to 57 in the

25   Commission's map.  We respected constitutional
     guidelines, including communities of interest and

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025                184

1   seeking more compact and contiguous districts.

2   In fact, under this map, 76.7 of Californians

3   stay in the same district drawn by the

4   Commission.  The Commission maps were public for

5   14 days and approved by 14 commissioners.  These

6   maps will be public for 74 or 5 days.  I got to

7   remember that and tens of millions of California

8   voters.

9      MR. SPEAKER:  Madam Majority Leader, just a

10  moment, please.  Assembly member Tangipa you are

11  recognized for your point of order.

12     MEMBER TANGIPA:  Well, and a point of

13  clarification.  The comments.  Sir, you are

14  recognized for your point of order.  The comments

15  that were made are not in the legislation and

16  those comments should be included in the

17  legislation if that's what's being done.  That is

18  not a point of order.  If you're saying that her

19  speech is not just germane to the bill, your

20  point is not well taken.  Anything further, Mr.

21  Tangipa?  A point of clarification.  Thank you,

22  Mr. Tangipa.  We're going to continue.  Madam

23  Majority Leader, you may continue.

24     MAJORITY LEADER GARCIA:  This is the most

25  transparent than any other process in the
    country.  In an ideal world.  In an ideal world,

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025                    185

1    we not need to go through this process.  We

2    respect the work of the Independent Redistricting

3    Commission.  In fact, the only challenges to the

4    work of the Independent Redistricting Commission

5    map came from the Republican challenges in 2011.

6    Those challenges did not give voters a chance to

7    decide.  And yes, the cost is worth it.  We are

8    fighting to ensure Californians have at least a

9    fair chance in next year's election.  And the

10   stakes are high.  Maybe that's why the

11   Republicans in this country are so afraid to let

12   the voters have a say.  Maybe it's because they

13   know why this president and Washington

14   Republicans are trying to rig the 2026 elections.

15   They can't run on their record.  A record that in

16   seven short months have been devastating to

17   working Californians and Americans across the

18   country while benefiting only the wealthy.  A

19   record that includes cutting fresh food from

20   family farmers that feeds our school children,

21   closing rural hospitals and clinics, cutting

22   health care for 3.5 million California seniors

23   and the most in need, separating immigrant

24   families who work in and contribute to our

25   communities.  Families guilty of nothing.  Not
     nothing, but they just want to seek a better

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording  on 08/21/2025                    186

1   life.  And turning the clock back 50 years on

2   women's reproductive rights.  If you want to stop

3   this.

4        MR. SPEAKER:  Excuse me, Madam Majority

5   Leader.

6        MAJORITY LEADER GARCIA:  Pardon me.

7        MR. SPEAKER:  Assemblymember Macedo, you are

8   recognized for your point of order.

9        MAJORITY LEADER GARCIA:  I have my letter

10  prepared and would like to submit it to the

11  record.  Based on the testimony on the floor

12  today.

13       MR. SPEAKER:  That is not a point of order.

14  Point of point is not well taken.  Excuse me,

15  we're not in motions and resolutions.  Your point

16  is not well taken.

17       MAJORITY LEADER GARCIA:  You asked me for my

18  letter.

19       MR. SPEAKER:  Members, we're in the last

20  minute debate.  We do not use parliamentary

21  procedure as a mechanism to debate bills.  Not a

22  majority leader may continue.

23       MAJORITY LEADER GARCIA:  If you want this to

24  stop, the easiest way to do this would be to use

25  all this passion demanding this president to stop
    trying to rig next year's Elections.  Help your

```
1   DC colleagues pass Democratic and Republican

2   bills to prevent mid decade gerrymandering and

3   have an independent redistricting process in

4   every single state.  Until you succeed, we will

5   continue to fight for the interests of

6   Californians.  Colleagues, I am very proud to ask

7   you for your I vote today for AB604.

8       MR. SPEAKER:  Thank you madam Majority

9   Leader.  All debate having ceased, the Clerk will

10  open the roll.  All members vote.  You desire to

11  vote?  All members vote who desire to vote.

12  Members, this measure requires 54 votes.  All

13  members vote who desire to vote.  Clerk will

14  close the roll.  Tally the votes.  Ayes 54 knows

15  20 on the urgency eyes 54 knows 20 on the

16  measure.  Senate amendments are concurred in

17  without objection.  Immediate transmittal to the

18  governor.  Members, we now must continue with

19  business on the daily file reading of the

20  previous day's journal.  Assembly Assembly

21  Chamber Sacramento Thursday, July 17, 2025 the

22  assembly met at 9am The Honorable Josh Lowenthal,

23  Speaker Protein Leader Agar Curry moves and Mr.

24  Flora seconds that the reading of the previous

25  day's journal be dispensed with presentations and
    petitions.  There are none.  Introduction and
```

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025                    188

1    reference of bills will be deferred.  Reports of

2    committees will be deemed read and amendments

3    deemed adopted.  Messages from the Governor?

4    There are none.  Messages from the Senate?  There

5    are none.  Moving on to motions and resolutions.

6    The absences for the day for bereavement.

7    Assembly member Addis moving.  Moving back to

8    procedural motions.  Madam Majority Leader,

9    you're recognized for your procedural motions.

10        MEMBER ADDIS:  I request unanimous consent

11   to suspend Assembly Rule 45.5 to allow assembly

12   members Alanis, Sharp, Collins and Wicks to speak

13   on adjournment and memory today.

14        MR. SPEAKER:  That Objection.  Such shall be

15   the order.

16        MAJORITY LEADER GARCIA:  I request unanimous

17   consent to Suspend Assembly Rule 118A to allow

18   assembly members Alanis, Quercilvo and Wicks to

19   have guests in the rear of the chamber today.

20        MR. SPEAKER:  Non.  Objection.  Such shall be

21   the order.

22        MAJORITY LEADER GARCIA:  I request unanimous

23   consent to rescind the action whereby on July

24   7th, 17th, 2025 SB 255 sierto was read a third

25   time, passed and sent to the Senate.  Please
     order this bill back to the third reading file.

1      MR. SPEAKER:  Objection.  Such shall be the

2  order.  Members, I'm rescinding the action by

3  which I referred AB786 Salache to the banking and

4  Finance Committee pursuant to Assembly Rule 77.2.

5  Madam Majority Leader, I request unanimous

6  consent.

7      MAJORITY LEADER GARCIA:  To return AB 786

8  Salache to the Senate for further action.

9      MR. SPEAKER:  Not Objection.  Such shall be

10  the order.  Mr. Alanis, we're going to be getting

11  to you in just a moment.  Please Members, the

12  quorum call is in place.  We have more business

13  on the daily file.  Please take your desk.

14  Moving to business on the daily file.  Second

15  reading.  The clerk will read Senate Bills 21,

16  3403-743894-46440, 4474-804895-04506, 5075-

17  446096-17626, 6716-867317-64792, 847, 854, 857,

18  859, 30, 40, 62, 68, 81, 97, 233, 262, 283, 3043-

19  583623-95415, 4534-564664-70486, 4935-125135-

20  43547, 5486-256306-70697, 777, 805, 825, 841.

21  Senate Bill 98 with amendments, 627 with

22  amendments and Senate Bill 400 with amendments.

23  Okay.  All bills will be deemed read and all

24  amendments will be deemed adopted as the items on

25  concurrence.  Excuse me, Madam Majority Leader,
   you are recognized.  Yes.

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025                    190

1       MAJORITY LEADER GARCIA:  At the request of

2   the author, please move file item 30, SB 97

3   Grayson to the inactive file.

4       MR. SPEAKER:  Clerk will note.  Now we're

5   going to the items on concurrence.  We're going

6   to pass and retain on all items.  Getting to the

7   assembly third reading.  Going to pass and retain

8   on all items.  Senate third reading.  File item

9   77, 145.  We're going to pass and retain on all

10  items other than file item 145, which has been

11  dispensed with Members.  We are now lifting the

12  call on the consent calendar.  Clerk will post on

13  the consent calendar all those vote who desire to

14  vote.  All members vote who desire to vote.  All

15  members vote who desire to vote.  Clerk will

16  close the roll.  Tally the votes.  I77, no.  0.

17  Consent calendar is adopted.  Clerk will read the

18  remaining items on consent.  House Resolution 49,

19  I77, no.  0, Senate Bill 621, I77, no.  0 Senate

20  Bill 440, I77, no.  0 senate bill 392, I77, no.

21  0 SENATE BILL 510, I77, no Senate Bill 598, I77,

22  no.  0 CONATE BILL 856, I77, no.  0 SECATE BILL

23  733, I77, no.  0 SUREATE BILL 858, I77, no.  0

24  SERATE Concurrent Resolution 97, I77, no.  0 AND

25  SENATE Concurrent Resolution 99, I77, no.  0
    Members, we're moving on to adjournment's memory.

```
1    The quorum call remains in place.  Please give

2    our respectful attention to those who were

3    granted prior permission to speak on their

4    adjournment.  In memory.  Please take all

5    conversation off the floor.  Please take all

6    conversations off the floor.  Assembly member

7    Alanis, you are recognized for your adjournment

8    and memory.

9        MEMBER ALANIS:  Thank you, Mr. Speaker.  And

10   first off, I just want to apologize to the family

11   for having us take so long to have you guys

12   recognized.  So thank you for your patience.

13   Colleagues, it's with a heavy heart that I ask

14   that we adjourn in memory for Avery Roxanne

15   Mellerek Avery will be remembered as a

16   compassionate young woman who brought light into

17   any room she walked into.  Avery was taken from

18   this world too soon following a car accident on

19   June 21st of this year, Avery was pursuing her

20   love for cinematic film arts at the California

21   State University Northridge and spent her summer

22   breaks giving back to the Modesto community at

23   Camp Taylor.  In my district, she gave back.  As

24   a camp counselor, Avery was focused on improving

25   the lives of children with heart conditions.
     Camp Taylor is only one of eight medically
```

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025                    192

1    supervised camps focused on serving children with

2    heart disease.  After graduation, Avery hoped to

3    combine her love for film and her passion for the

4    children at Camp Taylor by making documentaries

5    about the stories of children born with heart

6    conditions.  Avery's cheerful personality will

7    continue to shine through memories with her

8    competitive cheer team, serving as a role model

9    to young children and energetically cheering on

10   the Sacramento Kings.  Avery chose to be an organ

11   donor, a decision that shaped by personal

12   experiences with her brother Ethan and her best

13   friend Anneliese, both who have received heart

14   transplants.  Through her final act of

15   generosity, Avery continues to touch lives and

16   saved others.  Today, we are joined by Avery's

17   beloved family here in the back of the room,

18   including her mother, Sierra, her older brother

19   Ethan, her stepfather Jason, her aunts Joanna and

20   Vanessa, and her Camp Taylor friends and family,

21   who are also up in the gallery.  I want to extend

22   my condolences to Avery's family, her friends,

23   and the Camp Taylor community.  Thank you for

24   allowing me to honor Avery's life here on the

25   assembly floor, and I ask that we adjourn in
     memory of Avery.  Thank you.

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025                     193

1        MR. SPEAKER:  Thank you, Assembly member

2    Alanis.  Members, let us observe a moment of

3    silence to honor the life of Avery.  Roxanne

4    Millerick just a moment, Ms. Wicks.

5    Assemblymember Wicks, you are recognized for your

6    adjournment and memory.

7        MAJORITY LEADER GARCIA:  Thank you, Mr.

8    Speaker and members, I rise to adjourn in the

9    memory of Zona Roberts, an unwavering champion of

10   the of disability rights and a trailblazer of the

11   independent living movement.  Zona was born in

12   Portland in 1920 and grew up between Oregon and

13   California.  She met her husband, Verne Roberts

14   through a mutual friend in high school, and they

15   had four sons together.  Zona's eldest son, Ed

16   Roberts, contracted polio in 1953 when he was

17   only 14 years old.  Ed spent 18 months in the

18   hospital, and when he was finally able to come

19   home, he did so as a quadriplegic.  This spurred

20   Zona's transformation into a tireless advocate

21   for for inclusion and accessibility.  Battling

22   educational, medical, and societal bureaucracies

23   and prejudice.  She was steadfast in her fight

24   for Ed to have the rights and opportunities that

25   he deserved, starting with his right to go to
     school.  She worked alongside Ed to establish

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025                194

1    support for individuals with disabilities, both

2    at the University of California and in the

3    broader East Bay community.  At the age of 44,

4    Zona enrolled at UC Berkeley, where she received

5    her bachelor's degree and her teaching

6    credential.  During that time, her Berkeley home,

7    known as the Greenhouse, became a gathering place

8    not just for disabled students, but also for

9    teachers, doctors, riders and visitors studying

10   the growing community of disability activists.

11   Through those gatherings, she created one of the

12   earliest models of independent living.  Zona

13   passed away on January 10th at the age of 104.

14   She was preceded by her beloved sons, Ed, Ron,

15   and Randy.  She is survived by her son Mark, her

16   grandchildren and great grandchildren.  She also

17   leaves behind an endless number of friends who

18   will miss her dearly.  We can all learn from

19   Zona's unwavering belief in human dignity and the

20   tenacity with which she advocated not only for

21   her son, but for every disabled person to realize

22   their potential.  Zona's contributions will

23   continue to resonate in the fight for equity and

24   dignity for every individual.  Her legacy will

25   live on in communities and across this nation.
     Zona's son Mark, and many of her friends and

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025                    195

1    family are with us here today in the gallery to

2    celebrate her amazing and purposeful life.  I

3    respectfully ask that the assembly join me in

4    adjourning in her memory today.

5        MR. SPEAKER:  Thank you, Assembly member

6    Wicks.  Members, let us observe a moment of

7    silence to honor the life of this historic

8    Californian, Zona Roberts.  Assembly member

9    Sharpe Collins, you are recognized for your

10   adjournment in memory.

11       MEMBER SHARPE COLLINS:  Thank you, Mr.

12   Speaker.  Today I rise to remember a man whose

13   name became synonymous with leadership,

14   dedication, and service to the city of La Mesa,

15   located in San Diego, the Honorable Arthur Art

16   Madrid.  Art's story is one of perseverance,

17   service, and deep commitment to community.  Born

18   in New Mexico in 1934, Art came to La Mesa as a

19   teenager, quickly developing the strong sense of

20   civic pride that would define his life's work.

21   He served his country in the United States Marine

22   Corps and later worked for Pacific Belle, a man

23   who knew both the discipline of service and the

24   value of hard work.  Art's political journey

25   began with his work for the then San Diego mayor,
     Pete Wilson.  But it was in La Mesa that his

1   public service truly flourished.  Elected to city

2   council in 1981 and then as mayor in 1990, Art

3   would lead the city for 24 years, a remarkable

4   run marked by his vision, tenacity, and results.

5   He never shied away from bold action, even when

6   it brought national headlines, as in 1994, when

7   he took on a controversial stand against

8   prostitution within our community.  His

9   leadership was recognized far and wide.  The

10  American Society of Public Administrators named

11  him San Diego County's outstanding elected

12  official, and the San Diego Magazine listed him

13  Amongst the top 50 people to watch as they knew

14  about his millennial approach beyond our city

15  limits, Art shaped regional and statewide policy

16  as chair of the San Diego association of

17  Governments, president of the San Diego Division

18  of the League of California Cities, and President

19  of the California Council of Governments.  He

20  believed deeply in collaboration and that cities

21  and communities were stronger when they worked

22  together.  His courage as a public servant was

23  matched only by his resilience and as a person.

24  For all of his public accomplishments, Art's

25  greatest devotion was to his family.  He and his
    beloved wife, Sally, shared decades together,

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025                197

```
 1   raising four children.  Life dealt them
 2   heartbreaking losses with the passing of their
 3   son to cancer and later Sally's own passing in
 4   2003.  Yet even in grief, Art continued to serve,
 5   guided by a belief in giving back to the
 6   community that he truly loved.  Art Madrid passed
 7   away peacefully at his La mesa home on June 6,
 8   2025, at the age of 90.  And I can tell you, all
 9   the way up until that time, he was still
10   advocating and fighting for his community.
11   Today, we remember not only a mayor, but a
12   neighbor, a veteran, a husband, a father, and a
13   friend.  His life reminds us that true public
14   service is not measured just in years served or
15   titles held, but in the lasting differences made
16   in people's lives.  So we honor his memory by
17   continuing the work that he has so passionately
18   believed in and building a community that is
19   safe, strong and united.  So, although today I am
20   standing here saying goodbye, just know that we
21   will also say thank you.  And I'll continue to
22   say thank you to Art for everything that he has
23   done.  So thank you, Mayor Madrid, for your
24   leadership, your courage, and your heart.  And
25   your city will never, ever forget you.  Thank
     you.
```

```
IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025                    198
```

1        MR. SPEAKER:  Thank you, Dr. Sharp Collins.

2    Members, please bring the names to the desk to be

3    printed in the Journal.  All requests to adjourn

4    in memory will be deemed read and printed in the

5    Journal.  Moving on to announcements session

6    schedules as follows.  Friday, August 22nd.

7    There's no floor session, no check in session.

8    Monday, August 25th floor session at 1pm seeing

9    and hearing no further business, I'm ready to

10   entertain a motion to adjourn.  Madam Majority

11   leader moves and Mr. Patterson seconds that this

12   House stands adjourned till Monday, August 25th,

13   at 1pm Quorum calls lifted and we are adjourned.

14        ( Off the record 6:30 p.m. )

15

16

17

18

19

20

21

22

23

24

25

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025                    199

```
 1              C E R T I F I C A T E

 2

 3   STATE OF CALIFORNIA )

 4   COUNTY OF SACRAMENTO )

 5

 6        I hereby certify that the foregoing

 7   transcript was reported as stated in the caption, and

 8   the questions and answers thereto were reduced to

 9   typewriting under my direction; that the foregoing

10   pages represent a true, complete, and correct

11   transcript of the evidence given upon said deposition,

12   and I further certify that I am not of kin or counsel

13   to the parties in the case; am not in the employ of

14   counsel for any of said parties; nor am I in a way

15   interested in the result of said case.

16        This the 30th day of October 2025.

17

18        _____

19             Charles Golding, CVR

20

21

22

23

24

25
```

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025

**$**

**$1**
17:19 90:11
137:12

**$1.25**
107:12

**$10**
126:25

**$200**
134:25
137:10,11
138:20

**$23**
123:24

**$230**
90:25

**$235**
85:13

**$250**
57:13,16
126:25
127:3 145:2,
5 146:4

**$30**
99:25

**$500,000**
134:22

**$584**
137:24

**$80**
50:10

**$900**
38:24 42:12

**0**

**0**
190:16,19,
20,21,22,23,
24,25

**1**

**1**
42:24

**1.4**
55:24

**10**
17:3 47:6
53:14 55:19
57:11 58:17
68:8 134:9
161:8
163:18

**10,000**
110:3

**100**
42:18 92:3
114:10
163:14
183:17

**100%**
163:21

**104**
194:13

**105**
8:12

**10th**
194:13

**11**
36:22,25
51:15

**118A**
188:17

**119**
76:16

**11th**

**165:4**

**12**
123:22

**12,000**
18:8

**120**
5:19,21
132:21

**121**
5:21 132:21

**125,000**
144:19

**126**
5:19

**131**
113:9,19,25

**14**
184:5
193:17

**141**
76:4

**1441**
102:1
136:12

**145**
112:24
190:9,10

**15**
3:2,3,4
12:21 30:3
36:22 56:18
57:12

**151**
8:7

**16**
59:8

**16,000**
86:2

**1603**
4:4

**17**
173:22
187:21

**17%**
173:17

**1776**
4:16

**17th**
4:5,13
188:24

**18**
7:25 56:14
157:5
193:17

**18%**
163:20
173:21

**19**
10:6 12:3,17
23:13 29:10
115:15
118:5
119:23
121:8 182:7

**1920**
193:12

**1930**
154:16

**1934**
195:18

**1952**
94:16

**1953**
193:16

**196**
85:21

**1981**
196:2

**1982**
29:10

**1990**
196:2

**1994**
196:6

**1998**
23:5

**1pm**
198:8,13

**2**

**2**
6:15

**2/3**
48:19

**20**
11:10 86:6
109:9 156:8,
9 169:5
187:15

**20%**
92:8

**200**
58:18
102:24
114:10

**2002**
23:11

**2003**
197:4

**2006**
23:18

**2008**
95:6

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025

**2010**
16:25 17:5,
10 44:25
45:15 46:6
91:1 126:7
128:17
159:19

**2011**
185:5

**2012**
24:5

**2014**
110:6

**2015**
24:19

**2017**
24:21

**2020**
18:20 27:19
55:23 56:1,
13 95:14

**2021**
126:1

**2022**
136:24

**2024**
55:23 56:14

**2025**
17:2 41:11
52:25 106:4
121:20
144:15
155:22
187:21
188:24
197:8

**2026**
14:25 25:21,
25 77:18

**157:22**
185:14

**2028**
100:1 134:9

**2030**
16:15 55:20
56:10 68:24
136:24
157:20

**21**
6:15,20,25
12:6 45:23
128:13
134:21,23
174:9
189:15

**212th**
154:20

**21st**
191:19

**22,000**
42:20

**22nd**
198:6

**23**
144:15

**233**
189:18

**24**
169:6 196:3

**24%**
163:17,18

**249**
4:16

**250**
32:6

**255**
188:24

**25th**
198:8,12

**26**
158:15

**262**
189:18

**280**
6:14 11:18
112:24
113:6,12
115:19
116:8
118:10
119:25
121:10,17
122:6,25
125:14
137:8
139:12
140:15
146:7

**283**
189:18

**2978**
24:6

**2E**
6:25

**2G**
6:20

---

**3**

**3**
39:1 42:16
118:7
123:19

**3,800**
85:21

**3.5**
185:22

**30**
3:18 29:12
30:5,20
35:10 44:7
47:20 53:25
57:7 59:24
62:22,23
74:9 88:1
100:11
128:9 131:5,
22 134:9
151:1
162:22
166:21
175:11
189:18
190:2

**30%**
173:15

**3043-**
189:18

**32,000**
85:22

**32nd**
70:22

**33**
170:6

**3403-743894-**
**46440**
189:16

**36**
57:14 98:24
127:4,7
128:11
150:18,23,
25

**392**
190:20

---

**4**

**4**
91:25
155:22

**40**
121:1 135:1,
16 156:25
189:18

**40%**
173:11,12,
13

**400**
141:11
189:22

**422**
4:5

**43547**
189:20

**44**
194:3

**440**
190:20

**446096-**
**17626**
189:17

**4474-804895-**
**04506**
189:16

**45.5**
188:11

**4534-564664-**
**70486**
189:19

**48**
115:15

**482**
8:7

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025

**49**
190:18

**4935-125135-**
189:19

**4th**
121:19
148:11
181:11

---

**5**

**5**
184:6

**50**
186:1
196:13

**500,000**
69:8 70:8
176:8,13

**5075-**
189:16

**50s**
53:8

**510**
190:21

**52**
182:7

**523,000**
56:15

**53**
121:8
154:16

**54**
54:7 156:5
157:5
187:12,14,
15

**5486-256306-**
**70697**

189:20

**55**
118:5
119:23

**56%**
139:5

**57**
11:10 109:9
156:8,9
183:24

**58**
7:25 10:6
12:4,17

**583623-**
**95415**
189:19

**598**
190:21

---

**6**

**6**
106:17
197:7

**60**
3:17 183:24

**604**
6:19,24
157:6,9,25

**60s**
53:8

**61%**
86:6

**62**
189:18

**621**
190:19

**627**
189:21

**63**
156:16

**64%**
103:24
138:23

**65%**
87:14

**6716-867317-**
**64792**
189:17

**68**
189:18

**68,000**
170:16

**69**
10:7

**69%**
138:25

**69,000**
170:7

**69B**
8:22

**6:30**
198:14

---

**7**

**7%**
173:24

**700**
92:8

**72**
126:13
127:12
176:13

**733**
190:23

**735,000**

**123:16**

**74**
86:18 184:6

**76%**
163:16

**76.7**
184:2

**76.7%**
158:10

**77**
190:9

**77.2**
189:4

**777**
189:20

**78%**
87:22

**786**
189:7

**7th**
188:24

---

**8**

**8**
6:19 8:23
10:18 11:17
13:8,17
14:8,9,12,16
15:5,8
16:15,18
20:2 21:19,
20 26:9,14
29:2 30:25
32:13,25
36:8 37:19
40:8 41:19
44:10 48:18
53:24 63:6
64:16 67:21

**75:8,9 77:9**
80:9,20
81:10 83:12
86:18 89:25
90:21
103:15
104:1
108:21
113:20
121:24
180:10

**8018**
41:4

**805**
189:20

**81**
189:18

**825**
189:20

**825,000**
133:8

**841**
189:20

**847**
189:17

**85**
110:3

**854**
189:17

**856**
190:22

**857**
189:17

**858**
190:23

**859**
189:18

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025

**9**

**90**
197:8

**90%**
138:24
139:8 149:8

**92%**
87:17

**96%**
87:15,24

**97**
189:18
190:2,24

**97%**
87:23

**98**
189:21

**98%**
139:6

**99**
190:25

**9am**
187:22

**A**

**Aarons**
77:6,7

**AB**
6:19 102:1
136:24
157:6,25
189:7

**AB604**
15:10
156:14
183:12
187:7

**AB786**
189:3

**abandon**
21:24

**Abbott**
34:11 64:15

**abdicated**
88:22

**abide**
173:1

**ability**
43:7,13,20
61:25 62:2,6
100:14
105:12
128:14
131:3

**abortion**
43:24

**absence**
2:3 161:1,19
162:23

**absences**
188:6

**absent**
2:5

**absolutely**
43:25 44:8
76:8

**absurd**
86:22

**abuse**
165:25

**abusive**
163:13

**AC8**
41:21 62:24
158:2

**AC88**
41:6

**AC8A**
37:13

**ACA**
6:18 8:23
10:18 11:16,
17 12:21
13:8,17
14:8,9,16
15:5,8
16:15,18
20:2 21:19,
20 23:13
26:9,14
29:2,7 30:25
32:13,25
36:8 37:19
39:10 40:8
41:19 44:10
48:18 53:24
63:6 64:16
67:21 75:7,9
77:9 80:9,20
81:10 83:12
86:18 89:25
90:21
103:15
104:1
108:21
113:20
119:3
121:24
161:7
180:10

**aca8**
76:20 77:4
85:8 118:16
120:4
126:10

**ACAA**
153:23

**acai**
90:18

**accept**
27:18
166:22

**accepted**
181:18

**access**
77:22 78:6,
14 79:3 92:4
98:22
122:25

**accessibility**
193:21

**accessible**
122:10

**accessing**
69:22

**accident**
191:18

**accolade**
14:13

**accolades**
157:10

**accomplish
ments**
196:24

**accountabilit
y**
103:1 165:7,
25 166:23

**accountable**
79:11,14
107:3,6,10,
11,14,17,19,
24,25 139:3
161:1,4,20
163:1,2
177:3

**accuracy**
122:16

**accused**
149:15

**acknowledge
d**
68:10

**act**
15:6 17:25
20:1 24:7
30:25 31:4
40:8,9 49:17
82:22 86:11
88:22 89:9
90:14
124:20
157:23
176:23
192:14

**acting**
106:12

**action**
6:22 28:6
44:9 62:5
68:7,21 76:6
77:14
155:20
188:23
189:2,8
196:5

**actions**
17:23 25:16
28:5 44:5
59:11 60:22
142:7
163:11

**actively**
47:9 177:14

**activists**
194:10

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025

**actor**
109:24

**acts**
27:16

**adage**
101:2

**add**
60:9

**added**
4:4

**Addis**
2:7 188:7,10

**addition**
16:18
109:21

**additional**
56:13
134:14

**address**
37:7 72:16
73:4 133:25
135:9
149:10
169:8,9
182:10

**addressing**
98:18 99:2

**adhere**
48:12

**adjourn**
191:14
192:25
193:8 198:3,
10

**adjourned**
198:12,13

**adjourning**
195:4

**adjournment**
188:13
191:4,7
193:6
195:10

**adjournment
's**
190:25

**administratio
n**
29:23 41:13,
17 44:2
83:13 90:8
154:20

**administratio
ns**
174:25

**Administrato
rs**
196:10

**admire**
21:7 61:23

**admission**
73:16 98:7
101:12,20,
21

**admit**
20:23
151:24
161:24

**admitted**
61:22 98:2,3
101:15
168:6

**admitting**
47:1

**admonish**
6:3 169:11

**admonished**

15:21 19:14

**adopt**
8:23 24:2
159:24
171:18

**adopted**
78:1 83:2
103:13
109:10
188:3
189:24
190:17

**adopting**
6:23

**adoption**
10:20

**advance**
113:24

**advanced**
45:10
106:21

**advantage**
47:1 64:17
97:22 117:9

**advice**
18:1

**advocate**
193:20

**advocated**
194:20

**advocates**
42:9 60:11

**advocating**
24:18
197:10

**affect**
86:18 135:1

**affected**

25:13

**affecting**
56:9

**affects**
16:2 34:14
81:22

**afford**
53:18 93:10
99:19,21
133:9
135:19
137:4
142:23
144:19
145:25

**affordability**
91:13 134:1
152:8

**affordable**
99:5 155:4

**afraid**
39:14,15
63:21 82:2,3
185:11

**African**
53:15

**afternoon**
121:16

**Agar**
187:23

**age**
3:19 29:10
56:14 194:3,
13 197:8

**agencies**
42:8 127:6

**agenda**
87:4 131:24

**agents**
38:15 63:17
69:14

**ages**
52:16

**agree**
25:10 28:6
67:12 68:11,
14,25 69:2
75:10,16
85:11 88:16
102:18
131:23
134:7
136:18
142:4

**agreed**
88:2

**Agriacuri**
157:9

**Agua**
162:10

**Aguiar**
2:7 156:16

**Aguiaracuri**
157:7

**ahead**
33:5

**Ahrens**
2:7 80:6

**air**
31:17
167:24,25
176:21

**airdrop**
69:17

**aisle**
16:24 17:23
61:21 66:4

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025

89:3,6,10,12
101:7,23
125:24
139:20
140:5,25
141:3 150:1
171:2
178:10

**AJR**
12:6

**Alameda**
41:4

**Alanis**
2:8 188:12,
18 189:10
191:7,9
193:2

**alarming**
133:12

**albeit**
13:18

**alien**
71:23

**alive**
4:20 23:25

**allegedly**
162:1

**allegiance**
5:1,4 82:14

**allies**
38:4 83:20

**allocate**
136:8

**allocated**
164:1

**allowed**
46:18 120:6

**allowing**

125:11,22
192:24

**alongside**
91:16
193:25

**alternative**
78:5,18

**Alturas**
141:13

**alumni**
109:23

**Alvarez**
2:8

**amazing**
112:2 195:2

**ambition**
99:7

**amended**
10:9,19
11:16 32:25
169:7,15

**amending**
74:10

**amendment**
12:7 14:12
16:20 23:12
25:25 48:20
59:17 113:7,
17 115:1,20,
22,23 118:8,
14,19 119:5,
6 120:3,12
121:22
168:25
173:5

**amendments**
8:23 10:8,10
113:3,6,13
114:13

115:5,16,25
116:2,3,4,6,
7,8,12,23
117:14,20
118:6,10
119:12,24,
25 120:17,
23,25 121:8
130:25
156:19
157:8
187:16
188:2
189:21,22,
24

**America**
4:21 5:5
32:1 39:16
52:10,23
53:2,12
64:25 68:16,
20 70:5,12,
25 79:1,14
81:23 82:9
105:10
171:16

**America's**
78:5 94:19

**American**
15:7 18:21
34:15 53:15
63:16,21
68:2 94:17,
21 147:4
160:5
162:16
196:10

**Americans**
15:4 41:18
67:25 77:14
78:15 79:1
80:2 185:17

**amicus**
24:19,21

**amnesia**
149:8

**ample**
114:1

**analysis**
134:5,11

**ancestors**
179:9

**Angeles**
47:18 50:9
72:17

**Anneliese**
192:13

**announceme
nts**
198:5

**annually**
42:25

**anonymous**
166:18

**answering**
168:11

**answers**
87:14 93:21
135:5 142:6
164:11
167:22

**anyone's**
13:3 81:8

**Anza**
92:17

**apologize**
191:10

**Apparel**
110:14

**apparently**
45:17
172:24

**appeal**
7:15,18
178:5

**appeals**
62:12

**appeared**
165:4

**appears**
57:16

**applause**
163:10

**applied**
126:25

**appreciated**
75:4

**approach**
67:10 68:25
114:4
115:25
196:14

**appropriatio
n**
121:12

**approval**
158:7

**approve**
128:18
158:2,3

**approved**
10:8 14:6
15:9 49:5
86:5 116:21
184:5

**approves**
9:16

www.trustarray.com
844-817-1080

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025

approving
  48:21 120:8
  125:4

April
  144:15

Arabidian
  2:15

Arambula
  2:8 94:7,9
  97:6

architect
  26:7

archives
  179:7

areas
  86:14 95:22
  174:13

arguably
  143:4

argue
  17:25 37:9

argument
  67:1 136:10

arguments
  16:23 60:8
  66:17 92:20

Arise
  140:19

Arizona's
  24:20

armed
  89:7

arms
  2:4 82:25

Arnold
  22:12

arrest

5:14 127:6

arrests
  123:22

arrive
  65:9

arsenic
  44:16

Art
  195:15,18
  196:2,15
  197:4,6,22

Art's
  195:16,24
  196:24

Arthur
  195:15

Article
  6:15,20,24
  45:23
  128:13
  174:9

arts
  191:20

asa
  30:21

ashamed
  179:3

asks
  150:14

assembly
  2:2,3,25
  4:25 6:24
  8:11,12,22
  10:7,11,18,
  22 11:13,22
  12:11,18,24
  13:11 14:12,
  14 19:16
  23:5,17,24

30:22,23
32:13 37:14,
15 42:5 47:2
48:15,16
59:16 71:1
72:4 74:20,
21,22 77:6
85:25 86:13,
18,19 97:6
100:23
108:6,16
110:23
112:21
113:13
116:1,9
118:10,11
119:9
120:25
125:7,8
132:6,9,10,
11,25
148:14
156:15,16,
19,20 157:8
164:16
167:23
168:12,18,
25 172:18
176:5,12
177:20
178:5,6
180:11,20,
22 184:10
187:20,22
188:7,11,17,
18 189:4
190:7 191:6
192:25
193:1 195:3,
5,8

Assemblyme
mber
  11:1 20:3

21:15 22:18
26:11 29:3,4
36:5 40:25
41:1 44:11,
12 48:6,7,9
51:9 54:9,10
57:22,25
60:4 63:3
65:1,2 67:22
77:5 80:6,
21,22 83:8,9
84:22,23
85:3,4 88:13
89:23,24
90:19,22
94:7 100:24,
25 102:15
104:2
105:23
108:19
109:1,16,17
110:25
111:25
112:25
113:14
115:2,6,16,
20 116:2,5
117:17,22
118:2,7
119:14,25
120:20
121:14
128:24
133:16,22
137:5
138:10,11
139:13,14
140:16
144:5,6
146:8,9
148:13
151:13
153:4,6
154:5,7

156:2,23,24
157:9 159:7,
11 163:6,7,8
167:6
169:18
170:23
172:4,5,11
175:24,25
176:1,2,6,
10,11,15,16
180:6 183:2
186:7 193:5

assigning
  15:12 16:9

assistance
  18:25 50:18
  107:13
  123:16
  139:25

Assistant
  7:25 156:11

association
  196:16

assure
  32:4 68:3
  183:19

athletes
  109:21

Atlantic
  69:13

atrocity
  179:5

attack
  18:1 97:11

attacked
  39:23 136:8

attacks
  43:15 79:18

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025

**attempt**
23:14 73:19
103:22

**attempting**
14:22

**attempts**
72:7 147:6

**attention**
117:15
125:21
191:2

**attest**
122:11

**attorney**
134:15
167:12,15

**August**
198:6,8,12

**aunts**
192:19

**auspices**
131:21

**author**
8:7 15:25
41:5 83:12
88:6,9 89:25
115:23
168:17,24,
25 169:8
171:23
190:2

**authored**
49:17,21
121:17
149:18

**authoring**
99:8

**authoritarian**
49:2 71:18

83:1 100:22
125:4
154:16

**authoritarian
ism**
80:4 100:16
108:9
131:17

**authority**
45:24

**authors**
74:6 154:4
166:23

**authorship**
164:21

**autocrats**
61:4,8,18
62:7

**average**
133:7

**Avery**
191:14,15,
17,19,24
192:2,10,15,
25 193:3

**Avery's**
192:6,16,22,
24

**Avila**
83:9 84:22

**Avilon**
2:8

**avoid**
102:25

**aye**
10:2 11:6,24
77:4 118:1
119:19
140:15

154:3 157:2

**ayes**
10:6 11:10
12:3,17
109:9
115:15
118:5
119:23
121:8 156:9
157:5 182:7
187:14

———————

**B**

**babies**
148:19

**baby**
135:12

**bachelor's**
194:5

**back**
3:4,7 10:10
16:16 27:8
33:3 35:2,25
39:25 43:19,
25 50:11,15
52:21 61:25
62:18 64:2
65:8 66:19
67:17 70:3,
21,25 73:16,
17,20 79:20
80:17 81:10
83:5 84:19
90:2 93:25
95:6 96:11
105:12
120:10
123:21
125:3
126:11
128:5,7,8

129:5,20
130:16
133:6
138:25
142:17
160:7
177:16
180:2
181:21
182:15
186:1 188:7,
25 191:22,
23 192:17
197:5

**backers**
126:19

**background**
23:3

**backroom**
93:21 117:1

**backs**
146:3

**backyard**
179:9

**bad**
71:10 88:17
95:25 99:10
143:17
150:20
151:8,11
170:4,14
179:1

**Bader**
28:22

**baffled**
81:14

**bag**
50:3 145:6

**Baines**
2:9

**balance**
25:13 58:25

**balanced**
26:1 87:6
96:23

**balances**
58:14 88:19

**ball**
150:17

**ballot**
38:12 45:2
48:6 84:17
89:19 109:2
122:25
126:5
127:18,22
128:20
150:8
155:24,25

**ballots**
28:4 64:5

**Ballroom**
105:5

**Baloney**
127:10

**banking**
189:3

**banks**
93:4

**Banta**
41:1,2 44:8,
12 109:17,
19 110:25
111:1

**bar**
110:15
161:6

**Barack**
130:17

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025

**barbershop**
69:14,15

**barred**
46:16 47:6

**base**
25:6 129:18,
24

**based**
97:17
127:19
132:21
136:15
158:16
180:18,20
182:13
186:11

**basic**
43:24 93:8
164:6

**basically**
43:18

**basis**
46:25

**basking**
19:4

**battle**
34:16

**Battling**
193:21

**Bauer**
2:9

**Bay**
194:3

**beaches**
70:23

**beacon**
4:18,21

**bear**

112:5
140:13

**bearer**
97:3

**Beast**
110:2,14,15,
16

**beautiful**
3:22 41:4
59:12 95:25
100:17
111:2

**beck**
175:25

**beet**
92:6

**began**
94:14
195:25

**begin**
5:4 57:2
58:21 59:1
164:10

**beginning**
75:5 87:25

**begins**
51:19

**behalf**
14:16 32:10
41:3 83:5
111:2
167:14
170:5 176:7,
12

**behavior**
21:1

**belief**
22:15
194:19

197:5

**believed**
22:14 23:10
71:15 86:16
112:18
196:20
197:18

**believing**
96:13

**Belle**
195:22

**Bellflower**
70:11

**belong**
28:20 141:9
152:21

**belongs**
84:17
131:19
166:16

**beloved**
192:17
194:14
196:25

**Ben**
89:18

**Ben's**
110:14

**bend**
36:12 40:22
102:6

**bending**
105:8
149:16

**benefit**
20:24 77:19
78:8 147:12,
14 165:14

**benefiting**
120:11
147:11
185:18

**benefits**
32:9 83:16
178:20

**Bennett**
2:9 60:5,6
62:25

**bereavement**
188:6

**Berkeley**
109:22
111:9 194:4,
6

**Berman**
2:9 10:18
14:14,15
15:14,15
16:6,7 19:19
20:3 139:14,
16,18
140:16
172:12,13,
18

**Bernardino**
93:10 162:5
180:9

**Berner**
2:10 80:7,8,
21

**bestowed**
71:25

**bicameral**
23:21

**bickering**
28:8

**Biden**

129:25
130:4,18

**big**
38:23 42:10
77:20 78:3,
10 95:25
100:17
104:22
125:25
175:12

**biggest**
50:13
144:17

**bill**
6:14,18,19,
24 10:9
11:16 23:25
33:1 38:24
40:9 42:10
84:25 95:25
100:15,17
104:22
113:12
116:8
118:10,25
119:25
121:9,10,17,
18 130:24
133:21,24,
25 134:3,17,
25 135:14,
23 136:6,13,
14,17,24
151:3
153:14
156:17
157:9
161:13
164:18
167:1
168:17
171:22
172:17

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025

182:12
184:19
188:25
189:21,22
190:19,20,
21,22,23

**billion**
17:19 38:24
42:12 50:10,
23 90:12
99:25
107:12
123:21,24
125:15
126:25
127:2 134:9
137:12

**billionaires**
105:19
123:19

**billions**
17:24 78:4
123:15,24
137:20
140:10

**bills**
6:20 7:6
14:10 99:3,
6,8 111:10
131:4
133:10
151:8
186:21
187:2 188:1
189:15,23

**Biondi**
51:3

**bipartisan**
25:9 174:24

**birthdays**
128:23

**bit**
20:8 60:9
129:13
149:8

**bites**
88:24

**black**
40:3 49:7
53:13

**blah**
20:20

**Blake**
135:2

**blank**
134:3,15
135:24

**blatant**
97:10
136:21
177:7

**blessed**
29:20

**blessing**
65:12

**blind**
66:5

**block**
62:5,6

**blocks**
73:5

**bloods**
179:6

**blow**
175:1

**blue**
55:20,21

**blunt**
153:16

**blush**
17:16

**bluster**
101:11

**Blythe**
91:24 92:3,
12

**Boar**
32:14

**board**
2:25 68:5

**boards**
49:22

**Bob**
3:20 4:1

**Bob's**
3:17

**bodies**
23:21

**body**
6:13 7:7
13:10 14:7
16:1 20:10
45:16 48:12,
22 57:2
72:7,11
73:13 74:14
91:6,11,18,
21 97:25
119:7
132:16
142:7
163:24
179:11
180:5

**bold**
52:3,4,5
53:20 97:9
142:16
196:5

**boldly**
29:1

**bones**
179:6

**Bonta**
2:10 110:25

**Book**
75:18

**borders**
141:14

**Bore**
30:23,24

**born**
22:1 37:21
94:15 111:5
192:5
193:11
195:17

**borrow**
132:17

**bother**
147:25
162:15

**bothered**
162:9

**bothers**
130:14

**bottom**
83:23
103:25

**Bottoms**
111:18

**Boulevard**
69:13

**boundaries**
15:9 16:13
114:2

**bow**
39:21 81:9
175:25

**bowl**
110:4,6
111:4

**box**
84:17 89:19

**bragging**
18:5

**branches**
59:10

**brand**
176:23

**brazenly**
98:2

**break**
36:13 40:23
85:1 102:6
109:15

**breaking**
146:3

**breaks**
42:13
123:18
191:22

**breakup**
158:15

**breath**
27:13

**Breyer**
24:25

**Brian**
2:10

**bribery**
45:6

**Bridge**
141:10

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025

**bright**
4:21

**bring**
2:5 13:8,17
54:13 70:7
76:8 99:5
111:9,19
129:23
136:12
178:19
179:1,4,10
198:2

**bringing**
153:17
179:24

**brings**
179:22

**brink**
91:24

**broader**
194:3

**broken**
145:25
151:25
165:15

**brother**
192:12,18

**brothers**
145:23

**brought**
104:15,17
179:14,19
191:16
196:6

**Brownsville**
94:15

**brutal**
83:17

**brute**
60:21

**Bryan**
48:16,17
51:9

**BS**
137:4

**Bubio**
2:20

**budget**
57:15 77:21
78:2,3,9,11
126:22
127:1

**build**
20:10
112:13

**building**
21:10 73:6
74:17
130:23
143:14
145:18
148:24
150:15
197:18

**built**
30:4 88:18
163:25

**bullied**
82:17

**bullies**
81:4

**bully**
27:16 28:12
106:8

**bunch**
46:22

**bureaucracies**
193:22

**buried**
135:21

**Burke**
9:18

**burn**
34:13 64:15
107:18
147:19

**burning**
75:14 76:12

**Bush**
129:14
130:17

**business**
4:7 5:11,13
51:8 56:19
109:15,23
110:13,20
112:22
134:2,20
187:19
189:12,14
198:9

**businesses**
17:21 57:18
72:13 81:18
122:5 132:4,
5 133:12
135:22
148:1

**buy**
99:21
112:11

**buying**
63:9

**bypassed**
174:13

**bystander**
82:18
106:10

**bystanders**
81:4

— — —

**C**

**Cahan**
2:9

**cal**
98:25
123:19

**Calderon**
2:10

**calendar**
8:6,10,11,15
9:6,16
190:12,13,
17

**calfresh**
123:17

**Caliente**
162:10

**California**
6:11 8:14
16:11,14
17:3,21,24
19:6,23,24
22:10,23
23:5 27:1,4,
9 28:16,25
29:8,18,21
30:1,19,20
33:3 38:22
39:12,18,24,
25 40:4,13,
23 45:9
47:20,25
50:24 51:7,
25 52:4,11,

25 53:17,21
55:21,23,25
56:2,8,9,10,
16 57:1,4,
18,19 60:2
64:14,24
66:1,6,13,
17,18,22
67:4,8
68:12,13,15
69:5 70:17,
22 72:4
73:9,21 74:5
76:24 79:15,
21 82:17,25
83:14 84:13,
18,19 86:25
87:9 89:14,
22 92:23,25
94:25 96:17
97:17 102:5,
8,12 103:7
105:11
106:10
107:3,11
108:2,3
109:3
110:19,22
111:15
112:21
114:7,22
116:13
117:10,12,
15 121:20,
23 124:12
125:2
126:23
137:13,16
140:10,20
142:17
144:14
146:2 147:8
148:8
151:22,24

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025

152:7
154:23,25
155:20,21
157:15
158:12
159:1,5,17
160:10
163:6
166:19,25
167:2 170:1
173:10,13,
17 177:11,
16 178:19,
23 179:13,
19,21 184:7
185:22
191:20
193:13
194:2
196:18,19

**California's**
28:6 48:25
56:14 62:2
69:25 80:3
83:22
103:18
135:15
137:19
144:17
147:19,21
176:22
178:13

**Californian**
41:7 43:13
108:10
109:13
133:9
162:24
164:23
195:8

**Californian's**
137:3 154:1

**Californians**
15:5 21:25
25:18,20,24
26:5 37:10
39:1 41:23,
24 42:16,24
43:8 44:3
48:25 50:1
62:4 68:16,
19 70:19
77:13,23
78:14 79:17,
22 80:2,9,18
81:9 85:23
86:7 88:1,25
89:2,15,17,
21 91:1,4,8,
20 93:16
97:20 98:22,
25 99:15
100:6,11
103:24
107:15
108:7
116:20
123:16,20
124:11
133:5 135:2,
4,25 140:1,2
141:25
143:16,18,
24 144:3
145:20
158:10
160:7
163:18
165:20
166:8 176:8,
13 184:2
185:8,17
187:6

**call**
2:6 8:3,19

9:1,5 19:12
40:17,18
52:14 77:15
90:20,21
128:6
156:22
160:12
161:21,23
162:18
164:9 179:8
189:12
190:12
191:1

**called**
18:7 22:13
94:12,24
130:7 170:7
179:17

**calling**
30:8 49:21

**calls**
16:18 53:5
59:14 80:15
121:18
198:13

**camera**
46:21

**camp**
191:23,24,
25 192:4,20,
23

**campaign**
78:19
125:13,16
126:18
163:4,5
164:12

**campaigns**
47:9

**Campo**
162:14

**camps**
192:1

**Canada**
50:8

**cancel**
64:4

**cancer**
22:13 42:22
137:25
149:2 197:3

**candidate**
7:2

**capable**
46:10

**capital**
106:18

**capitol**
70:8 76:17
111:4

**caps**
147:1

**car**
191:18

**card**
65:14

**care**
18:25 27:22
31:5,16
38:23 39:7
42:8,14,21,
23 43:7,8,
23,24 45:14
47:19 50:18
57:14 69:22
77:22,25
78:10,14,16,
21,24 79:3
90:12 91:13
92:4,5

104:21
105:16
107:16
126:25
128:16
140:2
144:20
147:20
148:1
152:16,24
154:22
155:9
185:22

**career**
71:14 110:2,
11

**careful**
19:18

**caretaker**
4:14 111:22

**caretakers**
4:15

**Carillo**
2:11

**Carolina**
50:5

**carpet**
44:1 51:18
147:3

**carries**
10:7 11:11

**Carrillo**
36:5,7 37:14

**carve**
39:20

**carved**
26:25
165:11

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025

**carving**
27:25 45:7
145:4

**cascade**
25:2

**case**
34:14
118:20

**cash**
120:14

**Castillo**
2:11 116:3,
5,9,10,11
117:18
118:2

**cathedral**
75:19

**caucus**
2:25 3:2
51:2 148:22
149:21

**caused**
51:14
109:25

**causing**
148:25

**cautionary**
166:20

**CD**
4:8

**cease**
7:8

**ceased**
108:15
109:5 156:3
187:9

**cede**
62:23

**celebrate**
195:2

**Celeste**
2:19

**census**
16:15 63:25
157:20

**center**
43:3 170:9

**centered**
75:24

**centers**
155:13

**cerebral**
93:23

**Cervantes**
112:25
121:11,18

**chair**
7:18,19,25
10:9 42:5
49:16 137:7
139:17
167:8
169:14
196:16

**challenge**
114:1
122:19
153:20

**challengers**
25:6

**challenges**
133:5 185:3,
5,6

**chamber**
2:5 3:9 40:7
76:4 82:15
85:15 86:2

98:9 106:4
107:9
150:25
153:24
158:22
187:21
188:19

**chambers**
19:3 72:3
179:5

**champion**
111:5,23
193:9

**championed**
22:14

**chance**
17:4,11
18:14 36:18,
20 76:19
79:12 82:11
83:4 90:5
120:11
185:6,9

**chances**
125:18

**change**
28:22,23
36:14 38:8
50:16 65:16,
22,24
120:13
127:17
138:19
174:25
180:9

**changed**
82:21
112:18
154:17
163:22

**changing**
52:22 61:6
62:1 65:25

**character**
19:13

**charge**
72:21 150:4

**charts**
17:15

**chatted**
3:23

**cheaper**
38:19

**cheat**
27:17 36:16
40:21 63:10
177:17

**cheated**
27:12

**check**
19:8,21
58:25 88:23
198:7

**checked**
162:17

**checks**
58:14 88:19
134:3,15
135:2,24

**cheek**
35:9,19
61:24,25
73:15 129:3

**cheer**
192:8

**cheerful**
192:6

**cheering**

192:9

**Chen**
2:11 4:24,25
5:2

**chess**
36:16

**Chiavo**
2:21

**Chicken**
57:5

**chief**
115:25
121:9

**child**
27:22 40:2
144:20

**childcare**
93:11 145:7,
12

**children**
38:15 39:3
42:15 66:15
73:3 104:20,
25 105:15
107:13
146:3
148:25
149:1
185:20
191:25
192:1,4,5,9
197:1

**choice**
31:10 39:12,
17 79:17
80:19 81:9
82:3,10,23
105:17
157:23

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025

**choose**
6:2 14:18
28:10 80:10,
11 89:18,20
102:25
103:9,10
141:22
144:2
175:13

**choosing**
91:6 93:11
105:13,14

**chose**
28:16 72:12
103:8
192:10

**chosen**
27:1,3 86:25

**chum**
125:21

**church**
69:24

**churches**
38:16 132:3

**cinematic**
191:20

**circumstanc
es**
59:7 151:18
152:5,9

**circus**
19:10 46:5

**cited**
24:25 25:11

**cities**
158:15
162:4 164:7
183:24
196:18,20

**citizen**
30:2 46:8
54:19 94:21

**citizen's**
126:1

**citizens**
16:17 22:1
27:9 32:20
44:21,22
45:12 46:10,
11,14,25
47:2,5,10
63:16,21
67:19 82:11,
15,24 83:5
86:8 87:10
97:14 103:7,
11 114:1,9
116:13,22
126:4,7,11,
17 127:24,
25 128:4
136:25
157:17
158:16
161:2,5
163:25
166:4,14

**city**
3:15 69:13
86:25
165:11,14
183:17
195:14
196:1,3,14
197:25

**civic**
195:20

**civil**
53:9

**claim**

**17:12 27:22**
93:7 142:2

**claimed**
27:20
100:14

**clamoring**
104:8

**clap**
19:9

**clarification**
184:13,21

**class**
17:18
144:18
145:20

**class's**
44:25

**classrooms**
145:11

**clause**
127:16

**clear**
14:17 27:7
28:7 31:2
34:4 37:3
48:21 80:14
83:25 84:8
87:25 91:19,
22 100:9
101:11
103:1
116:14
133:5
145:25
176:18,20

**clerk**
2:5,7 7:19,
24 8:10,14
10:5 11:4,9,
23 12:3,12,

16 14:11
109:5,8
113:10,12
115:9,14,25
116:6,8
117:25
118:4,8,9
119:17,22,
24 121:2,7,
10 156:3,25
157:4,8
181:25
182:6 187:9,
13 189:15
190:4,12,15,
17

**clerk's**
23:24

**client**
167:15

**climate**
123:25

**cling**
26:20 27:13
106:16

**clinics**
42:19 78:8
185:21

**clock**
186:1

**close**
7:24 9:18
10:5 11:9
12:3,16
42:20 66:4
72:12 76:22
109:8
115:14
117:1 118:4
119:22
121:7 154:7

**156:7 157:4**
182:6 183:6
187:14
190:16

**closed**
46:22 72:12
126:13
140:23
150:21
151:5
165:24

**closer**
62:6,8,9,14

**closes**
120:12

**closest**
139:4

**closet**
154:13

**closing**
135:21
185:21

**closure**
91:25

**clothes**
169:9

**Clovis**
17:8

**clutching**
88:25

**Coach**
112:3

**cogent**
60:8

**coincidence
s**
71:16

**collaboration**

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025

196:20

**colleague**
17:22 20:15
28:4 47:18
48:12 53:4
61:21 67:11
72:16 75:3
102:18
121:25
137:10
148:20
150:1
153:10,12
162:5
168:14
178:11
183:9

**colleague's**
153:14
180:18

**colleagues**
15:13 16:6,
10,24 17:7,8
26:15 38:10
47:24 48:18
51:13 65:5,7
66:3,22 75:7
77:23 79:20
80:1 88:16,
25 89:3,6,
10,12 90:23
92:24,25
94:3 98:1
103:3
104:12
106:5 107:9
109:20
123:7
134:17
135:13
139:19,24
140:4,15,24
144:8

150:25
154:3
158:21,22
159:1
164:15
167:20
168:19
169:21
170:13
171:2 178:9
183:8 187:1,
6 191:13

**collect**
126:4

**collected**
126:18

**collective**
25:23 42:4

**college**
50:19
129:14
133:10

**Collins**
2:21 188:12
195:9,11
198:1

**collusion**
161:22

**colon**
149:2

**colonization**
179:16

**color**
39:22 63:17
124:3

**Colorado**
34:21

**Coloza**
2:10

**combat**
100:15

**combine**
192:3

**comfortable**
159:25

**commenced**
24:18

**comment**
97:25

**comments**
13:2 22:5
60:9,10 71:6
75:4 85:22,
25 86:3
135:5
161:13
172:17
184:13,14,
16

**commission**
12:7 16:17
19:25 22:1,
3,14 23:14,
16 24:3,21
26:7 30:2
32:20 45:13
46:9,14,25
47:5 68:7,21
69:6 70:18
84:7 85:20
86:5 87:10,
13,15,16,18
91:2 95:8,12
96:14,21
97:15
103:12
114:9
116:14,22,
24 117:6
126:11

127:25
128:1,2,3
136:20,25
151:25
157:18
158:9,25
161:6
163:25
164:24
166:1,5,14
183:22
184:4 185:3,
4

**commission's**
114:3,23
158:17
183:25

**commissioners**
46:16
116:25
184:5

**commissions**
24:9 49:22
55:11
101:25

**commitment**
31:1 195:17

**commits**
33:3

**committee**
10:8 11:18
34:1,2 42:5,
7 44:21
49:16 54:20
74:6 97:23
98:1 100:25
134:24
146:13,14

148:5
164:12,16,
17,20
167:10
168:13,18,
19,25 169:5,
14,16
171:25
172:1
177:25
180:20
182:12
189:4

**committees**
100:19
188:2

**common**
23:22 86:25
133:13

**communicate**
116:25

**communism**
129:23

**communist**
129:22

**communities**
17:17 22:6
26:21 27:15
28:1 30:12
37:25 40:6
45:7 56:21
68:17 70:1
78:25 83:17
84:5 86:20,
23 90:10,15
92:16 93:6
95:25 96:25
98:6,21
99:13
107:18,19

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025

114:11,18,
19 122:5
124:2
140:20
141:7
142:23
143:2
145:15,21
155:2
158:13
162:3 164:9
165:12
166:9
170:15
183:25
185:25
194:25
196:21

**community**
23:4 29:17
30:5,7 40:4
57:14 67:25
68:18 69:10,
19 70:4,9,24
83:18 86:24
87:22 96:6
97:20
110:12,20
141:20
144:22
170:6,9,11,
16 176:23
177:19
191:22
192:23
194:3,10
195:17
196:8 197:6,
10,18

**community's**
78:7

**compact**
86:14

158:18
184:1

**compactnes
s**
86:12 174:8,
12

**companion**
153:25

**Compare**
85:23

**compared**
124:10
183:24

**comparison**
123:10

**compassion**
38:7,20

**compassion
ate**
191:16

**competing**
165:2

**competitive**
47:11,14
159:18
192:8

**complain**
28:18 50:12
140:5

**complaint**
17:22

**complete**
90:24

**completely**
88:21
101:10

**complex**
114:16

**compliance**
86:10
113:24

**complicity**
81:19

**compliment**
61:21

**compromise**
25:7 49:10

**con**
69:10,11

**CONATE**
190:22

**conceded**
32:25

**concept**
23:16,19,20
25:22

**concern**
123:6
143:11

**concerned**
55:10 81:25

**concerns**
69:4 75:9
87:25 99:23
139:5,6,7,8

**concluded**
3:14

**concluding**
3:25

**concurred**
187:16

**concurrence**
156:18
157:7
189:25
190:5

**Concurrence
s**
169:6

**Concurrent**
8:12 190:24,
25

**condemned**
89:3,6,11,13

**condition**
33:1,3
118:25
119:2 173:6

**conditions**
191:25
192:6

**condolences**
192:22

**conduct**
5:12 122:9
123:9

**conducted**
140:23

**conducting**
123:2

**conference**
89:8

**confidence**
122:22
165:9

**confident**
67:16

**confused**
9:17

**confuses**
62:12

**Congress**
16:18 24:5,
16 25:21

26:2 41:21
43:14,25
44:2 53:15,
16 55:17
67:6 77:20
78:2 79:13
80:16 81:16
88:21 95:25
98:12
104:13
121:21
124:15,24
151:20
174:20
183:15

**congression
al**
14:23 15:2,9
16:16 25:1
26:22 27:12
33:7,19 41:9
47:23 56:2
57:21 77:17
79:6,8,25
86:5,20
97:12
106:22
113:8,18
122:1 125:5
126:15
158:1,11
160:21
161:25
162:2,20
164:12
165:16
170:8
173:15

**Congressma
n**
54:22,23

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025

congressmen
142:15
174:23

connecting
57:2

connection
141:9

Connolly
2:11

conscience
40:17

consciousness
22:25

consent
8:6,9,11,15,
22 9:6,15,
21,24 10:17
11:2,3 14:6
142:2
156:15,22
188:10,17,
23 189:6
190:12,13,
17,18

consequential
22:23 67:20

conservative
143:5
149:22

consideration
49:18 58:10
143:9

considered
21:2

consolidate

58:21 61:5,
13

consolidated
61:19

consolidates
61:16

conspiracy
161:22

constant
92:17

constantly
111:16

constituencies
160:23

constituency
20:11 21:11

constituents
18:25 23:9
36:19 37:6
43:11 69:9
77:25
105:14
143:18
160:10

constitution
6:12,15 7:8,
17 12:10
16:20 29:8,
21 33:25
34:3 45:18,
21 46:3
52:22 53:1
58:11 64:3
79:15 81:19
108:21,23,
25 109:4
128:13,16
131:20
174:9

constitutional
12:7 14:12
16:19 23:12
25:25 48:20
58:24 59:4,
16,25
113:25
121:22
127:13
130:25
158:12
174:8
183:25

constitutions
183:21

construction
63:1

consult
162:16

consultant
171:16

consultants
46:23

consulted
75:18

contacted
62:19

contained
15:10

contentious
146:12

contests
122:17

contiguous
184:1

continue
4:20 16:6
19:20 26:2

34:19 43:14
63:3 65:21
68:21,23
69:5 70:17,
25 72:15
77:3 157:16
160:11
182:25
184:22,23
186:22
187:5,18
192:7
194:23
197:21

continued
110:7
112:22
197:4

continues
6:4 77:10
192:15

continuing
56:7 197:17

contracted
193:16

contrast
114:3

contribute
185:24

contributes
130:19

contributions
194:22

control
73:8 79:12
102:5
104:13,14
143:15

controlled
20:23

controls
25:21 62:3
97:18

controversial
85:12 196:7

convenient
49:25
100:10

conversation
46:17
178:14
191:5

conversations
113:2 191:6

conviction
65:6

coordinating
84:9

copy
48:13

corazon
69:11

Cork
26:11,13
29:3

corner
78:17

corps
91:14 171:6,
12 195:22

corpus
76:5

correct
9:16 103:19

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025

corrupt
44:15

corruption
45:5 107:25

cost
17:13,24
98:19 99:2
104:25
105:1,3,4,5
123:2,23
124:10
125:15
126:25
133:7
134:10
136:7 137:9
138:17,20
140:5,12
144:17
185:7

costly
125:20

costs
17:12 123:6,
9

council
196:2,19

counsel
183:19

counselor
191:24

count
38:2

counted
52:9,13
53:17,20,22
64:2 66:16

counter
60:14 62:15

countering
119:1

counties
49:23
114:20
123:1,5
141:11
162:4

counting
61:9,12
126:25

countless
43:3

countries
19:4 52:18

country
16:22 26:18
29:10,12,13
30:14 31:3,
14,18,25
36:9,11
37:12 38:6,
21 44:4 49:1
50:4 53:6,
10,11 61:3
62:8 66:6
69:25 76:14
79:18 80:5
84:12 94:13
102:6,8,13
108:5 147:2
154:17
177:14
184:25
185:11,18
195:21

counts
90:5 96:24

county
47:7 92:6,8
93:10

122:10,11
135:10,12
136:16
141:9,14,17,
19 174:6
183:17

County's
196:11

couple
17:6

courage
40:8,18
52:2,8 106:6
150:21
151:6,9
196:22
197:24

courageous
52:5 54:7

Court
24:23,24
53:3

courts
24:18 98:12
148:3

cover
99:17
114:17

coverage
39:1 42:17
107:16
123:19

cram
160:13

crazy
150:22

create
23:1,13 26:2
41:18 63:12

160:21
170:21
175:1

created
21:25 32:19
46:7,14
47:10 64:3
71:19 97:2,
16 116:13
120:5
136:25
166:5,13
194:11

creating
4:17 143:12

creator
71:23

credential
194:6

credibility
21:22 98:14

credit
60:23

cries
104:5

criminally
51:4

criminals
127:7
155:13

crises
91:10

crisis
17:25 64:12
85:18 91:14
92:6 98:19
126:22
152:9

criteria
165:2

critical
62:17
135:10

criticize
98:9

critics
27:6

crocodile
104:19

cronies
17:16

cross
62:16

crucial
43:5

cruel
147:24

cruelty
38:19

crumble
51:7

cry
27:6 34:16
36:23

crystal
14:17
150:17

culminated
32:18

culture
178:25

curious
13:19

current
10:13 22:3

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025

29:23

**Curry**
2:7 156:16
187:23

**cut**
81:17 124:1
165:17

**cuts**
42:14 43:5
78:3,18,20
100:5,17
105:19
107:17
147:19,20
149:12

**cutting**
83:16
123:17
185:19,21

**cycle**
59:2 130:13

———————

**D**

**D.C.**
19:22 33:16
36:10 78:1,
16 89:5
141:2

**dad**
22:21 23:3
24:11 31:13

**dad's**
24:1 25:1,11

**daily**
62:12
109:15
112:23
187:19
189:13,14

**dance**
157:14

**dangerous**
106:25

**daotsu**
4:22

**dared**
52:21

**darkness**
142:12,13

**darn**
128:6

**data**
133:2

**dates**
133:2

**daughters**
19:1

**Davies**
2:11 85:4,6
88:13
138:11,13
139:14
176:6,11

**day**
3:20 8:11
9:6 29:25
31:25 59:9,
20,22 72:15
73:18 91:20
93:5,14
94:19 96:18
100:4
107:25
120:14
142:12
143:14
144:3,22
148:5,18,23
150:12

**day's**
187:20,25

**daycare**
155:4

**days**
30:4,5 36:10
85:24 97:23
99:4,7
113:9,19,25
131:4,5
134:21
154:16
184:5,6

**DC**
187:1

**DCCC**
127:23

**deadline**
113:25

**deadlines**
23:25

**deafening**
50:17

**dealing**
14:8

**deals**
93:21 117:1

**dealt**
197:1

**dear**
3:16 62:18

**dearly**
194:18

**death**

154:11,20,
21,25 166:8
169:11
177:3 188:6

31:17 39:6

**deaths**
154:19

**debatable**
115:7
117:23
119:16
156:25

**debate**
5:23,24
22:22 23:3
48:24 58:7,8
108:15
109:4
118:20
132:23,24
140:8
147:10
153:5,12
154:6,9
156:3
172:21
178:20
180:1 183:1,
2,5,8
186:20,21
187:9

**debates**
144:9 178:9
179:14

**debating**
5:20 92:10
133:25
134:3,25
172:17

**debauchery**
168:22

**debilitating**
100:13

**debt**
50:20

133:11
135:22

**decade**
6:18 14:23
106:21
121:25
157:22
166:10
187:2

**decades**
3:19 23:1
42:23 61:16
80:17 95:18,
19 165:12
196:25

**deceit**
62:10
169:17

**decide**
27:3 38:2
44:24 48:2
54:20 66:25
67:4,5,6,7,8
84:19 90:16
96:25 108:4
122:3 125:3
127:9
158:20
160:6 175:3
185:7

**decided**
16:25 41:15
44:25 45:25
76:16 91:1
128:4 160:6
164:7

**decides**
36:21

**deciding**
99:18

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025

**decimated**
17:20 78:16

**decimating**
43:7

**decision**
28:21 48:22
67:3,15,20
81:12
102:13
113:20
121:24
128:19
192:11

**decisions**
140:25

**decisive**
77:14

**deck**
157:21

**Declaration**
71:22

**declare**
24:23

**declared**
71:21

**declaring**
121:12
157:10

**decorous**
5:24 132:24
172:20

**decorum**
2:24 16:1
19:16 85:14
153:11

**dedicated**
84:2 110:9,
11 122:13

**dedication**
122:17
195:14

**deemed**
188:2,3
189:23,24
198:4

**deep**
66:9 195:17

**deeply**
22:21 41:10
196:20

**defeat**
61:14

**defend**
79:17 80:3
84:14 90:13
97:4 104:18
106:13
126:23
140:12

**defended**
71:13

**defender**
111:22

**defending**
77:12 79:16
84:9 90:1,4
131:9
142:18

**deferred**
188:1

**deficit**
99:25 127:2
134:8

**define**
20:17
195:20

**defining**
51:25 52:9

**defunded**
147:23

**degree**
194:5

**Delano**
94:25

**delay**
115:4
119:11

**delegation**
173:15,21

**deliberately**
137:19
143:4

**delightful**
4:10

**deliver**
122:15

**delivered**
114:4

**Demaio**
2:12 6:7,8
7:9,12,13,21
9:19,21,23
10:2 11:1,2,
7,23,24
12:4,9,14
47:2,3 48:8,
9 115:17,18,
20,24 125:8,
10,12
128:21,22
159:7,10,11
161:9,15,18
163:6,7
180:7,8,10

**demand**

22:2 98:11
122:20

**demanded**
15:1 18:8

**demanding**
79:5 104:10
186:25

**demands**
19:22

**democracy**
14:19 17:13,
25 18:2,23
25:14,22
26:17 28:9,
13,15,19
29:8 31:1,
19,25 32:5,
6,9 35:25
36:9 37:21
39:8,15,23
40:5,11,13,
21,22 43:15
44:17,18
45:4 51:6
52:6,7 54:3,
21,25 55:8,
10,11 57:6,
8,17 58:9,15
59:14,20,22,
23 60:1
61:5,17,18
63:22 66:12,
25 67:18
68:3 70:15
72:2 73:9,
19,23 74:9,
12 76:12,15
77:1,3 80:24
82:11,25
83:21 84:13
88:18 89:18,
21,23 90:1,

4,7,17
92:23,25
95:19 97:4
104:19
105:20,21
106:14,15
108:12
113:25
124:8 125:1
129:11,16,
21,25 130:1,
8,15 131:9,
10,13,21
138:8 140:6,
12 155:15
159:9,16,23
161:23
165:6
166:20
177:18

**Democrat**
15:12 16:10
17:8 68:1
70:13 74:8
89:22
116:17
164:15
168:19

**democratic**
2:25 33:15,
20 38:10
55:18 59:25
60:11,22,25
66:20 72:10
158:7
164:12
171:16
187:1

**Democrats**
35:21 40:18
54:7 55:19
68:10 72:21,
25 73:7,22

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025

86:14 87:14,
22 89:22
95:6 102:19
138:22
139:5 147:7
149:9,20
150:15
157:15
173:12,16,
22

**denominator**
133:14

**deny**
82:10

**denying**
90:8

**Department**
51:3 99:25
134:6

**depend**
64:5

**deportation**
94:20

**deportations**
123:23

**deported**
94:22

**depresses**
99:13

**deprive**
48:7

**derangement**
100:12
139:21

**Desantis**
15:1

**describes**
25:2

**desecration**
79:25

**desert**
86:24

**deserve**
15:5 50:2
135:4,25
136:1
139:11
143:18
144:3
160:23
166:8,10

**deserved**
114:22
193:25

**deserves**
111:22
117:7

**designated**
25:5

**designed**
106:21
142:21
157:22
177:7

**desire**
7:22,23
8:16,17
10:1,4,5
11:5,8,9,25
12:13,15,16
109:6,7,8
115:10,13,
14 117:25
118:3,4
119:18,21,
22 121:3,6
156:4,6,7
157:1,4
182:2,5,6

**desk**
10:11 22:19
112:25
113:6
115:20,23,
25 189:13
198:2

**desks**
113:1

**desperate**
145:15

**desperately**
61:4 145:15
146:17

**despotism**
131:17

**destroy**
29:7 44:19

**details**
165:2

**detention**
155:12

**detentions**
123:23

**determinatio**
**n**
72:6

**determine**
34:23 47:12

**detrimental**
149:1

**deus**
115:25

**devaluing**
25:7

**devastating**
24:1 41:25
185:16

**developing**
195:19

**devoid**
101:10

**devotion**
196:25

**Di**
44:12,14

**diced**
143:12

**dictated**
40:14

**dictator**
39:20 72:25
88:20,23
147:4
154:17

**dictators**
71:18 83:2

**dictatorship**
31:13

**died**
23:15 24:11
31:16 68:2

**Diego**
28:5 195:15,
25 196:11,
12,16,17

**dies**
163:10

**difference**
54:1,2 126:1

**differences**
46:7 197:15

**differently**
170:12

**difficult**
66:1 154:11

**dignity**
40:1 94:23
95:2 124:3
194:19,24

**diligence**
134:22,24
135:3

**dilute**
47:16
160:22
165:18

**dime**
124:13

**dimensions**
25:15

**dinner**
95:14

**direct**
6:11 41:19
60:10 77:11
98:4 161:12

**directed**
13:2 93:2

**direction**
108:5

**directly**
76:25 104:9
168:7

**disabilities**
124:2
147:22
155:5 194:1

**disability**
193:10

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025

194:10

disabled
194:8,21

disadvantage
36:25

disadvantaged
84:4

disagree
36:23 126:2
153:3,18

disagreeable
153:18

disagreed
153:14

disappointing
20:9

disappointment
90:25

disaster
50:13 83:14
107:17
142:19
147:18

discipline
195:23

discriminating
7:1

discussion
58:6

discussions
144:11

disease
192:2

disenfranchise
25:17 49:4

disenfranchised
82:24

disenfranchises
99:14

disgusting
69:24

dishonest
48:5

dismantle
83:21
131:13

disparity
173:17

dispense
8:24 14:9

dispensed
10:25
187:25
190:11

disregarding
128:17

disrupting
5:12,13

dissent
38:18

distant
174:14

distract
152:5

distracted
21:5 152:24

distractions
136:1

district
15:2,9
16:13,16
17:16 26:19
30:7,11 43:2
63:15 86:18,
19 87:6,7,11
88:4 91:3,
20,23 93:13
102:2
116:15,25
125:5 141:2,
6,10,22
142:15,25
143:1,4,7,12
151:1
158:11
160:21
175:9
176:13
184:3
191:23

districts
6:25 14:23
24:15 27:25
33:8,19
34:25 39:20
41:18 42:3
47:10,11,24
49:23 79:7
86:6,14,20
97:12,21
120:7 122:1
126:15
139:1 140:3
158:1,18
159:18
161:25
162:2,20
165:16
170:8
174:10,17
177:14

184:1

diverse
90:9

diversity
69:25

divestment
78:9

divide
27:15 38:17,
22 141:6
143:6,10,13

divided
164:8

divides
86:20

divine
71:17,25
72:5

division
87:20
196:17

Dixon
2:12 54:10,
11 57:23
176:11,12,
16

doctor
139:17

doctors
194:9

documentaries
192:4

documents
73:25

dog
112:5

dollar
98:17,18
127:2
135:18

dollars
17:24 50:15,
20,23,24
78:4,10 93:2
99:12
104:24
107:12
123:9,15,21,
24 125:15
126:21,23
134:12
135:1,6
136:3
137:21
140:11

Dolores
95:1

domestic
83:20

dominate
40:19,20

dominated
62:8

Donald
19:7,21
31:20 63:7
67:4 77:15,
19,25 78:12
79:9,18
106:14
107:2 108:4,
11 130:12
137:11,18
148:12
160:2,3
177:15

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025

donor
192:11

donors
78:19

Doo
177:1

door
117:1

doors
42:20 46:22
126:13
135:21
140:24
150:21
151:6
165:24

doorstep
104:17

Doug
174:21

dozens
164:25

draft
181:20

drafted
10:12
169:16

drag
114:6

drain
100:3

dramatic
26:15

draw
24:7 38:1
39:13 44:23
46:11,19
54:20 86:9,

16 91:3
126:14
128:14
168:2,7

drawing
16:16 22:3
28:25 46:20
49:19 83:23
86:5 97:12
103:6
116:15
128:15
166:8
168:15,23
175:9 177:6
178:13

drawn
6:25 24:15
34:25 45:22
46:22 117:8
139:1
157:16
162:2
165:24
174:10,11
176:22
179:22,23
183:13
184:3

draws
87:11

dream
4:15,17,18,
20 79:25

drew
22:5 46:25
93:22
160:16,18,
24,25
162:23
164:6 165:8
166:2

167:21,24
168:4,21
171:9,13,15,
17 176:3,13
180:19
182:12

drilling
62:25

drive
142:13,14

driven
54:19 56:18,
19 114:4

driving
107:24

drop
19:7 51:12
69:16
148:20

dropping
71:7 148:22

drove
112:16

drowning
133:11

due
83:17
107:23
134:22,24
135:3
155:13

duly
130:15
140:7

duty
83:3

dying
82:8 99:1
100:8

dysfunction
22:11

---

**E**

ear
117:5

earlier
13:1 14:25
16:4 45:11
95:3 108:18
118:15
129:2
132:21
147:9 161:2

earliest
194:12

early
31:16

earned
110:4 136:2
137:21

earnestly
18:10

earning
144:19

earthquake
109:25

easier
79:7

easiest
102:10
186:24

East
194:3

economic
123:11

economies
17:20

economy
124:6

Ed
193:15,17,
24,25
194:14

edge
106:23

editorial
54:25

educate
162:25

education
56:20 73:3
134:1
137:12,24

educational
193:22

effect
118:18
121:13
157:11
158:3

effective
153:4

effectively
73:2,4

effects
41:25

effectuate
23:9

effort
14:23 23:17
24:2 60:14
122:21
161:23

efforts
26:19 73:18

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025

80:3 139:25
140:1 141:6
183:18

**EI**
2:12 63:3,5
65:1

**elapse**
88:7

**eldest**
193:15

**elect**
21:3 34:24

**elected**
18:18,24
23:4,8
30:18,19
33:21 81:6
116:25
117:9
121:23
129:21,25
130:1,13,15,
17,18
135:25
140:7 171:7,
8 196:1,11

**election**
6:16 14:24,
25 15:6
17:14 18:16
29:13 30:4,
15 47:7,13
57:13 59:2,6
79:10 87:11
98:16,23
104:25
105:1,3,4
106:19
107:6
121:11,19,
20 122:7,10,

20 123:3,8,
10 124:10,
14 125:15,
20,25 126:6
127:14,16,
17 129:15,
25 130:25
134:4,11
135:7 137:9
138:17,19,
22 155:22
157:22
160:12
161:8
164:16
178:1 185:9

**elections**
18:7,19
27:19 28:20
49:16 77:18
79:25 80:25
82:12 122:8,
11,12,16
130:12
131:2
146:13
158:24
159:18
160:3,4
164:17,20
167:9
168:13,18,
25 169:5,16
180:20
182:12
185:14
186:25

**electorate**
24:2 95:17

**eligible**
16:25
155:23

**eliminate**
123:24

**eliminates**
26:3

**Ellis**
2:12 176:2,6

**embarrass**
147:1

**embarrassed**
52:14

**embodied**
111:23

**embodying**
111:14

**emerge**
58:20

**emergency**
19:24 31:3
38:13 42:1
78:25 84:11,
12,13 91:25
92:4

**Emeryville**
41:5 110:15

**emotion**
170:3,20

**emotional**
54:12 170:4,
14

**emotions**
169:23,24
170:2

**empathy**
147:25

**empower**
41:23 44:19

**empowering**
19:25 110:9

**enabling**
147:16

**enacted**
56:17

**encourage**
32:22 48:11
77:4 132:14
140:15
174:11,12

**end**
24:4 29:25
34:8,22
51:21 59:9,
20,22 73:18
94:3 103:13
144:3
154:25
159:17
164:10
166:7
175:15

**ended**
116:21

**ending**
43:17

**endless**
194:17

**endowed**
71:23

**ends**
159:25
160:1 163:4

**enduring**
28:22

**enemies**
35:12 51:22

**enemy**
35:12

**energetically**
192:9

**enforcement**
15:12 16:10
127:6

**engage**
21:1,12

**English**
137:14

**engulfed**
22:22

**enhance**
20:22

**enjoy**
84:5

**enjoyed**
3:24

**enlisted**
31:17

**enrolled**
194:4

**enslaved**
64:1

**ensure**
33:20 42:11
43:12 58:15
59:5 64:1
70:8 84:4
97:16 108:4
114:14,24
122:25
123:1 154:1
185:8

**ensures**
25:25

**ensuring**
23:8 37:10
114:12

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025

entertain
198:10

entertainment
110:20

entire
37:25 71:14
72:22 73:1
75:14 81:22
82:23 98:2
114:17
169:12

entitled
104:11
124:20,23

entrenched
73:22

Epstein
89:11

equality
86:10

equity
194:23

era
3:22

erased
37:25

erode
73:19 74:20

erodes
21:22

escape
3:21

essential
61:2 114:13
154:2

establish
24:8,13

193:25

established
4:3 99:11

esteemed
75:10

Ethan
192:12,19

Euphoria
111:20

event
94:20

everyday
86:8

evidence
34:25

evil
35:8,15

evils
25:10

eviscerating
128:1

evolution
71:11

exact
134:19
135:12
136:25

examples
170:18

excessive
25:3

exchange
171:5

excludes
63:25

Excuse
3:3 15:14

118:9
133:16
140:4 153:6
159:10
161:9 178:1
180:22,25
181:12
186:4,14
189:25

executive
28:3 43:17
58:22 130:5,
6 132:2,8

executives
36:3

exercising
45:17

exert
79:5

exerted
72:9

exhausted
91:5

exhaustive
114:24

exigency
25:15

exigent
31:12

exist
26:5

existential
25:15

exists
18:24
105:11

expand
145:14

expanding
98:21

expect
152:18

expense
135:16

expensive
78:25 142:1

experience
151:18

experiences
192:12

experts
176:22
183:16

explain
7:13 64:7
82:20

explanation
15:23
165:25

explanations
165:1

exploit
178:22

exploited
153:15

express
18:14 30:25
152:25

expressly
6:21

extend
192:21

extensive
114:11

external

161:13

extort
140:10

extorted
17:20

extra
15:2

extract
17:19

extraction
90:11

extraordinary
122:21

extreme
25:4

extremist
78:12,15

extremists
148:3

eye
35:6,7 137:8
153:19

eyes
7:25 31:21,
22 66:4
156:8
187:15

_____

F

face
76:6 99:10

faced
25:14 91:11
133:5

faces
92:2 134:8

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025

**facilities**
42:8 43:4

**facing**
91:11

**fact**
42:25 45:18,
21 47:14
56:13 99:11
101:11
102:20
103:2
133:13
152:23
164:5
175:10
184:2 185:3

**factor**
134:14

**facts**
99:23 101:4,
5 133:2
177:25

**factually**
168:16
182:13,22

**Fadias**
2:8

**fail**
58:23 59:10,
11

**failed**
23:18 79:14
98:24
111:11
124:12

**failing**
57:6

**fails**
12:4,18
59:13 182:8

**failure**
24:1

**failures**
107:6

**fair**
16:21 26:4
27:19 29:13
30:15 34:7
48:7 49:17
59:6 80:25
82:12 86:9
95:24 96:3
114:4,25
122:9
127:14
158:25
159:18
160:4
166:11,15
173:24
174:6
177:19
185:9

**Fairchild**
43:3

**fairly**
106:25
117:8 143:3

**fairness**
22:2 25:24
27:5,23
28:16 30:14
64:17 97:16
98:6,11
104:16
120:9 166:4

**faith**
96:16,25
143:17
165:6

**fall**
44:22

**falling**
57:5

**false**
61:14 62:10,
12

**falsely**
27:20

**fam**
110:8
111:13

**families**
27:25 37:24
38:19,20,22
39:4 42:16
57:19 63:14,
18,19 83:19
92:17 93:9,
25 98:25
99:18 100:7
107:14
122:5
123:13,15
124:6
135:19
137:19
144:18,23
145:3 146:2,
6 155:3,6,12
185:24,25

**family**
4:6,7 29:11,
16 32:7 40:3
94:22 108:1
110:8
111:13
148:19
170:10
185:20
191:10

**192**:17,20,
22 195:1
196:25

**family's**
4:14 83:15
94:14 145:8

**famous**
142:11

**Farias**
83:9,11
84:23

**farmers**
185:20

**farming**
170:11

**farms**
142:19

**fascism**
80:4

**fashion**
65:25
126:14
174:25

**fast**
124:20

**father**
22:25 26:7
32:10,17
35:14,18
54:18 65:11
94:15,21
95:3,15
197:12

**father's**
79:25

**fathers**
19:1 60:23

**faux**
139:23
140:13

**favor**
75:7 80:16
139:1 151:9

**favored**
87:15,16,17
175:5

**favoring**
6:25

**favorite**
150:12

**favorites**
142:10

**favors**
175:9

**fear**
38:18 39:9
63:12 96:15
148:11

**fearing**
31:8

**federal**
29:23 41:13
47:7 50:11
62:3 63:17
64:9 77:21
78:3,9,10,11
81:16 86:11
90:8 96:21
99:12
137:25
140:25
149:13
150:4
169:24
183:20

**Federalist**
58:11,16
59:8

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025

**feeding**
20:13

**feeds**
185:20

**feel**
30:8 31:6
66:12 91:21
144:10
145:22
146:15,17
152:14,15
169:25

**feeling**
3:18 31:7
172:2

**feels**
65:15

**felt**
3:21 94:11
126:6

**fend**
25:6

**Festival**
3:25 4:9

**fever**
31:15

**field**
25:25 26:1
64:14 96:23
110:8 111:6,
11

**fields**
38:16

**fierce**
111:9

**fiercely**
48:25

**fifths**

49:10

**fight**
14:18,20
27:10 28:12
31:23 32:18
35:25 36:20
39:25 40:19,
20 47:25
50:2 61:24,
25 66:19
67:17 73:16,
17,24 77:2
80:11 81:10
83:4 89:20,
23 90:2,6,15
96:1 102:19,
20,22
104:15
105:12
122:3
124:25
125:3 129:5
140:25
142:18,25
155:15,17,
18 157:24
174:18
187:5
193:23
194:23

**fighters**
142:16

**fighting**
31:11 33:10,
12,14,23
34:12 47:23
50:25 56:3
79:20 93:3
95:2 105:21
124:8
131:10
154:21
160:8 173:8

179:20
185:8
197:10

**fights**
162:6

**file**
6:9,10 7:7
10:10,19
12:8,11,22
13:8 17:2
109:15
112:23,24
156:17
157:6
187:19
188:25
189:13,14
190:2,3,8,10

**filed**
161:2

**files**
89:12

**filling**
92:18 93:12

**film**
191:20
192:3

**final**
16:12 60:3
88:9 105:24
121:24
134:10
192:14

**finally**
6:23 111:25
128:9
193:18

**Finance**
99:25 134:6
189:4

**financial**
134:25
136:4

**find**
13:22 18:8
57:13 75:20
93:4 112:13
137:10
138:7
153:17,22
155:3

**fine**
73:20 147:7

**finest**
77:1

**fingers**
76:11

**finish**
88:8 138:15
149:4 181:1

**fire**
33:10,12,14,
24 34:12,13
50:5,25
73:17,24
89:14 90:15,
16 173:8,25

**firmly**
72:1

**firsthand**
41:24

**fiscal**
134:19

**fix**
55:5 91:17
94:4

**fixed**
170:19

**flag**
4:25 5:4
82:14

**flames**
92:24
125:17

**flat**
36:16

**flawed**
74:12,13

**flaws**
73:14

**fleeing**
55:20

**flies**
99:10

**flip**
106:22

**flood**
107:19

**flooding**
50:7

**floor**
5:20 13:8,17
17:7 19:13
23:12 37:4
40:16,24
45:19 49:20
51:15,16,23
52:1 54:4
68:5 72:9
75:22 91:9
94:11 103:4
113:2 144:9
149:11
151:17
154:10
172:16
175:22
178:1

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025

179:25
186:11
191:5,6
192:25
198:7,8

**Flora**
2:12 156:20,
21 157:2
169:18,20
170:23
187:24

**Florida**
14:25 38:5
39:21 40:3
41:16 50:6
56:24 77:16
79:4 98:9
146:22
177:13

**flourished**
196:1

**flowery**
131:8

**flown**
19:3

**focused**
41:9 101:21
191:24
192:1

**focusing**
92:10

**follow**
5:18 22:10
29:21 30:18
132:15
134:17
172:20

**Fong**
2:12 89:24,
25 90:19

**food**
18:25 50:18
83:15 93:3,4
99:5 104:25
105:16
107:13,21
123:15
139:25
145:1 148:2
155:7
185:19

**foods**
148:25

**fooled**
64:12

**football**
111:5

**forbid**
79:13

**force**
27:10 31:17
39:11 60:21
69:15 158:4

**forced**
27:11 42:20
48:2 50:21
92:3 134:18

**forcing**
81:8

**forebears**
34:16

**foreign**
19:4

**forest**
92:19

**forever**
103:17
154:18

**forfeit**
6:5

**forget**
64:18 68:20
98:14
197:25

**forgot**
41:11

**forgotten**
91:21,22
140:21
145:22

**form**
24:20 71:19
165:23

**fortunate**
148:17,18

**forward**
24:12 34:8,
10,12 65:24
82:25 92:14
103:8
118:17
119:3
153:22
170:22
173:4,6,18
179:11,25

**fostering**
112:8

**fought**
31:13,14
32:2,3,7
47:21 53:7
54:23 91:16
93:25
165:12

**foul**
36:23

**found**
4:8 58:16
112:16

**foundation**
110:9
111:14
112:13
166:12

**founded**
28:14

**founders**
58:12 71:20,
25

**founding**
34:16 60:22
73:25 79:25
110:8

**fraction**
92:15

**fractious**
58:20 59:2

**fragments**
165:15

**Frankenstein**
141:21

**Franklin**
89:18

**Freaky**
111:18

**free**
27:19 73:11
80:25 82:12
98:15
126:24

**freedom**
5:22 29:11
30:13 32:7
80:25 82:11
108:7

132:21

**freedoms**
77:13

**freely**
50:4

**fresh**
4:11 185:19

**Fresno**
101:24
112:7
165:16

**Friday**
198:6

**fridge**
93:12

**friend**
3:16 101:23,
24,25
192:13
193:14
197:13

**friends**
51:23 61:7
62:18 101:7
102:23
107:21
108:1
125:24
126:16
192:20,22
194:17,25

**front**
133:21

**frowned**
74:3

**froze**
137:11

**frustrated**
30:9

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025

**frustrates**
176:24

**fueled**
123:13

**fulfill**
15:4

**fulfilled**
92:1

**fulfills**
59:25

**full**
30:25 73:7
122:22

**fully**
64:2 98:23
127:4
128:11

**fund**
85:13 98:24
100:4 127:4,
8 145:13

**fundamental**
25:22 34:14
60:19 73:10,
25 114:25
167:21
169:12

**fundamentally**
24:16 66:20
76:14 95:20
96:13

**funding**
42:12 43:5
78:4 81:17
91:25
123:25
128:11
140:25
141:3

**funds**
89:13
137:12,17,
24

**funny**
128:23

**future**
26:17 31:22
32:3,11,12
39:13 41:8
92:2 97:1,3
99:24 124:7
126:16
137:23
144:18
146:4

---

**G**

**Gabriel**
2:13 65:2,4
67:22
110:18

**gain**
27:25 93:1
98:8 100:7
101:12
165:16
178:23
179:11,15,
18

**gaining**
36:13

**Gallagher**
2:13 8:25
9:3,4,11,14,
15,19 10:22,
24,25 11:12,
13,15,22
12:2 13:11,
12 14:4
19:11,17

32:14,16
36:4,5
108:16,17,
19,25 109:1
113:2,4,5,9,
13,14,16
115:2,12
118:7,11,12,
13 119:9,20
128:24,25
132:6,7,10
172:5,6,11,
19,22,25
175:25
176:1
177:21
178:2 182:8,
9,11,21,24
183:3,4

**gallery**
3:9 5:10
192:21
195:1

**Galvan**
35:24

**game**
36:15 61:6
63:10 65:14
143:19

**games**
142:5

**gamesmanship**
135:16

**Garcia**
2:13 7:25
8:2,18,21
10:3,16,22
11:12 22:17
26:10 45:25
55:3 56:12

57:8,24
85:16 88:8
115:4,7
117:20,23
119:11,15
120:22,25
138:2,6
156:12,19,
24 157:2,13
166:21
167:6 176:4,
7 180:13,16
181:5,10,14,
19 183:7
184:24
186:6,9,17,
23 188:16,
22 189:7
190:1 193:7

**gas**
93:10,12
99:17

**gases**
71:10,19

**gaslight**
136:21

**gaslighting**
163:24

**Gate**
141:10

**gathered**
44:25

**gathering**
194:7

**gatherings**
194:11

**gave**
4:11 13:1
45:12 86:7
191:23

**gavel**
3:4

**Gavin**
33:23,25
34:10 44:15
52:2 67:5
73:12
125:13,20
139:21

**General**
76:4 134:16

**generation**
4:6,13 32:8
53:12,25
99:22 112:9

**generations**
26:18 54:3
170:10

**generosity**
192:15

**genocide**
179:6

**gentleman**
19:12
172:14,15

**gentlemen**
68:17 69:7

**geodic**
86:11

**geographic**
86:12,22
174:11

**geographical**
174:12

**geography**
86:11 141:8

**George**
129:14

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025

130:16

**Georgia**
18:8,19
26:22

**germane**
184:19

**Germany**
154:15

**gerrymander**
33:9 173:7

**gerrymander ed**
33:19 74:4
161:20
171:25

**gerrymander ing**
20:23 21:13
22:13 24:23
25:3,10 33:4
45:3,4,9
49:11 81:20
85:11 88:17
92:11 98:3,
10 99:12
101:22
102:25
103:5,14
116:20
136:14
139:1
146:23
147:10
165:20,23
177:7 187:2

**gerrymandin g**
82:5

**Gibson**
2:13 51:9,11
54:9

**Gill**
24:22

**gin**
129:18,23

**ginning**
130:19

**Ginsburg**
24:25 28:22

**Gion**
3:24

**give**
7:10 19:6
32:8 36:19
50:4 55:22
64:16 76:19
77:8 78:18
82:2,20 83:3
94:23 108:9
113:25
125:2 127:4
128:7,19
131:3 146:3
159:23
182:16
185:6 191:1

**giving**
26:25 48:22
63:13 67:19
75:22 79:17
81:9 104:25
110:18
114:22
120:11
126:24
131:19
138:25
191:22
197:5

**glaring**
177:4

**global**
60:17

**glow**
19:5

**goal**
29:25 73:21
101:17

**goals**
7:5 23:6

**God**
5:7 71:12
129:16,21

**God's**
93:5

**gold**
45:12 97:13
166:1

**golden**
68:11
141:10

**Gonzalez**
2:14 37:15,
17 40:25
90:22,24
94:7 176:16,
18 177:20,
23 183:9

**good**
15:19 22:7
35:16 58:7
63:5 66:25
75:18
112:20
121:15
143:9,14
148:19
169:25
170:1,21

**goodbye**
197:20

**govern**
100:14

**governance**
22:8 143:10,
15

**government**
33:14 59:10
62:4 71:20,
25 73:8
74:25 75:1,
25 76:1
79:25 83:1
86:7 93:17
97:18 124:9
141:23
143:24
150:4
166:13
169:24

**governments**
60:20 71:18
150:3
162:16,19
196:17,19

**governor**
7:3 14:25
22:12 33:9
34:11 51:25
72:8 76:17
89:8 91:2,18
96:20
103:15
105:2
116:17
118:25
125:13
131:25
141:16
150:6,14,22
151:11
153:15,25
175:17

187:18
188:3

**governor's**
172:9

**governors**
41:17 52:3

**grab**
27:6,7 84:9
90:3 106:11
108:11
124:19
128:4 146:5

**grabs**
15:7 84:1

**Gracias**
70:25

**graduates**
133:10

**graduation**
192:2

**grain**
129:9

**grandchildre n**
54:5 80:17
194:16

**Grande**
162:12

**grandkids**
31:22 32:11,
12

**grandpa**
71:9

**grandparent s**
170:13

**granted**
71:24 191:3

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025

**grants**
137:25

**gratitude**
4:23

**grave**
31:19

**graves**
39:3

**Grayson**
190:3

**great**
60:23 70:22,
23 71:2
72:18 94:13,
25 95:9
96:17
147:23
194:16

**greatest**
76:2 109:21
196:25

**green**
44:1 51:18

**Greenhouse**
194:7

**Greg**
34:11

**grew**
141:23
163:12
193:12

**grief**
197:4

**grilling**
177:5

**groceries**
93:11
135:20

**grocery**
144:20
145:6

**grocery**
99:17
107:25
123:14

**grossly**
135:3

**groundbreaking**
137:25

**grounds**
34:3

**group**
122:13
152:21
169:2
183:13

**grouped**
141:18

**groups**
183:16

**growing**
194:10

**grown**
17:21

**guarantee**
73:25

**guardians**
59:14,15,18

**Guatemalan**
63:20

**guess**
72:16 84:7
150:10

**guest**
109:12,16,
18

**guests**
3:8 4:24 5:8
188:19

**guided**
197:5

**guidelines**
158:14
183:25

**guilty**
185:25

**gut**
129:6

**guy**
18:7 160:9

**guys**
34:6 173:8,
23 175:15
191:11

---

**H**

**habeas**
76:5

**Hadwick**
2:14 140:17,
18 144:6

**half**
17:1 29:18
36:22,24
140:13

**halftime**
36:20

**halls**
92:20 130:9

**Hamilton**
59:9,11

**hand**
5:3 38:13
40:14

**handbook**
132:17

**handed**
165:4

**handedly**
109:25

**handing**
53:1 147:16

**hands**
55:8 59:24
126:8 139:9
167:24

**Haney**
2:14

**hang**
106:9

**hangs**
75:24 76:3

**happen**
49:13,14
55:5 58:9
94:6 117:3
142:3,4,5

**happened**
52:17 69:18
71:10
101:16,17
130:12
146:16
152:25
167:11
168:22
180:3

**happening**
29:17 47:25
48:23 53:18
64:23 65:18
66:5 68:25
76:13 95:14
124:18

**handbook**
146:16,21
155:16
173:9

**happily**
69:16

**Harbidian**
100:25
101:1
102:15
133:18,19,
23 159:11,
13

**hard**
31:23 47:22
58:6 85:12
129:3,8
136:2 155:2
195:24

**harder**
47:21 50:19
145:9

**hardest**
48:5

**harm**
27:17
123:11

**harming**
122:4

**harms**
103:4
148:25

**Hart**
2:15

**hate**
35:11 142:6,
14 143:6

**hates**
141:23

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025

**Hawaii**
33:18

**Hawari**
2:12 63:4,5
65:2

**HC8**
54:14

**He'll**
106:25

**head**
53:25 62:25
141:4 145:8

**headlines**
196:6

**headwinds**
24:11

**health**
18:25 31:5,
15 38:23
39:7 42:5,8,
23 43:7,24
47:19 50:17
57:14 69:22
77:21,25
78:5,6,7,10,
14,16,21,22,
23 79:3
90:12 91:13
92:5 104:21
105:16
107:16
124:3,7
126:25
139:22
140:2
145:14
147:20
155:9
185:22

**healthcare**
43:2,4 98:22

**hear**
16:23 42:7
62:25 87:2
104:5,11,15
105:2,3
129:15
131:6,25
147:20
150:1 160:5
177:8

**heard**
17:5,22 29:9
35:6,10
47:18 55:14
67:11 81:14
82:2 92:20
101:9,10
118:21
122:25
123:12
138:3
139:11
142:9 154:2,
25 155:25
165:13
175:22

**hearing**
3:25 8:10
34:1,2 85:25
101:8
129:13
138:16
139:23
153:5 154:6
169:5,6
178:8 183:2,
5 198:9

**hearings**
95:13 97:24
98:1 135:4
158:17
164:25
183:23

**heart**
5:3 70:7
170:17
191:13,25
192:2,5,13
197:24

**heartbreaking**
197:2

**hearts**
85:8

**heat**
3:21 4:1

**heaven**
35:14 79:13

**heavenly**
35:18

**heavily**
30:11

**heavy**
191:13

**Heck**
144:22

**held**
22:4 50:22
79:11,13
85:21
101:25
107:5,10
114:9 122:8,
17,18
176:25
197:15

**hell**
142:25
147:15

**helped**
94:20

**helpful**
174:25

**helping**
93:3

**helps**
99:15,17,18
114:24

**heralded**
155:10

**hero**
177:16

**heroes**
155:10

**hey**
150:19

**hidden**
177:2

**hide**
52:24
163:14

**high**
17:13 53:25
69:9 111:8
140:12
185:10
193:14

**higher**
71:15 78:22
90:7 123:13
137:23

**highest**
93:17

**highlight**
99:23 103:4

**highlights**
73:14

**highly**
74:1,4

**hijacked**
81:24 108:8

**historic**
26:16
109:13
195:7

**historical**
60:17 62:21

**historically**
84:4 90:14

**history**
28:15 40:5,
18 51:25
63:25 67:9
73:20,25
76:23 94:17
101:13
105:22
108:6 141:8
154:18
171:3
178:12,22
179:4,20
180:2

**histrionics**
57:4

**hit**
50:13
144:16

**hits**
50:6,14
111:18

**hold**
18:17 24:17
38:1 39:13
58:15 59:1
107:3 137:9
138:18
156:22
160:25
161:3,20,21

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025

162:25
163:1

**holding**
53:25 57:11
61:15 83:14
92:22
123:21
137:23
138:2,21

**Holocaust**
154:14

**home**
21:23 63:22
93:25 94:24
98:13 133:7
134:23
144:16,25
148:18
193:19
194:6 197:7

**homelessness**
91:14

**homes**
63:19
147:19

**hometown**
111:12

**honest**
128:19
135:14
177:4

**honestly**
85:8

**honor**
30:13 54:22
95:4 192:24
193:3 195:7
197:16

**Honorable**
187:22
195:15

**honored**
95:11
109:25
111:2

**honoring**
79:15

**hooked**
29:16

**Hoover**
2:15 102:15,
17 104:2

**hope**
4:19 60:8
62:20
112:17
119:7 153:1

**hoped**
192:2

**horrible**
70:16

**horrific**
122:4

**hospital**
43:2 91:24
92:1 135:11
193:18

**hospitality**
155:8

**hospitals**
39:3 42:25
43:1 78:7
135:20
185:21

**hostage**
50:23 83:15

**hour**
77:1 165:4

**hours**
126:13
127:12
158:6 169:6
183:22

**house**
5:17 7:16
14:10,25
18:10 49:2,
3,24 55:16
64:16 75:14
76:12 88:20
92:22 96:8,
20 99:21
104:14
106:23
118:23,24
124:16,21
127:13
133:4,15
139:17
144:24
160:9 173:2
182:19,25
190:18
198:12

**housing**
91:13 99:5
134:1

**HR**
24:6

**HR1**
42:9

**Huerta**
95:1

**huge**
36:25
163:19

**human**
53:4,8 141:8
194:19

**humanity**
70:14

**humble**
60:9

**humbly**
154:3

**hundreds**
22:4 78:4
93:1 112:14
134:12
135:6
139:25

**hungry**
102:22
107:13

**Hunter**
101:15,18

**Huntington**
70:10

**hurricane**
50:6

**hurt**
81:17 124:5,
6 147:21

**hurts**
82:9

**husband**
193:13
197:12

**hyperbolic**
101:10

**hypocrisy**
64:20
136:10
139:24

177:4

**hypocritical**
136:6,22

_____

**I**

**I77**
190:16,19,
20,21,22,23,
24,25

**ice**
38:15 52:16
63:13 69:14
70:3 107:20

**icon**
94:13
111:23

**idea**
93:20
150:20

**ideal**
184:25

**ideals**
23:9 96:1,5,
8

**ideas**
29:25 38:6

**ideologies**
164:24

**idly**
28:11 66:13,
14 72:11,18,
24 73:1

**ignore**
66:5 85:10
114:2

**ill**
45:3

**illegal**

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025

126:25

**illegally**
33:25

**Illinois**
33:17

**Illness**
42:1

**Imagine**
85:12 92:15
130:1

**immediately**
7:7 12:6
50:10 120:6
121:13
157:11

**immigrant**
30:12 38:18
40:3 68:18
69:10 70:1
83:16 90:9
132:5 155:6
185:23

**immigrants**
63:25 69:24
126:25

**immigration**
39:7 63:11
147:24

**immune**
66:7

**impact**
42:11 110:7

**impacted**
3:16 22:25

**impacts**
43:6 66:10
149:1

**imperative**

25:19

**Imperial**
92:6 93:4,9

**implemented**
100:18

**implementin
g**
41:10

**implications**
22:24 66:9

**importance**
90:1

**important**
31:25 59:19
62:15 65:7
87:19,23,24,
25 123:4
153:11
171:11
175:16
183:10

**importantly**
158:19
173:25

**impose**
47:13

**imposed**
81:17

**imposing**
83:18 158:5

**impossibility**
25:8

**impossible**
6:12 107:1

**impressed**
95:13

**improve**
101:19

**improving**
98:20
191:24

**impugn**
5:25 16:5
19:18 47:4
132:15
172:19

**impugning**
19:13

**inaccurating**
121:11

**inactive**
190:3

**inalienable**
71:24 72:6
73:11

**incarcerated**
92:13

**include**
17:6 168:19

**included**
168:22
184:16

**includes**
123:1 148:2
183:14
185:19

**including**
101:9,24
110:14
150:3
183:25
192:18

**inclusion**
193:21

**incorrect**
168:16
182:13

**increase**
147:6

**incredible**
92:12

**incredibly**
41:14

**incumbency**
49:18

**incumbent**
7:1 97:3

**incumbents**
139:2

**indecent**
6:1

**indelibly**
22:25

**independenc
e**
54:19 71:22
96:2 97:19
100:9
103:19

**independent**
12:6 16:21
19:25 21:24
23:2,10,13,
16,20 24:3,
9,20 30:2
32:20 34:7
39:16 46:8
49:21 54:17
55:14 68:1,7
69:5 70:14,
18,19 71:21
83:25 84:6
85:20 87:10,
12,15,16,17
91:2 95:5,8
96:14,21
97:14

101:25
102:1 114:3,
9 116:24
127:24,25
136:11,19
137:1
149:19
151:25
157:17
158:9,25
183:15,18,
22 185:2,4
187:3
193:11
194:12

**independentl
y**
24:15

**independents**
86:15 87:17,
24 138:24
139:8

**Indian**
179:13

**Indiana**
34:21 41:16

**indifference**
25:3

**indignation**
76:10

**individual**
72:23
194:24

**individuals**
72:25
149:22
194:1

**indivisible**
5:7

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025

**indulge**
5:25

**industries**
155:8 174:4

**industry**
8:14

**inevitable**
134:16

**influencers**
21:6

**information**
7:10

**informed**
167:14

**inherently**
71:25

**initial**
150:6,8

**initiative**
45:1 126:7,
18 161:2,6
162:25

**innocent**
154:19

**inoculate**
18:16

**input**
62:2 72:10
74:11 87:22
114:11,14
116:19
131:4
147:14
158:18
176:23

**inputs**
30:5

**inquiry**

9:12 13:13
180:14
181:4,16

**insane**
147:1

**insanity**
134:25
136:4

**insecurity**
93:3

**inside**
62:25 175:5

**insiders**
166:17
175:4,14

**insistence**
43:18
103:15

**inspiration**
154:12

**institution**
21:6 95:5
96:10

**institutions**
17:18 23:7
36:16 122:6
140:10
179:7

**instructions**
13:1

**insult**
152:12
172:16

**insulting**
153:2

**insults**
27:21
175:19

**insurance**
78:22,23
85:18 99:20
152:8

**integrity**
86:12,22
113:25
122:16
132:15
153:21

**intention**
13:3

**interest**
12:23 86:21,
23 120:8,16,
18 141:20
158:13
160:19,22,
25 164:9
183:25

**interested**
87:8

**interesting**
171:20

**interests**
102:25
164:14
174:19
187:5

**interfering**
5:10

**internal**
72:2

**international**
21:23 67:25

**internationall
y**
70:6

**intimidate**

27:17 38:17

**intimidated**
106:7,11

**intimidation**
62:10 63:23
89:9

**intricate**
114:17

**introduce**
109:25

**introduced**
23:12 24:6
102:1

**introduction**
109:17,18
187:25

**investigate**
51:4

**investment**
17:14

**invite**
70:12
165:25

**invited**
143:20

**involved**
47:8 110:13
161:21
175:8

**involves**
5:22 132:22

**Ironwood**
92:11

**irrelevant**
181:3

**Irwin**
2:15

**issue**
16:2 22:24
27:10 37:5,
8,9 68:1,2
70:14 75:17,
20 84:17
86:4 92:5
123:6
138:22
153:19,23
157:15
175:15
182:10
183:10

**issues**
31:16 37:6
91:12
135:10
149:18
174:24

**item**
8:3,9,25
10:11
112:24
190:2,8,10

**items**
6:13 8:7
13:6,10 46:4
126:5
189:24
190:5,6,8,
10,18

_____

**J**

**Jackson**
2:15 57:25
58:2,4 60:4

**jams**
175:19

**January**
106:17

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025

194:13

**Japan**
3:15

**Jason**
192:19

**Jeff**
2:13 90:22
112:3

**Jefferson**
141:24

**Jewish**
154:19

**Joanna**
192:19

**job**
81:25
160:10,11
166:6

**jobs**
92:8,10
144:23

**Joe**
129:25
130:4,17

**join**
3:13 4:25
26:6 79:20
80:2 110:18
136:5 195:3

**joined**
98:10
149:11,17
192:16

**joining**
73:22

**jointly**
121:17

**Jose**

17:9

**Josh**
187:22

**journal**
55:1,15
180:18
181:2,3
187:20,25
198:3,5

**journey**
195:24

**Jr**
28:24 51:19
142:10

**judgment**
67:16 164:9

**judiciary**
11:18 58:23

**July**
187:21
188:23

**June**
191:19
197:7

**jurisdictions**
158:16

**justice**
4:18 5:7
24:25 25:11
27:23 28:21
51:3 80:25
82:12

**Justices**
24:25

**justification**
21:1 22:9

**justify**
159:25

179:2

_____

**K**

**Kagan**
24:25 25:12

**Kalra**
104:2,4

**Kansas**
55:25

**Kara**
2:16 105:24

**keeping**
98:20
158:10
170:15

**Kern**
43:1

**key**
23:25
167:11

**keys**
147:17

**kick**
78:20

**kidnap**
70:3

**kidnapped**
69:21

**kidnapping**
83:18

**kids**
31:21 32:11
65:11 69:23
107:13
111:19
137:16
146:4
147:22

148:22
170:12

**kill**
40:21 151:5

**killing**
159:9

**kills**
18:3

**kind**
42:10 49:11,
12 62:14
72:18
116:20
171:10

**kindly**
163:4

**kindness**
4:22

**kinds**
13:21

**king**
28:24 51:19
105:13
142:10

**kings**
71:18
105:10
192:10

**Kirk**
156:7

**kiss**
148:19

**knee**
105:8,9

**knees**
19:7 71:7
105:7
149:16

**knew**
24:14
154:10
164:3
171:18,19
195:23
196:13

**knowing**
138:21
161:19

**Korean**
31:14

**kp**
112:6

**Krell**
2:16

**Kyoto**
3:15 4:1,9

_____

**L**

**la**
17:9 89:5
162:13
195:14,18,
25 197:7

**lack**
20:12,13
45:5 55:11
164:21,22

**Lackey**
2:16 20:3,5
21:15
151:13,15
153:5

**ladies**
53:7 68:16
69:6

**Lago**
19:5

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025

laid
115:16
118:6
119:24
121:9 160:1

Lakewood
70:11

Lamalfa
174:21

Lancaster
75:3

land
178:24
179:22,23

language
5:23 6:2
74:16 123:1
131:9
132:23
165:21
168:12,25

LAO
99:25

large
170:10

larger
55:25

largest
94:19

lashes
27:21

lasting
110:7
197:15

lastly
86:13

late
8:23 144:25

Latino
37:25 40:2
49:6 132:4
145:21

Laughing
3:25

law
5:9 15:12
16:9 36:13
101:3,5
127:5,17

lawfully
106:12

laws
29:15 56:17
57:3 130:23,
25 154:23
183:20

lawsuits
77:11

lawyers
46:17 101:2

lay
117:20
120:22,25

laying
73:5

lays
157:25

lcms
87:5

lead
4:25 22:11
70:25 82:8
138:25
167:3 196:3

leader
7:25 8:18,
20,21,25

10:1,14,16
11:6,12,25
12:1,13
13:15 14:2
22:17 26:10
32:14 35:24
36:3,5 45:25
55:3 56:12
57:8,24
58:20,21
68:25 75:10
85:16 88:8
103:18
105:13,15
110:19
112:13
113:2,4
115:2,3,4,11
117:18,20
118:1
119:10,11,
14,19
120:20,22,
24 138:2,6
149:21
156:12
157:1,7,12,
13 159:7
166:21
167:6 168:6
172:19
174:16
176:4,7
180:13,16
181:5,10,14,
19 182:4
183:6,7
184:9,23,24
186:5,6,9,
17,22,23
187:9,23
188:8,16,22
189:5,7,25
190:1 193:7

198:11

leader's
9:25 14:5
22:19
172:24

leaders
36:10
115:11
121:4
142:24

leadership
92:12
122:23
135:25
146:25
164:15
168:3,4,5,7
183:14
195:13
196:9
197:24

leading
70:17 79:3
82:9 112:19
183:15

leads
37:19 99:14
160:13

League
196:18

learn
38:16
194:18

learned
94:22

learning
137:15

leave
54:6 63:19,
21 70:21

88:24

leaves
38:3 194:17

leaving
56:16 70:20
123:16
144:24

lecture
151:9
169:12

lectured
66:23 74:7
150:24

lecturing
139:24

led
24:19,21
77:16 79:4
83:24 110:5
131:17

lee
2:16

left
29:10,12
30:14 39:4
55:25 56:22
78:25 100:3
141:25
148:21
150:5

legacy
54:5 103:18
194:24

legal
5:15 183:18

legend
110:19

legislation
6:10 16:19

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025

24:6,7,10
49:21 119:7
153:25
161:17
164:19
184:15,17

**legislative**
5:11,13
58:23 79:5
114:5 134:5
158:14
163:24
182:24
183:14

**legislator**
102:10
160:20

**legislator's**
158:8,11

**legislators**
36:2 47:8
72:23 76:16
120:13
162:1

**legislature**
6:21 7:4
45:23 52:11
55:6 59:17
67:6 87:13
88:2 89:1,8,
16 91:3
98:24
100:18,21
120:13
134:19
136:2
144:13
167:25
168:1 175:7

**length**
38:14

**lens**
65:10

**lesson**
182:16

**lets**
39:12

**letter**
60:1 180:17
181:2,3,8,9,
13,17,18,20
186:9,18

**letting**
62:9 144:1

**level**
24:13 25:25
64:9 72:3
96:23
100:12
149:13

**leveling**
64:14

**levels**
93:17

**lever**
73:8

**leveraging**
99:24

**LGBT**
68:18

**LGBTQ**
53:9 123:25

**liberty**
4:17 5:7
79:16,23
80:25 82:12
163:10

**lie**
136:21

**lies**
59:23 63:9

**life**
3:17 4:12
31:15 39:5
41:20 51:19
52:7 72:22
73:1 112:12
142:20
145:9 186:1
192:24
193:3 195:2,
7 197:1,13

**life's**
195:20

**lifeline**
91:25

**lifted**
198:13

**lifting**
190:11

**light**
142:13
191:16

**lights**
145:1

**likes**
162:5

**limit**
138:17

**limited**
135:5

**limits**
135:17
196:15

**Lincoln**
28:20

**lines**

24:7 26:19
38:9 44:23
46:13,19
54:20 77:17
91:3 93:22
116:15
117:1 126:8,
14 143:6
147:14
165:8,23
166:9
179:22

**Linwood**
69:13 70:9

**list**
124:4

**listed**
196:12

**listen**
30:16 67:12,
13 75:6,7,8
87:2,3
138:15
144:8

**listened**
23:8

**listening**
45:15 75:22
144:13

**lists**
145:12

**lit**
64:13

**literally**
18:3 147:19

**litigation**
134:16

**live**
4:22 30:19

32:5 92:17
117:7 141:1
142:12
155:2
194:25

**lived**
32:6 144:22

**lives**
42:3 43:10
78:11 79:23
91:7 112:18
143:7
154:19
191:25
192:15
197:16

**living**
26:15 70:16
93:13 98:19
99:3 144:17
193:11
194:12

**loan**
133:11

**local**
17:20
158:16

**locally**
70:6

**located**
195:15

**lock**
82:25
106:22
177:8

**lockstep**
134:7

**Lodi**
170:7,17

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025

**logical**
60:7

**lol**
72:25

**long**
4:2 23:25
35:25
105:11
124:22,25
130:8
169:11
191:11

**longer**
10:12 15:25
18:24 61:25
103:9
175:13

**looked**
4:2

**loophole**
120:12

**Los**
47:18 50:9
72:16

**lose**
21:25 42:17
49:15 55:19
56:6,10
62:16 65:16
77:25 79:12
105:16
107:1,15
142:24
143:22

**losing**
47:21 56:8
62:6 106:15
123:17
163:25

**loss**

56:1

**losses**
197:2

**lost**
23:25 29:16
55:23 56:5
61:17 78:12
98:14

**lot**
7:10 20:19,
20 21:5,6
29:22 30:6,
12 45:11
52:3 54:11,
15 75:15
101:8 130:3
131:24
142:9
146:25
147:20
169:21,22,
24 171:10
174:23
177:24

**loud**
55:7 81:15
145:25

**louder**
28:5

**lounge**
3:1

**love**
22:21 31:18
32:1 35:11,
12 43:20,21
110:17
111:5,11,21
142:14
191:20
192:3

**loved**
71:12,13
142:25
155:9 164:1,
2 197:6

**Lowenthal**
2:16 22:18,
20 54:23
187:22

**lower**
99:4,14

**lumped**
169:3

**Luther**
28:24 51:18
142:9

**lynch**
110:1,21,24
111:4,21,24
112:2

**Lynwood**
102:18

---

**M**

**Macedo**
2:16 167:7,8
180:11,23,
25 181:6,7
182:1,3
186:7

**madam**
8:19 10:13
22:20 26:13
88:12 115:3
117:18
119:9
120:20
157:11
159:6 167:8
169:20

183:5 184:9,
22 186:4
187:8 188:8
189:5,25
198:10

**made**
9:9 13:7
14:3 25:25
37:2 50:19
60:8 83:25
87:20 95:17
111:17
123:2
149:11
156:23
164:8
173:15
184:15
197:15

**Madera**
135:10

**Madison**
58:17,19,25

**Madrid**
195:16
197:6,23

**MAGA**
78:12,15
79:24

**Magazine**
196:12

**magically**
57:16

**mail**
28:4 64:4

**maintain**
96:13
158:13

**Maio**
44:12,14

**majorities**
57:10

**majority**
7:25 8:18,
19,21 9:24,
25 10:1,14,
16 11:6,12,
24 12:1,13
13:14 14:2,5
22:17,19
26:10 33:16
41:9,14,21
43:25 45:25
55:3,9 56:3,
12 57:8,24
85:16 88:8
91:4 100:8
115:2,3,4,8,
11 117:18,
20,24 118:1
119:9,11,14,
16,18,19
120:20,22,
24 121:1,3
136:16
138:2,6
150:14
156:11
157:1,7,12,
13 159:6
163:1,19
166:21
167:6 168:6
172:24
174:15
176:4,7
180:13,16
181:5,10,14,
19,25 182:4
183:6,7
184:9,23,24
186:4,6,9,
17,22,23

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025

187:8 188:8, 16,22 189:5, 7,25 190:1 193:7 198:10

**make**
13:9,16 17:15 29:15 44:4 52:23 54:1 60:2,13 67:14,20 76:18 78:13 79:7 91:7 92:24 94:6 96:2,12 99:4,20 100:5 102:12 103:16 106:25 110:7 113:20 116:23 118:20 121:24 125:18 127:1 129:17,19 140:25 144:25 145:9 150:13 152:14,15 153:3 155:24,25 169:17 182:21

**makers**
166:18

**makes**
35:15 48:20 67:10 69:25 107:25

120:12 122:6 127:11,17

**making**
13:6,15 31:6 53:21,22 54:2 55:17 75:14 81:12 88:25 90:4 105:17 116:24 121:12 139:7 154:24 155:6 177:18 192:4

**man**
53:23 71:12, 15 73:14 76:4 102:4 109:24 110:1 112:6, 12,17 149:16 175:21 195:12,22

**man's**
137:22

**management**
57:15 92:19

**mandate**
86:7

**Mander**
33:25

**mandering**
64:25

**manipulate**
26:19 126:8, 14

**manipulated**
97:22 117:8

**manipulating**
46:13

**Mankind**
74:13

**manner**
134:18

**Manual**
5:18

**manufacture**
**d**
37:8

**map**
37:19,25 45:22 46:11, 20 49:19 74:2 76:25 106:21 124:21 128:15 142:21 158:2,8,11, 14 159:8,16, 24 161:7,20, 24,25 162:3, 7,10 163:16, 18 166:18 174:5,15 183:12,25 184:2 185:5

**maps**
6:23 7:5 15:11 16:9 22:3,5 27:4, 15 38:1 39:11 40:1, 10 46:19,21, 25 47:13 48:21 49:5, 17 70:19

74:4 81:20 83:25 84:18 85:24 86:9, 17 103:6 113:8,18,22, 23 114:17 116:18 117:7 120:5 125:5 126:14 128:14 139:7 143:10 144:12 145:4 147:17 157:16,22 158:4,6 159:14 160:13,16, 18,19,24,25 162:23 164:1,4,7 165:3,10,19 166:3,15,22 167:4,22,25 168:2,4,7, 12,15,21,23 169:15,16 170:25 171:9,13,15, 17,25 173:23 176:3,9,14, 20,25 177:6, 7,17 180:19 182:13 183:23 184:4,6

**Mar**
19:5

**march**
31:12 82:25

124:15

**marching**
131:18

**marginalized**
28:1 90:15

**Marin**
141:10,16, 18 174:6

**marine**
91:14 195:21

**Mark**
2:14 37:15 40:25 176:16 194:15,25

**marked**
196:4

**marry**
43:21,22

**Marshawn**
110:1,2,6, 11,21 111:3, 8,11,16,21, 24 112:2

**Marshawn's**
111:5

**Martin**
28:24 51:18 142:9

**mask**
177:1

**masked**
19:2

**masks**
52:17 107:22

**MASON**

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025

5:21

**Mason's**
5:18

**mass**
94:19
123:22

**Massachusetts**
33:18

**massive**
78:9 123:11

**match**
64:13

**matched**
196:23

**mats**
87:11

**matter**
6:17 20:18,
25 51:21,25
74:18 76:20
87:2 100:10
114:16
117:16
133:13
143:7 150:4
166:24
176:25

**matters**
22:16 39:10
48:1 132:8

**Mayo**
159:15

**mayor**
195:25
196:2
197:11,23

**Maywood**
70:10

**Mcallen**
37:22

**Mckenna**
2:17 8:13

**Mckinner**
137:5,7
138:11

**meaning**
72:1 174:3

**meaningful**
21:4

**means**
15:15 36:13
46:18 63:15,
18 82:22
96:4 149:17
159:25
163:17,18,
20

**meant**
137:12

**measure**
10:13 11:11
16:2 26:6
36:19 39:11
74:7,13 84:7
97:9 104:6
109:2,9,10
115:21
118:24
119:3 120:8
127:22
156:5,9,10
183:1
187:12,16

**measured**
197:14

**measures**
7:15 11:19
24:17 93:15

100:2

**mechanism**
186:21

**medi**
98:25
123:19

**media**
62:11
109:10
148:25
150:13
164:13

**Medicaid**
38:24 42:12
81:17
104:24
123:18
147:20,21

**medical**
42:17 43:3
193:22

**medically**
191:25

**medicine**
99:19

**meet**
157:25

**meet all**
183:19

**meeting**
3:2 4:10
106:5 130:9

**meetings**
22:4 46:15
85:21
114:10

**meets**
174:7

**Mellerek**
191:15

**member**
2:3 4:24,25
5:2,25 6:8
8:9,12 9:1,4,
21 10:18,22,
24 11:13,15,
22,23 12:11,
18,20,24,25
13:11,12
14:14,15
15:15,16,18
16:7 19:11,
16 20:5
21:17 22:20
29:6 30:22,
24 32:16
36:7 37:14,
15,17 41:2
44:8,14
47:2,3 48:9,
10,15,16,17
51:1,11
52:11 54:11
58:2 60:6
65:4 67:24
71:1,3
74:21,22,24
77:6,7 80:8,
23 83:11
84:25 85:6
88:15 89:25
90:24 94:9
97:6,8
100:23,25
101:1 104:4
106:2
108:16
109:19
111:1 112:1
113:5,13,16
115:18

116:1,9,10,
11 118:10,
11,13 119:9
120:1,3,25
121:15
125:7,8,10
128:25
132:6,7,9,
10,11,13,16,
25 133:1,17,
19,23,25
137:7
138:13
139:16
140:18
144:8
146:11
147:9
148:14,16
151:3,15
153:8 154:8
156:16,19,
20,21
159:13
161:18
163:9 167:8
169:4,20
170:25
171:7,12
172:6,13,18,
22 176:5,12,
18 177:20,
21,23 178:5,
6,7 179:17
180:8,9,11,
22,25
184:10,12
188:7,10
191:6,9
193:1 195:5,
8,11

**members**
2:5,24,25

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025

3:1,7 5:15,
23 6:1,2 7:4,
21,22,23
8:15,16,17
9:25 10:3,4
11:5,8,20,25
12:12,15
13:4 19:17,
19 21:18
26:14 30:7,
23,25 32:14
33:20 36:8
37:1,13,18
40:5 41:3
47:4 53:15
62:25 63:2,6
67:25 70:3
72:9 78:2
83:18 85:7,
19 90:19
91:18 94:10
105:24
109:6,7,12
110:23
112:22,25
113:1 115:8,
10,12,13
116:12
117:23,25
118:3
119:15,18,
20,21
120:25
121:3,5,6,16
132:20,23
137:7 154:9
156:4,5,6,7,
25 157:3,14
171:6
176:18
182:15
183:15
186:19
187:10,11,

12,13,18
188:12,18
189:2,11
190:11,14,
15,25 193:2,
8 195:6
198:2

**memorial**
154:13

**memories**
192:7

**memory**
22:25 38:3
188:13
190:25
191:4,8,14
192:25
193:6,9
195:4,10
197:16
198:4

**men**
91:15 92:14
107:22
112:11,15

**Menlo**
121:25

**mental**
145:14

**mention**
15:25 72:11
75:3 77:8

**mentioned**
171:24

**mentioning**
15:21

**mentor**
112:3

**mentorship**

110:10

**Merced**
102:1

**Mere**
22:11

**merits**
38:8 117:3
133:24
161:16

**Mersucci**
2:17

**mesa**
162:12
195:14,18,
25 197:7

**message**
100:8 160:2

**Messages**
188:3,4

**messaging**
143:25

**met**
24:10
122:14
187:22
193:13

**Mexican**
63:20

**Mexico**
50:8 94:22
195:18

**mi**
4:22

**mic**
6:5 51:12
75:5 171:23
178:10

**Michelle**

2:20 84:23

**microphone**
90:20
105:25
182:17

**microphones**
63:3

**mid**
14:23
106:21
121:25
157:21
187:2

**middle**
36:15
126:21
144:18

**midterm**
26:23 77:18

**midterms**
157:16

**migrated**
94:25

**Mike**
174:22

**miles**
92:4 141:11
163:14
170:6

**military**
71:14 89:4

**millennial**
196:14

**Millerick**
193:4

**million**
17:3 39:1
42:16,24

55:24 57:13,
16 85:13
90:15 91:25
123:20
126:25
127:3
134:25
135:2,16
137:10,11,
24 138:20
145:2,5
146:5
163:18
185:22

**millionaires**
78:19

**millions**
31:5 43:8
64:5 77:22
90:12 93:2
104:24
107:15
134:12
135:1,6
140:2
154:18
159:24
184:7

**mind**
62:21

**minds**
85:2

**mine**
145:21

**minority**
55:9 68:25
75:10
100:19
136:17
162:21
173:11

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025

minute
23:23
151:23
152:10
186:20

minutes
3:2,4,5
73:13
134:23

miracles
71:16

miraculous
71:10

mirror
21:8 100:22

mis
9:23

misdemeanor
116:25

misleading
127:18

misplaced
151:21

Missouri
34:20
146:22

misstate
177:25

misstates
178:3
182:23

mistake
44:4 52:23
103:16
125:18
150:13

mistaken

43:11

Mitchell
164:13
171:17

mob
106:18

mocked
168:2,9

mocking
71:11
168:10

Mode
110:3,14,16

model
22:8 101:25
103:12,16
166:19
192:8

models
194:12

Modesto
191:22

Modoc
141:9,17
174:6

mom
145:7

moment
3:13 7:11
11:20 14:2
20:8 26:16
51:20,25
52:6,10
60:16 62:21
65:8,9 66:2,
14 67:9,14
72:8 74:1
88:24 106:5
108:6,25

110:24
128:5
133:17
157:18,25
172:11
181:6,23
182:15
184:10
189:11
193:2,4
195:6

momentary
4:15

moments
102:9

moms
155:3

Monday
198:8,12

money
17:12 47:21
63:14 85:17
92:15,22
93:15 98:15
119:8
125:23
126:24
135:9 136:8
137:13
138:1,2,4,8
143:25
145:10
163:3

month
42:21

months
104:7 133:3,
7 147:18
160:8
185:16
193:17

moral
66:9

morals
96:5,9

morning
15:19 32:25
54:12 63:5
69:12,18
74:11,16
151:16
152:25
154:10
165:21
173:5

Morongo
162:14

mother
63:20
192:18

mothers
60:24

motion
9:22,25
10:3,6,25
12:4,9,17
13:7 14:3,5
115:7
117:23
119:13
156:23,25
181:20
182:1,7
198:10

motions
10:15 13:5,
6,9,14,15,
16,18,21,23,
25 156:13
186:15
188:5,8,9

motivations
153:21

motives
6:1 16:5
19:19 47:4

mountain
92:16
141:12

mouth
119:8

mouths
83:15

move
8:3,19 9:9
11:4 12:5,20
21:21 34:8,
10,12 60:12
61:1,2,8
115:4
118:17
119:11
120:22
131:4
153:22
170:21
173:2,18
190:2

moved
7:17 9:1,4
10:21 11:21
117:19
120:24
181:22,24

movement
15:13 16:11
59:2 193:11

moves
173:4
187:23
198:11

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025

movies
110:11

moving
6:6 8:6
65:24
112:23
173:6 188:5,
7 189:14
190:25
198:5

mucho
69:10,11

multi
127:2

multiple
52:1 136:7
165:15

murder
159:9,16,17

murdered
178:18,25

murderous
147:3

murders
180:4

music
3:24,25 4:9
8:13

mute
6:4

mutual
73:21
193:14

mystery
177:1

**N**

Nakanishi
4:6,13

nakedly
101:15

named
196:10

names
46:24
168:20
198:2

Namo
4:22

nation
4:17 5:6
22:8 28:7,14
59:7 68:12,
13 70:2
71:13,21
73:23 82:23
97:2,14
103:12
166:25
167:3
194:25

nation's
25:9,14
63:25
106:18

national
18:5 21:23
22:22 24:13
25:13 26:2
50:20 60:16
72:3 159:3
196:6

nationally
124:25

nationwide
41:19
103:13
152:5

native
109:22
162:16

natural
59:14,15,18
72:22
142:19

nauseating
140:14

NDA
88:10

nearby
174:13

needed
15:23 41:15
85:1 88:1

negative
25:2

negligent
135:3

negotiation
25:7

neighbor
35:11
197:12

neighborhoo
ds
145:24
165:11

neighbors
37:23 63:15
107:20

nest
86:13

neutralize
41:23

Nevada
56:24
141:15

Newsom
52:2 67:5
73:12
116:17
125:20
150:6,14,22
163:3

Newsom's
44:15
103:15
125:13

NFL
110:2

nice
110:18

Nicholas
172:15

nicknamed
110:2

night
14:24
144:25
148:19

nightmare
55:18

no's
10:6 12:4

noes
118:5 157:5

noise
81:15,18,23,
25 85:10

nonetheless

129:10

nonpartisan
16:21 46:25
137:1

norms
60:25

Norris
2:19

north
50:4 107:4

Northridge
191:21

nos
12:17
115:15
119:23
121:8 156:8
182:7

nose
7:25 11:10
109:9 156:9

note
86:17 190:4

notices
2:3

notwithstand
ing
25:12
108:22

November
89:21
121:19
122:20
143:21
148:11
155:22

nullifying
128:2

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025

**number**
50:22 58:17
59:8,13
90:10
110:10
152:23
160:18
161:25
194:17

**numbers**
55:19,22,23
163:17

**numerous**
157:24

**Nvidia**
17:21

---

**O**

**Oakland**
41:4 109:22
111:3,6,8,
12,22

**oath**
45:20

**Obama**
129:20
130:17

**obedience**
5:22 132:22

**objection**
35:5,6 44:25
55:2 74:25
88:6 109:11
156:10
169:8
187:17
188:14,20
189:1,9

**objections**
81:24

**objectives**
101:20

**obliterate**
77:21

**obliterating**
79:2

**observe**
193:2 195:6

**obsessing**
176:25

**obvious**
146:15

**occurred**
25:16

**occurring**
149:13

**occurs**
26:4 46:20

**odds**
36:20

**offense**
71:8 72:18

**offer**
3:11 70:25
71:4

**office**
23:6,24
29:19,20,24
48:7 53:14
93:22 134:5
172:9

**offices**
134:6

**official**
5:12 18:24
122:11
196:12

**officials**
18:7,19,20
23:8 116:25
121:23
122:8,12
124:25
171:7,8

**oftentimes**
94:11

**Ohio**
56:23
146:21

**oil**
44:16

**older**
192:18

**oligarchs**
61:18 62:7,
9,11

**online**
4:8

**open**
7:19 8:14
9:25 11:5,23
12:12 46:15,
21 87:21
98:7 109:5
115:9,21
117:25
119:17
121:2
135:11
156:4,25
164:3 177:3
181:25
182:1,2
187:10

**openly**
46:25
106:12

**operate**
4:6

**operating**
91:25

**Operation**
94:18

**opinion**
24:25

**opinions**
29:22,25

**opponents**
18:3 129:18

**opportunitie
s**
193:24

**opportunity**
37:11 41:7,
22 62:5
67:20 76:25
94:10 97:24
109:14
121:21
124:4 125:2
135:8
170:25

**oppose**
138:21
150:25

**opposed**
54:15
138:23,24

**opposing**
64:19

**opposite**
83:25
134:19

**opposition**
18:15 21:18
29:7 77:10

**operate**
85:25
100:20
104:6
115:19
129:1
139:12
140:19

**oppressed**
4:19

**oppression**
38:12

**orange**
19:4

**order**
4:8 6:7,13,
23 7:12 9:2,
10 10:12
12:25 13:6,
9,24,25
14:11 15:17,
20,22 28:3
44:18,19
47:3 48:11
53:8 76:4
106:24
108:19
115:24
131:13,14
132:12,19
133:18
159:12
161:10
172:25
177:22,23
178:3 182:8,
11,17,18,20,
22 183:4
184:11,14,
18 186:8,13
188:15,21,
25 189:2,10

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025

orderly
  5:12

orders
  43:18 130:5

Oregon
  141:14
  193:12

organ
  192:10

organizations
  93:3

organize
  124:17

original
  141:23

Oroville
  43:2

Ortega
  2:17 156:24

Oshta
  3:11,12,13

outcome
  47:12 164:2

outcomes
  68:6

outdoes
  111:16

outlandish
  129:17

outlets
  62:11

outlook
  4:11

outrage
  27:24,25
  62:10,12

139:23
  140:14

outrageous
  15:4 30:6

outright
  36:12

outstanding
  196:11

overly
  71:12

overreach
  130:6 132:2,
  8

override
  73:25

overturn
  106:19
  126:7 161:5

overwhelmingly
  20:11

owe
  66:15

owed
  15:1

owned
  132:5

owner
  3:23 4:3
  109:23
  134:20

———————
P

p.m.
  198:14

Pacheco
  2:17

Pacific
  195:22

paid
  62:11
  127:24
  167:18

pain
  72:14

painfully
  37:3

pales
  123:10

Palmdale
  75:4 147:9
  153:10

Palo
  91:24

palsy
  93:23

Pam
  51:3

pandemic
  122:18
  155:11

pandering
  64:25

paper
  168:20

Papers
  58:11,16
  59:8

Pappin
  2:18

paramount
  47:12 70:11

paraphrase
  89:17

pardon
  85:14 186:6

parent
  65:11,13

Parenthood
  42:19

parents
  93:11
  144:23
  145:12
  170:12

park
  70:10
  121:25

parks
  70:23

parliamentary
  9:11 13:13
  180:14
  186:20

part
  5:21 59:6
  70:1 164:21
  168:1,3

parte
  46:17

partially
  72:13

participate
  18:22 73:19
  168:15

participation
  165:25

parties
  15:21,25
  16:3 34:22
  71:5 102:21
  175:4

partisan
  7:5 25:3
  27:15,25
  28:8 33:8
  47:1 73:22
  74:4 81:20
  84:1 85:10
  91:19 97:22
  98:3,8 100:6
  101:12,16,
  20 103:4,14
  106:23
  117:9
  136:14,25
  158:4
  161:24
  166:18
  171:25
  173:6
  183:17

partisanship
  80:11,12

partnership
  183:10,13

party
  7:2 25:21
  29:14 36:3
  38:11 42:2
  56:7 72:25
  74:9 77:25
  97:18 100:9,
  13 103:2
  104:13,14
  107:9 114:8
  127:8
  136:17
  139:2 143:6,
  8,10 150:14
  161:25
  163:1
  173:11
  174:1 175:1,
  4,14

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025

**party's**
25:6 74:9
151:3

**Pasqual**
162:12

**pass**
16:18 96:21
118:24
130:23
135:23
149:12
150:15,16
153:24
154:2 187:1
190:6,7,9

**passed**
3:20 13:17
14:25 23:21
42:18 57:3
77:20 78:3
104:23
118:23
124:21
151:1
153:23
188:25
194:13
197:6

**passes**
103:21
109:10
156:10

**passing**
4:11 154:23,
24 166:25
197:2,3

**passion**
112:16
186:25
192:3

**passionately**
197:17

**past**
95:15 104:7
108:17
153:16

**Patel**
2:18

**path**
27:1 60:25
103:8

**patience**
7:11 191:12

**patriotism**
31:4 38:12

**pattern**
27:18

**Patterson**
2:18 15:16,
18,22 71:2,3
74:22
148:14,16
151:13
170:24,25
172:4
198:11

**Paul**
164:13
171:16

**paved**
24:2

**pawns**
143:19

**pay**
42:12 50:10
85:18 95:21
99:19
123:18
143:16

145:7

**paying**
123:14
124:11
167:16

**payment**
99:21

**peacefully**
60:25 197:7

**pearl**
88:25

**Pearson**
8:8

**Pelleran**
156:3

**Pellerin**
2:18 112:25
116:1 125:8
154:7,8

**pen**
39:13
154:13
176:25

**pending**
10:11

**pennies**
124:10

**penny**
99:16

**people**
4:19 17:6
19:13,22
20:22,23,25
21:6 22:6
24:7 26:20
27:3 28:9,21
29:1 30:1,
16,17,19,20
31:6,7 32:19

34:23 36:25
39:6,10,12,
14 40:15
41:4,12
42:3,21
43:20 44:19
47:17 49:5
52:15 53:13
54:24 55:13,
24 56:15,16,
19 57:3,9,17
59:15 60:2
63:9 64:1
65:20 66:10,
21,24 67:3,
7,12,13,14
68:2,3
69:19,20
70:5,8 71:23
73:5 74:14,
19,25 75:25
76:19,22,25
77:1 78:21
80:1 81:2,5,
6,11,21
82:6,7,8
84:15 87:3,4
88:3 89:5
92:13 93:7
95:9,23
96:25
102:12,22
107:21
108:12
109:2 111:2
112:9
113:21
114:8,18
116:16
117:4
123:12
124:1,8,9,24
128:8,10,12
130:3,10,11,

25 131:2,19
135:16,25
136:22
138:16,25
141:1,21
142:2,8
143:3 144:1,
10,14 145:9,
19,23,25
146:6
147:11,12,
22 148:2,9,
10,11
150:11
151:20
152:14,17,
18,22 153:2
154:15,25
155:1,10,14,
21 158:19
160:5
162:22
163:1 164:1
165:8
168:14
169:1,2,25
170:7,16
172:16
174:18
175:3,4,12
176:24
178:13,25
179:13,18
180:4
196:13

**people's**
28:17 34:18
41:22 96:7
139:10
174:1
197:16

**percentages**
163:15

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025

**perfect**
35:17,18

**perform**
134:22,24

**performance**
101:19

**peril**
129:12
130:16

**period**
94:17
120:16
177:20

**permanent**
128:7

**permission**
35:4 58:3
74:25
125:10
191:3

**permits**
6:16

**perpetuating**
49:12

**persecute**
35:13

**perseveranc**
**e**
195:16

**persist**
35:25

**person**
15:24 55:4
96:24 166:6
172:15
194:21
196:23

**personal**

29:9 86:17
192:11

**personalities**
5:25

**personality**
192:6

**personally**
22:25 51:5

**persons**
5:9,13 155:5

**perspective**
20:7 60:16,
17,18

**pertains**
6:14

**Pete**
195:25

**petitions**
187:25

**Petri**
2:18

**philanthropi**
**st**
109:24

**phone**
53:5 124:16

**pick**
124:16

**picked**
63:2,17

**Picking**
52:15

**piece**
24:5 153:25

**pieces**
6:9 141:7
143:12

165:13

**pill**
161:3

**Pillorin**
121:14,15

**Piper**
71:11

**pissed**
79:1

**pivotal**
67:9

**placate**
25:5

**place**
13:15,20
62:25 78:25
116:23
126:4 171:4
176:25
180:4
189:12
191:1 194:7

**Places**
174:2

**plain**
97:10

**plainly**
165:14

**plan**
14:25 27:5,7
33:25 78:6,
13,18 82:5
101:18
141:25

**planet**
31:10 66:11

**Planned**
42:19

**planning**
157:19

**plans**
175:9

**plant**
92:7 129:22

**platform**
150:13

**platitudes**
163:15

**play**
4:10 36:21,
24 37:11
39:19 61:10
65:23
143:20

**playbook**
38:4 106:7,
25

**players**
36:22,25

**playing**
25:25 36:25
64:14 65:14
91:19 96:23
137:18

**pledge**
5:1,4 82:14

**plenty**
99:8

**pockets**
38:25

**podcast**
164:14
171:14

**point**
6:6,13,23
7:12 9:2,9,

11,13 12:23,
24,25 13:12,
24,25 14:10
15:17,20,22
19:17 22:9
28:6 35:25
48:10,15
61:20 75:13
76:10,23
108:16,19,
25 131:25
132:10,11,
19 133:18,
23 152:13
153:3,16
159:12
160:5
161:10,15
165:7
172:18
177:21,23
178:3,4
180:10,14,
15 182:8,10,
11,14,16,18,
20,22,25
183:3
184:11,12,
14,18,20,21
186:8,13,14,
15

**pointed**
33:25

**pointless**
147:24

**points**
13:9 38:21
103:3
149:10
176:19

**poison**
161:3

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025

**polarization**
129:19
130:20,21

**policies**
18:13 41:10,
13,20 56:25
65:19,23
79:14 122:4
123:25
124:5,12
130:5

**policy**
5:20 34:2
39:5 40:12
57:12 99:10
143:17
170:3,14,21
196:15

**polio**
193:16

**polite**
40:16

**political**
7:1,2 15:25
16:3 18:3
20:16 22:24
23:7 24:10,
23 25:5,21
26:3 38:21
44:25 46:23
60:13 71:5
77:24 93:1
98:17 99:7
101:19
102:21,25
108:8 117:2
125:19,21
135:15
141:20
143:19,25
164:23,25
166:15

195:24

**politically**
100:10

**politician**
142:6

**politicians**
15:11 16:9
19:5 22:6
28:10 38:1
44:23 45:7
46:12 77:19
78:13 79:2,8
86:16
102:23,24
103:6,9,11,
23 116:16,
17 117:5
126:12
138:25
139:2,7,9
141:21
144:2 145:4,
18 146:7
158:20
161:3
166:17
175:7

**politics**
22:13 84:10
91:19 98:4
113:21
114:6
137:18
145:17

**poll**
87:5 138:14

**polling**
127:23

**polls**
20:11 37:24
103:23

**pontificating**
44:18

**poor**
78:20 82:6
95:22,23

**poorest**
141:17
147:21

**populace**
25:17

**popular**
65:20

**population**
55:25 56:8,
14 66:11
86:10
174:13,14

**portal**
85:25 169:4

**portion**
13:5 14:8
50:14 54:25

**Portland**
193:12

**portrait**
75:24 76:3

**position**
20:18 36:9
66:1

**positioning**
25:5

**possess**
45:24

**possibility**
18:11

**post**
190:12

**Posta**
162:13

**potential**
74:2 194:22

**potentially**
90:25

**pound**
101:3,4,6

**pounding**
101:8

**power**
15:7 18:17
25:14 26:20
27:6,7,8,13,
17 32:4
33:6,7 34:9,
11,12 36:14
38:1 39:21
44:20 45:16
53:23 57:11
58:22 60:20,
25 61:5,13,
16,19 64:9
71:15 72:10
79:6 81:12
84:1,9 86:9
90:3 91:7
102:7,22
103:22
104:8 106:9,
11,17
108:10,11
114:8
116:15
126:8,10
127:4 128:5,
7 130:7
131:19
138:25
142:22
146:5,19,20
147:5,15

148:12
159:20
177:8,17

**powerful**
20:7 35:20
60:7 117:4
175:7

**powerless**
34:24

**powers**
16:16 62:3

**practical**
55:4

**practice**
98:11

**pragmatic**
25:8 55:4

**pray**
35:13 38:16

**prayer**
3:10,11
75:19

**prayers**
155:17

**pre**
148:21

**preceded**
194:14

**precious**
126:21

**precisely**
166:6

**predicated**
25:24

**predicted**
150:17

**prediction**

www.trustarray.com
844-817-1080

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025

150:12

preference
42:2

preferences
22:7

preferred
102:25

prejudice
193:23

premium
78:22

premiums
78:22

prepare
2:4 181:14

prepared
164:19
186:10

preparedness
107:18

preparing
47:9

present
2:24 14:16
94:10 115:8
117:24
119:17
121:2,17
181:25

presentations
187:25

presented
112:25
121:24

presenter
172:1

presenters
171:22,24

presenting
116:12

preservation
59:23

preserve
125:1
131:14

preserves
103:16

presidency
41:25

president
14:21 18:1,
12,20 26:25
27:11,16
28:19 30:6
33:13 37:8
41:8 52:13,
15,20 65:19
69:1 71:8
75:12 80:15
81:16 89:4,
7,11,13
90:3,8 96:19
106:6,24
107:5,16
124:17,23
125:16
130:1,13
131:23
133:4 140:6,
7 149:24
150:3
158:23
159:3 163:4
185:13
186:25
196:17,18

president's
28:3 82:5

presidential
122:17
125:13

presidents
76:2

press
26:2 89:7
171:6,12
172:9

pressed
24:12

pressing
37:6,10

pressure
117:2
149:24

pressuring
41:17

pretend
131:7

pretty
128:22
132:16
149:3
174:17

prevent
159:19
166:2 187:2

prevented
49:18

prevention
145:14

previous
187:20,24

previously
108:25

price
124:11
143:16

prices
99:6 107:25
123:13
148:1,3

pride
37:1 95:9
195:20

primary
25:6

principal
23:6

principle
34:15 37:1
104:1
131:11,16

principled
97:10

principles
86:10,21
97:19 100:9
112:4
155:17
174:8

print
10:10 131:6

printed
198:3,4

prior
191:3

priorities
133:15
135:8
141:12
165:2

prioritize
114:8 137:3

prioritizing
93:8

priority
99:2

Prison
92:11

privilege
20:6 167:15

prizes
148:4

pro
110:4 175:8

problem
18:18 33:12
58:5 69:25
99:9,24
100:22
120:10
126:20
130:19,22
131:22
145:17
175:12

problems
25:9 47:22,
25 55:5 94:4
135:15
150:5
151:22
152:8,9

procedural
10:15 115:9
117:25
119:15
121:1
156:13
188:8,9

procedure
186:21

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025

proceeding
183:1

proceedings
5:11,14

process
21:25 40:22
46:1,12
47:8,10 59:6
68:24 69:4,6
83:17 85:23
87:20 97:11
107:23
114:13,24
138:19
140:22
151:25
155:14
161:14
164:3
166:10,11,
16 169:13
176:22
177:2,25
184:25
185:1 187:3

processed
148:25

proclaims
71:22

Productions
110:16

profane
6:2

professional
122:13

profiled
63:16 69:21

profit
110:9

profoundly
22:24

programs
92:13
137:14,15

prohibit
28:4

prohibits
5:9 6:21

project
41:11 52:25
135:18

projection
56:9

promise
40:12,13

promises
146:1

promising
168:8

prop
57:14 58:3
86:6 98:24
125:11,18
127:4,7
128:11
150:23

proper
122:22

properly
7:16 58:24
100:14

property
166:16

proposal
22:10 74:11
83:22 86:19
103:25

159:4

proposals
46:19

propose
16:19

proposed
34:25 113:7,
18

proposing
118:19
119:6

Proposition
150:18,25

props
58:4 125:11,
12 159:15

prosecutors
127:5

prosperity
70:2

prostitution
196:8

Protam
106:3

protect
28:13 47:19
56:4 57:16
67:17 68:15
70:12 78:6,
14 82:4
84:13,20
89:2 90:14
102:25
113:25
117:11,14
137:2 145:4
146:6
165:19
177:15

protected
43:13
167:14

protecting
31:5,9 64:8,
9,11 70:18
84:3 88:25
89:15,17
98:5 142:3
177:18

protections
73:25

protective
44:9

protector
59:13

protects
38:22

Protein
187:23

proud
18:6 30:2
41:5 52:1,10
53:19 69:3
77:9 83:12
89:25
102:11
103:7 106:4,
5 108:5
109:22
127:25
149:22
151:16,25
152:21,23
187:6

proudest
102:9

proudly
26:6 69:9
74:1 108:13

prove
12:22
120:17

proved
159:21

proven
36:11
122:15

provide
43:8 58:24,
25 155:8

Providence
72:1,5

provision
118:16
123:3

provisions
42:18
108:22
127:13

proxy
151:20

psychologist
23:4

public
5:20 22:4
23:6,7 42:7
50:23 74:15
84:3 85:21,
24 87:21
90:10 92:5
97:25 114:3
116:19
117:7
120:15
122:14
131:3
141:25
147:23
151:11

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025

| | | | | |
|---|---|---|---|---|
| 158:18<br>183:23<br>184:4,6<br>196:1,10,22,<br>24 197:13<br>**publicly**<br>113:8,18,23<br>**Pueda**<br>40:25<br>**pulled**<br>137:24<br>**pulling**<br>90:12 138:1,<br>4<br>**punch**<br>73:16<br>**punching**<br>50:3<br>**punish**<br>127:6<br>**punished**<br>83:19<br>**punishing**<br>137:17,19<br>**punishment**<br>39:5<br>**purple**<br>87:6<br>**purportedly**<br>45:22<br>**purpose**<br>6:25 106:12<br>116:14<br>156:18<br>**purposeful**<br>195:2<br>**purposes**<br>10:20 | **pursuant**<br>7:16 10:7<br>189:4<br>**pursuing**<br>191:19<br>**purview**<br>151:19<br>**push**<br>81:4 114:5<br>175:21<br>**pushed**<br>28:1 81:21<br>93:16<br>**pushing**<br>33:24 64:4<br>175:18<br>**put**<br>5:3 13:19<br>36:25 42:23<br>45:1 46:24<br>49:3 50:20<br>58:13 60:15,<br>16,17 62:12<br>65:25 68:6<br>86:1 96:8,<br>16,25<br>107:21<br>109:1<br>118:25<br>119:8<br>128:12<br>145:1,5<br>150:7<br>155:12<br>167:24<br>168:20<br>171:23<br>**Putin**<br>18:2<br>**puts**<br>22:15 39:2 | 145:18<br>**putting**<br>113:21<br>123:19<br>139:9<br>147:22<br><br>———————<br><br>**Q**<br><br>**quadriplegic**<br>193:19<br>**quality**<br>56:20,21<br>**quarter**<br>125:15<br>**Quercilvo**<br>188:18<br>**question**<br>60:19 76:21<br>85:7 87:5,8,<br>18 88:5,9<br>98:5 138:18<br>153:20<br>160:14,15,<br>16 164:6<br>167:17,19<br>168:10,11,<br>24 169:7<br>171:1,10,11<br>181:4,7,13<br>**questioning**<br>60:12 61:7<br>**questions**<br>138:14<br>142:7<br>164:10<br>167:21<br>171:9<br>183:11<br>**quick**<br>109:15 | 182:16<br>**quickly**<br>3:19 111:7<br>123:5<br>195:19<br>**quiet**<br>18:4<br>**quietly**<br>3:18 39:22<br>**Quinn**<br>2:17<br>**Quirk**<br>2:19<br>**Quit**<br>153:2<br>**quixotic**<br>24:12<br>**quorum**<br>2:4,24 5:16<br>189:12<br>191:1<br>198:13<br>**quote**<br>6:25 23:22<br>55:16 71:7<br>89:17<br>101:16<br>142:11<br>**quoted**<br>129:2<br>137:10<br>**quotes**<br>142:9<br><br>———————<br><br>**R**<br><br>**race**<br>103:25<br>**racially** | 63:16 69:21<br>**racing**<br>83:23<br>**racism**<br>38:11<br>**racist**<br>38:1 40:10<br>94:16<br>**raging**<br>91:12<br>**Raiders**<br>111:10<br>**raids**<br>39:8 83:17<br>107:20<br>147:24<br>**rain**<br>35:16<br>**rainy**<br>100:4<br>**raise**<br>68:19 75:5<br>90:6,20<br>105:25<br>148:1<br>152:19<br>178:10<br>182:17<br>**raised**<br>7:15 81:2<br>103:3<br>183:11<br>**raises**<br>85:18<br>**raising**<br>197:1<br>**ram**<br>15:11 |

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025

Ramos
2:19 178:6,7
180:6

ramp
16:9

rampartisan
83:24

ran
23:5 93:22,
24

Randy
194:15

ranges
141:12

Ransom
2:19 12:24,
25 80:22,23
83:9

rarely
134:7

rate
92:9 133:12

rates
99:4,20
134:1

ration
98:25

raw
163:17

reach
42:14,15,23

reaching
25:8

react
68:25

reaction
129:7

reactive
21:21

read
8:11 14:11
35:4 48:13,
19 54:25
74:25
113:10,12
116:6 118:9
119:25
121:10
132:20
136:13,14
157:8
172:25
188:2,24
189:15,23
190:17
198:4

reading
99:9 112:24
187:19,24
188:25
189:15
190:7,8

ready
5:4 107:3
198:9

real
28:22 46:20
47:25 55:3,
16 58:9,10,
12 66:10
91:23 92:19
97:24
100:21
105:6 135:9,
15 141:8
145:5 152:6
175:14

reality
37:7,23

93:13

realize
57:2,9
136:15
194:21

realizing
18:12

realtor
134:21

rear
3:9 188:19

reason
63:7 78:17
80:14
100:15
160:17

reasonable
115:1 119:6

reasons
56:19
160:14
167:2

Reavis
106:1,2

Rebus
14:13

rebut
67:1,2

recall
105:2
125:25
126:1,19

recalls
122:18

received
23:14 53:5
85:22 86:3
156:14

192:13
194:4

recent
3:14 133:10

recently
20:15 78:1

recess
3:4,6 150:6
181:20,24

recessed
181:23

reckless
93:15 100:2

recklessness
135:25

recognize
8:4,25
109:16,20
113:11
128:23
182:21

recognized
2:25 8:1,19,
20 9:20
10:14,23
11:1,14
12:5,19
13:11 14:14
19:11 20:4
21:16 22:19
26:12 29:5
30:23 32:15
36:6 37:16
41:1 43:22
44:13 48:16
51:10 54:10
58:1 60:5
63:4 65:3
67:23 71:2
74:23 77:6
80:7,22

83:10 84:24
85:5 88:14
89:24 90:22
94:8 97:7
100:25
102:16
104:3 106:1
110:25
111:7 113:3,
4,15 115:3,
17,22 116:5,
10 117:19
118:8,12
119:10
120:2,21
121:14
125:9
128:25
132:25
137:6
138:12
139:15
140:17
144:7
146:10
148:15
151:14
153:7
156:12,20
157:12
159:8 163:8
167:7
169:19
170:24
172:5,12
176:2,6,17
178:6 180:7,
12 184:11,
14 186:8
188:9
189:25
191:7,12
193:5 195:9
196:9

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025

**recommend**
139:11

**recommenda tion**
59:18

**record**
86:1 151:11
177:25
178:4
182:23,24
185:15,19
186:11
198:14

**recorded**
165:1

**red**
41:18
134:13
147:3

**redistrict**
114:9
151:25

**redistricting**
6:17,22 12:7
14:13 16:17,
22 21:25
22:1,22
23:2,10,13,
16,21 24:3,9
26:4,23 27:5
32:20 33:25
34:7 37:20
39:17 44:15,
21 45:13,19
46:8,11,13
47:5 49:22
83:22 84:1,6
85:20 87:10,
12,20 95:8
96:2,14,21
97:15

100:16
101:25
102:2,20
103:11,19
104:16
114:7
116:14,22
117:2
118:17,23
121:25
127:25
128:1
136:11,20,
25 138:19,
25 141:6
145:3
149:20,25
157:10,17,
19 158:9,14,
17,25 161:5
163:25
166:5,14
183:16,18
185:2,4
187:3

**redraw**
14:22 77:17
79:6 116:18
147:13

**reduce**
145:11

**reduces**
99:12

**reducing**
158:15

**reevaluate**
135:8

**refer**
11:17

**reference**
10:19 12:10,

22 13:8
55:18
108:24
156:17
157:6 188:1

**referenced**
51:25

**referred**
189:3

**reflect**
21:4 22:6
51:15

**reflection**
3:14

**reform**
24:13,18
38:25

**refrain**
35:2 159:15

**refrained**
128:24

**refuse**
43:25 52:3

**refused**
24:17 27:14
127:8
160:17

**refusing**
27:18

**regard**
12:8

**regional**
196:15

**registered**
155:23

**registration**
17:2 136:15

**regret**
31:23

**regrets**
153:1

**regulate**
19:16

**rehabilitating**
92:13

**reintroduced**
23:15,19

**reject**
103:25
146:4,5

**rejecting**
136:5

**related**
56:20

**relates**
5:19

**relationship**
163:13,23

**relative**
8:13

**relentless**
142:16

**relief**
83:14 90:9
142:19
147:18

**religious**
71:12

**rely**
42:25
137:16

**remain**
4:25 86:23
135:11
166:19

**remaining**
190:18

**remains**
116:24
163:16
179:8 191:1

**remarkable**
75:21 196:3

**remarks**
77:8 153:10
169:22
172:25
173:3

**remedies**
5:15

**remember**
28:15 29:18
40:6 51:21
62:20
129:14
149:14
150:11
184:7
195:12
197:11

**remembered**
191:15

**remind**
42:4 54:17
55:21 63:1
85:19 86:4
97:25
132:20

**reminded**
28:20 42:25
94:14 95:1,
16

**reminds**
3:25 197:13

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025

**remote**
141:18

**removal**
5:14

**remove**
8:9 168:17,
25

**removed**
7:6 8:8
165:21

**renaissance**
110:1

**rendering**
6:12

**rent**
99:17
144:20,25

**repeat**
33:22 51:17
121:22

**repeatedly**
66:25

**repeating**
63:24

**reported**
164:13
175:6,8,11

**Reporters**
177:5

**Reports**
188:1

**represent**
26:20 69:8,
9,20 70:9
79:21 81:11
95:23
135:13
143:3,6

155:1
163:20
174:16,19

**representation**
26:5,21
34:7,15,17,
18 49:7,8
53:14 57:21
95:20,24
96:24 97:17
114:5,21
131:15
163:22
173:21,25
174:2,7
178:17

**representative**
88:18
101:13,14
141:16
163:21
166:13
174:20
175:13

**representatives**
28:11 34:24
55:17 57:1
59:21
106:24
117:10
124:15
130:10
141:22
144:2
162:18

**represented**
43:14 57:10
96:7 175:3

**representing**
69:11
110:12

**represents**
21:20 34:23
45:4 158:8

**reprimanded**
179:24

**reproductive**
31:10 42:21
186:2

**republic**
5:6 36:1
76:7

**Republican**
15:11 16:8
17:7 18:18,
23 19:5
42:18 49:19,
24 64:13
68:1 70:13
77:16,18
78:2,13
79:2,4,7
83:24
101:19
104:12
107:8
124:14,23,
25 149:21
151:8
158:20
163:21
185:5 187:1

**republicans**
14:21 35:21
39:14 40:19
49:4 63:8,12
64:10 68:9
72:17,20
77:20 78:1,

15 79:10,16,
24 86:15
87:16,23
95:7 102:19
105:22
106:21
107:1
138:23
139:6 140:4
149:9,11,18,
24 150:2
157:20
158:4 159:4
163:20
177:5,13
185:11,14

**reque**
26:25

**request**
8:7,21 10:17
11:17 15:4
20:2 24:12
40:16 67:21
90:11
102:14
105:25
156:15
188:10,16,
22 189:5
190:1

**requested**
9:24 91:25

**requesting**
168:23,24

**requests**
198:3

**require**
5:18 16:20
113:7,17

**required**
24:8 149:3

**requirements**
158:12
183:20

**requires**
156:5,25
187:12

**requiring**
113:23

**rescind**
188:23

**rescinding**
189:2

**research**
137:23,25

**reservations**
162:8

**reservoirs**
92:19

**residents**
92:2 141:15
152:7
165:19

**resilience**
196:23

**resist**
21:13 35:8
96:11

**resolution**
8:12 149:19
190:18,24,
25

**resolutions**
13:5,14,18,
22,24 14:1
149:12,15
154:24
186:15
188:5

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025

**resolve**
106:13

**resonate**
194:23

**resources**
95:21,25
96:3,25
98:15
122:21
142:19

**respect**
16:14 19:25
21:7 85:15
94:24 95:2
128:10,12
185:2

**respected**
20:14
183:25

**respectful**
5:25 132:25
172:20
191:2

**respectfully**
11:17 20:1
26:9 32:12
40:25 44:10
51:8 54:15
60:3 62:23
67:21 80:20
83:6 97:5
114:25
117:13
125:6 167:3
170:22
172:3 195:3

**respects**
158:12,14

**respond**
21:8 66:2
70:15 77:2

**responded**
63:13 88:4

**responders**
85:19

**responding**
19:24 31:2

**response**
15:6 41:19
98:4 153:12

**responsibiliti
es**
4:12

**responsibilit
y**
42:4 48:25
58:24 88:22
130:22
134:20
139:4 152:6

**responsible**
72:13 164:4

**rest**
37:11 66:6

**Restaurant**
110:15

**restaurants**
70:24

**restore**
97:16

**restoring**
23:7

**restricted**
100:21

**rests**
67:3

**result**
78:9,11,21
92:1

**resulted**
56:1 73:3
154:18

**results**
25:2 27:19
33:8 87:8
143:22
196:4

**retain**
190:6,7,9

**Retains**
127:24,25

**retiring**
110:6

**retroactively**
128:18

**return**
17:14 27:8
103:22
116:16
189:7

**returned**
76:22

**returning**
27:8 95:21,
25 96:25

**returns**
16:15

**reuniting**
158:15

**reveal**
46:24

**revenge**
142:5

**revenues**
123:25

**Reverend**
3:10,11,13

**review**
58:10 114:1,
14,25
130:25
131:3
183:19

**reviewed**
22:4

**reviewing**
6:8

**revis**
8:23 10:19
53:19

**revisit**
17:1

**rewrite**
41:15

**rheumatic**
31:15

**richer**
108:1

**rid**
152:1

**riders**
194:9

**rig**
14:24,25
18:15 27:2
38:9 40:21
63:10 77:17
79:10 83:2
106:8 107:8
157:22
158:24
185:14
186:25

**rigged**
39:19
144:11

**rigging**
15:6 33:7
45:7 93:1
146:5
177:14

**righteous**
32:18 76:10

**rights**
53:4,8,9
54:24 71:24
72:6 74:20
77:13 79:22
86:11 90:14
123:25
162:21
174:2 186:2
193:10,24

**Rincon**
162:11

**rip**
139:25
140:1 177:2

**ripped**
38:24
155:12

**ripping**
107:11

**rise**
14:16 21:18
28:7 29:6
30:25 35:15
36:8 37:18
41:3 43:16
48:18 58:5
63:6 65:5
77:12 79:19
80:8,24
83:12 89:25
90:24 94:3
97:4 109:20
115:19

www.trustarray.com
844-817-1080

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025

121:16
129:1
140:18
146:12
170:5 193:8
195:12

**risen**
122:19

**rising**
80:4

**risk**
39:2 76:12
123:16
147:23

**risks**
76:6

**Rivas**
14:17
144:15

**Riverside**
93:9

**RJ**
93:23

**road**
34:20

**rob**
110:14
137:22

**robbery**
38:25

**robbing**
42:20 79:22,
23

**Robert**
144:15

**Roberts**
193:9,13,16
195:8

**robust**
154:9

**Rockland**
153:13

**Rodriguez**
2:20 84:23
85:4

**RODRIQUEZ**
84:25

**Rogers**
2:20 88:13,
15 89:24

**role**
9:18 50:12
58:8 192:8

**roles**
58:18

**roll**
2:6 7:19,24
8:15 9:25
10:5 11:5,
10,23 12:3,
12,17 27:14
109:5,8
115:10,14
117:25
118:5
119:17,22
121:2,7
156:4,8,22,
25 157:4,25
181:25
182:1,2,6
187:10,14
190:16

**rolling**
147:3

**Ron**
15:1 194:14

**roof**
145:8

**room**
19:15 46:18
48:19 53:25
77:24 129:8
191:17
192:17

**rooms**
78:25

**rooted**
73:10

**roots**
94:14

**Rosa**
162:11

**rough**
36:9

**Round**
162:15

**Roxanne**
191:14
193:3

**rubber**
136:4

**rude**
55:7

**rule**
8:22 10:7
15:23,24,25
16:1 156:16
178:2
182:18
188:11,17
189:4

**ruled**
29:14

**rules**

5:17,23 6:3
10:17 12:9,
21 36:15,24
37:11,13
38:9 39:19
41:15 46:16
48:12,13
60:25 61:1,
6,10,11,13,
15 62:1
63:10 65:17,
23,24,25
82:21 106:8
120:14
127:14
132:15,22
157:5
159:14
172:21
173:2
177:11
182:20,25

**ruling**
7:13,18,20
9:9 72:25

**run**
14:20 47:9
120:7
134:11
165:6
175:10
185:15
196:4

**running**
38:4

**runs**
165:7

**rural**
39:2 43:1
47:14
135:10
140:19

141:4,14
142:17,23
143:13,16
185:21

**Rush**
166:7

**rushed**
97:23 99:3
110:3 142:1

**Rushing**
113:21

**Russians**
61:17,25

**Ruth**
28:21

**ruyo**
69:11

_____

**S**

**Sacramento**
69:8 93:20
145:16
171:3
187:21
192:10

**sacrifice**
98:13

**sacrificed**
34:19

**sad**
152:4

**sadness**
65:5

**safe**
31:6,7 38:21
98:21
197:19

**safeguard**

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025

159:22

**safeguarding**
31:10

**safety**
56:21 57:14
92:5

**sake**
68:15

**Salache**
67:23,24
189:3,8

**Sally**
196:25

**Sally's**
197:3

**salute**
4:25

**San**
17:9 28:4
93:10 162:5,
12 180:9
195:15,25
196:11,12,
16,17

**Sanchez**
2:21 144:6,8
146:9

**sanctimonio
us**
88:25 104:5

**sanctity**
137:2

**sand**
28:25

**Santa**
162:11

**sat**
66:23,24

72:11,17
75:2,21

**Sausalito**
141:13

**save**
17:13 44:18
54:2 68:3
70:14,15
74:25 75:25
76:15 82:25
102:3,7,8,13
131:13
138:8

**saved**
57:9 192:16

**saving**
18:25 19:1
52:6 77:3

**SB**
11:18
112:24
113:6,12
115:19
121:17
122:6,25
125:14
137:8
139:12
140:15
146:7
188:24
190:2

**SB280**
114:13
116:23
118:19
120:9 125:6
127:15
153:25

**SCA's**
23:25

**SCA3**
23:19,25

**scales**
39:8

**scandal**
177:12

**scarce**
126:21

**scare**
146:22,24
147:5,6,25

**scared**
63:18

**scares**
146:24,25
147:15

**scattering**
162:19

**scenario**
61:14

**schedules**
198:6

**scheme**
44:15

**school**
49:22 69:23
111:8
137:14
148:20,22
185:20
193:14,25

**schools**
38:15 72:12
98:20
123:22
124:6
137:13
141:4
147:23

**Schultz**
2:21 48:10,
15 74:22
77:5 132:11,
18,19 153:6,
8 154:6
161:10,15

**Schwarzene
gger**
22:12

**science**
123:25

**scolding**
27:14

**Scooby**
177:1

**score**
38:21

**scored**
110:3

**scraping**
43:4

**screams**
28:12

**screen**
13:19
111:17

**screenings**
42:22 149:2

**scripture**
129:1,7

**scrutiny**
113:22

**Seahawks**
110:5
111:10

**seals**
19:10

**seared**
22:25

**season**
111:20

**seat**
54:4

**seated**
5:8

**seatmate**
132:17

**seats**
26:23,24
27:12 55:19
56:2,4,6,10
79:8 104:10
106:22
124:19,24
165:17
173:19

**Seattle**
110:5

**SECATE**
190:22

**seconded**
7:18 10:3,21
11:21,22
12:11 115:6
117:22
119:14
120:25
156:24
181:22,24

**seconds**
30:20 35:10
44:7 47:20
53:25 57:7
59:24 62:22,
23 74:9 88:1
100:11
128:9

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025

131:22
151:2
162:22
166:21
175:11
187:24
198:11

**secrecy**
165:22
166:7

**secret**
83:25
140:23
171:3,15,18,
21

**Secretary**
122:23

**secrets**
171:4

**section**
5:21 6:15,
20,25
132:21

**Sections**
5:18

**secure**
72:5 122:9,
25 141:3

**seek**
29:7 185:25

**seeking**
47:6 116:18
161:8 184:1

**seeks**
33:21

**seize**
128:8
161:25

**selecting**
25:20

**selections**
110:4

**semi**
30:11

**senate**
6:14 14:12
23:23 86:13
109:11
112:23
113:12
116:8 118:9
119:25
121:10
124:22
153:25
156:11,14,
18 157:8
164:17
187:16
188:4,25
189:8,15,21,
22 190:8,19,
20,21,25

**senator**
23:18 54:22
112:24
121:10,18
183:9

**send**
69:19 84:16

**sending**
52:16 89:7

**sends**
35:16 39:2

**seniors**
27:25 39:2,3
42:15
104:25
124:1

147:22
155:4
185:22

**sense**
195:19

**separated**
141:11

**separating**
185:23

**Sequan**
162:13

**SERATE**
190:24

**Sergeant**
2:4

**servant**
196:22

**servants**
122:14

**serve**
30:1 41:12
93:7 95:11
99:7 135:25
143:1
145:22,23,
24 149:23
155:7 197:4

**served**
195:21
197:14

**service**
84:3 95:11
120:15
195:14,17,
23 196:1
197:14

**services**
42:25 94:1
145:14

155:9

**serving**
18:11 30:17
53:13 93:5
95:4 161:25
192:1,8

**session**
2:2 3:8
46:21 87:25
99:2 148:21
198:5,7,8

**set**
22:11 68:12
77:21
113:13
116:3,9
118:7,11
119:25
166:1

**sets**
116:2

**severe**
139:20
151:22
152:7

**severely**
33:18
139:19

**shadows**
166:19

**Shame**
152:15

**shameful**
100:12
152:13

**shamelessly**
25:13

**shape**
26:17 166:9

**shaped**
192:11
196:15

**share**
20:6 94:12
95:24 96:3,
15 141:8
167:22
174:4

**shared**
4:5 167:23
196:25

**Sharp**
188:12
198:1

**Sharpe**
2:21 195:9,
11

**Sharpie**
147:17

**shed**
179:6

**shied**
196:5

**shield**
38:10 40:9,
10,11

**shine**
192:7

**shining**
4:21

**shop**
3:21 4:2

**short**
102:9
169:22
185:16

**shortage**

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025

37:5

**shorten**
131:1,2

**shortens**
127:15

**shortsighted**
136:6

**shot**
130:8

**shout**
112:6

**shouts**
27:21

**shove**
47:15

**shoved**
107:22

**show**
35:2,19
50:5,6,7,8
103:24
111:11

**showing**
28:7,9 74:12

**shown**
27:18 38:14
46:9

**shows**
99:11

**shrank**
56:15

**shuddering**
133:12

**SHULTZ**
74:24
132:13
161:11

**shut**
92:7 132:4

**sick**
91:8

**sickens**
91:15

**side**
54:8 64:7
66:4 96:8
101:3,4,6,7
105:22
129:20
130:2
131:25
140:24
146:18,23
150:1
152:17
171:2 177:9
178:12

**sidelined**
140:21

**sidelines**
28:2

**sides**
33:7 140:25
141:3
169:23
178:9

**siding**
64:19

**Sierra**
192:18

**sierto**
188:24

**sign**
118:25

**signatures**
45:1 126:4,

19

**signed**
88:10
153:25

**significant**
100:5

**signs**
55:10

**silence**
26:21 27:2,
24 38:17
39:22,23
41:18 44:20
50:17 51:22
81:14 106:8
142:21
143:4 177:8
193:3 195:7

**silenced**
25:19 37:24
82:7 84:16

**silences**
162:3

**silencing**
45:8 64:5,7
159:24

**silent**
51:14,20,24
132:1
139:25
140:6 141:5
177:15

**Silva**
2:19 26:11,
13 29:4

**silver**
111:17

**similar**
173:10

**simple**
80:9 85:7
106:7 119:5
120:4 142:6
160:15

**simplest**
167:21

**simply**
16:4 21:19
58:9 64:14
76:1,22
117:6
142:20
153:13
154:14
165:3,18
170:16

**simultaneou
sly**
51:1

**single**
43:6 49:19
77:23 93:5,
14 96:23
99:16 102:2
107:25
109:25
124:13
144:17,22
148:23
151:1
154:21
162:18,24
169:25
187:4

**sir**
15:20 75:5,
11,16 118:8
181:5
184:13

**Sisas**

40:25

**sisters**
145:24

**sit**
39:22 44:23
49:13,14
51:6,24 54:4
70:3 79:9
82:18 159:2
174:5
177:16

**sits**
133:14

**sitting**
72:11,24
73:1 80:15
160:20
178:8

**situation**
49:2,3 61:25
70:16

**sizes**
123:5

**skills**
111:9

**skin**
63:18

**Skittles**
110:17

**sky**
57:5

**slap**
127:18

**slaps**
35:9

**slash**
123:25

**slashed**

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025

81:16

**slashing**
123:15

**sledgehamm er**
173:25

**sleeping**
91:16

**slow**
59:1

**small**
3:21 81:18
133:11
134:2
135:22
147:25
152:14,15,
23 165:15
169:2

**smash**
111:18

**smile**
4:4 180:3

**smirk**
180:3

**snake**
44:16

**snap**
83:16
104:24

**snatch**
52:16

**snatched**
19:2 31:8

**social**
148:25
150:13

**societal**

193:22

**society**
62:14
196:10

**soil**
147:4

**Solace**
2:22 71:1

**solution**
33:13

**solutions**
25:9 91:10
136:1

**solve**
47:22,25

**solves**
134:4

**solving**
135:14

**son**
93:23
193:15
194:15,21,
25 197:3

**sons**
35:14
193:15
194:14

**Soria**
2:22

**Sotomayor**
24:25

**sought**
159:19

**soul**
111:15

**sound**
88:24

**south**
107:4 170:6

**Southgate**
70:10

**sovereignty**
162:17

**SP**
8:7

**sparked**
114:6

**speak**
28:5 81:25
93:24 94:11
105:25
115:25
116:4,6
123:12
133:20,24
141:2
150:19,22
172:22
188:12
191:3

**speaker**
2:2,24 3:7
5:2 6:8 7:9
8:2,5,24 9:1,
8,13,18,23
10:21,25
11:3,13,15,
20 12:5,25
13:4 14:4,
15,16 15:14,
16,19 16:7
19:20 20:5
21:17 22:20
26:13 29:3,6
30:22,24
32:16 36:7
37:17 41:2
44:7,11,14

46:1 48:14,
17 51:12
53:19 54:18
55:1,2 56:11
57:7,22,25
58:3,5 60:7
63:5 65:1,5
67:24 71:3
72:19 74:25
77:5,7
80:21,23
83:8,11
84:22,25
85:3,6,14,
15,17 88:5,
6,12,16
89:25 94:9
97:8 101:1
102:14,17
104:4
105:23
106:1,3
108:13,14,
15,17
109:19
110:22
111:1,25
113:4,5,17
115:6,18
116:11
117:17,22
118:13
119:13
120:19,24
121:16
125:7,10
128:21,25
132:9,14,18
133:1,16,19,
22 138:1,4,
10,13
139:13,16,
18 140:18
144:5,15

146:8,11
148:13,16
153:9 154:5,
8 156:2,13,
21 157:14
159:6,13,14
161:9,11,12
163:9
166:22
169:20
170:25
172:7,10,23
175:24
176:5,10,15
177:24
178:7
179:16
180:8,13,15,
22,25 181:6,
12,16,22
182:9 184:9
186:4,7,13,
19 187:8,23
188:14,20
189:1,9
190:4 191:9
193:1,8
195:5,12
198:1

**speakers**
133:20

**speaking**
15:24 50:1
55:7 75:7
90:21 112:8
118:15
182:19

**special**
49:23 57:13
59:3 109:12
121:19,20
122:20
123:3,8,10

124:14
125:14,20,
25 126:5
135:7
138:18,22
160:12,22
164:14

**specifically**
58:17
108:21
171:25
174:10

**speech**
5:22 19:18
132:22
149:25
172:8,24
184:19

**speeches**
172:8,10

**spend**
91:6 124:13
135:1
152:10

**spending**
20:7 37:4
98:19 99:24
100:2
126:20
134:22,25
145:3 152:3

**spent**
31:15 75:18
98:17,18,20,
21 151:16,
17,23 160:8
191:21
193:17

**spine**
18:19

**spirit**
32:21 60:1
67:18
111:14

**split**
114:19,20
162:11,12,
13,14,15,19
165:13
170:8,11

**splits**
86:19 162:7

**splitting**
141:7 162:4
170:16

**spoiled**
27:22

**spoke**
16:4 20:15
95:3,15
100:20
104:22

**spoken**
34:4 183:3

**sponsor**
77:9

**sports**
110:15,20

**Spreckles**
92:7

**spurred**
193:19

**st**
26:25

**stack**
80:15

**stacked**
148:3

**stacking**
157:21

**stage**
6:6 15:16
21:24

**stake**
37:2 42:6
43:9,10

**stakes**
90:7 185:10

**stamp**
136:4

**stand**
3:10 26:14,
16 28:8,11,
18 43:15
44:1,17 50:2
52:2,3,4,5,9,
18 53:16,23
54:4 61:9
64:10 66:7,
13,14,15,19
67:17 76:9
77:14 81:2,
3,25 82:13,
17 90:6,13
96:4,5,6,9
98:8 103:25
104:18
105:18,19
117:9
124:25
132:7 136:4
138:3
142:16,25
146:1,2
150:2
151:10
153:20
155:21
169:11
174:18

175:16
178:25
179:12,14,
25 180:5
196:7

**standard**
22:12 45:12
68:11 97:13
166:1

**standing**
4:25 18:25
29:1 31:11
36:2 51:7
52:12 53:19
77:12
105:17
131:9
149:16
150:24
197:20

**stands**
5:6 53:17
198:12

**stark**
114:2

**starring**
110:10

**start**
27:9 32:17,
23 51:20
55:22 65:14
99:1 102:23
127:2 141:4
157:23
176:19
178:22
180:2

**started**
53:2 64:12
129:20
157:21

**starting**
193:25

**starts**
57:17 65:16

**state**
5:9,16,17,21
6:11 7:8
9:13 12:23
15:1,19,22
16:22 18:9
23:5,18
29:21,24
30:18 36:19
39:16,25
40:24 42:9,
19 45:18,20
46:3 47:7,22
48:10 49:24
50:14 52:11,
12 54:22
55:21 56:18,
22,25 57:11
58:18 60:11
64:13 66:21
67:3,7 69:25
72:4,22 73:1
74:2 76:16,
24 79:5,19
83:13 84:6,
11 86:13
87:7 91:12
92:11 93:18
94:5,24,25
96:17,25
97:2,11
106:13,20
107:12,20
108:12,16,
18,22 109:3
112:7,15
114:18
122:22,24
123:8,11,23

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025

125:23
126:21
127:1
128:13,15
132:10,11
133:8,18
134:8
137:22
138:6,18
141:18,24
143:5
151:22
152:2,6
154:22,25
155:24
158:25
159:10,11
160:4,20
161:10,16
163:5,19,22
177:21
178:3,15,18,
23 179:8,19,
21 180:15
182:8,10,18
183:20
187:4
191:21

**state's**
85:18 122:1
124:14

**stated**
20:25 87:9,
19 164:14,
15 167:20
170:19

**statement**
35:20 75:15
150:7,9

**statements**
129:17

**states**
5:5 14:22
18:12 24:8,
14 27:24
32:1 33:17
45:11 52:7,
22 53:2,3,11
55:20 56:22,
25 58:25
59:11 62:13
64:24 68:25
70:21 77:16
78:17 79:4
80:15 81:22
83:6,24
94:23,25
96:19,22
98:10 140:7,
8 149:25
157:21
158:5
165:21
173:11
195:21

**statewide**
121:19
173:14
196:15

**stating**
146:14

**statutory**
122:7

**stay**
18:9 184:3

**steadfast**
193:23

**steal**
26:21 27:2,
12 79:24
135:19
140:9

**steamrolling**
18:23

**step**
28:13,23
50:16,21,25
62:6,8,9,14,
15 65:8
182:15

**stepfather**
63:20
192:19

**Stephanie**
2:22 146:9,
11 148:14

**stepped**
3:20

**stepping**
50:1 120:10

**STI**
42:22

**stick**
32:22

**stifle**
86:25

**stolen**
178:25
179:23

**stood**
101:23
140:24
150:25

**stop**
35:1 40:20
79:22,24
100:2
124:18
129:11
130:9,10,18
140:9 148:8

158:21,24
186:2,24,25

**stopgap**
59:1

**store**
123:14

**stories**
192:5

**story**
29:9 195:16

**straightforw
ard**
101:18

**strategies**
83:2

**strategy**
21:21

**stray**
6:3

**streak**
95:5

**street**
31:9 55:1,15
73:5

**streets**
19:2 69:22
72:15 91:17

**strength**
165:17

**strengthenin
g**
92:25

**stretch**
36:12

**stretched**
135:17

**stretching**

99:16

**strikes**
54:25

**striking**
35:2

**strip**
39:6 44:20
45:16
123:25
142:22

**stripped**
100:19

**stripping**
47:17
137:16

**strong**
21:18 37:18
48:18 54:8
69:25
115:19
139:8
140:19
195:19
197:19

**stronger**
196:21

**strongly**
48:11 90:17

**struck**
54:13 74:15

**structural**
99:25 134:8

**structurally**
136:19

**struggled**
75:17

**struggles**
108:2

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025

**struggling**
77:22
135:11
144:19
145:10
155:3

**stuck**
145:13

**student**
133:11
135:21

**students**
50:19 52:17
137:20
194:8

**study**
99:11

**studying**
194:9

**stuff**
72:19

**stunt**
98:18
125:19

**stupid**
148:4

**subject**
5:14

**submissions**
85:22

**submit**
33:11 85:24
180:17
181:1
186:10

**submitting**
35:18 181:2

**subterfuge**

131:11

**suburban**
86:25

**subvert**
161:4,23

**subverting**
131:20

**succeed**
73:21 187:4

**successful**
173:19

**suddenly**
81:12 99:7,8
177:12

**suffered**
68:3

**suffering**
42:2 72:14
78:8 82:7
139:20

**suffers**
92:8

**sugar**
92:6

**summary**
120:1

**summer**
3:24 4:1,9
191:21

**Summit**
15:16 48:10
177:21

**sun**
35:15
144:24

**super**
55:9 56:3
57:10 78:19

110:5 111:4

**supermajorit
y**
55:6

**supervised**
192:1

**support**
23:14 24:19
26:14 29:2
30:25 36:8,
18 37:18
48:18 50:12
52:8 63:6
77:12 79:19
80:9 85:25
103:25
117:13
119:4,7
120:16
122:23
124:1
138:21
139:25
158:25
194:1

**supported**
138:23
140:1
149:14

**supporting**
21:12 50:9

**supportive**
93:25

**supports**
137:13

**supposed**
13:2 86:23
131:1,5
165:5

**supposedly**

86:3

**suppression**
37:22 40:11
64:20

**supreme**
24:23 53:3
105:13,15

**SUREATE**
190:23

**surprise**
87:14

**surrender**
39:24 66:8,
10

**surrenders**
39:25

**surrounded**
3:22

**survival**
37:21 134:2

**survive**
40:19
135:23

**survived**
194:15

**suspend**
8:22 10:17
12:9,10,21
76:5 108:20,
24 130:24,
25 131:15
156:15
188:11,17

**suspended**
157:6

**suspending**
3:3 128:3

**suspension**

26:8 109:4

**sustain**
7:20

**sustainable**
144:21

**sustained**
7:25

**sweep**
94:20

**sweltering**
4:1

**swing**
25:4

**swirling**
71:10,19

**switch**
49:25

**sycophants**
19:9

**syndrome**
100:13
139:21

**synonymous**
195:13

**system**
8:18 22:15
23:2,11
24:14 25:23
26:3 78:5
83:3 88:18
103:8 108:8
144:10
146:5 157:1
158:25
175:2

**systems**
43:7

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025

**T**

**Ta**
2:22

**table**
84:5 101:6,8
115:5,16
117:21
118:6
119:12,24
120:23,25
121:9 145:1,
6 155:7

**tables**
107:21

**tactic**
179:15

**tactics**
125:4
178:24

**takes**
52:8 106:16
108:3 115:7
117:24
119:16
121:1
126:10
134:21
168:25
181:25

**taking**
6:22 18:1
43:18 44:4
52:21 62:25
68:7 69:23
83:15 105:8
173:24
174:1

**tale**
166:20

**talents**
111:6

**Tales**
111:18

**talk**
43:9 46:19
47:17 50:25
54:21 58:8
64:21,22
71:5 72:24
74:18 84:25
89:1,15,16
104:25
105:6,7
127:14
129:12
132:1
170:15
173:7
175:21
178:11
179:25

**talked**
66:25 148:5

**talking**
4:7 20:19
34:21 45:19
64:10 104:8
105:6 150:6
151:18,23
176:19
178:12

**talks**
18:10 53:5
58:17 72:19

**tall**
142:16

**tally**
7:24 10:6
11:10 12:3,
17 109:9

**115:15**
118:5
119:23
121:7 156:8
157:5 182:7
187:14
190:16

**Tangiba**
133:24,25

**Tangipa**
97:7,8
110:25
111:25
112:1
119:25
120:1,3,20
121:4
132:25
133:1,17
137:5 163:8,
9 184:10,12,
21,22

**tank**
147:25

**tanks**
93:12

**target**
124:2

**targeted**
17:18 83:13
142:21

**targeting**
90:9,10

**tariffs**
81:17 83:19
107:24
123:13
147:25

**tarnishes**
103:18

**tat**
21:21

**taught**
28:24 112:3

**tax**
42:12,13
50:24 78:18
105:19
123:18,25
126:21
136:2

**taxation**
34:17

**taxes**
50:11 95:21

**taxpayer**
125:23

**taxpayers**
138:20

**Taylor**
191:23,25
192:4,20,23

**teacher**
3:16

**teachers**
137:14
145:11
194:9

**teaching**
194:5

**team**
36:21,25
122:24
168:4
183:14
192:8

**team's**
168:5

**teammate**
112:7

**tear**
63:14

**tears**
82:4,6
104:20

**technical**
111:8
167:13

**teddy**
112:4,5

**Tedford**
112:3

**teenager**
195:19

**Tejas**
94:15

**television**
18:5

**telling**
20:21
145:25
152:20
155:23

**tells**
19:8

**tem**
175:8

**temperate**
5:24 132:24

**temperature**
54:13

**temporarily**
70:5,15
131:15
152:1
181:25

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025

temporary
15:8 26:8
68:24
121:25
125:5 128:6
158:2

temptation
96:11

tempted
128:23

TEMU
88:20

Ten
99:24

tenacity
194:20
196:4

tens
22:4 77:25
137:15
184:7

term
18:11 33:16
52:20 102:9
104:9

terms
55:7 97:10

terribly
18:13

terrified
63:8 106:15

terrorists
83:21

terrorized
17:17 82:16

terrorizing
83:16

test

182:14

tested
28:16

testified
74:14

testimony
178:4
180:18,21
181:11
182:23
183:23
186:11

testing
42:22

Texas
14:22,25
15:10 16:8
22:9 25:12,
16 26:24
32:24,25
33:2,22
34:12 35:23
37:22 38:5,9
39:19 40:2
41:16 48:23
49:4,5,6,8,9
50:6,8 56:23
60:14 61:22
62:1 64:13
69:1 74:15,
18 76:13
77:16 79:4,
16 81:21
84:15 92:21
94:16 98:9
101:14,16,
17 102:24
104:11
106:20
117:10,13
118:17,22,
25 119:1,2

124:18
146:16,21
147:13
155:20
158:5,23
167:1
169:25
173:3,5,10,
12,14,18,20
177:5,13

Texas's
62:5

theft
49:12

theory
37:23

thereof
121:13
157:11

thin
99:16
176:21

thing
20:18 33:21
60:14 64:8
66:20 75:21
85:9 98:2
102:4 134:8
136:25
143:23
164:5
174:22
175:2

things
3:22 51:20,
24 54:15
58:16,21
73:6 130:11
146:14
147:5
148:24

149:5,7,10
150:22
154:22
167:11
170:14
174:18
175:18
177:24
178:21
179:1,11,24

thinks
124:19,23

Thompson
174:22

thought
19:6 58:13
75:2,19,22
116:21
130:6
138:15
154:15

thoughts
75:25
155:16

thousands
22:5 71:17
77:25
112:14
137:15
139:25

threat
41:23 92:18
144:18

threaten
106:8

threatened
27:11

threatening
41:20
137:25

threatens
28:12 39:1
114:6

threats
72:2 93:19

threshold
62:17

throat
81:8

throated
30:25

throw
73:23
135:18

throwing
97:25

thugs
19:3 89:7

thunderous
163:10

Thursday
187:21

tide
80:4

till
74:17 182:2
198:12

tilt
39:8

time
4:11 6:5
8:25 20:7
23:20 28:23,
24 29:16
33:25 34:1,6
36:11 37:4
42:24 43:19
46:20 52:25

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025

53:21 58:19,
22 63:11
75:18 76:7
78:25 88:7
89:19 91:6
93:15 94:17
99:8 100:21
105:1
109:21
111:7 114:1,
15,22
121:25
122:8,15
130:25
131:1,2
134:13
151:14,16
152:3
155:19
161:12
175:19
179:9,12,25
188:25
194:6 197:9

**timeline**
127:15

**times**
44:6 52:1
63:25 76:8
136:7
157:24
166:24

**tipping**
61:20

**tired**
50:3 91:9
139:22,23
140:3

**tireless**
193:20

**tirelessly**

23:1

**tiresome**
104:5

**tit**
21:21

**title**
48:6 127:19,
22 128:20

**titles**
197:15

**today**
5:9 6:9
14:21 16:4,
24 17:7
21:18 26:6
28:25 29:1,
12 30:25
31:2,4,21,24
33:6,11 34:8
35:18 37:18
41:3 43:9,12
45:19,22
46:2 51:23
53:25 54:14,
21 57:5
58:4,7 59:4,
5 60:8 61:2,
20 62:1,22
63:7 65:5
68:4,20 69:7
70:7 75:11
80:24 81:1,
24 84:25
90:24 94:12
97:21 101:8,
22,24 103:4,
21,25
104:17
106:9 108:9,
18 109:13,
20 116:12,
19 123:12

124:22
125:11
133:25
140:18,19
142:10
144:9 147:8
149:19
151:20
152:10
153:12
154:10
156:17
161:7,14
163:12
164:4
169:13,21,
23 170:25
175:22
177:25
183:12
186:12
187:7
188:13,19
192:16
195:1,4,12
197:11,19

**today's**
3:10,11 31:3
95:16,18

**Todd**
101:14

**told**
3:25 20:16
34:6 66:24
88:4 99:1,25
150:10
165:19
167:25
171:17

**tone**
5:19 49:25
50:16

**Tongipa**
2:22

**Tony**
100:23

**tool**
21:25

**tools**
127:5

**tooth**
35:7

**top**
29:4,6
196:13

**tore**
38:20

**torn**
22:21
107:20

**torture**
19:3

**totally**
17:2

**touch**
91:12 123:5
192:15

**touchdowns**
110:4

**tough**
154:11

**town**
111:3,15
170:9

**toxic**
163:12,23

**track**
175:5

**tradition**

4:14

**traditional**
3:24

**Tragically**
24:10

**trail**
15:12 16:10

**trailblazer**
193:10

**trained**
122:13

**training**
137:14

**trampling**
127:12

**transcripts**
164:25

**transfer**
60:19,20,25
163:5

**transformati
on**
193:20

**transmittal**
109:11
156:11
187:17

**transparency**
19:25 22:2
28:17 45:6
64:11 97:19
98:7 116:18
163:25
164:22
166:25
168:8
169:10

**transparent**

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025

97:11
114:12
122:9
140:22
169:13
177:3
184:25

**transparently**
65:18

**transplants**
192:14

**travel**
92:3

**treasury**
163:5

**treat**
41:25 136:3

**treated**
155:13
177:12

**treats**
136:2

**tribal**
162:7,19

**tribe**
162:11,12,
13,14,15

**tribes**
141:4 162:6

**trick**
143:25

**trigger**
118:16
126:5

**trillion**
104:23
123:18

**trillions**
50:20
105:18

**trip**
3:14

**trophies**
179:9

**trouble**
164:22

**true**
110:1
111:14
118:21
129:10
131:16
197:13

**Trump**
14:21 15:3
17:16 18:1
19:8,9,21
26:25 31:20
33:13 38:4,
13 41:20
43:5 44:2
63:7,11,24
64:15,25
67:4 77:19,
25 78:12,20
79:3,10,24
83:20
100:12
104:7 105:5,
15 106:6,14,
25 107:2,5,
25 108:4
122:4
123:11
129:24
130:12
137:11,18,
24 147:14,
16 160:2,3

177:15

**Trump's**
38:23 42:10
77:15 78:10
79:18 83:13
90:3 106:24
108:11
123:22,25
124:5,11
148:12

**trust**
20:10,12,14,
22 21:10,25
23:7 27:6
117:6
127:20
141:24,25
142:8
166:11

**trusted**
159:22

**truth**
64:12 75:15
127:19,21
131:8
172:22

**Tuesday**
146:13

**Tulare**
17:8

**Tungapa**
12:18,20

**turn**
35:9,19
43:25 61:25
73:15

**turned**
37:23

**turning**
31:19 61:23

89:4 129:2
186:1

**turnouts**
99:13

**turns**
170:4

**tweets**
147:1

**type**
168:8

**tyranny**
40:14

**tyrant**
104:19
105:9

————————

**U**

**U.S.**
58:10
106:23

**UC**
109:22
194:4

**UCLA**
17:19
137:25

**UFW**
95:3

**ugliest**
63:24

**ugly**
38:24 42:10
77:20 78:3,
11 104:22

**ultimate**
67:2

**ultimately**
48:2 81:22

102:12
124:12

**ultra**
42:13

**un**
15:7 18:21

**unacceptable**
21:2 113:22

**unaddressed**
25:16

**unanimous**
8:22 10:17
68:8 156:15
188:10,16,
22 189:5

**unashamedly**
36:14

**unaware**
181:10

**unbelievability**
13:25

**unbelievable**
13:22 30:6

**uncertain**
92:2

**unchallenged**
72:8

**unchecked**
65:21

**unconstitutional**
24:24 63:23
64:21,22

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025

**unconstrained**
26:3

**undemocratic**
15:7 18:21
47:16 65:25

**underlying**
101:17

**undermine**
36:15
131:14
150:18

**undermined**
81:20

**undermines**
97:13
103:17
166:12

**undermining**
124:3
150:23

**underscore**
103:5

**underscoring**
46:5

**underserved**
98:5

**understand**
29:22 48:3
52:6 58:12
114:15
142:25
143:2
144:10
146:18
175:23

**understanding**
7:3

**understands**
65:13,19,20

**understood**
31:20

**Undeterred**
23:15

**undo**
90:25

**undocumented**
63:25 69:10

**unemployment**
92:9

**unethical**
117:2

**unfair**
24:16 114:2

**unfairly**
77:17

**unfaltering**
31:1

**unfolding**
4:16

**unfortunate**
37:7

**unidentified**
19:3

**unified**
179:25

**unilateral**
66:9

**unilaterally**
66:8 79:6

**unique**
4:9 71:4
141:2 143:1

**united**
5:5 18:12
32:1 52:7,22
53:2,3,11
62:13 64:24
78:17 81:22
83:5 96:19
140:7,8
195:21
197:19

**university**
50:23 90:11
191:21
194:2

**unjust**
35:17

**unleashed**
106:18

**unlike**
15:10 16:8
79:15 84:15
158:5

**unmarked**
107:22

**unnecessary**
98:16
125:14,19
160:12

**unpopular**
18:13 41:10,
14

**unprecedented**
31:12 44:5
76:5,7,8
77:15

**unquote**
71:7

**unserious**
77:10

**unsure**
87:13

**unwanted**
98:17

**unwavering**
20:1 24:1
193:9
194:19

**unwilling**
124:25

**upcoming**
14:24

**update**
49:17

**uphold**
45:20

**uplifting**
110:12

**upset**
130:3

**urban**
47:15
141:19
143:12

**urge**
22:16 30:15
36:18 37:13
64:25 80:1,5
90:17
103:25
136:5 137:4,
8 146:1,7

**urgency**
17:25

121:13
127:16
156:9
157:10
187:15

**urgent**
80:20 91:23
155:18

**urging**
26:8

**usual**
84:10

**utility**
99:4,20
133:10
134:1

**utter**
90:25

─────────

**V**

**Valencia**
2:22

**validate**
148:11

**Valley**
43:1 93:4
162:15

**values**
84:21 112:4
144:12
155:17
174:3

**Vanessa**
192:20

**vanity**
135:18

**vans**
107:22

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025

**variety**
110:13

**vast**
62:3

**vastly**
22:23

**VCS**
17:16

**veiled**
103:22

**vendetta**
137:22
138:7

**ventures**
110:13

**Verde**
91:24

**verge**
97:25
135:21

**Verne**
193:13

**version**
10:13

**versus**
143:13

**vested**
12:23 120:8,
18

**veteran**
91:15
197:12

**veterans**
28:1 50:18
124:1 155:5

**vetoed**
149:5

**vetting**
11:19

**victims**
89:14

**victory**
27:20 110:6

**video**
69:16

**view**
85:24 139:4
160:5

**views**
25:4 174:4

**vigorously**
25:10

**villain**
177:2

**violate**
6:20

**violated**
15:24 29:15
178:3
182:19

**violates**
6:14,24

**violating**
7:8 29:8
34:3 46:2
127:13

**violation**
6:4,11
45:17,20,23
128:15
141:25
182:25

**violent**
60:21
106:18

**vision**
196:4

**visit**
3:16

**visiting**
109:13

**visitors**
3:8 4:25 5:9
194:9

**vital**
70:1 155:8

**Vladimir**
18:2

**voice**
25:20 26:25
28:17 40:4
43:19 47:16,
17 49:6,7
54:24 69:12
70:7,11,20
80:13,19
81:6 82:10
84:5,16,20
85:25 90:5
93:25
122:25
128:3
139:10,11
142:22
152:19
154:1,25
155:25
159:23
162:22
177:19
178:14,15,
16,17
179:25

**voices**
17:4 25:19
38:2 45:8

47:11 55:14
68:19 86:25
87:2 90:6
143:3
160:23
162:3
165:13,18
179:13

**void**
50:22,25

**vortex**
130:20

**vote**
6:6 7:20,21,
22,23 8:6,
16,17,18
9:25 10:1,2,
4,5 11:4,5,6,
7,8,9,24,25
12:1,2,12,
13,14,15,16
16:25 17:4,
10,11 20:2,
25 22:16
24:17 25:17,
24 26:9 27:3
30:21 31:3,4
32:13,19,25
37:13 40:25
44:10 45:6
48:4 51:8
54:9,21 60:4
62:24 64:6,
25 67:13,21
68:4,6,8
73:15 74:21
76:25 77:4
80:5,20 83:7
84:3,14,20
90:18 95:16,
18 97:5
102:14
104:1

108:13,23,
24 109:1,6,
7,8 114:25
115:9,10,11,
12,13,14
117:25
118:1,2,3,4
119:15,18,
19,20,21,22
120:5 121:1,
3,4,5,6,7,21
124:25
125:6
128:10,12
138:9
140:15
151:7,12
154:4
155:25
156:1,4,5,6,
7,22 157:1,
2,3,4 167:4
170:23
172:3
173:12
180:10
181:17,21
182:2,3,4,5,
6 187:7,10,
11,13
190:13,14,
15

**voted**
9:7,15 14:5,
7 45:16
49:20,24
79:12 95:7
102:3
114:25
120:4 126:3
127:7
130:11
149:20

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025

151:2,7
153:13
161:7 163:2

**voter**
15:8 17:1
22:2 37:22
39:17 40:11
49:7,9 64:20
99:13
122:25
147:14
155:23

**voters**
16:11,14,25
17:3 18:14,
17 19:25
22:15 25:4
26:25 27:24
34:4 39:22
44:22,24
45:9,11,25
46:6 47:11,
15 48:1,22
55:12,20
57:4 62:13
63:8 64:5,7,
11,18 67:19
81:11 82:2,
21 83:4,25
84:18,19
86:4 90:16
98:5 102:25
103:9,10,17,
20 107:2,10
108:4
113:19
114:11,15
116:13
117:12,15
121:21,23
122:2 125:2
127:7,9,20
128:17,20

139:3
143:21
158:1,3,4,6
159:5,19,25
161:5 165:8
166:5 168:9,
11 169:18
177:8,15
184:8 185:6,
12

**votes**
7:24 10:6
11:10 12:3,
17 18:8
25:25 57:20
68:6,23 86:6
102:10
108:20
109:9
115:15
118:5
119:23
121:8 156:6,
8,25 157:5
165:1
166:13
173:14
182:7
187:12,14
190:16

**voting**
33:2 45:21
46:3 77:3
86:11 90:13
114:16
115:8
117:24
119:17
121:2 154:3
170:12
181:25

**vulnerable**
49:4 52:15

93:6 107:14
124:4
137:17

_____

**W**

**wages**
99:15

**wait**
50:7 145:12
182:1

**waiting**
64:15
111:19

**Wake**
17:25

**walk**
23:23
167:10

**walked**
74:17
191:17

**walking**
53:24 96:18

**Wall**
55:1,15

**Wallace**
2:3,23 12:11
21:16,17

**wallets**
137:3

**Walnut**
70:10

**wannabe**
39:20

**wanted**
58:5 75:6,8
77:8 112:1,
20 126:16

129:4
150:18
153:9
166:15,16

**wanting**
96:1

**wantonly**
126:24

**war**
31:14 93:18

**Ward**
2:23

**warm**
110:18

**warmonger**
129:16

**warning**
31:9 96:10
107:23
173:1

**wars**
114:7

**Washington**
19:9,21
33:16 63:13
65:22 78:1
185:13

**waste**
27:13 90:25
145:16

**wasted**
126:24
163:3

**wasteful**
136:5

**wasting**
93:15 98:15
135:6

143:25

**watch**
40:24 68:5
69:17 70:3
196:13

**watched**
167:9

**watching**
40:5,6 67:25
70:6 91:9
95:10,12

**water**
125:21
142:18
174:24

**ways**
33:20

**weakening**
61:5

**weakens**
62:2

**weakness**
36:1

**wealthiest**
141:19

**wealthy**
38:25 42:13
78:19
185:18

**weapon**
159:9,16,17

**weaponize**
39:7

**weaponized**
33:15 38:18
63:11

**wearing**
52:17

www.trustarray.com
844-817-1080

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording    on 08/21/2025

107:22

**Weber**
8:8

**week**
28:3 42:6
75:17 89:9
91:9,10
103:23
129:4 142:8
146:12
161:3
167:10
183:12

**weekend**
95:15

**weeks**
46:5,10
104:7
159:21
162:25

**weigh**
41:7 66:22
76:19

**welcomed**
114:10

**welcomes**
110:23

**Westminster**
67:11

**Wetback**
94:18

**whatsoever**
30:15

**whine**
28:18

**whispered**
117:5

**white**

18:9 49:2,7,
9 88:20
92:22 96:19
104:14
124:16
133:4,15
160:9

**Whitford**
24:22

**who've**
34:4

**wholehearte
dly**
69:3

**wicks**
2:23 109:16
188:12,18
193:4,5
195:6

**wide**
196:9

**wife**
196:25

**wildfire**
57:15 83:14
90:9 145:13

**wildfires**
92:18 98:19
122:19

**willfully**
66:5

**Wilson**
2:23 195:25

**win**
18:9 36:18
38:6,7 41:16
61:15 79:8
106:25
127:19

**Winchester**
92:17

**wiped**
53:16 57:15

**wiping**
92:7

**wisdom**
46:6 58:12
67:15

**wise**
35:4

**wishes**
105:25

**withheld**
11:4 14:6

**withhold**
9:21 11:2
50:15

**withholding**
9:24 89:13
137:20

**witnessed**
26:18 46:4

**witnessing**
41:24

**woke**
154:10

**woman**
43:17
191:16

**women**
43:19 91:15

**women's**
42:22 53:9
123:25
186:2

**won**
129:14

**wondering**
17:5 60:13
144:25

**wooden**
154:13

**word**
98:6,7
104:12
129:3
151:11
166:24

**words**
4:23 5:19
28:5 35:4
51:22 54:18
74:6 75:11
76:2 94:12
168:18
172:14

**work**
24:4 38:17
68:22,23
69:22 92:12
93:5 94:1,4
95:10 143:9
149:8 158:8,
17 160:7
164:25
174:23
183:21
185:2,4,24
195:20,24,
25 197:17

**worked**
97:20
148:25
149:6
183:16
193:25
195:22
196:21

**workers**
137:20
146:2

**working**
23:1 27:25
39:4 83:19
111:13
144:23
145:12,20
148:2 155:2
166:18
185:17

**world**
17:18 43:25
52:18 61:3
82:25
184:25
191:18

**worried**
139:19,21

**worse**
44:16 73:6
100:11
139:25
148:6

**worship**
132:3

**worst**
171:3,15

**worth**
49:6,8 100:7
185:7

**write**
172:8,10
176:19

**writes**
134:3

**writing**
25:1 135:2,
24

www.trustarray.com
844-817-1080

IN RE CA ASSEMBLY FLOOR SESSION
Tape Transcription of Audio Recording   on 08/21/2025

**written**
40:14 85:22
86:2 134:15
136:17
164:17
172:25

**wrong**
18:22 33:22,
23 61:22
69:1,2 75:12
76:14 85:11
88:3 92:24
103:1
105:22
129:6
131:23,24,
25 146:24
147:10
149:23
169:17
170:17
175:18
177:10

**wrongly**
147:12

**wrongs**
75:13

**wrote**
168:13

─────

**X**

**xenophobic**
94:17

─────

**Y**

**yards**
110:3

**year**
17:11 18:15
50:9 65:14

87:25 89:2
100:1 106:3
144:19
149:5 159:3
191:19

**year's**
185:9
186:25

**years**
3:17 4:5,16
24:3 29:12,
19 30:3 32:6
47:6 51:16
56:18 57:12
58:18 68:8
71:17 80:16
83:12
102:24
140:13
145:13
161:8
176:23
186:1
193:17
196:3
197:14

**yesterday**
14:25 38:10
51:2 54:25
94:13 95:1
106:20
172:25

**Yesterday's**
55:15

**York**
107:4

**young**
65:11
112:10,15
191:16
192:9

**younger**
3:18

**youngest**
100:25

**youth**
110:10

─────

**Z**

**Zabur**
2:23

**Zona**
193:9,11
194:4,12
195:8

**Zona's**
193:15,20
194:19,22,
25

**zone**
92:24