# EXHIBIT D

STATE OF CALIFORNIA ASSEMBLY


ELECTIONS COMMITTEE MEETING



AUGUST 19, 2025







TRANSCRIBED BY:  MARY ANN SCANLAN, CSR



Certified Shorthand Reporters

P.O. Box 330366, San Francisco, CA 94133
o / 415.834.1114  f / 415.399.9266
e / info@scanlanstone.com  w / scanlanstone.com

```
 1              CHAIR PELLERIN:  Good morning.  I'd like
 2  to call the August 19th, 2025 hearing of the
 3  Assembly Election Committee to order.
 4              Before we proceed, let's call the roll
 5  and establish the quorum.  Madam Secretary.
 6              COMMITTEE SECRETARY:  Pellerin?
 7              CHAIR PELLERIN:  Here.
 8              COMMITTEE SECRETARY:  Pellerin here.
 9              Macedo?
10              VICE CHAIR MACEDO:  Here.
11              COMMITTEE SECRETARY:  Macedo here.
12              Bennett?
13              Berman?
14              ASSEMBLY MEMBER BERMAN:  Here.
15              COMMITTEE SECRETARY:  Berman here.
16              Solache:
17              ASSEMBLY MEMBER SOLACHE:  Present.
18              COMMITTEE SECRETARY:  Solache here.
19              Stefani?
20              ASSEMBLY MEMBER STEFANI:  Here.
21              COMMITTEE SECRETARY:  Stefani here.
22              Tangipa?
23              CHAIR PELLERIN:  He was here.
24              We have a quorum.  Wonderful.
25              I'd like to welcome -- oh, there's
```

1  Tangipa.

2          VICE CHAIR MACEDO:  Madam Chair, motion

3  to adjourn.

4          UNIDENTIFIABLE SPEAKER:  Second that.

5          VICE CHAIR MACEDO:  I'm asking for the

6  same amount of time to prepare for this that my

7  Democrat colleagues did.

8          CHAIR PELLERIN:  Just give me one second

9  here, please.

10         The motion to adjourn is not debatable

11  and it will take a majority of those present in

12  voting.

13         Madam Secretary, please call the roll.

14         COMMITTEE SECRETARY:  Pellerin?

15         CHAIR PELLERIN:  No.

16         COMMITTEE SECRETARY:  Pellerin, no.

17         Macedo?

18         VICE CHAIR MACEDO:  Aye.

19         COMMITTEE SECRETARY:  Macedo, aye.

20         Bennett?

21         Berman?

22         ASSEMBLY MEMBER BERMAN:  No.

23         COMMITTEE SECRETARY:  Berman, no.

24         Solache?

25         ASSEMBLY MEMBER SOLACHE:  No.



```
 1            COMMITTEE SECRETARY:  Solache, no.

 2       Stefani?

 3            ASSEMBLY MEMBER STEFANI:  No.

 4            COMMITTEE SECRETARY:  Stefani, no.

 5       Tangipa?

 6            ASSEMBLY MEMBER TANGIPA:  Aye.

 7            COMMITTEE SECRETARY:  Tangipa, aye.

 8            CHAIR PELLERIN:  The motion fails.

 9            Now let me begin.  I'd like to welcome

10  everyone who is here in the hearing room today

11  and who's watching the hearing online.

12            For the purpose of this hearing, we are

13  accepting witness testimony in person and we are

14  also accepting written testimony through the

15  Legislature's position letter portal, or through

16  the Committee's redistricting public comment

17  portal.

18            Both of these portals can be accessed

19  through the Committee's website at

20  aelc.assembly.ca.gov.

21            Today's hearing is going to be a little

22  different than the typical Assembly Elections

23  Committee bill hearing, so I want to set the

24  stage for what to expect.

25            The Committee is hearing two measures
```

1  today, ACA 8 related to congressional

2  redistricting, and SB 280 related to election

3  administration and funding.

4          As with a normal bill hearing, those

5  items will be up for a vote in Committee today.

6          In addition to voting on those two bills,

7  the Committee will also be holding an

8  informational hearing on the subject matter of

9  AB 604 related to proposed congressional

10 districts.

11         I expect that the Committee will begin by

12 discussing and voting on ACA 8.

13         After the Committee has dispensed with

14 ACA 8, in order to make the best use of the time

15 of the Committee and of the members of the public

16 who are here in the hearing room, or who are

17 watching this hearing online, the order in which

18 the Committee hears the other two bills may

19 depend on the availability of the bill authors to

20 come present in the Committee.

21         If the Committee hears AB 604 before

22 SB 280, for procedural reasons, the Committee

23 will be recessing the bill hearing and proceeding

24 to the informational hearing on AB 604.  The

25 Committee would then reconvene the bill hearing

1  after completing the informational hearing on

2  AB 604.  If that occurs, I will make an

3  appropriate announcement at that time.

4          When we hear the bills on the agenda,

5  including the informational hearing on AB 604, we

6  will hear from a maximum of two primary witnesses

7  in support and two primary witnesses in

8  opposition of the bill, with a limit of three

9  minutes per witness.  As a reminder, primary

10 witnesses in support are those designated by the

11 author.

12          To provide additional opportunity for

13 public input, we will allow other witnesses to

14 speak for no more than 30 seconds.  In order to

15 present as many people as possible to testify, I

16 will enforce that time limit strictly.

17          My 27 years as Santa Cruz County's chief

18 elections official is what I carry into these

19 conversations about mid-decade redistricting.

20 And let me be clear, what we are building in

21 California is the most transparent process in the

22 nation.

23          For example, we've launched a public

24 redistricting comment portal right on the

25 Committee's website so voters can speak directly

1  to this process.  Since Wednesday it's received

2  more than 16,000 submissions.

3         VICE CHAIR MACEDO:  Madam Chair --

4         CHAIR PELLERIN:  We aren't asking

5  Californians to --

6         VICE CHAIR MACEDO:  -- I have a motion

7  based on that information.

8         ASSEMBLY MEMBER BERMAN:  I'd ask that the

9  Vice Chair wouldn't interrupt the Chair while

10 she's speaking.

11        VICE CHAIR MACEDO:  It's relevant to what

12 she's saying.

13        ASSEMBLY MEMBER BERMAN:  It would be nice

14 if the Vice Chair would let the Chair finish her

15 comments before interrupting (inaudible).

16        CHAIR PELLERIN:  May I finish my

17 comments?

18        VICE CHAIR MACEDO:  Will I be able to

19 make my motion?

20        CHAIR PELLERIN:  Yes.  May I finish --

21        VICE CHAIR MACEDO:  Thank you.

22        CHAIR PELLERIN:  -- my comments?  Thank

23 you.

24        We aren't asking Californians to

25 rubberstamp maps drawn behind closed doors.

1    We're putting the maps front and center and

2    giving voters the final say.

3            This is not about cherry-picking when we

4    follow our independent redistricting process.  As

5    a former elections official, I would never stand

6    for that.  It would go counter to my core values

7    and my life's work.

8            This is about defending democracy itself,

9    making sure that checks and balances our kids

10   learn in government class are alive and well

11   after the 2026 elections.

12           Let's be honest, Donald Trump lit this

13   fire when he pressured Texas to change the rules

14   mid game.  California is answering that attack.

15   Not by breaking democracy, but by protecting it.

16   The bills we are hearing today only take effect

17   if another state rigs the elections maps.

18           California believes in independent

19   redistricting.  We want every state to adopt it.

20   And our independent redistricting commission

21   retains its authority to draw a line -- to draw

22   the map in 2020 and beyond.

23           I understand this is a fast process, but

24   we are focusing on transparency and ensuring

25   voters have the final say on whether to enact



1    temporary adjustments to our congressional

2    districts.

3         Our democracy is under attack and we

4    simply do not have the ability to delay actions

5    so our county elections officials can administer

6    a secure, transparent, accurate and accessible

7    election.

8         Because at the end of the day, this isn't

9    about partisanship.  It's about principle.  It's

10   about trust.  And it's about making sure every

11   voter knows their voice still matters in America.

12        We will seek to protect the rights of all

13   who participate in this legislative process so

14   that we can have effective deliberation and

15   decisions on critical issues facing California.

16        In order to facilitate the Committee's

17   business and public participation in today's

18   hearing, we will not permit conduct that

19   disrupts, disturbs or otherwise impedes the

20   orderly conduct of legislative proceedings.

21   Violations of these rules may subject you to

22   removal or other enforcement action.

23        So before we move on to the agenda, I

24   have an additional announcement to make.  I have

25   a letter from Speaker Rivas requesting that

1    Assembly Member Berman be permitted to present

2    ACA 8 on his behalf.

3            So with those announcements out of the

4    way, we will now move on to the Committee's

5    agenda.

6            And Madam Vice Chair, you had a comment.

7            VICE CHAIR MACEDO:  Yes.  I am

8    motioning -- as you said, 16,000 comments were

9    submitted.  I have not seen those comments.  I'm

10   not sure if other members of the Committee have

11   seen those comments.  But those would be

12   pertinent to the discussion that's here today.

13           So I either motion that those comments be

14   read into the record for all of us to hear, or

15   that we recess until a time that we can review

16   those comments.

17           ASSEMBLY MEMBER TANGIPA:  Second.

18           CHAIR PELLERIN:  So the comments are a

19   part of the bill file, and I did not hear a

20   motion.  Are you making a motion?

21           VICE CHAIR MACEDO:  I'm motioning to read

22   those comments into the record here today.

23           Okay, we'll take up that motion. It will

24   be a majority of those present in voting.

25           Madam Secretary, please call the roll.


379

```
 1          COMMITTEE SECRETARY:  Pellerin?

 2          CHAIR PELLERIN:  No.

 3          COMMITTEE SECRETARY:  Pellerin, no.

 4          Macedo?

 5          VICE CHAIR MACEDO:  Aye.

 6          COMMITTEE SECRETARY:  Macedo, aye.

 7          Bennett?

 8          ASSEMBLY MEMBER BENNETT:  No.

 9          COMMITTEE SECRETARY:  Bennett, no.

10          Berman?

11          ASSEMBLY MEMBER BERMAN:  No.

12          COMMITTEE SECRETARY:  Berman, no.

13          Solache?

14          ASSEMBLY MEMBER SOLACHE:  No.

15          COMMITTEE SECRETARY:  Solache, no.

16          Stefani?

17          ASSEMBLY MEMBER STEFANI:  No.

18          COMMITTEE SECRETARY:  Stefani, no.

19          Tangipa?

20          ASSEMBLY MEMBER TANGIPA:  Aye.

21          COMMITTEE SECRETARY:  Tangipa, aye.

22          CHAIR PELLERIN:  Motion fails.

23          VICE CHAIR MACEDO:  Then I make another

24  motion to recess until every Member of this

25  Committee has time to review all 16,000 public
```

```
 1  comments.
 2          ASSEMBLY MEMBER TANGIPA:  Second.
 3          CHAIR PELLERIN:  Okay.  We have a motion
 4  to recess until they could read the comments.
 5          Madam Secretary, please call the roll.
 6          COMMITTEE SECRETARY:  Pellerin?
 7          CHAIR PELLERIN:  No.
 8          COMMITTEE SECRETARY:  Pellerin, no.
 9          Macedo?
10          VICE CHAIR MACEDO:  Aye.
11          COMMITTEE SECRETARY:  Macedo, aye.
12          Bennett?
13          ASSEMBLY MEMBER BENNETT:  No.
14          COMMITTEE SECRETARY:  Bennett, no.
15          Berman?
16          ASSEMBLY MEMBER BERMAN:  No.
17          COMMITTEE SECRETARY:  Berman, no.
18          Solache?
19          ASSEMBLY MEMBER SOLACHE:  No.
20          COMMITTEE SECRETARY:  Solache, no.
21          Stefani?
22          ASSEMBLY MEMBER STEFANI:  No.
23          COMMITTEE SECRETARY:  Stefani, no.
24          Tangipa?
25          ASSEMBLY MEMBER TANGIPA:  Aye.
```



```
1              COMMITTEE SECRETARY:  Tangipa, aye.
2              CHAIR PELLERIN:  Motion --
3              VICE CHAIR MACEDO:  Sounds transparent to
4    me.
5              CHAIR PELLERIN:  Motion fails two to
6    five.
7              We're now going to get on to our hearing.
8    And let's bring Assembly Member Berman up to the
9    presentation table to present ACA 8.
10             You may begin when you're ready.
11             VICE CHAIR MACEDO:  Madam Chair, I have a
12   point of parliamentary inquiry.
13             UNIDENTIFIABLE SPEAKER:  God help us.
14   God help us.
15             CHAIR PELLERIN:  One minute, please.
16             You may proceed.
17             VICE CHAIR MACEDO:  In the letter
18   Mr. Rivas wrote, did he give a reason why he
19   would not be joining us today to present his ACA?
20             CHAIR PELLERIN:  It's the regular
21   business of the Committee to allow Members to ask
22   another Member to present their bill.
23             So we will begin with Assembly Member
24   Berman presenting ACA 8.  You may begin.
```

```
 1              ASSEMBLY MEMBER BERMAN:  Thank you, Madam
 2   Chair and colleagues.  Good morning.
 3              I'm pleased to present ACA 8 on behalf of
 4   Speaker Rivas, Pro Tem McGuire, and dozens of
 5   co-authors both here in the Assembly and in the
 6   Senate.  But make no mistake, I'm not happy to be
 7   here.
 8              One of the reasons was alluded to, which
 9   I'm a new dad.  My baby boy turned one month old
10   today, and I'd rather be hanging out with him and
11   his mom.
12              But ACA 8 and its companion bills are the
13   culmination of a fight that we don't want, and
14   it's a fight that we didn't choose.  But with our
15   democracy on the line, we cannot run away from
16   this fight.
17              ACA 8 is before you today because
18   President Trump and Republicans in Texas and
19   other states across the country are attempting to
20   redraw congressional districts mid decade in an
21   effort to rig the upcoming election.
22              Americans and Californians deserve
23   better.  And ACA 8, is our response to this
24   undemocratic and un-American power grab.
```

```
 1              Known as the Election Rigging Response
 2    Act, ACA 8 would allow for the temporary use of
 3    voter approved, voter approved congressional
 4    district boundaries contained in AB 604.  First
 5    and foremost, California voters will have the
 6    final say on whether or not these new district
 7    boundaries get used or not.
 8              Should ACA 8 and its companion bills
 9    pass, voters will have their say in a special
10    election on November 4th, 2025.  Because here in
11    California, unlike in Texas and other Republican-
12    led states, we respect the will of the voters.
13              Second, these maps would be used through
14    the 2030 congressional term if and only if Texas
15    or another state enacts a partisan gerrymander of
16    its own congressional districts before the 2030
17    census.
18              This trigger provision is carefully
19    crafted to ensure that a mid-decade redistricting
20    required by federal court order does not result
21    in California changing the maps.  It is about the
22    partisan gerrymandering that President Trump has
23    demanded of his party.
24              After the 2030 census, ACA 8 returns all
25    congressional district line-drawing powers back
```

1  to the Citizen Redistricting Commission.  It is

2  important to note that nothing in this bill

3  package impacts the role of the Citizens

4  Redistricting Commission in drawing the Assembly,

5  the Senate or the Board of Equalization

6  boundaries.

7        Third, ACA 8 calls on Congress to pass

8  legislation and propose a constitutional

9  amendment to the US Constitution to require the

10 use of fair, independent and nonpartisan

11 redistricting nationwide.  I call this the put up

12 or shut up clause.

13       I don't want to hear from you if you

14 support political gerrymandering in Republican

15 states but not Democrat states and vice versa.

16 We believe in nonpartisan redistricting for

17 California and for every state in the country.

18       The bottom line is that ACA 8 sends a

19 strong message to other states that they cannot

20 play by different rules when it comes to

21 redistricting, and it upholds California's values

22 by neutralizing partisan gerrymandering by other

23 states, all while giving California voters the

24 final say on the matter.

SCANLAN
STONE

depos@scanlanstone.com
415.834.1114

Page 16

385

```
 1            This situation is an emergency and
 2   California is responding by empowering our voters
 3   with transparency, with respect for our
 4   independent Commission, but with a will to act.
 5            I respectfully request an aye vote on
 6   ACA 8.
 7            And I'm joined today by Annie Chou with
 8   the California Teachers Association, and Danny
 9   Curtin with the California State Council of
10   Carpenters.
11            CHAIR PELLERIN:  You each have three
12   minutes.  Thank you.
13            MR. CURTIN:  Okay.  Danny Curtin with the
14   Carpenters, as you heard.
15            I'm going to sort of read a letter into
16   the record, so that's one out of 16,000.
17            It is with great reluctance but firm
18   resolve that I'm testifying on behalf of the
19   California Conference of Carpenters to strongly
20   urge your support for ACA 8.
21            The extraordinary measure of redrawing
22   our congressional district maps in mid decade
23   rather than the historically established national
24   norm of realignment following the census at the
25   end of the decade, a constitutionally required
```

SCANLAN
STONE

depos@scanlanstone.com
415.834.1114

Page 17

386

1  census to count every person living in the

2  country for the purposes of democratic political

3  representation, part of the great democratic

4  experiment that is the United States, and quite

5  revolutionary at the time, I might add.

6          Unfortunately, these are not normal times

7  and this isn't politics as usual.  Not only has

8  the Trump Administration denied disaster

9  assistance to victims of California's devastating

10  forest fires, it is also seriously damaging our

11  California economy with targeted arrests of law-

12  abiding workers without warrants, which I'm sure

13  many of you are aware of.

14          The Trump administration is now

15  unilaterally withdrawing from legally binding

16  union collective bargaining agreements with

17  federal workforce unions.  The President has made

18  it clear that this is just the beginning.

19          Whatever your opinion of the Carpenters

20  Union, you all know we are willing to work across

21  the aisle to find solutions.  We supported and

22  still support the bipartisan reform work of

23  Governor Schwarzenegger's administration and this

24  Legislature on redistricting to establish

25  California Citizen Redistricting Commission.  We

SCANLAN
STONE

depos@scanlanstone.com
415.834.1114

Page 18

387

1  believe every state should require the use of

2  fair, nonpartisan redistricting commissions.  I'm

3  going to get that before I'm done.  But they

4  don't.

5        Using that loophole, the Trump

6  administration is now blatantly attempting to

7  selectively change election rules in the middle

8  of the game.  Everybody knows why, to ensure

9  unquestioned congressional support for his

10 unilateral political agenda.

11       For that reason and that reason alone, we

12 urge you to enact a one-time redistricting for

13 congressional districts only to give California

14 voters the ability to have their voice heard loud

15 and clear on the national level.

16       We also support the return to

17 redistricting by Commission following the census.

18       I have a couple of other items.  I don't

19 know how much more time I have, but let me just

20 start with one thing.

21       CHAIR PELLERIN:  Forty-five seconds.

22       MR. CURTIN:  When a press conference by

23 the Governor and the political leaders to discuss

24 this topic is greeted by a mass gang of Rambo

25 wannabes in full combat gear with automatic

1  weapons just to intimidate, you know something's
2  wrong.  And I mean all of you know something's
3  wrong, whatever reasons.
4        When the Speaker of the House condemns
5  California for going to a vote of the people to
6  address this blatant power grab, but ignores
7  Texas for redistricting without a vote of the
8  people, the hypocrisy is overwhelming.  You know
9  something is wrong here, all of you.
10        I heard on the radio this morning,
11 President Trump told Sean Hannity that Vladimir
12 Putin said, quote, your election was rigged
13 because you have mail-in voting, quote.
14        CHAIR PELLERIN:  If you could wrap up,
15 please.
16        MR. CURTIN:  Putin got 88 percent of the
17 vote.  His other buddy, Jim Kung, whatever his
18 name, forget that, you know something's wrong
19 here when you take advice from Putin on voting.
20        Thank you very much.  Please support this
21 measure.  And I know it's difficult for some of
22 you, but it needs to be done.  Thank you.
23        CHAIR PELLERIN:  Thank you.  We'll move
24 on to the next witness in support.  You have
25 three minutes.

1              MS. CHOU:  Good morning, Madam Chair and

2    Members.  I'm Annie Chou with the California

3    Teachers Association, representing 310,000 public

4    school educators here to speak in support of

5    ACA 8.

6              The Trump Administration is waging a war

7    on every public institution we hold dear.  In a

8    few short months that he's been in office, he has

9    worked to freeze funds for critical education

10   programs, including after-school teacher training

11   and migrant education program.

12             He's cut healthcare for millions of our

13   students and their families, attempted to

14   dismantle the Department of Education, and passed

15   a new voucher program designed to destroy public

16   education entirely.

17             There's also been unprecedented attacks

18   to our immigrant communities and our LGBTQIA+

19   students and families.

20             The Trump administration's removal of

21   schools as safe zones from ICE has unleashed a

22   level of trauma and fear that no one should ever

23   endure, let alone our children.

```
 1          Just this month, a 15-year-old in
 2   Los Angeles was detained by federal agents right
 3   outside her high school.
 4          Our students deserve better.  They
 5   deserve to feel safe and supported at school.
 6   They deserve every tool they're afforded to
 7   ensure that they are set up for success in life.
 8          A majority of Americans are not with him
 9   on these vicious attacks.  So what does Trump do
10   Rig the next election and steal our right for
11   fair representation.  He wants his Republican
12   allies to redistrict in states where they hold
13   power so that he can stack the deck to continue
14   to harm our students.
15          As my Secretary-Treasurer Erica Jones
16   said, I taught my kindergarteners to be kind and
17   help each other, not to cheat and be a bully.
18   Five-year-olds get it.  Why doesn't he?
19          My members and our colleagues at NEA
20   spent months reaching out to our Republican
21   representatives in California.  Several refused
22   to even meet with local teachers in their
23   district and in their Capitol offices.  Some lied
24   directly to our faces and promised they wouldn't
```

1  vote for these draconian cuts for our schools and
2  our healthcare.
3            When the lawmakers went back to D.C.,
4  they proved that they'd rather take orders from
5  Trump, even if it was at the expense of students
6  and teachers in California.
7            We must fight back.  CTA supports the
8  great work that the Redistricting Commission -- I
9  caught yours, Danny -- did in 2021, but there
10 must be some type of check and balance against
11 these federal attacks.
12           We're living in the most unprecedented of
13 times.  This requires us to meet the moment to
14 protect our communities.
15           CT stands in full support of bringing the
16 Brown initiative outlined in ACA 8.  We're ready
17 to do whatever it takes to stop the power grab
18 and fight back against any and all attacks
19 against our democracy, our students and public
20 education.  And California has a duty to stand up
21 and take action.
22           ACA 8 simply empowers California voters
23 to support a temporary change in our
24 congressional districts until the next
25 redistricting cycle to ensure that our students

```
 1  and families are protected.  And for those
 2  reasons, CTA urges your aye vote.  And I'm also
 3  adding support for the California Federation of
 4  Teachers.
 5          CHAIR PELLERIN:  Thank you so much.
 6          We'll now move on to additional
 7  witnesses.  They come up to the mic.
 8          ASSEMBLY MEMBER TANGIPA:  Madam Chair, I
 9  make a motion to amend.
10          VICE CHAIR MACEDO:  Second.
11          CHAIR PELLERIN:  Amend what?
12          ASSEMBLY MEMBER TANGIPA:  Amend ACA.  And
13  I would like that the sergeants pass these
14  amendments out, so that way everybody could read
15  them.
16          CHAIR PELLERIN:  Give me one second,
17  please.
18          Are the amendments in Leg Council form?
19          UNIDENTIFIABLE SPEAKER:  Yes.  Got them
20  right here.
21          CHAIR PELLERIN:  Okay.
22          VICE CHAIR MACEDO:  Staff to reanalyze
23  the bill, constitutional amendment or resolution.
24          CHAIR PELLERIN:  Just give me a second so
25  we can answer your question here.
```



1            So these are not author's amendments, so

2   the rule you cited is not relevant.

3            VICE CHAIR MACEDO:  It says a Member.

4   Does not say the author.

5            CHAIR PELLERIN:  But they are not

6   author's amendments.

7            VICE CHAIR MACEDO:  Once again, it's --

8                (Pause on the record.)

9            CHAIR PELLERIN:  The Committee rules are

10  clear that this is related to author's amendments

11  only.  These are not being offered by the author

12  of the ACA.

13           VICE CHAIR MACEDO:  This is not clear.

14           CHAIR PELLERIN:  The author is Rivas and

15  McGuire.

16           VICE CHAIR MACEDO:  In section two it

17  says that we authored this, actually prepared

18  this ACA.

19           ASSEMBLY MEMBER TANGIPA:  We prepared

20  this ACA.

21           CHAIR PELLERIN:  Okay.  Give me one

22  moment to thoroughly answer your question.

23                (Pause on the record.)

24           CHAIR PELLERIN:  My ruling is the

25  amendments are not in order.

1            VICE CHAIR MACEDO:  There is a motion on

2    the table.

3            CHAIR PELLERIN:  And your motion is not

4    in order as well.

5            ASSEMBLY MEMBER TANGIPA:  Madam Chair, I

6    ask to read the amendments into the Journal.

7            VICE CHAIR MACEDO:  Second.

8            CHAIR PELLERIN:  I reject that.  No.

9            VICE CHAIR MACEDO:  On what grounds,

10   Madam Chair?

11           CHAIR PELLERIN:  My decision.

12           VICE CHAIR MACEDO:  So there's

13   transparency and bipartisanship --

14                (Pause on the record.)

15           CHAIR PELLERIN:  Yes, Assembly Member

16   Solache.

17           ASSEMBLY MEMBER SOLACHE:  I  would like

18   to move the bill for approval.  Move it in.

19           CHAIR PELLERIN:  We have a motion to

20   approve the bill.

21           ASSEMBLY MEMBER TANGIPA:  Madam, the

22   motion to read into the Journal takes precedence.

23           CHAIR PELLERIN:  One second, please.

24                (Pause on the record.)



```
 1              CHAIR PELLERIN:  I'd like to recognize
 2    Assembly Member Stefani.
 3              Okay.  There's a motion and a second to
 4    amend ACA 8.
 5              I'd like to recognize Assembly Member
 6    Stefani.
 7              ASSEMBLY MEMBER STEFANI:  I move to lay
 8    the amendments on the table.
 9              VICE CHAIR MACEDO:  So you're not going
10    to allow us to debate or present these amendments
11    for anybody to read?  They're just going to vote
12    on them, correct?
13              CHAIR PELLERIN:  We are going to -- the
14    motion is to lay the Amendments on the table.
15              VICE CHAIR MACEDO:  So none of my
16    colleagues are going to read this before they
17    vote on it, correct?  I just want to clarify.
18              ASSEMBLY MEMBER SOLACHE:  (Inaudible) as
19    it is, so I'm good.
20              ASSEMBLY MEMBER TANGIPA:  Madam Chair, we
21    just --
22              VICE CHAIR MACEDO:  We could make them
23    better.
24              ASSEMBLY MEMBER TANGIPA:
```



```
 1            ASSEMBLY MEMBER TANGIPA:  -- we just
 2   heard --
 3            ASSEMBLY MEMBER SOLACHE:  I don't think
 4   they will.
 5            ASSEMBLY MEMBER TANGIPA:  We just
 6   heard --
 7            VICE CHAIR MACEDO:  You haven't seen
 8   them.
 9            ASSEMBLY MEMBER TANGIPA:  -- both
10   testimony --
11            ASSEMBLY MEMBER SOLACHE:  I don't need
12   to.
13            ASSEMBLY MEMBER TANGIPA:  -- from the
14   author and --
15            CHAIR PELLERIN:  We haven't even heard
16   all the testimony, so --
17            ASSEMBLY MEMBER TANGIPA:  But we did --
18            CHAIR PELLERIN:  -- let's try to get
19   through this hearing on the bill, all right?
20   Let's try to hear the bill --
21            ASSEMBLY MEMBER TANGIPA:  But we've made
22   this statement here.
23            CHAIR PELLERIN:  -- in its current form.
24            VICE CHAIR MACEDO:  We might be able to
25   add (inaudible) --
```

SCANLAN
STONE
depos@scanlanstone.com
415.834.1114
Page 28

397

```
 1              CHAIR PELLERIN:  We have a motion to lay
 2   the amendments on the table.
 3              VICE CHAIR MACEDO:  -- more that gives a
 4   heads up about this.
 5              CHAIR PELLERIN:  Madam Secretary, please
 6   call the roll.
 7              ASSEMBLY MEMBER TANGIPA:  But, Madam
 8   Chair, we made the statement that we're making
 9   this very transparent.  This is very clear.
10              CHAIR PELLERIN:  We have a motion to lay
11   the amendments on the table.
12              ASSEMBLY MEMBER TANGIPA:  And I'm just --
13   I would like --
14              CHAIR PELLERIN:  We're going to proceed
15   with that motion.
16              VICE CHAIR MACEDO:  Wait a second.  The
17   whole thing is that this is about transparency
18   and that you want fairness in this.
19              We got the language at eight o'clock.
20   All we're asking is for our input to be taken.
21   You didn't talk to me as your Vice Chair about
22   this, so here's our opportunity, Madam Chair.
23   All we're asking for is participation in this.
24              And Mr. Tangipa came prepared.  The rules
25   state this.  And I would be happy to bring the
```

1   Chief Clerk in to review this.  I don't know why
2   you're shutting this down.
3           ASSEMBLY MEMBER TANGIPA:  And Madam
4   Chair, I would have presented this to you
5   sometime sooner at any other time.  I had no
6   time.  We didn't receive this.  And yet, there
7   are authors on this before I even got to see
8   this.  I didn't get this till last night because
9   we were not informed.
10          So my question is, since everybody's
11  prepared, since you're so fine with the ACA, is
12  how much time did they get to prepare before I
13  did?  Why am I not deserved that same for the
14  500,000 representatives that I get to represent
15  in my district?  Why am I not granted that same
16  right to defend them?
17          ASSEMBLY MEMBER BERMAN:  I believe we
18  have a law in California that Members get 72
19  hours before final vote on any legislation to
20  review the legislation and the language of the
21  legislation before they vote.
22          ASSEMBLY MEMBER TANGIPA:  But
23  Mr. Berman --
24          ASSEMBLY MEMBER BERMAN:  -- on that
25  language --

```
 1            ASSEMBLY MEMBER TANGIPA:  -- did you
 2    have --
 3            ASSEMBLY MEMBER BERMAN:  -- as the
 4    final --
 5            ASSEMBLY MEMBER TANGIPA:  -- did you have
 6    this --
 7            ASSEMBLY MEMBER BERMAN:  -- as the final
 8    version.
 9            ASSEMBLY MEMBER TANGIPA:  How early --
10            ASSEMBLY MEMBER BERMAN:  I saw this
11    language yesterday.
12            ASSEMBLY MEMBER TANGIPA:  How -- okay.
13            ASSEMBLY MEMBER BERMAN:  I saw this
14    language yesterday.
15            ASSEMBLY MEMBER TANGIPA:  You saw this
16    language --
17            CHAIR PELLERIN:  It was in print
18    yesterday morning, correct.
19            ASSEMBLY MEMBER TANGIPA:  It was in
20    print.
21            ASSEMBLY MEMBER BERMAN:  And that's when
22    I -- and that's when I saw it.
23            VICE CHAIR MACEDO:  It was in print.
24            ASSEMBLY MEMBER TANGIPA:  And it was --
```



```
 1            VICE CHAIR MACEDO:  -- but when was it
 2  seen?
 3            ASSEMBLY MEMBER TANGIPA:  It was in print
 4  and --
 5            ASSEMBLY MEMBER BERMAN:  I saw it
 6  yesterday.
 7            ASSEMBLY MEMBER TANGIPA:  -- you are a
 8  co-author on it immediately?
 9            ASSEMBLY MEMBER BERMAN:  Yeah.
10            ASSEMBLY MEMBER TANGIPA:  So you had seen
11  that even before it was printed, you were already
12  a co-author?
13            ASSEMBLY MEMBER BERMAN:  Yeah.  I
14  absolutely support the concept.  I had faith in
15  the authors to get -- to draft the right
16  language. They did.  And I support it.
17            ASSEMBLY MEMBER BERMAN:  But I did not
18  have that same --
19            VICE CHAIR MACEDO:  For the concept, but
20  you didn't even read the language.
21            ASSEMBLY MEMBER TANGIPA:  I did not have
22  that same ability.
23            ASSEMBLY MEMBER BERMAN:  You weren't
24  aware of the concept?  You weren't aware of the
25  news that we were planning on doing that?
```

```
 1              ASSEMBLY MEMBER TANGIPA:  No, that's not
 2   what I'm saying.  Mr. Berman, what I'm saying --
 3              CHAIR PELLERIN:  Excuse me.  We have --
 4   we have the Chief Clerk here, Sue Parker.
 5              ASSEMBLY MEMBER TANGIPA:  I am simply
 6   just asking for the same amount of time, so that
 7   way I can go into this just as much as everybody
 8   else.
 9              ASSEMBLY MEMBER BERMAN:  I saw the
10   language --
11              ASSEMBLY MEMBER TANGIPA:  And that there
12   are amendments.
13              ASSEMBLY MEMBER BERMAN:  -- when it went
14   into print yesterday morning.
15              ASSEMBLY MEMBER TANGIPA:  And I
16   understand that.  And I have a different opinion
17   on that.
18              ASSEMBLY MEMBER BERMAN:  Yeah.
19              ASSEMBLY MEMBER TANGIPA:  And that's okay
20   because I'm granted that.
21      (Speaking over each other - unintelligible.)
22              CHAIR PELLERIN:  Okay.  All right.
23   Excuse me.  We're going to -- hey.  Hey.
24              ASSEMBLY MEMBER TANGIPA:  I'm asking for
25   it.
```

```
 1              CHAIR PELLERIN:  We're going to stop this
 2   right now, this back and forth.  Okay?  We have
 3   to have some civility in here.
 4              ASSEMBLY MEMBER TANGIPA:  Yes, ma'am.
 5              CHAIR PELLERIN:  We have our Chief Clerk,
 6   Sue Parker.  If you could please come on up for a
 7   consult, please.
 8                   (Pause on the record.)
 9         All right.  We're going to take a
10   temporary recess.  We'll be back in 10 minutes.
11   Thanks.
12                        (Recess.)
13              CHAIR PELLERIN:  All right.  We're going
14   to bring the Committee back.
15         Thank you for giving us the time to
16   figure this out.  In the spirit of transparency,
17   we're going to go ahead and allow those
18   amendments to be presented and we're going to
19   give you three minutes to do so.  Thank you so
20   much.
21              ASSEMBLY MEMBER TANGIPA:  Thank you,
22   Madam Chair.  That's all I'm asking for is a fair
23   and equal opportunity to talk for my
24   representatives, so I appreciate that.
```

```
 1            And really, as the presenter of the bill
 2   had stated, that he was assigned as a co-author
 3   and there were multiple members on this
 4   Committee --
 5            CHAIR PELLERIN:  Oh, I'm sorry.  One
 6   second.
 7            Could we distribute the amendments?
 8            ASSEMBLY MEMBER TANGIPA:  Yes.
 9            CHAIR PELLERIN:  Sorry.
10            ASSEMBLY MEMBER TANGIPA:  Thank you.
11            CHAIR PELLERIN:  And we'll stop the clock
12   and start it again.
13            ASSEMBLY MEMBER TANGIPA:  And the
14   sergeants.
15            So as was stated, and not only that, we
16   see that there are multiple co-authors on this
17   bill that I hope don't have the same regards as
18   the presenter of this stated, that they were a
19   co-author before they even saw this bill.
20            I believe that these amendments actually
21   help make sure that we are protecting the
22   democracy, and which was stated earlier today,
23   that we're making sure that this is as
24   transparent.  And if you're actually fighting for
25   the people of California, that you buy into this.
```

```
 1            So there would be no reason for them to
 2   deny this amendment unless they have a vested
 3   interest in the maps that are being presented
 4   before us and the changes in these congressional
 5   districts.
 6            So simply to read the amendment is: A
 7   member of the Legislature who voted in favor of
 8   Assembly Constitutional Amendment 8 of the
 9   2025-2026 Regular Session shall not be a
10   candidate for congressional office in any
11   congressional district adopted pursuant to
12   Section 4.
13            All in an essence of, if everybody here
14   is saying that they are doing this to protect
15   democracy, to do it, to make sure that they don't
16   have a vested interest.
17            And especially when we have seen reports
18   reported by KCRA that stated that the pro temp
19   asked for a specific district to be drawn so he
20   could be included in that.  That the DCCC wrote
21   these maps.  And it shows that there is so much
22   political gains and political partisanship that
23   has been played, that has been lied to the
24   California people.
```

1          You now have the ability to prove that

2     you are in this for those same right reasons that

3     the presenter actually asked us to do.  You have

4     the ability right now to say that you're doing

5     this for those specific reasons.

6          So when you cast your vote on these

7     amendments, you will declare to the California

8     people that you do believe in democracy.  That

9     every statement and the amount of placating that

10    we heard earlier today, that your words are true.

11         And this gives you the chance to tell the

12    truth, to tell the California people that you

13    have no vested interest in this.  That you

14    believe in everything that was stated.  That the

15    author and the presenters and all of the other

16    co-authors on this say that, I'm not running for

17    this congressional seat because of my personal

18    gain. I'm doing this, these districts, because

19    it's what you believe in.  So you have the chance

20    to do so.  Every single person who's a co-author

21    on this who didn't read the bill.

22         Okay.  If you didn't read the bill, then

23    you shouldn't have any issues adding this as an

24    amendment because you don't have any problems

25    with it.  Thank you.



```
 1              CHAIR PELLERIN:  Thank you very much.
 2              Assembly Member Stefani.
 3              ASSEMBLY MEMBER STEFANI:  I move to lay
 4   the amendments on the table.
 5              CHAIR PELLERIN:  We have a motion to lay
 6   the amendments on the table.
 7              Madam Secretary, please -- oh, is there a
 8   second?
 9              ASSEMBLY MEMBER SOLACHE:  Can I just make
10   a comment?
11              CHAIR PELLERIN:  Yes, you may.
12              ASSEMBLY MEMBER SOLACHE:  I'll second it.
13   I do have a comment.
14              You know, it's really hard for me to
15   consider any amendments when the first motion,
16   within seconds of starting this meeting, was to
17   adjourn this meeting.
18              So I have a question for the proposed
19   amendments.  How did you plan to submit these
20   amendments if you were planning to end discussion
21   in the first couple seconds of starting this
22   meeting?
23              ASSEMBLY MEMBER TANGIPA:  Well, because I
24   spent 12 hours last --
25
```



```
 1              ASSEMBLY MEMBER SOLACHE:  Because clearly
 2   you were ready with some amendments.
 3              ASSEMBLY MEMBER TANGIPA:  Yeah.
 4              ASSEMBLY MEMBER SOLACHE:  So how were you
 5   going to have a discussion when you were making a
 6   motion and a second to adjourn?
 7              ASSEMBLY MEMBER TANGIPA:  Yes.  Thank you
 8   for the question.
 9              ASSEMBLY MEMBER SOLACHE:  And discussion.
10              ASSEMBLY MEMBER TANGIPA:  Thank you for
11   the question.
12         The main reason why that motion was made
13   in the beginning was because we just need more
14   time.  I did not have as much time as the
15   majority party in this state as they've seen the
16   maps.  They've had these maps, they've had these
17   bills, they've had the language significantly
18   longer.
19         We didn't even set the Committee hearing
20   on our member portfolio until yesterday.  So
21   we've had less than 24 hours to even know that
22   this meeting was going to be here.
23         That's why the motion to end the meeting
24   was there, just to give us time.  Shouldn't we
```

```
 1  have more than 24 hours?  Doesn't it worry you,
 2  my friend?
 3          ASSEMBLY MEMBER SOLACHE:  Thank you.
 4          CHAIR PELLERIN:  And the motion to lay
 5  the amendments on the table is not debatable.
 6  I've given you a little time --
 7          ASSEMBLY MEMBER TANGIPA:  But doesn't
 8  it --
 9          CHAIR PELLERIN:  -- to have some
10  comments.
11          ASSEMBLY MEMBER TANGIPA:  Doesn't it
12  worry you that they (inaudible) and you agreed to
13  that?
14          CHAIR PELLERIN:  Madam Secretary, now
15  please call the roll.
16          ASSEMBLY MEMBER TANGIPA:  That's all I'm
17  trying to do is read this.
18          COMMITTEE SECRETARY:  Pellerin?
19          CHAIR PELLERIN:  Yes.
20          COMMITTEE SECRETARY:  Pellerin, aye.
21          Macedo?
22          VICE CHAIR MACEDO:  No.
23          COMMITTEE SECRETARY:  Macedo, no.
24          Bennett?
25          ASSEMBLY MEMBER BENNETT:  Aye.
```

```
1              COMMITTEE SECRETARY:  Bennett, aye.

2         Berman?

3         ASSEMBLY MEMBER BERMAN:  Aye.

4         COMMITTEE SECRETARY:  Berman, aye.

5         Solache?

6         ASSEMBLY MEMBER SOLACHE:  Aye.

7         COMMITTEE SECRETARY:  Solache, aye.

8         Stefani?

9         ASSEMBLY MEMBER STEFANI:  Aye.

10        COMMITTEE SECRETARY:  Stefani, aye.

11        Tangipa?

12        ASSEMBLY MEMBER TANGIPA:  No.

13        COMMITTEE SECRETARY:  Tangipa, no.

14        CHAIR PELLERIN:  So the motion to lay the

15   amendments on the table succeeded.

16        So we will now move on to the other

17   witnesses in support of ACA 8.  You may come to

18   the mic.

19        And as I stated previously, we are giving

20   you 30 seconds to provide some information, your

21   name, organization.

22             ASSEMBLY MEMBER TANGIPA:  This is on

23   support?

24             ASSEMBLY MEMBER BERMAN:  This is for

25   people in support of ACA 8.
```



```
 1              Okay.  There's folks outside.  We'll give
 2   you a minute.  This is for support and to ACA 8.
 3              MR. LAZARDI:  Thank you.  Elmer Lazardi,
 4   here on behalf of the California Federation of
 5   Labor Unions and also here in support of UFCW
 6   Western States Council.  Thank you.
 7              MS. PONTUS:  Thank you.  Angela Pontus on
 8   behalf of Planned Parenthood Affiliates of
 9   California, in support.
10              MR. KUMAR:  Thank you, Chair.  Keshav
11   Kumar with Lighthouse Public Affairs, on behalf
12   of Reproductive Freedom for All, in strong
13   support and appreciation.
14              MS. BARREIRO: Thank you, Chair and
15   members.  Sandra Barreiro on behalf of SEIU
16   California, in support.
17              MR. MIRAMONTES:  Good morning, Chair and
18   members.  Bryant Miramontes with AFSCME
19   California PEOPLE, in support.
20              MS. KING:  Sadalia King with UDW Local --
21   AFSCME Local 3930, in strong support.
22              MS. COLES:  Good morning.  Krystal Coles
23   from SEIU Local 1000, in strong support.
```

```
 1            MS. QUINTERO:  Good morning.  Annalisa
 2   Quintero with Local 1000, proud UAW member, in
 3   strong support.
 4            MS. HILL:  Good morning, Chair.  My name
 5   is Constance Hill, SEIU 2015.  I strongly
 6   support.
 7            MR. HART: Good morning.  Kaden Hart on
 8   behalf of Lieutenant Governor Eleni Kounalakis,
 9   in support.
10            MS. DARLING:  Good afternoon.  Faith
11   Darling from Kern County, and support very much.
12            MR. SHAFFER:  Jim Shaffer from Taft,
13   California.  Support very much.
14            CHAIR PELLERIN:  Any other witnesses in
15   support?
16            Seeing none, we'll now move on to the
17   primary witnesses in opposition.  Please come to
18   the -- this is just for the primary right now.
19   Primary witnesses, come to the presentation
20   table.  And you each will have three minutes.
21            ASSEMBLY MEMBER BERMAN:  And then there's
22   plenty of seats.  Yeah.
23            MS. DYE: Should we both sit over there?
24            ASSEMBLY MEMBER BERMAN:  No, it doesn't
25   matter.
```

```
 1              CHAIR PELLERIN:  You may begin when
 2   you're ready.
 3              MS. DYE:  Chair Pellerin and Members, I'm
 4   Cynthia Dye, a San Francisco Democrat, testifying
 5   also for fellow rotating chairs of the First
 6   Citizens Redistricting Commission, Riverside
 7   Republican Jodie Filkins Weber, and Claremont
 8   Republican Peter Yao, San Gabriel Democrat Jeanne
 9   Raya, and Oceanside Independent Connie Archbold
10   Robinson.
11              Commissioners are chosen to be impartial,
12   reflect their state's demographics, and apply
13   constitutional criteria to ensure fair districts
14   for all Californians, and commissioners cannot
15   run for office in the districts they draw.
16              The people enshrined independent
17   redistricting in our constitution, voting three
18   times against gerrymandering.
19              The Citrin Center poll released just last
20   week confirms Californians still support the CRC
21   two to one.  And a national YouGov poll shows
22   that 76 percent of Americans think gerrymandering
23   is unfair, and 69 percent think it should be
24   illegal.
```

1            The current CRC considered over 35,000
2   public comments to develop their maps, making
3   difficult tradeoffs to protect communities.  This
4   new proposed map was developed by legislators and
5   their consultants in a back room.
6            The CRC was prohibited from considering
7   partisan interests.  The new map has only that
8   goal, adding safe seats.
9            CRC draft maps were posted for 14 days to
10  allow for thoughtful public input.  This map was
11  released yesterday, yet you're voting today.
12            And why are you not hearing from good
13  government organizations?  Because it takes time
14  for organizations to inform their members,
15  debate, formulate, and agree upon a position
16  statement.  That's what democracy looks like.
17            We recognize that many believe we face an
18  existential threat, and this legislation has been
19  touted as the only way to fight back and resist
20  authoritarianism, but this is a false choice.
21            Thanks to the CRC, California has some of
22  the most competitive districts in the nation.  In
23  fact, there are twice as many districts up for
24  grabs as proponents of this legislation hope to
25  eke out through gerrymandering.

1          It just means that parties have to do the

2    work of appealing -- fielding appealing

3    candidates, developing a platform that speaks to

4    the issues voters care about, and getting them to

5    the polls.  That's what democracy looks like.

6          Despite the serious attacks against our

7    democracy, we cannot preserve it by torching its

8    fundamental tenet, that voters choose their

9    representatives, not the other way around.

10          At minimum, release the data and provide

11    the rationale for your lines.  If you want to do

12    a midcycle redistricting right, do it the

13    California way.

14          Instead of spending over $200 million on

15    a special election, fund the CRC to engage the

16    public, create updated districts, and pass them

17    by a cross-partisan supermajority vote.

18          We urge you to serve your constituents by

19    defending California's independent process and

20    rejecting this expensive and misguided attempt to

21    bring back partisan gerrymandering.  We welcome

22    any questions.

23          CHAIR PELLERIN:  Thank you.

24          Next witness, three minutes.



1              MS. RAYA:  Thank you, Chair Pellerin and
2    members of the committee, and I apologize for my
3    back being to some of you.
4              My name is Jeanne Raya.  I was privileged
5    to serve on the first Independent Redistricting
6    Commission starting in 2010.
7              It was independent, composed of a diverse
8    pool, representative of California's diversity,
9    and it was an initiative brought by good
10   government groups to put voters first.
11             Approving that independent commission
12   effectively ended the backroom political
13   gerrymandering that had characterized
14   redistricting for decades.
15             We drew new maps with full transparency,
16   giving citizens access to the process in real
17   time through public meetings and the means to
18   submit written comments.
19             Voters had the opportunity to describe
20   their communities, their environment, their
21   infrastructure, and their economy so they could
22   be placed in a district with a fair chance of
23   electing accountable representatives.
24             And in fact, there were significant
25   changes to the Legislature over the last two

1  Commissions, including the percentage of women in

2  the Legislature doubled, AAPI representation

3  tripled, Black representation nearly doubled, and

4  Latinos increased by 8t percent.

5          If only Texas could learn from

6  California.  Their current attempts to rig the

7  2026 election in favor of Republicans represents

8  the basest self-interest of officials who are so

9  fearful of losing their power that all they can

10  think to do is cheat.

11          Their determination to stack the

12  congressional deck in their favor has prompted

13  our governor to threaten this retaliatory

14  midcycle redistricting in an effort to elect more

15  Democrats by sidelining the Independent

16  Commission and holding a special election just

17  this once.

18          I'm a registered Democrat, always have

19  been, and I would celebrate replacing any

20  congressional member who has forgotten his or her

21  oath to represent their constituents and protect

22  the Constitution.

23          But this can't be at the expense of the

24  California Constitution, nor the California

1  voters who mandated fair, nonpartisan

2  redistricting.

3          Does the threat really call for

4  retaliation?  We have witnessed on a daily basis

5  the chaos and mistrust that has come from revenge

6  politics in Washington.  That is not a model for

7  the responsible government Californians deserve.

8          It's not a model for which we should

9  spend millions of dollars on a gamble that

10  different districts would produce different

11  results, or that we might not lose incumbents in

12  more competitive districts and fail to elect

13  whatever magic number is needed to win this

14  electoral war against Texas and whatever other

15  states.

16          The Governor says the American people --

17  the American people need a fair chance.  We have

18  a fair chance here in California.  We have

19  choice.  We have a voice.  It's called the

20  Independent Redistricting Commission.

21          The maps that have been proposed are like

22  a menu that offers you steak, but you're a

23  vegetarian.  Sorry, that's all we have.

24  California set the gold standard for --

1          CHAIR PELLERIN:  If you could wrap up,

2    please?

3          MS. RAYA:  Yes.

4          California set the gold standard for

5    redistricting.  This is not the time to take a

6    step back from innovative democracy.  Thank you.

7          VICE CHAIR MACEDO:  Madam Chair, before

8    we proceed --

9          CHAIR PELLERIN:  Thank you.

10          VICE CHAIR MACEDO:  I'm sorry.  You

11    weren't introduced.  Who are you at sitting at

12    the table?  I'm so sorry.

13          MR. SILVA:  Sorry.  My name is Aaron

14    Silva.  I'm with the law firm Olson Remcho.  I'm

15    here mainly to answer technical questions about

16    the measure.

17          VICE CHAIR MACEDO:  Okay.  Thank you.

18          ASSEMBLY MEMBER BERMAN:  My technical

19    witness.

20          CHAIR PELLERIN:  Thank you.

21          We'll now go ahead and bring in witnesses

22    who are in opposition to ACA 8.  You may come to

23    the mic.

```
 1              ASSEMBLY MEMBER TANGIPA:  And Madam
 2   Chair, are we going to have an opp -- are we
 3   going to have an opportunity to ask questions --
 4              CHAIR PELLERIN:  We will.
 5              ASSEMBLY MEMBER TANGIPA:  -- to the
 6   opposition?
 7              CHAIR PELLERIN:  Yeah, yeah.  We're going
 8   through our normal procedure where we hear from
 9   the witnesses first.
10              ASSEMBLY MEMBER TANGIPA:  Okay.
11              CHAIR PELLERIN:  Okay.
12              ASSEMBLY MEMBER TANGIPA:  Just making
13   sure.
14              CHAIR PELLERIN:  Okay.
15              MR. HANNA:  Thank you, Madam Chair.
16   Apologies on being late.
17              My name is J.P. Hanna, on behalf of the
18   California Nurses Association.  We are in strong
19   support of this measure.  Just wanted to make
20   sure I get on the record.  Thank you so much.
21              CHAIR PELLERIN:  Thank you.  You threw me
22   off there.  Okay.
23              MR. HANNA: Strong support.  Strong
24   support.
25              CHAIR PELLERIN:  Thank you.
```



```
 1              UNIDENTIFIABLE SPEAKER:  Me Too is in

 2    opposition.

 3              CHAIR PELLERIN:  Okay.  We'll now take

 4    the opposition.  Please come to the mic.

 5              UNIDENTIFIABLE SPEAKER:  We go row by

 6    row.

 7              MS. WILLIS:  Linda Willis, President of

 8    Bakersfield Republican Women Federated, member of

 9    Greater Bakersfield Republican Assembly,

10    California Republican Assembly, Revere Resource

11    Group, and other Republican organizations, as

12    well as a church-going Christian.  Strong

13    opposition to this bullying method you're using.

14              MS. DRAKE:  Margaret Drake, citizen

15    California, strongly oppose this -- this bill as

16    a Santa Cruz, California resident.

17              MS. BAX:  Hello.  Thank you.  My name is

18    Gina Bax.  I'm an immigrant, and I'm also the

19    president for the Chico Evening Republican Women,

20    and I strongly oppose this.  Thank you.

21              MR. BUSSEY:  Thirty seconds?

22              CHAIR PELLERIN:  You may take 30 seconds.

23              MR. BUSSEY:  Thank you.
```



1    My name is Nick Bussey, and I'm here on
2  the behalf of the Placer County Republicans
3  Assembly.
4    And look, redistricting, we could just
5  have a simple blame for Trump for everything that
6  goes on.  And trust me, if it was that simple, I
7  would blame the score board whenever the Niners
8  have lost.
9    Now, I'm hearing words like transparency,
10 representation and fairness, and it saddens me to
11 be here today in this chamber and the other
12 chamber and see the absolute opposite that's
13 going on.
14   Now, under a supermajority, California's
15 drowning in crime.  We're not funding things like
16 Proposition 36, unfounded Prop --
17   CHAIR PELLERIN:  That is 30 seconds.
18 Thank you so much.
19   MR. BUSSEY:  Thank you.  That was not 30
20 seconds.
21   CHAIR PELLERIN:  It wasn't?
22   UNIDENTIFIABLE SPEAKER:  (Inaudible.)
23   CHAIR PELLERIN:  It was.
24   MR. BUSSEY:  Oh, yeah.  I oppose.
25   CHAIR PELLERIN:  We got that.  Thank you.



```
 1            MR. NORIEGA:  It's a pleasure to be with
 2   you all.  My name is Nathaniel Noriega.  So the
 3   nine most terrifying words in the English
 4   language are, I'm from the government and I'm
 5   here to help.
 6            The California Independent Redistricting
 7   Commission was a bipartisan support, something
 8   that is nearly impossible today, as a check on
 9   all of you politicians.
10            There's a reason why those words were
11   spoken by Reagan.  Just because they're doing it,
12   we can do it, too, is an argument that only a
13   child will make.
14            We're not Texas.  We are California.  We
15   are held to a different standard, or at least we
16   should be.
17            It is my first time in our state's
18   Capitol.  It's beautiful.  But when I see -- when
19   I look outside and see someone smoking crystal
20   meth --
21            CHAIR PELLERIN:  And that is 30 seconds.
22   Thank you.
23            MR. NORIEGA: -- on our Capitol steps --
24            CHAIR PELLERIN:  Thank you.
25            MR. NORIEGA:  -- it makes me wonder.
```

```
 1              CHAIR PELLERIN:  Thank you.
 2              MS. AGUILAR:  My name is Denise Aguilar.
 3   I'm a co-founder of Freedom Angels, in
 4   opposition.
 5              We represent thousands of families across
 6   the state of California.  And I'm just a little
 7   confused on why the California Teachers
 8   Association is one of the main witnesses as our
 9   children are graduating illiterate.  I think that
10   the Teachers Association should focus on our
11   children's education.
12              Thank you.  And I oppose.
13              MS. THORNTON:  Hi.  Tara Thornton,
14   co-founder of Freedom Angels.
15              I actually didn't have anything prepared
16   to say.  I'm just really shocked.  We shouldn't
17   be doing this.  Wrong is wrong, and the people
18   don't want this.  We want independent.
19              I happen to be from one of the districts
20   that will get decimated with zero representation.
21   But even if I wasn't, this isn't the right way to
22   go.  And you actually don't have the support of
23   the people on it.
24              You have a mandate to be independent and
25   to not do political gerrymandering.  I oppose.
```

1           MS. CARSTENS:  Sophia Carstens,

2   Decentralize America.

3           You can't actually redistrict without

4   changing the ten-year rule around the census, and

5   you can't do that without amending the California

6   Constitution, which is very robust on this issue.

7   And you can't do that without repealing the Equal

8   Protections Clause, which you cannot do.

9           All due respect, the argument is that we

10  want to preserve democracy.  You cannot preserve

11  democracy by suspending it.  I oppose.

12          MS. SHAW:  Sonja Shaw, Chino Valley

13  Unified School Board President and candidate for

14  State Superintendent, trying to take back this

15  insane California.

16          You call it democratic and transparent.

17  Give me a break.  California's collapsing under

18  Newsom and his cronies -- most of you are here --

19  style leadership.  Just look around.  Lawlessness

20  in our streets.  Schools are failing.  Our kids

21  can only--only 47 percent can read at grade

22  level, and the CTA is over here doing this?

23  Shame on you, CTA.  You make me nauseated.

24          Anyways, pushing ideologies in the

25  classroom is something Newsom's wife -- I mean,

```
 1  first partner in destruction is well aware of
 2  because she's pocketing while our kids are
 3  failing there.
 4          CHAIR PELLERIN:  That is 30 seconds.
 5  Thank you so much.
 6          MS. SHAW:  Put barf bags behind the
 7  seats.
 8          CHAIR PELLERIN:  Thank you so much.
 9          MS. ABDOSH:  Kelly Abdosh, not only
10  citizen of this republic, but also wife and
11  campaign coordinator to a campaign -- oh,
12  goodness -- person running for State Assembly, in
13  complete opposition of this far overreach.  Thank
14  you.
15          MS. MASTIN:  Heather Mastin with the
16  elder -- El Dorado County Republican Party.
17  Sixty-three percent of Californians do not want
18  this.  I strongly oppose.
19          MR. WILLIAMS: Doug Williams, El Dorado
20  Republican Central Committee.  I strongly oppose
21  this.
22          I am from South Lake Tahoe.  I don't see
23  any transparency on how these maps were drawn.
```

1          During the redistricting, they had

2    complete transparency.  We could see where the

3    maps were.

4          I have nothing in common with Sacramento,

5    and neither does any of the people in South Lake

6    Tahoe or the Tahoe Basin.

7          MR. AVILA:  Hello.  My name is Oscar

8    Avila with California Movement.  Totally opposed

9    to this.

10          This is election interference at the

11    highest level.  You're going to use past results

12    of elections to base the new maps to rig the

13    election.  This is -- this is election

14    interference at the highest level.  You know,

15    it's not fair.

16          You're going to literally move around the

17    boundaries to make sure you get more votes to

18    remove Republican seats.  People voted for the

19    state republic and you're going to remove those

20    seats by stealing an election.

21          You guys are trying to commit a crime.

22    It's a -- it's a -- it's a --

23          CHAIR PELLERIN:  That is 30 seconds.

24    Thank you.

25          MR. AVILA:  Thank you.  No.



```
 1              MS. DE JANARO:  Florentina De Janaro,
 2   representing moms in California with MOM Army,
 3   also representing Glad Tidings Church in Yuba
 4   City and Freedom Coalition in Yuba City.  Oppose.
 5              MS. KAY:  Good morning.  Shan Kay, a
 6   proud wife of an International Union of Elevator
 7   Constructors Local 18, and I oppose.
 8              MS. CORCORAN:  Yvette Corcoran, resident
 9   of San Francisco, and strongly oppose this
10   redistricting.
11              MS. PATEL:  Hello.  My name is Priya
12   Patel, representing the Voters of Los Angeles
13   County, and I strongly oppose AB 604, and
14   recognize it as an uprooting of our
15   constitutional rights and democratic process in
16   this county -- in the State of California.
17              MS. PATEL:  This bill violates state
18   constitutional law, as well as the Voters Rights
19   Act.  And it seems to me that the author of the
20   bill and the co-authors that signed off on this
21   bill haven't actually read the wording and
22   verbiage of the bill.
23              So I think that the voters of Democ -- of
24   California deserve more.
```



1          CHAIR PELLERIN:  That is 30 seconds, and
2   this is for ACA 8.  Thank you.
3          MS. KONG: Jessica Kong, from an affected
4   district, in strong opposition.
5          MR. BOLOG:  David Bolog, member in good
6   standing in the International Brotherhood of
7   Electrical Workers Local 18, also representing
8   the California GOP Labor Caucus, with the
9   majority of our members being represented in
10  collective bargaining by the California Teachers
11  Association.
12          California Republicans are already
13  disenfranchised with representation.  We're a
14  60/40 state; 60 percent Republicans, 40 percent
15  Democrats.  Excuse me, got it backwards.  Sixty
16  percent Democrats, 40 percent Republican.  This
17  will disenfranchise us more, and we see that in
18  the legislation already.  We're 75/20 percent.
19          CHAIR PELLERIN:  That is 30 seconds.
20          MR. BOLOG:  Thank you.
21          CHAIR PELLERIN:  Thank you.
22          MR. ARIANO:  Good afternoon.  My name is
23  Angel Ariano.  I came over six hours to--from
24  Pomona, California to say that I am in
25  opposition, and also that I am shocked to see the



1  lack of dignity in this room.  And to use the

2  existing processes that we have.  And that's my

3  statement.

4          MR. CARRILLO:  My name is Jose Carrillo,

5  constituent of Riverside County.  I'm a proud

6  member of the National Brotherhood of Electrical

7  Workers Union in good standing.  So I have my

8  ticket and I don't know what unions are being --

9  are a part of this, but I'm just a union member

10  and I strongly oppose this.  Yeah.

11          MS. CARRILLO:  Maria Carrillo, mother,

12  representing Riverside County, all the mothers

13  that are fighting for our children's freedom and

14  protections in every school.

15          Transparency, you guys keep bringing it

16  up, but there's no transparency here.

17          TDS is a real thing.  Stop hating Trump

18  and just blaming him for everything.  This is not

19  right.

20          And Newsom said the people will speak.

21  We the people will speak if that thing goes on

22  the ballot on November 4th.

23          MS. BARBRO:  Hi.  Virginia Barbro from

24  Solano county.  I'm also a California native.

25  And I strongly oppose.

```
 1            And I'm asking all of you to support real
 2  transparency and have real issues and work
 3  together and listen to the people.  Because the
 4  people of California are being slaughtered by
 5  regulations and all that you're proposing to do.
 6  It's not real.  Your assertions are off, and you
 7  need to come up.
 8            CHAIR PELLERIN:  That is 30 seconds.
 9            MS. BARBRO:  Thank you.
10            CHAIR PELLERIN:  Thank you.
11            MS. NIXON:  My name is Twyla Nixon.  I'm
12  a native Californian from Solano county, and I
13  oppose the bill.
14            And everything is becoming very demonic.
15  We're just asking for God's guidance on this and
16  pray that the Lord will see us through this.
17  Praise the Lord.  Thank you.
18            MR. GONZALEZ:  Madam Chair, Oracio
19  Gonzalez on behalf of California's Business
20  Roundtable, one of the early sponsors of
21  California's independent redistricting process.
22  We urge you to reject both bills and keep our
23  process free of politics.  Thank you.
24            MR. BURT:  Greg Burt with the California
25  Family Council, in opposition.
```



```
 1           Some people have already brought up the
 2  issue of transparency.  What was this I saw today
 3  out in the hallway was anything but transparent.
 4           I'm not sure if the Republicans know
 5  this, but while you were trying to get your
 6  amendments laid out, they were shutting your mic
 7  off, right?  So if you go back and listen to the
 8  recording, the mic was going off while you were
 9  talking.
10           How is that transparent, right?  You're
11  shutting people from just open conversation.
12  We're all talking about democracy.  Let's have an
13  open debate.
14           You are not doing that, right?  And then
15  you go out and have a secret conversation when
16  nobody saw what you decided.
17           CHAIR PELLERIN:  That is 30 seconds.
18  Thank you.
19           MR. BURT:  All right.
20           REVEREND DR. FRAZIER:  Hi.  Reverend
21  Dr. Angelo Frazier from Bakersfield, California.
22  I oppose the bill.
23           I'm a Christian.  I'm a Republican.  And
24  I just happen to be Black.  This is racism 101
25  all over again.
```



```
 1              MS. BURRELL:  My name is Dina Burrell.
 2   I'm from Tulare county, Visalia, California, and
 3   I oppose this bill.
 4              I am a Christian.  I'm not in any kind of
 5   organization, but I'm an American citizen, and I
 6   want my voice to be heard that I strongly oppose
 7   this bill.  Thank you.
 8              MS. BROKAW:  I'm Ruth Brokaw.  I'm from
 9   Visalia, California.  I'm part of the pastoral
10   staff at Legacy Church.  I represent a lot of
11   people who, along with me, oppose this bill.
12              MR. BEITHER:  I'm Matt Beither.
13   Appreciate you taking the time.
14              I'm a native Californian, strongly oppose
15   the bill, and we'll go down fighting for kids'
16   voice and everything.  So appreciate you
17   listening to our voice.
18              MS. ANDERSON:  Hi.  I'm Tina Anderson.
19   I'm coming from Tulare county, Visalia,
20   California, representing Central California,
21   predominantly Republican.  And we oppose this
22   bill strongly.
23              MS. WEISAR:  My name is Patricia Weisar.
24   I'm from Tulare county.  I'm a first-generation
25   American.
```

```
1            I do not believe that my rights or my
2    nationality, my primary nationality, is affected
3    by redistricting, so I oppose the bill.
4            MS. AGUIRRE:  My name is Myrna Aguirre.
5    I'm here from Visalia, California, representing
6    Deep Rooted Church, and I stand strongly against
7    this bill.
8            MS. JIMENE:  My name is Mary Jimenez from
9    Visalia, California, Tulare county.  I am in the
10   pastoral ministry also, strong Christian
11   Republican, and I strongly oppose this bill.
12           MS. CAMARILLO:  Good afternoon.  My name
13   is Addie Camarillo from Visalia.  I'm just a
14   grandma.  But thank you so much for listening to
15   our voice.  Thank you very, very much.  And I do
16   oppose this bill.  Thank you.
17           MR. WILLIAMS:  My turn?  Okay.  My name
18   is Tim Williams -- I go by Tiki Tim -- from
19   Suisun, California.  You guys have probably heard
20   a lot about us, about the California ForNever,
21   you know, scam that's going on, right, you know?
22           But I heard about this meeting today and,
23   yeah, really disturbs me.  You guys could put my
24   children in jeopardy.  I'm a little upset.
```

SCANLAN
STONE

depos@scanlanstone.com
415.834.1114

Page 65

434

```
1              CHAIR PELLERIN:  That is 30 seconds.
2    Thank you.
3              MR. WILLIAMS:  I'm a little upset about
4    this.
5              CHAIR PELLERIN:  We hear you.  Thank you
6    so much.
7              Next speaker.
8              MR. WILLIAMS:  That's all the time we
9    get?
10             CHAIR PELLERIN:  Yeah.  Thirty seconds,
11   yes.
12             MR. WILLIAMS:  Remember, you're going to
13   get judged.
14             CHAIR PELLERIN:  Thank you so much.
15             MR. WILLIAMS:  You're going to get
16   judged.
17             CHAIR PELLERIN:  Thank you so much.
18             MR. WILLIAMS:  God is going to judge you.
19             CHAIR PELLERIN:  Thank you so much.
20             MR. WILLIAMS:  It's not a laughing
21   matter.
22             CHAIR PELLERIN:  I'm not laughing.
23             MR. WILLIAMS:  Yes, you are.
24             CHAIR PELLERIN:  Next speaker.
```

 1              MS. MUNOZ:  Hi.  My name is Euphemia

 2    Muñoz.  I was born and raised in Tulare,

 3    California, and I strongly oppose this bill.

 4              MR. MUNOZ:  Good morning.  My name is

 5    Iani Munoz.  I was born and raised in Tulare,

 6    California also.  I'm an Independent by choice.

 7              My opinion on this whole redistricting

 8    matter, just seems to me the old adage of monkey

 9    see, monkey do.  And it's unfortunate that we

10    have to go in this direction simply to oppose

11    another state that's trying to do the same thing.

12    Which, in general, I believe they had the right

13    to do.

14              However, California has already done this

15    and now is simply throwing a monkey wrench into

16    something to try to do it also.  Thank you very

17    much.  I strongly oppose it.

18              MS. WOITALLA:  Hi.  My name is Ellen

19    Woitalla.  I am a citizen of Visalia, and I am

20    also an elected member of the Tulare County GOP.

21              I spent 30 years plus being an elementary

22    school teacher.  And one of the basic tenets of

23    education is learning to be fair.

1           This bill is not fair, so I stand before

2   you as a retired teacher saying, let's do better,

3   let's not redistrict, let's not gerrymander.

4           CHAIR PELLERIN:  That is 30 seconds.

5   Thank you.

6           MS. WOITALLA:  Yeah.  Thank you.

7           MS. VERDUGO:  Hi.  My name is Sandra

8   Verdugo.  I live in Visalia, California, Tulare

9   county, and I strongly oppose this bill on behalf

10  of myself and my family.  Thank you.

11          MS. BARAJAS:  Hi.  My name is Juventina

12  Barajas, known as Tina, born in Mexico, but a

13  U.S. citizen.  I oppose this bill.

14          We need to be fair and I believe it's

15  just going to cause more problems.  I oppose this

16  bill.

17          MS. VAUGHN:  Hi.  I'm Kirsty Vaughn.  I'm

18  at Visalia, California, and I oppose this bill.

19          MS. SNYDER:  My name is Valerie Snyder,

20  and I'm from Visalia, California, and I oppose

21  this bill.

22          MR. STAIB:  Hi.  I'm Troy Staib from

23  Exeter, California, and I oppose the waste of my

24  money, my tax dollars.

```
1          They seem like they keep going because

2    y'all keep taking more of them.  I'd like to have

3    some of that back.  And wasting that money on

4    doing these type -- this type of legislation is

5    unacceptable to me.

6          I'm opposed to it, obviously.  And I

7    would like to see you guys focus on things that

8    are more pertinent to our day-to-day activities,

9    like reduce the cost of doing business in

10   California.

11         CHAIR PELLERIN:  That is 30 seconds.

12   Thank you.

13         MR. BRUMLEY:  My name is Tom Brumley, and

14   I'm here from Visalia, California.

15         I speak on behalf of the 30 -- 37 percent

16   of the GOP of California, and opposing this

17   legislation.  And I believe it's a waste of time.

18         And I don't understand how you guys can

19   be in favor or even see it manageable where

20   you're trying to get back at what Texas is doing.

21   Thank you.

22         CHAIR PELLERIN:  Next speaker.

23         MS. BRUMLEY:  Hi.  My name is Jessica

24   Brumley from Visalia, California, and I
```

```
 1  absolutely oppose this bill as there's way better
 2  ways to spend our tax dollars.  Thank you.
 3          MS. ESCOBEDO:  Ladies and gentlemen, my
 4  name is Judy Escobedo.  I'm from Visalia,
 5  California.  I'm here as a citizen of this state,
 6  and I would like to make sure that you understand
 7  that I vehemently oppose this bill.
 8          We chose, we voted for this bill.  We
 9  voted for this state to have a nonpartisan
10  commission so that we could pick our politicians,
11  not have our politicians pick our voters.  So I'm
12  hoping--
13          CHAIR PELLERIN:  That is 30 seconds.
14  Thank you.
15          MS. ESCOBEDO:  Thank you.
16          MS. SYLVIA ESCOBEDO:  Hi, ladies and
17  gentlemen.  My name is Sylvia Escobedo, and I'm
18  originally from Texas.  moved here back in '64.
19  and we stayed here because we love California.
20  But lately, I'm thinking I need to move back to
21  Texas.  Anyway, I greatly oppose this bill.
22          MS. SANTIAGO:  My name is Maria Santiago,
23  Visalia, California.  Strongly oppose the bill.
24  And I tell you right now, you think you're going
25  to get away with something, but don't forget you
```

SCANLAN
STONE

depos@scanlanstone.com
415.834.1114

Page 70

439

```
 1   do answer -- you will answer to God and God
 2   Almighty.
 3          Leave the children alone and leave our
 4   money alone.  Use our money for the right things,
 5   not your own desires.  Thank you.
 6          MS. MORRIS:  Hi.  I'm Carmen Morris from
 7   Tulare County, and I strongly oppose this bill.
 8          MS. PIERCE:  Good morning.  Thank you for
 9   hearing us today.
10          My name is Rachelle Pierce.  I'm from the
11   Visalia Republican Women.  I'm a former member of
12   the California PTA Board of Managers.  I'm a
13   retired military spouse, mother of three college
14   students, and a proud native Texan.  I oppose
15   this bill.
16          Your everyday constituent is confused
17   about where their district is, who their
18   representative is.  I've been working on the
19   ground.  People cannot tell me these things.  And
20   I think that redistricting would actually make it
21   even worse.  Thank you so much for hearing us
22   today.
23          CHAIR PELLERIN:  Thank you.
```



```
1            MS. BABB:  Hi.  My name is Gail Babb.
2   I'm from Visalia, California, and I strongly
3   oppose this bill.
4            MS. MORLAKE: I am Marla Morlake.  I was
5   bred and born in Southern California.  Moved to
6   Visalia about 20 years ago.  And I strongly
7   oppose this bill.
8            MS. ESCARSEGA:  My name is Edie
9   Escarsega.  I'm from Visalia, born and raised
10  there, Tulare County.  I'm representing all of
11  the Central Valley also.  Strongly oppose this
12  bill.
13           MR. GALVAN:  My name is Gilbert Galvan
14  from Visalia, California, Tulare County.  As the
15  famous words as Greta Thunberg, listen to me.
16  Listen to me.
17           How dare you.  How dare every one of you
18  guys for trying to pass this bill.  Shame on all
19  of you.  Shame, shame, shame.  I oppose this
20  bill.  Thank you.
21           MS. GALVAN:  Hi.  My name is Evelyn
22  Galvan.  I'm from Tulare, California, and I
23  oppose this bill strongly also.
```

```
 1              MR. SHAFFER:  Jim Shaffer, native
 2   Californian, Republican taxpayer, live in Taft,
 3   California, and I strongly oppose this bill.
 4              MS. DARLING:  Faith Darling, Bakersfield,
 5   Kern County.
 6              And I have been speaking with a lot of
 7   Democrats that are -- I guess you call them
 8   fence-riders.  And so many of them are very
 9   confused as the rest of us.  And they are getting
10   help from a lot of us because they didn't sign up
11   for this either.
12              So just to let you know, you think you
13   have a lot of votes on your side and you really
14   don't.  I strongly oppose the redistricting.
15              MR. KAUFMAN:  Scott Kaufman, Howard
16   Jarvis Taxpayers Association.  We supported
17   independent redistricting on the ballot and we
18   will defend it when it's on the ballot.  We
19   oppose this measure.  Thank you.
20              MR. CHRISTENSEN:  Lance Christensen,
21   California Policy Center.  The one thing I love
22   about this place is we can actually have a debate
23   when it's allowed.
```

1         When I started in this building 20 years
2    ago, my boss said, I may not like the results or
3    the outcome, but I appreciate the process.
4         And what we've seen today is a show -- a
5    circus and a show trial.  So I hope the people of
6    California see through this.  And we oppose this
7    redistricting effort.  Thank you.
8         MS. RAMOS:  Good morning.  My name is
9    Sandra Ramos.  I'm also from Visalia, California.
10   And I strongly oppose this bill because it's
11   wrong and should never have even come to this,
12   you know.
13        And also, because it's going to cost
14   taxpayer money.  Use the money on something good
15   and useful.  Don't waste your time on this.
16   Thank you.
17        MR. RAMOS:  Good morning and God bless
18   you all.  My name is Daniel Ramos from Legacy
19   Church, Visalia, California.  I'd like to say
20   that I strongly oppose this bill.
21        I strongly oppose the nonsense of the
22   leadership of Gavin Newsom and all the Democratic
23   leaders, that they have nothing good to do except
24   to drive people out of California because they

1  have no substance to them.  We need to have

2  common sense again in government, so I --

3          CHAIR PELLERIN:  That is 30 seconds.

4  Thank you.

5          MR. RAMOS: Thank you.

6          CHAIR PELLERIN:  Thank you.

7          MR. FRIEND:  Good morning, Madam Chair,

8  honorable Members.  Michael Friend, native

9  Californian.

10          I was always brought up to believe that

11  two wrongs do not make a right.  I strongly

12  oppose this bill and the blatant hypocrisy.  What

13  a joke.

14          MR. JOHNSON:  My name is Bernie Johnson.

15  I'm a resident here.  I'm born and raised here in

16  California.  And I oppose this bill.

17          MS. JACKSON:  My name is Jennifer

18  Jackson.  I'm from Burbank, California.  And I'm

19  here to speak for the 16,000 people that wrote

20  in, took their time to write comments.

21          And you don't have the time to look at

22  them and you won't put them in as part of this

23  meeting.  That's despicable.  I am strongly

24  opposed to this bill.  Thank you.



```
 1              MS. SANDOVAL:  Hello, I'm Lynn Sandoval
 2   from Hemet in Riverside County.  Strongly
 3   opposing this whole measure.
 4              This is my first time in Sacramento and
 5   observing what goes on here, and I also am really
 6   frustrated by seeing how you're silencing the
 7   voices.
 8              And it's a huge waste of money.  How do
 9   we have this kind of money to waste at a time
10   like this in California when so much is getting
11   cut?  Thank you.
12              MR. SANDOVAL:  Hi, Mr. Berman.
13              ASSEMBLY MEMBER BERMAN:  Good to see you.
14              MR. SANDOVAL:  Hello.  My name is Rudy
15   Sandoval, and I'm from Hemet, California, a
16   native Californian.
17              And I drove all the way from Hemet just
18   to see what a rig operation you guys run over
19   here in Sacramento, and I just want to thank you
20   for proving me right.  Thank you.  And I do
21   totally oppose this bill.
22              MR. KROLL:  Good morning.  My name is
23   David Kroll.  I am from San Diego, California.
24   And I strongly oppose this bill.
```



```
 1              And this is highly, highly unpopular.
 2   And you guys are actually doing us a favor, so
 3   thank you, because people are going to come out
 4   en masse against this.  Have a great day.  God
 5   bless.
 6              MS. KIRKENDALL:  Hi.  My name is Deborah
 7   Kirkendall.  I'm from Hilmar, Merced County.
 8              And I first want to thank you for this
 9   honor.  My dad and my husband, a disabled army
10   veteran -- sorry -- with brain damage because
11   they fought for our country, I get to come and
12   speak before you, and I thank you for that.
13   That's an honor.
14              But I want to tell you, my husband with
15   brain damage, he knows this is wrong, and I'm
16   here to say no for me and for him.  Thank you for
17   the honor to give my word.
18              MS. MINOR:  Bella Minor with Central
19   Valley Republican Party.  And I strongly oppose
20   this bill.  And shame on everyone who is a
21   support for this bill.
22              MS. LAU:  Hi.  I'm Catherine Lau from
23   Tracy, California in San Joaquin County, and I
24   represent Central Valley Impact Republicans, as
25   well as Jim Shoemaker for Congress.
```

```
 1            And as a native Californian, fourth
 2   generation, I am just appalled that you would
 3   take this opportunity to try to redistrict and
 4   not even -- in less than 24 hours, and not even
 5   read the bill.  It's really, truly appalling, and
 6   I'm really saddened to hear this.  And I strongly
 7   oppose this.
 8            CHAIR PELLERIN:  That's 30 seconds.
 9   Thank you.
10            MS. LAU:  Thank you.
11            MR. BONILLA:  Good evening, Committee.
12   My name is Max Bonilla.  I'm from Sacramento,
13   California.
14            I'm a taxpayer who would definitely love
15   to see our money going to better things.  Two
16   hundred and thirty million could definitely do
17   things like helping rebuild the Palisades, or
18   communities that have been impacted by recent
19   fire -- wildfires, but not this.
20            Not this political gerrymandering.  Not
21   this political posturing.  Not these ridiculous
22   talking points by Governor Gavin Newsom.  Thank
23   you very much.
24            DONNELLA:  My name is Donnella, and I
25   oppose.
```

```
 1            MR. GREGORY:  Good morning.  I'm Dennis
 2   Gregory.  I'm from Eastvale, here in California.
 3            And if you people weren't suffering so
 4   much from Trump derangement syndrome, you'd see
 5   the right thing and you'd understand what needs
 6   to be done in this state and this country.  Open
 7   your eyes before it's too late.
 8            MS. ANGELI:  Good morning.  Olivia Angeli
 9   from Elk Grove.  Strongly oppose this.
10            MS. PLENT:  Good afternoon.  My name is
11   Lena Plent from Chino Hills, California.  I
12   strongly oppose this bill.
13            MR. KNUTSEN:  Good morning.  Lars
14   Knutsen, El Dorado County.
15            There's no political solution to this
16   spiritual problem.  And I've been praying for
17   Gavin Newsom since he was the mayor.
18            And I'd encourage all of us to take a
19   look at our own hearts.  Be led by the true
20   spirit of the living God.  And I just ask God to
21   bless you.  May his wisdom flow, and tell the
22   devil to get out in Jesus' name.
23            MR. NIIMI:  My name is Riley Niimi.  I'm
24   from Temecula, California.
```

SCANLAN
STONE

depos@scanlanstone.com
415.834.1114

Page 79

448

```
 1              And I want to tell you to oppose this
 2   because Republicans in California are already
 3   greatly underrepresented.  We only have nine
 4   congressional seats out of 52, which means we
 5   have less than 20 percent representation in
 6   Congress, although Republicans make up 40 percent
 7   of the State of California.  So thank you.
 8              MS. ALLERS:  Good morning.  I'm Priscilla
 9   Allers from Montrose, California in Los Angeles
10   county, and I strongly oppose this Bill.
11              MR. PANTOJA:  My name is Adan Pantoja
12   from Riverside, and I strongly oppose this Bill.
13              MS. SOPHIA PANTOJA:  My name is Sophia
14   Bell from -- my name is Sophia Pantoja from
15   Riverside.  California, and I strongly oppose
16   this Bill.
17              MS. CECILIA PANTOJA:  My name is Cecilia
18   Pantoja, and I strongly oppose this Bill.
19              MS. ANNETTE PANTOJA:  My name is Annette
20   Pantoja, and I'm from Riverside, and I strongly
21   oppose this Bill.
22              MR. JOHNSON:  My name is Timothy Johnson
23   from Fontana.  There is no wisdom and no
24   understanding and no counsel against the Lord.  I
25   strongly oppose this bill.
```

```
 1              MR. SHOEMAKER:  I'm Jim Shoemaker, and

 2   I'm a candidate for the 9th Congressional

 3   District, so I do oppose this Bill.

 4              I see that -- what's happening.  We need

 5   to go back and let the Commission handle all

 6   these things.  I'd appreciate you guys to vote

 7   no.

 8              MR. SCHULTZ:  Hello, Dave Schultz,

 9   Bakersfield, California.  I oppose this bill.

10              I don't understand why we are so involved

11   that we have to redistrict our districts because

12   something that is happening halfway across the

13   country.

14              I oppose this bill.  I think we should

15   pay attention to what is really important to the

16   people of California.

17              CHAIR PELLERIN:  Okay.  Seeing no

18   witnesses in opposition, we'll bring it back to

19   the dais.

20              Members, any questions, comments?

21              Assembly Member Bennett.

22              ASSEMBLY MEMBER BENNETT:  Thank you very

23   much, Madam Chair.  I appreciate the indulgence.

24   I have nine points. I'm going to read them.  I'd
```

1   like to speak them all, but I want to make sure I

2   actually get this said properly.

3          And the first point is, the fundamental

4   question I think in front of us is who should

5   have control of the power, the vast power of the

6   federal government.

7          And our founding fathers agreed hundreds

8   of years ago on a special form of democracy

9   designed to protect our democracy from power

10  grabs.  They created the rules and norms for how

11  we compete for power.  That's the fundamental

12  problem that democracies are created to solve.

13         We could have it just be military might.

14  Whoever's strongest, they get the power.  Not in

15  the United States.  We created these rules, and

16  we're a rule of law, not men.  We have checks and

17  balances.  We have a free press.  And we created

18  all kinds of historical norms that kept us all

19  agreeing we would follow those rules rather than

20  go to war with each other over power.

21         Democracy requires many of these critical

22  components to work.  Not just one of them, but

23  all of these critical components need to work for

24  democracy to thrive.

1          Autocrats around the world today have
2    learned to grab power by weakening these
3    democratic institutions, rules, and norms.
4    Weakening democracy by attacking and ignoring
5    those rules and norms by intimidation, by deceit,
6    by militarization of our civilian life.  Those
7    are all ways you weaken those norms that we have
8    to have if we want to transfer power peacefully,
9    and here in the United States.
10          Autocrats count on democratic advocates
11   to play by the old rules while they grab power
12   using their new rules.  And I want to repeat
13   that.  Autocrats count on democracy advocates to
14   play by the old rules while they grab power using
15   their new rules.
16          It's a false scenario to say we can win
17   simply by working harder, right?  While autocrats
18   grab power using their old rules.
19          A few decades ago, Russia was a
20   democracy.  Today, democratic advocates, no
21   matter how hard they work, have no chance of
22   voting Putin out of power.  He will kill off any
23   of the stronger opponents that he has.
24          Many of us prefer the old rules.  We
25   prefer the agreement we all had to play by those

1 rules, right?  But when autocrats change the
2 rules and the norms that we are using to decide
3 who has power, we can either fight back or we can
4 potentially permanently lose the ability ever to
5 fight back again in the future.
6           That is the question in front of us, in
7 spite of all kinds of other distractions we will
8 have.  What are the rules and norms for how we
9 transfer power?
10          This is an attempt to grab control of the
11 power of the House of Representatives with
12 redistricting and permanently potentially grab
13 that control.
14          That is too big of a risk for us to say,
15 well, we like doing it the other way.  We like
16 the more get along, everybody follow democratic
17 way.  We simply don't have that choice today.
18          I strongly support this bill.  I
19 appreciate the Speaker's leadership.  I
20 appreciate the Chair's leadership in bringing
21 this forward.  Thank you very much.
22          CHAIR PELLERIN:  Assembly Member Tangipa.
23          ASSEMBLY MEMBER TANGIPA:  Okay.  I hope
24 you bear with me because I spent a lot of time
25 trying to catch up, trying to read, trying to

1  inform myself as much as possible.  Because we've

2  had so little time, so little time that even the

3  presenters stated that they didn't even read the

4  bill.

5       And I would hope that the authors or --

6  don't hold -- or the other co-authors on this

7  bill, I hope they don't hold the same sentiment

8  that the people of California don't even deserve

9  a read on a bill.

10      I have a few technical questions,

11 actually.  And first and foremost, I do want to

12 say thank you to the opposition testimony.  I can

13 say this, what we've seen today is, I know I'm a

14 conservative, I know I'm a Republican, I know

15 that we have differences, but the maps that both

16 of you worked on, especially in the beginning,

17 too, did give representation.

18      Now, I can say that I did not vote on the

19 fair Commission mainly because I was 12 years old

20 at the time, but I respected it.  I truly

21 respected it.  And a lot of the work and the

22 deliberation -- because I was one of those kids

23 that was overly, overly into, you know, our

24 elected leaders.  And a big portion of that is

25 because I grew up right down the street from the

1  Capitol, you know, in one of the poorest

2  communities in the entire state of California.

3          And actually one of the roughest gang-

4  affiliated communities.  And it was those gang

5  members that actually protected me, paid for me

6  to get into this position.

7          And now I can proudly say, as the first

8  Polynesian individual ever elected to the State

9  of California, you know, t was done by an

10  Independent Redistricting Commission that

11  actually believed in the efficacy of what this

12  state can be.

13          And there's a lot that we've heard today

14  of testimony, you know, and we've seen a true

15  bipartisan coalition here just trying to protect

16  because California should lead the way.

17          When other states decide to do something

18  else, we shouldn't react to them.  We should

19  prove by example that we can do this better.

20  That we create the foundations for the rest of

21  the nation.  Because it's supposed to go, as

22  California goes, the nation.  That's -- we've

23  lost that.  And that's what we've seen and heard

24  today.

```
 1            I mean, we can't even read our own bill,
 2   but we'll decide to present it and vote on it,
 3   too.  That's insanity.  And that's heartbreaking
 4   to the rest of Californians.
 5            Because, again, I was one of those kids
 6   who just obsessed that the policymakers in this
 7   building actually cared about the people of
 8   California.
 9            But how can you say you actually care
10   about the people of California if you didn't even
11   read it, you know?  And that breaks my heart
12   because I spend so much time on this.  Because
13   I'll work myself to death trying, trying, trying
14   to make sure -- I didn't ask a question, but I
15   just wanted to make sure --
16            ASSEMBLY MEMBER BERMAN:  No.  But you're
17   misrepresenting what I said, Mr. Tangipa.  And
18   you're doing it over and over and over again.
19            ASSEMBLY MEMBER TANGIPA:  And simply --
20            ASSEMBLY MEMBER BERMAN:  And I will
21   correct the record when it's my time.
22            ASSEMBLY MEMBER TANGIPA:  I'm just
23   asking --
24            CHAIR PELLERIN:  Okay.  Assembly Member
25   Tangipa, let's let --
```



```
 1            ASSEMBLY MEMBER TANGIPA:  Yeah.
 2            CHAIR PELLERIN:  -- Assembly Member
 3  Berman speak.
 4            ASSEMBLY MEMBER TANGIPA:  But I was --
 5  no.
 6            CHAIR PELLERIN:  Tangipa, let's --
 7            ASSEMBLY MEMBER BERMAN:  Go ahead.  Just
 8  know that --
 9            ASSEMBLY MEMBER TANGIPA:  But I just
10  wasn't --
11            ASSEMBLY MEMBER BERMAN:  -- Tangipa is
12  absolutely misrepresenting what I said over and
13  over again.
14            ASSEMBLY MEMBER TANGIPA:  Okay.  Do you
15  want me to (inaudible)?
16            ASSEMBLY MEMBER BERMAN:  Which he needs
17  to do to try to justify his position on this
18  bill.
19            ASSEMBLY MEMBER TANGIPA:  I can.
20            ASSEMBLY MEMBER BERMAN:  And I understand
21  that.
22            ASSEMBLY MEMBER TANGIPA:  But you
23  stated --
24            ASSEMBLY MEMBER BERMAN:  Go ahead.
```

```
 1              ASSEMBLY MEMBER TANGIPA:  -- you
 2   supported it prior to seeing it.  Is that not
 3   what you said verbatim?
 4              ASSEMBLY MEMBER BERMAN:  What I said is
 5   that there were discussions about the concept of
 6   the bill and I absolutely support those concepts.
 7              ASSEMBLY MEMBER TANGIPA:   Prior to
 8   reading them, right?
 9              ASSEMBLY MEMBER BERMAN:  The bill is five
10   pages long.  I'm sorry it took you so long to
11   read it.
12              ASSEMBLY MEMBER TANGIPA:   Okay.
13              ASSEMBLY MEMBER BERMAN:  I'm sorry
14   that --
15              ASSEMBLY MEMBER TANGIPA:  And I
16   understand.
17              ASSEMBLY MEMBER BERMAN:  -- yesterday
18   morning was too long --
19              ASSEMBLY MEMBER TANGIPA:  That's okay.
20              ASSEMBLY MEMBER BERMAN:  -- for you to be
21   able to read a five-page bill.
22              ASSEMBLY MEMBER TANGIPA:  That's all
23   right.
24              ASSEMBLY MEMBER BERMAN:  But we discuss
25   as legislators, right?
```


458

```
 1              ASSEMBLY MEMBER TANGIPA:  Yeah.  Uh-huh.
 2              ASSEMBLY MEMBER BERMAN:  We discuss
 3   concepts.  We discuss ideas.  We decide whether
 4   or not we're going to support things.
 5              ASSEMBLY MEMBER TANGIPA:  Well, because
 6   this bill is attached to so many --
 7              ASSEMBLY MEMBER TANGIPA:  So I don't
 8   understand why that's a new concept for you.
 9              ASSEMBLY MEMBER TANGIPA:  That's okay.
10              ASSEMBLY MEMBER BERMAN:  But I'm glad
11   that you took 36 hours to --
12              ASSEMBLY MEMBER TANGIPA:  Yeah.
13              ASSEMBLY MEMBER BERMAN:  -- read a five-
14   page bill.
15              ASSEMBLY MEMBER TANGIPA:  It does.
16              ASSEMBLY MEMBER BERMAN:  And --
17              ASSEMBLY MEMBER TANGIPA:  It does take me
18   time.
19              ASSEMBLY MEMBER BERMAN:  And I welcome a
20   debate.
21              ASSEMBLY MEMBER TANGIPA:  It does take me
22   time because I will take 36 hours to read a five-
23   page bill for 40 million people in this state
24   because they deserve it.  Because they deserve
25   it.
```

```
 1              ASSEMBLY MEMBER BERMAN:  It's five pages,
 2    Mr. Tangipa.
 3              ASSEMBLY MEMBER TANGIPA:  That's okay.
 4    And those five pages --
 5              CHAIR PELLERIN:  Okay.  We're not
 6    debating the length of the time it takes to read
 7    five pages.  Let's stick to the substance of the
 8    bill, please.
 9              ASSEMBLY MEMBER TANGIPA:  Exactly.  Thank
10    you, Madam Chair.  So, truly, I appreciate it
11    all.
12              Some of my technical questions, too.  The
13    lawyer that is here, so you have gone through the
14    bill, right?  You have read the language.  It
15    probably took you -- you got through it a lot
16    faster than I did, I assume.
17              Can I ask you who is -- and actually,
18    we're going to become really good friends.  I
19    hope you know that.  Because who is paying your
20    retainer?
21              ASSEMBLY MEMBER BERMAN:  Excuse me, Madam
22    Chair.  The Assembly Member seems to be making
23    veiled threats to my witness, which I don't
24    appreciate.  Well, I don't know why he's talking
```

```
 1   about becoming really good friends.  Let's just

 2   ask some questions and get some answers.

 3            CHAIR PELLERIN:  If we could definitely

 4   stick to just asking the questions --

 5            ASSEMBLY MEMBER TANGIPA:  Yes.

 6            CHAIR PELLERIN:  -- through the Chair.

 7   Thank you.

 8            ASSEMBLY MEMBER TANGIPA:  Well, because

 9   he is here to answer the legal question --

10            ASSEMBLY MEMBER BERMAN:  Doesn't mean

11   he's going to be your friend.

12            ASSEMBLY MEMBER TANGIPA:  Okay.  That's

13   fine.

14            VICE CHAIR MACEDO:  Madam Chair, are we

15   just going to -- are we going to allow my

16   colleague to ask questions, or is this going to

17   be drawn out even longer?

18            ASSEMBLY MEMBER BERMAN:  But I just would

19   like to --

20            ASSEMBLY MEMBER BERMAN:  I don't know.

21   You did this (inaudible).

22            CHAIR PELLERIN:  It's kind of going back

23   and forth there.  Let's have one person speak at

24   a time.
```

```
 1              ASSEMBLY MEMBER TANGIPA:  Mr. Berman, I
 2    asked you to respect us to ask these questions.
 3              CHAIR PELLERIN:  Assembly Member Tangipa,
 4    please ask your question to the witness.
 5              ASSEMBLY MEMBER BERMAN:  As long as you
 6    don't make veiled threats to my witnesses, that's
 7    no problem at all.
 8              VICE CHAIR MACEDO:  A threat to
 9    (inaudible).
10              CHAIR PELLERIN:  Okay.  Let's just let a
11    Assembly Member Tangipa ask his question, please.
12              ASSEMBLY MEMBER TANGIPA:  Well, who is
13    funding the retainer for you to be here, and how
14    long have you seen the language in this bill?
15    When did you first get it and when did you start
16    seeing it?  Because I did not get it till
17    yesterday.  So how much time did you have to
18    review this?
19              ASSEMBLY MEMBER BERMAN:  Go ahead.
20              MR. SILVA:  Mr. Tangipa, I'm here to
21    answer technical questions about how the bill
22    works.  I'm not here to talk -- reveal attorney-
23    client privileged information about the
24    representation I provide, or anything that went
```



```
 1   into the work product.  I can answer questions

 2   about the face of the measure.

 3            ASSEMBLY MEMBER TANGIPA:  Well, just for

 4   me, since it takes me so long to read, I just

 5   wanted to know how long you had to read it, and

 6   if you as a representative --

 7            CHAIR PELLERIN:  Let's stick to the

 8   merits of the bill.  Let's ask questions about --

 9            VICE CHAIR MACEDO:  Isn't there -- this

10   is back for comment.

11            CHAIR PELLERIN:  How long it takes

12   somebody to read a bill is not --

13            VICE CHAIR MACEDO:  (Inaudible) covered

14   by attorney-client privilege.

15            ASSEMBLY MEMBER BERMAN:  (Inaudible.)  We

16   consult with people before we introduce those

17   bills.

18            CHAIR PELLERIN:  Okay.

19            ASSEMBLY MEMBER BERMAN:  This isn't a

20   foreign concept.  This isn't a lack of

21   transparency.

22            ASSEMBLY MEMBER TANGIPA:  So you admitted

23   that --

24
```

```
 1              CHAIR PELLERIN:  Assembly Member Tangipa,
 2    if you have a question about the merits of the
 3    bill, please ask it.
 4              ASSEMBLY MEMBER TANGIPA:  Okay.  Then
 5    we'll go into even more of the merits.
 6              So under the new redistricting proposal,
 7    in a lot of these -- and the main reason why I'm
 8    asking for so much time is because the questions
 9    that I prepped yesterday when I saw this all
10    changed because the maps changed at 8:00 p.m.
11    last night.
12              And I think that it's well within the
13    process to say like I should know -- the maps
14    changed at eight o'clock, at 8:00 p.m. last
15    night.
16              CHAIR PELLERIN:  The maps were released
17    on Friday, I believe, and they have not changed.
18              ASSEMBLY MEMBER TANGIPA:  They change per
19    the census tract.
20              Madam Chair, the fact that you don't know
21    that should cause worry to everybody.
22              ASSEMBLY MEMBER BERMAN:  Assembly Member
23    Tangipa --
```

```
 1            CHAIR PELLERIN:  I'm sorry.  I'm sorry.
 2  8:00 a.m. yesterday.  Sorry.  Sorry.  Not
 3  8:00 p.m.  8:00 a.m. yesterday.
 4            ASSEMBLY MEMBER TANGIPA:  They changed at
 5  8:00 p.m. last night.  There was a change at
 6  8:00 p.m.
 7            CHAIR PELLERIN:  My understanding, it was
 8  8:00 a.m.  But --
 9            ASSEMBLY MEMBER BERMAN:  I am eager to
10  hear your questions --
11            CHAIR PELLERIN:  What are your
12  questions --
13            ASSEMBLY MEMBER BERMAN:  -- in regards to
14  whatever changes there were to the maps.
15            CHAIR PELLERIN:  Regardless, what is your
16  question to the merits of the bill?
17            ASSEMBLY MEMBER TANGIPA:  Okay.  Well,
18  that Clovis would be split into three different
19  congressional districts.  Not anymore, because
20  the last change that I got as of 2 hours ago on
21  the new maps, now they are kept into one
22  district.
23            Can you explain the rationale for
24  splitting up Clovis residents, thus weakening
25  their voice?
```

```
 1              ASSEMBLY MEMBER BERMAN:  I think that
 2   would be a better question for the authors of the
 3   bill that actually has to do with the maps.
 4              ASSEMBLY MEMBER TANGIPA:  Well --
 5              ASSEMBLY MEMBER BERMAN:  My bill has to
 6   do with putting -- or the Speaker's bill --
 7   constitutional amendment has to do with giving
 8   voters the opportunity to have their voices heard
 9   and whether or not we will have a special
10   election on November 4th.
11              So I am not prepared to speak to the
12   specific iterations of the maps, but I believe
13   somebody will be presenting that bill after this
14   ACA, who hopefully will be better prepared to
15   discuss individual line drawing of communities.
16              ASSEMBLY MEMBER TANGIPA:  Well, the maps
17   are pertinent to this ACA because they're all
18   synonymous.
19              ASSEMBLY MEMBER BERMAN:  But the ACA is
20   to give voters the voice and an opportunity to
21   have their voices heard on whether or not they
22   want to have a mid-decade redistricting.
23              ASSEMBLY MEMBER TANGIPA:  Can you speak
24   to the cost of the ACA and how much it's going to
25   cost the taxpayers of California, then?
```

```
 1              ASSEMBLY MEMBER BERMAN:  About the same
 2    as the recall --
 3              ASSEMBLY MEMBER TANGIPA:  How much is
 4    that?
 5              ASSEMBLY MEMBER BERMAN:  -- that
 6    Republicans put forward.
 7              ASSEMBLY MEMBER TANGIPA:  How much is
 8    that?
 9              ASSEMBLY MEMBER BERMAN:  I believe
10    it's --
11              ASSEMBLY MEMBER TANGIPA:  Well, but that
12    recall was done by the citizens' initiative.  It
13    wasn't done by this body.  Fundamentally
14    (inaudible).
15              ASSEMBLY MEMBER BERMAN:  But the answer
16    remains the same, that it's the same cost.  Your
17    question was what's the cost, and I said it's the
18    same as the recall.  Doesn't matter who put it on
19    the ballot.
20              ASSEMBLY MEMBER TANGIPA:  But how could
21    you say its the same as the recall --
22              ASSEMBLY MEMBER BERMAN:  (Inaudible)
23    answer.
24              ASSEMBLY MEMBER TANGIPA:  -- since
25    2021 -- or 2021 to where we're at now, we've seen
```

1  40 percent inflation rates.  So is it 40 percent

2  more with the tariffs?

3            ASSEMBLY MEMBER BERMAN:  Well, I mean,

4  with the tariffs that Trump just put into effect,

5  it's probably more than 40 percent inflation

6  rates.

7            But I believe the cost of the special

8  election is --

9            ASSEMBLY MEMBER TANGIPA:  Mr. Berman, I'd

10  ask you to speak the merits --

11            ASSEMBLY MEMBER BERMAN:  -- approximately

12  $200 million.

13            ASSEMBLY MEMBER TANGIPA:  -- of the

14  question that I asked.  Just how much does it

15  cost?

16            ASSEMBLY MEMBER BERMAN:  (Inaudible.)

17            CHAIR PELLERIN:  Mr.  Tangipa, excuse me.

18  Could you just let him answer the question?  He's

19  doing so.  Just close your mouth, open your ears,

20  listen to him for a second.

21            ASSEMBLY MEMBER BERMAN:  Did you

22  (inaudible)?  I just said I believe it's

23  approximately $200 million.

```
 1              CHAIR PELLERIN:  We all need to listen to
 2   each other.  So when someone else is speaking,
 3   let's have one speaker at a time.
 4              ASSEMBLY MEMBER TANGIPA:  So why do I
 5   have to close my mouth when somebody else
 6   interrupts me?
 7              CHAIR PELLERIN:  I'm just saying -- no.
 8   I'm saying it to both of you.
 9              ASSEMBLY MEMBER TANGIPA:  Do you not find
10   that --
11              CHAIR PELLERIN:  I'm going to say that to
12   both of you.  I'm going to say that to both of
13   you.  Please refrain from speaking when the other
14   person is speaking.
15              ASSEMBLY MEMBER BERMAN:  Thank you, Madam
16   Chair.
17              ASSEMBLY MEMBER TANGIPA:  Ask the
18   question.
19              ASSEMBLY MEMBER BERMAN:  How much does
20   this cost?
21              ASSEMBLY MEMBER TANGIPA:  Is there a
22   actual fiscal analysis on how much this will cost
23   the State of California in its current 2025-2026
24   cost.  Not to the 2021.  You can't -- it doesn't
25   make sense.
```

1            ASSEMBLY MEMBER BERMAN:  Well, I think

2    the recall was approximately $200 million, so

3    this will be over $200 million.

4            ASSEMBLY MEMBER TANGIPA:  Okay.

5            ASSEMBLY MEMBER BERMAN:  I think

6    somewhere between 200 and $250 million.

7            ASSEMBLY MEMBER TANGIPA:  Okay.  And so

8    with a rolling and looming $20 billion deficit

9    predicted by the LAO all the way until 2028, you

10   believe that it's within the right that the State

11   of California and this legislative body, not the

12   people who put it on the initiative -- when it

13   came to the recall election, that was done

14   through a citizens' initiative.  Nobody here did

15   that.

16           This is being done by us, the legislators

17   here.  Hang on.

18           ASSEMBLY MEMBER BERMAN:  By all means,

19   please.

20           ASSEMBLY MEMBER TANGIPA:  So --

21           ASSEMBLY MEMBER BERMAN:  I'll let you

22   pontificate as long as you want.

23           ASSEMBLY MEMBER TANGIPA:  Yeah.  Thank

24   you.  I appreciate that.

```
 1              Is, do you believe that that 200 -- and
 2   we can adjust cost for inflation -- $300 million
 3   is what a state in a massive deficit and a
 4   rolling deficit year over year predicted by the
 5   LAO is what this state should be spending money
 6   on?
 7              ASSEMBLY MEMBER BERMAN:  Can I answer?
 8              ASSEMBLY MEMBER TANGIPA:  Yes, sir.
 9              ASSEMBLY MEMBER BERMAN:  Thank you,
10   Mr. Tangipa.
11              ASSEMBLY MEMBER TANGIPA:  Thank you.
12              ASSEMBLY MEMBER BERMAN:  So, absolutely.
13   And the reason for that is because the damage
14   that this Republican Congress has done to the
15   State of California makes $250 million looks like
16   couch cushion change.
17              One of my communities that I represent,
18   Santa Clara county, is going to voters -- to the
19   ballot to try to recoup some of the over
20   $1 billion, over $1 billion just to the County of
21   Santa Clara, to their health system because of
22   Trump's big, beautiful bill and the decimation
23   that that is having that all nine Republican
24   Members of California's congressional delegation
25   voted on like a bunch of feckless followers.
```

SCANLAN
STONE

depos@scanlanstone.com
415.834.1114

Page 102

471

1          No matter the damage that is doing to
2    their communities, the billions of dollars that
3    the Republican Congress is taking away, and the
4    cost that that's having for Californians and
5    California taxpayers.
6          And so that's just Santa Clara county,
7    two million people, and it's over a $1 billion
8    hit that their healthcare system is taking that
9    the poorest residents of Santa Clara county rely
10   on just to get their basic healthcare.  Over
11   $1 billion.  Imagine the cost that this
12   Republican Congress is costing the entire State
13   of California.
14          So do I think that we should spend
15   $200 million for the opportunity to avoid
16   billions of dollars in Republican hits to our
17   budget?  I absolutely do.  And I'm curious to see
18   if voters will agree with me.
19          ASSEMBLY MEMBER TANGIPA:
20          ASSEMBLY MEMBER BERMAN:  Thank you.
21          ASSEMBLY MEMBER TANGIPA:  The biggest
22   thing that I'm looking at -- and, again, we've
23   had very, very little time, very little time.
24          The question for the Members that were on
25   the Citizens Redistricting Commission, how much



1   time on average did you spend when it comes to

2   developing maps?

3           MS. RAYA:  Well, we were the first

4   Commission.  And because the Voters Act for

5   Congress -- voted First Act for Congress passed

6   pretty late, we got the congressional map along

7   with the state legislative maps, and then we had

8   to do it one month earlier.  So I think in total

9   we had seven-and-a-half months.

10          ASSEMBLY MEMBER TANGIPA:  Seven-and-a-

11  half months.

12          MS. RAYA:  Yeah.  Which we worked pretty,

13  pretty long hours to meet the deadlines.

14          ASSEMBLY MEMBER TANGIPA:  How many

15  meetings do you think you can estimate around?

16          MS. RAYA:  We had about a hundred

17  meetings.  Some of them were dedicated public

18  input hearings and some of them were business

19  meetings.  We always had public input available

20  at those meetings.

21          ASSEMBLY MEMBER TANGIPA:  Thank you.  And

22  how many hours do you think?

23          MS. DYE:  It would be the same.

24          ASSEMBLY MEMBER TANGIPA:  Yeah.

25          MS. RAYA:  Yeah.



```
 1           MS. DYE:  The Commission was very
 2    diligent in all Members participating to the
 3    fullest.
 4           ASSEMBLY MEMBER TANGIPA:  What do you
 5    think were some of the best protections that the
 6    independent redistricting, you know, really
 7    implemented, you know, some of the rules and
 8    stipulations?  Can you go over that?
 9           Because when -- you know, I just have
10    very, very large, very large worries, especially
11    with this ACA, that not only does it open us up
12    for litigation just simply in the way that it's
13    written, but that we're going to do this and
14    then -- you know, some of us believe that we
15    should spend hundreds of millions of dollars for
16    something that will be sued and will be
17    challenged, or could be implemented, and then --
18    I mean, we don't even, it won't even work by
19    getting this onto the ballot.
20           And the big reason why I say that is
21    because when it states here that redistricting in
22    all the other states, so there's a portion of the
23    bill that talks about that this won't kick into
24    effect unless Texas, Florida and all the other
25    states, you know, don't redistrict unless court
```

1  ordered.  Unless court ordered.  That's in the

2  bill.

3        Texas on the 7th of July got a DOJ

4  notice, stated that they had a -- they had to do

5  something different.  So if they eventually get a

6  court order, and we come back to this, we're

7  going to do this ACA and it's not even going to

8  be able to be implemented because the rules and

9  stipulations under this ACA change that.

10        So the protections under the Independent

11  Redistricting Commission, can you speak to the

12  merits of that?

13        MS. DYE:  So when we talk about the CRC,

14  we talk about its independence, its transparency

15  and the fact that it's community centered.  So

16  the independence is that it's a multipartisan

17  Commission consisting of five Democrats, five

18  Republicans and four Independents.

19        And as you may have heard me mention, we

20  rotated the chair and the vice chair, so that

21  every meeting we switched it up so that no party

22  was in control at any time.

23        For transparency, everything we did was

24  in the light of day.  We drew lines in real time

25  when we could, especially during the refinement

1  period.  Every map that we asked -- we directed

2  our line drawing consultants to create was

3  immediately shared with the public.

4           People were allowed to comment as these

5  maps are being presented, and we would receive

6  that input and put it in the public input file.

7           The current Commission, by the way, has a

8  very nice dashboard showing all of the public

9  comment they got and interactive.  Wish we had

10 that technology back in 2011.

11          And then, finally, that it's a very

12 community centered process.  So the fact that we

13 had a hundred meetings that anyone could come and

14 testify, or they could email.  We were getting,

15 you know, tweets at the time, and, you know,

16 letters, hand-drawn maps, all kinds of different

17 public testimony that we all worked really hard

18 to read.

19          We had over, I think, 22,000 public

20 comments in our cycle.  I think the current

21 Commission had about 35,000 public comments,

22 thanks to new technology.  So that was a very

23 critical part, was this collaboration and

24 interaction with the public.

```
 1              ASSEMBLY MEMBER TANGIPA:  Yeah.  I spent
 2   a lot of time just listening into these
 3   commissions, and I could tell you that I truly,
 4   truly thank you for the sacrifice that you made
 5   to sit on there.  Because, I mean, I did it from
 6   a phone and I got to listen because I cared about
 7   my community.  This is before any political
 8   aspirations, any, any goals, just to listen into
 9   the Commission.
10              And it's something that I can say, you
11   know, as they drew the maps in real time, that's
12   a process, right?  That the maps have to be drawn
13   in public view and you can see the lines.  That's
14   part of the Redistricting Commission, right?
15              MS. DYE:  Yeah.  Just to be clear, the
16   initial maps, you know, we would give direction
17   in public to our line drawing consultants because
18   took a lot of computer crunching.
19              ASSEMBLY MEMBER TANGIPA:  Uh-huh.
20              MS. DYE:  And they would come back and
21   present them to make sure it was consistent with
22   our direction.  And those were available for the
23   public to view and comment on.
```

1          And when they were official draft maps,

2    they had to be posted for 14 days with no

3    changes.

4          ASSEMBLY MEMBER TANGIPA:  One of the

5    coolest things that I got to see is like which

6    communities would come out, and they'd all say,

7    keep us together and do all this.  And just to

8    see like the people of California really to just

9    say, like, have a vested interest.

10         CHAIR PELLERIN:  Yeah.  I think there's

11   no doubt that we support the work of the

12   Independent Redistricting Commission.

13         But if we could bring the conversation

14   back to the merits of the bill, that would be

15   great.

16         ASSEMBLY MEMBER TANGIPA:  Could you

17   continue on some of the transparency portions of

18   that and how the transparency is different

19   compared to the bill that we're seeing today?

20         MS. DYE:  Well, so live map drawing,

21   interactive map drawing, we were not allowed to

22   discuss redistricting matters outside of a public

23   meeting, so commissioners were barred from

24   discussing anything not in public.

1            CHAIR PELLERIN:  And I'd like to bring in

2    a Assembly Member Bennett.  You have a question?

3            ASSEMBLY MEMBER BENNETT:  Yeah, I just

4    have a question, and that is that, you know, when

5    you watch committees at the national level, and

6    oftentimes committees have some kind of time

7    limit on each member in terms of the amount of

8    time they get to talk, or else literally we could

9    keep going and asking more questions about

10   transparency and more questions about

11   transparency.

12            I'm just raising the question.  I would

13   propose that this issue may be one of those ones

14   where we need to have some kind of time limit.  I

15   want it to be fair, want everybody to have -- but

16   there's -- it is appropriate for legislative

17   bodies to at some point in time identify so a

18   Member can focus on their most important

19   questions before their time limit is up.

20            CHAIR PELLERIN:  Absolutely.  We're

21   trying to bring the conversation back to the

22   merits of the bill.

23            There's no doubt that we honor and

24   appreciate the work that you've done for our

25   state, but these are very uncertain and different



479

1  times now, and we're no longer governing in a

2  democracy.  So we are having to move quickly in

3  order to meet the timelines of doing this work

4  and giving the voters an opportunity to vote on

5  whether they support these maps or not.

6            Does any other Member have a question on

7  the content of the bill?

8            ASSEMBLY MEMBER TANGIPA:  But, Madam

9  Chair, I'm not done yet.

10           CHAIR PELLERIN:  Okay.  Okay.

11           ASSEMBLY MEMBER TANGIPA:  And so I

12  know --

13           CHAIR PELLERIN:  What is your question

14  about the merits of the bill?

15           ASSEMBLY MEMBER TANGIPA:  Yeah, yeah.

16  It's mainly I'm just trying to highlight the

17  transparency differences between the ACA and

18  that, so -- and I think it's --

19           CHAIR PELLERIN:  Let's focus on the

20  merits of this bill, on what's being proposed

21  today.

22           ASSEMBLY MEMBER TANGIPA:  Is a comparison

23  to the current iteration of what we do now to

24  what we're trying to do not to the merits of this

25  bill?  Is that what you're saying?

```
 1              CHAIR PELLERIN:  I think you've made your
 2   point on that.  And if we can ask any other
 3   questions about ACA 8, please do so.
 4              ASSEMBLY MEMBER TANGIPA:  And I
 5   completely agree, and I understand.  And, you
 6   know, I mean, I just tried to get a time limit on
 7   me for something that we just heard had thousands
 8   of hours of negotiation, thousands and thousands
 9   and thousands of hours, and community meetings,
10   hundreds of meetings.  And now I'm being
11   attempted to stop with 20 minutes of questioning.
12              CHAIR PELLERIN:  I'm just --
13              ASSEMBLY MEMBER TANGIPA:  Does that not
14   worry us?
15              ASSEMBLY MEMBER BENNETT:  Madam Chair --
16              ASSEMBLY MEMBER TANGIPA:  But when it
17   comes to the transparency --
18              CHAIR PELLERIN:  Excuse me.
19              Assembly Member Bennett.
20              ASSEMBLY MEMBER BENNETT:  It is always
21   appropriate for the Chair to identify when an
22   appropriate time limit has come.  That's normal
23   procedure.  So, yes, at some point in time.  I'm
24   not saying it's 20 minutes.  It's up to the
25   Chair.
```

```
 1            But the issue should be how much time is
 2   too much time for anybody to take to dominate so
 3   that we can go on and do the legislative
 4   business.
 5            ASSEMBLY MEMBER TANGIPA:  Yeah.
 6            ASSEMBLY MEMBER BENNETT:  So that
 7   somebody doesn't abuse this privilege that we all
 8   have to speak here.
 9            CHAIR PELLERIN:  Yes.  We have a lot of
10   work to do and we want to keep the questions to
11   the content and merits of the bill.
12            ASSEMBLY MEMBER TANGIPA:  Okay.  Well,
13   then I will continue, hopefully, Mr.  Berman.
14            ASSEMBLY MEMBER BERMAN:  It's up to the
15   Chair.
16            CHAIR PELLERIN:  Do you have another
17   question?
18            ASSEMBLY MEMBER TANGIPA:  I do.
19            ASSEMBLY MEMBER BERMAN:  Oh, perfect.
20            CHAIR PELLERIN:  Okay.
21            ASSEMBLY MEMBER TANGIPA:  Under the new
22   redistricting proposal, Fresno would be split
23   into four different congressional districts.  How
24   does that benefit the City of Fresno?
```



```
 1            CHAIR PELLERIN:  Okay.  Again, we're not

 2   doing the content of the districts.  This is

 3   about the ACA 8.  That is, putting the measure

 4   before the voters to do a constitutional

 5   amendment.  That is what we're talking about

 6   here.

 7            ASSEMBLY MEMBER TANGIPA:  ACA 8 is --

 8            ASSEMBLY MEMBER BERMAN:  (Inaudible) the

 9   other bill is going to be presented.

10            ASSEMBLY MEMBER TANGIPA:  The contents of

11   the bill in ACA 8, it states AB 604 and the maps.

12            CHAIR PELLERIN:  Uh-huh.

13            ASSEMBLY MEMBER TANGIPA:  How is that not

14   pertinent to this?

15            CHAIR PELLERIN:  Because I think we need

16   to be speaking to the author of that bill as far

17   as the map and the lines and what they're doing.

18            ASSEMBLY MEMBER TANGIPA:  There's a

19   direct line between what can be done.  So if --

20            ASSEMBLY MEMBER BENNETT:  Sorry.  I guess

21   I was just --

22            ASSEMBLY MEMBER TANGIPA:  -- if AB 604

23   doesn't pass, then ACA 8 no longer moves forward.

24   Because it can't, because it's written into the

25   legislation.  I'm trying to understand.
```

1          CHAIR PELLERIN:  Let's see if Assembly
2    Member Berman has a response.
3          ASSEMBLY MEMBER BERMAN:  I'll defer to
4    the authors of that bill when they present that
5    bill in front of this Committee, I'm guessing
6    around midnight, to give an opportunity to
7    discuss the specific line drawing of different
8    communities, like I mentioned about half an hour
9    ago.
10          ASSEMBLY MEMBER TANGIPA:  Okay.
11          CHAIR PELLERIN:  Thank you.
12          ASSEMBLY MEMBER TANGIPA:  So when will
13    the public comments be released to the Members of
14    the Committee and -- okay.
15          ASSEMBLY MEMBER BERMAN:  I'm sorry?
16          ASSEMBLY MEMBER TANGIPA:  When will the
17    public comments be released to the members of the
18    public?
19          ASSEMBLY MEMBER BERMAN:  That's not a
20    question for me.  That's up to the chair of the
21    Committee, so ...
22          CHAIR PELLERIN:  We're following the
23    typical procedures for comments, and those will
24    be -- they're not -- they're public to our

SCANLAN
STONE

depos@scanlanstone.com
415.834.1114

Page 115

484

1    Members, and then they will be made public after

2    the bill is processed.

3              ASSEMBLY MEMBER TANGIPA:  Okay.  How are

4    we supposed to vote on this, like when we haven't

5    even seen those public comments?

6              ASSEMBLY MEMBER BERMAN:  Well, you have

7    the five-page bill in front of you, and so I

8    think the -- what you are voting on is the bill.

9    It is not the public comments.

10             ASSEMBLY MEMBER TANGIPA:  So on that

11   five-page bill it states AB 604 and SB 280.

12             Okay.  Yeah.  It took me a little while

13   because.  Those are longer than this one.  It is.

14   Yeah.

15             ASSEMBLY MEMBER TANGIPA:  So on that

16   five-page bill it states AB 604 and SB 280.

17   Those bills are hundreds of pages long.  Since

18   they're attached to each other, have you read

19   those?

20             ASSEMBLY MEMBER BERMAN:  I have not read

21   every page of those bills.

22             ASSEMBLY MEMBER TANGIPA:  Okay.

23             ASSEMBLY MEMBER BERMAN:  Yeah.

24             ASSEMBLY MEMBER TANGIPA:  It took me a

25   little while because --

```
 1              ASSEMBLY MEMBER BERMAN:  I bet.  Those
 2   are longer than this one.
 3              ASSEMBLY MEMBER TANGIPA:  It is.
 4              ASSEMBLY MEMBER BERMAN:  Yeah.
 5              ASSEMBLY MEMBER TANGIPA:  So, you know,
 6   I'm just -- since they're attached to each
 7   other --
 8              ASSEMBLY MEMBER BERMAN:  Yeah.
 9              ASSEMBLY MEMBER TANGIPA:  -- they cannot
10   pass without the other one not passing.  I really
11   do think the merits of one or the other are very
12   important to that.
13              ASSEMBLY MEMBER BERMAN:  Uh-huh.
14              ASSEMBLY MEMBER TANGIPA:  And so is it
15   possible that these maps are struck down in
16   court, and we're about to spend hundreds of
17   millions of dollars because of the way that we've
18   done this with such urgency?
19              ASSEMBLY MEMBER BERMAN:  I'm not prepared
20   to predict what the courts might do.
21              ASSEMBLY MEMBER BENNETT:  Point of order.
22   Point of order.
23              CHAIR PELLERIN:  Okay.  Yes.
```

```
 1              ASSEMBLY MEMBER BENNETT:  Could I make a

 2   motion that every Member's time speaking here is

 3   limited to 25 minutes?

 4                   (Pause on the record.)

 5              CHAIR PELLERIN:  I'm trying to provide

 6   opportunity for people to speak to the measures

 7   and ask the questions that they have.

 8              I know this is a very fast-moving

 9   process.  I've already explained the reason why

10   we are moving quickly on this issue.  And I don't

11   want people to be abusing this opportunity to ask

12   pertinent questions related to the bills.

13              So give me one second here.

14                   (Pause on the record.)

15              CHAIR PELLERIN:  So I believe the

16   questions you've asked so far have been answered.

17   Do you have additional questions?

18              ASSEMBLY MEMBER TANGIPA:  Yes, ma'am.

19              CHAIR PELLERIN:  You may go ahead and ask

20   another one.

21              ASSEMBLY MEMBER TANGIPA:  Thank you.

22              Is there a work into the bill with the

23   fiscal cost of legal challenges?

24              ASSEMBLY MEMBER BERMAN:  I'm sorry, say

25   that one more time.
```



```
 1              ASSEMBLY MEMBER TANGIPA:  Is there a work
 2   into the bill for legal challenges that are --
 3   that I presume are going to show up left and
 4   right?
 5              ASSEMBLY MEMBER BERMAN:  Is there work in
 6   the bill?
 7              ASSEMBLY MEMBER TANGIPA:  Is there a --
 8   when lawsuits --
 9              ASSEMBLY MEMBER BERMAN:  Happen.
10              ASSEMBLY MEMBER TANGIPA:  -- happen --
11              ASSEMBLY MEMBER BERMAN:  Yeah.
12              ASSEMBLY MEMBER TANGIPA:  -- do we
13   have -- are we prepared for that with this ACA?
14              ASSEMBLY MEMBER BERMAN:  We have a very
15   robust Department of Justice that is prepared to
16   defend new laws that are passed by the
17   Legislature, yes.
18              ASSEMBLY MEMBER TANGIPA:  The way that
19   the districts are drawn, you know, it really
20   worries me that it makes it possible for us to
21   not just spend the $300 million to get this onto
22   the ballot, but then to open up our communities
23   and the State of California into more litigation.
```

```
 1            So when the lawsuits happen at the local
 2   county level as well, because they're split up,
 3   who's going to pay for that?
 4            ASSEMBLY MEMBER BERMAN:  Well, actually,
 5   a big distinction between these maps that were
 6   drawn in California and the maps that are
 7   currently being passed by the State of Texas, for
 8   example, are California's maps strictly abide by
 9   the Federal Voting Rights Act, which the Texas
10   maps don't.
11            And so we've actually put ourselves in a
12   very good position to defend the maps that have
13   been drawn because the Voting Rights Act and the
14   principles of the Voting Rights Act were taken
15   into very high consideration when those maps were
16   drawn.
17            ASSEMBLY MEMBER TANGIPA:  Well, that's
18   interesting.  The statement that you made is that
19   Texas did not follow that.
20            ASSEMBLY MEMBER BERMAN:  Correct.
21            ASSEMBLY MEMBER TANGIPA:  Okay.
22            ASSEMBLY MEMBER BERMAN:  It's bad.
23            ASSEMBLY MEMBER TANGIPA:  So does that
24   mean that Texas has to redraw?
```



```
 1              ASSEMBLY MEMBER BERMAN:  It depends on
 2   what the courts do.  I'm not a judge.
 3              ASSEMBLY MEMBER TANGIPA:  Okay.
 4              CHAIR PELLERIN:  Again, can we bring the
 5   conversation back to the merits of ACA 8?
 6              ASSEMBLY MEMBER TANGIPA:  This bill is
 7   written specifically triggering if Texas
 8   redistricts.
 9              CHAIR PELLERIN:  Right.
10              ASSEMBLY MEMBER TANGIPA:  So it's in the
11   bill.  The name Texas is in the bill.
12              ASSEMBLY MEMBER BERMAN:  So is the
13   question if Texas -- if Texas's maps are thrown
14   out, would this move forward?  Is that your
15   question?
16              ASSEMBLY MEMBER TANGIPA:  Well, maybe I
17   can ask -- I can ask your legal --
18              ASSEMBLY MEMBER BERMAN:  I'll go ahead
19   and ask.
20              ASSEMBLY MEMBER TANGIPA:  -- legal
21   counsel anyway.
22              ASSEMBLY MEMBER BERMAN:  But -- so the
23   question is, if -- just so I understand the
24   question --
25              ASSEMBLY MEMBER TANGIPA:  Uh-huh.
```

```
 1              ASSEMBLY MEMBER BERMAN:  -- if Texas's
 2   maps are determined to be unconstitutional by the
 3   courts --
 4              ASSEMBLY MEMBER TANGIPA:  Uh-huh.
 5              ASSEMBLY MEMBER BERMAN:  -- then would
 6   California -- would that trigger, actually
 7   trigger for the ACA?  I think that's the
 8   question.
 9              ASSEMBLY MEMBER TANGIPA:  Well, it
10   actually states if they get a court order, it
11   doesn't trigger it.
12              ASSEMBLY MEMBER BERMAN:  Well, that -- so
13   that was put in there, I believe, in regards to
14   some other states.  Maybe Ohio, is it --
15              ASSEMBLY MEMBER TANGIPA:  Yeah.
16              ASSEMBLY MEMBER BERMAN:  -- that --
17              ASSEMBLY MEMBER TANGIPA:  Florida.
18              ASSEMBLY MEMBER BERMAN:  -- has --
19              ASSEMBLY MEMBER TANGIPA:  Yeah, Florida.
20              ASSEMBLY MEMBER BERMAN:  -- has some
21   different situations.
22              For Texas, that's the Legislature.
23   There's no court.
24              And I know you alluded earlier to the
25   federal Department of Justice.  They're not a
```

```
 1   court, even though I know Trump wants them to be.
 2   And so that is not -- actually, when the DOJ
 3   sends a letter to Texas, that's not a court
 4   order.
 5           But if -- I believe your question is, if
 6   the Texas maps are thrown out by the courts,
 7   would California -- and no other state has passed
 8   a partisan gerrymander --
 9           ASSEMBLY MEMBER TANGIPA:  Yeah.
10           ASSEMBLY MEMBER BERMAN:  -- would
11   Texas -- would Californians move forward?  Am I
12   understanding just the crux of the question?
13           ASSEMBLY MEMBER TANGIPA:  Yes.
14           ASSEMBLY MEMBER BERMAN:  Great.
15           Do you have thoughts on that?
16           MR. SILVA:  The way the -- as you point
17   out, the way that the trigger works in the
18   measure is that it's only triggered if -- or it
19   would not be triggered if another state,
20   including Texas, is forced to redistrict -- is
21   required to redistrict by a federal court order,
22   so that's correct.
23           ASSEMBLY MEMBER TANGIPA:  So Texas
24   decided to stop and then they got a court order.
25   We would put this on the ballot, spend
```

```
 1  300 millions of dollars, and then we couldn't

 2  even redistrict because of that work in, right?

 3          ASSEMBLY MEMBER BERMAN:  Assembly Member,

 4  I agree with you that I wish Texas wasn't doing

 5  this.  And, you know, this was not on my bingo

 6  card a month ago when we broke for summer recess.

 7          But, unfortunately, under the edict of

 8  President Trump, Texas Republicans are rushing

 9  through --

10          ASSEMBLY MEMBER TANGIPA:  That's not

11  accurate.

12          ASSEMBLY MEMBER BERMAN:  -- a partisan

13  redistricting in --

14          ASSEMBLY MEMBER TANGIPA:  I think there

15  was a lawsuit, Petteway v. --

16          ASSEMBLY MEMBER BERMAN:  -- in Texas.

17          ASSEMBLY MEMBER TANGIPA:  -- Galveston

18  County --

19          ASSEMBLY MEMBER BERMAN:  I mean, I just

20  ask for the same common courtesy --

21          ASSEMBLY MEMBER TANGIPA:  Yeah.

22          ASSEMBLY MEMBER BERMAN:  -- that you

23  demanded.  Thank you, sir.

24          ASSEMBLY MEMBER TANGIPA:  But there was

25  a -- there was a --
```



1           ASSEMBLY MEMBER BERMAN:  And so -- I'm
2   sorry.
3           CHAIR PELLERIN:  Again, one person, one
4   person at a --
5           ASSEMBLY MEMBER BERMAN:  Madam Chair.
6           CHAIR PELLERIN:  One person at a time,
7   please.  Thank you.
8           ASSEMBLY MEMBER BERMAN:  And so when
9   Texas -- when Trump demanded -- I'm sorry, let me
10  get this straight.
11          When Trump said out loud that he was
12  entitled, entitled to five additional Republican
13  congressional districts in Texas -- which, for
14  the record, is an insane thing for any President
15  of the United States to think, let alone say out
16  loud.
17          But when he said that he was entitled to
18  five more Republican congressional districts in
19  Texas, and all the Texas legislators immediately
20  lined up to do whatever Trump wanted, that forced
21  us to put this together.  Not because we want to,
22  but because we have to.
23          And that's why the trigger language is
24  in, and that's why the trigger language is in the
25  constitutional amendment that says if Texas backs

```
 1   down -- which I really hope they do.  If Texas
 2   backs down from their partisan gerrymander, per
 3   the edict of Trump and his entitlements, then
 4   this will not go into effect.  And that's exactly
 5   why that's there.
 6             ASSEMBLY MEMBER TANGIPA:  And that's what
 7   I'm saying is, because of previous lawsuits like
 8   Petteway v. Galveston County, which went through
 9   in Texas at the Fifth Circuit Court of Appeals
10   and is now sitting on the docket for the Supreme
11   Court to weigh in on, that happened in Texas
12   claiming that some of their districts were seen
13   as unconstitutional.
14             That if they receive a court order -- and
15   this is why it's important to me.  If they
16   receive a court order because they back down and
17   stop, then we in the State of California are
18   about to spend $300 million to do nothing.
19             ASSEMBLY MEMBER BERMAN:  So --
20             ASSEMBLY MEMBER TANGIPA:  And that's the
21   part --
22             ASSEMBLY MEMBER BENNETT:  Madam Chair,
23   point of order.
24             CHAIR PELLERIN:  Okay.  I think -- all
25   right.  We have a point of order.
```

```
 1              ASSEMBLY MEMBER BENNETT:  This is a clear

 2   abuse -- this is an attempt to try to stretch

 3   this out.

 4              ASSEMBLY MEMBER TANGIPA:  This is very

 5   personal.

 6              CHAIR PELLERIN:  Okay.

 7              ASSEMBLY MEMBER BENNETT:  This is a clear

 8   abuse of the discretion that we all have --

 9              CHAIR PELLERIN:  Thank you.

10              ASSEMBLY MEMBER BENNETT:  -- in terms of

11   asking questions.

12              CHAIR PELLERIN:  I'm trying to be patient

13   with you, and you have been asking the same

14   questions over again, and your questions have

15   been answered.

16              ASSEMBLY MEMBER BENNETT:  Madam, can

17   we --

18              CHAIR PELLERIN:  This author is not

19   prepared to --

20              ASSEMBLY MEMBER BENNETT:  Can we move on

21   to other speakers?

22              CHAIR PELLERIN:  We're going to move on

23   to some other questions --

24              ASSEMBLY MEMBER TANGIPA:  Madam Chair --
```

496

1              CHAIR PELLERIN:  -- in regards to the

2    bill.

3              ASSEMBLY MEMBER TANGIPA:  -- this is very

4    important to me because of the cost.  And the

5    main reason why --

6              CHAIR PELLERIN:  And the cost has been

7    stated very clearly.

8              Does any other Member have a question in

9    regards to ACA 8?

10             ASSEMBLY MEMBER TANGIPA:  But there's --

11             CHAIR PELLERIN:  Excuse me.

12             ASSEMBLY MEMBER TANGIPA:  --

13    significantly more.

14             CHAIR PELLERIN:  Excuse me.

15             ASSEMBLY MEMBER TANGIPA:  Madam Chair,

16    please.

17             CHAIR PELLERIN:  Give me one minute,

18    please.

19             ASSEMBLY MEMBER TANGIPA:  My --

20             CHAIR PELLERIN:  I'm asking --

21             ASSEMBLY MEMBER TANGIPA:  This entire

22    break --

23             CHAIR PELLERIN:  Mr.  Tangipa --

24             ASSEMBLY MEMBER TANGIPA:  My sister --

```
 1              CHAIR PELLERIN:  I have one thing to say
 2   here.
 3              ASSEMBLY MEMBER TANGIPA:  -- was put on
 4   hospice because of Medi-Cal couldn't afford --
 5              CHAIR PELLERIN:  I'm asking to see if any
 6   other Member has questions in regards to this
 7   bill.
 8              ASSEMBLY MEMBER TANGIPA:  This last -- my
 9   sister was put on hospice because the State of
10   California couldn't afford to pay it anymore
11   because she was on Medi-Cal.
12              (Simultaneous speakers - inaudible.)
13              CHAIR PELLERIN:  Okay.  I do not -- I am
14   sorry for that.
15              We need to bring control back to this.
16   Hey.
17              ASSEMBLY MEMBER TANGIPA:  And so I'm
18   asking --
19              CHAIR PELLERIN:  I'm trying to get some
20   control here.
21              ASSEMBLY MEMBER TANGIPA:  -- for the
22   financials here.
23              CHAIR PELLERIN:  And you are speaking
24   when I'm asking you to please stop.  Just give me
25   one minute here.
```

```
 1              ASSEMBLY MEMBER TANGIPA:  Yes, ma'am.
 2              CHAIR PELLERIN:  I'm asking if any other
 3    Member has a question in relationship to ACA 8.
 4              We've given you plenty of time to ask
 5    questions and you're asking the same question
 6    over again.  The questions have been answered.
 7              Give me one second to see if anyone else
 8    has something to say.  Can you please yield the
 9    floor to somebody else for a minute?
10              ASSEMBLY MEMBER TANGIPA:  Am I able to
11    then return and ask more questions?  Because the
12    funding is important.  It's very important.
13              CHAIR PELLERIN:  And the funding has been
14    clearly stated.
15              ASSEMBLY MEMBER TANGIPA:  Okay.  But --
16              CHAIR PELLERIN:  So any other Member have
17    a question?
18              ASSEMBLY MEMBER TANGIPA:  But I have
19    another question for the funding for Fresno
20    county.
21              CHAIR PELLERIN:  Assembly Member Bennett.
22              ASSEMBLY MEMBER BENNETT:  Yes.  I have
23    two quick points.  Yes, every one of these issues
24    is important, funding, et cetera.
```

 1              But the other thing that's important is
 2    that we have a responsibility to meet certain
 3    time frames to be able to actually adopt
 4    legislation.
 5              And so it is appropriate for us to weigh
 6    all of these issues, the important issues of the
 7    bill, but also the timing issues that we have to
 8    operate under.  This is not the only bill that
 9    this Assembly is going to deal with.
10              But I mentioned a number of techniques
11    that autocrats use when they try to grab power,
12    and it is deceit and it is intimidation.  And
13    intimidation comes in lots of different forms.
14    It's militarization of civilian life.
15              But probably one of the most common
16    things being used is literally distraction of the
17    public with all kinds of other issues instead of
18    focusing on the basic fundamental issue.
19              And so we'll talk about how cool was the
20    redistricting that we did before.  We all agree
21    it was cool.  The question is, is that -- going
22    back to that, is that going to protect us from
23    this power grab by autocrats?
24              And that's what we have to make sure we
25    don't get distracted by the kabuki theater that's

1  going on that says, come up with anything you can

2  to distract people from the fundamental issue

3  here, a power grab by autocrats that can't be

4  fought by the old rules.

5          So we need two things.  One, to pay

6  attention to that, and to pay attention to the

7  fact that we have a certain amount of time to get

8  the legislative business done.  And it's

9  appropriate for us all to be limited into how

10  much time we get to talk because none of us --

11  even on the Assembly floor, we have a five-minute

12  rule.

13          Certainly in a committee, we could have

14  some kind of rule that says you don't get an

15  unlimited amount of time.

16          The Chair, I strongly request, will

17  assert that.  Thank you.

18          CHAIR PELLERIN:  Absolutely.  And I think

19  we've deliberated on this measure quite a bit.

20          Is there any other Member who has a

21  question?

22          Assembly Member Stefani.

23          ASSEMBLY MEMBER STEFANI:  Not so much a

24  question.  I just want to weigh in.  Thank you,

25  Madam Chair, for this hearing.

1          And I want to thank Assembly Member
2   Berman for presenting this bill.
3          And I just want to recognize and
4   associate myself with the comments of Assembly
5   Member Bennett in terms of the theater that we
6   are witnessing here.  It is absolute theater.
7          We all know, we all know how we feel
8   about what's happening in Texas.  You feel one
9   way, we feel another.  We are responding to what
10  Texas is doing.  That is all.  That is all that
11  is happening here.
12          We have a different idea on how to
13  respond to autocrats who want to basically
14  control this country in an unfair way by
15  redistricting in a way that completely avoids
16  voter input.  And that's what Texas is doing.
17  And that's why California is responding.
18          So don't sit here and play games when on
19  April 9th, 2025, when AB 1441 was before you by
20  Soria, which directed the County of Merced to
21  establish an independent citizens redistricting
22  commission to ensure fairly drawn districts that
23  take into account demographics and communities of
24  interest, when the Republicans on this Committee

```
 1  voted no.  So don't sit here and play games.  We
 2  know what's at stake.  Don't interrupt me.
 3            ASSEMBLY MEMBER TANGIPA:  Madam Chair,
 4  that is -- that is --
 5            ASSEMBLY MEMBER STEFANI:  Do not
 6  interrupt me.
 7            CHAIR PELLERIN:  No.
 8            ASSEMBLY MEMBER STEFANI:  You have had --
 9            CHAIR PELLERIN:  She is speaking.
10            ASSEMBLY MEMBER BERMAN:  Don't interrupt
11  her.
12            CHAIR PELLERIN:  We are letting her
13  speak.
14            ASSEMBLY MEMBER TANGIPA:  But I as --
15            CHAIR PELLERIN:  We are letting her
16  speak.
17            ASSEMBLY MEMBER STEFANI:  I am speaking
18  now.  I have not spoken yet.  Do not --
19            ASSEMBLY MEMBER TANGIPA:  Point of order.
20            ASSEMBLY MEMBER STEFANI:  -- interrupt
21  me.
22            ASSEMBLY MEMBER TANGIPA:  Point of order.
23            CHAIR PELLERIN:  No.
24            ASSEMBLY MEMBER STEFANI:  Do not
25  interrupt me.  I --
```

```
 1              ASSEMBLY MEMBER TANGIPA:  Point of --
 2    point of order.
 3              ASSEMBLY MEMBER STEFANI:  This is the
 4    Democrats' response --
 5              ASSEMBLY MEMBER TANGIPA:  Wait.  I --
 6              ASSEMBLY MEMBER STEFANI:  -- to what is
 7    happening --
 8              ASSEMBLY MEMBER TANGIPA:  But Madam
 9    Chair, you stated to me --
10              ASSEMBLY MEMBER STEFANI:  -- in Texas --
11              ASSEMBLY MEMBER STEFANI:  -- that I had
12    to remain on the purpose of the bill.
13              ASSEMBLY MEMBER STEFANI:  -- what might
14    happen in Ohio, what might happen in Missouri.
15    It's a blatant attempt --
16              ASSEMBLY MEMBER TANGIPA:  Point of order.
17              ASSEMBLY MEMBER STEFANI:  -- to control
18    the elections.
19              ASSEMBLY MEMBER TANGIPA:  Point of order.
20              ASSEMBLY MEMBER STEFANI:  And this is
21    California's response.
22              ASSEMBLY MEMBER STEFANI:  Point of order.
23              ASSEMBLY MEMBER STEFANI:  We have come up
24    with a way to respond and this is --
25              ASSEMBLY MEMBER TANGIPA:  Point of order.
```

```
 1            ASSEMBLY MEMBER STEFANI:  -- the bill
 2   that we are presenting today.
 3            You play stupid games, you get stupid
 4   prizes.
 5            ASSEMBLY MEMBER TANGIPA:  Point of order.
 6            ASSEMBLY MEMBER STEFANI:  And that's what
 7   you are doing.
 8            CHAIR PELLERIN:  What is your point of
 9   order?
10            ASSEMBLY MEMBER TANGIPA:  I was
11   constantly reminded to remain to the pertinence
12   of the bill.
13            What does that bill in Merced have
14   anything to do with this one?
15            And then I was constantly reminded,
16   whenever I brought up Texas, to remain to the
17   pertinence of the bill.  So I would ask the same,
18   please.  Thank you.
19            CHAIR PELLERIN:  Your point of voter was
20   not well-taken.
21            Assembly Member Stefani, do you have any
22   other comments?
23            ASSEMBLY MEMBER STEFANI:  I support this
24   bill, and I urge anyone that cares about
25   democracy to support it as well.
```

```
 1              CHAIR PELLERIN:  Is that a motion?
 2              ASSEMBLY MEMBER STEFANI:  We moved the
 3  bill already.
 4              CHAIR PELLERIN:  Okay.  We have a
 5  motion --
 6              ASSEMBLY MEMBER TANGIPA:  Madam Chair, I
 7  have questions.
 8              CHAIR PELLERIN:  -- and a second on the
 9  bill.
10              ASSEMBLY MEMBER TANGIPA:  Madam --
11              CHAIR PELLERIN:  We are trying to wrap up
12  the vote on this bill.
13              If any Member who has not spoken yet has
14  a question, please ask your question.
15              VICE CHAIR MACEDO:  Can I use the poster
16  boards that I brought?
17              CHAIR PELLERIN:  We have not gotten
18  approval for any props, so, no.
19              VICE CHAIR MACEDO:  I'm asking for
20  approval.
21              CHAIR PELLERIN:  No.
22              VICE CHAIR MACEDO:  Okay.  Well, I'll
23  tell you what's on the poster boards.  They're
24  great.  I'll show you at the press conference
25  after.
```

```
 1              California's Citizens Redistricting
 2   Commission was born out of voter frustration with
 3   politicians gaming the system for their own
 4   benefit.  Twice the people of California voted to
 5   take the power of drawing district lines away
 6   from the Legislature and give it to an
 7   independent body that operates with full
 8   transparency, open hearings, and strict rules, as
 9   we have heard, to prevent partisan
10   gerrymandering.
11              This reform was not handed down by
12   politicians.  It was demanded and approved by
13   voters.  We are dismissing the will of those
14   voters.  Now, Governor Newsom, Democrat party
15   bosses and Democrat lawmakers want to take the
16   power away from the voters.
17              Three measures, ACA 8, SB 280, and
18   AB 604, represent a coordinated effort to tear
19   down independent redistricting and hand power
20   back to the very politicians voters explicitly
21   rejected.  It is a blatant attempt to gerrymander
22   congressional districts for partisan gain.
23              Even worse, it would force taxpayers to
24   spend hundreds of millions of dollars on a
25   rushed, confusing special election at a time when
```

```
 1   California is already facing severe budget
 2   shortfalls and deep cuts to essential services
 3   like education, public safety, and healthcare.
 4           I have questions.  So ACA 8 cuts directly
 5   against the heart of California's democratic
 6   reforms.  Voters twice went to the ballot box to
 7   take redistricting power away.  So here are my
 8   questions.
 9           Voters enshrined independent
10   redistricting in the Constitution to prevent
11   politicians from rigging the system.  How does
12   ACA 8 comply with the constitutional ban on
13   favoring or discriminating against a political
14   party?
15           And really quickly, Mr. Berman --
16           ASSEMBLY MEMBER BERMAN:  By all means.
17           VICE CHAIR MACEDO:  -- who is your
18   client, sir?
19           CHAIR PELLERIN:  Let's stick to the
20   question.
21           VICE CHAIR MACEDO:  Well, he said he had
22   attorney-client privilege, so that's pertinent.
23           MR. SILVA:  I'm not here to talk about
24   who my client is.  I'm just here to talk about
25   the substance of the bill.
```

```
 1          CHAIR PELLERIN:  Okay.  Assembly Member
 2   Berman, please answer the question.
 3          ASSEMBLY MEMBER BERMAN:  So going back.
 4   So the question was, how does the constitutional
 5   amendment amend the Constitution to allow this to
 6   happen?
 7          VICE CHAIR MACEDO:  So there's a
 8   constitutional ban on favoring or discriminating
 9   against a political party.
10          ASSEMBLY MEMBER BERMAN:  And this is a
11   constitutional amendment.
12          VICE CHAIR MACEDO:  What language in this
13   is saying that you are reversing that
14   specifically?
15          MR. SILVA:  Well, the bill not withstands
16   any other provision of this Constitution.  So any
17   criteria that currently exist in the Constitution
18   regarding redistricting are suspended for
19   purposes of this redistricting.
20          VICE CHAIR MACEDO:  I understand.  But
21   what specific language, legal language, did you
22   put in there saying that we are now changing --
23   that we can now discriminate against a political
24   party?
```

1           ASSEMBLY MEMBER BERMAN:  I think he said

2    that, but I'm going to ask him to repeat it.

3           VICE CHAIR MACEDO:  Yeah.

4           MR. SILVA:  Yeah.  Again, the language in

5    this provision not withstands any other provision

6    in the Constitution, including the criteria that

7    you're identifying.

8           VICE CHAIR MACEDO:  So we're throwing the

9    Constitution in the trash and starting all over.

10   Why should --

11          ASSEMBLY MEMBER BERMAN:  We are --

12          CHAIR PELLERIN:  Your question's been

13   answered.

14          ASSEMBLY MEMBER BERMAN:  We are asking

15   voters --

16          VICE CHAIR MACEDO:  (Inaudible.)

17          ASSEMBLY MEMBER BERMAN:  We are asking

18   California's voters whether or not they want to

19   adopt this constitutional amendment,

20   notwithstanding what is currently in the

21   Constitution.  We are not doing that.  This does

22   not go into effect if the Legislature passes it.

23   Twenty million California voters have to vote to

24   approve the constitutional amendment.  That's the

25   system we have in California.

```
 1            VICE CHAIR MACEDO:  Yes, I got that.  So
 2  why should lawmakers override the will of the
 3  people who have twice told us that they want to
 4  keep the redistricting in the hands of the people
 5  that we have here testifying that have given
 6  wonderful reasons why it should stay there?
 7            ASSEMBLY MEMBER BERMAN:  I appreciate the
 8  question, and I think it's an important one.
 9            We, once again, are asking the voters
10  whether or not they want to approve this change.
11  So this is not the Legislature approving this
12  change.
13            This is the Legislature putting on the
14  ballot the opportunity for every California voter
15  in 2025 whether or not this is a change that they
16  approve.
17            And I know it was jokingly mentioned
18  earlier that my colleague and friend, Assembly
19  Member Tangipa, was not able to vote on the
20  original redistricting.  I don't think that's a
21  joke.
22            I think it's a very important point.  And
23  the point is that, since 2010, an estimated
24  3.6 million California voters have died, and
25  there are 6 million more Californians registered
```

1  to vote now than in 2010, including two very

2  important voices in California, you two, Vice

3  Chair Macedo and Assembly Member Tangipa.  You

4  did not have a voice in that decision.

5          Over half of registered voters in

6  California did not have a voice in that decision.

7  And so what we are saying is let's give

8  California voters in 2025, half of which weren't

9  even registered voters in 2010, a chance to have

10  their voice be heard.  And I can think of nothing

11  more democratic than doing that.

12          VICE CHAIR MACEDO:  So then why not a

13  census to see who we have in California, who's

14  registered to vote?

15          ASSEMBLY MEMBER BERMAN:  We did a census,

16  I believe, four years ago.

17          CHAIR PELLERIN:  Yes.  Thank you.

18          VICE CHAIR MACEDO:  Okay.

19          CHAIR PELLERIN:  Thank you.  All right.

20          VICE CHAIR MACEDO:  One more question.

21          CHAIR PELLERIN:  We've deliberated on

22  this measure --

23          VICE CHAIR MACEDO:  You have given other

24  Members plenty of time to speak.  Please --



```
 1              CHAIR PELLERIN:  How many more questions
 2    do you --
 3              VICE CHAIR MACEDO:  -- I have questions
 4    prepared.
 5              CHAIR PELLERIN:  Okay.  What other
 6    question do you have?
 7              VICE CHAIR MACEDO:  (Inaudible.)
 8              ASSEMBLY MEMBER TANGIPA:  And Madam
 9    Chair, I have some more questions as well.
10              CHAIR PELLERIN:  We are done with the
11    questions.  We're going to try to wrap this up
12    and put this to a vote.
13              ASSEMBLY MEMBER TANGIPA:  But --
14              CHAIR PELLERIN:  Macedo, please ask your
15    final question.
16              VICE CHAIR MACEDO:  My final question?
17    Madam Chair, I came prepared after you gave me 24
18    hours.  All I'm asking for is a little bit of
19    time.  You let Mr. Berman speak twice.  I'm
20    sorry, Mr. Bennett speak twice.
21              CHAIR PELLERIN:  Would you like to ask
22    your question or would you like to not?  Would
23    you like to ask your question?
24              ASSEMBLY MEMBER TANGIPA:  I would.
```

1          VICE CHAIR MACEDO:  I will absolutely ask

2    my question.  I'm sure these will be asked in a

3    courtroom, but this is ridiculous.

4          Governor Newsom himself said this

5    proposal is about electing more Democrats.  Isn't

6    that the very definition of partisan

7    gerrymandering voters sought to prevent?

8          ASSEMBLY MEMBER BERMAN:  We are asking

9    voters whether or not they want to have different

10   criteria used in determining the congressional

11   maps, and it'll be up to voters as to whether or

12   not they want to say yes or no.  That's the

13   beauty of this.

14         VICE CHAIR MACEDO:  Madam Chair, may I

15   proceed with my relevant questions?

16         CHAIR PELLERIN:  We have a motion and we

17   have a second.

18         ASSEMBLY MEMBER TANGIPA:  Madam Chair --

19         VICE CHAIR MACEDO:  Madam Chair, I'd like

20   to recess --

21         CHAIR PELLERIN:  We have deliberated this

22   measure --

23         VICE CHAIR MACEDO:  -- and bring in the

24   Chief Clerk --

25         CHAIR PELLERIN:  --for several hours.



```
 1            VICE CHAIR MACEDO:  -- to see if it's in
 2   line (inaudible).
 3            CHAIR PELLERIN:  We are calling this
 4   debate --
 5            ASSEMBLY MEMBER TANGIPA:  Madam Chair --
 6            CHAIR PELLERIN:  -- to conclusion.
 7            ASSEMBLY MEMBER TANGIPA:  Madam Chair,
 8   please --
 9            VICE CHAIR MACEDO:  You are not allowing
10   me to exercise my parliamentary right to speak.
11            CHAIR PELLERIN:  And with that --
12            ASSEMBLY MEMBER TANGIPA:  Madam, you
13   pontificated on transparency.
14            CHAIR PELLERIN:  -- I will go ahead and
15   allow the Assembly Member Berman --
16            VICE CHAIR MACEDO:  I (inaudible) last
17   night if we (inaudible).
18            CHAIR PELLERIN:  Excuse me.
19            ASSEMBLY MEMBER TANGIPA:  Madam Chair.
20            CHAIR PELLERIN:  This is not the way we
21   conduct our hearings.  Okay?
22            ASSEMBLY MEMBER TANGIPA:  It's not.
23            VICE CHAIR MACEDO:  It's not because
24   you're not answering my questions.
```


515

```
 1              ASSEMBLY MEMBER TANGIPA:  It's not the
 2  way.
 3          CHAIR PELLERIN:  I have allowed you --
 4              ASSEMBLY MEMBER TANGIPA:  This is not the
 5  way we --
 6          CHAIR PELLERIN:  -- plenty of time to ask
 7  your questions.
 8              ASSEMBLY MEMBER TANGIPA:  -- conduct our
 9  hearings.  This is an urgency that is being moved
10  through.
11          CHAIR PELLERIN:  I have allowed --
12              ASSEMBLY MEMBER TANGIPA:  So we --
13          CHAIR PELLERIN:  -- plenty of time for
14  you to --
15              ASSEMBLY MEMBER TANGIPA:  Madam Chair,
16  please.
17          CHAIR PELLERIN:  I have allowed you
18  plenty of time to ask your questions.
19              ASSEMBLY MEMBER TANGIPA:  I am still not
20  done.
21          VICE CHAIR MACEDO:  You have not allowed
22  me (inaudible).
23              ASSEMBLY MEMBER TANGIPA:  It took me a
24  long time --
```

```
 1            CHAIR PELLERIN:  I have allowed you
 2   plenty of time to ask your questions.
 3            ASSEMBLY MEMBER TANGIPA:  As the
 4   presenter stated (inaudible).
 5            CHAIR PELLERIN:  Assembly Member Berman,
 6   you may close.
 7            ASSEMBLY MEMBER TANGIPA:  Madam Chair,
 8   please.
 9            ASSEMBLY MEMBER BERMAN:  Out of respect
10   for my Republican colleagues --
11            ASSEMBLY MEMBER TANGIPA:  Madam Chair,
12   there are so many more questions.
13            ASSEMBLY MEMBER BERMAN:  -- I had a long
14   close prepared, but I am going to forego that --
15            ASSEMBLY MEMBER TANGIPA:  We do need to
16   know --
17            ASSEMBLY MEMBER BERMAN:  -- and just ask
18   for an aye vote.
19            ASSEMBLY MEMBER TANGIPA:  Madam Chair, we
20   asked you --
21            VICE CHAIR MACEDO:  Mr. Berman, would you
22   be willing to answer my questions that I have
23   prepared?
```

```
 1              ASSEMBLY MEMBER BERMAN:  I am following
 2    the direction of the Chair on how the Committee
 3    hearing will proceed.
 4              CHAIR PELLERIN:  We have to be
 5    respectful --
 6              ASSEMBLY MEMBER TANGIPA:  Mr. Berman, can
 7    you explain to me how spending --
 8              CHAIR PELLERIN:  We have to be respectful
 9    of people's times.
10              ASSEMBLY MEMBER TANGIPA:  -- $250 million
11    on the special election provides a greater public
12    health benefit than constructing egress routes
13    for our mountain communities?
14              (Simultaneous speakers - inaudible.)
15              CHAIR PELLERIN:  Okay.  Mr. Tangipa, you
16    have been asked to stop.  We are done --
17              ASSEMBLY MEMBER TANGIPA:  Mr. Berman, can
18    you explain to me how $250 million --
19              CHAIR PELLERIN:  -- with the questions
20    and the deliberation of this measure.
21              ASSEMBLY MEMBER TANGIPA:  -- for a
22    special election (inaudible).
23              UNIDENTIFIABLE SPEAKER:  I make a motion
24    (inaudible).
25              UNIDENTIFIABLE SPEAKER:  Second.
```

SCANLAN
STONE

depos@scanlanstone.com
415.834.1114

Page 149

518

```
 1              (Simultaneous speakers - inaudible.)

 2              UNIDENTIFIABLE SPEAKER:

 3              CHAIR PELLERIN:  Mr. Tangipa, you're out

 4    of order.

 5              ASSEMBLY MEMBER TANGIPA:  -- when they

 6    are overwhelmingly (inaudible).

 7              CHAIR PELLERIN:  Mr. Tangipa, you are out

 8    of order.

 9              ASSEMBLY MEMBER TANGIPA:  Mr. Berman, can

10    you explain to me how spending 200 --

11                   (Pause on the record.)

12              CHAIR PELLERIN:  Mr. Tangipa --

13              ASSEMBLY MEMBER BERMAN:  I appreciate

14    your passion.

15              CHAIR PELLERIN:  I know.

16              ASSEMBLY MEMBER BERMAN:  I appreciate

17    your passion.

18              CHAIR PELLERIN:  I mean, our hearts break

19    for you and your family.  I'm trying to -- I'm

20    trying to move this hearing along.

21              ASSEMBLY MEMBER TANGIPA:  (Inaudible.)

22              CHAIR PELLERIN:  I understand.

23              ASSEMBLY MEMBER BENNETT:  I call the

24    question.
```

```
 1              CHAIR PELLERIN:  We call the question.
 2    We have a motion.  We have a second.
 3              ASSEMBLY MEMBER TANGIPA:  I'm just trying
 4    to get the questions -- when it comes to the
 5    question --
 6              COMMITTEE SECRETARY:  Madam Secretary,
 7    please call the roll.
 8              ASSEMBLY MEMBER TANGIPA:  I care about
 9    the State of California.
10              COMMITTEE SECRETARY:  On ACA 8 by Rivas,
11    the motion is --
12              ASSEMBLY MEMBER TANGIPA:  -- and I think
13    that we should, too.  This money is very
14    important to me.  It's personal.
15              COMMITTEE SECRETARY:  -- be adopted and
16    be re-referred to the Committee on
17    Appropriations.
18              ASSEMBLY MEMBER TANGIPA:  And I care
19    about you.  I know you care.  We care.  We all
20    care.
21              COMMITTEE SECRETARY:  Pellerin?
22              CHAIR PELLERIN:  Aye.
23              ASSEMBLY MEMBER TANGIPA:  That's all
24    we're asking for.
25              COMMITTEE SECRETARY:  Pellerin, aye.
```



```
 1          Macedo?

 2          VICE CHAIR MACEDO:  No.

 3          COMMITTEE SECRETARY:  Macedo, no.

 4          ASSEMBLY MEMBER TANGIPA:  That's it.  And

 5   it worries me.

 6          COMMITTEE SECRETARY:  Bennett?

 7          ASSEMBLY MEMBER BENNETT:  Aye.

 8          COMMITTEE SECRETARY:  Bennett, aye.

 9          ASSEMBLY MEMBER TANGIPA:  It truly

10   worries me.

11          COMMITTEE SECRETARY:  Berman?

12          ASSEMBLY MEMBER BERMAN:  Aye.

13          COMMITTEE SECRETARY:  Berman, aye.

14          ASSEMBLY MEMBER BERMAN:  I get it.

15          COMMITTEE SECRETARY:  Solache?

16          ASSEMBLY MEMBER SOLACHE:  Aye.

17          COMMITTEE SECRETARY:  Solache, aye.

18          Stefani?

19          ASSEMBLY MEMBER STEFANI:  Aye.

20          COMMITTEE SECRETARY:  Stefani, aye.

21          Tangipa?

22          ASSEMBLY MEMBER TANGIPA:  No.

23          COMMITTEE SECRETARY:  Tangipa, no.

24          ASSEMBLY MEMBER TANGIPA:  It should worry

25   everybody.
```

```
 1            CHAIR PELLERIN:  That bill --
 2            ASSEMBLY MEMBER TANGIPA:  That's all I'm
 3  asking for.
 4            ASSEMBLY MEMBER BERMAN:  I hear you.
 5            CHAIR PELLERIN:  That bill passes five to
 6  two.
 7            VICE CHAIR MACEDO:  Without proper
 8  ability for us to ask questions.  Let that be
 9  reflected in the record.  I was given less than
10  five minutes to speak.
11            ASSEMBLY MEMBER TANGIPA:  I've got to pay
12  $2500 later today so she can be cremated.
13            CHAIR PELLERIN:  We're going to go ahead
14  and take a recess for 30 minutes.
15            ASSEMBLY MEMBER TANGIPA:  But the Medi-
16  Cal doctors won't sign off on it.
17            CHAIR PELLERIN:  This hearing --
18            UNIDENTIFIABLE SPEAKER:  Madam Chair,
19  (inaudible).
20            ASSEMBLY MEMBER TANGIPA:  The Medi-Cal
21  doctors will not sign off on it.
22            CHAIR PELLERIN:  Okay.  I don't know if
23  you can.
24            ASSEMBLY MEMBER SOLACHE:  Mr. Tangipa,
25  it's my turn to speak.
```

```
 1              ASSEMBLY MEMBER TANGIPA:  Is that not
 2  important?
 3              ASSEMBLY MEMBER BERMAN:  Mr. Tangipa,
 4  it's my turn to speak.
 5              ASSEMBLY MEMBER TANGIPA:  -- for me to
 6  just -- since I haven't had a chance --
 7                   (Pause on the record.)
 8              ASSEMBLY MEMBER TANGIPA:  And we've --
 9  everybody has seen this longer than me.
10              CHAIR PELLERIN:  Okay.  We're going to --
11              ASSEMBLY MEMBER TANGIPA:  Everybody has
12  seen this longer than me.
13              CHAIR PELLERIN:  Call for order here.
14  We've had enough --
15              ASSEMBLY MEMBER TANGIPA:  I've gotten the
16  least amount of time to even see this bill.
17              CHAIR PELLERIN:  We've had enough
18  comments taken out of order.
19              Solache, did you have a 30-second comment
20  you wanted to make?
21              ASSEMBLY MEMBER SOLACHE:  I do, Madam
22  Chair.
23              I just wanted to say that after the vote
24  that I casted today, I'm happy that Californians
25  will have a choice to vote how they feel,
```

```
 1  respecting everyone's opinion today, including
 2  those that support it and don't support this bill
 3  at today's public comment, and those that
 4  submitted.
 5          Californians will have a right at the
 6  ballot box to express and to vote their
 7  conscience.
 8          CHAIR PELLERIN:  Yes.
 9          ASSEMBLY MEMBER SOLACHE:  So every
10  Californian has a right, and I'm just happy to
11  support that.  Thank you.
12          CHAIR PELLERIN:  And we will now take a
13  30-minute recess.  Thank you.
14                      (Recess.)
15          CHAIR PELLERIN:  Good afternoon.  We will
16  go ahead and reconvene the August 19th, 2025
17  Assembly Elections Committee hearing.
18          We have two remaining items, one for a
19  vote SB 280 by Cervantes, and then we will be
20  doing an informational hearing only on AB 604.
21          And with that, in the spirit of ensuring
22  that everybody has time to speak, we have
23  expanded our witnesses to three minutes each.
```

```
 1            CHAIR PELLERIN:  The ME TOOs can take up
 2  to 30 seconds and we'll hold you accountable to
 3  that.
 4            For our members, we are going to limit
 5  debate to 15 minutes for you to present comments
 6  or questions.  So we have a lot of work to do
 7  today and we need to be moving forward.
 8            So with that, we will bring up our next
 9  author, Senator Cervantes.  And you may begin
10  when you're ready.
11            SENATOR CERVANTES:  Thank you Madam Chair
12  and Committee Members for the opportunity to
13  present Senate Bill 280 today, which calls for a
14  statewide special election on November 4th of
15  this year.
16            The special election would allow
17  California voters to consider an Assembly
18  Constitutional Amendment, ACA 8, which would
19  allow this Legislature to engage in a one-time,
20  mid-decade redistricting of our state's districts
21  in the U.S. House of Representatives.
22            The Citizens Redistricting Commission
23  would then be able to engage in its regularly
24  scheduled program, independent redistricting
25  process after the 2030 census.
```

SCANLAN
STONE

depos@scanlanstone.com
415.834.1114

Page 156

525

```
 1          SB 280 also appropriates the funding
 2   necessary for the Secretary of State and for our
 3   county registrars to administer the special
 4   election.
 5          The bill also makes the necessary
 6   statutory changes to allow the June 2026
 7   statewide primary election to be held on time.
 8          California did not start this fight.
 9   This fight came to us.  We are here because
10   President Trump and Republicans in Congress know
11   that their agenda is deeply unpopular and they
12   see the writing on the wall.
13          They know that the mass deportation
14   regime that uses secret police to kidnap
15   police -- people off our streets and into
16   unmarked vans goes against our American values.
17          They know that voters will hold them
18   accountable for the spending cuts they jammed
19   through Congress that strip healthcare away from
20   millions of Americans.
21          And they know that giving tax cuts to
22   billionaires while Trump imposes tariff taxes on
23   essential goods, such as coffee and bananas, will
24   continue to raise the cost of living for everyday
25   working families.
```

1          What Trump knows is that the only path
2    for Republicans to hold onto the House in the
3    midterms is to change the rules in the middle of
4    the game.  That is why in Texas and in other red
5    states, Republican legislators are preparing to
6    redraw their congressional maps so that
7    Republican politicians get to choose their
8    voters.
9          Again, Republican politicians get to
10   choose their voters instead of letting voters
11   choose their representative.  They want to
12   silence the voices of Latino voters, Black
13   voters, API voters, and LGBTQ voters.
14          Trump wants to change the rules of the
15   game in the fifth inning so that Republicans get
16   four strikes while Democrats get three.  Their
17   goal is simple, to rig congressional maps in
18   Republican states across our country to make it
19   impossible for Democrats to retake control of the
20   House of Representatives in 2026.
21          California cannot stand by while Donald
22   Trump dismantles our democracy piece by piece.
23   We will not let him determine the outcome of
24   future elections years in advance before any vote
25   is cast to prop up his authoritarian presidency.

1             And if you doubt that Trump is trying to
2  become a dictator, remember that he sent armed
3  federal agents to harass the peaceful press
4  conference that took place last week in LA with
5  Governor Newsom.
6             The truth of the matter is, if we let
7  Donald Trump get away with this rigging of
8  elections through gerrymandering, partisan
9  gerrymandering, we may not have free or fair
10 elections in the United States in the future.  If
11 Donald Trump pursues this partisan power grab,
12 then California is ready to respond.
13            Our plan will only go into effect if
14 Texas and other states move to redraw their
15 lines.  Again, our plan will only go into effect
16 if Texas and other red states move to redraw
17 their lines.
18            Trump can do the right thing today and
19 stand down and not move forward in redrawing
20 Congressional maps in Republican states, and
21 California's current districts will remain in
22 place.
23            Ultimately, this is our preferred outcome
24 because we do value the California's Independent
25 Redistricting Commission, which is the gold

1   standard of our country.  And this crisis shows

2   that we need to enact a nationwide citizens

3   nonpartisan commission.

4          If every state followed California's lead

5   and adopted these independent redistricting

6   commissions, or if Congress required this, we

7   wouldn't be in this crisis to begin with.

8   Gerrymandering would be a thing of the past.

9          Finally, I want to address Republican

10  Members of Congress from California.  You have

11  the power to stop this from happening.  The power

12  is in your hands.

13         I appeal to your better angles, but if

14  you refuse to listen to those angles, I will rely

15  on your ambition, your self-interest and your

16  desire to keep your House seats and your

17  paycheck.  You can ask President Trump to end

18  this now.  You can tell him to call off these

19  partisan gerrymanderings in Texas and other

20  states.

21         But if Trump decides to move forward with

22  his plan to steal Democratic seats, then

23  California will be the firewall.  We have

24  defeated authoritarianism before, and we will

25  defeat it again, but at the ballot box, with the

1  voters in the state of California making the

2  ultimate decision on November 4th, 2025.

3        Today we have two witnesses testifying in

4  support.  I'll allow them to self-identify.

5        CHAIR PELLERIN:  And you each have three

6  minutes.

7        MS. HICKS:  Thank you.  Thank you, Madam

8  Chair.  Thank you Members.

9        I am Jody Hicks, the CEO and President of

10 Planned Parenthood Affiliates of California, here

11 representing all seven affiliates and over 100

12 health centers throughout the State of

13 California.

14        And I'm here in strong support to this

15 measure and to California's response to President

16 Trump, to Texas Republicans, to any state that's

17 planning to game the 2026 midterm elections.  And

18 I just want to point out why.

19        I know this Committee has already heard a

20 lot about the Commission.  I'm sure there'll be

21 more conversation about that.

22        What I want to talk about is the impact

23 of what's happening to Californians, to

24 California values.  With HR 1 that just passed,

25 California -- over three-and-a-half million

```
 1  people will be without healthcare.  Planned
 2  Parenthood was effectively defunded in that bill
 3  for all of the services that Planned Parenthood
 4  provides, whether that's cancer screenings or
 5  birth control or even prenatal care.
 6          Stripped all of the funding from Planned
 7  Parenthood in an attempt to try and reduce access
 8  to reproductive healthcare in the state of
 9  California, despite the fact that 67 percent of
10  Californians voted to ensure that, in our
11  California Constitution, Californians have access
12  to reproductive healthcare.
13          So our intent is to go up and down the
14  state and talk about the impact of what happened
15  in HR 1.  And what we know is, when Californians
16  understand that access to healthcare, when their
17  very values are at stake, they will respond and
18  they will hold Members accountable.  But that
19  can't happen if another state is rigging the
20  election before those votes even occur.
21          You know, f we were able to have our gold
22  standard across every state in the state of
23  California -- or in the country of the United
24  States, we wouldn't be having this conversation.
```

```
 1   We'd be talking to voters the way that we want
 2   to.
 3          But that's just not the case.  And
 4   sending this to the voters, letting them decide
 5   how they want to respond to what another state is
 6   doing to try and hold on to power.
 7          So there's no way to react to what is
 8   affecting their very lives, to what is affecting
 9   their healthcare, to what is affecting the very
10   values of California.
11          We have a gold standard.  We are the
12   model with our Independent Redistricting
13   Commission.  But guess what?  We are the model
14   for our values here, too.  We are a model for how
15   we value diversity, for how we value
16   inclusivity --
17          CHAIR PELLERIN:  If you could wrap up,
18   please.
19          MS. HICKS:  -- and for how we value
20   access to healthcare, including reproductive
21   healthcare.  And we are a reproductive freedom
22   state, and voters deserve to vote on that.  Thank
23   you.
24          CHAIR PELLERIN:  Next witness.  You have
25   three minutes.
```

1          MR. CURTIN:  Okay.  Danny Curtin,

2    California Conference of Carpenters.  Whoopsie

3    Daisy.  Thank you.

4          You've all heard from me before not too

5    long ago.  Danny Curtin with the Carpenters

6    Union.

7          I want to reiterate that we didn't come

8    here because we were joyfully approaching this

9    problem.  There's no question that this was

10    triggered by the President for reasons that we

11    all understand.

12          The impacts of what's been happening in

13    the past on this administration, but also the

14    impacts of what happens in the future is really

15    what's at point, the discussion point here.

16          The targeted tax on California workforce

17    is one of the most disturbing portions of this

18    for me.  We are in the midst of a housing crisis

19    that's dividing us like no other crisis.  And we

20    have plenty more to think about, water, energy,

21    you name it.  And that housing crisis is

22    primarily private sector housing, which is not

23    being produced at the rate it needs to be

24    produced.

```
1            And now we have armed battle ready --  I
2   don't know what they are.  They're not
3   identifying themselves.  In some cases, they're
4   wearing masks.  And I call them Rambo wannabes.
5   Attacking people on the job sites, going to
6   places where people go to work.  And the industry
7   that's going to get most impacted by this, among
8   others, is construction and housing construction.
9            That is the number one issue in terms of
10  what's dividing Californians and causing part of
11  this massive political rift.  Not just housing,
12  but ag, restaurants, hospitality.  You know the
13  differences here.
14           The cuts in healthcare were well laid
15  out.  This is not insubstantial in what's going
16  on and what we're fighting about.  And I want to
17  keep the focus on what we're fighting about, not
18  the specific details.
19           I believe all of this is done
20  constitutionally.  We have the right to take a
21  whack at this, give it to the voters.  Other
22  states have it, too.  But we can't sit here and
23  just let it go in one direction because of
24  possible ramifications.
```

1           One or two more little things.  So far,
2    the Congress -- Senate and Congress has been
3    relatively supine in regards to the Trump agenda.
4    Now, they were elected and that happens.  And a
5    lot of people don't like it, and a lot of people
6    like it.
7           But it's the next election that's going
8    to matter now.  And for Donald Trump to get up
9    and say publicly, like he did a couple of things,
10   while he's claiming the elections in 2020 were
11   rigged, he is now openly, on behalf of the
12   Republicans -- I heard this again on the radio
13   today -- on behalf of the Republicans going
14   after -- he's going to put an executive order
15   attacking vote by mail.  Because, he says, more
16   Democrats vote by mail than more Republicans vote
17   by mail.  How can you not respond to that in a
18   political manner?
19          We don't like it.  We don't really want
20   to see it happen.  But there is no option if it's
21   going to be a one-way street.  And that's what's
22   happening.  He's saying it openly and there's no
23   mystery here.  And I appreciate the dilemma --
24          CHAIR PELLERIN:  Please wrap up.

1          MR. CURTIN:  Okay.  I appreciate the
2     dilemma that some of our Members here feel that
3     they are in.  I really do.  Makes life very
4     complicated.  But we just can't sit around and
5     let that agenda continue without people pushing
6     back.  So thank you.
7          CHAIR PELLERIN:  Okay.  We'll now open it
8     up to the mic.  If anybody in support of SB 280
9     can come up to the mic.  And we are extending 30
10    seconds to you as well.
11         MR. HANNA:  Thank you, Madam Chair,
12    Members.  J.P. Hanna on behalf of the California
13    Nurses Association, representing over 100,000
14    registered nurses in California.
15         Nurses are unequivocally committed to
16    blocking the over -- authoritarian overthrow of
17    our democracy.  These attacks on our democracy
18    are much bigger than Texas.
19         They are a power grab for the billionaire
20    elite at the expense of our patients, the working
21    class and the communities that we advocate for
22    every day.
23         We thank you for bringing this measure
24    forward and proudly stand in strong support.
25    Thank you.

 1          MR. KUMAR:  Thank you, Chair Pellerin and
 2  Members of the Committee.  Keshav Kumar with
 3  Lighthouse Public Affairs on behalf of
 4  Reproductive Freedom For All.
 5          We are in strong support on behalf of our
 6  4 million members across every single
 7  congressional district in this country, and we
 8  think that this is the moment and that California
 9  is meeting that moment.
10          We thank you, especially.  We thank Chair
11  Senator Cervantes, and we thank Mr. Berman.
12  Because the leadership that you have demonstrated
13  today is so powerful, and the rest of the country
14  is watching in appreciation.
15          MS. CHOU:  Hi.  Annie Chou with the
16  California Teachers Association representing
17  310,000 members in support.
18          There's been, you know, aspersions cast
19  against CTA, telling me to stay in my lane.
20          I want to make it super duper clear that
21  federal funding funds everything that happens in
22  a school site, whether it be mental health
23  services for kids, free and reduced meals.
24  Whether it be, you know, IDA funding.  There's a
25  lot of things that are critically important to

1   CTA's mission, and that's why CTA is very much in

2   this lane.  So thank you so much.

3          MS. HINES-SHAIKH:  Honorable Chair and

4   Members, Amy Hines-Shaikh for UDW AFSCME Local

5   3930 and their 200,000 IHSS members in strong

6   support in defending our Medi-Cal recipients and

7   providers, and also UNITE HERE! Local 11 and

8   their 32,000 hospitality members in Orange

9   county, Riverside, San Bernardino and Los Angeles

10  county.  Thank you.

11         MR. BARREIRO:  Thank you, Chair and

12  Members.  Sandra Barreiro on behalf of SEIU

13  California, representing over 750,000 frontline

14  essential workers who couldn't be here today

15  because they are busy working and serving their

16  communities.

17         All of them have been targeted by the

18  Trump administration's steamrolling of the

19  democratic principles that our country is

20  supposed to stand for.

21         So SEIU is proud to support this bill

22  because we can't stand by while Texas and Trump

23  manipulates our election.  It's the most

24  democratic district setting process ever proposed

25  by a state.  And unlike Texas --

 1          CHAIR PELLERIN:  Thirty seconds.  Thank
 2  you.
 3          MS. BARREIRO:  Thank you.
 4          MR. HART:  Good afternoon.  Kaden Hart on
 5  behalf of Lieutenant Governor Eleni Kounalakis in
 6  support.
 7          MS. NIELSEN:  Good afternoon.  Julie
 8  Nielsen on behalf of the National Union of
 9  Healthcare Workers in strong support of this
10  important measure.  Thank you.
11          MS. COLES:  Good afternoon.  Krystal
12  Coles.  I'm a state worker with Housing and
13  Community Development.  I'm also on the board of
14  directors for SEIU Local 1000 in strong support
15  for the fight for our democracy.  Thank you.
16          MS. HILL:  Good afternoon.  My name is
17  Constance Hill.  I'm with SEIU 2015.  I'm also an
18  in-home support caregiver/provider.  I strongly
19  support.
20          I'm representing all those who are not
21  here, but I'm here standing in solidarity with my
22  brothers and sisters here.  Thank you.
23          MS. MOK:  Tiffany Mok on behalf of CFT, a
24  union of educators and classified professionals.

```
 1  We stand here reluctantly, but are very proud to
 2  stand to defend our democracy and fairness.
 3            Our educators teach about fairness and
 4  democracy, and we have seen nothing but incessant
 5  attacks, whether it's $1 billion that's being
 6  demanded at UCLA by our lecturers there, through
 7  the special ed cuts that we see and mental health
 8  problems that are our educators and our students
 9  see that are being threatened by federal funding.
10            CHAIR PELLERIN:  Thirty seconds.  Thank
11  you.
12            MS. MOK:  Thank you.
13            MR. GUSMAN:  Good afternoon.  Connor
14  Gusman on behalf of Teamsters California in
15  support.  Thank you.
16            MS. FLOCKS:  Madam Chair, Members, Sarah
17  Flocks, the California Federation of Labor
18  Unions.  We represent 2.3 million union members
19  across the State of California, and we are in
20  strong support.  Thank you.
21            MS. QUINTERO:  Hello again.  Analisa
22  Quintero from SEIU Local 1000.  I'm here in
23  support because our state workers deserve fair
24  representation, just like all workers across
25  California.
```



```
 1              CHAIR PELLERIN:  We will now move on to
 2    the primary witnesses in opposition.
 3              VICE CHAIR MACEDO:  Madam Chair, while
 4    we're waiting for those witnesses to come up, I
 5    have a motion.
 6              CHAIR PELLERIN:  Yes.
 7              VICE CHAIR MACEDO:  I would like to
 8    motion to refer to Judiciary SB 280 and then to
 9    the Appropriations Committee.
10              ASSEMBLY MEMBER TANGIPA:  Second.
11                   (Pause on the record.)
12              CHAIR PELLERIN:  Okay.  We have a motion
13    and a second to double refer this bill to
14    Judiciary Committee.
15              And Madam Secretary, please call the roll
16    on that.  Takes a majority vote.
17              COMMITTEE SECRETARY:  Pellerin?
18              CHAIR PELLERIN:  No.
19              COMMITTEE SECRETARY:  Pellerin, no.
20              Macedo?
21              VICE CHAIR MACEDO:  Aye.
22              COMMITTEE SECRETARY:  Macedo, aye.
23              Bennett?
24              ASSEMBLY MEMBER BENNETT:  No.
25              COMMITTEE SECRETARY:  Bennett, no.
```

```
 1              ASSEMBLY MEMBER BERMAN:  No.

 2              COMMITTEE SECRETARY:  Berman, no.

 3              Solache?

 4              ASSEMBLY MEMBER SOLACHE:  No.

 5              COMMITTEE SECRETARY:  Solache, no.

 6              Stefani?

 7              ASSEMBLY MEMBER STEFANI:  No.

 8              COMMITTEE SECRETARY:  Stefani, no.

 9              Tanipa?

10              ASSEMBLY MEMBER TANGIPA:  Aye.

11              COMMITTEE SECRETARY:  Tangipa, aye.

12              CHAIR PELLERIN:  That motion fails two to

13   five.

14              The primary witnesses in opposition,

15   would you like to come forward?

16              Anybody in the room who would like to

17   step up to the mic and state your name, and 30

18   seconds of time.  Anybody in opposition, give you

19   opportunity speak.

20              MR. BOLOG:  Thank you much for the 30

21   seconds.  It's very generous and it's refreshing.

22              My name is David Bolog.  I am AFL CIO

23   union member affiliate, and I represent the

24   California GOP Union Caucus.  I also represent
```

1   Serving Family Values and Moms for Liberty.  We

2   are opposed to this bill.  Thank you.

3          MS. ARIS:  Hello.  My name is Amber

4   Arias.  I'm standup ministry leader with Calvary

5   Chapel, Solano county.

6          And I believe that this is very redundant

7   and retaliatory.  And just because other states

8   don't want to play fair does not negate the fact

9   that California Legislature has sworn an oath to

10  uphold integrity and the Constitution of the

11  United States.  And with that, I oppose this

12  bill.  Thank you.

13         MS. RENTERIA:  My name is Porphyria

14  Renteria, and I'm in opposition of this bill.

15         MS. GONALEZ:  Hello.  My name is Rosa

16  Gonzalez and I am a mother, and I am in

17  opposition of this bill.

18         MS. MIXON:  My name is Christina Mixon,

19  and I am a mother, and I am in opposition of this

20  bill.

21         CHAIR PELLERIN:  Thank you so much.

22         We will now bring the questions and

23  discussion back to the Committee.

24         Any Member -- Assemblymember Stefani.



```
 1              ASSEMBLY MEMBER STEFANI:  Thank you,
 2    Chair Pellerin.
 3              I'm just wondering if there's anyone from
 4    the California Association of Clerks and Election
 5    Officials that can comment on their opinion of
 6    this bill.
 7              CHAIR PELLERIN:  All right. So it looks
 8    like we do have someone here from California
 9    Association of Clerks and Election Officials.
10              You could come up and sit here at the
11    desk and give us the perspective from the
12    counties on -- so go ahead and ask.
13              VICE CHAIR MACEDO:  Can I ask that the
14    your witnesses identify themselves that are with
15    you as well that were not introduced previously?
16    There's two gentlemen.
17              UNIDENTIFIABLE SPEAKER:  Oh, yes,
18    certainly.
19              MR. WILLIS:  Good afternoon.  My name is
20    Tom Willis with the law firm of Olson Remcho.
21    I'm kind of replacing Aaron Silva.
22              VICE CHAIR MACEDO:  Who are you here
23    representing?
24              ASSEMBLY MEMBER STEFANI:  I think this is
25    int response to --
```



```
 1            CHAIR PELLERIN:  (Inaudible.)
 2            MR. SALINAS:  I'm the Center's
 3  Legislative Director.
 4            CHAIR PELLERIN:  Okay.  All right.  So do
 5  you have a question or --
 6            ASSEMBLY MEMBER STEFANI:  Just wanting to
 7  get your perspective on this, given that there
 8  will be a huge undertaking, and I want to find
 9  out what the organization is thinking about it.
10            MR. SALINAS: Yes.  Okay.  Thank you very
11  much, Madam Chair and Committee Members.
12            Jesse Salinas.  I am the assessor, clerk,
13  recorder and registrar of voters for Yolo County.
14  I'm also serving as president of the California
15  Association of Clerks and Election Officials.  So
16  very honored to be here.
17            Thank you very much for the question.
18  And I can share with you that we are working
19  diligently.  We're a very -- collection of highly
20  skilled professionals that are preparing for this
21  election, this pending election that's coming up.
22  And we are working diligently right now in
23  preparing for the election and identifying the
24  necessary sites and locations and preparing
25  accordingly with that.
```

```
 1            We also are working closely with the
 2   Secretary of State's office on follow-up details
 3   to ensure that this election is run as
 4   efficiently and effectively as possible moving
 5   forward.
 6            CHAIR PELLERIN:  Thank you so much.
 7            Any other questions or comments from
 8   Committee Members?
 9            Vice Chair Macedo.
10            VICE CHAIR MACEDO:  I will leave my
11   feelings on this out of this because I have 15
12   minutes and I want to make sure that I get my
13   questions answered.
14            How can the Legislature justify spending
15   235 million on a rush special election when core
16   programs like education, healthcare and wildfire
17   prevention are being cut?
18            SENATOR CERVANTES:  So first off, I want
19   to say we're in this crisis because of the
20   federal administration.  And this election is
21   going to cost as much as a new ballroom that
22   President Trump wants to build at the White
23   House.
24            VICE CHAIR MACEDO:  We have the fourth
25   largest economy in the world and a large budget,
```



```
 1   so we can't figure out how to fund those things.
 2   We're expecting the federal government to do
 3   that.
 4          My next question is, why was this urgency
 5   election necessary when no genuine emergency
 6   exists?  The Governor has not declared a State of
 7   Emergency.
 8          Just feeling like we should sound the
 9   alarm this is not enough to do so.  There's an
10   urgency clause in here.
11          SENATOR CERVANTES:  Again, this is a
12   crisis brought upon us because of what the State
13   of Texas is doing.  If they would pull back their
14   measure, we would not be moving forward today
15   with this urgency.  It is a crisis what is
16   happening to our families and our neighborhoods.
17   This is how Californians have a direct response
18   in what is occurring and the future that they
19   want to see for this country.
20          VICE CHAIR MACEDO:  So because you feel
21   that way, but no real emergency has been
22   declared.
23          How will counties be reimbursed for these
24   costs?
```

```
 1            SENATOR CERVANTES:  The Department of
 2   Finance will determine the cost for this
 3   election.  That will be through the Secretary of
 4   State, as well as to the county registrars to
 5   administer the election on November 4th.
 6            VICE CHAIR MACEDO:  Will they be paid in
 7   full up front or left to bear the burden
 8   themselves?
 9            SENATOR CERVANTES:  The Secretary of
10   State -- I know perhaps we have folks here or
11   Madam Chair.
12            CHAIR PELLERIN:  My understanding is the
13   counties will be paid up front.
14            VICE CHAIR MACEDO:  Is that in the
15   language of the bill?  Because counties like mine
16   won't be able to do the election to the extent
17   necessary.
18            CHAIR PELLERIN:  As a former county
19   elections official, this is something I care very
20   deeply about.  And we want to make sure the
21   counties are made whole and they receive the
22   funds up front.
23            VICE CHAIR MACEDO:  So can we get that in
24   the bill?
25            SENATOR CERVANTES:  It is in the bill.
```



```
 1              CHAIR PELLERIN:  It is stated as so.
 2              VICE CHAIR MACEDO:  Okay.
 3              SENATOR CERVANTES:  It is very clear that
 4     counties will be made whole to administer the
 5     election on November 4th.
 6              VICE CHAIR MACEDO:  Okay.  Just wanted to
 7     make sure that my county, who's very rural, is
 8     going to be taken care of.
 9              You made a really great point that I have
10     questions, but I do want to mention that you talk
11     about disenfranchising minority in communities.
12              At the Independent Redistricting
13     Commission hearings, they have translators
14     available.  To my knowledge, we have no
15     translators available for this hearing, so talk
16     about disenfranchising minority communities.
17              What assurance do counties have that they
18     will not be subject to unfunded mandates by being
19     forced to carry out this rush process?
20              SENATOR CERVANTES:  Again, it is stated
21     in the bill and the analysis of the bill.
22              VICE CHAIR MACEDO:  Can you point to the
23     exact language in the bill, or your attorney?
24              SENATOR CERVANTES:  You have the analysis
25     before you.
```

```
 1              VICE CHAIR MACEDO:  I'm not asking for
 2    the analysis.
 3              SENATOR CERVANTES:  And we are making
 4    sure that --
 5              VICE CHAIR MACEDO:  I'm asking for the
 6    bill language.
 7              SENATOR CERVANTES:  The Department of
 8    Finance will determine the cost of this election.
 9    And at the end of the day, we are going to ensure
10    that the counties will have everything that they
11    need to conduct a special election on
12    November 4th.
13              VICE CHAIR MACEDO:  Okay.  And I
14    appreciate that.  I appreciate that you're saying
15    that.
16              What I am asking for is verbiage in
17    legislation.  And you have an attorney next to
18    you that I'm sure participated in the drafting of
19    this, as well as your leg director.  I'm asking
20    for not just your testimony saying, we promise
21    this is going to happen.  I'm asking -- and not
22    in the analysis, because that's not legally
23    binding.  I'm asking --
24              CHAIR PELLERIN:  I got it right here.
25              VICE CHAIR MACEDO:  Okay.
```

```
 1            CHAIR PELLERIN:  Section 4(a) says, it is
 2   the intent of the Legislature to ensure counties
 3   have sufficient funding to effectuate the
 4   November 4th, 2025 special statewide election.
 5            An amount is hereby appropriated from the
 6   General Fund to the controller for the actual and
 7   reasonably necessary costs as determined by the
 8   Director of Finance for the counties to conduct
 9   that November 4th, 2025 statewide special
10   election.
11            Again, this is not a Appropriations
12   Committee.  The funding issues will be addressed
13   in that Committee.
14            We are policy, so let's move our
15   questions back to policy.
16            VICE CHAIR MACEDO:  And this is a funding
17   a special election bill.
18            So my -- I'm glad that you read that
19   aloud.  So we have intent language.  We know how
20   much that's legally binding.  We have, I'm sure,
21   attorneys in the room that can tell us that.
22            Can counties realistically administer a
23   statewide redistricting election on such a
24   compressed timeline that you talked about without
25   errors, lawsuits or disenfranchisement?
```



1          MR. SALINAS:  So we have actually had

2    some tight timelines in the past and this is

3    going to be a challenge.  There's no question

4    there's going to be challenging administrative

5    challenges to this election.

6          But I think in working with what

7    guidelines we have and in working with the

8    Secretary of State's office on looking at some

9    details, that we can work collectively to book

10   this election.  We've done a lot of successful,

11   difficult elections in the past.  I remind

12   everybody of the 2020 election, which was a

13   general election under COVID, and we were able to

14   do amazing work.

15          And I know I have the highest confidence

16   in my colleagues across the state, that they will

17   be successful in making it happen with -- as long

18   as these details that we're working through is --

19   are finalized and can be done in a timely

20   fashion.

21          VICE CHAIR MACEDO:  What is the shortest

22   timeline you've pulled an election together and

23   been successful?

24          MR. SALINAS:  When I think about the

25   timing -- good question.  I don't think I can

1  tell you of a specific timeline of what we've

2  done.  Typically we like to have additional

3  timing.

4       That's why in the legislation, one of the

5  things we did ask for is for E minus 88 cutoff in

6  the legislation, which was helpful for us because

7  that gives us time to start preparing and not

8  have other add-ons to the legislation.  So that

9  was really appreciated on behalf of the Members.

10      So there's not a specific timeline that I

11 can tell you.  The earliest that I've ever run an

12 election, I think it may have been the recall

13 election in the past, because that -- but we had

14 a little bit of a heads up on that one.

15      But this is coming through the gate

16 quickly and that's why we're responding as fast

17 as we can on this.

18      VICE CHAIR MACEDO:  So this potentially

19 could be the shortest timeline you've pulled an

20 election together?

21      MR. SALINAS:  Could potentially, yes.

22      VICE CHAIR MACEDO:  Okay.  Which also

23 makes me nervous when we've talked in extensive

24 amounts on this Committee, particularly about

25 making sure that all voters' voices are heard.

```
 1              And although I can appreciate COVID, it
 2  seemed like daily things were changing, it was
 3  still during a general election that we knew was
 4  coming. so I think that's a little bit different.
 5  But seems like you're up for the challenge.
 6              So then my next question is, is this
 7  process fair to county registrars and elections
 8  officials who already face tremendous pressure to
 9  ensure accuracy?
10              MR. SALINAS:  So I know we are -- so to
11  understand your question, you're asking if this
12  is --
13              VICE CHAIR MACEDO:  Is how -- I mean,
14  your job is tough enough.
15              MR. SALINAS:  Yes.
16              VICE CHAIR MACEDO:  And we've heard from
17  our chair, who was an elections official, this is
18  a tough job.  And now we are adding even more to
19  your plate.  I just don't think that's very fair
20  that we're demanding more from you guys and not
21  really giving you much of a runway to do it.
22              MR. SALINAS:  Well, I do think that the
23  resources are going to be helpful, for sure,
24  because it allows us --
```

```
 1              VICE CHAIR MACEDO:  Resources meaning
 2    finances or --
 3              MR. SALINAS:  Finances.
 4              VICE CHAIR MACEDO:  -- what other
 5    resources?
 6              MR. SALINAS:  Funding.  Well, funding to
 7    be able to actually pay for it, because that is a
 8    critical need.  And that's why right now I can
 9    tell you, across the state -- there are
10    registrars across the state that have already
11    begun the process.  Because once we heard that
12    this legislation was coming down the pike, we've
13    begun to make plans.
14              So, for example, in my office, we've
15    already begun to go through our checklist and
16    making sure that we get caught up, because there
17    is a checklist that we're going through, so we're
18    quickly navigating that list.
19              And we're reaching out to our vendors.
20    We're reaching out to our locations.  Because
21    we're expeditiously trying to make sure we are
22    ready for this election.
23              And, yes, there's a lot of work ahead.
24    I'm not going to say that there's not.  And it's
25    true across the state.  So is it going to be a
```

1  challenge?  Yes, there's administrative

2  challenges to such a short timeline.

3         But I do believe that the elections

4  officials, in the past they have stepped up in

5  tremendous ways.  Look again at the 2020

6  election.

7         I'm proud to say that I'm a member of

8  this membership that has done an amazing job in

9  the past.  And I do believe we can rise to the

10 occasion as long as we have the support and

11 the -- not only the funding, but the little

12 details that we'll be working with Secretary of

13 State to make sure we can be effective in making

14 sure to run these elections.

15         VICE CHAIR MACEDO:  So state resources

16 have already gone into this process is what

17 you're telling me?

18         MR. SALINAS:  No.  We're planning as if

19 it's coming because we've read through the

20 legislation that there will be funding for it.

21 So we are moving forward with the assumption that

22 we will be having resources to pay for this

23 election from the state.

24         VICE CHAIR MACEDO:  Can you walk me

25 through what this planning includes?  If it

1  doesn't require funding to do, what is the

2  (inaudible)?

3         MR. SALINAS:  So we have a checklist

4  where we will contact vendors to make sure that

5  they're able to do the print jobs in time.  We

6  will be contacting our locations that we are

7  actually able to have locations available to run

8  these elections, which are critical.  Because if

9  they are a VCA versus a polling place, there's

10  different timelines that are required.

11         So those are factors that we're still

12  working through because we have to be able to

13  line up not only locations, the vendors.  We have

14  to get translators.  Talking about translators,

15  we have to make sure the translators are ready

16  for all of this.  So there's just a myriad of

17  issues.

18         We have a checklist -- to give you a

19  context, we have a checklist of some 500 items

20  that we're going through through every election.

21  So we're speeding through those to make sure we

22  don't miss anything.

23         So one of the things I take great pride

24  in in our association is we are attention to

1  detail.  We have our checklist.  We will make
2  sure not to skip any of those.
3          Are we going to quickly go through them
4  to try and catch up?  Yes, we will.  And
5  everybody across the state is doing that.  So we
6  are working hard with the anticipation that this
7  is a pending legislation.
8          That if it does go through, that we're
9  ready to move forward to the best of our
10  abilities given this very compressed timeline.
11  Because it is a compressed timeline, I will
12  acknowledge that.
13          VICE CHAIR MACEDO:  So no vendors, no
14  locations, nobody has been contacted, just the
15  creation of a checklist?
16          MR. SALINAS:  No.  We've been contacting
17  vendors.  We actually have been contacting
18  vendors, contacting locations.  We are actually
19  trying to lock down all of the locations.  We
20  have a few still outstanding.  For myself in Yolo
21  County, we still have a few outstanding.  But
22  we've got most of them locked up.
23          So there's still a process that we have
24  to do to be able to continue to do the checklist
25  and verify that we're ready to run the election.

1    We're not done yet.  It's an ongoing process

2    still.

3              VICE CHAIR MACEDO:  When specifically did

4    you start this process?  Do you have a date?

5              MR. SALINAS:  So we started when we heard

6    through the grapevine there would be a potential

7    piece of legislation coming out.  When

8    announcements started coming out, we as

9    registrars became proactive.  Because you can't

10   wait till it's already done and approved.  You

11   have to start lining up as quickly as possible.

12             So we are -- already started this a

13   couple of weeks ago when the word was out that

14   there was likely a possible piece of legislation

15   coming through.  So across the state, we started

16   contacting our vendors, our contacts to say, in

17   the event this happens, we want to make sure that

18   we're ready for it.  So that's primarily how

19   we've approached it.

20             VICE CHAIR MACEDO:  So you haven't signed

21   any contracts with vendors or done anything?

22             MR. SALINAS:  At this point, we have not.

23             VICE CHAIR MACEDO:  You just contacted

24   them?

```
 1            MR. SALINAS:  Yes, we are contacting them
 2  to see their availability, to see if there's
 3  locations available, so we're in the process of
 4  doing that.  Because, again, this hasn't
 5  officially been passed yet.  We're not going to
 6  be able to do it until we know this legislation's
 7  passed.
 8            But you try and frontload it as much as
 9  you can, and that's true of any election.  You
10  try and frontload as much as you can in that
11  process.
12            VICE CHAIR MACEDO:  Interesting.
13            If the justification for urgency is
14  political advantage rather than a true emergency,
15  does this not set a very dangerous precedent for
16  future Legislatures?
17            SENATOR CERVANTES:  Well, I find it
18  interesting that your line of questioning is on
19  the timing and on the finance when your own party
20  called for the recall in 2021 special election.
21            VICE CHAIR MACEDO:  We're not talking
22  about the recall.  I don't know why this keeps
23  getting brought up today.  I'd really like to
24  stick to the merits of the bill.
25            So no answer for that?
```

```
 1              SENATOR CERVANTES:  I gave you my
 2    response.
 3              VICE CHAIR MACEDO:  Would any of the
 4    witnesses like to answer that question?  I'm sure
 5    it'll come up in court, but -- okay.
 6              That's all I have, Madam Chair.
 7              CHAIR PELLERIN:  Thank you.
 8              Assembly Member Tangipa.  And there's 15
 9    minutes.
10              ASSEMBLY MEMBER TANGIPA:  Thank you.
11              Yeah.  I mean, we heard in the testimony
12    that changing the rules of the game in the middle
13    of it are, you know, unacceptable, and yet we
14    displayed that right here.  But, okay, we'll hop
15    into the questions, then.
16              Do you believe that the Independent
17    Redistricting Commission congressional lines
18    conform to the California Constitution?  To the
19    author?  Anybody?  Do you believe --
20              MR. WILLIS:  I'm sorry, can you repeat
21    the question?
22              ASSEMBLY MEMBER TANGIPA:  Do you believe
23    that the Independent Redistricting Commission's
24    congressional lines conform to the California
25    Constitution?
```



```
 1              MR. WILLIS:  Yes.

 2              ASSEMBLY MEMBER TANGIPA:  Do they follow

 3   the Voter Rights Act?

 4              MR. WILLIS:  I believe so, yes.  I mean,

 5   they haven't been challenged.  But, yes, I have

 6   every reason to believe they were legal and

 7   complied with all of the rules, federal and

 8   constitutional rules.

 9              ASSEMBLY MEMBER TANGIPA:  So protected

10   classes, districts were created to protect off of

11   race, religion, sex, all of that?

12              MR. WILLIS:  I wasn't involved in those

13   lines, but --

14              ASSEMBLY MEMBER TANGIPA:  But you just

15   spoke that you knew the lines.

16              CHAIR PELLERIN:  And can you ask the

17   questions to the merit of this bill?

18              MR. WILLIS:  I have no reason to believe

19   that the Redistricting Commission's plans were

20   not in compliance with federal -- all federal

21   laws, including the Voting Rights Act.

22              ASSEMBLY MEMBER TANGIPA:  Can I ask you

23   how long have you seen this piece of legislation

24   and how long you were granted access to this?
```

SCANLAN
STONE

depos@scanlanstone.com
415.834.1114

Page 193

562

```
 1              MR. WILLIS:  So are you talking about
 2   the -- which -- what are we talking about?  Are
 3   we talking about the re --
 4              ASSEMBLY MEMBER TANGIPA:  The bill.  How
 5   long have you seen the language?
 6              MR. WILLIS:  Are we talking about these
 7   lines or the Redistricting Commission's lines.
 8              ASSEMBLY MEMBER TANGIPA:  My original --
 9   these lines.  I'm talking about --
10              MR. WILLIS:  This is not the maps bill.
11              ASSEMBLY MEMBER TANGIPA:  No, I
12   understand that.  No, I know.
13              Do you think that any of the lines drawn
14   by the Commission were racially gerrymandered?
15
16              MR. WILLIS:  By the Commission?
17              ASSEMBLY MEMBER TANGIPA:  By the
18   Commission.
19              MR. WILLIS:  By the Redistricting
20   Commission?
21              ASSEMBLY MEMBER TANGIPA:  Yes.
22              CHAIR PELLERIN:  These are not questions
23   pertaining to SB 280.  SB 280 contains the
24   components that are critical to ensuring that
25   county elections officials and the Secretary of
```

1  State are able to administer the statewide

2  special election in this timeframe.

3          So it's not going into the details of the

4  maps.  This is actually the administration of the

5  election and the funding of it.

6          ASSEMBLY MEMBER TANGIPA:  Okay.  I

7  understand.

8          There's so many changes that have

9  happened, you know, it's -- wouldn't we think

10 that a lot of these questions would be worked out

11 if we had longer than 24 hours to review this?

12 Because that's what I think.  I mean, there's a

13 struggle here for a general reason, because I

14 haven't seen them.

15         The voter guide for Prop. 20 also stated

16 it'll put an end to backroom deals by ensuring

17 redistricting is completely open to the public.

18         KCRA just reported that there is a

19 certain Senator who agreed to support this if

20 congressional districts were drawn for him.

21         So you agree that the purpose of the

22 process is to undermine Prop. 20 and a backroom

23 deal was done.

24         My question to the author now is, how

25 long have you known about these lines with this

1   urgency involved?  Do you know anybody that has

2   been involved that has a vested interest in this

3   legislative body, and do you have a vested

4   interest in these map -- in this election being

5   performed?

6           SENATOR CERVANTES:  Again, this bill

7   before us, SB 280, calls for the election to take

8   place on November 4, 2025 and the administration

9   of that election, making statutory changes to

10  ensure that a primary will be conducted on time,

11  June of next year.

12          ASSEMBLY MEMBER TANGIPA:  Do you have a

13  vested interest in these lines in this election?

14          SENATOR CERVANTES:  Pertaining to this

15  bill, this is -- what we are debating today.

16          ASSEMBLY MEMBER TANGIPA:  Pertaining to

17  this election.

18          SENATOR CERVANTES:  -- is the SB 280

19  calling for the special election against the

20  rigging that is happening across our country

21  because of what Trump is demanding of Texas and

22  Governor Abbott.

23          This is how California responds and this

24  is how we allow 40 million Californians to have a

25  say in the direction of our country

```
 1                ASSEMBLY MEMBER TANGIPA:  Because of the
 2   urgency in this bill, do you have any vested
 3   interests in it?  Do you have any vested --
 4                SENATOR CERVANTES:  It is democracy that
 5   we are standing up for.  This is an emergency
 6   situation --
 7                ASSEMBLY MEMBER TANGIPA:  So democracy --
 8                SENATOR CERVANTES:  -- that requires an
 9   emergency response.
10                ASSEMBLY MEMBER TANGIPA:  You can't
11   say --
12                SENATOR CERVANTES:  And, again, you --
13                ASSEMBLY MEMBER TANGIPA:  You can't say
14   that you have a vested interest because of
15   democracy?
16                SENATOR CERVANTES:  I have a vested
17   interest in supporting my constituency and making
18   sure that I fight for them.  When we go back to
19   our districts, just as we did over summer recess,
20   we get asked, what are you doing to stand up
21   against this power grab, against this political
22   gerrymandering that is happening?  What can you
23   do as our state representative?
24                This is how we respond.  This is our duty
25   to uphold and to ensure that we continue having
```

SCANLAN
STONE

depos@scanlanstone.com
415.834.1114

Page 197

566

1   fair and -- fair elections, not just in the State

2   of California, but across our country.  Because

3   California will remain the firewall.  This is

4   what voters are asking for.  They want to have a

5   say at the ballot box.

6            And, again, much different than what

7   Texas is doing.  Texas is drawing their lines to

8   choose their voters, as opposed to letting voters

9   choose who their representative is.

10           ASSEMBLY MEMBER TANGIPA:  Senator, I

11  understand that and -- but this is California and

12  this is the California Constitution that I'm

13  trying to speak about, which is why I'm simply

14  just asking if there is a vested interest in

15  these lines and if anybody in California has a

16  vested interest because of the urgency behind

17  this.  Because this -- we can do all of this and

18  then completely lose it.

19           ASSEMBLY MEMBER BERMAN:  Madam Chair, I

20  think the question's been asked and answered five

21  times.

22           CHAIR PELLERIN:  Yeah.  And the urgency

23  on this is because the elections officials need

24  to be moving ahead and continuing their process

1  to conduct that secure, accurate, transparent,

2  accessible election on November 4th.

3          So if we can keep the questions to the

4  merits of this bill, that would be appreciated.

5          ASSEMBLY MEMBER TANGIPA:  Can you speak

6  to the fact that Members who are filing for

7  Congress cannot put on their ballot statement

8  incumbent, which is within the bill?

9          CHAIR PELLERIN:  And that is based on

10  prior procedures that we have used in these kinds

11  of situations where they cannot use incumbent.

12  They can only use their title of a Member of

13  Congress or U.S. representative.

14          ASSEMBLY MEMBER TANGIPA:  Is there any

15  fear at all that that would be a violation of the

16  First Amendment?

17          MR. WILLIS:  No.  I would say also this

18  is past practice.  And as the Chair mentioned,

19  anyone can say that they -- what their title is

20  in the ballot label.

21          ASSEMBLY MEMBER TANGIPA:  Within this

22  bill, too, it states that this was -- that the

23  maps were created and submitted to the Assembly

24  Committee and prepared by us here.

 1          Because of the KCRA report, the maps were
 2  done by the DCCC.  Is that an accurate statement?
 3  Were the maps created by the DCCC?
 4          MR. WILLIS:  I don't know personally.  I
 5  know that they were publicly submitted and then
 6  the Legislature looked at them and reviewed them
 7  carefully for legal compliance.
 8          ASSEMBLY MEMBER TANGIPA:  Thank you.
 9          CHAIR PELLERIN:  Any other Members have
10  any questions or comments?
11          Assembly Member Berman.
12          ASSEMBLY MEMBER BERMAN:  Yeah.  I'll make
13  some comments that I was going to make at the end
14  of my presentation, but didn't in the -- to save
15  everyone some time.
16          But it was said by the Vice Chair of the
17  Committee that there is no emergency, and I would
18  urge everybody to wake up.
19          If you don't think that our democracy is
20  currently under attack, if you don't think that
21  the President of the United States getting
22  elections, getting democracy advice from Vladimir
23  Putin isn't an emergency, and then bragging about
24  it on national TV, if you don't think that the
25  President of the United States calling elections



1  officials in Georgia and asking those Republican

2  elections officials to find him 12,000 votes

3  isn't an emergency.

4          If you don't think that this President of

5  the United States won't continue to attack our

6  democracy over and over and over again if we let

7  him isn't an emergency, you're not paying

8  attention.

9          And whether it's for your side or my side

10 doesn't matter.  This is our democracy we're

11 talking about.  And the President of the United

12 States has shown zero interest in democracy.  He

13 has shown only interest in power.

14          And if California doesn't finally push

15 back on these constant attempts to erode our

16 societal norms, to erode our democracy, we won't

17 have an America to fight for in the future.  And

18 we're there.

19          I don't like to be hyperbolic.  It's not

20 really my style.  But if you don't think that the

21 fate of our democracy is at stake when the

22 President of the United States demands, says that

23 he's entitled to five Republican congressional

24 districts, and unlike those Republican elections

25 officials in Georgia who had a spine and a moral

1  compass and said, no, Mr. President, that's wrong

2  and we are not going to do that, that doesn't

3  exist in the Republican Party in 2025.

4        The only answer from Republicans in 2025

5  is, yes, Mr. President, how can I jump higher?

6  Yes, Mr. President, how can I bow lower at your

7  feet?  So there is no check.  There is no check

8  on this President of the United States,

9  especially when you've got an absolutely

10  compliant majority in the House and the Senate.

11        And that's what he's trying to keep into

12  perpetuity by rigging elections in Texas and

13  other states.  And that's what we're fighting

14  back on in California.

15        And we're going to put it to voters and

16  give California voters the opportunity.  Do you

17  want to fight back on these power grabs by

18  President Trump and Republicans in other states,

19  who then make decisions that destroy communities

20  in California, that rip away Medi-Cal from

21  3.5 million Californians?

22        And what do our nine Republican Congress

23  Members do?  Do they defend their constituents?

24  No.  When they know that hundreds of thousands of

25  their constituents are going to lose healthcare,

1  tens of thousands of their constituents are going

2  to lose food stamps, free and reduced meals at

3  lunch, a lot of the things at school, a lot of

4  the things that generations of Californians have

5  been able to depend on.  And those things are

6  being taken away.  And if that doesn't scare the

7  hell out of you, I don't know what will.

8          So the emergency is here.  It's a

9  ten o'clock -- ten alarm fire.  And that's what

10  we're responding to, and we need to respond to

11  today.

12          And to the point of the timing, I think

13  the timing sucks.  But when we broke for recess,

14  Texans weren't talking about rigging their

15  election for the next decade.

16          Voters are going to have 74 days to

17  review these maps.  Voters, California voters,

18  are going to get the chance to vote on these

19  maps.  And California voters will decide whether

20  or not we enact these maps or not.  I can't think

21  of a more democratic process than that.  I don't

22  know why my Republican colleagues are so afraid

23  of the voters of California.

24          So let's put it to the voters in

25  California.  Let's give them an opportunity to

```
 1   decide.  Are they tired of President Trump

 2   attacking California over and over again?  Are

 3   they tired of Republican Congress Members in

 4   California constantly bowing down to the

 5   President instead of standing up for them or not?

 6   And that's the chance that they're going to get.

 7   And that's the beauty of this process.  That's

 8   the beauty of the opportunity that they're going

 9   to have on November 4th.

10             So I want to thank my colleague, the

11   Elections Chair in the Senate, for bringing

12   forward this bill.  I want to thank my colleague,

13   the Elections Chair of the Assembly, for joint

14   authoring it.  And I'm happy to support it.  I'll

15   move the bill.

16             ASSEMBLY MEMBER STEFANI:  Second.

17             ASSEMBLY MEMBER BENNET:  Second.

18             CHAIR PELLERIN:  We have a motion, and we

19   have a second.

20             ASSEMBLY MEMBER TANGIPA:  Can I --

21             CHAIR PELLERIN:  You have one more

22   question?

23             ASSEMBLY MEMBER TANGIPA:  I do.

24             CHAIR PELLERIN:  Okay.
```

```
 1              ASSEMBLY MEMBER TANGIPA:  Yeah.  Well,
 2    more of a comment.
 3              You know, the main reason why I truly
 4    brought up urgency and why it's so vital and so
 5    important, because I agree, when we all took a
 6    break here, this wasn't something that we all
 7    thought about, wasn't something that we talked
 8    about.  I don't think anybody -- any of us want
 9    to be here going through this process.
10              But with urgency and the way this has
11    been done and the way we're thinking about it,
12    the people of California can see right now that
13    if they wanted us to take on cost of living,
14    insurance, utilities, everything else --
15              ASSEMBLY MEMBER BERMAN:  Madam Chair, can
16    we speak to the bill?
17              ASSEMBLY MEMBER TANGIPA:  -- it's urgency
18    and --
19              ASSEMBLY MEMBER BERMAN:  You're talking
20    about urgency (inaudible)?
21              ASSEMBLY MEMBER TANGIPA:  Mr. Berman, you
22    just --
23              (Simultaneous speakers - inaudible.)
24              CHAIR PELLERIN:  Excuse me.  Excuse me.
```

```
 1              ASSEMBLY MEMBER TANGIPA:  The main reason
 2   why --
 3              CHAIR PELLERIN:  We have a motion, and we
 4   have a second.
 5              ASSEMBLY MEMBER TANGIPA:  Madam Chair,
 6   the main reason why --
 7              CHAIR PELLERIN:  And so for that, in all
 8   intents and purposes, ends debate.
 9              ASSEMBLY MEMBER TANGIPA:  But for my 15
10   minutes, can I just --
11              CHAIR PELLERIN:  You're just about -- you
12   got one more minute.
13              ASSEMBLY MEMBER TANGIPA:  Okay.  I'll do
14   it in one minute.
15              It tells us that the State of California
16   can move at lightning speed to handle something
17   when it's for political gain, but we can't do it
18   to take on the cost of living, to take on
19   utilities, to take on everything else.  And I'm
20   sorry --
21              ASSEMBLY MEMBER BERMAN:  Thank you for
22   not speaking of this bill at all.
23              ASSEMBLY MEMBER TANGIPA:  And I'm sorry
24   that we can find urgency on this bill, but we
```

```
 1  can't find urgency to take on so many issues here

 2  in the state of California.

 3          And I'm sorry, but when your family would

 4  be sitting in the morgue right now, I think you

 5  would ask for 15 more minutes.  I think you would

 6  ask for more --

 7          ASSEMBLY MEMBER BERMAN:  I would

 8  (inaudible).

 9          ASSEMBLY MEMBER TANGIPA:  -- when I

10  haven't seen this.

11          ASSEMBLY MEMBER BERMAN:  (Inaudible)

12  money away from (inaudible).

13          ASSEMBLY MEMBER TANGIPA:  When I haven't

14  seen this.

15          CHAIR PELLERIN:  Okay.  All right.  So --

16          ASSEMBLY MEMBER TANGIPA:  Thank you.

17  Thank you.

18          CHAIR PELLERIN:  -- bringing the control

19  back here to the Chair.

20          We have a motion, and we have a second on

21  SB 280.

22          Senator Cervantes, you may close.

23          SENATOR CERVANTES:  Thank you, Madam

24  Chair and Committee Members, for the opportunity

25  to close today.
```

```
 1           You know, I want to make a few statements
 2   because of what I heard from our two Republican
 3   colleagues, Assembly Member Macedo and Assembly
 4   Member Tangipa.
 5           You know, earlier this year, you had an
 6   opportunity to vote on an independent,
 7   nonpartisan commission through a bill by your own
 8   colleague, Assemblymember Soria.  And yet, you
 9   both voted against it twice.  So that is where
10   the hypocrisy lies.
11           VICE CHAIR MACEDO:  Madam Chair -- Madam
12   Chair, we've been attacked on this twice.
13           CHAIR PELLERIN:  Let's let the Senator
14   complete her close, please.
15           ASSEMBLY MEMBER TANGIPA:  Are we allowed
16   to respond to the disparaging comments?
17           CHAIR PELLERIN:  No, you're not.  We're
18   going to complete your close.
19           SENATOR CERVANTES:  Thank you, Madam
20   Chair.
21           This is an opportunity for the voters to
22   have a direct say in the future of California and
23   our country.  This is a response to Trump's
24   election rigging scheme, which is an emergency
25   for our democracy.
```

1          SB 280 is to hold an election to give

2   voters, California voters, a voice that Texas

3   Republicans are denying Texans.  Let Californians

4   vote and have a say at the ballot box.

5          I respectfully ask for your aye vote.

6          CHAIR PELLERIN:  Thank you.

7          And I'm sorry, I did miss Assembly Member

8   Bennett, who had a comment he would like to make,

9   so I'm going to open the floor to him.

10          ASSEMBLY MEMBER BENNETT:  Thank you very

11   much.  I appreciate that.  I'll try to be very

12   brief here.

13          I talked earlier about this real issue is

14   about how do we set the rules of the game to

15   decide who controls the power of the federal

16   government.  And the old way is being changed at

17   the federal government level.  I talked about

18   that in my earlier comments and so I won't repeat

19   all that.

20          But I do think there's one thing that

21   really merits repeating because between now and

22   November, we will get an enormous amount of what

23   I'm going to talk about, and that autocrats use

24   four major techniques to -- autocrats use four

25   major techniques to weaken democracy and do these

1  kinds of things that are happening in Texas.  And

2  that is, they're just deceitful about what's

3  going on, one.

4          Two, they practice lots of intimidation.

5  I would offer the laughter and the jeering,

6  et cetera that took place in this hearing in the

7  first -- as we discussed the first bill as just

8  an example of that.  Didn't come from the other

9  side anywhere near like it came from that.

10          The third thing is the militarization of

11  civilian life is part of this create this crisis

12  mentality.

13          But the fourth one that is the most

14  difficult is to keep raising issues to deflect us

15  from the real issue.  This is about changing the

16  rules, rigging the game so that one side has an

17  advantage in keeping the resources and the power

18  of the federal government.

19          And that technique is to deflect us with,

20  well, why is this more urgent than that?  Why is

21  this, and why didn't we do it like the old

22  Commission?  It's every trick in the book and it

23  is kabuki theater, as I said before.

24          But I want to repeat that we all have to

25  be looking out for an enormous amount of this

1  between now and November and we have to do

2  everything we can to educate the public.

3          And thank you very much for letting me

4  make that point before we go.

5          CHAIR PELLERIN:  Thank you.  And my

6  apologies for missing that.

7          So there's a motion and a second, and the

8  Senator has closed.  So the motion is to do pass

9  and re-refer to Appropriations.

10         Madam Secretary, please call the roll.

11         COMMITTEE SECRETARY:  On SB 280 by

12  Cervantes, Pellerin?

13         CHAIR PELLERIN:  Aye.

14         COMMITTEE SECRETARY:  Pellerin, aye.

15         Macedo?

16         VICE CHAIR MACEDO:  No.

17         COMMITTEE SECRETARY:  Macedo, no.

18         Bennett?

19         ASSEMBLY MEMBER BENNETT:  Aye.

20         COMMITTEE SECRETARY:  Bennett, aye.

21         Berman?

22         ASSEMBLY MEMBER BERMAN:  Aye.

23         COMMITTEE SECRETARY:  Berman, aye.

24         Solache?

25         ASSEMBLY MEMBER SOLACHE:  Aye.

```
1              COMMITTEE SECRETARY:  Solache, aye.

2         Stefani?

3              ASSEMBLY MEMBER STEFANI:  Aye.

4              COMMITTEE SECRETARY:  Stefani, aye.

5         Tangipa?

6              ASSEMBLY MEMBER TANGIPA:  No.

7              COMMITTEE SECRETARY:  Tangipa, no.

8              CHAIR PELLERIN:  That bill is out five to

9    two.

10             Thank you so much.

11             We are now going to go ahead and recess

12   our Assembly Bill hearing and move on to our

13   informational hearing on Assembly Bill 604.  And

14   the author is present.

15             VICE CHAIR MACEDO:  Madam Chair, motion

16   to recess till tomorrow considering the maps were

17   just changed at eight o'clock last night.

18             CHAIR PELLERIN:  We've already considered

19   that motion earlier.

20             VICE CHAIR MACEDO:  Different bill.  That

21   was on the ACA, not on the maps bill.

22             ASSEMBLY MEMBER TANGIPA:  This is a

23   different bill.

24             CHAIR PELLERIN:  Okay.  We have a motion

25   to recess again, yes.  Apparently it's an order
```

```
 1   again for this bill.  And so we'll put that to a
 2   vote.
 3              COMMITTEE SECRETARY:  Pellerin?
 4              CHAIR PELLERIN:  No.
 5              COMMITTEE SECRETARY:  Pellerin, no.
 6              Macedo?
 7              VICE CHAIR MACEDO:  Aye.
 8              COMMITTEE SECRETARY:  Macedo, aye.
 9              Bennett?
10              ASSEMBLY MEMBER BENNETT:  No.
11              COMMITTEE SECRETARY:  Bennett, no.
12              Berman?
13              ASSEMBLY MEMBER BERMAN:  No.
14              COMMITTEE SECRETARY:  Berman, no.
15              Solache?
16              ASSEMBLY MEMBER SOLACHE:  No.
17              COMMITTEE SECRETARY:  Solache, no.
18              Stefani?
19              ASSEMBLY MEMBER STEFANI:  No.
20              COMMITTEE SECRETARY:  Stefani, no.
21              Tangipa?
22              ASSEMBLY MEMBER TANGIPA:  Aye.
23              COMMITTEE SECRETARY:  Tangipa, aye.
24              CHAIR PELLERIN:  That motion fails two to
25   five.
```

```
 1              Majority Floor Leader, you may begin your
 2   presentation of AB 604.
 3              ASSEMBLY MEMBER AGUIAR-CURRY:   Great.
 4   I'm just waiting for someone to hold -- okay.
 5              Thank you, Madam Chair and Members.
 6              Let's not dance around the issue here.
 7   If California Democrats had our way, the midterms
 8   would continue as they are with the map drawn by
 9   our state's Independent California Citizens
10   Redistricting Commission.  I think we need to --
11   we agree on that.
12              But that's not good enough for this
13   President or for Republicans following his
14   commands in Texas and D.C.  We weren't planning
15   on redistricting until they made attempts to rig
16   the 2026 election by stacking the deck in other
17   states.  We didn't start this and we are not
18   going to roll over.
19              This bill lays out new congressional
20   districts only, only if voters pass ACA 8.  If
21   voters approve the new map, the Independent
22   Redistricting Commission will continue its
23   mission after the 2030 census.
24              If California voters approve this plan,
25   the temporary maps only happen if D.C.
```

1    Republicans and the Republican-led states push

2    through mid-decade partisan maps first.  Unlike

3    Texas, which is forcing maps on their voters,

4    we're taking ours for their approval.  We're

5    asking ours for their approval.  There is nothing

6    more Democratic than letting California voters

7    decide.

8            Unlike the map proposed in Texas, the map

9    in AB 604 respects California's constitutional

10    requirement for maintaining communities of

11    interest.  With this bill, there is less breakup

12    of local jurisdictions.  With this bill, we seek

13    the public's input.  The voters will decide.

14            So if our Republican colleagues in

15    California want this to stop, they don't need us

16    to do it.  They can convince the Republican

17    colleagues in Texas and D.C. to stop trying to

18    rig the 2026 elections.  And they can ask

19    Congressional Republicans to pass the Republican

20    proposal to make midterm redistricting illegal,

21    to finally create a system where every state uses

22    a fair, independent districting system.

23            Again, colleagues, their choice is to

24    stand down or support a fair system for every

25    state.  That's how this ends.  Until this

1 President's followers stop trying to rig the

2 elections, we won't and we can't sit on our

3 hands.

4         What happens next year is up to the

5 President, and it's up to the national

6 Republicans, and it's up to California voters.

7         With me today, I believe -- right now we

8 will have Terry Brennand with SEIU and Tom Willis

9 from Olson Remcho speak.  We're also waiting for

10 our other member.  Thank you.

11         MR. BRENNAN:  Madam Chair, Members, Terry

12 Brennand on behalf of SEIU California.

13         SEIU local unions are made up of workers

14 in the frontline, essential roles across the

15 state, nurses, healthcare workers, janitors,

16 social workers, security officers, in-home

17 caregivers, school and university employees,

18 court workers, airport workers, city, county,

19 state employees, all of whom are targets of this

20 federal administration.

21         On behalf of our 750,000 workers and 17

22 SEIU locals, we are in strong support of this

23 bill and the entire redistricting package.  It

24 represents a sensible and, in fact, possibly the

SCANLAN
STONE

depos@scanlanstone.com
415.834.1114

Page 216

585

1  only path for California to fight back against

2  Trump's efforts to steal the next election.

3          As has already been stated, this bill

4  only goes into effect if Trump and his MAGA

5  loyalists are successful in the one party rule of

6  redistricting, and only as a temporary measure to

7  respond to the election rigging from the White

8  House.

9          While SEIU wouldn't have chosen this

10  path, it's not the cleanest, easiest way to do

11  things, we are proud that California isn't going

12  to just sit here like Texas, and let Texas and

13  Trump roll over our democracy.

14          And unlike Texas, which obliterated their

15  current congressional districts, drafting maps

16  for this proposal overwhelmingly reinforced

17  California's commitment to our democracy and the

18  vote of every Californian.

19          The maps proposed in AB 604 build upon

20  the work of the Redistricting Commission and keep

21  the majority of districts established by that

22  Commission intact.

23          The plan you will get to vote on and the

24  voters will get to vote on in November was

25  created using traditional redistricting criteria



1  consistent with the State Commission criteria and

2  the Fair Maps Act, but with the additional

3  criteria of improving partisan gains in response

4  to Texas and other states who are conducting mid-

5  decade redistricting.  Using objective metrics,

6  the districts maintain and even, in some cases,

7  improve district compactness compared to the

8  existing commission maps.

9           For people who are concerned about

10 splitting up cities, it should be noted that the

11 maps in AB 604 split fewer cities than the

12 current Commission plan that we're operating

13 under.  In contrast, the Texican -- Texican --

14 Texas Republicans aimed to maximize Republican

15 gains with no consideration of the state's

16 residents.

17          Their proposed map doesn't even consider

18 communities of interest or political

19 subdivisions, splitting 142 cities, more than

20 double the number of cities compared to the

21 California map drawn by the Commission.

22          Not only does California redistricting

23 plan better represent the people of California,

24 but the proposed changes impact significantly

25 fewer residents.

```
1            CHAIR PELLERIN:  If you could wrap up.
2   Thank you.
3            MR. BRENNAN:  Okay, I'll wind up.
4            Californians will get a chance to vote on
5   our future.  Every American's voice and their
6   voice will be at stake.
7            For these reasons we urge an aye vote
8   when you get a chance to vote on this.
9            Thank you very much, Madam Chair.
10            CHAIR PELLERIN:  And welcome to Senator
11   Gonzalez.
12            UNIDENTIFIABLE SPEAKER:  It's your turn.
13            SENATOR GONZALEZ:  Oh, okay.
14            Thank you very much, Madam Chair.  My
15   apologies for being a little late.  And thank you
16   to the Members who are here today.
17            And in partnership with Assembly Majority
18   Leader Cecilia Aguiar-Curry, presenting AB 604,
19   which represents a reasonable and rational
20   response to the anti-Democratic actions of this
21   federal administration.
22            AB 604, as has been mentioned and we'll
23   continue to reiterate, gives California voters
24   the last say, an opportunity to decide in
25   November whether they support newly drawn maps to
```

```
 1   elect congressional representatives that will
 2   stand up against threats to our democracy.
 3          Californians and all Americans are facing
 4   an endless cycle of worry under this reckless
 5   federal administration, and that means
 6   Republicans, Democrats, no party preference,
 7   Americans and Californians are facing this worry.
 8          Families have been separated in my
 9   district alone.  Immigrant communities completely
10   traumatized for the overreach of this egregious
11   administration.
12          Vital programs have been cut.  Medicare,
13   we have about 6 million folks on Medicare here in
14   California.  Over 3 million of them will be
15   affected by the Medicare cuts in our communities.
16   And that's exactly why this moment is so urgent.
17   Our communities deserve better.
18          And for you, I don't know personally,
19   seeing my Texas colleagues being locked up, being
20   threatened with the FBI coming after them, being
21   threatened to require them to have law
22   enforcement at their every waking hour just to be
23   able to do their job is really an egregious
24   crime, in my opinion, to be able to represent
```

589

```
 1   your communities, but still have this hanging
 2   over you.
 3          So AB 604 is a temporary solution that
 4   provides California voters with the means to
 5   balance the scales.
 6          And I look forward to the discussion here
 7   and testifying in support.
 8          In addition to Mr. Brennand, we also have
 9   Mr. Willis here, too, from Olson Remcho.
10          MR. WILLIS:  Thank you.  I'll just be
11   very, very brief.
12          The AB 604 is obviously the Maps Act.  It
13   is a long list of census blocks.  But
14   nonetheless, that is seen through interactive
15   maps that will be widely available.  And more
16   importantly, the SB 280, which you just had the
17   hearing on, commands that the voter pamphlet
18   include maps for everyone to see.  I have a
19   feeling that these maps over the next 74 days
20   will be discussed widely by everyone, and so it
21   is up to the public.
22          These maps only go into effect if Texas
23   or other districts do mid-decade redistricting
24   and if our voters, the California voters, approve
```

```
 1   them.  Probably the most democratic process you
 2   can have.
 3          So those are my two points.  I'm happy to
 4   answer any technical questions or legal questions
 5   you have.
 6          CHAIR PELLERIN:  Thank you so much.
 7          We'll now open it up to the room.  If
 8   there's anybody who wants to add on as a support
 9   to AB 604, you may step up, and you're each given
10   30 seconds.
11          MS. HINES-SHAIKH:  Honorable Chair and
12   Members, Amy Hines-Shaikh representing UDW AFSCME
13   Local 3930 and their 200,000 in-home supportive
14   services members standing up for Medi-Cal funding
15   and these bills, the whole redistricting package,
16   in strong support, and UNITE HERE! Local 11
17   representing 32,000 folks in Orange County,
18   San Bernardino, Riverside And Los Angeles
19   counties, in strong support of the whole
20   redistricting package, including this bill.
21   Thank you.
22          MS. CHOU:  Annie Chou with the California
23   Teachers Association in support of this bill.
24          Again, just reminding that CTA is
25   supporting these bills because of, you know, the
```

1  effect at the school site.  So when we're talking

2  about the reduction in force in the Department of

3  Education and protecting those workers, when

4  we're talking about funding for Education

5  Department.

6        And I know that our state was involved

7  in, you know, making sure that we were ensured

8  those federal funding.  Those are the types of

9  things that are super critical to the task at

10 hand for the California Teachers Association.  So

11 thank you so much.

12        MS. MOK:  Tiffany Mok on behalf of CFT, a

13 inion of educators and classified professionals.

14 We stand proud to support this legislation, not

15 because we wanted to, but because we believe it

16 is necessary to defend against the threats that

17 we see every day on our school campuses.

18        CFT's mission is to ensure that there are

19 the necessary conditions for learning.  And under

20 this administration, we feel like many of the

21 attacks --

22        (Cell phone ringing.)

23        MS. MOK:  Okay.  And so that's not me.

24 Okay.

```
 1              Anyway, so we support this legislation
 2    because we feel we're threatened by this
 3    administration.
 4              CHAIR PELLERIN:  But now it's me.
 5              MS. NIELSEN:  Julie Nielsen on behalf of
 6    the National Union of Healthcare Workers,
 7    representing healthcare workers up and down the
 8    state of California, in strong support of this
 9    legislation and the fight back.  Thank you.
10              MR. KUMAR: Thank you, Chair and Members.
11    Keshav Kumar for the final time on behalf of
12    Lighthouse Public Affairs representing
13    Reproductive Freedom for All.
14              Really want to say thank you to the
15    Members of the Committee who are in support of
16    this and the Legislature in general.
17              This is what we need to do at this moment
18    because of what Texas is planning on doing and
19    what other states may do.  And Reproductive
20    Freedom for All has members in every single
21    congressional district.  And we are in strong
22    support on behalf of our 4 million members.
23    Thank you.
```

```
 1              MS. GUSMAN:  Good afternoon.  Connor
 2   Gusman on behalf of Teamsters California, in
 3   support.  Thank you.
 4              MS. FLOCKS: Madam Chair, Members, Sara
 5   Flocks, California Federation of Labor Unions.
 6   On behalf of our 2.3 million members, we're in
 7   strong support.  Thank you.
 8              MS. MCMICHAEL:  Shelby McMichael on
 9   behalf of Planned Parenthood Affiliates of
10   California, in strong support.
11              CHAIR PELLERIN:  Thank you.
12              We will now open it up to primary
13   witnesses in opposition.  If there's primary
14   witnesses in opposition, you may step up to the
15   presentation table.  And you're provided with
16   three minutes.
17              MR. BOLOG:  Thank you so much.  My name
18   is David Bolog.  I am an employee of the City of
19   Los Angeles, although I do not speak for the City
20   of Los Angeles, nor do I speak for my unions.  I
21   am a member of a union.
22              One of the presenters here today stated
23   that, because of the cuts, we are losing to be
24   able to provide services.  In the City of LA, we
25   are facing a budget crisis.  We are having to lay
```

SCANLAN
STONE

depos@scanlanstone.com
415.834.1114

Page 225

594

```
 1  off people.  But it has nothing to do with the
 2  administration.  It has to do with our poor
 3  planning of our leaderships and lawsuits.
 4          So one of the big problems that a lot of
 5  Republicans have with this map and with the
 6  process of doing the redistricting is that we are
 7  losing representation.  And I do know -- even
 8  though I do not agree with the supermajority
 9  party's politics, you've been nothing but fair to
10  us.
11          You've been fair to my -- I consider them
12  my representatives, even though they're not my
13  district.  You've given them ample amount of time
14  and allowed them to express their dismay with
15  this and allow them to ask their questions.
16          But by passing this -- and I understand
17  the reasons why you're doing it.  By passing
18  this, you are limiting our congressional
19  representation.  We make up about 40 percent --
20  and I said this already, and another person said
21  it.  We make up about 40 percent of the voting
22  block.
23          I think what this is going to do is limit
24  it to, if I'm not mistaken, 20 percent, so it's
25  going to cut our representation down in half.
```

1  And I do know you care about that.  So I think

2  you -- and I understand, again, why you're doing

3  it.  But I think you all could do a lot better

4  than this.

5          And, again, thank you for your

6  generosity, and I thank you for allowing me to

7  speak, and I thank you allowing for everybody to

8  give 30 seconds.

9          I know it's probably not going to happen,

10 but I really wish that that will become a trend

11 in this Legislature with the committees.  Thank

12 you.

13         CHAIR PELLERIN:  Thank you so much.

14         Anybody else in the room that would just

15 like to come to the mic and give your 30 seconds.

16         MS. PATEL:  Hello.  My name is Preet

17 Patel, and I strongly oppose this piece of

18 legislation.

19         Your duty as this state's Legislature is

20 to the voters of California, not to perform

21 retaliatory responses to the actions of other

22 states.

23         So by overriding our State Constitution,

24 to retaliate to the actions of the State of Texas

25 is completely disregarding your constituents.

```
 1              And the reason that you are elected into
 2    office is not to sit here and --
 3              CHAIR PELLERIN:  That's 30 seconds.
 4              MS. PATEL:  Okay.  Well, I don't know
 5    that that was 30 seconds, but thank you.
 6              CHAIR PELLERIN:  Actually, it's 37 now.
 7              And let's refrain from the applause.
 8    Thank you.
 9              MS. KAY:  Hello.  My name is Shan Kay.  I
10    was in here earlier posing as well.  Drove all
11    the way up from Southern California this morning
12    to come up and oppose.
13              My sentiments are the same.  We are
14    not -- I know you're trying to Trump proof
15    California, but we are constituents in California
16    and we feel like our voices should mean
17    something, not just something to fight what's
18    going on in another state.
19              So I'm just here, driving all the way up
20    here from one o'clock in the morning to oppose
21    this bill.  Thank you.
22              CHAIR PELLERIN:  All right.  Thank you
23    very much.
24              All right.  Is that everybody that --
25    okay.
```

1          So we will now bring it back to the

2    Committee.

3          Members, do you have any comments or

4    questions?

5          Assemblymember Bennett.

6          ASSEMBLY MEMBER BENNETT:    Just one quick

7    one.  This bill is on a tight time frame.  All

8    three bills are on tight time frames, and so I

9    think it's appropriate for us to recognize that.

10          Many attempts will be made to delay

11    things, and there will be all kinds of reasons

12    for why we should delay.  But I think we should

13    all call out that one of the major reasons is, if

14    you have a tight time frame and you can delay

15    something long enough, that's a way to defeat

16    this bill.  And that's simply rather than -- it's

17    a genuine issue that's being brought up, it's an

18    issue being brought up for the ulterior motive of

19    allowing the autocrats to win and change the

20    rules and have us not be able to respond.  Thank

21    you very much.

22          CHAIR PELLERIN:  Any -- I'm sorry,

23    there's two more people that were wanting to have

24    opposition recorded.  Go ahead and take your 30

25    seconds each.  My apologies.

```
 1            MS. GRAY:  No worries.

 2            My name is Yasminda Gray, and I'm a

 3   resident here in Sacramento.  And my sentiments

 4   are the same as what was explained before, is

 5   that as a citizen, as a resident here, I don't

 6   think that our law should be looking at

 7   countering what's going on in another state.

 8            It should be reflective of what is needed

 9   here, for the residents here.  And so I want to

10   strongly oppose the bill.  Thank you.

11            MS. CHAVEZ:  My name is Diana Chavez.

12   And as a Republican minority now here in

13   California, I strongly oppose this because I

14   think my voice is being completely shut down as

15   being a Republican.  It seems everything wants to

16   go Democratic.  And so I strongly oppose this

17   redistricting.

18            CHAIR PELLERIN:  Any other comments or

19   questions from Committee Members?

20            Assembly Member Tangipa.

21            ASSEMBLY MEMBER TANGIPA:  Yes, I have

22   quite a few.

23            So I actually just wanted some clarity,

24   too.  If you can answer this, when did we first
```



 1  see the maps and when were you given the maps to
 2  start drawing these lines?
 3          And I ask -- and the main reason why I
 4  ask that is because there was statement that was
 5  made that these congressional maps have fewer --
 6  you stated that there were fewer splits with
 7  these maps.
 8          It is my understanding that, as of last
 9  night at eight o'clock that there are more splits
10  now and that was completely changed.  So if you
11  wrote your testimony before 8:00 p.m., the entire
12  maps are completely different.
13          MR. BRENNAND:  I did it based on the maps
14  released on Friday.
15          ASSEMBLY MEMBER TANGIPA:  On Friday?
16          MR. BRENNAND:  Yeah.
17          ASSEMBLY MEMBER TANGIPA:  Okay.  So the
18  maps changed last night and now there are more
19  splits.
20          CHAIR PELLERIN:  Again, the maps were
21  changed as of yesterday morning at 8:00 a.m., and
22  it was just a couple of tweaks that were done
23  in --
24          UNIDENTIFIABLE SPEAKER:  (Inaudible.)

1          CHAIR PELLERIN:  I know, I know, I know.
2    But it's not the entire map.
3          ASSEMBLY MEMBER TANGIPA:  But I meant it
4    more towards the testimony was wrong.  It was
5    incorrect.
6          MR. BRENNAND:  Well, there are fewer,
7    fewer splits than the Texas maps for sure.
8    That's what my testimony was.
9          ASSEMBLY MEMBER TANGIPA:  Okay.  The --
10         ASSEMBLY MEMBER AGUIAR-CURRY:  If you
11   don't mind, there --
12         ASSEMBLY MEMBER TANGIPA:  When did --
13         ASSEMBLY MEMBER AGUIAR-CURRY:  -- there
14   were -- just so you know, we did have -- there
15   were some changes.  They did two things.  They
16   eliminate a zero population split in the City of
17   Industry and improve the compactness of the plan
18   in Southern Santa Ana.
19         ASSEMBLY MEMBER TANGIPA:  When did those
20   changes happen?
21         ASSEMBLY MEMBER AGUIAR-CURRY:  Yesterday.
22         ASSEMBLY MEMBER TANGIPA:  When were those
23   changes made public to all Committee Members?
24   Because they weren't made public yesterday at
25   8:00 a.m. for me.  Because when I read mine, the

1  City of Clovis had three congressional districts.

2  The City of Clovis now has a change and has one.

3          CHAIR PELLERIN:  It's my understanding

4  that our Committee staff posted them on our

5  Assembly elections website yesterday morning at

6  8:00 a.m.

7          ASSEMBLY MEMBER AGUIAR-CURRY:  That's

8  when they were there.

9          SENATOR GONZALEZ:  And we've had over

10  3,000 -- probably now about 5,000 residents

11  across California that have submitted to the

12  online portal that was available -- thank you,

13  Madam Chair on the Assembly side, as well as

14  Chair Cervantes in the Senate side -- a portal

15  that was available to residents as of Friday.  I

16  think even before that.

17          And so we want to thank you for being so

18  transparent and providing the opportunity for

19  folks to see the maps.

20          And as been mentioned by our witnesses

21  too, you know, 70 -- I'm going to be very clear

22  here with the data, 76.7 percent of people will

23  be in their same congressional district.  The

24  maps change 58 percent of districts by less than

25  20 percent, and 37 percent by less than

SCANLAN
STONE

depos@scanlanstone.com
415.834.1114

Page 233

602

1    10 percent.  Eight districts will be identical to

2    the lines drawn by the Citizens Redistricting

3    Commission.

4            ASSEMBLY MEMBER TANGIPA:  Okay.  Thank

5    you.

6            SENATOR GONZALEZ:  And we all know --

7            ASSEMBLY MEMBER TANGIPA:  I've got to

8    move on to my next question.

9            SENATOR GONZALEZ:  I'm not done here.

10           ASSEMBLY MEMBER TANGIPA:  I have a

11   limited amount of time, so I got to move on.

12           SENATOR GONZALEZ:  I understand, but I

13   have the floor.

14           ASSEMBLY MEMBER TANGIPA:  So do you agree

15   that --

16           SENATOR GONZALEZ:  If you don't mind --

17           CHAIR PELLERIN:  Excuse me.  Assembly

18   Member Tangipa, we're going to freeze your

19   time --

20           ASSEMBLY MEMBER TANGIPA:  Okay.

21           CHAIR PELLERIN:  -- and allow the Senator

22   to finish with her report.

23           ASSEMBLY MEMBER TANGIPA:  How much time

24   do I have left?

```
 1             CHAIR PELLERIN:  Eleven minutes and 45
 2    seconds.
 3             ASSEMBLY MEMBER TANGIPA:  Thank you.
 4             SENATOR GONZALEZ:  Thank you, Madam
 5    Chair.
 6             And we just -- you know, I will certainly
 7    keep decorum here as much as possible, but I want
 8    to make sure that the public understands what
 9    we're doing here.
10             And then there's 21 districts, exactly
11    the ideal district size, the same number as the
12    Citizen Redistricting Commission.
13             And the proposed congressional map, as
14    been mentioned by Mr. Brennand, keeps more cities
15    whole than -- within a single district than most
16    recent maps enacted by the Commission.
17             As you know, the Commission had six
18    Republicans, five Democrats, four nonparty
19    preference folks that were doing the hard work
20    back in 2020.
21             And so I think that, you know, again,
22    76.7 percent of the current maps that you see
23    here are based off that Commission map in 2020.
24    So that's -- these are small changes, while also
```

1  ensuring that we're combating Texas on this

2  democracy issue, which is very important.

3          ASSEMBLY MEMBER TANGIPA:  Thank you.

4          Do you agree that we have not -- are we

5  starting?  Okay.

6          Do you agree that we have not had as many

7  hearings as were held by the Citizens

8  Redistricting Commission?  Just do you agree that

9  we haven't had as much -- as many hearings?

10          ASSEMBLY MEMBER AGUIAR-CURRY:  Well, I

11  think the information has been that the maps are

12  based on proceedings, records and public input

13  from Independent Commission process based on the

14  2020 census.

15          Voters are able to see those maps in the

16  Assembly Elections Committee website, submit

17  public comments so we can answer their questions.

18  The voters will make the ultimate decision on

19  their maps.

20          ASSEMBLY MEMBER TANGIPA:  Got it.  So you

21  agree.

22          Do you agree that we have not followed

23  the same requirements in drawing lines as the

24  Citizens Redistricting Commission was required to

25  follow pursuant to the California Constitution?

1            SENATOR GONZALEZ:  And we'll say again,

2   over 76 percent of this map that you see here had

3   been vetted publicly, had been done by the

4   Commission.  And from Mr.  Willis's testimony

5   back in Senate elections -- and if you'd like to

6   pontificate on this -- is the Members of the

7   public since Friday of last week will have 78

8   days did we say?  Seventy-eight days to look at

9   this before it hits the ballots.

10            And on the ballot they will have a link

11   that will direct them to the map, so they can

12   obviously have -- be more educated when they're

13   at the ballot box as well.  And Californians will

14   have the final say.

15            This is much more time than would be --

16   than would have been given through the

17   redistricting process, which was 14 days.

18            So if you'd like to add to that,

19   Mr. Willis, we'd love to put you on the spot.

20            MR. WILLIS:  (Inaudible.)

21            SENATOR GONZALEZ:  Okay, good.  I did

22   well for you.  Thank you.

23            ASSEMBLY MEMBER TANGIPA:  Was any

24   nongovernment employee assisting in the drawings

25   of these lines?



```
 1              SENATOR GONZALEZ:  Not that I know of.
 2   I'm not sure why you would infer that.  Again,
 3   this is a -- this is an attack on Californians.
 4   This is an attack on Californians.  Let's be very
 5   clear here what is happening.
 6              There are Texas legislators that are
 7   being locked up and required to be with law
 8   enforcement because they're just trying to do
 9   their job representing their communities.
10              So our response is absolutely going to
11   say we want as Californians to combat that.  How
12   in the hell are we going to say that Medicare --
13   children that are on Medicare, it's okay to
14   continue to cut 3.4 million Californians off of
15   Medicare?
16              ASSEMBLY MEMBER TANGIPA:  So I ask --
17              SENATOR GONZALEZ:    Would you be okay
18   with that --
19              ASSEMBLY MEMBER TANGIPA:  I ask --
20              SENATOR GONZALEZ:  -- telling your
21   residents in the district that it's okay to cut
22   them from Medicare?
23              ASSEMBLY MEMBER TANGIPA:  So I'm asking
24   the questions.
25              SENATOR GONZALEZ:  Disabled children.
```

```
 1              ASSEMBLY MEMBER TANGIPA:  And one of the
 2  main things that we wanted to know on this is
 3  because we want to know who wrote the maps.
 4  There was a report done by KCRA that stated that
 5  the DCCC had a direct involvement with this.
 6              In this legislation, it states that the
 7  maps were created, prepared by, by the Assembly
 8  Committee.  That's inaccurate.  That's why it's
 9  pertinent to this.
10              But moving on, do you believe that
11  Members have a vested interest in these maps
12  passed?
13              SENATOR GONZALEZ:  We do in the sense
14  that we want to protect Medicare.  We want to
15  make sure that Medicare is not continued to be
16  cut.  We want to ensure that SNAP benefits for
17  children -- why are they being cut?
18              Why -- can you go back to your district
19  and really tell them, we're going to cut your
20  SNAP benefits, we're going to cut your Medicare,
21  we're going to continue to racially profile you
22  in Los Angeles because you're an immigrant?
23              And on top of that, we might just decide,
24  if we lose this election, that Trump might be
25  elected for a third term.  Because now we're
```

1  electing kings all of a sudden.  We cannot do

2  that.  We cannot and we won't.

3          CHAIR PELLERIN:  Okay.  Let's have order,

4  please.

5          SENATOR GONZALEZ:  You might think it's

6  laughable, but this is where we're at right now.

7          ASSEMBLY MEMBER TANGIPA:  No, but

8  Senator.

9          SENATOR GONZALEZ:  This is true -- this

10  is true stuff.

11          ASSEMBLY MEMBER TANGIPA:  I appreciate

12  you truly being honest with that.

13          SENATOR GONZALEZ:  Absolutely.

14          ASSEMBLY MEMBER TANGIPA:  I really do,

15  like honestly.

16          That's fairly surprising, understanding

17  the urgency done with this and how we're moving

18  it through, that it was openly admitted that

19  we -- that the Members of this legislative

20  Committee and this body have a vested interest.

21  Thank you.

22          ASSEMBLY MEMBER BERMAN:  I appreciate

23  that we not misrepresent the answers that are

24  given.

```
 1              SENATOR GONZALEZ:  That was not what was
 2    said, but --
 3              ASSEMBLY MEMBER TANGIPA:  Given that
 4    this -- given this -- given this is being rushed
 5    through --
 6              ASSEMBLY MEMBER BERMAN:  Every member of
 7    California has a vested interest in our
 8    democracy, Mr. Tangipa.
 9              ASSEMBLY MEMBER TANGIPA:  -- with zero
10    research --
11              CHAIR PELLERIN:  Okay.
12              ASSEMBLY MEMBER BERMAN:  I realize that
13    we like to play gotcha games today, but let's
14    keep it in check.
15              CHAIR PELLERIN:  Let's keep our
16    questions --
17              ASSEMBLY MEMBER TANGIPA:  Thank you.
18              CHAIR PELLERIN:  -- to the merits of this
19    bill, AB604, please.
20              ASSEMBLY MEMBER TANGIPA:  Given this is
21    being rushed through with zero research or
22    consideration of implication, I feel it's kind of
23    worthless to ask.  But, you know, have you read
24    the study by Jones's regarding partisan
25    gerrymandering and turnout?
```



1              CHAIR PELLERIN:  Do you have questions
2    about AB 604, the merits of the bill, what is
3    contained in the bill?
4              ASSEMBLY MEMBER TANGIPA:  Well, it's --
5              CHAIR PELLERIN:  I don't see how that's
6    relevant.
7              ASSEMBLY MEMBER TANGIPA:  In the bill it
8    states that it's the gerrymandered map, and I'm
9    asking about research done on gerrymandering.
10              CHAIR PELLERIN:  The maps are publicly
11    posted on the Assembly Committee's website for
12    everybody to see.  The voters will be the
13    ultimate say on whether these districts are
14    approved or not for the temporary basis until
15    2032.
16              ASSEMBLY MEMBER TANGIPA:  But I believe
17    that gerrymandering is pertinent to it, and there
18    is multiple studies that have to deal with
19    gerrymandering that I think are very relevant to
20    the bill since it's in the bill.
21              SENATOR GONZALEZ:  We have not read it.
22    What is your point?  Can you tell us what your
23    question is?  That'd be great to know.
24              ASSEMBLY MEMBER TANGIPA:  Well, it's the
25    fact that gerrymandering happening anywhere else



1   or everywhere else, when we have empirical data

2   that it does not help the people of California,

3   why would we bring that here if it shows us.

4           And it tells us that in these studies --

5   you know, there's a study done by BMC Starkey

6   that actually talked about the relationship

7   between gerrymandering, redistricting.

8           ASSEMBLY MEMBER AGUIAR-CURRY:  Voters

9   will decide.

10          CHAIR PELLERIN:  Yeah.

11          ASSEMBLY MEMBER TANGIPA:  -- and infant

12  mortality and deaths.

13          ASSEMBLY MEMBER AGUIAR-CURRY:  The voters

14  will decide.

15          CHAIR PELLERIN:  Am I taking this to be a

16  position that you support independent

17  redistricting for the entire 50 states in the

18  United States?

19          ASSEMBLY MEMBER TANGIPA:  Yes.

20          CHAIR PELLERIN:  Okay.  Good to know.

21          ASSEMBLY MEMBER TANGIPA:  Yes, of course

22  I do.

23          CHAIR PELLERIN:  That's great to hear.

24          SENATOR GONZALEZ:  We can actually align

25  on that.



1          CHAIR PELLERIN:  Yeah.  Anything you

2    could do to help Texas and Florida, let them know

3    that that position would be greatly appreciated.

4          ASSEMBLY MEMBER TANGIPA:  And I will say

5    that time and time again.  I've gone to advocate.

6    But I also understand my position as a Legislator

7    in the State of California is to the California

8    people, and we can't react to what other states

9    do, what everybody else does.

10          Because the way I think about it, seven

11   months ago, there's a different person in the

12   federal administration and in the White House.

13   Cost of living was still $825,000 in the state.

14   25 percent of residents, 20 percent of residents

15   still couldn't afford it.

16          So if we created our policies, which it

17   feels like here in this legislative body is

18   reacting to everybody else, we're doing a

19   disservice to the people of California.  That's

20   why it's important.

21          So, yes, I agree with you and everybody

22   else here.  I wish we would continue to be the

23   model to the rest of the nation that they should

24   adopt ours.

1            But instead, it seems like we've

2    forgotten the statement that was made by Michelle

3    Obama that when they go low, we go high.  But

4    instead, now we've -- this -- the leadership here

5    in the state says when they go low, we'll go

6    lower.  When they go authoritarian, we'll be more

7    authoritarian.

8            CHAIR PELLERIN:  And did you have more

9    questions about the merits of the bill?

10           ASSEMBLY MEMBER TANGIPA:  Yes, ma'am,

11   I -- yes. I do.

12           CHAIR PELLERIN:  Please go ahead and ask

13   those.

14           ASSEMBLY MEMBER TANGIPA:  You know, there

15   are just so many empirical studies that are done

16   on this.  When we're looking at the maps, how did

17   we take into consideration communities of

18   interest?

19           You know, were they done to protect race,

20   religion, all the ideologies that we have right

21   now to make sure that we're protecting the voters

22   of California?  Was that done in that

23   consideration?

24           SENATOR GONZALEZ:  It's a partisan

25   gerrymander.  That's what we're talking about

1  here.  This is partisan politics is what we're

2  talking about here.

3          If Texas wants to -- again, if Trump

4  gives them a call and says, literally, as he did

5  with Governor Abbott, find me five seats, well,

6  we're not going to sit back and just say, well,

7  it's okay, find the five seats.  And you know

8  what?  Six million people will be taken off of

9  Medicare in California.

10          We are not going to stand by for that.

11  So, no, this is completely partisan politics

12  here.  Obviously, that is happening.  And we're

13  doing so with the intent of supporting and

14  bringing forward the quality of life issues that

15  have been so affected by Californians, regardless

16  of what your party affiliation, regardless of

17  where you live in the state.

18          ASSEMBLY MEMBER TANGIPA:  Do you know if

19  the maps were made sure -- to make sure that we

20  were protecting communities of interest?

21          Because it's stated in the bill.  It

22  states that these maps --

23          MR. BRENNAND:  Yes.



1            ASSEMBLY MEMBER TANGIPA:  -- were created

2   to protect communities of interest, and it

3   defines that, too.

4            MR. WILLIS: Yeah, I'll just go back to

5   what has been said several times, which is this

6   map -- the main architecture of this map is from

7   the Redistricting Commission.

8            And the Redistricting Commission issued a

9   voluminous report and maps all about how they

10  followed that, or how they followed the Voting

11  Rights Act, how they followed communities of

12  interest --

13           ASSEMBLY MEMBER TANGIPA:  When you say --

14           MR. WILLIS:  -- how they followed

15  geographic integrity.

16           ASSEMBLY MEMBER TANGIPA:  Just for

17  clarity for me, you mean the Redistricting

18  Commission --

19           MR. WILLIS:  Right.

20           ASSEMBLY MEMBER TANGIPA:  -- on the

21  independent -- and you guys.

22           MR. WILLIS:  That's correct.  That's

23  right.

```
 1            ASSEMBLY MEMBER TANGIPA:  -- utilize
 2   those to create -- okay.  So that was just for
 3   clarity on my part.
 4            MR. WILLIS:  Correct. Yes.  And -- but
 5   that -- as many people have said already, that is
 6   the basis, the fundamental basis, the beginning
 7   part for this map.
 8            And as people have said over and over
 9   again, 76 percent of that map is baked into this
10   map.
11            ASSEMBLY MEMBER TANGIPA:  But what I
12   heard from some of the testimony from SEIU, too,
13   that the communities of interest were taken into
14   account to make this map.
15            MR. BRENNAND:  As they were by the
16   Commission, correct.
17            ASSEMBLY MEMBER TANGIPA:  Okay.
18            MR. BRENNAND:  They followed the same
19   criteria, Fair Maps Act, the criteria for the
20   Commission and consistent with the State
21   Constitution.
22            ASSEMBLY MEMBER TANGIPA:  So all of
23   those --
24            CHAIR PELLERIN:  And you have just over
25   two more minutes.
```



```
 1              ASSEMBLY MEMBER TANGIPA:  Yep.  Thank
 2  you.
 3              No, I appreciate it.  I appreciate the
 4  clarity provided here.  You know, I -- you know,
 5  I really do wish that I had more time, that
 6  everybody had more time as we get to see this as
 7  it's changing so quickly.
 8              So thank you for being here and thank you
 9  for the honesty.
10              CHAIR PELLERIN:  Thank you.
11              We'll now move on to Assembly Member
12  Solache.
13              ASSEMBLY MEMBER SOLACHE:  Thank you,
14  Madam Chair and Committee Members.
15              I do appreciate the second part of
16  today's meeting a little more with decorum.  And
17  I do encourage all of us to remember that we are
18  ambassadors of Californians and that our
19  constituents want to see us behave with decorum.
20  So I want to just thank my colleagues all that
21  the second part has been a little more -- with
22  more class and more respect to each other.
23              That being said, thank you to both
24  Majority Leaders for today's presentation.  I
```

SCANLAN
STONE

depos@scanlanstone.com
415.834.1114

Page 249

618

1 know this is informational.  That continues part

2 of the process.

3          And I know that one of the questions that

4 was asked multiple times, is there any vested

5 interest?  Well, I just want to, for the record,

6 point out that in 2026, I have zero interest

7 running for Congress.  Want to put that on the

8 record.

9          I'm very happy to represent a half a

10 million people in my Assembly district, and I am

11 very proud to represent and so I will continue

12 working with -- for them.

13          That being said, also, I actually want to

14 appreciate some of the comments made today by the

15 public, specifically those that were in

16 opposition.  Why?  Because they were raising the

17 alarm of representation.

18          And I cannot tell you how much I agree

19 with you when I represent a district that's

20 highly immigrant, highly undocumented, and they

21 want a voice, a voice of their families being

22 taken, their families being kidnapped by this

23 administration.

24          And I will tell you firsthand that

25 maybe -- I can't say a hundred percent, but a

SCANLAN
STONE

depos@scanlanstone.com
415.834.1114

Page 250

619

1  good amount of examples where there's no

2  warrants, there's no documentation and showing it

3  to snatch people around.  Take them.  Just take

4  them.  So my district, who I probably represent,

5  will not stand for that.

6         And what I'm very happy, including in the

7  panel earlier that spoke in opposition, very

8  credible individuals that spoke about the process

9  of the Independent Commission and how they were

10  part of the process.  And, yeah, they shared that

11  there's -- there are no sides.

12         But they spoke about the process, the

13  public comment, what it took to get to this

14  point.  And as they say, as California goes, the

15  nation goes.

16         So now that we're talking about how this

17  process was great and meaningful, I could tell,

18  as a formal council member of my district, we

19  were part of that process in public hearings and

20  raising our hand and saying that this city should

21  be part of that city, that this city that.

22         It just -- it was a process that at least

23  as a local council member I was part of.  And I

24  could tell you that it felt good to be part of a

25  process of what our districts look like, not only

SCANLAN
STONE

depos@scanlanstone.com
415.834.1114

Page 251

620

```
 1   for congressional, for State Senate and for State
 2   Assembly.
 3           I'm happy -- because I will be honest
 4   with you, I had some concerns of this, moving
 5   forward with this.  But when I read in the bill,
 6   because I read it, too, that it would be
 7   temporary and that it will return back to the
 8   Independent Commission, I was very proud.
 9           And I think Independents out there in
10   California, not looking at either representation
11   of a party, I think that's very meaningful
12   because this is very direct to my pro tem, my
13   majority leader's comments.
14           She said, you know, this is a temporary
15   approach.  That once we get back to the regular
16   schedule, Californians will have a Commission
17   that they support and they like, Independents,
18   Republicans and Democrats.  So that being said is
19   a temporary approach.
20           And I respect the opposition's comments,
21   but I also have to represent in my district.  As
22   Senator Cervantes earlier said, when she goes to
23   the district -- we were out for -- in the
24   district for 30 days and I heard from community,
```

SCANLAN
STONE

depos@scanlanstone.com
415.834.1114

Page 252

621

1  how are you going to protect me?  How are you as

2  being a state rep?

3          You were a local mayor, and now you're a

4  state rep.  You now have, quote, unquote, I quote

5  the resident, more power now.  And they see it as

6  more authority, more power.

7          I see it as more of a voice.  And I'm

8  bringing that voice to my constituents to say,

9  yes, this is how we're going to react.

10          And the biggest part of this process,

11  unlike Texas, where they're going to legislate

12  and do this and ram it down people's throats,

13  we're going to give the voters of California a

14  voice, say you decide.

15          And so everyone talked about a process of

16  how we got here.  Fully understand and fully

17  respect my colleagues on the other side of how we

18  got here.  Fully respect that.

19          But I can assure you that one of the

20  questions that I asked in this process is, how

21  were these maps put together?

22          And I think within time of us moving

23  forward, we will see that the process of the

24  Commission was mirrored in protecting

25  communities.  Protecting -- is it a hundred



```
 1  percent?  To my Majority Leader's comment, it's a
 2  process to protect community.  It's not going to
 3  be a hundred percent favorable for everyone, but
 4  it's temporary.  It's going to be three cycles,
 5  '26, '28 and '30.  Back in '32, we're going to go
 6  back to the Commission.
 7           And I will happily, Mr. Tangipa, with
 8  you, and I will co-author a resolution saying
 9  that we should have all 50 states do this.  I
10  will co-author that with you with as Republican
11  and Democrat, saying all states should do this
12  moving forward.  Happily would do that because
13  it's the right thing to do.
14           And once the voters decide that this
15  might be a temporary approach to protect
16  democracy, and we will happily do that today, at
17  least my vote for my constituents, that we go
18  back in 2032 and the voters go back to this
19  Commission that they fully support, Independents,
20  Republicans, Democrats, based on today's public
21  comment.
22           But SNAP programs, Medi-Cal, Medicaid are
23  on the line.
24           And I will not stand for any one more of
25  my community members to be taken and snatched
```

SCANLAN
STONE

depos@scanlanstone.com
415.834.1114

Page 254

623

1  from my community.  Because one part of our

2  nation, one part of our state, one part of our

3  city is being targeted.  So I welcome the support

4  of community.

5          Let's make this a temporary approach.

6  And last thing I'll say is, if Texas and any

7  other states backs down, so will California.

8  Because it's very clear in the language that if

9  no one else does anything, California will remain

10 and we will continue respecting the lines that

11 the Commission put together.

12          So with that, I look forward to

13 Californians of 20 million voters.  Is that what

14 we said?

15          ASSEMBLY MEMBER BERMAN:  Twenty plus.

16          ASSEMBLY MEMBER SOLACHE:  Twenty plus

17 million voters will have a say at the ballot box

18 November 4th.  And respecting everyone's opinion,

19 they will decide what happens next.

20          And the last, last part of that process,

21 they will have 78 days to look at the maps.  It's

22 public now.  I have the link.  If anyone wants, I

23 can send it to you.  There's a link of our

24 Assembly website where our Chair has put the

25 maps, and it shows clearly.

1            You could tap on it.  It's pretty
2  interesting, to be honest.  You tap on it.
3  There's a demographics, population.  It's pretty
4  interesting how the map is.
5            And again, these are, these are three
6  years, three cycles.  So I look forward for
7  Californians, Republicans, Democrats,
8  Independents and anyone that votes to have the
9  right to say, we do like these maps, we don't
10  like these maps.
11            It's not politicians voting.  It's just
12  giving Californians the option of do you want
13  these maps or not.  And in my district, we need
14  to protect democracy to the fullest.
15            Thank you so much, Madam Chair.
16            CHAIR PELLERIN:  Thank you so much.
17            Any other Members have questions,
18  comments?
19            Assembly Member Macedo.
20            VICE CHAIR MACEDO:  Well, I have great
21  news for all of you.  AJR 21 is in print and you
22  are welcome to join on with us.  That sends the
23  message to all 50 states that we would like
24  independent redistricting commissions.  So we --



```
 1              CHAIR PELLERIN:  We do have that in the
 2   Constitution as well, the ACA.
 3              VICE CHAIR MACEDO:  Yes, absolutely.
 4              So with that being said, there's a couple
 5   of things that I -- I mean, it's really so
 6   fundamental.
 7              But before I begin, sir, who are you one
 8   more time, I'm sorry, here to answer technical
 9   questions?
10              MR. WILLIS:  Tom Willis.
11              VICE CHAIR MACEDO:  With who?
12              MR. WILLIS:  I'm with the law firm Olson
13   Remchon.
14              VICE CHAIR MACEDO:  And who are you
15   representing today?
16              MR. WILLIS:  I think we've gone over
17   this.  That the -- that we're not going to get
18   into that today.  And happy to answer any legal
19   questions.
20              VICE CHAIR MACEDO:  Are you being paid
21   for your time to be here today?
22              MR. WILLIS:  Again, I'm not going to get
23   into (inaudible).
24              CHAIR PELLERIN:  Again --
25              VICE CHAIR MACEDO:  Okay.
```

```
 1           CHAIR PELLERIN:  -- if you have questions
 2  to the merits of the bill, AB 604, that's what
 3  we're --
 4           VICE CHAIR MACEDO:  Well, he's been
 5  testifying, so I would like to know who he is
 6  testifying on behalf of.
 7           CHAIR PELLERIN:  He is a technical
 8  witness.  He's identified himself and his law
 9  firm.
10           VICE CHAIR MACEDO:  Okay.  Well, I'm sure
11  we'll figure that in a courtroom.
12           But who drew these maps?  And I'm not
13  saying general groups.  I'd like specific names.
14  Who specifically drew these maps?
15           ASSEMBLY MEMBER AGUIAR-CURRY:  So these
16  are the legislators' maps, the Legislature's
17  maps.  We did three important things.  We took
18  the knowledge and public input from the
19  independent Commission.  We keep the more cities
20  whole than the Commission's map.  And we are
21  letting our voters see the map to make the
22  ultimate decision.
23           VICE CHAIR MACEDO:  Madam Majority
24  Leader, I understand.  I've heard all that.
```



```
 1              Who drew the maps?  It's a very simple
 2   question.  Names, preferably.
 3              ASSEMBLY MEMBER SOLACHE:  The Assembly.
 4              ASSEMBLY MEMBER AGUIAR-CURRY:  The
 5   Assembly did.
 6              VICE CHAIR MACEDO:  Okay.  I'm in the
 7   Assembly and I did not draw these maps.
 8              ASSEMBLY MEMBER BENNETT:  Well, you're
 9   not the leadership, though.
10              VICE CHAIR MACEDO:  No, and I'm aware of
11   that.
12              But the same way that in this bill it
13   says that the Assembly Elections Committee, not
14   Chair Pellerin, not Assembly Member Solache, not
15   Assembly Member Bennett.
16              I am a part of that group.  So by
17   association, I have been lumped in, Mr. Bennett.
18              So I'm asking, who drew these maps?  Not
19   a general group.
20              ASSEMBLY MEMBER AGUIAR-CURRY:  The
21   Legislature drew the maps.
22              VICE CHAIR MACEDO:  Who specifically in
23   the Legislature?
24              ASSEMBLY MEMBER AGUIAR-CURRY:  The
25   Legislature drew the maps.
```

SCANLAN
STONE

depos@scanlanstone.com
415.834.1114

Page 259

628

```
 1              VICE CHAIR MACEDO:  This is transparency
 2   that we don't get to know who drew the maps?
 3              ASSEMBLY MEMBER AGUIAR-CURRY:  The
 4   Legislature drew the maps.
 5              SENATOR GONZALEZ:  Again, over
 6   76 percent --
 7              VICE CHAIR MACEDO:  That's not what I'm
 8   asking.
 9              SENATOR GONZALEZ:  But you are, though.
10              VICE CHAIR MACEDO:  I've heard --
11              SENATOR GONZALEZ:  This is where the maps
12   are coming from.
13              VICE CHAIR MACEDO:  I have heard --
14              SENATOR GONZALEZ:  (Inaudible.)
15              VICE CHAIR MACEDO:  -- your response to
16   that.  I am asking you a specific question --
17              SENATOR GONZALEZ:  The Citizen
18   Redistricting Commission, which is bipartisan.
19              VICE CHAIR MACEDO:  -- that you are --
20              CHAIR PELLERIN:  Okay.  Let's have one
21   person speak at a time, please.
22              VICE CHAIR MACEDO:  And my question has
23   not been answered.  The information you've given,
24   I've already heard.  I've got it here.
```

1           CHAIR PELLERIN:  The question has been
2    answered.  You just don't like the answer.
3           VICE CHAIR MACEDO:  You said the
4    Legislature.  I am the Legislature.  I am part of
5    the Legislature.  Is that correct, Madam Chair?
6           ASSEMBLY MEMBER BENNETT:  Madam Chair,
7    can I try again?
8           VICE CHAIR MACEDO:  Because I'm not a
9    Democrat, I'm not (inaudible).
10          CHAIR PELLERIN:  Assembly Member Bennett,
11   you may --
12          ASSEMBLY MEMBER BENNETT:  Can I just try
13   and answer in good faith?
14          VICE CHAIR MACEDO:  Is my time paused?
15          ASSEMBLY MEMBER BENNETT:  Yeah, you could
16   pause the time.
17          But when we say the Legislature, all
18   kinds of things happen in the Legislature.  We're
19   not all involved in every one.  But they're all
20   controlled by the legislative leadership.  The
21   legislative leadership wrote these maps.  A
22   combination -- we have a leader right here.
23          VICE CHAIR MACEDO:  So --
24          ASSEMBLY MEMBER BENNETT:  And she's part
25   of the leadership.



```
 1              VICE CHAIR MACEDO:  So you wrote the
 2  map --
 3              ASSEMBLY MEMBER BENNETT:  So the
 4  leadership team --
 5              VICE CHAIR MACEDO:  -- or helped write
 6  the map?
 7              ASSEMBLY MEMBER BENNETT:  The leadership
 8  team --
 9              ASSEMBLY MEMBER AGUIAR-CURRY:  The team
10  did.
11              ASSEMBLY MEMBER BENNETT:  Leadership
12  team --
13              ASSEMBLY MEMBER AGUIAR-CURRY:  I didn't
14  personally write the maps.
15              VICE CHAIR MACEDO:  So, then, there you
16  go.  She's in leadership, and she just said she
17  didn't write the maps.
18              ASSEMBLY MEMBER AGUIAR-CURRY:  No.
19  There's others that are in the leadership.
20              ASSEMBLY MEMBER BENNETT:  She had some --
21  she was part of the leadership team.  That
22  doesn't mean everybody on the team (inaudible).
23              CHAIR PELLERIN:  Okay.  Can we bring the
24  debate back to the Chair, please?
25              VICE CHAIR MACEDO: So who is the team?
```

```
1              CHAIR PELLERIN:  Okay.

2              VICE CHAIR MACEDO:  You know who the team

3    is?

4              SENATOR GONZALEZ:  I think we've answered

5    the question.

6              VICE CHAIR MACEDO:  No, you have not.

7              CHAIR PELLERIN:  The question has been

8    answered.  Do you have another question?

9              And I'm sorry, did you have a comment you

10   wanted to make?

11             MR. WILLIS:  I just wanted to say -- you

12   can all verify this -- this week's edition of

13   Capitol Weekly Podcast had Paul Mitchell as their

14   guest from Political Data.  He spoke about the

15   fact that he foregone an Italian vacation with

16   his family in order to work on redrawing these

17   maps.

18             VICE CHAIR MACEDO:  Fantastic.  Why can

19   we not have Paul Mitchell here, then, to testify?

20             SENATOR GONZALEZ:  We're the authors of

21   the bill.

22             CHAIR PELLERIN:  Yeah.

23             VICE CHAIR MACEDO:  Okay.

24             CHAIR PELLERIN:  Do you have other --

25             VICE CHAIR MACEDO:  You are witnesses --
```



```
 1              CHAIR PELLERIN:  Do you have other
 2    questions about --
 3              VICE CHAIR MACEDO:  Yes.  I have lots of
 4    them.
 5              CHAIR PELLERIN:  Let's go ahead and move
 6    forward with those questions.
 7              VICE CHAIR MACEDO:  Okay.  So then my
 8    question is, is how much was Paul Mitchell paid?
 9    Does anybody know?
10              Okay.  Well, if it was over $5,000, he
11    would have to register as a lobbyist.
12              So did any lobbyists help with this?  No?
13    Okay.
14              How many versions of these maps were
15    created?
16              SENATOR GONZALEZ:  I'm sorry?
17              VICE CHAIR MACEDO:  How many versions of
18    the maps have been created to this point?
19              SENATOR GONZALEZ:  This is the version
20    you see here.  There were tweaks done yesterday
21    at 8:00 a.m.  They were timestamped.  The
22    changes --
23              VICE CHAIR MACEDO:  How many versions?
24              SENATOR GONZALEZ:  This is the version
25    you see here as Friday at 8:00 -- Friday --
```

```
 1              VICE CHAIR MACEDO:  You guys have been
 2   well prepped by Legal, let me tell you.
 3              SENATOR GONZALEZ:  Friday of last week we
 4   saw the maps.
 5              UNIDENTIFIABLE SPEAKER:  You're welcome.
 6              VICE CHAIR MACEDO:  What safeguards are
 7   there to prevent legislators or staff with
 8   conflicts of interest from manipulating the maps?
 9              ASSEMBLY MEMBER AGUIAR-CURRY:  Repeat
10   that again.
11              VICE CHAIR MACEDO:  What safeguards
12   prevent legislators or staff with conflicts of
13   interest from manipulating the maps?
14              ASSEMBLY MEMBER AGUIAR-CURRY:  My morals
15   and my ethics.  Let's start -- just start there.
16              VICE CHAIR MACEDO:  I -- and I know,
17   Ms. Curry, that you are.
18              But I'm asking, within the language, what
19   are we doing to safeguard that?  Not just a
20   handshake and a promise.
21              CHAIR PELLERIN:  The maps are publicly
22   posted on the Election Elections Committee's
23   website.
24              SENATOR GONZALEZ:  The public has 78
25   days, as we've been mentioning.  This is a much
```

1  more transparent process than our colleagues in

2  Texas who, as has been mentioned by the good

3  Assembly Member from southeast Los Angeles, that

4  has been just a nontransparent process and have

5  locked up legislators.

6          I mean, is that what we want to do?  We

7  don't.  We want to provide the public an ability

8  to look at these maps and then have an option to

9  weigh in, which they have been able to do over, I

10  think, 4,000 or 5,000 people.

11          You know more than I do, Madam Chair, on

12  this good work that you've done to be able to

13  make the maps very public.

14          ASSEMBLY MEMBER AGUIAR-CURRY:  So the

15  maps were based, remember, on knowledge and

16  public input from the Independent Commission, so

17  we agree with that.

18          And the proposed map splits fewer cities

19  than the Independent Commission map.  We agree

20  with that.

21          The map reduces the number of split

22  cities from 60 to 57.  This map makes 26 cities

23  whole that have been split up under the current

24  lines.

```
 1              So I'm going to give you a little bit
 2   example because I did overhear your conversation
 3   before, Assembly Member Tangipa, because you were
 4   concerned about the City of Clovis; is that true?
 5              ASSEMBLY MEMBER TANGIPA:  Yes.
 6              ASSEMBLY MEMBER AGUIAR-CURRY:  Okay.
 7              ASSEMBLY MEMBER TANGIPA:  Yes.  The
 8   original map that I'd seen --
 9              ASSEMBLY MEMBER AGUIAR-CURRY:  So I did a
10   little bit of --
11              ASSEMBLY MEMBER TANGIPA:  -- Clovis was
12   split into three --
13              ASSEMBLY MEMBER AGUIAR-CURRY:  I did a
14   little bit of --
15              CHAIR PELLERIN:  Okay.  Okay.
16              ASSEMBLY MEMBER TANGIPA:  -- but the map
17   yesterday put it in one.
18              ASSEMBLY MEMBER AGUIAR-CURRY:  So it's
19   great.  I'm glad you were looking at the maps to
20   understand the impacts on your communities.
21   Because of this legislation, every Californian
22   will be able to do that.
23              So specific to the city of Fresno, the
24   city was already split by the Redistricting
25   Commission into three districts.
```



```
 1              Specific to the City of Clovis it was
 2    previously whole and is split by this plan.
 3              However, there are 26 cities that were
 4    split by the Redistricting Commission that this
 5    plan makes whole.
 6              So as a result, the total number of
 7    cities split is reduced from 60 to 57, and two of
 8    those involve zero people.
 9              ASSEMBLY MEMBER TANGIPA:  That was
10    direct.  Can I respond?
11              CHAIR PELLERIN:  We're going to go back
12    to Vice Chair Macedo.  She had the floor here.
13    Let her continue with her questioning, please.
14              VICE CHAIR MACEDO:  I'm not expecting an
15    answer to this, but I'll ask it anyway.
16              Did anyone with a conflict of interest,
17    including potential candidates for Congress --
18    Mr. Solache, I know this takes you out of it, so
19    don't worry -- participate in drawing or
20    reviewing the maps, any potential candidates for
21    Congress?
22              ASSEMBLY MEMBER AGUIAR-CURRY:  Not to my
23    knowledge.
24              VICE CHAIR MACEDO:  Okay.  If these maps
25    are challenged in court, how long could
```

1  Californians be left uncertain about who

2  represents them in which districts they reside?

3  That probably would be a question for the

4  attorneys.

5          MR. WILLIS:  Can you repeat the question?

6          VICE CHAIR MACEDO:  If these maps are

7  challenged in court, which I'm assuming they

8  likely will be, how long could Californians be

9  left uncertain about who represents them and in

10  which districts they reside?

11          MR. WILLIS:  I think they will always be

12  certain -- I mean, they will always be certain on

13  who represents them and what maps apply to each

14  election.

15          VICE CHAIR MACEDO:  So you don't see any

16  challenges in court delaying this?

17          MR. WILLIS:  I think that these maps are

18  legally sound, absolutely.

19          VICE CHAIR MACEDO:  Interesting.  Okay.

20  Whoever is paying you I'm sure will maybe agree

21  with you.

22          How can the Legislature justify

23  abandoning the transparent voter-approved

24  Commission process in favor of a secretive

25  process controlled by, like you just said,

1  partisan interest?  Because this is a partisan

2  gerrymander.

3           SENATOR GONZALEZ:  Yeah.  Texas started

4  it.  I mean, if Texas -- when President Trump

5  calls the Governor of Texas to find him five

6  seats -- let's be clear what happened.  Just like

7  he did in Georgia during the '20 -- the last

8  election.

9           So you want to talk about conflict of

10  interest and corruption?  Let's talk about it.

11  Let's absolutely talk about it because I think

12  the public should know what exactly is going on

13  here.

14           So what we're doing in the very legal way

15  and transparent way is providing a reaction to

16  the Texas phone call that Trump decided to do to

17  ask for five seats to basically circumvent our

18  democracy, to supersede and to take away

19  healthcare from people.

20           That's the reason why we have a bunch of

21  working family organizations that are here today

22  because they're tired of it.  Rural hospitals are

23  going to be completely decimated.  I mean, all of

24  it.  You know this.  And it's going to be really

25  tough.

1          And I would actually just say, too, if --
2    I'm down with you.  I think if you want to create
3    a constitutional amendment at the federal level,
4    you all have the opportunity to do that.  You can
5    go to the White House and ask for it now to
6    create a 50 state nationwide independent
7    redistricting plan.  That would be fantastic. I
8    think we can all do it.
9          ASSEMBLY MEMBER AGUIAR-CURRY:  Do it for
10   us.  Thank you.
11         SENATOR GONZALEZ:  Absolutely.
12         VICE CHAIR MACEDO:  If you keep -- you
13   guys keep bringing up Texas.  Why is other
14   states --
15         ASSEMBLY MEMBER AGUIAR-CURRY:  And
16   Missouri.
17         VICE CHAIR MACEDO:  Well, so now you
18   bring it up, Majority Leader, but that's -- I
19   mean, this isn't a -- this isn't about Texas.
20         ASSEMBLY MEMBER AGUIAR-CURRY:
21   (Inaudible.)
22         VICE CHAIR MACEDO:  And I understand what
23   you guys are going at.  Listen, Texas does not
24   have the independent redistricting commission.
25   And this -- whether we want to talk about it or

1  not, this started with Democrat groups suing the
2  State of Texas for their maps.
3          And, yes, then afterwards we can talk
4  about what happened and disagree on it.
5          SENATOR GONZALEZ:  Over the Voting Rights
6  Act.
7          VICE CHAIR MACEDO:  So they had to redo
8  their maps because Democrat groups told them they
9  had to.  That's what this all started with.
10         SENATOR GONZALEZ:  It wasn't democratic
11  groups.
12         VICE CHAIR MACEDO:  That was exacerbated,
13  likely, by other things.
14         But my question is, is what consideration
15  was given to compliance with California's
16  requirement that districts be contiguous and
17  compact?
18         Because there's one district that is, I
19  believe, 30 miles wide and 40 -- or, I'm sorry,
20  30 miles wide and 400 miles long, or something
21  like that.
22         MR. BRENNAND:  Are you talking about the
23  current Kevin Kiley district?  Because that's the
24  case.
25         VICE CHAIR MACEDO:  No, it's not.

```
 1              MR. BRENNAND:  It goes from Lake Tahoe to
 2  Death Valley.
 3              VICE CHAIR MACEDO:  I'm not speaking
 4  of --
 5              MR. BRENNAND:  Is that the district --
 6              VICE CHAIR MACEDO:  No.
 7              MR. BRENNAND:  -- that exists now.
 8              CHAIR PELLERIN:  Okay.  If we could bring
 9  comments through the Chair here as well.
10              MR. BRENNAND:  Oh, I'm sorry.
11              CHAIR PELLERIN:  Let's go ahead and have
12  the Vice Chair continue to ask her questioning of
13  the authors.
14              VICE CHAIR MACEDO:  What consideration
15  was given to compliance with California's
16  requirement that districts be contiguous and
17  compact?
18              ASSEMBLY MEMBER AGUIAR-CURRY:  I don't
19  have legal (inaudible) for that.
20              SENATOR GONZALEZ:  (Inaudible)
21  Redistricting Commission requirements as well.
22  So, again, I'm going to continue to hit this
23  point, and I know you don't want to hear it, but
24  76.7 percent of this map currently is based off
25  of the 2020 Redistricting Commission.
```

```
 1              VICE CHAIR MACEDO:  So just yes or no.
 2              SENATOR GONZALEZ:  All of the parameters
 3    that are required under that --
 4              VICE CHAIR MACEDO:  No consideration was
 5    given, then, to the compliance with California
 6    requirements?
 7              ASSEMBLY MEMBER AGUIAR-CURRY:  There are
 8    more contiguous now than they've been before.
 9              SENATOR GONZALE:  Yes.
10              ASSEMBLY MEMBER AGUIAR-CURRY:  The new --
11    the maps that are out there now --
12              SENATOR GONZALEZ:  Less splitting.
13              ASSEMBLY MEMBER AGUIAR-CURRY:  -- are
14    more contiguous and more compact.
15              VICE CHAIR MACEDO:  So just that
16    particular compliance rule, I wasn't -- I'm not
17    part of leadership, as Mr. Bennett pointed out.
18    So I don't know if this was, hey, we need to make
19    sure we're doing this.
20              Was is it talked about?  Was it, hey, we
21    need to make sure we're doing this, or you're
22    just saying it's done?
23              ASSEMBLY MEMBER AGUIAR-CURRY:  As far as
24    I'm concerned, it's done.
```



```
 1            VICE CHAIR MACEDO:  Okay.  If the
 2   Commission's maps are already constitutional and
 3   enforceable, what public interest is served by
 4   passing AB 604 besides giving the middle finger
 5   to President Trump?
 6            ASSEMBLY MEMBER AGUIAR-CURRY:  Taking
 7   care of our constituents.
 8            SENATOR GONZALEZ:  I think we've given
 9   you a lot of the data.  I mean, again,
10   6.4 million Californians are on Medicare.  And as
11   you've seen here, we've got health workers that
12   are in the audience that have supported this bill
13   because 3.4 million are under attack and may lose
14   their healthcare based on what this big,
15   beautiful, ugly, horrible bill just did.  And so
16   that is a direct attack on Californians.
17            And I don't know how I can go back to my
18   district, if I were a Republican, and say, I
19   allowed this and I'm not even speaking up on it,
20   and I'm not going to even fight up against it.
21   I'm not going to try to even in one slightest bit
22   try to claim five more seats to actually protect
23   my constituents, which is what we were all
24   done -- which we all decided to do when we took
25   the oath to become State Representatives.
```



1            And, you know, I think SNAP benefits,

2   education, you name it.  We're getting a

3   $1 billion ransom now from the Trump

4   administration against UCLA.  This is horrendous.

5   For research grants to (inaudible) cancer.

6            VICE CHAIR MACEDO:  I'm glad that you

7   brought up rural -- like healthcare.

8            CHAIR PELLERIN:  And just a couple more

9   minutes here.

10            VICE CHAIR MACEDO:  I'm glad that you

11   brought that up because I, as a Republican, have

12   gone back to my districts.  Because I've been

13   asking Gavin Newsom why he left billions of

14   dollars ready to be reimbursed to our Medi-Cal

15   system that he didn't even bother to turn in the

16   application for.  I have fought for reimbursement

17   for providers in rural hospitals because they are

18   leaving.

19            So as a Republican, I can tell you I'm

20   fighting for my constituents.  But the same way

21   that we don't have jurisdiction over the federal

22   government, I don't have jurisdiction over Texas

23   electeds.  I'm trying to focus on what I can do

24   here with the dollars we have here.

```
 1              With that being said, there was
 2   disparaging comments made about myself and my
 3   colleague's vote on a redistricting bill.  And I
 4   would like to clarify, if the Chair would allow
 5   me that vote.
 6              SENATOR GONZALEZ:  I'm not sure what this
 7   has to do with the bill.
 8              VICE CHAIR MACEDO:  It was brought up
 9   previously.
10              CHAIR PELLERIN:  Okay.  Can we hold on
11   that?  And we'll allow that at the end of the
12   hearing here.
13              VICE CHAIR MACEDO:  Well --
14              CHAIR PELLERIN:  Okay.
15              CHAIR PELLERIN:  Try to continue on
16   AB 604.
17              Any other comments from Members on the
18   dais?
19              ASSEMBLY MEMBER BERMAN:  Quick comments.
20   I know there's been a lot of conversation and
21   bipartisan support, which is amazing, for federal
22   independent redistricting legislation.
23              The good news is we have a template for
24   that because it has been passed by the House of
25   Representatives at the congressional level twice.
```

1    There was the For the People Act in 2019

2    legislative session, and the Freedom to Vote Act

3    in the 2021 legislative session.

4            Both versions passed the House.  Both

5    versions were filibustered by -- unanimously by

6    Republicans in the Senate.  So we would have this

7    in the United States if Republicans at the

8    federal level would support it.

9            I want to encourage my -- because I know

10   y'all have more sway with Republican Senators, US

11   Senators, than I do.  I'd encourage you to reach

12   out to them and let them know, hey, this is

13   important for America.  This is important for

14   democracy.  Because right now it's Republican

15   United States Senators that are blocking the

16   ability for us to have that in the United States.

17            And I will say kudos to my former

18   colleague, Congressman Kevin Kiley, for finding

19   Jesus on this issue when all of a sudden he has

20   concerns about his political future and

21   introducing his legislation.  I don't care what

22   caused him to all of a sudden support independent

23   redistricting.  I just support him in that

24   effort.

1          And so I want to say, everybody get out

2    there.  Get Mike Johnson, the Speaker, to let

3    Kevin Kiley bring his bill and let's have that be

4    a vote in the United States Congress.  And then

5    let's get Republican U.S. Senators who oppose it

6    prior to support it now because that's the best

7    solution to this problem, to this situation.

8          And I'm happy to move the bill if it

9    hasn't happened already.

10         CHAIR PELLERIN:  This is just am

11   informational hearings, so we're just --

12         ASSEMBLY MEMBER BERMAN:  No motions.  No

13   motions.

14         CHAIR PELLERIN:  -- we're just hearing

15   each other out.

16         ASSEMBLY MEMBER BERMAN:  There will be no

17   votes.

18         CHAIR PELLERIN:  And is there any Member

19   who has not spoken yet that would like to say a

20   few words or have any questions?

21         ASSEMBLY MEMBER TANGIPA:  But, Madam

22   Chair, because this is an informational hearing,

23   can we ask more questions?

24         CHAIR PELLERIN:  Absolutely, no.

25         ASSEMBLY MEMBER TANGIPA:  Why?



```
 1            CHAIR PELLERIN:  Yeah, yeah.
 2            ASSEMBLY MEMBER TANGIPA:  But it's an
 3  informational hearing.
 4            CHAIR PELLERIN:  I know.  I know.  And
 5  you have had more than 15 minutes of time to ask
 6  your questions.
 7            ASSEMBLY MEMBER TANGIPA:  Because I
 8  believe the people of California, which this
 9  affects 40 million people, they deserve more than
10  15 minutes.
11            ASSEMBLY MEMBER BERMAN:  And they're
12  going to get 75 days.
13            CHAIR PELLERIN:  Okay.  So we are going
14  to allow the authors to have any close, and then
15  I'm going to have a few closing statements as
16  well.
17            ASSEMBLY MEMBER TANGIPA:  So the 40
18  million people, they don't get more than 15
19  minutes?  But not only that --
20            CHAIR PELLERIN:  We're going to have
21  our --
22            ASSEMBLY MEMBER BERMAN:  They're going to
23  have 78 days, Assembly Member Tangipa.
24            CHAIR PELLERIN:  -- co-authors go ahead
25  and close.
```

```
 1              ASSEMBLY MEMBER BERMAN:  Seventy-eight
 2    days.
 3              ASSEMBLY MEMBER TANGIPA:  But
 4    Mr. Berman --
 5              CHAIR PELLERIN:  Okay.  We are not doing
 6    cross talk.
 7              ASSEMBLY MEMBER TANGIPA:  Part of what
 8    I --
 9              CHAIR PELLERIN:  I am speaking to the
10    authors.
11              ASSEMBLY MEMBER TANGIPA:  It's an --
12              CHAIR PELLERIN:  -- and I would like you
13    both to just please give me a little bit of time
14    and respect.
15              ASSEMBLY MEMBER BERMAN:  Yes, Madam
16    Chair.
17              CHAIR PELLERIN:  So thank you.
18              I'm now going to turn it over --
19              ASSEMBLY MEMBER TANGIPA:  But I asked for
20    more time.
21              CHAIR PELLERIN:  --to our co-chair -- our
22    co-authors to go ahead.
23              ASSEMBLY MEMBER AGUIAR-CURRY:  Thank you
24    very much.  Thank you.  Thank you very much.
25    Thank you very much for the lively discussion
```

1  today.  I appreciate it.  I appreciate some of
2  the commitments my colleagues have made today.
3        But remember, we didn't pick this fight
4  or this timing, but our process will be most
5  transparent in the nation.  Finally, our voters
6  will decide.  And you can smirk all you want.
7        Thank you for all your thoughtful
8  consideration.  And we will move forward and we
9  will do the right thing.  The voters will decide.
10        CHAIR PELLERIN:  Did you have any
11  comments?
12        SENATOR GONZALEZ:  Thank you, Madam
13  Chair.  I just want to say thank you.  I respect
14  you so very much and all of your incredible work
15  in the elections world.  And I know that
16  Californians will have an opportunity to have the
17  final say in November.
18        We're very thankful to the witnesses and
19  the testimony in support, and the many working
20  people that rely on this.  They're really looking
21  to us and the eyes are on us to make this the
22  best decision for them.  Their health, their
23  safety, education, we're safeguarding that by
24  this bill today.
25        CHAIR PELLERIN:  Thank you.  Thank you.

```
 1          Now, I would like to say a few words.
 2  First of all, I just want to thank the Members of
 3  this Committee for being here today and
 4  participating in this hearing.  I appreciate your
 5  time, your thoughtfulness, your care, your
 6  concerns.  I feel your comments.  I feel your
 7  ideas.  And it's very important for the public to
 8  hear from all of us.
 9          I do want to say to you, Assembly Member
10  Tangipa, I'm so sorry about your family
11  situation.  That truly does break my heart, and I
12  know how difficult that is.  So you have my
13  condolences.
14          These are definitely difficult, uncertain
15  and trying times right now, and we have got to
16  find a way to move forward and to protect the
17  people of the State of California.
18          In my over 27 years serving as a chief
19  elections official, I fought very hard to ensure
20  that we had independent redistricting commissions
21  to draw these lines.
22          And we are no longer governing in a
23  democracy that I love.  We are governing with a
24  President who is an authoritarian fascist, who
```

1  does not care and concern himself with the well-
2  being of the residents of this state.
3          And I was thinking about this.  I spent a
4  lot of time, a lot of hours at home struggling
5  with where we are at this particular point in
6  time.
7          And I thought about what would happen if
8  someone broke into my home and attacked my
9  children.  Would I be able to fight that person?
10 And I would.  I would do whatever it took to
11 protect what I love.
12         What is happening now in this nation is
13 an attack on the people of this state.  We have
14 seen children torn from their families.  We have
15 children without enough food.  We have seniors
16 who cannot support their healthcare.
17         We have a climate existential crisis on
18 our hands and we are throwing out science and
19 scientists.  We are closing education, so
20 children that need special education no longer
21 going to get those services.
22         So damn right I'm ready to fight.  And
23 these bills is not my fight alone.  This is the
24 fight for the people of the State of California.

1          We are not jamming this down your throat.
2    We are not doing it in a closed room.  We are
3    doing it openly and transparently.  And the
4    voters, the 40 million voters of this state,
5    every one of you have a right and a
6    responsibility to stand up and cast your vote for
7    these measures.
8          And they will be on your ballot November
9    4th of 2025.  And I expect every eligible
10   registered voter of this state to make their
11   voice heard.
12         And with that we are concluding this
13   hearing.
14               (Hearing concluded.)
15
16
17
18
19
20
21
22
23
24
25
26

```
 1
 2                    CERTIFICATE OF REPORTER
 3
 4        I, MARY ANN SCANLAN, hereby certify that
 5   I transcribed the California Assembly Elections
 6   Committee meeting held on August 19, 2025, as
 7   completely and correctly to the best of my
 8   ability.
 9        I further state that pages 1 through 286,
10   inclusive, constitute an accurate and complete
11   transcription of the video recording for the
12   proceedings specified.
13
14   Dated:  November 1, 2025
15
16
17
18                        Mary Ann Scanlan, CSR
19
20
21
22
23
24
```

Index: $1..3930

**$**

**$1**
102:22 103:7,11 171:5
276:3

**$20**
101:8

**$200**
46:14 99:12,23 101:2,3
103:15

**$250**
101:6 102:15 149:10,18

**$2500**
153:12

**$300**
102:2 119:21 126:18

**$5,000**
264:10

**$825,000**
244:13

**-**

**--for**
145:25

**--to**
281:21

**1**

**1**
161:24 162:15

**10**
34:10 234:1

**100**
161:11

**100,000**
167:13

**1000**
42:23 43:2 170:14
171:22

**101**
63:24

**11**
169:7 222:16

**12**
38:24 85:19

**12,000**
201:2

**14**
45:9 109:2 237:17

**142**
218:19

**1441**
133:19

**15**
156:5 177:11 192:8
206:9 207:5 280:5,10,
18

**15-year-old**
22:1

**16,000**
7:2 10:8 11:25 17:16
75:19

**17**
216:21

**18**
59:7 60:7

**19th**
2:2 155:16

**2**

**2**
96:20

**2.3**
171:18 225:6

**20**
72:6 74:1 80:5 112:11,
24 195:15,22 226:24
233:25 244:14 255:13
270:7

**200**
101:6 102:1 150:10

**200,000**
169:5 222:13

**2010**
47:6 142:23 143:1,9

**2011**
107:10

**2015**

**43:5 170:17**

**2019**
278:1

**2020**
8:22 166:10 183:12
187:5 235:20,23 236:14
273:25

**2021**
23:9 98:25 100:24
191:20 278:3

**2025**
2:2 15:10 133:19
142:15 143:8 155:16
161:2 182:4,9 196:8
202:3,4 285:9

**2025-2026**
36:9 100:23

**2026**
8:11 48:7 157:6 158:20
161:17 214:16 215:18
250:6

**2028**
101:9

**2030**
15:14,16,24 156:25
214:23

**2032**
242:15 254:18

**21**
235:10 256:21

**22,000**
107:19

**235**
177:15

**24**
39:21 40:1 78:4 144:17
195:11

**25**
118:3 244:14

**26**
254:5 266:22 268:3

**27**
6:17 283:18

**28**
254:5

**280**

**5:2,22 116:11,16
138:17 155:19 156:13
157:1 167:8 172:8
194:23 196:7,18 207:21
209:1 211:11 221:16**

**3**

**3**
220:14

**3,000**
233:10

**3.4**
238:14 275:13

**3.5**
202:21

**3.6**
142:24

**30**
6:14 41:20 52:22 53:17,
19 54:21 57:4 58:23
60:1,19 62:8 63:17 66:1
67:21 68:4 69:11,15
70:13 75:3 78:8 153:14
156:2 167:9 173:17,20
222:10 227:8,15 228:3,
5 229:24 252:24 254:5
272:19,20

**30-minute**
155:13

**30-second**
154:19

**300**
124:1

**310,000**
21:3 168:17

**32**
254:5

**32,000**
169:8 222:17

**35,000**
45:1 107:21

**36**
53:16 90:11,22

**37**
69:15 228:6 233:25

**3930**



Index: 4..access

**4**
42:21 169:5 222:13

---

**4**

**4**
36:12 168:6 196:8
224:22

**4(a)**
182:1

**4,000**
266:10

**40**
60:14,16 80:6 90:23
99:1,5 196:24 226:19,
21 272:19 280:9,17
285:4

**400**
272:20

**45**
235:1

**47**
56:21

**4th**
15:10 61:22 97:10
156:14 161:2 179:5
180:5 181:12 182:4,9
199:2 204:9 255:18
285:9

---

**5**

**5,000**
233:10 266:10

**50**
243:17 254:9 256:23
271:6

**500**
188:19

**500,000**
30:14

**52**
80:4

**57**
266:22 268:7

**58**
233:24

---

**6**

**6**
142:25 220:13

**6.4**
275:10

**60**
60:14 266:22 268:7

**60/40**
60:14

**604**
5:9,21,24 6:2,5 15:4
59:13 114:11,22
116:11,16 138:18
155:20 212:13 214:2
215:9 217:19 218:11
219:18,22 221:3,12
222:9 242:2 258:2
275:4 277:16

**64**
70:18

**67**
162:9

**69**
44:23

---

**7**

**70**
233:21

**72**
30:18

**74**
203:16 221:19

**75**
280:12

**75/20**
60:18

**750,000**
169:13 216:21

**76**
44:22 237:2 248:9
260:6

**76.7**
233:22 235:22 273:24

**78**

---

237:7 255:21 265:24
280:23

**7th**
106:3

---

**8**

**8**
5:1,12,14 10:2 13:9,24
14:3,12,17,23 15:2,8,24
16:7,18 17:6,20 21:5
23:16,22 27:4 36:8
41:17,25 42:2 50:22
60:2 112:3 114:3,7,11,
23 121:5 128:9 130:3
138:17 139:4,12 151:10
156:18 214:20

**88**
20:16 184:5

**8:00**
95:10,14 96:2,3,5,6,8
231:11,21 232:25 233:6
264:21,25

**8t**
48:4

---

**9**

**9th**
81:2 133:19

---

**A**

**a.m.**
96:2,3,8 231:21 232:25
233:6 264:21

**AAPI**
48:2

**Aaron**
50:13 175:21

**AB**
5:9,21,24 6:2,5 15:4
59:13 114:11,22
116:11,16 133:19
138:18 155:20 214:2
215:9 217:19 218:11
219:18,22 221:3,12
222:9 242:2 258:2
275:4 277:16

---

**AB604**
241:19

**abandoning**
269:23

**Abbott**
196:22 246:5

**Abdosh**
57:9

**abide**
120:8

**abiding**
18:12

**abilities**
189:10

**ability**
9:4 19:14 32:22 37:1,4
84:4 153:8 266:7
278:16

**absolute**
53:12 133:6

**absolutely**
32:14 70:1 88:12 89:6
102:12 103:17 110:20
132:18 145:1 202:9
238:10 240:13 257:3
269:18 270:11 271:11
279:24

**abuse**
113:7 127:2,8

**abusing**
118:11

**ACA**
5:1,12,14 10:2 13:9,19,
24 14:3,12,17,23 15:2,
8,24 16:7,18 17:6,20
21:5 23:16,22 24:12
25:12,18,20 27:4 30:11
41:17,25 42:2 50:22
60:2 97:14,17,19,24
105:11 106:7,9 111:17
112:3 114:3,7,11,23
119:13 121:5 122:7
128:9 130:3 138:17
139:4,12 151:10 156:18
212:21 214:20 257:2

**accepting**
4:13,14

**access**
47:16 162:7,11,16

---



Index: accessed..Allers

163:20 193:24

**accessed**
4:18

**accessible**
9:6 199:2

**account**
133:23 248:14

**accountable**
47:23 156:2 157:18 162:18

**accuracy**
185:9

**accurate**
9:6 124:11 199:1 200:2

**acknowledge**
189:12

**act**
15:2 17:4 59:19 104:4,5 120:9,13,14 193:3,21 218:2 221:12 247:11 248:19 272:6 278:1,2

**action**
9:22 23:21

**actions**
9:4 219:20 227:21,24

**activities**
69:8

**actual**
100:22 182:6

**adage**
67:8

**Adan**
80:11

**add**
18:5 28:25 222:8 237:18

**add-ons**
184:8

**Addie**
65:13

**adding**
24:3 37:23 45:8 185:18

**addition**
5:6 221:8

**additional**

6:12 9:24 24:6 118:17 125:12 184:2 218:2

**address**
20:6 160:9

**addressed**
182:12

**adjourn**
3:3,10 38:17 39:6

**adjust**
102:2

**adjustments**
9:1

**administer**
9:5 157:3 179:5 180:4 182:22 195:1

**administration**
5:3 18:8,14,23 19:6 21:6 164:13 177:20 195:4 196:8 216:20 219:21 220:5,11 223:20 224:3 226:2 244:12 250:23 276:4

**administration's**
21:20 169:18

**administrative**
183:4 187:1

**admitted**
94:22 240:18

**adopt**
8:19 131:3 141:19 244:24

**adopted**
36:11 151:15 160:5

**advance**
158:24

**advantage**
191:14 210:17

**advice**
20:19 200:22

**advocate**
167:21 244:5

**advocates**
83:10,13,20

**aelc.assembly.ca. gov.**
4:20

**Affairs**
42:11 168:3 224:12

**affected**
60:3 65:2 220:15 246:15

**affecting**
163:8,9

**affects**
280:9

**affiliate**
173:23

**affiliated**
86:4

**affiliates**
42:8 161:10,11 225:9

**affiliation**
246:16

**afford**
129:4,10 244:15

**afforded**
22:6

**AFL**
173:22

**afraid**
203:22

**AFSCME**
42:18,21 169:4 222:12

**after-school**
21:10

**afternoon**
43:10 60:22 65:12 79:10 155:15 170:4,7, 11,16 171:13 175:19 225:1

**ag**
165:12

**agenda**
6:4 9:23 10:5 19:10 157:11 166:3 167:5

**agents**
22:2 159:3

**agree**
45:15 103:18 112:5 124:4 131:20 195:21 205:5 214:11 226:8 234:14 236:4,6,8,21,22

244:21 250:18 266:17, 19 269:20

**agreed**
40:12 82:7 195:19

**agreeing**
82:19

**agreement**
83:25

**agreements**
18:16

**Aguiar-curry**
214:3 219:18 232:10, 13,21 233:7 236:10 243:8,13 258:15 259:4, 20,24 260:3 262:9,13, 18 265:9,14 266:14 267:6,9,13,18 268:22 271:9,15,20 273:18 274:7,10,13,23 275:6 281:23

**Aguilar**
55:2

**Aguirre**
65:4

**ahead**
34:17 50:21 88:7,24 93:19 118:19 121:18 146:14 153:13 155:16 175:12 186:23 198:24 212:11 229:24 245:12 264:5 273:11 280:24 281:22

**aimed**
218:14

**airport**
216:18

**aisle**
18:21

**AJR**
256:21

**alarm**
178:9 203:9 250:17

**align**
243:24

**alive**
8:10

**Allers**



Index: allies..aspersions

80:8,9

**allies**
22:12

**allowed**
73:23 107:4 109:21
147:3,11,17,21 148:1
208:15 226:14 275:19

**allowing**
146:9 227:6,7 229:19

**alluded**
14:8 122:24

**Almighty**
71:2

**aloud**
182:19

**amazing**
183:14 187:8 277:21

**ambassadors**
249:18

**Amber**
174:3

**ambition**
160:15

**amend**
24:9,11,12 27:4 140:5

**amending**
56:5

**amendment**
16:9 24:23 36:2,6,8
37:24 97:7 114:5
125:25 140:5,11
141:19,24 156:18
199:16 271:3

**amendments**
24:14,18 25:1,6,10,25
26:6 27:8,10,14 29:2,11
33:12 34:18 35:7,20
37:7 38:4,6,15,19,20
39:2 40:5 41:15 63:6

**America**
9:11 56:2 201:17
278:13

**American**
49:16,17 64:5,25
157:16

**American's**
219:5

**Americans**
14:22 22:8 44:22
157:20 220:3,7

**amount**
3:6 33:6 37:9 110:7
132:7,15 154:16 182:5
209:22 210:25 226:13
234:11 251:21

**amounts**
184:24

**ample**
226:13

**Amy**
169:4 222:12

**Ana**
232:18

**Analisa**
171:21

**analysis**
100:22 180:21,24
181:2,22

**Anderson**
64:18

**Angel**
60:23

**Angela**
42:7

**Angeles**
22:2 59:12 80:9 169:9
222:18 225:19,20
239:22 266:3

**Angeli**
79:8

**Angelo**
63:21

**Angels**
55:3,14

**angles**
160:13,14

**Annalisa**
43:1

**Annette**
80:19

**Annie**
17:7 21:2 168:15
222:22

**announcement**
6:3 9:24

**announcements**
10:3 190:8

**answering**
8:14 146:24

**answers**
92:2 240:23

**anti-democratic**
219:20

**anticipation**
189:6

**anymore**
96:19 129:10

**API**
158:13

**apologies**
51:16 211:6 219:15
229:25

**apologize**
47:2

**appalled**
78:2

**appalling**
78:5

**Apparently**
212:25

**appeal**
160:13

**appealing**
46:2

**Appeals**
126:9

**applause**
228:7

**application**
276:16

**apply**
44:12 269:13

**appreciated**
184:9 199:4 244:3

**appreciation**
42:13 168:14

**approach**
252:15,19 254:15 255:5

**approached**
190:19

**approaching**
164:8

**appropriated**
182:5

**appropriates**
157:1

**Appropriations**
151:17 172:9 182:11
211:9

**approval**
26:18 137:18,20 215:4,
5

**approve**
26:20 141:24 142:10,16
214:21,24 221:24

**approved**
15:3 138:12 190:10
242:14

**approving**
47:11 142:11

**approximately**
99:11,23 101:2

**April**
133:19

**Archbold**
44:9

**architecture**
247:6

**argument**
54:12 56:9

**Ariano**
60:22,23

**Arias**
174:4

**ARIS**
174:3

**armed**
159:2 165:1

**army**
59:2 77:9

**arrests**
18:11

**aspersions**



depos@scanlanstone.com
415.834.1114

Index: aspirations..authored

168:18

**aspirations**
108:8

**Assembly**
2:3,14,17,20 3:22,25
4:3,6,22 7:8,13 10:1,17
11:8,11,14,17,20 12:2,
13,16,19,22,25 13:8,23
14:1,5 16:4 24:8,12
25:19 26:5,15,17,21
27:2,5,7,18,20,24 28:1,
3,5,9,11,13,17,21 29:7,
12 30:3,17,22,24 31:1,
3,5,7,9,10,12,13,15,19,
21,24 32:3,5,7,9,10,13,
17,21,23 33:1,5,9,11,
13,15,18,19,24 34:4,21
35:8,10,13 36:8 38:2,3,
9,12,23 39:1,3,4,7,9,10
40:3,7,11,16,25 41:3,6,
9,12,22,24 43:21,24
50:18 51:1,5,10,12
52:9,10 53:3 57:12
76:13 81:21,22 84:22,
23 87:16,19,20,22,24
88:1,2,4,7,9,11,14,16,
19,20,22,24 89:1,4,7,9,
12,13,15,17,19,20,22,
24 90:1,2,5,7,9,10,12,
13,15,16,17,19,21 91:1,
3,9,21,22 92:5,8,10,12,
18,20 93:1,3,5,11,12,19
94:3,15,19,22 95:1,4,
18,22 96:4,9,13,17
97:1,4,5,16,19,23 98:1,
3,5,7,9,11,15,20,22,24
99:3,9,11,13,16,21
100:4,9,15,17,19,21
101:1,4,5,7,18,20,21,23
102:7,8,9,11,12 103:19,
20,21 104:10,14,21,24
105:4 108:1,19 109:4,
16 110:2,3 111:8,11,15,
22 112:4,13,15,16,19,
20 113:5,6,12,14,18,19,
21 114:7,8,10,13,18,20,
22 115:1,3,10,12,15,16,
19 116:3,6,10,15,20,22,
23,24 117:1,3,4,5,8,9,
13,14,19,21 118:1,18,
21,24 119:1,5,7,9,10,
11,12,14,18 120:4,17,
20,21,22,23 121:1,3,6,
10,12,16,18,20,22,25
122:1,4,5,9,12,15,16,

17,18,19,20 123:9,10,
13,14,23 124:3,10,12,
14,16,17,19,21,22,24
125:1,5,8 126:6,19,20,
22 127:1,4,7,10,16,20,
24 128:3,10,12,15,19,
21,24 129:3,8,17,21
130:1,10,15,18,21,22
131:9 132:11,22,23
133:1,4 134:3,5,8,10,
14,17,19,20,22,24
135:1,3,5,6,8,10,11,13,
16,17,19,20,22,23,25
136:1,5,6,10,21,23
137:2,6,10 139:16
140:1,3,10 141:1,11,14,
17 142:7,18 143:3,15
144:8,13,24 145:8,18
146:5,7,12,15,19,22
147:1,4,8,12,15,19,23
148:3,5,7,9,11,13,15,
17,19 149:1,6,10,17,21
150:5,9,13,16,21,23
151:3,8,12,18,23 152:4,
7,9,12,14,16,19,22,24
153:2,4,11,15,20,24
154:1,3,5,8,11,15,21
155:9,17 156:17
172:10,24 173:1,4,7,10
175:1,24 176:6 192:8,
10,22 193:2,9,14,22
194:4,8,11,17,21 195:6
196:12,16 197:1,7,10,
13 198:10,19 199:5,14,
21,23 200:8,11,12
204:13,16,17,20,23
205:1,15,17,19,21
206:1,5,9,13,21,23
207:7,9,11,13,16 208:3,
15 209:7,10 211:19,22,
25 212:3,6,12,13,22
213:10,13,16,19,22
214:3 219:17 229:6
230:20,21 231:15,17
232:3,9,10,12,13,19,21,
22 233:5,7,13 234:4,7,
10,14,17,20,23 235:3
236:3,10,16,20 237:23
238:16,19,23 239:1,7
240:7,11,14,22 241:3,6,
9,12,17,20 242:4,7,11,
16,24 243:8,11,13,19,
21 244:4 245:10,14
246:18 247:1,13,16,20
248:1,11,17,22 249:1,
11,13 250:10 252:2

255:15,16,24 256:19
258:15 259:3,4,5,7,8,
13,14,15,20,24 260:3
261:6,10,12,15,24
262:3,7,9,11,13,18,20
265:9,14 266:3,14
267:3,5,6,7,9,11,13,16,
18 268:9,22 271:9,15,
20 273:18 274:7,10,13,
23 275:6 277:19
279:12,16,21,25 280:2,
7,11,17,22,23 281:1,3,
7,11,15,19,23 283:9

**Assemblymember**
174:24 208:8 229:5

**assert**
132:17

**assertions**
62:6

**assessor**
176:12

**assigned**
35:2

**assistance**
18:9

**assisting**
237:24

**associate**
133:4

**association**
17:8 21:3 51:18 55:8,10
60:11 73:16 167:13
168:16 175:4,9 176:15
188:24 222:23 223:10
259:17

**assume**
91:16

**assuming**
269:7

**assumption**
187:21

**assurance**
180:17

**assure**
253:19

**attached**
90:6 116:18 117:6

**attack**
8:14 9:3 200:20 201:5
238:3,4 275:13,16
284:13

**attacked**
208:12 284:8

**attacking**
83:4 165:5 166:15
204:2

**attacks**
21:17 22:9 23:11,18
46:6 167:17 171:5
223:21

**attempt**
46:20 84:10 127:2
135:15 138:21 162:7

**attempted**
21:13 112:11

**attempting**
14:19 19:6

**attempts**
48:6 201:15 214:15
229:10

**attention**
81:15 132:6 188:24
201:8

**attorney**
180:23 181:17

**attorney-**
93:22

**attorney-client**
94:14 139:22

**attorneys**
182:21 269:4

**audience**
275:12

**August**
2:2 155:16

**author**
6:11 25:4,11,14 28:14
37:15 59:19 114:16
127:18 156:9 192:19
195:24 212:14

**author's**
25:1,6,10

**authored**
25:17



**authoring**
204:14

**authoritarian**
158:25 167:16 245:6,7
283:24

**authoritarianism**
45:20 160:24

**authority**
8:21 253:6

**authors**
5:19 30:7 32:15 85:5
97:2 115:4 263:20
273:13 280:14 281:10

**autocrats**
83:1,10,13,17 84:1
131:11,23 132:3 133:13
209:23,24 229:19

**automatic**
19:25

**availability**
5:19 191:2

**average**
104:1

**Avila**
58:7,8,25

**avoid**
103:15

**avoids**
133:15

**aware**
18:13 32:24 57:1
259:10

**aye**
3:18,19 4:6,7 11:5,6,20,
21 12:10,11,25 13:1
17:5 24:2 40:20,25
41:1,3,4,6,7,9,10
148:18 151:22,25
152:7,8,12,13,16,17,19,
20 172:21,22 173:10,11
209:5 211:13,14,19,20,
22,23,25 212:1,3,4
213:7,8,22,23 219:7

---

**B**

---

**Babb**
72:1

**baby**
14:9

**back**
15:25 23:3,7,18 34:2,
10,14 45:5,19 46:21
47:3 50:6 56:14 63:7
69:3,20 70:18,20 81:5,
18 84:3,5 92:22 94:10
106:6 107:10 108:20
109:14 110:21 121:5
126:16 129:15 131:22
138:20 140:3 167:6
174:23 178:13 182:15
197:18 201:15 202:14,
17 207:19 217:1 224:9
229:1 235:20 237:5
239:18 246:6 247:4
252:7,15 254:5,6,18
262:24 268:11 275:17
276:12

**backroom**
47:12 195:16,22

**backs**
125:25 126:2 255:7

**backwards**
60:15

**bad**
120:22

**bags**
57:6

**baked**
248:9

**Bakersfield**
52:8,9 63:21 73:4 81:9

**balance**
23:10 221:5

**balances**
8:9 82:17

**ballot**
61:22 73:17,18 98:19
102:19 105:19 119:22
123:25 139:6 142:14
155:6 160:25 198:5
199:7,20 209:4 237:10,
13 255:17 285:8

**ballots**
237:9

**ballroom**
177:21

**ban**
139:12 140:8

**bananas**
157:23

**Barajas**
68:11,12

**Barbro**
61:23 62:9

**barf**
57:6

**bargaining**
18:16 60:10

**barred**
109:23

**Barreiro**
42:14,15 169:11,12
170:3

**base**
58:12

**based**
7:7 199:9 231:13
235:23 236:12,13
254:20 266:15 273:24
275:14

**basest**
48:8

**basic**
67:22 103:10 131:18

**basically**
133:13 270:17

**Basin**
58:6

**basis**
49:4 242:14 248:6

**battle**
165:1

**Bax**
52:17,18

**bear**
84:24 179:7

**beautiful**
54:18 102:22 275:15

**beauty**
145:13 204:7,8

**begin**

**back** 4:9 5:11 13:10,23,24
44:1 156:9 160:7 214:1
257:7

**beginning**
18:18 39:13 85:16
248:6

**begun**
186:11,13,15

**behalf**
10:2 14:3 17:18 42:4,8,
11,15 43:8 51:17 53:2
62:19 68:9 69:15
166:11,13 167:12
168:3,5 169:12 170:5,8,
23 171:14 184:9
216:12,21 223:12
224:5,11,22 225:2,6,9
258:6

**behave**
249:19

**Beither**
64:12

**believed**
86:11

**believes**
8:18

**Bell**
80:14

**Bella**
77:18

**benefit**
113:24 138:4 149:12

**benefits**
239:16,20 276:1

**BENNET**
204:17

**Bennett**
2:12 3:20 11:7,8,9
12:12,13,14 40:24,25
41:1 81:21,22 110:2,3
112:15,19,20 113:6
114:20 117:21 118:1
126:22 127:1,7,10,16,
20 130:21,22 133:5
144:20 150:23 152:6,7,
8 172:23,24,25 209:8,
10 211:18,19,20 213:9,
10,11 229:5,6 259:8,15,
17 261:6,10,12,15,24


SCANLAN
STONE

262:3,7,11,20 274:17

**Berman**
2:13,14,15 3:21,22,23
7:8,13 10:1 11:10,11,12
12:15,16,17 13:8,24
14:1 30:17,23,24 31:3,
7,10,13,21 32:5,9,13,
17,23 33:2,9,13,18
41:2,3,4,24 43:21,24
50:18 76:12,13 87:16,
20 88:3,7,11,16,20,24
89:4,9,13,17,20,24
90:2,10,13,16,19 91:1,
21 92:10,18,20 93:1,5,
19 94:15,19 95:22 96:9,
13 97:1,5,19 98:1,5,9,
15,22 99:3,9,11,16,21
100:15,19 101:1,5,18,
21 102:7,9,12 103:20
113:13,14,19 114:8
115:2,3,15,19 116:6,20,
23 117:1,4,8,13,19
118:24 119:5,9,11,14
120:4,20,22 121:1,12,
18,22 122:1,5,12,16,18,
20 123:10,14 124:3,12,
16,19,22 125:1,5,8
126:19 133:2 134:10
139:15,16 140:2,3,10
141:1,11,14,17 142:7
143:15 144:19 145:8
146:15 148:5,9,13,17,
21 149:1,6,17 150:9,13,
16 152:11,12,13,14
153:4 154:3 168:11
173:1,2 198:19 200:11,
12 205:15,19,21 206:21
207:7,11 211:21,22,23
213:12,13,14 240:22
241:6,12 255:15 277:19
279:12,16 280:11,22
281:1,4,15

**Bernardino**
169:9 222:18

**Bernie**
75:14

**bet**
117:1

**big**
84:14 85:24 102:22
105:20 120:5 226:4
275:14

**bigger**
167:18

**biggest**
103:21 253:10

**bill**
4:23 5:4,19,23,25 6:8
10:19 13:22 16:2 24:23
26:18,20 28:19,20 35:1,
17,19 37:21,22 52:15
59:17,20,21,22 62:13
63:22 64:3,7,11,15,22
65:3,7,11,16 67:3 68:1,
9,13,16,18,21 70:1,7,8,
21,23 71:7,15 72:3,7,
12,18,20,23 73:3 74:10,
20 75:12,16,24 76:21,
24 77:20,21 78:5 79:12
80:10,12,16,18,21,25
81:3,9,14 84:18 85:4,7,
9 87:1 88:18 89:6,9,21
90:6,14,23 91:8,14
93:14,21 94:8,12 95:3
96:16 97:3,5,6,13
102:22 105:23 106:2
109:14,19 110:22
111:7,14,20,25 113:11
114:9,11,16 115:4,5
116:2,7,8,11,16 118:22
119:2,6 121:6,11 128:2
129:7 131:7,8 133:2
135:12 136:1,12,13,17,
24 137:3,9,12 139:25
140:15 153:1,5 154:16
155:2 156:13 157:5
162:2 169:21 172:13
174:2,12,14,17,20
175:6 179:15,24,25
180:21,23 181:6 182:17
191:24 193:17 194:4,10
196:6,15 197:2 199:4,8,
22 204:12,15 205:16
206:22,24 208:7 210:7
212:8,12,13,20,21,23
213:1 214:19 215:11,12
216:23 217:3 222:20,23
228:21 229:7,16 230:10
241:19 242:2,3,7,20
245:9 246:21 252:5
258:2 259:12 263:21
275:12,15 277:3,7
279:3,8 282:24

**billion**
101:8 102:20 103:7,11
171:5 276:3

**billionaire**
167:19

**billionaires**
157:22

**billions**
103:2,16 276:13

**bills**
5:6,18 6:4 8:16 14:12
15:8 39:17 62:22 94:17
116:17,21 118:12
222:15,25 229:8 284:23

**binding**
18:15 181:23 182:20

**bingo**
124:5

**bipartisan**
18:22 54:7 86:15
260:18 277:21

**bipartisanship**
26:13

**birth**
162:5

**bit**
132:19 144:18 184:14
185:4 267:1,10,14
275:21 281:13

**Black**
48:3 63:24 158:12

**blame**
53:5,7

**blaming**
61:18

**blatant**
20:6 75:12 135:15
138:21

**blatantly**
19:6

**bless**
74:17 77:5 79:21

**block**
226:22

**blocking**
167:16 278:15

**blocks**
221:13

**BMC**
243:5

**board**
16:5 53:7 56:13 71:12
170:13

**boards**
137:16,23

**bodies**
110:17

**body**
98:13 101:11 138:7
196:3 240:20 244:17

**Bolog**
60:5,20 173:20,22
225:17,18

**Bonilla**
78:11,12

**book**
183:9 210:22

**born**
67:2,5 68:12 72:5,9
75:15 138:2

**boss**
74:2

**bosses**
138:15

**bother**
276:15

**bottom**
16:18

**boundaries**
15:4,7 16:6 58:17

**bow**
202:6

**bowing**
204:4

**box**
139:6 155:6 160:25
198:5 209:4 237:13
255:17

**boy**
14:9

**bragging**
200:23

**brain**
77:10,15



depos@scanlanstone.com
415.834.1114

Index: break..card

**break**
56:17 128:22 150:18
205:6 283:11

**breaking**
8:15

**breaks**
87:11

**breakup**
215:11

**bred**
72:5

**BRENNAN**
216:11 219:3

**Brennand**
216:8,12 221:8 231:13,
16 232:6 235:14 246:23
248:15,18 272:22
273:1,5,7,10

**bring**
13:8 29:25 34:14 46:21
50:21 81:18 109:13
110:1,21 121:4 129:15
145:23 156:8 174:22
229:1 243:3 262:23
271:18 273:8 279:3

**bringing**
23:15 61:15 84:20
167:23 204:11 207:18
246:14 253:8 271:13

**Brokaw**
64:8

**broke**
124:6 203:13 284:8

**Brotherhood**
60:6 61:6

**brothers**
170:22

**brought**
47:9 63:1 75:10 136:16
137:16 178:12 191:23
205:4 229:17,18 276:7,
11 277:8

**Brown**
23:16

**Brumley**
69:13,23,24

**Bryant**
42:18

**buddy**
20:17

**budget**
103:17 139:1 177:25
225:25

**build**
177:22 217:19

**building**
6:20 74:1 87:7

**bully**
22:17

**bullying**
52:13

**bunch**
102:25 270:20

**Burbank**
75:18

**burden**
179:7

**Burrell**
64:1

**Burt**
62:24 63:19

**business**
9:17 13:21 62:19 69:9
104:18 113:4 132:8

**Bussey**
52:21,23 53:1,19,24

**busy**
169:15

**buy**
35:25

---

**C**

**Cal**
153:16

**California**
6:21 8:14,18 9:15 15:5,
11,21 16:17,23 17:2,8,
9,19 18:11,25 19:13
20:5 21:2 22:21 23:6,
20,22 24:3 30:18 35:25
36:24 37:7,12 42:4,9,
16,19 43:13 45:21
46:13 48:6,24 49:18,24

50:4 51:18 52:10,15,16
54:6,14 55:6,7 56:5,15
58:8 59:2,16,24 60:8,
10,12,24 61:24 62:4,24
63:21 64:2,9,20 65:5,9,
19,20 67:3,6,14 68:8,
18,20,23 69:10,14,16,
24 70:5,19,23 71:12
72:2,5,14,22 73:3,21
74:6,9,19,24 75:16,18
76:10,15,23 77:23
78:13 79:2,11,24 80:2,
7,9,15 81:9,16 85:8
86:2,9,16,22 87:8,10
97:25 100:23 101:11
102:15 103:5,13 109:8
119:23 120:6 122:6
123:7 126:17 129:10
133:17 138:4 139:1
141:23,25 142:14,24
143:2,6,8,13 151:9
156:17 157:8 158:21
159:12 160:10,23
161:1,10,13,24,25
162:9,11,23 163:10
164:2,16 167:12,14
168:8,16 169:13
171:14,17,19,25 173:24
174:9 175:4,8 176:14
192:18,24 196:23
198:2,3,11,12,15
201:14 202:14,16,20
203:17,19,23,25 204:2,
4 205:12 206:15 207:2
208:22 209:2 214:7,9,
24 215:6,15 216:6,12
217:1,11 218:21,22,23
219:23 220:14 221:4,24
222:22 223:10 224:8
225:2,5,10 227:20
228:11,15 230:13
233:11 236:25 241:7
243:2 244:7,19 245:22
246:9 251:14 252:10
253:13 255:7,9 274:5
280:8 283:17 284:24

**California's**
16:21 18:9 46:19 47:8
53:14 56:17 62:19,21
102:24 120:8 135:21
138:1 139:5 141:18
159:21,24 160:4 161:15
215:9 217:17 272:15
273:15

**Californian**
62:12 64:14 73:2 75:9
76:16 78:1 155:10
217:18 267:21

**Californians**
7:5,24 14:22 44:14,20
49:7 57:17 87:4 103:4
123:11 142:25 154:24
155:5 161:23 162:10,
11,15 165:10 178:17
196:24 202:21 203:4
209:3 219:4 220:3,7
237:13 238:3,4,11,14
246:15 249:18 252:16
255:13 256:7,12 269:1,
8 275:10,16 282:16

**call**
2:2,4 3:13 10:25 12:5
16:11 29:6 40:15 49:3
56:16 73:7 150:23
151:1,7 154:13 160:18
165:4 172:15 211:10
229:13 246:4 270:16

**called**
49:19 191:20

**calling**
146:3 196:19 200:25

**calls**
16:7 156:13 196:7
270:5

**Calvary**
174:4

**Camarillo**
65:12,13

**campaign**
57:11

**campuses**
223:17

**cancer**
162:4 276:5

**candidate**
36:10 56:13 81:2

**candidates**
46:3 268:17,20

**Capitol**
22:23 54:18,23 86:1
263:13

**card**
124:6



Index: care..Chair's

**care**
46:4 87:9 151:8,18,19,
20 162:5 179:19 180:8
227:1 275:7 278:21
283:5 284:1

**cared**
87:7 108:6

**carefully**
15:18 200:7

**caregiver/provider**
170:18

**caregivers**
216:17

**cares**
136:24

**Carmen**
71:6

**Carpenters**
17:10,14,19 18:19
164:2,5

**Carrillo**
61:4,11

**carry**
6:18 180:19

**Carstens**
56:1

**case**
163:3 272:24

**cases**
165:3 218:6

**cast**
37:6 158:25 168:18
285:6

**casted**
154:24

**catch**
84:25 189:4

**Catherine**
77:22

**Caucus**
60:8 173:24

**caught**
23:9 186:16

**caused**
278:22

**causing**
165:10

**Cecilia**
80:17 219:18

**celebrate**
48:19

**cell**
223:22

**census**
15:17,24 17:24 18:1
19:17 56:4 95:19
143:13,15 156:25
214:23 221:13 236:14

**center**
8:1 44:19 73:21

**Center's**
176:2

**centered**
106:15 107:12

**centers**
161:12

**Central**
57:20 64:20 72:11
77:18,24

**CEO**
161:9

**Cervantes**
155:19 156:9,11 168:11
177:18 178:11 179:1,9,
25 180:3,20,24 181:3,7
191:17 192:1 196:6,14,
18 197:4,8,12,16
207:22,23 208:19
211:12 233:14 252:22

**cetera**
130:24 210:6

**CFT**
170:23 223:12

**CFT's**
223:18

**chair**
2:1,7,10,23 3:2,5,8,15,
18 4:8 7:3,4,6,9,11,14,
16,18,20,21,22 10:6,7,
18,21 11:2,5,22,23
12:3,7,10 13:2,3,5,11,
15,17,20 14:2 17:11
19:21 20:14,23 21:1

24:5,8,10,11,16,21,22,
24 25:3,5,7,9,13,14,16,
21,24 26:1,3,5,7,8,9,10,
11,12,15,19,23 27:1,9,
13,15,20,22 28:7,15,18,
23,24 29:1,3,5,8,10,14,
16,21,22 30:4 31:17,23
32:1,19 33:3,22 34:1,5,
13,22 35:5,9,11 38:1,5,
11 40:4,9,14,19,22
41:14 42:10,14,17 43:4,
14 44:1,3 46:23 47:1
50:1,7,9,10,17,20 51:2,
4,7,11,14,15,21,25
52:3,22 53:17,21,23,25
54:21,24 55:1 57:4,8
58:23 60:1,19,21 62:8,
10,18 63:17 66:1,5,10,
14,17,19,22,24 68:4
69:11,22 70:13 71:23
75:3,6,7 78:8 81:17,23
84:22 87:24 88:2,6
91:5,10,22 92:3,6,14,22
93:3,8,10 94:7,9,11,13,
18 95:1,16,20 96:1,7,
11,15 99:17 100:1,7,11,
16 106:20 109:10
110:1,20 111:9,10,13,
19 112:1,12,15,18,21,
25 113:9,15,16,20
114:1,12,15 115:1,11,
20,22 117:23 118:5,15,
19 121:4,9 125:3,5,6
126:22,24 127:6,9,12,
18,22,24 128:1,6,11,14,
15,17,20,23 129:1,5,13,
19,23 130:2,13,16,21
132:16,18,25 134:3,7,9,
12,15,23 135:9 136:8,
19 137:1,4,6,8,11,15,
17,19,21,22 139:17,19,
21 140:1,7,12,20 141:3,
8,12,16 142:1 143:3,12,
17,18,19,20,21,23
144:1,3,5,7,9,10,14,16,
17,21 145:1,14,16,18,
19,21,23,25 146:1,3,5,
6,7,9,11,14,16,18,19,
20,23 147:3,6,11,13,15,
17,21 148:1,5,7,11,19,
21 149:2,4,8,15,19
150:3,7,12,15,18,22
151:1,22 152:2 153:1,5,
7,13,17,18,22 154:10,
13,17,22 155:8,12,15
156:1,11 161:5,8

163:17,24 166:24
167:7,11 168:1,10
169:3,11 170:1 171:10,
16 172:1,3,6,7,12,18,21
173:12 174:21 175:2,7,
13,22 176:1,4,11 177:6,
9,10,24 178:20 179:6,
11,12,14,18,23 180:1,2,
6,22 181:1,5,13,24,25
182:1,16 183:21
184:18,22 185:13,16,17
186:1,4 187:15,24
189:13 190:3,20,23
191:12,21 192:3,6,7
193:16 194:22 198:19,
22 199:9,18 200:9,16
204:11,13,18,21,24
205:15,24 206:3,5,7,11
207:15,18,19,24
208:11,12,13,17,20
209:6 211:5,13,16
212:8,15,18,20,24
213:4,7,24 214:5
216:11 219:1,9,10,14
222:6,11 224:4,10
225:4,11 227:13 228:3,
6,22 229:22 230:18
231:20 232:1 233:3,13,
14 234:17,21 235:1,5
240:3 241:11,15,18
242:1,5,10 243:10,15,
20,23 244:1 245:8,12
248:24 249:10,14
255:24 256:15,16,20
257:1,3,11,14,20,24,25
258:1,4,7,10,23 259:6,
10,14,22 260:1,7,10,13,
15,19,20,22 261:1,3,5,
6,8,10,14,23 262:1,5,
15,23,24,25 263:1,2,6,
7,18,22,23,24,25 264:1,
3,5,7,17,23 265:1,6,11,
16,21 266:11 267:15
268:11,12,14,24 269:6,
15,19 271:12,17,22
272:7,12,25 273:3,6,8,
9,11,12,14 274:1,4,15
275:1 276:6,8,10 277:4,
8,10,13,14,15 279:10,
14,18,22,24 280:1,4,13,
20,24 281:5,9,12,16,17,
21 282:10,13,25

**Chair's**
84:20


depos@scanlanstone.com
415.834.1114

**chairs**
44:5

**challenge**
183:3 185:5 187:1

**challenged**
105:17 193:5 268:25
269:7

**challenges**
118:23 119:2 183:5
187:2 269:16

**challenging**
183:4

**chamber**
53:11,12

**chance**
37:11,19 47:22 49:17,
18 83:21 143:9 154:6
203:18 204:6 219:4,8

**change**
8:13 19:7 23:23 84:1
95:18 96:5,20 102:16
106:9 142:10,12,15
158:3,14 229:19 233:2,
24

**changed**
95:10,14,17 96:4
209:16 212:17 231:10,
18,21

**changing**
15:21 56:4 140:22
185:2 192:12 210:15
249:7

**chaos**
49:5

**Chapel**
174:5

**characterized**
47:13

**Chavez**
230:11

**cheat**
22:17 48:10

**check**
23:10 54:8 202:7
241:14

**checklist**
186:15,17 188:3,18,19

**checks**
8:9 82:16

**cherry-picking**
8:3

**Chico**
52:19

**chief**
6:17 30:1 33:4 34:5
145:24 283:18

**child**
54:13

**children**
21:23 55:9 65:24 71:3
238:13,25 239:17
284:9,14,15,20

**children's**
55:11 61:13

**Chino**
56:12 79:11

**choice**
45:20 49:19 67:6 84:17
154:25 215:23

**choose**
14:14 46:8 158:7,10,11
198:8,9

**chose**
70:8

**chosen**
44:11 217:9

**Chou**
17:7 21:1,2 168:15
222:22

**Christensen**
73:20

**Christian**
52:12 63:23 64:4 65:10

**Christina**
174:18

**Church**
59:3 64:10 65:6 74:19

**church-going**
52:12

**CIO**
173:22

**Circuit**
126:9

**circumvent**
270:17

**circus**
74:5

**cited**
25:2

**cities**
218:10,11,19,20 235:14
258:19 266:18,22
268:3,7

**citizen**
16:1 18:25 52:14 57:10
64:5 67:19 68:13 70:5
230:5 235:12 260:17

**citizens**
16:3 44:6 47:16 103:25
133:21 138:1 156:22
160:2 214:9 234:2
236:7,24

**citizens'**
98:12 101:14

**Citrin**
44:19

**city**
59:4 113:24 216:18
225:18,19,24 232:16
233:1,2 251:20,21
255:3 267:4,23,24
268:1

**civilian**
83:6 131:14 210:11

**civility**
34:3

**claim**
275:22

**claiming**
126:12 166:10

**Clara**
102:18,21 103:6,9

**Claremont**
44:7

**clarify**
27:17 277:4

**clarity**
230:23 247:17 248:3

**class**
249:4

**class**
8:10 167:21 249:22

**classes**
193:10

**classified**
170:24 223:13

**classroom**
56:25

**clause**
16:12 56:8 178:10

**cleanest**
217:10

**clear**
6:20 18:18 19:15 25:10,
13 29:9 108:15 127:1,7
168:20 180:3 233:21
238:5 255:8 270:6

**clerk**
30:1 33:4 34:5 145:24
176:12

**Clerks**
175:4,9 176:15

**client**
93:23 139:18,24

**climate**
284:17

**clock**
35:11

**close**
99:19 100:5 148:6,14
207:22,25 208:14,18
280:14,25

**closed**
7:25 211:8 285:2

**closely**
177:1

**closing**
280:15 284:19

**Clovis**
96:18,24 233:1,2 267:4,
11 268:1

**co-author**
32:8,12 35:2,19 37:20
254:8,10



depos@scanlanstone.com
415.834.1114

Index: co-authors..computer

**co-authors**
14:5 35:16 37:16 59:20
85:6 280:24 281:22

**co-chair**
281:21

**co-founder**
55:3,14

**coalition**
59:4 86:15

**coffee**
157:23

**Coles**
42:22 170:11,12

**collaboration**
107:23

**collapsing**
56:17

**colleague**
92:16 142:18 204:10,12
208:8 278:18

**colleague's**
277:3

**colleagues**
3:7 14:2 22:19 27:16
148:10 183:16 203:22
208:3 215:14,17,23
220:19 249:20 253:17
266:1 282:2

**collection**
176:19

**collective**
18:16 60:10

**collectively**
183:9

**college**
71:13

**combat**
19:25 238:11

**combating**
236:1

**combination**
261:22

**commands**
214:14 221:17

**comment**
4:16 6:24 10:6 38:10,13

94:10 107:4,9 108:23
154:19 155:3 175:5
205:2 209:8 251:13
254:1,21 263:9

**comments**
7:15,17,22 10:8,9,11,
13,16,18,22 12:1,4
40:10 45:2 47:18 75:20
81:20 107:20,21
115:13,17,23 116:5,9
133:4 136:22 154:18
156:5 177:7 200:10,13
208:16 209:18 229:3
230:18 236:17 250:14
252:13,20 256:18 273:9
277:2,17,19 282:11
283:6

**commission**
8:20 16:1,4 17:4 18:25
19:17 23:8 44:6 47:6,11
48:16 49:20 54:7 70:10
81:5 85:19 86:10
103:25 104:4 105:1
106:11,17 107:7,21
108:9,14 109:12 133:22
138:2 156:22 159:25
160:3 161:20 163:13
180:13 192:17 194:14,
16,18,20 208:7 210:22
214:10,22 217:20,22
218:1,8,12,21 234:3
235:12,16,17,23 236:8,
13,24 237:4 247:7,8,18
248:16,20 251:9 252:8,
16 253:24 254:6,19
255:11 258:19 260:18
266:16,19 267:25 268:4
269:24 271:24 273:21,
25

**Commission's**
192:23 193:19 194:7
258:20 275:2

**commissioners**
44:11,14 109:23

**commissions**
19:2 48:1 108:3 160:6
256:24 283:20

**commit**
58:21

**commitment**
217:17

**commitments**
282:2

**committed**
167:15

**committee**
2:3,6,8,11,15,18,21
3:14,16,19,23 4:1,4,7,
23,25 5:5,7,11,13,15,
18,20,21,22,25 10:10
11:1,3,6,9,12,15,18,21,
25 12:6,8,11,14,17,20,
23 13:1,21 25:9 34:14
35:4 39:19 40:18,20,23
41:1,4,7,10,13 47:2
57:20 78:11 115:5,14,
21 132:13 133:24 149:2
151:6,10,15,16,21,25
152:3,6,8,11,13,15,17,
20,23 155:17 156:12
161:19 168:2 172:9,14,
17,19,22,25 173:2,5,8,
11 174:23 176:11 177:8
182:12,13 184:24
199:24 200:17 207:24
211:11,14,17,20,23
212:1,4,7 213:3,5,8,11,
14,17,20,23 224:15
229:2 230:19 232:23
233:4 236:16 239:8
240:20 249:14 259:13
283:3

**Committee's**
4:16,19 6:25 9:16 10:4
242:11 265:22

**committees**
110:5,6 227:11

**common**
58:4 75:2 124:20
131:15

**communities**
21:18 23:14 45:3 47:20
78:18 86:2,4 97:15
102:17 103:2 109:6
115:8 119:22 133:23
149:13 167:21 169:16
180:11,16 202:19
215:10 218:18 220:9,
15,17 221:1 238:9
245:17 246:20 247:2,11
248:13 253:25 267:20

**community**
106:15 107:12 108:7

112:9 170:13 252:24
254:2,25 255:1,4

**compact**
272:17 273:17 274:14

**compactness**
218:7 232:17

**companion**
14:12 15:8

**compared**
109:19 218:7,20

**comparison**
111:22

**compass**
202:1

**compete**
82:11

**competitive**
45:22 49:12

**complete**
57:13 58:2 208:14,18

**completely**
112:5 133:15 195:17
198:18 220:9 227:25
230:14 231:10,12
246:11 270:23

**completing**
6:1

**compliance**
193:20 200:7 272:15
273:15 274:5,16

**compliant**
202:10

**complicated**
167:4

**complied**
193:7

**comply**
139:12

**components**
82:22,23 194:24

**composed**
47:7

**compressed**
182:24 189:10,11

**computer**



108:18

**concept**
32:14,19,24 89:5 90:8
94:20

**concepts**
89:6 90:3

**concern**
284:1

**concerned**
218:9 267:4 274:24

**concerns**
252:4 278:20 283:6

**concluded**
285:14

**concluding**
285:12

**conclusion**
146:6

**condemns**
20:4

**conditions**
223:19

**condolences**
283:13

**conduct**
9:18,20 146:21 147:8
181:11 182:8 199:1

**conducted**
196:10

**conducting**
218:4

**conference**
17:19 19:22 137:24
159:4 164:2

**confidence**
183:15

**confirms**
44:20

**conflict**
268:16 270:9

**conflicts**
265:8,12

**conform**
192:18,24

**confused**
55:7 71:16 73:9

**confusing**
138:25

**Congress**
16:7 77:25 80:6 102:14
103:3,12 104:5 157:10,
19 160:6,10 166:2
199:7,13 202:22 204:3
250:7 268:17,21 279:4

**congressional**
5:1,9 9:1 14:20 15:3,14,
16,25 17:22 19:9,13
23:24 36:4,10,11 37:17
48:12,20 80:4 81:2
96:19 102:24 104:6
113:23 125:13,18
138:22 145:10 158:6,17
159:20 168:7 192:17,24
195:20 201:23 214:19
215:19 217:15 220:1
224:21 226:18 231:5
233:1,23 235:13 252:1
277:25

**Congressman**
278:18

**Connie**
44:9

**Connor**
171:13 225:1

**conscience**
155:7

**conservative**
85:14

**consideration**
120:15 218:15 241:22
245:17,23 272:14
273:14 274:4 282:8

**considered**
45:1 212:18

**consistent**
108:21 218:1 248:20

**consisting**
106:17

**Constance**
43:5 170:17

**constant**
201:15

**constantly**
136:11,15 204:4

**constituency**
197:17

**constituent**
61:5 71:16

**constituents**
46:18 48:21 202:23,25
203:1 227:25 228:15
249:19 253:8 254:17
275:7,23 276:20

**constitution**
16:9 44:17 48:22,24
56:6 139:10 140:5,16,
17 141:6,9,21 162:11
174:10 192:18,25
198:12 227:23 236:25
248:21 257:2

**constitutional**
16:8 24:23 36:8 44:13
59:15,18 97:7 114:4
125:25 139:12 140:4,8,
11 141:19,24 156:18
193:8 215:9 271:3
275:2

**constitutionally**
17:25 165:20

**constructing**
149:12

**construction**
165:8

**Constructors**
59:7

**consult**
34:7 94:16

**consultants**
45:5 107:2 108:17

**contact**
188:4

**contacted**
189:14 190:23

**contacting**
188:6 189:16,17,18
190:16 191:1

**contacts**
190:16

**contained**

15:4 242:3

**content**
111:7 113:11 114:2

**contents**
114:10

**context**
188:19

**contiguous**
272:16 273:16 274:8,14

**continue**
22:13 109:17 113:13
157:24 167:5 189:24
197:25 201:5 214:8,22
219:23 238:14 239:21
244:22 250:11 255:10
268:13 273:12,22
277:15

**continued**
239:15

**continues**
250:1

**continuing**
198:24

**contracts**
190:21

**contrast**
218:13

**control**
82:5 84:10,13 106:22
129:15,20 133:14
135:17 158:19 162:5
207:18

**controlled**
261:20 269:25

**controller**
182:6

**controls**
209:15

**conversation**
63:11,15 109:13 110:21
121:5 161:21 162:24
267:2 277:20

**conversations**
6:19

**convince**
215:16

**cool**
131:19,21

**coolest**
109:5

**coordinated**
138:18

**coordinator**
57:11

**Corcoran**
59:8

**core**
8:6 177:15

**correct**
27:12,17 31:18 87:21
120:20 123:22 247:22
248:4,16 261:5

**corruption**
270:10

**cost**
69:9 74:13 97:24,25
98:16,17 99:7,15
100:20,22,24 102:2
103:4,11 118:23 128:4,
6 157:24 177:21 179:2
181:8 205:13 206:18
244:13

**costing**
103:12

**costs**
178:24 182:7

**couch**
102:16

**council**
17:9 24:18 42:6 62:25
251:18,23

**counsel**
80:24 121:21

**count**
18:1 83:10,13

**counter**
8:6

**countering**
230:7

**counties**
175:12 178:23 179:13,
15,21 180:4,17 181:10
182:2,8,22 222:19

**country**
14:19 16:17 18:2 77:11
79:6 81:13 133:14
158:18 160:1 162:23
168:7,13 169:19 178:19
196:20,25 198:2 208:23

**county**
9:5 43:11 53:2 57:16
59:13,16 61:5,12,24
62:12 64:2,19,24 65:9
67:20 68:9 71:7 72:10,
14 73:5 76:2 77:7,23
79:14 80:10 102:18,20
103:6,9 120:2 124:18
126:8 130:20 133:20
157:3 169:9,10 174:5
176:13 179:4,18 180:7
185:7 189:21 194:25
216:18 222:17

**County's**
6:17

**couple**
19:18 38:21 166:9
190:13 231:22 257:4
276:8

**court**
15:20 105:25 106:1,6
117:16 122:10,23
123:1,3,21,24 126:9,11,
14,16 192:5 216:18
268:25 269:7,16

**courtesy**
124:20

**courtroom**
145:3 258:11

**courts**
117:20 121:2 122:3
123:6

**covered**
94:13

**COVID**
183:13 185:1

**crafted**
15:19

**CRC**
44:20 45:1,6,9,21 46:15
106:13

**create**
46:16 86:20 107:2
210:11 215:21 248:2

271:2,6

**created**
82:10,12,15,17 193:10
199:23 200:3 217:25
239:7 244:16 247:1
264:15,18

**creation**
189:15

**credible**
251:8

**cremated**
153:12

**crime**
53:15 58:21 220:24

**crisis**
160:1,7 164:18,19,21
177:19 178:12,15
210:11 225:25 284:17

**criteria**
44:13 140:17 141:6
145:10 217:25 218:1,3
248:19

**critical**
9:15 21:9 82:21,23
107:23 186:8 188:8
194:24 223:9

**critically**
168:25

**cronies**
56:18

**cross**
281:6

**cross-partisan**
46:17

**crunching**
108:18

**crux**
123:12

**Cruz**
6:17 52:16

**crystal**
54:19

**CT**
23:15

**CTA**
23:7 24:2 56:22,23

168:19 169:1 222:24

**CTA's**
169:1

**culmination**
14:13

**curious**
103:17

**current**
28:23 45:1 48:6 100:23
107:7,20 111:23 159:21
217:15 218:12 235:22
266:23 272:23

**Curry**
265:17

**Curtin**
17:9,13 19:22 20:16
164:1,5 167:1

**cushion**
102:16

**cut**
21:12 76:11 177:17
220:12 226:25 238:14,
21 239:16,17,19,20

**cutoff**
184:5

**cuts**
23:1 139:2,4 157:18,21
165:14 171:7 220:15
225:23

**cycle**
23:25 107:20 220:4

**cycles**
254:4 256:6

**Cynthia**
44:4

***

**D**

**D.C.**
23:3 214:14,25 215:17

**dad**
14:9 77:9

**daily**
49:4 185:2

**dais**
81:19 277:18



**Daisy**
164:3

**damage**
77:10,15 102:13 103:1

**damaging**
18:10

**damn**
284:22

**dance**
214:6

**dangerous**
191:15

**Daniel**
74:18

**Danny**
17:8,13 23:9 164:1,5

**dare**
72:17

**Darling**
43:10,11 73:4

**dashboard**
107:8

**data**
46:10 233:22 243:1
263:14 275:9

**date**
190:4

**Dave**
81:8

**David**
60:5 76:23 173:22
225:18

**day**
9:8 77:4 106:24 167:22
181:9 223:17

**day-to-day**
69:8

**days**
45:9 109:2 203:16
221:19 237:8,17 252:24
255:21 265:25 280:12,
23 281:2

**DCCC**
36:20 200:2,3 239:5

**De**
59:1

**deadlines**
104:13

**deal**
131:9 195:23 242:18

**deals**
195:16

**dear**
21:7

**death**
87:13 273:2

**deaths**
243:12

**debatable**
3:10 40:5

**debate**
27:10 45:15 63:13
73:22 90:20 146:4
156:5 206:8 262:24

**debating**
91:6 196:15

**Deborah**
77:6

**decade**
14:20 17:22,25 203:15
218:5

**decades**
47:14 83:19

**deceit**
83:5 131:12

**deceitful**
210:2

**Decentralize**
56:2

**decide**
84:2 86:17 87:2 90:3
163:4 203:19 204:1
209:15 215:7,13 219:24
239:23 243:9,14 253:14
254:14 255:19 282:6,9

**decided**
63:16 123:24 270:16
275:24

**decides**
160:21

**decimated**
55:20 270:23

**decimation**
102:22

**decision**
26:11 143:4,6 161:2
236:18 258:22 282:22

**decisions**
9:15 202:19

**deck**
22:13 48:12 214:16

**declare**
37:7

**declared**
178:6,22

**decorum**
235:7 249:16,19

**dedicated**
104:17

**deep**
65:6 139:2

**deeply**
157:11 179:20

**defeat**
160:25 229:15

**defeated**
160:24

**defend**
30:16 73:18 119:16
120:12 171:2 202:23
223:16

**defending**
8:8 46:19 169:6

**defer**
115:3

**deficit**
101:8 102:3,4

**defines**
247:3

**definition**
145:6

**deflect**
210:14,19

**defunded**
162:2

**delay**
9:4 229:10,12,14

**delaying**
269:16

**delegation**
102:24

**deliberated**
132:19 143:21 145:21

**deliberation**
9:14 85:22 149:20

**demanded**
15:23 124:23 125:9
138:12 171:6

**demanding**
185:20 196:21

**demands**
201:22

**Democ**
59:23

**democracies**
82:12

**democracy**
8:8,15 9:3 14:15 23:19
35:22 36:15 37:8 45:16
46:5,7 50:6 56:10,11
63:12 82:8,9,21,24
83:4,13,20 111:2
136:25 158:22 167:17
170:15 171:2,4 197:4,7,
15 200:19,22 201:6,10,
12,16,21 208:25 209:25
217:13,17 220:2 236:2
241:8 254:16 256:14
270:18 278:14 283:23

**Democrat**
3:7 16:15 44:4,8 48:18
138:14,15 254:11 261:9
272:1,8

**democratic**
18:2,3 56:16 59:15
74:22 83:3,10,20 84:16
139:5 143:11 160:22
169:19,24 203:21 215:6
222:1 230:16 272:10

**Democrats**
48:15 60:15,16 73:7
106:17 145:5 158:16,19
166:16 214:7 220:6
235:18 252:18 254:20
256:7

**Democrats'**

Index: demographics..distraction

135:4

**demographics**
44:12 133:23 256:3

**demonic**
62:14

**demonstrated**
168:12

**denied**
18:8

**Denise**
55:2

**Dennis**
79:1

**deny**
36:2

**denying**
209:3

**Department**
21:14 119:15 122:25
179:1 181:7 223:2,5

**depend**
5:19 203:5

**depends**
121:1

**deportation**
157:13

**derangement**
79:4

**describe**
47:19

**deserve**
14:22 22:4,5,6 49:7
59:24 85:8 90:24
163:22 171:23 220:17
280:9

**deserved**
30:13

**designated**
6:10

**designed**
21:15 82:9

**desire**
160:16

**desires**
71:5

**desk**
175:11

**despicable**
75:23

**destroy**
21:15 202:19

**destruction**
57:1

**detail**
189:1

**details**
165:18 177:2 183:9,18
187:12 195:3

**detained**
22:2

**determination**
48:11

**determine**
158:23 179:2 181:8

**determined**
122:2 182:7

**determining**
145:10

**devastating**
18:9

**develop**
45:2

**developed**
45:4

**developing**
46:3 104:2

**Development**
170:13

**devil**
79:22

**Diana**
230:11

**dictator**
159:2

**died**
142:24

**Diego**
76:23

**differences**
85:15 111:17 165:13

**difficult**
20:21 45:3 183:11
210:14 283:12,14

**dignity**
61:1

**dilemma**
166:23 167:2

**diligent**
105:2

**diligently**
176:19,22

**Dina**
64:1

**direct**
114:19 178:17 208:22
237:11 239:5 252:12
268:10 275:16

**directed**
107:1 133:20

**direction**
67:10 108:16,22 149:2
165:23 196:25

**directly**
6:25 22:24 139:4

**director**
176:3 181:19 182:8

**directors**
170:14

**disabled**
77:9 238:25

**disagree**
272:4

**disaster**
18:8

**discretion**
127:8

**discriminate**
140:23

**discriminating**
139:13 140:8

**discuss**
19:23 89:24 90:2,3
97:15 109:22 115:7

**discussed**
210:7 221:20

**discussing**
5:12 109:24

**discussion**
10:12 38:20 39:5,9
164:15 174:23 221:6
281:25

**discussions**
89:5

**disenfranchise**
60:17

**disenfranchised**
60:13

**disenfranchisement**
182:25

**disenfranchising**
180:11,16

**dismantle**
21:14

**dismantles**
158:22

**dismay**
226:14

**dismissing**
138:13

**disparaging**
208:16 277:2

**dispensed**
5:13

**displayed**
192:14

**disregarding**
227:25

**disrupts**
9:19

**disservice**
244:19

**distinction**
120:5

**distract**
132:2

**distracted**
131:25

**distraction**
131:16



depos@scanlanstone.com
415.834.1114

**distractions**
84:7

**distribute**
35:7

**district**
15:4,6,25 17:22 22:23
30:15 36:11,19 47:22
60:4 71:17 81:3 96:22
138:5 168:7 169:24
218:7 220:9 224:21
226:13 233:23 235:11,
15 238:21 239:18
250:10,19 251:4,18
252:21,23,24 256:13
272:18,23 273:5 275:18

**districting**
215:22

**districts**
5:10 9:2 14:20 15:16
19:13 23:24 36:5 37:18
44:13,15 45:22,23
46:16 49:10,12 55:19
81:11 96:19 113:23
114:2 119:19 125:13,18
126:12 133:22 138:22
156:20 159:21 193:10
195:20 197:19 201:24
214:20 217:15,21 218:6
221:23 233:1,24 234:1
235:10 242:13 251:25
267:25 269:2,10 272:16
273:16 276:12

**disturbing**
164:17

**disturbs**
9:19 65:23

**diverse**
47:7

**diversity**
47:8 163:15

**dividing**
164:19 165:10

**docket**
126:10

**doctors**
153:16,21

**documentation**
251:2

**DOJ**

**dollars**
49:9 68:24 70:2 103:2,
16 105:15 117:17 124:1
138:24 276:14,24

**dominate**
113:2

**Donald**
8:12 158:21 159:7,11
166:8

**Donnella**
78:24

**doors**
7:25

**Dorado**
57:16,19 79:14

**double**
172:13 218:20

**doubled**
48:2,3

**doubt**
109:11 110:23 159:1

**Doug**
57:19

**dozens**
14:4

**draconian**
23:1

**draft**
32:15 45:9 109:1

**drafting**
181:18 217:15

**Drake**
52:14

**draw**
8:21 44:15 259:7
283:21

**drawing**
16:4 97:15 107:2
108:17 109:20,21 115:7
138:5 198:7 231:2
236:23 268:19

**drawings**
237:24

**drawn**
7:25 36:19 57:23 92:17

106:3 123:2

**drew**
47:15 106:24 108:11
258:12,14 259:1,18,21,
25 260:2,4

**drive**
74:24

**driving**
228:19

**drove**
76:17 228:10

**drowning**
53:15

**due**
56:9

**duper**
168:20

**duty**
23:20 197:24 227:19

**Dye**
43:23 44:3,4 104:23
105:1 106:13 108:15,20
109:20

108:12 119:19 120:6,
13,16 133:22 194:13
195:20 214:8 218:21
219:25 234:2

———————————

**E**

———————————

**eager**
96:9

**earlier**
35:22 37:10 104:8
122:24 142:18 208:5
209:13,18 212:19
228:10 251:7 252:22

**earliest**
184:11

**early**
31:9 62:20

**ears**
99:19

**easiest**
217:10

**Eastvale**
79:2

**economy**
18:11 47:21 177:25

**ed**
171:7

**edict**
124:7 126:3

**Edie**
72:8

**edition**
263:12

**educate**
211:2

**educated**
237:12

**education**
21:9,11,14,16 23:20
55:11 67:23 139:3
177:16 223:3,4 276:2
282:23 284:19,20

**educators**
21:4 170:24 171:3,8
223:13

**effect**
8:16 99:4 105:24 126:4
141:22 159:13,15 217:4
221:22 223:1

**effective**
9:14 187:13

**effectively**
47:12 162:2 177:4

**effectuate**
182:3

**efficacy**
86:11

**efficiently**
177:4

**effort**
14:21 48:14 74:7
138:18 278:24

**efforts**
217:2

**egregious**
220:10,23

**egress**
149:12



**eke**
45:25

**El**
57:16,19 79:14

**elder**
57:16

**elect**
48:14 49:12 220:1

**elected**
67:20 85:24 86:8 166:4
228:1 239:25

**electeds**
276:23

**electing**
47:23 145:5 240:1

**election**
2:3 5:2 9:7 14:21 15:1,
10 19:7 20:12 22:10
46:15 48:7,16 58:10,13,
20 97:10 99:8 101:13
138:25 149:11,22
156:14,16 157:4,7
162:20 166:7 169:23
175:4,9 176:15,21,23
177:3,15,20 178:5
179:3,5,16 180:5 181:8,
11 182:4,10,17,23
183:5,10,12,13,22
184:12,13,20 185:3
186:22 187:6,23 188:20
189:25 191:9,20 195:2,
5 196:4,7,9,13,17,19
199:2 203:15 208:24
209:1 214:16 217:2,7
239:24 265:22 269:14
270:8

**elections**
4:22 6:18 8:5,11,17 9:5
58:12 135:18 155:17
158:24 159:8,10 161:17
166:10 179:19 183:11
185:7,17 187:3,14
188:8 194:25 198:1,23
200:22,25 201:2,24
202:12 204:11,13
215:18 216:2 233:5
236:16 237:5 259:13
265:22 282:15 283:19

**electoral**
49:14

**Electrical**
60:7 61:6

**elementary**
67:21

**Eleni**
43:8 170:5

**Elevator**
59:6

**Eleven**
235:1

**eligible**
285:9

**eliminate**
232:16

**elite**
167:20

**Elk**
79:9

**Ellen**
67:18

**Elmer**
42:3

**email**
107:14

**emergency**
17:1 178:5,7,21 191:14
197:5,9 200:17,23
201:3,7 203:8 208:24

**empirical**
243:1 245:15

**employee**
225:18 237:24

**employees**
216:17,19

**empowering**
17:2

**empowers**
23:22

**en**
77:4

**enact**
8:25 19:12 160:2
203:20

**enacted**
235:16

**enacts**
15:15

**encourage**
79:18 249:17 278:9,11

**end**
9:8 17:25 38:20 39:23
160:17 181:9 195:16
200:13 277:11

**ended**
47:12

**endless**
220:4

**ends**
206:8 215:25

**endure**
21:23

**energy**
164:20

**enforce**
6:16

**enforceable**
275:3

**enforcement**
9:22 220:22 238:8

**engage**
46:15 156:19,23

**English**
54:3

**enormous**
209:22 210:25

**enshrined**
44:16 139:9

**ensure**
15:19 19:8 22:7 23:25
44:13 133:22 162:10
177:3 181:9 182:2
185:9 196:10 197:25
223:18 239:16 283:19

**ensured**
223:7

**ensuring**
8:24 155:21 194:24
195:16 236:1

**entire**
86:2 103:12 128:21
216:23 231:11 232:2

**entitled**
125:12,17 201:23

**entitlements**
126:3

**environment**
47:20

**equal**
34:23 56:7

**Equalization**
16:5

**Erica**
22:15

**erode**
201:15,16

**errors**
182:25

**Escarsega**
72:8,9

**Escobedo**
70:3,4,15,16,17

**essence**
36:13

**essential**
139:2 157:23 169:14
216:14

**establish**
2:5 18:24 133:21

**established**
17:23 217:21

**estimate**
104:15

**estimated**
142:23

**ethics**
265:15

**Euphemia**
67:1

**Evelyn**
72:21

**evening**
52:19 78:11

**event**
190:17



Index: eventually..fewer

**eventually**
106:5

**everybody's**
30:10

**everyday**
71:16 157:24

**everyone's**
155:1 255:18

**exacerbated**
272:12

**exact**
180:23

**examples**
251:1

**excuse**
33:3,23 60:15 91:21
99:17 112:18 128:11,14
146:18 205:24 234:17

**executive**
166:14

**exercise**
146:10

**Exeter**
68:23

**exist**
140:17 202:3

**existential**
45:18 284:17

**existing**
61:2 218:8

**exists**
178:6 273:7

**expanded**
155:23

**expect**
4:24 5:11 285:9

**expecting**
178:2 268:14

**expeditiously**
186:21

**expense**
23:5 48:23 167:20

**expensive**
46:20

**experiment**
18:4

**explain**
96:23 149:7,18 150:10

**explained**
118:9 230:4

**explicitly**
138:20

**express**
155:6 226:14

**extending**
167:9

**extensive**
184:23

**extent**
179:16

**extraordinary**
17:21

**eyes**
79:7 282:21

---

**F**

**face**
45:17 94:2 185:8

**faces**
22:24

**facilitate**
9:16

**facing**
9:15 139:1 220:3,7
225:25

**fact**
45:23 47:24 95:20
106:15 107:12 132:7
162:9 174:8 199:6
216:24 242:25 263:15

**factors**
188:11

**fail**
49:12

**failing**
56:20 57:3

**fails**
4:8 11:22 13:5 173:12
213:24

**fair**
16:10 19:2 22:11 34:22
44:13 47:22 49:1,17,18
58:15 67:23 68:1,14
85:19 110:15 159:9
171:23 174:8 185:7,19
198:1 215:22,24 218:17
226:9,11 248:19

**fairly**
133:22 240:16

**fairness**
29:18 53:10 171:2,3

**faith**
32:14 43:10 73:4
261:13

**false**
45:20 83:16

**families**
21:13,19 24:1 55:5
157:25 178:16 220:8
250:21,22 284:14

**family**
62:25 68:10 150:19
174:1 207:3 263:16
270:21 283:10

**famous**
72:15

**fantastic**
263:18 271:7

**fascist**
283:24

**fashion**
183:20

**fast**
8:23 184:16

**fast-moving**
118:8

**faster**
91:16

**fate**
201:21

**fathers**
82:7

**favor**
36:7 48:7,12 69:19 77:2
269:24

**favorable**
254:3

**favoring**
139:13 140:8

**FBI**
220:20

**fear**
21:22 199:15

**fearful**
48:9

**feckless**
102:25

**federal**
15:20 18:17 22:2 23:11
82:6 120:9 122:25
123:21 159:3 168:21
171:9 177:20 178:2
193:7,20 209:15,17
210:18 216:20 219:21
220:5 223:8 244:12
271:3 276:21 277:21
278:8

**Federated**
52:8

**Federation**
24:3 42:4 171:17 225:5

**feel**
22:5 133:7,8,9 154:25
167:2 178:20 223:20
224:2 228:16 241:22
283:6

**feeling**
178:8 221:19

**feelings**
177:11

**feels**
244:17

**feet**
202:7

**fellow**
44:5

**felt**
251:24

**fence-riders**
73:8

**fewer**
218:11,25 231:5,6


depos@scanlanstone.com
415.834.1114

232:6,7 266:18

**fielding**
46:2

**fight**
14:13,14,16 23:7,18
45:19 84:3,5 157:8,9
170:15 197:18 201:17
202:17 217:1 224:9
228:17 275:20 282:3
284:9,22,23,24

**fighting**
35:24 61:13 64:15
165:16,17 202:13
276:20

**figure**
34:16 178:1 258:11

**file**
10:19 107:6

**filibustered**
278:5

**filing**
199:6

**Filkins**
44:7

**final**
8:2,25 15:6 16:24 30:19
31:4,7 144:15,16
224:11 237:14 282:17

**finalized**
183:19

**finally**
107:11 160:9 201:14
215:21 282:5

**finance**
179:2 181:8 182:8
191:19

**finances**
186:2,3

**financials**
129:22

**find**
18:21 100:9 176:8
191:17 201:2 206:24
207:1 246:5,7 270:5
283:16

**finding**
278:18

**fine**
30:11 92:13

**finger**
275:4

**finish**
7:14,16,20 234:22

**fire**
8:13 78:19 203:9

**fires**
18:10

**firewall**
160:23 198:3

**firm**
17:17 50:14 175:20
257:12 258:9

**first-generation**
64:24

**firsthand**
250:24

**fiscal**
100:22 118:23

**five-**
90:13,22

**five-minute**
132:11

**five-page**
89:21 116:7,11,16

**Five-year-olds**
22:18

**Flocks**
171:16,17 225:4,5

**floor**
130:9 132:11 209:9
214:1 234:13 268:12

**Florentina**
59:1

**Florida**
105:24 122:17,19 244:2

**flow**
79:21

**focus**
55:10 69:7 110:18
111:19 165:17 276:23

**focusing**
8:24 131:18

**folks**
42:1 179:10 220:13
222:17 233:19 235:19

**follow**
8:4 82:19 84:16 120:19
193:2 236:25

**follow-up**
177:2

**followers**
102:25 216:1

**Fontana**
80:23

**food**
203:2 284:15

**force**
138:23 223:2

**forced**
123:20 125:20 180:19

**forcing**
215:3

**forego**
148:14

**foregone**
263:15

**foreign**
94:20

**foremost**
15:5 85:11

**forest**
18:10

**forget**
20:18 70:25

**forgotten**
48:20 245:2

**form**
24:18 28:23 82:8

**formal**
251:18

**forms**
131:13

**formulate**
45:15

**Fornever**
65:20

**Forty-five**
19:21

**forward**
84:21 98:6 114:23
121:14 123:11 156:7
159:19 160:21 167:24
173:15 177:5 178:14
187:21 189:9 204:12
221:6 246:14 252:5
253:23 254:12 255:12
256:6 264:6 282:8
283:16

**fought**
77:11 132:4 276:16
283:19

**foundations**
86:20

**founding**
82:7

**fourth**
78:1 177:24 210:13

**frame**
229:7,14

**frames**
131:3 229:8

**Francisco**
44:4 59:9

**Frazier**
63:20,21

**free**
62:23 82:17 159:9
168:23 203:2

**freedom**
42:12 55:3,14 59:4
61:13 163:21 168:4
224:13,20 278:2

**freeze**
21:9 234:18

**Fresno**
113:22,24 130:19
267:23

**Friday**
95:17 231:14,15 233:15
237:7 264:25 265:3

**friend**
40:2 75:7,8 92:11
142:18



**friends**
91:18 92:1

**front**
8:1 82:4 84:6 115:5
116:7 179:7,13,22

**frontline**
169:13 216:14

**frontload**
191:8,10

**frustrated**
76:6

**frustration**
138:2

**full**
19:25 23:15 47:15
138:7 179:7

**fullest**
105:3 256:14

**fully**
253:16,18 254:19

**fund**
46:15 178:1 182:6

**fundamental**
46:8 82:3,11 131:18
132:2 248:6 257:6

**Fundamentally**
98:13

**funding**
5:3 53:15 93:13 130:12,
13,19,24 157:1 162:6
168:21,24 171:9 182:3,
12,16 186:6 187:11,20
188:1 195:5 222:14
223:4,8

**funds**
21:9 168:21 179:22

**future**
84:5 158:24 159:10
164:14 178:18 191:16
201:17 208:22 219:5
278:20

— G —

**Gabriel**
44:8

**Gail**

72:1

**gain**
37:18 138:22 206:17

**gains**
36:22 218:3,15

**Galvan**
72:13,21,22

**Galveston**
124:17 126:8

**gamble**
49:9

**game**
8:14 19:8 158:4,15
161:17 192:12 209:14
210:16

**games**
133:18 134:1 136:3
241:13

**gaming**
138:3

**gang**
19:24 86:4

**gang-**
86:3

**gate**
184:15

**gave**
144:17 192:1

**Gavin**
74:22 78:22 79:17
276:13

**gear**
19:25

**general**
67:12 182:6 183:13
185:3 195:13 224:16
258:13 259:19

**generation**
78:2

**generations**
203:4

**generosity**
227:6

**generous**
173:21

**gentlemen**
70:3,17 175:16

**genuine**
178:5 229:17

**geographic**
247:15

**Georgia**
201:1,25 270:7

**gerrymander**
15:15 68:3 123:8 126:2
138:21 245:25 270:2

**gerrymandered**
194:14 242:8

**gerrymandering**
15:22 16:14,22 44:18,
22 45:25 46:21 47:13
55:25 78:20 138:10
145:7 159:8,9 160:8
197:22 241:25 242:9,
17,19,25 243:7

**gerrymanderings**
160:19

**get along**
84:16

**Gilbert**
72:13

**Gina**
52:18

**give**
3:8 13:18 19:13 24:16,
24 25:21 34:19 39:24
42:1 56:17 77:17 85:17
97:20 108:16 115:6
118:13 128:17 129:24
130:7 138:6 143:7
165:21 173:18 175:11
188:18 202:16 203:25
209:1 227:8,15 253:13
267:1 281:13

**giving**
8:2 16:23 34:15 41:19
47:16 97:7 111:4
157:21 185:21 256:12
275:4

**glad**
59:3 90:10 182:18
267:19 276:6,10

**goal**
45:8 158:17

**goals**
108:8

**God**
13:13,14 66:18 71:1
74:17 77:4 79:20

**God's**
62:15

**gold**
49:24 50:4 159:25
162:21 163:11

**GONALEZ**
174:15

**GONZALE**
274:9

**Gonzalez**
62:18,19 174:16
219:11,13 233:9 234:6,
9,12,16 235:4 237:1,21
238:1,17,20,25 239:13
240:5,9,13 241:1
242:21 243:24 245:24
260:5,9,11,14,17 263:4,
20 264:16,19,24 265:3,
24 270:3 271:11 272:5,
10 273:20 274:2,12
275:8 277:6 282:12

**good**
2:1 14:2 21:1 27:19
42:17,22 43:1,4,7,10
45:12 47:9 59:5 60:5,22
61:7 65:12 67:4 71:8
74:8,14,17,23 75:7
76:13,22 78:11 79:1,8,
10,13 80:8 91:18 92:1
120:12 155:15 170:4,7,
11,16 171:13 175:19
183:25 214:12 225:1
237:21 243:20 251:1,24
261:13 266:2,12 277:23

**goodness**
57:12

**goods**
157:23

**GOP**
60:8 67:20 69:16
173:24

**gotcha**
241:13

**governing**
111:1 283:22,23



**government**
8:10 45:13 47:10 49:7
54:4 75:2 82:6 178:2
209:16,17 210:18
276:22

**governor**
18:23 19:23 43:8 48:13
49:16 78:22 138:14
145:4 159:5 170:5
178:6 196:22 246:5
270:5

**grab**
14:24 20:6 23:17 83:2,
11,14,18 84:10,12
131:11,23 132:3 159:11
167:19 197:21

**grabs**
45:24 82:10 202:17

**grade**
56:21

**graduating**
55:9

**grandma**
65:14

**granted**
30:15 33:20 193:24

**grants**
276:5

**grapevine**
190:6

**Gray**
230:1,2

**great**
17:17 18:3 23:8 77:4
109:15 123:14 137:24
180:9 188:23 214:3
242:23 243:23 251:17
256:20 267:19

**greater**
52:9 149:11

**greatly**
70:21 80:3 244:3

**greeted**
19:24

**Greg**
62:24

**Gregory**
79:1,2

**Greta**
72:15

**grew**
85:25

**ground**
71:19

**grounds**
26:9

**group**
52:11 259:16,19

**groups**
47:10 258:13 272:1,8,
11

**Grove**
79:9

**guess**
73:7 114:20 163:13

**guessing**
115:5

**guest**
263:14

**guidance**
62:15

**guide**
195:15

**guidelines**
183:7

**Gusman**
171:13,14 225:1,2

**guys**
58:21 61:15 65:19,23
69:7,18 72:18 76:18
77:2 81:6 185:20
247:21 265:1 271:13,23

---

**H**

---

**half**
104:11 115:8 143:5,8
226:25 250:9

**halfway**
81:12

**hallway**
63:3

**hand**
138:19 223:10 251:20

**hand-drawn**
107:16

**handed**
138:11

**handle**
81:5 206:16

**hands**
142:4 160:12 216:3
284:18

**handshake**
265:20

**Hang**
101:17

**hanging**
14:10 221:1

**Hanna**
51:15,17,23 167:11,12

**Hannity**
20:11

**happen**
55:19 63:24 119:9,10
120:1 135:14 140:6
162:19 166:20 181:21
183:17 214:25 227:9
232:20 261:18 284:7

**happened**
126:11 162:14 195:9
270:6 272:4 279:9

**happening**
81:4,12 133:8,11 135:7
160:11 161:23 164:12
166:22 178:16 196:20
197:22 210:1 238:5
242:25 246:12 284:12

**happily**
254:7,12,16

**happy**
14:6 29:25 154:24
155:10 204:14 222:3
250:9 251:6 252:3
257:18 279:8

**harass**
159:3

**hard**
38:14 83:21 107:17

**harder**
83:17

**harm**
22:14

**Hart**
43:7 170:4

**hating**
61:17

**heads**
29:4 184:14

**health**
102:21 149:12 161:12
168:22 171:7 275:11
282:22

**healthcare**
21:12 23:2 103:8,10
139:3 157:19 162:1,8,
12,16 163:9,20,21
165:14 170:9 177:16
202:25 216:15 224:6,7
270:19 275:14 276:7
284:16

**hear**
6:4,6 10:14,19 16:13
28:20 51:8 66:5 78:6
96:10 153:4 243:23
273:23 283:8

**heard**
17:14 19:14 20:10 28:2,
6,15 37:10 64:6 65:19,
22 86:13,23 97:8,21
106:19 112:7 138:9
143:10 161:19 164:4
166:12 184:25 185:16
186:11 190:5 192:11
208:2 248:12 252:24
258:24 260:10,13,24
285:11

**hearing**
2:2 4:10,11,12,21,23,25
5:4,8,16,17,23,24,25
6:1,5 8:16 9:18 13:7
28:19 39:19 45:12 53:9
71:9,21 132:25 149:3
150:20 153:17 155:17,
20 180:15 210:6
212:12,13 221:17
277:12 279:14,22 280:3
283:4 285:13,14

**hearings**
104:18 138:8 146:21
147:9 180:13 236:7,9
251:19 279:11

**hears**
5:18,21

**heart**
87:11 139:5 283:11

**heartbreaking**
87:3

**hearts**
79:19 150:18

**Heather**
57:15

**held**
54:15 157:7 236:7

**hell**
203:7 238:12

**helped**
262:5

**helpful**
184:6 185:23

**helping**
78:17

**Hemet**
76:2,15,17

**hey**
33:23 129:16 274:18,20
278:12

**Hicks**
161:7,9 163:19

**high**
22:3 120:15 245:3

**higher**
202:5

**highest**
58:11,14 183:15

**highlight**
111:16

**highly**
77:1 176:19 250:20

**Hill**
43:4,5 170:16,17

**Hills**
79:11

**Hilmar**
77:7

**Hines-shaikh**
169:3,4 222:11,12

**historical**
82:18

**historically**
17:23

**hit**
103:8 273:22

**hits**
103:16 237:9

**hold**
21:7 22:12 85:6,7 156:2
157:17 158:2 162:18
163:6 209:1 214:4
277:10

**holding**
5:7 48:16

**home**
284:4,8

**honest**
8:12 240:12 252:3
256:2

**honestly**
240:15

**honesty**
249:9

**honor**
77:9,13,17 110:23

**honorable**
75:8 169:3 222:11

**honored**
176:16

**hop**
192:14

**hope**
35:17 45:24 74:5 84:23
85:5,7 91:19 126:1

**hoping--**
70:12

**horrendous**
276:4

**horrible**
275:15

**hospice**
129:4,9

**hospitality**
165:12 169:8

**hospitals**
270:22 276:17

**hour**
115:8 220:22

**hours**
30:19 38:24 39:21 40:1
60:23 78:4 90:11,22
96:20 104:13,22 112:8,
9 144:18 145:25 195:11
284:4

**House**
20:4 84:11 156:21
158:2,20 160:16 177:23
202:10 217:8 244:12
271:5 277:24 278:4

**housing**
164:18,21,22 165:8,11
170:12

**Howard**
73:15

**HR**
161:24 162:15

**huge**
76:8 176:8

**hundred**
78:16 104:16 107:13
250:25 253:25 254:3

**hundreds**
82:7 105:15 112:10
116:17 117:16 138:24
202:24

**husband**
77:9,14

**hyperbolic**
201:19

**hypocrisy**
20:8 75:12 208:10

---

**I**

---

**Iani**
67:5

**ICE**

**21:21**

**IDA**
168:24

**idea**
133:12

**ideal**
235:11

**ideas**
90:3 283:7

**identical**
234:1

**identified**
258:8

**identify**
110:17 112:21 175:14

**identifying**
141:7 165:3 176:23

**ideologies**
56:24 245:20

**ignores**
20:6

**ignoring**
83:4

**IHSS**
169:5

**illegal**
44:24 215:20

**illiterate**
55:9

**Imagine**
103:11

**immediately**
32:8 107:3 125:19

**immigrant**
21:18 52:18 220:9
239:22 250:20

**impact**
77:24 161:22 162:14
218:24

**impacted**
78:18 165:7

**impacts**
16:3 164:12,14 267:20

**impartial**
44:11



**impedes**
9:19

**implemented**
105:7,17 106:8

**implication**
241:22

**important**
16:2 81:15 110:18
117:12 126:15 128:4
130:12,24 131:1,6
142:8,22 143:2 151:14
154:2 168:25 170:10
205:5 236:2 244:20
258:17 278:13 283:7

**importantly**
221:16

**imposes**
157:22

**impossible**
54:8 158:19

**improve**
218:7 232:17

**improving**
218:3

**in-home**
170:18 216:16 222:13

**inaccurate**
239:8

**inaudible**
7:15 27:18 28:25 40:12
53:22 88:15 92:21 93:9
94:13,15 98:14,22
99:16,22 114:8 129:12
141:16 144:7 146:2,16,
17 147:22 148:4
149:14,22,24 150:1,6,
21 153:19 176:1 188:2
205:20,23 207:8,11,12
231:24 237:20 257:23
260:14 261:9 262:22
271:21 273:19,20 276:5

**incessant**
171:4

**include**
221:18

**included**
36:20

**includes**

187:25

**including**
6:5 21:10 48:1 123:20
141:6 143:1 155:1
163:20 193:21 222:20
251:6 268:17

**inclusivity**
163:16

**incorrect**
232:5

**increased**
48:4

**incredible**
282:14

**incumbent**
199:8,11

**incumbents**
49:11

**independence**
106:14,16

**independent**
8:4,18,20 16:10 17:4
44:9,16 46:19 47:5,7,11
48:15 49:20 54:6 55:18,
24 62:21 67:6 73:17
86:10 105:6 106:10
109:12 133:21 138:7,19
139:9 156:24 159:24
160:5 163:12 180:12
192:16,23 208:6 214:9,
21 215:22 236:13
243:16 247:21 251:9
252:8 256:24 258:19
266:16,19 271:6,24
277:22 278:22 283:20

**Independents**
106:18 252:9,17 254:19
256:8

**individual**
86:8 97:15

**individuals**
251:8

**indulgence**
81:23

**industry**
165:6 232:17

**infant**
243:11

**infer**
238:2

**inflation**
99:1,5 102:2

**inform**
45:14 85:1

**information**
7:7 41:20 93:23 236:11
260:23

**informational**
5:8,24 6:1,5 155:20
212:13 250:1 279:11,22
280:3

**informed**
30:9

**infrastructure**
47:21

**inion**
223:13

**initial**
108:16

**initiative**
23:16 47:9 98:12
101:12,14

**inning**
158:15

**innovative**
50:6

**input**
6:13 29:20 45:10
104:18,19 107:6 133:16
215:13 236:12 258:18
266:16

**inquiry**
13:12

**insane**
56:15 125:14

**insanity**
87:3

**institution**
21:7

**institutions**
83:3

**insubstantial**
165:15

**insurance**
205:14

**int**
175:25

**intact**
217:22

**integrity**
174:10 247:15

**intent**
162:13 182:2,19 246:13

**intents**
206:8

**interaction**
107:24

**interactive**
107:9 109:21 221:14

**interest**
36:3,16 37:13 109:9
133:24 196:2,4,13
197:14,17 198:14,16
201:12,13 215:11
218:18 239:11 240:20
241:7 245:18 246:20
247:2,12 248:13 250:5,
6 265:8,13 268:16
270:1,10 275:3

**interesting**
120:18 191:12,18
256:2,4 269:19

**interests**
45:7 197:3

**interference**
58:10,14

**International**
59:6 60:6

**interrupt**
7:9 134:2,6,10,20,25

**interrupting**
7:15

**interrupts**
100:6

**intimidate**
20:1

**intimidation**
83:5 131:12,13 210:4

**introduce**



Index: introduced..kind

94:16

**introduced**
50:11 175:15

**introducing**
278:21

**involve**
268:8

**involved**
81:10 193:12 196:1,2
223:6 261:19

**involvement**
239:5

**issue**
56:6 63:2 110:13 113:1
118:10 131:18 132:2
165:9 209:13 210:15
214:6 229:17,18 236:2
278:19

**issued**
247:8

**issues**
9:15 37:23 46:4 62:2
130:23 131:6,7,17
182:12 188:17 207:1
210:14 246:14

**Italian**
263:15

**items**
5:5 19:18 155:18
188:19

**iteration**
111:23

**iterations**
97:12

---
**J**
---

**J.P.**
51:17 167:12

**Jackson**
75:17,18

**jammed**
157:18

**jamming**
285:1

**Janaro**
59:1

**janitors**
216:15

**Jarvis**
73:16

**Jeanne**
44:8 47:4

**jeering**
210:5

**Jennifer**
75:17

**jeopardy**
65:24

**Jesse**
176:12

**Jessica**
60:3 69:23

**Jesus**
278:19

**Jesus'**
79:22

**Jim**
20:17 43:12 73:1 77:25
81:1

**JIMENE**
65:8

**Jimenez**
65:8

**Joaquin**
77:23

**job**
165:5 185:14,18 187:8
220:23 238:9

**jobs**
188:5

**Jodie**
44:7

**Jody**
161:9

**Johnson**
75:14 80:22 279:2

**join**
256:22

**joined**
17:7

**joining**
13:19

**joint**
204:13

**joke**
75:13 142:21

**jokingly**
142:17

**Jones**
22:15

**Jones's**
241:24

**Jose**
61:4

**Journal**
26:6,22

**joyfully**
164:8

**judge**
66:18 121:2

**judged**
66:13,16

**Judiciary**
172:8,14

**Judy**
70:4

**Julie**
170:7 224:5

**July**
106:3

**jump**
202:5

**June**
157:6 196:11

**jurisdiction**
276:21,22

**jurisdictions**
215:12

**Justice**
119:15 122:25

**justification**
191:13

**justify**
88:17 177:14 269:22

**Juventina**
68:11

---
**K**
---

**kabuki**
131:25 210:23

**Kaden**
43:7 170:4

**Kaufman**
73:15

**Kay**
59:5 228:9

**KCRA**
36:18 195:18 200:1
239:4

**keeping**
210:17

**Kelly**
57:9

**Kern**
43:11 73:5

**Keshav**
42:10 168:2 224:11

**Kevin**
272:23 278:18 279:3

**kick**
105:23

**kidnap**
157:14

**kidnapped**
250:22

**kids**
8:9 56:20 57:2 85:22
87:5 168:23

**kids'**
64:15

**Kiley**
272:23 278:18 279:3

**kill**
83:22

**kind**
22:16 64:4 76:9 92:22
110:6,14 132:14 175:21
241:22



**kindergarteners**
22:16

**kinds**
82:18 84:7 107:16
131:17 199:10 210:1
229:11 261:18

**King**
42:20

**kings**
240:1

**Kirkendall**
77:6,7

**Kirsty**
68:17

**knew**
185:3 193:15

**knowledge**
180:14 258:18 266:15
268:23

**Knutsen**
79:13,14

**Kong**
60:3

**Kounalakis**
43:8 170:5

**Kroll**
76:22,23

**Krystal**
42:22 170:11

**kudos**
278:17

**Kumar**
42:10,11 168:1,2
224:10,11

**Kung**
20:17

———————————————
**L**

**LA**
159:4 225:24

**label**
199:20

**Labor**
42:5 60:8 171:17 225:5

**lack**
61:1 94:20

**ladies**
70:3,16

**laid**
63:6 165:14

**Lake**
57:22 58:5 273:1

**Lance**
73:20

**lane**
168:19 169:2

**language**
29:19 30:20,25 31:11,
14,16 32:16,20 33:10
39:17 54:4 91:14 93:14
125:23,24 140:12,21
141:4 179:15 180:23
181:6 182:19 194:5
255:8 265:18

**LAO**
101:9 102:5

**large**
105:10 177:25

**largest**
177:25

**Lars**
79:13

**late**
51:16 79:7 104:6
219:15

**Latino**
158:12

**Latinos**
48:4

**Lau**
77:22 78:10

**laughable**
240:6

**laughing**
66:20,22

**laughter**
210:5

**launched**
6:23

**law**
30:18 50:14 59:18
82:16 175:20 220:21
230:6 238:7 257:12
258:8

**law-**
18:11

**Lawlessness**
56:19

**lawmakers**
23:3 138:15 142:2

**laws**
119:16 193:21

**lawsuit**
124:15

**lawsuits**
119:8 120:1 126:7
182:25 226:3

**lawyer**
91:13

**lay**
27:7,14 29:1,10 38:3,5
40:4 41:14 225:25

**lays**
214:19

**Lazardi**
42:3

**lead**
86:16 160:4

**leader**
174:4 214:1 219:18
258:24 261:22 271:18

**leader's**
252:13 254:1

**leaders**
19:23 74:23 85:24
249:24

**leadership**
56:19 74:22 84:19,20
168:12 245:4 259:9
261:20,21,25 262:4,7,
11,16,19,21 274:17

**leaderships**
226:3

**learn**
8:10 48:5

**learned**
83:2

**learning**
67:23 223:19

**leave**
71:3 177:10

**leaving**
276:18

**lecturers**
171:6

**led**
15:12 79:19

**left**
119:3 179:7 234:24
269:1,9 276:13

**leg**
24:18 181:19

**Legacy**
64:10 74:18

**legal**
92:9 118:23 119:2
121:17,20 140:21 193:6
200:7 222:4 257:18
265:2 270:14 273:19

**legally**
18:15 181:22 182:20
269:18

**legislate**
253:11

**legislation**
16:8 30:19,20,21 45:18,
24 60:18 69:4,17
114:25 131:4 181:17
184:4,6,8 186:12
187:20 189:7 190:7,14
193:23 223:14 224:1,9
227:18 239:6 267:21
277:22 278:21

**legislation's**
191:6

**legislative**
9:13,20 101:11 104:7
110:16 113:3 132:8
176:3 196:3 240:19
244:17 261:20,21
278:2,3

**Legislator**
244:6



**legislators**
45:4 89:25 101:16
125:19 158:5 238:6
265:7,12 266:5

**legislators'**
258:16

**Legislature**
18:24 36:7 47:25 48:2
119:17 122:22 138:6
141:22 142:11,13
156:19 174:9 177:14
182:2 200:6 224:16
227:11,19 259:21,23,25
260:4 261:4,5,17,18
269:22

**Legislature's**
4:15 258:16

**Legislatures**
191:16

**Lena**
79:11

**length**
91:6

**let alone**
21:23 125:15

**letter**
4:15 9:25 13:17 17:15
123:3

**letters**
107:16

**letting**
134:12,15 158:10 163:4
198:8 211:3 215:6
258:21

**level**
19:15 21:22 56:22
58:11,14 110:5 120:2
209:17 271:3 277:25
278:8

**LGBTQ**
158:13

**LGBTQIA+**
21:18

**Liberty**
174:1

**lied**
22:23 36:23

**lies**
208:10

**Lieutenant**
43:8 170:5

**life**
22:7 83:6 131:14 167:3
210:11 246:14

**life's**
8:7

**light**
106:24

**Lighthouse**
42:11 168:3 224:12

**lightning**
206:16

**limit**
6:8,16 110:7,14,19
112:6,22 156:4 226:23

**limited**
118:3 132:9 234:11

**limiting**
226:18

**Linda**
52:7

**line-drawing**
15:25

**lined**
125:20

**lines**
46:11 106:24 108:13
114:17 138:5 159:15,17
192:17,24 193:13,15
194:7,9,13 195:25
196:13 198:7,15 231:2
234:2 236:23 237:25
255:10 266:24 283:21

**lining**
190:11

**link**
237:10 255:22,23

**list**
186:18 221:13

**listen**
62:3 63:7 72:15,16
99:20 100:1 108:6,8
160:14 271:23

**listening**
64:17 65:14 108:2

**lit**
8:12

**literally**
58:16 110:8 131:16
246:4

**litigation**
105:12 119:23

**live**
68:8 73:2 109:20
246:17

**lively**
281:25

**lives**
163:8

**living**
18:1 23:12 79:20
157:24 205:13 206:18
244:13

**lobbyist**
264:11

**lobbyists**
264:12

**local**
22:22 42:20,21,23 43:2
59:7 60:7 120:1 169:4,7
170:14 171:22 215:12
216:13 222:13,16
251:23 253:3

**locals**
216:22

**locations**
176:24 186:20 188:6,7,
13 189:14,18,19 191:3

**lock**
189:19

**locked**
189:22 220:19 238:7
266:5

**long**
89:10,18 93:5,14 94:4,
5,11 101:22 104:13
116:17 147:24 148:13
164:5 183:17 187:10
193:23,24 194:5 195:25
221:13 229:15 268:25
269:8 272:20

**longer**
39:18 92:17 111:1
114:23 116:13 117:2
154:9,12 195:11 283:22
284:20

**looked**
200:6

**looming**
101:8

**loophole**
19:5

**Lord**
62:16,17 80:24

**Los**
22:2 59:12 80:9 169:9
222:18 225:19,20
239:22 266:3

**lose**
49:11 84:4 198:18
202:25 203:2 239:24
275:13

**losing**
48:9 225:23 226:7

**lost**
53:8 86:23

**lot**
64:10 65:20 73:6,10,13
84:24 85:21 86:13
91:15 95:7 108:2,18
113:9 156:6 161:20
166:5 168:25 183:10
186:23 195:10 203:3
226:4 227:3 275:9
277:20 284:4

**lots**
131:13 210:4 264:3

**loud**
19:14 125:11,16

**love**
70:19 73:21 78:14
237:19 283:23 284:11

**low**
245:3,5

**lower**
202:6 245:6

**loyalists**
217:5



depos@scanlanstone.com
415.834.1114

681

Index: lumped..mass

**lumped**
259:17

**lunch**
203:3

**Lynn**
76:1

**M**

**Macedo**
2:9,10,11 3:2,5,17,18,
19 7:3,6,11,18,21 10:7,
21 11:4,5,6,23 12:9,10,
11 13:3,11,17 24:10,22
25:3,7,13,16 26:1,7,9,
12 27:9,15,22 28:7,24
29:3,16 31:23 32:1,19
40:21,22,23 50:7,10,17
92:14 93:8 94:9,13
137:15,19,22 139:17,21
140:7,12,20 141:3,8,16
142:1 143:3,12,18,20,
23 144:3,7,14,16 145:1,
14,19,23 146:1,9,16,23
147:21 148:21 152:1,2,
3 153:7 172:3,7,20,21,
22 175:13,22 177:9,10,
24 178:20 179:6,14,23
180:2,6,22 181:1,5,13,
25 182:16 183:21
184:18,22 185:13,16
186:1,4 187:15,24
189:13 190:3,20,23
191:12,21 192:3 208:3,
11 211:15,16,17
212:15,20 213:6,7,8
256:19,20 257:3,11,14,
20,25 258:4,10,23
259:6,10,22 260:1,7,10,
13,15,19,22 261:3,8,14,
23 262:1,5,15,25 263:2,
6,18,23,25 264:3,7,17,
23 265:1,6,11,16
268:12,14,24 269:6,15,
19 271:12,17,22 272:7,
12,25 273:3,6,14 274:1,
4,15 275:1 276:6,10
277:8,13

**Madam**
2:5 3:2,13 7:3 10:6,25
12:5 13:11 14:1 21:1
24:8 26:5,10,21 27:20
29:5,7,22 30:3 34:22
38:7 40:14 50:7 51:1,15

62:18 75:7 81:23 91:10,
21 92:14 95:20 100:15
111:8 112:15 125:5
126:22 127:16,24
128:15 132:25 134:3
135:8 137:6,10 144:8,
17 145:14,18,19 146:5,
7,12,19 147:15 148:7,
11,19 151:6 153:18
154:21 156:11 161:7
167:11 171:16 172:3,15
176:11 179:11 192:6
198:19 205:15 206:5
207:23 208:11,19
211:10 212:15 214:5
216:11 219:9,14 225:4
233:13 235:4 249:14
256:15 258:23 261:5,6
266:11 279:21 281:15
282:12

**made**
18:17 28:21 29:8 39:12
108:4 112:1 116:1
120:18 179:21 180:4,9
214:15 216:13 229:10
231:5 232:23,24 245:2
246:19 250:14 277:2
282:2

**MAGA**
217:4

**magic**
49:13

**mail**
166:15,16,17

**mail-in**
20:13

**main**
39:12 55:8 95:7 128:5
205:3 206:1,6 231:3
239:2 247:6

**maintain**
218:6

**maintaining**
215:10

**major**
209:24,25 229:13

**majority**
3:11 10:24 22:8 39:15
60:9 172:16 202:10
214:1 217:21 219:17
249:24 252:13 254:1

258:23 271:18

**make**
5:14 6:2 7:19 9:24
11:23 14:6 24:9 27:22
35:21 36:15 38:9 51:19
54:13 56:23 58:17 70:6
71:20 75:11 80:6 82:1
87:14,15 93:6 100:25
108:21 118:1 131:24
149:23 154:20 158:18
168:20 177:12 179:20
180:7 186:13,21 187:13
188:4,15,21 189:1
190:17 200:12,13
202:19 208:1 209:8
211:4 215:20 226:19,21
235:8 236:18 239:15
245:21 246:19 248:14
255:5 258:21 263:10
266:13 274:18,21
282:21 285:10

**makes**
54:25 102:15 119:20
157:5 167:3 184:23
266:22 268:5

**making**
8:9 9:10 10:20 29:8
35:23 39:5 45:2 51:12
91:22 161:1 181:3
183:17 184:25 186:16
187:13 196:9 197:17
223:7

**manageable**
69:19

**Managers**
71:12

**mandate**
55:24

**mandated**
49:1

**mandates**
180:18

**manipulates**
169:23

**manipulating**
265:8,13

**manner**
166:18

**map**
8:22 45:4,7,10 104:6

107:1 109:20,21 114:17
196:4 214:8,21 215:8
218:17,21 226:5 232:2
235:13,23 237:2,11
242:8 247:6 248:7,9,10,
14 256:4 258:20,21
262:2,6 266:18,19,21,
22 267:8,16 273:24

**maps**
7:25 8:1,17 15:13,21
17:22 36:3,21 39:16
45:2,9 47:15 49:21
57:23 58:3,12 85:15
95:10,13,16 96:14,21
97:3,12,16 104:2,7
107:5,16 108:11,12,16
109:1 111:5 114:11
117:15 120:5,6,8,10,12,
15 121:13 122:2 123:6
145:11 158:6,17 159:20
194:10 195:4 199:23
200:1,3 203:17,19,20
212:16,21 214:25
215:2,3 217:15,19
218:2,8,11 219:25
221:12,15,18,19,22
231:1,5,7,12,13,18,20
232:7 233:19,24
235:16,22 236:11,15,19
239:3,7,11 242:10
245:16 246:19,22 247:9
248:19 253:21 255:21,
25 256:9,10,13 258:12,
14,16,17 259:1,7,18,21,
25 260:2,4,11 261:21
262:14,17 263:17
264:14,18 265:4,8,13,
21 266:8,13,15 267:19
268:20,24 269:6,13,17
272:2,8 274:11 275:2

**Margaret**
52:14

**Maria**
61:11 70:22

**Marla**
72:4

**Mary**
65:8

**masks**
165:4

**mass**
19:24 157:13



Index: masse..members

**masse**
77:4

**massive**
102:3 165:11

**Mastin**
57:15

**Matt**
64:12

**matter**
5:8 16:24 43:25 66:21
67:8 83:21 98:18 103:1
159:6 166:8 201:10

**matters**
9:11 109:22

**Max**
78:12

**maximize**
218:14

**maximum**
6:6

**mayor**
79:17 253:3

**Mcguire**
14:4 25:15

**Mcmichael**
225:8

**meals**
168:23 203:2

**meaning**
186:1

**meaningful**
251:17 252:11

**means**
46:1 47:17 80:4 101:18
139:16 220:5 221:4

**meant**
232:3

**measure**
17:21 20:21 50:16
51:19 73:19 76:3 94:2
114:3 123:18 132:19
143:22 145:22 149:20
161:15 167:23 170:10
178:14 217:6

**measures**
4:25 118:6 138:17

285:7

**Medi-**
153:15

**Medi-cal**
129:4,11 153:20 169:6
202:20 222:14 254:22
276:14

**Medicaid**
254:22

**Medicare**
220:12,13,15 238:12,
13,15,22 239:14,15,20
246:9 275:10

**meet**
22:22 23:13 104:13
111:3 131:2

**meeting**
38:16,17,22 39:22,23
65:22 75:23 106:21
109:23 168:9 249:16

**meetings**
47:17 104:15,17,19,20
107:13 112:9,10

**member**
2:14,17,20 3:22,25 4:3,
6 7:8,13 10:1,17 11:8,
11,14,17,20,24 12:2,13,
16,19,22,25 13:8,22,23
14:1 24:8,12 25:3,19
26:5,15,17,21 27:2,5,7,
18,20,24 28:1,3,5,9,11,
13,17,21 29:7,12 30:3,
17,22,24 31:1,3,5,7,9,
10,12,13,15,19,21,24
32:3,5,7,9,10,13,17,21,
23 33:1,5,9,11,13,15,
18,19,24 34:4,21 35:8,
10,13 36:7 38:2,3,9,12,
23 39:1,3,4,7,9,10,20
40:3,7,11,16,25 41:3,6,
9,12,22,24 43:2,21,24
48:20 50:18 51:1,5,10,
12 52:8 60:5 61:6,9
67:20 71:11 76:13
81:21,22 84:22,23
87:16,19,20,22,24 88:1,
2,4,7,9,11,14,16,19,20,
22,24 89:1,4,7,9,12,13,
15,17,19,20,22,24 90:1,
2,5,7,9,10,12,13,15,16,
17,19,21 91:1,3,9,21,22
92:5,8,10,12,18,20

93:1,3,5,11,12,19 94:3,
15,19,22 95:1,4,18,22
96:4,9,13,17 97:1,4,5,
16,19,23 98:1,3,5,7,9,
11,15,20,22,24 99:3,9,
11,13,16,21 100:4,9,15,
17,19,21 101:1,4,5,7,
18,20,21,23 102:7,8,9,
11,12 103:19,20,21
104:10,14,21,24 105:4
108:1,19 109:4,16
110:2,3,7,18 111:6,8,
11,15,22 112:4,13,15,
16,19,20 113:5,6,12,14,
18,19,21 114:7,8,10,13,
18,20,22 115:2,3,10,12,
15,16,19 116:3,6,10,15,
20,22,23,24 117:1,3,4,
5,8,9,13,14,19,21
118:1,18,21,24 119:1,5,
7,9,10,11,12,14,18
120:4,17,20,21,22,23
121:1,3,6,10,12,16,18,
20,22,25 122:1,4,5,9,
12,15,16,17,18,19,20
123:9,10,13,14,23
124:3,10,12,14,16,17,
19,21,22,24 125:1,5,8
126:6,19,20,22 127:1,4,
7,10,16,20,24 128:3,8,
10,12,15,19,21,24
129:3,6,8,17,21 130:1,
3,10,15,16,18,21,22
132:20,22,23 133:1,5
134:3,5,8,10,14,17,19,
20,22,24 135:1,3,5,6,8,
10,11,13,16,17,19,20,
22,23,25 136:1,5,6,10,
21,23 137:2,6,10,13
139:16 140:1,3,10
141:1,11,14,17 142:7,
19 143:3,15 144:8,13,
24 145:8,18 146:5,7,12,
15,19,22 147:1,4,8,12,
15,19,23 148:3,5,7,9,
11,13,15,17,19 149:1,6,
10,17,21 150:5,9,13,16,
21,23 151:3,8,12,18,23
152:4,7,9,12,14,16,19,
22,24 153:2,4,11,15,20,
24 154:1,3,5,8,11,15,21
155:9 172:10,24 173:1,
4,7,10,23 174:24 175:1,
24 176:6 187:7 192:8,
10,22 193:2,9,14,22
194:4,8,11,17,21 195:6

196:12,16 197:1,7,10,
13 198:10,19 199:5,12,
14,21 200:8,11,12
204:16,17,20,23 205:1,
15,17,19,21 206:1,5,9,
13,21,23 207:7,9,11,13,
16 208:3,4,15 209:7,10
211:19,22,25 212:3,6,
22 213:10,13,16,19,22
214:3 216:10 225:21
229:6 230:20,21
231:15,17 232:3,9,10,
12,13,19,21,22 233:7
234:4,7,10,14,18,20,23
235:3 236:3,10,20
237:23 238:16,19,23
239:1 240:7,11,14,22
241:3,6,9,12,17,20
242:4,7,16,24 243:8,11,
13,19,21 244:4 245:10,
14 246:18 247:1,13,16,
20 248:1,11,17,22
249:1,11,13 251:18,23
255:15,16 256:19
258:15 259:3,4,8,14,15,
20,24 260:3 261:6,10,
12,15,24 262:3,7,9,11,
13,18,20 265:9,14
266:3,14 267:3,5,6,7,9,
11,13,16,18 268:9,22
271:9,15,20 273:18
274:7,10,13,23 275:6
277:19 279:12,16,18,
21,25 280:2,7,11,17,22,
23 281:1,3,7,11,15,19,
23 283:9

**Member's**
118:2

**members**
5:15 10:10 13:21 21:2
22:19 30:18 35:3 42:15,
18 44:3 45:14 47:2 60:9
75:8 81:20 86:5 102:24
103:24 105:2 115:13,17
116:1 143:24 156:4,12
160:10 161:8 162:18
167:2,12 168:2,6,17
169:4,5,8,12 171:16,18
176:11 177:8 184:9
199:6 200:9 202:23
204:3 207:24 214:5
216:11 219:16 222:12,
14 224:10,15,20,22
225:4,6 229:3 230:19
232:23 237:6 239:11



240:19 249:14 254:25
256:17 277:17 283:2

**membership**
187:8

**men**
82:16

**mental**
168:22 171:7

**mentality**
210:12

**mention**
106:19 180:10

**mentioned**
115:8 131:10 142:17
199:18 219:22 233:20
235:14 266:2

**mentioning**
265:25

**menu**
49:22

**Merced**
77:7 133:20 136:13

**merit**
193:17

**merits**
94:8 95:2,5 96:16 99:10
106:12 109:14 110:22
111:14,20,24 113:11
117:11 121:5 191:24
199:4 209:21 241:18
242:2 245:9 258:2

**message**
16:19 256:23

**meth**
54:20

**method**
52:13

**metrics**
218:5

**Mexico**
68:12

**mic**
24:7 41:18 50:23 52:4
63:6,8 167:8,9 173:17
227:15

**Michael**

75:8

**Michelle**
245:2

**mid**
8:14 14:20 17:22

**mid-**
218:4

**mid-decade**
6:19 15:19 97:22
156:20 215:2 221:23

**midcycle**
46:12 48:14

**middle**
19:7 158:3 192:12
275:4

**midnight**
115:6

**midst**
164:18

**midterm**
161:17 215:20

**midterms**
158:3 214:7

**migrant**
21:11

**Mike**
279:2

**miles**
272:19,20

**militarization**
83:6 131:14 210:10

**military**
71:13 82:13

**million**
46:14 78:16 90:23
99:12,23 101:2,3,6
102:2,15 103:7,15
119:21 126:18 141:23
142:24,25 149:10,18
161:25 168:6 171:18
177:15 196:24 202:21
220:13,14 224:22 225:6
238:14 246:8 250:10
255:13,17 275:10,13
280:9,18 285:4

**millions**
21:12 49:9 105:15

117:17 124:1 138:24
157:20

**mind**
232:11 234:16

**mine**
179:15 232:25

**minimum**
46:10

**ministry**
65:10 174:4

**Minor**
77:18

**minority**
180:11,16 230:12

**minus**
184:5

**minute**
13:15 42:2 128:17
129:25 130:9 206:12,14

**minutes**
6:9 17:12 20:25 34:10,
19 43:20 46:24 112:11,
24 118:3 153:10,14
155:23 156:5 161:6
163:25 177:12 192:9
206:10 207:5 225:16
235:1 248:25 276:9
280:5,10,19

**Miramontes**
42:17,18

**mirrored**
253:24

**misguided**
46:20

**misrepresent**
240:23

**misrepresenting**
87:17 88:12

**missing**
211:6

**mission**
169:1 214:23 223:18

**Missouri**
135:14 271:16

**mistake**
14:6

**mistaken**
226:24

**mistrust**
49:5

**Mitchell**
263:13,19 264:8

**Mixon**
174:18

**model**
49:6,8 163:12,13,14
244:23

**Mok**
170:23 171:12 223:12,
23

**mom**
14:11 59:2

**moment**
23:13 25:22 168:8,9
220:16 224:17

**moms**
59:2 174:1

**money**
68:24 69:3 71:4 74:14
76:8,9 78:15 102:5
151:13 207:12

**monkey**
67:8,9,15

**month**
14:9 22:1 104:8 124:6

**months**
21:8 22:20 104:9,11
244:11

**Montrose**
80:9

**moral**
201:25

**morals**
265:14

**morgue**
207:4

**Morlake**
72:4

**morning**
2:1 14:2 20:10 21:1
31:18 33:14 42:17,22
43:1,4,7 59:5 67:4 71:8



74:8,17 75:7 76:22
79:1,8,13 80:8 89:18
228:11,20 231:21 233:5

**Morris**
71:6

**mortality**
243:12

**mother**
61:11 71:13 174:16,19

**mothers**
61:12

**motion**
3:2,10 4:8 7:6,19 10:13,
20,23 11:22,24 12:3
13:2,5 24:9 26:1,3,19,
22 27:3,14 29:1,10,15
38:5,15 39:6,12,23 40:4
41:14 118:2 137:1,5
145:16 149:23 151:2,11
172:5,8,12 173:12
204:18 206:3 207:20
211:7,8 212:15,19,24
213:24

**motioning**
10:8,21

**motions**
279:12,13

**motive**
229:18

**mountain**
149:13

**mouth**
99:19 100:5

**move**
9:23 10:4 20:23 24:6
26:18 27:7 38:3 41:16
43:16 58:16 70:20
111:2 121:14 123:11
127:20,22 150:20
159:14,16,19 160:21
172:1 182:14 189:9
204:15 206:16 212:12
234:8,11 249:11 264:5
279:8 282:8 283:16

**moved**
70:18 72:5 137:2 147:9

**Movement**
58:8

**moves**
114:23

**moving**
118:10 156:7 177:4
178:14 187:21 198:24
239:10 240:17 252:4
253:22 254:12

**multipartisan**
106:16

**multiple**
35:3,16 242:18 250:4

**Munoz**
67:1,4,5

**Muñoz**
67:2

**myriad**
188:16

**Myrna**
65:4

**mystery**
166:23

---

**N**

**names**
258:13 259:2

**Nathaniel**
54:2

**nation**
6:22 45:22 86:21,22
244:23 251:15 255:2
282:5 284:12

**national**
17:23 19:15 44:21 61:6
110:5 170:8 200:24
216:5 224:6

**nationality**
65:2

**nationwide**
16:11 160:2 271:6

**native**
61:24 62:12 64:14
71:14 73:1 75:8 76:16
78:1

**nauseated**
56:23

**navigating**
186:18

**NEA**
22:19

**needed**
49:13 230:8

**negate**
174:8

**negotiation**
112:8

**neighborhoods**
178:16

**nervous**
184:23

**neutralizing**
16:22

**newly**
219:25

**news**
32:25 256:21 277:23

**Newsom**
56:18 61:20 74:22
78:22 79:17 138:14
145:4 159:5 276:13

**Newsom's**
56:25

**nice**
7:13 107:8

**Nick**
53:1

**Nielsen**
170:7,8 224:5

**night**
30:8 95:11,15 96:5
146:17 212:17 231:9,18

**Niimi**
79:23

**Niners**
53:7

**Nixon**
62:11

**nonetheless**
221:14

**nongovernment**
237:24

**nonpartisan**
16:10,16 19:2 49:1 70:9
160:3 208:7

**nonparty**
235:18

**nonsense**
74:21

**nontransparent**
266:4

**Noriega**
54:1,2,23,25

**norm**
17:24

**normal**
5:4 18:6 51:8 112:22

**norms**
82:10,18 83:3,5,7 84:2,
8 201:16

**note**
16:2

**noted**
218:10

**notice**
106:4

**notwithstanding**
141:20

**November**
15:10 61:22 97:10
156:14 161:2 179:5
180:5 181:12 182:4,9
196:8 199:2 204:9
209:22 211:1 217:24
219:25 255:18 282:17
285:8

**number**
49:13 131:10 165:9
218:20 235:11 266:21
268:6

**nurses**
51:18 167:13,14,15
216:15

---

**O**

**oath**
48:21 174:9 275:25

**Obama**



245:3

**objective**
218:5

**obliterated**
217:14

**observing**
76:5

**obsessed**
87:6

**occasion**
187:10

**occur**
162:20

**occurring**
178:18

**occurs**
6:2

**Oceanside**
44:9

**offer**
210:5

**offered**
25:11

**offers**
49:22

**office**
21:8 36:10 44:15 177:2
183:8 186:14 228:2

**officers**
216:16

**offices**
22:23

**official**
6:18 8:5 109:1 179:19
185:17 283:19

**officially**
191:5

**officials**
9:5 48:8 175:5,9 176:15
185:8 187:4 194:25
198:23 201:1,2,25

**oftentimes**
110:6

**Ohio**
122:14 135:14

**Olivia**
79:8

**Olson**
50:14 175:20 216:9
221:9 257:12

**one-time**
19:12 156:19

**one-way**
166:21

**ongoing**
190:1

**online**
4:11 5:17 233:12

**only--only**
56:21

**open**
63:11,13 79:6 99:19
105:11 119:22 138:8
167:7 195:17 209:9
222:7 225:12

**openly**
166:11,22 240:18 285:3

**operate**
131:8

**operates**
138:7

**operating**
218:12

**operation**
76:18

**opinion**
18:19 33:16 67:7 155:1
175:5 220:24 255:18

**opp**
51:2

**opponents**
83:23

**opportunity**
6:12 29:22 34:23 47:19
51:3 78:3 97:8,20
103:15 111:4 115:6
118:6,11 142:14 156:12
173:19 202:16 203:25
204:8 207:24 208:6,21
219:24 233:18 271:4
282:16

**oppose**
52:15,20 53:24 55:12,
25 56:11 57:18,20 59:4,
7,9,13 61:10,25 62:13
63:22 64:3,6,11,14,21
65:3,11,16 67:3,10,17
68:9,13,15,18,20,23
70:1,7,21,23 71:7,14
72:3,7,11,19,23 73:3,
14,19 74:6,10,20,21
75:12,16 76:21,24
77:19 78:7,25 79:9,12
80:1,10,12,15,18,21,25
81:3,9,14 174:11
227:17 228:12,20
230:10,13,16 279:5

**opposed**
58:8 69:6 75:24 174:2
198:8

**opposing**
69:16 76:3

**opposite**
53:12

**opposition**
6:8 43:17 50:22 51:6
52:2,4,13 55:4 57:13
60:4,25 62:25 81:18
85:12 172:2 173:14,18
174:14,17,19 225:13,14
229:24 250:16 251:7

**opposition's**
252:20

**option**
166:20 256:12 266:8

**Oracio**
62:18

**Orange**
169:8 222:17

**order**
2:3 5:14,17 6:14 9:16
15:20 25:25 26:4 106:6
111:3 117:21,22 122:10
123:4,21,24 126:14,16,
23,25 134:19,22 135:2,
16,19,22,25 136:5,9
150:4,8 154:13,18
166:14 212:25 240:3
263:16

**ordered**
106:1

**orderly**
9:20

**orders**
23:4

**organization**
41:21 64:5 176:9

**organizations**
45:13,14 52:11 270:21

**original**
142:20 194:8 267:8

**originally**
70:18

**Oscar**
58:7

**outcome**
74:3 158:23 159:23

**outlined**
23:16

**outstanding**
189:20,21

**overhear**
267:2

**overly**
85:23

**overreach**
57:13 220:10

**override**
142:2

**overriding**
227:23

**overthrow**
167:16

**overwhelming**
20:8

**overwhelmingly**
150:6 217:16

---

**P**

---

**p.m.**
95:10,14 96:3,5,6
231:11

**package**
16:3 216:23 222:15,20

**pages**



Index: paid..people

89:10 91:1,4,7 116:17

**paid**
86:5 179:6,13 257:20
264:8

**Palisades**
78:17

**pamphlet**
221:17

**panel**
251:7

**Pantoja**
80:11,13,14,17,18,19,
20

**parameters**
274:2

**Parenthood**
42:8 161:10 162:2,3,7
225:9

**Parker**
33:4 34:6

**parliamentary**
13:12 146:10

**part**
10:19 18:3 61:9 64:9
75:22 107:23 108:14
126:21 165:10 210:11
248:3,7 249:15,21
250:1 251:10,19,21,23,
24 253:10 255:1,2,20
259:16 261:4,24 262:21
274:17 281:7

**participate**
9:13 268:19

**participated**
181:18

**participating**
105:2 283:4

**participation**
9:17 29:23

**parties**
46:1

**partisan**
15:15,22 16:22 45:7
46:21 123:8 124:12
126:2 138:9,22 145:6
159:8,11 160:19 215:2
218:3 241:24 245:24

246:1,11 270:1

**partisanship**
9:9 36:22

**partner**
57:1

**partnership**
219:17

**party**
15:23 39:15 57:16
77:19 106:21 138:14
139:14 140:9,24 191:19
202:3 217:5 220:6
246:16 252:11

**party's**
226:9

**pass**
15:9 16:7 24:13 46:16
72:18 114:23 117:10
211:8 214:20 215:19

**passed**
21:14 104:5 119:16
120:7 123:7 161:24
191:5,7 239:12 277:24
278:4

**passes**
141:22 153:5

**passing**
117:10 226:16,17 275:4

**passion**
150:14,17

**past**
58:11 160:8 164:13
183:2,11 184:13 187:4,
9 199:18

**pastoral**
64:9 65:10

**Patel**
59:11,12,17 227:16,17
228:4

**path**
158:1 217:1,10

**patient**
127:12

**patients**
167:20

**Patricia**
64:23

**Paul**
263:13,19 264:8

**pause**
25:8,23 26:14,24 34:8
118:4,14 150:11 154:7
172:11 261:16

**paused**
261:14

**pay**
81:15 120:3 129:10
132:5,6 153:11 186:7
187:22

**paycheck**
160:17

**paying**
91:19 201:7 269:20

**peaceful**
159:3

**peacefully**
83:8

**Pellerin**
2:1,6,7,8,23 3:8,14,15,
16 4:8 7:4,16,20,22
10:18 11:1,2,3,22 12:3,
6,7,8 13:2,5,15,20
17:11 19:21 20:14,23
24:5,11,16,21,24 25:5,
9,14,21,24 26:3,8,11,
15,19,23 27:1,13 28:15,
18,23 29:1,5,10,14
31:17 33:3,22 34:1,5,13
35:5,9,11 38:1,5,11
40:4,9,14,18,19,20
41:14 43:14 44:1,3
46:23 47:1 50:1,9,20
51:4,7,11,14,21,25
52:3,22 53:17,21,23,25
54:21,24 55:1 57:4,8
58:23 60:1,19,21 62:8,
10 63:17 66:1,5,10,14,
17,19,22,24 68:4 69:11,
22 70:13 71:23 75:3,6
78:8 81:17 84:22 87:24
88:2,6 91:5 92:3,6,22
93:3,10 94:7,11,18
95:1,16 96:1,7,11,15
99:17 100:1,7,11
109:10 110:1,20
111:10,13,19 112:1,12,
18 113:9,16,20 114:1,
12,15 115:1,11,22
117:23 118:5,15,19

121:4,9 125:3,6 126:24
127:6,9,12,18,22 128:1,
6,11,14,17,20,23 129:1,
5,13,19,23 130:2,13,16,
21 132:18 134:7,9,12,
15,23 136:8,19 137:1,4,
8,11,17,21 139:19
140:1 141:12 143:17,
19,21 144:1,5,10,14,21
145:16,21,25 146:3,6,
11,14,18,20 147:3,6,11,
13,17 148:1,5 149:4,8,
15,19 150:3,7,12,15,18,
22 151:1,21,22,25
153:1,5,13,17,22
154:10,13,17 155:8,12,
15 156:1 161:5 163:17,
24 166:24 167:7 168:1
170:1 171:10 172:1,6,
12,17,18,19 173:12
174:21 175:2,7 176:1,4
177:6 179:12,18 180:1
181:24 182:1 192:7
193:16 194:22 198:22
199:9 200:9 204:18,21,
24 205:24 206:3,7,11
207:15,18 208:13,17
209:6 211:5,12,13,14
212:8,18,24 213:3,4,5,
24 219:1,10 222:6
224:4 225:11 227:13
228:3,6,22 229:22
230:18 231:20 232:1
233:3 234:17,21 235:1
240:3 241:11,15,18
242:1,5,10 243:10,15,
20,23 244:1 245:8,12
248:24 249:10 256:16
257:1,24 258:1,7
259:14 260:20 261:1,10
262:23 263:1,7,22,24
264:1,5 265:21 267:15
268:11 273:8,11 276:8
277:10,14,15 279:10,
14,18,24 280:1,4,13,20,
24 281:5,9,12,17,21
282:10,25

**pending**
176:21 189:7

**people**
6:15 20:5,8 35:25 36:24
37:8,12 41:25 42:19
44:16 49:16,17 55:17,
23 58:5,18 61:20,21
62:3,4 63:1,11 64:11



71:19 74:5,24 75:19
77:3 79:3 81:16 85:8
87:7,10 90:23 94:16
101:12 103:7 107:4
109:8 118:6,11 132:2
138:4 142:3,4 157:15
162:1 165:5,6 166:5
167:5 205:12 218:9,23
226:1 229:23 233:22
243:2 244:8,19 246:8
248:5,8 250:10 251:3
266:10 268:8 270:19
278:1 280:8,9,18
282:20 283:17 284:13,
24

**people's**
149:9 253:12

**percent**
20:16 44:22,23 48:4
56:21 57:17 60:14,16,
18 69:15 80:5,6 99:1,5
162:9 226:19,21,24
233:22,24,25 234:1
235:22 237:2 244:14
248:9 250:25 254:1,3
260:6 273:24

**percentage**
48:1

**perfect**
113:19

**perform**
227:20

**performed**
196:5

**period**
107:1

**permanently**
84:4,12

**permit**
9:18

**permitted**
10:1

**perpetuity**
202:12

**person**
4:13 18:1 37:20 57:12
92:23 100:14 125:3,4,6
226:20 244:11 260:21
284:9

**personal**
37:17 127:5 151:14

**personally**
200:4 220:18 262:14

**perspective**
175:11 176:7

**pertaining**
194:23 196:14,16

**pertinence**
136:11,17

**pertinent**
10:12 69:8 97:17
114:14 118:12 139:22
239:9 242:17

**Peter**
44:8

**Petteway**
124:15 126:8

**phone**
108:6 223:22 270:16

**pick**
70:10,11 282:3

**piece**
158:22 190:7,14 193:23
227:17

**Pierce**
71:8,10

**pike**
186:12

**placating**
37:9

**place**
73:22 159:4,22 188:9
196:8 210:6

**Placer**
53:2

**places**
165:6

**plan**
38:19 159:13,15 160:22
214:24 217:23 218:12,
23 232:17 268:2,5
271:7

**Planned**
42:8 161:10 162:1,3,6
225:9

**planning**
32:25 38:20 161:17
187:18,25 214:14
224:18 226:3

**plans**
186:13 193:19

**plate**
185:19

**platform**
46:3

**play**
16:20 83:11,14,25
133:18 134:1 136:3
174:8 241:13

**played**
36:23

**pleased**
14:3

**pleasure**
54:1

**Plent**
79:10,11

**plenty**
43:22 130:4 143:24
147:6,13,18 148:2
164:20

**pocketing**
57:2

**Podcast**
263:13

**point**
13:12 82:3 110:17
112:2,23 117:21,22
123:16 126:23,25
134:19,22 135:1,2,16,
19,22,25 136:5,8,19
142:22,23 161:18
164:15 180:9,22 190:22
203:12 211:4 242:22
250:6 251:1 264:18
273:23 284:5

**pointed**
274:17

**points**
78:22 81:24 130:23
222:3

**police**
157:14,15

**policies**
244:16

**policy**
73:21 182:14,15

**policymakers**
87:6

**political**
16:14 18:2 19:10,23
36:22 47:12 55:25
78:20,21 79:15 108:7
139:13 140:9,23 165:11
166:18 191:14 197:21
206:17 218:18 263:14
278:20

**politicians**
54:9 70:10,11 138:3,12,
20 139:11 158:7,9
256:11

**politics**
18:7 49:6 62:23 226:9
246:1,11

**poll**
44:19,21

**polling**
188:9

**polls**
46:5

**Polynesian**
86:8

**Pomona**
60:24

**pontificate**
101:22 237:6

**pontificated**
146:13

**Pontus**
42:7

**pool**
47:8

**poor**
226:2

**poorest**
86:1 103:9

**population**
232:16 256:3

**Porphyria**



174:13

**portal**
4:15,17 6:24 233:12,14

**portals**
4:18

**portfolio**
39:20

**portion**
85:24 105:22

**portions**
109:17 164:17

**posing**
228:10

**position**
4:15 45:15 86:6 88:17
120:12 243:16 244:3,6

**possibly**
216:24

**posted**
45:9 109:2 233:4
242:11 265:22

**poster**
137:15,23

**posturing**
78:21

**potential**
190:6 268:17,20

**potentially**
84:4,12 184:18,21

**power**
14:24 20:6 22:13 23:17
48:9 82:5,9,11,14,20
83:2,8,11,14,18,22
84:3,9,11 131:11,23
132:3 138:5,16,19
139:7 159:11 160:11
163:6 167:19 197:21
201:13 202:17 209:15
210:17 253:5,6

**powerful**
168:13

**powers**
15:25

**practice**
199:18 210:4

**Praise**

62:17

**pray**
62:16

**praying**
79:16

**precedence**
26:22

**precedent**
191:15

**predict**
117:20

**predicted**
101:9 102:4

**predominantly**
64:21

**Preet**
227:16

**prefer**
83:24,25

**preferably**
259:2

**preference**
220:6 235:19

**preferred**
159:23

**prenatal**
162:5

**prepare**
3:6 30:12

**prepared**
25:17,19 29:24 30:11
55:15 97:11,14 117:19
119:13,15 127:19
144:4,17 148:14,23
199:24 239:7

**preparing**
158:5 176:20,23,24
184:7

**prepped**
95:9 265:2

**present**
2:17 3:11 5:20 6:15
10:1,24 13:9,19,22 14:3
27:10 87:2 108:21
115:4 156:5,13 212:14

**presentation**
13:9 43:19 200:14
214:2 225:15 249:24

**presented**
30:4 34:18 36:3 107:5
114:9

**presenter**
35:1,18 37:3 148:4

**presenters**
37:15 85:3 225:22

**presenting**
13:24 97:13 133:2
136:2 219:18

**preserve**
46:7 56:10

**presidency**
158:25

**president**
14:18 15:22 18:17
20:11 52:7,19 56:13
124:8 125:14 157:10
160:17 161:9,15 164:10
176:14 177:22 200:21,
25 201:4,11,22 202:1,5,
6,8,18 204:1,5 214:13
216:5 270:4 275:5
283:24

**President's**
216:1

**press**
19:22 82:17 137:24
159:3

**pressure**
185:8

**pressured**
8:13

**presume**
119:3

**pretty**
104:6,12,13 256:1,3

**prevent**
138:9 139:10 145:7
265:7,12

**prevention**
177:17

**previous**
126:7

**previously**
41:19 175:15 268:2
277:9

**pride**
188:23

**primarily**
164:22 190:18

**primary**
6:6,7,9 43:17,18,19
65:2 157:7 172:2
173:14 196:10 225:12,
13

**principle**
9:9

**principles**
120:14 169:19

**print**
31:17,20,23 32:3 33:14
188:5 256:21

**printed**
32:11

**prior**
89:2,7 199:10 279:6

**Priscilla**
80:8

**private**
164:22

**privilege**
94:14 113:7 139:22

**privileged**
47:4 93:23

**Priya**
59:11

**prizes**
136:4

**pro**
14:4 36:18 252:12

**proactive**
190:9

**problem**
79:16 82:12 93:7 164:9
279:7

**problems**
37:24 68:15 171:8
226:4



**procedural**
5:22

**procedure**
51:8 112:23

**procedures**
115:23 199:10

**proceed**
2:4 13:16 29:14 50:8
145:15 149:3

**proceeding**
5:23

**proceedings**
9:20 236:12

**process**
6:21 7:1 8:4,23 9:13
46:19 47:16 59:15
62:21,23 74:3 95:13
107:12 108:12 118:9
156:25 169:24 180:19
185:7 186:11 187:16
189:23 190:1,4 191:3,
11 195:22 198:24
203:21 204:7 205:9
222:1 226:6 236:13
237:17 250:2 251:8,10,
12,17,19,22,25 253:10,
15,20,23 254:2 255:20
266:1,4 269:24,25
282:4

**processed**
116:2

**processes**
61:2

**produce**
49:10

**produced**
164:23,24

**product**
94:1

**professionals**
170:24 176:20 223:13

**profile**
239:21

**program**
21:11,15 156:24

**programs**
21:10 177:16 220:12
254:22

**prohibited**
45:6

**promise**
181:20 265:20

**promised**
22:24

**prompted**
48:12

**proof**
228:14

**prop**
53:16 158:25 195:15,22

**proper**
153:7

**properly**
82:2

**proponents**
45:24

**proposal**
95:6 113:22 145:5
215:20 217:16

**propose**
16:8 110:13

**proposed**
5:9 38:18 45:4 49:21
111:20 169:24 215:8
217:19 218:17,24
235:13 266:18

**proposing**
62:5

**Proposition**
53:16

**props**
137:18

**protect**
9:12 23:14 36:14 45:3
48:21 82:9 86:15
131:22 193:10 239:14
245:19 247:2 253:1
254:2,15 256:14 275:22
283:16 284:11

**protected**
24:1 86:5 193:9

**protecting**
8:15 35:21 223:3
245:21 246:20 253:24,
25

**protections**
56:8 61:14 105:5
106:10

**proud**
43:2 59:6 61:5 71:14
169:21 171:1 187:7
217:11 223:14 250:11
252:8

**proudly**
86:7 167:24

**prove**
37:1 86:19

**proved**
23:4

**provide**
6:12 41:20 46:10 93:24
118:5 225:24 266:7

**provided**
225:15 249:4

**providers**
169:7 276:17

**providing**
233:18 270:15

**proving**
76:20

**provision**
15:18 140:16 141:5

**PTA**
71:12

**public**
4:16 5:15 6:13,23 9:17
11:25 21:3,7,15 23:19
42:11 45:2,10 46:16
47:17 104:17,19 107:3,
6,8,17,19,21,24 108:13,
17,23 109:22,24
115:13,17,18,24 116:1,
5,9 131:17 139:3
149:11 155:3 168:3
195:17 211:2 221:21
224:12 232:23,24 235:8
236:12,17 237:7 250:15
251:13,19 254:20
255:22 258:18 265:24
266:7,13,16 270:12
275:3 283:7

**public's**
215:13

**publicly**
166:9 200:5 237:3
242:10 265:21

**pull**
178:13

**pulled**
183:22 184:19

**purpose**
4:12 135:12 195:21

**purposes**
18:2 140:19 206:8

**pursuant**
36:11 236:25

**pursues**
159:11

**push**
201:14 215:1

**pushing**
56:24 167:5

**put**
16:11 47:10 57:6 65:23
75:22 98:6,18 99:4
101:12 107:6 120:11
122:13 123:25 125:21
129:3,9 140:22 144:12
166:14 195:16 199:7
202:15 203:24 213:1
237:19 250:7 253:21
255:11,24 267:17

**Putin**
20:12,16,19 83:22
200:23

**putting**
8:1 97:6 114:3 142:13

---

**Q**

**quality**
246:14

**question**
24:25 25:22 30:10
38:18 39:8,11 82:4 84:6
87:14 92:9 93:4,11 95:2
96:16 97:2 98:17 99:14,
18 100:18 103:24
110:2,4,12 111:6,13
113:17 115:20 121:13,
15,23,24 122:8 123:5,
12 128:8 130:3,5,17,19

SCANLAN
STONE

depos@scanlanstone.com
415.834.1114

131:21 132:21,24
137:14 139:20 140:2,4
142:8 143:20 144:6,15,
16,22,23 145:2 150:24
151:1,5 164:9 176:5,17
178:4 183:3,25 185:6,
11 192:4,21 195:24
204:22 234:8 242:23
259:2 260:16,22 261:1
263:5,7,8 264:8 269:3,5
272:14

**question's**
141:12 198:20

**questioning**
112:11 191:18 268:13
273:12

**questions**
46:22 50:15 51:3 81:20
85:10 91:12 92:2,4,16
93:2,21 94:1,8 95:8
96:10,12 110:9,10,19
112:3 113:10 118:7,12,
16,17 127:11,14,23
129:6 130:5,6,11 137:7
139:4,8 144:1,3,9,11
145:15 146:24 147:7,18
148:2,12,22 149:19
151:4 153:8 156:6
174:22 177:7,13 180:10
182:15 192:15 193:17
194:22 195:10 199:3
200:10 222:4 226:15
229:4 230:19 236:17
238:24 241:16 242:1
245:9 250:3 253:20
256:17 257:9,19 258:1
264:2,6 279:20,23
280:6

**quick**
130:23 229:6 277:19

**quickly**
111:2 118:10 139:15
184:16 186:18 189:3
190:11 249:7

**Quintero**
43:1,2 171:21,22

**quorum**
2:5,24

**quote**
20:12,13 253:4

**R**

**race**
193:11 245:19

**Rachelle**
71:10

**racially**
194:14 239:21

**racism**
63:24

**radio**
20:10 166:12

**raise**
157:24

**raised**
67:2,5 72:9 75:15

**raising**
110:12 210:14 250:16
251:20

**ram**
253:12

**Rambo**
19:24 165:4

**ramifications**
165:24

**Ramos**
74:8,9,17,18 75:5

**ransom**
276:3

**rate**
164:23

**rates**
99:1,6

**rational**
219:19

**rationale**
46:11 96:23

**Raya**
44:9 47:1,4 50:3 104:3,
12,16,25

**re-refer**
211:9

**re-referred**
151:16

**reach**
278:11

**reaching**
22:20 186:19,20

**react**
86:18 163:7 244:8
253:9

**reacting**
244:18

**reaction**
270:15

**read**
10:14,21 12:4 17:15
24:14 26:6,22 27:11,16
32:20 36:6 37:21,22
40:17 56:21 59:21 78:5
81:24 84:25 85:3,9
87:1,11 89:11,21 90:13,
22 91:6,14 94:4,5,12
107:18 116:18,20
182:18 187:19 232:25
241:23 242:21 252:5,6

**reading**
89:8

**ready**
13:10 23:16 39:2 44:2
156:10 159:12 165:1
186:22 188:15 189:9,25
190:18 276:14 284:22

**Reagan**
54:11

**real**
47:16 61:17 62:1,2,6
106:24 108:11 178:21
209:13 210:15

**realignment**
17:24

**realistically**
182:22

**realize**
241:12

**reanalyze**
24:22

**reason**
13:18 19:11 36:1 39:12
54:10 95:7 102:13
105:20 118:9 128:5
193:6,18 195:13 205:3
206:1,6 228:1 231:3

270:20

**reasonable**
219:19

**reasons**
5:22 14:8 20:3 24:2
37:2,5 142:6 164:10
219:7 226:17 229:11,13

**rebuild**
78:17

**recall**
98:2,12,18,21 101:2,13
184:12 191:20,22

**receive**
30:6 107:5 126:14,16
179:21

**received**
7:1

**recent**
78:18 235:16

**recess**
10:15 11:24 12:4 34:10,
12 124:6 145:20 153:14
155:13,14 197:19
203:13 212:11,16,25

**recessing**
5:23

**recipients**
169:6

**reckless**
220:4

**recognize**
27:1,5 45:17 59:14
133:3 229:9

**reconvene**
5:25 155:16

**record**
10:14,22 17:16 25:8,23
26:14,24 34:8 51:20
87:21 118:4,14 125:14
150:11 153:9 154:7
172:11 250:5,8

**recorded**
229:24

**recorder**
176:13

**recording**
63:8



depos@scanlanstone.com
415.834.1114

**records**
236:12

**recoup**
102:19

**red**
158:4 159:16

**redistrict**
22:12 56:3 68:3 78:3
81:11 105:25 123:20,21
124:2

**redistricting**
4:16 5:2 6:19,24 8:4,19,
20 15:19 16:1,4,11,16,
21 18:24,25 19:2,12,17
20:7 23:8,25 44:6,17
46:12 47:5,14 48:14
49:2,20 50:5 53:4 54:6
58:1 59:10 62:21 65:3
67:7 71:20 73:14,17
74:7 84:12 86:10 95:6
97:22 103:25 105:6,21
106:11 108:14 109:12,
22 113:22 124:13
131:20 133:15,21
138:1,19 139:7,10
140:18,19 142:4,20
156:20,22,24 159:25
160:5 163:12 180:12
182:23 192:17,23
193:19 194:7,19 195:17
214:10,15,22 215:20
216:23 217:6,20,25
218:5,22 221:23
222:15,20 226:6 230:17
234:2 235:12 236:8,24
237:17 243:7,17 247:7,
8,17 256:24 260:18
267:24 268:4 271:7,24
273:21,25 277:3,22
278:23 283:20

**redistricts**
121:8

**redo**
272:7

**redraw**
14:20 120:24 158:6
159:14,16

**redrawing**
17:21 159:19 263:16

**reduce**
69:9 162:7

**reduced**
168:23 203:2 268:7

**reduces**
266:21

**reduction**
223:2

**redundant**
174:6

**refer**
172:8,13

**refinement**
106:25

**reflect**
44:12

**reflected**
153:9

**reflective**
230:8

**reform**
18:22 138:11

**reforms**
139:6

**refrain**
100:13 228:7

**refreshing**
173:21

**refuse**
160:14

**refused**
22:21

**regime**
157:14

**register**
264:11

**registered**
48:18 142:25 143:5,9,
14 167:14 285:10

**registrar**
176:13

**registrars**
157:3 179:4 185:7
186:10 190:9

**regular**
13:20 36:9 252:15

**regularly**
156:23

**regulations**
62:5

**reimbursed**
178:23 276:14

**reimbursement**
276:16

**reinforced**
217:16

**reiterate**
164:7 219:23

**reject**
26:8 62:22

**rejected**
138:21

**rejecting**
46:20

**related**
5:1,2,9 25:10 118:12

**relationship**
130:3 243:6

**release**
46:10

**released**
44:19 45:11 95:16
115:13,17 231:14

**relevant**
7:11 25:2 145:15 242:6,
19

**religion**
193:11 245:20

**reluctance**
17:17

**reluctantly**
171:1

**rely**
103:9 160:14 282:20

**remain**
135:12 136:11,16
159:21 198:3 255:9

**remaining**
155:18

**remains**
98:16

**regularly**
156:23

**Remcho**
50:14 175:20 216:9
221:9

**Remchon**
257:13

**remember**
66:12 159:2 249:17
266:15 282:3

**remind**
183:11

**reminded**
136:11,15

**reminder**
6:9

**reminding**
222:24

**removal**
9:22 21:20

**remove**
58:18,19

**Renteria**
174:13,14

**rep**
253:2,4

**repealing**
56:7

**repeat**
83:12 141:2 192:20
209:18 210:24 265:9
269:5

**repeating**
209:21

**replacing**
48:19 175:21

**report**
200:1 234:22 239:4
247:9

**reported**
36:18 195:18

**reports**
36:17

**represent**
30:14 48:21 55:5 64:10
77:24 102:17 138:18
171:18 173:23,24
218:23 220:24 250:9,



11,19 251:4 252:21

**representation**
18:3 22:11 48:2,3 53:10
55:20 60:13 80:5 85:17
93:24 171:24 226:7,19,
25 250:17 252:10

**representative**
47:8 71:18 94:6 158:11
197:23 198:9 199:13

**representatives**
22:21 30:14 34:24 46:9
47:23 84:11 156:21
158:20 220:1 226:12
275:25 277:25

**represented**
60:9

**representing**
21:3 59:2,3,12 60:7
61:12 64:20 65:5 72:10
161:11 167:13 168:16
169:13 170:20 175:23
222:12,17 224:7,12
238:9 257:15

**represents**
48:7 216:24 219:19
269:2,9,13

**reproductive**
42:12 162:8,12 163:20,
21 168:4 224:13,19

**republic**
57:10 58:19

**Republican**
16:14 22:11,20 44:7,8
52:8,9,10,11,19 57:16,
20 58:18 60:16 63:23
64:21 65:11 71:11 73:2
77:19 85:14 102:14,23
103:3,12,16 125:12,18
148:10 158:5,7,9,18
159:20 160:9 201:1,23,
24 202:3,22 203:22
204:3 208:2 215:14,16,
19 218:14 230:12,15
254:10 275:18 276:11,
19 278:10,14 279:5

**Republican-**
15:11

**Republican-led**
215:1

**Republicans**
14:18 48:7 53:2 60:12,
14 63:4 77:24 80:2,6
98:6 106:18 124:8
133:24 157:10 158:2,15
161:16 166:12,13,16
202:4,18 209:3 214:13
215:1,19 216:6 218:14
220:6 226:5 235:18
252:18 254:20 256:7
278:6,7

**request**
17:5 132:16

**requesting**
9:25

**require**
16:9 19:1 188:1 220:21

**required**
15:20 17:25 123:21
160:6 188:10 236:24
238:7 274:3

**requirement**
215:10 272:16 273:16

**requirements**
236:23 273:21 274:6

**requires**
23:13 82:21 197:8

**research**
241:10,21 242:9 276:5

**reside**
269:2,10

**resident**
52:16 59:8 75:15 230:3,
5 253:5

**residents**
96:24 103:9 218:16,25
230:9 233:10,15 238:21
244:14 284:2

**resist**
45:19

**resolution**
24:23 254:8

**resolve**
17:18

**Resource**
52:10

**resources**

185:23 186:1,5 187:15,
22 210:17

**respect**
15:12 17:3 56:9 93:2
148:9 249:22 252:20
253:17,18 281:14
282:13

**respected**
85:20,21

**respectful**
149:5,8

**respectfully**
17:5 209:5

**respecting**
155:1 255:10,18

**respects**
215:9

**respond**
133:13 135:24 159:12
162:17 163:5 166:17
197:24 203:10 208:16
217:7 229:20 268:10

**responding**
17:2 133:9,17 184:16
203:10

**responds**
196:23

**response**
14:23 15:1 115:2 135:4,
21 161:15 175:25
178:17 192:2 197:9
208:23 218:3 219:20
238:10 260:15

**responses**
227:21

**responsibility**
131:2 285:6

**responsible**
49:7

**rest**
73:9 86:20 87:4 168:13
244:23

**restaurants**
165:12

**result**
15:20 268:6

**results**
49:11 58:11 74:2

**retainer**
91:20 93:13

**retains**
8:21

**retake**
158:19

**retaliate**
227:24

**retaliation**
49:4

**retaliatory**
48:13 174:7 227:21

**retired**
68:2 71:13

**return**
19:16 130:11 252:7

**returns**
15:24

**reveal**
93:22

**revenge**
49:5

**Revere**
52:10

**Reverend**
63:20

**reversing**
140:13

**review**
10:15 11:25 30:1,20
93:18 195:11 203:17

**reviewed**
200:6

**reviewing**
268:20

**revolutionary**
18:5

**ridiculous**
78:21 145:3

**rift**
165:11

**rig**
14:21 22:10 48:6 58:12



Index: rigged..scientists

76:18 158:17 214:15
215:18 216:1

**rigged**
20:12 166:11

**rigging**
15:1 139:11 159:7
162:19 196:20 202:12
203:14 208:24 210:16
217:7

**rights**
9:12 59:15,18 65:1
120:9,13,14 193:3,21
247:11 272:5

**rigs**
8:17

**Riley**
79:23

**ringing**
223:22

**rip**
202:20

**rise**
187:9

**risk**
84:14

**Rivas**
9:25 13:18 14:4 25:14
151:10

**Riverside**
44:6 61:5,12 76:2
80:12,15,20 169:9
222:18

**Robinson**
44:10

**robust**
56:6 119:15

**role**
16:3

**roles**
216:14

**roll**
2:4 3:13 10:25 12:5
29:6 40:15 151:7
172:15 211:10 214:18
217:13

**rolling**
101:8 102:4

**room**
4:10 5:16 45:5 61:1
173:16 182:21 222:7
227:14 285:2

**Rooted**
65:6

**Rosa**
174:15

**rotated**
106:20

**rotating**
44:5

**roughest**
86:3

**Roundtable**
62:20

**routes**
149:12

**row**
52:5,6

**rubberstamp**
7:25

**Rudy**
76:14

**rule**
25:2 56:4 82:16 132:12,
14 217:5 274:16

**rules**
8:13 9:21 16:20 19:7
25:9 29:24 82:10,15,19
83:3,5,11,12,14,15,18,
24 84:1,2,8 105:7 106:8
132:4 138:8 158:3,14
192:12 193:7,8 209:14
210:16 229:20

**ruling**
25:24

**run**
14:15 44:15 76:18
177:3 184:11 187:14
188:7 189:25

**running**
37:16 57:12 250:7

**runway**
185:21

**rural**
180:7 270:22 276:7,17

**rush**
177:15 180:19

**rushed**
138:25 241:4,21

**rushing**
124:8

**Russia**
83:19

**Ruth**
64:8

────────────

**S**

────────────

**Sacramento**
58:4 76:4,19 78:12
230:3

**sacrifice**
108:4

**Sadalia**
42:20

**saddened**
78:6

**saddens**
53:10

**safe**
21:21 22:5 45:8

**safeguard**
265:19

**safeguarding**
282:23

**safeguards**
265:6,11

**safety**
139:3 282:23

**Salinas**
176:2,10,12 183:1,24
184:21 185:10,15,22
186:3,6 187:18 188:3
189:16 190:5,22 191:1

**San**
44:4,8 59:9 76:23 77:23
169:9 222:18

**Sandoval**
76:1,12,14,15

**Sandra**
42:15 68:7 74:9 169:12

**Santa**
6:17 52:16 102:18,21
103:6,9 232:18

**Santiago**
70:22

**Sara**
225:4

**Sarah**
171:16

**save**
200:14

**SB**
5:2,22 116:11,16
138:17 155:19 157:1
167:8 172:8 194:23
196:7,18 207:21 209:1
211:11 221:16

**scales**
221:5

**scam**
65:21

**scare**
203:6

**scenario**
83:16

**schedule**
252:16

**scheduled**
156:24

**scheme**
208:24

**school**
21:4 22:3,5 56:13 61:14
67:22 168:22 203:3
216:17 223:1,17

**schools**
21:21 23:1 56:20

**Schultz**
81:8

**Schwarzenegger's**
18:23

**science**
284:18

**scientists**
284:19



depos@scanlanstone.com
415.834.1114

**score**
53:7

**Scott**
73:15

**screenings**
162:4

**Sean**
20:11

**seat**
37:17

**seats**
43:22 45:8 57:7 58:18,
20 80:4 160:16,22
246:5,7 270:6,17
275:22

**seconds**
6:14 19:21 38:16,21
41:20 52:21,22 53:17,
20 54:21 57:4 58:23
60:1,19 62:8 63:17
66:1,10 68:4 69:11
70:13 75:3 78:8 156:2
167:10 170:1 171:10
173:18,21 222:10
227:8,15 228:3,5
229:25 235:2

**secret**
63:15 157:14

**Secretary**
2:5,6,8,11,15,18,21
3:13,14,16,19,23 4:1,4,
7 10:25 11:1,3,6,9,12,
15,18,21 12:5,6,8,11,
14,17,20,23 13:1 29:5
38:7 40:14,18,20,23
41:1,4,7,10,13 151:6,
10,15,21,25 152:3,6,8,
11,13,15,17,20,23
157:2 172:15,17,19,22,
25 173:2,5,8,11 177:2
179:3,9 183:8 187:12
194:25 211:10,11,14,
17,20,23 212:1,4,7
213:3,5,8,11,14,17,20,
23

**Secretary-treasurer**
22:15

**secretive**
269:24

**section**

25:16 36:12 182:1

**sector**
164:22

**secure**
9:6 199:1

**security**
216:16

**seek**
9:12 215:12

**SEIU**
42:15,23 43:5 169:12,
21 170:14,17 171:22
216:8,12,13,22 217:9
248:12

**selectively**
19:7

**self-identify**
161:4

**self-interest**
48:8 160:15

**Senate**
14:6 16:5 156:13 166:2
202:10 204:11 233:14
237:5 252:1 278:6

**Senator**
156:9,11 168:11 177:18
178:11 179:1,9,25
180:3,20,24 181:3,7
191:17 192:1 195:19
196:6,14,18 197:4,8,12,
16 198:10 207:22,23
208:13,19 211:8
219:10,13 233:9 234:6,
9,12,16,21 235:4 237:1,
21 238:1,17,20,25
239:13 240:5,8,9,13
241:1 242:21 243:24
245:24 252:22 260:5,9,
11,14,17 263:4,20
264:16,19,24 265:3,24
270:3 271:11 272:5,10
273:20 274:2,9,12
275:8 277:6 282:12

**Senators**
278:10,11,15 279:5

**send**
255:23

**sending**
163:4

**sends**
16:18 123:3 256:22

**seniors**
284:15

**sense**
75:2 100:25 239:13

**sentiment**
85:7

**sentiments**
228:13 230:3

**separated**
220:8

**sergeants**
24:13 35:14

**serve**
46:18 47:5

**served**
275:3

**services**
139:2 162:3 168:23
222:14 225:24 284:21

**serving**
169:15 174:1 176:14
283:18

**session**
36:9 278:2,3

**set**
4:23 22:7 39:19 49:24
50:4 191:15 209:14

**setting**
169:24

**Seven-and-a-**
104:10

**seven-and-a-half**
104:9

**Seventy-eight**
237:8 281:1

**severe**
139:1

**sex**
193:11

**Shaffer**
43:12 73:1

**shame**
56:23 72:18,19 77:20

**Shan**
59:5 228:9

**share**
176:18

**shared**
107:3 251:10

**Shaw**
56:12 57:6

**Shelby**
225:8

**shocked**
55:16 60:25

**Shoemaker**
77:25 81:1

**short**
21:8 187:2

**shortest**
183:21 184:19

**shortfalls**
139:2

**show**
74:4,5 119:3 137:24

**showing**
107:8 251:2

**shown**
201:12,13

**shows**
36:21 44:21 160:1
243:3 255:25

**shut**
16:12 230:14

**shutting**
30:2 63:6,11

**side**
73:13 201:9 210:9,16
233:13,14 253:17

**sidelining**
48:15

**sides**
251:11

**sign**
73:10 153:16,21

**signed**
59:20 190:20

Index: significant..spine

**significant**
47:24

**significantly**
39:17 128:13 218:24

**silence**
158:12

**silencing**
76:6

**Silva**
50:13,14 93:20 123:16
139:23 140:15 141:4
175:21

**simple**
53:5,6 158:17 259:1

**simply**
9:4 23:22 33:5 36:6
67:10,15 83:17 84:17
87:19 105:12 198:13
229:16

**simultaneous**
129:12 149:14 150:1
205:23

**single**
37:20 168:6 224:20
235:15

**sir**
102:8 124:23 139:18
257:7

**sister**
128:24 129:9

**sisters**
170:22

**sit**
43:23 108:5 133:18
134:1 165:22 167:4
175:10 216:2 217:12
228:2 246:6

**site**
168:22 223:1

**sites**
165:5 176:24

**sitting**
50:11 126:10 207:4

**situation**
17:1 197:6 279:7
283:11

**situations**
122:21 199:11

**Sixty**
60:15

**Sixty-three**
57:17

**size**
235:11

**skilled**
176:20

**skip**
189:2

**slaughtered**
62:4

**slightest**
275:21

**small**
235:24

**smirk**
282:6

**smoking**
54:19

**SNAP**
239:16,20 254:22 276:1

**snatch**
251:3

**snatched**
254:25

**Snyder**
68:19

**social**
216:16

**societal**
201:16

**Solache**
2:16,17,18 3:24,25 4:1
11:13,14,15 12:18,19,
20 26:16,17 27:18 28:3,
11 38:9,12 39:1,4,9
40:3 41:5,6,7 152:15,
16,17 153:24 154:19,21
155:9 173:3,4,5 211:24,
25 212:1 213:15,16,17
249:12,13 255:16
259:3,14 268:18

**Solano**

**situations** (cont.)
61:24 62:12 174:5

**solidarity**
170:21

**solution**
79:15 221:3 279:7

**solutions**
18:21

**solve**
82:12

**something's**
20:1,2,18

**Sonja**
56:12

**sooner**
30:5

**Sophia**
56:1 80:13,14

**Soria**
133:20 208:8

**sort**
17:15

**sought**
145:7

**sound**
178:8 269:18

**Sounds**
13:3

**South**
57:22 58:5

**southeast**
266:3

**Southern**
72:5 228:11 232:18

**speak**
6:14,25 21:4 61:20,21
69:15 75:19 77:12 82:1
88:3 92:23 97:11,23
99:10 106:11 113:8
118:6 134:13,16 143:24
144:19,20 146:10
153:10,25 154:4 155:22
173:19 198:13 199:5
205:16 216:9 225:19,20
227:7 260:21

**speaker**
3:4 9:25 13:13 14:4

**speaker** (cont.)
20:4 24:19 52:1,5 53:22
66:7,24 69:22 100:3
149:23,25 150:2 153:18
175:17 219:12 231:24
265:5 279:2

**Speaker's**
84:19 97:6

**speakers**
127:21 129:12 149:14
150:1 205:23

**speaking**
7:10 33:21 73:6 100:2,
13,14 114:16 118:2
129:23 134:9,17 206:22
273:3 275:19 281:9

**speaks**
46:3

**special**
15:9 46:15 48:16 82:8
97:9 99:7 138:25
149:11,22 156:14,16
157:3 171:7 177:15
181:11 182:4,9,17
191:20 195:2 196:19
284:20

**specific**
36:19 37:5 97:12 115:7
140:21 165:18 184:1,10
258:13 260:16 267:23
268:1

**specifically**
121:7 140:14 190:3
250:15 258:14 259:22

**speed**
206:16

**speeding**
188:21

**spend**
49:9 70:2 87:12 103:14
104:1 105:15 117:16
119:21 123:25 126:18
138:24

**spending**
46:14 102:5 149:7
150:10 157:18 177:14

**spent**
22:20 38:24 67:21
84:24 108:1 284:3

**spine**



Index: spirit..strikes

201:25

**spirit**
34:16 79:20 155:21

**spiritual**
79:16

**spite**
84:7

**split**
96:18 113:22 120:2
218:11 232:16 266:21,
23 267:12,24 268:2,4,7

**splits**
231:6,9,19 232:7
266:18

**splitting**
96:24 218:10,19 274:12

**spoke**
193:15 251:7,8,12
263:14

**spoken**
54:11 134:18 137:13
279:19

**sponsors**
62:20

**spot**
237:19

**spouse**
71:13

**stack**
22:13 48:11

**stacking**
214:16

**staff**
24:22 64:10 233:4
265:7,12

**stage**
4:24

**Staib**
68:22

**stake**
134:2 162:17 201:21
219:6

**stamps**
203:2

**stand**
8:5 23:20 65:6 68:1

158:21 159:19 167:24
169:20,22 171:1,2
197:20 215:24 220:2
223:14 246:10 251:5
254:24 285:6

**standard**
49:24 50:4 54:15 160:1
162:22 163:11

**standing**
60:6 61:7 170:21 197:5
204:5 222:14

**stands**
23:15

**standup**
174:4

**Starkey**
243:5

**start**
19:20 35:12 93:15
157:8 184:7 190:4,11
214:17 231:2 265:15

**started**
74:1 190:5,8,12,15
270:3 272:1,9

**starting**
38:16,21 47:6 141:9
236:5

**state**
8:17,19 15:15 16:17
17:9 19:1 29:25 39:15
55:6 56:14 57:12 58:19
59:16,17 60:14 67:11
70:5,9 79:6 80:7 86:2,8,
12 90:23 100:23 101:10
102:3,5,15 103:12
104:7 110:25 119:23
120:7 123:7,19 126:17
129:9 151:9 157:2
160:4 161:1,12,16
162:8,14,19,22 163:5,
22 169:25 170:12
171:19,23 173:17
178:6,12 179:4,10
183:16 186:9,10,25
187:13,15,23 189:5
190:15 195:1 197:23
198:1 206:15 207:2
215:21,25 216:15,19
218:1 223:6 224:8
227:23,24 228:18 230:7
244:7,13 245:5 246:17

248:20 252:1 253:2,4
255:2 271:6 272:2
275:25 283:17 284:2,
13,24 285:4,10

**state's**
44:12 54:17 156:20
177:2 183:8 214:9
218:15 227:19

**stated**
35:2,15,18,22 36:18
37:14 41:19 85:3 88:23
106:4 128:7 130:14
135:9 148:4 180:1,20
195:15 217:3 225:22
231:6 239:4 246:21

**statement**
28:22 29:8 37:9 45:16
61:3 120:18 199:7
200:2 231:4 245:2

**statements**
208:1 280:15

**states**
14:19 15:12 16:15,19,
23 18:4 22:12 42:6
49:15 82:15 83:9 86:17
105:21,22,25 114:11
116:11,16 122:10,14
125:15 158:5,18
159:10,14,16,20 160:20
162:24 165:22 174:7,11
199:22 200:21,25
201:5,12,22 202:8,13,
18 214:17 215:1 218:4
224:19 227:22 239:6
242:8 243:17,18 244:8
246:22 254:9,11 255:7
256:23 271:14 278:7,
15,16 279:4

**statewide**
156:14 157:7 182:4,9,
23 195:1

**statutory**
157:6 196:9

**stay**
142:6 168:19

**stayed**
70:19

**steak**
49:22

**steal**

22:10 160:22 217:2

**stealing**
58:20

**steamrolling**
169:18

**Stefani**
2:19,20,21 4:2,3,4
11:16,17,18 12:21,22,
23 27:2,6,7 38:2,3 41:8,
9,10 132:22,23 134:5,8,
17,20,24 135:3,6,10,11,
13,17,20,22,23 136:1,6,
21,23 137:2 152:18,19,
20 173:6,7,8 174:24
175:1,24 176:6 204:16
212:2,3,4 213:18,19,20

**step**
50:6 173:17 222:9
225:14

**stepped**
187:4

**steps**
54:23

**stick**
91:7 92:4 94:7 139:19
191:24

**stipulations**
105:8 106:9

**stop**
23:17 34:1 35:11 61:17
112:11 123:24 126:17
129:24 149:16 160:11
215:15,17 216:1

**straight**
125:10

**street**
85:25 166:21

**streets**
56:20 157:15

**stretch**
127:2

**strict**
138:8

**strictly**
6:16 120:8

**strikes**
158:16



**strip**
157:19

**Stripped**
162:6

**strong**
16:19 42:12,21,23 43:3
51:18,23 52:12 60:4
65:10 161:14 167:24
168:5 169:5 170:9,14
171:20 216:22 222:16,
19 224:8,21 225:7,10

**stronger**
83:23

**strongest**
82:14

**strongly**
17:19 43:5 52:15,20
57:18,20 59:9,13 61:10,
25 64:6,14,22 65:6,11
67:3,17 68:9 70:23 71:7
72:2,6,11,23 73:3,14
74:10,20,21 75:11,23
76:2,24 77:19 78:6
79:9,12 80:10,12,15,18,
20,25 84:18 132:16
170:18 227:17 230:10,
13,16

**struck**
117:15

**struggle**
195:13

**struggling**
284:4

**students**
21:13,19 22:4,14 23:5,
19,25 71:14 171:8

**studies**
242:18 243:4 245:15

**study**
241:24 243:5

**stuff**
240:10

**stupid**
136:3

**style**
56:19 201:20

**subdivisions**
218:19

**subject**
5:8 9:21 180:18

**submissions**
7:2

**submit**
38:19 47:18 236:16

**submitted**
10:9 155:4 199:23
200:5 233:11

**substance**
75:1 91:7 139:25

**succeeded**
41:15

**success**
22:7

**successful**
183:10,17,23 217:5

**sucks**
203:13

**sudden**
240:1 278:19,22

**Sue**
33:4 34:6

**sued**
105:16

**suffering**
79:3

**sufficient**
182:3

**suing**
272:1

**Suisun**
65:19

**summer**
124:6 197:19

**super**
168:20 223:9

**Superintendent**
56:14

**supermajority**
46:17 53:14 226:8

**supersede**
270:18

**supine**
166:3

**support**
6:7,10 16:14 17:20
18:22 19:9,16 20:20,24
21:4 23:15,23 24:3
32:14,16 41:17,23,25
42:2,5,9,13,16,19,21,23
43:3,6,9,11,13,15 44:20
51:19,23,24 54:7 55:22
62:1 77:21 84:18 89:6
90:4 109:11 111:5
136:23,25 155:2,11
161:4,14 167:8,24
168:5,17 169:6,21
170:6,9,14,18,19
171:15,20,23 187:10
195:19 204:14 215:24
216:22 219:25 221:7
222:8,16,19,23 223:14
224:1,8,15,22 225:3,7,
10 243:16 252:17
254:19 255:3 277:21
278:8,22,23 279:6
282:19 284:16

**supported**
18:21 22:5 73:16 89:2
275:12

**supporting**
197:17 222:25 246:13

**supportive**
222:13

**supports**
23:7

**supposed**
86:21 116:4 169:20

**Supreme**
126:10

**surprising**
240:16

**suspended**
140:18

**suspending**
56:11

**sway**
278:10

**switched**
106:21

**sworn**
174:9

**Sylvia**

70:16,17

**syndrome**
79:4

**synonymous**
97:18

**system**
102:21 103:8 138:3
139:11 141:25 215:21,
22,24 276:15

---

**T**

**table**
13:9 26:2 27:8,14 29:2,
11 38:4,6 40:5 41:15
43:20 50:12 225:15

**Taft**
43:12 73:2

**Tahoe**
57:22 58:6 273:1

**takes**
23:17 26:22 45:13 91:6
94:4,11 172:16 268:18

**taking**
64:13 69:2 103:3,8
215:4 243:15 275:6

**talk**
29:21 34:23 93:22
106:13,14 110:8 131:19
132:10 139:23,24
161:22 162:14 180:10,
15 209:23 270:9,10,11
271:25 272:3 281:6

**talked**
182:24 184:23 205:7
209:13,17 243:6 253:15
274:20

**talking**
63:9,12 78:22 91:24
114:5 163:1 188:14
191:21 194:1,2,3,6,9
201:11 203:14 205:19
223:1,4 245:25 246:2
251:16 272:22

**talks**
105:23

**Tangipa**
2:22 3:1 4:5,6,7 10:17
11:19,20,21 12:2,24,25



13:1 24:8,12 25:19
26:5,21 27:20,24 28:1,
5,9,13,17,21 29:7,12,24
30:3,22 31:1,5,9,12,15,
19,24 32:3,7,10,21
33:1,5,11,15,19,24
34:4,21 35:8,10,13
38:23 39:3,7,10 40:7,
11,16 41:11,12,13,22
51:1,5,10,12 84:22,23
87:17,19,22,25 88:1,4,
6,9,11,14,19,22 89:1,7,
12,15,19,22 90:1,5,7,9,
12,15,17,21 91:2,3,9
92:5,8,12 93:1,3,11,12,
20 94:3,22 95:1,4,18,23
96:4,17 97:4,16,23
98:3,7,11,20,24 99:9,
13,17 100:4,9,17,21
101:4,7,20,23 102:8,10,
11 103:19,21 104:10,
14,21,24 105:4 108:1,
19 109:4,16 111:8,11,
15,22 112:4,13,16
113:5,12,18,21 114:7,
10,13,18,22 115:10,12,
16 116:3,10,15,22,24
117:3,5,9,14 118:18,21
119:1,7,10,12,18
120:17,21,23 121:3,6,
10,16,20,25 122:4,9,15,
17,19 123:9,13,23
124:10,14,17,21,24
126:6,20 127:4,24
128:3,10,12,15,19,21,
23,24 129:3,8,17,21
130:1,10,15,18 134:3,
14,19,22 135:1,5,8,16,
19,25 136:5,10 137:6,
10 142:19 143:3 144:8,
13,24 145:18 146:5,7,
12,19,22 147:1,4,8,12,
15,19,23 148:3,7,11,15,
19 149:6,10,15,17,21
150:3,5,7,9,12,21
151:3,8,12,18,23 152:4,
9,21,22,23,24 153:2,11,
15,20,24 154:1,3,5,8,
11,15 172:10 173:10,11
192:8,10,22 193:2,9,14,
22 194:4,8,11,17,21
195:6 196:12,16 197:1,
7,10,13 198:10 199:5,
14,21 200:8 204:20,23
205:1,17,21 206:1,5,9,
13,23 207:9,13,16

208:4,15 212:5,6,7,22
213:21,22,23 230:20,21
231:15,17 232:3,9,12,
19,22 234:4,7,10,14,18,
20,23 235:3 236:3,20
237:23 238:16,19,23
239:1 240:7,11,14
241:3,8,9,17,20 242:4,
7,16,24 243:11,19,21
244:4 245:10,14 246:18
247:1,13,16,20 248:1,
11,17,22 249:1 254:7
267:3,5,7,11,16 268:9
279:21,25 280:2,7,17,
23 281:3,7,11,19
283:10

**Tanipa**
173:9

**tap**
256:1,2

**Tara**
55:13

**targeted**
18:11 164:16 169:17
255:3

**targets**
216:19

**tariff**
157:22

**tariffs**
99:2,4

**task**
223:9

**taught**
22:16

**tax**
68:24 70:2 157:21
164:16

**taxes**
157:22

**taxpayer**
73:2 74:14 78:14

**taxpayers**
73:16 97:25 103:5
138:23

**TDS**
61:17

**teach**

171:3

**teacher**
21:10 67:22 68:2

**teachers**
17:8 21:3 22:22 23:6
24:4 55:7,10 60:10
168:16 222:23 223:10

**team**
262:4,8,9,12,21,22,25
263:2

**Teamsters**
171:14 225:2

**tear**
138:18

**technical**
50:15,18 85:10 91:12
93:21 222:4 257:8
258:7

**technique**
210:19

**techniques**
131:10 209:24,25

**technology**
107:10,22

**telling**
168:19 187:17 238:20

**tells**
206:15 243:4

**tem**
14:4 252:12

**Temecula**
79:24

**temp**
36:18

**template**
277:23

**temporary**
9:1 15:2 23:23 34:10
214:25 217:6 221:3
242:14 252:7,14,19
254:4,15 255:5

**ten**
203:9

**ten-year**
56:4

**tenet**
46:8

**tenets**
67:22

**tens**
203:1

**term**
15:14 239:25

**terms**
110:7 127:10 133:5
165:9

**terrifying**
54:3

**Terry**
216:8,11

**testify**
6:15 107:14 263:19

**testifying**
17:18 44:4 142:5 161:3
221:7 258:5,6

**testimony**
4:13,14 28:10,16 85:12
86:14 107:17 181:20
192:11 231:11 232:4,8
237:4 248:12 282:19

**Texan**
71:14

**Texans**
203:14 209:3

**Texas**
8:13 14:18 15:11,14
20:7 48:5 49:14 54:14
69:20 70:18,21 105:24
106:3 120:7,9,19,24
121:7,11,13 122:22
123:3,6,11,20,23 124:4,
8,16 125:9,13,19,25
126:1,9,11 133:8,10,16
135:10 136:16 158:4
159:14,16 160:19
161:16 167:18 169:22,
25 178:13 196:21 198:7
202:12 209:2 210:1
214:14 215:3,8,17
217:12,14 218:4,14
220:19 221:22 224:18
227:24 232:7 236:1
238:6 244:2 246:3
253:11 255:6 266:2
270:3,4,5,16 271:13,19,



Index: Texas's..touted

23 272:2 276:22

**Texas's**
121:13 122:1

**Texican**
218:13

**thankful**
282:18

**That'd**
242:23

**theater**
131:25 133:5,6 210:23

**there'll**
161:20

**thing**
19:20 29:17 61:17,21
67:11 73:21 79:5
103:22 125:14 129:1
131:1 159:18 160:8
209:20 210:10 254:13
255:6 282:9

**things**
53:15 69:7 71:4,19
78:15,17 81:6 90:4
109:5 131:16 132:5
166:1,9 168:25 178:1
184:5 185:2 188:23
203:3,4,5 210:1 217:11
223:9 229:11 232:15
239:2 257:5 258:17
261:18 272:13

**thinking**
70:20 176:9 205:11
284:3

**thirty**
52:21 66:10 78:16
170:1 171:10

**Thornton**
55:13

**thought**
205:7 284:7

**thoughtful**
45:10 282:7

**thoughtfulness**
283:5

**thoughts**
123:15

**thousands**

55:5 112:7,8,9 202:24
203:1

**threat**
45:18 49:3 93:8

**threaten**
48:13

**threatened**
171:9 220:20,21 224:2

**threats**
91:23 93:6 220:2
223:16

**three-and-a-half**
161:25

**threw**
51:21

**thrive**
82:24

**throat**
285:1

**throats**
253:12

**throwing**
67:15 141:8 284:18

**thrown**
121:13 123:6

**Thunberg**
72:15

**ticket**
61:8

**Tidings**
59:3

**Tiffany**
170:23 223:12

**tight**
183:2 229:7,8,14

**Tiki**
65:18

**till**
30:8 93:16 190:10
212:16

**Tim**
65:18

**time**
3:6 5:14 6:3,16 10:15
11:25 18:5 19:19 30:5,

6,12 33:6 34:15 39:14,
24 40:6 45:13 47:17
50:5 54:17 64:13 66:8
69:17 74:15 75:20,21
76:4,9 84:24 85:2,20
87:12,21 90:18,22 91:6
92:24 93:17 95:8 100:3
103:23 104:1 106:22,24
107:15 108:2,11 110:6,
8,14,17,19 112:6,22,23
113:1,2 118:2,25 125:6
130:4 131:3 132:7,10,
15 138:25 143:24
144:19 147:6,13,18,24
148:2 154:16 155:22
157:7 173:18 184:7
188:5 196:10 200:15
224:11 226:13 229:7,8,
14 234:11,19,23 237:15
244:5 249:5,6 253:22
257:8,21 260:21
261:14,16 280:5
281:13,20 283:5 284:4,
6

**timeframe**
195:2

**timeline**
182:24 183:22 184:1,
10,19 187:2 189:10,11

**timelines**
111:3 183:2 188:10

**timely**
183:19

**times**
18:6 23:13 44:18 111:1
149:9 198:21 247:5
250:4 283:15

**timestamped**
264:21

**timing**
131:7 183:25 184:3
191:19 203:12,13 282:4

**Timothy**
80:22

**Tina**
64:18 68:12

**tired**
204:1,3 270:22

**title**
199:12,19

**to--from**
60:23

**today**
4:10 5:1,5 8:16 10:12,
22 13:19 14:10,17 17:7
35:22 37:10 45:11
53:11 54:8 63:2 65:22
71:9,22 74:4 83:1,20
84:17 85:13 86:13,24
109:19 111:21 136:2
153:12 154:24 155:1
156:7,13 159:18 161:3
166:13 168:13 169:14
178:14 191:23 196:15
203:11 207:25 216:7
219:16 225:22 241:13
250:14 254:16 257:15,
18,21 270:21 282:1,2,
24 283:3

**today's**
4:21 9:17 155:3 249:16,
24 254:20

**told**
20:11 142:3 272:8

**Tom**
69:13 175:20 216:8
257:10

**tomorrow**
212:16

**tool**
22:6

**TOOS**
156:1

**top**
239:23

**topic**
19:24

**torching**
46:7

**torn**
284:14

**total**
104:8 268:6

**totally**
58:8 76:21

**tough**
185:14,18 270:25

**touted**



45:19

**tract**
95:19

**Tracy**
77:23

**tradeoffs**
45:3

**traditional**
217:25

**training**
21:10

**transfer**
83:8 84:9

**translators**
180:13,15 188:14,15

**transparency**
8:24 17:3 26:13 29:17
34:16 47:15 53:9 57:23
58:2 61:15,16 62:2 63:2
94:21 106:14,23
109:17,18 110:10,11
111:17 112:17 138:8
146:13 260:1

**transparent**
6:21 9:6 13:3 29:9
35:24 56:16 63:3,10
199:1 233:18 266:1
269:23 270:15 282:5

**transparently**
285:3

**trash**
141:9

**trauma**
21:22

**traumatized**
220:10

**tremendous**
185:8 187:5

**trend**
227:10

**trial**
74:5

**trick**
210:22

**trigger**
15:18 122:6,7,11

**triggered**
123:18,19 164:10

**triggering**
121:7

**tripled**
48:3

**Troy**
68:22

**true**
37:10 79:19 86:14
186:25 191:9,14 240:9,
10 267:4

**Trump**
8:12 14:18 15:22 18:8,
14 19:5 20:11 21:6,20
22:9 23:5 53:5 61:17
79:4 99:4 123:1 124:8
125:9,11,20 126:3
157:10,22 158:1,14,22
159:1,7,11,18 160:17,
21 161:16 166:3,8
169:18,22 177:22
196:21 202:18 204:1
217:4,13 228:14 239:24
246:3 270:4,16 275:5
276:3

**Trump's**
102:22 208:23 217:2

**trust**
9:10 53:6

**truth**
37:12 159:6

**Tulare**
64:2,19,24 65:9 67:2,5,
20 68:8 71:7 72:10,14,
22

**turn**
65:17 153:25 154:4
219:12 276:15 281:18

**turned**
14:9

**turnout**
241:25

**TV**
200:24

**tweaks**
231:22 264:20

**tweets**
107:15

**Twenty**
141:23 255:15,16

**Twyla**
62:11

**type**
23:10 69:4

**types**
223:8

**typical**
4:22 115:23

**Typically**
184:2

———————————

**U**

**U.S.**
68:13 156:21 199:13
279:5

**UAW**
43:2

**UCLA**
171:6 276:4

**UDW**
42:20 169:4 222:12

**UFCW**
42:5

**ugly**
275:15

**Uh-huh**
90:1 108:19 114:12
117:13 121:25 122:4

**ulterior**
229:18

**ultimate**
161:2 236:18 242:13
258:22

**Ultimately**
159:23

**un-american**
14:24

**unacceptable**
69:5 192:13

**unanimously**
278:5

**uncertain**
110:25 269:1,9 283:14

**unconstitutional**
122:2 126:13

**undemocratic**
14:24

**undermine**
195:22

**underrepresented**
80:3

**understand**
8:23 33:16 69:18 70:6
79:5 81:10 88:20 89:16
90:8 112:5 114:25
121:23 140:20 150:22
162:16 164:11 185:11
194:12 195:7 198:11
226:16 227:2 234:12
244:6 253:16 258:24
267:20 271:22

**understanding**
80:24 96:7 123:12
179:12 231:8 233:3
240:16

**understands**
235:8

**undertaking**
176:8

**undocumented**
250:20

**unequivocally**
167:15

**unfair**
44:23 133:14

**unfortunate**
67:9

**unfounded**
53:16

**unfunded**
180:18

**UNIDENTIFIABLE**
3:4 13:13 24:19 52:1,5
53:22 149:23,25 150:2
153:18 175:17 219:12
231:24 265:5

**Unified**
56:13



depos@scanlanstone.com
415.834.1114

Index: unilateral..voice

**unilateral**
19:10

**unilaterally**
18:15

**unintelligible**
33:21

**union**
18:16,20 59:6 61:7,9
164:6 170:8,24 171:18
173:23,24 224:6 225:21

**unions**
18:17 42:5 61:8 171:18
216:13 225:5,20

**UNITE**
169:7 222:16

**United**
18:4 82:15 83:9 125:15
159:10 162:23 174:11
200:21,25 201:5,11,22
202:8 243:18 278:7,15,
16 279:4

**university**
216:17

**unleashed**
21:21

**unlike**
15:11 169:25 201:24
215:2,8 217:14 253:11

**unlimited**
132:15

**unmarked**
157:16

**unpopular**
77:1 157:11

**unprecedented**
21:17 23:12

**unquestioned**
19:9

**unquote**
253:4

**upcoming**
14:21

**updated**
46:16

**uphold**
174:10 197:25

**upholds**
16:21

**uprooting**
59:14

**upset**
65:24 66:3

**urge**
17:20 19:12 46:18
62:22 136:24 200:18
219:7

**urgency**
117:18 147:9 178:4,10,
15 191:13 196:1 197:2
198:16,22 205:4,10,17,
20 206:24 207:1 240:17

**urgent**
210:20 220:16

**urges**
24:2

**usual**
18:7

**utilities**
205:14 206:19

**utilize**
248:1

———————————

**V**

**vacation**
263:15

**Valerie**
68:19

**Valley**
56:12 72:11 77:19,24
273:2

**values**
8:6 16:21 157:16
161:24 162:17 163:10,
14 174:1

**vans**
157:16

**vast**
82:5

**Vaughn**
68:17

**VCA**
188:9

**vegetarian**
49:23

**vehemently**
70:7

**veiled**
91:23 93:6

**vendors**
186:19 188:4,13
189:13,17,18 190:16,21

**verbatim**
89:3

**verbiage**
59:22 181:16

**Verdugo**
68:7,8

**verify**
189:25 263:12

**versa**
16:15

**version**
31:8 264:19,24

**versions**
264:14,17,23 278:4,5

**versus**
188:9

**vested**
36:2,16 37:13 109:9
196:2,3,13 197:2,3,14,
16 198:14,16 239:11
240:20 241:7 250:4

**veteran**
77:10

**vetted**
237:3

**vice**
2:10 3:2,5,18 7:3,6,9,
11,14,18,21 10:6,7,21
11:5,23 12:10 13:3,11,
17 16:15 24:10,22 25:3,
7,13,16 26:1,7,9,12
27:9,15,22 28:7,24
29:3,16,21 31:23 32:1,
19 40:22 50:7,10,17
92:14 93:8 94:9,13
106:20 137:15,19,22
139:17,21 140:7,12,20
141:3,8,16 142:1 143:2,
12,18,20,23 144:3,7,16

145:1,14,19,23 146:1,9,
16,23 147:21 148:21
152:2 153:7 172:3,7,21
175:13,22 177:9,10,24
178:20 179:6,14,23
180:2,6,22 181:1,5,13,
25 182:16 183:21
184:18,22 185:13,16
186:1,4 187:15,24
189:13 190:3,20,23
191:12,21 192:3 200:16
208:11 211:16 212:15,
20 213:7 256:20 257:3,
11,14,20,25 258:4,10,
23 259:6,10,22 260:1,7,
10,13,15,19,22 261:3,8,
14,23 262:1,5,15,25
263:2,6,18,23,25 264:3,
7,17,23 265:1,6,11,16
268:12,14,24 269:6,15,
19 271:12,17,22 272:7,
12,25 273:3,6,12,14
274:1,4,15 275:1 276:6,
10 277:8,13

**vicious**
22:9

**victims**
18:9

**view**
108:13,23

**violates**
59:17

**violation**
199:15

**Violations**
9:21

**Virginia**
61:23

**Visalia**
64:2,9,19 65:5,9,13
67:19 68:8,18,20 69:14,
24 70:4,23 71:11 72:2,
6,9,14 74:9,19

**vital**
205:4 220:12

**Vladimir**
20:11 200:22

**voice**
9:11 19:14 49:19 64:6,
16,17 65:15 96:25


SCANLAN
STONE

depos@scanlanstone.com
415.834.1114

Index: voices..withdrawing

97:20 143:4,6,10 209:2
219:5,6 230:14 250:21
253:7,8,14 285:11

**voices**
76:7 97:8,21 143:2
158:12 184:25 228:16

**voluminous**
247:9

**vote**
5:5 17:5 20:5,7,17 23:1
24:2 27:11,17 30:19,21
37:6 46:17 81:6 85:18
87:2 111:4 116:4
137:12 141:23 142:19
143:1,14 144:12 148:18
154:23,25 155:6,19
158:24 163:22 166:15,
16 172:16 203:18 208:6
209:4,5 213:2 217:18,
23,24 219:4,7,8 254:17
277:3,5 278:2 279:4
285:6

**voted**
36:7 58:18 70:8,9
102:25 104:5 134:1
138:4 162:10 208:9

**voter**
9:11 15:3 133:16
136:19 138:2 142:14
193:3 195:15 221:17
285:10

**voter-approved**
269:23

**voters**
6:25 8:2,25 15:5,9,12
16:23 17:2 19:14 23:22
46:4,8 47:10,19 49:1
59:12,18,23 70:11 97:8,
20 102:18 103:18 104:4
111:4 114:4 138:13,14,
16,20 139:6,9 141:15,
18,23 142:9,24 143:5,8,
9 145:7,9,11 156:17
157:17 158:8,10,12,13
161:1 163:1,4,22
165:21 176:13 198:4,8
202:15,16 203:16,17,
19,23,24 208:21 209:2
214:20,21,24 215:3,6,
13 216:6 217:24 219:23
221:4,24 227:20
236:15,18 242:12

243:8,13 245:21 253:13
254:14,18 255:13,17
258:21 282:5,9 285:4

**voters'**
184:25

**votes**
58:17 73:13 162:20
201:2 256:8 279:17

**voting**
3:12 5:6,12 10:24
20:13,19 44:17 45:11
83:22 116:8 120:9,13,
14 193:21 226:21
247:10 256:11 272:5

**voucher**
21:15

———————————

**W**

———————————

**waging**
21:6

**wait**
29:16 135:5 190:10

**waiting**
172:4 214:4 216:9

**wake**
200:18

**waking**
220:22

**walk**
187:24

**wall**
157:12

**wannabes**
19:25 165:4

**wanted**
51:19 87:15 94:5
125:20 154:20,23 180:6
205:13 223:15 230:23
239:2 263:10,11

**wanting**
176:6 229:23

**war**
21:6 49:14 82:20

**warrants**
18:12 251:2

**Washington**
49:6

**waste**
68:23 69:17 74:15 76:8,
9

**wasting**
69:3

**watch**
110:5

**watching**
4:11 5:17 168:14

**water**
164:20

**ways**
70:2 83:7 187:5

**weaken**
83:7 209:25

**weakening**
83:2,4 96:24

**weapons**
20:1

**wearing**
165:4

**Weber**
44:7

**website**
4:19 6:25 233:5 236:16
242:11 255:24 265:23

**Wednesday**
7:1

**week**
44:20 159:4 237:7
265:3

**week's**
263:12

**Weekly**
263:13

**weeks**
190:13

**weigh**
126:11 131:5 132:24
266:9

**Weisar**
64:23

**well-**

**well-taken**
136:20

**Western**
42:6

**whack**
165:21

**White**
177:22 217:7 244:12
271:5

**Whoever's**
82:14

**Whoopsie**
164:2

**wide**
272:19,20

**widely**
221:15,20

**wife**
56:25 57:10 59:6

**wildfire**
177:16

**wildfires**
78:19

**Williams**
57:19 65:17,18 66:3,8,
12,15,18,20,23

**Willis**
52:7 175:19,20 192:20
193:1,4,12,18 194:1,6,
10,16,19 199:17 200:4
216:8 221:9,10 237:19,
20 247:4,14,19,22
248:4 257:10,12,16,22
263:11 269:5,11,17

**Willis's**
237:4

**win**
49:13 83:16 229:19

**wind**
219:3

**wisdom**
79:21 80:23

**withdrawing**
18:15



**withstands**
140:15 141:5

**witnessed**
49:4

**witnesses**
6:6,7,10,13 24:7 41:17
43:14,17,19 50:21 51:9
55:8 81:18 93:6 155:23
161:3 172:2,4 173:14
175:14 192:4 225:13,14
233:20 263:25 282:18

**witnessing**
133:6

**Woitalla**
67:18,19 68:6

**women**
48:1 52:8,19 71:11

**wonderful**
2:24 142:6

**wondering**
175:3

**word**
77:17 190:13

**wording**
59:21

**words**
37:10 53:9 54:3,10
72:15 279:20 283:1

**work**
8:7 18:20,22 23:8 46:2
62:2 82:22,23 83:21
85:21 87:13 94:1
105:18 109:11 110:24
111:3 113:10 118:22
119:1,5 124:2 156:6
165:6 183:9,14 186:23
217:20 235:19 263:16
266:12 282:14

**worked**
21:9 85:16 104:12
107:17 195:10

**worker**
170:12

**workers**
18:12 60:7 61:7 169:14
170:9 171:23,24
216:13,15,16,18,21
223:3 224:6,7 275:11

**workforce**
18:17 164:16

**working**
71:18 83:17 157:25
167:20 169:15 176:18,
22 177:1 183:6,7,18
187:12 188:12 189:6
250:12 270:21 282:19

**works**
93:22 123:17

**world**
83:1 177:25 282:15

**worries**
105:10 119:20 152:5,10
230:1

**worry**
40:1,12 95:21 112:14
152:24 220:4,7 268:19

**worse**
71:21 138:23

**worthless**
241:23

**wrap**
20:14 50:1 137:11
144:11 163:17 166:24
219:1

**wrench**
67:15

**write**
75:20 262:5,14,17

**writing**
157:12

**written**
4:14 47:18 105:13
114:24 121:7

**wrong**
20:2,3,9,18 55:17 74:11
77:15 202:1 232:4

**wrongs**
75:11

**wrote**
13:18 36:20 75:19
231:11 239:3 261:21
262:1

---
**Y**
---

**y'all**
69:2 278:10

**Yao**
44:8

**Yasminda**
230:2

**year**
102:4 156:15 196:11
208:5 216:4

**years**
6:17 67:21 72:6 74:1
82:8 85:19 143:16
158:24 256:6 283:18

**yesterday**
31:11,14,18 32:6 33:14
39:20 45:11 89:17
93:17 95:9 96:2,3
231:21 232:21,24 233:5
264:20 267:17

**yield**
130:8

**Yolo**
176:13 189:20

**Yougov**
44:21

**Yuba**
59:3,4

**Yvette**
59:8

---
**Z**
---

**zones**
21:21

