# EXHIBIT E



IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING

TRANSCRIPTION OF VIDEO RECORDING

August 21, 2025

# CERTIFIED COPY

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025

**CERTIFIED COPY**

TRANSCRIPTION OF VIDEO RECORDING

CALIFORNIA STATE SENATE

CONGRESSIONAL REDISTRICTING

THURSDAY, AUGUST 21, 2025

TRANSCRIBED BY:

JULIE THOMPSON, CET

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                      2

P R O C E E D I N G S

1            SENATOR WEBER PIERSON:  Secretary, please
2    call the roll.
3            THE SECRETARY:  Allen, Alvarado-Gil,
4    Archuleta, Arreguin, Ashby, Becker, Blakespear, Cabaldon,
5    Caballero, Cervantes, Choi, Cortese, Dahle, Durazo,
6    Gonzalez, Grayson, Grove, Hurtado, Jones, Laird, Limon,
7    McGuire, McNerney, Menjivar, Niello, Ochoa Bogh, Padilla,
8    Perez, Reyes, Richardson, Rubio, Seyarto, Smallwood-
9    Cuevas, Stern, Strickland, Umberg, Valladares, Wahab,
10   Weber Pierson, Wiener.
11           SENATOR WEBER PIERSON:  A quorum is
12   present.  Would the members and our guests beyond the
13   rail and in the gallery, please rise.
14           We will be lead in prayer this morning by
15   Senator Durazo, after which, please remain standing for
16   the Pledge of Allegiance to the flag.
17           SENATOR DURAZO:  Thank you, Madam
18   President.
19           Merciful and compassionate God, we ask you
20   to abide with us in all the needs of our lives, enable
21   our caring to be wise, our support honest, and our
22   concerns thoughtful.
23           May our loves as well as our fears be
24   accurate.  May our spirits be so open to your guidance
25

1   that we will become faithfully daring, expectantly

2   patient and responsibly hopeful with each other and with

3   your people in our neighborhoods, our state, and our

4   nation.  We ask this in your name.  Amen.

5                   SENATOR WEBER PIERSON:  Members, please

6   join me in the Pledge of Allegiance to the flag.

7                   (Pledge of Allegiance)

8                   Majority Leader, you are recognized at

    your desk.

9                   SENATOR GONZALEZ:  Thank you, Madam

10  President.  We'll be calling a Democratic caucus in the

11  Maddie Lounge immediately.

12                  SENATOR WEBER PIERSON:  Senator Seyarto,

13  you are recognized.

14                  SENATOR SEYARTO:  The Republicans will

15  caucus as well.

16                  SENATOR WEBER PIERSON:  Senate will recess

17  for caucus.

18                  (Recess taken for caucus)

19                  SENATOR WEBER PIERSON:  Members of Senate

20  will now reconvene.  We are back at privileges of the

21  floor.  There are none.

22                  Messages from the Governor will be deemed

23  read.  Messages from the Assembly will be deemed read.

24  Reports of committees will be deemed read and amendments

25

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                        4

adopted.

1          Members, just a reminder, pursuant to our
2  rules, we may not debate more than two times on one
3  measure on the same day.

4          We will now move to motions, resolutions
5  and notices.

6          Senator Gonzalez, you are recognized at
7  your desk.

8          SENATOR GONZALEZ:  Thank you, Madam
9  President.  I move that Senate Rule 29.10(d) be suspended
10 as it relates to Senate Bill 2AT.

11          SENATOR WEBER PIERSON:  This is not
12 debatable.

13          Senator Jones, you are recognized.

14          SENATOR JONES:  Thank you, Madam
15 President.  I object to the motion and ask for a roll
16 call vote.

17          SENATOR WEBER PIERSON:  Thank you.

18          Senator Jones is asking for a no vote.
19 Senator Gonzalez is asking for an aye vote.

20          Secretary, please call the roll.

21          THE SECRETARY:  Allen.

22          Alvarado-Gil.

23          Archuleta

24          Aye.

25

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                          5

1    Arreguin.

2    Aye.

3    Ashby.

4    Aye.

5    Becker.

6    Aye.

7    Blakespear.

8    Aye.

9    Cabaldon.

10    Aye.

11    Caballero.

12    Cervantes.

13    Aye.

14    Choi.

15    No.

16    Cortese.

17    Aye.

18    Dahle.

19    No.

20    Durazo.

21    Aye.

22    Gonzalez.

23    Aye.

24    Grayson.

25    Aye.

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                          6

1    Grove.

2    Hurtado.

3    Aye.

4    Jones.

5    No.

6    Laird.

7    Aye.

8    Limon.

9    Aye.

10   McGuire.

11   Aye.

12   McNerney.

13   Aye.

14   Menjivar.

15   Aye.

16   Niello.

17   No.

18   Ochoa Bogh.

19   No.

20   Padilla.

21   Perez.

22   Reyes.

23   Richardson.

24   Aye.

25   Rubio.

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                    7

                    Seyarto.

1                   No.

2                   Smallwood-Cuevas.

3                   Aye.

4                   Stern.

5                   Aye.

6                   Strickland.

7                   No.

8                   Umberg.

9                   Aye.

10                  Valladares.

11                  No.

12                  Wahab.

13                  Aye.

14                  Weber Pierson.

15                  Aye.

16                  Wiener.

17                  Aye.

18                  SENATOR WEBER PIERSON:   Secretary, please

19      call the absent members.

20                  THE SECRETARY:   Allen.

21                  Aye.

22                  Alvarado-Gil.

23                  Caballero.

24                  Aye.

25

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                    8

Grove.

1            No.

2            Padilla.

3            Aye.

4            Perez.

5            Aye.

6            Reyes.

7            Rubio.

8            Aye.

9            SENATOR WEBER PIERSON:  Secretary, please
10   call the absent members.

11           Alvarado-Gil.

12           Reyes.

13           Aye.

14           SENATOR WEBER PIERSON:  Ayes, 30.  Noes 0.

15           UNIDENTIFIED FEMALE:  9.

16           SENATOR WEBER PIERSON:  9.  Sorry.  That
17   measure carries.

18           Senator Gonzalez, you are recognized.

19           SENATOR GONZALEZ:  Thank you, Madam
20   President.  I move that Senate Rule 19 be suspended as it
21   relates to Assembly Constitutional Amendment 8.

22           SENATOR WEBER PIERSON:  This is not
23   debatable.

24           Senator Seyarto, you are recognized.

25

1            SENATOR SEYARTO:   Thank you, Madam

President.   In an effort to minimize our lawlessness and

2

rule breaking, we simply ask for a no vote on this.

3

Thank you.

4

             SENATOR WEBER PIERSON:   Thank you.

5

             Senator Seyarto is asking for a no vote.

6

Senator Gonzalez is asking for an aye vote.

7

             Secretary, please call the roll.

8

             THE SECRETARY:   Allen.

9

             Aye.

10

             Alvarado-Gil.

11

             Archuleta.

12

             Aye.

13

             Arreguin.

14

             Aye.

15

             Ashby.

16

             Aye.

17

             Becker.

18

             Aye.

19

             Blakespear.

20

             Aye.

21

             Cabaldon.

22

             Aye.

23

             Caballero.

24

             Aye.

25

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                    10

Cervantes.

Aye.

Choi.

No.

Cortese.

Aye.

Dahle.

No.

Durazo.

Aye.

Gonzalez.

Aye.

Grayson.

Aye.

Grove.

No.

Hurtado.

Aye.

Jones.

No.

Laird.

Aye.

Limon.

Aye.

McGuire.

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                    11

1      Aye.

       McNerney.
2
       Aye.
3
       Menjivar.
4
       Aye.
5
       Niello.
6
       No.
7
       Ochoa Bogh.
8
       No.
9
       Padilla.
10
       Aye.
11
       Perez.
12
       Aye.
13
       Reyes.
14
       Aye.
15
       Richardson.
16
       Aye.
17
       Rubio.
18
       Aye.
19
       Seyarto.
20
       No.
21
       Smallwood-Cuevas.
22
       Aye.
23
       Stern.
24
       Aye.
25

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                    12

1              Strickland.

2              No.

3              Umberg.

4              Aye.

5              Valladares.

6              No.

7              Wahab.

8              Aye.

9              Weber Pierson.

10             Aye.

11             Wiener.

12             Aye.

13             SENATOR WEBER PIERSON:  Ayes, 30.  Noes,
9.  The rules are suspended.

14

15             Senator Gonzalez, you are recognized at
your desk.

16

17             SENATOR GONZALEZ:  Thank you, Madam
President.  There is a resolution at the desk requesting

18

19             that Joint Rule 10.5 be suspended as it relates to
Assembly Constitutional Amendment 8.

20

21             SENATOR WEBER PIERSON:  Secretary, can you
please read the resolution?

22

23             THE SECRETARY:  Resolve that Joint Rule
10.5 be dispensed with.

24

25             SENATOR WEBER PIERSON:  This is also

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                    13

non-debatable.

1              Senator Seyarto, you are recognized at

2    your desk.

3              SENATOR SEYARTO:  Thank you, Madam

4    President.  I'd like to make a substitute motion that ACA

5    8, because of its costs, be referred to the Committee on

6    Appropriations for a full hearing and vote since it was

7    not done before.

8              SENATOR WEBER PIERSON:  Senator, I

9    apologize, but your motion is not in order.  It does need

10   to be approved by the Rules Committee.

11             SENATOR SEYARTO:  I wish to appeal that

12   ruling.  It should be.

13             SENATOR WEBER PIERSON:  We will now appeal

14   vote to appeal the ruling of the chair.  I put the

15   question to the body.  Shall the ruling of the Chair be

16   upheld?

17             Secretary, please read -- call the roll.

18             Senator Seyarto is asking for a no vote.

19   I am asking for an aye vote.

20             THE SECRETARY:  Allen.

21             Aye.

22             Alvarado-Gil.

23             Archuleta.

24             Aye.

25

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                        14

1    Arreguin.

2    Aye.

3    Ashby.

4    Aye.

5    Becker.

6    Aye.

7    Blakespear.

8    Aye.

9    Cabaldon.

10   Caballero.

11   Aye.

12   Cervantes.

13   Aye.

14   Choi.

15   No.

16   Cortese.

17   Aye.

18   Dahle.

19   No.

20   Durazo.

21   Aye.

22   Gonzalez.

23   Aye.

24   Grayson.

25   Aye.

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                    15

1    Grove.

     No.
2
     Hurtado.
3
     Aye.
4
     Jones.
5
     No.
6
     Laird.
7
     Aye.
8
     Limon.
9
     Aye.
10
     McGuire.
11
     Aye.
12
     McNerney.
13
     Aye.
14
     Menjivar.
15
     Aye.
16
     Niello.
17
     No.
18
     Ochoa Bogh.
19
     No.
20
     Padilla.
21
     Aye.
22
     Perez.
23
     Aye.
24
     Reyes.
25

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                    16

1                   Aye.

2                   Richardson.

3                   Aye.

4                   Rubio.

5                   Aye.

6                   Seyarto.

7                   No.

8                   Smallwood-Cuevas.

9                   Aye.

10                  Stern.

11                  Aye.

12                  Strickland.

13                  No.

14                  Umberg.

15                  Aye.

16                  Valladares.

17                  No.

18                  Wahab.

19                  Aye.

20                  Weber Pierson.

21                  Aye.

22                  Wiener.

23                  Aye.

24                  SENATOR WEBER PIERSON:  Secretary, please
    call the absent members.

25

1      THE SECRETARY:  Alvarado-Gil.

2      Cabaldon.

3      Aye.

4      SENATOR WEBER PIERSON:  Ayes, 30.  Noes,
9.  The ruling stands.

5

6      We'll go back to the motion that was made
by Senator Gonzalez.

7

8      Secretary, please call the roll.

9      THE SECRETARY:  Allen.

10     Aye.

11     Alvarado-Gil.

12     Archuleta.

13     Aye.

14     Arreguin.

15     Aye.

16     Ashby.

17     Aye.

18     Becker.

19     Aye.

20     Blakespear.

21     Aye.

22     Cabaldon.

23     Aye.

24     Caballero.

25     Aye.

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                    18

Cervantes.

1    Aye.

     Choi.
2
3    No.

     Cortese.
4
5    Aye.

6    Dahle.

7    No.

8    Durazo.

9    Aye.

10   Gonzalez.

11   Aye.

12   Grayson.

13   Aye.

14   Grove.

15   No.

16   Hurtado.

17   Aye.

18   Jones.

19   Laird.

20   Aye.

21   Limon.

22   Aye.

23   McGuire.

24   Aye.

25

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                    19

McNerney.

1

Aye.

2

Menjivar.

3

Aye.

4

Niello.

5

No.

6

Ochoa Bogh.

7

No.

8

Padilla.

9

Aye.

10

Perez.

11

Aye.

12

Reyes.

13

Aye.

14

Richardson.

15

Aye.

16

Rubio.

17

Aye.

18

Seyarto.

19

No.

20

Smallwood-Cuevas.

21

Aye.

22

Stern.

23

Aye.

24

Strickland.

25

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                      20

1             No.

2             Umberg.

3             Aye.

4             Valladares.

5             No.

6             Wahab.

7             Aye.

8             Weber Pierson.

9             Aye.

10            Wiener.

11            Aye.

12            SENATOR WEBER PIERSON:  Ayes --

13            THE SECRETARY:  Jones, no.

14            SENATOR WEBER PIERSON:  Ayes, 30.  Noes,
9.  Joint rules are suspended.

15            Senator Valladares, you are recognized.

16            SENATOR VALLADARES:  Thank you, Madam
President.  I move to remove AB 1214 from the from the

17 consent file at the request of the author.

18            SENATOR WEBER PIERSON:  The desk will
note.

19            Not seeing any other members wishing to

20 remove anything from the consent file, we will now move

21 to consideration of the daily file.  We will begin with

22 second reading file.

23

24

25

Secretary, please read.

1    THE SECRETARY:    Assembly Bill 42 with

2    amendments, 1255 with amendments, 1003 with amendments,

3    696 with amendments.

4    SENATOR WEBER PIERSON:    Second reading

5    will be deemed read.  We will now move to assembly third

6    reading file item 226 AB 604 by Senator Gonzalez.

7    Secretary, please read.

8    THE SECRETARY:    Assembly Bill 604 by

9    Assembly Member Aguiar-Curry.  An act relating to

10    redistricting and declaring the urgency thereof to take

11    effect immediately.

12    SENATOR WEBER PIERSON:    Senator Gonzalez,

13    you are recognized.

14    SENATOR GONZALEZ:    Thank you, Madam

15    President and Senators.  I rise today as a proud joint

16    author to present AB 604, which is a reasonable and

17    rational response to the anti-Democratic actions of the

18    Republican party as they attempt to rig our congressional

19    elections.

20    AB 604 contains the census block data that

21    will define the temporary congressional districts that we

22    are being forced to adopt through the actions of the

23    President and his complicit party leaders.

24    Just yesterday, the Texas House passed an

25

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                    22

1    aggressively partisan map giving President Trump the

2    gerrymander he requested to produce five new Republican

3    seats in the U.S. House next year.  These undemocratic

4    actions are a betrayal to the values of our great nation

5    and to the people we all swore to represent, defend, and

6    protect.

7              Unlike Texas' actions, the decision to

8    approve the temporary maps outlined in this bill will

9    ultimately be in the hands of California voters.  This

10   bill gives voters a choice.  A choice to keep the current

11   districts or adopt maps to counter the actions of MAGA

12   extremists in Texas who are obediently working to tip the

13   scales for President Trump.

14             Despite the minority party's hypocrisy and

15   their attempts to confuse the narrative with sound bites

16   and tweets, the truth is clear that the maps are based on

17   the work, comments, and hearings of the Independent

18   Citizens Redistricting Commission, which is a bipartisan

19   commission.

20             In hearings over the last few days, I was

21   actually very shocked to learn of the minority party's

22   well-timed epiphany that independent redistricting

23   commissions are actually beneficial to voters and

24   democracy.  Well, what do you know?

25             This timely awakening of the Republican

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                    23

1    Party is actually very surprising given that members of

2    the party have voted against redistricting bills and

3    reform bills for independent redistricting on at least 30

4    different occasions over the last 14 years in this state.

5              I'm hopeful that my colleagues across the

6    aisle will use their newfound enthusiasm for

7    redistricting reform to reach out to their colleagues and

8    to the President in D.C.  If you have his number in your

9    phone book, please call him and demand that they adopt

10   these commissions nationwide and stop the President's

11   illegal gerrymandering efforts so we can shelf the bill

12   and get back to serving our constituents and the daily

13   needs that they have.

14             As this body is now on the same page on

15   the value of the Independent Redistricting Commission, I

16   think it's important to highlight how the temporary maps

17   described in this bill are grounded in the Commission's

18   work.  The adjustments in the maps are as follows.

19             Again, they were supported by maps and

20   testimony submitted by the public, commissioner

21   testimony, and draft or completed commission maps.  They

22   also include eight districts that will be identical to

23   the lines drawn by the Commission.  And as I mentioned

24   over and over again in committee, over 76 percent of

25   Californians will actually be in their same congressional

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording    on 08/21/2025                    24

district; 58 percent of the maps in this bill are changed

by less than 20 percent, and 37 percent are changed by

less than 10 percent.

           The redistricting commission that

completed the work and the maps that are rooted in this

work was comprised of five Republicans, five Democrats

and four no party preference individuals who did the hard

work to create over 76 percent of the maps you see in

this bill, demonstrating the real independence and non-

partisanship that informed the original maps and guided

these temporary maps.

           Members, the greatest consequence for us

today is inaction.  Today, the decks are stacked against

us, so what we have to do is fight back.  We know that

right now President Trump is gutting vital programs and

increasing economic uncertainty and chaos to some of our

most vulnerable Californians.

           Medicaid cut $1 trillion over the next

decade with California at risk of losing 28 billion in

federal funding.  That puts 3.4 million Californians at

risk.  3.1 families will lose SNAP food assistance

benefits, mostly children.  Billions will be cut from

classrooms and institutes of higher learning.  UCLA is

being ransomed by President Trump now for $1 billion.

           This is what we're talking about here.

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                          25

California stands to lose so much more.  Over 7.8 billion

in lost tax revenue due to the Trump tax tariffs.  And

the list goes on and on, and our communities absolutely

deserve better.

What do we do?  Just sit back and do

nothing?  Or do we fight back and provide some chance for

our Californians to see themselves in this democracy?

And while the minority party will continue

to misdirect and misinform the public today, with

dramatic ties and cries about transparency, process, and

rushed timelines, the truth is that they hold the power

to stop all of this.  It's very clear.  You all hold the

power to stop this today.

And again, actions do have consequences

and if the Republican party truly wanted to stop these

temporary maps, again, you have the power to do so.  And

by voting against this today, that means you are

unwilling to stand up against a dictator, a leader that

has taken so much from our most vulnerable constituents,

regardless if they live in Republican or Democratic

districts.

Again, I will close by sharing that AB 604

is a temporary solution that provides California voters

with the final say so that we don't tip the scales and

allow this unchecked power to continue.  This is how we

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording    on 08/21/2025                    26

1   fight back and protect our democracy.  I respectfully

    request an aye vote on this bill.
2
                    SENATOR WEBER PIERSON:  Thank you.
3
                    Senator Blakespear, you are recognized.
4
                    SENATOR BLAKESPEAR:  Thank you, Madam
5
    President.
6
                    Members, we could debate many details here
7
    today, but here's the bottom line.  Republicans are
8
    trying to cheat to win congressional midterm elections
9
    under their unpopular President, and Democrats are
10
    fighting back.  This is about trying to level the
11
    national playing field so we can have something close to
12
    fair elections for Congress in 2026, period.  Full stop.
13
                    Republicans are trying to corrupt
14
    democracy; Democrats are trying to honor it.  Republicans
15
    can say what they want, but their party started this
16
    madness, racing to gerrymander in Texas and other
17
    Republican controlled states to stack the deck for
18
    themselves in next year's election.
19
                    Yes.  It is lamentable that we are pausing
20
    California's superior process for drawing districts
21
    through a nonpartisan citizen commission that was started
22
    17 years ago, but that was a different political time,
23
    under different political circumstances; and it was a
24
    different electorate.  We're giving the voters a choice
25

1    to be politically relevant.  It would be naive and

2    foolish to stick to an old model, an old set of rules,

3    when Texas and likely other Republican states are

4    rewriting the rules to rig the game.

5              The Trump Administration has made clear in

6    all of its actions that it believes might makes right,

7    that it has no respect for the U.S. Constitution, the

8    separation of powers, the courts, or the democratic

9    process.  Corrupting our elections is the first step

10   toward fake elections.  Donald Trump is trying to remake

11   America in Russia's image.  Total control, no dissent, no

12   democracy, fake news and fake elections.

13             What did we learn at the outset of the

14   second World War?  That aggressors and bullies take

15   whatever you give them.  There is no appeasing them.  The

16   only way to counter aggressors and bullies and wannabe

17   autocrats like Donald Trump is to challenge them and to

18   fight them straight up.

19             There are many decent people in this

20   chamber, both Democrats and Republicans.  All of us are

21   committed to serving constituents and doing what's best

22   for California.  We do have our disagreements on policy

23   and on politics, and we work through them as best we can

24   to serve the people who elected us.  But today's debate

25   is not about California politics.  It's about national

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording    on 08/21/2025                    28

1   politics.  It's about owning up to the realities of the

2   national political landscape and a Republican President

3   who will stop at nothing to consolidate power, including

4   corrupting congressional midterm elections.  And we in

5   California cannot stand idly by and do nothing.

6              And with that, I am proud to be a strong

7   aye for this measure.

8              SENATOR WEBER PIERSON:  Thank you.

9              Senator Strickland, you are recognized at

10  your desk.

11             SENATOR STRICKLAND:  Questions for the

12  author.

13             SENATOR WEBER PIERSON:  Will the author

14  take a question?

15             SENATOR GONZALEZ:  Absolutely.

16             SENATOR STRICKLAND:  It was stated that

17  Governor Newsom announced that this legislation and

18  ballot measure has the explicit goal of electing more

19  Democrats in response to Texas redistricting.  Would you,

20  therefore, agree with Governor Newsom that the

21  predominant purpose why we're here today of this

22  constitutional amendment is to redraw these maps to elect

23  more members of the Democratic party to the House of

24  Representatives?

25             SENATOR GONZALEZ:  Through the President,

thank you, Madam President.

1                    Thank you for the question.  I would say

2      again, Texas started this.  It is very clear.  And when

3      our democracy is at stake, as been mentioned, when there

4      are millions of people in California that will be kicked

5      off of Medicaid and kicked off of SNAP benefits because

6      of your party's control, we absolutely have to react.

7      And that means doing this bill today, AB 604.  And that

8      means ensuring that the voters of California in November

9      have a say.  They will have a say ultimately.

10                    SENATOR STRICKLAND:  Okay.  So it sounds

11     like the answer is yes.

12                    Another question for the author.

13                    SENATOR WEBER PIERSON:  Just a moment.

14     Excuse me.

15                    Will the author take another question?

16                    SENATOR GONZALEZ:  Yes.

17                    SENATOR WEBER PIERSON:  You may proceed.

18                    SENATOR STRICKLAND:  Did you use the 2020

19     census to draw these maps?

20                    SENATOR GONZALEZ:  Through the President,

21     thank you for the question again.  Over 76 percent of the

22     maps that you see here today are based off of the 2020

23     Redistricting Commission, which is a bipartisan

24     commission that we all like to praise.  And I'm hopeful

25

1  that at the end of this that we actually get your side of

2  the aisle to support a nationwide independent

3  redistricting commission plan.  Provisions of that are

4  included in the ACA 8 which will be taken up later today.

   And that is the hope is that we can do that.

5              But yes, absolutely, over 77 percent.

6  There's minor tweaks to this bill, as has been mentioned

7  -- or to the to the previous maps, as has been mentioned.

8              SENATOR STRICKLAND:  So it sounds like the

9  answer is yes, they used the 2020 census.  Because I

10 found it interesting.  I'll get to that later.

11             Another question for the author.

12             SENATOR WEBER PIERSON:  Will the author

13 take the third question?

14             SENATOR GONZALEZ:  Yes.

15             SENATOR STRICKLAND:  Under current law the

16 Legislature cannot draw the lines, but it's been reported

17 this week that the Legislature draw the lines, but no

18 member of either body of the Senate or Assembly has said

19 they participated in drawing these lines.

20             One, did you draw these lines or had any

21 influence on these lines?  And two, what member of the

22 Legislature participated in drawing these lines?

23             SENATOR WEBER PIERSON:  You may proceed.

24             SENATOR GONZALEZ:  Thank you.  Again, the

25

1   Legislature has the constitutional right to send an

2   amendment to the voters, which we will be doing later

3   today.  And the voters will have the ultimate say.  The

4   maps have been online since Friday evening.  A very

5   public process, which -- and the Assembly and the Senate

6   both had portals.  Thank you to the election chairs, the

7   good senator from Riverside as well as the good Assembly

8   member from the central coast providing a ton -- the maps

9   online on Friday and soliciting thousands -- thousands of

10  responses, which folks can do even today.

11              And in fact what was stated in the

12  committee as well is that the voters now will have over

13  70 days to actually, before they make a vote -- hit the

14  ballot box on November 4th, will have over 70 days to

15  view these maps, which is incredible.  It's actually many

16  times more than the current redistricting process we have

17  through the Independent Redistricting Commission which

18  only allows 14 days.  So that is the current process as

19  it stands now.

20              SENATOR STRICKLAND:  Okay.  Thank you for

21  an answer because under the current constitution no

22  member is allowed to adjust these lines.  So my next --

23              A question for the author.

24              SENATOR WEBER PIERSON:  Will the author

25  take a fourth question?

1            SENATOR GONZALEZ:  Yes.

2            SENATOR STRICKLAND:  Who has seen these

3    maps in the Legislature before they were introduced in

4    the Legislature and when did you see them the first time?

5            SENATOR GONZALEZ:  Again, Friday they were

6    all available publicly online.  The Assembly, the Senate

7    provided opportunity for the public to see these maps.

8    And you have what we have now.  There were slight tweaks

9    made in amendments this past Monday, which we all

10   debated, and now we're in the midst of continuing to view

11   those maps and solicit input from the public.  And again,

12   ultimately, the California voters will vote on this.

13           SENATOR STRICKLAND:  A follow-up question

14   on that same.  So is your testimony or your statement

15   here today that no member of the Legislature saw these

16   maps before they were public?

17           SENATOR GONZALEZ:  Again, I will reiterate

18   that these maps were available publicly on Friday and we

19   had the ability, all of us, to solicit our residents and

20   provide additional -- they had the ability to provide

21   additional input.  And so that's what we're doing today.

22           And what we're not talking about,

23   unfortunately, is the fact that, you know, Texas has

24   continuously gerrymandered mid-cycle.  Texas has, every

25   single year since 1965, violated the Voting Rights Act,

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                    33

1    every single time.  We're going down a rabbit hole here

2    on transparency and all of the procedural matters.  But

3    what's not included here is the reaction that Texas,

4    your colleagues in Texas, have continuously violated the

5    Voting Rights Act, have continuously mid-cycle

6    gerrymandered.  It's unfortunate.

7                 SENATOR STRICKLAND:  So on my own time, it

8    sounds like the statements today is that no member of

9    this Legislature saw these maps before they were public.

10   And we all know that's not true and I'm encouraging the

11   media to follow up with every member of the Legislature

12   because under current constitution, not one member in

13   this body, on either house, is allowed to adjust a map.

14   And it was reported that there was different members that

15   adjusted these maps.  And if you wanted to do it

16   correctly, you should have gone to the people of

17   California, get the authority, and then draw the maps.

18                 So any member here -- let's be crystal

19   clear, and I'm asking the media to follow up.  Any member

20   here that adjusted these maps violated the constitution

21   today and is again -- evasive answers that we know that

22   now, it just shows that there's no transparency because

23   no one can answer one member on this floor that had

24   participated in drawing these maps.

25                 You say it's the Legislature.  You're the

1  author, but you didn't have any participation in these

2  maps.  Again, that's not transparency and I'm urging The

3  media to follow up with each and every one of these

4  members as this moves forward -- if you get the

5  two-thirds vote, which I believe you will -- to ask these

6  questions.

7             Now, if I had the power, as was stated --

8  and by the way, I don't know one member of the Texas

9  Legislature.  Not one.  I was elected here in California,

10  not Texas.  And it was stated in the opening, "You have

11  the power to shut this down."  If I had the power to stop

12  this, I would stop it.  I'm telling the media right now,

13  if the Republicans in California had the power to stop

14  this, we would stop this today.  And they are

15  misrepresenting what is the actual truth moving forward.

16             Redistricting commission -- let's make it

17  clear.  The nonpartisan redistricting commission --

18             SENATOR WEBER PIERSON:  Excuse me.

19  Senator Strickland, if you can please address the body

20  and not the media when you're speaking.

21             SENATOR STRICKLAND:  I'm looking around my

22  other colleagues.  I could look around my whole --

23             SENATOR WEBER PIERSON:  Excuse me, Senator

24  Strickland.

25             SENATOR STRICKLAND:  I'm only allowed to

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                         35

```
     look forward?
 1             SENATOR WEBER PIERSON:  Please look at me
 2   while you are making your address.  Thank you.
 3             SENATOR STRICKLAND:  That's a new rule
 4   that I haven't heard of before.
 5             SENATOR WEBER PIERSON:  I would appreciate
 6   if you comply.
 7             SENATOR STRICKLAND:  I've been here over a
 8   decade.
 9             SENATOR WEBER PIERSON:  Everything is
10   through the presiding officer.  Thank you.
11             SENATOR STRICKLAND:  It is through the
12   presiding officer.
13             SENATOR WEBER PIERSON:  Exactly.  So you
14   can direct your comments to me or if you have a question,
15   you can direct it --
16             SENATOR STRICKLAND:  So let's be clear --
17             SENATOR WEBER PIERSON:  Excuse me.
18             SENATOR STRICKLAND:  Okay.
19             SENATOR WEBER PIERSON:  If you have a
20   question, you can direct it to that member.  But if
21   you're speaking, please direct it to the presiding
22   officer.  Thank you.
23             SENATOR STRICKLAND:  Thank you.
24             Let's be clear.  It was stated in the
25
```

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                    36

opening that the Nonpartisan Redistricting Commission

drew these lines and these maps.  That's a false.  They

might have took it as a blueprint, but the Nonpartisan

Redistricting Commission did not draw these maps as it

was stated in the opening.  Again, people are trying to

be misled of what this actually is.

            Members, this week's actions demonstrate

why we need a Nonpartisan Citizens' Redistricting

Commission, and why it was passed in the first place.

            For my colleagues on the other side, who I

deeply respect, sometimes I believe you think the ends

justify the means.  Let's go through what happened this

week with no transparency, no input from the community

across the state to draw these maps.  And these maps were

drawn behind closed doors with the Governor and, what I

understand, legislative leadership.  No one admits that

they had any participation in these maps.  They just came

out with thin air.

            But again, let's look what happened this

week in terms of transparency.  You violated your own

rule, the 30 day rule, to push this through.  No one will

admit that they drew these maps.

            And to the media, I'm saying you need to

move forward as this moves forward, to the famous line,

what did they know, and when did they know it?  Which

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                   37

 1   lawmakers saw these maps and had influence on these maps?
     Who paid for these maps?  And the lack of transparency
 2   keeps going on and on and on.
 3
             Let's see what we have here today,
 4   currently, before you go to the voters in November.  What
 5   we have here today is the gold standard for redistricting
 6   nationally.  It should be the national model and not
 7   thrown out.  It's something that we should brag about
 8   here in the state of California.  The fact that the
 9   people pick the lines, not the politicians.
10
             We have full transparency.  In fact, we
11   have hundreds -- hundreds of hearings throughout the
12   state of California, in every corner of the state of
13   California, so citizens can participate in the drawing of
14   these maps that keep communities together of whole cities
15   and counties.  And the lines are drawn in public in front
16   of everybody, in front of the world.
17
             Members, fair districts lead to fair
18   representation, and if you pass this bill moving forward,
19   and if it passes in November, which I don't believe it
20   will, but if it does, what you're striving for is
21   predetermined elections, meaning that there won't be one
22   competitive race for Congress in California for the next
23   three cycles.  Members, that's not good for Democrats,
24   Independents, and Republicans.  You're taking the voice
25

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording    on 08/21/2025                    38

1    away from Californians in terms of having fair

2    representation and earning the trust of your voters.  Not

3    having a predetermined election.

4                Here in California, we have a system where

5    citizens pick the representatives and not politicians

6    picking the citizens.  That's what you want to throw

7    away.  And what I heard from many of my colleagues on the

8    other side, this is going to be temporary.  From my

9    experience, and I have over a decade of experience here,

10   nothing is temporary when you do it.  Former President

11   Ronald Reagan said it best.  "We have long discovered

12   that nothing lasts longer than a temporary government

13   program."

14               Even this week, the assembly elections

15   chair stated that the Democrats should do what we're

16   doing here today in 2030.  It was quoted already.  So

17   when you say to the people of California, this is

18   temporary, my experience is nothing's temporary here.  I

19   don't believe one second that this will be temporary and

20   neither should the people of California.

21               Now, I do have a Joint Resolution 10.

22   It's not up yet.  I put it across the desk.  But it says

23   we should have nonpartisan redistricting districts and

24   make it a model nationwide.

25               I do believe it is wrong for Texas to do

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                    39

this.  I do believe it's wrong for Illinois to do this.
I do believe it's wrong for every other state where the
politicians pick their citizens.  It is wrong.  Both on
the Democrat and Republican side.  We should be promoting
what we do here in California, not throwing it away.  And
that's what you're going to do if this is successful.
You're going to take what is the national model for
redistricting and putting power in the people, and you're
going to take it back to put in the power of the
politicians; so you don't have to really earn the vote of
your constituents because the election will be
predetermined.

            I also support Congressman Kevin Kiley's
legislation that bans mid-decade redistricting
nationwide.  Members, I heard that Speaker Pelosi and
other Democrats from the DCCC from California were here.
What would be more constructive is that you jump on board
to Kevin Kiley's bill, pass it on the national level, and
therefore, we won't have mid-decade redistricting.

            So members, again, going back to the
census 2020, there's been massive population shifts since
2020.  And when you look at these maps, for example, Los
Angeles has lost representation in the last five years,
but under these maps, they pick up a seat.  The Inland
Empire has gained population over the last five years,

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording    on 08/21/2025                    40

but they lose a seat.

1              And it's very clear in federal law that
2  these districts have to be equal in representation.  So
3  if you use the 2020 census, as was stated here before us,
4  this will be thrown out by courts because it is very
5  crystal clear that the deviation that you have when you
6  draw congressional districts is very, very small.

7              And members, you know this is wrong.  You
8  know what you're doing today is wrong.  You know it's not
9  good for democracy in California.  And you weren't
10 elected by anybody.  You weren't elected by the people of
11 Illinois.  You weren't elected by the people of Texas.
12 You weren't elected by the people of New York or North
13 Carolina.  You were elected by the people of California,
14 and you were elected to defend the constitution.  The
15 Constitution -- again, I believe my colleagues, whether
16 you knew it or not, violated the oath of the constitution
17 that you swore to.

18             And I do believe -- I understand, but the
19 ends don't justify the means.  You know this is bad for
20 Independents, Democrats, and Republicans throughout the
21 State of California.  I want you to look deep inside your
22 soul and you know this is wrong moving forward.  You know
23 this is not good for democracy in California, and I'm
24 urging your no vote.  Thank you.

25

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                    41

1        SENATOR GONZALEZ:  Thank you.

2        Madam President, may I respond?

3        SENATOR WEBER PIERSON:  So would you like
to respond in your close?

4

5        SENATOR GONZALEZ:  I can do that too, but
I just wanted to make sure that it was known, if I may,

6

just to refute some of the misinformation that had been

7

put out.

8

9        SENATOR WEBER PIERSON:  Can you hold on
for just one moment?

10

11       SENATOR STRICKLAND:  You're going to
respond to every speaker?

12

13       SENATOR WEBER PIERSON:  Senator Gonzalez,
unless someone has asked you a specific question, which

14

there was not a question, we're going to have you use

15

those in your close.

16

17       SENATOR GONZALEZ:  Okay.

18       SENATOR WEBER PIERSON:  Senator Niello,
you are recognized at your desk.

19

20       SENATOR NIELLO:  Thank you, Madam
President.

21

22       Members, I hope you will indulge me for a
moment for a bit of digression into some political

23

history.  No misdirection, just the facts, ma'am.  In

24

2008, Proposition 11 was put on the ballot to establish

25

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording    on 08/21/2025                    42

1    the commission for redistricting for state legislators,

2    and I think also the BOE.  And my friend from West

3    Sacramento was correct in the -- I think the assembly

4    elections committee yesterday when he said that that bill

5    barely passed.  It was definitely a squeaker.  Maybe less

6    than 1 percent over 50 percent.  That's correct.  There

7    is a rest of the story, though, which I'll get to in a

8    moment.

9               Importantly, one main opponent to that

10   Proposition was the California State Democratic Party.

11   Well, what do you know?  Now, fast forward, 2010.

12   Proposition 20 was placed on the ballot to perhaps

13   correct an incompletion of the previous Proposition 11 to

14   add congressional districts to the commission's

15   responsibility.  That's what we're talking about here,

16   congressional districts.  Not what Proposition 11 did,

17   only state offices, but congressional districts.

18               Now, the rest of the story.  That

19   proposition passed overwhelmingly.  Over 60 percent of

20   the vote.  Interestingly, there was very little

21   opposition to that proposition.  Now, this is important.

22   There was a reason for that.  What is the easiest way to

23   defeat a proposition?  That's where misdirection comes

24   in.  Confusion.

25               There was also, on that ballot,

1   Proposition 27, which proposed to completely abolish the

2   redistricting commission.  Get rid of it.  Not maintain

3   it, which we're talking about supposedly here, but get

4   rid of it.  The ostensible proponent for that in the

5   literature was UCLA professor and former chair of the

6   Fair Political Practices Commission, Daniel Lowenstein.

7   But he said the real sponsors were democratic members of

8   Congress.

9            Well, what do you know?  The contributors

10  to that campaign, which ranged from 5000 to $225,000,

11  were Judy Chu, Anna Ashu, Zoe Lofgren, Nancy Pelosi,

12  Doris Matsui.  Our own colleague here from San Pedro who

13  was in Congress at the time, Linda Sanchez, and Adam

14  Schiff, as well as a number of others who are no longer

15  in Congress.

16           The confusion didn't work.  What was the

17  result of that competing measure?  It was defeated by

18  almost an exact mirror image by which Proposition 20

19  passed.  It was defeated with 60 percent saying no.  So

20  now comes a convenient opportunity, very convenient

21  opportunity.  Governor Newsom wants five more democratic

22  congressional seats.

23           And Democrats see an opportunity for

24  California taxpayers to pay for what they could not get

25  with Proposition 27 in 2010.  It has, after all, been

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                    44

1    reported that the DCC has been involved with the current

2    effort.

3             A quarter billion dollars, or whatever the

4    amount is to fund this partisan effort to thwart the will

5    of the voters, is absolutely unacceptable.  Members just

6    history, not misdirection.  Those are just the facts,

7    ma'am.  I urge a no vote.

8             SENATOR WEBER PIERSON:  Thank you.

9             Senator Grayson, you are recognized at

10   your desk.

11            SENATOR GRAYSON:  Thank you, Madam

12   President.  I do have a question to the author.

13            SENATOR WEBER PIERSON:  Will the author

14   take a question?

15            SENATOR GRAYSON:  Thank you very much.

16   First, I have two questions.  I'll just ask them both and

17   then answer all in one.  The first one is the actions

18   taken by Texas, are they permanent or temporary?  And

19   does Texas practice midcycle redistricting?

20            And then -- so that was a two part

21   question on the first one.  And the second question is,

22   for redistricting bills, I believe there was some

23   reference made to that.  Could there be -- could the

24   author elaborate on what was talked about as far as some

25   redistricting bills that had been opposed?

1    SENATOR WEBER PIERSON:  You may proceed.

2    SENATOR GONZALEZ:  Thank you for the

3  question.  And yes, first question, Texas' actions --

4  their action yesterday is actually permanent.  There is

5  no temporary aspect to the gerrymandering they just

6  approved yesterday through their House midcycle.

7  Redistricting is a constant and there's no input for

8  Texas voters to weigh in.  Very opposite from what we're

9  doing here.  Ours is temporary until 2030.  And of

10  course, we are letting the voters decide whether to do

11  this midcycle or not, which we are doing through a

12  constitutional amendment.  So we are absolutely doing

13  that.

14    On the second piece, thank you for your

15  question on redistricting.  Now, as mentioned, just as of

16  last year, there have been over 30 bills last year and up

17  until going back to about 2014, where a number of bills

18  had been presented in this body to support an independent

19  redistricting commission in various parts of the State of

20  California, in places like San Luis Obispo, and

21  Sacramento and Orange County, Riverside, Fresno, Kern.

22  And all of those bills and efforts to establish an

23  independent citizens' redistricting committee in all

24  parts of the state of California had been voted no by my

25  colleagues on the other side of the aisle.

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                      46

1    And so I'm not understanding what they're

2    saying in terms of wanting now an opportunity to have an

3    independent redistricting commission be the end all say

4    all while we're sitting here getting attacked by

5    President Trump on our democracy.

6    SENATOR GRAYSON:  Thank you for that

7    additional information.  If I may, through the chair,

8    would this -- and this is just a hypothetical question on

9    my part or maybe not.  Would this measure impact any

10    other districts outside of congressional districts?  The

11    answer is no.

12    And another question is who will

13    ultimately -- ultimately have the final say on this

14    matter?  And the answer is the voters of the state of

15    California.

16    Senators, I rise in support of this

17    measure.  Throughout my life and throughout my career, I

18    have been guided by some very simple and basic values.

19    First and foremost among them, fairness and respect with

20    commitment to be fair and respectful of my neighbors and

21    also to respect the rule of law.

22    This is an impactful day, especially for

23    all of us here in California, which is why the mid-decade

24    redistricting efforts being conducted by other states

25    certainly appear to undermine these values in pursuit of

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                    47

power, simply for the sake of power.

1                And what is most troubling to me is that

2    these efforts appear to be equivalent of changing the

3    rules of a game after it has started.  Imagine a football

4    game that is tied at halftime and one team comes out for

5    the second half declaring that for the rest of the game

6    their touchdowns are worth twice as many points.  Is that

7    just.  Is that justice?  Is this not the situation we

8    face here where a number of states have decided to change

9    the rules of redistricting to at halftime?

10               Senators, we are literally at halftime in

11   this redistricting match that we now find ourselves in; 5

12   years into a 10-year cycle facing the same situation as

13   the hypothetical football game that was just described.

14   Fairness would dictate that either all the touchdowns are

15   worth twice as many points or none of the touchdowns are

16   worth twice as many points.  Justice would dictate that

17   we all abide by the same rules regardless of the game,

18   which is exactly why we're here today.  Thank you.

19               SENATOR WEBER PIERSON:  Thank you.

20               Senator Choi, you are recognized.

21               SENATOR CHOI:  Thank you, Madam and the

22   Members.

23               I rise today in strong opposition to this

24   proposal for special election to redraw our congressional

25

districts in California.  Many points have been raised,

1   and Texas has been described as a bad actor.  Very

2   interesting.  And then also the regulations on the sports

3   and halftime changing the rules.  I would like to apply

4   these two points.  If Texas was a bad actor, are you

5   supposed to follow the bad actor?  If somebody runs

6   through a red light or kills somebody, you do the same

7   thing?  I mean that's exactly what we are trying to do.

8   And as a model for Texas, it's a model we now follow

9   whatever Texas does.  If you say that that action is

10  wrong, just let's don't do that.  Isn't it more common

11  sense?

12          Now many points in this direction we can

13  argue about but let me focus on this measures in another

14  sense, not urgent item.  It is not necessary.  It is

15  certainly not affordable.  Let me focus on the financial

16  aspect of that.  In California, we have projected to face

17  $12 billion of deficit in the coming year.  You all know

18  that.  Every dollar matters.  Yet this proposal would

19  drain an estimated a quarter billion dollars of general

20  budget just to conduct a special election.  This is money

21  we do not have and the money that could be put to far

22  better use.

23          Think about what a quarter billion dollars

24  can do or represents.  It could finance tens of thousands

25

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                     49

1   of childcare slots for working families.  It could
2   support financial aid for thousands of college students
3   struggling with tuition.  It could keep after school
4   programs and mental health services available for our
5   children.  It can fund public safety and wildfire
6   prevention programs at a time when California depend on
7   them most.
8           In order to help close the $12 billion
9   state budget deficit, the supermajority decided to cut
10  California Peer-Run Warm Line in Orange County.  A key
11  program that has provided a free 24/7 mental health
12  service to millions of residents.  That was only $5
13  million.  I was hoping that you would agree to that, but
14  it was cut off.  And here a quarter billion dollars is
15  just pocket money to spend on this unnecessary special
16  election special election and special redrawing in the
17  mid-decade.
18          As a result of Orange County, where I
19  represent the county warm line program, has a laid of 127
20  staff members and is now facing to end operations
21  completely.  Think about the victims, the customers who
22  have used this warm line and then also unburdened all the
23  burdens that the 911 system is getting.  And we know that
24  the 911 system right now is -- answer so late because of
25  a shortage of people with the shortage of staffing in 911

answering service.

1              Instead of funding critical programs like
2
this, we are being asked to throw these dollars away on a
3
political maneuvering.  This is not about the fairness.
4
This is not about the people.  And this is certainly not
5
about protecting democracy that you all say that we must
6
keep the democracy fairness of fairness.  This is a
7
partisan power grab, and it comes at the expense of
8
Californians we are here to serve.
9              So I ask you, my colleagues, will we tell
10
Californians that their childcare, their education, their
11
healthcare, their public safety programs don't matter as
12
much as a rushed and unnecessary special election
13
redrawing?  Or we will stand with them and say no to this
14
reckless use of taxpayer dollars.
15             Senators and colleagues, let us show some
16
fiscal responsibility and common sense.  Please vote for
17
no on this wasteful proposal.  Thank you.
18             SENATOR WEBER PIERSON:  Thank you.
19             Senator Laird, you are recognized.
20             SENATOR LAIRD:  Thank you, Madam
21
President.
22             In 2021, a particularly egregious
23
gerrymander was done in my district in San Luis Obispo
24
County.  It was for the board of supervisors' districts,
25

1   and it was proposed by one party.  A party that was

2   losing registration was no longer the party with the

3   greatest plurality in that county and they passed a map

4   suggested by one political committee to egregiously

5   gerrymander that county.  Under the census, minor tweaks

6   to the existing districts would have been in order.

7   Instead, it was jam the Democrats into one district, make

8   the other four districts in a way that they likely could

9   go the other way, and preserve a majority that didn't

10  exist in the electorate at large.

11              And it was gross.  There were some people

12  that would vote in three -- every two years for three

13  cycles for supervisor.  There were some that were the

14  opposite.  There were -- thousands of people would have

15  two supervisors at once.  Thousands more would have no

16  supervisor.  It was a dislocation that was off the

17  charts.

18              And so what happened?  I introduced, last

19  year, Senate Bill 977 to say we would have independent

20  redistricting for San Luis Obispo County.  We would have

21  the commission.  That egregious line drawing would never

22  happen again for that county.

23              And then what happened in this body?  In

24  this body, nine senators thought that was just fine.

25  That that egregious redistricting that would have been

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                      52

1    rectified by commission is what they voted against.  And

2    it was said "Just the facts," on one speech, and then

3    there were all the names that were given about those

4    facts.  Well, let me say in just the facts, it was

5    senators from Jackson, Bieber, Bakersfield, San Diego,

6    Sacramento, Yucaipa, and Murrieta that said, "We are fine

7    with egregious gerrymandering.  We do not want a

8    commission.  We do not want fairness in redistricting."

9    Let's be clear about that.

10              So when it was said, "What is known and

11   when did we know it?" in 2024 we knew that was an

12   egregious redistricting and nine Senators said it was

13   just fine with them.  It was said fair districts lead to

14   fair representation, but nine Senators said not in San

15   Luis Obispo County.  It was said that politicians should

16   not pick their voters but was fine for nine Senators in

17   San Luis Obispo County.  It was said that we are

18   witnessing a partisan power grab.  We witnessed one there

19   and it was fine for nine Senators in San Luis Obispo

20   County.

21              So let's just call that what it is.  We

22   have born again commission lovers here.  They had a

23   chance to have the fair redistricting in different parts

24   of the state, and it was rejected.  And so I just think

25   it's fair to expose that level of partisanship because

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                    53

1   that's what's going on.  And I think now we have a

2   national crisis and we are responding and I asked for an

3   aye vote on AB 604.

4                   SENATOR WEBER PIERSON:  Thank you.

5                   Senator Grove, you are recognized at your

6   desk.

7                   SENATOR GROVE:  Thank you, Madam

8   President.

9                   Colleagues, I rise in opposition of this

10  redistricting package, all three bills that are coming

11  before us today to redraw congressional lines.  The move

12  undermines the will of the people and the voters of this

13  state.  I don't wholeheartedly agree with the actual

14  commission, the people that are on the board of the

15  commission.  But I don't agree that legislators should be

16  able to draw their own lines either.  And I'm a

17  legislator, and I don't think I should be able to draw my

18  own lines.  I think the people should be able to pick the

19  people they want to have them represented, and it should

20  be that a standard across the United States.

21                  I listened to your comments, and I really

22  wasn't going to speak, but I listened to all the comments

23  and it's all about transparency, and this has been

24  transparent.  Colleagues, this bill -- this bill was put

25  in print on Monday.  We had a hearing on Tuesday.  On

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                    54

Tuesday, when the hearing took place, both election

chairs in the Assembly and the Senate could not answer

one question.  Who drew the lines?  The Assembly

elections chair said it was a collaboration.  The

Assembly elections chair said it was leadership.

Leadership?  What leadership?  Give us a name.

           The individual who was providing technical

assistance in that committee would not answer any

questions about who they were, who they represented, who

was paying them.  It's a public process and you're asking

from the dais, "Who do you represent?"

           "I'd rather not answer that question."

           "Who's paying you?"

           "I'd rather not answer that question."

           I mean, this is a public process where we

got no answers and you're talking about transparency.

They were asked, "Who drew the lines?" and in the

Assembly, the response was, "It was a group of

leadership.  It was the same state Legislature."  And the

response was, "We're in the state Legislature, and we

didn't participate in that process."  And they said,

well, "You're not in leadership."  So then it fell on

leadership.

           I watched the interview on our own

elections chair here in the Senate.  "Who drew the

lines?"

1

              "Well, the Rules Committee."

2

              I'm the Vice Chair of Rules.  We did not

3

participate, that I know of, of drawing any lines.  My

4

colleague from Santa Cruz sits on rules.  He did not

5

participate in drawing any lines.  It was not the Rules

6

Committee.  They also said that the Rules Committee

7

placed this information and the maps on the website.  We

8

didn't do that.  I went back through the last three

9

hearings.  We did not vote to do that.

10

              No one is being truthful and transparent

11

when we're just trying to ask questions.  Who drew the

12

lines?  Did you know about the lines before it was -- you

13

know, did you have input?  And I know that's just a

14

simple thing and it's just one thing that needs to be

15

brought up.  But if we're going to talk about

16

transparency, this process put in print on Monday where

17

lines were already drawn when the bill was put in process

18

with no public comment because the first public comment

19

went up on Tuesday during the hearing and the maps were

20

already drawn.  And it's supposed to be a public process.

21

That's not what we're doing here and we're better than

22

that.

23

              And I know the rhetoric on the other side

24

is about Texas.  Let's talk about Texas for just one

25

second.  Texas was sued by the Elias Group.  The Elias

1

Group --

2

Permission to read?

3

SENATOR WEBER PIERSON:  Permission

4

granted.

5

SENATOR GROVE:  "The Elias Group is a

6

mission driven firm committed to helping Democrats win

7

citizens' votes and progressives make change."  That's

8

the Elias Group.  The Elias Group won a lawsuit against

9

Texas.  Like it or not, constitution says we have three

10

branches of government, the executive branch, the

11

judicial branch, and the legislative branch.  The

12

judicial branch ordered the State of Texas to redraw

13

their lines.  The State of Texas complied with the

14

judicial order -- the judge's order.  That's it.

15

Now, because of the way the lawsuit was

16

structured, Texas did take it in a way that, you know,

17

nobody really expected it to happen, but they did.  The

18

bottom line is, is that the response that California is

19

having because of a lawsuit from a Democrat activist

20

lawyer group in D.C. and then California jumps on this

21

bandwagon.  We are not involved in that lawsuit.  We are

22

not involved in Texas legislation.  Contrary to my

23

colleague's statement, he knows no Texas legislators, I

24

know several.

25

1         They're under a judicial order to redraw

2    the lines.  For us to engage in that process, I think

3    sends a bad message across the nation because that old

4    adage, "So goes California, so goes the nation."  There

5    is no doubt in my mind that other states will look at

6    what we are doing to offset Texas, which is a judicial

7    directive, a judgment against Texas to redraw those

8    lines.

9         And looking at what we're doing -- and

10   again, their policy is different.  Legislators can redraw

11   those lines.  Our policy is separate.  It's a

12   constitutional amendment where we have a citizens

13   redistricting committee and we as legislators can't draw

14   the lines.  And no one in this body will answer the

15   question, including the author that's presenting or the

16   presenter this morning, the majority floor leader.  It

17   was asked by my colleague three different ways, "Who drew

18   the lines?" and there's still no response.  Why is that

19   such a hard question?

20        If you look at what's happening, it's

21   going -- "So goes California, so goes the nation."  And

22   I'm telling you, you guys have not thought this all the

23   way through because you don't have the votes.  You just

24   don't have the leeway that we do on our side of the wild

25   from a national experience.

1          Pritzker can't help you.  He's got 3

2  Republicans out of 17.  Massachusetts has zero.  New

3  York, very few.  This is not going to go well for your

4  side of the aisle coming the midterm elections and I just

5  don't think that you've thought that through.

6          I can tell you that, you know, if people

7  did participate on the lines and you can make an

8  assumption that you have forever congressional seats here

9  in the state of California, and you're making those

10  decisions because of the congressional lines that are

11  going to benefit you for the rest of your life, it still

12  doesn't help the voters in California, all of the people

13  that we represent.

14          We have serious problems to solve in this

15  state.   have a potential of refineries closing.  We've

16  got a potential of cement businesses going out of

17  business.  We've got LA wildfires where only four permits

18  have been issued.  We don't need to get involved in this

19  nonsense.  The people of the state of California voted in

20  a citizens' redistricting commission.  I didn't like that

21  idea either.  I did vote against it.  But that's what we

22  have.  And unless that is changed in a process that is

23  not like this -- if you want to work on this next year,

24  and I realize that probably run out of time for the

25  elections.

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                    59

1           But the bottom line is that this bill was

2    put in print on Monday.  The people of the state of

3    California had Tuesday and one committee hearing to

4    comment on it.  That's not transparency.  And in that

5    committee hearing, no one would answer those questions.

6    That's not transparency and that's not the way this body

7    should operate.

8           I've been here since 2010.  I came in in

9    the Tea Party district, and I was that rant and raving

10   individual on the Assembly floor that got my mic shut off

11   several times.  I get it.  But there is a collegiality,

12   whether you agree with policy or not, that you have on

13   this floor and that we have to be 1 of 40, right?  40

14   Representatives of the state of California.

15          And I'm just telling you that the way this

16   is put together is not right for the voters, it's not

17   right for California, and this thing is going to backfire

18   on you.  So, next year when all this goes down, I want

19   you guys to say, just like you're saying right now,

20   "Gosh, Groves has been screaming from the rooftops for 10

21   years regarding our oil and gas prices going up and the

22   avenues that we're taking."  And next year, you're going

23   to go, "Wow, Grove was saying this is going to backfire

24   us."  Mark my words, they will pick up almost 25 mid-

25   state congressional seats.

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                      60

1          The way this process is working is not

2   good for us, our party, your party, or the people of this

3   nation in this state.  I support Kevin Kiley's bill that

    says no midterm redistricting -- no midterm
4
    redistricting, and that we should abide on the census
5
    every 10 years just like it's set in place.
6
7          Respectfully ask for a no vote based on

8   the voters in this state and across our nation for this

    redistricting passage that has zero transparency.  Zero
9
    transparency.  And even if you did have a hearing, you
10
    won't answer anybody's questions.
11
12         SENATOR WEBER PIERSON:  Thank you.

13         Senator Valladares, you are recognized.

           SENATOR VALLADARES:  Thank you, Madam
14
    President.
15
16         And I too want to raise my mic in

17  opposition.  So I want to raise an issue that I think has

    been overlooked in this process, and that is communities
18
    of interest.  Our Constitution is really clear.  When we
19
    draw districts, we're supposed to keep communities
20
    together.  Cities, neighborhoods, agricultural regions,
21
    aerospace hubs, working class communities, watersheds,
22
    school districts.  These are groups of people with shared
23
    and social interests who deserve to have fair and
24
    effective representation.  What we're not supposed to do
25

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                    61

1   is draw maps around politicians, incumbents, political

2   parties, or the partisan advantage or disadvantage of

3   voters, yet that is exactly what these maps do.

4          To echo a lot of the sentiments from my

5   colleagues on my side of the aisle, this process has been

6   secretive from the very beginning.  We don't know who

7   drew these lines, or rather, it's difficult for those who

8   were involved to name names, really at this point, but we

9   all know it was politicians.  It was consultants and D.C.

10  insiders that are going to all benefit from these maps.

11         And the result, the result is truly

12  unmistakable.  Communities of interest were ignored, they

13  were divided, and they were sacrificed for political

14  gain.  Take Modoc County.  Farmers and ranchers, people

15  who feed the world.  They are now lumped in with wealthy

16  Bay Area neighborhoods whose daily realities couldn't be

17  further apart.  Look at Lodi, an agriculture community

18  split three ways.  Some bundled into Sacramento suburbs,

19  others into Bay Area commuter towns.  Instead of one

20  strong voice in Congress, their representation is now

21  diluted and divided.

22         In my own district, the Antelope Valley,

23  an isolated region with shared concerns of aerospace and

24  defense.  It's the nation's backbone for defense, for

25  innovation.  It's where America's most advanced aircraft

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                     62

 1   and space technologies are designed, built, and tested.

 2   It's carved into five different congressional districts.

 3   This means no single representative is fully going to be

 4   accountable to the needs of my community in the Antelope

 5   Valley.

 6            And let's talk about Sonoma County,

 7   chopped into three districts, silencing the ability of

 8   that community to speak with one voice.  This isn't just

 9   bad mapping.  This scheme is bad governance.  The voters

10   of California created an independent redistricting

11   commission precisely to prevent this kind of power grab.

12   They voted for fairness, transparency, and independence.

13            The Constitution says maps are not to be

14   drawn for politicians, for incumbents, or for parties.

15   But here we are with maps engineered in secret, rushed

16   forward, and designed to benefit a few select few.  This

17   is in clear conflict of interest, and it undermines

18   public trust and our elections.  It tells voters that

19   their voices matter less than political insiders and it

20   confirms every fear they already have about Sacramento.

21            Colleagues, this isn't about Democrats or

22   Republicans.  In my district, I represent more Democrats

23   than I do Republicans.  I want every single voter to be

24   represented fairly.  This is about the constitution.

25   This is about transparency.  It's about whether the

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                    63

1   people of California get what they voted for, a fair and

2   open process.  Not maps drawn in back rooms for political

3   convenience.

4               The people of California deserve better.

5   They deserve fair maps.  They deserve good government,

6   and they deserve leaders who will honor California's

7   constitution, not undermine it.  I cannot support this

8   plan.  And I think it's ironic to hear, in response to my

9   colleague from Santa Cruz, how history is repeating

10  itself.  How right now we're seeing that across the

11  nation and even in California, that Democrats have lost

12  2.1 million voters and Republicans have picked up 2.4

13  million.  And further makes me question this paragraph.

14  Is history repeating itself?

15              I urge you to vote to uphold the

16  constitution of California today.  I urge you to be the

17  voice -- to be the voice that your constituents elected

18  you to be.  To uphold their rights, their voices,

19  respectfully ask for a no vote.

20              SENATOR WEBER PIERSON: Thank you.

21              Senator Umberg, you are recognized.

22              SENATOR UMBERG:  Well, thank you, Madam

23  President.

24              Let me speak to some self-evident,

25  irrefutable proofs.  Truth number one is that all 39

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                    64

1   members of the California State Senate sitting here today

2   are here because they want to improve the lives of

3   Californians.   Irrespective of whether they have a D or

4   an R behind their name, they're here to improve the lives

5   of Californians.

6           Truth number two, we would not be here but

7   for the President of the United States ordering Texas to

8   create five new seats.   And why?   Why?   Because he's

9   concerned about the Congress potentially being a check on

10  his power.

11          Truth number three.   Truth number three is

12  that the $811 million that the President has asked to be

13  taken from California K-12 education, to include after

14  school programs that were referenced by my colleague from

15  Irvine, that that diminishes the quality of life of

16  Californians.

17          Next truth, the billion dollars right now

18  that is attempted to be extorted from UCLA diminishes the

19  quality of life of Californians.

20          Next truth.   The 57,861 individuals

21  detained by masked agents, many unknown, that diminishes

22  the quality of life in California and in particular, the

23  47,000 plus who have not had a conviction for anything

24  other than being of a certain race and having a certain

25  occupation.   That is the only criteria that was used to

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording    on 08/21/2025                    65

1   detain those 47,000 individuals.  That diminishes the

    quality of life in California.
2

3           The $164 billion taken over the next 10

4   years in terms of health care, that diminishes the

    quality of life here in California.  And in terms of the
5

6   cost-benefit analysis, whatever it costs for this

7   election, if we can save but a small portion of the

8   amounts that the President wishes to remove, to take, to

    punish California, it is a cost-benefit analysis that we
9

10  should engage in.

11          Now, James Madison in Federalist 47 said

12  look, here's what we do is we as our government, we

13  create a government with checks and balances, and the

14  Congress is supposed to be a check on the executive, a

15  check on the -- but this Congress has been absolutely

16  supine in terms of being a check, including the nine

17  members of the Republican delegation from California have

    basically decided to disarm.
18

19          Now, what is the response?  The response

20  is to actually respond to what the President's trying to

21  do.  Again, we wouldn't be here but for that.

22          Now, let me also commend and congratulate

23  those of the Republican party who have stood up to the

24  President.  I heard my colleague from Huntington Beach

25  today talk about Texas, say that what they're doing is

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording    on 08/21/2025                      66

1    wrong.  That's hard.  That's hard, and much harder for
2    Republicans to say that than Democrats.  Same thing with
3    my colleague from Irvine who condemned what the
4    President's doing in Texas.  The same thing with Kevin
5    Kiley who's saying, "Look, we should not be doing
6    midterm, mid-decade reapportionment."
7              The same thing with Carl DeMaio, and
8    you're never going to hear these words spoken again, is
9    that I commend Carl DeMaio for citing his disdain for
10   what's going on in Texas.  But that is not sufficient.
11   And by the way, I appreciate the humility of my
12   colleagues here too.  That's not a trait that's common to
13   most of us who are elected.  But their humility in saying
14   that they have no influence.  They have no influence on
15   the President.  They have no influence on Texas.
16             Well, I invite them to join with me in the
17   letter that I circulated asking the Governor of Texas
18   cease and desist, to stand down.  If he stands down, we
19   will stand down.  The 9 members of the Republican
20   delegation in the Congress are larger than 23 states in
21   this union.  Those 9 members, plus our colleagues here in
22   the California Legislature, they have a very strong
23   voice, and I urge them to use that voice.  I'll go to
24   Austin with them.  I urge them to basically make sure
25   that this crisis is averted.

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                    67

1              If this crisis is not averted, then we in
   California must stand up.  We in California must stand up
2
   for the quality of life of Californians as we see it
3
   being assaulted.  We must stand up and vote aye on AB
4
   604.  Thank you.
5
              SENATOR WEBER PIERSON:  Thank you.
6
              Senator Durazo, you are recognized.
7
              SENATOR DURAZO:  Thank you, Madam
8
   President.
9
              Good morning, colleagues.  Today's vote is
10
   not about us.  Today's vote is not about politicians.
11
   Today's vote is about people.  Working people living
12
   ordinary lives.  Today's vote is about whether Texas and
13
   Trump have the right to water down what is right for the
14
   people who elect us.
15
              California's average hourly wage is $7 an
16
   hour more than Texans make.  Our minimum wage is $9 more
17
   than theirs.  And before any of you knee jerk to "Yeah,
18
   but everything is more expensive in California," consider
19
   the facts for working people beyond wages.  Texas
20
   families pay $4,300 out of pocket for health insurance.
21
   Californians pay $1,100 less.  16.6 percent of Texans
22
   don't have any health insurance at all.  But only 6
23
   percent of Californians are without it.  Retirees in
24
   Texas scrape by with $600 less than California retirees.
25

1    Texas utility bills are about the same as Californians.

2    And the median home price in Texas capital city of Austin

     is the same as Sacramento.
3
              This issue and our vote today is about our
4
     right to live in a California that Californians control.
5
     Texas and Trump want to water down that right.  That's
6
     what's at stake.  40 years ago, Texas state government
7
     came up with a famous anti-litter campaign slogan.
8
     "Don't mess with Texas."  You know what?  We aren't
9
     stupid.  Don't mess with us either.  Thank you.
10
              SENATOR WEBER PIERSON:  Senator Seyarto,
11
     you are recognized.
12
              SENATOR SEYARTO:  Thank you, Madam Chair
13
     and -- or Madam President.
14
              So today, members, I stand before you and
15
     this is going to be no surprise.  I do not support what
16
     we are doing.  There's a lot of reasons not to support
17
     this and I'm going to list a couple of them but I'm going
18
     to talk in chief about one thing in particular.
19
              For one thing, I know we've been belittled
20
     for trying to bring it up or pretending that it's
21
     something that's not, but this does lack transparency.
22
     This effort is a week old for us, for the people out
23
     there that got to see, maybe if they knew to get on the
24
     thing.  The reason it lacks transparency is because there
25

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording    on 08/21/2025                        69

1   hasn't been an opportunity for the public to be able to

2   get engaged enough to look and see what these three bills

3   that we're going to be doing are doing.

4           A lot of the public -- there's a lot of

5   people out there, they don't even know what a senator is.

6   But they do pay attention, eventually, and that's why

7   there's a 31-day waiting period usually before we can do

8   these.  But we've done what we always do with our super

9   majority.  We've waived that.  Let's get rid of that.  So

    yeah, there is a lack of transparency in this.
10
            And then the second thing that I want to
11
    say is it also lacks integrity.  You know, sometimes I'll
12
    ask a question that I know the answer to.  You know why?
13
    Because I want somebody to either tell me the answer and
14
    I'll go, good, they're being honest with me.  Or I'll
15
    watch them evade the answer when I know they're smart
16
    enough to -- and they know the answer, and they just
17
    won't do it.  They're evading the question.
18
            And, you know, when I see that happen, to
19
    me, that lacks integrity.  We asked questions in the
20
    committee that were pretty easy.  We know -- we know the
21
    answers to some of this.  But they're kind of rumors, so
22
    you're just kind of trying to get the affirmation of what
23
    the answer is to who drew these.  Was it a consultant?
24
    Was it staff?  Was it a consultant to one of our
25

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                    70

legislative offices?  Because none of those are eligible

under our constitution in California to be drawing maps.

1

2

                And yet somehow, this map dropped out of

3

the sky.  Because I can tell you when we're told the

4

Legislature drew the map -- that was one of the answers.

5

The Legislature.  The Legislature is not a human being.

6

That's like saying the car drew the map.  The car decided

7

where to go.  It did not.  It's not a thing.  I mean, it

8

is a thing, but it's not a living thing.  It can't think

9

on its own.

10

                So, we didn't get the answers that we

11

wanted in our committee, and I was told "You already got

12

the answer."  No, I've asked the question, I just never

13

got the answer.  But I knew the answer, and I didn't get

14

the answer, which means people are being evasive, which,

15

in this body and what we do up here, that lacks

16

integrity.  It also flies in the face of the wishes of

17

voters to make drawing of districts the sole

18

responsibility of the Citizens' Redistricting Commission.

19

                And the last thing I'll mention on this

20

particular, reasons why we shouldn't even be doing this,

21

as you know -- and I'm glad people brought this up.

22

During the past few sessions, numerous bills have been

23

introduced and passed by the Legislature, demanding that

24

the citizen redistricting commissions be formed in

25

counties that do not have them.  And the reason given by

my colleague in Riverside -- and I remember her speech.

The reason given was to preserve democracy.  And yet,

today we're told, "Hey, you know what?  30 of you voted

against those redistricting."

You know why?  You know why I voted

against those redistricting efforts?  Number one, I'm

kind of a local control guy.  I think counties, cities,

they need to weigh in on how they operate.  But more than

that, it's because all of those reflected what a super

majority will do when they're passing a bill.  They set

it up for their party to be successful in the

redistricting effort.  So what they did was they created

a partisan makeup ahead of time.  They created partisan

results from a partisan commission.

So heck yeah, I am voting no on that.  You

want an independent?  Don't tell us what the makeup is of

it other than we have to find independent people to be

able to be on a commission like that.  If you're going to

tell me it has to be this many Democrats and then two

Republicans and the Republican votes don't count, we're

not going to vote for that.  That's why.  That's why we

voted against that.  It's not because we are against the

concept of an independent redistricting commission.  It

is because we are against the ability of a super majority

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                    72

1    to put things in -- poison pills in there, to make it not

     so independent.  So please, enough with that.
2

3             But those are just a few reasons we have

     to scrap this plan and move on to dealing with the real
4

     problems in California.  Because guess what -- and you
5

     guys should be really proud of this -- we have a lot of
6

     real problems in California, and they are not getting
7

     solved.  We have water problems, energy problems.  We
8

     have affordability problems.  We have housing problems.
9

     None of those are being solved, while we sit here trying
10

     to debate about what Texas did.
11

              And I want to mention this.  I do know
12

     Texas legislator.  Congressman Carter, really nice dude.
13

     He really is.  But you know what?  I'm not going to call
14

     him and tell him, "Congressman Carter, this is Senator
15

     Seyarto, I need you to stand down."  You know why?
16

     Because they have different rules than we have.  That's
17

     their process.  They don't have a constitution that says
18

     this is the process.  Their process is, hey, if they're
19

     going to do it that way, they're going to do it that way.
20

     It's not for us to call them and tell them, "No.  You
21

     have to do this because otherwise, California" -- I think
22

     my colleague from Bakersfield laid it out really well
23

     what's going to happen.  You want to bite your nose to
24

     spite your face?  Hey, whatever.
25

1    But here, you know, earlier we had some

2    percentages, and I was thinking, man, if I start talking

3    percentages, people are going to go to sleep.  But since

4    somebody already brought up percentages, I'm going to

5    speak my percentages.  Because what this deals with is

6    this other issue I always hear from this body, and that's

7    proportionality.  Hey, when we're talking about crime

8    stats, well, that's not in proportion to this.

9    So let's talk about proportionality.  And

10   here are some numbers.  46 percent of registered voters

11   in this state are Democrats.  Yes.  That's a pretty

12   dominant number.  25 percent of registered voters are

13   Republican.  But here's a little something.  29 percent

14   are declined to states, no party preference, or other,

15   which means they're registered as another party.

16   But you know what?  The representation in

17   the Legislature for the Republicans, yes, it's very, very

18   proportional.  We're 25 percent registered and we got 25

19   percent membership.  You know who isn't is the decline to

20   states and the no party preference.  And one of the

21   reasons that that's important to remember as we go

22   forward and talk about the congressional seats is because

23   those folks don't like the Democrats, the Democratic

24   platform, and they don't like the Republican platform.

25   They are in the middle.

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                    74

1    But you know what?  They can't win a seat.

2    They can't go out there and win an election.  So it's up

3    to us to try to make sure that we're representing them.

4    And the only way to do that is to understand that half of

5    them usually break to the right and half of them break to

6    the left, which would mean six more seats for the Dems

7    and six more seats for the Republicans.

8    An appropriate makeup for this body, if it

9    were fair, is 24 Democrats, 16 Republicans.  That way we

10   would not have a super majority.  And that also reflects

11   the voting trends in California.  We vote 60-40 on

12   constitutional offices and things like that, right.  And

13   that's exactly what that breakdown is.

14   But let's look at what we're -- in the

15   Legislature, it's 75 percent Dem.  In other words, every

16   single one of those people that are in the middle are

17   actually represented by Democrats.  And you know what?

18   In this state -- sorry to break the news -- that means

19   it's represented by progressive Democrats.  And that is

20   exactly what they don't like.

21   So let's move on to the Congress,

22   congressional seats.  We have 52 of them.  So let's talk

23   about democracy.  52 seats.  You know how many are

24   Republican seats?  9.  We already have 43 percent.

25   That's 83 percent is -- 83 percent of our population, our

1   voters in this state, are represented in the

2   congressional level by Democrats.  That means zero —-

3   zero people in the middle have representation other than

4   from a Democrat.

5               And then, when you look at what we want to

6   do, we want to push that number to 92 percent.  Already,

7   we got 17 percent -- we have 8 percent of Republicans at

8   that point being represented by Democrats.  That's your

9   democracy is Democrats represent 93 percent of our

10  population in Congress?  You guys, that's absurd.  That

11  is absurd.

12              So this effort to save the nation at the

13  expense of democracy in California, it doesn't make

14  sense.  And you know what?  I have more confidence in you

15  guys.  I know you're smart enough to know that.  And I

16  know some of you don't like this bill and I know some of

17  you would really like not to have to vote for it.  But

18  that's how it works in California.  We've got a super

19  majority.  With the super majority comes a lot of power.

20  And with that power comes no power for the other side.

21              So, this notion that somehow the 10

22  Republicans are going to spring to this position of

23  influence and power over all of the other states is

24  absurd.  We can't get anything done here and you know it.

25  So this effort is reckless.  This effort is ridiculous,

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording    on 08/21/2025                        76

1    and it needs to be abandoned so we can start working on

2    the real problems that California has.  And maybe, just

3    maybe, we can start working together to make some real

4    bipartisan solutions.  Not just one Republican vote on

5    one of the bills.  That's not bipartisan.

6              So I urge a no vote on this.  I urge us to

7    move on.  And so thank you for indulging me today and

8    allowing me to explore and talk about the real issues

9    with democracy in California, not Texas.  Thank you.

10             SENATOR WEBER PIERSON:  Thank you.

11             Senator Becker, you are recognized.

12             SENATOR BECKER:  Thank you.  Thank you for

13   allowing me to speak on this important topic.  And my

14   colleague who just spoke said that he was not going to

15   call the folks in Texas.  Well, the folks in Texas called

16   us.  They called us and they said, "You are our 911

17   call."  And I got to tell you, I had chills.  I mean, it

18   was an incredible moment, and I have such respect for

19   them.  They said, "You are our 911 call.  We are calling

20   you in California.  We need your help."

21             And, friends, I'm a history major, and

22   history teaches us that we must stand up to bullies.  I

23   love the point by my colleague from Encinitas.  We must

24   stand up to bullies or face incalculable damage.  And

25   that is what we're doing here today.  We are standing up.

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                        77

When the bully and chief in the White House called up the

Governor of Texas, he said, "Find me five seats," the

Governor of Texas said, "Yes, sir."

            And so now it's our chance to stand up.

And to my friends on the other side of the aisle, and

usually, you know, we are very cordial here, but I've

heard a lot of hypocrisy.  If you want to fight for

independent redistricting, then fight for independent

redistricting.  I know many of you have been to the White

House.  Go to the White House.  Call the White House.

Call out the White House and tell them you want

independent redistricting.  Tell them to back off, and we

will back off, but we will not unilaterally disarm.

            So, I stand here today as a father deeply

concerned about the future of our country.  I stand here

as a patriot, as the grandson of immigrants who came, who

came through Ellis Island.

            SENATOR WEBER PIERSON:  Senator Becker,

I'm sorry, can you please address your comments to me as

the presiding officer.

            SENATOR BECKER:  Oh, thank you.  You mean

turn around?

            SENATOR WEBER PIERSON:  Yes, thank you.

            SENATOR BECKER:  Okay.  I often do it this

way for the cameras.

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                    78

1           Thank you.  I say I stand here as a father

2    deeply concerned for the future of my children.  I stand

3    here as a grandson of immigrants who came through Ellis

4    Island through the Statue of Liberty.  And I stand here

5    as an elected official serving the people.  And today, I

6    stand up for democracy.  And it's been said that

7    democracy is not a spectator sport, and we need every

8    American engaged now.

9           It's like when you go to the Airport and

10   they say, "If you see something, say something."  So we

11   need every American.  I need my Republican colleagues.

12   We need our Republican legislators in Congress.  If you

13   see the President doing something wrong, you need to call

14   it out.  And this is wrong.  We know what he's doing is

15   wrong.  And we know that we must stand up.  And

16   California is standing up.  It's about time.  I've never

17   been prouder of our state.  And we need each American to

18   act as though democracy depends on them because we know

19   ultimately, it does.  Thank you.

20              SENATOR WEBER PIERSON:  Thank you.

21              Senator Ochoa Bogh, you are recognized.

22              SENATOR OCHOA BOGH:  Thank you, Madam

23   President.

24              California deserves a redistricting

25   process that is fair, transparent, and free from

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                    79

1   political gatemanship.  It was mentioned the fact that as

2   Republicans, we haven't supported such measures in the

3   past.  But unfortunately, many a times when measures are

4   placed forward in this body, because of the

5   supermajority, many of the times we're not included to

6   give feedback and input on these measures and therefore,

7   these measures don't necessarily become equitable or

8   fulfill the full intent of that bill.  And it's one of

9   the reasons why we could not support the measure that was

10  mentioned earlier by my dear colleague from Santa Cruz.

11              I looked up the analysis for that

12  particular bill right after you mentioned it, and we'll

13  have conversations after the -- of the session.

14              But going back to this particular bill,

15  weakening and discarding the independent commission, even

16  temporarily, temporarily, betrays the trust of the voters

17  placed in us and undermines the integrity of our

18  democracy.  California has long set the standard for fair

19  redistricting outfitted with a voter-established

20  independent commission.

21              Question of the author, ma'am?

22              SENATOR WEBER PIERSON:  Will the author

23  take a question?

24              Will the author take a question?

25              SENATOR GONZALEZ:  Yes.

1    SENATOR WEBER PIERSON:  You may proceed.

2    SENATOR OCHOA BOGH:  Through the

3    President.  Does the state of Texas have an independent

4    commission on redistricting voted by the voters of Texas?

5    SENATOR GONZALEZ:  They do not.

6    SENATOR OCHOA BOGH:  Okay.  The Citizens'

7    Redistricting Commission was created to end decades of

8    political gerrymandering.  Rolling back the progress for

9    short term gains, risk undoing years of hard fought

10   reforms.  Californians deserve leaders that will protect

11   the independent system voters demanded and preserve it

12   for generations to come.  Unlike Texas, we have this.

13   They do not.  And it falls --

14   Oh, question of the author?

15   SENATOR GONZALEZ:  Yes.

16   SENATOR WEBER PIERSON:  Will the author

17   take a question?

18   SENATOR GONZALEZ:  Absolutely.

19   SENATOR WEBER PIERSON:  You may proceed.

20   SENATOR OCHOA BOGH:  Does the Texas

21   Legislature have the purview to redraw their lines?

22   SENATOR GONZALEZ:  They do.  They don't

23   have the purview to violate the Voting Rights Act and

24   disenfranchise their voters, but that is what they're

25   doing.

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                          81

1          SENATOR OCHOA BOGH:  So as mentioned

2    earlier by my colleague from Bakersfield, the state of

3    Texas was sued and was obligated to redraw their lines.

4    Checkpoint.

5          Before the commission's creation, district

6    lines were developed in secrecy through insider deals,

7    often protecting incumbents or political insiders.

8    California voters ended that in 2008 with Proposition 11,

9    the Voters First Act, which established the Commission.

10   Two years later, Proposition 20 expanded its reach to

11   include congressional districts.  Since then, the

12   commission has consistently delivered maps through open,

13   publicly reviewed processes, even successfully adapting

14   during the pandemic-delayed 2020 cycle.  Earning praise

15   for transparency and efficiency.

16          If signed into law, today's proposed

17   legislative package would strip the commission's

18   authority "temporarily," granting lawmakers control over

19   congressional redistricting for the 26th, 28th, and 30th

20   election cycles.  While framed by some as reactive to

21   nationwide redistricting trends, critics warn that it

22   compromises California's voter approved safeguards and

23   damages its leadership and electoral fairness.

24          This proposal undermines the voters' trust

25   since the commission was created by the voters to ensure

1    fairness, transparency, and accountability.  Repealing it
2    would feel like repudiating the voter intent.  AB 604 was
3    drafted without constitutional safeguards intended to
4    promote fair and representative district maps.
5               Stated that these maps are intended to
6    elect five additional Democrat congressional seats.
7    Let's register that.  This mid-cycle redistricting plan
8    undermines the state's constitution by seeking a voter
9    approved amendment that would temporarily waive the key
10   provisions of the California State Constitution's Article
11   21, allowing politicians to redraw lines for partisan
12   gain rather than adhering to established democratic
13   principles.
14              First, the plan ignores the constitutional
15   mandate that redistricting occur only in the year
16   following the year in which the national census is taken
17   under direction of Congress at the beginning of each
18   decade.  By pushing for changes mid-decade outside the
19   post-census window, this proposal disrupts the every 10
20   year rhythm that's designed to ensure districts reflect
21   accurate, updated population data.  This could open the
22   door to arbitrary manipulations where the political winds
23   shift.
24              Second, it waives the rigorous criteria
25   outlined in the state constitution that prioritizes

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                    83

geographical and social considerations to promote

1    fairness.  These include requiring districts to be

2    geographically contiguous, criterion three; respecting

3    the integrity of cities, counties, neighborhoods, and

4    communities of interest by minimizing their division,

5    criterion four; and ensuring compactness where

6    practicable, criterion five.

7             And I know that it was stated that 76

8    percent of these congressional districts fit the

9    redistricting commission's criteria, meaning these, but

10   the additional and the remaining do not.  Therefore

11   violating the very intent and the guidelines of the

12   Constitution.

13            The Legislature's secretive -- and

14   secretive meaning no one can divulge one where they came

15   from -- and rushed map drawing processes discards these

16   standards.  And secretly meaning that no one knows how

17   they were drawn, but yet they've appeared secretly by an

18   unknown hand online.  And now, they're transparent

19   because they're there, but no one knows who placed them

20   there and who drew them in the first place.  Potentially

21   fracturing cohesive communities and creating convoluted

22   districts that prioritize electoral outcomes over logical

23   boundaries, as stated on this body, in this floor, today.

24            Finally, the plan flouts the

25

1  Constitution's explicit prohibition against partisan

2  gerrymandering, which states that districts shall not be

3  drawn to favor or discriminate against an incumbent

4  political candidate or political party.  And yet, once

5  again, on this floor, today, it was mentioned that it was

6  due to the reasoning of electing five Democrat

7  congressional districts, stated on this floor.

8              By suspending the Citizens' Redistricting

9  Commission and empowering the Legislature to redraw these

10  maps, this legislation invites blatant favoritism,

11  eroding the impartiality voters enshrined -- voters

12  enshrined in the constitution to prevent self-serving

13  power grabs.

14              Folks, this is serious.  Ladies and

15  gentlemen, this is very, very serious.  When we are

16  elected, we swear an oath to uphold both the U.S. and the

17  California Constitution.  Regardless of what any other

18  state does, that is what we do when we stand on this

19  floor, this red carpet, and we raise our hand.  Two

20  wrongs don't make it right.  And when it says to join our

21  colleagues in repudiating other states for what they're

22  doing, folks, we were elected to represent the state of

23  California.

24              I had a podcast I was listening to just

25  this morning talking about whether or not term limits

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording    on 08/21/2025                    85

1    should exist and one of the arguments that were stated in

2    this podcast was whether or not, you know, we should have

3    term limits, and the gentleman speaking said, "Well,

4    people get what they elect and if we have an electorate

5    that is uneducated and they continue to pick someone to

6    be elected, then that's what they get."

7                    If Texas has not changed their

8    constitution, if they have not created a redistricting

9    commission, then, folks, who are we to direct the

10   autonomy of the Legislature of that state?  What

11   authority do we have to influence another state's

12   Legislature elected by their people?  I think it's

13   humbling to think that we should do that.

14                    If we have relationships, great; have

15   those conversations.  But as a body, to go to another

16   state as elected and think that we have the authority to

17   tell them how to run their state, I think it's

18   ridiculous.  I think it's disrespectful to them and to

19   the people who elected those to represent them.  I

20   respectfully ask for a no vote.

21                    SENATOR WEBER PIERSON:  Thank you.

22                    Senator Caballero, you are recognized.

23                    SENATOR CABALLERO:  Thank you, Madam
     President.

24                    It's been interesting listening to the

25

comments today.  Senators, California didn't start this

1  fight.  We've always had an amicable relationship with

2  our President.  Amicable because the President

3  understands that California is a donor.  A donor state to

4  this great country, and we've lived with it for years.

5  We pay more in taxes than we get back.  We all know that.

6         So why come after California?  Why make us

7  an example to the rest of the country by attacking our

8  immigrants, by putting tariffs that have hurt our farmers

9  and that now is going to start to hurt our residents?  By

10 taking away benefits that are really important in our

11 state as we've tried to meet the needs of our country?

12 So California didn't start this fight, and my party

13 didn't start this fight either.

14         Let me be clear: I don't shy away from a

15 good competition.  I love sports--soccer, football,

16 baseball.  I love it all.  In my family, we have our

17 favorite teams that we watch, and we follow, and that we

18 support, and I can tell you, they are raucous games when

19 we have people on different sides supporting different

20 teams.  So I don't have a problem with opposition or with

21 conflict, but what I do insist on is that the game be

22 fair.

23         I do insist that everybody know what the

24 rules are at the beginning of the game and then it's not

25

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording    on 08/21/2025                    87

1   changed.  We all know how the game is played.  We all

2   need to expect that the refs are going to be fair, and,

3   you know, we have our arguments about whether that call

4   was right or not, but we want everybody to be treated

5   with respect and that everyone will follow the rules,

6   including the players.

7          Folks, that's not what's happening in our

8   country today.  The President knows that what he's doing

9   is hurting people, and it is.  It is.  It's hurting every

10  day, average Americans, and that hurt is real.  The

11  prices have gone up.  There's uncertainty in the market.

12  It's hard to get a loan.  Housing isn't selling.  That's

13  not because of what we've done.  That's because of the

14  pressure of tariffs and messing around with the market.

15         So the President's afraid he can't win.

16  He's afraid he can't win an election in two years to

17  ensure that he maintains control, control over everything

18  that's going on in the country.  So he's taken an action

19  to rig the election.  It won't be a fair competition.

20  It's playing dirty.  It's cheating.  It's cheating and

21  it's making sure that he continues to be in charge even

22  if the voters want change.  Even if the voters want

23  change, he's rigging it.

24         It's a power grab.  We didn't pick this

25  fight, but my residents have asked me to take action, to

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                          88

1    do something to relieve the pain caused by the

     President's attack on California and on our families.
2
     And some of that attack won't be felt until after the
3
     midterm elections, which is really cynical.
4
              Look, it didn't have to be this way.  We
5
     all could have worked together, all of us on this floor,
6
     across party lines, to denounce and condemn the
7
     President's attempt to rig the next election.  We could
8
     have done it together to put public pressure as leaders
9
     and as elected officials to say we want a fair game, no
10
     shenanigans, no cheating, no dirty games.
11
              But listen, my good friends on the other
12
     side of the aisle, you haven't said a peep.  You've said
13
     nothing to condemn the President's attacks on California
14
     and on our residents.  Nothing, nothing, nothing.  And I
15
     get it.  You don't want to contradict your President, and
16
     so you've taken sides.  Well, I choose the people in my
17
     district.  I choose to defend Californians.  I choose to
18
     fight for a fair election.  I choose to listen to the
19
     people who say, "We need you to take action."  So I ask
20
     you for your aye vote today.
21
              SENATOR WEBER PIERSON:  Thank you.
22
              Senator Cervantes, you are recognized.
23
              SENATOR CERVANTES:  Thank you, Madam
24
     President and members.  As we know, the proposed maps in
25

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                    89

1   this bill are not wholly new.  They build upon the

2   year-long process undertaken by the California Citizens'

3   Redistricting Commission after the 2020 census.  About 75

4   percent of Californians will remain in the same district

5   that they reside in currently today.

6               These maps do a better job of avoiding

7   splitting counties and cities than those created by the

8   commission.  And let me just say, how is it okay when

9   their party adopts redistricting, but when it's the other

10  party, it's a problem?  Please.  Spare us the hypocrisy.

11              That said, I am puzzled by the admiration

12  that our colleagues on the other side of the aisle are

13  showing for independent citizens' redistricting

14  commissions.  Except for our colleague from Huntington

15  Beach who has not been present for any of these bills,

16  every Republican of this Senate body has voted against

17  bills creating county citizens' redistricting

18  commissions.

19              The Legislature is entitled to propose

20  amendments to the state constitution, and unlike Texas,

21  we are taking it to the voters.  We are acting now to

22  save our future.  I respectfully ask for an aye vote on

23  AB 604.

24              SENATOR WEBER PIERSON:  Thank you.

25              Senator Jones, you are recognized.

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                           90

1             SENATOR JONES:  Thank you, Madam President

and members.  A couple of fine points.  First, Madam
2
President, regarding the comments from our colleague from
3
Santa Ana mentioning that if Texas goes forward with
4
their redistricting, we will continue with our
5
redistricting, my understanding is that the
6
constitutional amendment has been amended to take that
7
language out and California is moving forward regardless,
8
but I will clarify that when the ACA comes over and ask a
9
question of the author on that.
10
             On this particular bill, AB 604, I do have
11
a quick question of the author, if she would be willing
12
to take it.
13
             SENATOR WEBER PIERSON:  Will the author
14
take a question?
15
             SENATOR JONES:  Are you familiar with or
16
can you cite for us any lawsuit in California of somebody
17
suing the redistricting commission for the lines that
18
they drew either in 2012 or 2022, arguing that those
19
lines were unconstitutional?
20
             SENATOR WEBER PIERSON:  You may proceed.
21
             SENATOR GONZALEZ:  I am not personally
22
familiar with any lawsuits.
23
             SENATOR JONES:  Great.  Thank you.
24
Neither am I, and that's because our process isn't
25

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording    on 08/21/2025                    91

1   unconstitutional.  Now, many of us had problems with the
2   lines with 2022 when they came out.  Both Democrats and
3   Republicans got a little gripey about some of the lines,
4   legitimately, I believe so.  But we didn't sue.  We kind
5   of, you know, went with it and made the best of it that
6   we could.
7           One of the things I want to share this
8   morning is I'm very proud of my Republican colleagues for
9   their demeanor this morning and their professionalism in
10  their comments, regardless of the incendiary and
11  accusational comments of the open on this bill, AB 604,
12  and I will share that compliment with my Democrat
13  colleagues as well.  I think that the debate has been
14  very professional and moving us along.
15          One of the things I'm very concerned about
16  in the debate this morning that I want to raise attention
17  to is some terms that were used this morning on the
18  floor.  "Rigged," "dictator," "unchecked power."
19  "Period, full stop."  That one cracks me up when you all
20  use that one because I know the Governor uses that all
21  the time.  So I don't know if you're trying to get in his
22  good graces by imitating him or whatever.  Period, full
23  stop.  There's usually a lie behind that, by the way.
24          "Bully," autocrats."
25          Permission to read, Madam President?

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                    92

1            SENATOR WEBER PIERSON:  Without seeing any
objection, it is granted.
2
            SENATOR JONES:  While this was all going
3
on, a term came to mind, "projecting" or "projection."
4
So I looked it up to make sure that I had it right.
5
Projecting refers to a psychological defense mechanism
6
where an individual unconsciously attributes their own
7
unacceptable feelings, thoughts, or traits to another
8
person.
9
            Why did this come up in my mind today, as
10
you've been standing on this floor, railing against
11
Republicans in Texas?  Railing against Republicans in
12
Washington, D.C. for not having any courage to stand up
13
to the dictators of the Governor of Texas and the
14
President of the United States.  Where's the courage for
15
the Republicans?
16
            Let me ask you this.  Every single year,
17
we pass off this floor and the assembly floor a handful
18
of bills that pass on unanimous votes.  Unanimous.  Every
19
Republican, every Democrat votes for these bills.  Some
20
of these bills are authored by Democrats, and some of
21
these bills are authored by Republicans.
22
            One bill in particular comes to mind is a
23
very simple bill authored by the incoming pro tem.  She's
24
attempted to pass this bill -- has passed the bill four
25

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                    93

1    times, and it's been vetoed four times.  Where is the

2    courage when a bill has unanimous votes to conduct a veto

3    override?  You don't even need us for a veto override.

4    You can do it by yourselves.

5              But we've come to you over and over and

6    over and over every single year.  We will support you in

7    a veto override.  We will help you in a veto override on

8    a simple bill.  Just pick the simplest one.  Let's just

9    do it and prove that you have the courage that you're

10   accusing us of not having.

11             I will share with you there are examples

12   of Republicans in supermajority Republican states of

13   doing that exact same thing on a Republican governor.  I

14   encourage you to have that courage.

15             SENATOR CORTESE:  Point of order, Madam

16   President.  This dialogue has nothing to do with what's

17   before us here, and I'd ask you to rule in that way and

18   ask the speaker to stick to the matter that's on the

19   floor before us.  Thank you.

20             SENATOR WEBER PIERSON:  Point is

21   well-taken.  If Senator Jones could please stick to the

22   merits of the bill before us.

23             SENATOR JONES: Thank you, Madam President.

24   I appreciate our colleague standing up and recognizing

25   that my comments might be incendiary and accusational,

similar to the opening remarks of the author.

1

            The important thing that I think to share

2

here is I rise in strong opposition to AB 604.  The

3

gas-lighting that has been -- or Gav-lighting, if you

4

prefer that term better -- that's been going on this

5

morning is just -- the mental gymnastics that you have to

6

do to come up with these arguments that you're making for

7

what we're trying to do here on the floor in the State of

8

California, it's just amazing to me how you do that.

9

            And I want to share -- and again, other

10

Senators have said -- I appreciate every single one of

11

you.  I count every single Senator on this floor a

12

friend, all 30 Democrats.  I honor you.  I admire you.

13

This is not an easy job, but sometimes we have to call it

14

like it is.  We have to call balls and strikes according

15

to the gamesmanship analogies that were used earlier.

16

            What's happening here is simple:  Gavin

17

Newsom and Democrat politicians are trying to ram through

18

a corrupt redistricting scheme to rig California's

19

elections.  This scheme is unconstitutional.  It's

20

undermining both the letter and the spirit of the

21

California Constitution.  It ignores the principles of

22

germane law, election integrity, twisting the rules to

23

benefit one party.

24

            It tramples on the will of California

25

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording    on 08/21/2025                    95

voters.  California voters, the same people that elected

1   all of us to office.  Those voters created an independent

2   redistricting commission precisely to keep politicians

3   from drawing their own lines.  And those voters, it was

4   so important to them, they put it in the Constitution.

5                This effort slices up communities,

6   connecting desperate areas and splitting apart regions

7   with common interests, violating the very standard the

8   redistricting is supposed to uphold.  Democrats are

9   rushing this through under the guise of urgency.  There

10  is no emergency that justifies this abuse of process.  It

11  discards years of work by the Citizens Redistricting

12  Commission and replaces it with raw, partisan power

13  plays.

14               Importantly, Democrat legislators continue

15  to refuse to answer the one simple question that's been

16  asked dozens, if not hundreds of times, and I'll ask one

17  more time on this floor: who drew the maps?  They claim

18  it's a transparent process, yet fail to answer the most

19  transparent question, and it comes at an outrageous cost.

20  It has been mentioned more than $250 million for a

21  special election at a time when California is facing a

22  $20 billion deficit, and you all are cutting vital

23  services.

24               The result is the maps that destroy

25

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording    on 08/21/2025                    96

1   representative proportionality are rigged for partisan

2   gain, not fair representation.

3            Senate Republicans are united against this

    abuse of power.  We're standing together to defend

4   Californians, to uphold our Constitution, the California

5   Constitution, and to fight for fair and honest elections.

6            And let's make two more points before I

7   close.  The interesting thing is you all keep bringing up

8   Texas.  Texas right now -- the Republicans in Texas right

9   now have an effort afoot to make it easier for the

10  Legislature to override -- do a veto override in Texas.

11  Republicans are trying to make it easier in Texas to

12  conduct a veto override.  I'm asking you just to try.

13           Now, the other interesting thing about

14  this effort is we all know this is going to fail on the

15  ballot.  This is a loser from the beginning.  So what's

16  the win?  What's the upside for all of us here on the

17  Senate floor to go blindly along with the Governor's plan

18  here?  It's going to fail, and what's the only gain?

19           I'll tell you what the only gain is.

20  Governor Gavin Newsom is getting more headlines.  He's

21  getting more name ID, and he's creating a brand across

22  the country so that he can run for President; and you're

23  helping him.

24           To my colleagues across the aisle, I

25

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                    97

1    strongly encourage you to stand against this self-serving

2    Governor with courage rather than acting like a march of

3    the lemmings.  I urge a no vote on AB 604.

4              SENATOR WEBER PIERSON:  Thank you.  Seeing

5    no further discussion or debate, Senator Gonzalez, would

6    you like to close?

7              SENATOR GONZALEZ:  Yes.  Thank you so

8    much, Madam President, and I do want to say to my

9    colleagues on both sides of the aisle, thank you so much

10   for this very robust debate.

11             This is exactly what democracy means and

12   what we want the public to see, the discourse, even if we

13   agree to disagree or we disagree and disagree beyond

14   measure, that is exactly what we're here for.  We were

15   all elected to take an oath to defend our democracy and

16   to ensure that the folks that we support and represent

17   all can see a better quality of life, and that's why

18   we're here today.

19             And as my colleagues on the other side of

20   the aisle, except for one, I think of one missing member

21   from Jackson, you know, what I will say is, I hear you on

22   integrity.  I hear you on transparency.  I hear you on

23   all of that.

24             And this is where I'm really confused

25   because, with all due respect, it is very hypocritical to

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                    98

1   say that you believe in all this.  But yet when you've

2   been offered the opportunity to talk about what is the

3   egregious actions by this federal government, the

4   egregious actions by Texas legislators to disenfranchise

5   voters, to additionally split counties and cities, to

6   continue to violate the Voting Rights Act, to just

7   completely ignore communities of interest and to continue

8   to safeguard the Trump presidency because guess what?  It

9   doesn't just stop after 2028.  Let's be real here.  He

10  wants a third term.

11              So what does that mean for Californians if

12  we don't do this?  Well, I'll tell you what it means.  It

13  means that, again -- it means that there's going to be

14  unconcern for a ransom of a billion dollars to our UC

15  system.  There's going to be silence when it comes to

16  SNAP benefits for children when are disabled.  It means

17  there's going to be additional unconcern for the kids

18  that won't have afterschool programs and school lunches.

19              And it means that every budget that we put

20  out here because we've continued to put state budgets out

21  here, and everyone's talking about wildfires.  If we're

22  so concerned about wildfires, why didn't the other

23  party -- why didn't you all support the wildfire package

24  relief of $2.5 billion for Altadena and Pacific Palisades

25  residents?  Why didn't you do that?

1              So we can't sit here and talk about

2    transparency and integrity and we want democracy.  And

3    all of a sudden now we have an epiphany about an

4    independent redistricting commission, and we're going to

5    stand, you know, strong for that.

6              Well, let's do that today.  And today,

7    again, AB 604 is an urgency measure, contains the new

8    proposed congressional maps that will ultimately be the

9    decision of California voters on November 4th.  This bill

10   will be in print for over 70 days.  The maps will be

11   available for insight from our voters.  And ultimately,

12   they will have the say.

13             And would remain in effect only until the

14   Citizens Redistricting Commission certifies a new map of

15   congressional districts after 2030's census maps.  So

16   these maps are temporary.  Again, for the elections of

17   2026, 2028, and 2030.  Then the redistricting commission,

18   which is still in effect, will then take effect -- will

19   then take the helm in 2032 to continue the good work that

20   they've done.

21             Again, the hypocrisy remains.  Why are you

22   so unconcerned?  Why are you so unwilling?  Why have you

23   remained silent during this egregious overreach when

24   Latino communities across California have been kidnapped?

25   Why?

1    All our democracy is being dismantled, and

2    you want us as California legislators to just sit by on

3    the sidelines and do absolutely nothing.  Well, that's

4    not good enough.  And if you want to support my

5    Republican minority leader, if you'd like to support a

6    diversity, equity, and inclusion bill by the incoming pro

7    tem, we are happy to provide that opportunity for you to

     do that again.

8
            So again, Californians will have the final
9
     say.  I appreciate all the debate here.  I respectfully
10
     ask for an aye vote.
11
            SENATOR WEBER PIERSON:  Thank you.
12
     Secretary, please call the roll.
13
            THE SECRETARY:  Allen?
14
            Aye.
15
            Alvarado-Gil.
16
            Archuleta.
17
            Aye.
18
            Arreguin.
19
            Aye.
20
            Ashby.
21
            Becker.
22
            Aye.
23
            Blakespear.
24
            Aye.
25

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                    101

Cabaldon.

1

Aye.

2

Caballero.

3

Aye.

4

Cervantes.

5

Aye.

6

Choi.

7

No.

8

Cortese.

9

Aye.

10

Dahle.

11

No.

12

Durazo.

13

Aye.

14

Gonzalez.

15

Aye.

16

Grayson.

17

Aye.

18

Grove.

19

No.

20

Hurtado.

21

Aye.

22

Jones.

23

Laird.

24

Aye.

25

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                      102

Limon.

Aye.

McGuire.

Aye.

McNerney.

Aye.

Menjivar.

Aye.

Niello.

No.

Ochoa Bogh.

No.

Padilla.

Aye.

Perez.

Aye.

Reyes.

Aye.

Richardson.

Aye.

Rubio.

Aye.

Seyarto.

No.

Smallwood-Cuevas.

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                    103

1                  Aye.

2                  Stern.

3                  Aye.

4                  Strickland.

5                  No.

6                  Umberg.

7                  Aye.

8                  Valladares.

9                  No.

10                 Wahab.

11                 Aye.

12                 Weber Pierson.

13                 Aye.

14                 Wiener.

15                 Aye.

16                 SECRETARY:  No.

17                 SENATOR WEBER PIERSON:  Secretary, please
call the absent members.

18                 THE SECRETARY:  Alvarado-Gil.

19                 Jones.

20                 No.

21                 SENATOR WEBER PIERSON:  Ayes, 30.  Noes,
22  9.  That measure passes.

23                 Members, we are now going to take a very
24  brief 20-minute recess for lunch.  Stay in the building.

25

We will come back in 20 minutes.  We are now on recess.

1                    (Recess taken)

2                    SENATOR WEBER PIERSON:  The Senate will

3    now come back to session.  We have a message from the

4    Assembly.  Secretary, please read.

5                    THE SECRETARY:  Madam President, I am

6    directed to inform your honorable body that the Assembly

7    on this day adopted Assembly Constitutional Amendment 8,

8    Sue Parker, Chief Clerk of the Assembly.

9                    SENATOR WEBER PIERSON:  We have a referral

10   for Rules.  Secretary, please read.

11                   THE SECRETARY:  The Committee on Rules has

12   ordered the following bill to third reading.  Assembly

13   Constitution Amendment 8.

14                   SENATOR WEBER PIERSON:  We will now move

15   to supplemental file number 1, which is file number

16   262ACA8.  Secretary, please read.

17                   THE SECRETARY:  Assembly Constitutional

18   Amendment 8 by Assembly Member Rivas, an act relating to

19   redistricting.

20                   SENATOR WEBER PIERSON:  Senator Pro tem

21   McGuire, you are recognized.

22                   SENATOR MCGUIRE:  Thank you so much, Madam

23   President, and good afternoon, members.  I stand with

24   Senator Cabaldon who will complete the presentation on

25

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording    on 08/21/2025                    105

Constitutional Amendment 8.

1              I got to say, it does pain me a bit to say

2    what I'm about to say.  And I want to also take a moment

3    to acknowledge Brian Jones.  I have deep respect for

4    Leader Jones, and I know this has been a tough week on

5    all sides.  And I do want to acknowledge him and say

6    thank you for the partnership.

7              And I also want to say I take this very

8    seriously.  I think that all folks know I don't really

9    care if you have an R or D behind your name.  It's about

10   representing California.  And as I said last night,

11   people don't know us if we're a Republican or Democrat.

12   They know us as Californians, and that's what we need to

13   remember as we make our way through this and come back

14   next week.

15             I'm really honored to represent one of the

16   most rural districts in the State of California.  Third

17   of the California coastline.  There are four counties in

18   the district of seven that voted for Kamala Harris.

19   There are three counties in the district that supported

20   President Trump.

21             What I know when I go into Weaverville or

22   High Palm, Crescent City, or Fort Bragg in rural

23   California, no matter if you're a Democrat or a

24   Republican, you want a few key things for your family.

25

1          You want quality healthcare.  You want to
2  keep your hospital open, that rural health center open
3  for your kids and your grandparents.
4          You want a good job so you can stay in the
5  community that you love.  You want to send your kid to a
6  good public school.  You want to be able to live in that
7  community you love and afford a home.
8          And in rural California, you don't want to
9  use dial up internet anymore.  You want to have access to
10 high-speed broadband.
11         You know, there isn't a single one of us,
12 not one, who wouldn't be here today if we hadn't put our
13 faith in the voters of California.  Put our faith in
14 fellow Californians to walk into the voting booth or sit
15 at their kitchen table and do their best for all of us to
16 do the right thing.
17         And that's really what this is all about
18 today.  All we're asking is allow the voters to do their
19 thing, to pass this constitutional amendment.  We need to
20 put our faith in the voters to do the right thing, the
21 way we have countless times over the decades, initiative
22 after initiative.  It's ultimately up to the voters.
23 There's nothing more transparent than that.
24         Now, we're here today for one reason: the
25 nefarious actions of the Republican leadership in Texas.

1   California didn't pick this fight.  This was not on our

2   bingo card six weeks ago, let alone six months ago.

3   Actions of Republicans in Texas, compounded by the

4   inaction of some Republican leaders here in California,

5   that's why we're here today.  All of this could have been

6   avoided.  To be able to stop this, talk to Texas.  Talk

7   to our President.

8           I have been astounded this week.  I've

9   seen Republican colleague after Republican colleague go

10  on television, hold press conferences, go live on the

11  social media, expressing outrage about California.  But

12  what about Texas?  What about Donald Trump, who started

13  all this, who started this circus?

14          You know, sometimes in life, I'm a firm

15  believer that you just got to stand for the greater good,

16  and you got to tell your boss no.  You got to tell your

17  boss no.

18          Today, I hope that we can do something

19  constructive.  We should do everything in our power to

20  ensure free and fair elections.  But let me be very

21  clear.  This action about redistricting, we all know

22  this.  We talk behind the scenes.  We have a beer

23  together.  We go out to coffee.  When I talk to folks

24  when are on the other side of the aisle, they know why

25  we're here.  Can't say it publicly, but we all know why

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording    on 08/21/2025                           108

we're here.

1

2              And we also know that this is just the

3    beginning.  Mail-in ballots.  It's now a predominant way

4    folks votes in the United States.  Mail-in ballots.  Our

5    President wants to end mail-in ballots.  Make it harder

6    to vote.

7              You know why he wants to be able to upend

8    the census here?  To rig it.  In the United States

9    Constitution, it says, "Count all persons."  The reason

10   why Donald Trump doesn't want to count all persons is

11   because it hurts Republicans.

12             So then I hear Members of Congress, some

13   in the Legislature, say, "I support independent

14   redistricting."  So I got three pages of votes on

15   independent redistricting bills that have come through

16   this Legislature over the past several years.  Three

17   pages right here.  Let me just tell you what the

18   predominant theme is.  Republicans voted no.  They voted

19   no.  All public votes.

20             Now, why is it?  Why?  All of a sudden,

21   you all have seen the light?  I would hope that we could

22   do more than file frivolous lawsuits, which, by the way,

23   within 48 hours, the Supreme Court just tossed out.  I

24   would hope that we could do more than just file bunk

25   court action.  When there are Republican leaders in this

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                        109

1    country that are having state troopers follow Democratic

2    legislators, when the Attorney General of Texas and the

3    Governor say we need the FBI to track elected members of

4    a state house, what the hell is happening and where is

5    the outrage?

6                   You're outraged that California is

7    responding?  The only reason -- the only reason we are

8    here today is because of Texas.

9                   And by the way, two nights ago on live

10   television, state troopers drug out a Democratic female

11   legislator out of the bathroom.  Out of the bathroom

12   because she did not have a pass to go.

13                   And I hear about how unfair California is.

14   Can you imagine if the Democratic majority said to the

15   California Highway Patrol, "Follow Republican leaders in

16   the Assembly and the Senate"?  Yet today, nothing about

17   that.  Nothing.  Fake outrage about what California is

18   doing.

19                   You know, we've seen this story play out

20   in history.  And hypocrisy today won't save your hide

21   tomorrow when the secret police and the Mar-a-Lago goons

22   find a reason to come after you.  We are in a flashpoint

23   in history if we do not stand up, if we do not shout out.

24   This has to stop.

25                   I've always supported independent

redistricting.  I've supported independent redistricting

1  on the local level here in California.  I support

2  national redistricting.  Sounds like now that it may be a

3  bipartisan bill.

4
            What I do not support, what we cannot

5  support in California, is unilateral disarmament when the

6  fairness of the 2026 elections is being threatened.  And

7  yes.  Donald Trump wants to rig the damn election.  Other

8  states want to play games.  California is the only state

9  committed to fairness whose potential redistricting goes

10  away the minute others drop theirs.  In Texas, it's

11  permanent.

12
            One of our colleagues in the Assembly said

13  the other day, "When I go to a restaurant, I don't have

14  to meet the chef."  You all saw that.  Senators, I also

15  don't believe we need to meet the chef, but we do need to

16  meet this moment.  And the stakes are so high, and I want

17  to end it right here.

18
            Here's what's at stake.  Millions of

19  Californians are going to lose their health care next

20  year.  Millions.  Tens of millions of Americans are going

21  to lose their health care next year because of Donald

22  Trump.

23
            I've never seen a President come after

24  fire aid and assistance like this President has

25

threatening to be able to cancel cleanup and recovery

because he doesn't like our Governor or doesn't like the

politics of the state.

        I never thought I had to explain to my

four-and-a-half-year-old who saw on a friend's television

why someone was being thrown in a moving van.  This is

what we're fighting for today.

        One of the main reasons I believe that we

should be voting for this constitutional amendment will

be waiting for me this evening at our kitchen table to

tell me about his first week in school.

        As much as some want to say this is about

politics, this vote today is about people.  It's about

standing strong for people who are under assault by an

authoritarian who's coming for our jugular.  All we have

now, the only choice, is to fight.  This is a cynical

ploy, and it's just the start.  First, they come for the

districts.  Then they come for your ballots.  Next, it

will be your family.

        Today's vote is about the future.  It's

about fairness.  It's about trusting voters.  I would

respectfully ask for an aye vote, and I yield my time to

Senator Cabaldon.

        SENATOR WEBER PIERSON:  Senator Cabaldon,

you are recognized.

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                    112

 1              SENATOR CABALDON:  Thank you, Madam
    President.

 2              This bill, this package of bills has been

 3  among the three most heavily reported bills in the

 4  California and in the country.  The notion --

 5              SENATOR WEBER PIERSON:  Senator Cabaldon,

 6  can you address the presiding officer, please?

 7              SENATOR CABALDON:  For a point?

 8              SENATOR WEBER PIERSON:  Can you address

 9  the presiding officer, please?

10              Oh, I usually stand there.  Okay.  All

11  right.  Thank you, Madam President.

12              This package of bills has been among the

13  most heavily reported.  It's widely known across the

14  State of California that this effort is underway, which

15  is odd, because when I talk to my own constituents and I

16  mentioned the word "redistricting," a glazed look goes

17  over their eye.

18              Very few Californians spend their time or

19  their worries or their concerns or their hopes thinking

20  about redistricting.  They are thinking about food on the

21  table, and rent, and public safety, and their ability to

22  walk free on the streets of this state.

23              But I hear about it constantly in my own

24  district, and I hear about it in places that you might

25

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                       113

 1   not expect.  And it reminds me of one of my favorite

 2   parts of the year -- and I know I share this with many of

 3   my colleagues from both parties -- Little League opening

 4   day.

 5             The parade goes down the neighborhood on

 6   Meadow Road, turns the corner.  We all end up at Memorial

 7   Park for the first day of the Little League season.  And

 8   once the ceremony is over, the certificates have been

 9   presented, then the teams go onto the field.

10             And you sit -- for me as a mayor, now as a

11   Senator.  You sit with the parents, ready to watch the

12   game.  And the first inning comes up, and the other team

13   keeps striking out.  And the second inning, they've

14   stricken out every time.  When they pitch, sometimes they

15   intentionally hit our players, and you're starting to get

16   a little worried.

17             By the fifth inning though, something

18   weird happens.  You see that on their side -- on the

19   other team's players, the first base is now been taken

20   over by one of the dad's.  One of the mom's is subbed in

21   at second base.  Another mom is at shortstop.  Another

22   dad is at third base and another at catcher.

23             And you look at the field.  You say, this

24   is not -- this is Little League.  Where are the kids at?

25   You can't just sub in five adults to play a Little League

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                    114

game.  That's not fair.  It's also not safe.  What you've

created is a Little League I would never be a part of.

1

2
                We don't sit in the stands in that moment
3
and argue with each other, you know what I'm going to do
4
about this?  I'm going to go to the next Little League
5
board meeting in two months to complain because what we
6
really need is a policy that prevents this from
7
happening.  You don't pen a harshly worded letter to the
8
other team.
9
                You stand up.  You do something.  In that
10
moment, most likely, what most Americans would do is
11
we're sending five of our parents out there.  We're
12
pulling our kids off the field.  We are taking action to
13
ensure that that cheating, that endangerment, does not
14
happen.
15
                If, when the Olympics are at the Rose Bowl
16
here in California -- I'm sorry -- yeah -- the Rose Bowl
17
in California and the soccer team come on the field and
18
we're playing against Russia, and they sub in five
19
people, five additional players onto their team, you can
20
be damn right we'll be calling for our team to be doing
21
the same.  We won't be waiting to file a complaint after
22
the game is over that we lost because someone cheated
23
right in front of our eyes, right in broad daylight.
24
                That's why Californians every day, more
25

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording    on 08/21/2025                    115

 1   and more Californians are like, I don't know that much

 2   about redistricting, but this ain't right.  This cannot

 3   happen, and California cannot stand for it.  That's what

 4   this is all about.

 5            And so what's different here is it's not a

 6   trophy that's on the line.  What is on the line is

 7   everything that we've heard described by the pro tem and

 8   others on this floor.  The HR 1 cuts, the massive cuts

 9   that will hit California, but many of them that won't

10   take place until after the congressional election.  So we

11   have a shot to stop them from happening.  What's on the

12   line is our freedom on the street and the terrorism

13   that's happening with ICE.  The attacks on UCLA, on our

14   very elections, and reproductive freedom across the

15   board, we have a chance to do something about it.

16            Because right now, everyone at the Little

17   League game is always asking me, "What can I do as an

18   American?  What can I do to prevent the erasure of our

19   democracy, the decline of our institutions and our

20   protections?"

21            Now, until we have to both fix the rules,

22   we do have to go to that Little League meeting, and

23   that's exactly what ACA 8 does.  It's first provision is

24   California calls upon the Congress of the United States

25   to place a constitutional amendment before all of the

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                    116

1    states for a national independent redistricting system.

2    That is number one in ACA 8.  And so we are doing that.

3    And we must also get on the field and protect our kids

4    and our families and our communities.

5              Now, it's ironic because we stand here

6    today, 99 years after the very first redistricting

7    initiative went on the ballot here in the California.

8    Redistricting is one of the most contested ballot

9    initiatives over and over and over again that

10   Californians typically face.  And we've been doing it now

11   for a century.

12             And that ballot measure, which created an

13   independent Citizens Commission in Redistricting was

14   rejected almost two to one.  When it was proposed again a

15   decade and a half later, it was rejected by 10 points.

16   It was rejected and rejected and rejected and rejected

17   and rejected.

18             In the 1980s, it was rejected four times,

19   four times.  And then in the 2000s, it was rejected right

20   before it barely passed.

21             And so when we talk about that the voters

22   have enshrined this in the constitution as something that

23   can never change, the voters have been changing their

24   minds about redistricting almost since the admission of

25   this state into the union.

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                     117

1           And in fact, in 2008 when the voters

2   passed the initiative that the senator from Fair Oaks

3   noted, there were two other ballot measures on that 2008

4   ballot that are noteworthy here.

5           One was the voters' overwhelming support

6   for high-speed rail, which we've heard previously on this

7   floor.  Senators from the other side of the aisle,

8   Republican senators saying we should toss that out.  We

9   should throw that one out.  But this one that passed by

10  less is somehow divinely inspired and can never be

11  changed by the voters themselves.

12          The second measure that was on that ballot

13  was Proposition 8, the infamous Proposition 8, which said

14  that we were amending the Constitution to prevent folks

15  from marrying the person that they loved, marriage

16  equality.  That's what happened in 2008 by a larger

17  margin through this commission.  And yet, last year, the

18  voters of California overwhelmingly reversed that

19  decision.

20          Democracy is an everchanging progress.

21  It's a book that we are writing together, and the only

22  ones that can tell us to respect the will of the voters

23  are the voters.  And the only way we can know what their

24  will is in this critical time for the preservation of our

25  democracy is by passing this constitution to let the

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording    on 08/21/2025                    118

voters decide.

1                    I want to speak briefly to the notion of

2    this mid-decade redistricting that we've heard about

3    repeatedly this morning as well and the outrage over the

4    idea that we might do redistricting in the middle of the

5    decade, as though this were the first time this idea's

6    been considered.

7                    Republicans and their agents submitted

8    mid-decade redistricting initiatives nearly every single

9    year in the 1980s, and then again in the 90s, and the

10   2000s.  The outrage -- the hypocritical outrage here is

11   palpable.  The only folks who proposed mid-decade

12   redistricting before today have been the Republicans of

13   California.  And so the outrage that this is

14   unconstitutional, how can it be unconstitutional to ask

15   the voters of California if they choose to, if they

16   decide to, if they elect to amend the Constitution to

17   accomplish this?

18                   And also, Texas did not consider the 2020

19   census data or any updates.  In fact, the Chairman of the

20   Election Committee in Texas said, "Well, I don't have

21   that census data.  I haven't looked at it."

22                   This process, on the other hand, has

23   examined every available data source.  That census from

24   2020 and all the data since, all of the testimony in

25

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                    119

1   relevant areas in California where the lines are changing
2   to look to see what did regular people say about their
3   communities of interest to the Redistricting Commission.
4               And then finally, the notion that this is
5   expensive.  Another example of fake outrage because we
6   heard no outrage about the cost -- the annual petitions
7   to the Secretary of State for a recall of the Governor or
8   someone else.  Every single year, we've had these
9   petitions submitted with zero, dead silence, about the
10  cost of that election, which is exactly the same as the
11  cost is this.
12              So please spare me the sanctimony about
13  the cost of the election when you've remained silent
14  every single time that another recall election has been
15  proposed.
16              Now, I also represent Sonoma County, just
17  as a response to the senator from Santa Clarita, and many
18  other communities that have constantly been shifted from
19  district to district over time.  And Sonoma County will
20  be doing just fine under this map.  I can speak to my
21  constituents.  We can handle -- we can handle having
22  three members of Congress.  It's a feature, not a bug.
23              But let's not think that today's
24  redistricting map, it comes from a commission that did
25  outstanding work, but it ain't -- it's not from some

www.trustarray.com
844-817-1080

824

divine text, right.  Let's go up to one of the closest

1   districts from here.  Maybe stop in Citrus Heights at the

2   Jolly Cone and just head up the freeway.  You've now met

3   about five percent of the voters in this congressional

4   district.

5                Head up the Highway 50 a little bit.

6   You'll end up in Folsom.  Maybe stop at the auto malls or

7   maybe the old town.  Then head over to Roseville and to

8   Rocklin and Placer County.  You've now met half the

9   voters -- over half the voters of this district.

10               But you got to keep on going.  Because in

11  that district, you got to keep driving on Highway 80 up

12  all the way to almost Mount Lassen.  And then you have to

13  turn around, get back on the freeway, get back on 12

14  freeways in order to get to Death Valley, Death Valley.

15               So please, don't tell me about, you know,

16  splitting Lodi, which is a fan community of mine just

17  nearby here in three when the current map places hundreds

18  of thousands of people in Sacramento County, steps away

19  from this building, in the same congressional district as

20  Death Valley itself.

21               And so these maps represent a step forward

22  for representation.  They respect communities of

23  interest.  They fully comply with the Voting Rights Act.

24               But most importantly, they meet the moment

25

that we are here because of Trump, and we're

here -- President Trump, and we're here because of what

Texas is doing, seeking to cheat and steal the game.  We

are doing this not in response to Texas alone but to

parry Texas, to neutralize and to nullify their illegal

actions to cheat this congressional election and undo the

will of the voters in 2026.

            California, we are the fourth largest

economy.  We are the most populous state in the country.

It is our duty to America to be the last line of defense,

and I ask for an aye vote on ACA 8.

            Thank you, Madam President.

            SENATOR WEBER PIERSON:  Thank you.

            Senator Valladares, you are recognized.

            SENATOR VALLADARES:  Thank you, Madam

President.  And I do believe I have amendments at the

desk.

            SENATOR WEBER PIERSON:  Secretary, please

read the amendments.

            THE SECRETARY:  Amendments by Senator

Valladares, set one.

            SENATOR WEBER PIERSON:  You may proceed.

            SENATOR VALLADARES:  Thank you.  Members,

ladies and gentlemen of the Senate.  I rise to present

important amendments to ACA 8.

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                    122

1           If this body insists on moving forward

2    with stripping power away from the voter-approved

3    redistricting commission, then the very least that we can

4    do is we owe Californians meaningful safeguards against

5    corruption.

6           This amendment simply provides that any

7    legislator that votes yes on ACA 8 will be prohibited

8    from running for elected office for 10 years.  That is

9    not a radical idea.  It merely extends to members of this

10   Legislature the same 10-year moratorium that already

11   applies to the citizen volunteers who serve on the

12   independent redistricting commission.

13          The people of California demanded ironclad

14   guarantees that those who draw district lines never place

15   personal ambition above the voters.  If this is good

16   enough for the citizens who volunteer their time, it

17   should be good enough for politicians seeking to reclaim

18   power.  Let's be clear, you cannot demand that ordinary

19   citizens give up the right to run for office for a decade

20   and then exempt politicians from the same rule.  That

21   would be hypocrisy.

22          If you truly believe that ACA 8 is about

23   fairness, if you truly believe that this isn't about

24   creating career opportunities for members of this body or

25   those who influence these maps, then you should have no

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording    on 08/21/2025                    123

1    problem supporting this amendment.  Because if everything
     is above board here, then what do you have to object to?
2
              Sixty percent of Californians voted to
3
     give redistricting power to an independent commission
4
     because they were tired of tortured lines drawn to serve
5
     those in power.  The current process is transparent.
6
     It's independent, and it's accountable to the people.
7
     They said clearly, we do not want politicians drawing
8
     their own lines.
9
              Today, this body risks turning its back on
10
     that mandate.  But if we're going to press forward, then
11
     we must at least bind ourselves to the same ethical
12
     standards that we demand of our citizens.  This amendment
13
     is a test, a test of whether or not this body values
14
     integrity over expediency, fairness over partisanship,
15
     and accountability over ambition.  I respectfully ask for
16
     your aye vote.
17
              SENATOR WEBER PIERSON:  Thank you.
18
              Senate Gonzalez -- Senator Gonzalez,
19
     you're recognized.
20
              SENATOR GONZALEZ:  Thank you, Madam
21
     President, members.  Again, ACA 8 is very clear.  It's in
22
     response to what colleagues in Texas are doing, and this
23
     is absolutely egregious.  I'm wondering where the outcry
24
     is against the Texas officials that are continuously
25

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                        124

disenfranchising voters in Texas.  And it also requests
--

1
2                    SENATOR WEBER PIERSON:  Excuse me.  Point
3      of order.
4                    SENATOR VALLADARES:  If the majority
5      leader could please speak to Germanists of the
6      amendments.
7                    SENATOR WEBER PIERSON:  Your point is well
8      taken.  Can you please limit your comments to the
9      amendments that we are hearing at this moment?
10                    SENATOR GONZALEZ:  Yes.  And I am
11     absolutely going to do that.  And so, ACA 8 also
12     represents a reasonable and rational response to this
13     overreach.  And the amendments specifically, what I will
14     say is I would love an outcry for the fact that there is
15     going to be -- if we're going to talk about corruption
16     and transparency, why aren't we talking about the fact
17     that President Trump has already said he wanted to run
18     for a third term, a third term, and become the next king
19     of the United States of America?
20                    SENATOR WEBER PIERSON:  Again --
21                    SENATOR STRICKLAND:  Point of order.
22                    SENATOR GONZALEZ:  So, I will ask that --
23                    SENATOR WEBER PIERSON:  Just a moment.
24     Excuse me.  Just a moment.
25

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                    125

                    What is your point of order?

1                   SENATOR STRICKLAND:   The speaker is not

2       addressing the amendments directly before us in this

3       body.  I believe the amendments have no -- nothing

4       written about the President of the United States.  So --

5                   SENATOR WEBER PIERSON:   Thank you.

6                   Just a moment, please.

7                   SENATOR GONZALEZ:  Yeah.

8                   SENATOR WEBER PIERSON:   Senator Gonzalez,

9       the amendments that we have before us are dealing with

10      whether or not the members of the Legislature will be

11      able to run as a candidate for 10 years.  Your comments

12      must stick to the amendments that we are voting on or

13      that have been --

14                  SENATOR GONZALEZ:  Thank you.

15                  SENATOR WEBER PIERSON:   -- presenting

16      before us.  Thank you.

17                  SENATOR GONZALEZ:  I think the floor is

18      yours.

19                  SENATOR WEBER PIERSON:   Senator

20      Valladares, would you like to respond?

21                  SENATOR VALLADARES:  Thank you.  Again, to

22      clarify, this is a really simple amendment.  It is three

23      lines.  This is about fairness.  This is about holding

24      ourselves, elected members of a Legislature, to the same

25

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording    on 08/21/2025                    126

standards that we require of our Citizen Redistricting

Commission.  Again, if this ACA is to really be about

fairness, then you should have no problem supporting this

amendment.

               SENATOR WEBER PIERSON:  Thank you.

               Senator Gonzalez, you are recognized.

               SENATOR GONZALEZ:  Madam President, I ask

that we lay the amendments on the table asking for an aye

vote.

               SENATOR WEBER PIERSON:  Senator Gonzalez

has requested that we lay the amendments on the table.

This is not debatable.  Senator Gonzalez is asking for an

aye vote.  Senator Valladares is asking for a no vote.

               Secretary, please call the roll.

               THE SECRETARY:  Allen.

               Aye.

               Alvarado-Gil.

               Archuleta.

               Aye.

               Arreguin.

               Aye.

               Ashby.

               Aye.

               Becker.

               Aye.

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                    127

Blakespear.

1    Aye.

     Cabaldon.

2

3    Aye.

     Caballero.

4

5    Aye.

6    Cervantes.

7    Aye.

8    Choi.

9    No.

10   Cortese.

11   Aye.

12   Dahle.

13   No.

14   Durazo.

15   Aye.

16   Gonzalez.

17   Aye.

18   Grayson.

19   Aye.

20   Grove.

21   No.

22   Hurtado.

23   Aye.

24   Jones.

25

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                    128

No.

1

    Laird.

2

    Aye.

3

    Limon.

4

    Aye.

5

    McGuire.

6

    Aye.

7

    McNerney.

8

    Aye.

9

    Menjivar.

10

    Aye.

11

    Niello.

12

    No.

13

    Ochoa Bogh.

14

    No.

15

    Padilla.

16

    Aye.

17

    Perez.

18

    Aye.

19

    Reyes.

20

    Aye.

21

    Richardson.

22

    Aye.

23

    Rubio.

24

    Aye.

25

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                    129

```
                    Seyarto.
1
                    No.
2
                    Smallwood-Cuevas.
3
                    Aye.
4
                    Stern.
5
                    Aye.
6
                    Strickland.
7
                    No.
8
                    Umberg.
9
                    Aye.
10
                    Valladares.
11
                    No.
12
                    Wahab.
13
                    Aye.
14
                    Weber Pierson.
15
                    Aye.
16
                    Wiener.
17
                    Aye.
18
                    SENATOR WEBER PIERSON:  Ayes 30, noes 9.
19
     The amendments are laid at the table.  We will continue
20
     our debate.
21
                    Senator Wiener, you are recognized.
22
                    SENATOR WIENER:  Thank you very much,
23
     Madam President.  Because this is really about California
24
     punching back against Donald Trump.  Donald Trump has
25
```

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording    on 08/21/2025                    130

1    been punching down at everyone for a long time, punching

2    down at states, punching down at trans kids, punching

3    down at immigrants.  We are punching back to protect our

4    democracy against this fascism.

5              This is about California checking Donald

6    Trump.  And -- and I wanted to say with respect to Trump,

7    there was some reference to corruption before.  I hope if

8    people are going to talk about corruption, we can talk

9    about the corruption in the White House, that Donald

10   Trump is accepting all sorts of bribes, these scam meme

11   coins that people use to funnel cash to him.  The -- the

12   plane that he received from the Qatari government, the

13   bribe that he received from Paramount to settle that

14   bogus defamation lawsuit.  So let's talk about that

15   corruption.

16             And we're seeing corruption here as well

17   in terms of Donald Trump trying to seize control of our

18   government in perpetuity.  And that's what's happening in

19   Texas and what we are responding to.  So, when I say that

20   California is checking Donald Trump, it's because not

21   that many institutions are actually stepping up to check

22   this aspiring dictator.  The Republicans in Congress are

23   not checking him.  They just give him whatever the heck

24   he asks for.

25             The Republicans in Congress voted to kick

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                        131

1   their own constituents off of healthcare and food

2   assistance and to close hospitals in their own district

3   at the request of Donald Trump.

4            The Supreme Court is not checking him.

5   The Supreme Court basically rubber stamps whatever the

6   heck Donald Trump wants to do, whether it's illegally

7   deport immigrants or tear down the government illegally;

8   the Supreme Court just rubber stamps it.

9            It's not red states because Donald Trump

10  called up the Governor of Texas and said, hey, I want

11  five more seats in Congress.  Can you do a scam

12  redistricting?  And instead of saying, you know what,

13  Mr. President, like mind your own business.  We're going

14  to handle our own stuff here in Texas, the Governor of

15  Texas just said, yes, sir.  Whatever you want, sir.

16  We'll do whatever you need, sir.

17            Universities aren't doing it.  They're

18  caving in one after the other, adopting his MAGA

19  policies.  Most recently, even Harvard, which it was so

20  depressing.  Harvard was standing up, and then even

21  Harvard caved in.

22            It's not the media.  Some media are

23  standing up like the AP, which is still banned from a lot

24  of things because it refuses to say the Gulf of America,

25  but other media are even paying bribes to this President.

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                    132

1    So California is not going to do that.  We are going to

2    check this fascist overreaches.  We're going to check

3    him.  We're not going to back down.

4                We are the fourth-largest economy in the

5    world.  We are the largest state by far.  We have the

6    wherewithal to be able to fight back and punch back

7    against this despicable human being who is trying to tear

8    down so much of what is good in this country.  And Trump

9    knows that we have the ability to punch back and that we

10   will punch back.

11               And that's why he is targeting California

12   so severely.  Why he is demanding a billion dollars in

13   extortion from UCLA.  Otherwise, he'll kill off

14   Alzheimer's and cancer research at UCLA.  He's doing it

15   by targeting, especially Southern California, with these

16   horrific immigration raids, grabbing people from their

17   front yards, and from bus stops, and from work sites --

18               SENATOR STRICKLAND:  Point of order.

19               SENATOR WIENER:  -- and disappearing them.

20               SENATOR WEBER PIERSON:  Just a moment.

21               SENATOR STRICKLAND:  Point of order.

22               SENATOR WEBER PIERSON:  Just a moment.

23               What is your point of order?

24               SENATOR STRICKLAND:  I deeply respect my

25   colleague from San Francisco and his passion about a lot

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                    133

1    of different issues throughout the state of California.

2    But I would encourage this body to talk about the bill

3    that's before us.  And I gave a lot of leeway before my

4    point of order, but it seems like it's going into a lot

5    of different issues.  And I would hope that my --

6               SENATOR WEBER PIERSON:  Thank you so much,

7    Senator Strickland.  You've stated your point of order.

     Just a moment.
8
                SENATOR WIENER:  Madam President, it's
9
     directly relevant.
10
                SENATOR WEBER PIERSON:  Thank you so much
11
     for -- for waiting.  We have allowed during this debate
12
     for people to give outside context on both sides to their
13
     arguments for whether or not they support or oppose the
14
     measure that is before us.  And therefore, your point is
15
     not well taken.
16
                Senator Wiener, you may continue.  Thank
17
     you.
18
                SENATOR WIENER:  Thank you very much.
19
     Madam President.
20
                In addition to targeting UCLA, in addition
21
     to these horrific fascist secret police immigration
22
     raids, he is directly targeting California with his
23
     unconstitutional plan to upend the census and to do a new
24
     scam census so that he can move even more seats out of
25

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording    on 08/21/2025                    134

1   California and other states that don't support his

2   fascism.

3               So on so many levels, he is targeting

    California, and he is targeting so much that is good

4

5   about this country.  And California is not going to take

    it sitting down.  We are going to punch back.  And that's

6

7   what we are doing today.

8               I wanted to say one final thing.  I

    supported the creation of the Independent Redistricting

9

10  Commission.  I have been an admirer of the work of this

    Commission, and I understand that there are some folks,

11

12  people I know and respect, who want us to keep the

    Independent Redistricting Commission, and we are keeping

13

14  it.

15              But we also have to be clear that this is

    about so much more than whether we are taking a

16

17  particular approach to redistricting.  That all becomes

    irrelevant if we lose our democracy because we have a

18

19  fascist who freezes himself in power and continues to

    tear down people's access to healthcare and destroy civil

20

21  rights for so many communities, and destroy our ability

    to engage in scientific research.

22

23              SENATOR WEBER PIERSON:  Senator Wiener,

    let's --

24

25              SENATOR WIENER:  Yes.

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                    135

1              SENATOR WEBER PIERSON:  -- go back to the

2   -- the bill before us.

3              SENATOR WIENER:  Yes.

4              And so it's about the bill.  It's about

5   the Independent Redistricting Commission.  And so as much

6   as we all want to have the best redistricting possible,

7   this is the right approach right now in response to what

8   Texas is doing and what this President is trying to do to

9   our country.  And I respectfully ask for an aye vote.

10             SENATOR WEBER PIERSON:  Thank you.

11             Senator Reyes, you are recognized.

12             SENATOR REYES:  Thank you, Madam

13  President.

14             My mother has often told me, and I'll say

15  in Spanish (Spanish).  My mother says, if it is unjust,

16  it is incorrect.  And if it is incorrect, it is your

17  responsibility to correct it.  Not because it affects

18  you, but it's because it affects others and because it

19  affects society.

20             The actions of this administration have

21  terrorized our communities.  Sometimes it is direct, and

22  sometimes it is not only direct in our -- in our

23  districts, but also throughout California.  In San

24  Bernardino County alone, 155,000 children rely on SNAP,

25  Supplemental Nutrition Assistance Program.  They're going

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                    136

 1   to -- many of them are going to lose this.  That is an
 2   injustice.
 3              We are seeing armed masked men stopping
 4   and kidnapping people right off the street, putting them
 5   in unmarked cars, and sending them to unknown countries.
 6   Just last week, we had a young man who was stopped by
 7   these unmasked -- or by these masked armed men.  He
 8   wouldn't roll down his window.  He asked them to identify
 9   themselves, asked for a warrant.  They could not provide
10   anything.  They broke his windows.  He immediately fled.
11   They fired at his vehicle.  And on his way home, he
12   called 911 and asked San Bernardino PD to please come and
13   help.
14              We've lost due process, which is a
15   fundamental right of Americans.  We have lost it under
16   this administration.  The fear in our country is
17   unacceptable, especially for our children who are no
18   longer going to school.  We have -- we have
19   superintendents now concerned in sending the teachers out
20   to welcome the students to make sure the students feel
21   that they are protected in their schools.
22              This Trump big, ugly bill has taken $1
23   trillion that was for Medicaid.  In every one of our
24   counties, every one of our districts, our people, our
25   people, our constituents are losing their benefits.  And

1  who benefited under that big, ugly bill?  Billionaires.

2  They can write off their jets now under this bill in

3  addition to so many other things.

4          Because of the President's failure, he

5  went to Texas, as has been talked about.  He went to

6  Republican states to do what failures do best when they

7  don't get their way - cheat, found a way to cheat.  He's

8  cheating because he knows that he will have to fairly

9  answer to the consequences of his actions, and to the

10  American people, who will wholeheartedly reject him.

11          This is why we're here on the floor, to

12  hold him and others accountable.  And to show that when

13  you pick a fight with California, California will fight

14  back.  It's been mentioned so many times, we didn't start

15  this fight, but we cannot back away from it.

16  Extraordinary times call for extraordinary measures.

17          That is why we are doing this the right

18  way.  We are taking this fight to the voters to ask them

19  to join us in offsetting the partisan, hostile acts of

20  the Trump administration.

21          If California truly leads a nation, as is

22  often said on this floor, then it has to be us that shows

23  the rest of the country, democracy is what is at stake.

24  We are witnessing injustices under this President and

25  this administration.  These injustices are incorrect, and

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                    138

we have a responsibility to correct what is wrong.

1              If it is unjust, it is incorrect.  We are

2    here to protect democracy.  And I've got to tell you that

3    we take this responsibility -- I take this responsibility

4    very seriously.  And I am so proud to have returned to

5    this floor at this time to exercise my right to join with

6    my colleagues in exercising this responsibility and to

7    correct something that is so wrong and so unjust.  Thank

8    you, Madam President.

9              SENATOR WEBER PIERSON:  Thank you.

10   Senator Strickland, you are recognized.

11             SENATOR STRICKLAND:  Thank you,

12   Ms. President, members.  I would like to bring it back to

13   the bill that's before us instead of rehash the

14   Presidential campaign.  And I also -- I want to point out

15   on the open of this debate, Mr. Leader, who I have deep

16   respect for, said we had fake outrage.

17             I'm here to say there's nothing fake about

18   our outrage on our side of the aisle.  I hear a lot of

19   different terminologies being used by the other side.

20   The word "authoritarian" came up very, very frequently.

21   Well, it's authoritarian to have a predetermined

22   election, and that's exactly what will happen if we pass

23   and the people pass ACA 8.  We will have predetermined

24   elections where there's no competition in California, and

25

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                    139

that is authoritarian.

1          I do trust the voters of California.  And

2 a lot of the members here say, well, why don't you just

3 trust the voters of California, because they get to

4 decide the final say in November?  I do trust the voters.

5 However, I don't trust the truth in advertising.  We need

6 to have truth in advertising.  And when you look at

7 what's going to be called the title and summary with the

8 Attorney General, the first lines are going to be, do you

9 want to keep the non-partisan Citizens Redistricting

10 Commission?

11          Members, you know, that's not true.  You

12 know, that's not truth in advertising.  And I'm glad one

13 of my colleagues called out the high-speed rail because

14 at the time when that came forward, I said there was no

15 truth in advertising to that bill.  Because they said it

16 won't be $33 billion, and it won't go from San Francisco

17 to Los Angeles.

18          SENATOR CORTESE:  Point of order.

19          SENATOR STRICKLAND:  By the way --

20          SENATOR WEBER PIERSON:  Just a moment.

21          SENATOR STRICKLAND:  -- I'm responding --

22          SENATOR WEBER PIERSON:  Just a moment.

23 Just a moment.

24          SENATOR STRICKLAND:  -- to --

25

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording  on 08/21/2025                    140

1           SENATOR WEBER PIERSON:  Just a moment.

2           What is your point of order?

3           SENATOR CORTESE:  Point of order.  There's
nothing on the floor before us today that has anything to

4  do with high-speed rail and the arguments that a

5  colleague from Huntington Beach has made in the past

6  about high-speed rail.  And I just ask that he stick to

7  the matters on the floor.  Thank you.

8           SENATOR STRICKLAND:  Madam President, I'm

9  responding to a member.

10          SENATOR WEBER PIERSON:  Just a moment.

11  Just a moment.

12          SENATOR STRICKLAND:  It's truth in

13  advertising.

14          SENATOR WEBER PIERSON:  Thank you.  So

15  seeing that a senator did mention high-speed rail

16  earlier, we are going to allow for latitude to allow

17  Senator Strickland to include those in his remarks.

18  However, please try to keep your remarks as close to --

19          SENATOR STRICKLAND:  I will.

20          SENATOR WEBER PIERSON:  -- the measure

21  that we are debating as close as possible.  Thank you.

22          SENATOR STRICKLAND:  Thank you, Madam

23  President.

24          Again, I have faith in the California

25

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                    141

1   people and the California voters, but when they're misled

2   in terms of what they're actually voting for, like the

3   high-speed rail and like what's before us here today,

4   when you're telling the people of California, you're

5   preserving the non-partisan Citizens Redistricting

6   Commission, you're not being truthful to the people of

7   California.

8               And again, we've done this without

9   transparency.  We haven't done it in the light of day,

10  but again, I firmly believe when it comes down to it, the

11  people of California -- if this bill moves forward, the

12  people of California will fight to preserve what is the

13  non-partisan Citizens Redistricting Commission, a gold

14  standard, because they don't want the authoritarian

15  politics to have predetermined elections.

16              They want to have a voice, and they will

17  not have a voice in California if this bill moves

18  forward.  And instead of people in Congress earning the

19  votes of their citizens, the elections will be

20  predetermined.  And I can't think of anything more

21  authoritarian than having predetermined elections.  And

22  for that reason, I urge a no vote on ACA.

23              SENATOR WEBER PIERSON:  Thank you.

24              Senator Padilla, you're recognized.

25              SENATOR PADILLA:  Thank you very much,

Madam President and colleagues.  I rise in support.

1

               You know, to be honest, Madam President,

2

I'm reminded of a famous line from a classical movie

3

we're all familiar with, The Wizard of Oz.  Pay no

4

attention to the man behind the curtain.

5

               The question before the Senate on this

6

amendment is first whether we should adopt its content,

7

what it does, and whether we should submit it to the

8

voters of California for their good judgment to decide

9

whether or not to adopt it and to put it into operation.

10

But really, Madam President, this is a conversation about

11

the why and not the what.

12

               I think we know the what, what a contrast

13

it presents.  Sitting President of the United States

14

phones up the Governor of Texas with their time-honored

15

tradition of gerrymandering and being in court defending

16

that they don't violate the Voting Rights Act,

17

disenfranchising voters, doing it their way, which

18

they're entitled to do.  But in this case, having a

19

sitting President ask that they do it now, mid-census,

20

with an eye towards the next midterm elections for

21

representation in the United States House of

22

Representatives.

23

               And so here we are with this question in

24

response to that, but doing it slightly differently.  Not

25

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                    143

1    because a President called us up and said, can you find

2    me some more districts?  But putting the question before

3    the people enfranchising and empowering the voters of

4    California to make this critical decision and paying them

5    the respect and honesty as to the why.

6                And we should think about the why.  Why is

7    it important in the midterms for the US House of

8    Representatives that there be an even exchange of debate

9    and ideas, and opportunity for the people of this country

10   to decide what that house looks like instead of giving

11   greater weight to one point of view before the game is

12   even played and diminishing the voices of another point

13   of view?  The why is pretty obvious.  It's to continue

14   the trajectory and the policies of regression, and

15   reduction, and undoing that we are witnessing in this

16   time at a level we've never seen in modern American

17   history.

18                That's why it's important to balance the

19   equation so that all voices in our congressional midterms

20   have an opportunity to be heard.  Not for its own sake,

21   but because of what is at stake.

22                There was a young democratic President in

23   January of 1961 named John Kennedy, who talked about

24   being part of a generation of leaders, new leaders that

25   were not and were unwilling to witness or permit the slow

undoing of the basic human rights for which this nation
has always been committed here at home and around the
world.

    And two decades later, a Republican
President named Ronald Reagan, upon taking his oath,
talked incredibly and articulately well about the fact
that freedom and the dignity of the individual must be
and has been more available and assured here in this
country than in any other place on earth.

    The question is really about the why.  Why
did President Trump ask Texas to act?  Why is it
important that they rigged the game before it's played?
It's not for its own sake.  It's for what they want to
continue to do, the slow undoing.  The slow undoing that
we've witnessed in the undoing of individual liberties
and protections, ignoring courts of law.  The snatching
of persons by unidentified masked agents off the streets,
something people haven't seen since behind the Iron
Curtain during the Cold War in the most oppressive states
in the world, pushing millions out of the social safety
net.  Those who can least afford it, and those who are
most vulnerable.

    The undoing that is the biggest tax
giveaway in American history to the wealthiest Americans
at the expense of the most vulnerable.  The retreating

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                         145

from American leadership abroad in the world.  The

failure to defend territorial integrity, sovereignty, and

democracy.  To stand for something that we pledge

allegiance to every day, the slow undoing.

           And the question today, colleagues, are we

-- are we part of a new generation of leaders in 2025 who

are unwilling to witness or permit that continued slow

undoing of everything we hold dear?  Are we going to be

part of a generation of leaders that are determined to be

sure that the freedom and dignity of the individual must

be available and assured here in America, more so than in

any other place on earth?  That's what this debate is

really about.  We must be that generation of leaders.

And I respectfully ask for aye vote.

           SENATOR WEBER PIERSON:  Thank you.

Senator Rubio, you are recognized.

           SENATOR RUBIO:  Thank you, Madam

President, ladies and gentlemen of the Senate.

           Today, I rise first and foremost as a

teacher, just thinking about what this moment means to my

students, as a former council member, just thinking of

how this moment is going to impact my community, and as a

formerly elected city clerk who ran elections, what this

means to democracy.  And I rise in strong support of ACA

8, and now, of course, as a state senator, caring very

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording    on 08/21/2025                    146

 1    much about what happens in this beautiful state to the

 2    beautiful people of California.

 3              But I want to be clear.  I've been hearing

 4    over and over from my colleagues their outrage about the

 5    money that's being spent in this election.  And really, I

 6    think the outrage is hollow.  One of the things that

 7    keeps running through my mind constantly is that, you

 8    know, we have a President, Donald Trump, who has wasted

 9    millions and millions of dollars, of our tax dollars, in

10    his own luxury, and we haven't heard any outrage about

11    that spending.

12              He has spent millions of dollars

13    retrofitting a private jet that he received from a

14    foreign country no less.  He is currently spending

15    millions of dollars on a grand ballroom so that he can

16    continue to have his lavish parties.  And he continues to

17    spend money gold-plating a White House that was meant to

18    be white.

19              And yet we have so many of our seniors

20    whose lives are being threatened, healthcare being cut

21    back, and their Social Security also threatened.  We have

22    our students, our children, our community members who now

23    are going to be impacted by the cutbacks in SNAP and food

24    assistance.  And it always happens to the most

25    vulnerable.  But let's not talk about the millions in

that ballroom that's going to have gold plating.

1

        And then we don't think about the millions

2

that were spent deploying our military on American soil

3

on Americans.  While college students are not going to be

4

able to afford to go to college because their grants were

5

frozen.  I don't remember the outrage over those tax

6

dollars, and never mind that his children and himself

7

continue to make billions.  He didn't divest, and I

8

believe he has continued to violate the Emoluments

9

Clause.  Again, where is the outrage?  They're making

10

billions.

11

        The truth is that the outrage is not over

12

the spending.  It's about accountability.  It's about

13

democracy itself.  And that is why ACA 8 matters so much

14

because we need to give Californians the power to decide

15

if it matters to them as well.  And I believe that the

16

way this is set up, it does.  We're giving Californians

17

the power to decide in November for themselves if this is

18

fair, and it's in the hands of the voters.

19

        And if we don't protect democracy now,

20

then when?  When it's gone and history is looking back?

21

History will look back on us.  Future generations will

22

look back on us, and I think this is the right time to do

23

the right thing.

24

        Government should always be about service

25

and not self-indulgence, as we have seen from our

President.  It's about feeding children, not feeding

egos, as we have seen from the President.  It's about

protecting seniors, not protecting golf outings, as we

have seen from the President.

ACA 8 is our chance to say enough, to put

power back where it belongs, and that is in the hands of

our Californian people.

The maps are already online.  They will be

printed on official voter guides.  Voters will have

plenty of time to review them and cast their vote.  The

people will decide.  All Californians will decide, and it

doesn't matter what side you're on.  So with that, I

respectfully ask for your aye vote.  Thank you.

SENATOR WEBER PIERSON:  Thank you.

Senator Smallwood-Cuevas, you are

recognized.

SENATOR SMALLWOOD-CUEVAS:  Thank you,

Madam President and colleagues.  I rise in strong support

of ACA 8.

Today's conversation just reminded me of

something that my grandmother said, and that is, if you

don't know your history, your children will be doomed to

repeat it.  When our people marched across the Edmund

Pettus Bridge, facing dogs, and fire hoses, and the

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording    on 08/21/2025                    149

1    terror of Jim Crow and racial violence, we were not only

2    demanding the right to vote for ourselves, we were

3    expanding the promise of democracy for the nation.  And

4    out of that sacrifice came the Voting Rights Act of 1965,

5    the most important civil rights law in our history.

6              And yet every year since the act was

7    passed, Texas has found ways to violate it.  A reminder

8    that progress is never permanent, and vigilance is always

9    required.  And Californians know, and what today's vote

10   on ACA 8 is about, is that this fight is not over.  The

11   same forces that tried to stop us in Selma are still

12   working today to silence our voices through voter

13   suppression and this Texas gerrymandering.

14             In fact, we must honor the Voting Rights

15   Act, not just with memory but with action.  And we must

16   protect the right to vote and ensure that we are

17   strengthening all communities of interest, ensuring

18   people who have saved our democracy can never be shut out

19   again.  ACA 8 is about one thing - defending our

20   democracy from being rigged by a tyrant.

21             Texas and other Republican-led states are

22   rushing through a mid-decade redistricting scheme

23   designed to steal seats in Congress.  In Texas, what this

24   looks like is that black Texans will lose much of their

25   power, being reduced to about a fifth of what their power

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                    150

1   was before this gross attack.  This is not just a power

2   grab.  It is a direct attack on communities of interest,

3   on young voters, and on anyone who stands for equity, and

4   justice, and due process of law.

5                Californians, we understand that we cannot

6   sit back while these extremists tilt the balance of power

7   under this hand of Donald Trump and unchecked control of

8   Congress.  We cannot let this happen.  And ACA 8 provides

9   a safeguard.  It states that if Texas gerrymanders their

10  maps, California will temporarily adjust ours to level

11  the playing field.  And we understand we always need to

12  work at leveling the playing field.

13               Time and time again, when our nation's

14  future was on the line, this history of the black vote is

15  key because it's carried us forward.  ACA 8 offsets

16  partisan gerrymanders in Texas.  It protects vulnerable

17  communities here in California.  And it's not maps alone

18  that safeguard our future.  Let's remember our history,

19  and let's take a closer look at Texas history.

20               Texas once saw black political power rise

21  during reconstruction, as it had across much of the

22  country, only to be stripped away by the black codes, and

23  Jim Crow, and racial terror, poll taxes, white-only

24  primaries that cut black voter rolls in Texas from over

25  100,000 to just a few thousand.  The Voting Rights Act of

1   1965 reclaimed that.  But today's gerrymandering in

2   Texas, the voter suppression, shows that Texas is now

3   sliding back, a reminder that every generation must fight

4   to keep democracy alive.  And that is what we are

5   stepping up to the plate to do here in California.

6            This is bigger than what we are doing on

7   this floor, and it's bigger than what our voters will

8   have to do this November.  This is about sending a clear

9   message to the nation and the world that we will not

10  allow Donald Trump and MAGA Republicans to steal

11  elections from the people.  We know what happens when

12  Trump has power.

13            Many of my colleagues have described the

14  painful and cruelty of it - denying disaster relief to

15  fire victims, imposing illegal tariffs that is destroying

16  our economy and threatening hundreds of thousands, if not

17  millions, of workers.  He's hurting working families by

18  rolling back over 60 years of hard-fought labor

19  protections.  He's ordered the mass arrest, deportations,

20  racial profiling, and terrorizing of families and

21  children.

22            He's criminalizing diversity, dismantling

23  DEI programs that protect equity in our schools and in

24  our workplaces, and that allows us to grow and be

25  innovative by bringing new voices, and ideas, and thought

1   partners to the table.  If given unchecked control, we

2   know that Trump will roll back decades of human civil,

3   women, workers' rights.

4           ACA 8 is California, once again, standing

5   up to defend democracy, just as we have led on climate

6   resiliency, just as we have led on workers' rights, on

7   women's rights, on equity.  Today, we will lead on

8   protecting free and fair elections.  Let's make sure the

9   voice of California and all Californians will not be

10  silenced by partisan power grabs at the hands of a

11  dictator.  And with that, I respectfully urge an aye vote

12  on ACA 8.

13           SENATOR WEBER PIERSON:  Thank you.

14           Senator Arreguin, you are recognized.

15           SENATOR ARREGUIN:  Thank you, Madam

16  President.

17           Senators, I rise in strong support of ACA

18  8, a bill that is vital to the preservation of our

19  democracy, that is under assault by President Trump.

20           And first, let me address the question of

21  whether it is legal for us to take this action today.

22  The Legislature and the voters often put constitutional

23  amendments on the ballot.  And what we are doing today is

24  putting this question to the voters and giving them the

25  opportunity to decide whether to allow for the temporary

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                    153

implementation of these congressional boundaries if the

voters approve this measure.

              In today's debate, my colleagues on the

other side of the aisle have failed to address what I

think is the elephant in the room: their party's leader,

President Trump, and the Republicans in Texas who are

gerrymandering democratic and minority -- majority

districts to give Trump five new Republican seats in

Congress.  And why?  The President is afraid that he

can't win an election in a fair fight.  So he has to rig

the process to give his party an unfair, partisan

advantage.  That is not fairness.

              So we wouldn't be here today if it wasn't

for the President's actions, and the actions of the

Governor of Texas, and the Texas Legislature.  I wish we

weren't here today, but we are.

              And I would agree with my Republican

colleagues, we have a lot of important business to

address for our state, but this is probably just, if not

more important than that business that we have to take up

over the next few weeks because the impact of Trump and

the Republican Congressional majority have had in our

state has been so significant.  So much of what has

impacted our state over the last eight months has been

directly in response to the devastating policies of this

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording    on 08/21/2025                         154

administration.

1                    I've also heard concerns about the cost of

2       this special election, but let's put this in the context

3       of what's at stake.  Potentially billions of cuts to

4       state grants and funding by the Trump administration.

5       Within the first month, the Trump administration tried to

6       freeze federal funds to California.  And let's also

7       remember that we are the largest donor to the federal

8       government.  One in four taxes are paid by Californians.

9                    Thanks to the actions of Democrats in this

10      Legislature by providing emergency funding and the

11      actions of our Attorney General, we unfroze $168 billion

12      in federal funds, approximately a third of our state's

13      budget.  We also took action to prevent 11 billion in

14      health and human services cuts, and 7 billion in

15      transportation cuts.

16                   That doesn't even account for the

17      devastating cuts that will be realized by the passage of

18      HR 1 to our federal Medicaid budget, which will kick

19      millions of Californians off of healthcare coverage, the

20      cuts to SNAP, which will mean that children and families

21      will starve in our state, the threatened cuts to

22      education funding, and other essential programs.  This

23      will further crater our state's budget.

24                   What's at stake is also our state's

25

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                    155

economic prosperity.  This administration's trade

policies are having a direct impact on our state's budget

and are wreaking havoc on our state's economy.

So when we talk about budget deficits,

where do we think they come from?  My constituents in

Senate District 7 in the East Bay and people across the

nation are outraged seeing the federal government

destroying their livelihoods.  From dismantling our

safety nets, eliminating healthcare coverage, reversing

the progress that we've made on civil rights and on

environmental protections, and the kidnapping of our

hardworking immigrant neighbors.

Our constituents call on us to take

meaningful action during these unprecedented times.  And

ACA 8 is that action to give voters an opportunity to

take a stand.

Now, I'm a proud supporter of independent

redistricting, something that our state will retain, even

if the voters approve this map.  And I believe that all

states should have independent commissions, something

that congressional Republicans have long opposed.

And so as the author had mentioned, ACA 8

specifically calls on Congress to adopt legislation and

to put on before all the states a constitutional

amendment to allow for independent commissions

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                    156

nationwide.  But why have Republicans in Congress opposed
1
these efforts?  Why are they afraid of giving power to
2
redistrict to the people?  Do they not believe in free
3
and fair elections?  To me, the answer is simple.
4
Because if the people had their way, Congress would
5
actually reflect the will of the people.
6
            So Trump's solution is to push our 250-
7
year experiment in democracy to the brink in order to
8
hold on to power.
9
            So the question before us is a simple one.
10
Will we enable this assault on our democracy, a necessary
11
step to continue the President's attacks on immigrants,
12
the LGBTQ plus community, on reproductive rights, on
13
anyone who dares to stand against authoritarianism?  Or
14
will we say enough is enough and take action to counter
15
these attacks?
16
            During this critical moment, I urge you to
17
stand on the side of democracy.  Colleagues, the country
18
is watching what we are doing here today, and history
19
will remember what we do.  With that, I respectfully ask
20
for your aye vote on ACA 8.
21
            SENATOR WEBER PIERSON:  Thank you.
22
            Senator Cortese, you are recognized.
23
            SENATOR CORTESE:  Well, thank you, Madam
24
President.  I rise in support of ACA 8.
25

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording    on 08/21/2025                    157

 1          We are here today because our democracy is

 2   under attack, as we've heard over and over and over

 3   again.  But what does that really mean in specifics?

 4   We've seen the dangers of unchecked power.  What does

 5   that really mean today in this context?  You know, after

 6   the last national elections, the President of the United

 7   States was able to consolidate power to the executive

 8   branch in the House and the Senate, and he has a very

 9   favorable judicial branch.

10          Most of us are taught in eighth-grade

11   civics that those three branches of government are

12   supposed to check themselves, but democracy was in play.

13   The American people voted, and we are where we are.  But

14   when you talk about trusting the voters, what I've seen

15   over and over and over again in my lifetime, especially

16   my voting lifetime, is that the American people are the

17   other branch of government.

18          The American people will check and will

19   swing the pendulum back when they see the three branches

20   of government become too extreme.  And that's happened.

21   And the President of the United States was surrounded by

22   his own advisors, who said that your extreme policies are

23   going to cost us the midterm elections.  And when you

24   cost us the midterm elections, you cost us the

25   consolidation of power.  This, as my colleague from

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording    on 08/21/2025                    158

Berkeley and others have said here today, you're going to

1   cost us unified power for the Republican Party in this

2   country, but more importantly, for our extreme policies.

3            Why?  Because the one thing that can check

4   all three branches of government are the sanctity of the

5   vote, the franchise of the vote.  And that's when the

6   President of the United States said, unless we can

7   disenfranchise those voters; then we've got them too.

8   And that's a decision that was made.

9            And that's why this President and this

10  administration is such a powerful threat to democracy

11  because he's no longer consolidating power among three

12  branches of government.  He's disenfranchising and

13  literally taking away the right to vote for whom people

14  want to vote.

15           That's manipulation of democracy and the

16  vote, but we're doing it differently here under ACA 8.

17  Here in California we're saying, as our Governor has

18  said, we can counter what's going on in Texas.  We can

19  counter what's going on in the administration.  But here,

20  because of the way that we operate, we're going back to

21  the people of California.  We're respecting the sanctity

22  of the vote.  And we ask the voters of California, what

23  do they choose?

24           Do they choose the methodology that we

25

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                    159

1    have in place now for selecting our Congressional

2    representatives, or in light of what's going on in

3    Washington and Texas, do they want to change the rules?

4    They get to decide.  They get to decide.  And so here in

5    California, the sanctity of the vote is paramount.  In

6    Washington DC, it's not.  That's the difference.  That's

7    why ACA is not a power grab.  Quite the opposite.  It's a

8    safeguard.  It's a temporary safeguard.

9                    In California, voters, not politicians,

10   will decide whether we should use this temporary

11   safeguard to keep the playing field level and whether we

12   should protect our democracy from a power grab by our

13   President, not just of three branches of government.  ACA

14   puts the choice squarely in the hands of the people.  Why

15   do we call this authoritarian overreach?  Think about it

16   for a moment.  This President has gone to an autonomous

17   state, Texas, a self-governing state, Texas, a

18   freestanding state, Texas, a sovereign state within the

19   United States of America, and said, you'll do what I tell

20   you to do.

21                    ACA 8 is the only thing we have in our

22   toolbox to counter that.  But we have tools, and we'll

23   use those tools.  Thank you.  And I urge your aye vote.

24                    SENATOR WEBER PIERSON:  Thank you.

25                    Senator Grove, you're recognized.

                    SENATOR GROVE:  Thank you, Madam

 1   President.

 2                   Again, I wasn't going to speak on this

 3   because I wanted to voice my opinion on the previous

 4   bill, and they're all considered a package.  But I do

 5   want to set the record straight and make some comments

 6   with some leeway from Madam President regarding some of

 7   the comments that were made on the floor.

 8                   Again, if you look at the lawsuit between

 9   Petteway versus Galveston County, the court, the three

10   branches of government that were just mentioned by my

11   good colleague, that the court ordered Texas to redraw

12   the lines.  President Trump did not order Texas to redraw

13   the lines.  This is an independent judge.  He said,

14   redraw the lines based on a lawsuit filed by the Elias

15   Commission, which I described earlier.

16                   It's absurd to stand.  And again, I just

17   love my good colleague.  I mean, he's only right 10

18   percent of the time, but when he is right, I agree with

19   him; but he's right -- or wrong a lot of the times.  My

20   good colleague from San Francisco made the comment that

21   UCLA was being punished by a mean dictator because they

22   were being fined $1 billion by President Trump.

23                   UCLA is being fined by the President

24   because they failed to protect Jewish students.  Where

25

1    Jewish students were attacked, threatened, locked in

2    rooms, refused to allowed to go to class.  They won a

3    $600 million lawsuit against the university system, and

4    President Trump fined the UC -- UC system, $1 billion for

5    not protecting Jewish students.  Nobody wants to relive

6    history in the 1940s and that era, that timeframe of

7    World War II.  And the President is standing up for

8    Jewish students.  That's why he fined them $1 billion.

9            So just a point of clarification to my

10   good friend and my colleague from San Francisco, and the

11   co-chair of the Jewish -- Legislative Jewish Caucus.

12   That was a justification, and we should all stand behind

13   the fact that people who hurt and harm our Jewish

14   communities should be punished in some way.  And I

15   applaud the President for doing this.

16           Again, read Galveston versus -- read

17   Petteway versus Galveston County.  That's what started

18   this whole thing.  It was not President Trump.  It was a

19   court case that required Texas to redraw the lines, which

20   triggered your response, which is going to trigger a lot

21   of other responses.

22           And as I made in my comments earlier,

23   Maryland Democrats occupy 7 out of 8 seats even though 40

24   percent of votes were Republican.  Massachusetts, all 9

25   seats are Democratic despite President Trump getting 40

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording    on 08/21/2025                    162

percent of the vote.

1                It continues down the line, and this ACA

2  to gerrymander even further, the seats that you have in

3  California, where Republicans got 40 percent of the vote

4  and we occupy 17 percent of the congressional seats.  And

5  to allow these maps with no other choice other than the

6  voters to say no for this to happen, based on the

7  rhetoric that is coming out of this body, that it's

8  President Trump.

9                It's a court case.  The documents are

10 right there.  I'd be glad to send it all to you.  Most of

11 you are attorneys.  I barely have a high school diploma,

12 and I was able to read that and determine where the

13 lawsuit came from.  Respectfully ask for a no vote.

14                SENATOR WEBER PIERSON:  Thank you.

15                Senator Perez, you are recognized.

16                SENATOR PEREZ:  Thank you, Madam

17 President.

18                I'm proud to rise in support of ACA 8 as

19 well as a co-author of the Election Rigging Response Act.

20 You know, I think it's really important that we

21 articulate why we are here today and why we are even

22 taking up ACA 8.

23                Over the last several weeks, we have seen

24 Texas Republicans, along with Governor Greg Abbott, take

25

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                    163

1   actions to try to redraw their maps to add an additional

2   five Republican seats.  In addition to that, they have

3   threatened Texas Democrats, enforcing police force

4   against them to go searching for them, threatening to

5   utilize the FBI, and in one case, even locking a Texas

6   legislator in the chambers, refusing to allow her to

7   leave unless she signed and agreed to have 24-hour

8   surveillance.

9           We have Texas members of the Legislature,

10  democratic members that are being followed by police

11  officers in the grocery store.  This is complete

12  absurdity and complete madness.  And while I heard

13  clearly from my Republican colleagues that they do not

14  believe that President Donald Trump reached out to

15  Governor Greg Abbott, we have seen otherwise.  That the

16  President has reached out to Texas Governor Greg Abbott

17  to ask him to deliver these five Republican seats.  That

18  he's reached out to the states of Missouri, Florida,

19  Ohio, Indiana, and possibly even Kansas in order to

20  redistrict the maps so that he can turn the 2026 election

21  in his favor.

22          Now, why is this happening?  That is

23  because the President has moved forward a set of policies

24  that is wildly unpopular.  We have seen the cost of

25  living skyrocket.  We have seen ICE raids across our

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                    164

community.

We had a man die in Camarillo.  Mr. Alanis
(phonetic), who died while running from an ICE raid, fell
more than 30 feet to his death.  Just a few days ago, a
man died in my district.  Roberto Carlos Montoya Valdez
was killed when he was running from an ICE raid and was
struck by a vehicle.  This is unacceptable, and I want to
emphasize this, that lives are on the line.  That is what
is on the line.

We are not just talking simply about
funding.  We talk a lot about numbers in this House and
the millions of dollars that have been cut from
education, from healthcare, from food programs, the
millions of dollars that are being spent on additional
ICE raids, on surveillance, and policing of our
communities.

But what has that ultimately resulted in?
That has ultimately resulted in people dying.  People
losing access to critical healthcare.  Less people
showing up to their doctors' appointments.  Less people
having access to healthy and nutritious food.  And
ultimately, that is going to have an impact on the 2026
elections because voters know, Americans know, regardless
of party, they are seeing that these policies are not
yielding results for them.  That this is an

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording    on 08/21/2025                    165

1    administration that is more interested in investing in

2    billionaires, in trillionaires, and their interest in

3    giving them huge tax breaks than everyday working people

4    like you and me, and it is utterly unacceptable.

5              Now, what we have done here today in

6    introducing ACA 8 is allow us to neutralize what is

7    happening in Texas so that we can create an additional

8    five Democratic seats to stop this mess and stop this

9    chaos.

10             But what does it also do?  It protects our

11   independent redistricting commission.  Something that was

12   approved by the voters, and it was not easy to get it

13   approved.  It was put on the ballot several times.  We

14   finally earned the support of the voters.  You have both

15   Democrats and Republicans that serve on that Commission.

16   They will be redrawing the lines come 2030 again.  And

17   that is important.  That is critical.

18             And I want to highlight that it is

19   Democratic states that have independent redistricting

20   commissions.  It is not Republican states.  In fact, here

21   in the United States, the five most gerrymandered states

22   are Republican states.  And we need to call that out to

23   continue to pretend as if partisan gerrymandering was

24   just something that came up, as if California created

25   this.  To watch the Vice President, JD Vance, continue to

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording    on 08/21/2025                    166

spread this misinformation is utterly unacceptable.

1              What do we know?  That back in 2021, when
2
Democrats introduced a measure to ban partisan
3
gerrymandering, it was Senate Republicans who killed it.
4
And we could have stopped this mess then, but they have
5
refused to allow such a measure to pass.
6
7              And we know that come 2026, voters are
going to turn out, and they're going to send a message.
8
They're going to send a message that they do not support
9
cuts to food stamps.  That they do not support cuts to
10
Medicare programs.  That they do not support ICE raids in
11
their communities, robbing their neighbors in broad
12
daylight and causing deaths left and right of hardworking
13
people - farm workers, day laborers, blue collar workers
14
that look like my father and my grandfather.  That they
15
do not support Republicans leaving session early in
16
Congress to prevent the release of the Epstein files.
17
18              We are going to hear loud and clear come
2026, and that's what this moment is about.  California
19
is stepping up.  We did not want this battle.  And I want
20
to make very clear, and folks that have worked with me
21
know, I have been very invested in independent
22
redistricting.  We have moved measures like this forward
23
at the local level.  But unfortunately, this is a moment
24
that requires us to respond.  California didn't pick this
25

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                    167

battle, but we can end it.  And that is our job here

1   today.  I urge an aye vote on ACA 8, and I'm so proud to

2   be supporting and co-authoring this message.  Thank you

3   so much.

4            SENATOR WEBER PIERSON:  Thank you.

5            Senator Niello, you are recognized.

6            SENATOR NIELLO:  Thank you, Madam

7   President.

8            With regard to some final comments of my

9   friend from Pasadena relative to who supports and doesn't

10  support redistricting, at least in this state, I would

11  just make reference to my past historical notes when I

12  spoke to the previous bill.

13           But I have a question of the author.

14           SENATOR WEBER PIERSON:  Will the author

15  take a question?

16           SENATOR CABALDON:  Yes, Madam President.

17           SENATOR WEBER PIERSON:  Thank you.

18           You may proceed.

19           SENATOR NIELLO:  And in connection with

20  that, I'd like permission to read.

21           SENATOR WEBER PIERSON:  Seeing no

22  objection, you may proceed.

23           SENATOR NIELLO:  I am reading from Article

24  21, Redistricting of the State Constitution,

25

Redistricting of Senate Assembly Congressional and Board

1   of Equalization Districts.  This is Section 2J.

2
            "If the Commission does not approve a
3
final map by at least the requisite votes or" -- and this
4
is the relevant section -- "if voters disapprove a
5
certified final map in a referendum, the Secretary of
6
State shall immediately petition the California Supreme
7
Court for an order directing the appointment of special
8
masters to adjust the boundary lines of that map in
9
accordance with the redistricting criteria and
10
requirements set forth in three other previous
11
subdivisions.  Upon its approval of the master's map, the
12
court shall certify the resulting map to the Secretary of
13
State, which map shall constitute the certified final map
14
for the subject type district."
15
            Now, within the allowance of ACA 8 and the
16
issues we're speaking today, it does ask the voters to
17
disapprove the certified final maps, but with other maps
18
being substituted, which is in direct conflict with that
19
specified by this constitutional requirement.  So my
20
question is: how does that not make this
21
unconstitutional?
22
            SENATOR CABALDON:  Thank you, Madam
23
President.  First let me emphasize that the Senate has
24
paid close attention to each word and each provision of
25

the constitutional amendment in the construction of this

1  bill, along with our colleagues in the assembly but also

2  to point out what might be the obvious - that this is

3  Assembly Constitutional Amendment Number 8, and

4  therefore, its provisions already being not inconsistent

5  with the constitution will amend the constitution, and

6  they will be, by definition -- if the voters choose to

7  enact them, they will be constitutional.

8              SENATOR NIELLO:  So in other words, you

9  are actually amending Article 21.

10             SENATOR CABALDON:  No.  So Article 21 --

11  Article 21 of the constitution will be -- remains in

12  place as a result of ACA 8.  ACA 8 adds new provisions to

13  the constitution and an alternative procedure that is

14  temporary and for this one purpose and this one time, an

15  alternative that the voters have the ability through

16  their votes to enact.  And the Senate has complied in

17  every respect with the entire constitution in the

18  drafting of this measure.

19             SENATOR NIELLO:  So this also amends or

20  basically eliminates Section 2J.

21             SENATOR CABALDON:  Now, Section 2J

22  remember --

23             SENATOR WEBER PIERSON:  Excuse me.

24             SENATOR CABALDON:  -- let us --

25

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                    170

1              SENATOR WEBER PIERSON:  Excuse me.

2              SENATOR CABALDON:  Oh sorry, Madam
President.

3

4              SENATOR WEBER PIERSON:  Will the Senator
take another question?

5

6              SENATOR CABALDON:  Yes, Madam President.

7              Section 2J -- as you know, my colleague
from Fair Oaks, Section 2J exists in the article that

8
describes the procedure by which the commission

9
constructs the maps each -- after each decennial census.

10
And in fact, that is the first line of that article is

11
each 10 years after the census this -- the following is

12
about what is to occur.

13

14             This ACA 8 creates a different provision
of the constitution, this alternative procedure that

15
would be temporary for this one-time purpose.  And so as

16
long as it's not inconsistent with other provisions of

17
the constitution, this measure gives the people the power

18
to design the proper approach for this one time temporary

19
measure.  So it is not inconsistent with it.  It fully

20
complies with the constitution.

21

22             SENATOR NIELLO:  Well, thank you for that.

23             On my own time, all of the testimony here
by everybody that we believe we have an excellent system

24
for redistricting after each census.  And we will most

25

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                      171

1    certainly go back to that after 2030.  Nonetheless,

2    again, referring back to my little history dissertation

3    earlier today and the involvement, reported involvement

4    of the DCCC in this action that is going on that has been

5    developed behind the scenes.  One has to be awfully

6    suspicious of significant changes to this process and

7    whether, indeed, the intent or the power to continue on

8    our previous track after 2030 is of great concern to me,

9    and I think should be of great concern to everybody who

10   votes in favor of this ACA and the other two bills that

11   we have, and of great concern to the voters of California

12   once this goes on the ballot.

13                  SENATOR WEBER PIERSON:  Thank you.

14                  Senator Wahab, you are recognized.

15                  SENATOR WAHAB:  Thank you.

16                  I first just want to state that I try

17   really hard to represent my entire district, both

18   Republicans, Democrats, as well as independents, non-

19   voters, new immigrants, and anybody that lives in my

20   district.  And I believe that is the role of when we

21   create policy, it is for the entire State of California

22   representing all people, just as when we do a census.

23   It's about all people.

24                  And it was referenced about lawsuits.  In

25   2023, the Supreme Court ruled in Abbott versus Perez,

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording    on 08/21/2025                    172

1    that Texas's redistricting plan violated the voting

2    writers -- the Voting Rights Act, mandating that voters

3    of color be placed in districts with more opportunity to

4    select their preferred candidates.  And continuously we

5    have seen that Texas has been violating the Voting Rights

6    Act since 1965, and even this most recent action in

7    August of this month, of 2025, we are seeing violations

8    being made.

9                    And I heard multiple times today a number

10   of things - that you know it's wrong, what's being done;

11   and there's zero transparency; and it's a power grab.

12   And I call that into question.  So when President Trump

13   calls for Texas to do a partisan mid-decade redraw, which

14   handed themselves plus five GOP seats behind closed

15   doors, is that okay?  Shutting down Democrats in these

16   rushed maps?  Is that okay?  The fact that California is

17   different.  We're giving voters the final say and

18   opportunity to use their voice by voting on this effort.

19   The highest form of transparency for all voters.

20                    We hear that it's unconstitutional or

21   overturning the will of the voters.  And the US

22   Constitution does not forbid mid-decade redistricting.

23   In fact, California's constitution requires voter

24   approval, which is exactly what we are doing.  We are

25   following the rules and going to the voters.  The

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                    173

Commission remains in place even after this.  This is a
temporary safeguard until 2030.  And again, it's up to
the voters, not politicians deciding whether to authorize
this action; that's respecting the will of the people.
We are going to the voters.

          So I've heard Democrats are hypocrites,
but the real hypocrisy, I will say, is claiming to
support housing, childcare, and healthcare, but voting no
consistently on funding those items.  Calling themselves
the party of law and order but excusing President Trump's
attempt to overturn the 2020 election and pardoning the
January 6th rioters.  Claiming to care about women and
children, but blocking the release of the Epstein files
of sexual abuse of children and women.

          Call for the release of the Epstein files.
I want to see the Epstein files.  I'm sure many of my
colleagues, as much as we talk about it, as much as we
talk about human trafficking, children, women, women of
color, and the abuse of power, call for the release of
the Epstein files.  And he died under President Trump's
administration with a failure of cameras, dereliction of
duty of guards, and much more, and the other party is
silent.

          And then people want to say, especially in
California, especially at the national level, that

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                    174

1   Governor Newsom is just raising his profile.  Well, guess

2   what?  America is getting engaged, and this nation is

3   just now seeing what Californians already know.  When

4   others are scared to act, Governor Gavin Newsom shows the

5   courage to lead.  As a woman, a daughter of immigrants, a

6   former foster youth, the actions at the federal level

7   have been a direct attack on each of us.  For every

8   identity and ideal we hold dear, I'm proud to heed

9   Governor Newsom's call to defend our democracy.  Finally,

10  a leader willing to boldly take on what is happening in

11  this country.

12              And so with this vote is giving the choice

13  back to the voters of California.  I trust the voters and

14  for the greater good, I respectfully ask for an aye vote.

15  Thank you.

16              SENATOR WEBER PIERSON:  Thank you.

17              Seeing no further discussion or debate,

18  Senator Cabaldon, would you like to close?

19              SENATOR CABALDON:  Yes.  Thank you, Madam

20  President.

21              Let me first remind us of what is in ACA

22  8.  The first and critical provision is a call to the

23  Congress of the United States to put an end to this

24  madness that has consumed the country, thanks to Donald

25  Trump and Texas, and submit a constitutional amendment to

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                    175

all of the states for nationwide redistricting reform.

1                Number two, the authorization for the

2  people of California to approve this temporary set of

3  maps that will allow us to fight back, push back and

4  preserve democracy across the country.  And third, to

5  make it very clear that the Independent Registering

6  Commission is undisturbed by this constitutional

7  amendment, and it will be back in 2031 for the drawing of

8  the new lines after the census as is its constitutional

9  responsibility.

10               Now, we've heard said that Texas isn't

11 meaning to do anything devious or untoward here.  They're

12 simply complying with a court order.  Well, in this

13 country, a strongly worded letter from Attorney General

14 Pam Bondi at the urging of President Donald Trump,

15 following up one of his phone calls, demanding that you

16 serve up five seats on a silver platter, is not a legally

17 binding court order that requires emergency action on

18 this timeframe.  That is a ruse that even they don't even

19 say that in Texas, the chair of the Texas Elections

20 Committee and the author of the new maps has made it very

21 clear - this is a partisan map that we are doing in order

22 to increase Republican power at the urging of President

23 Donald Trump.

24               Now, in the elections committee hearing

25

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording    on 08/21/2025                    176

led by our outstanding elections chair from Riverside,

one of the witnesses, a former member of the Independent

Commission, said that democracy means that we -- that

each political party, each idea takes turns being humbled

at the ballot box by the people.

                That is the essence of what democracy is,

that we have our policy programs, our ideas, our

accountability, and our results.  And we go to the

voters, and sometimes they applaud and reelect us.

Sometimes they say, no, thank you.  That is ultimately

the essence of democracy, not Article 2J, not something

else.  It is that notion that all of us, even if we

actually have the key or the card key to the capitol

building or to the Governor's office, we have the keys.

Our name is on the door.  That we do not own that.  That

we serve at the likelihood that we will, at one point, be

humbled.

                What's happening in Texas, what's

happening as a result of the proposed changes to the

census and mail-in balloting is an attempt to immunize,

to end that cycle so we will never have accountability

and democracy again.  And you heard this in our debate

today as it was said that I -- you know, one of my

Republican colleagues said, "I have faith in the voters.

I have faith in the voters, absolute faith in the

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                        177

voters."  Except, except, and let me point -- you know,

turn back to the ballot measure that shall not be named,

but except when they get it wrong because they've paid

too much attention to advertising, and when they get it

wrong because they listen to a governor, right.  You

know, when the campaign is not exactly balanced, then we

can't listen to the voters in that case.

         And fundamentally that is what's going

wrong with our democracy.  The idea that democracy is

only real if it bolsters our power, if it agrees with our

ideology and with our issues.  And so this measure

protects the power of the people to assure that they can

hold us, the Congress, and the President of the United

States accountable for all of the things that have been

said today.

         And it is the case that millions of

Californians are asking themselves in the face of all of

these threats to democracy, to safety, to healthcare, to

everything: what can I do about it?  The fear, the

resolute anger of Californians about this.  And all of us

hear this every single day.  What can I -- what are you

doing and what can I do?  And this is our answer.  We

Californians, California voters have the opportunity, not

just to raise our voices, but to cast our votes.  The

most fundamental way of rescuing democracy is by casting

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                    178

1    our votes if this measure allows the ACA to go on the

2    ballot.

3                    And it still matters because HR 1 and the

4    census changes, everything else is still pending in terms

5    of implementation.  And so let us not in a year when one

6    of our residents says, "I'm not getting my Social

7    Security" and none of the helplines -- they've all been

8    turned off.  DOGE fired everybody.  Let us not say, well,

9    you know, what about the cost of that special election

10   when somebody says, my hospital in the rural parts of my

11   district is gone.  Who's going to stand up and say, but

12   did you know that that one bill had an urgency clause in

13   it?

14                   When my Navy son has been abducted off the

15   streets in LA, who of us is going to say, but the

16   amendments really weren't germane?  When we lose our

17   votes, either directly through the mail or our seats in

18   Congress, which of us is going to say, well, you know,

19   the voters might have gotten it wrong if we gave them

20   their voice.  When Marines and National Guard are

21   ordered, against their will, to occupy, I don't know,

22   West Sacramento, San Diego, Murrieta, any other part of

23   California as they have -- already doing in DC and as

24   they started here in California, will we say that the

25   voters just couldn't be trusted to make a hard

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                    179

complicated decision like this?  No.  This is what this

vote is about.

          Let the voters make the decision.  We've

heard them, and we are responding.  And they are the

ultimate judges of whether this is the right way forward.

The voters of California are sovereign.  Regardless of

Article J, they are sovereign.  They have the authority.

They have the legitimacy.  And with ACA they will have

the power to make this right.

          Madam President, I urgent aye vote.

          SENATOR WEBER PIERSON:  Thank you.

          Secretary, please call the roll.

          THE SECRETARY:  Allen.

          Aye.

          Alvarado-Gil.

          Archuleta.

          Aye.

          Arreguin.

          Aye.

          Ashby.

          Aye.

          Becker.

          Aye.

          Blakespear.

          Aye.

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                    180

Cabaldon.

1

Aye.

2

Caballero.

3

Aye.

4

Cervantes.

5

Aye.

6

Choi.

7

No.

8

Cortese.

9

Aye.

10

Dahle.

11

No.

12

Durazo.

13

Aye.

14

Gonzalez.

15

Aye.

16

Grayson.

17

Aye.

18

Grove.

19

No.

20

Hurtado.

21

Aye.

22

Jones.

23

No.

24

Laird.

25

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                      181

1      Aye.

2      Limon.

3      Aye.

4      McGuire.

5      Aye.

6      McNerney.

7      Aye.

8      Menjivar.

9      Aye.

10     Niello.

11     No.

12     Ochoa Bogh.

13     No.

14     Padilla.

15     Aye.

16     Perez.

17     Aye.

18     Reyes.

19     Aye.

20     Richardson.

21     Rubio.

22     Aye.

23     Seyarto.

24     Smallwood-Cuevas.

25     Aye.

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                    182

                    Stern.

1                   Aye.

2                   Strickland.

3                   No.

4                   Umberg.

5                   Aye.

6                   Valladares.

7                   No.

8                   Wahab.

9                   Aye.

10                  Weber Pierson.

11                  Aye.

12                  Wiener.

13                  Aye.

14                  SENATOR WEBER PIERSON:  Secretary, please

15      call the absent members

16                  THE SECRETARY:  Alvarado-Gil.

17                  Richardson.

18                  Aye.

19                  Seyarto.

20                  SENATOR WEBER PIERSON:  Ayes 30, noes 8.

21      That measure passes.

22                  Members we have messages from the

23      Assembly.

24                  Secretary, please read.

25

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording  on 08/21/2025                    183

1          THE SECRETARY:  "Assembly chamber August

2    21, 2025.  Madam President, I am directed to inform your

3    honorable body that the Assembly amended and on this day

4    passed as amended Senate Bill 280 and respectfully

5    request your honorable body to concur and send amendments

6    to Parker, Chief Clerk of the Assembly above bill order

7    to unfinished business.

8          SENATOR WEBER PIERSON:  Thank you.

9          Members, we will now move to Senate

10   supplemental file number two.

11         Secretary, please read.

12         THE SECRETARY:  Senate Bill 280 by Senator

13   Cervantes in equating to elections, making an

14   appropriation, therefore, and declaring the urgency

15   thereof to take effect immediately.

16         SENATOR WEBER PIERSON:  Senator Cervantes,

17   you are recognized.

18         SENATOR CERVANTES:  Thank you, Madam

19   President and members.

20         Today I am proud to present Senate Bill

21   280, which calls for a statewide special election on

22   November 4 of this year.  This special election gives

23   Californians the power to decide whether we redraw our

24   congressional districts to protect fair representation

25   through Assembly Constitutional Amendment 8.

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                    184

1                SB 280 also appropriates the funding

2    necessary for the Secretary of State and our county

3    registrars to administer this election.  The bill also

4    makes the necessary statutory changes to allow the June

5    2026 statewide primary to be held on time.

6                Members, this is not politics as usual.

7    This is a rigged game.  We are here because the federal

8    administration and Republicans in Congress know they are

9    losing.  They see the scoreboard.  They know their

10   playbook is unpopular and instead of competing fairly,

11   they are changing the rules of the game.  Think about it.

12   They send mass federal agents into our community,

13   snatching people up because their skin tone looks like

14   mine.

15               They slashed healthcare from millions

16   while handing billionaires a tax break and slapping

17   working families with tariff taxes on everyday essentials

18   like coffee and bananas.  They know voters will hold them

19   accountable.  So what do they do?  They redraw the field.

20               Just yesterday in Texas, Republicans have

21   redrawn congressional maps so that instead of voters

22   choosing their representatives, politicians get to choose

23   their voters.

24               Let's be clear, the goal is to lock in

25   power, but in California we aren't just spectators in the

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                    185

1   stand, we are stepping up to the plate.  California is

2   ready to defend fairness, to defend representation, and

3   to defend democracy.

4               Now, some of our colleagues will ask: why

5   the urgency?  Why the special election?  Because this is

6   a five alarm fire blazing in our democracy.  And if you

7   don't see that, it's because you're choosing to ignore

8   it.  And let's not pretend that this timeline is unusual.

9               Republicans were more than happy to rush

10  through the failed recall of Governor Newsom in 75 days.

11  The clock ran then, and it can run now.  Yes.  This

12  election will cost money, but let's be clear, the price

13  tag is less than President Trump's golden White House

14  ballroom.

15              What's the cost of protecting fair play in

16  America?  It's nothing compared to letting President

17  Trump cheat the country.  We will not let him move the

18  goalpost.  The truth is a republic where people fear

19  practicing their beliefs or worry their vote won't be

20  counted, is no republic at all.  That is not a democracy.

21              On November 4th, the voters of California

22  can punch back.  They can say no more to power grabs.

23  They can say no more to cheating.  They can take back

24  their agency.  Take it back at the ballot box.  Take back

25  your power on November 4th.  Take it back for California

1    and for our country.  Californians aren't going to quit

2    in the fourth quarter.  We will not fold in extra innings

3    because this is our spirit; this is our fight.  And when

4    the dust settles, California will remain standing.  I

5    respectfully ask for aye vote on SB 280.

6                    SENATOR WEBER PIERSON:  Thank you.

7                    Seeing no further discussion or debate,

8    secretary, would -- Senator McNerney, would you like to

9    -- you are recognized.

10                   SENATOR MCNERNEY:  Madam President and

11   colleagues, I rise in strong support of SB 280 because

12   it's logical.  Yes.

13                   It's logical to adopt the new

14   congressional districts here in California, and here's

15   why.  First, this President's policies are hurting

16   California and the country.  For example, the

17   deportations are decimating our workforce and terrorizing

18   our families.  The tariffs are taxes.  Yes, the tariffs

19   are taxes and they're slowing our economy.  Defunding our

20   universities are robbing our future.  He is throwing

21   military into our cities, incredibly dangerous.  He's

22   throwing millions of people off healthcare across this

23   country.

24                   Now, the Republicans in Congress have not

25   and will not put any breaks on this President.  He can do

anything he wants.  This is what dictators do.  If the

Republicans retain the majority in 2026 in the House of

Representatives, the President will continue to degrade

our country and make us a banana republic.

But the Democrats can win a majority in

the House in 2026 and will put breaks on the President

unless he manages to rig the election.  The President and

the Texas Republicans are rigging the election by having

adopted gerrymandered congressional districts, just

yesterday, to replace five Democrats with five

Republicans.  They are trying to rig the national

election.

California is the only state in the union

that has the people and the will to stand up to the

President.  This is our duty to fight fire with fire and

approve new congressional districts that satisfy the

Voting Rights Act.  And unlike Texas, we will ask the

voters to judge the new districts.  Democrats did not

want this fight.  We did not ask for this fight, but we

will not run away from it.  We will fight for our economy

and for our values.

Therefore, it's logical to put this

question of adopting new congressional maps before the

California voters on November 4th.  California voters

must have the right to decide if the state should respond

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording    on 08/21/2025                    188

1    to the President's efforts to rig the elections.  If you

2    think America needs more authoritarian government, then

3    give up these five seats.  I sure don't.  I ask my

4    colleagues -- no.  I implore my colleagues with respect

5    to vote aye on Senate Bill 280.

6                 SENATOR WEBER PIERSON:  Thank you.

7                 Senator Jones, you're recognized

8                 SENATOR JONES:  Madam President and

     members, I rise in opposition to SB 280.

9                      This bill is an unwanted, unnecessary, and

10   expensive distraction.  This measure would redirect,

11   scarce state resources and attention to an unnecessary,

12   unwanted, and expensive legislative democrat fabricated

13   distraction.

14                      With the state facing a $12 billion

15   deficit, an unemployment rate higher than any other

16   state, a housing crisis, the highest poverty and

17   homelessness rates among the states, and ongoing massive

18   crime problem, and continued fire recovery needs, the

19   last thing that this Legislature should be doing is

20   creating a massive distraction while also wasting scarce

21   taxpayer funds on an unnecessary.  The special election

22   will cost alone -- are estimated at a quarter of a

23   billion dollars, a quarter of a billion dollars for this

24   unnecessary partisan power grab.  I ask for a no vote.

25

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                    189

1             SENATOR WEBER PIERSON:  Thank you.

2             Seeing no further discussion or debate,

Senator Cervantes, would you like to close?

3             SENATOR CERVANTES:  Thank you, Madam

4  President.

5             On November 4th, Californians have a

6  choice.  Let Trump cheat or punch back.  Take back your

7  agency.  Take it back at the ballot box.  Take it back

8  for California and for the country.

9             SENATOR WEBER PIERSON:  Thank you.

10            Secretary, please call the roll.

11            THE SECRETARY:  Allen.

12            Aye.

13            Alvarado-Gil.

14            Archuleta.

15            Aye.

16            Arreguin.

17            Aye.

18            Ashby.

19            Aye.

20            Becker.

21            Aye.

22            Blakespear.

23            Aye.

24            Cabaldon.

25

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                    190

1       Aye.

        Caballero.
2
        Aye.
3
        Cervantes.
4
        Aye.
5
        Choi.
6
        No.
7
        Cortese.
8
        Aye.
9
        Dahle.
10
        No.
11
        Durazo.
12
        Aye.
13
        Gonzalez.
14
        Aye.
15
        Grayson.
16
        Aye.
17
        Grove.
18
        No.
19
        Hurtado.
20
        Aye.
21
        Jones.
22
        No.
23
        Laird.
24
        Aye.
25

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                    191

Limon.

Aye.

McGuire.

Aye.

McNerney.

Aye.

Menjivar.

Aye.

Niello.

No.

Ochoa Bogh.

No.

Padilla.

Aye.

Perez.

Aye.

Reyes.

Aye.

Richardson.

Aye.

Rubio.

Seyarto.

Smallwood-Cuevas.

Aye.

Stern.

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording    on 08/21/2025                    192

                    Aye.

1                   Strickland.

2                   No.

3                   Umberg.

4                   Aye.

5                   Valladares.

6                   No.

7                   Wahab.

8                   Aye.

9                   Weber Pierson.

10                  Aye.

11                  Wiener.

12                  Aye.

13                  SENATOR WEBER PIERSON:  Secretary, please

14      call the absent members.

15                  THE SECRETARY:  Alvarado-Gil.

16                  Rubio.

17                  Aye.

18                  Seyarto.

19                  SENATOR WEBER PIERSON:  Ayes 30, noes 8 on

20      the urgency.  Ayes 30, noes 8 on the amendments.

21                  Assembly amendments are concurred in.

22                  Members we are going to move back to

23      motions and resolutions.  There are floor amendments to

24      AB 40 at the desk.

25

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                    193

1               Senator McGuire, are you prepared to make

2   these amendments?

3               SENATOR MCGUIRE:  Thank you so much, Madam

4   President and members.

5               Amendments on AB 40 are at the desk.  It's

6   clear that the State of Texas is now pulling their own

7   trigger as the State House voted last night to be able to

8   advance redistricting.  We anticipate the Senate will be

9   acting tonight or tomorrow morning.  And the bill will be

10  signed in the law by the end of the week.  In order to

11  keep the ballot and initiative crystal clear, we're

12  moving the trigger from the ACA.  But in AB 40 will

13  remain in case something miraculous happens in Texas, and

14  everyone comes to their census.

15              SENATOR WEBER PIERSON:  Thank you.

16  Senator Jones, you are recognized.

17              SENATOR JONES:  Thank you, Madam

18  President.  I have come to my senses, and I object to

19  this motion and ask for a roll call vote.

20              SENATOR WEBER PIERSON:  Thank you.

21              Seeing no further discussion or debate,

22  Secretary, please call the roll.

23              THE SECRETARY:  Allen.

24              Aye.

25              Alvarado-Gil.

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                    194

Archuleta.

1    Aye.

2    Arreguin.

3    Aye.

4    Ashby.

5    Aye.

6    Becker.

7    Aye.

8    Blakespear.

9    Aye.

10   Cabaldon.

11   Aye.

12   Caballero.

13   Aye.

14   Cervantes.

15   Aye.

16   Choi.

17   No.

18   Cortese.

19   Aye.

20   Dahle.

21   No.

22   Durazo.

23   Aye.

24   Gonzalez.

25

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                    195

1    Aye.

     Grayson.
2
     Aye.
3
     Grove.
4
     No.
5
     Hurtado.
6
     Aye.
7
     Jones.
8
     No.
9
     Laird.
10
     Aye.
11
     Limon.
12
     Aye.
13
     McGuire.
14
     Aye.
15
     McNerney.
16
     Aye.
17
     Menjivar.
18
     Aye.
19
     Niello.
20
     No.
21
     Ochoa Bogh.
22
     No.
23
     Padilla.
24
     Aye.
25

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                    196

1     Perez.

2     Aye.

3     Reyes.

4     Aye.

5     Richardson.

6     Aye.

7     Rubio.

8     Aye.

9     Seyarto.

10    Smallwood-Cuevas.

11    Aye.

12    Stern.

13    Aye.

14    Strickland.

15    No.

16    Umberg.

17    Aye.

18    Valladares.

19    No.

20    Wahab.

21    Aye.

22    Weber Pierson.

23    Aye.

24    Wiener.

25    Aye.

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                    197

SENATOR WEBER PIERSON:  Ayes 30, noes 8.

1   The amendments are adopted.

2                There are additional floor amendments at

3   the desk.  If there are no objections, they will be

4   deemed adopted.  Seeing no objection, they are deemed

5   adopted.

6                Are there any other motions, resolutions?

7                Anyone else want to remove an item?

8                Senator Hurtado, you are recognized.

9                SENATOR HURTADO:  Under motions and

10  resolutions.  Thank you, Madam President.

11               At the request of the author, please pull

12  file item 250 AB 1069 bans off the consent calendar.

13  Thank you.

14               SENATOR WEBER PIERSON:  The desk will

15  note.

16               Senator Allen?

17               SENATOR ALLEN:  Thank you, Madam

18  President.  I'd like to request the author remove file

19  item 231 AB 290 by Bower K. Hahn (phonetic) from the

20  consent calendar for amendments.

21               SENATOR WEBER PIERSON:  The desk will

22  note.

23               Senator Cervantes?

24               SENATOR CERVANTES:  At the request of the

25

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                      198

author, I'd like to pull item 1511, AB 1511.

1            SENATOR WEBER PIERSON:  The desk will

2    note.

3            Senator Umberg?

4            SENATOR UMBERG:  Thank you, Madam

5    President.

6            Please remove file item number 238 AB 515

7    from the consent calendar at the request of the author.

8            SENATOR WEBER PIERSON:  The desk will

9    note.

10           Senator Cervantes, were you removing that

11   bill from the consent calendar?

12           SENATOR CERVANTES:  Calendar, yes.

13           SENATOR WEBER PIERSON:  Okay.  Thank you.

14           Okay.  All right.

15           If there is no other business, Senator

16   McGuire, the desk is clear.

17           SENATOR MCGUIRE:  First of all, Madam

18   President, I want to take a moment to say thank you.

19           SENATOR WEBER PIERSON:  I'm sorry, Senator

20   McGuire.

21           Senator Grove, you are recognized.

22           SENATOR GROVE:  Thank you.  I apologize

23   Mr. Pro tem.  I had requested a point of personal

24   privilege.  They didn't call me.  I apologize deeply.

25

1        Colleagues, on a lighter note after today,

2    for those of you that are Raiders fans or Saints fans,

3    Derek Carr would be here on the floor on Monday.  Please

4    wear appropriate attire.  Thank you.

5        Sorry Erica -- Ms. Contreras.

6        Only team colors.

7        SENATOR WEBER PIERSON:  Thank you.

8        Now there is no other business.

9        Senator McGuire, the desk is clear.

10       SENATOR MCGUIRE:  Thank you so much, Madam
     President.

11

12       I want to take a moment to say thank you,

13   first and foremost to our presiding officers of the week,

14   Madam President and, of course, to Mr. Senator.  Can we

15   please give them a round of applause.  Thank you to the

16   good doctor and of course to Mr. Grayson who did a

17   phenomenal job as well.  This has been one heck of a week

18   for presiding officers.

19       Number two, I want to take a moment to say

20   thank you to the senators who are in this chamber.  We

21   had some passionate, intense, and at times spicy debate

22   today, but I think once we leave these chambers, we

23   recognize, again, we are Californians first.  Yes.  We're

24   going to have to fight the election rigging, but we also

25   know that we have a lot to fix.  And over the next three

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording    on 08/21/2025                    200

weeks, we're going to continue to focus on where

1   California voters also want us to be - making life more

2   affordable for them and their home.  Lowering the cost of

3   electricity bills, lowering the cost of housing, making

4   sure that we continue to invest in strong public schools

5   and making our communities more wildfire safe.  That is

6   where I think that we can all come together as

7   Californians to be able to move this great state forward.

8           I'm incredibly appreciative of the

9   senators in this room.  If you take a look at bodies like

10  this across the nation, across the world, debates like

11  this can get physical.  And we are so lucky to be able to

12  live in a country where we can have these discussions,

13  have these discussions and debates and go home, still

14  holding hands together on several issues that are in

15  front of us.  And I just want to say thank you to Leader

16  Jones, to the Republican Caucus, the Democratic Caucus,

17  for their incredible work.  I hope that you get some rest

18  this weekend.

19          We have a long three weeks.  We're going

20  to jam about six months into the next three weeks.  So

21  gear up, drink some coffee.  The next floor session is

22  scheduled for Monday, August 25th.

23          Madam majority leader into our floor team,

24  thank you so much as well for all of the hard work.

25

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025                    201

We'll see you next Monday.

1                  SENATOR WEBER PIERSON:  Thank you.

2                  The Senate is in recess until 3:30, at

3   which time adjournment motion will be made.  We will

4   reconvene Monday, August 25, 2025, at 2:00 p.m.

5                  (MEETING ADJOURNED)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

CERTIFICATE OF TRANSCRIPTIONIST

1

2          I certify that the foregoing is a true and

3   accurate transcript of the digital recording provided to

4   me in this matter.

5          I do further certify that I am neither a

6   relative, nor employee, nor attorney of any of the

7   parties to this action, and that I am not financially

8   interested in the action.

9

10  Date: 11/1/2025

11  _____

12

13                      Julie Thompson, CET-1036

14

15

16

17

18

19

20

21

22

23

24

25

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025

**$**

**$1**
24:17,23
136:21
160:22
161:3,7

**$1,100**
67:21

**$12**
48:17 49:7
188:14

**$164**
65:2

**$168**
154:11

**$2.5**
98:23

**$20**
95:22

**$225,000**
43:9

**$250**
95:20

**$33**
139:16

**$4,300**
67:20

**$5**
49:11

**$600**
67:24 161:2

**$7**
67:15

**$811**
64:11

**$9**

67:16

**0**

**0**
8:14

**1**

**1**
42:5 59:12
104:15
115:7
154:18
178:2

**10**
24:2 38:20
59:19 60:5
65:2 75:20
82:18
116:14
122:7
125:11
160:17
170:11

**10-year**
47:12 122:9

**10.5**
12:18

**1003**
21:2

**1069**
197:12

**11**
41:24 42:12,
15 81:7
154:13

**12**
120:13

**1214**
20:17

**1255**
21:2

**127**
49:18

**14**
23:3 31:17

**155,000**
135:23

**16**
74:8

**16.6**
67:21

**17**
58:1 75:6
162:4

**19**
8:20

**1940s**
161:5

**1961**
143:22

**1965**
32:24 149:3
172:5

**1980s**
116:17
118:9

**2**

**2.4**
63:11

**20**
24:1 42:11
43:17 81:9

**20-minute**
103:24

**2000s**

116:18

**2008**
81:7 117:2,
15

**2010**
42:10 43:24
59:7

**2012**
90:18

**2014**
45:16

**2020**
29:18,22
30:9 39:20
40:3 81:13
89:2 118:18
173:10

**2021**
50:22 166:1

**2022**
90:18 91:1

**2024**
52:10

**2025**
145:5 172:6
183:1 201:4

**2026**
26:12 110:6
121:6
163:19
164:21
166:6 187:1,
5

**2028**
98:8 99:16

**2030**
38:15 45:8
99:16
165:15

171:7 173:1

**2030's**
99:14

**2031**
175:7

**2032**
99:18

**21**
169:9,10,11

**226**
21:6

**23**
66:19

**231**
197:19

**238**
198:6

**24**
74:8

**24-hour**
163:6

**24/7**
49:10

**25**
59:23 73:11,
17 201:4

**250**
197:12

**250-**
156:6

**25th**
200:22

**26th**
81:18

**27**
43:24

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025

**28**
24:18

**280**
183:3,11
186:4,10
188:4,8

**28th**
81:18

**29**
73:12

**29.10(d)**
4:9

**290**
197:19

**2:00**
201:4

**2AT**
4:10

**2J**
168:1
169:20,21
170:6,7
176:10

---

**3**

**3.1**
24:20

**3.4**
24:19

**30**
8:14 12:12
17:3 20:13
23:2 36:20
45:15 71:3
94:12
103:21
129:18
164:3
182:20

192:19,20

**30th**
81:18

**31-day**
69:6

**37**
24:1

**39**
63:24

**3:30**
201:2

---

**4**

**4**
183:21

**40**
59:12 68:6
161:22,24
162:3
192:24
193:4,11

**42**
21:1

**43**
74:23

**46**
73:9

**47**
65:10

**48**
108:22

**4th**
31:13 99:8
185:20,24
187:23
189:5

---

**5**

**5**
47:11

**50**
42:5 120:5

**5000**
43:9

**515**
198:6

**52**
74:21,22

**57,861**
64:19

---

**6**

**6**
67:22

**60**
42:18 43:18
151:17

**60-40**
74:10

**604**
21:6,8,16,20
25:21 29:7
53:2 82:1
89:22 90:10
91:10 94:2
97:2 99:6

**6th**
173:11

---

**7**

**7**
154:14
155:5
161:22

**70**
31:13 99:9

**75**
74:14 89:2
185:9

**76**
23:23 24:7
29:21 83:7

**77**
30:5

---

**8**

**8**
8:21 12:19
30:3 75:6
104:7,13,18
115:22
116:1
117:12
121:10,24
122:6,21
123:21
124:11
138:23
147:13
148:5,19
149:9,18
150:7,14
152:3,11
155:14,21
156:20,24
158:16
159:20
161:22
162:18,22
165:5 167:1
168:15
169:3,12
170:13
182:20
183:24
192:19,20

**80**
120:11

**83**
74:24

---

**9**

**9**
8:15,16
66:18,20
74:23
129:18
161:23

**90s**
118:9

**911**
49:22,23,24
76:15,18
136:11

**92**
75:5

**93**
75:8

**977**
51:18

**99**
116:5

---

**A**

**AB**
20:17 21:6,
16,20 25:21
29:7 53:2
67:3 82:1
89:22 90:10
91:10 94:2
97:2 99:6
192:24
193:4,11
197:12,19

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025

198:6

**Abbott**
162:24
163:14,15
171:24

**abducted**
178:13

**abide**
2:20 47:17
60:4

**ability**
32:18,19
62:6 71:24
112:21
132:8
134:20
169:15

**absent**
7:19 8:10
16:24
103:17
182:15
192:14

**absolute**
176:24

**absolutely**
25:2 28:14
29:6 30:5
44:4 45:11
65:14 80:17
100:2
123:23
124:11

**absurd**
75:9,10,23
160:16

**absurdity**
163:11

**abuse**
95:10 96:3

173:13,18

**ACA**
13:4 30:3
90:8 115:22
116:1
121:10,24
122:6,21
123:21
124:11
126:1
138:23
141:21
145:23
147:13
148:5,19
149:9,18
150:7,14
152:3,11,16
155:14,21
156:20,24
158:16
159:6,12,20
162:1,18,22
165:5 167:1
168:15
169:12
170:13
171:9
174:20
179:7
193:11

**accepting**
130:9

**access**
106:8
134:19
164:18,20

**accomplish**
118:17

**accordance**
168:9

**account**
154:16

**accountabilit
y**
123:15
147:12
176:7,20

**accountable**
62:3 123:6
137:11
177:13
184:18

**accurate**
2:24 82:20

**accusational**
91:10 93:24

**accusing**
93:9

**acknowledge**
105:3,5

**act**
21:9 32:24
33:4 78:17
80:22 81:8
98:5 104:18
120:23
142:16
144:10
149:3,5,14
150:24
162:19
172:1,5
174:3
187:16

**acting**
89:20 97:1
193:8

**action**
45:3 48:9
87:17,24

88:19
107:20
108:24
114:12
149:14
152:20
154:13
155:13,14
156:14
171:3 172:5
173:3
175:17

**actions**
21:17,22
22:3,6,10
25:13 27:5
36:6 44:16
45:2 98:2,3
106:24
107:2 121:5
135:19
137:8
153:13
154:9,11
174:5

**activist**
56:19

**actor**
48:1,4,5

**acts**
137:18

**actual**
34:14 53:12

**adage**
57:3

**Adam**
43:12

**adapting**
81:12

**add**

42:13

**addition**
133:20
137:2 163:1

**additional**
32:19,20
46:6 82:5
83:10 98:16
114:19
164:13
165:6 197:2

**additionally**
98:4

**address**
34:18 35:2
77:18 112:6,
8 152:19
153:3,18

**addressing**
125:2

**adds**
169:12

**adhering**
82:11

**ADJOURNE
D**
201:5

**adjournment**
201:3

**adjust**
31:21 33:12
150:9 168:8

**adjusted**
33:14,19

**adjustments**
23:17

**administer**
184:2

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025

**administration**
27:4 135:19
136:15
137:19,24
154:4,5
158:10,19
173:20
184:7

**admiration**
89:10

**admire**
94:12

**admirer**
134:9

**admission**
116:23

**admit**
36:21

**admits**
36:15

**adopt**
21:22 22:10
23:8 142:6,9
155:22
186:12

**adopted**
104:7 187:8
197:1,4,5

**adopting**
131:17
187:22

**adopts**
89:8

**adults**
113:24

**advance**
193:7

**advanced**
61:24

**advantage**
61:1 153:11

**advertising**
139:5,6,12,
15 140:13
177:3

**advisors**
157:21

**aerospace**
60:21 61:22

**affects**
135:16,17,
18

**affirmation**
69:22

**afford**
106:6
144:20
147:4

**affordability**
72:8

**affordable**
48:15 200:2

**afoot**
96:9

**afraid**
87:14,15
153:8 156:1

**afternoon**
104:23

**afterschool**
98:17

**agency**
185:23
189:7

**agents**
64:20 118:7
144:16
184:11

**aggressors**
27:13,15

**agree**
28:19 49:12
53:12,14
59:11 97:12
153:16
160:18

**agreed**
163:6

**agrees**
177:9

**agricultural**
60:20

**agriculture**
61:16

**Aguiar-curry**
21:9

**ahead**
71:13

**aid**
49:1 110:24

**air**
36:17

**aircraft**
61:24

**Airport**
78:8

**aisle**
23:5 30:1
45:24 58:3
61:4 77:4
88:12 89:11
96:24 97:8,

19 107:23
117:6
138:18
153:3

**Alanis**
164:1

**alarm**
185:5

**alive**
151:3

**allegiance**
2:16 3:5,6
145:3

**Allen**
2:3 4:21
7:20 9:8
13:20 17:8
100:13
126:14
179:12
189:11
193:22
197:16,17

**allowance**
168:15

**allowed**
31:21 33:12
34:24
133:11
161:1

**allowing**
76:7,12
82:10

**Altadena**
98:23

**alternative**
169:13,15
170:14

**Alvarado-gil**

2:3 4:22
7:22 8:11
9:10 13:22
17:10
100:15
103:18
126:16
179:14
182:16
189:13
192:15
193:24

**Alzheimer's**
132:13

**amazing**
94:8

**ambition**
122:14
123:15

**Amen**
3:3

**amend**
118:16
169:5

**amended**
90:6 183:2,3

**amending**
117:13
169:9

**amendment**
8:21 12:19
28:21 31:1
45:11 57:11
82:8 90:6
104:7,13,18
106:18
111:8
115:24
122:5
123:12
125:22

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording    on 08/21/2025

126:3 142:6
155:24
169:3
174:24
175:7
183:24

**amendments**
3:24 21:2,3
32:8 89:19
121:15,18,
19,24 124:6,
9,13 125:2,
3,9,12
126:7,10
129:19
152:22
178:15
183:4
192:20,21,
23 193:1,4
197:1,2,20

**amends**
169:19

**America**
27:10 121:9
124:19
131:23
145:10
159:18
174:1
185:15
188:1

**America's**
61:24

**American**
78:7,10,16
115:17
137:9
143:15
144:23
147:2
157:12,15,

**17**

**Americans**
87:9 110:20
114:10
136:14
144:23
147:3
164:22

**amicable**
86:1,2

**amount**
44:3

**amounts**
65:7

**Ana**
90:3

**analogies**
94:15

**analysis**
65:5,8 79:10

**Angeles**
39:22
139:17

**anger**
177:19

**Anna**
43:10

**announced**
28:16

**annual**
119:5

**answers**
33:20 54:15
69:21 70:4,
10

**Antelope**
61:21 62:3

**anti-democratic**
21:17

**anti-litter**
68:7

**anticipate**
193:7

**anybody's**
60:10

**anymore**
106:8

**AP**
131:22

**apologize**
13:9 198:22,
24

**appeal**
13:11,13,14

**appeared**
83:17

**appeasing**
27:14

**applaud**
161:14
176:8

**applause**
199:14

**applies**
122:10

**apply**
48:3

**appointment**
168:7

**appointments**
164:19

**appreciative**

**200:8**

**approach**
134:16
135:6
170:18

**appropriation**
183:13

**Appropriations**
13:6

**approval**
168:11
172:23

**approve**
22:7 153:1
155:18
168:2 175:2
187:15

**approved**
13:10 45:5
81:21 82:8
165:11,12

**approximately**
154:12

**arbitrary**
82:21

**Archuleta**
2:4 4:23
9:11 13:23
17:11
100:16
126:17
179:15
189:14

**Area**
61:15,18

**areas**

**95:6**

**argue**
48:13 114:3

**arguing**
90:18

**arguments**
87:2 94:6
133:13
140:4

**armed**
136:2,6

**Arreguin**
2:4 9:13
17:13
100:18
126:19
152:13,14
179:17
189:16
194:2

**arrest**
151:18

**article**
82:9 167:23
169:9,10,11
170:7,10
176:10
179:6

**articulate**
162:21

**articulately**
144:5

**Ashby**
2:4 5:2 9:15
14:2 17:15
100:20
126:21
179:19
189:18
194:4

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025

**Ashu**
43:10

**asks**
130:23

**aspect**
45:4 48:16

**aspiring**
130:21

**assault**
111:13
152:18
156:10

**assaulted**
67:3

**assembly**
3:23 8:21
12:19 21:1,
5,8,9 30:18
31:4,6 32:5
38:13 42:2
54:1,2,4,17
59:9 92:17
104:4,6,7,8,
12,17,18
109:15
110:12
169:1,3
182:23
183:2,5,24
192:21

**assistance**
24:20 54:7
110:24
131:1
135:24
146:23

**assumption**
58:7

**assure**
177:11

**assured**
144:7
145:10

**astounded**
107:7

**attack**
88:1,2 150:1
157:1 174:6

**attacked**
46:3

**attacking**
86:7

**attacks**
88:13
115:12
156:11,15

**attempt**
21:18 88:7
173:10
176:19

**attempted**
64:17 92:24

**attempts**
22:14

**attention**
69:5 91:15
142:4
168:24
177:3
188:11

**attire**
199:3

**Attorney**
109:1 139:8
154:11
175:13

**attorneys**
162:11

**attributes**
92:6

**August**
172:6
200:22
201:4

**Austin**
66:23 68:1

**author**
20:18 21:16
28:11,12
29:12,15
30:11,12
31:22,23
44:11,12,23
57:14 79:20,
21,23 80:13,
15 90:9,11,
13 155:21
167:13,14
175:20
197:11,18
198:7

**authored**
92:20,21,23

**authoritarian**
111:14
138:20,21
141:13,20
159:14
188:1

**authoritarian
ism**
156:13

**authority**
33:16 81:17
85:10,15
179:6

**authorization**
175:1

**authorize**
173:2

**auto**
120:6

**autocrats**
27:16 91:23

**autonomous**
159:15

**autonomy**
85:9

**avenues**
59:21

**average**
67:15 87:9

**averted**
66:24

**avoided**
107:5

**avoiding**
89:5

**awakening**
22:24

**aye**
4:19,24 5:1,
3,5,7,9,12,
16,20,22,24
6:2,6,8,10,
12,14,23
7:3,5,9,13,
15,17,21,24
8:3,5,8,13
9:6,9,12,14,
16,18,20,22,
24 10:1,5,9,
11,13,17,21,
23 11:2,4,
10,12,14,16,
18,22,24
12:3,7,9,11

13:19,21,24
14:1,3,5,7,
10,12,16,20,
22,24 15:3,
7,9,11,13,
15,21,23
16:2,4,8,10,
14,18,20,22
17:2,9,12,
14,16,18,20,
22,24 18:1,
5,9,11,13,
17,20,22,24
19:1,3,9,11,
13,15,17,21,
23 20:2,6,8,
10 26:1 28:6
53:2 67:3
88:20 89:21
100:10,14,
17,19,22,24
101:1,3,5,9,
13,15,17,21,
24 102:1,3,
5,7,13,15,
17,19,21
103:2,6,10,
12,14
111:21
121:10
123:16
126:7,12,15,
18,20,22,24
127:1,3,5,7,
11,15,17,19,
23 128:2,4,
6,8,10,16,
18,20,22,24
129:3,5,9,
13,15,17
135:8
145:13
148:13
152:10

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025

156:20
159:22
167:1
174:13
179:9,13,16,
18,20,22,24
180:1,3,5,9,
13,15,17,21
181:2,4,6,8,
14,16,18,21,
24 182:1,5,
9,11,13,18
186:4 188:4
189:12,15,
17,19,21,23
190:2,4,8,
12,14,16,20,
24 191:1,3,
5,7,13,15,
17,19,23
192:4,8,10,
12,17
193:23
194:1,3,5,7,
9,11,13,15,
19,23 195:2,
6,10,12,14,
16,18,24
196:1,3,5,7,
10,12,16,20,
22,24

**Ayes**
8:14 12:12
17:3 20:11,
13 103:21
129:18
182:20
192:19,20

**B**

**back**
3:20 17:5
23:11 24:13

25:4,5 26:10
39:8,19
45:16 55:8
63:1 77:11,
12 79:13
80:7 86:5
104:3
105:13
120:13
123:9
129:24
130:2 132:2,
5,8,9 134:5
137:13,14
138:12
146:20
147:20,21,
22 148:6
150:5 151:2,
17 152:1
157:18
158:20
166:1 171:1
174:12
175:3,7
177:1
185:21,22,
23,24 189:6,
7 192:22

**backbone**
61:23

**backfire**
59:16,22

**bad**
40:19 48:1,
4,5 57:2
62:8

**Bakersfield**
52:4 72:22
81:1

**balance**
143:17

150:5

**balanced**
177:5

**balances**
65:12

**ballot**
28:17 31:13
41:24 42:11,
24 96:15
116:6,7,11
117:2,3,11
152:22
165:12
171:11
176:4 177:1
178:1
185:23
189:7
193:10

**balloting**
176:19

**ballots**
108:2,3,4
111:17

**ballroom**
146:14
185:13

**balls**
94:14

**ban**
166:2

**banana**
187:3

**bananas**
184:17

**bandwagon**
56:21

**banned**
131:22

**bans**
39:13
197:12

**barely**
42:4 116:19
162:11

**base**
113:18,20,
21

**baseball**
86:16

**based**
22:15 29:22
60:6 160:14
162:6

**basic**
46:17

**basically**
65:17 66:23
131:4
169:20

**bathroom**
109:10

**battle**
166:19

**Bay**
61:15,18
155:5

**Beach**
65:23 89:14
140:5

**beautiful**
146:1

**Becker**
2:4 5:4 9:17
14:4 17:17
76:10,11
77:17,20,23
100:21

126:23
179:21
189:20
194:6

**beer**
107:21

**begin**
20:23

**beginning**
61:5 82:16
86:24 96:15
108:2

**beliefs**
185:18

**believer**
107:14

**believes**
27:5

**belittled**
68:19

**belongs**
148:6

**beneficial**
22:22

**benefit**
58:10 61:9
62:15 94:23

**benefits**
24:21 29:5
86:10 98:15
136:24

**Bernardino**
135:23
136:11

**betrayal**
22:3

**betrays**
79:15

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025

**Bieber**
52:4

**big**
136:21

**bigger**
151:5,6

**biggest**
144:22

**bill**
4:10 21:1,8
22:7,9
23:10,16
24:8 26:1
29:7 30:6
37:18 39:17
42:3 51:18
53:23 55:17
60:2 71:10
75:15 79:7,
11,13 90:10
91:10 92:22,
23,24 93:1,
7,21 99:8
100:5
104:12
110:3 112:2
133:1 135:1,
3 136:21
137:1
138:13
139:15
141:10,16
152:17
160:4
167:12
169:1
178:11
183:3,5,11,
19 184:2
188:4,9
193:8
198:11

**billion**
24:18,23
44:2 48:17,
19,23 49:7,
13 64:16
65:2 95:22
98:13,23
132:11
139:16
154:11,13,
14 160:22
161:3,7
188:14,23

**billionaires**
165:1
184:15

**billions**
24:21 147:7,
10 154:3

**bills**
23:1,2
44:21,24
45:15,16,21
53:9 69:1
70:22 76:4
89:14,16
92:18,19,20,
21 108:14
112:2,3,12
171:9 200:3

**bind**
123:11

**binding**
175:17

**bingo**
107:1

**bipartisan**
22:17 29:23
76:3,4 110:3

**bit**
41:22 105:1

**120:5**

**bite**
72:23

**bites**
22:14

**black**
149:23
150:13,19,
21,23

**Blakespear**
2:4 5:6 9:19
14:6 17:19
26:3,4
100:23
179:23
189:22
194:8

**blatant**
84:9

**blazing**
185:5

**blindly**
96:17

**block**
21:20

**blocking**
173:12

**blue**
166:13

**blueprint**
36:2

**board**
39:16 50:24
53:13 114:5
115:14
123:1

**bodies**
200:9

**body**
13:15 23:13
30:18 33:12
34:18 45:17
51:22,23
57:13 59:5
70:15 73:5
74:7 79:3
83:23 85:14
89:15 104:6
122:23
123:9,13
125:3 133:1
162:7 183:2,
4

**BOE**
42:1

**Bogh**
2:7 6:17
11:7 15:18
19:6 78:20,
21 80:1,5,19
102:10
128:13
181:11
191:10
195:21

**bogus**
130:13

**boldly**
174:9

**bolsters**
177:9

**Bondi**
175:14

**book**
23:8 117:20

**booth**
106:13

**born**

**52:21**

**boss**
107:15,16

**bottom**
26:7 56:18

**boundaries**
83:23

**boundary**
168:8

**Bower**
197:19

**Bowl**
114:15,16

**box**
31:13 176:4
185:23
189:7

**brag**
37:7

**Bragg**
105:22

**branch**
56:10,11,12
157:7,8,16

**branches**
56:10
157:10,18
158:4,12
159:12
160:10

**brand**
96:21

**break**
74:4,17
184:15

**breakdown**
74:12

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording    on 08/21/2025

breaking
9:2

breaks
165:2
186:24
187:5

Brian
105:3

bribe
130:12

bribes
130:9
131:24

Bridge
148:24

briefly
118:1

bring
68:20
138:12

bringing
96:7 151:24

brink
156:7

broad
114:23
166:11

broadband
106:9

broke
136:9

brought
55:15 70:21
73:3

budget
48:20 49:8
98:18
154:13,18,

23 155:1,3

budgets
98:19

bug
119:21

building
103:24
120:19
176:13

bullies
27:13,15
76:21,23

Bully
91:23

bundled
61:17

bunk
108:23

burdens
49:22

bus
132:16

business
58:16
131:12
153:17,19
183:6
198:15
199:7

businesses
58:15

C

Cabaldon
2:4 5:8 9:21
14:8 17:1,21
104:24
111:22,23

112:5,7
127:2
167:16
168:22
169:10,21,
24 170:1,5
174:17,18
189:24
194:10

Caballero
2:5 5:10
7:23 9:23
14:9 17:23
85:21,22
101:2 127:4
180:2 190:1
194:12

calendar
197:12,20
198:7,11,12

California
22:8 24:18
25:22 27:21,
24 28:4
29:4,8 32:11
33:16 34:8,
12 37:8,12,
13,22 38:3,
16,19 39:4,
15 40:9,13,
21,23 42:9
43:23 45:19,
23 46:14,22
48:16 49:5,9
56:18,20
57:3,20
58:8,11,18
59:2,13,16
62:9 63:3,
10,15 64:12,
21 65:1,4,8,
16 66:21
67:1,18,24

68:4 70:1
72:4,6,21
74:10 75:12,
17 76:1,8,19
78:15,23
79:17 81:7
82:9 84:16,
22 86:3,6,12
88:1,13 89:1
90:7,16
94:8,21,24
95:21 96:4
99:8,23
100:1
105:10,16,
17,23 106:7,
12 107:3,10
109:5,12,14,
16 110:1,5,8
112:4,14
114:16,17
115:2,8,23
116:6
117:17
118:13,15
121:7
122:12
129:23
130:4,19
132:10,14
133:22
134:3,4
135:22
137:12,20
138:24
139:1,3
140:24
141:3,6,10,
11,16 142:8
143:3 146:1
150:9,16
151:4 152:3,
8 154:6
158:17,21,

22 159:4,8
162:3
165:23
166:18,24
168:6
171:10,20
172:15
173:24
174:12
175:2
177:22
178:22,23
179:5
184:24
185:20,24
186:3,13,15
187:12,23
189:8 200:1

California's
26:20 63:5
67:15 81:21
94:18
172:22

Californian
148:7

Californians
23:24 24:16,
19 25:6
50:8,10
64:2,4,15,18
67:2,21,23
68:4 80:9
88:17 89:3
96:4 98:10
100:8
105:12
106:13
110:19
112:18
114:24
116:9 122:3
123:2
147:14,16

www.trustarray.com
844-817-1080

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording    on 08/21/2025

148:11
149:8 150:4
152:8 154:8,
19 174:2
177:16,19,
22 183:22
189:5
199:22
200:7

**call**
2:2 4:16,20
7:19 8:10
9:7 13:17
16:24 17:7
23:8 52:20
72:13,20
76:14,16,18
77:9,10
78:12 87:2
94:13,14
100:12
103:17
126:13
137:15
155:12
159:14
165:21
172:11
173:14,18
174:8,21
179:11
182:15
189:10
192:14
193:18,21
198:24

**called**
76:14,15
131:9
136:11
139:7,13

**calling**
3:10 76:18

114:20
173:8

**calls**
115:23
155:22
172:12
175:15
183:20

**Camarillo**
164:1

**cameras**
77:24
173:20

**campaign**
43:9 68:7
138:14
177:5

**cancer**
132:13

**candidate**
84:3 125:11

**candidates**
172:3

**capital**
68:1

**capitol**
176:12

**car**
70:6

**card**
107:1
176:12

**care**
65:3 105:9
110:19,21
173:11

**career**
46:16

122:23

**caring**
2:21 145:24

**Carl**
66:6,8

**Carlos**
164:4

**Carolina**
40:13

**carpet**
84:18

**Carr**
199:2

**carried**
150:14

**carries**
8:17

**cars**
136:4

**Carter**
72:12,14

**carved**
62:1

**case**
142:18
161:18
162:9 163:4
177:6,15
193:12

**cash**
130:10

**cast**
148:10
177:23

**casting**
177:24

**catcher**

113:21

**caucus**
3:10,15,17,
18 161:10
200:16

**causing**
166:12

**caved**
131:20

**caving**
131:17

**cease**
66:17

**cement**
58:15

**census**
21:20 29:19
30:9 39:20
40:3 51:4
60:4 82:15
89:2 99:14
108:7
118:19,21,
23 133:23,
24 170:9,11,
24 171:21
175:8
176:19
178:3
193:13

**center**
106:1

**central**
31:7

**century**
116:10

**ceremony**
113:7

**certificates**
113:7

**certified**
168:5,13,17

**certifies**
99:13

**certify**
168:12

**Cervantes**
2:5 5:11
14:11 88:22,
23 101:4
127:6 180:4
183:12,15,
17 189:2,3
190:3
194:14
197:23,24
198:10,12

**chair**
13:14,15
38:14 43:4
46:6 54:3,4,
24 55:2
68:12
175:19

**Chairman**
118:19

**chairs**
31:5 54:1

**challenge**
27:16

**chamber**
27:19
199:19

**chambers**
163:5
199:21

**chance**

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording    on 08/21/2025

25:5 52:22
77:3 115:14
148:5

**change**
47:8 56:7
87:21,22
116:22
159:2

**changed**
24:1 58:21
85:6 117:10

**changing**
47:2 48:3
116:22
184:10

**chaos**
24:15 165:8

**charge**
87:20

**charts**
51:16

**cheat**
26:8 121:2,5
137:6
185:16
189:6

**cheated**
114:22

**cheating**
87:19 88:10
114:13
137:7
185:22

**check**
64:8 65:13,
14,15
130:20
132:1
157:11,17
158:3

**checking**
130:4,19,22
131:3

**Checkpoint**
81:3

**checks**
65:12

**chef**
110:14,15

**chief**
68:18 104:8
183:5

**childcare**
50:10 173:7

**children**
24:21 49:4
78:1 98:15
135:23
136:16
146:21
147:6 148:1,
22 151:20
154:20
173:12,13,
17

**chills**
76:16

**Choi**
2:5 5:13
10:2 14:13
18:2 47:20,
21 101:6
127:8 180:6
190:5
194:16

**choice**
22:9 26:24
111:15
159:13
162:5

174:11
189:6

**choose**
88:16,17,18
118:15
158:23,24
169:6
184:21

**choosing**
184:21
185:6

**chopped**
62:6

**Chu**
43:10

**circulated**
66:16

**circumstanc
es**
26:23

**circus**
107:12

**cite**
90:16

**cities**
37:14 60:20
71:7 83:3
89:6 98:4
186:20

**citing**
66:8

**citizen**
26:21 70:24
122:10

**citizens**
22:17 37:13
38:4,5 39:2
57:11 95:11
99:13

116:12
122:15,18
123:12
139:9 141:4,
12,18

**citizens'**
36:7 45:22
56:7 58:19
70:18 80:5
84:7 89:1,
12,16

**Citrus**
120:1

**city**
68:1 105:22
145:22

**civics**
157:10

**civil**
134:19
149:4 152:1
155:9

**claim**
95:17

**claiming**
173:6,11

**clarification**
161:8

**clarify**
90:8 125:22

**Clarita**
119:16

**class**
60:21 161:1

**classical**
142:2

**classrooms**
24:22

**clause**
147:9
178:11

**clear**
22:15 25:11
27:4 29:2
33:18 34:16
35:16,24
40:1,5 52:8
60:18 62:16
86:14
107:20
122:17
123:21
134:14
146:2 151:7
166:17,20
175:5,21
184:23
185:11
193:5,10
198:16
199:8

**clerk**
104:8
145:22
183:5

**climate**
152:4

**clock**
185:10

**close**
25:21 26:11
41:3,15 49:7
96:7 97:5
131:1
140:18,21
168:24
174:17
189:2

**closed**

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025

36:14
172:13

**closer**
150:18

**closing**
58:14

**co-author**
162:19

**co-authoring**
167:2

**co-chair**
161:10

**coast**
31:7

**coastline**
105:17

**codes**
150:21

**coffee**
107:22
184:17
200:21

**cohesive**
83:21

**coins**
130:10

**Cold**
144:18

**collaboration**
54:3

**collar**
166:13

**colleague**
43:11 55:4
57:16 63:8
64:13 65:23
66:2 71:1
72:22 76:13,

22 79:9 81:1
89:13 90:2
93:23 107:8
132:24
140:5
157:24
160:11,17,
20 161:9
170:6

**colleague's**
56:23

**colleagues**
23:4,6 33:3
34:21 36:9
38:6 40:15
45:24 50:9,
15 53:8,23
61:4 62:20
66:11,20
67:9 78:10
84:20 89:11
91:7,12
96:24 97:8,
18 110:12
113:2
123:22
138:6
139:13
145:4 146:3
148:18
151:12
153:2,17
156:17
163:12
169:1
173:16
176:23
185:3
186:10
188:3

**college**
49:1 147:3,4

**collegiality**
59:10

**color**
172:2
173:18

**colors**
199:5

**commend**
65:21 66:8

**comment**
55:18 59:3
160:20

**comments**
22:16 35:14
53:20,21
77:18 90:2
91:9,10
93:24 124:8
125:11
160:5,7
161:21
167:8

**commission**
22:17,18
23:14,20,22
24:3 26:21
29:23,24
30:2 31:16
34:15,16
36:3,8 43:1,
5 45:18 46:2
51:20 52:7,
21 53:13,14
58:19 62:10
70:18 71:14,
18,23 79:14,
19 80:3,6
81:8,11,24
84:8 85:8
89:2,7 90:17
95:2,12

99:3,13,16
116:12
117:16
119:2,23
122:2,11
123:3 126:1
134:9,10,12
135:4
139:10
141:5,12
160:15
165:10,14
168:2 170:8
175:6 176:2

**commission'
s**
23:16 42:13
81:4,16 83:9

**commission
er**
23:19

**commission
s**
22:22 23:9
70:24 89:13,
17 155:19,
24 165:19

**commitment**
46:19

**committed**
27:20 56:6
110:9 144:1

**committee**
13:5,10
23:23 31:11
42:3 45:22
51:3 54:7
55:1,6 57:12
59:2,4 69:20
70:11
104:11

118:20
175:20,24

**committees**
3:24

**common**
48:10 50:16
66:11 95:7

**communities**
25:2 37:14
60:17,19,21
61:11 83:4,
21 95:5 98:6
99:23 116:3
119:2,17
120:22
134:20
135:20
149:16
150:1,16
161:13
164:15
166:11
200:5

**community**
36:12 61:16
62:3,7
106:4,6
120:16
145:21
146:21
156:12
184:11

**commuter**
61:18

**compactnes
s**
83:5

**compared**
185:15

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025

compassionate
2:19

competing
43:16 184:9

competition
86:15 87:18
138:24

competitive
37:22

complain
114:5

complaint
114:21

complete
104:24
163:10,11

completed
23:20 24:4

completely
49:20 98:6

complicit
21:23

complied
56:13
169:16

complies
170:20

compliment
91:11

comply
35:6 120:23

complying
175:12

compounded
107:2

comprised

24:5

compromises
81:21

concept
71:23

concern
171:7,8,10

concerned
64:8 77:14
78:1 91:14
98:21
136:18

concerns
2:22 61:22
112:19
154:1

concur
183:4

concurred
192:21

condemn
88:6,13

condemned
66:2

conduct
48:20 93:1
96:12

conducted
46:23

Cone
120:2

conferences
107:9

confidence
75:13

confirms
62:19

conflict
62:16 86:21
168:18

confuse
22:14

confused
97:23

confusion
42:23 43:15

congratulate
65:21

Congress
26:12 37:22
43:7,12,14
61:19 64:8
65:13,14
66:19 74:20
75:9 78:11
82:16
108:11
115:23
119:21
130:21,24
131:10
141:17
149:22
150:7 153:8
155:22
156:4
166:16
174:22
177:12
178:17
184:7
186:23

congressional
21:18,21
23:24 26:8
28:3 40:6
42:13,15,16

43:21 46:9
47:24 53:10
58:7,9 59:24
62:1 73:21
74:21 75:1
81:10,18
82:5 83:8
84:6 99:7,14
115:9 120:3,
19 121:5
143:18
153:21
155:20
162:4
183:23
184:20
186:13
187:8,15,22

Congressman
39:12 72:12,
14

connecting
95:6

connection
167:19

consent
20:18,22
197:12,20
198:7,11

consequence
24:11

consequences
25:13 137:8

consideration
20:23

considered
118:6 160:4

consistently
81:11 173:8

consolidate
28:2 157:6

consolidating
158:11

consolidation
157:24

constant
45:6

constantly
112:23
119:17
146:6

constituents
23:11 25:18
27:20 39:10
63:16
112:15
119:20
136:24
155:4,12

constitute
168:13

constitution
27:6 31:20
33:11,19
40:14,15,16
56:9 60:18
62:12,23
63:6,15 70:1
72:17 82:7,
24 83:12
84:11,16
85:7 89:19
94:21 95:4
96:4,5
104:13
108:8

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording    on 08/21/2025

116:21
117:13,24
118:16
167:24
169:5,11,13,
17 170:14,
17,20
172:21,22

**Constitution's**
82:9

**constitutional**
8:21 12:19
28:21 45:11
57:11 74:11
82:2,13 90:6
104:7,17
106:18
111:8
115:24
152:21
155:23
168:19
169:3,7
174:24
175:6,8
183:24

**constructive**
39:16
107:18

**constructs**
170:9

**consultant**
69:23,24

**consultants**
61:8

**consumed**
174:23

**content**
142:6

**contested**
116:7

**context**
133:12
154:2 157:4

**contiguous**
83:2

**continue**
25:7,24 85:4
90:4 95:14
98:5,6 99:18
129:19
133:16
143:12
144:13
146:15
147:7
156:11
165:22,24
171:6 187:2
200:4

**continued**
98:19 145:6
147:8
188:18

**continues**
87:20
134:18
146:15
162:1

**continuing**
32:9

**continuously**
32:23 33:3,4
123:24
172:3

**contradict**
88:15

**Contrary**
56:22

**contrast**
142:12

**Contreras**
199:4

**contributors**
43:8

**control**
27:10 29:6
68:4 71:7
81:17 87:16
130:16
150:6

**controlled**
26:17

**convenience**
63:2

**convenient**
43:19

**conversation**
142:10
148:20

**conversations**
79:12 85:14

**conviction**
64:22

**convoluted**
83:21

**cordial**
77:5

**corner**
37:12 113:5

**correct**
42:2,5,12
135:16
138:7

**correctly**
33:15

**corrupt**
26:13 94:18

**corrupting**
27:8 28:3

**corruption**
122:4
124:15
130:6,7,8,
14,15

**Cortese**
2:5 5:15
10:4 14:15
18:4 93:14
101:8
127:10
139:18
140:2
156:22,23
180:8 190:7
194:18

**cost**
95:19 119:5,
9,10,12
154:1
157:22,23
158:1
163:23
178:8
185:11,14
188:22
200:2,3

**cost-benefit**
65:5,8

**costs**
13:5 65:5

**council**
145:20

**count**
71:20 94:11
108:8,9

**counted**
185:19

**counter**
22:10 27:15
156:14
158:18,19
159:21

**counties**
37:15 71:7
83:3 89:6
98:4 105:17,
19 136:23

**countless**
106:20

**countries**
136:4

**country**
77:14 86:4,
7,11 87:7,17
96:22 112:4
121:8 132:7
134:4 135:8
136:15
137:22
143:8 144:8
146:13
150:21
156:17
158:2
174:10,23
175:4,13
185:16
186:15,22
187:3 189:8
200:12

**county**
45:20 49:9,
17,18 50:24
51:2,4,19,21
52:14,16,19
61:13 62:5

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording    on 08/21/2025

89:16
119:15,18
120:8,18
135:23
160:9
161:16
184:1

**couple**
68:17 90:1

**courage**
92:12,14
93:1,8,13
97:1 174:4

**court**
108:22,24
131:3,4,7
142:15
160:9,11
161:18
162:9 168:7,
12 171:24
175:12,17

**courts**
27:7 40:4
144:15

**coverage**
154:19
155:8

**cracks**
91:18

**crater**
154:23

**create**
24:7 64:7
65:12 165:6
171:20

**created**
62:9 71:12,
13 80:6
81:24 85:7

89:6 95:1
114:1
116:11
165:23

**creates**
170:13

**creating**
83:21 89:16
96:21
122:23
188:20

**creation**
81:4 134:8

**Crescent**
105:22

**cries**
25:9

**crime**
73:6 188:18

**criminalizing**
151:21

**crisis**
53:1 66:24
188:16

**criteria**
64:24 82:23
83:9 168:9

**criterion**
83:2,5,6

**critical**
50:1 117:23
143:3
156:16
164:18
165:16
174:21

**critics**
81:20

**Crow**
150:22

**cruelty**
151:13

**Cruz**
55:4 63:8
79:9

**crystal**
33:17 40:5
193:10

**Cuevas**
2:9

**current**
22:9 30:15
31:15,17,20
33:11
120:17
123:5

**curtain**
142:4
144:18

**customers**
49:20

**cut**
24:17,21
49:8,13
146:19
150:23
164:11

**cutbacks**
146:22

**cuts**
115:7 154:3,
14,15,17,20,
21 166:9

**cutting**
95:22

**cycle**
47:12 81:13

176:20

**cycles**
37:23 51:12
81:19

**cynical**
88:3 111:15

_____

**D**

**D.C.**
23:7 56:20
61:8 92:12

**dad**
113:21

**dad's**
113:19

**Dahle**
2:5 5:17
10:6 14:17
18:6 101:10
127:12
180:10
190:9
194:20

**daily**
20:23 23:11
61:15

**dais**
54:10

**damage**
76:23

**damages**
81:22

**damn**
110:7
114:20

**dangerous**
186:20

**dangers**

157:3

**Daniel**
43:5

**dares**
156:13

**data**
21:20 82:20
118:19,21,
23,24

**daughter**
174:4

**day**
4:3 36:20
46:21 87:9
104:7
110:13
113:3,6
114:24
141:8 145:3
166:13
177:20
183:2

**daylight**
114:23
166:12

**days**
22:19 31:12,
13,17 99:9
164:3 185:9

**DC**
159:5
178:22

**DCCC**
39:15 171:3

**dead**
119:8

**dealing**
72:3 125:9

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025

deals
  73:4 81:5

dear
  79:9 145:7
  174:7

death
  120:14,20
  164:3

deaths
  166:12

debatable
  4:12 8:23
  126:11

debate
  4:2 26:6
  27:23 72:10
  91:12,15
  97:4,9 100:9
  129:20
  133:11
  138:15
  143:7
  145:11
  153:2
  174:16
  176:21
  186:6 189:1
  193:20
  199:20

debated
  32:9

debates
  200:10,13

debating
  140:21

decade
  24:18 35:8
  38:8 82:17
  116:14
  118:5

122:18

decades
  80:6 106:20
  144:3 152:1

decennial
  170:9

decent
  27:18

decide
  45:9 118:16
  139:4 142:8
  143:9
  147:14,17
  148:11
  152:24
  159:3,9
  183:22
  187:24

decided
  47:8 49:8
  65:17 70:6

deciding
  173:2

decimating
  186:16

decision
  22:6 99:8
  117:18
  143:3 158:8
  179:2

decisions
  58:9

deck
  26:17

decks
  24:12

declaring
  21:10 47:5
  183:13

decline
  73:18
  115:18

declined
  73:13

deemed
  3:22,23,24
  21:5 197:4

deep
  40:21 105:3
  138:15

deeply
  36:10 77:13
  78:1 132:23
  198:24

defamation
  130:13

defeat
  42:22

defeated
  43:16,18

defend
  22:4 40:14
  88:17 96:3
  97:14 145:1
  152:4 174:8
  185:1,2

defending
  142:15
  149:18

defense
  61:23 92:5
  121:9

deficit
  48:17 49:8
  95:22
  188:15

deficits
  155:3

define
  21:21

definition
  169:6

Defunding
  186:18

degrade
  187:2

DEI
  151:22

delegation
  65:16 66:19

deliver
  163:16

delivered
  81:11

Dem
  74:14

Demaio
  66:6,8

demand
  23:8 122:17
  123:12

demanded
  80:10
  122:12

demanding
  70:23
  132:11
  149:1
  175:15

demeanor
  91:8

democracy
  22:23 25:6
  26:14 27:11
  29:3 40:9,23
  46:4 50:5,6

71:2 74:22
75:8,12 76:8
78:5,6,17
79:17 97:10,
14 99:1
115:18
117:19,24
130:3
134:17
137:22
138:2 145:2,
23 147:13,
19 149:2,17,
19 151:3
152:4,18
156:7,10,17
157:11
158:10,15
159:11
174:8 175:4
176:2,5,10,
21 177:8,17,
24 185:2,5,
19

democrat
  39:3 56:19
  75:3 82:5
  84:5 91:11
  92:19 94:17
  95:14
  105:11,23
  188:12

democratic
  3:10 25:19
  27:7 28:22
  42:9 43:6,20
  73:22 82:11
  109:9,13
  143:21
  153:6
  161:24
  163:9 165:7,
  18 200:16

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording    on 08/21/2025

**Democrats**
24:5 26:9,14
27:19 28:18
37:23 38:14
39:15 40:20
43:22 51:6
56:6 62:20,
21 63:10
66:1 71:19
73:10,22
74:8,16,18
75:1,7,8
91:1 92:20
94:12 95:8
154:9
161:22
163:2
165:14
166:2
171:17
172:14
173:5 187:4,
9,17

**demonstrate**
36:6

**demonstrati ng**
24:8

**Dems**
74:5

**denounce**
88:6

**denying**
151:13

**depend**
49:5

**depends**
78:17

**deploying**
147:2

**deport**
131:6

**deportations**
151:18
186:16

**depressing**
131:19

**Derek**
199:2

**dereliction**
173:20

**describes**
170:8

**deserve**
25:3 60:23
63:3,4,5
80:9

**deserves**
78:23

**design**
170:18

**designed**
62:15 82:19
149:22

**desist**
66:17

**desk**
3:8 4:7
12:15,17
13:2 20:19
28:9 38:21
41:18 44:9
53:5 121:16
192:24
193:4 197:3,
14,21 198:1,
8,16 199:8

**desperate**
95:6

**despicable**
132:6

**destroy**
95:24
134:19,20

**destroying**
151:14
155:7

**details**
26:6

**detained**
64:20

**determine**
162:12

**determined**
145:8

**devastating**
153:24
154:17

**developed**
81:5 171:4

**deviation**
40:5

**devious**
175:11

**dial**
106:8

**dialogue**
93:15

**dictate**
47:14,16

**dictator**
25:17 91:17
130:21
152:10
160:21

**dictators**
92:13

**die**
164:1

**died**
164:2,4
173:19

**Diego**
52:4 178:21

**difference**
159:5

**differently**
142:24
158:16

**difficult**
61:6

**dignity**
144:6 145:9

**digression**
41:22

**diluted**
61:20

**diminishes**
64:14,17,20
65:3

**diminishing**
143:11

**diploma**
162:11

**direct**
35:14,15,20,
21 85:8
135:20,21
150:1 155:1
168:18
174:6

**directed**
104:6 183:1

**directing**
168:7

**direction**
48:12 82:16

**directive**
57:6

**directly**
125:2 133:9,
22 153:24
178:16

**dirty**
87:19 88:10

**disabled**
98:15

**disadvantag e**
61:1

**disagree**
97:12

**disagreemen ts**
27:21

**disappearing**
132:18

**disapprove**
168:4,17

**disarm**
65:17 77:12

**disarmament**
110:5

**disaster**
151:13

**discarding**
79:14

**discards**
83:15 95:11

**discourse**
97:11

**discovered**

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025

38:10

**discriminate**
84:2

**discussion**
97:4 174:16
186:6 189:1
193:20

**discussions**
200:12,13

**disdain**
66:8

**disenfranchi
se**
80:23 98:3
158:7

**disenfranchi
sing**
142:17
158:12

**dislocation**
51:15

**dismantling**
151:21
155:7

**dispensed**
12:23

**disrespectful**
85:17

**disrupts**
82:18

**dissent**
27:10

**dissertation**
171:1

**distraction**
188:10,13,
20

**district**
50:23 51:6
59:8 61:21
62:21 81:4
82:3 88:17
89:3 105:18,
19 112:24
119:18
120:4,9,11,
19 122:13
131:1 155:5
164:4
168:14
171:16,19
178:10

**districts**
21:21 22:10
23:21 25:20
26:20 37:17
38:22 40:2,6
42:13,15,16
46:9 50:24
51:5,7 52:12
60:19,22
62:1,6 70:17
81:10 82:19
83:1,8,22
84:1,6 99:14
105:16
111:17
120:1
135:22
136:23
143:1 153:7
168:1 172:2
183:23
186:13
187:8,15,17

**diversity**
100:5
151:21

**divest**
147:7

**divided**
61:12,20

**divinely**
117:9

**division**
83:4

**divulge**
83:14

**doctor**
199:15

**doctors'**
164:19

**documents**
162:9

**doesn't**
167:9

**DOGE**
178:7

**dogs**
148:24

**dollar**
48:18

**dollars**
44:2 48:19,
23 49:13
50:2,14
64:16 98:13
132:11
146:8,11,14
147:6
164:11,13
188:23

**dominant**
73:11

**Donald**
27:9,16
107:11
108:9 110:7,

21 129:24
130:4,8,16,
19 131:2,5,8
146:7 150:6
151:9
163:13
174:23
175:14,23

**donor**
86:3 154:7

**doomed**
148:22

**door**
82:21
176:14

**doors**
36:14
172:14

**Doris**
43:11

**doubt**
57:4

**dozens**
95:16

**draft**
23:20

**drafted**
82:2

**drafting**
169:18

**drain**
48:19

**dramatic**
25:9

**draw**
29:19 30:16,
17,20 33:16
36:3,13 40:6

53:15,16
57:12 60:19
122:13

**drawing**
26:20 30:19,
22 33:23
37:13 51:20
55:3,5 70:1,
17 83:15
95:3 123:7
175:7

**drawn**
23:22 36:14
37:15 55:17,
20 62:13
63:1 83:17
84:2 123:4

**drew**
36:1,21
54:2,16,24
55:11 57:16
61:6 69:23
70:4,6 83:20
90:18 95:17

**drink**
200:21

**driven**
56:6

**driving**
120:11

**drop**
110:10

**dropped**
70:2

**drug**
109:9

**dude**
72:12

**due**

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording    on 08/21/2025

25:1 84:5
97:24
136:13
150:3

**Durazo**
2:5,15,17
5:19 10:8
14:19 18:8
67:6,7
101:12
127:14
180:12
190:11
194:22

**dust**
186:3

**duty**
121:9
173:21
187:14

**dying**
164:17

---

**E**

**earlier**
79:9 81:1
94:15
140:16
160:15
161:21
171:2

**early**
166:15

**earn**
39:9

**earned**
165:13

**earning**
38:1 81:13
141:17

**earth**
144:8
145:11

**easier**
96:9,11

**easiest**
42:21

**East**
155:5

**easy**
69:20 94:13
165:11

**echo**
61:3

**economic**
24:15

**economy**
121:8 132:3
151:15
155:2
186:18
187:19

**Edmund**
148:23

**education**
50:10 64:12
154:22
164:12

**effect**
21:11 99:12,
17 183:14

**effective**
60:24

**efficiency**
81:14

**effort**
9:1 44:1,3
68:22 71:12

75:11,24
95:5 96:9,14
112:14
172:17

**efforts**
23:10 45:21
46:23 47:2
71:6 156:1

**egos**
148:2

**egregious**
50:22 51:20,
24 52:6,11
98:2,3 99:22
123:23

**egregiously**
51:3

**eighth-grade**
157:9

**elaborate**
44:23

**elect**
28:21 67:14
82:5 85:3
118:16

**elected**
27:23 34:8
40:10,11,12,
13,14 63:16
66:12 78:4
84:15,21
85:5,11,15,
18 88:9
97:14 109:2
122:7
125:24
145:22

**electing**
28:17 84:5

**election**
26:18 31:5
38:2 39:10
47:24 48:20
49:15 50:12
65:6 74:1
81:19 87:15,
18 88:7,18
94:22 95:21
110:7 115:9
118:20
119:9,12,13
121:5
138:22
146:4 153:9
154:2
162:19
163:19
173:10
178:8
183:20,21
184:2 185:4,
11 187:6,7,
11 188:21
199:23

**elections**
21:19 26:8,
12 27:8,9,11
28:3 37:21
38:13 42:3
54:3,4,24
58:3,24
62:17 88:3
94:19 96:5
99:15
107:19
110:6
115:13
138:24
141:14,18,
20 142:20
145:22
151:10

152:7 156:3
157:5,22,23
164:22
175:19,24
183:12

**electoral**
81:22 83:22

**electorate**
26:24 51:9
85:3

**electricity**
200:3

**elephant**
153:4

**Elias**
56:5,8
160:14

**eliminates**
169:20

**eliminating**
155:8

**Ellis**
77:16 78:2

**emergency**
95:10
154:10
175:17

**Emoluments**
147:8

**emphasize**
164:7
168:23

**Empire**
39:24

**empowering**
84:8 143:2

**enable**
2:20 156:10

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025

enact
169:7,16

Encinitas
76:22

encourage
93:13 133:1

encouraging
33:9

end
46:2 49:19
80:6 108:4
110:17
113:5 120:6
174:22
176:20
193:9

endangerme
nt
114:13

ended
81:7

ends
36:10 40:19

energy
72:7

enforcing
163:2

enfranchisin
g
143:2

engage
57:1 65:9
134:21

engaged
69:1 78:7
174:1

engineered
62:14

enshrined
84:10,11
116:21

ensure
81:24 82:19
87:16 97:15
107:19
114:13
149:15

ensuring
29:8 83:5
149:16

enthusiasm
23:5

entire
169:17
171:16,20

entitled
89:18
142:18

environment
al
155:10

epiphany
22:21 99:2

Epstein
166:16
173:12,14,
15,19

equal
40:2

equality
117:15

Equalization
168:1

equating
183:12

equation

143:18

equitable
79:6

equity
100:5 150:2
151:22
152:6

equivalent
47:2

era
161:5

erasure
115:17

Erica
199:4

eroding
84:10

essence
176:5,10

essential
154:22

essentials
184:16

establish
41:24 45:21

established
81:8 82:11

estimated
48:19
188:22

ethical
123:11

evade
69:15

evading
69:17

evasive
33:20 70:14

evening
31:3 111:9

eventually
69:5

everchangin
g
117:19

everyday
165:2
184:16

everyone's
98:20

exact
43:17 93:12

examined
118:23

examples
93:10

excellent
170:23

exchange
143:7

Excuse
29:14 34:17,
22 35:17
124:2,24
169:23

excusing
173:9

executive
56:10 65:13
157:6

exempt
122:19

exercise
138:5

exercising
138:6

exist
51:9

existing
51:5

exists
170:7

expanded
81:9

expanding
149:2

expect
87:1

expected
56:17

expediency
123:14

expense
50:7 75:12
144:24

expensive
67:18 119:4
188:10,12

experience
38:8,17
57:24

experiment
156:7

explain
111:3

explicit
28:17

explore
76:7

expose
52:24

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording    on 08/21/2025

expressing
107:10

extends
122:8

extorted
64:17

extortion
132:12

extra
186:1

extraordinary
137:15

extreme
157:19,21
158:2

extremists
22:11 150:5

eye
112:17
142:20

eyes
114:23

F

fabricated
188:12

face
47:8 48:16
70:16 72:24
76:23 116:9
177:16

facing
47:12 49:19
95:21
148:24
188:14

fact

31:10 32:22
37:8,10
118:19
124:14,16
144:5
149:13
161:12
165:19
170:10
172:15,22

facts
41:23 44:5
52:1,3 67:19

fail
95:18 96:14,
18

failed
153:3
160:24
185:9

failure
137:3 145:1
173:20

failures
137:5

fair
26:12 37:17
43:5 46:19
52:12,13,22,
24 60:23
63:4 74:8
78:24 79:17
82:3 86:22
87:1,18
88:9,18
96:1,5
107:19
117:1
147:18
152:7 153:9
156:3 170:7

183:23
185:14

fairly
62:23 137:7
184:9

fairness
46:18 47:14
50:3,6 52:7
62:11 81:22
83:1 110:6,9
111:20
122:22
123:14
125:23
126:2
153:11
185:1

faith
106:12,19
140:24
176:23,24

fake
27:9,11
109:16
119:4
138:16,17

falls
80:12

false
36:1

familiar
90:15,22
142:3

families
24:20 67:20
88:1 116:3
151:16,19
154:20
184:16
186:17

family
86:16
105:24
111:18

famous
36:23 68:7
142:2

fan
120:16

fans
199:1

farm
166:13

farmers
61:13 86:8

fascism
130:3 134:1

fascist
132:1
133:21
134:18

fast
42:10

father
77:13
166:14

favor
84:2 163:20
171:9

favorable
157:8

favorite
86:17

favoritism
84:9

FBI
109:2 163:4

fear
62:19
136:15
177:18
185:17

fears
2:23

feature
119:21

federal
24:19 40:1
98:2 154:6,
7,12,18
155:6 174:5
184:6,11

Federalist
65:10

feed
61:14

feedback
79:5

feeding
148:1

feel
82:1 136:19

feelings
92:7

feet
164:3

fell
54:21 164:2

fellow
106:13

felt
88:2

female
8:15 109:9

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025

**field**
26:11 113:8,
22 114:12,
17 116:2
150:10,11
159:10
184:18

**fight**
24:13 25:5
27:17 77:6,7
86:1,12,13
87:24 88:18
96:5 111:15
132:5
137:12,14,
17 141:11
149:9 151:2
153:9 175:3
186:2
187:14,18,
19 199:23

**fighting**
26:10 111:6

**file**
20:18,22,23,
24 21:6
104:15
108:21,23
114:21
183:9
197:12,18
198:6

**filed**
160:14

**files**
166:16
173:12,14,
15,19

**final**
25:23 46:12
100:8 134:7

139:4 167:8
168:3,5,13,
17 172:16

**finally**
83:24 119:3
165:13
174:8

**finance**
48:24

**financial**
48:15 49:1

**find**
47:11 71:17
77:1 109:21

**fine**
51:23 52:5,
12,15,18
90:1 119:19

**fined**
160:22,23
161:3,7

**fire**
110:24
148:24
151:14
185:5
187:14
188:18

**fired**
136:10
178:7

**firm**
56:6 107:13

**firmly**
141:9

**fiscal**
50:16

**fit**
83:8

**fix**
115:20
199:24

**flag**
2:16 3:5

**flashpoint**
109:21

**fled**
136:9

**flies**
70:16

**floor**
3:21 33:22
57:15 59:9,
12 83:23
84:4,6,18
88:5 91:17
92:10,17
93:18 94:7,
11 95:17
96:17 115:7
117:6
125:17
137:10,21
138:5 140:3,
7 151:6
160:7
192:23
197:2 199:2
200:21,23

**Florida**
163:17

**flouts**
83:24

**focus**
48:13,15

**fold**
186:1

**folks**
31:9 73:22

76:14 84:13,
21 85:8 87:6
97:15 105:8
107:22
108:3
117:13
118:11
134:10
166:20

**follow**
33:10,18
34:2 48:5,8
86:17 87:4
109:14

**follow-up**
32:12

**Folsom**
120:6

**food**
24:20
112:20
146:22
164:12,20
166:9

**foolish**
27:1

**football**
47:3,13
86:15

**forbid**
172:21

**force**
163:2

**forced**
21:22

**forces**
149:10

**foreign**
146:13

**foremost**
46:18
145:18
199:12

**forever**
58:7

**form**
172:18

**formed**
70:24

**Fort**
105:22

**forward**
34:3,14
36:23 37:18
40:22 42:10
62:15 73:21
79:3 90:3,7
120:21
123:10
139:14
141:10,17
150:14
163:22
166:22
179:4 200:7

**foster**
174:5

**fought**
80:8

**found**
30:10 137:6
149:6

**four-and-a-
half-year-old**
111:4

**fourth**
31:24 121:7
186:1

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording    on 08/21/2025

fourth-
largest
  132:3

fracturing
  83:21

framed
  81:19

franchise
  158:5

Francisco
  132:24
  139:16
  160:20
  161:9

free
  49:10 78:24
  107:19
  112:22
  152:7 156:2

freedom
  115:11,13
  144:6 145:9

freestanding
  159:17

freeway
  120:2,13

freeways
  120:14

freeze
  154:6

freezes
  134:18

frequently
  138:20

Fresno
  45:20

Friday
  31:3,8 32:4,

17

friend
  42:1 94:12
  161:9 167:9

friend's
  111:4

friends
  76:20 77:4
  88:11

frivolous
  108:21

front
  37:15,16
  114:23
  132:16
  200:15

frozen
  147:5

fulfill
  79:7

full
  13:6 26:12
  37:10 79:7
  91:18,21

fully
  62:2 120:23
  170:19

fund
  44:3 49:4

fundamental
  136:14
  177:24

fundamentall
y
  177:7

funding
  24:19 50:1
  154:4,10,22

164:10
173:8

funds
  154:6,12
  188:21

funnel
  130:10

future
  77:14 78:1
  89:21
  111:19
  147:21
  150:13,17
  186:19

─────────

G

gain
  61:13 82:11
  96:1,18,19

gained
  39:24

gains
  80:8

gallery
  2:13

Galveston
  160:9
  161:15,16

game
  27:3 47:3,4,
  5,13,17
  86:21,24
  88:9 113:11
  114:22
  115:16
  121:2
  143:10
  144:11
  184:6,10

games
  86:18 88:10
  110:8

gamesmans
hip
  94:15

gas
  59:20

gas-lighting
  94:3

Gav-lighting
  94:3

gave
  133:2
  178:18

Gavin
  94:16 96:20
  174:3

gear
  200:21

general
  48:19 109:1
  139:8
  154:11
  175:13

generation
  143:23
  145:5,8,12
  151:2

generations
  80:11
  147:21

gentleman
  85:2

gentlemen
  84:14
  121:23
  145:17

geographical
ly
  83:2

germane
  94:22
  178:15

Germanists
  124:5

gerrymander
  22:1 26:16
  50:23 51:4
  162:2

gerrymander
ed
  32:23 33:5
  165:20
  187:8

gerrymander
ing
  23:10 45:4
  52:6 80:7
  84:1 142:15
  149:12
  153:6
  165:22
  166:3

gerrymanders
  150:8,15

give
  27:14 54:5
  79:5 122:18
  123:3
  130:22
  133:12
  147:14
  153:7,10
  155:14
  188:2
  199:14

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording    on 08/21/2025

giveaway
144:23

giving
26:24 143:9
147:16
152:23
156:1 165:2
172:16
174:11

glad
70:21
139:12
162:10

glazed
112:16

goal
28:17
184:23

goalpost
185:17

God
2:19

gold
37:5 141:12

gold-plating
146:16

golden
185:12

golf
148:3

Gonzalez
2:6 3:9 4:6,
8,19 5:21
8:18,19 9:6
10:10 12:14,
16 14:21
17:6 18:10
21:6,12,14
28:14,24

29:16,20
30:14,24
32:4,16
41:4,12,16
45:1 79:24
80:4,14,17,
21 90:21
97:4,6
101:14
123:18,20
124:10,22
125:7,8,14,
17 126:5,6,
9,11 127:16
180:14
190:13
194:24

good
31:6 37:23
40:9,23 60:1
63:4 67:9
69:14 86:15
88:11 91:21
99:18 100:3
104:23
106:3,5
107:14
122:14,16
132:7 134:3
142:8
160:11,17,
20 161:9
174:13
199:15

goons
109:20

GOP
172:13

Gosh
59:19

governance
62:8

government
38:11 56:10
63:4 65:11,
12 68:6 98:2
130:11,17
131:6
147:24
154:8 155:6
157:10,16,
19 158:4,12
159:12
160:10
188:1

governor
3:22 28:16,
19 36:14
43:20 66:16
77:1,2 91:19
92:13 93:12
96:20 97:1
109:2 111:1
119:6 131:9,
13 142:14
153:14
158:17
162:24
163:14,15
174:3,8
177:4 185:9

Governor's
96:17
176:13

grab
50:7 52:17
62:10 87:23
150:1 159:6,
11 172:10
188:24

grabbing
132:15

grabs
84:12 152:9

185:21

graces
91:21

grand
146:14

grandfather
166:14

grandmother
148:21

grandparent
s
106:2

grandson
77:15 78:2

granted
56:4 92:1

granting
81:17

grants
147:4 154:4

Grayson
2:6 5:23
10:12 14:23
18:12 44:8,
10,14 46:5
101:16
127:18
180:16
190:15
195:1
199:15

great
22:3 85:13
86:4 90:23
171:7,8,10
200:7

greater
107:14
143:10

174:13

greatest
24:11 51:2

Greg
162:24
163:14,15

gripey
91:2

grocery
163:10

gross
51:10

grounded
23:16

group
54:17 56:1,
5,8,20

groups
60:22

Grove
2:6 10:14
18:14 53:4,6
56:5 59:22
101:18
127:20
159:24
180:18
190:17
195:3
198:21,22

Groves
59:19

grow
151:23

guarantees
122:13

Guard
178:19

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording    on 08/21/2025

**guards**
173:21

**guess**
72:4 98:7

**guests**
2:12

**guidance**
2:24

**guided**
24:9 46:17

**guidelines**
83:11

**guides**
148:9

**guise**
95:9

**Gulf**
131:23

**gutting**
24:14

**guy**
71:7

**guys**
57:21 59:18
72:5 75:9,14

**gymnastics**
94:5

——————————

**H**

**Hahn**
197:19

**half**
47:5 74:3,4
116:14
120:8,9

**halftime**
47:4,9,10

48:3

**hand**
83:18 84:18
118:22
150:6

**handed**
172:13

**handful**
92:17

**handing**
184:15

**handle**
119:20
131:13

**hands**
22:8 147:18
148:6 152:9
159:13
200:14

**happen**
51:21 56:17
69:18 72:23
114:14
115:2
138:22
150:7 162:6

**happened**
36:11,18
51:17,22
117:15
157:19

**happening**
57:19 87:6
94:16 109:3
114:7
115:10,12
130:17
163:21
165:6 174:9
176:17,18

**happy**
100:6 185:8

**hard**
24:6 57:18
80:8 87:11
171:16
178:24
200:24

**hard-fought**
151:17

**harder**
108:4

**hardworking**
155:11
166:12

**harm**
161:12

**Harris**
105:18

**harshly**
114:7

**Harvard**
131:18,19,
20

**havoc**
155:2

**he'll**
132:12

**head**
120:2,5,7

**headlines**
96:20

**health**
49:3,10 65:3
67:20,22
106:1
110:19,21
154:14

**healthcare**
50:11
134:19
146:19
154:19
155:8
164:12,18
173:7
177:17
184:14
186:21

**healthy**
164:20

**hear**
63:7 66:7
73:5 97:20,
21 108:11
109:12
112:23,24
138:18
166:17
172:19
177:20

**heard**
35:4 38:6
39:14 65:23
77:6 115:6
117:5 118:2
119:5
143:19
146:9 154:1
157:1
163:11
172:8 173:5
175:10
176:21
179:3

**hearing**
13:6 53:24
55:19 59:2,4
60:9 124:9
146:2

175:24

**hearings**
22:16,19
37:11 55:9

**heavily**
112:3,13

**heck**
71:15
130:22
131:5
199:16

**heed**
174:7

**Heights**
120:1

**held**
184:4

**hell**
109:3

**helm**
99:18

**helping**
56:6 96:23

**helplines**
178:6

**hey**
71:3 72:18,
24 73:6
131:9

**hide**
109:19

**high**
105:22
110:16
162:11

**high-speed**
106:9 117:5
139:13

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording    on 08/21/2025

140:4,6,15
141:2

**higher**
24:22
188:15

**highest**
172:18
188:16

**highlight**
23:15
165:17

**Highway**
109:14
120:5,11

**historical**
167:11

**history**
41:23 44:5
63:8,13
76:20,21
109:19,22
143:16
144:23
147:20,21
148:22
149:4
150:13,17,
18 156:18
161:5 171:1

**hit**
31:12
113:14
115:8

**hold**
25:10,11
41:8 107:9
137:11
145:7 156:8
174:7
177:12
184:17

**holding**
125:23
200:14

**hollow**
146:5

**home**
68:1 106:6
136:10
144:1 200:2,
13

**homelessne
ss**
188:17

**honest**
2:21 69:14
96:5 142:1

**honesty**
143:4

**honor**
26:14 63:5
94:12
149:13

**honorable**
104:6 183:2,
4

**honored**
105:15

**hope**
30:4 41:21
107:17
108:20,23
130:6 133:4
200:17

**hopeful**
3:1 23:4
29:24

**hopes**
112:19

**hoping**
49:12

**horrific**
132:15
133:21

**hoses**
148:24

**hospital**
106:1 178:9

**hospitals**
131:1

**hostile**
137:18

**hour**
67:16

**hourly**
67:15

**hours**
108:22

**house**
21:24 22:2
28:22 33:12
45:5 77:9,10
109:3 130:8
142:21
143:6,9
146:16
157:7
164:10
185:12
187:1,5
193:6

**housing**
72:8 87:11
173:7
188:16
200:3

**HR**
115:7

154:18
178:2

**hubs**
60:21

**huge**
165:2

**human**
70:5 132:6
152:1
154:14
173:17

**humbled**
176:3,16

**humbling**
85:12

**humility**
66:10,12

**hundreds**
37:11 95:16
120:17
151:15

**Huntington**
65:23 89:13
140:5

**hurt**
86:8,9 87:9
161:12

**Hurtado**
2:6 6:1
10:16 15:2
18:16
101:20
127:22
180:20
190:19
195:5 197:8,
9

**hurting**
87:8 151:16

186:14

**hurts**
108:10

**hypocrisy**
22:13 77:6
89:9 99:20
109:19
122:20
173:6

**hypocrites**
173:5

**hypocritical**
97:24
118:10

**hypothetical**
46:7 47:13

_____

I

**ICE**
115:12
163:24
164:2,5,14
166:10

**ID**
96:21

**idea**
58:20 118:4
122:8 176:3
177:8

**idea's**
118:5

**ideal**
174:7

**ideas**
143:8
151:24
176:6

**identical**

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording    on 08/21/2025

23:21

**identify**
136:7

**identity**
174:7

**ideology**
177:10

**idly**
28:4

**ignore**
98:6 185:6

**ignores**
82:13 94:21

**ignoring**
144:15

**II**
161:6

**illegal**
23:10 121:4
151:14

**illegally**
131:5,6

**Illinois**
40:11

**image**
27:10 43:17

**imagine**
47:3 109:13

**imitating**
91:21

**immediately**
3:11 21:11
136:9 168:6
183:14

**immigrant**
155:11

**immigrants**
77:15 78:2
86:8 130:2
131:6
156:11
171:18
174:4

**immigration**
132:15
133:21

**immunize**
176:19

**impact**
46:8 145:21
153:20
155:1
164:21

**impacted**
146:22
153:23

**impactful**
46:21

**impartiality**
84:10

**implementation**
178:4

**implore**
188:3

**important**
23:15 42:20
73:20 76:12
86:10 94:1
95:4 121:24
143:6,17
144:11
149:4
153:17,19
162:20
165:16

**importantly**
42:8 95:14
120:24
158:2

**imposing**
151:14

**improve**
64:1,3

**inaction**
24:12 107:3

**incalculable**
76:23

**incendiary**
91:9 93:24

**include**
23:21 64:12
81:10 83:1
140:17

**included**
30:3 33:2
79:4

**including**
28:2 57:14
65:15 87:5

**inclusion**
100:5

**incoming**
92:23 100:5

**incompletion**
42:12

**inconsistent**
169:4
170:16,19

**incorrect**
135:15
137:24
138:1

**increase**

175:22

**increasing**
24:15

**incredible**
31:14 76:17
200:17

**incredibly**
144:5
186:20
200:8

**incumbent**
84:2

**incumbents**
62:13 81:6

**independence**
24:8 62:11

**independent**
22:16,21
23:2,14 30:1
31:16 45:17,
22 46:2
51:18 62:9
71:16,17,23
72:1 77:7,11
79:14,19
80:2,10
89:12 95:1
99:3 108:12,
14 109:24
116:12
122:11
123:3,6
134:8,12
135:4
155:16,19,
24 160:13
165:10,18
166:21
175:5 176:1

**independents**
37:24 40:20
171:17

**Indiana**
163:18

**individual**
54:6 59:9
92:6 144:6,
14 145:9

**individuals**
24:6 64:19

**indulge**
41:21

**indulging**
76:6

**infamous**
117:12

**influence**
30:21 66:13,
14 75:22
85:10
122:24

**inform**
104:6 183:1

**information**
46:6 55:7

**informed**
24:9

**initiative**
106:20,21
116:6 117:1
193:10

**initiatives**
116:8 118:8

**injustice**
136:1

**injustices**

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording    on 08/21/2025

137:23,24

**Inland**
39:23

**inning**
113:11,12,
16

**innings**
186:1

**innovation**
61:24

**innovative**
151:24

**input**
32:10,20
36:12 45:6
55:13 79:5

**inside**
40:21

**insider**
81:5

**insiders**
61:9 62:18
81:6

**insight**
99:10

**insist**
86:21,23

**inspired**
117:9

**institutes**
24:22

**institutions**
115:18
130:20

**insurance**
67:20,22

**integrity**

69:11,19
70:16 79:16
83:3 94:22
97:21 99:1
123:14
145:1

**intended**
82:2,4

**intense**
199:20

**intent**
79:7 82:1
83:11 171:6

**intentionally**
113:14

**interest**
60:18 61:11
62:16 83:4
98:6 119:2
120:23
149:16
150:1 165:1

**interesting**
30:10 48:2
85:24 96:7,
13

**Interestingly**
42:19

**interests**
60:23 95:7

**internet**
106:8

**interview**
54:23

**introduced**
32:2 51:17
70:23 166:2

**introducing**
165:5

**invest**
200:4

**invested**
166:21

**invite**
66:15

**invites**
84:9

**involved**
56:21,22
58:17 61:7

**involvement**
171:2

**Iron**
144:17

**ironclad**
122:12

**ironic**
63:7 116:4

**irrefutable**
63:24

**irrelevant**
134:17

**Irrespective**
64:2

**Irvine**
64:14 66:2

**Island**
77:16 78:3

**isolated**
61:22

**issue**
60:16 68:3
73:5

**issued**
58:17

**issues**
76:7 133:4
168:16
177:10
200:14

**item**
21:6 48:14
197:7,12,19
198:6

**items**
173:8

**it's**
135:3,17
143:12

**I'd**
167:20

_____

**J**

**Jackson**
52:4 97:20

**jam**
51:6 200:20

**James**
65:10

**January**
143:22
173:11

**JD**
165:24

**jerk**
67:17

**jet**
146:12

**jets**
137:1

**Jewish**
160:24
161:4,7,10,

12

**Jim**
150:22

**job**
89:5 94:13
106:3
199:16

**John**
143:22

**join**
3:5 66:15
84:19
137:18
138:5

**joint**
12:18,22
20:14 21:15
38:20

**Jolly**
120:2

**Jones**
2:6 4:13,14,
18 6:3 10:18
15:4 18:18
20:12 89:24
90:15,23
92:2 93:20,
22 101:22
103:19
105:3,4
127:24
180:22
188:6,7
190:21
193:15,16
195:7
200:16

**judge**
160:13
187:17

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025

**judge's**
56:14

**judges**
179:4

**judgment**
57:6 142:8

**judicial**
56:11,12,14
57:5 157:8

**Judy**
43:10

**jugular**
111:14

**jump**
39:16

**jumps**
56:20

**June**
184:3

**justice**
47:7,16
150:3

**justification**
161:11

**justifies**
95:10

**justify**
36:11 40:19

---

**K**

**K-12**
64:12

**Kamala**
105:18

**Kansas**
163:18

**keeping**
134:12

**Kennedy**
143:22

**Kern**
45:20

**Kevin**
39:12,17
60:2 66:3

**key**
49:9 82:8
105:24
150:14
176:12

**keys**
176:13

**kick**
130:24
154:18

**kicked**
29:4,5

**kid**
106:4

**kidnapped**
99:23

**kidnapping**
136:3
155:10

**kids**
98:16 106:2
113:23
114:12
116:2 130:1

**Kiley**
66:4

**Kiley's**
39:12,17
60:2

**kill**
132:12

**killed**
164:5 166:3

**kills**
48:6

**kind**
62:10 69:21,
22 71:7 91:3

**king**
124:18

**kitchen**
106:14
111:9

**knee**
67:17

**knew**
40:16 52:10
68:23 70:13

---

**L**

**LA**
58:16
178:14

**labor**
151:17

**laborers**
166:13

**lack**
37:1 68:21
69:9

**lacks**
68:24 69:11,
19 70:15

**ladies**
84:13
121:23
145:17

**laid**
49:18 72:22
129:19

**Laird**
2:6 6:5
10:20 15:6
18:19 50:19,
20 101:23
128:1
180:24
190:23
195:9

**lamentable**
26:19

**landscape**
28:1

**language**
90:7

**large**
51:9

**larger**
66:19
117:15

**largest**
121:7 132:4
154:7

**Lassen**
120:12

**lasts**
38:11

**late**
49:23

**Latino**
99:23

**latitude**
140:16

**lavish**
146:15

**law**
30:15 40:1
46:20 81:15
94:22
144:15
149:4 150:3
173:9 193:9

**lawlessness**
9:1

**lawmakers**
81:17

**lawsuit**
56:8,15,19,
21 90:16
130:13
160:8,14
161:2
162:13

**lawsuits**
90:22
108:21
171:23

**lawyer**
56:20

**lay**
126:7,10

**lead**
2:14 37:17
52:12 152:6
174:4

**leader**
3:7 25:17
57:15 100:4
105:4 124:5
138:15
153:4 174:9
200:15,23

**leaders**
21:23 63:5
80:9 88:8

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording    on 08/21/2025

107:3
108:24
109:14
143:23
145:5,8,12

**leadership**
36:15 54:4,
5,18,21,22
81:22
106:24

**leads**
137:20

**League**
113:2,6,23,
24 114:1,4
115:16,21

**learn**
22:20 27:12

**learning**
24:22

**leave**
163:6
199:21

**leaving**
166:15

**led**
152:4,5

**leeway**
57:23 133:2
160:6

**left**
74:5 166:12

**legal**
152:20

**legally**
175:16

**legislation**
28:16 39:13

56:22 84:9
155:22

**legislative**
36:15 56:11
81:16
161:10
188:12

**legislator**
53:16 72:12
109:10
122:6 163:5

**legislators**
53:14 56:23
57:9,12
78:11 95:14
98:3 100:1
109:1

**Legislature**
30:16,17,22
32:2,3,14
33:8,10,24
34:8 54:18,
19 66:21
70:4,5,23
73:16 74:14
80:20 84:8
85:9,11
89:18 96:10
108:12,15
122:9
125:10,24
152:21
153:14
154:10
163:8
188:19

**Legislature's**
83:13

**legitimacy**
179:7

**legitimately**
91:3

**lemmings**
97:2

**let alone**
107:1

**letter**
66:16 94:20
114:7
175:13

**letting**
45:9 185:15

**level**
26:10 39:17
52:24 75:1
110:1
143:15
150:9
159:10
166:23
173:24
174:5

**leveling**
150:11

**levels**
134:2

**LGBTQ**
156:12

**liberties**
144:14

**Liberty**
78:3

**lie**
91:22

**life**
46:16 58:10
64:14,18,21
65:1,4 67:2
97:16

107:13
200:1

**lifetime**
157:14,15

**light**
48:6 108:20
141:8 159:1

**likelihood**
176:15

**limit**
124:8

**limits**
84:24 85:2

**Limon**
2:6 6:7
10:22 15:8
18:21 128:3
181:1
195:11

**Linda**
43:12

**lines**
23:22 30:16,
17,19,20,21,
22 31:21
36:1 37:9,15
53:10,15,17
54:2,16
55:3,5,12,17
56:13 57:1,
7,10,13,17
58:6,9 61:6
80:20 81:2,5
82:10 88:6
90:17,19
91:1,2 95:3
122:13
123:4,8
125:23
139:8
160:12,13,

14 161:18
165:15
168:8 175:8

**list**
25:2 68:17

**listen**
88:11,18
177:4,6

**listened**
53:20,21

**listening**
84:23 85:24

**literally**
47:10
158:13

**literature**
43:4

**live**
25:19 68:4
106:5 107:9
109:8
200:12

**lived**
86:4

**livelihoods**
155:7

**lives**
2:20 64:1,3
67:12
146:19
164:7
171:18

**living**
67:11 70:8
163:24

**loan**
87:11

**local**

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording    on 08/21/2025

71:7 110:1
166:23

**lock**
184:23

**locking**
163:4

**Lodi**
61:16
120:16

**Lofgren**
43:10

**logical**
83:22
186:11,12
187:21

**long**
38:10 79:17
155:20
170:16
200:19

**longer**
38:11 43:13
51:1 136:17
158:11

**looked**
79:10 92:4
118:21

**Los**
39:21
139:17

**lose**
24:20
110:19,21
134:17
149:23
178:15

**loser**
96:15

**losing**
24:18 51:1
136:24
164:18
184:8

**lost**
25:1 39:22
63:10
114:22
136:13,14

**lot**
61:3 68:16
69:3 72:5
75:18 77:6
131:22
132:24
133:2,3
138:18
139:2
153:17
160:19
161:19
164:10
199:24

**loud**
166:17

**Lounge**
3:11

**love**
76:22 86:15,
16 106:4,6
124:14
160:17

**loved**
117:14

**lovers**
52:21

**loves**
2:23

**Lowenstein**

43:5

**lowering**
200:2,3

**lucky**
200:11

**Luis**
45:19 50:23
51:19 52:14,
16,18

**lumped**
61:14

**lunch**
103:24

**lunches**
98:17

**luxury**
146:9

---

**M**

**Madam**
2:17 3:9 4:8,
14 8:19
12:16 13:3
20:16 21:14
26:4 41:1,19
44:10 47:21
50:20 53:6
60:13 63:21
67:7 68:12,
13 78:21
85:22 88:23
90:1 91:24
93:14,22
97:7 104:5,
22 112:11
121:11,14
123:20
126:6
129:23
133:8,19

135:11
138:8 140:8,
22 142:1,10
145:16
148:18
152:14
156:23
160:6
162:16
167:6,16
168:22
170:1,5
174:18
179:9 183:1,
17 186:9
188:7 189:3
193:2,16
197:10,17
198:4,17
199:9,13
200:23

**Maddie**
3:11

**made**
17:5 27:4
32:8 44:22
91:4 140:5
155:9 158:8
160:7,20
161:21
172:7
175:20
201:3

**Madison**
65:10

**madness**
26:16
163:11
174:23

**MAGA**
22:10
131:17

151:9

**mail**
178:16

**mail-in**
108:2,3,4
176:19

**main**
42:8 111:7

**maintain**
43:1

**maintains**
87:16

**major**
76:20

**majority**
3:7 51:8
57:15 69:8
71:10,24
74:9 75:18
109:13
124:4 153:6,
21 187:1,4
200:23

**make**
13:4 31:12
34:15 38:23
41:5 51:6
56:7 58:6
66:23 67:16
70:17 74:2
75:12 76:2
84:19 86:6
92:4 96:6,9,
11 105:13
108:4
136:19
143:3 147:7
152:7 160:5
166:20
167:11
168:20

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording    on 08/21/2025

175:5
178:24
179:2,8
187:3

**makes**
27:5 63:12
184:3

**makeup**
71:13,16
74:7

**making**
35:2 58:8
87:20 94:6
147:9
183:12
200:1,3,5

**malls**
120:6

**man**
73:1 136:5
142:4 164:1,
4

**manages**
187:6

**mandate**
82:14
123:10

**mandating**
172:1

**maneuvering**
50:3

**manipulation**
158:15

**manipulations**
82:21

**map**
33:12 51:2
70:2,4,6

83:15 99:13
119:19,23
120:17
155:18
168:3,5,8,
11,12,13
175:21

**mapping**
62:8

**maps**
22:7,10,15
23:15,17,18,
20 24:4,7,9,
10 25:15
28:21 29:19,
22 30:7
31:3,7,14
32:2,6,10,
15,17 33:8,
14,16,19,23
34:1 36:1,3,
13,16,21
37:1,14
39:21,23
55:7,19
61:2,9
62:12,14
63:1,4 70:1
81:11 82:3,4
84:9 88:24
89:5 95:17,
24 99:7,9,
14,15
120:21
122:24
148:8 150:9,
16 162:5
163:19
168:17
170:9
172:15
175:3,20
184:20

187:22

**Mar-a-lago**
109:20

**march**
97:1

**marched**
148:23

**margin**
117:16

**Marines**
178:19

**Mark**
59:23

**market**
87:10,13

**marriage**
117:14

**marrying**
117:14

**Maryland**
161:22

**masked**
64:20 136:2,
6 144:16

**mass**
151:18
184:11

**Massachusetts**
58:1 161:23

**massive**
39:20 115:7
188:17,20

**master's**
168:11

**masters**
168:8

**match**
47:11

**Matsui**
43:11

**matter**
46:13 50:11
62:18 93:17
105:23
148:12

**matters**
33:1 48:18
140:7
147:13,15
178:2

**mayor**
113:9

**Mcguire**
2:7 6:9
10:24 15:10
18:23 102:2
104:21,22
128:5 181:3
191:2 193:2
195:13
198:16,17,
20 199:8,9

**Mcnerney**
2:7 6:11
11:1 15:12
102:4 128:7
181:5 186:7,
9 191:4
195:15

**Meadow**
113:5

**meaning**
37:21 83:9,
14,16
175:11

**meaningful**

122:3
155:13

**means**
25:16 29:7,8
36:11 40:19
62:2 70:14
73:14 74:17
75:1 97:10
98:11,12,15,
18 145:19,
23 176:2

**meant**
146:16

**measure**
4:3 8:17
28:6,17
43:16 46:8,
16 79:8
97:13 99:6
103:22
116:11
117:11
133:14
140:20
153:1 166:2,
5 169:18
170:17,19
177:1,10
182:21
188:10

**measures**
48:13 79:1,
2,5,6 117:2
137:15
166:22

**mechanism**
92:5

**media**
33:10,18
34:2,11,19
36:22

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025

107:10
131:21,24

**median**
68:1

**Medicaid**
24:17 29:5
136:22
154:18

**Medicare**
166:10

**meet**
86:11
110:14,15,
16 120:24

**meeting**
114:5
115:21
201:5

**member**
21:9 30:18,
21 31:7,21
32:14 33:7,
10,11,17,18,
22 34:7
35:20 97:19
104:18
140:9
145:20
176:1

**members**
2:12 3:4,19
4:1 7:19
8:10 16:24
20:21 24:11
26:6 28:22
33:13 34:3
36:6 37:17,
23 39:14,19
40:7 41:21
43:6 44:4
47:22 49:19

65:16 66:18,
20 68:14
88:24 90:1
103:17,23
104:23
108:11
109:2
119:21
121:22
122:8,23
123:21
125:10,24
138:12
139:2,11
146:21
163:8,9
182:15,22
183:8,18
184:5 188:8
192:14,22
193:3

**membership**
73:18

**meme**
130:9

**Memorial**
113:5

**memory**
149:14

**men**
136:2,6

**Menjivar**
2:7 6:13
11:3 15:14
19:2 102:6
128:9 181:7
191:6
195:17

**mental**
49:3,10 94:5

**mention**
70:19 72:11
140:15

**mentioned**
23:22 29:3
30:6,7 45:14
79:9,11 84:4
95:20
112:16
137:13
155:21
160:10

**mentioning**
90:3

**Merciful**
2:19

**merits**
93:21

**mess**
68:8,9 165:7
166:4

**message**
57:2 104:3
151:8 166:7,
8 167:2

**messages**
3:22,23
182:22

**messing**
87:13

**met**
120:2,8

**methodology**
158:24

**mic**
59:9 60:15

**mid-**
59:23

**mid-census**
142:19

**mid-cycle**
32:23 33:4
82:6

**mid-decade**
39:13,18
46:22 49:16
66:5 82:17
118:2,8,11
149:21
172:12,21

**midcycle**
44:18 45:5,
10

**middle**
73:24 74:15
75:2 118:4

**midst**
32:9

**midterm**
26:8 28:3
58:3 60:3
66:5 88:3
142:20
157:22,23

**midterms**
143:6,18

**military**
147:2
186:20

**million**
24:19 49:12
63:11,12
64:11 95:20
161:2

**millions**
29:4 49:11
110:18,20
144:19

146:8,11,14,
24 147:1
151:16
154:19
164:11,13
177:15
184:14
186:21

**mind**
57:4 92:3,9,
22 131:12
146:6 147:6

**minds**
116:23

**mine**
120:16
184:13

**minimize**
9:1

**minimizing**
83:4

**minimum**
67:16

**minor**
30:6 51:4

**minority**
22:13,20
25:7 100:4
153:6

**minute**
110:10

**miraculous**
193:12

**mirror**
43:17

**misdirect**
25:8

**misdirection**

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025

41:23 42:22
44:5

**misinform**
25:8

**misinformati
on**
41:6

**misled**
36:5

**misrepresent
ing**
34:14

**missing**
97:19

**mission**
56:6

**Missouri**
163:17

**model**
27:1 37:6
38:23 39:6
48:8

**modern**
143:15

**Modoc**
61:13

**mom**
113:20

**mom's**
113:19

**moment**
29:13 41:9,
22 42:7
76:17 105:2
110:16
114:2,10
120:24
124:9,23,24

125:6
132:19,21
133:7
139:20,22,
23 140:10,
11 145:19,
21 156:16
159:15
166:18,23
198:18
199:11,18

**Monday**
32:8 53:24
55:16 59:1
199:2
200:22
201:4

**money**
48:20,21
49:14 146:4,
16 185:11

**month**
154:5 172:6

**months**
107:1 114:5
153:23
200:20

**Montoya**
164:4

**moratorium**
122:9

**morning**
2:14 57:15
67:9 84:24
91:7,8,15,16
94:5 118:3
193:8

**mother**
135:13,14

**motion**

4:15 13:4,9
17:5 193:18
201:3

**motions**
4:4 192:23
197:6,9

**Mount**
120:12

**move**
4:4,9 8:20
20:17,22
21:5 36:23
53:10 72:3
74:20 76:6
104:14
133:24
183:8
185:16
192:22
200:7

**moved**
163:22
166:22

**moves**
34:3 36:23
141:10,16

**movie**
142:2

**moving**
34:14 37:18
40:22 90:7
91:13 111:5
193:11

**multiple**
172:8

**Murrieta**
52:5 178:21

————————
**N**

**named**
143:22
144:4 177:1

**names**
52:2 61:7

**Nancy**
43:10

**narrative**
22:14

**nation**
3:3 22:3
57:2,3,20
60:2,7 63:10
75:11
137:20
149:2 151:8
155:6 174:1
200:10

**nation's**
61:23
150:12

**national**
26:11 27:24
28:1 37:6
39:6,17 53:1
57:24 82:15
110:2 157:5
173:24
178:19
187:10

**nationally**
37:6

**nationwide**
23:9 30:1
38:23 39:14
81:20

**Navy**
178:13

**nearby**
120:17

**necessarily**
79:6

**nefarious**
106:24

**neighborhoo
d**
113:4

**neighborhoo
ds**
3:2 60:20
61:15 83:3

**neighbors**
46:19
155:11
166:11

**net**
144:20

**nets**
155:8

**neutralize**
121:4 165:5

**newfound**
23:5

**news**
27:11 74:17

**Newsom**
28:16,19
43:20 94:17
96:20 174:3
185:9

**Newsom's**
174:8

**nice**
72:12

**Niello**
2:7 6:15

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording    on 08/21/2025

11:5 15:16
19:4 41:17,
19 102:8
128:11
167:5,6,19,
23 169:8,19
170:21
181:9 191:8
195:19

**night**
105:10
193:6

**nights**
109:8

**noes**
8:14 12:12
17:3 20:13
103:21
129:18
182:20
192:19,20

**non-**
24:8 171:17

**non-partisan**
139:9 141:4,
12

**nonpartisan**
26:21 34:16
36:2,7 38:22

**nonsense**
58:18

**North**
40:12

**nose**
72:23

**note**
20:20
197:15,22
198:2,9

**noted**
117:2

**notes**
167:11

**noteworthy**
117:3

**nothing's**
38:17

**notices**
4:5

**notion**
75:20 112:4
118:1 119:3
176:11

**November**
29:8 31:13
37:4,19 99:8
139:4
147:17
151:7
183:21
185:20,24
187:23
189:5

**nullify**
121:4

**number**
23:7 43:13
45:16 47:8
63:24 64:5,
10 71:6
73:11 75:5
104:15
116:1 169:3
172:8 175:1
183:9 198:6
199:18

**numbers**
73:9 164:10

**numerous**
70:22

**Nutrition**
135:24

**nutritious**
164:20

---

**O**

**Oaks**
117:1 170:7

**oath**
40:16 84:15
97:14 144:4

**obediently**
22:11

**Obispo**
45:19 50:23
51:19 52:14,
16,18

**object**
4:15 123:1
193:17

**objection**
92:1 167:22
197:4

**objections**
197:3

**obligated**
81:2

**obvious**
143:12
169:2

**occasions**
23:3

**occupation**
64:24

**occupy**
161:22

162:4
178:20

**occur**
82:14
170:12

**Ochoa**
2:7 6:17
11:7 15:18
19:6 78:20,
21 80:1,5,19
102:10
128:13
181:11
191:10
195:21

**odd**
112:15

**offered**
98:1

**office**
95:1 122:7,
18 176:13

**officer**
35:10,12,22
77:19 112:6,
9

**officers**
163:10
199:12,17

**offices**
42:16 74:11

**official**
78:4 148:9

**officials**
88:9 123:24

**offset**
57:5

**offsets**
150:14

**offsetting**
137:18

**Ohio**
163:18

**oil**
59:20

**Olympics**
114:15

**one-time**
170:15

**ongoing**
188:17

**online**
31:3,8 32:5
83:18 148:8

**open**
2:24 63:1
81:11 82:20
91:10 106:1
138:15

**opening**
34:9 36:4
113:2

**operate**
59:6 71:8
158:20

**operation**
142:9

**operations**
49:19

**opinion**
160:3

**opponent**
42:8

**opportunitie
s**
122:23

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording    on 08/21/2025

**opportunity**
32:6 43:19,
20,22 46:1
98:1 100:6
143:8,19
152:24
155:14
172:2,17
177:22

**oppose**
133:13

**opposed**
44:24
155:20

**opposite**
45:7 51:13
159:6

**opposition**
42:20 47:23
53:8 60:16
86:20 94:2
188:8

**oppressive**
144:18

**Orange**
45:20 49:9,
17

**order**
13:9 49:7
51:5 56:14
93:14
120:14
124:3,21
132:17,20,
22 133:3,6
139:18
140:1,2
156:7
160:12
163:18
168:7 173:9

175:12,17,
21 183:5
193:9

**ordered**
56:12
104:12
151:18
160:11
178:20

**ordering**
64:6

**ordinary**
67:12
122:17

**original**
24:9

**ostensible**
43:3

**outcomes**
83:22

**outcry**
123:23
124:14

**outfitted**
79:18

**outings**
148:3

**outlined**
22:7 82:24

**outrage**
107:10
109:4,16
118:3,10,13
119:4,5
138:16,18
146:3,5,9
147:5,9,11

**outraged**
109:5 155:6

**outrageous**
95:19

**outset**
27:12

**outstanding**
119:24

**overlooked**
60:17

**overreach**
99:22
124:13
159:14

**overreaches**
132:1

**override**
93:2,6
96:10,12

**overturn**
173:10

**overturning**
172:20

**overwhelming**
117:4

**overwhelmingly**
42:18
117:17

**owe**
122:3

**Oz**
142:3

―――――
**P**

**p.m.**
201:4

**Pacific**
98:23

**package**
53:9 81:16
98:22 112:2,
12 160:4

**Padilla**
2:7 6:19 8:2
11:9 15:20
19:8 102:12
128:15
141:23,24
181:13
191:12
195:23

**pages**
108:13,16

**paid**
37:1 154:8
168:24
177:2

**pain**
105:1

**painful**
151:13

**Palisades**
98:23

**Palm**
105:22

**palpable**
118:11

**Pam**
175:14

**pandemic-
delayed**
81:13

**parade**
113:4

**paragraph**
63:12

**paramount**
130:12
159:4

**pardoning**
173:10

**parents**
113:10
114:11

**Park**
113:6

**Parker**
104:8 183:5

**parry**
121:4

**part**
44:19 46:8
114:1
143:23
145:5,8
178:21

**participate**
37:13 54:20
55:3,5 58:6

**participated**
30:19,22
33:23

**participation**
36:16

**parties**
61:1 62:13
113:2
146:15

**partisan**
44:3 50:7
52:17 61:1
71:13,14
82:10 95:12
137:18
150:15

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording    on 08/21/2025

152:9
153:10
165:22
166:2
172:12
175:21
188:24

**partisanship**
24:9 52:24
123:14

**partnership**
105:6

**parts**
45:18,23
52:22 113:1
178:9

**party**
21:18,23
23:1 24:6
25:7,14
26:15 28:22
42:9 51:1
59:8 60:1
65:22 71:11
73:13,14,19
84:3 86:12
88:6 89:8,9
94:23 98:22
153:10
158:1
164:23
173:9,21
176:3

**party's**
22:13,20
29:6 153:4

**Pasadena**
167:9

**pass**
37:18 39:17
92:17,18,24

106:18
109:11
138:22,23
166:5

**passage**
60:8 154:17

**passed**
21:24 36:8
42:4,18
43:18 51:2
70:23 92:24
116:19
117:1,8
149:6 183:3

**passes**
37:19
103:22
182:21

**passing**
71:10
117:24

**passion**
132:24

**passionate**
199:20

**past**
32:8 70:22
79:2 108:15
140:5
167:11

**patient**
3:1

**patriot**
77:15

**Patrol**
109:14

**pausing**
26:19

**pay**
43:23 67:20,
21 69:5 86:5
142:3

**paying**
54:9,12
131:24
143:3

**PD**
136:11

**Pedro**
43:11

**peep**
88:12

**Peer-run**
49:9

**Pelosi**
39:14 43:10

**pen**
114:7

**pending**
178:3

**pendulum**
157:18

**people**
3:2 22:4
27:18,23
29:4 33:15
36:4 37:9
38:16,19
39:7 40:10,
11,12,13
49:24 50:4
51:10,13
53:11,13,17,
18 58:5,11,
18 59:1
60:1,22
61:13 63:3
67:11,14,19

68:22 69:4
70:14,21
71:17 73:2
74:15 75:2
78:4 85:3,
11,18 86:19
87:8 88:16,
19 105:11
111:12,13
114:19
119:1
120:18
122:12
123:6 130:7,
10 132:15
133:12
134:11
136:3,23,24
137:9
138:23
141:3,5,10,
11,17 143:2,
8 144:17
146:1 148:7,
11,23
149:17
151:10
155:5 156:2,
4,5 157:12,
15,17
158:13,21
159:13
161:12
164:17,18,
19 165:2
166:13
170:17
171:21,22
173:3,23
175:2 176:4
177:11
184:12
185:17
186:21

187:13

**people's**
134:19

**percent**
23:23 24:1,
2,7 29:21
30:5 42:5,18
43:18 67:21,
23 73:9,11,
12,17,18
74:14,23,24
75:5,6,8
83:8 89:3
120:3 123:2
160:18
161:23
162:3,4

**percentages**
73:1,2,3,4

**Perez**
2:8 6:20 8:4
11:11 15:22
19:10
102:14
128:17
162:15,16
171:24
181:15
191:14

**period**
26:12 69:6
91:18,21

**permanent**
44:17 45:3
110:11
149:7

**permission**
56:2,3 91:24
167:20

**permit**
143:24

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording    on 08/21/2025

145:6

**permits**
58:16

**perpetuity**
130:17

**person**
92:8 117:14

**personal**
122:14
198:23

**personally**
90:21

**persons**
108:8,9
144:16

**petition**
168:6

**petitions**
119:5,8

**Petteway**
160:9
161:16

**Pettus**
148:24

**phenomenal**
199:16

**phone**
23:8 175:15

**phones**
142:14

**phonetic**
164:2
197:19

**physical**
200:11

**pick**
37:9 38:4

39:2,23
52:15 53:17
59:23 85:4
87:23 93:7
137:12
166:24

**picked**
63:11

**picking**
38:5

**piece**
45:13

**Pierson**
2:1,10,11
3:4,12,16,19
4:11,17
7:14,18 8:9,
14,16,22 9:4
12:8,12,20,
24 13:8,13
16:19,23
17:3 20:7,
11,13,19
21:4,12 26:2
28:7,12
29:13,17
30:12,23
31:23 34:17,
22 35:1,5,9,
13,17,19
41:2,8,12,17
44:7,12
47:19 50:18
53:3 56:3
60:11 63:19
67:5 68:10
76:9 77:17,
22 78:19
79:21 80:15,
18 85:20
88:21 89:23
90:13,20

93:19 97:3
100:11
103:11,16,
21 104:2,9,
14,20
111:23
112:5,8
121:12,17,
21 123:17
124:2,7,20,
23 125:5,8,
15,19 126:4,
9 129:14,18
132:19,21
133:5,10
134:22
135:9 138:9
139:20,22
140:10,14,
20 141:22
145:14
148:14
152:12
156:21
159:23
162:14
167:4,14,17,
21 169:23
170:3
171:12
174:15
179:10
182:10,14,
20 183:7,15
186:5 188:5
189:9 192:9,
13,19
193:14,19
196:21
197:14,21
198:1,8,13,
19 199:6
201:1

**pitch**
113:13

**place**
36:8 60:5
83:20 115:9,
24 122:13
144:8
145:11
169:12

**Placer**
120:8

**places**
45:19
112:24
120:17

**plan**
30:2 63:7
72:3 82:6,13
83:24 96:17
133:23

**plane**
130:11

**plate**
151:4

**platform**
73:23

**platter**
175:16

**play**
109:18
110:8
113:24
157:11
185:14

**playbook**
184:9

**played**
143:11
144:11

**players**
87:5 113:14,
18 114:19

**playing**
26:11 87:19
114:18
150:10,11
159:10

**plays**
95:13

**pledge**
2:16 3:5,6
145:2

**plenty**
148:10

**ploy**
111:16

**plurality**
51:2

**pocket**
49:14 67:20

**podcast**
84:23 85:1

**point**
61:7 75:7
76:22 93:14,
19 112:7
124:2,7,21
132:17,20,
22 133:3,6,
14 138:14
139:18
140:1,2
143:10,11
161:8 169:2
176:15
198:23

**points**
47:6,15,16
48:4,12 90:1

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording    on 08/21/2025

96:6 116:14

**police**
109:20
133:21
163:2,9

**policies**
131:18
143:13
153:24
155:1
157:21
158:2
163:22
164:23
186:14

**policing**
164:14

**policy**
27:21 57:9,
10 59:11
114:6
171:20
176:6

**political**
26:22,23
28:1 41:22
43:5 50:3
51:3 61:12
62:18 63:1
80:7 81:6
82:21 84:3
150:19
176:3

**politicians**
37:9 38:4
39:2,9 52:14
61:8 62:13
67:10 82:10
94:17 95:2
122:16,19
123:7 159:8

173:2
184:21

**politics**
27:22,24
111:2,12
141:14
184:5

**poll**
150:22

**population**
39:20,24
74:24 75:9
82:20

**populous**
121:8

**portals**
31:5

**portion**
65:6

**position**
75:21

**possibly**
163:18

**post-census**
82:18

**potential**
58:14,15
110:9

**potentially**
64:8 83:20
154:3

**poverty**
188:16

**power**
25:10,12,15,
24 28:2
34:6,10,12
39:7,8 50:7

52:17 62:10
64:9 75:18,
19,22 84:12
87:23 91:17
95:12 96:3
107:18
122:1,17
123:3,5
134:18
147:14,17
148:6
149:24
150:5,19
151:11
152:9 156:1,
8 157:3,6,24
158:1,11
159:6,11
170:17
171:6
172:10
173:18
175:22
177:9,11
179:8
183:22
184:24
185:21,24
188:24

**powerful**
158:10

**powers**
27:7

**practicable**
83:6

**practice**
44:18

**Practices**
43:5

**practicing**
185:18

**praise**
29:24 81:13

**prayer**
2:14

**precisely**
62:10 95:2

**predetermin
ed**
37:21 38:2
39:11
138:21,23
141:14,19,
20

**predominant**
28:20 108:2,
17

**prefer**
94:4

**preference**
24:6 73:13,
19

**preferred**
172:3

**present**
2:12 21:16
89:14
121:23
183:19

**presentation**
104:24

**presented**
45:17 113:8

**presenter**
57:15

**presenting**
57:14
125:15

**presents**

142:13

**preservation**
117:23
152:17

**preserve**
51:8 71:2
80:10
141:11
175:4

**preserving**
141:4

**presidency**
98:7

**President**
2:18 3:10
4:9,15 8:20
9:1 12:17
13:4 20:17
21:15,23
22:12 23:7
24:14,23
26:5,9 28:1,
24 29:20
38:9 41:1,20
44:11 46:4
50:21 53:7
60:14 63:22
64:6,11
65:7,23
66:14 67:8
68:13 78:12,
22 80:2
85:23 86:2
87:7 88:15,
24 90:2
91:24 92:14
93:15,22
96:22 97:7
104:5,23
105:20
107:6 108:4
110:23,24

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording    on 08/21/2025

112:1,11
121:1,11,15
123:21
124:17
125:4 126:6
129:23
131:12,24
133:8,19
135:7,12
137:23
138:8,12
140:8,23
142:1,10,13,
19 143:21
144:4,10
145:17
146:7 148:1,
2,4,18
152:15,18
153:5,8
156:24
157:5,20
158:6,9
159:12,15
160:1,6,12,
22,23 161:3,
6,14,17,24
162:8,17
163:13,15,
22 165:24
167:7,16
168:23
170:2,5
172:11
173:9,19
174:19
175:14,22
177:12
179:9 183:1,
18 185:12,
15 186:9,24
187:2,5,6,14
188:7 189:4
193:3,17

197:10,18
198:5,18
199:10,13

**President's**
23:9 65:19
66:3 87:14
88:1,7,13
137:3
153:13
156:11
186:14

**Presidential**
138:14

**presiding**
35:10,12,21
77:19 112:6,
9 199:12,17

**press**
107:9
123:10

**pressure**
87:13 88:8

**pretend**
165:22
185:7

**pretending**
68:20

**pretty**
69:20 73:10
143:12

**prevent**
62:10 84:11
115:17
117:13
154:13
166:16

**prevention**
49:5

**prevents**

114:6

**previous**
30:7 42:12
160:3
167:12
168:10
171:7

**previously**
117:5

**price**
68:1 185:11

**prices**
59:20 87:10

**primaries**
150:23

**primary**
184:4

**principles**
82:12 94:21

**print**
53:24 55:16
59:1 99:9

**printed**
148:9

**prioritize**
83:22

**prioritizes**
82:24

**private**
146:12

**privilege**
198:24

**privileges**
3:20

**pro**
92:23 100:5
104:20
115:6

198:23

**problem**
86:20 89:9
126:2
188:18

**problems**
58:13 72:4,
6,7,8 76:1

**procedural**
33:1

**procedure**
169:13
170:8,14

**proceed**
29:17 30:23
80:18 90:20
121:21
167:18,22

**process**
25:9 26:20
27:8 31:4,
15,17 54:9,
14,20 55:16,
17,20 57:1
58:21 60:17
61:4 63:1
72:17,18
78:24 89:1
90:24 95:10,
18 118:22
123:5
136:13
150:3
153:10
171:5

**processes**
81:12 83:15

**produce**
22:1

**professional**

91:13

**professionalism**
91:8

**professor**
43:4

**profiling**
151:19

**program**
38:12 49:10,
18 135:24

**programs**
24:14 49:3,5
50:1,11
64:13 98:17
151:22
154:22
164:12
166:10
176:6

**progress**
80:7 117:19
149:7 155:9

**progressive**
74:18

**progressives**
56:7

**prohibited**
122:6

**projected**
48:16

**projecting**
92:3,5

**projection**
92:3

**promise**
149:2

**promote**

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording    on 08/21/2025

82:3

**promoting**
39:3

**proofs**
63:24

**proper**
170:18

**proponent**
43:3

**proportion**
73:7

**proportional**
73:17

**proportionality**
73:6,8

**proposal**
47:24 48:18
50:17 81:23
82:18

**propose**
89:18

**proposed**
81:15 88:24
99:7 116:13
118:11
119:14
176:18

**proposition**
41:24 42:9,
11,12,15,18,
20,22 43:17,
24 81:7,9
117:12

**protect**
22:5 80:9
116:2 130:2
138:2
147:19

149:15
151:22
159:11
160:24
183:23

**protected**
136:20

**protecting**
50:5 81:6
148:3 152:7
161:4
185:14

**protections**
115:19
144:15
151:18
155:10

**protects**
150:15
165:9
177:11

**proud**
21:15 28:5
72:5 91:7
138:4
155:16
162:18
167:1 174:7
183:19

**prouder**
78:16

**prove**
93:8

**provide**
25:5 32:19
100:6 136:8

**provided**
32:6 49:10

**providing**
31:7 54:6

154:10

**provision**
115:22
168:24
170:13
174:21

**provisions**
30:2 82:9
169:4,12
170:16

**psychologic al**
92:5

**public**
23:19 25:8
31:4 32:6,
10,15 33:8
37:15 49:4
50:11 54:9,
14 55:18,20
62:17 69:3
88:8 97:11
106:5
108:18
112:21
200:4

**publicly**
32:5,17
81:12
107:24

**pull**
197:11

**pulling**
114:12
193:5

**punch**
132:5,8,9
134:5
185:21
189:6

**punching**
129:24
130:1,2

**punish**
65:8

**punished**
160:21
161:13

**purpose**
28:20
169:14
170:15

**pursuant**
4:1

**pursuit**
46:24

**purview**
80:20,22

**push**
36:20 75:5
156:6 175:3

**pushing**
82:17
144:19

**put**
13:14 38:21
39:8 41:7,24
48:21 53:23
55:16,17
59:1,15 88:8
95:4 98:18,
19 106:11,
12,19 142:9
148:5
152:21
154:2
155:23
165:12
174:22
186:24

187:5,21

**puts**
24:19
159:13

**putting**
39:7 86:8
136:3 143:1
152:23

**puzzled**
89:10

_____

**Q**

**Qatari**
130:11

**quality**
64:14,18,21
65:1,4 67:2
97:16

**quarter**
44:2 48:19,
23 49:13
186:1
188:22,23

**question**
13:15 28:13
29:1,12,15,
21 30:11,13
31:22,24
32:12 35:14,
20 41:13,14
44:11,13,20
45:2,14
46:7,11
54:2,11,13
57:14,18
63:12 69:12,
17 70:12
79:20,22,23
80:13,16
90:9,11,14

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025

95:15,19
142:5,23
143:1 144:9
145:4
152:19,23
156:9
167:13,15
168:20
170:4
172:11
187:22

**questions**
28:10 34:5
44:15 54:8
55:11 59:4
60:10 69:19

**quick**
90:11

**quorum**
2:11

**quoted**
38:15

**R**

**race**
37:22 64:23

**racial**
150:22
151:19

**racing**
26:16

**radical**
122:8

**raid**
164:2,5

**Raiders**
199:1

**raids**
132:15

133:22
163:24
164:14
166:10

**rail**
2:13 117:5
139:13
140:4,6,15
141:2

**railing**
92:10,11

**raise**
60:15,16
84:18 91:15
177:23

**ram**
94:17

**ran**
145:22
185:10

**ranchers**
61:13

**ranged**
43:9

**ransom**
98:13

**ransomed**
24:23

**rant**
59:8

**rate**
188:15

**rates**
188:17

**rational**
21:17
124:12

**raucous**

86:18

**raving**
59:8

**raw**
95:12

**reach**
23:6 81:9

**reached**
163:13,15,
17

**react**
29:6

**reaction**
33:2

**reactive**
81:19

**read**
3:23,24
12:21 13:17
21:5,7 56:2
91:24 104:4,
10,16
121:18
161:15
162:12
167:20
182:24
183:10

**reading**
20:24 21:4,6
104:12
167:23

**ready**
113:10
185:1

**Reagan**
38:10 144:4

**real**
24:8 43:6

72:3,6 76:1,
2,7 87:9
98:8 173:6
177:9

**realities**
61:15

**realize**
58:23

**realized**
154:17

**reapportion
ment**
66:5

**reason**
42:21 68:24
71:2 106:23
108:8 109:6,
21 141:21

**reasonable**
21:16
124:12

**reasoning**
84:5

**reasons**
68:16 70:20
72:2 73:20
79:8 111:7

**recall**
119:6,13
185:9

**received**
130:11,12
146:12

**recent**
172:5

**recently**
131:18

**recess**

3:16,18
103:24
104:1 201:2

**reckless**
50:14 75:24

**reclaim**
122:16

**recognize**
199:22

**recognized**
3:7,13 4:6,
13 8:18,24
12:14 13:1
20:15 21:13
26:3 28:8
41:18 44:8
47:20 50:19
53:4 60:12
63:20 67:6
68:11 76:10
78:20 85:21
88:22 89:24
104:21
111:24
121:13
123:19
126:5
129:21
135:10
138:10
141:23
145:15
148:16
152:13
156:22
159:24
162:15
167:5
171:13
183:16
186:8 188:6
193:15

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025

197:8
198:21

**recognizing**
93:23

**reconstructi on**
150:20

**reconvene**
3:20 201:4

**record**
160:5

**recovery**
188:18

**red**
48:6 84:18
131:8

**redirect**
188:10

**redistrict**
156:2
163:19

**redistricting**
21:10 22:17,
21 23:1,2,6,
14 24:3
28:18 29:23
30:2 31:15,
16 34:15,16
36:3,7 37:5
38:22 39:7,
13,18 43:1
44:18,21,24
45:6,14,18,
22 46:2,23
47:9,11
51:19,24
52:7,11,22
53:9 57:12
58:19 60:3,
4,8 62:9

70:18,24
71:4,6,12,23
77:7,8,11
78:23 79:18
80:3,6
81:18,20
82:6,14 83:9
84:7 85:7
89:2,8,12,16
90:4,5,17
94:18 95:2,
8,11 99:3,
13,16
104:19
107:20
108:13,14
110:2,9
112:16,20
115:1 116:5,
7,12,23
118:2,4,8,12
119:2,23
122:2,11
123:3
131:11
134:8,12,16
135:4,5
139:9 141:4,
12 149:21
155:17
165:10,18
166:22
167:10,24
168:9
170:24
172:21
193:7

**redraw**
28:21 47:24
53:10 56:12
57:6,9 80:20
81:2 82:10
84:8 160:11,

12,14
161:18
172:12
183:22
184:18

**redrawing**
49:15 50:13
165:15

**redrawn**
184:20

**reduced**
149:24

**reduction**
143:14

**reelect**
176:8

**reference**
44:22 130:6
167:11

**referenced**
64:13
171:23

**referendum**
168:5

**referral**
104:9

**referred**
13:5

**referring**
171:1

**refers**
92:5

**refineries**
58:14

**reflect**
82:19 156:5

**reflected**
71:9

**reflects**
74:9

**reform**
23:2,6

**reforms**
80:9

**refs**
87:1

**refuse**
95:15

**refused**
161:1 166:5

**refuses**
131:23

**refusing**
163:5

**refute**
41:6

**regard**
167:8

**region**
61:22

**regions**
60:20 95:6

**register**
82:6

**registered**
73:9,11,14,
17

**Registering**
175:5

**registrars**
184:2

**registration**
51:1

**regression**
143:13

**regular**
119:1

**regulations**
48:2

**rehash**
138:13

**reiterate**
32:16

**reject**
137:9

**rejected**
52:23
116:13,14,
15,16,17,18

**relates**
4:10 8:21
12:18

**relating**
21:9 104:18

**relationship**
86:1

**relationships**
85:13

**relative**
167:9

**release**
166:16
173:12,14,
18

**relevant**
133:9 168:4

**relief**
98:23
151:13

**relive**
161:4

**rely**
135:23

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording    on 08/21/2025

**remain**
2:15 89:3
99:12 186:3
193:12

**remained**
99:22
119:12

**remaining**
83:10

**remains**
99:20
169:11

**remake**
27:9

**remarks**
140:17,18

**remember**
71:1 73:20
105:13
147:5
150:17
154:7
156:19
169:22

**remind**
174:20

**reminded**
142:2
148:20

**reminder**
4:1 149:6
151:2

**remove**
20:17,22
65:7 197:7,
18 198:6

**removing**
198:10

**rent**
112:21

**repeat**
148:23

**repeatedly**
118:3

**repeating**
63:8,13

**replace**
187:9

**replaces**
95:12

**reported**
30:16 33:13
112:3,13
171:2

**Reports**
3:24

**represent**
22:4 49:18
54:10 58:12
62:21 75:8
84:21 85:18
97:15
105:15
119:15
120:21
171:16

**representati
on**
37:18 38:1
39:22 40:2
52:13 60:24
61:19 73:15
75:2 96:1
120:22
142:21
183:23
185:1

**representativ
e**
62:2 82:3

**representativ
es**
28:23 38:4
59:13
142:22
143:7 159:1
184:21
187:2

**represented**
53:18 54:8
62:23 74:16,
18 75:7

**representing**
74:2 105:10
171:21

**represents**
48:24
124:12

**reproductive**
115:13
156:12

**republic**
185:17,19
187:3

**Republican**
21:18 22:1,
24 25:14,19
26:17 27:2
28:1 39:3
65:16,22
66:18 71:20
73:12,23
74:23 76:3
78:10,11
89:15 91:7
92:19 93:11,
12 100:4
105:11,24

106:24
107:3,8
108:24
109:14
117:7 137:5
144:3 153:7,
16,21 158:1
161:23
163:1,12,16
165:19,21
175:22
176:23
200:16

**Republican-
led**
149:20

**Republicans**
3:14 24:5
26:7,13,14
27:19 34:12
37:24 40:20
58:1 62:21,
22 63:11
66:1 71:20
73:16 74:6,8
75:6,21 79:1
91:2 92:11,
15,21 93:11
96:2,8,11
107:2
108:10,17
118:7,12
130:21,24
151:9 153:5
155:20
162:3,24
165:14
166:3,15
171:17
184:7,19
185:8
186:23
187:1,7,10

**repudiating**
82:1 84:20

**request**
20:18 26:1
131:2 183:4
197:11,18,
24 198:7

**requested**
22:1 126:10
198:23

**requesting**
12:17

**required**
149:8
161:18

**requirement**
168:19

**requirement
s**
168:10

**requires**
166:24
172:22
175:17

**requiring**
83:1

**requisite**
168:3

**rescuing**
177:24

**research**
132:13
134:21

**reside**
89:4

**residents**
32:18 49:11
86:9 87:24

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025

88:14 98:24
178:5

**resiliency**
152:5

**resolute**
177:19

**resolution**
12:17,21
38:20

**resolutions**
4:4 192:23
197:6,10

**Resolve**
12:22

**resources**
188:11

**respect**
27:6 36:10
46:18,20
76:17 87:4
97:24 105:3
117:21
120:22
130:5
132:23
134:11
138:16
143:4
169:17
188:3

**respectful**
46:19

**respectfully**
60:6 63:18
85:19 89:21
100:9
111:21
123:15
135:8
145:13

148:13
152:10
156:19
162:13
174:13
183:3 186:4

**respecting**
83:2 158:21
173:3

**respond**
41:1,3,11
65:19
125:20
166:24
187:24

**responding**
53:1 109:6
130:18
139:21
140:9 179:3

**response**
21:17 28:18
54:17,19
56:18 57:17
63:7 65:18
119:16
121:3
123:22
124:12
135:6
142:24
153:24
161:19
162:19

**responses**
31:9 161:20

**responsibilit
y**
42:14 50:16
70:18
135:16

138:3,6
175:9

**responsibly**
3:1

**rest**
42:6,17 47:5
58:10 86:7
137:22
200:17

**restaurant**
110:13

**result**
43:16 49:17
61:10 95:24
169:12
176:18

**resulted**
164:16,17

**resulting**
168:12

**results**
71:14
164:24
176:7

**retain**
155:17
187:1

**retirees**
67:23,24

**retreating**
144:24

**retrofitting**
146:12

**returned**
138:4

**revenue**
25:1

**reversed**

117:17

**reversing**
155:8

**review**
148:10

**reviewed**
81:12

**rewriting**
27:3

**Reyes**
2:8 6:21 8:6,
12 11:13
15:24 19:12
102:16
128:19
135:10,11
181:17
191:16
196:2

**rhetoric**
55:23 162:7

**rhythm**
82:19

**Richardson**
2:8 6:22
11:15 16:1
19:14
102:18
128:21
181:19
182:17
191:18
196:4

**rid**
43:1,3 69:8

**ridiculous**
75:24 85:17

**rig**
21:18 27:3

87:18 88:7
94:18 108:7
110:7 153:9
187:6,10

**rigged**
91:17
144:11
149:19
184:6

**rigging**
87:22
162:19
187:7
199:23

**rights**
32:24 33:4
63:17 80:22
98:5 120:23
134:20
142:16
149:3,4,13
150:24
152:2,5,6
155:9
156:12
172:1,4
187:16

**rigorous**
82:23

**rioters**
173:11

**rise**
2:13 21:15
46:15 47:23
53:8 94:2
121:23
145:18,23
148:18
150:19
152:16
156:24

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording    on 08/21/2025

162:18
186:10
188:8

**risk**
24:18,20
80:8

**risks**
123:9

**Rivas**
104:18

**Riverside**
31:6 45:20
71:1

**Road**
113:5

**robbing**
166:11
186:19

**Roberto**
164:4

**robust**
97:9

**Rocklin**
120:8

**role**
171:19

**roll**
2:2 4:15,20
9:7 13:17
17:7 100:12
126:13
136:7 152:1
179:11
189:10
193:18,21

**rolling**
80:7 151:17

**rolls**

150:23

**Ronald**
38:10 144:4

**rooftops**
59:19

**room**
153:4 200:9

**rooms**
63:1 161:1

**rooted**
24:4

**Rose**
114:15,16

**Roseville**
120:7

**round**
199:14

**rubber**
131:4,7

**Rubio**
2:8 6:24 8:7
11:17 16:3
19:16
102:20
128:23
145:15,16
181:20
191:20
192:16
196:6

**rule**
4:9 8:20 9:2
12:18,22
35:3 36:20
46:20 93:16
122:19

**ruled**
171:24

**rules**
4:2 12:13
13:10 20:14
27:1,3 47:3,
9,17 48:3
55:1,2,4,5,6
72:16 86:24
87:4 94:22
104:10,11
115:20
159:2
172:24
184:10

**ruling**
13:12,14,15
17:4

**rumors**
69:21

**run**
58:23 85:16
96:22
122:18
124:17
125:11
185:10
187:19

**running**
122:7 146:6
164:2,5

**runs**
48:5

**rural**
105:16,22
106:1,7
178:9

**ruse**
175:18

**rush**
185:8

**rushed**

25:10 50:12
62:14 83:15
172:15

**rushing**
95:9 149:21

**Russia**
114:18

**Russia's**
27:10

_____

**S**

**Sacramento**
42:2 45:20
52:5 61:17
62:19 68:2
120:18
178:21

**sacrifice**
149:3

**sacrificed**
61:12

**safe**
200:5

**safeguard**
98:7 150:8,
17 159:7,10
173:1

**safeguards**
81:21 82:2
122:3

**safety**
49:4 50:11
112:21
144:19
155:8
177:17

**Saints**
199:1

**sake**
143:19
144:12

**San**
43:11 45:19
50:23 51:19
52:4,13,16,
18 132:24
135:22
136:11
139:16
160:20
161:9
178:21

**Sanchez**
43:12

**sanctimony**
119:11

**sanctity**
158:4,21
159:4

**Santa**
55:4 63:8
79:9 90:3
119:16

**satisfy**
187:15

**save**
65:6 75:11
89:21
109:19

**saved**
149:17

**SB**
186:4,10
188:8

**scales**
22:12 25:23

**scam**

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording    on 08/21/2025

130:9
131:10
133:24

**scarce**
188:11,20

**scared**
174:3

**scenes**
107:21
171:4

**scheduled**
200:22

**scheme**
62:8 94:18,
19 149:21

**Schiff**
43:13

**school**
49:2 60:22
64:13 98:17
106:5
111:10
136:17
162:11

**schools**
136:20
151:22
200:4

**scientific**
134:21

**scoreboard**
184:8

**scrap**
72:3

**scrape**
67:24

**screaming**
59:19

**searching**
163:3

**season**
113:6

**seat**
39:23

**seats**
22:2 43:21
58:7 59:24
64:7 73:21
74:5,6,21,
22,23 77:1
82:5 131:10
133:24
149:22
153:7
161:22,24
162:2,4
163:1,16
165:7
172:13
175:16
178:16
188:2

**secrecy**
81:5

**secret**
62:14
109:20
133:21

**secretary**
2:1,3 4:20,
21 7:18,20
8:9 9:7,8
12:20,22
13:17,20
16:23 17:7,8
20:12 21:1,
7,8 100:12,
13 103:15,
16,18 104:4,

5,10,11,16,
17 119:6
121:17,19
126:13,14
168:5,12
179:11,12
182:14,16,
24 183:10,
11 184:1
186:7
189:10,11
192:13,15
193:21,22

**secretive**
61:5 83:13,
14

**secretly**
83:16,17

**section**
168:1,4
169:20,21
170:6,7

**Security**
146:20
178:6

**seeking**
82:7 121:2
122:16

**seize**
130:16

**select**
62:15 172:3

**self-evident**
63:23

**self-governing**
159:16

**self-serving**
84:11

**selling**
87:11

**Selma**
149:10

**Senate**
3:16,19 4:9,
10 8:20
30:18 31:4
32:5 51:18
54:1,24
89:15 96:2,
17 104:2
109:15
121:23
123:18
142:5
145:17
155:5 157:7
166:3
168:23
169:16
183:3,8,11,
19 188:4
193:7 201:2

**senator**
2:1,11,15,17
3:4,9,12,14,
16,19 4:6,8,
11,13,14,17,
18,19 7:18
8:9,14,16,
18,19,22,24
9:4,5,6
12:12,14,16,
20,24 13:1,
3,8,11,13,18
16:23 17:3,6
20:11,13,15,
16,19 21:4,
6,12,14
26:2,3,4
28:7,8,10,
12,14,15,24

29:10,13,16,
17,18,20
30:8,12,14,
15,23,24
31:6,19,23
32:1,4,12,16
33:6 34:17,
18,20,22,24
35:1,3,5,7,9,
11,13,16,17,
18,19,23
41:2,4,8,10,
12,16,17,19
44:7,8,10,
12,14 45:1
46:5 47:19,
20,21 50:18,
19,20 53:3,
4,6 56:3,5
60:11,12,13
63:19,20,21
67:5,6,7
68:10,12
69:4 72:14
76:9,10,11
77:17,20,22,
23 78:19,20,
21 79:21,24
80:1,4,5,14,
15,17,18,19,
21 85:20,21,
22 88:21,22,
23 89:23,24
90:13,15,20,
21,23 92:2
93:14,19,20,
22 94:11
97:3,4,6
100:11
103:16,21
104:2,9,14,
20,22,24
111:22,23
112:5,7,8

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording    on 08/21/2025

113:10
117:1
119:16
121:12,13,
14,17,19,21,
22 123:17,
18,20 124:2,
4,7,10,20,
21,22,23
125:1,5,7,8,
14,15,17,19,
21 126:4,5,
6,9,11,12
129:18,21,
22 132:17,
18,19,20,21,
23 133:5,6,
8,10,16,18
134:22,24
135:2,9,10,
11 138:9,10,
11 139:18,
19,20,21,22,
24 140:2,8,
10,12,14,15,
17,19,20,22
141:22,23,
24 145:14,
15,16,24
148:14,15,
17 152:12,
13,14
156:21,22,
23 159:23,
24 162:14,
15,16 167:4,
5,6,14,16,
17,19,21,23
168:22
169:8,10,19,
21,23,24
170:1,3,5,21
171:12,13,
14 174:15,

17,18
179:10
182:14,20
183:7,11,15,
17 186:5,7,9
188:5,6,7
189:2,3,9
192:13,19
193:2,14,15,
16,19 197:8,
9,14,16,17,
21,23,24
198:1,3,4,8,
10,12,13,15,
17,19,21,22
199:6,8,9,13
201:1

**senators**
21:15 46:15
47:10 50:15
51:23 52:4,
11,13,15,18
94:10
110:14
117:6,7
152:16
199:19
200:9

**send**
106:4
162:10
166:7,8
183:4
184:11

**sending**
114:11
136:4,18
151:7

**sends**
57:2

**seniors**
146:18

148:3

**sense**
48:11,14
50:16 75:13

**senses**
193:17

**sentiments**
61:3

**separate**
57:10

**separation**
27:7

**serve**
27:23 50:8
122:10
123:4
165:14
175:16
176:15

**service**
49:11
147:24

**services**
49:3 95:23
154:14

**serving**
23:11 27:20
78:4

**session**
79:12 104:3
166:15
200:21

**sessions**
70:22

**set**
27:1 60:5
71:10 79:17
121:20
147:16

160:5
163:22
168:10
175:2

**settle**
130:12

**settles**
186:3

**severely**
132:11

**sexual**
173:13

**Seyarto**
2:8 3:12,14
8:24 9:5
11:19 13:1,
3,11,18 16:5
19:18 68:10,
12 72:15
102:22
181:22
182:19
191:21
192:18
196:8

**share**
91:6,11
93:10 94:1,9
113:1

**shared**
60:22 61:22

**sharing**
25:21

**shelf**
23:10

**shenanigans**
88:10

**shift**
82:22

**shifted**
119:17

**shifts**
39:20

**shocked**
22:20

**short**
80:8

**shortage**
49:24

**shortstop**
113:20

**shot**
115:10

**shout**
109:22

**show**
50:15
137:11

**showing**
89:12
164:19

**shows**
33:21
137:21
151:1 174:3

**shut**
34:10 59:9
149:17

**Shutting**
172:14

**shy**
86:14

**side**
36:9 38:7
39:3 45:24
55:23 57:23
58:3 61:4

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording    on 08/21/2025

75:19 77:4
88:12 89:11
97:18
107:23
113:17
117:6
138:18,19
148:12
153:3
156:17

**sidelines**
100:2

**sides**
86:19 88:16
97:8 105:5
133:12

**signed**
81:15 163:6
193:9

**significant**
153:22
171:5

**silence**
98:14 119:8
149:11

**silenced**
152:9

**silencing**
62:6

**silent**
99:22
119:12
173:22

**silver**
175:16

**simple**
46:17 55:14
92:23 93:7
94:16 95:15
125:22

156:3,9

**simplest**
93:7

**simply**
9:2 122:5
164:9
175:12

**single**
32:24 62:2,
22 74:15
92:16 93:5
94:10,11
106:10
118:8 119:7,
13 177:20

**sir**
77:2 131:14,
15

**sit**
25:4 72:9
100:1
106:13
113:9,10
114:2 150:5

**sites**
132:16

**sits**
55:4

**sitting**
46:3 134:5
142:13,19

**situation**
47:7,12

**Sixty**
123:2

**skin**
184:12

**sky**
70:3

**skyrocket**
163:24

**slapping**
184:15

**slashed**
184:14

**sleep**
73:2

**slices**
95:5

**sliding**
151:2

**slight**
32:7

**slightly**
142:24

**slogan**
68:7

**slow**
143:24
144:13
145:3,6

**slowing**
186:18

**small**
40:6 65:6

**Smallwood-**
2:8

**Smallwood-
cuevas**
7:2 11:21
16:7 19:20
102:24
129:2
148:15,17
181:23
191:22
196:9

**smart**
69:15 75:14

**SNAP**
24:20 29:5
98:15
135:23
146:22
154:20

**snatching**
144:15
184:12

**soccer**
114:17

**social**
60:23
107:10
144:19
146:20
178:5

**society**
135:18

**soil**
147:2

**sole**
70:17

**solicit**
32:10,18

**soliciting**
31:8

**solution**
25:22 156:6

**solutions**
76:3

**solve**
58:13

**solved**
72:7,9

**son**

178:13

**Sonoma**
62:5 119:15,
18

**sorts**
130:9

**soul**
40:22

**sound**
22:14

**sounds**
29:10 30:8
33:7 110:2

**source**
118:23

**Southern**
132:14

**sovereign**
159:17
179:5,6

**sovereignty**
145:1

**Spanish**
135:14

**spare**
89:9 119:11

**speak**
53:21 62:7
63:23 73:4
76:12 118:1
119:19
124:5 160:2

**speaker**
39:14 41:11
93:17 125:1

**speaking**
34:19 35:21
85:2 168:16

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording    on 08/21/2025

special
  47:24 48:20
  49:14,15
  50:12 95:21
  154:2 168:7
  178:8
  183:20,21
  185:4
  188:21

specific
  41:13

specifically
  124:13
  155:22

specifics
  157:2

spectator
  78:6

spectators
  184:24

speech
  52:1 71:1

spend
  49:14
  112:18
  146:16

spending
  146:10,13
  147:12

spent
  146:4,11
  147:2
  164:13

spicy
  199:20

spirit
  94:20 186:2

spirits
  2:24

spite
  72:24

split
  61:17 98:4

splitting
  89:6 95:6
  120:16

spoke
  76:13
  167:12

spoken
  66:7

sponsors
  43:6

sport
  78:6

sports
  48:2

sports--
soccer
  86:15

spring
  75:21

squarely
  159:13

squeaker
  42:4

stack
  26:17

stacked
  24:12

staff
  49:19 69:24

staffing
  49:24

stake
  29:3 68:6

110:18
137:22
143:20
154:3,24

stakes
  110:16

stamps
  131:4,7
  166:9

stand
  25:17 28:4
  50:13 66:17,
  18 67:1,3
  68:14 72:15
  76:21,23
  77:3,13,14
  78:1,3,5,14
  84:17 92:12
  99:4 104:23
  107:14
  109:22
  112:10
  114:9 115:2
  116:4 145:2
  155:15
  156:13,17
  160:16
  161:11
  178:10
  187:13

standard
  37:5 53:19
  79:17 95:7
  141:13

standards
  83:16
  123:12

standing
  2:15 76:24
  78:15 92:10
  93:23 96:3

111:13
131:19,22
152:3 161:6
186:3

stands
  17:4 31:18
  66:17 114:2
  150:2

start
  73:1 76:2
  86:9,12,13
  111:16
  137:13

started
  26:15,21
  29:2 47:3
  107:11,12
  161:16
  178:23

starting
  113:14

starve
  154:21

state
  3:2 23:3
  36:13 37:8,
  12 39:1
  40:21 42:9,
  16 45:18,23
  46:13 49:8
  52:23 53:12
  54:18,19
  56:12,13
  58:8,14,18
  59:1,13,24
  60:2,7 68:6
  73:10 74:17
  78:16 80:2
  81:1 82:9,24
  84:17,21
  85:9,15,16

86:3,11
89:19 94:7
98:19
105:16
109:3,9
110:8 111:2
112:14,22
116:24
119:6 121:8
132:4
145:24
153:18,22,
23 154:4,21
155:17
159:16,17
167:10,24
168:6,13
171:15,20
184:1
187:12,24
188:11,14,
16 193:5,6
200:7

state's
  82:7 85:10
  154:12,23,
  24 155:1,2

stated
  28:15 31:10
  34:6,9 35:24
  36:4 38:14
  40:3 82:4
  83:7,23 84:6
  133:6

statement
  32:13 56:23

statements
  33:7

states
  26:17 27:2
  46:23 47:8
  53:19 57:4

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording    on 08/21/2025

64:6 66:19
73:13,19
75:22 84:1,
20 92:14
93:11 108:3,
7 110:8
115:23
124:19
125:4 130:1
131:8 137:5
142:13,21
144:18
149:20
150:8
155:19,23
157:6,20
158:6
159:18
163:17
165:18,19,
20,21
174:22
177:13
188:17

**statewide**
183:20
184:4

**stats**
73:7

**Statue**
78:3

**statutory**
184:3

**stay**
103:24
106:3

**steal**
121:2
149:22
151:9

**step**
27:8 120:21
156:11

**stepping**
130:20
151:4
166:19

**steps**
120:18

**Stern**
2:9 7:4
11:23 16:9
19:22 103:1
129:4
191:24
196:11

**stick**
27:1 93:17,
20 125:12
140:6

**stood**
65:22

**stop**
23:9 25:11,
12,14 26:12
28:2 34:10,
11,12,13
91:18,22
98:8 107:5
109:23
115:10
120:1,6
149:10
165:7

**stopped**
136:5 166:4

**stopping**
136:2

**stops**
132:16

**store**
163:10

**story**
42:6,17
109:18

**straight**
27:17 160:5

**street**
115:11
136:3

**streets**
112:22
144:16
178:14

**strengthenin
g**
149:16

**stricken**
113:13

**Strickland**
2:9 7:6
16:11 19:24
28:8,10,15
29:10,18
30:8,15
31:19 32:1,
12 33:6
34:18,20,23,
24 35:3,7,
11,16,18,23
41:10 103:3
124:21
125:1 129:6
132:17,20,
23 133:6
138:10,11
139:19,21,
24 140:8,12,
17,19,22
182:2 192:1
196:13

**strikes**
94:14

**striking**
113:12

**strip**
81:16

**stripped**
150:21

**stripping**
122:1

**striving**
37:20

**strong**
28:5 47:23
61:19 66:21
94:2 99:4
111:13
145:23
148:18
152:16
186:10
200:4

**strongly**
175:13

**struck**
164:6

**structured**
56:16

**struggling**
49:2

**students**
49:1 136:19
145:20
146:21
147:3
160:24
161:4,7

**stuff**
131:13

**stupid**
68:9

**subbed**
113:19

**subdivisions**
168:11

**subject**
168:14

**submit**
142:7
174:24

**submitted**
23:19 118:7
119:8

**substitute**
13:4

**substituted**
168:18

**suburbs**
61:17

**successful**
39:5 71:11

**successfully**
81:12

**sudden**
99:2 108:19

**sue**
91:3 104:8

**sued**
81:2

**sufficient**
66:9

**suggested**
51:3

**suing**
90:17

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording    on 08/21/2025

**summary**
139:7

**super**
69:7 71:9,24
74:9 75:17,
18

**superintende
nts**
136:18

**superior**
26:20

**supermajorit
y**
49:8 79:4
93:11

**supervisor**
51:12,15

**supervisors**
51:14

**supervisors'**
50:24

**supine**
65:15

**supplementa
l**
104:15
135:24
183:9

**support**
2:21 30:1
39:12 45:17
46:15 49:1
60:2 63:6
68:15,16
79:8 86:18
93:5 97:15
98:22 100:3,
4 108:12
110:1,4,5
117:4

133:13
145:23
148:18
152:16
156:24
162:18
165:13
166:8,9,10,
15 167:10
173:7
186:10

**supported**
23:18 79:1
105:19
109:24
134:8

**supporter**
155:16

**supporting**
86:19 126:2
167:2

**supports**
167:9

**supposed**
48:5 55:20
60:19,24
65:13 95:8
157:11

**supposedly**
43:2

**suppression**
149:12
151:1

**Supreme**
108:22
131:3,4,7
168:6
171:24

**surprise**
68:15

**surrounded**
157:20

**surveillance**
163:7
164:14

**suspended**
4:9 8:20
12:13,18
20:14

**suspending**
84:7

**suspicious**
171:5

**swear**
84:15

**swing**
157:18

**swore**
22:4 40:17

**system**
38:3 49:22,
23 80:10
98:14 161:2,
3 170:23

―――――――

**T**

**table**
106:14
111:9
112:21
126:7,10
129:19

**tag**
185:12

**takes**
176:3

**taking**
37:24 59:21

86:10 89:20
114:12
134:15
137:17
144:4
158:13
162:22

**talk**
55:15,24
62:5 65:24
68:18 73:8,
21 74:21
76:7 98:1
107:5,21,22
112:15
116:20
124:15
130:7,13
133:1
146:24
155:3
157:13
164:10
173:16,17

**talked**
44:23 137:4
143:22
144:5

**talking**
24:24 32:21
42:14 43:2
54:15 73:1,6
84:24 98:20
124:16
164:9

**targeting**
132:10,14
133:20,22
134:2,3

**tariff**
184:16

**tariffs**
25:1 86:8
87:13
151:14
186:17

**taught**
157:9

**tax**
25:1 144:22
146:8 147:5
165:2
184:15

**taxes**
86:5 150:22
154:8
184:16
186:17,18

**taxpayer**
50:14
188:21

**taxpayers**
43:23

**Tea**
59:8

**teacher**
145:19

**teachers**
136:18

**teaches**
76:21

**team**
47:4 113:11
114:8,17,19,
20 199:5
200:23

**team's**
113:18

**teams**
86:17,20

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording    on 08/21/2025

113:8

**tear**
131:6 132:6
134:19

**technical**
54:6

**television**
107:9 109:9
111:4

**telling**
34:11 57:21
59:14 141:3

**tells**
62:17

**tem**
92:23 100:6
104:20
115:6
198:23

**temporarily**
79:15 81:17
82:8 150:9

**temporary**
21:21 22:7
23:15 24:10
25:15,22
38:7,9,11,
17,18 44:17
45:4,8 99:15
152:24
159:7,9
169:14
170:15,18
173:1 175:2

**tens**
48:24
110:20

**term**
80:8 84:24
85:2 92:3

94:4 98:9
124:18

**terminologie
s**
138:19

**terms**
36:19 46:1
65:3,4,15
91:16
130:16
141:1 178:3

**territorial**
145:1

**terror**
150:22

**terrorism**
115:11

**terrorized**
135:20

**terrorizing**
151:19
186:16

**test**
123:13

**testimony**
23:19,20
32:13
118:24
170:22

**Texans**
67:16,21
149:23

**Texas**
21:24 22:11
26:16 27:2
28:18 29:2
32:22,23
33:2,3 34:7,
9 38:24

40:11 44:17,
18 45:7
48:1,4,8,9
55:24 56:9,
12,13,16,22,
23 57:5,6
64:6 65:24
66:3,9,14,16
67:12,19,24
68:1,5,6,8
72:10,12
76:8,14
77:1,2 80:2,
3,11,19 81:2
85:6 89:19
90:3 92:11,
13 96:8,10,
11 98:3
106:24
107:2,5,11
109:1,7
110:10
118:18,20
121:2,3,4
123:22,24
130:18
131:9,13,14
135:7 137:4
142:14
144:10
149:6,12,20,
22 150:8,15,
18,19,23
151:1 153:5,
14 158:18
159:2,16,17
160:11,12
161:18
162:24
163:2,4,8,15
165:6 172:4,
12 174:24
175:10,19
176:17

184:19
187:7,16
193:5,12

**Texas'**
22:6 45:2

**theme**
108:17

**thereof**
21:10
183:14

**There's**
91:22

**thin**
36:17

**thing**
48:7 55:14
59:16 66:1,
3,6 68:18,
19,24 69:10
70:7,8,19
93:12 94:1
96:7,13
106:15,18,
19 134:7
147:23
149:18
158:3
159:20
161:17
188:19

**things**
74:11 91:6,
14 105:24
131:23
137:2 146:5
172:9
177:13

**thinking**
73:1 112:19,
20 145:19,
20

**thought**
51:23 57:21
58:4 111:3
151:24

**thoughtful**
2:22

**thoughts**
92:7

**thousand**
150:24

**thousands**
31:8 48:24
49:1 51:13,
14 120:18
151:15

**threat**
158:10

**threatened**
110:6
146:19,20
154:21
163:2

**threatening**
151:15
163:3

**threats**
177:17

**throw**
38:5 50:2
117:8

**throwing**
39:4 186:19,
21

**thrown**
37:7 40:4
111:5

**thwart**
44:3

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording    on 08/21/2025

**tied**
47:4

**ties**
25:9

**tilt**
150:5

**time**
26:22 32:3
33:6 43:12
49:5 58:23
71:13 78:15
91:20 95:17,
21 111:21
112:18
113:13
117:23
118:5
119:13,18
122:15
138:5
139:14
143:15
147:22
148:10
150:12
160:18
169:14
170:18,22
184:4 201:3

**time-honored**
142:14

**timeframe**
161:5
175:18

**timeline**
185:7

**timelines**
25:10

**timely**
22:24

**times**
4:2 31:15
59:10 79:2,4
95:16
106:20
116:17,18
137:13,15
155:13
160:19
165:12
172:8
199:20

**tip**
22:11 25:23

**tired**
123:4

**title**
139:7

**today**
21:15 24:12
25:8,12,16
26:7 28:20
29:7,22 30:3
31:2,9
32:14,20
33:7,20
34:13 37:3,5
38:15 40:8
47:18,23
53:10 63:15
65:24 68:3,
14 71:3
76:6,24
77:13 78:4
83:23 84:4
87:7 88:20
89:4 92:9
97:17 99:5
106:11,17,
23 107:4,17
109:7,15,19
111:6,12

**116:5**
118:12
123:9 134:6
140:3 141:2
145:4,18
149:11
152:6,20,22
153:12,15
156:18
157:4
162:21
165:4 167:1
168:16
171:2 172:8
176:22
177:14
183:19
199:21

**today's**
27:23 67:9,
10,11,12
81:15
111:19
119:22
148:20
149:8 153:2

**told**
70:3,11 71:3
135:13

**tomorrow**
109:20
193:8

**ton**
31:7

**tone**
184:12

**tonight**
193:8

**toolbox**
159:21

**tools**
159:21,22

**topic**
76:12

**tortured**
123:4

**toss**
117:7

**tossed**
108:22

**Total**
27:10

**touchdowns**
47:6,14,15

**tough**
105:4

**town**
120:7

**towns**
61:18

**track**
109:2 171:7

**tradition**
142:15

**trafficking**
173:17

**trait**
66:11

**traits**
92:7

**trajectory**
143:13

**tramples**
94:24

**trans**
130:1

**transparency**
25:9 33:1,21
34:1 36:12,
19 37:1,10
53:22 54:15
55:16 59:3,5
60:8,9
62:11,24
68:21,24
69:9 81:14
97:21 99:1
124:16
141:8
172:10,18

**transparent**
53:23 55:10
78:24 83:18
95:18,19
106:22
123:5

**transportation**
154:15

**treated**
87:3

**trends**
74:10 81:20

**trigger**
161:19
193:6,11

**triggered**
161:19

**trillion**
24:17
136:22

**trillionaires**
165:1

**troopers**
109:9

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025

**trophy**
115:5

**troubling**
47:1

**true**
33:9 139:11

**Trump**
22:12 24:14,
23 25:1
27:4,9,16
46:4 67:13
68:5 98:7
105:20
107:11
108:9 110:7,
22 121:1
124:17
129:24
130:5,9,16,
19 131:2,5,8
132:7
136:21
137:19
144:10
146:7 150:6
151:9,11
152:1,18
153:5,7,20
154:4,5
160:12,22
161:3,17,24
162:8
163:13
172:11
174:24
175:14,23
185:16
189:6

**Trump's**
156:6 173:9,
19 185:12

**trust**
38:1 62:17
79:15 81:23
139:1,3,4,5
174:12

**trusted**
178:24

**trusting**
111:20
157:13

**truth**
22:15 25:10
34:14 63:24
64:5,10,16,
19 139:5,6,
12,15
140:12
147:11
185:17

**truthful**
55:10 141:5

**Tuesday**
53:24 55:19
59:2

**tuition**
49:2

**turn**
77:21
120:13
163:19
166:7 177:1

**turned**
178:7

**turning**
123:9

**turns**
113:5 176:3

**tweaks**
30:6 32:7

51:4

**tweets**
22:15

**twisting**
94:22

**two-thirds**
34:4

**type**
168:14

**typically**
116:9

**tyrant**
149:19

———————

**U**

**U.S.**
22:2 27:6
84:15

**UC**
98:13 161:3

**UCLA**
24:22 43:4
64:17
115:12
132:12,13
133:20
160:21,23

**ugly**
136:21

**ultimate**
31:2 179:4

**ultimately**
22:8 29:9
32:11 46:12
78:18 99:7,
10 106:21
164:16,17,
21 176:9

**Umberg**
2:9 7:8 12:2
16:13 20:1
63:20,21
103:5 129:8
182:4 192:3
196:15
198:3,4

**unacceptabl
e**
44:4 92:7
136:16
164:6 165:3

**unanimous**
92:18 93:1

**unburdened**
49:21

**uncertainty**
24:15 87:10

**unchecked**
25:24 91:17
150:6 157:3

**unconcern**
98:13,16

**unconcerned**
99:21

**unconsciou
sly**
92:6

**unconstituti
onal**
90:19 94:19
118:14
133:23
168:21
172:19

**undemocrati
c**
22:2

**undermine**
46:24 63:6

**undermines**
53:11 62:16
79:16 81:23
82:7

**undermining**
94:20

**understand**
36:15 40:18
74:3 134:10
150:4,10

**understandi
ng**
90:5

**understands**
86:3

**undertaken**
89:1

**underway**
112:14

**undisturbed**
175:6

**undo**
121:5

**undoing**
80:8 143:14
144:13,14,
22 145:3,7

**uneducated**
85:4

**unemployme
nt**
188:15

**unfair**
109:12
153:10

**unfinished**

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording    on 08/21/2025

183:6

**unfortunate**
33:5

**unfroze**
154:11

**unidentified**
8:15 144:16

**unified**
158:1

**unilateral**
110:5

**unilaterally**
77:12

**union**
66:20
116:24
187:12

**united**
53:19 64:6
92:14 96:2
108:3,7
115:23
124:19
125:4
142:13,21
157:5,20
158:6
159:18
165:20
174:22
177:12

**universities**
131:16
186:19

**university**
161:2

**unjust**
135:14
138:1,7

**unknown**
64:20 83:18
136:4

**unlike**
22:6 80:11
89:19
187:16

**unmarked**
136:4

**unmasked**
136:6

**unmistakabl
e**
61:11

**unnecessary**
49:14 50:12
188:9,11,21,
24

**unpopular**
26:9 163:23
184:9

**unprecedent
ed**
155:13

**untoward**
175:11

**unusual**
185:7

**unwanted**
188:9,12

**unwilling**
25:17 99:21
143:24
145:6

**updated**
82:20

**updates**
118:19

**upend**
108:6
133:23

**upheld**
13:16

**uphold**
63:14,17
84:15 95:8
96:4

**upside**
96:16

**urge**
44:6 63:14,
15 66:22,23
76:5 97:2
141:21
152:10
156:16
159:22
167:1

**urgency**
21:10 95:9
99:6 178:11
183:13
185:4
192:20

**urgent**
48:14 179:9

**urging**
34:1 40:24
175:14,22

**usual**
184:5

**utilize**
163:4

**utterly**
165:3

——————————
**V**

**Valdez**
164:4

**Valladares**
2:9 7:10
12:4 16:15
20:3,15,16
60:12,13
103:7
121:13,14,
20,22 124:4
125:20,21
126:12
129:10
182:6 192:5
196:17

**Valley**
61:21 62:4
120:14,20

**values**
22:3 46:17,
24 123:13
187:20

**van**
111:5

**Vance**
165:24

**vehicle**
136:10
164:6

**versus**
160:9
161:15,16
171:24

**veto**
93:1,2,6
96:10,12

**Vice**
55:2 165:24

**victims**
49:20
151:14

**view**
31:14 32:9
143:10,12

**vigilance**
149:7

**violate**
80:22 98:5
142:16
147:8 149:6

**violated**
32:24 33:3,
19 36:19
40:16

**violating**
83:11 95:7
172:4

**violations**
172:6

**vital**
24:14 95:22
152:17

**voice**
37:24 61:19
62:7 63:16
66:22
141:15,16
152:8 160:3
172:17
178:19

**voices**
62:18 63:17
143:11,18
149:11
151:24
177:23

**volunteer**
122:15

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording    on 08/21/2025

**volunteers**
122:10

**vote**
4:16,18,19
9:2,5,6 13:6,
14,18,19
26:1 31:12
32:11 34:4
39:9 40:24
42:19 44:6
50:16 51:11
53:2 55:9
58:20 60:6
63:14,18
67:3,9,10,
11,12 68:3
71:21 74:10
75:16 76:3,5
85:19 88:20
89:21 97:2
100:10
108:5
111:12,19,
21 121:10
123:16
126:8,12
135:8
141:21
145:13
148:10,13
149:1,8,15
150:13
152:10
156:20
158:5,13,14,
16,22 159:4,
22 162:3,13
167:1
174:11,13
179:1,9
185:18
186:4 188:4,
24 193:18

**voted**
23:1 45:23
58:18 62:11
71:3,5,22
80:3 89:15
105:18
108:17
123:2
130:24
157:12
193:6

**voter**
62:22 81:21
82:1,7 148:9
149:11
150:23
151:1
172:22

**voter-
approved**
122:1

**voter-
established**
79:18

**voters**
22:8,9,22
25:22 26:24
29:8 31:1,2,
11 32:11
37:4 38:1
44:4 45:7,9
46:13 52:15
53:11 58:11
59:15 60:7
61:2 62:8,17
63:11 70:17
73:9,11
79:15 80:3,
10,23 81:7,
8,24 84:10
87:21 89:20
95:1,3 98:4

99:8,10
106:12,17,
19,21
111:20
116:20,22
117:10,17,
21,22
118:15
120:3,9
121:6
122:14
137:17
139:1,3,4
142:8,17
143:2
147:18
148:9 150:2
151:6
152:21,23
153:1
155:14,18
157:13
158:7,22
159:8 162:6
164:22
165:11,13
166:6 168:4,
16 169:6,15
171:10,18
172:1,16,18,
20,24 173:2,
4 174:12
176:8,23,24
177:6,22
178:18,24
179:2,5
184:17,20,
22 185:20
187:17,23
200:1

**voters'**
81:23 117:4

**votes**

56:7 57:22
71:20 92:18,
19 93:1
108:3,13,18
122:6
141:18
161:23
168:3
169:16
171:9
177:23
178:16

**voting**
25:16 32:24
33:4 71:15
74:10 80:22
98:5 106:13
111:8
120:23
125:12
141:1
142:16
149:3,13
150:24
157:15
172:1,4,17
173:7
187:16

**vulnerable**
24:16 25:18
144:21,24
146:24
150:15

_____

**W**

**wage**
67:15,16

**wages**
67:19

**Wahab**
2:9 7:12

12:6 16:17
20:5 103:9
129:12
171:13,14
182:8 192:7
196:19

**waiting**
69:6 111:9
114:21
133:11

**waive**
82:8

**waived**
69:8

**waives**
82:23

**walk**
106:13
112:22

**wannabe**
27:15

**wanted**
25:14 33:14
41:5 70:11
124:17
130:5 134:7
160:3

**wanting**
46:1

**War**
27:13
144:18
161:6

**warm**
49:9,18,21

**warn**
81:20

**warrant**
136:8

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording    on 08/21/2025

**Washington**
92:12 159:2,
5

**wasted**
146:7

**wasteful**
50:17

**wasting**
188:20

**watch**
69:15 86:17
113:10
165:24

**watched**
54:23

**watching**
156:18

**water**
67:13 68:5
72:7

**watersheds**
60:21

**ways**
57:16 61:17
149:6

**weakening**
79:14

**wealthiest**
144:23

**wealthy**
61:14

**wear**
199:3

**Weaverville**
105:21

**Weber**
2:1,10,11
3:4,12,16,19

4:11,17
7:14,18 8:9,
14,16,22 9:4
12:8,12,20,
24 13:8,13
16:19,23
17:3 20:7,
11,13,19
21:4,12 26:2
28:7,12
29:13,17
30:12,23
31:23 34:17,
22 35:1,5,9,
13,17,19
41:2,8,12,17
44:7,12
47:19 50:18
53:3 56:3
60:11 63:19
67:5 68:10
76:9 77:17,
22 78:19
79:21 80:15,
18 85:20
88:21 89:23
90:13,20
93:19 97:3
100:11
103:11,16,
21 104:2,9,
14,20
111:23
112:5,8
121:12,17,
21 123:17
124:2,7,20,
23 125:5,8,
15,19 126:4,
9 129:14,18
132:19,21
133:5,10
134:22
135:9 138:9

139:20,22
140:10,14,
20 141:22
145:14
148:14
152:12
156:21
159:23
162:14
167:4,14,17,
21 169:23
170:3
171:12
174:15
179:10
182:10,14,
20 183:7,15
186:5 188:5
189:9 192:9,
13,19
193:14,19
196:21
197:14,21
198:1,8,13,
19 199:6
201:1

**website**
55:7

**week**
30:17 36:12,
19 38:13
68:22 105:4,
14 107:7
111:10
136:5 193:9
199:12,16

**week's**
36:6

**weekend**
200:18

**weeks**
107:1

153:20
162:23
200:19,20

**weigh**
45:7 71:8

**weight**
143:10

**weird**
113:17

**well-taken**
93:20

**well-timed**
22:21

**West**
42:1 178:21

**wherewithal**
132:5

**white**
77:8,9,10
130:8
146:16,17
185:12

**white-only**
150:22

**wholehearte
dly**
53:12 137:9

**widely**
112:13

**Wiener**
2:10 7:16
12:10 16:21
20:9 103:13
129:16,21,
22 132:18
133:8,16,18
134:22,24
135:2
182:12

192:11
196:23

**wild**
57:23

**wildfire**
49:4 98:22
200:5

**wildfires**
58:16 98:20,
21

**wildly**
163:23

**win**
26:8 56:6
74:1 87:14,
15 96:16
153:9 187:4

**window**
82:18 136:7

**windows**
136:9

**winds**
82:21

**wise**
2:21

**wishes**
65:7 70:16

**wishing**
20:21

**witnessed**
52:17
144:14

**witnesses**
176:1

**witnessing**
52:17
137:23
143:14

IN RE CALIFORNIA STATE SENATE CONGRESSIONAL REDISTRICTING
Transcription of Video Recording   on 08/21/2025

**Wizard**
142:3

**woman**
174:4

**women**
152:2
173:11,13,
17

**women's**
152:6

**won**
56:8 161:1

**wondering**
123:23

**word**
112:16
138:20
168:24

**worded**
114:7
175:13

**words**
59:23 66:7
74:14 169:8

**work**
22:16 23:17
24:4,5,7
27:22 43:15
58:22 95:11
99:18
119:24
132:16
134:9
150:11
200:17,24

**worked**
88:5 166:20

**workers**
151:16

**152:2**
166:13

**workers'**
152:5

**workforce**
186:16

**working**
22:11 60:21
67:11,19
76:2 149:11
151:16
165:2
184:16

**workplaces**
151:23

**works**
75:17

**world**
27:13 37:16
61:14 132:4
144:2,19
151:8 161:6
200:10

**worried**
113:15

**worries**
112:19

**worry**
185:18

**worth**
47:6,15,16

**Wow**
59:22

**wreaking**
155:2

**write**
137:1

**writers**

172:1

**writing**
117:20

**written**
125:4

**wrong**
38:24 39:1,2
40:7,8,22
48:10 78:12,
13,14 138:7
160:19
172:9 177:2,
4,8 178:18

**wrongs**
84:19

———————

**Y**

**yards**
132:16

**year**
22:2 32:24
45:15 48:17
51:18 58:22
59:17,21
82:14,15,19
92:16 93:5
110:20,21
113:1
117:16
118:9 119:7
149:5 156:7
178:4
183:21

**year's**
26:18

**year-long**
89:1

**years**
23:3 26:22
39:22,24

47:12 51:11
59:20 60:5
65:3 68:6
80:8 81:9
86:4 87:15
95:11
108:15
116:5 122:7
125:11
151:17
170:11

**yesterday**
21:24 42:3
45:3,5
184:19
187:9

**yield**
111:21

**yielding**
164:24

**York**
40:12 58:2

**young**
136:5
143:21
150:2

**youth**
174:5

**Yucaipa**
52:5

———————

**Z**

**Zoe**
43:10