UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID TANGIPA, et al., <br><br>        Plaintiffs, <br><br>   and <br><br> UNITED STATES OF AMERICA <br><br>        Plaintiff-Intervenor, <br><br>   v. <br><br> GAVIN NEWSOM, in his official capacity as the Governor of California, et al., <br><br>        Defendants, <br><br>   and <br><br> DCCC, <br><br>        Defendant-Intervenor. | Case No.: 2:25-cv-10616-JLS-WLH-KKL <br><br> **ORDER SCHEDULING STATUS CONFERENCE** |

   The Court will hold a telephonic/video status conference on Tuesday, November 25, 2025 at 2:00 PM Pacific Time to address logistics for the preliminary injunction hearing set for December 3, 2025.

   Dial-in information will be circulated prior to the conference.

DATED: November 19, 2025         HON. WESLEY L. HSU
                                 UNITED STATES DISTRICT JUDGE

                                 HON. KENNETH KIYUL LEE
                                 UNITED STATES CIRCUIT JUDGE

                                 HON. JOSEPHINE L. STATON
                                 UNITED STATES DISTRICT JUDGE