Rob Bonta
Attorney General of California
Anya M. Binsacca
Supervising Deputy Attorney General
Ryan Eason
David Green
Iram Hasan
S. Clinton Woods
Jennifer E. Rosenberg
Deputy Attorneys General
Nicholas R. Green
Special Litigation Supervisor
State Bar No. 323959
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 510-4400
  Fax:  (415) 703–5480
  E-mail:  Nicholas.Green@doj.ca.gov
*Attorneys for Defendants California Governor Gavin Newsom and California Secretary of State Shirley Weber*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **DAVID TANGIPA**, *et al.*, <br><br>               Plaintiffs,<br><br>  and<br><br>**UNITED STATES OF AMERICA,**<br><br>               Plaintiff-Intervenor<br><br>     v.<br><br>**GAVIN NEWSOM, in his official capacity as the Governor of California,** *et al.***,**<br><br>               Defendants,<br><br>  and<br><br>**DEMOCRATIC CONGRESSIONAL CAMPAIGN COMMITTEE,**<br><br>               Defendant-Intervenor. | Case No. 2:25-cv-10616<br><br>**DEFENDANTS' NOTICE OF ERRATA RE: ECF NO. 69 NOTICE OF APPEARANCE** |

Defendants Gavin Newsom and Shirley Weber, in their official capacities as Governor and Secretary of State of California, respectively, give notice that a Notice of Appearance filed on November 19, 2025 at ECF No. 69 was filed on behalf of the wrong attorney for Defendants (Jennifer E. Rosenberg, who has already appeared in this case). A Notice of Appearance for the correct attorney for Defendants (Nicholas Reiss Green) was subsequently filed on November 19, 2025 at ECF No. 70.

Dated: November 20, 2025						Respectfully submitted,

ROB BONTA
Attorney General of California
ANYA M. BINSACCA
Supervising Deputy Attorney General
RYAN EASON
DAVID GREEN
IRAM HASAN
S. CLINTON WOODS
JENNIFER E. ROSENBERG
Deputy Attorneys General

*/s/ Nicholas R. Green*
NICHOLAS R. GREEN
Special Litigation Supervisor
*Attorneys for Defendants California Governor Gavin Newsom and California Secretary of State Shirley Weber*

## CERTIFICATE OF SERVICE

Case Name: *David Tangipa, et al. v. Gavin Newsom, et al.*
Case No.: **2:25-cv-10616-JLS-WLH-KKL**

I hereby certify that on November 20, 2025, I electronically filed the following document with the Clerk of the Court by using the CM/ECF system:

**DEFENDANTS' NOTICE OF ERRATA RE: ECF NO. 69 NOTICE OF APPEARANCE**

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct.

Executed on November 20, 2025, at San Francisco, California.

| Vanessa Jordan | *Vanessa Jordan* |
|:---:|:---:|
| Declarant | Signature |