1  MICHAEL A. COLUMBO (SBN: 271283)
   mcolumbo@dhillonlaw.com
2  SHAWN COWLES (SBN: 163826)
3  scowles@dhillonlaw.com
   MARK P. MEUSER (SBN: 231335)
4  mmeuser@dhillonlaw.com
5  AMBER R. HULSE (Admitted PHV)
   ahulse@dhillonlaw.com
6  **DHILLON LAW GROUP INC.**
7  4675 MacArthur Court, Suite 1410
   Newport Beach, CA 92660
8  Telephone: (415) 433-1700
9  Fax: (415) 520-6593

10
   *Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID TANGIPA, *et al.*,<br>　　　*Plaintiffs*,<br>　　and<br><br>UNITED STATES OF AMERICA,<br>　　　*Plaintiff-Intervenor*,<br>　　v.<br><br>GAVIN NEWSOM, in his official capacity as the Governor of California, *et al.*,<br>　　　*Defendants*, | Case No.   2:25-cv-10616-JLS-WLH-KKL<br>Three-Judge Court<br><br>**DECLARATION OF MARK P. MEUSER IN SUPPORT OF PLAINTIFFS AND PLAINTIFF-INTERVENOR'S OPPOSITION TO DEFENDANTS AND DEFENDANT-INTERVENORS'** ***EX PARTE*** **JOINT APPLICATION TO MODIFY PRELIMINARY INJUNCTION BRIEFING AND HEARING SCHEDULE**<br><br>Honorable Kenneth Kiyul Lee<br>Honorable Josephine L. Staton<br>Honorable Wesley L. Hsu |

I, Mark P. Meuser, do hereby declare and state as follows.

1. I am admitted to practice before all the courts of the State of California and before this Court. I am an attorney with the Dhillon Law Group, Inc., and I am one of the attorneys representing Plaintiffs in this matter.

2. This Declaration is being submitted in support of the Plaintiffs and Plaintiff-Intervenor's Opposition to Defendants and Defendant-Intervenors' Ex Parte Joint Application to Modify Preliminary Injunction Briefing and Hearing Schedule.

3. On November 5, 2025, Plaintiffs filed their Complaint.

4. On November 6, 2025, at 9:45 am, I emailed Jennifer Rosenberg and notified her that Defendant Weber had been served. I attached a courtesy copy of the Complaint, asked who would be representing the Defendants so that I could fulfill my notice requirements as we were planning to file a Temporary Restraining Order that day.

5. On November 6, 2025, at 10:09 am, Jennifer Rosenberg informed me that she would be representing the Defendants.

6. On November 6, 2025, at 2:40 pm, Jennifer Rosenberg requested that "in light of the afternoon hour, we would appreciate you extending the courtesy of filing your application for a temporary restraining order tomorrow rather than this evening so we may have time to consider and oppose it."

7. On November 6, 2025, at 3:18 pm, I informed Jennifer Rosenberg that we would wait and file our Temporary Restraining Order on November 7, 2025.

8. On November 7, 2025, at 11:59 am, I sent Jennifer Rosenberg a copy of all the documents that we were in the process of filing with the Court on the Court's ECF system.

9. Within minutes, but before I finalized filing the Temporary Restraining order on the Court's ECF system, I received a call from Jennifer Rosenberg. In that call, she asked me not to file the Temporary Restraining Order but asked instead that we file a Motion for Preliminary Injunction with a stipulated briefing schedule. She informed me that she was the lead counsel on this case on behalf of the Defendants. I asked Jennifer

Rosenberg what she proposed and she started by saying that because the election has not yet been certified, she thought that the hearing should be sometime in December between the 15th and 19th. I explained to Jennifer Rosenberg that this was an absolute deal breaker for our clients as we believed December 19, 2025, is the date that candidates for Congress could start gathering signatures in lieu of a filing fee. I informed her we needed the three-judge panel to make a decision on any preliminary injunction by Thanksgiving so that the non-prevailing party had sufficient time to pursue their appellate remedies. Jennifer Rosenberg and I worked out an agreement that we each took to our clients for approval. That agreement was that we would file our Motion for Preliminary Injunction that day (November 7) before the close of business, the government would respond by November 14, 2025, and Plaintiffs would file their reply by November 17, 2025. Plaintiffs would then be allowed to ask the Court for an earlier hearing date between November 18 and November 25.

10. After the parties talked to our clients, an agreement was confirmed, and terms were ironed out. Plaintiffs quickly converted all our documents to a Motion for Preliminary Injunction which required we get both of our experts to sign a new declaration. Immediately after filing our Motion for Preliminary Injunction, I filed the Stipulation and order which memorialized the agreement of the parties regarding the briefing schedule regarding the Motion for Preliminary Injunction.

11. On November 7, 2025, Plaintiffs filed their Motion for Preliminary Injunction pursuant to the stipulated scheduling order agreed to by the Defendant.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 20th day of November 2025, at Newport Beach, California.

/s/ *Mark P. Meuser*____
Mark P. Meuser