Rob Bonta
Attorney General of California
Anya M. Binsacca
Supervising Deputy Attorney General
Ryan Eason
David Green
Iram Hasan
S. Clinton Woods
Deputy Attorneys General
Jennifer E. Rosenberg
Deputy Attorney General
State Bar No. 275496
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013-1230
 Telephone:  (213) 269-6617
 Fax:  (916) 731-2124
 E-mail:  Jennifer.Rosenberg@doj.ca.gov
*Attorneys for Defendants California Governor Gavin Newsom and Secretary of State Shirley Weber*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID TANGIPA, *et al.*,**<br><br>　　　　　　　　　Plaintiffs,<br><br>　and<br><br>**UNITED STATES OF AMERICA,**<br><br>　　　　　　　　Plaintiff-Intervenor.<br><br>　v.<br><br>**GAVIN NEWSOM, in his official capacity as the Governor of California, *et al.*,**<br><br>　　　　　　　　　Defendants,<br><br>　and<br><br>**DEMOCRATIC CONGRESSIONAL CAMPAIGN COMMITTEE,**<br><br>　　　　　　　　Defendant-Intervenor. | 2:25-cv-10616-JLS-WLH-KKL<br>Three-Judge Court<br><br>**JOINT STIPULATION FOR ORDER CONSOLIDATING DEFENDANTS' DEADLINE TO RESPOND TO COMPLAINTS**<br><br>Judge:　　　Hon. Josephine L. Staton, Hon. Wesley L. Hsu, Hon. Kenneth K. Lee, and<br>Trial Date:　None Designated<br>Action Filed: Nov. 5, 2025 |

**JOINT STIPULATION FOR ORDER CONSOLIDATING DEFENDANTS' DEADLINE TO RESPOND TO COMPLAINTS**

California Governor Gavin Newsom and Secretary of State Shirley Weber (collectively "Defendants"), Plaintiffs, and Plaintiff-Intervenor hereby jointly stipulate and request that the Court issue an order under Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule 7.1 consolidating the deadlines by which Defendants must respond under Federal Rule of Civil Procedure 12 to the complaints filed by Plaintiffs and Plaintiff-Intervenor the United States of America, as follows:

WHEREAS, Plaintiffs filed their complaint on November 5, 2025, ECF No. 1;

WHEREAS, Plaintiff served the summons and complaint on the Secretary of State on November 5, 2025, ECF No. 14;

WHEREAS, in lieu of personal service of the complaint and at the request of Plaintiffs, Governor Newsom waived service of Plaintiffs' complaint under Federal Rule of Civil Procedure 4 on November 6, 2025, ECF No. 13;

WHEREAS, Plaintiff-Intervenor filed their complaint in intervention through the CM/ECF system on November 17, 2025, ECF No. 42;

WHEREAS, treating the date the complaint in intervention was filed through CM/ECF as the date it was served on both Defendants, Defendants' response to the complaint in intervention is due to be filed on or before December 8, 2025;

WHEREAS, due to the varying dates and methods of service of the complaint and complaint in intervention, Defendants currently have three separate deadlines to respond to the pending complaint and complaint in intervention:

- **November 26, 2025** (current deadline for Secretary of State to respond to Plaintiffs' complaint), *see* ECF No. 14;
- **December 8, 2025** (current deadline for both Defendants to respond to Plaintiff-Intervenor's complaint in intervention);
- **January 5, 2026** (current deadline for Governor Newsom to respond to

Plaintiffs' complaint), *see* ECF No. 13;

WHEREAS, in order to promote efficiency in this action, Defendants, Plaintiffs, and Plaintiff-Intervenor agreed to seek an order setting a single consolidated deadline for Defendants to file their response to the complaint and complaint in intervention, corresponding to the latest of the three deadlines;

NOW, THEREFORE, the Defendants, Plaintiffs, and Plaintiff-Intervenor stipulate and respectfully request that the Court issue an order consolidating and setting Defendants' deadline to respond to both Plaintiffs' complaint and Plaintiff-Intervenor's complaint in intervention as January 5, 2026.

Dated: November 21, 2025      Respectfully submitted,

CALIFORNIA DEPARTMENT OF JUSTICE

*/s/ Jennifer E. Rosenberg*
JENNIFER E. ROSENBERG
Deputy Attorney General
*Attorneys for Defendants California Governor Gavin Newsom and Secretary of State Shirley Weber*

Dated: November 21, 2025      DHILLON LAW GROUP INC.

*/s/ Michael Columbo*
MICHAEL COLUMBO
*Attorneys for Plaintiffs*

Dated: November 21, 2025      UNITED STATES ATTORNEY'S OFFICE

*/s/ Greta Gieseke*
GRETA GIESEKE
Trial Attorney
*Attorneys for Plaintiff-Intervenor United States of America*

### Attestation

I, Jennifer E. Rosenberg, hereby attest that all signatories listed have concurred in this joint stipulation's content and have authorized this filing.

*/s/Jennifer E. Rosenberg*
JENNIFER E. ROSENBERG