UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID TANGIPA, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>GAVIN NEWSOM, in his official capacity as the Governor of California, et al.,<br><br>    Defendants, | Case No.: 2:25-cv-10616-JLS-WLH-KKL<br><br>**ORDER GRANTING LEAGUE OF UNITED LATIN AMERICAN CITIZENS' MOTION TO INTERVENE [39]** |

Proposed Intervenor-Defendants the League of United Latin American Citizens' (LULAC) motion to intervene, **Doc. 39**, is **GRANTED** subject to the following:

1. Intervenor-Defendant LULAC will share hearing/argument time with Defendants Gavin Newsom, et al., and Intervenor-Defendant DCCC at the preliminary injunction hearing;

2. Intervenor-Defendant LULAC must coordinate discovery with Defendants Gavin Newsom, et al., and Intervenor-Defendant DCCC; and

/ / /

/ / /

3. Any opposition brief filed by LULAC shall focus on issues that are unique to its role as intervenor and shall not exceed 5,000 words.

DATED: November 21, 2025

                              HON. JOSEPHINE L. STATON
                              UNITED STATES DISTRICT JUDGE

                              HON. KENNETH K. LEE
                              UNITED STATES CIRCUIT JUDGE

                              HON. WESLEY L. HSU
                              UNITED STATES DISTRICT JUDGE