UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID TANGIPA, et al.,<br><br>   Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, in his official capacity as the Governor of California, et al.,<br><br>   Defendants, | Case No.: 2:25-cv-10616-JLS-WLH-KKL<br><br>**ORDER DENYING PROPOSED CERVANTES INTERVENOR-DEFENDANTS' MOTION TO INTERVENE [49]** |

Proposed Cervantes Intervenor-Defendants' motion to intervene, **Doc. 49**, is **DENIED** because, among other things, their interests are adequately represented by the existing parties. Fed. R. Civ. P. 24(a)(2).

DATED: November 21, 2025

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

HON. KENNETH K. LEE
UNITED STATES CIRCUIT JUDGE

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE