UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID TANGIPA, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>GAVIN NEWSOM, in his official capacity as the Governor of California, et al.,<br><br>    Defendants, | Case No.: 2:25-cv-10616-JLS-WLH-KKL<br><br>**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' AND DEFENDANT-INTERVENORS' EX PARTE APPLICATION TO MODIFY PRELIMINARY INJUNCTION BRIEFING AND HEARING SCHEDULE [71]** |

       Defendants and Defendant-Intervenors filed an eleventh-hour ex parte application to modify the preliminary injunction briefing and hearing schedule—a mere six days after they stipulated to those dates. Dkt. No. 33. It is not clear to the Court that anything has occurred in those six days that justifies the Defendants' and Defendant-Intervenors' sudden change of heart. Nonetheless, we grant in part and deny in part the ex parte application to modify the preliminary injunction briefing and hearing schedule because we believe that limited and narrowly tailored discovery may expedite the presentation of evidence and arguments at the preliminary injunction hearing.

1. Defendants and Defendant-Intervenors shall file their opposition to Plaintiffs' and Plaintiff-Intervenor's preliminary injunction motions on or before **December 3, 2025**.

2. Plaintiffs and Plaintiff-Intervenor shall file their replies in support of the motions for preliminary injunction on or before **December 10, 2025**;

3. The preliminary injunction hearing set for December 3 is vacated. A preliminary injunction hearing will commence at **9:00 AM** on **December 15, 2025 (Monday)** in Courtroom One of the First Street United States Courthouse in Los Angeles, California.

4. The parties are directed to engage in expedited and narrowly tailored discovery. Each side may propound no more than five interrogatories and five document requests, and responses are due within five days. Any witness who will be called to testify at the preliminary injunction hearing may be deposed. The parties are further directed to cooperate and coordinate discovery efforts in good-faith.

5. The parties are directed to exchange exhibit and witness lists no later than **November 26, 2025**. No later than **December 1, 2025**, the parties are ordered to file a joint witness list and joint exhibit list with the Court. The witness list filed with the Court shall be a joint witness list that identifies the witness, briefly describes the subject matter of their testimony, and states who is calling the witness and the anticipated length of direct and cross-examination of each witness. The parties shall meet and confer before filing the joint exhibit list. As part of the meet and confer process, counsel will stipulate so far as is possible to foundation, waiver of the best evidence rule, and to those exhibits which may be received into evidence at the start of hearing. Any such agreement shall be identified on the exhibit list.

6. The status conference previously scheduled for 2:00 PM on November 25, 2025, Dkt. No. 62, is vacated.

DATED: November 21, 2025

                                      HON. JOSEPHINE L. STATON
                                      UNITED STATES DISTRICT JUDGE

                                      HON. KENNETH K. LEE
                                      UNITED STATES CIRCUIT JUDGE

                                      HON. WESLEY L. HSU
                                      UNITED STATES DISTRICT JUDGE