UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID TANGIPA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, in his official capacity as the Governor of California, et al.,<br><br>Defendants, | Case No.: 2:25-cv-10616-JLS-WLH-KKL<br><br>**ORDER REGARDING SUBMISSION OF HARD-COPY DOCUMENTS** |

    Hard copies of all filings shall be delivered to Judge Josephine Staton's and Judge Wesley Hsu's chambers in Los Angeles pursuant to Local Rule 5-4.5 and each judge's standing order for civil cases.

    For Judge Lee, please deliver hard copies of only the (i) preliminary injunction opposition brief; (ii) reply brief; (iii) witness list; and (iv) exhibits to be introduced at the preliminary injunction hearing to the following address:

CHAMBERS OF JUDGE KENNETH K. LEE
C/O RECORDS CLERK
U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT
95 7TH STREET,
SAN FRANCISCO, CA 94103

1   DATED: November 26, 2025

3              HON. JOSEPHINE L. STATON
4              UNITED STATES DISTRICT JUDGE

6              HON. KENNETH K. LEE
7              UNITED STATES CIRCUIT JUDGE

9              HON. WESLEY L. HSU
10             UNITED STATES DISTRICT JUDGE