MICHAEL A. COLUMBO (SBN: 271283)*
mcolumbo@dhillonlaw.com
SHAWN COWLES (SBN: 163826)
scowles@dhillonlaw.com
MARK P. MEUSER (SBN: 231335)
mmeuser@dhillonlaw.com
DOMENIC P. AULISI (PHV Pending)
daulisi@dhillonlaw.com
AMBER R. HULSE (Admitted PHV)
ahulse@dhillonlaw.com
**DHILLON LAW GROUP INC.**
4675 MacArthur Court, Suite 1410
Newport Beach, CA 92660
Telephone: (415) 433-1700
Fax: (415) 520-6593

*Attorneys for Plaintiffs*

   * *All other counsel are listed in the signature
     block*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID TANGIPA**; *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>**GAVIN NEWSOM**, in his official capacity as the Governor of California; *et al.*;<br><br>　　　　Defendants. | CASE NO. 2:25-cv-10616-JLS-WLH-KKL<br><br><br>**JOINT EXHIBIT LIST**<br><br>Hon. Josephine L. Staton<br>Hon. Kenneth K. Lee<br>Hon. Wesley L. Hsu |



Pursuant to the Court's November 21, 2025, Order Granting in Part and Denying in Part Defendants' and Defendant-Intervenors' Ex Parte Application to Modify Preliminary Injunction Briefing and Hearing Schedule (ECF No. 81), the parties hereby submit the list of exhibits that they will or may use at the preliminary injunction hearing in this matter scheduled for December 15, 2025.

Except where specifically set forth below, and subject to any information ascertained to question the authenticity of any of the exhibits, the Parties stipulate to the authenticity and admission of the following exhibits for purposes of the pending motions for Preliminary Injunction only. In so stipulating, the Parties do not concede that such exhibits are either relevant or necessary for the Court to rule on the pending Motions for Preliminary Injunction. Matters contained in stipulated exhibits but not expressly discussed in a stipulation are part of the record and may be cited by the parties.

The parties reserve the right to supplement this list with exhibits and sources cited in their forthcoming responses opposing Plaintiffs' and Plaintiff-Intervenor's Motions for Preliminary Injunction, as well as their respective replies in support of said motions. The parties further reserve the right to supplement this list with documents produced in discovery, documents used in depositions or produced by any witness during or as a result of depositions, documents uncovered in preparation for the preliminary injunction hearing, and any source cited in one another's pleadings. The parties also reserve the right to object to any supplemental exhibits. In addition, the parties reserve the right to amend or supplement this list as permitted by the Federal Rules of Civil Procedure and the Court's orders.



JOINT EXHIBIT LIST                                    CASE NO 2:25-cv-10616

**EXHIBITS**

| No. | Description | Objections[1] | Court Use Only |
|---|---|---|---|
| 1 | The enacted version of ACA 8 | | |
| 2 | The enacted version of SB 280 | | |
| 3 | The enacted version of AB 604 | | |
| 4 | Transcript of the California Senate floor hearing held on August 18, 2025 | | |
| 5 | Transcript of the California Assembly Committee on Elections hearing held on August 19, 2025 | | |
| 6 | Transcript of the California Senate Committee on Elections and Constitutional Amendments hearing held on August 19, 2025 | | |
| 7 | Transcript of the California Assembly Committee on Appropriations hearing held on August 20, 2025 | | |
| 8 | Transcript of the California Senate floor proceedings on August 21, 2025 | | |
| 9 | Transcript of the California Assembly floor proceedings on August 21, 2025 | | |
| 10 | Transcript of a podcast entitled "Capitol Weekly Podcast" featuring Paul Mitchell (the "Podcast Transcript") | FRE 802 (hearsay) | |
| 11 | Transcript of a Zoom presentation given by Hispanas Organized for Political Equality (HOPE) on October 17, 2025 | FRE 802 (hearsay) | |
| 12 | HOPE Letter referred to by Paul Mitchell in HOPE Presentation | FRE 701/702/FRC | |

[1] Plaintiffs and Plaintiff-Intervenor do not object to the admissibility of the Defendants' and Defendant-Intervenors' proposed exhibits, and only reserve objections to the weight the Court should give such exhibits for purposes of ruling on the pending Motions for Preliminary Injunction.  *See, e.g., Am. Hotel & Lodging Ass'n v. City of Los Angeles*, 119 F.Supp.3d 1177, 1185 (C.D. Cal. 2015) ("While district courts may consider inadmissible evidence in the context of a preliminary injunction, this does not mean that evidentiary issues have no relevance to this proceeding. Such issues, however, properly go to weight rather than admissibility.").



JOINT EXHIBIT LIST                                    CASE NO 2:25-cv-10616

| No. | Description | Objections[1] | Court Use Only |
|---|---|---|---|
|  |  | P 26(a)(2) (improper opinion/expert testimony) 802 (hearsay) |  |
| 13 | 11/10/2021 Commission Draft of the Congressional Districts | FRE 901 (authenticity)[2] |  |
| 14 | October 23, 2025, X (formerly Twitter) post authored by Paul Mitchell which publicly summarized academic analyses of the Proposition 50 map | FRE 802 (hearsay) |  |
| 15 | Report by California State Polytechnic University, Pomona and Caltech titled "Latino Voters and the November 2025 Special Election: Redistricting and Representation" | FRE 701/702/FRC P 26(a)(2) (improper opinion/expert testimony) 802 (hearsay) |  |
| 16 | October 8, 2025, post by Public Policy Institute of California (PPIC), "How Would the Prop 50 Redistricting Plan Affect Racial and Geographic Representation?" | FRE 701/702/FRC P 26(a)(2) (improper opinion/expert testimony) 802 (hearsay) |  |
| 17 | UCLA Asian American Studies Center "Special Election November 2025: Redistricting and the Consequences for Asian American Voters" | FRE 701/702/FRC P 26(a)(2) (improper opinion/expert testimony) |  |

---

[2] Defendants and Defendant-Intervenors DCCC and LULAC note that no source has been provided for this map or for the other maps proposed as Exhibits 47-87, and the Defendant parties have not been able to verify the accuracy of these maps. As an alternative, Defendants and Defendant-Intervenors have proposed substituting and stipulation to the authenticity and admissibility of maps found at the official sources for the 2021 Commission maps and the 2025 Proposition 50 maps.

3

| No. | Description | Objections[1] | Court Use Only |
|---|---|---|---|
| | | 802 (hearsay) | |
| 18 | Speaker of the Assembly press release titled "Speaker Rivas Joins California, Texas Democrats to Fight Back Against Trump's Redistricting Power Grab," published August 9, 2025 | | |
| 19 | Speaker of the Assembly Rivas press release titled "Legislative Democrats Announce Plan Empowering Voters to Protect California," published August 15, 2025 | | |
| 20 | Speaker of the Assembly press release titled "California Assembly Democrats Support Empowering Voters to Stop Trump's Power Grab," published August 19, 2025 | | |
| 21 | Office of the Senate President pro Tempore Mike McGuire press release titled "Legislative Democrats Announce Plan Empowering Voters to Protect California," published August 19, 2025 | | |
| 22 | Senate Daily Journal Supplemental File for Thursday, August 21, 2025 | | |
| 23 | California Assembly Committee on Elections Bill Analysis of AB 604 | | |
| 24 | California Assembly Floor Analysis AB 604 | | |
| 25 | California Senate Appropriation Analysis AB 604 | | |
| 26 | California Senate Elections Committee Analysis AB 604 | | |
| 27 | California Senate Floor Analysis AB 604 | | |
| 28 | Republican Policy Office Analysis AB 604 | | |
| 29 | Expert Trende CV | Subject to proposed reciprocal stipulation as to admissibility of reports of testifying experts, | |



JOINT EXHIBIT LIST                    CASE NO 2:25-cv-10616

| No. | Description | Objections[1] | Court Use Only |
|---|---|---|---|
| | | otherwise FRE 802 (hearsay)[3] | |
| 30 | Expert Trende File | Subject to proposed reciprocal stipulation as to admissibility of reports of testifying experts, otherwise FRE 802 (hearsay) | |
| 31 | Expert Brunnell CV | Subject to proposed reciprocal stipulation as to admissibility of reports of testifying experts, otherwise FRE 802 (hearsay) | |
| 32 | Expert Brunnell File | Subject to proposed reciprocal stipulation as to admissibility of reports of testifying experts, otherwise FRE 802 (hearsay) | |
| 33 | All documents in Paul Mitchell's file or obtained by him during or in response to his deposition | Not produced; reservation of | |

[3] To resolve these objections, Defendant-Intervenors have proposed a bilateral stipulation that expert reports will be admitted if the expert witness testifies during the hearing.



| No. | Description | Objections[1] | Court Use Only |
|---|---|---|---|
| | | rights as to other objections. | |
| 34 | Independent Redistricting Commission Final Report "Report on Final Maps 2020 California Citizens Redistricting Commission December 26, 2021" | | |
| 35 | California Latino Legislative Caucus Membership | | |
| 36 | California Legislative Black Caucus Membership | | |
| 37 | California Asian and Pacific Islander (API) Caucus Membership | | |
| 38 | California Hispanic Caucus Membership (Hispanic/Latino Republican Members) | | |
| 39 | Native American Assemblyman Ramos' Biography | | |
| 40 | Asian Assemblyman Chen's Biography | | |
| 41 | Asian Assemblyman Ta's Biography | | |
| 42 | National Pacific Islander Education Network's Post announcing Assemblyman Tangipa's election to the California Legislature | | |
| 43 | Asian Senator Choi's Biography | | |
| 44 | Hispanic Assemblywoman Castillo's Biography | | |
| 45 | Hispanic Assemblywoman Johnson's Facebook Post proclaiming her racial background | | |
| 46 | Hispanic Senator Ochoa-Bogh's Biography | | |
| 47 | Map of entire State of CA showing Congressional Districts under the Independent Redistricting Commission that were finalized in 2021 | | |
| 48 | Los Angeles County Map under Independent Redistricting Commission | | |
| 49 | Inland Empire under Independent Redistricting Commission | | |
| 50 | Central Valley Map under Independent Redistricting Commission | | |



JOINT EXHIBIT LIST                                    CASE NO 2:25-cv-10616

| No. | Description | Objections[1] | Court Use Only |
|---|---|---|---|
| 51 | Demonstration Exhibit: Commission Map Congressional District 13 overlaying Prop. 50 Map | FRE 901 (authenticity)[4] | |
| 52 | Demonstration Exhibit: Commission Map Congressional District 18 overlaying Prop. 50 Map | FRE 901 (authenticity) | |
| 53 | Demonstration Exhibit: Commission Map Congressional District 21 overlaying Prop. 50 Map | FRE 901 (authenticity) | |
| 54 | Demonstration Exhibit: Commission Map Congressional District 22 overlaying Prop. 50 Map | FRE 901 (authenticity) | |
| 55 | Demonstration Exhibit: Commission Map Congressional District 25 overlaying Prop. 50 Map | FRE 901 (authenticity) | |
| 56 | Demonstration Exhibit: Commission Map Congressional District 29 overlaying Prop. 50 Map | FRE 901 (authenticity) | |
| 57 | Demonstration Exhibit: Commission Map Congressional District 31 overlaying Prop. 50 Map | FRE 901 (authenticity) | |
| 58 | Demonstration Exhibit: Commission Map Congressional District 33 overlaying Prop. 50 Map | FRE 901 (authenticity) | |
| 59 | Demonstration Exhibit: Commission Map Congressional District 34 overlaying Prop. 50 Map | FRE 901 (authenticity) | |
| 60 | Demonstration Exhibit: Commission Map Congressional District 35 overlaying Prop. 50 Map | FRE 901 (authenticity) | |
| 61 | Demonstration Exhibit: Commission Map Congressional District 38 overlaying Prop. 50 Map | FRE 901 (authenticity) | |
| 62 | Demonstration Exhibit: Commission Map Congressional District 39 overlaying Prop. 50 Map | FRE 901 (authenticity) | |
| 63 | Demonstration Exhibit: Commission Map Congressional District 42 overlaying Prop. 50 Map | FRE 901 (authenticity) | |
| 64 | Demonstration Exhibit: Commission Map Congressional District 44 overlaying Prop. 50 Map | FRE 901 (authenticity) | |
| 65 | Demonstration Exhibit: Commission Map Congressional District 46 overlaying Prop. 50 Map | FRE 901 (authenticity) | |

[4] *See* footnote 1 re: the pending proposed stipulation to resolve objections for Exhibits 51-87.



JOINT EXHIBIT LIST

CASE NO 2:25-cv-10616

| No. | Description | Objections[1] | Court Use Only |
|---|---|---|---|
| 66 | Demonstration Exhibit: Commission Map Congressional District 52 overlaying Prop. 50 Map | FRE 901 (authenticity) | |
| 67 | Map of entire State of CA showing Congressional Districts Under Prop 50 | FRE 901 (authenticity) | |
| 68 | Los Angeles County Map Under Prop 50 | FRE 901 (authenticity) | |
| 69 | Inland Empire Map Under Prop 50 | FRE 901 (authenticity) | |
| 70 | Central Valley Map Under Prop 50 | FRE 901 (authenticity) | |
| 71 | Demonstration Exhibit: Proposition 50 Map of Congressional District 13 overlaying Commission Map | FRE 901 (authenticity) | |
| 72 | Demonstration Exhibit: Proposition 50 Map of Congressional District 18 overlaying Commission Map | FRE 901 (authenticity) | |
| 73 | Demonstration Exhibit: Proposition 50 Map of Congressional District 21 overlaying Commission Map | FRE 901 (authenticity) | |
| 74 | Demonstration Exhibit: Proposition 50 Map of Congressional District 22 overlaying Commission Map | FRE 901 (authenticity) | |
| 75 | Demonstration Exhibit: Proposition 50 Map of Congressional District 25 overlaying Commission Map | FRE 901 (authenticity) | |
| 76 | Demonstration Exhibit: Proposition 50 Map of Congressional District 29 overlaying Commission Map | FRE 901 (authenticity) | |
| 77 | Demonstration Exhibit: Proposition 50 Map of Congressional District 31 overlaying Commission Map | FRE 901 (authenticity) | |
| 78 | Demonstration Exhibit: Proposition 50 Map of Congressional District 33 overlaying Commission Map | FRE 901 (authenticity) | |



JOINT EXHIBIT LIST                                    CASE NO 2:25-cv-10616

| No. | Description | Objections[1] | Court Use Only |
|---|---|---|---|
| 79 | Demonstration Exhibit: Proposition 50 Map of Congressional District 34 overlaying Commission Map | FRE 901 (authenticity) | |
| 80 | Demonstration Exhibit: Proposition 50 Map of Congressional District 35 overlaying Commission Map | FRE 901 (authenticity) | |
| 81 | Demonstration Exhibit: Proposition 50 Map of Congressional District 38 overlaying Commission Map | FRE 901 (authenticity) | |
| 82 | Demonstration Exhibit: Proposition 50 Map of Congressional District 39 overlaying Commission Map | FRE 901 (authenticity) | |
| 83 | Demonstration Exhibit: Proposition 50 Map of Congressional District 41 overlaying Commission Map | FRE 901 (authenticity) | |
| 84 | Demonstration Exhibit: Proposition 50 Map of Congressional District 42 overlaying Commission Map | FRE 901 (authenticity) | |
| 85 | Demonstration Exhibit: Proposition 50 Map of Congressional District 44 overlaying Commission Map | FRE 901 (authenticity) | |
| 86 | Demonstration Exhibit: Proposition 50 Map of Congressional District 46 overlaying Commission Map | FRE 901 (authenticity) | |
| 87 | Demonstration Exhibit: Proposition 50 Map of Congressional District 52 overlaying Commission Map | FRE 901 (authenticity) | |
| 88 | California 2020 Census Data | Not produced; reservation of rights as to other objections. | |
| 89 | CADEM webpage titled *Yes* on *Prop 50: FAQ* | | |
| 90 | Transcript of California redistricting press conference. Video file available at: | Not produced; FRE 901 (authenticity) | |



JOINT EXHIBIT LIST

CASE NO 2:25-cv-10616

| No. | Description | Objections[1] | Court Use Only |
|---|---|---|---|
| | https://youtu.be/jEikqKVU7FI?si=yf5X5rj6Ko8ZaRsE | | |
| 91 | Social media post from Governor Gavin Newsom on Threads, Aug. 18, 2025 https://tinyurl.com/2vuap54f | | |
| 92 | Social media post from Governor Gavin Newsom on Threads, Aug. 15, 2025, https://tinyurl.com/vp9juxnt | | |
| 93 | Social media post from Governor Gavin Newsom on X, Aug. 11, 2025, attaching Aug. 11, 2025, letter from Governor Gavin Newsom to President Donald Trump, https://tinyurl.com/4h8ewd2d | | |
| 94 | Social media post from Governor Gavin Newsom on Threads, Aug. 20, 2025, https://tinyurl.com/563d49tm | | |
| 95 | Social media post from Governor Gavin Newsom on Threads, Aug. 21, 2025, https://tinyurl.com/yj45tj9y | | |
| 96 | Social media post from Governor Gavin Newsom on TikTok, https://www.tiktok.com/t/ZTrY_6D9wL/ | | |
| 97 | Social media post from Governor Gavin Newsom on TikTok, https://www.tiktok.com/t/ZTrY_6JeD5/ | | |
| 98 | Social media post from Governor Gavin Newsom on TikTok, https://www.tiktok.com/t/ZTrY_6etHw/ | | |
| 99 | Social media post from Governor Gavin Newsom on TikTok, https://www.tiktok.com/t/ZTrY_2qC6w/ | | |
| 100 | Social media post from Governor Gavin Newsom on TikTok, https://www.tiktok.com/t/ZTrY_jrBNF/ | | |
| 101 | Social media post from Governor Gavin Newsom on Facebook, Aug. 1, 2025, https://tinyurl.com/v4vcy5a5 | | |
| 102 | Governor Gavin Newsom Press Release launching Proposition 50 effort, Aug. 14, 2025, https://tinyurl.com/yw4bndjt | | |
| 103 | Governor Gavin Newsom Press Release signing Election Rigging Response Act bills into law, Aug. 21, 2025, https://tinyurl.com/34fu7xdv | | |



JOINT EXHIBIT LIST                                    CASE NO 2:25-cv-10616

| No. | Description | Objections[1] | Court Use Only |
|---|---|---|---|
| 104 | Social media post on X from Senator Sabrina Cervantes, Aug. 8, 2025, part 1 https://tinyurl.com/5frxdc7e | | |
| 105 | Social media post on X from Senator Sabrina Cervantes, Aug. 8, 2025, part 2, https://tinyurl.com/5n7dfxak | | |
| 106 | Social media post on X from Senate President Pro Tem Mike McGuire, Aug. 21, 2025, https://tinyurl.com/5b2665j9 | | |
| 107 | Social media post on Facebook from Senator Lena A. Gonzalez, Aug. 19, 2025, https://tinyurl.com/3dz7y9kc | | |
| 108 | Social media post from Assemblymember Cecilia Aguiar-Curry on Facebook, Aug. 8, 2025, https://tinyurl.com/yx865jn4 | | |
| 109 | Northern California Public Media article, California's Senate leader tells KRCB News why he thinks Prop. 50 is crucial, Oct. 31, 2025, https://tinyurl.com/ybsr3ukp | | |
| 110 | Assemblymember Rivas Floor Speech on Prop 50, Aug. 21, 2025, https://tinyurl.com/3zffvnsf | | |
| 111 | mynewsLA article, *Democratic Leaders Rally Support Behind Redistricting Measure, Prop 50*, Oct. 2, 2025, https://tinyurl.com/yua293jy | | |
| 112 | Assemblymember Marc Berman Prop 50 Press Release, Aug. 18, 2025, https://tinyurl.com/26wxmjmu | | |
| 113 | KCRA3, Nancy Pelosi, Gov. Gavin Newsom, California Democrats make final push for Prop 50, Nov. 3, 2025, https://tinyurl.com/yk6dyzju | | |
| 114 | CNN, *Newsom says Democrats' Tuesday wins, including Prop 50, represent 'a new moment' for the party*, Nov. 9, 2025, https://tinyurl.com/mr3633tz | | |
| 115 | LA Times, *Top House Democrat campaigns for Proposition 50 at L.A.'s Black churches*, Oct. 19, 2025, https://tinyurl.com/yc289mz5 | | |



JOINT EXHIBIT LIST

CASE NO 2:25-cv-10616

| No. | Description | Objections[1] | Court Use Only |
|---|---|---|---|
| 116 | CBS News, *California voters pass Prop 50 to redraw the state's congressional maps*, CBS News projects, Nov. 5, 2025, https://tinyurl.com/3d87zmk7 | | |
| 117 | Empowering Voters, Protecting California Press Conference, Aug. 18, 2025, https://sd02.senate.ca.gov/video/empowering-votersprotecting-california | | |
| 118 | Election Rigging Response Act Bill Signing, Aug. 21, 2025, https://sd02.senate.ca.gov/video/election-rigging-responseact-bill-signing | | |
| 119 | Governor Newsom Prop 50 Victory Speech, Nov. 4, 2025, https://www.youtube.com/watch?v=vN8-5rPVhps | | |
| 120 | Governor Newsom Interview with Stephen Colbert, Sep. 24, 2025, https://www.youtube.com/watch?v=xixWODj3-UE | | |
| 121 | Social media post from Vice President Kamala Harris on Facebook, Oct. 30, 2025, https://www.facebook.com/KamalaHarris/videos/kamalaharris-vote-yes-on-prop50/1144684057850673/ | | |
| 122 | Yes on 50 Voter Registration Day Online Rally, Sep. 16, 2025, https://www.youtube.com/watch?v=vnipzMHnpZo&t=11s | | |
| 123 | ABC10 article, The next steps in California Democrats' plan to counter Texas Republicans' redistricting push, Aug. 15, 2025, https://tinyurl.com/yzpek88p | | |
| 124 | CapRadio published interview transcript, Sept. 2, 2025, https://tinyurl.com/3sbheu4v | | |
| 125 | Sacramento Bee article, *Would Prop. 50 really flip two Central Valley seats? It's a gamble*, Oct. 30, 2025, https://tinyurl.com/bdctwwj8 | | |
| 126 | ABC10, Mapmaker says politics played a role, Aug. 16, 2025, Video at 1:18-37, https://tinyurl.com/wde26vz6 | | |



JOINT EXHIBIT LIST                                    CASE NO 2:25-cv-10616

| No. | Description | Objections[1] | Court Use Only |
|---|---|---|---|
| 127 | Office of the Senate President pro Tempore Mike McGuire Aug. 19, 2025, press release titled "Legislative Democrats Announce Plan Empowering Voters to Protect California," (full unobstructed version) https://tinyurl.com/bp6jck86 | | |
| 128 | California Republican Party Prop 50 talking points to legislators, available at https://tinyurl.com/5dswzw7d | | |
| 129 | Dr. Sean Trende's Aug. 25, 2025, Declaration submitted with Emergency Petition for Writ of Mandate in *Sanchez v. Weber*, No. 2393592 | | |
| 130 | U.S. Attorney General Pam Bondi Press Release on U.S. DOJ Intervention, Nov. 13, 2025, https://tinyurl.com/df3u78jj | | |
| 131 | Social media post from U.S. Attorney General Pam Bondi on X, Nov. 13, 2025, https://tinyurl.com/46k93xpf | | |
| 132 | Social media post from Assemblymember David Tangipa on X, Nov. 19, 2025, https://tinyurl.com/3psxs6yu | | |
| 133 | Social media post from Assemblymember David Tangipa on X, Nov. 13, 2025, https://tinyurl.com/5n95h96b | | |
| 134 | Reform California "No on Prop 50" homepage, available at https://tinyurl.com/4pvjjare | | |
| 135 | Reform California, *Newsom Unveils Partisan Redistricting Plan to Protect Corrupt Politicians*, July 24, 2025, available at https://tinyurl.com/37csbbbz | | |
| 136 | Reform California, *CA Special Election this November – Cost $250 Million*, Aug. 1, 2025, available at https://tinyurl.com/mutevbbv | | |
| 137 | Reform California, *DeMaio Vows to Defeat Gavin Newsom's "Corrupt Scheme to End Fair Elections" in California*, Aug. 14, 2025, https://tinyurl.com/mtfsdp3r | | |



JOINT EXHIBIT LIST                                CASE NO 2:25-cv-10616

| No. | Description | Objections[1] | Court Use Only |
|---|---|---|---|
| 138 | Reform California, *DeMaio Takes Legal Action to Stop Newsom's Redistricting Scheme*, Aug. 14, 2025, https://tinyurl.com/5ethb3fa | | |
| 139 | Reform California, *No on Prop 50 Campaign Launched to Defeat Newsom's Redistricting Scheme*, Aug. 21, 2025, https://tinyurl.com/nhaje4ry | | |
| 140 | Reform California, *Newsom Puts Dishonest Ballot Title on Prop 50 to Deceive Voters*, Aug. 28, 2025, https://tinyurl.com/5n7uh77f | | |
| 141 | Reform California, *DeMaio Launches Statewide Canvass Drive for CA Voter ID and No on Prop 50*, Sept. 25, 2025, https://tinyurl.com/2fvvnayh | | |
| 142 | Reform California, *Reform CA Mails 1.5 Million Handwritten letters in Voter ID & Prop 50 Fight*, Oct. 21, 2025, https://tinyurl.com/ycyc56em | | |
| 143 | No on Prop 50 – Protect Voters First, https://noonprop50.org/ | | |
| 144 | No on Prop 50 – Protect Voters First, https://noonprop50.org/stopgerrymandering | | |
| 145 | No on Prop 50 – Stop Sacramento's Power Grab, https://votenoprop50.org/ | | |
| 146 | No on Prop 50 – Stop Sacramento's Power Grab, https://votenoprop50.org/tvads/ | | |
| 147 | Social media post from Christian Martinez, https://tinyurl.com/yc64mu38 | | |
| 148 | N.Y. Times, *Newsom Signs California Redistricting Plan to Counter Texas Republicans*, Aug. 21, 2025, https://tinyurl.com/6ck7v26c | | |
| 149 | Social media post from Rep. Ken Calvert on X, Oct. 17, 2025, https://tinyurl.com/32ad94vv | | |
| 150 | Social media post from Rep. Ken Calvert on X, Nov. 4, 2025, https://tinyurl.com/nzwdch99 | | |
| 151 | Social media post from Darrell Issa, Nov. 4, 2025, https://tinyurl.com/5nraneaa | | |
| 152 | Kevin Kiley, Fox Business Interview, The Bottom Line, Nov. 6, 2025, https://tinyurl.com/mwecztb5 | | |

14



| No. | Description | Objections[1] | Court Use Only |
|---|---|---|---|
| 153 | CNN, Republican congressman: Democrats have 'skewed these district lines massively', Nov. 4, 2025, https://tinyurl.com/3chdrwzm | | |
| 154 | Social media post from CAGOP on Instagram, Sept. 23, 2025, https://tinyurl.com/42sfpxdt | | |
| 155 | CNN Interview with Assemblyman Tangipa, Nov. 6, 2025, https://tinyurl.com/3ezdws6m | | |
| 156 | Common Cause, *California Meets, Texas Fails to Meet Common Cause's Redistricting Fairness Criteria*, Aug. 20, 2025, https://tinyurl.com/3jr8y6j4 | | |
| 157 | Assembly Elections Committee Analysis, ACA 8 (Rivas and McGuire) as Amended August 18, 2025 (August 19, 2025) | | |
| 158 | Assembly Elections Committee Analysis, SB 280 (Cervantes and Pellerin) as Amended August 18, 2025 (August 19, 2025) | | |
| 159 | Assembly Elections Committee Analysis, AB 604 (Aguiar-Curry and Lena Gonzalez) as Amended August 18, 2025 (August 19, 2025) | | |
| 160 | Senate Elections and Constitutional Amendments Committee Analysis, ACA 8 (Rivas and McGuire) as Amended August 18, 2025 (August 19, 2025) | | |
| 161 | Senate Elections and Constitutional Amendments Committee Analysis, SB 280 (Cervantes and Pellerin) as Amended August 18, 2025 (August 19, 2025) | | |
| 162 | Assembly Appropriations Committee Analysis, ACA 8 (Rivas) as Amended August 18, 2025 (August 20, 2025) | | |
| 163 | Assembly Appropriations Committee Analysis, SB 280 (Cervantes) as Amended August 18, 2025 (August 20, 2025) | | |
| 164 | Senate Elections and Constitutional Amendments Committee Analysis, ACA 8 (Rivas and McGuire) as Amended August 18, 2025 (August 20, 2025) | | |

15



JOINT EXHIBIT LIST

CASE NO 2:25-cv-10616

| No. | Description | Objections[1] | Court Use Only |
|---|---|---|---|
| 165 | Assembly Third Reading of ACA 8 (Rivas and McGuire) as Amended August 18, 2025 | | |
| 166 | Assembly Floor Analysis, Assembly Third Reading of ACA 8 (Rivas and McGuire) as Amended August 21, 2025 | | |
| 167 | Senate Rules Committee, Office of Senate Floor Analyses, Third Reading of ACA 8 (Rivas and McGuire) as Amended August 21, 2025, in Assembly | | |
| 168 | Senate Rules Committee, Office of Senate Floor Analyses, Unfinished Business on SB 280 (Cervantes and Pellerin) as Amended August 18, 2025, in Assembly | | |
| 169 | Senate Third Reading of SB 280 (Cervantes and Pellerin) as Amended August 18, 2025 | | |
| 170 | Video of Hearing, Assembly Floor Session (August 18, 2025), 1:07-1:31, 3:00-3:02, available at https://www.assembly.ca.gov/media/assembly-floor-session20250818 | | |
| 171 | Video of Hearing, Senate Floor Session (August 18, 2025), 1:41-2:51, available at https://www.senate.ca.gov/media-archive | | |
| 172 | Video of Hearing, Assembly Elections Committee (August 19, 2025), entire hearing, available at https://www.assembly.ca.gov/media/assembly-elections-committee-20250819 | | |
| 173 | Video of Hearing, Senate Elections and Constitutional Amendments Committee (August 19, 2025), entire hearing, available at https://www.senate.ca.gov/media-archive | | |
| 174 | Video of Hearing, Senate Appropriations Committee (August 20, 2025), entire hearing, available at https://www.senate.ca.gov/media-archive | | |
| 175 | Video of Hearing, Assembly Appropriations Committee (August 20, 2025), 0:39-1:42, available | | |



JOINT EXHIBIT LIST                                CASE NO 2:25-cv-10616

| No. | Description | Objections[1] | Court Use Only |
|---|---|---|---|
| | at https://www.assembly.ca.gov/media/assembly-appropriations-committee-20250820 | | |
| 176 | Video of Hearing, Assembly Floor Session (August 21, 2025), 1:16-3:54, 4:01-5:48, available at https://www.assembly.ca.gov/media/assembly-floor-session-20250821 | | |
| 177 | Video of Hearing, Senate Floor Session (August 21, 2025), entire hearing, available at https://www.senate.ca.gov/media-archive | | |
| 178 | Assembly Constitutional Amendment No. 8 (2025-2026 Reg. Sess.), Amended in Assembly August 18, 2025 | | |
| 179 | Assembly Constitutional Amendment No. 8 (2025-2026 Reg. Sess.), Amended in Assembly August 21, 2025 | | |
| 180 | Assembly Bill No. 604 (2025-2026 Reg. Sess.), Amended in Senate August 18, 2025 | | |
| 181 | Senate Bill No. 280 (2025-2026 Reg. Sess.), Amended in Assembly August 18, 2025 | | |
| 182 | Senate Rules Committee, Office of Senate Floor Analyses, Third Reading of AB 40 (Bryan and Berman) as Amended August 21, 2025 in Senate | | |
| 183 | Assembly Bill No. 40 (2025-2026 Reg. Sess.), Amended in Senate August 21, 2025 | | |
| 184 | Expert Witness Report and Declaration of Bernard Grofman and all attached exhibits | | |
| 185 | Declaration of Secretary of State employee and all attached exhibits | | |
| 186 | Prop 50 Ballot Label | | |
| 187 | Official Voter Information Guide | | |
| 188 | Nov. 4, 2025, Statewide Special Election Calendar | | |
| 189 | June 2, 2026, Statewide Direct Primary Election Calendar | | |
| 190 | Prop 50 Districts Atlas – final version of map (AB 604), https://tinyurl.com/bdfafdpz | | |

17



JOINT EXHIBIT LIST

CASE NO 2:25-cv-10616

| No. | Description | Objections[1] | Court Use Only |
|-----|-------------|---------------|----------------|
| 191 | District 40 in 2011 Commission map, https://tinyurl.com/38z6d678 | | |
| 192 | 2021 Commission map, https://tinyurl.com/54vnff6r | | |
| 193 | Interactive Map on California State Assembly – Committee on Elections website, https://tinyurl.com/3ac2cnuz | | |
| 194 | Declaration of Sean Trende in Support of Plaintiffs' Motion for Preliminary Injunction and all exhibits (ECF No. 16-5) | | |
| 195 | Declaration of Senator Rosilicie Ochoa Bogh (SD-19) in Support of Plaintiffs' Motion for Preliminary Injunction and all exhibits (ECF No. 16-5) | | |
| 196 | Declaration of Tom Brunell in Support of Plaintiffs' Motion for a Preliminary Injunction and all exhibits (ECF No. 16-7) | | |
| 197 | Declaration of Julie Merz in Support of DCCC's Motion to Intervene (ECF No. 20-1) | | |
| 198 | U.S. Census definition of "Hispanic or Latino", https://tinyurl.com/3c9cj2z4 | | |
| 199 | California Citizens Redistricting Commission "About Us" webpage, https://tinyurl.com/yyt8mraw | | |
| 200 | N.Y. Times, *White House Pushes Texas to Redistrict, Hoping to Blunt Democratic Gains*, June 9, 2025, https://tinyurl.com/23eb3fbt | | |
| 201 | California Secretary of State Prop 50 Results, https://tinyurl.com/ya8rvkpv | | |
| 202 | CNN Prop 50 Exit Polls, https://tinyurl.com/57vk8jnr | | |
| 203 | U.S. Representative Lucille Roybal-Allard official webpage, https://tinyurl.com/fnrnn4r4 | | |
| 204 | N.Y. Times interactive graphic showing 2020 election results in Congressional District 40, https://tinyurl.com/rn5z9p5c | | |
| 205 | Commission Final Report on 2011 redistricting—Appendix 3, https://tinyurl.com/5xbu64rz | | |



JOINT EXHIBIT LIST                                    CASE NO 2:25-cv-10616

| No. | Description | Objections[1] | Court Use Only |
|---|---|---|---|
| 206 | U.S. Representative Robert Garcia official webpage, https://tinyurl.com/vyrhbhdb | | |
| 207 | A declaration by Dr. Jonathan Rodden, Professor of Political Science at Stanford University | | |
| 208 | A declaration by Dr. Maxwell Palmer, Associate Professor of Political Science at Boston University | | |
| 209 | A declaration by Dr. Tye Rush, Assistant Professor of Political Science at the University of California – Davis | | |
| 210 | A declaration by William Francis Van Nuys III, Deputy Executive Director of DCCC | | |
| 211 | An article by Julia Manchester titled "Trump declares GOP Would never lose elections if Senate filibuster eliminated," published by The Hill on November 7, 2025 | | |
| 212 | An advertisement distributed on the YouTube channel CRPTV on October 6, 2025, entitled "No to radical redistricting power grab!" | | |
| 213 | An article by Giselle Ewing, titled "Trump on Texas Redistricting: 'We are Entitled to 5 More Seats,'" published by Politico on August 5, 2025 | | |
| 214 | An article by Owen Dahlkamp titled "Texas Republicans, including Gov. Abbott, were reluctant to redraw the state's congressional maps. Then Trump got involved," published by The Texas Tribune on July 22, 2025 | | |
| 215 | An article titled "Texas Gov. Greg Abbott Signs Redistricting Bill Into Law, Meant to Give the GOP Five New Seats in Congress," published by CBS News on August 29, 2025 | | |
| 216 | An article by Oren Oppenheim titled "Mid-Decade Redistricting and the Midterms: How Redrawn Maps Impacts the Battle for the US House," published by ABC News on November 3, 2025 | | |
| 217 | An article by Hannah Knowles titled "The Midterm Map Fight Favors the GOP – And Could Help Them | | |



JOINT EXHIBIT LIST                                    CASE NO 2:25-cv-10616

| No. | Description | Objections[1] | Court Use Only |
|---|---|---|---|
| | Stay in Power," published by The Washington Post on August 13, 2025 | | |
| 218 | An article by Sameea Kamal titled "California Redistricting: What to Know About the Final Maps," published by CapRadio on December 21, 2021 | | |
| 219 | A webpage titled "Prop. 50 Quick Reference Guide," promulgated by the California Secretary of State | | |
| 220 | An advertisement distributed on the YouTube channel CPRTV on October 24, 2025, titled "Paint" | | |
| 221 | An advertisement distributed on the YouTube channel CPRTV on October 23, 2025, titled "Prop 50 stops our recovery" | | |
| 222 | An advertisement distributed on the YouTube channel CPRTV on October 6, 2025, titled "They know they can't win fairly" | | |
| 223 | A webpage titled "Say NO to Gavin Newsom's Power Grab," promulgated by No on Prop 50—Stop Sacramento's Power Grab | | |
| 224 | Statistics on the racial makeup of districts in the CRC's 2021 map published by the California Citizens Redistricting Commission | | |
| 225 | An article by David Lightman titled "Proposition 50 Wiped Out Rep. Calvert's District. He'll Run Elsewhere," published by The Sacramento Bee on November 5, 2025 | | |
| 226 | An article by Ramon Padilla and Ignacio Calderon titled "Proposed California District Maps Could Flip Republican Seats," published by The Desert Sun on November 4, 2025 | | |
| 227 | A supplemental expert reply report by Dr. Sean Trende, submitted in *League of United Latin American Citizens v. Abbott*, No. 21-0259 (W.D. Tex.), dated September 22, 2025 | | |
| 228 | A portion of the rough transcript of a bench trial in *League of United Latin American Citizens v. Abbott*, No. 21-0259 (W.D. Tex.) before the Honorable | | |



JOINT EXHIBIT LIST                                        CASE NO 2:25-cv-10616

| No. | Description | Objections[1] | Court Use Only |
|---|---|---|---|
| | David C. Guaderrama, the Honorable Jerry E. Smith, and the Honorable Jeffrey V. Brown on June 9, 2025, which includes testimony by Dr. Sean Trende | | |
| 229 | An August 8, 2025 press conference by Governor Newsom and U.S. House Representative Nancy Pelosi announcing actions in response to Texas gerrymandering | | |
| 230 | An article by Shane Goldmacher and Laurel Rosenhall titled "California Approves New House Maps in a Major Win for Democrats and Newsom," published by The New York Times on November 4, 2025 | | |
| 231 | An article by Deborah Brennan titled "After Prop. 50, San Diego May Lose its Only Republican in Congress as Democrats Target Issa," published by CalMatters on November 21, 2025 | | |
| 232 | An article by Jeanne Kuang titled "Does Prop. 50 Divide California Communities? Depends How You Measure It?" published by CalMatters on October 10, 2025 | | |
| 233 | Emergency Petition for Writ of Mandate or Other Extraordinary or Immediate Relief to Stay Legislative Action With Respect to AB 604 and SB 280, submitted to the Supreme Court of California in *Strickland v. Weber*, No. S292490 (Aug. 18, 2025) | | |
| 234 | Emergency Petition for Writ of Mandate or Other Extraordinary or Immediate Relief submitted to the Supreme Court of California in *Sanchez v. Weber*, No. S292592 (Aug. 25, 2025) | | |
| 235 | Complaint for Declaratory and Injunctive Relief, *Hilton v. Weber*, No. 8:25-cv-01988, ECF No. 1 (C.D. Cal. filed Sept. 4, 2025) | | |
| 236 | Complaint for Declaratory and Injunctive Relief, *Jackson v. Weber*, No. 2:25-cv-00236, ECF No. 1 (N.D. Tex. filed Oct. 29, 2025) | | |



JOINT EXHIBIT LIST                                        CASE NO 2:25-cv-10616

| No. | Description | Objections[1] | Court Use Only |
|---|---|---|---|
| 237 | A post by Plaintiff David Tangipa (@AsmTangipa) on X (formerly Twitter), posted on August 14, 2025 at 3:48 p.m. PT | | |
| 238 | A post by Plaintiff David Tangipa (@AsmTangia) on X (formerly Twitter), posted on August 19, 2025 at 8:23 p.m. PT | | |
| 239 | A post by Plaintiff David Tangipa (@davidjtangipa) on Instagram, posted on November 2, 2025 | | |
| 240 | A post by Plaintiff David Tangipa (@davidjtangipa) on Instagram, posted on September 1, 2025 | | |
| 241 | A post by Plaintiff David Tangipa (@davidjtangipa) on Instagram, posted on September 1, 2025 | | |
| 242 | A post by Plaintiff David Tangipa (@davidjtangipa) on Instagram, posted on August 28, 2025 | | |
| 243 | A post by Plaintiff the California Republican Party (@ca_gop) on Instagram, posted on September 30, 2025 | | |
| 244 | A webpage titled "Help Assemblyman David Tangipa Defeat Prop 50," promulgated by Plaintiff David Tangipa | | |
| 245 | A letter from Plaintiff David Tangipa and other California politicians to Attorney General Pamela Bondi dated August 30, 2025 | | |
| 246 | An article featuring an interview with Plaintiff David Tangipa, published by AgNet West Radio Network on September 1, 2025 | | |
| 247 | A recording of the August 18, 2025 California Senate Floor Session | | |
| 248 | A recording of the August 20, 2025 meeting of the California Assembly Appropriations Committee | | |
| 249 | A recording of the August 21, 2025 California Assembly Floor Session | | |
| 250 | Report of Tony Fairfax, December 3, 2025 | | |
| 251 | Resume of Tony Fairfax | | |



JOINT EXHIBIT LIST                    CASE NO 2:25-cv-10616

| No. | Description | Objections[1] | Court Use Only |
|-----|-------------|---------------|----------------|
| 252 | Summary of 3/26/25 Hearing of the California Assembly Committee on Elections | | |
| 253 | Senate Floor Talking Points of Sen. Ochoa Bogh | | |
| 254 | A declaration by Julie Merz in support of DCCC's motion to intervene, dated November 10, 2025. | | |
| 255 | An August 15, 2025 cover letter from DCCC to the California State Legislature concerning DCCC's proposal for the Prop 50 map. | | |
| 256 | A post by Plaintiff Paul Ramirez (@plramirez) on X (formerly Twitter), posted on April 4, 2022. | | |
| 257 | A post by Plaintiff Paul Ramirez (@plramirez) on X (formerly Twitter), posted on April 4, 2022. | | |
| 258 | A video distributed on the YouTube channel New England Public Media on July 17, 2024, entitled "Red in a Blue State: Paul Ramirez." | | |
| 259 | A post by Plaintiff Paul Ramirez (@plramirez) on X (formerly Twitter), posted on October 20, 2025 at 2:26 p.m. ET. | | |
| 260 | A post by Plaintiff Paul Ramirez (@plramirez) on X (formerly Twitter), posted on October 29, 2025 at 7:13 p.m. ET. | | |
| 261 | A post by Plaintiff Paul Ramirez (@plramirez) on X (formerly Twitter), posted on October 30, 2025 at 2:50 p.m. ET. | | |
| 262 | A post by Plaintiff Roxanne Hoge (@RoxanneHoge) on X (formerly Twitter), posted on November 5, 2025 at 5:10 p.m. ET. | | |
| 263 | A post by Plaintiff Roxanne Hoge (@RoxanneHoge) on X (formerly Twitter), posted on November 6, 2025 at 12:14 p.m. ET. | | |
| 264 | A post by Plaintiff Roxanne Hoge (@RoxanneHoge) on X (formerly Twitter), reposting a post by @RealBruceLou dated November 13, 2025. | | |
| 265 | A post by Plaintiff Roxanne Hoge (@RoxanneHoge) on X (formerly Twitter), reposting a post by @MarkMeuser dated November 13, 2025. | | |

23



JOINT EXHIBIT LIST                                CASE NO 2:25-cv-10616

| No. | Description | Objections[1] | Court Use Only |
|---|---|---|---|
| 266 | A post by Plaintiff Roxanne Hoge (@RoxanneHoge) on X (formerly Twitter), reposting a post by @JesusOseteDOJ dated November 13, 2025. | | |
| 267 | A post by Plaintiff Roxanne Hoge (@RoxanneHoge) on X (formerly Twitter), reposting a post by @KevinKileyCA dated November 17, 2025. | | |
| 268 | A post by Plaintiff Roxanne Hoge (@RoxanneHoge) on X (formerly Twitter), reposting a post by @spencerpratt dated November 17, 2025. | | |
| 269 | A post by Plaintiff Roxanne Hoge (@RoxanneHoge) on X (formerly Twitter), posted on July 30, 2025 at 10:41 a.m. ET. | | |
| 270 | A post by Plaintiff Roxanne Hoge (@RoxanneHoge) on X (formerly Twitter), posted on August 11, 2025 at 1:45 a.m. ET. | | |
| 271 | A post by Plaintiff Roxanne Hoge (@RoxanneHoge) on X (formerly Twitter), posted on August 18, 2025 at 9:00 p.m. ET. | | |
| 272 | A post by Plaintiff Sayrs Morris (@SayrsMorris) on X (formerly Twitter), posted on August 20, 2025 at 10:47 p.m. ET. | | |
| 273 | A post by Plaintiff Sayrs Morris (@SayrsMorris) on X (formerly Twitter), posted on August 20, 2025 at 9:08 a.m. ET. | | |
| 274 | A post by Plaintiff Sayrs Morris (@sayrs.morris) on Instagram, posted on September 17, 2025. | | |
| 275 | A post by Plaintiff Vernon Costa on Facebook, posted on September 21, 2025. | | |
| 276 | A post by Plaintiff Sayrs Morris (@SayrsMorris) on X (formerly Twitter), posted on September 21, 2025 at 12:34 p.m. ET. | | |
| 277 | A post by Plaintiff Mike Netter (@nettermike) on X (formerly Twitter), posted on September 24, 2025 at 12:44 a.m. ET. | | |
| 278 | A video distributed on the YouTube channel Grumblings Media on September 22, 2025, entitled | | |



JOINT EXHIBIT LIST

CASE NO 2:25-cv-10616

| No. | Description | Objections[1] | Court Use Only |
|-----|-------------|---------------|----------------|
| | "California's Prop 50 Battle: What's Really at Stake?" | | |
| 279 | A post by Plaintiff Vernon Costa on Facebook, posted on September 25, 2025. | | |
| 280 | A post by Plaintiff Roxanne Hoge (@RoxanneHoge) on X (formerly Twitter), posted on September 25, 2025 at 8:44 p.m. ET. | | |
| 281 | A post by Plaintiff Sayrs Morris (@SayrsMorris) on X (formerly Twitter), posted on September 28, 2025 at 8:44 p.m. ET. | | |
| 282 | A post by Plaintiff Mike Netter (@nettermike) on X (formerly Twitter), posted on September 30, 2025 at 5:17 p.m. ET. | | |
| 283 | A post by Plaintiff Vernon Costa on Facebook, posted on September 14, 2025. | | |
| 284 | A post by Plaintiff Vernon Costa on Facebook, posted on September 14, 2025. | | |
| 285 | A post by Plaintiff Vernon Costa on Facebook, posted on September 14, 2025. | | |
| 286 | A post by Plaintiff Vernon Costa on Facebook, posted on September 25, 2025. | | |
| 287 | A post by Plaintiff Vernon Costa on Facebook, posted on September 30, 2025. | | |
| 288 | A video posted by Plaintiff Vernon Costa on Facebook, posted on September 30, 2025. | | |
| 289 | A post by Plaintiff Vernon Costa on Facebook, posted on October 2, 2025. | | |
| 290 | A post by Plaintiff Vernon Costa on Facebook, posted on October 3, 2025. | | |
| 291 | A post by Plaintiff Vernon Costa (@nonrev57) on Instagram, posted on October 3, 2025. | | |
| 292 | A post by Plaintiff Sayrs Morris (@sayrs.morris) on Instagram, posted on October 4, 2025. | | |
| 293 | A post by Plaintiff Sayrs Morris (@sayrs.morris) on Instagram, posted on October 5, 2025. | | |



JOINT EXHIBIT LIST

CASE NO 2:25-cv-10616

| No. | Description | Objections[1] | Court Use Only |
|---|---|---|---|
| 294 | A post by Plaintiff Sayrs Morris (@SayrsMorris) on X (formerly twitter), posted on October 9, 2025 at 8:39 p.m. ET. | | |
| 295 | A post by Plaintiff Sayrs Morris (@SayrsMorris) on X (formerly twitter), posted on October 9, 2025 at 11:01 p.m. ET. | | |
| 296 | A post by Plaintiff Vernon Costa on Facebook, posted on October 11, 2025. | | |
| 297 | A post by Plaintiff Vernon Costa on Facebook, posted on October 12, 2025. | | |
| 298 | A post by Plaintiff Vernon Costa (@nonrev57) on Instagram, posted on October 12, 2025. | | |
| 299 | A post by Plaintiff Roxanne Hoge (@RoxanneHoge) on X (formerly Twitter), posted on October 15, 2025. | | |
| 300 | A post by Plaintiff Vernon Costa on Facebook, posted on October 17, 2025. | | |
| 301 | A post by Plaintiff Roxanne Hoge (@RoxanneHoge) on X (formerly Twitter), posted on October 15, 2025. | | |
| 302 | A post by Plaintiff Roxanne Hoge (@RoxanneHoge) on X (formerly Twitter), posted on October 17, 2025 at 7:14 p.m. ET. | | |
| 303 | A post by Plaintiff Vernon Costa on Facebook, posted on October 19, 2025. | | |
| 304 | A post by Plaintiff Vernon Costa on Facebook, posted on October 20, 2025. | | |
| 305 | A post by Plaintiff Mike Netter (@nettermike) on X (formerly Twitter), posted on October 20, 2025 at 11:50 p.m. ET. | | |
| 306 | A post by Plaintiff Roxanne Hoge (@RoxanneHoge) on X (formerly Twitter), posted on October 29, 2025 at 12:10 p.m. ET. | | |
| 307 | A post by Plaintiff Vernon Costa on Facebook, posted on October 30, 2025. | | |



JOINT EXHIBIT LIST

| No. | Description | Objections[1] | Court Use Only |
|---|---|---|---|
| 308 | A post by Plaintiff Roxanne Hoge (@RoxanneHoge) on X (formerly Twitter), posted on November 1, 2025 at 2:43 p.m. ET. | | |
| 309 | A post by Plaintiff Roxanne Hoge (@RoxanneHoge) on X (formerly Twitter), posted on November 3, 2025 at 11:04 p.m. ET. | | |
| 310 | A post by Plaintiff Vernon Costa on Facebook, posted on November 3, 2025. | | |
| 311 | A post by Plaintiff Roxanne Hoge (@RoxanneHoge) on X (formerly Twitter), reposting a post by @mrwzzrd dated November 5, 2025. | | |
| 312 | A post by Plaintiff Roxanne Hoge (@RoxanneHoge) on X (formerly Twitter), reposting a post by @MarkMeuser dated November 5, 2025. | | |
| 313 | A post by Plaintiff Roxanne Hoge (@RoxanneHoge) on X (formerly Twitter), reposting a post by @RichardGrenell dated November 5, 2025. | | |
| 314 | A post by Plaintiff Roxanne Hoge (@RoxanneHoge) on X (formerly Twitter), posted on November 5, 2025 at 1:34 p.m. ET. | | |
| 315 | A post by Plaintiff Roxanne Hoge (@RoxanneHoge) on X (formerly Twitter), posted on November 5, 2025 at 2:26 a.m. ET. | | |
| 316 | A post by Plaintiff Vernon Costa on Facebook, posted on November 6, 2025. | | |
| 317 | A post by Plaintiff Mike Netter (@nettermike) on X (formerly Twitter), posted on November 8, 2025 at 12:52 a.m. ET. | | |
| 318 | A post by Plaintiff Roxanne Hoge (@RoxanneHoge) on X (formerly Twitter), reposting a post by @Pete4CA dated November 9, 2025. | | |
| 319 | A post by Plaintiff Roxanne Hoge (@RoxanneHoge) on X (formerly Twitter), reposting a post by @houmanhemmati dated November 10, 2025. | | |
| 320 | A post by Plaintiff Vernon Costa on Facebook, posted on November 13, 2025. | | |

27



| No. | Description | Objections[1] | Court Use Only |
|---|---|---|---|
| 321 | A post by Plaintiff Vernon Costa on Facebook, posted on November 14, 2025. | | |
| 322 | A post by Plaintiff Mike Netter (@nettermike) on X (formerly Twitter), posted on November 19, 2025 at 10:52 p.m. ET. | | |
| 323 | A post by Plaintiff Vernon Costa on Facebook, posted on November 26, 2025. | | |
| 324 | A post by Plaintiff Roxanne Hoge (@RoxanneHoge) on X (formerly Twitter), posted on November 26, 2025. | | |
| 325 | A post by Plaintiff Roxanne Hoge on LinkedIn, posted on November 2, 2025. | | |

Date: December 1, 2025          By: _/s/ Mark P. Meuser_____
                                MICHAEL A. COLUMBO (SBN: 271283)
                                mcolumbo@dhillonlaw.com
                                **DHILLON LAW GROUP INC.**
                                177 Post Street, Suite 700
                                San Francisco, California 94108
                                Telephone: (415) 944-4996

                                SHAWN COWLES (SBN: 163826)
                                scowles@dhillonlaw.com
                                MARK P. MEUSER (SBN: 231335)
                                mmeuser@dhillonlaw.com
                                **DHILLON LAW GROUP INC.**
                                4675 MacArthur Court, Suite 1410
                                Newport Beach, CA 92660

                                DOMENIC P. AULISI (PHV Pending)
                                daulisi@dhillonlaw.com
                                AMBER R. HULSE (Admitted PHV)
                                ahulse@dhillonlaw.com
                                **DHILLON LAW GROUP INC.**
                                2121 Eisenhower Avenue, Suite 608
                                Alexandria, VA 22314

28



*Attorneys for Plaintiffs*

/s/ Greta Gieseke
JESUS A. OSETE*
Principal Deputy Assistant Attorney General
MATTHEW ZANDI (CA No. 203329)
Chief of Staff & Special Counsel
MAUREEN RIORDAN (NY No. 2058840)
Acting Chief, Voting Section
ANDREW BRANIFF (IN No. 23430-71)
Acting Chief, Appellate Section
DAVID GOLDMAN (VA No. 98922)
JOSHUA R. ZUCKERMAN (DC No. 1724555)
GRETA GIESEKE (TX No. 24132925)
Attorneys
Civil Rights Division
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530
Telephone: (202) 514-3847
E-Mail:      greta.gieseke@usdoj.gov


* Assistant Attorney General Harmeet K.
Dhillon is recused from this matter

BILAL A. ESSAYLI
First Assistant United States Attorney
JULIE A. HAMILL (CA No. 272742)
Assistant United States Attorney
United States Attorney's Office
300 North Los Angeles Street, Suite 7516
Los Angeles, California 90012
Telephone: (213) 894-2464
E-Mail:      julie.hamill@usdoj.gov

Attorneys for Plaintiff-Intervenor
*UNITED STATES OF AMERICA*



29

1

2                                       /s/ *Ryan Eason*

3                                       ROB BONTA
                                        Attorney General of California
4                                       ANYA M. BINSACCA
                                        LARA HADDAD
5                                       Supervising Deputy Attorneys General
6                                       JENNIFER E. ROSENBERG
                                        DAVID GREEN
7                                       IRAM HASAN
8                                       S. CLINTON WOODS
                                        RYAN EASON
9                                       Deputy Attorneys General
10                                      State Bar No. 342757
                                        300 South Spring Street, Suite 1702
11                                      Los Angeles, CA 90013-1230
12                                      Telephone: (213) 269-6505
                                        Fax: (916) 731-2124
13                                      E-mail: Ryan.Eason@doj.ca.gov
14

15                                      *Attorneys for Defendants California Governor*
16                                      *Gavin Newsom and Secretary of State Shirley*
                                        *Weber*
17

18                                      /s/ *Lalitha D. Madduri*

19                                      Lalitha D. Madduri
20                                      (CA Bar No. 301236)
                                        lmadduri@elias.law
21                                      Christopher D. Dodge*
22                                      (DC Bar No. 90011587)
                                        cdodge@elias.law
23                                      Max Accardi*
24                                      (DC Bar No. 90021259)
                                        maccardi@elias.law
25                                      **ELIAS LAW GROUP LLP**
26                                      250 Massachusetts Ave. NW, Suite 400
27                                      Washington, DC 20001
                                        T: (202) 968 -4652
28



30

JOINT EXHIBIT LIST                                          CASE NO 2:25-cv-10616

1    F: (202) 968-4498

2    Abha Khanna* (WA Bar No. 42612)
3    akhanna@elias.law
     Tyler L. Bishop (CA Bar No. 337546)
4    tbishop@elias.law
5    **ELIAS LAW GROUP LLP**
     1700 Seventh Avenue, Suite 2100
6    Seattle, WA 98101
7    T: (206) 656-0177
8    F: (206) 656-0180

9    Omar Qureshi (CA Bar No. 323493)
10   omar@qureshi.law
     Max Schoening (CA Bar No. 324643)
11   max@qureshi.law
12   **QURESHI LAW PC**
13   700 Flower Street, Suite 1000
     Los Angeles, CA 90017
14   T: (213) 786-3478
15   F: (213) 277-8989

16        * *Admitted pro hac vice*

17   *Counsel for Defendant-Intervenor*
18   *DCCC*

19   /s/ *John A. Freedman*
20   **ARNOLD & PORTER KAYE SCHOLER**
     **LLP**
21   SEAN O. MORRIS (SBN 200368)
22   Sean.Morris@arnoldporter.com
23   777 South Figueroa Street, 44th Floor
     Los Angeles, CA 90017
24   T: (213) 243-4000
25   F: (213) 243-4199

26   JOHN A. FREEDMAN*
27   John.Freedman@arnoldporter.com
     601 Massachusetts Ave, NW
28



31

Washington, DC 20001
T: (202) 942-5000
F: (202) 942-5999

**JUSTICE LEGAL STRATEGIES PLLC**
Jon M. Greenbaum (SBN 166733)
jgreenbaum@justicels.com
P.O. Box 27015
Washington, DC 20038
T: (202) 601-8678

**DEMOCRACY DEFENDERS ACTION**
NORMAN L. EISEN*
TIANNA MAYS*
SOFIA FERNANDEZ GOLD*
JACOB KOVACS-GOODMAN*
norman@democracydefenders.org
tianna@democracydefenders.org
sofia@democracydefenders.org
jacob@democracydefenders.org
600 Pennsylvania Ave SE, Unit 15180
Washington, DC 20003
T: (202) 594-9958

　　　* *Admitted pro hac vice*

*Counsel for Defendant-Intervenor*
*League of United Latin American Citizens*


Attestation:

　　　All signatories listed have concurred with the stipulation's content and have authorized the filing.


Dated: December 1, 2025　　　　　DHILLON LAW GROUP INC.


By: _/s Mark P. Meuser_____
　　　　　Mark P. Meuser

32

