MICHAEL A. COLUMBO (SBN: 271283)*
mcolumbo@dhillonlaw.com
SHAWN COWLES (SBN: 163826)
scowles@dhillonlaw.com
MARK P. MEUSER (SBN: 231335)
mmeuser@dhillonlaw.com
DOMENIC P. AULISI (PHV Pending)
daulisi@dhillonlaw.com
AMBER R. HULSE (Admitted PHV)
ahulse@dhillonlaw.com
**DHILLON LAW GROUP INC.**
4675 MacArthur Court, Suite 1410
Newport Beach, CA 92660
Telephone: (415) 433-1700
Fax: (415) 520-6593

*Attorneys for Plaintiffs*

* All other counsel are listed in the signature block

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID TANGIPA**; *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>**GAVIN NEWSOM**, in his official capacity as the Governor of California; *et al.*;<br><br>Defendants. | CASE NO. 2:25-cv-10616-JLS-WLH-KKL<br><br>**JOINT WITNESS LIST**<br><br>Hon. Josephine L. Staton<br>Hon. Kenneth K. Lee<br>Hon. Wesley L. Hsu |



Pursuant to the Court's November 21, 2025, Order Granting in Part and Denying in Part Defendants' and Defendant-Intervenors' Ex Parte Application to Modify Preliminary Injunction Briefing and Hearing Schedule (ECF No. 81), the parties hereby submit the list of witnesses that they will or may call to give testimony at the preliminary injunction hearing in this matter scheduled for December 15, 2025. The parties individually reserve the right to call all witnesses listed below. For the witnesses the parties have identified as "may call" witnesses, they may call them only if the need arises. The parties reserve the right to amend the estimated time of any witness's testimony if any information is ascertained that would affect the scope of their testimony, including but not limited to information discovered in a deposition or in reports submitted with future filings.

| Witness No. | Witness Name | Party Calling Witness | Subject of Testimony | Estimated Time (Plaintiffs and Plaintiff-Intervenor) | Estimated Time (Defendants and Defendant-Intervenors) |
|---|---|---|---|---|---|
| *Will Call* | | | | | |
| 1 | Sean Trende | Plaintiffs and Plaintiff-Intervenor | Will testify regarding expert report and map drawing. | 1.5 hours | 1.5 |
| 2 | Tom Brunell | Plaintiffs and Plaintiff-Intervenor | Will testify regarding expert report and map drawing. | 1 | 0.5 |
| 3 | Paul Mitchell | Plaintiffs and Plaintiff-Intervenor | Will testify regarding how he drew the Proposition 50 | 2.0 | 1.0 |

| Witness No. | Witness Name | Party Calling Witness | Subject of Testimony | Estimated Time (Plaintiffs and Plaintiff-Intervenor) | Estimated Time (Defendants and Defendant-Intervenors) |
|---|---|---|---|---|---|
| | | AND<br><br>Defendants and Defendant-Intervenors* | maps. | | |
| 4 | Asm. David Tangipa | Plaintiffs | Will testify regarding lack of VRA analysis and the number of minorities in the California legislature. | .25 | .75 |
| 5 | Eric Ching | Plaintiffs | Will testify regarding irreparable harm his campaign will suffer if the Court does not make a ruling by December 19, 2025. | .25 | .25 |
| 6 | Sen. Mike McGuire | Plaintiffs and Plaintiff-Intervenor | Will testify regarding his knowledge of the event that transpired that led to the package of bills that resulted in Proposition 50 | .25 | .25 |



| Witness No. | Witness Name | Party Calling Witness | Subject of Testimony | Estimated Time (Plaintiffs and Plaintiff-Intervenor) | Estimated Time (Defendants and Defendant-Intervenors) |
|---|---|---|---|---|---|
| | | | and his press release statements regarding race. | | |
| 7 | Asm. Robert Rivas | Plaintiffs and Plaintiff-Intervenor | Will testify regarding his knowledge of the events that transpired that led to the package of bills that resulted in Proposition 50 and his press release statements regarding race. | .25 | .25 |
| 8 | Bernard Grofman, PhD | Defendants | Will offer expert opinion testimony on partisan intent and effect of Prop 50, as well as rebuttal to Plaintiffs' expert testimony on | .75 | 1.0 |



JOINT WITNESS LIST                              CASE NO 2:25-cv-10616

| Witness No. | Witness Name | Party Calling Witness | Subject of Testimony | Estimated Time (Plaintiffs and Plaintiff-Intervenor) | Estimated Time (Defendants and Defendant-Intervenors) |
|---|---|---|---|---|---|
| | | | District 13. | | |
| 9 | Dr. Jonathan Rodden | Intervenor-Defendant DCCC | Will testify regarding his expert report submitted with DCCC's response in opposition to Plaintiffs' and Plaintiff-Intervenor's motions for a preliminary injunction. | .5 | 1.0 |
| 10 | Dr. Maxwell Palmer | Intervenor-Defendant DCCC | Will testify regarding his report submitted with DCCC's response in opposition to Plaintiffs' and Plaintiff-Intervenor's motions for a preliminary injunction. | .5 | .5 |
| 11 | Tony Fairfax | Intervenor-Defendant LULAC | Will offer expert testimony regarding redistricting principles and Prop 50, as well as rebuttal to | .75 | 1.0 |



| Witness No. | Witness Name | Party Calling Witness | Subject of Testimony | Estimated Time (Plaintiffs and Plaintiff-Intervenor) | Estimated Time (Defendants and Defendant-Intervenors) |
|---|---|---|---|---|---|
| | | | Plaintiffs' expert testimony on Prop 50 and District 13. | | |
| 12 | Any rebuttal witnesses | Plaintiffs and Plaintiff-Intervenor | | | |
| | | | *May Call*[1] | | |
| 13 | Dr. Raquel Centeno | Defendants | Will testify regarding report she co-authored titled "*Latino Voters and the November 2025 Special Election: Redistricting and Representation*." | | |

---

[1] Plaintiff and Plaintiff-Intervenors object to Defendants and Defendant-Intervenors having 27 witnesses on a "may call" list as it creates a huge waste of time upon Plaintiffs and Plaintiff-Intervenor in having to prepare for over two dozen witnesses that may or may not be called in an expedited preliminary injunction hearing.

5



JOINT WITNESS LIST    CASE NO 2:25-cv-10616

| Witness No. | Witness Name | Party Calling Witness | Subject of Testimony | Estimated Time (Plaintiffs and Plaintiff-Intervenor) | Estimated Time (Defendants and Defendant-Intervenors) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
| 14 | Dr. Jarred Cuellar | Defendants | Will testify regarding report he co-authored titled "*Latino Voters and the November 2025 Special Election: Redistricting and Representation*." |  |  |
| 15 | PMK from Plaintiff California Republican Party | Defendants and Defendant-Intervenors | Will testify regarding knowledge of and statements concerning Plaintiffs' allegations. |  | 1.0[2] |
| 16 | Custodian |  | Will testify regarding |  | .2 |

---

[2] Plaintiffs object to Witness No. 15 – 16. Plaintiffs are not raising any objections to the admissibility to any exhibit being introduced by Defendants or Defendant-Intervenors and as such, these witness only serve to extend the length of the hearing which is limited in light of the fact that Plaintiffs are asking this Court to enter an order on the Preliminary Injunction by December 19, 2025.



| Witness No. | Witness Name | Party Calling Witness | Subject of Testimony | Estimated Time (Plaintiffs and Plaintiff-Intervenor) | Estimated Time (Defendants and Defendant-Intervenors) |
|---|---|---|---|---|---|
| | of Records from Plaintiff California Republican Party | Defendants and Defendant-Intervenors | Plaintiff California Republican Party's documents. | | |
| 17 | PMK from Plaintiff-Intervenor United States | Defendants and Defendant-Intervenors | Will testify regarding knowledge of and statements concerning Plaintiff-Intervenor's allegations. | | 0.5[3] |

---

[3] Plaintiff-Intervenor DOJ objects to Witnesses 17 and 18 on several grounds.  The only persons who would qualify to testify on these matters are attorneys within the Civil Rights Division of the Department of Justice.  Defendants and Defendants-Intervenors have failed to submit the necessary "affidavit, or if that is not feasible, … statement … setting forth a summary of the testimony sought" from any such employee.  28 C.F.R. §16.23(c); *see, e.g.*, *United States ex rel. Tuohy v. Ragen*, 340 U.S. 462 (1951).  Their vague statement of the subject of the witness's testimony is insufficient to allow the Department to "consider the request and determine whether to grant permission for the testimony," *United States v. Allen*, 554 F.2d 398, 406 (10th Cir. 1977).  Assuming that Defendants and Defendant-Intervenors will comply with the *Tuohy* regulation, the United States reserves the right to object based on any and all privileges, including but not limited to, the deliberative-process privilege, attorney-client privilege, and work-product doctrine.

Moreover, this testimony is not calculated to lead to any information that can be relevant to the hearing on the Motion for Preliminary Injunction. Plaintiff-Intervenor is not raising any objections to the admissibility to any exhibit being introduced by Defendants or Defendant-Intervenors and as such, these witness only serve to extend the length of the hearing which is limited in light of the fact that Plaintiffs are asking this Court to enter an order on the Preliminary Injunction by December 19, 2025.



| Witness No. | Witness Name | Party Calling Witness | Subject of Testimony | Estimated Time (Plaintiffs and Plaintiff-Intervenor) | Estimated Time (Defendants and Defendant-Intervenors) |
|---|---|---|---|---|---|
| 18 | Custodian of Records from Plaintiff-Intervenor United States | Defendants and Defendant-Intervenors | Will testify regarding Plaintiff-Intervenor's documents. | | 0.2 |
| 19 | Plaintiff Saul Ayon[4][5] | Defendants and Defendant-Intervenors | Will testify regarding knowledge of and statements concerning Plaintiffs' allegations. | | 0.25 |
| 20 | Plaintiff Peter Hernandez | Defendants and Defendant-Intervenors | Will testify regarding knowledge of and statements concerning | | 0.25 |

---

[4] Defendants and Defendant-Intervenors do not anticipate calling all or even most of the named Plaintiffs to testify at the preliminary injunction hearing. However, because none of the Plaintiffs have been deposed, and because Plaintiffs have not yet provided the entirety of the relevant documents, Defendants and Defendant-Intervenors reserve the right to call any named Plaintiff at the hearing.

[5] Plaintiffs Object to 19 - 35 being called as they are nominal plaintiffs whose role in this litigation is to establish Article III standing. They had no role in drawing Proposition 50's map, do not possess unique knowledge regarding the map-drawing process, legislative intent, or the demographic and electoral analyses at issue, and have no specialized information that is not already available through public records, legislative materials, or expert discovery.

8

JOINT WITNESS LIST  CASE NO 2:25-cv-10616



| Witness No. | Witness Name | Party Calling Witness | Subject of Testimony | Estimated Time (Plaintiffs and Plaintiff-Intervenor) | Estimated Time (Defendants and Defendant-Intervenors) |
|---|---|---|---|---|---|
|  |  | Intervenors | Plaintiffs' allegations. |  |  |
| 21 | Plaintiff Roxanne Hoge | Defendants and Defendant-Intervenors | Will testify regarding knowledge of and statements concerning Plaintiffs' allegations. |  | 0.25 |
| 22 | Plaintiff Joel Guiterrez Campos | Defendants and Defendant-Intervenors | Will testify regarding knowledge of and statements concerning Plaintiffs' allegations. |  | 0.25 |
| 23 | Plaintiff Solomon Verduzco | Defendants and Defendant-Intervenors | Will testify regarding knowledge of and statements concerning Plaintiffs' allegations. |  | 0.25 |
| 24 | Plaintiff Paul Ramirez | Defendants and Defendant-Intervenors | Will testify regarding knowledge of and statements concerning Plaintiffs' allegations. |  | 0.25 |
| 25 | Plaintiff Jayne Ortiz- | Defendants | Will testify regarding |  | 0.25 |



JOINT WITNESS LIST                                                                 CASE NO 2:25-cv-10616

| Witness No. | Witness Name | Party Calling Witness | Subject of Testimony | Estimated Time (Plaintiffs and Plaintiff-Intervenor) | Estimated Time (Defendants and Defendant-Intervenors) |
|---|---|---|---|---|---|
|  | Wilson | and Defendant Intervenors | knowledge of and statements concerning Plaintiffs' allegations. |  |  |
| 26 | Plaintiff Vernon Costa | Defendants and Defendant-Intervenors | Will testify regarding knowledge of and statements concerning Plaintiffs' allegations. |  | 0.25 |
| 27 | Plaintiff Rachel Gunther | Defendants and Defendant-Intervenors | Will testify regarding knowledge of and statements concerning Plaintiffs' allegations. |  | 0.25 |
| 28 | Plaintiff Doug Buchanan | Defendants and Defendant-Intervenors | Will testify regarding knowledge of and statements concerning Plaintiffs' allegations. |  | 0.25 |
| 29 | Plaintiff Sayrs Morris | Defendants and Defendant-Intervenors | Will testify regarding knowledge of and statements concerning Plaintiffs' |  | 0.25 |



JOINT WITNESS LIST                                    CASE NO 2:25-cv-10616

| Witness No. | Witness Name | Party Calling Witness | Subject of Testimony | Estimated Time (Plaintiffs and Plaintiff-Intervenor) | Estimated Time (Defendants and Defendant-Intervenors) |
|---|---|---|---|---|---|
| | | | allegations. | | |
| 30 | Plaintiff Mike Netter | Defendants and Defendant-Intervenors | Will testify regarding knowledge of and statements concerning Plaintiffs' allegations. | | 0.25 |
| 31 | Plaintiff Christina Raughton | Defendants and Defendant-Intervenors | Will testify regarding knowledge of and statements concerning Plaintiffs' allegations. | | 0.25 |
| 32 | Plaintiff Kristi Hays | Defendants and Defendant-Intervenors | Will testify regarding knowledge of and statements concerning Plaintiffs' allegations. | | 0.25 |
| 33 | Plaintiff James Reid | Defendants and Defendant-Intervenors | Will testify regarding knowledge of and statements concerning Plaintiffs' allegations. | | 0.25 |
| 34 | Plaintiff Michael Tardif | Defendants | Will testify regarding knowledge of | | 0.25 |



| Witness No. | Witness Name | Party Calling Witness | Subject of Testimony | Estimated Time (Plaintiffs and Plaintiff-Intervenor) | Estimated Time (Defendants and Defendant-Intervenors) |
|---|---|---|---|---|---|
| | | and Defendant-Intervenors | and statements concerning Plaintiffs' allegations. | | |
| 35 | Plaintiff Alex Galicia | Defendants and Defendant-Intervenors | Will testify regarding knowledge of and statements concerning Plaintiffs' allegations. | | 0.25 |
| 36 | Dr. Tye Rush | Defendant-Intervenor DCCC | Will testify regarding his report submitted with DCCC's response in opposition to Plaintiffs' and Plaintiff-Intervenor's motions for a preliminary injunction. | | 0.75 |
| 37 | Will Van Nuys III, or another person representing DCCC | Defendant-Intervenor DCCC | Will testify regarding DCCC's involvement in the map submitted to the California legislature and | | .25 |



JOINT WITNESS LIST                                      CASE NO 2:25-cv-10616

| Witness No. | Witness Name | Party Calling Witness | Subject of Testimony | Estimated Time (Plaintiffs and Plaintiff-Intervenor) | Estimated Time (Defendants and Defendant-Intervenors) |
|---|---|---|---|---|---|
| | | | California voters as Proposition 50. | | |
| 38 | Jacob Sandoval | Defendant-Intervenor LULAC | Will offer testimony regarding LULAC's work on redistricting. | | .5 |
| 39 | Ines Ruiz-Huston | Defendant-Intervenor LULAC | Will offer testimony regarding geography and communities of interest in District 13. | | .75 |

Date: December 1, 2025

By: /s/ Mark P. Meuser
MICHAEL A. COLUMBO (SBN: 271283)
mcolumbo@dhillonlaw.com
**DHILLON LAW GROUP INC.**
177 Post Street, Suite 700
San Francisco, California 94108
Telephone: (415) 944-4996

SHAWN COWLES (SBN: 163826)
scowles@dhillonlaw.com
MARK P. MEUSER (SBN: 231335)
mmeuser@dhillonlaw.com
**DHILLON LAW GROUP INC.**
4675 MacArthur Court, Suite 1410
Newport Beach, CA 92660



DOMENIC P. AULISI (Admitted PHV)
daulisi@dhillonlaw.com
AMBER R. HULSE (Admitted PHV)
ahulse@dhillonlaw.com
**DHILLON LAW GROUP INC.**
2121 Eisenhower Avenue, Suite 608
Alexandria, VA 22314

*Attorneys for Plaintiffs*

/s/ Greta Gieseke
JESUS A. OSETE*
Principal Deputy Assistant Attorney General
MATTHEW ZANDI (CA No. 203329)
Chief of Staff & Special Counsel
MAUREEN RIORDAN (NY No. 2058840)
Acting Chief, Voting Section
ANDREW BRANIFF (IN No. 23430-71)
Acting Chief, Appellate Section
DAVID GOLDMAN (VA No. 98922)
JOSHUA R. ZUCKERMAN (DC No. 1724555)
GRETA GIESEKE (TX No. 24132925)
Attorneys
Civil Rights Division
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530
Telephone: (202) 514-3847
E-Mail:  greta.gieseke@usdoj.gov

   * Assistant Attorney General Harmeet K.
     Dhillon is recused from this matter

BILAL A. ESSAYLI
First Assistant United States Attorney
JULIE A. HAMILL (CA No. 272742)
Assistant United States Attorney
United States Attorney's Office
300 North Los Angeles Street, Suite 7516



Los Angeles, California 90012
Telephone: (213) 894-2464
E-Mail: julie.hamill@usdoj.gov

Attorneys for Plaintiff-Intervenor
*UNITED STATES OF AMERICA*

/s/ *Ryan Eason*
ROB BONTA
Attorney General of California
ANYA M. BINSACCA
LARA HADDAD
Supervising Deputy Attorneys General
JENNIFER E. ROSENBERG
DAVID GREEN
IRAM HASAN
S. CLINTON WOODS
RYAN EASON
Deputy Attorneys General
State Bar No. 342757
300 South Spring Street, Suite 1702
Los Angeles, CA 90013-1230
Telephone: (213) 269-6505
Fax: (916) 731-2124
E-mail: Ryan.Eason@doj.ca.gov

*Attorneys for Defendants California Governor Gavin Newsom and Secretary of State Shirley Weber*

/s/ *Lalitha D. Madduri*
Lalitha D. Madduri
(CA Bar No. 301236)
lmadduri@elias.law
Christopher D. Dodge*
(DC Bar No. 90011587)
cdodge@elias.law
Max Accardi*

15



JOINT WITNESS LIST                                              CASE NO 2:25-cv-10616

(DC Bar No. 90021259)
maccardi@elias.law
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave. NW, Suite 400
Washington, DC 20001
T: (202) 968 -4652
F: (202) 968 -4498

Abha Khanna* (WA Bar No. 42612)
akhanna@elias.law
Tyler L. Bishop (CA Bar No. 337546)
tbishop@elias.law
**ELIAS LAW GROUP LLP**
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
T: (206) 656 -0177
F: (206) 656 -0180

Omar Qureshi (CA Bar No. 323493)
omar@qureshi.law
Max Schoening (CA Bar No. 324643)
max@qureshi.law
**QURESHI LAW PC**
700 Flower Street, Suite 1000
Los Angeles, CA 90017
T: (213) 786 -3478
F: (213) 277 -8989

*Admitted pro hac vice*

*Counsel for Defendant -Intervenor DCCC*

/s/ *John A. Freedman*
**ARNOLD & PORTER KAYE SCHOLER LLP**
SEAN O. MORRIS (SBN 200368)
Sean.Morris@arnoldporter.com
777 South Figueroa Street, 44th Floor



Los Angeles, CA 90017
T: (213) 243-4000
F: (213) 243-4199

JOHN A. FREEDMAN*
John.Freedman@arnoldporter.com
601 Massachusetts Ave, NW
Washington, DC 20001
T: (202) 942-5000
F: (202) 942-5999

**JUSTICE LEGAL STRATEGIES PLLC**
Jon M. Greenbaum (SBN 166733)
jgreenbaum@justicels.com
P.O. Box 27015
Washington, DC 20038
T: (202) 601-8678

**DEMOCRACY DEFENDERS ACTION**
NORMAN L. EISEN*
TIANNA MAYS*
SOFIA FERNANDEZ GOLD*
JACOB KOVACS-GOODMAN*
norman@democracydefenders.org
tianna@democracydefenders.org
sofia@democracydefenders.org
jacob@democracydefenders.org
600 Pennsylvania Ave SE, Unit 15180
Washington, DC 20003
T: (202) 594-9958

*Admitted pro hac vice*

*Counsel for Defendant-Intervenor*
*League of United Latin American Citizens*



17

JOINT WITNESS LIST                          CASE NO 2:25-cv-10616

**Attestation:**

All signatories listed have concurred with the stipulation's content and have authorized the filing.

Dated: December 1, 2025              DHILLON LAW GROUP INC.

By: /s Mark P. Meuser
Mark P. Meuser
Attorney for Plaintiffs

