Lalitha D. Madduri (CA Bar No. 301236)
lmadduri@elias.law
Christopher D. Dodge* (DC Bar No. 90011587)
cdodge@elias.law
Max Accardi* (DC Bar No. 90021259)
maccardi@elias.law
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave. NW, Suite 400
Washington, DC 20001
T: (202) 968-4652
F: (202) 968-4498

Abha Khanna* (WA Bar No. 42612)
akhanna@elias.law
Tyler L. Bishop (CA Bar No. 337546)
tbishop@elias.law
**ELIAS LAW GROUP LLP**
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
T: (206) 656-0177
F: (206) 656-0180

Omar Qureshi (CA Bar No. 323493)
omar@qureshi.law
Max Schoening (CA Bar No. 324643)
max@qureshi.law
**QURESHI LAW PC**
700 Flower Street, Suite 1000
Los Angeles, CA 90017
T: (213) 786-3478
F: (213) 277-8989

*Counsel for Defendant-Intervenor DCCC*

* *Admitted pro hac vice*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID TANGIPA, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>GAVIN NEWSOM, in his official capacity as the Governor of California, et al.,<br><br>  Defendants. | Case No: 2:25-cv-10616<br><br>**JOINT STIPULATION FOR ORDER MODIFYING AND CONSOLDATING DEFENDANT-INTERVENORS' DEADLINE TO RESPOND TO COMPLAINTS** |

**JOINT STIPULATION FOR ORDER MODIFYING AND CONSOLIDATNG DEFENDANT-INTERVENORS' DEADLINE TO RESPOND TO COMPLAINTS**

Defendant-Intervenors DCCC and LULAC, Plaintiffs, and Plaintiff-Intervenor hereby jointly stipulate and request that the Court issue an order under Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule 7.1 modifying and consolidating the deadlines by which Defendant-Intervenors must respond under Federal Rule of Civil Procedure 12 to the complaint filed by Plaintiffs (ECF No. 1) and the complaint-in-intervention filed by Plaintiff-Intervenor (ECF No. 42).

Defendants previously requested, and the Court granted, a single, consolidated deadline to respond to the complaint and complaint-in-intervention of January 5, 2026. *See* ECF Nos. 77, 84. To align the deadline for Defendant-Intervenors with the deadline for Defendants, and to set a single, consolidated date by which all Defendants and Defendant-Intervenors must respond to the complaints, DCCC, LULAC, Plaintiffs, and Plaintiff-Intervenor stipulate and respectfully request that the Court issue an order setting the deadline for DCCC and LULAC to respond to the complaint and complaint-in-intervention as January 5, 2026.

Dated: December 2, 2025

Respectfully submitted,

/s/ Lalitha D. Madduri
LALITHA D. MADDURI
Elias Law Group
*Attorney for Defendant-Intervenor DCCC*

/s/ John A. Freedman
JOHN A. FREEDMAN
Arnold & Porter Kaye Scholer LLP
*Attorney for Defendant-Intervenor LULAC*

/s/ Mark Meuser
MARK MEUSER
Dhillon Law Group Inc.
*Attorney for Plaintiffs*

/s/ Jesus A. Osete
JESUS A. OSETE
United States Department of Justice
*Attorney for Plaintiff-Intervenor United States of America*

### Attestation

I, Lalitha D. Madduri, hereby attest that all signatories have concurred in this joint stipulation's content and have authorized this filing.

/s/ Lalitha D. Madduri
LALITHA D. MADDURI