ROB BONTA
Attorney General of California
ANYA M. BINSACCA
LARA HADDAD
Supervising Deputy Attorneys General
DAVID GREEN
IRAM HASAN
S. CLINTON WOODS
JENNIFER E. ROSENBERG
RYAN EASON
Deputy Attorney General
State Bar No. 342757
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013-1230
 Telephone:  (213) 269-6505
 Fax:  (916) 731-2124
 E-mail:  Ryan.Eason@doj.ca.gov
*Attorneys for Defendants California Governor Gavin Newsom and Secretary of State Shirley Weber*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **DAVID TANGIPA, *et al.*,** | 2:25-cv-10616-JLS-WLH-KKL |
| Plaintiffs, | Three-Judge Court |
| and | **DECLARATION OF RYAN EASON IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' AND PLAINTIFF-INTERVENOR'S MOTIONS FOR PRELIMINARY INJUNCTION** |
| **UNITED STATES OF AMERICA,** | |
| Plaintiff-Intervenor | |
| v. | |
| **GAVIN NEWSOM, in his official capacity as the Governor of California, *et al.*,** | Date: Dec. 15, 2025<br>Time: 9:00 a.m.<br>Courtroom: 1<br>Judge: Hon. Josephine L. Staton, Hon. Kenneth K. Lee, and Hon. Wesley L. Hsu |
| Defendants, | |
| and | Trial Date: None Designated<br>Action Filed: Nov. 5, 2025 |
| **DEMOCRATIC CONGRESSIONAL CAMPAIGN COMMITTEE, *et al.*,** | |
| Defendant-Intervenors. | |

I, Ryan Eason, hereby declare as follows:

1. I am a Deputy Attorney General with the California Department of Justice and serve as counsel in this action for Defendants Gavin Newsom, in his official capacity as the Governor of California, and Shirley N. Weber, in her official capacity as California Secretary of State. I make this declaration in support of Defendants' Opposition to Plaintiffs' and Plaintiff-Intervenor's Motions for Preliminary Injunction. I have personal, first-hand knowledge of the matters set forth below and, if called as a witness, I could and would testify competently thereto.

2. Attached hereto as **Exhibit 1** is a true and correct copy of emails sent by Plaintiff California Republican Party to its subscribers encouraging them to oppose Proposition 50 ("Prop 50") or donate funds toward that effort.

3. Attached hereto as **Exhibit 2** is a true and correct copy of a social media post from Assemblymember David Tangipa on X, dated Nov. 13, 2025, available at https://perma.cc/C5CZ-5YQM.

4. Attached hereto as **Exhibit 3** is a true and correct copy of the U.S. Census website defining "Hispanic or Latino," available at https://tinyurl.com/3c9cj2z4.

5. Attached hereto as **Exhibit 4** is a true and correct copy of the Brief for the United States as Amicus Curiae in Support of Applicants filed on Nov. 24, 2025, in *Abbott v. LULAC*, No. 25A608, a case pending before the United States Supreme Court, available at https://tinyurl.com/u33njp46.

6. Attached hereto as **Exhibit 5** is a true and correct copy of the California Citizens Redistricting Commission's "About Us" webpage, available at https://tinyurl.com/yyt8mraw.

7. Attached hereto as **Exhibit 6** is a true and correct copy of the New York Times article *White House Pushes Texas to Redistrict, Hoping to Blunt Democratic Gains* by Nick Corasaniti and J. David Goodman, published on June 9,

2025, and available at https://tinyurl.com/23eb3fbt.

8. Attached hereto as **Exhibit 7** is a true and correct copy of a social media post from California Governor Gavin Newsom on Threads, dated Aug. 18, 2025, available at https://tinyurl.com/2vuap54f.

9. Attached hereto as **Exhibit 8** is a true and correct copy of a social media post from California Governor Gavin Newsom on Threads, dated Aug. 21, 2025, available at https://tinyurl.com/yj45tj9y.

10. Attached hereto as **Exhibit 9** is a true and correct copy of a social media post from California Governor Gavin Newsom attaching a letter sent by Governor Newsom to President Donald Trump on August 11, 2025, available at https://tinyurl.com/4h8ewd2d.

11. Attached hereto as **Exhibit 10** is a true and correct copy of California Governor Gavin Newsom's Press Release dated August 14, 2025, announcing the Proposition 50 effort, available at https://tinyurl.com/yw4bndjt.

12. Attached hereto as **Exhibit 11** is a true and correct copy of California Governor Gavin Newsom's Press Release dated August 21, 2025, announcing his signing of the Election Rigging Response Act bills, available at https://tinyurl.com/34fu7xdv.

13. Attached hereto as **Exhibit 12** is a true and correct copy of the records of the August 19, 2025, hearing of the Assembly Elections Committee regarding ACA 8, 2025-26 Reg. Sess., available at https://tinyurl.com/m8699f39.

14. Attached hereto as **Exhibit 13** is a true and correct copy of the records of the August 19, 2025, hearing of the Assembly Elections Committee regarding AB 604, 2025-26 Reg. Sess., available at https://tinyurl.com/mr4cmwcu.

15. Attached hereto as **Exhibit 14** is a true and correct copy of text messages sent by Plaintiff California Republican Party to its subscribers encouraging them to oppose Proposition 50 ("Prop 50") or donate funds toward that effort.

16. Attached hereto as **Exhibit 15** is a true and correct copy of Dr. Sean Trende's Declaration in the Emergency Petition for Writ of Mandate in *Sanchez v. Weber*, No. S292592 (Cal. Aug. 25, 2025). Only the caption page and Dr. Trende's declaration are included for the convenience of the Court.

17. Attached hereto as **Exhibit 16** is a true and correct copy of United States Attorney General Pam Bondi's Press Release regarding Plaintiff-Intervenor's entry into the current matter, dated Nov. 13, 2025, available at https://tinyurl.com/df3u78jj.

18. Attached hereto as **Exhibit 17** is a true and correct copy of a social media post from United States Attorney General Pam Bondi on X, dated Nov. 13, 2025, available at https://tinyurl.com/46k93xpf.

19. Attached hereto as **Exhibit 18** is a true and correct copy of a webpage from Reform California dated Aug. 14, 2025, in which Assemblymember Carl DeMaio characterizes Prop 50 as a "partisan redistricting scheme," available at https://tinyurl.com/mtfsdp3r.

20. Attached hereto as **Exhibit 19** is a true and correct copy of a webpage from Reform California dated Aug. 21, 2025, in which the group characterizes the intent of Prop 50 as "protect[ing] partisan politicians," available at https://tinyurl.com/nhaje4ry.

21. Attached hereto as **Exhibit 20** is a true and correct copy of a webpage from Reform California dated Aug. 1, 2025, in which the group characterizes the intent of Prop 50 as "eliminating Republican-held seats and cementing one-party rule for years to come," available at https://perma.cc/9GSG-94P9.

22. Attached hereto as **Exhibit 21** is a true and correct copy of a webpage from No on Prop 50 – Protect Voters First, available at https://noonprop50.org/.

23. Attached hereto as **Exhibit 22** is a true and correct copy of a social media post from NRCC spokesperson Christian Martinez on X, dated Aug. 14, 2025, available at https://perma.cc/X6KP-7E7B.

24. Attached hereto as **Exhibit 23** is a true and correct copy of a social media post from Representative Ken Calvert on X, dated Oct. 17, 2025, available at https://perma.cc/UYE9-3Q3E.

25. Attached hereto as **Exhibit 24** is a true and correct copy of a social media post from Representative Darrell Issa on X, dated Nov. 4, 2025, available at https://perma.cc/LF2M-6CNF.

26. Attached hereto as **Exhibit 25** is a true and correct copy of the California Secretary of State's website showing the results for Proposition 50 as of December 3, 2025, available at https://tinyurl.com/suath7su.

27. Attached hereto as **Exhibit 26** is a true and correct copy of a CNN graphic showing exit polls of Proposition 50, available at https://tinyurl.com/57vk8jnr.

28. Attached hereto as **Exhibit 27** is a true and correct copy of the Supreme Court of California's opinion denying a petition for writ of mandate and application for stay in *Strickland v. Weber*, No. S292490, 2025 Cal. LEXIS 5421 (Cal. Aug. 20, 2025).

29. Attached hereto as **Exhibit 28** is a true and correct copy of the Supreme Court of California's opinion denying a petition for writ of mandate and application for stay in *Sanchez v. Weber*, No. S292592, 2025 Cal. LEXIS 5694 (Cal. Aug. 27, 2025).

30. Attached hereto as **Exhibit 29** is a true and correct copy of the United States District Court for the Northern District of Texas's opinion granting Defendant California Secretary of State Shirley N. Weber's motion to dismiss in *Jackson v. Weber*, No. 2:25-cv-197-z, 2025 U.S. Dist. LEXIS 208742 (N.D. Tex. Oct. 23, 2025).

31. Attached hereto as **Exhibit 30** is a true and correct copy of the United States District Court for the Northern District of Texas's order dismissing the plaintiffs' claims in *Jackson v. Weber*, No. 2:25-cv-197-z, ECF No. 12 (N.D. Tex.

1  Oct. 31, 2025).

2  　　32.　　Attached hereto as **Exhibit 31** is a true and correct copy of the United
3  States District Court for the Central District of California's order dismissing the
4  plaintiffs' claims in *Hilton v. Weber*, No. 8:25-cv-01988-KK-E, ECF No. 47 (C.D.
5  Cal. Nov. 4, 2025).

6  　　33.　　Attached hereto as **Exhibit 32** is a true and correct copy of an August
7  19, 2025, Press Release from California Senate President Pro Tem Mike McGuire
8  on Proposition 50, available at https://tinyurl.com/bp6jck86.

9  　　34.　　Attached hereto as **Exhibit 33** is a true and correct copy of a social
10  media post from California Senate President Pro Tem Mike McGuire on X, dated
11  Aug. 21, 2025, available at https://tinyurl.com/5b2665j9.

12  　　35.　　Attached hereto as **Exhibit 34** is a true and correct copy of a social
13  media post from California Assemblymember Cecilia Aguiar-Curry on Facebook,
14  dated Aug. 8, 2025, available at https://tinyurl.com/yx865jn4.

15  　　36.　　Attached hereto as **Exhibit 35** is a true and correct copy of a social
16  media post from California Assemblymember David Tangipa on X, dated Nov. 19,
17  2025, available at https://tinyurl.com/3psxs6yu.

18  　　37.　　Attached hereto as **Exhibit 36** is a true and correct copy of press
19  releases from California Assemblymember David Tangipa related to his efforts to
20  oppose Prop 50.

21  　　38.　　Attached hereto as **Exhibit 37** is a true and correct copy of the official
22  webpage of United States Representative Lucille Roybal-Allard, available at
23  https://tinyurl.com/fnrnn4r4.

24  　　39.　　Attached hereto as **Exhibit 38** is a true and correct copy of a N.Y.
25  Times interactive graphic showing 2020 election results in Congressional District
26  40, available at https://tinyurl.com/rn5z9p5c.

27  　　40.　　Attached hereto as **Exhibit 39** is a true and correct copy of Appendix 3
28  of the California Citizens Redistricting Commission's final report on 2011

redistricting, dated August 15, 2011, available at https://tinyurl.com/5xbu64rz.

41. Attached hereto as **Exhibit 40** is a true and correct copy of the final Proposition 50 map drawn by the Legislature and enacted by AB 604, including images and descriptions of all 52 districts, available at https://tinyurl.com/bdfafdpz.

42. Attached hereto as **Exhibit 41** is a true and correct copy of an image of District 40 from the final map drawn by the Commission in 2011, https://tinyurl.com/38z6d678.

43. Attached hereto as **Exhibit 42** is a true and correct copy of the official webpage of United States Representative Robert Garcia.

44. Attached hereto as **Exhibit 43** is a true and correct copy of ABC10 article, *The next steps in California Democrats' plan to counter Texas Republicans' redistricting push* by the Associated Press, published and updated on August 15, 2025, and available at https://tinyurl.com/yzpek88p.

45. Attached hereto as **Exhibit 44** is a true and correct copy of an article from the Center for Politics – Sabato's Crystal Ball titled *The 2024 Crossover House Seats: Overall Number Remains Low with Few Harris-District Republicans*, dated Jan. 16, 2025, and available at https://tinyurl.com/4kewnum2.

46. Attached hereto as **Exhibit 45** is a true and correct copy of a webpage from Ballotpedia covering Representative Adam Gray's electoral history, available at https://tinyurl.com/36eaeh5p.

47. Attached hereto as **Exhibit 46** is a true and correct copy of the Sacramento Bee article *Would Prop. 50 really flip two Central Valley seats? It's a gamble* by Nicole Nixon, published on October 30, 2025, and available at https://tinyurl.com/bdctwwj8.

48. Attached hereto as **Exhibit 47** is a true and correct copy of a study conducted by Eric McGhee for the Public Policy Institute of California titled *How Would the Prop 50 Redistricting Plan Affect Racial and Geographic Representation?* dated Oct. 8, 2025, and available at https://tinyurl.com/33j8fjwe.

1       I declare under penalty of perjury that the statements in this declaration are
2 true and correct. Executed on December 3, 2025, in Los Angeles, California.

                                                                                                                  _____
                                                                                                                   Ryan Eason
                                                                                                                   Deputy Attorney General

# TABLE OF CONTENTS

| Exhibit | Description | Pages |
|---|---|---|
| 1 | CAGOP Prop 50 Emails to subscribers | CA012-CA386 |
| 2 | Assemblymember Tangipa Nov. 13, 2025, Tweet | CA387-CA388 |
| 3 | U.S. Census definition of "Hispanic or Latino" | CA389-CA393 |
| 4 | U.S. Amicus Curiae Brief in *Abbott v. LULAC* | CA394-CA421 |
| 5 | California Citizens Redistricting Commission "About Us" webpage | CA422-CA423 |
| 6 | N.Y. Times article, *White House Pushes Texas to Redistrict, Hoping to Blunt Democratic Gains* | CA424-CA429 |
| 7 | Governor Newsom Threads post dated Aug. 18, 2025 | CA430-CA431 |
| 8 | Governor Newsom Threads post dated Aug. 21, 2025 | CA432-CA433 |
| 9 | Letter from Governor Gavin Newsom to President Donald Trump dated Aug. 11, 2025 | CA434-CA435 |
| 10 | Governor Gavin Newsom Aug. 14, 2025, Press Release launching Proposition 50 effort | CA436-CA445 |
| 11 | Governor Gavin Newsom Aug. 21, 2025, Press Release signing Election Rigging Response Act bills into law | CA446-CA451 |
| 12 | Assembly Elections Committee Hearing August 19, 2025 – ACA 8 | CA452-CA458 |
| 13 | Assembly Elections Committee Hearing August 19, 2025 – AB 604 | CA459-CA463 |
| 14 | CAGOP Prop 50 Texts to subscribers | CA464-CA512 |
| 15 | Dr. Sean Trende's Declaration in Emergency Petition for Writ of Mandate in *Sanchez v. Weber*, No. | CA513-CA530 |

| | | 2393592 | |
|---|---|---|---|
| | 16 | U.S. Attorney General Pam Bondi Press Release on U.S. DOJ Intervention | CA531-CA535 |
| | 17 | Social media post from U.S. Attorney General Pam Bondi dated Nov. 13, 2025 | CA536-CA537 |
| | 18 | Reform California Aug. 14, 2025, article | CA538-CA542 |
| | 19 | Reform California Aug. 21, 2025, article | CA543-CA548 |
| | 20 | Reform California Aug. 1, 2025, article | CA549-CA554 |
| | 21 | No on Prop 50 – Protect Voters First webpage | CA555-CA559 |
| | 22 | Social media post from Christian Martinez on Aug. 14, 2025 | CA560-CA561 |
| | 23 | Social media post from Rep. Ken Calvert on Oct. 17, 2025 | CA562-CA563 |
| | 24 | Social media post from Rep. Darrell Issa on Nov. 4, 2025 | CA564-CA565 |
| | 25 | California Secretary of State Prop 50 Results as of Dec. 3, 2025 | CA566-CA569 |
| | 26 | CNN Prop 50 Exit Polls | CA570-CA599 |
| | 27 | *Strickland v. Weber*, No. S292490 opinion | CA600-CA602 |
| | 28 | *Sanchez v. Weber*, No. S292592 opinion | CA603-CA604 |
| | 29 | *Jackson v. Weber*, No. 2:25-cv-197-z opinion | CA605-CA611 |
| | 30 | *Jackson v. Weber*, No. 2:25-cv-197-z order dismissing order dismissing claims | CA612-CA626 |
| | 31 | *Hilton v. Weber*, No. 8:25-cv-01988, order dismissing claims | CA627-CA634 |
| | 32 | Senate President Pro Tem Mike McGuire Prop 50 Press Release dated Aug. 19, 2025 | CA635-CA639 |
| | 33 | Social media post from Senate President Pro Tem Mike McGuire dated Aug. 21, 2025 | CA640-CA641 |
| | 34 | Social media post from Assemblymember Cecilia Aguiar-Curry | CA642-CA643 |

10

| | | |
|---|---|---|
| 35 | Social media post from Assemblymember David Tangipa | CA644-CA645 |
| 36 | Assemblymember Tangipa Press Releases | CA646-CA656 |
| 37 | U.S. Representative Lucille Roybal-Allard official webpage | CA657-CA658 |
| 38 | N.Y. Times interactive graphic showing 2020 election results in Congressional District 40 | CA659-CA663 |
| 39 | Commission Final Report on 2011 redistricting—Appendix 3 | CA664-CA684 |
| 40 | Prop 50 map – final version (AB 604 Districts Atlas) | CA685-CA744 |
| 41 | District 40 in 2011 Commission map | CA745-CA746 |
| 42 | U.S. Representative Robert Garcia official webpage | CA747-CA748 |
| 43 | ABC10 article, *The next steps in California Democrats' plan to counter Texas Republicans' redistricting push* | CA749-CA757 |
| 44 | Center for Politics, *The 2024 Crossover House Seats* | CA758-CA764 |
| 45 | Ballotpedia, *Adam Gray* | CA765-CA791 |
| 46 | Sacramento Bee article, *Would Prop. 50 really flip two Central Valley seats? It's a gamble* | CA792-CA816 |
| 47 | Eric McGhee, PPIC Study | CA817-CA821 |