Rob Bonta
Attorney General of California
Anya M. Binsacca
Lara Haddad
Supervising Deputy Attorneys General
David Green
Iram Hasan
S. Clinton Woods
Jennifer E. Rosenberg
Ryan Eason
Deputy Attorney General
State Bar No. 342757
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013-1230
 Telephone:  (213) 269-6505
 Fax:  (916) 731-2124
 E-mail:  Ryan.Eason@doj.ca.gov
*Attorneys for Defendants California Governor Gavin Newsom and Secretary of State Shirley Weber*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **DAVID TANGIPA, *et al.*,**<br><br>Plaintiffs,<br><br>and<br><br>**UNITED STATES OF AMERICA,**<br><br>Plaintiff-Intervenor<br><br>v.<br><br>**GAVIN NEWSOM, in his official capacity as the Governor of California, *et al.*,**<br><br>Defendants,<br><br>and<br><br>**DEMOCRATIC CONGRESSIONAL CAMPAIGN COMMITTEE, *et al.*,**<br><br>Defendant-Intervenors. | 2:25-cv-10616-JLS-WLH-KKL<br>Three-Judge Court<br><br>**VOLUME 12 OF 15**<br><br>**EXHIBIT 40, PART 9 OF 11**<br><br>**TO THE DECLARATION OF RYAN EASON IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' AND PLAINTIFF-INTERVENOR'S MOTIONS FOR PRELIMINARY INJUNCTION** |

 

# California Congress
## AB 604

## District 38



### 2020 Census



Other %: 15%
Latino %: 59%
Asian %: 24%
Black %: 1%

### Citizen Voting Age Population



Other %: 19%
Latino %: 52%
Asian %: 26%
Black %: 1%

| Population | Deviation | Deviation % | Other | Other % | Latino | Latino % | Asian | Asian % | Black | Black % |
|---|---|---|---|---|---|---|---|---|---|---|
| 760,067 | 1 | 0.0% | 118,512 | 15.6% | 450,094 | 59.2% | 182,917 | 24.1% | 8,544 | 1.1% |

| Total CVAP | Other CVAP | Other CVAP % | Latino CVAP | Latino CVAP % | Asian CVAP | Asian CVAP % | Black CVAP | Black CVAP % |
|---|---|---|---|---|---|---|---|---|
| 465,896 | 89,906 | 19.3% | 245,091 | 52.6% | 122,795 | 26.4% | 8,104 | 1.7% |



CA730

Exhibit 40 to Eason Declaration

 

# California Congress
## AB 604

## District 39



### 2020 Census



Other % 23%, Latino % 62%, Asian % 5%, Black % 8%

### Citizen Voting Age Population



Other % 27%, Latino % 54%, Asian % 7%, Black % 11%

| Population | Deviation | Deviation % | Other | Other % | Latino | Latino % | Asian | Asian % | Black | Black % |
|---|---|---|---|---|---|---|---|---|---|---|
| 760,067 | 1 | 0.0% | 178,497 | 23.5% | 473,263 | 62.3% | 43,859 | 5.8% | 64,448 | 8.5% |

| Total CVAP | Other CVAP | Other CVAP % | Latino CVAP | Latino CVAP % | Asian CVAP | Asian CVAP % | Black CVAP | Black CVAP % |
|---|---|---|---|---|---|---|---|---|
| 486,150 | 133,237 | 27.4% | 263,801 | 54.3% | 33,846 | 7.0% | 55,266 | 11.4% |



CA731
Exhibit 40 to Eason Declaration

 

# California Congress
## AB 604

## District 40



### 2020 Census



- Other %: 53%
- Latino %: 32%
- Asian %: 10%
- Black %: 4%

### Citizen Voting Age Population



- Other %: 55%
- Latino %: 28%
- Asian %: 11%
- Black %: 5%

| Population | Deviation | Deviation % | Other | Other % | Latino | Latino % | Asian | Asian % | Black | Black % |
|---|---|---|---|---|---|---|---|---|---|---|
| 760,066 | 0 | 0.0% | 405,171 | 53.3% | 243,980 | 32.1% | 79,899 | 10.5% | 31,016 | 4.1% |

| Total CVAP | Other CVAP | Other CVAP % | Latino CVAP | Latino CVAP % | Asian CVAP | Asian CVAP % | Black CVAP | Black CVAP % |
|---|---|---|---|---|---|---|---|---|
| 543,973 | 300,038 | 55.2% | 152,392 | 28.0% | 63,206 | 11.6% | 28,337 | 5.2% |



CA732
Exhibit 40 to Eason Declaration

 

# California Congress
## AB 604

## District 41



### 2020 Census



Other % 25% | Latino % 60% | Asian % 10% | Black % 3%

### Citizen Voting Age Population



Other % 29% | Latino % 55% | Asian % 11% | Black % 4%



| Population | Deviation | Deviation % | Other | Other % | Latino | Latino % | Asian | Asian % | Black | Black % |
|---|---|---|---|---|---|---|---|---|---|---|
| 760,065 | -1 | -0.0% | 190,955 | 25.1% | 461,976 | 60.8% | 78,136 | 10.3% | 28,998 | 3.8% |

| Total CVAP | Other CVAP | Other CVAP % | Latino CVAP | Latino CVAP % | Asian CVAP | Asian CVAP % | Black CVAP | Black CVAP % |
|---|---|---|---|---|---|---|---|---|
| 509,320 | 148,870 | 29.2% | 280,278 | 55.0% | 56,755 | 11.1% | 23,417 | 4.6% |

CA733

Exhibit 40 to Eason Declaration

 

# California Congress
## AB 604

## District 42

### 2020 Census



- Other %: 51%
- Latino %: 31%
- Asian %: 11%
- Black %: 5%

### Citizen Voting Age Population



- Other %: 56%
- Latino %: 24%
- Asian %: 12%
- Black %: 6%



| Population | Deviation | Deviation % | Other | Other % | Latino | Latino % | Asian | Asian % | Black | Black % |
|---|---|---|---|---|---|---|---|---|---|---|
| 760,067 | 1 | 0.0% | 389,327 | 51.2% | 240,878 | 31.7% | 88,034 | 11.6% | 41,828 | 5.5% |

| Total CVAP | Other CVAP | Other CVAP % | Latino CVAP | Latino CVAP % | Asian CVAP | Asian CVAP % | Black CVAP | Black CVAP % |
|---|---|---|---|---|---|---|---|---|
| 547,320 | 306,806 | 56.1% | 134,603 | 24.6% | 69,836 | 12.8% | 36,075 | 6.6% |

CA734

Exhibit 40 to Eason Declaration