ROB BONTA
Attorney General of California
ANYA M. BINSACCA
LARA HADDAD
Supervising Deputy Attorneys General
DAVID GREEN
IRAM HASAN
S. CLINTON WOODS
JENNIFER E. ROSENBERG
RYAN EASON
Deputy Attorney General
State Bar No. 342757
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013-1230
 Telephone:  (213) 269-6505
 Fax:  (916) 731-2124
 E-mail:  Ryan.Eason@doj.ca.gov
*Attorneys for Defendants California Governor Gavin Newsom and Secretary of State Shirley Weber*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **DAVID TANGIPA**, *et al.*, <br><br>Plaintiffs, <br><br> and <br><br> **UNITED STATES OF AMERICA,** <br><br> Plaintiff-Intervenor <br><br> v. <br><br> **GAVIN NEWSOM, in his official capacity as the Governor of California,** *et al.*, <br><br> Defendants, <br><br> and <br><br> **DEMOCRATIC CONGRESSIONAL CAMPAIGN COMMITTEE,** *et al.*, <br><br> Defendant-Intervenors. | 2:25-cv-10616-JLS-WLH-KKL <br> Three-Judge Court <br><br> **VOLUME 14 OF 15** <br><br> **EXHIBIT 40, PART 11 OF 11** <br><br> **TO THE DECLARATION OF RYAN EASON IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' AND PLAINTIFF-INTERVENOR'S MOTIONS FOR PRELIMINARY INJUNCTION** |




# California Congress
## AB 604

## District 48



### 2020 Census



- Other %: 49%
- Latino %: 40%
- Asian %: 7%
- Black %: 3%

### Citizen Voting Age Population



- Other %: 54%
- Latino %: 32%
- Asian %: 8%
- Black %: 5%



| Population | Deviation | Deviation % | Other | Other % | Latino | Latino % | Asian | Asian % | Black | Black % |
|---|---|---|---|---|---|---|---|---|---|---|
| 760,066 | 0 | 0.0% | 372,920 | 49.1% | 304,909 | 40.1% | 52,867 | 7.0% | 29,370 | 3.9% |

| Total CVAP | Other CVAP | Other CVAP % | Latino CVAP | Latino CVAP % | Asian CVAP | Asian CVAP % | Black CVAP | Black CVAP % |
|---|---|---|---|---|---|---|---|---|
| 518,620 | 281,580 | 54.3% | 166,118 | 32.0% | 43,349 | 8.4% | 27,573 | 5.3% |

CA740

Exhibit 40 to Eason Declaration

 

# California Congress
AB 604

## District 49



### 2020 Census



63% Other % | 21% Latino % | 12% Asian % | 2% Black %

### Citizen Voting Age Population



65% Other % | 18% Latino % | 12% Asian % | 3% Black %



| Population | Deviation | Deviation % | Other | Other % | Latino | Latino % | Asian | Asian % | Black | Black % |
|---|---|---|---|---|---|---|---|---|---|---|
| 760,067 | 1 | 0.0% | 485,717 | 63.9% | 164,145 | 21.6% | 94,807 | 12.5% | 15,398 | 2.0% |

| Total CVAP | Other CVAP | Other CVAP % | Latino CVAP | Latino CVAP % | Asian CVAP | Asian CVAP % | Black CVAP | Black CVAP % |
|---|---|---|---|---|---|---|---|---|
| 525,988 | 345,015 | 65.6% | 96,790 | 18.4% | 67,875 | 12.9% | 16,308 | 3.1% |

CA741
Exhibit 40 to Eason Declaration

 

# California Congress
AB 604

## District 50



### 2020 Census



- Other %: 62%
- Latino %: 18%
- Asian %: 16%
- Black %: 2%

### Citizen Voting Age Population



- Other %: 64%
- Latino %: 16%
- Asian %: 15%
- Black %: 3%



| Population | Deviation | Deviation % | Other | Other % | Latino | Latino % | Asian | Asian % | Black | Black % |
|---|---|---|---|---|---|---|---|---|---|---|
| 760,066 | 0 | 0.0% | 472,232 | 62.1% | 140,896 | 18.5% | 125,897 | 16.6% | 21,041 | 2.8% |

| Total CVAP | Other CVAP | Other CVAP % | Latino CVAP | Latino CVAP % | Asian CVAP | Asian CVAP % | Black CVAP | Black CVAP % |
|---|---|---|---|---|---|---|---|---|
| 560,570 | 360,404 | 64.3% | 90,355 | 16.1% | 88,402 | 15.8% | 21,409 | 3.8% |

CA742
Exhibit 40 to Eason Declaration




# California Congress
AB 604

## District 51



### 2020 Census



58% Other %  27% Latino %  8% Asian %  6% Black %

### Citizen Voting Age Population



59% Other %  23% Latino %  9% Asian %  7% Black %



| Population | Deviation | Deviation % | Other | Other % | Latino | Latino % | Asian | Asian % | Black | Black % |
|---|---|---|---|---|---|---|---|---|---|---|
| 760,067 | 1 | 0.0% | 441,328 | 58.1% | 205,434 | 27.0% | 62,598 | 8.2% | 50,707 | 6.7% |

| Total CVAP | Other CVAP | Other CVAP % | Latino CVAP | Latino CVAP % | Asian CVAP | Asian CVAP % | Black CVAP | Black CVAP % |
|---|---|---|---|---|---|---|---|---|
| 573,012 | 342,684 | 59.8% | 132,681 | 23.2% | 53,569 | 9.3% | 44,078 | 7.7% |

 

# California Congress
AB 604

## District 52



### 2020 Census



- Other %: 19%
- Latino %: 60%
- Asian %: 13%
- Black %: 6%

### Citizen Voting Age Population



- Other %: 24%
- Latino %: 51%
- Asian %: 15%
- Black %: 8%



| Population | Deviation | Deviation % | Other | Other % | Latino | Latino % | Asian | Asian % | Black | Black % |
|---|---|---|---|---|---|---|---|---|---|---|
| 760,066 | 0 | 0.0% | 151,060 | 19.9% | 459,616 | 60.5% | 98,430 | 13.0% | 50,960 | 6.7% |

| Total CVAP | Other CVAP | Other CVAP % | Latino CVAP | Latino CVAP % | Asian CVAP | Asian CVAP % | Black CVAP | Black CVAP % |
|---|---|---|---|---|---|---|---|---|
| 490,770 | 119,463 | 24.3% | 254,254 | 51.8% | 73,711 | 15.0% | 43,342 | 8.8% |