UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID TANGIPA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, in his official capacity as the Governor of California, et al.,<br><br>Defendants, | Case No.: 2:25-cv-10616-JLS-WLH-KKL<br><br>**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT-INTERVENOR DCCC'S EX PARTE APPLICATION TO COMPEL DEPOSITIONS OF CERTAIN PLAINTIFFS** |

   Defendant-Intervenor the Democratic Congressional Campaign Committee's ex parte application to compel certain depositions, **Doc. 108**, is **GRANTED IN PART and DENIED IN PART**.  Defendants and Defendant-Intervenors may depose up to four plaintiffs who are not listed in the "will call" section of the joint witness list, **Doc. 101**.  Each deposition shall not exceed one hour in length and may

1

occur remotely.  The parties are ordered to coordinate and comply with the four deposition requests expeditiously and in good faith.  This is without prejudice to renewing requests to depose additional witnesses in the future.

DATED: December 5, 2025

                                         HON. JOSEPHINE L. STATON
                                         UNITED STATES DISTRICT JUDGE

                                         HON. KENNETH K. LEE
                                         UNITED STATES CIRCUIT JUDGE

                                         HON. WESLEY L. HSU
                                         UNITED STATES DISTRICT JUDGE