Rob Bonta
Attorney General of California
Anya M. Binsacca
Lara Haddad
Supervising Deputy Attorneys General
Ryan Eason
David Green
Iram Hasan
S. Clinton Woods
Deputy Attorneys General
Jennifer E. Rosenberg
Deputy Attorney General
State Bar No. 275496
  300 South Spring Street, Suite 1702
  Los Angeles, CA 90013-1230
  Telephone: (213) 269-6617
  Fax: (916) 731-2124
  E-mail: Jennifer.Rosenberg@doj.ca.gov
*Attorneys for Defendants California Governor Gavin Newsom and Secretary of State Shirley Weber*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **DAVID TANGIPA, *et al.*,**<br><br>    Plaintiffs,<br><br>    and<br><br>**UNITED STATES OF AMERICA**,<br><br>    Plaintiff-Intervenor.<br><br>    v.<br><br>**GAVIN NEWSOM, in his official capacity as the Governor of California, *et al.*,**<br><br>    Defendants,<br><br>    and<br><br>**DEMOCRATIC CONGRESSIONAL CAMPAIGN COMMITTEE**, *et. al.*<br><br>    Defendant-Intervenors. | 2:25-cv-10616-JLS-WLH-KKL<br>Three-Judge Court<br><br>**DEFENDANTS' AND DEFENDANT-INTERVENORS' EX PARTE APPLICATION REQUESTING CLARIFICATION REGARDING EVIDENTIARY HEARING PROCEDURE**<br><br>Judge:    Hon. Josephine L. Staton, Hon. Wesley L. Hsu, Hon. Kenneth K. Lee, and<br>Trial Date:  None designated<br>Action Filed: Nov. 5, 2025 |

1

### DEFENDANTS' AND DEFENDANT-INTERVENORS' EX PARTE APPLICATION REQUESTING CLARIFICATION REGARDING EVIDENTIARY HEARING PROCEDURE

Defendants California Governor Gavin Newsom and Secretary of State Shirley Weber and Intervenor-Defendants DCCC and LULAC (together, "Defense Parties") respectfully submit this ex parte application requesting clarification of the schedule and procedures that will apply in the evidentiary hearing set to commence on December 15, 2025 pursuant to Local Rule 7-19.  Good cause exists to grant this ex parte application to clarify the procedures for the evidentiary hearing that will commence six days from today.

This Court's November 21, 2025 order set procedures for all parties to exchange discovery, conduct depositions, compile joint witness and exhibit lists, and negotiate stipulations regarding which evidence may be received into evidence at the start of the hearing on December 15, 2025.  ECF No. 81.

The Defense Parties now respectfully request that the Court provide additional direction as to the timing and procedure for the evidentiary hearing so that all parties may prepare efficient presentations for the Court, including on the subjects below.

- **Presentation and argument.**
    - <u>Opening</u>:  If the Court would like the parties to prepare short opening statements or argument, the Defense Parties respectfully inquire as to how much time the Court wishes to allot to such presentations.
    - <u>Closing or Oral Arguments</u>:  If the Court would like the parties to prepare either closing statements or oral argument, the Defense Parties respectfully inquire as to how much time the Court wishes to allot to such presentations.

- **Timing.** The time the Court anticipates starting each morning and ending each evening (along with any breaks), and whether the Court has set any limit on the length of the evidentiary hearing.
- **Post-hearing briefing.** Whether the Court would like for the parties to submit post-hearing briefing, whether in lieu of or in addition to any closing statements or argument, as well as the form of such post-hearing briefing.
- **Hearing technology.** Any relevant guidelines, preferences, or orders regarding use of courtroom technology during the hearing. To the extent there are any limitations on the use of personal electronic devices in the courtroom, the Defense Parties request that attorneys and their support staff be permitted to use their electronic devices in the courtroom for purposes related to the evidentiary hearing.
- **Exhibits.** Any preferences regarding printed or electronic copies of exhibits, including how many sets of materials should be provided.
- **Any additional requirements or orders.** Any additional procedures the parties should follow or materials the parties may provide the Court to aid its review.

Counsel for Defendants asked counsel for Plaintiffs and Plaintiff-Intervenor on December 8, 2025, whether they would join in this request for clarification and they declined to do so, noting that they would not waive opening or closing statements and objecting to the possibility of post-hearing briefing.

Counsel for Plaintiffs and Plaintiff-Intervenor with whom counsel for Defendants corresponded regarding this request are:

| | |
|---|---|
| Michael Columbo<br>Dhillon Law Group, Inc.<br>177 Post Street, Suite 700<br>San Francisco, California 94108<br>Phone: (415) 944-4996<br>E-mail: mcolumbo@dhillonlaw.com | Jesus A. Osete<br>Principal Deputy Assistant Attorney<br>General, Civil Rights Division<br>U.S. Department of Justice<br>950 Pennsylvania Ave., NW<br>Washington, DC 20579<br>Phone: (202) 679-1732<br>E-mail: jesus.osete@usdoj.gov |

Defendant-Intervenor DCCC joins in this request for clarification, but notes separately its view that in light of the extensive briefing in this matter and in the interest of efficiency, opening and closing statements are unnecessary. Defendants and Defendant-Intervenor LULAC defer to the Court's preference on these matters.

Dated: December 9, 2025

Respectfully submitted,

CALIFORNIA DEPARTMENT OF JUSTICE

*/s/ Jennifer E. Rosenberg*
JENNIFER E. ROSENBERG
Deputy Attorney General
*Attorneys for Defendants*

Dated: December 9, 2025

ARNOLD & PORTER KAYE SCHOLER LLP

*/s/ John A. Freedman*
JOHN A. FREEDMAN
*Attorneys for Defendant-Intervenor LULAC*

Dated: December 9, 2025

ELIAS LAW GROUP LLP

*/s/ Lalitha D. Madduri*
LALITHA D. MADDURI
*Attorneys for Defendant-Intervenor DCCC*

### Attestation

I, Jennifer E. Rosenberg, hereby attest that all signatories listed have concurred in this request's content and have authorized this filing.

*/s/Jennifer E. Rosenberg*
JENNIFER E. ROSENBERG