JESUS A. OSETE*
Principal Deputy Assistant Attorney General
MATTHEW ZANDI (CA No. 203329)
Chief of Staff & Special Counsel
MAUREEN RIORDAN (NY No. 2058840)
Acting Chief, Voting Section
ANDREW BRANIFF (IN No. 23430-71)
Acting Chief, Appellate Section
DAVID GOLDMAN (VA No. 98922)
JOSHUA R. ZUCKERMAN (DC No. 1724555)
GRETA GIESEKE (TX No. 24132925)
Attorneys
   Civil Rights Division
   United States Department of Justice
   950 Pennsylvania Avenue, NW
   Washington, D.C. 20530
   Telephone: (202) 514-3847
   E-Mail:   matt.zandi@usdoj.gov

TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JULIE A. HAMILL (CA No. 272742)
Assistant United States Attorney
   United States Attorney's Office
   300 North Los Angeles Street, Suite 7516
   Los Angeles, California 90012
   Telephone: (213) 894-2464
   E-Mail:   julie.hamill@usdoj.gov

Attorneys for Plaintiff-Intervenor
UNITED STATES OF AMERICA

MICHAEL A. COLUMBO (SBN: 271283)
mcolumbo@dhillonlaw.com
SHAWN COWLES (SBN: 163826)
scowles@dhillonlaw.com
MARK P. MEUSER (SBN: 231335)
mmeuser@dhillonlaw.com
AMBER R. HULSE (Admitted PHV)
ahulse@dhillonlaw.com
DHILLON LAW GROUP INC.
4675 MacArthur Court, Suite 1410
Newport Beach, CA 92660
Telephone: (415) 433-1700
Fax: (415) 520-6593

Attorneys for Plaintiffs

---

* Assistant Attorney General Harmeet K. Dhillon is recused from this matter.

1

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID TANGIPA, *et al.*,<br>        *Plaintiffs*,<br>and<br><br>UNITED STATES OF AMERICA,<br>        *Plaintiff-Intervenor*,<br>v.<br><br>GAVIN NEWSOM, in his official capacity as the Governor of California, *et al.*,<br>        *Defendants*, | Case No.   2:25-cv-10616-JLS-KES<br>Three-Judge Court<br><br>**PLAINTIFFS' AND PLAINTIFF-INTERVENOR'S RESPONSE TO DEFENDANTS' AND DEFENDANT-INTERVENORS' EX PARTE APPLICATION REQUESTING CLARIFICATION REGARDING EVIDENTIARY HEARING PROCEDURE**<br>**Hon. Josephine L. Staton**<br>**Hon. Wesley L. Hsu**<br>**Hon. Kenneth K. Lee**<br>**Hearing Date: December 15, 2025**<br>**Time: 9 a.m.**<br>**Courtroom: One**<br>**Case 2:25-cv-10616-JLS-WLH-KKL**<br><br>Honorable Josephine L. Staton<br>United States District Judge |

Plaintiffs and Plaintiff-Intervenor (collectively "Plaintiffs") respectfully submit this response to Defendants' and Defendant-Intervenors' Ex Parte Application Requesting Clarification Regarding Evidentiary Hearing Procedure, Dkt. 134 ("Application").

The Application correctly states that Plaintiffs object to post-hearing briefing. Plaintiffs object because time is of the essence. Defendants have emphasized that "county elections officials and the Secretary of State must finalize implementation of the new congressional districts no later than December 18." Dkt. 113-2 at 7. Plaintiffs agree that a swift ruling from the Court is necessary to promote certainty and avoid disruption of the electoral process. That is why Plaintiffs were prepared to begin presenting their case on December 3, in accordance with the parties' joint stipulation, Dkt. 33, and the Court's November 19 scheduling order, Dkt. 62.

Although Defendants have expressed concerns about "delays in ongoing and upcoming election processes" resulting from this litigation, Dkt. 113-2 at 6, they nevertheless have sought to prolong this litigation. A "mere six days after they stipulated to" "the preliminary injunction and hearing schedule," they "filed an eleventh-hour ex parte application" to postpone the hearing, even though there was not "anything [that] has occurred in those six days that justifies [their] sudden change of heart." Dkt. 81 at 1. And the instant Application (at 3) now invites time-consuming post-hearing briefing. Defendants and Defendant-Intervenors believe that the Court somehow can begin a multiday hearing on Monday, December 15, sacrifice a day or two to post-hearing briefing, and issue a reasoned order and opinion by no later than Thursday, December 18. That is unrealistic.

Plaintiffs accordingly propose opening and closing statements in lieu of protracted briefing. Opening statements will efficiently frame the issues for the Court and highlight disputed questions of law and fact, and closing statements similarly will frame the issues and summarize the evidence presented during the hearing. Post-hearing briefing, in contrast, will expend judicial and litigant resources and waste the already limited time before the signature-collection period begins on December 19. Such briefing is unnecessary because there already has been "extensive briefing" in this case. Application at 4. Plaintiffs explained this to Defendants and Defendant-Intervenors before they filed the Applications. *See* Declaration of Joshua R. Zuckerman, Ex. 1.

Plaintiffs do not oppose the Application's additional requests for clarity. Plaintiffs respectfully request that "any limit on the length of the evidentiary hearing" (Application at 3) ensure that Plaintiffs and Defendants/Defendant-Intervenors are given equal time to present their cases and that the Court will have time to issue an order and opinion before December 19. Further, Plaintiffs anticipate presenting the entirety of their case on Monday, December 15, and respectfully request that to avoid unnecessary delays, the

1  Court clarify that Defendant and Defendant-Intervenors must be prepared to begin their
2  case immediately after Plaintiffs rest.

| | |
|---|---|
| DATED: December 10, 2025 | Respectfully submitted: |
| By:/s/ Mark P. Meuser | JESUS A. OSETE[*]<br>Principal Deputy Assistant Attorney General |
| MICHAEL A. COLUMBO<br>mcolumbo@dhillonlaw.com<br>**DHILLON LAW GROUP INC.**<br>177 Post Street, Suite 700<br>San Francisco, California 94108<br>Telephone: (415) 944-4996 | MATTHEW ZANDI<br>Chief of Staff & Special Counsel<br><br>MAUREEN RIORDAN<br>Acting Chief, Voting Section |
| SHAWN COWLES<br>scowles@dhillonlaw.com<br>MARK P. MEUSER<br>mmeuser@dhillonlaw.com<br>**DHILLON LAW GROUP INC**.<br>4675 MacArthur Court, Suite 1410<br>Newport Beach, CA 92660 | ANDREW BRANIFF<br>Acting Chief, Appellate Section<br><br>/s/ Joshua R. Zuckerman<br>JOSHUA R. ZUCKERMAN<br>DAVID GOLDMAN<br>GRETA GIESEKE<br>Attorneys<br>Civil Rights Division<br>United States Department of Justice |
| AMBER R. HULSE<br>ahulse@dhillonlaw.com<br>**DHILLON LAW GROUP INC.**<br>2121 Eisenhower Avenue, Suite 608<br>Alexandria, VA 22314<br><br>Attorneys for Plaintiffs | TODD BLANCHE<br>Deputy Attorney General<br>BILAL A. ESSAYLI<br>First Assistant United States Attorney<br><br>s/ Julie A. Hamill<br>JULIE A. HAMILL<br>Assistant United States Attorney<br>United States Attorney's Office<br><br>Attorneys for Plaintiff-Intervenor<br>UNITED STATES OF AMERICA |

---

[*] Assistant Attorney General Harmeet K. Dhillon is recused from this matter.

5

**ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4**

This certifies, pursuant to Local Rule 5-4.3.4, that all signatories to this document concur in its content and have authorized this filing.

/s/ Mark P. Meuser

Mark P. Meuser