# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID TANGIPA, *et al.*,<br>　　　*Plaintiffs*,<br>　　and<br><br>UNITED STATES OF AMERICA,<br>　　　*Plaintiff-Intervenor*,<br>　　v.<br><br>GAVIN NEWSOM, in his official capacity as the Governor of California, *et al.*,<br>　　　*Defendants*, | Case No.   2:25-cv-10616-JLS-KES<br>Three-Judge Court<br><br>**DECLARATION OF JOSHUA R. ZUCKERMAN IN SUPPORT OF PLAINTIFFS' AND PLAINTIFF-INTERVENOR'S RESPONSE TO DEFENDANTS' AND DEFENDANT-INTERVENORS' EX PARTE APPLICATION REQUESTING CLARIFICATION REGARDING EVIDENTIARY HEARING PROCEDURE**<br><br>Honorable Josephine L. Staton<br>United States District Judge |

　　I, Joshua R. Zuckerman, do hereby declare and state as follows.

1.　I am a trial attorney in the United States Department of Justice, Civil Rights Division.  I am admitted to practice in the District of Columbia and represent the United States in the above-captioned matter.

2.　This Declaration is being submitted in support of the Plaintiffs and Plaintiff-Intervenor's Response to Defendants' and Defendant-Intervenors' Ex Parte Application Requesting Clarification Regarding Evidentiary Hearing Procedure

3.　The statements made in this Declaration are based on the knowledge acquired by me in the performance of my official duties and in conjunction with factual and legal research conducted by other attorneys and staff at the Department of Justice.

4.　Attached hereto as Exhibit 1 is a true and correct copy of correspondence between counsel for Defendant, Plaintiffs, and Plaintiff-Intervenor, dated December 8, 2025.

1

1     Having reviewed this Declaration, I declare, under penalty of perjury and pursuant
2 to 28 U.S.C. § 1746, that the foregoing is true and correct.

4     Executed on November 12, 2025, in Washington, D.C.

6     Respectfully submitted,

*/s/ Josh Zuckerman*
JOSHUA R. ZUCKERMAN
Trial Attorney