UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID TANGIPA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, in his official capacity as the Governor of California, et al.,<br><br>Defendants, | Case No.: 2:25-cv-10616-JLS-WLH-KKL<br><br>**ORDER CLARIFYING PROCEDURES FOR THE PRELIMINARY INJUNCTION HEARING [134]** |

    The preliminary injunction hearing shall begin at 9:00 AM on Monday, December 15, 2025 in Courtroom One of the First Street United States Courthouse in Los Angeles, California, and end by Wednesday, December 17, 2025. Each day the court will sit at 9:00 AM, suspend for a one-hour lunch break, and adjourn at 5:00 PM.

    No opening statements will be permitted but a closing oral argument period will proceed on the afternoon of Wednesday, December 17, 2025 in which each side will have one hour to present argument and the court will ask questions of counsel.

    Evidence will be heard on Monday and Tuesday (December 15–16). Each side will have 6.25 hours for presentation of evidence and cross-examination of witnesses. The parties shall submit to the court six sets of binders containing hard copies of all exhibits to be presented. In addition, the parties shall prepare separate

binders for each witness called containing only the exhibits the parties expect to use with that witness. The court strongly encourages the parties to streamline and stipulate to the admission of all exhibits in which their admission is not reasonably in dispute. It appears from prefatory language in the parties' Joint Exhibit List that the parties have attempted to do so as to most exhibits. To avoid confusion, however, the parties are to re-submit a Joint Exhibit List that includes a column titled "Deemed Admitted." The parties should check the box for each exhibit that falls in that category.

The parties and their counsel may use electronic devices in the courtroom for purposes related to the presentation of their cases but audio or visual recording, including the use of speech-to-text software, of the proceedings is strictly prohibited.

Should the court require post-hearing briefing, a separate order will follow.

DATED: December 11, 2025

                                        HON. JOSEPHINE L. STATON
                                        UNITED STATES DISTRICT JUDGE

                                        HON. KENNETH K. LEE
                                        UNITED STATES CIRCUIT JUDGE

                                        HON. WESLEY L. HSU
                                        UNITED STATES DISTRICT JUDGE