UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID TANGIPA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, in his official capacity as the Governor of California, et al.,<br><br>Defendants, | Case No.: 2:25-cv-10616-JLS-WLH-KKL<br><br>**ORDER REGARDING EX PARTE APPLICATION TO COMPEL TESTIMONY [147]** |

    Defendants and Defendant-Intervenors collectively are ordered to respond to Plaintiff-Intervenor the United States' ex parte application to compel the testimony of Paul Mitchell, **Doc. 147**, by 5:00 PM Pacific Time today, December 12, 2025.

    Further, the Defendants and Defendant-Intervenors shall be prepared to produce documents and make Paul Mitchell available for deposition either December 13, 2025 or December 14, 2025 should the Court so order.

DATED: December 12, 2025

                                     HON. JOSEPHINE L. STATON
                                     UNITED STATES DISTRICT JUDGE

HON. KENNETH K. LEE
UNITED STATES CIRCUIT JUDGE

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE