**ARNOLD & PORTER KAYE SCHOLER LLP**
SEAN O. MORRIS (SBN 200368)
Sean.Morris@arnoldporter.com
777 South Figueroa Street
44th Floor
Los Angeles, CA 90017
T: (213) 243-4000
F: (213) 243-4199

JOHN A. FREEDMAN*
John.Freedman@arnoldporter.com
601 Massachusetts Ave, NW
Washington, DC 20001
T: (202) 942-5000
F: (202) 942-5999

**DEMOCRACY DEFENDERS ACTION**
NORMAN L. EISEN*
TIANNA MAYS*
SOFIA FERNANDEZ GOLD*
JACOB KOVACS-GOODMAN*
norman@democracydefenders.org
tianna@democracydefenders.org
sofia@democracydefenders.org
jacob@democracydefenders.org
600 Pennsylvania Ave SE, Unit 15180
Washington, DC 20003
T: (202) 594-9958

**JUSTICE LEGAL STRATEGIES PLLC**
JON M. GREENBAUM (SBN 166733)
jgreenbaum@justicels.com
P.O. Box 27015
Washington, DC 20038
T: (202) 601-8678

*Counsel for Intervenor-Defendant
League of United Latin American Citizens*

*Admitted pro hac vice

DEFENDANT-INTERVENOR LEAGUE OF UNITED LATIN AMERICAN CITIZENS' RESPONSE TO THE COURT'S ORDER REGARDING EX PARTE MOTION TO COMPEL TESTIMONY OF PAUL MITCHELL

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DAVID TANGIPA. *et al.*,<br><br>            Plaintiffs,<br><br>    v.<br><br>GAVIN NEWSOM, *et al.*,<br><br>            Defendants,<br><br>and<br><br>LEAGUE OF UNITED LATIN AMERICAN CITIZENS (LULAC),<br><br>            Intervenor-Defendant. | Case No. 2:25-cv-10616-JLS-WLH-KKL<br><br>**INTERVENOR-DEFENDANT LEAGUE OF UNITED LATIN AMERICAN CITIZENS' RESPONSE TO THE COURT'S ORDER REGARDING EX PARTE MOTION TO COMPEL TESTIMONY OF PAUL MITCHELL**<br><br>Hon. Josephine L. Staton<br>Hon. Wesley L. Hsu<br>Hon. Kenneth K. Lee<br><br>Hearing Date: December 15, 2025<br>Time:         9:00 a.m.<br>Courtroom:    One |

Pursuant to the Court's order on December 12, 2025, (Dkt. No. 153), directing a response to the Plaintiff-Intervenor United States' *ex parte* application to compel the testimony of Paul Mitchell (Dkt. No. 147), Intervenor-Defendant League of United Latin American Citizens (LULAC) responds below.

## LULAC'S RESPONSE

1. Mr. Paul Mitchell is not a party to the case and is separately represented by independent counsel.

2. LULAC does not have a relationship with or control over Mr. Mitchell, and no ability to produce any documents from him that have not already been provided by other parties in this case.

3. LULAC is unable to produce Mr. Mitchell for further deposition if the Court grants the United States' motion.

4. LULAC understands that Mr. Mitchell asserted a legislative privilege on behalf of California legislators. These legislators are also not parties to this litigation.

5. LULAC opposes the United States' attempt to draw an adverse inference against the Defendants and Intervenor-Defendants based on the invocation of a privilege by a non-party on behalf of another non-party. *See* Dkt. No. 147 at 1, 15–19. It is improper to impute all Defendants for the conduct and assertions of privilege of a non-party witness on behalf of a non-party. *See Florida v. United States*, 885 F. Supp. 2d 299, 353 & n.65 (D.D.C. 2012) (declining to draw an adverse inference over state legislators' assertion of legislative privilege in a Section 5 preclearance case because doing so would "run contrary to the instruction of *Arlington Heights*.") (quoting 429 U.S. 252, 268); *Rodriguez v. Pataki*, 308 F. Supp. 2d 346, 460 (S.D.N.Y. 2004) (declining to draw an adverse inference even when a *party* invoked legislative privilege in a racial gerrymandering case); *see also Alexander v. S.C. State Conference of the NAACP*, 602 U.S. 1, 36 (2024) (discussing the adverse inference applicable specifically to *parties* to a case).

LULAC otherwise does not take a position on the motion.

1  Dated: December 15, 2025

2  /s/ John A. Freedman                       DEMOCRACY DEFENDERS ACTION
3  **ARNOLD & PORTER KAYE**                   NORMAN L. EISEN*
   **SCHOLER LLP**                            TIANNA MAYS*
4                                             SOFIA FERNANDEZ GOLD*
5  JOHN A. FREEDMAN*                          JACOB KOVACS-GOODMAN*
6  John.Freedman@arnoldporter.com             norman@democracydefenders.org
   601 Massachusetts Ave, NW                  tianna@democracydefenders.org
7  Washington, DC 20001                       sofia@democracydefenders.org
8  T: (202) 942-5000                          jacob@democracydefenders.org
   F: (202) 942-5999                          600 Pennsylvania Ave SE,
9                                             Unit 15180
10 SEAN O. MORRIS (SBN 200368)                Washington, DC 20003
   Sean.Morris@arnoldporter.com               T: (202) 594-9958
11 777 South Figueroa Street
   44th Floor
12 Los Angeles, CA 90017
13 T: (213) 243-4000
   F: (213) 243-4199
14

15

16 **JUSTICE LEGAL STRATEGIES PLLC**
17 JON M. GREENBAUM (SBN 166733)
18 jgreenbaum@justicels.com
   P.O. Box 27015
19 Washington, DC 20038
20 T: (202) 601-8678

21 *Counsel for Intervenor-Defendant*
22 *League of United Latin American Citizens*
23

24 *Admitted pro hac vice

25

26

27

28

INTERVENOR-DEFENDANT LEAGUE OF UNITED LATIN AMERICAN CITIZENS' RESPONSE TO THE COURT'S ORDER REGARDING EX PARTE MOTION TO COMPEL TESTIMONY OF PAUL MITCHELL

**CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 11-6.2**

The undersigned, counsel for Defendant-Intervenor LULAC, certifies that this brief contains 319 words, which complies with the word limit of L.R. 11-6.1.

*/s/ John A. Freedman*
John A. Freedman

**ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4**

This certifies, pursuant to Local Rule 5-4.3.4, that all signatories to this document concur in its content and have authorized this filing.

*/s/ John A. Freedman*
John A. Freedman

# CERTIFICATE OF SERVICE

Case Name:  Tangipa et al v. Newsom et al   No. 2:25-cv-10616-JLS-WLH-KKL

I hereby certify that on <u>December 12, 2025</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**INTERVENOR-DEFENDANT LEAGUE OF UNITED LATIN AMERICAN CITIZENS' RESPONSE TO THE COURT'S ORDER REGARDING EX PARTE MOTION TO COMPEL TESTIMONY OF PAUL MITCHELL**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I further certify that I caused this document to be served on non-party Paul Mitchell via e-mail to his attorneys, Kimon Manolius and Samantha Bacon, of Hanson Bridgett, LLP at the email addresses below:

kmanolius@hansonbridgett.com; sbacon@hansonbridgett.com

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>December 12, 2025</u>, in Washington, D.C.

                                        */s/ John A. Freedman*
                                        Signature