

In the Matter Of:

DAVID TANGIPA

vs

GAVIN NEWSOM

PAUL H. MITCHELL

December 10, 2025

CERTIFIED COPY

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

UNITED STATES DISTRICT COURT

FOR THE

CENTRAL DISTRICT OF CALIFORNIA

--oOo--

| | | |
|---|---|---|
| DAVID TANGIPA, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | No. |
| | ) | 2:25-cv-10616-JLS-WLH- |
| GAVIN NEWSOM, in his | ) | KKL |
| official capacity as the | ) | |
| Governor of California, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**CERTIFIED COPY**

--oOo--

Videoconferencing Videotaped Deposition of

PAUL H. MITCHELL

Wednesday, December 10, 2025

--oOo--

ARRAY - JOB NO. 103797

Certified Shorthand Reporters

Reported by:  LINDA J. HART, CSR License 4357, RMR/CRR

```
 1                   A P P E A R A N C E S

 2

 3

 4   For the Plaintiffs:

 5          DHILLON LAW GROUP
            By:  MARK MEUSER, Esq.
 6          4675 MacArthur Court, Suite 1410
            Newport Beach, California 92660
 7          949.688.7707
            Mmeuser@dhillonlaw.com
 8

 9   For the UNITED STATES DEPARTMENT OF JUSTICE:

10          UNITED STATES DEPARTMENT OF JUSTICE
            UNITED STATES ATTORNEY'S OFFICE
11          By:  JULIE A. HAMILL, Esq.
            And  JESUS OSETE, Esq.  (VIA ZOOM)
12          300 N. Los Angeles Street, Suite 7516
            Los Angeles, California  90012
13          213.894.2464
            Julie.hamill@usdoj.gov
14          Jesus.osete@usdog.gov

15

16   For the CALIFORNIA DEPARTMENT OF JUSTICE:

17          STATE OF CALIFORNIA, DEPARTMENT OF JUSTICE
            OFFICE OF THE ATTORNEY GENERAL
18          GOVERNMENT LAW SECTION
            By:  S. CLINTON WOODS, Deputy Attorney General
19          And DAVID GREEN, Deputy Attorney General
            1300 I Street
20          Sacramento, California 95814
            Clint.Woods@doj.ca.gov
21          David.Green@doj.ca.gov

22

23

24

25
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                              3

```
 1    For the DEMOCRATIC CONGRESSIONAL CAMPAIGN COMMITTEE:

 2            ELIAS LAW GROUP, LLP
              By:  LALITHA MADDURI, Esq.  (VIA ZOOM)
 3            And  CHRIS DODGE, Esq.     (VIA ZOOM)
              250 Massachusetts Avenue NW, Suite 400
 4            Washington DC, 20001-5825
              202.968.4593
 5            Lmadduri@elias.law
              Cdodge@elias.law
 6

 7                 -  and -

 8            QURESHI LAW
              By:  OMAR QURESHI, Esq.  (VIA ZOOM)
 9            700 S. Flower Street, Suite 1000
              Los Angeles, California  90017-4112
10            213.600.6096
              Omar@qureshi.law
11

12    For the LEAGUE OF UNITED LATIN AMERICAN CITIZENS:

13            DEMOCRACY DEFENDERS
14            By:  SOFIA FERNANDEZ-GOLD, Esq.  (VIA ZOOM)
              And JACOB KOVACS-GOODMAN, Esq.   (VIA ZOOM)
15            Sofia@democracydefenders.org
              Jacob@democracydefenders.org
16

17    For the Witness PAUL H. MITCHELL:

18
              HANSEN BRIDGETT, LLP
19            By:  KIMON MANOLIUS, Esq.
              And  JAKE ZARONE, Esq.
20            425 Market Street, Floor 26
              San Francisco, California  94105-5841
21            415.995.5841
              Kmanolius@hansenbridgett.com
22            Jzarone@hansenbridgett.com

23

24

25
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    4

```
 1   ZOOM APPEARANCES:

 2          DOMENIC AULISI,  Esq.
            ORION de NEVERS, Esq.
 3          MICHAEL COLOMBO, Esq.
            THOMAS RIVERA, Esq., ARNOLD & PORTER
 4          SANA SINHA, Esq.
            TYLER BISHOP, Esq.
 5
                        --o0o--
 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                            5

```
 1                        I N D E X

 2   Examination by:                                   Page

 3     Ms. Hamill                                       13
       Mr. Meuser                                      180
 4     Ms. Hamill                                      301
       Mr. Woods                                       302
 5

 6                        --oOo--

 7                      E X H I B I T S

 8   Plaintiff's             Description               Page
     Exhibit No.
 9
       Exhibit 1   Federal subpoena, dated              20
10                 11/26/2025.

11     Exhibit 2   Proof of Service of Federal          21
                   subpoena.
12
       Exhibit 3   Federal Subpoena dated               21
13                 12/03/2025.

14     Exhibit 4   DCCC Responses to Plaintiff's        43
                   First Set of Interrogatories.
15
       Exhibit 5   Political Consulting Agreement,      53
16                 dated 7/15/2025.

17     Exhibit 6   DCCC letter from Julie Merz,         60
                   e-mail chain.
18
       Exhibit 7   E-mail chain.                        71
19
       Exhibit 8   Capitol Weekly Podcast, August       96
20                 15, 2025.

21     Exhibit 9   Hispanas Organized for Political    113
                   Equality, Presentation,
22                 10/17/2025.

23     Exhibit 10  Letter from HOPE to Citizens        121
                   Redistricting Commission, dated
24                 11/24/21.

25
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    6

| | | |
|---|---|---|
| Exhibit 11 | Sacramento Observer article. | 173 |
| Exhibit 12 | Non-Party Paul Mitchell's Response and Objections to Plaintiffs' and Plaintiff Intervenor's Subpoenas to Testify and Produce Documents, Information, or objects at Deposition in a Civil Action. | 180 |
| Exhibit 13 | Federal subpoena, dated 12/10/2025. | 184 |
| Exhibit 14 | Letter from Julie Merz, DCCC, undated, with attachments. | 185 |
| Exhibit 15 | California Congress, AB604 atlas. | 189 |
| Exhibit 16 | MALDEF California Statewide Redistricting Plans. | 211 |
| Exhibit 17 | Paul Mitchell, X post. | 214 |
| Exhibit 18 | Paul Mitchell, X post. | 218 |
| Exhibit 19 | Paul Mitchell, X post. | 221 |
| Exhibit 20 | Cal Poly Pomona, Latino Voters and the November 2025 Special Election: Redistricting and Representation. | 222 |
| Exhibit 21 | PPIC blog post, dated 10/8/2025, How Would the Prop 50 Redistricting Plan Affect Racial and Geographic Representation? | 222 |
| Exhibit 22 | UCLA, Asian American and Pacific Islander Policy Initiative; August 2025, Special Election November 2025: Redistricting and the Consequences for Asian American Voters. | 222 |
| Exhibit 23 | Redistricting Partners, invoice to DCCC dated 8/15/2025 for $108,333.33. | 228 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                              7

```
 1   Exhibit 24 ABC 10 article, "The Next Steps        308
                 in California Democrats' plan to
 2               counter Texas Republicans'
                 redistricting push.
 3
                      CERTIFIED QUESTIONS
 4                  Page 23, lines 5 & 6

 5                  Page 24, lines 14 & 15

 6                  Page 26, lines 15-16

 7                  Page 28, lines 2 & 3

 8      Page 32, lines 12 & 13, 17 & 18 and 20 & 21

 9                  Page 34, lines 20-21

10                  Page 35, lines 3 - 5

11                   Page 41, line 22

12   Page 47, lines 3 & 4, 7 & 8, 18 - 20 and 23 - 25

13            Page 48, lines 3 - 6, 10 - 12

14                  Page 52, lines 1 & 2

15                   Page 58, line 23

16      Page 70, lines 24 & 25 and page 71, line 1

17                  Page 74, lines 24 & 25

18         Page 76, lines 6 & 7, 11 - 13, 16 - 18

19   Page 80, lines 8 & 9, 13 & 14, 17 & 18, 21 & 22

20            Page 81, lines 8 - 10, 14 - 16

21         Page 84, lines 6 - 8, 12 - 15, 18 - 21

22                  Page 85, lines 17 & 18

23                  Page 88, lines 24 & 25

24                  Page 89, lines 5 - 8

25      Page 91, lines 24 & 25 and Page 92, line 1
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    8

```
 1                    Page 93, lines 17 - 22

 2       Page 98, lines 1 & 2, 6 - 8, 11, 15, 19 - 21

 3                    Page 103, lines 20 - 22

 4                 Page 104, lines 1-4, 20 - 21

 5       Page 104, lines 24 & 25 and page 105, line 1

 6                    Page 107, lines 7 - 11

 7                    Page 120, lines 3 & 4

 8                    Page 129, lines 5 - 8

 9       Page 129, lines 23 - 25 and page 130, line 1

10                    Page 130, lines 6 - 9

11                      Page 130, line 23

12      Page 131, lines 7 & 8, 13 - 15, 17 - 19, 22 - 24

13                   Page 132, lines 17 - 19

14       Page 134, lines 23 - 25 and page 135, line 1

15                  Page 135, lines 15 & 16

16                  Page 139, lines 8 - 10

17          Page 141, lines 3 - 7, 9 & 10, 13 - 16

18                   Page 143, lines 3 - 5

19             Page 147, lines 1 - 4, 17 - 25

20                   Page 153, lines 7 - 9

21            Page 155, lines 13 & 14, 18 - 20

22                  Page 158, lines 16 & 17

23                     Page 159, line 21

24                      Page 160, line 4

25                  Page 161, lines 17 & 18
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                            9

1          Page 161, lines 21 - 25 and page 162, line 1

2        Page 162, lines 5 & 6, 9 - 10, 13 & 14, 20 - 22

3          Page 162, line 25 and page 163, lines 1 - 7

4              Page 163, lines 13 - 15, 18 - 24

5                      Page 167, line 19

6        Page 168, line 9, 12 & 13, 16 - 18, 21 - 23

7            Page 169, lines 2 & 3, 6 & 7, 19 - 21

8                   Page 173, lines 5 & 6

9                  Page 175, lines 10 - 12

10        Page 177, lines 4 & 5, 13 & 14, 17 - 20

11                 Page 178, lines 32 - 25

12                  Page 179, lines 3 & 4

13                 Page 182, lines 22 & 23

14                  Page 184, lines 7 & 8

15               Page 192, line 1, 13 - 16

16                  Page 194, lines 2 - 4

17                 Page 196, lines 9 & 10

18                 Page 209, lines 22 - 24

19                 Page 210, lines 16 - 20

20   Page 220, lines 24 & 25, and page 221, lines 1 & 2

21                      Page 225, line 5

22        Page 226, line 25 and page 227, lines 1 - 3

23                     Page 227, line 13

24         Page 227, line 25 and page 228, line 1

25              Page 232, lines 5 & 6, and 12

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    10

```
 1              Page 236, lines 7 -

 2              Page 242, lines 19 - 21

 3              Page 244, lines 15 - 18

 4              Page 248, lines 21 & 22

 5              Page 253, lines 1 & 2

 6              Page 256, lines 9 - 16

 7              Page 260, lines 9 & 10

 8              Page 261, lines 6 & 7

 9         Page 263, line 25 and page 264, line 1

10              Page 264, lines 15 - 25

11              Page 265, lines 22 - 25

12           Page 266, lines 9 - 12, 19 - 21

13              Page 269, lines 12 - 15

14         Page 270, lines 12 & 13, 23 - 25

15              Page 271, lines 17 - 20

16              Page 274, lines 17 - 24

17              Page 275, lines 13 - 15

18              Page 276, lines 2 - 7

19              Page 281, lines 8 - 9

20              Page 282, lines 9 & 10

21   Page 285, lines 22 - 25 and page 286, lines 1 - 3

22              Page 286, lines 6 - 15

23              Page 288, lines 19 - 22

24              Page 294, lines 14 & 15

25      Page 295 lines 10 & 11, 18 & 19 and 296, 14-17
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    11

```
 1              BE IT REMEMBERED, that on Wednesday, the 10th

 2   day of December, 2025, commencing at the hour of 10:08

 3   a.m. thereof, at Hansen Bridgett, LLP, 500 Capitol Mall,

 4   Suite 1500, Sacramento, California, before me, Linda J.

 5   Hart, a Certified Shorthand Reporter, in and for the

 6   County of Sacramento, State of California, there

 7   personally appeared

 8                    PAUL H. MITCHELL,

 9   called, as a witness, by the Plaintiffs, who, being by

10   me first duly sworn, was thereupon examined and

11   interrogated as hereinafter set forth:

12              THE VIDEOGRAPHER:  Good morning.  Here begins    10:08:18

13   media number one of the deposition of Paul Mitchell,       10:08:21

14   Volume 1 in the matter of David Tangpia, et al. versus     10:08:25

15   Gavin Newsom, et al., versus -- scratch verse.             10:08:31

16              This case is in the United States District      10:08:36

17   Court for the Central District of California and the       10:08:39

18   case number is 2:25-cv-10616-JLS-WLH-KKL.                  10:08:43

19              Today's date is December 10th, 2025 and the     10:08:53

20   time is 10:08 a.m.                                         10:08:57

21              This deposition is taking place at Hansen       10:09:00

22   Bridgett, LLP, 500 Capitol Mall, Suite 1500, Sacramento,   10:09:04

23   California.  The videographer is Nicholas Coulter          10:09:12

24   appearing on behalf of Array Legal Services.               10:09:15

25              Would counsel please identify yourselves and    10:09:19
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                                12

```
 1   state whom you represent?                              10:09:21
 2           MS. HAMILL:  Julie Hamill, the United States    10:09:22
 3   of America.                                            10:09:24
 4           MR. MEUSER:  Mark Meuser, Dhillon Law Group on  10:09:25
 5   behalf of the plaintiff.                               10:09:29
 6           MR. WOODS:  Clinton Woods from the California   10:09:29
 7   Department of Justice on behalf of the State defendants.  10:09:31
 8           MR. GREEN:  David Green with the California     10:09:34
 9   Department of Justice, also on behalf of State entities.  10:09:36
10           MR. ZARONE:  Jake Zarone, Hansen Bridgett, on   10:09:40
11   behalf of Mr. Mitchell.                                10:09:42
12           MR. MANOLIUS: Kimon Manolius, the same.        10:09:43
13           MS. MADDURI:  My name is Lali Madduri from      10:09:43
14   Elias law group on behalf of the democratic            10:09:52
15   congressional committee and I will by joined by my     10:09:56
16   colleague, Christopher Dodge.                          10:09:59
17           MR. deNEVERS:  Orion deNevers, Arnold and       10:10:02
18   Porter, on behalf of the LULAC defendants.             10:10:03
19           MS. FERNANDEZ-GOLD:  Sofiya Fernandez-Gold,     10:10:06
20   Democracy Defenders, on behalf of defendant intervenor  10:10:10
21   LULAC.                                                 10:10:10
22           MR. OSETE:  Jesus Osete for the plaintiff      10:10:16
23   intervenor United States of America.                  10:10:17
24           MR. RIVERA:  Thomas Rivera on behalf of        10:10:22
25   defendant intervenor LULAC.                            10:10:24
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                           13

| | | |
|---|---|---|
| 1 | MR. COLOMBO:  Michael Colombo on behalf of | 10:10:29 |
| 2 | plaintiffs. | 10:10:31 |
| 3 | THE WITNESS:  They keep popping out, there's | 10:10:33 |
| 4 | more and more. | 10:10:34 |
| 5 | MR. AULISI:  Dominic Aulisi on behalf of the | 10:10:36 |
| 6 | plaintiffs. | 10:10:37 |
| 7 | THE VIDEOGRAPHER:  Would the reporter please | 10:10:45 |
| 8 | swear in the witness? | 10:10:46 |
| 9 | THE REPORTER:  Good day.  My name is Linda | |
| 10 | Hart, Certified Shorthand Reporter No. 4357, from L.J. | |
| 11 | Hart & Associates. | |
| 12 | Can I ask you to raise your right hand, | |
| 13 | please? | |
| 14 | Do you solemnly swear to tell the truth, the | |
| 15 | whole truth, and nothing but the truth in this matter | |
| 16 | now pending? | |
| 17 | THE WITNESS:  Yes. | 10:11:06 |
| 18 | THE REPORTER:  Go ahead. | 10:11:08 |
| 19 | MS. HAMILL:  Thank you. | 10:11:09 |
| 20 | EXAMINATION | 10:11:09 |
| 21 | By: JULIE HAMILL, Attorney at Law, counsel on behalf of | 10:11:09 |
| 22 | the Plaintiffs: | 10:11:14 |
| 23 | MR. MANOLIUS: Do you want them up on the | 10:11:14 |
| 24 | screen or -- | 10:11:16 |
| 25 | MR. MEUSER:  If we could, less delaying right | 10:11:16 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                      14

| | | |
|---|---|---|
| 1 | now. | 10:11:20 |
| 2 | MS. HAMILL:  Is it okay to proceed while we're | 10:11:21 |
| 3 | working that out. | 10:11:22 |
| 4 | MR. MANOLIUS:  Yeah, of course.  I had sent | 10:11:23 |
| 5 | you the number I think -- | 10:11:24 |
| 6 | MS. HAMILL:  Judge. | 10:11:25 |
| 7 | MR. MEUSER:  Well, I sent you the Zoom that | 10:11:26 |
| 8 | they are working off of. | 10:11:28 |
| 9 | MR. MANOLIUS: Okay. | 10:11:29 |
| 10 | MR. MEUSER:  So what you have got there is | 10:11:30 |
| 11 | your Zoom and what they, you know, what he's working off | 10:11:32 |
| 12 | is the official Zoom so -- | 10:11:35 |
| 13 | MR. MANOLIUS:  Do you have the other Zoom | 10:11:37 |
| 14 | number? | 10:11:39 |
| 15 | THE WITNESS:  Looks like she's doing | 10:11:39 |
| 16 | something. | 10:11:42 |
| 17 | MS. HAMILL:  If it's okay I'd like to begin. | 10:11:42 |
| 18 | A       Go for it. | 10:11:44 |
| **19** | **Q       Okay.  Thank you for being here today?** | 10:11:45 |
| 20 | A       Of course. | 10:11:47 |
| **21** | **Q       You're obviously very popular, Mr. Mitchell?** | 10:11:47 |
| 22 | A       I can't confirm or deny that. | 10:11:50 |
| **23** | **Q       Have you had your deposition take taken** | 10:11:52 |
| **24** | **before?** | 10:11:54 |
| 25 | A       Once. | 10:11:54 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                              15

| 1 | Q | When was that? | 10:11:55 |
| 2 | A | I can't -- I don't know the exact year. | 10:11:56 |
| 3 | Q | 10, 20 years ago? | 10:11:58 |
| 4 | | MR. MANOLIUS: If you know. | 10:12:02 |
| 5 | A | Ten-ish. | 10:12:03 |
| 6 | | MS. HAMILL:  Okay.  And what was the case | 10:12:04 |
| 7 | | about? | 10:12:06 |
| 8 | A | The case was about a CVRA case in Santa | 10:12:06 |
| 9 | | Clarita somewhere. | 10:12:11 |
| 10 | Q | Do you remember the case name? | 10:12:13 |
| 11 | A | No. | 10:12:14 |
| 12 | Q | Santa Clarita California Voting Rights Act | 10:12:14 |
| 13 | | case? | 10:12:18 |
| 14 | A | Yeah, it was maybe a community college | 10:12:18 |
| 15 | | district or something like that. | 10:12:20 |
| 16 | Q | Were you an expert witness? | 10:12:21 |
| 17 | A | No, why you. | 10:12:22 |
| 18 | Q | Were you a percipient witness? | 10:12:23 |
| 19 | A | I don't know the terminology. | 10:12:24 |
| 20 | Q | Did you draw maps in that case? | 10:12:26 |
| 21 | A | I did an analysis jurisdiction. | 10:12:28 |
| 22 | Q | Okay.  Who did you do the analysis for? | 10:12:30 |
| 23 | A | I don't recall the exact client. | 10:12:33 |
| 24 | Q | So you had your deposition taken before | 10:12:43 |
| 25 | | probably a long time ago, you probably need a little | 10:12:45 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    16

| | | |
|---|---|---|
| 1 | refresher? | 10:12:47 |
| 2 | A        Please. | 10:12:48 |
| 3 | Q        I'm sure your counsel explained to you how | 10:12:48 |
| 4 | this is going to go, we're not in a courtroom but you're | 10:12:51 |
| 5 | under oath so everything you say here is under penalty | 10:12:54 |
| 6 | of perjury.  We're going to try to talk slow or speak | 10:12:57 |
| 7 | slowly so that the court reporter can get down | 10:13:00 |
| 8 | everything that is said. | 10:13:02 |
| 9 | (Zoom interruption.) | 10:13:06 |
| 10 | Let's try not to talk over each other and then | 10:13:07 |
| 11 | when you answer my questions, please use words likes | 10:13:10 |
| 12 | "yes" or "no" instead of sounds like uh-huh, huh-uh, or | 10:13:13 |
| 13 | a nod or a shake of the head. | 10:13:16 |
| 14 | Does that make sense? | 10:13:18 |
| 15 | A        Yes. | 10:13:19 |
| 16 | Q        Perfect.  Okay.  I'm going to ask you | 10:13:20 |
| 17 | questions.  Your attorney is going to object.  I also | 10:13:23 |
| 18 | understand that your attorney intends to instruct you | 10:13:27 |
| 19 | not to answer on the grounds of privilege for certain | 10:13:30 |
| 20 | questions unless your attorney instructs you not to | 10:13:33 |
| 21 | answer, you must answer my questions. | 10:13:36 |
| 22 | A        (Witness nodding head.) | 10:13:38 |
| 23 | Q        Okay.  Is there any reason why you can't give | 10:13:39 |
| 24 | your best testimony today? | 10:13:41 |
| 25 | A        No.  I do have a little bit of a cold but that | 10:13:42 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    17

| | | |
|---|---|---|
| 1 | shouldn't impair me, I have some cough drops. | 10:13:46 |
| **2** | **Q        Are you taking any medication that would** | 10:13:48 |
| **3** | **impede your ability to recall events?** | 10:13:50 |
| 4 | A        No. | 10:13:51 |
| **5** | **Q        And as the map drawer in this case, I suspect** | 10:13:52 |
| **6** | **the Judicial Panel is going to have questions for you** | 10:13:57 |
| **7** | **next week at the preliminary injunction hearing.** | 10:14:00 |
| **8** | **Are you willing to come down to Los Angeles** | 10:14:02 |
| **9** | **next week to testify at the preliminary injunction** | 10:14:05 |
| **10** | **hearing in this case?** | 10:14:07 |
| 11 | A        I haven't made a decision. | 10:14:08 |
| 12 | MR. MANOLIUS: Yeah, objection.  He's not under | 10:14:10 |
| 13 | subpoena, so he doesn't need to answer that now for that | 10:14:14 |
| 14 | proceeding. | 10:14:16 |
| 15 | MR. WOODS:  I'd also object that it calls for | 10:14:20 |
| 16 | a legal conclusion. | 10:14:21 |
| 17 | MS. HAMILL Q:  I was just asking if you would | 10:14:22 |
| 18 | be willing to come down to testify during the | 10:14:24 |
| 19 | preliminary injunction hearing next week in this case? | 10:14:26 |
| 20 | MR. MANOLIUS:  Same objections.  All of them. | 10:14:29 |
| 21 | MR. WOODS:  Same. | 10:14:32 |
| 22 | THE WITNESS:  (Shrugging shoulders.) | 10:14:35 |
| 23 | MS. HAMILL:  Is that a yes or a no? | 10:14:36 |
| 24 | A        I am not willing to commit to anything. | 10:14:37 |
| **25** | **Q        Unwilling to commit to anything?** | 10:14:39 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                        18

| | | |
|---|---|---|
| 1 | A        Thank you. | 10:14:41 |
| **2** | **Q        And are you available next Monday?** | 10:14:41 |
| 3 | MR. MANOLIUS:  Objection, vague.  For what? | 10:14:45 |
| 4 | THE WITNESS:  I don't know. | 10:14:48 |
| 5 | MS. HAMILL Q:  Do you have any travel or work | 10:14:48 |
| 6 | obligations scheduled for next Monday? | 10:14:50 |
| 7 | A        I don't know. | 10:14:53 |
| 8 | MR. MANOLIUS:  Objection.  Relevance. | 10:14:54 |
| 9 | MS. HAMILL:  And would you be available for | 10:14:58 |
| 10 | remote video testimony if not available to travel to Los | 10:14:59 |
| 11 | Angeles next week? | 10:15:03 |
| 12 | MR. MANOLIUS: Same objections. | 10:15:04 |
| 13 | MR. WOODS:  Join. | 10:15:05 |
| 14 | MS. HAMILL:  Yes or no? | 10:15:08 |
| 15 | A        I don't know. | 10:15:09 |
| **16** | **Q        You don't know?  And you live in Sacramento,** | 10:15:10 |
| **17** | **which is more than 100 miles away from Los Angeles; is** | 10:15:12 |
| **18** | **that correct?** | 10:15:16 |
| 19 | A        Yes. | 10:15:16 |
| **20** | **Q        When did you first learn about this case?** | 10:15:18 |
| 21 | MR. MANOLIUS:  Objection.  As to what? | 10:15:25 |
| 22 | A        Could you clarify? | 10:15:28 |
| 23 | MS. HAMILL:  Do you know why we're here today. | 10:15:29 |
| 24 | A        Yes.  You mean the lawsuit.  I first learned | 10:15:31 |
| 25 | about the lawsuit when, I don't know, I don't know the | 10:15:36 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                               19

| | | |
|---|---|---|
| 1 | exact date, whenever it first popped up. | 10:15:40 |
| **2** | **Q        Was it before you received your subpoena?** | 10:15:42 |
| 3 | A        Yes. | 10:15:45 |
| **4** | **Q        How long before your subpoena?** | 10:15:47 |
| 5 | A        I don't recall. | 10:15:49 |
| **6** | **Q        Did you learn about it the day that it was** | 10:15:50 |
| **7** | **filed?** | 10:15:52 |
| 8 | MR. MANOLIUS: Objection, calls for | 10:15:52 |
| 9 | speculation. | 10:15:53 |
| 10 | A        I don't have that information. | 10:15:59 |
| **11** | **Q        So I don't want you to guess or speculate but** | 10:16:00 |
| **12** | **I am entitled to your best estimate?** | 10:16:02 |
| 13 | A        My best estimate is that I would have known | 10:16:05 |
| 14 | when it was publicized in the news, but I wouldn't have | 10:16:07 |
| 15 | had knowledge about it before then. | 10:16:11 |
| **16** | **Q        So you've known about it since November?** | 10:16:12 |
| 17 | MR. MANOLIUS:  Objection, calls for | 10:16:14 |
| 18 | speculation.  He's already said he doesn't know. | 10:16:15 |
| 19 | A        I don't recall the exact date.  I wouldn't | 10:16:18 |
| 20 | know.  I mean, if that's when the case was -- you | 10:16:21 |
| 21 | apparently know the date that it was filed so whenever | 10:16:24 |
| 22 | the date it was filed or whenever it was publicized in | 10:16:26 |
| 23 | the news, I'm up-to-date in the news so whenever it was | 10:16:29 |
| 24 | filed in the news is when I would have known about it. | 10:16:31 |
| **25** | **Q        And so when I say the phrase Prop 50 map do** | 10:16:33 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                        20

| | | |
|---|---|---|
| 1 | you understand what I'm referring to? | 10:16:37 |
| 2 | A      Yes. | 10:16:39 |
| 3 | Q      What is your understanding of that? | 10:16:39 |
| 4 | A      It is the map that was approved by voters on | 10:16:41 |
| 5 | the ballot on the November election. | 10:16:43 |
| 6 | Q      Okay. | 10:16:46 |
| 7 | (Whereupon Plaintiff's Exhibit 1 | 10:16:46 |
| 8 | was marked for identification.) | 10:16:46 |
| 9 | MS. HAMILL:  Okay.  I am marking as Exhibit 1 | 10:17:05 |
| 10 | the subpoena to Paul Mitchell to testify at a deposition | 10:17:11 |
| 11 | in a civil action.  This was dated for a December 5th | 10:17:13 |
| 12 | appearance and it was issued on November 26th.  And all | 10:17:24 |
| 13 | the counsel on the line received a copy of this via an | 10:17:37 |
| 14 | e-mail.  Have you seen this document before?  Your | 10:17:42 |
| 15 | counsel -- | 10:17:54 |
| 16 | A      This looks like a document I received. | 10:17:55 |
| 17 | Q      And when did you receive it? | 10:17:56 |
| 18 | A      I don't recall the exact date I received it. | 10:17:58 |
| 19 | It was on two different dates. | 10:18:04 |
| 20 | Q      You received a subpoena on two different | 10:18:07 |
| 21 | dates? | 10:18:10 |
| 22 | A      Yes. | 10:18:11 |
| 23 | Q      When?  Do you know what dates? | 10:18:13 |
| 24 | A      Maybe twice on Monday, two different servings. | 10:18:14 |
| 25 | Q      I am going to mark as Exhibit 2 the proof of | 10:18:19 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                              21

| | | |
|---|---|---|
| 1 | service of subpoena. | 10:18:21 |
| 2 | (Whereupon Plaintiff's Exhibit 2 | 10:18:21 |
| 3 | was marked for identification.) | 10:18:21 |
| 4 | THE WITNESS:  No, not 5-foot-7 inches.  I | 10:18:35 |
| 5 | object to being five foot seven inches in this | 10:18:35 |
| 6 | declaration. | 10:18:44 |
| 7 | MR. WOODS:  Object to that. | 10:18:44 |
| 8 | MS. HAMILL:  And how tall -- | 10:18:47 |
| 9 | A       180 pounds.  Mark, you can be bad. | 10:18:47 |
| 10 | MR. MEUSER:  I didn't do that.  I didn't do | 10:18:49 |
| 11 | that. | 10:18:51 |
| 12 | MS. HAMILL Q:   And how tall are you | 10:18:51 |
| 13 | Mr. Mitchell? | 10:18:53 |
| 14 | A       5'10". | 10:18:53 |
| 15 | Q       And do you live at 545 Wilhaggen Drive? | 10:18:55 |
| 16 | A       Yes. | 10:18:58 |
| 17 | Q       Have you seen this document before? | 10:18:58 |
| 18 | A       No. | 10:19:00 |
| 19 | Q       We'll mark as Exhibit 3 subpoena to testify at | 10:19:01 |
| 20 | a deposition in a civil action, and this is with a date | 10:19:17 |
| 21 | of December 10th, 2025, which is today's date. | 10:19:20 |
| 22 | (Whereupon Plaintiff's Exhibit 3 | 10:19:20 |
| 23 | was marked for identification.) | 10:19:31 |
| 24 | MR. WOODS:  Sorry, counsel.  Shouldn't he be | 10:19:31 |
| 25 | referring to the exhibits that you're marking rather | 10:19:33 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                              22

```
 1   than the counsel copy?                               10:19:36

 2           MS. HAMILL:  Sure.                            10:19:41

 3           MR. WOODS:  That's just --                    10:19:43

 4           MS. HAMILL:  If that's how you want to play.  10:19:45

 5   Q       Have you seen this document before,          10:19:46

 6   Mr. Mitchell?                                         10:19:48

 7   A       Yes, I believe so.                            10:19:49

 8   Q       And is this the document that reflects the   10:19:52

 9   meeting location and the time of the deposition today?  10:19:55

10   A       Yes, it does look like that.                  10:19:57

11   Q       Okay.  And can you look down to the second   10:19:59

12   check mark on this document is for production.  Have you  10:20:04

13   seen this before?                                     10:20:13

14           MR. MANOLIUS:  The check mark.                10:20:15

15           MS. HAMILL Q:  The section of the document    10:20:16

16   that says "production" and the text that follows.     10:20:18

17   A       I've seen something that looks like this, yes.  10:20:22

18   Q       Okay.  So it says your files, including      10:20:25

19   without limitation all correspondence, memoranda,    10:20:27

20   analysis, reports, tables, figures, charts, invoices,  10:20:30

21   slide decks, talking points, electronic maps and data  10:20:36

22   files and other documents relating to your conception  10:20:40

23   drafting revision analysis or presentation of the    10:20:44

24   California congressional map placed on the November 2025  10:20:48

25   ballot as Proposition 50.                             10:20:51
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                      23

| | | |
|---|---|---|
| 1 | **Have you seen that before?** | 10:20:54 |
| 2 | A        Yes. | 10:20:57 |
| 3 | **Q        And did you endeavor to find the documents** | 10:20:57 |
| 4 | **requested in this subpoena?** | 10:21:01 |
| 5 | MR. MANOLIUS: Objection, attorney-client | 10:21:02 |
| 6 | privilege.  Don't answer the question. | 10:21:04 |
| 7 | MS. HAMILL:  So you won't tell me if you | 10:21:08 |
| 8 | looked for the documents. | 10:21:10 |
| 9 | MR. MANOLIUS: I am telling you that we have, | 10:21:12 |
| 10 | his counsel has been engaged in a search for documents. | 10:21:15 |
| 11 | MS. HAMILL:  Thank you. | 10:21:19 |
| 12 | MR. MANOLIUS: I also note that we issued an | 10:21:23 |
| 13 | objection very late last evening or late after the | 10:21:25 |
| 14 | midnight with regard to that. | 10:21:28 |
| 15 | THE REPORTER:  When you mark the exhibits | 10:21:31 |
| 16 | don't cover up any writing with the sticker. | 10:21:45 |
| 17 | MS. HAMILL Q:  So you were the owner of | 10:21:47 |
| 18 | Redistricting Partners, LLC; correct? | 10:21:49 |
| 19 | A        Yes. | 10:21:51 |
| 20 | **Q        And you're also the agent for service?** | 10:21:51 |
| 21 | A        I don't know what that term is. | 10:21:54 |
| 22 | **Q        And Redistricting Partners principal address** | 10:21:57 |
| 23 | **is your home; correct?** | 10:21:59 |
| 24 | A        It's either my home or my accountant's office. | 10:22:03 |
| 25 | I don't know which one. | 10:22:06 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          24

| | | |
|---|---|---|
| 1 | Q        And Liz Stitt serves as chief administrative | 10:22:07 |
| 2 | officer and senior line drawer with Redistricting | 10:22:10 |
| 3 | Partners? | 10:22:13 |
| 4 | A        No. | 10:22:13 |
| 5 | MR. MANOLIUS: Objection, vague as to time. | 10:22:13 |
| 6 | You can answer. | 10:22:15 |
| 7 | THE WITNESS:  She is in England right now so | 10:22:17 |
| 8 | she left our, she left as an employee in sometime in the | 10:22:19 |
| 9 | summer.  I don't know exactly when. | 10:22:24 |
| 10 | MS. HAMILL:  And she does contract work for | 10:22:28 |
| 11 | you; correct? | 10:22:29 |
| 12 | A        No.  Right now she's working in England so she | 10:22:30 |
| 13 | doesn't have an employment contract with us of any kind. | 10:22:33 |
| 14 | Q        Have you worked with Miss Stitt at all on the | 10:22:36 |
| 15 | Proposition 50 maps? | 10:22:39 |
| 16 | MR. MANOLIUS: Objection, legislative | 10:22:40 |
| 17 | privilege.  You don't have to answer.  Don't answer. | 10:22:43 |
| 18 | MS. HAMILL Q:  So you're asserting a | 10:22:46 |
| 19 | legislative privilege to the question of whether Liz | 10:22:52 |
| 20 | Stitt worked with you at all on Proposition 50 maps. | 10:22:56 |
| 21 | MR. MANOLIUS: She is not on -- actually, let | 10:22:59 |
| 22 | me correct that. | 10:23:02 |
| 23 | You can certainly ask if she was in | 10:23:02 |
| 24 | communication with Mr. Mitchell regarding this project. | 10:23:04 |
| 25 | I believe the answer is no, but you can ask that | 10:23:07 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          25

```
 1   question and he'll answer.                              10:23:10

 2             THE WITNESS:  Yes.  Sorry.  Yes, she was.      10:23:12

 3             MS. HAMILL Q:  So Liz Stitt was in             10:23:15

 4   communication with you regarding this project?          10:23:17

 5   A      Yes.                                              10:23:19

 6   Q      Which means the Proposition 50 maps?             10:23:19

 7   A      Yes.                                              10:23:24

 8   Q      Are there any other members of the               10:23:24

 9   Redistricting Partners team?                            10:23:25

10             MR. MANOLIUS:  Of any kind?                    10:23:30

11             MS. HAMILL:  Let's say from July 2025 to the   10:23:31

12   present.                                                10:23:33

13             MR. MANOLIUS: Okay.                            10:23:34

14             THE WITNESS:  Can I ask you a clarification.   10:23:36

15             MS. HAMILL:  Yes, you may.                     10:23:39

16   A      Okay.  So the fact is Liz -- Redistricting       10:23:40

17   Partners has no employees.  Liz Stitt was the last      10:23:45

18   employee so when you say Redistricting Partners' team   10:23:47

19   can you clarify what you mean by that?                  10:23:50

20   Q      Have you heard of Evan McLaughlin?               10:23:51

21   A      Yes.                                              10:23:54

22   Q      And Joe Armenta?                                 10:23:55

23   A      Yes.                                              10:23:57

24   Q      And Jacob Thomas Fisher?                         10:23:57

25   A      Thompson.                                         10:23:57
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                      26

| | | | |
|---|---|---|---|
| 1 | Q | Thompson-Fisher? | 10:23:57 |
| 2 | A | Yes. | 10:23:59 |
| 3 | Q | Stacey Reardon? | 10:23:59 |
| 4 | A | Yes. | 10:24:00 |
| 5 | Q | And those people worked with you to help you | 10:24:01 |
| 6 | draw maps? | | 10:24:02 |
| 7 | | MR. MANOLIUS:  Objection, compound.  You can | 10:24:04 |
| 8 | answer. | | 10:24:06 |
| 9 | | MR. WOODS: Vague. | 10:24:07 |
| 10 | | THE WITNESS:  Do you want to split out the | 10:24:07 |
| 11 | people a little bit?  The first three do but Stacey | | 10:24:09 |
| 12 | Reardon didn't help draw any maps. | | 10:24:15 |
| 13 | | MS. HAMILL Q:  And did you direct their work? | 10:24:21 |
| 14 | A | Yes. | 10:24:23 |
| 15 | Q | So is it fair to say that you drew the Prop 50 | 10:24:25 |
| 16 | maps? | | 10:24:30 |
| 17 | | MR. MANOLIUS:  Objection, calls for | 10:24:30 |
| 18 | information that's privileged under legislative | | 10:24:32 |
| 19 | privilege.  I instruct you not to answer. | | 10:24:34 |
| 20 | | MS. HAMILL Q:  And in asserting that | 10:24:36 |
| 21 | legislative privilege I need to understand the | | 10:24:38 |
| 22 | circumstances under which you're asserting it.  So were | | 10:24:43 |
| 23 | you under contract with the California Legislature to | | 10:24:47 |
| 24 | draw the Proposition 50 maps? | | 10:24:50 |
| 25 | | MR. MANOLIUS:  Objection, vague as to time. | 10:24:52 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                      27

```
 1              MS. HAMILL:  Ever, at any time.              10:24:55

 2    A       No.                                            10:24:58

 3              MS. HAMILL Q:  Were you under contract with  10:24:58

 4    any particular legislator to draw the Proposition 50  10:25:00

 5    maps?                                                  10:25:04

 6              MR. MANOLIUS:  Objection, vague as to under  10:25:04

 7    contract.  You mean in a paid capacity, is that what  10:25:06

 8    you're asking?                                         10:25:08

 9              MS. HAMILL:  Under any contract, paid or     10:25:09

10    unpaid.                                                10:25:11

11              MR. WOODS:  Objection, calls for a legal     10:25:14

12    conclusion.  You can answer if you can.                10:25:16

13              MR. MANOLIUS:  And vague.                    10:25:17

14    A       I don't know what an unpaid contract means, so 10:25:18

15    if you're saying was I -- I was not paid by anybody in 10:25:23

16    the legislature to draw the map.                       10:25:30

17              MS. HAMILL Q:  Did you have an agreement with 10:25:32

18    someone in the legislature to draw the Proposition 50  10:25:33

19    maps?                                                  10:25:37

20              MR. MANOLIUS:  Objection, vague as to the term 10:25:37

21    agreement.                                             10:25:38

22    A       If you can define that.                        10:25:39

23              MS. HAMILL Q:  You want me to define         10:25:41

24    agreement?                                             10:25:42

25    A       Well, I mean, is agreement a direction or is  10:25:43
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    28

```
 1   agreement a passive you're the one doing it.          10:25:47

 2   Q        Did anyone in the Legislature ask you to draw  10:25:51

 3   the Proposition 50 maps?                              10:25:54

 4            MR. MANOLIUS:  Objection, calls for          10:25:58

 5   information that's protected under the legislative    10:25:59

 6   privilege.  Don't answer.                             10:26:02

 7            MS. HAMILL Q:  Can you please explain to me on  10:26:04

 8   what grounds Mr. Mitchell is invoking this privilege? 10:26:06

 9   He is not a member of the Legislature so I am very    10:26:11

10   confused as to how this applies to his work.          10:26:14

11            MR. MANOLIUS:  I've read the cases so no, I am  10:26:17

12   not going to explain it here or we've made our        10:26:23

13   objection.                                            10:26:28

14            MS. HAMILL:  There's -- we are entitled to a  10:26:29

15   factual explanation of how this privilege would even  10:26:31

16   remotely apply to this work.  We don't have any       10:26:34

17   understanding that Mr. Mitchell was working for the   10:26:37

18   Legislature, is a legislator or would be in any way   10:26:39

19   entitled to invoke this privilege.                    10:26:44

20            MR. MANOLIUS: We disagree with you.  He is -- 10:26:46

21   his, his work went to the Legislature and so in that  10:26:53

22   regard the provide earrings of that work and of any   10:27:04

23   comments to him are, their comments are protected under  10:27:09

24   the Legislature under the legislature.                10:27:14

25            MS. HAMILL:  The comments.  When did your work  10:27:18
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          29

```
 1   go to the Legislature.                                    10:27:20

 2            MR. MANOLIUS:  Objection, vague.  If you know.   10:27:21

 3            THE WITNESS:  I think that there's different     10:27:22

 4   ways to characterize the process of going to the         10:27:29

 5   Legislature, either the public, there was at some date I  10:27:33

 6   don't recall exactly the date the DCCC submitted the     10:27:38

 7   through the portal and official capacity was sent to the  10:27:41

 8   Legislature at that point.  If there's further questions  10:27:45

 9   aside from that.                                          10:27:49

10            MS. HAMILL:  So -- your counsel sent an e-mail   10:27:51

11   about one o'clock this morning asserting that you will    10:27:54

12   not testify about your work on the maps starting          10:27:58

13   July 2nd.  And so I'm trying to understand the            10:28:04

14   significance of this date if you submitted the maps to    10:28:09

15   the Legislature the DCCC submitted the maps to the        10:28:11

16   Legislature August 15th.                                  10:28:15

17            MR. MANOLIUS: Okay.  Oh objection, lacks         10:28:17

18   foundation, but you can certainly talk about July 2nd.    10:28:19

19   A       That was a meeting with the chief of staff and    10:28:22

20   the speaker on a bike path.                               10:28:25

21            MS. HAMILL Q:  Did you catch that?               10:28:27

22   A        It was a meeting with the chief of staff and     10:28:28

23   the speaker.                                              10:28:31

24   Q        You're a fast talker.                            10:28:31

25   A        So sorry.                                        10:28:32
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          30

| | | |
|---|---|---|
| 1 | Q        It's okay for me. | 10:28:34 |
| 2 | A        Yeah.  Yeah. | 10:28:35 |
| 3 | Q        But we need to slow it down so that the court | 10:28:35 |
| 4 | reporter can make a clear record. | 10:28:38 |
| 5 | A        Yeah. | 10:28:39 |
| 6 | Q        So you on July 2nd you had a meeting with the | 10:28:40 |
| 7 | chief of staff of the speaker, is it Rivas? | 10:28:43 |
| 8 | A        Rivas is chief of staff. | 10:28:48 |
| 9 | Q        Rivas is chief of staff on July 2nd.  And you | 10:28:50 |
| 10 | didn't enter into a contract? | 10:28:56 |
| 11 |         MR. WOODS:  Objection, calls for a legal | 10:28:59 |
| 12 | conclusion. | 10:29:01 |
| 13 |         MR. MANOLIUS:  And also vague as to time. | 10:29:01 |
| 14 |         MS. HAMILL Q:  You didn't enter into an | 10:29:03 |
| 15 | agreement. | 10:29:06 |
| 16 |         MR. MANOLIUS: Same thing. | 10:29:06 |
| 17 |         MR. WOODS:  Same objections. | 10:29:07 |
| 18 |         MS. HAMILL:  And we're pretending that we | 10:29:08 |
| 19 | don't know what "agreement" means. | 10:29:10 |
| 20 | A        I don't know if agreement means understanding | 10:29:11 |
| 21 | or agreement means a service that I'm required or | 10:29:13 |
| 22 | obligated to perform. | 10:29:18 |
| 23 |         MS. HAMILL:  How about an understanding. | 10:29:19 |
| 24 | A        Yes, an understanding. | 10:29:20 |
| 25 | Q        An understanding on July 2nd that you would be | 10:29:22 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          31

| | | |
|---|---|---|
| 1 | **undertaking to draw the Prop 50 maps?** | 10:29:24 |
| 2 | MR. MANOLIUS: Objection, misstates his | 10:29:27 |
| 3 | testimony.  You can answer. | 10:29:28 |
| 4 | A        Misstates that I would draw maps. | 10:29:30 |
| 5 | MS. HAMILL:  That you would draw maps. | 10:29:32 |
| 6 | A        (Witness nodding head.) | 10:29:34 |
| 7 | **Q        What kind of maps?** | 10:29:34 |
| 8 | A        Statewide congressional maps. | 10:29:36 |
| 9 | **Q        And so that understanding was reached on** | 10:29:39 |
| 10 | **July 2nd?** | 10:29:41 |
| 11 | A        (Witness nodding head.) | 10:29:44 |
| 12 | **Q        Is that correct?** | 10:29:46 |
| 13 | A        Yes. | 10:29:46 |
| 14 | **Q        Report report your answer?** | 10:29:48 |
| 15 | MS. HAMILL Q:  So you listed a number of | 10:29:51 |
| 16 | people earlier.  You listed Eric McLaughlin, Joe | 10:29:53 |
| 17 | Armenta, Jacob Thompson-Fisher. | 10:30:00 |
| 18 | Was there anyone else involved in drawing the | 10:30:01 |
| 19 | maps? | 10:30:03 |
| 20 | MR. MANOLIUS: Objection, lacks foundation and | 10:30:05 |
| 21 | calls for speculation.  You mean at Redistricting | 10:30:07 |
| 22 | Partners or anywhere else. | 10:30:11 |
| 23 | MS. HAMILL Q:  With respect to your work on | 10:30:12 |
| 24 | the proposition 50 maps, was there anyone else involved | 10:30:16 |
| 25 | on your team? | 10:30:19 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          32

1   A          Team being an abstract term of like all the          10:30:21

2   former employees of Redistricting Partners that might          10:30:25

3   come together to help draw this whether they were paid         10:30:28

4   or not?                                                         10:30:30

5   Q          Yes?                                                 10:30:31

6   A          Daniel Lopez.  I'm not trying to play hide the       10:30:31

7   ball on anything, but I can't recall other names but           10:30:41

8   there might have been somebody else that kind of the           10:30:43

9   extended team that had some input at some point.  Those        10:30:46

10  are the ones that come to mind.  If the another one            10:30:49

11  comes to mind I can tell you later so --                       10:30:52

12  Q          And can you walk me through the process of          10:30:54

13  drawings the Proposition 50 maps?                              10:30:57

14             MR. MANOLIUS: Objection, calls for information       10:30:58

15  that's protected under the Legislative privilege.  I           10:31:00

16  instruct you not to answer.                                    10:31:03

17             MS. HAMILL Q:  What factors did you consider         10:31:05

18  while you were drawing the Proposition 50 maps.                10:31:07

19             MR. MANOLIUS:  Same objections.  Don't answer.       10:31:09

20             MS. HAMILL Q:  What was your methodology that        10:31:13

21  you used to draw the Proposition 50 maps?                      10:31:16

22             MR. MANOLIUS: Same objection, don't answer the       10:31:18

23  question.                                                       10:31:20

24             MS. HAMILL Q:  What redistricting platform do        10:31:21

25  you use?                                                        10:31:24

| | | |
|---|---|---|
| 1 | MR. MANOLIUS:  Objection, vague as to time. | 10:31:24 |
| 2 | MS. HAMILL:  At any time. | 10:31:27 |
| 3 | MR. MANOLIUS: Is that like a -- you mean like | 10:31:29 |
| 4 | computer program?  I am just not very techie. | 10:31:31 |
| 5 | MS. HAMILL:  I'll ask the witness.  Do you | 10:31:34 |
| 6 | understand what I mean when I say -- | 10:31:35 |
| 7 | A        (Witness nodding head.)  Yes, I understand. | 10:31:37 |
| 8 | MS. MANOLIUS:  I am sorry. | 10:31:39 |
| 9 | MS. HAMILL:  There's no instruction not to | 10:31:39 |
| 10 | answer. | 10:31:43 |
| 11 | MR. MANOLIUS: You can answer. | 10:31:44 |
| 12 | THE WITNESS:  There are multiple programs we | 10:31:46 |
| 13 | use, one the primary programs we use is kind of an in | 10:31:48 |
| 14 | house program, I almost couldn't really define it, but | 10:31:52 |
| 15 | Maptitude is one of the other programs that we use, | 10:31:55 |
| 16 | QGIS.  We have at times had employees use State | 10:31:59 |
| 17 | redistricting maps just because it's easy and accessible | 10:32:04 |
| 18 | to experiment with something, and then of course normal | 10:32:07 |
| 19 | programs; Excel, Access, database programs, Tableau. | 10:32:11 |
| 20 | **Q        Do you have a favorite program?** | 10:32:16 |
| 21 | MR. MANOLIUS:  Objection.  Vague as to reason, | 10:32:19 |
| 22 | but -- | 10:32:22 |
| 23 | A        It depends on the use.  My favorite program is | 10:32:22 |
| 24 | probably our internal program that allows us to produce | 10:32:25 |
| 25 | maps quickly. | 10:32:29 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                             34

| | | |
|---|---|---|
| 1 | MS. HAMILL Q:  Is that something that is | 10:32:30 |
| 2 | proprietary to you something that you created. | 10:32:31 |
| 3 | A       Absolutely, created from scratch. | 10:32:34 |
| 4 | **Q       Is it similar to a Maptitude or a -- to a** | 10:32:36 |
| 5 | **state redistricting map?** | 10:32:39 |
| 6 | MR. MANOLIUS:  Objection, vague.  Go ahead. | 10:32:40 |
| 7 | A       It -- if you have seen Redistricting Partners | 10:32:42 |
| 8 | map they have a certain look to them.  They all look the | 10:32:45 |
| 9 | same, it's the program that does that, it's the program | 10:32:49 |
| 10 | that makes the maps from a shape file. | 10:32:51 |
| 11 | **Q       Okay.  Does it have a name?** | 10:32:55 |
| 12 | A       Syzygy. | 10:32:57 |
| 13 | **Q       Sygyzy.  Sorry.  How do you spell that?** | 10:32:59 |
| 14 | A       SYGYZY; is that correct. | 10:33:01 |
| 15 | **Q       Is sounds a little like KIWSI, you know it if** | 10:33:05 |
| 16 | **you see it?** | 10:33:08 |
| 17 | A       No, there you go.  No.  Sygyzy is some obscure | 10:33:08 |
| 18 | word that Jacob Thompson-Fisher liked and so that's what | 10:33:13 |
| 19 | he calls it. | 10:33:18 |
| 20 | **Q       So what data was available to you while you** | 10:33:20 |
| 21 | **were drawing the Proposition 50 map?** | 10:33:25 |
| 22 | MR. MANOLIUS: Same objection, don't answer the | 10:33:28 |
| 23 | question. | 10:33:30 |
| 24 | MS. HAMILL:  And just to clarify you're | 10:33:30 |
| 25 | objecting on the grounds of legislative privilege. | 10:33:33 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                      35

| | | |
|---|---|---|
| 1 | MR. MANOLIUS:  Yes, I am sorry.  Legislative | 10:33:36 |
| 2 | privilege. | 10:33:38 |
| 3 | MS. HAMILL Q:  And what inputs go into the | 10:33:38 |
| 4 | data that you use or went into the data that you used to | 10:33:40 |
| 5 | draw the Proposition 50 maps. | 10:33:44 |
| 6 | MR. MANOLIUS: Same objection.  I instruct you | 10:33:46 |
| 7 | not to answer. | 10:33:48 |
| 8 | MS. HAMILL Q:  Where do you get your data when | 10:33:49 |
| 9 | you're drawing maps. | 10:33:51 |
| 10 | MR. MANOLIUS: Objection, vague as to what maps | 10:33:52 |
| 11 | when. | 10:33:54 |
| 12 | MS. HAMILL:  There's no instruction. | 10:33:58 |
| 13 | A        Oh. | 10:33:59 |
| 14 | MR. MANOLIUS:  As a general manner. | 10:34:00 |
| 15 | A        It depends on the client. | 10:34:03 |
| 16 | In California the law requires you to use the | 10:34:06 |
| 17 | statewide database.  In other states we use just raw | 10:34:09 |
| 18 | census.  And then if we were looking at other data for | 10:34:16 |
| 19 | other purposes there's other sources. | 10:34:20 |
| 20 | I am vice president of a company called | 10:34:21 |
| 21 | Political Data so we don't really use that data much at | 10:34:23 |
| 22 | all but if we were, we would use that for my other | 10:34:27 |
| 23 | company. | 10:34:30 |
| **24** | **Q        Is that PDI?** | 10:34:30 |
| 25 | A        Uh-huh. | 10:34:31 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                        36

```
 1              THE REPORTER:  Yes?                        10:34:33

 2              THE WITNESS:  Yes, it is.  Sorry.          10:34:35

 3              MS. HAMILL:    Thank you.                  10:34:35

 4              THE WITNESS:  And I'm sure there are other 10:34:38

 5   sources, like there's -- forget the name.  There's a 10:34:39

 6   national redistricting data site that use public, other 10:34:47

 7   public sources of data.                              10:34:52

 8              MS. HAMILL:  And in California, do you produce 10:34:53

 9   the political data or do buy it?                     10:34:54

10              MR. MANOLIUS: Objection, vague as to time and 10:34:57

11   under what circumstance.  You can answer.            10:34:59

12              THE WITNESS:  When I use Political Data the 10:35:02

13   two main sources would be the statewide database and the 10:35:07

14   other source would be PDI.                           10:35:10
```

**15   Q        And the statewide data base is free; correct?**   10:35:14

```
16   A        Yes.                                        10:35:17
```

**17   Q        Do you use consumer data?**   10:35:19

```
18              MR. MANOLIUS:  Objection, vague, as a general 10:35:23

19   matter.                                              10:35:26

20   A        No, I have never used consumer data in any  10:35:27

21   redistricting project that I recall.                 10:35:31

22              MS. HAMILL Q:  Does any of the data that you 10:35:33

23   use have racial assumptions built in.                10:35:35

24              MR. MANOLIUS:  Objection, vague as to when and 10:35:38

25   under what circumstances and what project.           10:35:40
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                        37

| | | |
|---|---|---|
| 1 | THE WITNESS:  Could you clarify racial | 10:35:43 |
| 2 | assumptions, what you mean by that? | 10:35:45 |
| 3 | MS. HAMILL:  Does it have a meaning to you | 10:35:49 |
| 4 | when I say racial assumptions? | 10:35:51 |
| 5 | A      That seems overly broad potentially.  The data | 10:35:53 |
| 6 | that I use includes data on race, if that's what you're | 10:35:56 |
| 7 | asking. | 10:36:00 |
| 8 | **Q      Okay.  And what does that look like?** | 10:36:00 |
| 9 | MR. MANOLIUS:  Again, vague as to time and | 10:36:03 |
| 10 | project. | 10:36:05 |
| 11 | A      Generally, census data is in two parts.  You | 10:36:07 |
| 12 | have geography and you have data, meaning the counts, | 10:36:11 |
| 13 | and so the data would look like numbers assigned to | 10:36:16 |
| 14 | geographies and then when those two are put together you | 10:36:19 |
| 15 | can use that in redistricting. | 10:36:23 |
| 16 | **Q      And so do you work with CVAP for certain** | 10:36:25 |
| 17 | **racial groups and then put that into geography,** | 10:36:29 |
| 18 | **generally?** | 10:36:33 |
| 19 | MR. MANOLIUS:  Objection, vague as to time and | 10:36:34 |
| 20 | project.  If -- I guess at any time. | 10:36:35 |
| 21 | A      In general, we use the CVAP data that's | 10:36:40 |
| 22 | adjusted by the statewide database that's considered an | 10:36:45 |
| 23 | adjusted data set and that's updated most recent data | 10:36:48 |
| 24 | set we would be using at any time. | 10:36:52 |
| 25 | **Q      And you adjust it is to eliminate the prison** | 10:36:54 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          38

| 1 | population; is that right? | 10:36:57 |

2    A       The prison population reallocation.  It    10:36:57

3    doesn't eliminate the prison population, it just moves    10:37:00

4    them in the different sense of smart groups.

5    Q       Oh, it does?

6    A       Yeah.  So, like, if some place has 120 people

7    but the prison population says four people were living

8    there when they were arrested, it now has 120 more

9    people.

10   Q       Oh, interesting.

11   A       Yeah, that's a redistricting.    10:37:15

12   Q       Do you ever decide the election results from    10:37:28

13   precincts and match them to census blocks?    10:37:30

14           MR. MANOLIUS:  Objection.  Vague.  I don't    10:37:32

15   understand the question.    10:37:33

16           MR. WOODS:  Joine.    10:37:34

17   A       Basically, I can talk?  Yes.    10:37:36

18           MS. HAMILL Q:  How do you do that?    10:37:38

19   A       It's technical, but generally what you do is    10:37:41

20   you take a precinct and you disaggregate that precinct    10:37:47

21   data down to the census blocks based on a weighting.    10:37:55

22           Oftentimes the weighting is how many people    10:38:00

23   are in those census blocks or how much -- what the CVAP    10:38:01

24   total population is in that census block or what the    10:38:16

25   total voter count is.    10:38:19

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    39

```
 1              (Reporter clarification.)                    10:38:19

 2         In that census block.  So if we had a hundred     10:38:21

 3    votes cast and we needed to assign it to five census   10:38:26

 4    blocks and every census block had 20 people then we    10:38:30

 5    would assign it like that.                             10:38:34

 6         If every census block had one-fifth of the        10:38:35

 7    population we would assign it like that.                10:38:38

 8         However, if one census block had a half of the    10:38:40

 9    population, one census block had a third of the        10:38:43

10    population, the next census block had a sixth of the   10:38:46

11    population and the other two were blank, we would then 10:38:50

12    not assign votes to this blank census blocks, we would 10:38:53

13    assign the votes to the populated census blocks at the 10:38:55

14    appropriate ratio of the weighted field.  So that is a 10:38:58

15    technical answer.                                       10:39:06

16  Q      Does vote by mail impact your data in any way?    10:39:13

17         MR. WOODS:  Objection.  Ambiguous.                10:39:17

18         MR. MANOLIUS:  Objection, vague as to time and    10:39:17

19    project.                                               10:39:19

20  A      One critical way that vote by mail can impact     10:39:19

21    is that when counties report both by mail data in      10:39:23

22    election results separately from the total votes cast in 10:39:26

23    one area, there was an election maybe going black like 10:39:30

24    2008 where some counties didn't report like there wasn't 10:39:35

25    the total vote but there was the vote by mail vote,     10:39:40
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          40

| | | |
|---|---|---|
| 1 | things like that, there were irregularities, that's the | 10:39:44 |
| 2 | only kind of thing.  Generally we just go with the total | 10:39:47 |
| 3 | vote layer, as long as it's there, with the exception of | 10:39:49 |
| 4 | one very strange old election result there's, it's | 10:39:52 |
| 5 | always been fine.  We don't worry.  The vote by mail | 10:39:56 |
| 6 | doesn't impact it. | 10:40:00 |
| 7 | Q      So we received some documents from the DCCC | 10:40:06 |
| 8 | in the case.  Are you familiar with the DCCC? | 10:40:10 |
| 9 | A      Yes. | 10:40:12 |
| 10 | Q      And in these documents they shared some | 10:40:13 |
| 11 | communications between you and people with the DCCC. | 10:40:15 |
| 12 | Have you seen those documents? | 10:40:19 |
| 13 | A      No. | 10:40:20 |
| 14 | Q      Have you been in contact with the lawyers for | 10:40:21 |
| 15 | the DCCC? | 10:40:23 |
| 16 | A      Not that I'm aware of. | 10:40:25 |
| 17 | Q      And so in these communications they represent | 10:40:27 |
| 18 | that the DCCC liked the Proposition 50 map that you drew | 10:40:33 |
| 19 | and so I'm wondering, was there a request for proposals | 10:40:38 |
| 20 | himself from the DCCC for the Proposition 50 map? | 10:40:41 |
| 21 | MR. MANOLIUS: Objection.  Lacks foundation. | 10:40:45 |
| 22 | MR. WOODS:  Join. | 10:40:48 |
| 23 | MR. MANOLIUS: Vague as to time.  And I am not | 10:40:48 |
| 24 | sure what you mean by like it, but you can answer. | 10:40:51 |
| 25 | A      Could you repeat the question? | 10:40:55 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          41

| | | |
|---|---|---|
| 1 | **Q        Was there a request for proposals?** | 10:40:56 |
| 2 | A        No. | 10:40:59 |
| 3 | **Q        There was no request for proposals from the** | 10:41:00 |
| 4 | **DCCC for a Prop 50 map?** | 10:41:03 |
| 5 | A        No.  And a suggestion would be that we didn't | 10:41:06 |
| 6 | know what Prop 50 was when we were drawing the maps, so | 10:41:09 |
| 7 | you might -- | 10:41:13 |
| 8 | MS. HAMILL:  Okay.  That's a good | 10:41:13 |
| 9 | clarification to make because early when I said when I | 10:41:14 |
| 10 | was trying to sort of establish what we're going to be | 10:41:18 |
| 11 | discussing, when I talk about the Proposition 50 map I'm | 10:41:21 |
| 12 | also talking about the maps that you drew to get there | 10:41:25 |
| 13 | because nobody knew it was called Prop 50 until it | 10:41:27 |
| 14 | actually got to the ballot; right? | 10:41:31 |
| 15 | MR. MANOLIUS: Objection, calls for | 10:41:32 |
| 16 | speculation, lacks foundation.  You can answer. | 10:41:34 |
| 17 | A        Further, we didn't know we were doing a ballot | 10:41:37 |
| 18 | measure necessarily. | 10:41:40 |
| 19 | **Q        Okay.** | 10:41:41 |
| 20 | A        Or even doing a map that would be real | 10:41:42 |
| 21 | necessarily. | 10:41:44 |
| 22 | **Q        Because it started off as a bluff; correct?** | 10:41:45 |
| 23 | A        (Witness nodding head.) | 10:41:47 |
| 24 | MR. MANOLIUS:  Objection, calls for | 10:41:48 |
| 25 | information that is protected by the legislative | 10:41:52 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          42

| | | |
|---|---|---|
| 1 | privilege.  Don't answer the question. | 10:41:54 |
| 2 | MS. HAMILL Q:  Okay.  So let me rephrase.  Was | 10:41:56 |
| 3 | there a request for proposals from the DCCC to draw a | 10:41:59 |
| 4 | new congressional map for California in the summer of | 10:42:03 |
| 5 | 2025? | 10:42:08 |
| 6 | MR. MANOLIUS:  To Mr. Mitchell? | 10:42:10 |
| 7 | MS. HAMILL:  No, just a request for proposals | 10:42:12 |
| 8 | issued that you were are aware. | 10:42:14 |
| 9 | MR. MANOLIUS: Oh. | 10:42:16 |
| 10 | A    I am not aware of that at all. | 10:42:17 |
| 11 | MS. HAMILL:  Was there a request for proposals | 10:42:18 |
| 12 | from the State of California to draw a new congressional | 10:42:20 |
| 13 | map for the State of California in the summer of 2025? | 10:42:23 |
| 14 | MR. MANOLIUS:  To the extent communications | 10:42:27 |
| 15 | were with the Legislature and then we will assert the | 10:42:32 |
| 16 | legislative privilege, don't answer the question.  If | 10:42:35 |
| 17 | there's somebody else made a request of you you can | 10:42:37 |
| 18 | answer. | 10:42:40 |
| 19 | THE WITNESS:  Nobody made a request to me in | 10:42:41 |
| 20 | an official capacity in a way like a request for | 10:42:44 |
| 21 | proposal.  Sorry to go fast.  Nobody -- let me revise | 10:42:46 |
| 22 | that.  I never saw a request for proposal to draw maps | 10:42:51 |
| 23 | from any entity. | 10:42:56 |
| 24 | MS. HAMILL Q:  How did you end up in | 10:42:58 |
| 25 | communication with the DCCC regarding this map that | 10:43:01 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          43

| | | |
|---|---|---|
| 1 | became the Prop 50 map? | 10:43:05 |
| 2 | MR. MANOLIUS: Objection, lacks foundation, | 10:43:08 |
| 3 | calls for speculation and vague as to time.  Go ahead. | 10:43:09 |
| 4 | A    Could you repeat the question, please. | 10:43:14 |
| 5 | MS. HAMILL:  Would you mind repeating it for | 10:43:16 |
| 6 | me? | 10:43:17 |
| 7 | (Whereupon the record was read as | 10:43:17 |
| 8 | follows:  "Question:      ") | 10:43:17 |
| 9 | MR. WOODS:  Objection, lacks foundation. | 10:43:31 |
| 10 | MR. MANOLIUS: I renew my objection. | 10:43:33 |
| 11 | A    My answer is I don't recall. | 10:43:36 |
| 12 | THE REPORTER:  Your answer. | 10:43:41 |
| 13 | A    I don't recall. | 10:43:42 |
| 14 | MS. HAMILL: | 10:43:44 |
| 15 | (Whereupon Plaintiff's Exhibit 4 | 10:43:44 |
| 16 | was marked for identification.) | 10:44:12 |
| 17 | MS. HAMILL:  I am marking for identification | 10:44:12 |
| 18 | as Exhibit 4 the DCCC response to plaintiff's first set | 10:44:18 |
| 19 | of interrogatories.  Have you seen this document before. | 10:44:26 |
| 20 | A    No. | 10:44:39 |
| **21** | **Q    I want to direct your attention to page one** | 10:44:40 |
| **22** | **and take a minute to review it.** | 10:44:53 |
| 23 | A    Okay. | 10:44:55 |
| 24 | MR. MANOLIUS: The whole page. | 10:44:58 |
| 25 | MS. HAMILL:  Yes. | 10:44:59 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          44

```
 1              MR. MANOLIUS: Okay.                            10:45:01
 2              THE WITNESS:  So interrogatory number one the  10:45:06
 3    words here that means that's what they were asked.       10:45:09
 4              MR. MANOLIUS:  The way it works is a question   10:45:11
 5    and a response.                                          10:45:13
 6    A       The response.  All right.                        10:45:13
 7              MR. MANOLIUS:  And we are stopping at the      10:45:59
 8    bottom of the page.                                      10:46:02
 9              MS. HAMILL:  Yes.                              10:46:03
10              MR. MANOLIUS: Because the response continues,  10:46:03
11    it says line 16 on page 2.                               10:46:05
12              MS. HAMILL:  And if you'd prefer to review the 10:46:08
13    entire response to interrogatory number one, that       10:46:11
14    continues on the next page, feel free to do that.       10:46:13
15    A       Okay.                                            10:46:16
16              MR. MANOLIUS: We'll just start with the first 10:46:17
17    part.                                                    10:46:19
18    A       Okay.  I stopped at the bottom of one.           10:46:23
19              MS. HAMILL:  Okay.  And so if you look at page 10:46:25
20    one, line 19, the sentence that begins in the middle of  10:46:28
21    line 19 says, the DCCC reviewed an initial draft of the  10:46:32
22    map for the first time on August 3rd, 2025, and called   10:46:36
23    it the draft map.  And then it says DCCC liked the draft  10:46:41
24    map.  Do you see that?                                   10:46:45
25    A       Yes.                                             10:46:47
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    45

```
 1   Q       Does that refresh your recollection about how      10:46:48

 2   you first got in touch with the DCCC regarding the map?    10:46:51

 3           MR. MANOLIUS: Objection.  Vague as to time,        10:46:55

 4   lacks foundation.  You can answer what you know.           10:46:57

 5           THE WITNESS:  No, it doesn't refresh my            10:47:01

 6   memory, because the question here is about when they       10:47:04

 7   first saw the map.                                         10:47:07

 8           MS. HAMILL Q:  Did you provide a copy of the       10:47:09

 9   map to the DCCC on August 3rd.                             10:47:11

10   A       I have no reason to disbelieve what they have      10:47:15

11   written, but I don't recall.                               10:47:18

12   Q       Can you please turn to the next page?             10:47:20

13   A       (Witness complied.)                                10:47:25

14   Q       And review the second part of the DCCC            10:47:28

15   response to interrogatory number one.                     10:47:33

16   A       The first paragraph.                               10:47:57

17           MR. MANOLIUS:  Through line 16.                    10:47:58

18           MS. HAMILL:  Correct.  Thank you.                  10:48:01

19   A       Okay.                                              10:48:02

20   Q       Yes.                                              10:48:04

21   Q       Okay.  So according to DCCC in these              10:48:24

22   interrogatory responses, they looked at a draft map that  10:48:29

23   you drew on August 3rd and then they recommended some     10:48:33

24   changes to it, and then August 14th is when your revised  10:48:36

25   map was submitted to the State Legislature.  Does that    10:48:43
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    46

1   **reflect your recollection of how this all transpired?**        10:48:47

2           MR. MANOLIUS: Objection, compound objection,             10:48:50

3   to the extent you're misstating the document.                    10:48:53

4           And let me add objection, lacks foundation,              10:48:56

5   calls for speculation.                                           10:48:58

6           MS. MADDURI:  Join.  Yes.  This is Lali                  10:49:03

7   Madduri.  I represent the DCCC.                                  10:49:11

8           THE REPORTER:  Thank you.                                10:49:13

9           MS. HAMILL:  Is there --                                 10:49:17

10          MR. MANOLIUS:  Can you read the question back?           10:49:18

11  I am sorry.  I lost track.                                       10:49:19

12          (Whereupon the record was read as                        10:49:19

13          follows:  "Question:     ")                              10:49:43

14          MR. MANOLIUS: Objection.  Lacks foundation,             10:49:43

15  calls for speculation and as to the substance of the any         10:49:45

16  changes, I instruct you not to answer under legislative          10:49:52

17  privilege.                                                       10:49:57

18  A       I think you misstated your question.  You                10:50:00

19  meant August 15th.  You said August 14th, for the map            10:50:02

20  being submitted to the Legislature.                              10:50:07

21          MS. HAMILL:  Oh, thank you.  You're right.  So           10:50:09

22  what happened?                                                   10:50:12

23  A       To that, to that August 15th, I am aware of             10:50:12

24  that date, to the rest of the dates, I'm just trusting           10:50:15

25  that the DCCC is correct.  I don't recall.                       10:50:20

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                            47

| | | |
|---|---|---|
| 1 | **Q        Okay thank you?** | 10:50:22 |
| 2 | A        Is that okay? | 10:50:24 |
| 3 | **Q        Do you recall making changes to the map after** | 10:50:26 |
| 4 | **August 3rd of 2025?** | 10:50:28 |
| 5 | MR. MANOLIUS: Objection, legislative privilege | 10:50:30 |
| 6 | and instruct you not to answer. | 10:50:33 |
| 7 | MS. HAMILL:  And what changes were made to the | 10:50:35 |
| 8 | map between August 3rd and August 14th 062025. | 10:50:36 |
| 9 | MR. MANOLIUS: Same objections.  Don't answer. | 10:50:41 |
| 10 | MS. HAMILL Q:  Did you bring a copy of your | 10:50:44 |
| 11 | August 3rd version of the map with you today. | 10:50:50 |
| 12 | A        (Witness shaking head.)  No. | 10:50:53 |
| 13 | **Q        Did you bring any data files for the** | 10:50:58 |
| 14 | **August 3rd map?** | 10:51:03 |
| 15 | A        No. | 10:51:05 |
| 16 | MR. MANOLIUS: And again just to point out our | 10:51:05 |
| 17 | objection covered this material. | 10:51:07 |
| 18 | MS. HAMILL Q:  And what considerations did you | 10:51:09 |
| 19 | make when deciding which of the DCCC proposed changes to | 10:51:11 |
| 20 | incorporate in the map. | 10:51:16 |
| 21 | MR. MANOLIUS: Same objections, I instruct you | 10:51:17 |
| 22 | not to answer. | 10:51:19 |
| 23 | MS. HAMILL Q:  Did you consider race at all in | 10:51:20 |
| 24 | reviewing the proposed changes from the DCCC and making | 10:51:27 |
| 25 | changes to the map. | 10:51:32 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                      48

| | | |
|---|---|---|
| 1 | MR. MANOLIUS: Same objections.  I instruct you | 10:51:33 |
| 2 | not to answer under legislative privilege. | 10:51:35 |
| 3 | MS. HAMILL Q:  Isn't it true that the changes | 10:51:37 |
| 4 | you made after August 3rd and before August 14th were | 10:51:39 |
| 5 | designed to preserve a racial quota or a racial target | 10:51:43 |
| 6 | in certain districts in the Proposition 50 map? | 10:51:50 |
| 7 | MR. MANOLIUS: Same objections.  I am going to | 10:51:53 |
| 8 | add lacks foundation, calls for speculation and I | 10:51:54 |
| 9 | instruct you not to answer under legislative privilege. | 10:51:57 |
| 10 | MS. HAMILL Q:  Can you walk me through all of | 10:52:00 |
| 11 | the changes that you made between the draft map on | 10:52:02 |
| 12 | August 3rd and the submitted map on August 14th. | 10:52:06 |
| 13 | MR. MANOLIUS: Objection, calls for a narrative | 10:52:09 |
| 14 | and also lacks foundation and I instruct you not to | 10:52:11 |
| 15 | answer due to legislative privilege. | 10:52:15 |
| 16 | MS. HAMILL Q:  What people and groups were you | 10:52:17 |
| 17 | talking to during this period of time as you were making | 10:52:19 |
| 18 | goes changes to the map after August 3rd? | 10:52:22 |
| 19 | MR. MANOLIUS: Objection, lacks foundation. | 10:52:24 |
| 20 | You can certainly ask him who he talked to, but not the | 10:52:26 |
| 21 | purpose of the communications so with that understanding | 10:52:29 |
| 22 | if you talked to anybody about it you can tell counsel | 10:52:32 |
| 23 | who.  And just for the time period just to make sure, | 10:52:37 |
| 24 | okay, August 3rd to 14th. | 10:52:45 |
| 25 | MS. HAMILL:  Correct. | 10:52:47 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    49

| | | |
|---|---|---|
| 1 | MR. MANOLIUS: Sorry.  Thank you.  And again, | 10:52:47 |
| 2 | the two dates, the third through the 14th or 15th. | 10:52:52 |
| 3 | A       In all honesty, I don't recall for those | 10:52:56 |
| 4 | particular dates of exactly who I would have talked the | 10:53:00 |
| 5 | during the that time beyond the Redistricting Partners | 10:53:06 |
| 6 | staff. | 10:53:10 |
| 7 | **Q       Can you give me your best estimate generally** | 10:53:10 |
| 8 | **within that rough time period of who you were talking to** | 10:53:12 |
| 9 | **when you were making changes to the map?** | 10:53:16 |
| 10 | MR. MANOLIUS:  Again, lacks foundation with | 10:53:18 |
| 11 | regard to the making changes to the map as being | 10:53:20 |
| 12 | associated with any specific conversation.  With that | 10:53:23 |
| 13 | understanding and without undermining legislative | 10:53:26 |
| 14 | privilege you can answer who you recall talking to | 10:53:30 |
| 15 | during that time period, about redistricting. | 10:53:35 |
| 16 | A       Can I ask my attorney a question.  I don't | 10:53:38 |
| 17 | know how this works. | 10:53:41 |
| 18 | MR. MANOLIUS:  No.  You can't.  I mean I would | 10:53:41 |
| 19 | love you to but no, you can't. | 10:53:44 |
| 20 | THE WITNESS:  I spoke to Redistricting | 10:53:47 |
| 21 | Partners staff during this period of time, probably | 10:53:55 |
| 22 | spoke to my wife a few times.  During this period of | 10:53:59 |
| 23 | time, I believe that was when I spoke with Dustin | 10:54:04 |
| 24 | Corcoran, a friend of mine, just personal friend.  There | 10:54:08 |
| 25 | are legislative staff that I spoke with.  I don't know | 10:54:14 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                                   50

```
 1   if I'm allowed to State who those people are.          10:54:17

 2          MR. MANOLIUS:  You can answer who but not what   10:54:21

 3   you talked about.                                       10:54:23

 4   A      Okay.  Michael Wagaman, Steve Omara.            10:54:24

 5          MS. HAMILL:  And I am sorry as you're going      10:54:29

 6   through this list --                                    10:54:30

 7   A      Yeah.                                            10:54:31

 8   Q      -- would you mind sharing with me the            10:54:31

 9   legislators who he worked for, the names of the         10:54:34

10   legislator?                                             10:54:36

11   A      Yeah.                                            10:54:37

12          MR. MANOLIUS: If you know.                       10:54:37

13          THE WITNESS:  And I apologize if I'm not going   10:54:38

14   to get everybody I'll do my best to answer.             10:54:41

15          MS. HAMILL:  Sure.                               10:54:43

16   A      Steve Omara, the chief of staff to assembly      10:54:44

17   speaker Rivas, Jason -- I am blanking, starts with an L, 10:54:48

18   little, Lytle, with the chief of staff for the pro tem  10:54:56

19   of the State Senate, Michael Wagaman, who is -- works   10:54:59

20   for the legislature broadly, Jeff Gozzo, G-o-z-z-o, who 10:55:06

21   works for the Legislature, State Senate, I believe,     10:55:19

22   multiple members of Congress, maybe a few different     10:55:26

23   legislators, Christopher Kabalkin, local legislator.    10:55:39

24   Matt Weiner who used to work for the congressional      10:55:50

25   delegation.  Staff to members of Congress.  And I       10:55:55
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    51

```
 1  probably told a handful of reporters that I couldn't        10:56:09

 2  talk to them.                                               10:56:12

 3  Q        Did you talk to any advocacy groups?               10:56:13

 4          MR. MANOLIUS: During the same time period,          10:56:15

 5  August 3rd to August 15th.                                  10:56:17

 6          MS. HAMILL:  Yes.                                    10:56:19

 7          MR. WOODS:  Objection.  Vague.                       10:56:20

 8          MR. MANOLIUS: Same objection.  And I am              10:56:21

 9  assuming about what, about redistricting?                   10:56:24

10  A        Do you want to say about the Prop 50 maps.          10:56:28

11          MS. HAMILL:  Yes.                                    10:56:31

12  A        Yes, I did talk to a number of different           10:56:32

13  advocacy groups.                                            10:56:35

14          MR. MANOLIUS:  That's it.  That's the answer.        10:56:40

15  The question is whether you had or not.                     10:56:43

16          MS. HAMILL:  Can you list them for me.              10:56:45

17  A        I'm afraid that I might not be comprehensive.       10:56:46

18          MS. HAMILL:  Sure.                                   10:56:50

19  A        But I can do my best.  During that period of       10:56:50

20  time prior to the maps beings submitted to the              10:56:54

21  Legislature, I spoke with, does spoke with mean include     10:57:01

22  like sending e-mail, getting an e-mail from.                10:57:08

23  Q        Yes?                                               10:57:11

24  A        So I received some unsolicited e-mails from        10:57:12

25  different groups.                                           10:57:16
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                             52

| | | |
|---|---|---|
| 1 | **Q        And were these groups attempting to sway your** | 10:57:18 |
| 2 | **actions?** | 10:57:21 |
| 3 |         MR. MANOLIUS: Objection. | 10:57:22 |
| 4 | A        I can't speak to the content. | 10:57:23 |
| 5 |         MR. MANOLIUS: Yeah.  It calls for information | 10:57:24 |
| 6 | that's privileged under the legislative privilege.  I | 10:57:26 |
| 7 | instruct you not to answer. | 10:57:29 |
| 8 |         MR. MANOLIUS: Wait for the next question. | 10:57:33 |
| 9 | A        I still haven't answered her first question. | 10:57:34 |
| 10 |         MR. MANOLIUS: Okay. | 10:57:39 |
| 11 |         THE WITNESS:  So, NDRC, do you need what that | 10:57:40 |
| 12 | stands for, national -- NDRC. | 10:57:48 |
| 13 |         MS. HAMILL:  ( Shaking head.) | 10:57:55 |
| 14 | A        Catalyst California, Asian Law Caucus, OC | 10:57:56 |
| 15 | Action, Delores Huerta Foundation, I'm traveling up and | 10:58:13 |
| 16 | down the state thinking about different groups up and | 10:58:33 |
| 17 | down the state that I might have talked to, Black Power | 10:58:36 |
| 18 | Network -- oh, and then I'd say multiple democratic | 10:58:38 |
| 19 | party like county democratic party, different counties, | 10:58:52 |
| 20 | so it might just be an umbrella. | 10:58:56 |
| 21 |         And to amend my earlier response about people | 10:59:03 |
| 22 | I forgot to mention political consultants and pollsters. | 10:59:06 |
| 23 | So I am sorry if I forgot that earlier. | 10:59:14 |
| 24 | **Q        Okay.  So according to these DCCC responses to** | 10:59:16 |
| 25 | **the interrogatories that we have marked as Exhibit 4, on** | 10:59:23 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    53

| | | |
|---|---|---|
| 1 | August 14th the DCCC bought your revision of the | 10:59:28 |
| 2 | August 3rd map. | 10:59:33 |
| 3 |      Does that comport with your recollection of | 10:59:34 |
| 4 | what transpired? | 10:59:36 |
| 5 |      MR. MANOLIUS: Where is that line -- | 10:59:37 |
| 6 |      MS. HAMILL:  It's on page 2. | 10:59:54 |
| 7 |      MR. MANOLIUS: Uh-huh. | 10:59:56 |
| 8 |      MS. HAMILL:  Line 11 to 12. | 10:59:57 |
| 9 |      MR. MANOLIUS: Okay.  On the same day.  I have | 10:59:59 |
| 10 | got that. | 11:00:02 |
| 11 | A     That aligns with my understanding. | 11:00:03 |
| 12 |      MS. HAMILL Q:  And how much did they pay for | 11:00:07 |
| 13 | it? | 11:00:09 |
| 14 | A     I think -- I mean, I think I know the answer. | 11:00:09 |
| 15 | $108,000. | 11:00:19 |
| **16** | **Q     Did anyone else pay you for the map?** | 11:00:21 |
| 17 | A     The identifying the structure of the payments | 11:00:24 |
| 18 | for the map was only the DCCC, only the DCCC paid me for | 11:00:33 |
| 19 | the map. | 11:00:38 |
| 20 |      MS. HAMILL:  I am going to mark as Exhibit 5 a | 11:01:18 |
| 21 | document entitled Political Consulting Agreement, begins | 11:01:21 |
| 22 | at the bottom with a Bates stamp of DCCC 000183 and goes | 11:01:26 |
| 23 | through DCCC 000192. | 11:01:34 |
| 24 |      (Whereupon Plaintiff's Exhibit 5 | 11:01:34 |
| 25 |      was marked for identification.) | 11:01:46 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                              54

| | | |
|---|---|---|
| 1 | MR. WOODS:  This is five? | 11:01:46 |
| 2 | MR. MEUSER:  This is five. | 11:01:48 |
| 3 | MS. HAMILL:  Have you seen this document | 11:02:03 |
| 4 | before. | 11:02:06 |
| 5 | A       Yes. | 11:02:06 |
| 6 | Q       And what is this document? | 11:02:06 |
| 7 | A       This is a contract for services and to clarify | 11:02:07 |
| 8 | my earlier statement, my understanding of clarification | 11:02:11 |
| 9 | DCCC paid me for the map, that was the way that they | 11:02:14 |
| 10 | chose to clarify it.  I believe the other parties to | 11:02:17 |
| 11 | this were paying for my services, my consulting | 11:02:21 |
| 12 | services, so I don't know how they, you asked me how | 11:02:25 |
| 13 | they characterized it so that's how I've seen it, DCCC | 11:02:28 |
| 14 | has characterized it as they were paying me for the map | 11:02:32 |
| 15 | and I don't know how the other groups would characterize | 11:02:35 |
| 16 | the agreement. | 11:02:37 |
| 17 | Q       And those other groups are the house majority | 11:02:38 |
| 18 | pack? | 11:02:41 |
| 19 | A       And Jeffries for Congress. | 11:02:42 |
| 20 | Q       Jeffries for Congress.  So those two entities | 11:02:44 |
| 21 | did not pay you for the map? | 11:02:47 |
| 22 | MR. MANOLIUS: Objection, calls for speculation | 11:02:49 |
| 23 | as to what they were thinking but you can give your | 11:02:51 |
| 24 | understanding. | 11:02:55 |
| 25 | A       The only entity that is claimed they paid for | 11:02:55 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                            55

| | | |
|---|---|---|
| 1 | the map was the DCCC I had a contract for. | 11:02:59 |
| 2 | MS. HAMILL:  What was. | 11:03:02 |
| 3 | A       Services with three different groups included | 11:03:02 |
| 4 | on this. | 11:03:05 |
| 5 | Q       And what was your understanding of your | 11:03:05 |
| 6 | obligation under this agreement because I notice it's | 11:03:08 |
| 7 | lacking a scope of work? | 11:03:11 |
| 8 | MR. MANOLIUS: Objection, calls for a legal | 11:03:12 |
| 9 | conclusion.  But you can give your understanding. | 11:03:14 |
| 10 | A       My understanding of the scope of work was in | 11:03:17 |
| 11 | two parts.  It was early creation of potential maps and | 11:03:21 |
| 12 | then a more fulsome creation of a final map. | 11:03:28 |
| 13 | Q       And how was that scope of work relaid to you? | 11:03:34 |
| 14 | MR. MANOLIUS: Objection, lacks foundation, | 11:03:39 |
| 15 | calls for speculation.  If you know. | 11:03:41 |
| 16 | THE WITNESS:  Through staff. | 11:03:43 |
| 17 | MS. HAMILL:  Through telephone calls. | 11:03:45 |
| 18 | A       Yeah, or -- yeah, probably. | 11:03:48 |
| 19 | Q       Is it in writing anywhere? | 11:03:50 |
| 20 | A       I don't think so. | 11:03:52 |
| 21 | Q       And so this political consultant agreement or | 11:03:54 |
| 22 | consulting agreement says that it's entered into | 11:04:01 |
| 23 | effective as of July 15th, 2025, so that's 13 days after | 11:04:04 |
| 24 | that initial July 2nd conversation you said you had with | 11:04:09 |
| 25 | the chief of staff to speaker Rivas; correct? | 11:04:14 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                              56

```
 1   A        What date was that on?                    11:04:19

 2            MR. MANOLIUS:  For the instruction         11:04:21

 3            MS. HAMILL:  I am looking at the first     11:04:23

 4   paragraph of the agreement.                         11:04:25

 5   A        Okay.  Okay.  Then yes, it does say July 15th.  11:04:26

 6   Q        Do you recall doing work have under this   11:04:29

 7   contract prior to July 15th?                        11:04:32

 8   A        No.                                         11:04:34

 9   Q        Do you know if anyone else submitted maps to  11:04:39

10   the legislative portal that was opened on August 14th by  11:05:02

11   the State Legislature?                              11:05:06

12   A        I don't have any personal knowledge of, if  11:05:08

13   that happened.                                       11:05:11

14   Q        Are you aware?                              11:05:12

15   A        I know comments were submitted.  I don't know  11:05:15

16   that other maps were submitted.                     11:05:18

17   Q        Is it your understanding that the Legislature  11:05:19

18   was going to implement your map regardless of whether  11:05:22

19   other maps were submitted?                          11:05:25

20            MR. MANOLIUS: Objection, calls for         11:05:26

21   speculation, lacks foundation.  You can answer.    11:05:28

22            MR. WOODS:  Same objection.                11:05:30

23            THE WITNESS:  I didn't have a written      11:05:32

24   agreement from them but I expected that to be the case,  11:05:36

25   yeah.                                                11:05:39
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                              57

```
 1              MS. HAMILL Q:  Are you aware of the              11:05:39

 2   Legislature considering any other maps from any other      11:05:45

 3   people.                                                     11:05:49

 4              MR. MANOLIUS: Objection, lacks foundation,       11:05:50

 5   calls for speculation.  You can answer, if you know.        11:05:53

 6              MR. WOODS:  Join.                                11:05:56

 7              THE WITNESS:  I'm aware that other people        11:05:57

 8   were -- I'm aware that legislators were looking at other    11:06:01

 9   maps, whether they were maps on Twitter, maps that other    11:06:06

10   people were sending to them, but I wasn't apart of any      11:06:09

11   of those discussions.                                       11:06:12

12   Q        Are you aware of any groups submitting maps        11:06:13

13   like advocacy groups submitting maps to the Legislature?    11:06:17

14   A        I'm not aware of that.                             11:06:22

15   Q        Do you know if the map that was submitted to       11:06:24

16   the portal on August 14th is the same map that went onto    11:06:41

17   Proposition 50?                                             11:06:46

18   A        50?  You keep saying 14th on accident, you         11:06:47

19   mean 15th.                                                  11:06:51

20   Q        Was it not submitted to the portal on the          11:06:52

21   14th?                                                       11:06:55

22   A        Oh, I think you want to check that.                11:06:56

23   Q        You're right.  Thank you Mr. Mitchell?             11:07:03

24   A        That's all right.                                  11:07:05

25   Q        August 15th.                                       11:07:06
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                              58

| | | |
|---|---|---|
| 1 | MR. MANOLIUS:  So what's the question again? | 11:07:07 |
| 2 | I lost it. | 11:07:09 |
| 3 | MS. HAMILL Q:  I'll rephrase it.  Do you know | 11:07:11 |
| 4 | if the map that was submitted on August 15th is the same | 11:07:18 |
| 5 | map that went to the voters with Proposition 50?  Were | 11:07:23 |
| 6 | there any changes made between that map. | 11:07:31 |
| 7 | A       There were changes made. | 11:07:32 |
| 8 | MR. MANOLIUS: Wait, wait, wait.  Objection. | 11:07:34 |
| 9 | A       Calls for speculation, lacks foundation and to | 11:07:36 |
| 10 | the extent changes were made in the legislative process | 11:07:43 |
| 11 | I'd instruct you not to answer under legislative | 11:07:47 |
| 12 | privilege. | 11:07:50 |
| 13 | MS. HAMILL Q:  If changes were made to the map | 11:07:51 |
| 14 | that was submitted on August 15th, wouldn't those have | 11:07:58 |
| 15 | been made in a public session. | 11:08:02 |
| 16 | MR. MANOLIUS: Objection, calls for | 11:08:06 |
| 17 | speculation, lacks foundation.  If you know. | 11:08:08 |
| 18 | THE WITNESS:  There were media reports that a | 11:08:10 |
| 19 | map, that the map was changed so I had have to go into | 11:08:15 |
| 20 | the legislative process but there were media reports | 11:08:19 |
| 21 | there were very minute changes to the map, technical | 11:08:23 |
| 22 | changes made to the map before it was put on the ballot. | 11:08:24 |
| 23 | **Q       Do you know what those technical changes were?** | 11:08:27 |
| 24 | MR. MANOLIUS:  Objection, lacks foundation, | 11:08:30 |
| 25 | calls for speculation and calls for information that is | 11:08:31 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                              59

| | | |
|---|---|---|
| 1 | protected under the legislative privilege. | 11:08:34 |
| 2 | A        Are you telling me not to answer? | 11:08:36 |
| 3 |          MR. MANOLIUS:  Yes, sorry. | 11:08:38 |
| 4 |          MS. HAMILL:  What did you read about what | 11:08:39 |
| 5 | those technical changes were? | 11:08:40 |
| 6 |          MR. MANOLIUS: You mean public press accounts. | 11:08:42 |
| 7 |          MS. HAMILL:  Yes. | 11:08:45 |
| 8 |          MR. MANOLIUS: Compound question, calls for | 11:08:46 |
| 9 | speculation and lacks foundation but you can answer what | 11:08:54 |
| 10 | you saw in the media. | 11:08:58 |
| 11 | A        In the media generally I don't recall if it | 11:08:59 |
| 12 | was in a news article or if it was just something that | 11:09:02 |
| 13 | was said on Twitter or something like that, a single | 11:09:04 |
| 14 | census block in city of Commerce and then adjustment of | 11:09:11 |
| 15 | the boundary in Santa Ana that was, you know, several | 11:09:15 |
| 16 | census blocks, minuscule technical changes.  At some | 11:09:20 |
| 17 | point I want to take a break if I can, just because. | 11:09:34 |
| **18** | **Q        Do you want to take a break right now?** | 11:09:37 |
| 19 | A        Yeah, that would be great. | 11:09:38 |
| 20 |          THE VIDEOGRAPHER:  The time is 11:09 a.m.  We | 11:09:40 |
| 21 | are going off the record. | 11:09:43 |
| 22 |          (Whereupon a recess was taken.) | 11:21:35 |
| 23 |          THE VIDEOGRAPHER:  All right.  We are back on | 11:21:35 |
| 24 | the record.  The time is 11:22 a.m. and this marks the | 11:22:08 |
| 25 | beginning of videotape number two in the deposition of | 11:22:13 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    60

| | |
|---|---|
| 1 | Paul Mitchell which is being taken at Hansen Bridgett | 11:22:17 |
| 2 | LLP 500 Capitol Mall, Suite 1500, Sacramento, | 11:22:20 |
| 3 | California.  The videographer is Nicholas Coulter on | 11:22:25 |
| 4 | behalf of Array Legal Services.  The time is, yes, 11:22 | 11:22:30 |
| 5 | a.m. | 11:22:38 |
| 6 | MS. HAMILL Q:  All right.  I am marking as | 11:22:38 |
| 7 | Exhibit 6 a section of the production from the DCCC the | 11:22:42 |
| 8 | documents are numbered at the bottom Bates number DCCC | 11:22:49 |
| 9 | 00005, through DCCC 00009. | 11:22:54 |
| 10 | (Whereupon Plaintiff's Exhibit 6 | 11:22:54 |
| 11 | was marked for identification.) | 11:23:09 |
| 12 | A        Do you need this one back? | 11:23:09 |
| 13 | **Q        Yeah.  Can you take just a minute or two to** | 11:23:12 |
| 14 | **familiarize yourself with this document, please?** | 11:23:29 |
| 15 | MR. MANOLIUS: Do you have another one. | 11:23:31 |
| 16 | MR. MEUSTER:  Here, I'll give you this one. | 11:23:33 |
| 17 | MR. MANOLIUS: That's okay. | 11:23:35 |
| 18 | MR. MEUSER:  I have one in here so I'm not | 11:23:36 |
| 19 | worried yet. | 11:23:39 |
| 20 | THE WITNESS:  Okay.  That was confusing, I | 11:23:58 |
| 21 | thought it was going in the opposite order because it | 11:25:12 |
| 22 | was going -- | 11:25:14 |
| 23 | MS. HAMILL Q:  Have you seen the document, on | 11:25:16 |
| 24 | the first page, which is marked in the Bates number | 11:25:20 |
| 25 | ending in five, have you seen this document before? | 11:25:23 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                           61

```
 1          MR. MANOLIUS: Objection.  So is this naturally    11:25:26

 2   occurring in this --                                     11:25:29

 3   A       No.                                              11:25:31

 4          MR. MANOLIUS:  -- packet.  This is a question     11:25:32

 5   for counsel, because I see a cover letter, but then      11:25:34

 6   there's other things on the back.  Are -- is this a      11:25:37

 7   packet of information or is it just a number of things   11:25:41

 8   stuck together?                                          11:25:44

 9          MS. HAMILL Q:  Do you recognize this set of       11:25:45

10   documents as an e-mail chain between you and the DCCC    11:25:47

11   including a .pdf of the DCCC cover letter that went to   11:25:53

12   the State Legislature?                                   11:25:57

13          MR. MANOLIUS: Same objection.  It's very hard     11:25:58

14   for me to advise and object when I'm not sure if these   11:26:01

15   all go together at once or not so if you can make that   11:26:04

16   representation it would be helpful.  You can answer if   11:26:07

17   you understand.                                          11:26:12

18   A       Are you saying that this I con here that says    11:26:13

19   c A maps submission letters on the cover that this is    11:26:16

20   all of the e-mails.                                      11:26:20

21          MS. HAMILL:  I would like to avoid testifying     11:26:21

22   since I am not under oath here but these are not our     11:26:23

23   documents these were produced to us, so I'm wondering if 11:26:25

24   you recall this communication what in you're exchanging  11:26:29

25   e-mails with the DCCC.                                   11:26:31
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    62

| | | |
|---|---|---|
| 1 | A        I recall the communication of these e-mails | 11:26:33 |
| 2 | that are behind the letter that they sent to the | 11:26:35 |
| 3 | legislature. | 11:26:38 |
| 4 | **Q        And do you recognize this letter that's the** | 11:26:38 |
| 5 | **first page of this set of documents?** | 11:26:40 |
| 6 | A        Yes. | 11:26:42 |
| 7 | **Q        Marked ending in the number five?** | 11:26:42 |
| 8 | A        Yes. | 11:26:44 |
| 9 | **Q        You've seen this letter before?** | 11:26:44 |
| 10 | A        Yes. | 11:26:46 |
| 11 | **Q        And --** | 11:26:47 |
| 12 | MR. WOODS:  Mr. Mitchell if you could wait | 11:26:49 |
| 13 | until she finishes her question -- | 11:26:51 |
| 14 | A        Sorry.  Thank you. | 11:26:53 |
| 15 | MS. HAMILL Q:  And what is your understanding | 11:26:56 |
| 16 | of this letter that's in the front. | 11:26:59 |
| 17 | MR. MANOLIUS: Objection, irrelevant.  You can | 11:27:01 |
| 18 | answer if you you have an understanding. | 11:27:05 |
| 19 | A        This is a letter that would be attached to the | 11:27:07 |
| 20 | draft maps and sent into the portal as a zipped file of | 11:27:11 |
| 21 | some kind. | 11:27:15 |
| 22 | MS. HAMILL:  Okay.  And so it's your | 11:27:16 |
| 23 | understanding that this was a letter that the DCCC | 11:27:17 |
| 24 | submitted with the maps that you drew into the | 11:27:20 |
| 25 | legislative portal on August 15th. | 11:27:23 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          63

```
 1              MR. MANOLIUS: Objection, lacks foundation.        11:27:25

 2    Calls for speculation and to the extent you're asking      11:27:28

 3    for what's transmitted to the Legislature that's covered   11:27:31

 4    by legislative immunity, legislative privilege and don't   11:27:35

 5    answer that portion of the question.                       11:27:38

 6              MS. HAMILL:  Isn't the legislative portal        11:27:42

 7    public?                                                    11:27:45

 8    A         Are you asking me that question? Yes, yes, it    11:27:48

 9    is.                                                        11:27:51

10    Q         Yes, it is public.  Are you still going to       11:27:51

11    stand on the privilege?                                    11:27:53

12              MR. MANOLIUS: Again, I just -- what's            11:27:54

13    submitted, yes, I'll stand on the privilege.  The fact     11:27:56

14    that it was submitted is fine for him to answer, that's    11:27:59

15    the distinction I was drawing upon.                        11:28:02

16              THE WITNESS:  Yes.                               11:28:04

17              MS. HAMILL Q:  Okay.  So let's go through        11:28:05

18    these e-mails, and it is an odd e-mails chain that goes.   11:28:10

19    A         The inverse way I thought it was.                11:28:16

20    Q         Correct.                                         11:28:18

21              MR. MANOLIUS: Yes.                               11:28:19

22    A         Sorry.                                           11:28:19

23              MS. HAMILL Q:  Again, these are not mine.  I     11:28:20

24    did not produce these.  So it looks like we start, I'm     11:28:23

25    looking at the second page of this Exhibit 6, the bottom   11:28:28
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                      64

```
 1   of the page ends in the number 6.                      11:28:33

 2   A        Uh-huh.                                        11:28:35

 3   Q        We start on August 15th at 5:42 p.m. Julie    11:28:36

 4   Merz is saying Paul here is final lawyer approved       11:28:42

 5   language for the cover letter, will send an updated     11:28:45

 6   version on DCCC letterhead in a few minutes.  Do you    11:28:49

 7   recall receiving that e-mail?                           11:28:53

 8   A        Yes, and I'd like to clarify that's Eastern    11:28:54

 9   Standard Time.                                          11:28:58

10   Q        Okay.  And then you respond at 5:56 Eastern    11:28:58

11   Standard Time you say thank you, at this point I will   11:29:07

12   take it.  Thank you.  Paul.  Were you sort of           11:29:09

13   exasperated at that point?                              11:29:13

14           MR. MANOLIUS:  Objection, relevance.  Lacks     11:29:16

15   foundation.  Calls for speculation.  You can answer.    11:29:21

16           THE WITNESS:  I characterize that as being at   11:29:24

17   the end of a very long process.                         11:29:30

18           MS. HAMILL:  Were you unhappy with the letter   11:29:33

19   that the DCCC submitted to the Legislature.             11:29:35

20           MR. MANOLIUS: Objection, relevance.             11:29:38

21   A        No.                                            11:29:40

22           MR. MANOLIUS: Lacks foundation, calls for       11:29:40

23   speculation, you can answer.                            11:29:42

24   A        No, I just was tired.                          11:29:44

25           MS. HAMILL:  So turning to the third page of    11:29:49
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          65

| | | |
|---|---|---|
| 1 | this exhibit the bottom of the page end in the number | 11:30:06 |
| 2 | seven, about a little more than halfway down the page | 11:30:10 |
| 3 | there's an August 15th e-mail at 5:56 p.m. from Julie | 11:30:12 |
| 4 | Merz to you and she said and attached is the .pdf | 11:30:19 |
| 5 | version on letterhead with metadata stripped.  Please | 11:30:23 |
| 6 | attach this version to your zip file with all the goods. | 11:30:26 |
| 7 | Send it back to us and we can then give you back your | 11:30:29 |
| 8 | freedom.  What was she referring to. | 11:30:32 |
| 9 | MR. MANOLIUS: Objection, calls for | 11:30:36 |
| 10 | speculation, lacks foundation.  You can answer. | 11:30:38 |
| 11 | MR. WOODS:  Join. | 11:30:40 |
| 12 | THE WITNESS:  There's two things there that | 11:30:41 |
| 13 | you're asking.  Are you asking about what metadata | 11:30:45 |
| 14 | stripped is referring to or what freedom is referring | 11:30:48 |
| 15 | to. | 11:30:51 |
| **16** | **Q        Yes.  Let's start with metadata stripped?** | 11:30:51 |
| 17 | A        That means that they were taking off the .pdf, | 11:30:54 |
| 18 | the properties to show like what computer it was created | 11:30:59 |
| 19 | on, who created it, so that would have been their choice | 11:31:03 |
| 20 | to do that when they produced the document. | 11:31:07 |
| **21** | **Q        The cover letter?** | 11:31:10 |
| 22 | A        Uh-huh. | 11:31:11 |
| **23** | **Q        And then what did does she mean by give you** | 11:31:15 |
| **24** | **back your freedom?** | 11:31:17 |
| 25 | MR. MANOLIUS: Same objections. | 11:31:18 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          66

| | | |
|---|---|---|
| 1 | A      Just that it had been a long process. | 11:31:19 |
| 2 | **Q      How long was the process?** | 11:31:22 |
| 3 | A      It was, you know, roughly a month, but most | 11:31:25 |
| 4 | condensed into the last two weeks. | 11:31:31 |
| 5 | **Q      How many hours did you put into the process?** | 11:31:33 |
| 6 | MR. MANOLIUS:  You can answer.  I mean vague | 11:31:38 |
| 7 | as to time as to when but if you're talking about the | 11:31:40 |
| 8 | last two weeks or if you're talking about the whole | 11:31:43 |
| 9 | process. | 11:31:45 |
| 10 | A      Last two weeks was probably 15, 16 hours a | 11:31:45 |
| 11 | day. | 11:31:51 |
| 12 | MS. HAMILL:  Do you have an estimate of total | 11:31:52 |
| 13 | hours that you put into this project and when I say this | 11:31:54 |
| 14 | project I am referring to what became the Prop 50 map. | 11:31:56 |
| 15 | MR. MANOLIUS: Say from July 2nd onward.  I'll | 11:31:59 |
| 16 | object as to vague. | 11:32:03 |
| 17 | THE WITNESS:  I don't, I don't recall. | 11:32:06 |
| 18 | MS. HAMILL Q:  200 hours? | 11:32:09 |
| 19 | MR. MANOLIUS: Same objection.  Calls for | 11:32:11 |
| 20 | speculation. | 11:32:13 |
| 21 | A      I would have to sit down with a piece of paper | 11:32:14 |
| 22 | and physician out what 200 hours is and how much time | 11:32:16 |
| 23 | that is per day, so I don't know. | 11:32:19 |
| 24 | MS. HAMILL:  Okay.  But it was your full-time | 11:32:21 |
| 25 | job from July 2nd through August 15th. | 11:32:24 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    67

 1   A         No.                                              11:32:26

 2   **Q         What else were you doing then?**               11:32:26

 3   A         I work for a Political Data.  I'm the            11:32:28

 4   vice-president.                                            11:32:31

 5   **Q         Were you working full time at PDI during this** 11:32:31

 6   **time?**                                                  11:32:35

 7   A         I was technically for the last two weeks I was  11:32:35

 8   on a vacation, because I had planned a vacation as        11:32:38

 9   people all know famously.                                 11:32:42

10   **Q         But before that vacation time were you going** 11:32:45

11   **into an office for PDI?**                                11:32:48

12   A         I work from home.                               11:32:51

13   **Q         Okay.  Were you working full time for PDI from** 11:32:52

14   **home during this period of time?**                       11:32:56

15   A         I'm a full-time employee but it's not like I    11:32:57

16   clock hours so if there are other projects I'm working    11:33:01

17   on it is understood by the company that I'm working on    11:33:04

18   other projects.                                           11:33:07

19   **Q         Going back to this e-mail and we're on the**   11:33:08

20   **page that ends in number seven, the second full**        11:33:10

21   **paragraph of the 5:56 p.m. e-mail says the talking**     11:33:14

22   **points will be more expansive and incorporate more of**  11:33:19

23   **your helpful context.  Do you know if she is referring** 11:33:22

24   **to talking points in the DCCC letter or is she talking** 11:33:25

25   **to other talking points?**                               11:33:28

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                              68

```
 1            MR. MANOLIUS: Objection, calls for           11:33:29

 2   speculation, vague as to time, lacks foundation, you can   11:33:31

 3   answer.                                                 11:33:36

 4            MR. WOODS:  Join.                              11:33:36

 5            THE WITNESS:  I don't recall.                  11:33:43

 6            MS. HAMILL Q:  Did the DCCC give you talking   11:33:47

 7   points for the prop a 50 map.                           11:33:49

 8            MR. MANOLIUS: Objection, vague as to time.     11:33:52

 9            THE WITNESS:  I don't recall if it was         11:33:55

10   something that I created or they created or they took my  11:34:02

11   things and modified them to be their things.  I don't   11:34:05

12   recall.                                                 11:34:08

13            MS. HAMILL Q:  Turning to the next page of     11:34:08

14   this exhibit, the bottom of the document ends in the    11:34:17

15   number 8.  The second line says these maps became public  11:34:20

16   and now we need to be able to say these are submitted to  11:34:25

17   the Legislature.  What did you mean by that?            11:34:28

18            MR. MANOLIUS: Objection.  Calls for            11:34:37

19   speculation, vague.                                     11:34:38

20            THE WITNESS:  And this might speak to my tone  11:34:41

21   in the earlier message, people were tweeting the maps,  11:34:46

22   so the maps had become, the maps had been put online,   11:34:52

23   reporters had the maps, so it was at that point let's   11:34:57

24   hurry up and get these submitted.                       11:35:02

25   Q        How did the maps become public?                11:35:05
```

| | | |
|---|---|---|
| 1 | MR. MANOLIUS:  Objection, calls for | 11:35:07 |
| 2 | speculation. | 11:35:08 |
| 3 | MR. WOODS:  Join. | 11:35:09 |
| 4 | MS. HAMILL:  Did you -- | 11:35:11 |
| 5 | A        Reporters have their ways of getting maps and | 11:35:11 |
| 6 | I have been dealing with reporters for the last several | 11:35:14 |
| 7 | days who would call me and say oh, I have a copy of the | 11:35:17 |
| 8 | map.  (Witness shrugging shoulders.) | 11:35:21 |
| 9 | MS. HAMILL Q:  Are you aware of anyone from | 11:35:23 |
| 10 | your staff leaking the maps to reporters. | 11:35:25 |
| 11 | MR. MANOLIUS: Objection, lacks foundation, | 11:35:27 |
| 12 | calls for speculation, you can answer. | 11:35:29 |
| 13 | THE WITNESS:  No.  There was no, none of our | 11:35:31 |
| 14 | staff woke up saying we're going to, you know, I'll give | 11:35:37 |
| 15 | you an example if that helps. | 11:35:41 |
| **16** | **Q        Nodding head.** | 11:35:43 |
| 17 | A        Some, there were points in time where on a | 11:35:44 |
| 18 | Zoom map would be shown and then someone would be | 11:35:47 |
| 19 | creative and read the URL at the top of the web browser | 11:35:51 |
| 20 | and if they typed that into the top of the web browser, | 11:35:55 |
| 21 | all of a sudden they have a copy of the map and then | 11:35:55 |
| 22 | every reporter will get it, but that was only in like | 11:36:01 |
| 23 | the last 12 hours. | 11:36:03 |
| **24** | **Q        So if somebody had a copy of the URL that was** | 11:36:04 |
| **25** | **used for the map drawing they could put it into their** | 11:36:08 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                        70

```
 1   own computer and view it on their own computer?          11:36:11

 2              MR. MANOLIUS: Objection, lacks foundation,     11:36:14

 3   calls for speculation, you can answer.                   11:36:15

 4   A       The wet map version of the maps, not working,    11:36:17

 5   that's wet map versions, like a Google map, off of the   11:36:22

 6   map.                                                     11:36:25

 7   Q       Interesting.                                     11:36:25

 8   A       So at that point, meaning that they become       11:36:25

 9   public, it means that like Politico had posted a tweet   11:36:28

10   that we think these are the congressional maps.  That's  11:36:32

11   in public record.  You can pull it up.                   11:36:35

12   Q       And so the next e-mail in this same change       11:36:38

13   Friday August 15th at 6:02 p.m. Julie Merz says to you,  11:36:41

14   DCCC would prefer to hit send, so please just send to us 11:36:58

15   in a zip file and we will submit.  Why couldn't you just 11:37:02

16   submit the map directly?                                 11:37:07

17              MR. MANOLIUS: Objection.  Calls for           11:37:09

18   speculation, lacks foundation, relevance.  Go ahead.     11:37:10

19   A       They wanted to be the one to submit the map.     11:37:14

20   That was their decision, not mine.                       11:37:17

21   Q       Do you have an understanding of why?             11:37:19

22              MR. MANOLIUS: Same objections.                11:37:20

23   A       I do not have an understanding as to why.        11:37:21

24              MS. HAMILL Q:  So ultimately is it your       11:37:23

25   understanding that the DCCC submitted to the Legislature 11:37:36
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                      71

| | | |
|---|---|---|
| 1 | on August 15th, the map that you drew. | 11:37:39 |
| 2 | MR. MANOLIUS:  Objection.  Calls for | 11:37:43 |
| 3 | speculation, lacks foundation, and as to the specifics | 11:37:47 |
| 4 | of the map I instruct you not to answer and I insert the | 11:37:52 |
| 5 | legislative privilege. | 11:37:57 |
| 6 | MS. HAMILL Q:  Is it a full instruction. | 11:37:58 |
| 7 | MR. MANOLIUS: Yes. | 11:38:00 |
| 8 | MS. HAMILL:  Don't answer it all. | 11:38:01 |
| 9 | MR. MANOLIUS: Yeah.  Thanks.  Sorry about | 11:38:02 |
| 10 | that. | 11:38:05 |
| 11 | MS. HAMILL:  Marking as Exhibit 7 another set | 11:38:05 |
| 12 | of e-mails between you, Mr. Mitchell, and the DCCC. | 11:38:13 |
| 13 | (Whereupon Plaintiff's Exhibit 7 | 11:38:13 |
| 14 | was marked for identification.) | 11:38:21 |
| 15 | MS. HAMILL:  And these also came from the DCCC | 11:38:21 |
| 16 | production and they are Bates stamped. | 11:38:28 |
| 17 | A    Oh. | 11:38:30 |
| **18** | **Q    As DCCC 000043 to DCCC 000045.** | 11:38:31 |
| 19 | A    (Reading.)  Okay. | 11:38:52 |
| **20** | **Q    Do you remember having this exchange with** | 11:40:25 |
| **21** | **DCCC?** | 11:40:27 |
| 22 | A    Yes, I recall. | 11:40:28 |
| **23** | **Q    And so this appears to be an e-mail exchange** | 11:40:29 |
| **24** | **earlier the same day, August 15th, before the** | 11:40:32 |
| **25** | **communications that we just went over in Exhibit 6;** | 11:40:37 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    72

| | | |
|---|---|---|
| 1 | correct? | 11:40:40 |
| 2 | A       Yes. | 11:40:40 |
| 3 | MR. MANOLIUS: Objection, calls for | 11:40:40 |
| 4 | speculation.  Give me a minute.  Lacks foundation.  Go | 11:40:42 |
| 5 | ahead. | 11:40:49 |
| 6 | THE WITNESS:  Yes. | 11:40:49 |
| 7 | MS. HAMILL Q:  And is your e-mail, that's | 11:40:49 |
| 8 | shown on the first page of this exhibit August 15th, | 11:40:54 |
| 9 | 11:33 a.m., is your e-mail to the DCCC, is this what you | 11:40:59 |
| 10 | wanted the DCCC to say in their letter that went along | 11:41:08 |
| 11 | with the submission of the Prop 50 map. | 11:41:11 |
| 12 | A       I'd like to amend my prior comment about the | 11:41:14 |
| 13 | word term talking points.  That's not something I | 11:41:17 |
| 14 | normally use but this is the subject line of this e-mail | 11:41:20 |
| 15 | is talking points, so in the prior comment I made about | 11:41:23 |
| 16 | letter August 15th e-mail and you asked me if I -- asked | 11:41:26 |
| 17 | me about talking points then I presume this is what they | 11:41:32 |
| 18 | were referring to so I don't want it to be, talking | 11:41:36 |
| 19 | points isn't normally how I phrase things, so -- I | 11:41:39 |
| 20 | didn't know that I called this talking points, but this, | 11:41:44 |
| 21 | go on, ask the question again, I am sorry. | 11:41:48 |
| 22 | Q       Do you have my question to read back? | 11:41:51 |
| 23 | (Whereupon the record was read as | 11:41:51 |
| 24 | follows:  "Question:     ") | 11:42:17 |
| 25 | MR. MANOLIUS: Objection.  Lacks foundation | 11:42:17 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                              73

```
 1   calls for speculation and to the extent this talks about     11:42:23

 2   how maps were drawn, I instruct you not to answer under      11:42:27

 3   legislative privilege.  So you can again acknowledge         11:42:30

 4   that this e-mail occurred.  But I will instruct you not      11:42:34

 5   to answer beyond that.                                       11:42:40

 6   A        So without getting into how maps are drawn, I       11:42:41

 7   would say that I was not trying to tell them how to draw     11:42:45

 8   that, write their letter, I was trying to provide things     11:42:50

 9   that I thought were good messaging points for their          11:42:53

10   letter.                                                      11:42:57

11   Q        And can you tell me what the FAIR MAPS Act is       11:42:58

12   that you were referring to on the first page of this        11:43:01

13   exhibit?                                                     11:43:03

14            MR. MANOLIUS: What it is?  You can answer           11:43:05

15   that.                                                        11:43:09

16            THE WITNESS:  So the FAIR MAPS Act is a State       11:43:10

17   law that actually applies to municipal like                 11:43:12

18   supervisorial, city, county, school board, other            11:43:15

19   redistricting here in the State.  It is a parallel to       11:43:19

20   the State commissions criteria, and it's the type of        11:43:25

21   criteria we use in all of our municipal redistricting s,    11:43:28

22   and so it is a you know absent, it is a good framework       11:43:34

23   for redistricting even in other states, I might try to      11:43:40

24   apply a lot of the framework as kind of best practices.     11:43:43

25   Thinks of it as a best practices in the State law.          11:43:46
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                              74

1    Q        Okay.  And do you know what that criteria is?        11:43:49

2            MR. MANOLIUS: Objection, calls for a legal            11:43:55

3    conclusion.  You can answer your understanding.               11:43:57

4            THE WITNESS:  I do know what the criteria is          11:44:00

5    but I wouldn't want to have to do it like a test like         11:44:03

6    line them all outright now but I do know what those           11:44:05

7    criteria are generally.                                       11:44:08

8    Q        To the best of your recollection at this             11:44:09

9    moment can you share with me as much of the criteria as       11:44:11

10   you can remember?                                             11:44:14

11   A        Well, it's criteria such as, you know,               11:44:15

12   preserving communities of interest, following city and        11:44:18

13   county boundaries, you know when we do city council           11:44:21

14   redistricting we follow neighborhood boundaries, and          11:44:25

15   following essentially the same criteria as the State          11:44:31

16   redistricting commission obviously those criteria also        11:44:34

17   include things like partisanship and incumbency those we      11:44:39

18   were allowing ourself to look at when we're drawing           11:44:44

19   lines but other than that, kind of the best practices.        11:44:46

20   Q        Is race one of the criteria?                         11:44:49

21   A        Complying with the Voting Rights Act I believe       11:44:52

22   might be one of the criteria s like number two on the         11:44:55

23   criteria after equal population.                              11:44:58

24   Q        And how, what's your understanding of how the        11:45:00

25   Voting Rights Act inter relates to race?                      11:45:02

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          75

| | | |
|---|---|---|
| 1 | MR. MANOLIUS:  Objection, calls for a legal | 11:45:07 |
| 2 | conclusion, lacks foundation.  I have said it.  I'll | 11:45:10 |
| 3 | instruct you not to answer. | 11:45:20 |
| **4** | **Q        You're instructing not to answer on a legal** | 11:45:25 |
| **5** | **conclusion?** | 11:45:28 |
| 6 | MR. MANOLIUS: Yep. | 11:45:28 |
| 7 | MS. HAMILL:  I am not asking for a legal | 11:45:28 |
| 8 | conclusion, I'm asking for your understanding and how | 11:45:30 |
| 9 | you use it in your work so when I said race, you said | 11:45:32 |
| 10 | Voting Rights Act and I'm wondering in your mind how | 11:45:35 |
| 11 | those two relate. | 11:45:39 |
| 12 | MR. MANOLIUS: In his work generally? | 11:45:41 |
| 13 | MS. HAMILL:  In your work generally. | 11:45:42 |
| 14 | A        So the Voting Rights Act is designed to ensure | 11:45:44 |
| 15 | that voting power of protected classes aren't diluted by | 11:45:50 |
| 16 | the redistricting maps, generally.  That's kind of a | 11:46:04 |
| 17 | layperson terminology. | 11:46:08 |
| 18 | MS. HAMILL Q:  And can you identify the | 11:46:10 |
| 19 | protected classes in California. | 11:46:12 |
| 20 | MR. WOODS:  Objection, calls for a legal | 11:46:17 |
| 21 | conclusion.  You can answer. | 11:46:18 |
| 22 | MR. MANOLIUS: I'll join that. | 11:46:21 |
| 23 | A        Predominantly in California you'll see | 11:46:23 |
| 24 | redistrict goes looking at black Latino populations. | 11:46:26 |
| 25 | However, we did redistricting in Alaska, we were looking | 11:46:31 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    76

```
 1   at native Alaskan populations and I think there could be      11:46:33

 2   arguments for other populations such such as Armenians        11:46:38

 3   or Caldians or something, but I haven't seen that             11:46:50

 4   utilized so primarily in California, Black, Asian and         11:46:51

 5   Latino.                                                       11:46:57

 6   Q         Okay.  And when you were drawing the Prop 50        11:46:57

 7   map you used criteria from the FAIR MAPS Act; correct?        11:47:02

 8             MR. MANOLIUS:  Objection.  Calls for                11:47:05

 9   information that's protected under the legislative            11:47:08

10   privilege.  I instruct you not to answer.                     11:47:10

11             MS. HAMILL Q:  And when you were drawing the        11:47:12

12   Prop 50 map you drew the districts to protect the voting      11:47:14

13   power of protected classes in California; correct.            11:47:18

14             MR. MANOLIUS: Same objection, and I instruct        11:47:20

15   you not to answer.                                            11:47:23

16             MS. HAMILL:  And when I say protected classes       11:47:24

17   in California, I mean the racial groups that you just         11:47:26

18   identified, Black, Asian and Latino.                          11:47:28

19             MR. MANOLIUS: Same objection, I instruct you       11:47:32

20   not to answer.  Calls for information that's protected        11:47:33

21   by the legislative privilege.                                 11:47:36

22             MS. HAMILL Q:  Did the D.C. c can tell you why      11:47:37

23   they didn't use your language regarding the FAIR MAPS         11:47:56

24   Act in their submission letter to the Legislature.            11:48:00

25             MR. MANOLIUS: Objection, lacks foundation,          11:48:02
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                              77

```
 1   calls for speculation, you can answer.                          11:48:04

 2          THE WITNESS:  No, they didn't describe why,             11:48:07

 3   they didn't use my language essentially saying that            11:48:11

 4   these were consistent with the commission criteria and         11:48:14

 5   the FAIR MAPS Act.                                              11:48:17

 6   Q       Did the DCCC lawyers express to you any                11:48:18

 7   concerns about lawsuits along racial lines regarding the       11:48:21

 8   Prop 50 map?                                                   11:48:27

 9          MR. MANOLIUS: Objection.  Vague as to time.            11:48:28

10   Vague as to some of the terminology, but you can report        11:48:34

11   that.                                                          11:48:38

12   A       No.                                                    11:48:38

13          MS. HAMILL Q:  You mentioned communities of            11:48:44

14   interest.  How, what are the communities of interest in       11:48:46

15   California.                                                    11:48:49

16          MR. MANOLIUS:  Objection, overbroad, vague and         11:48:50

17   again depending on where in the State.                         11:48:54

18   A       To answer that week be.                                11:48:59

19          MR. MANOLIUS: And also with regard to, I am            11:49:00

20   sorry objection and also with regard to his general            11:49:02

21   redistricting work.  Is that the question?                     11:49:05

22          MS. HAMILL:  Yes.                                       11:49:08

23          MR. MANOLIUS: Yes.                                      11:49:09

24          THE WITNESS:  It could -- we could be here             11:49:10

25   forever identifying communities of interest, because a         11:49:13
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                              78

| | | |
|---|---|---|
| 1 | community of interest is a socioeconomic group or other | 11:49:16 |
| 2 | group.  The way that I explain it when I do | 11:49:21 |
| 3 | redistricting is that it should generally have three | 11:49:24 |
| 4 | things, it should be something you can identify like a | 11:49:27 |
| 5 | skateboarders, they're a group, it should be something | 11:49:29 |
| 6 | that you can map, skateboarders all live on this part of | 11:49:33 |
| 7 | town and then it should be something that has a concern | 11:49:37 |
| 8 | with the agency being redistricted, the city council is | 11:49:43 |
| 9 | going to get rid of the skate park so the skateboarders | 11:49:46 |
| 10 | are now a community of interest that should be | 11:49:49 |
| 11 | considered.  There are other types of communities of | 11:49:51 |
| 12 | interest.  A neighborhood is a community of interest. | 11:49:53 |
| 13 | People say I live in boulevard park that's a community | 11:49:56 |
| 14 | of interest.  People who go to the senior senior could | 11:49:58 |
| 15 | be a community of interest, young people, old people, | 11:50:02 |
| 16 | LGBTQ community has been a community of interest and | 11:50:05 |
| 17 | that's been one that California considers in a lot of | 11:50:09 |
| 18 | municipal redistricting, and I've used in redistricting | 11:50:12 |
| 19 | had elevation be a community of interest in a water | 11:50:18 |
| 20 | redistricting, because at certain elevations the water | 11:50:21 |
| 21 | district had different rates. | 11:50:25 |
| 22 | I have had almond trees and walnut trees be | 11:50:25 |
| 23 | communities of interest, because walnut trees use water | 11:50:30 |
| 24 | differently than almond trees in a water redistricting. | 11:50:36 |
| 25 | I've had agricultural areas and farms be | 11:50:36 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                                    79

| | | |
|---|---|---|
| 1 | communities of interest.  I've had attendance rates, | 11:50:42 |
| 2 | school campuses. | 11:50:46 |
| 3 | There are a plethora of communities of | 11:50:48 |
| 4 | interest and oftentimes they are very subjective and the | 11:50:51 |
| 5 | communities of interest in the State redistricting in | 11:50:55 |
| 6 | the city council redistricting water redistricting they | 11:50:57 |
| 7 | can all be different even in the same footprint so that | 11:51:00 |
| 8 | skateboarding community of interest that impacted lines | 11:51:03 |
| 9 | in Sacramento might have really no interest in the SMUD | 11:51:06 |
| 10 | redistricting or the school board redistricting because | 11:51:10 |
| 11 | they're not really an active community of interest for | 11:51:13 |
| 12 | that agency. | 11:51:15 |
| 13 | **Q        And people who shop at the same grocery store;** | 11:51:16 |
| 14 | **right?** | 11:51:20 |
| 15 | A        Or, yeah, or use Insta-Cart. | 11:51:20 |
| 16 | **Q        Can racial groups be communities of interest?** | 11:51:23 |
| 17 | MR. MANOLIUS: Objection, calls for | 11:51:26 |
| 18 | speculation, vague as to in what context.  If you mean | 11:51:29 |
| 19 | in his general redistricting work you can answer the | 11:51:34 |
| 20 | question. | 11:51:36 |
| 21 | THE WITNESS:  Generally, if there is a | 11:51:37 |
| 22 | community say with the Armenian grocery stores or there | 11:51:43 |
| 23 | is a community around a Black church, or there is an | 11:51:46 |
| 24 | area where they're concerned about having in language | 11:51:50 |
| 25 | services, then those become the communities of interest, | 11:51:55 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                              80

```
 1   so it generally is the -- the identified group and their      11:52:00

 2   interests in those three things, so they're a group that      11:52:07

 3   can be identified a group that can be mapped and a group      11:52:11

 4   that has concern before the agency.                           11:52:14

 5          Those are general ways that I describe it when         11:52:16

 6   I do my municipal statewide redistricting, even in New        11:52:18

 7   York, that's how we describe communities of interest.         11:52:22

 8   Q       In what community of interest data did your           11:52:25

 9   staff collect for the Prop 50 map?                            11:52:28

10          MR. MANOLIUS: Objection, calls for information         11:52:31

11   that is protected by the legislative privilege.  I            11:52:32

12   instruct you not to answer.                                   11:52:35

13          MS. HAMILL Q:  And how did they convert that           11:52:36

14   information into geographic formats.                          11:52:39

15          MR. MANOLIUS: Same objection.  I instruct you          11:52:41

16   not to answer.                                                11:52:43

17          MS. HAMILL Q:  Were any racial communities of          11:52:44

18   interest used in drawing the Proposition 50 maps.             11:52:47

19          MR. MANOLIUS: Same objection.  I instruct you          11:52:50

20   not to answer.                                                11:52:52

21          MS. HAMILL Q:  Did you talk to the DCCC about          11:52:53

22   racial considerations you made in your map.                   11:52:56

23          MR. MANOLIUS: Same objection.  Instruct you            11:52:58

24   not to answer.                                                11:53:00

25          MS. HAMILL Q:  Why didn't you participate in           11:53:01
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    81

| | | |
|---|---|---|
| 1 | the public legislative hearings for Prop 50? | 11:53:11 |
| 2 | MR. MANOLIUS: Objection, lacks foundation. | 11:53:15 |
| 3 | Calls for speculation.  Vague as to time.  You can | 11:53:16 |
| 4 | answer. | 11:53:20 |
| 5 | THE WITNESS: | 11:53:21 |
| 6 | MR. WOODS:  Join. | 11:53:22 |
| 7 | A      I wasn't asked to. | 11:53:23 |
| 8 | MS. HAMILL Q:  Is and did you speak to any | 11:53:24 |
| 9 | legislators about how you drew the maps before they | 11:53:32 |
| 10 | voted on what became Prop 50? | 11:53:35 |
| 11 | MR. MANOLIUS: Same objection, calls for | 11:53:38 |
| 12 | information that's protected by the legislative | 11:53:40 |
| 13 | privilege.  I instruct you not to answer. | 11:53:42 |
| 14 | MS. HAMILL Q:  Well, we identified some | 11:53:44 |
| 15 | staffers earlier that you did speak to about the maps; | 11:53:47 |
| 16 | correct. | 11:53:52 |
| 17 | MR. MANOLIUS: You identified the staffers who | 11:53:52 |
| 18 | were engaged during that time, yes, but the content of | 11:53:54 |
| 19 | those conversations protected by legislative privilege | 11:53:59 |
| 20 | and I am instructing him not to answer. | 11:54:04 |
| 21 | MS. HAMILL Q:  I am not asking for the | 11:54:06 |
| 22 | content, I am asking did you speak to any of the | 11:54:07 |
| 23 | legislators on the map before they wrote ed on the map. | 11:54:09 |
| 24 | MR. MANOLIUS: I am sorry. | 11:54:12 |
| 25 | A      In the prior question you asked about the | 11:54:13 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          82

```
 1   drawing of the maps, so are you saying now just did I        11:54:15

 2   talk to them at all before while they were considering       11:54:17

 3   it?                                                          11:54:21

 4           MS. HAMILL Q:  Did you talk to any legislators        11:54:22

 5   between August 15th, and the vote on the Proposition 50      11:54:25

 6   map.                                                         11:54:32

 7           MR. WOODS:  Objection.                                11:54:32

 8           MR. MANOLIUS: Objection vague as to what.             11:54:34

 9           MR. WOODS:  Join.                                     11:54:37

10   A       Yes.                                                  11:54:38

11           MS. HAMILL Q:  Who did you speak to?                  11:54:38

12           MR. MANOLIUS: Yeah.                                   11:54:44

13           THE WITNESS:  Um, are you saying as an                11:54:45

14   one-on-one basis who did I speak to?                         11:54:51

15           MR. MANOLIUS: Maybe start with that.                  11:54:55

16           MS. HAMILL:  Why don't we start with                  11:54:56

17   one-on-one.                                                  11:54:57

18   A       You -- it might be incomplete, so I apologize.        11:54:59

19   I'm just going to think of people that I talked to.          11:55:04

20   Par.                                                         11:55:07

21           MR. MANOLIUS: Keep in mind the time period she        11:55:08

22   had asked about.                                             11:55:10

23   A       It was August 15th through the passage; right.       11:55:11

24           MS. HAMILL:  Uh-huh.                                  11:55:14

25   A       Christopher Kamon, Sabrina Cervantes,                 11:55:16
```

```
 1   senators, both of those are senators.  Really, if I had      11:55:28

 2   like a list of all of the legislators in front of me I       11:55:33

 3   might be able the do a better job of this.                   11:55:36

 4          Angela Gashby, I am just trying to travel             11:55:40

 5   around the state in my head, um -- oh, if I had a            11:55:51

 6   legislative list I could probably do a better job.          11:56:15

 7   Q      Can you give me a percentage of how many             11:56:18

 8   members of the legislator you spoke with during that        11:56:20

 9   time period?                                                 11:56:23

10   A      One-on-one, I would say ten.                         11:56:24

11   Q      10-percent or ten individuals?                       11:56:25

12   A      Ten total, which is roughly 10-percent of the        11:56:27

13   legislature.                                                 11:56:30

14   Q      And did you also address them in group               11:56:31

15   settings?                                                    11:56:33

16          MR. MANOLIUS: You can answer.                        11:56:34

17   A      Yes.                                                  11:56:34

18          MS. HAMILL:  And in group settings, how many         11:56:35

19   of them did you speak with at a time.                        11:56:39

20          MR. MANOLIUS: Objection, compound.  If there         11:56:42

21   was more than one meeting you might want to indicate         11:56:44

22   that.                                                        11:56:47

23          THE WITNESS:  I believe, to my best of my            11:56:47

24   recollection in group settings, they were speaking with     11:56:50

25   the group and if I was having one-on-one conversation,      11:56:53
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                              84

 1   like, Rick Sabera we can add to the list, he is a          11:56:57
 2   legislator and prior to presenting at one point I talked   11:57:02
 3   to him prior to me talking, but I wasn't having            11:57:04
 4   one-on-one conversations with the members in the group     11:57:08
 5   settings.                                                  11:57:11
 6           MS. HAMILL Q:  And did you talk to any             11:57:12
 7   legislators about protecting racial groups with respect    11:57:14
 8   to the Proposition 50 map?                                 11:57:18
 9           MR. MANOLIUS:  Objection, calls for                11:57:20
10   information that's protected under the legislative         11:57:21
11   privilege.  I instruct you not to answer.                  11:57:23
12           MS. HAMILL Q:  Did any legislator express any      11:57:25
13   sentiment whatsoever about protecting the voting power     11:57:28
14   of any racial group to you with respect to the            11:57:31
15   Proposition 50 map?                                        11:57:34
16           MR. MANOLIUS: Same objection and I instruct        11:57:35
17   you not to answer, legislative privilege.                  11:57:36
18           MS. HAMILL Q:  Isn't it true that multiple         11:57:38
19   legislators expressed to you concerns about protecting     11:57:42
20   the voting power of certain racial groups in California    11:57:45
21   with respect to the Proposition 50 map.                    11:57:48
22           MR. MANOLIUS: Objection, compound and also         11:57:51
23   calls for information that's protected by the              11:57:54
24   legislative privilege.                                     11:57:56
25           MS. HAMILL Q:  At the time of the vote on the      11:57:57

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          85

```
 1  map, and when we say map it wasn't really a map; right,      11:58:15

 2  it was just the legal descriptions of what became the        11:58:18

 3  map; is that right.                                          11:58:20

 4          MR. MANOLIUS:  Objection, calls for                  11:58:21

 5  speculation.                                                 11:58:24

 6          THE WITNESS:  A census block equivalency is a        11:58:25

 7  the equivalent of a map so I would still call it a map       11:58:30

 8  even if it's not a picture of the map.                       11:58:34

 9          MS. HAMILL Q:  And at the time and that was          11:58:35

10  AB604; correct.                                              11:58:41

11  A       Yes.  I believe there were multiple bills.          11:58:42

12  Q       And at the time that the legislature voted on        11:58:48

13  AB604 were they presented with any alternative maps?         11:58:55

14          MR. MANOLIUS:  Objection, calls for                  11:58:58

15  speculation.  You can answer, if you know.                   11:59:00

16          THE WITNESS:  I'm not aware.                         11:59:01

17          MS. HAMILL Q:  Did you redraw the map based on       11:59:03

18  any input from any legislators.                              11:59:09

19          MR. MANOLIUS: Objection calls for information        11:59:11

20  that's protected by the legislative privilege.  I            11:59:12

21  instruct you not to answer.                                  11:59:15

22          MS. HAMILL Q:  I want to go back to Exhibit 6,       11:59:16

23  the DCCC cover letter.  So the last couple of lines,         11:59:20

24  let's go with the third from the bottom of the first         11:59:48

25  paragraph, it says, "Republican majority states or           11:59:51
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    86

```
 1   republicans -- doing the bidding of their D.C. party        11:59:55

 2   bosses -- are considering adopting a clearly racially       11:59:59

 3   gerrymandered, partisan map at the expense of their         12:00:03

 4   voters."                                                    12:00:07

 5           Is it possible to have a clearly racially           12:00:08

 6   gerrymandered partisan map?                                 12:00:10

 7           MR. MANOLIUS:  Objection.  Calls for                12:00:15

 8   speculation, lacks foundation and vague as to time and      12:00:16

 9   scope.                                                      12:00:23

10           MR. WOODS:  Join.  Also, calls for a legal          12:00:24

11   conclusion.                                                 12:00:26

12           MR. MANOLIUS:  I'll join that one.                  12:00:27

13           THE WITNESS:  I don't know and I didn't write       12:00:29

14   this, so --                                                 12:00:31

15           MS. HAMILL Q:  Are you familiar with the            12:00:33

16   concept of a racially gerrymandered partisan map?           12:00:34

17           MR. MANOLIUS:  Again, vague as to the term and      12:00:42

18   calls for legal conclusion and calls for speculation.       12:00:45

19   You can answer.                                             12:00:49

20           MR. WOODS:  Join.                                   12:00:49

21           THE WITNESS:  To be clear, my work is in            12:00:51

22   municipal and not partisan redistricting.                   12:00:58

23           I have never done a partisan redistricting          12:01:00

24   until now, but generally I think in most cases I've         12:01:03

25   heard of maps being a racial gerrymander or a partisan      12:01:06
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                        87

```
 1   gerrymander or another gerrymander or amenity          12:01:11

 2   gerrymander, but I don't know that they can't be two   12:01:15

 3   things at once.  That's not my area of expertise.      12:01:17

 4           MS. HAMILL Q:  When I say "gut and amend," do   12:01:20

 5   you have an understanding of what that means?          12:01:26

 6   A       My ears went up.  Sorry.                       12:01:28

 7           MR. WOODS:  Objection.  Calls --               12:01:32

 8           MR. MANOLIUS:  Objection, vague.  Calls for    12:01:33

 9   speculation.                                           12:01:35

10           MR. WOODS:  It calls for a legal conclusion.   12:01:35

11   You can answer.                                        12:01:37

12           THE WITNESS:  Of course.  I worked in the      12:01:38

13   legislature so I know what a gut and amend is.         12:01:39

14           MS. HAMILL Q:  Can you give us a basic         12:01:42

15   explanation from your understanding of what it is?     12:01:43

16           MR. MANOLIUS:  Same objection.                 12:01:46

17           THE WITNESS:  A gut and amend is generally     12:01:47

18   where you take the contents out and you put new contents 12:01:49

19   in and it retains the same bill number, oftentimes the 12:01:51

20   same author, and then it moves forward in the process. 12:01:55

21           MS. HAMILL Q:  Do you know why gut and amend   12:01:57

22   is used?                                               12:01:59

23           MR. MANOLIUS:  Objection, calls for            12:02:00

24   speculation, overbroad, vague as to time, subject      12:02:01

25   matter.  You can answer.                               12:02:03
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          88

| | | |
|---|---|---|
| 1 | MR. WOODS:  Join.  Also, calls for a legal | 12:02:05 |
| 2 | conclusion. | 12:02:07 |
| 3 | THE WITNESS:  So from my own experience prior | 12:02:07 |
| 4 | to ever working redistricting, prior to ever working in | 12:02:10 |
| 5 | the Legislature, a bill generally has -- remember how a | 12:02:14 |
| 6 | bill becomes a law, the song? | 12:02:19 |
| 7 | But a bill begins as a draft.  It routes its | 12:02:20 |
| 8 | way through committees and some of those committees have | 12:02:26 |
| 9 | deadlines and so, oftentimes, when an urgent issue comes | 12:02:30 |
| 10 | up it's not timely to go back to beginning of the | 12:02:35 |
| 11 | process, it's more timely to take a bill that has gone | 12:02:38 |
| 12 | through some steps and then utilize that as the vehicle | 12:02:41 |
| 13 | is what they'll call that as their vehicle for a new | 12:02:45 |
| 14 | bill. | 12:02:48 |
| 15 | MS. HAMILL Q:  So it's a quick way to get a | 12:02:48 |
| 16 | bill passed? | 12:02:50 |
| 17 | A      I'm not -- | 12:02:51 |
| 18 | MR. MANOLIUS:  Objection.  Mischaracterizes | 12:02:52 |
| 19 | his testimony.  You can answer the question. | 12:02:54 |
| 20 | THE WITNESS:  I haven't worked in the | 12:02:57 |
| 21 | Legislature in almost 20 years so, but from a layperson | 12:02:59 |
| 22 | standpoint it is a more efficient way to move an issue | 12:03:02 |
| 23 | along if it's urgent. | 12:03:08 |
| 24 | MS. HAMILL Q:  And was the Prop 50 map the | 12:03:09 |
| 25 | product of gut and amend? | 12:03:12 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                        89

| | | |
|---|---|---|
| 1 | MR. MANOLIUS:  Objection.  Calls for a legal | 12:03:14 |
| 2 | conclusion, calls for speculation, lacks foundation, and | 12:03:18 |
| 3 | seeks information protected by the privilege, so I | 12:03:24 |
| 4 | instruct you not to answer. | 12:03:29 |
| 5 | MS. HAMILL Q:  Based on your understanding of | 12:03:31 |
| 6 | the gut and amend, is Proposition 50 a gut and amend, | 12:03:37 |
| 7 | based on the public process, not on anything that you're | 12:03:41 |
| 8 | familiar with, in your own private capacity? | 12:03:43 |
| 9 | MR. MANOLIUS:  Again, same objection.  The way | 12:03:49 |
| 10 | you're characterizing it misstates and part of the | 12:03:51 |
| 11 | legislative process, so instruct you not to answer. | 12:03:56 |
| 12 | THE WITNESS:  (Witness shrugging shoulders.) | 12:04:02 |
| 13 | MS. HAMILL Q:  Okay.  I just want to know if | 12:04:04 |
| 14 | you think it was a gut and amend. | 12:04:08 |
| 15 | MR. MANOLIUS:  Same objection. | 12:04:10 |
| 16 | MS. HAMILL:  Based on public processes? | 12:04:11 |
| 17 | MR. MANOLIUS:  Don't answer. | 12:04:14 |
| 18 | MS. HAMILL Q:  And there was a clerical error | 12:04:15 |
| 19 | that had to be corrected after the Legislature voted on | 12:04:19 |
| 20 | this map with respect to mislabled districts; correct? | 12:04:23 |
| 21 | MR. WOODS:  Objection, vague. | 12:04:30 |
| 22 | MR. MANOLIUS:  Yeah.  Same. | 12:04:31 |
| 23 | THE WITNESS:  I'm not aware of that.  And to | 12:04:33 |
| 24 | be clear, once it was in the Legislature I was paying a | 12:04:36 |
| 25 | lot less attention, but I've never heard that before | 12:04:41 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    90

```
 1   until you stated it.                                    12:04:43

 2           MS. HAMILL:  So you're unaware of any changes    12:04:45

 3   having to be made to the map after the vote in the      12:04:47

 4   Legislature?                                            12:04:50

 5           MR. MANOLIUS:  Objection.  Misstates his        12:04:50

 6   testimony, calls for speculation, vague as to time.  You 12:04:51

 7   can answer.                                             12:04:56

 8           MR. WOODS:  Join.                               12:04:56

 9           THE WITNESS:  No idea.                          12:04:57

10           MS. HAMILL Q:  As a voter.                      12:04:59

11   A       You're not speaking to the ballot guide?        12:05:03

12   Q       I am sorry?                                     12:05:07

13   A       The ballot guide had an error of printing that  12:05:09

14   mislabled a district but not, I am not aware of anything 12:05:11

15   with the bill.                                          12:05:14

16   Q       The ballot guide had an error, so it wasn't     12:05:15

17   the map itself?                                         12:05:18

18   A       I don't know what you're speaking to, but I'm   12:05:19

19   potentially conflating an issue that happened after the 12:05:23

20   ballot guide was mailed and a district was misnumbered  12:05:26

21   on a map and they had to send out a supplement.         12:05:29

22   Q       Can you tell me more about that?                12:05:32

23   A       I am not, I don't work for the Secretary of     12:05:34

24   State so I don't know, I was not a part of this.        12:05:37

25           But voters were mailed a ballot guide and in    12:05:39
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                              91

```
1    the ballot guide I think it's called a ballot guide,        12:05:42

2    there were maps and on one of the maps I believe two        12:05:46

3    districts were numbered 22 or two districts were            12:05:51

4    numbered 27, and other maps in the ballot guide were        12:05:54

5    properly numbered, but even though there was an error on    12:06:00

6    one page they ended up mailing out a postcard to all        12:06:04

7    voters saying this is the properly numbered statewide       12:06:06

8    map.                                                         12:06:09

9    Q        So they mailed a correction postcard to all        12:06:09

10   registered voters in California?                            12:06:12

11   A        (Witness nodding head.)                            12:06:13

12            MR. MANOLIUS:  Objection.  Calls for               12:06:14

13   speculation, lacks foundation.  You can answer, if you      12:06:16

14   know.                                                       12:06:19

15            MR. WOODS:  Same objection.  Also, relevance.      12:06:19

16            THE WITNESS:  My understanding, that's my          12:06:21

17   understanding.                                              12:06:22

18            MS. HAMILL Q:  Do you have any idea how much       12:06:23

19   that cost?                                                  12:06:31

20            MR. WOODS:  Same objection.                        12:06:34

21            MR. MANOLIUS:  Call for speculation, lacks         12:06:34

22   foundation.  You can answer.                                12:06:38

23            THE WITNESS:  I do not know.                       12:06:40

24            MS. HAMILL Q:  Have any California legislators     12:06:42

25   expressed interest to you in preserving Voting Rights       12:06:53
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                        92

```
 1   Act's districts in the Proposition 50 map?              12:06:58

 2            MR. MANOLIUS:  Objection.  Calls for           12:07:01

 3   information that's protected legislative privilege.  I  12:07:02

 4   instruct you not to answer.                             12:07:05

 5            MS. HAMILL Q:  And when you're drawing maps     12:07:06

 6   generally, how do you know which district is a Voting   12:07:08

 7   Rights Act district?                                    12:07:12

 8            MR. MANOLIUS:  Objection.  Overbroad, vague,    12:07:13

 9   relevance, and vague as to the term voting rights       12:07:16

10   district.  You can answer your general understanding, as 12:07:22

11   long as it's not part of the Prop 50 process.           12:07:26

12            THE WITNESS:  In other redistricting I don't    12:07:29

13   generally call something a voting rights district.      12:07:31

14            MS. HAMILL Q:  You don't use that phrase.       12:07:34

15   A        Generally, I try not to use a term like voting  12:07:35

16   acts right district, but I do generally want in my       12:07:38

17   municipal redistricting or working with the State of New 12:07:43

18   York in their redistricting or working in other states,  12:07:46

19   I generally do want to be cognizant of VRA and I want to 12:07:49

20   lean on legal counsel for interpretations of the VRA.    12:07:55

21   Q        And so, generally, when you're drawing          12:07:58

22   districts and you are trying to protect the voting       12:08:00

23   interests of protected classes, how do you identify      12:08:06

24   which districts those are?                               12:08:10

25            MR. MANOLIUS:  Objection.  Overbroad, lacks     12:08:12
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    93

| | | |
|---|---|---|
| 1 | foundation, calls for speculation, and I instruct you | 12:08:16 |
| 2 | not to answer as to the Prop 50 project, but you can | 12:08:21 |
| 3 | answer to any other things you've done. | 12:08:24 |
| 4 | MR. WOODS:  Join. | 12:08:27 |
| 5 | THE WITNESS:  I think the question itself | 12:08:29 |
| 6 | might be a little bit missing, because generally what | 12:08:31 |
| 7 | happens, say use an example, I have done in a recent | 12:08:36 |
| 8 | redistricting a member of the community comes forward | 12:08:41 |
| 9 | with a draft map that has the district that's over | 12:08:42 |
| 10 | 50-percent of one racial group and then I'll generally | 12:08:45 |
| 11 | work with attorneys to say is this something that should | 12:08:47 |
| 12 | be given a priority because of the Voting Rights Act. | 12:08:50 |
| 13 | But the way your question was worded | 12:08:55 |
| 14 | insinuated that I go headstrong into a redistricting | 12:08:57 |
| 15 | with that, there's with some kind of VRA idea prior to | 12:09:02 |
| 16 | any maps being drawn. | 12:09:08 |
| 17 | MS. HAMILL Q:  What you just explained to me | 12:09:10 |
| 18 | where you'll receive something from a group that shows | 12:09:13 |
| 19 | you a map with over 50-percent of a particular racial | 12:09:16 |
| 20 | group and then you talk to an attorney to see if that | 12:09:21 |
| 21 | needs special attention.  Did you do that with respect | 12:09:23 |
| 22 | to Proposition 50? | 12:09:26 |
| 23 | MR. MANOLIUS:  Objection.  Calls for | 12:09:27 |
| 24 | information that's protected by the legislative | 12:09:29 |
| 25 | privilege.  I instruct you not to answer. | 12:09:31 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                        94

| | | |
|---|---|---|
| 1 | MS. HAMILL Q:  What attorneys do you generally | 12:09:33 |
| 2 | or which attorneys do you generally speak to to ask that | 12:09:37 |
| 3 | question? | 12:09:39 |
| 4 | MR. MANOLIUS:  Objection, vague as to time, | 12:09:40 |
| 5 | project, state.  You can answer. | 12:09:42 |
| 6 | THE WITNESS:  Regarding other redistrictings. | 12:09:50 |
| 7 | MS. HAMILL Q:  Yes. | 12:09:52 |
| 8 | A        It depends if the agency has their own | 12:09:52 |
| 9 | internal legal counsel that's handling that or contract | 12:09:56 |
| 10 | legal counsel or, you know, State of New York had | 12:09:58 |
| 11 | assigned legal counsel and experts, and so it depends | 12:10:01 |
| 12 | based on the agency. | 12:10:05 |
| 13 | Q        And when you say agency you mean the | 12:10:07 |
| 14 | government agency? | 12:10:09 |
| 15 | A        Governmental agency, yeah. | 12:10:09 |
| 16 | Q        And so you'll rely on the legal advice of the | 12:10:10 |
| 17 | governmental agency? | 12:10:13 |
| 18 | A        Or their attorneys, contract attorneys. | 12:10:14 |
| 19 | Q        Got it.  Did you talk to Assembly Member Isaac | 12:10:16 |
| 20 | Bryan while drawing Proposition 50 maps? | 12:10:22 |
| 21 | A        Oh, I did.  Wait a minute.  Hold on a second. | 12:10:25 |
| 22 | Let me revise that. | 12:10:31 |
| 23 | I don't recall.  What was the timeframe you | 12:10:32 |
| 24 | asked about? | 12:10:39 |
| 25 | Q        While drawing the Proposition 50 maps. | 12:10:39 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    95

| | | |
|---|---|---|
| 1 | A        No. | 12:10:42 |
| **2** | **Q        Did you speak to Mike McGuire while drawing** | 12:10:43 |
| **3** | **the Proposition 50 maps?** | 12:10:47 |
| 4 | A        No. | 12:10:50 |
| 5 | MR. MANOLIUS:  And just so vague as to time, | 12:10:50 |
| 6 | you mean between July -- | 12:10:54 |
| 7 | THE WITNESS:  Since drawn. | 12:10:57 |
| 8 | MR. MANOLIUS:  -- July and August timeframe. | 12:10:58 |
| 9 | THE WITNESS:  Yeah.  So prior to this, the | 12:10:59 |
| 10 | submission of the map, which would be the drawing | 12:11:01 |
| 11 | period, no. | 12:11:05 |
| 12 | MS. HAMILL Q:  Did you speak to Speaker Rivas | 12:11:05 |
| 13 | during that same period? | 12:11:08 |
| 14 | A        No. | 12:11:09 |
| **15** | **Q        Did you speak to the staff members of any of** | 12:11:09 |
| **16** | **those three legislators during that period?** | 12:11:12 |
| 17 | A        Definitely to the pro tem and the speaker, but | 12:11:14 |
| 18 | not sure about Isaac Bryan's staff. | 12:11:17 |
| 19 | MS. HAMILL:  Are you all hungry for lunch or | 12:11:25 |
| 20 | should we push this? | 12:11:26 |
| 21 | THE REPORTER:  Off the record? | 12:11:36 |
| 22 | MR. MANOLIUS:  Yeah.  That would be great. | 12:11:38 |
| 23 | THE VIDEOGRAPHER:  The time is 12:11 p.m.  We | 12:11:40 |
| 24 | are going off the record. | 12:11:42 |
| 25 | (Whereupon the luncheon recess | 12:11:42 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                        96

| | | |
|---|---|---|
| 1 | was taken at 12:11 p.m. | 12:11:42 |
| 2 | and the deposition was reconvened | 12:11:42 |
| 3 | at 1:04 p.m.) | 01:04:09 |
| 4 | THE VIDEOGRAPHER:  We are back on the record. | 01:04:09 |
| 5 | The time s 1:04 p.m. and this marks the beginning of | 01:04:19 |
| 6 | videotape number three in the deposition of Paul | 01:04:23 |
| 7 | Mitchell, which is being taken at Hansen Bridgett, LLP, | 01:04:26 |
| 8 | 500 Capitol Mall, Suite 1500, Sacramento, California. | 01:04:30 |
| 9 | The videographer is Nicholas Coulter here on behalf of | 01:04:35 |
| 10 | Array Legal Services. | 01:04:39 |
| 11 | MS. HAMILL Q:  All right.  I am marking as | 01:04:42 |
| 12 | Exhibit 8 the transcript of the Capitol Weekly Podcast | 01:04:45 |
| 13 | dated August 15th, 2025. | 01:04:50 |
| 14 | (Whereupon Plaintiff's Exhibit 8 | 01:04:50 |
| 15 | was marked for identification.) | 01:04:56 |
| 16 | MS. HAMILL Q:  And I'll give you a couple of | 01:04:56 |
| 17 | minutes to just sort of skim through this document. | 01:05:01 |
| 18 | A      Am I -- | 01:05:09 |
| **19** | **Q      Have you seen this document before?** | 01:05:11 |
| 20 | A      This is the one that's attached in one of the | 01:05:12 |
| 21 | filings or something like that? | 01:05:15 |
| **22** | **Q      It's marked as Exhibit 10 for our preliminary** | 01:05:18 |
| **23** | **hearing.** | 01:05:22 |
| 24 | MR. MEUSER:  I believe only an excerpt of it | 01:05:25 |
| 25 | was attached.  I don't think the entire document itself | 01:05:28 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                              97

```
 1   was attached, so --                                      01:05:31

 2           THE WITNESS:  Let me make sure I know which      01:05:32

 3   ones is --                                               01:05:35

 4           THE REPORTER:  When you talk, I must write it    01:05:43

 5   down.                                                    01:05:47

 6           THE WITNESS:  Okay.                              01:05:48

 7           MR. MEUSER:  That exhibit number is exhibit      01:05:49

 8   number of our joint exhibit list, so you're not pulling  01:05:52

 9   it from a prior file.  Oh, yeah.  Okay.                  01:05:57

10           MR. MANOLIUS:  So your question was:  Have you   01:06:15

11   seen this document before?                               01:06:17

12           THE WITNESS:  Have I seen this document          01:06:18

13   before?  Then maybe not.                                 01:06:20

14           MS. HAMILL Q:  Do you recall doing an            01:06:21

15   interview with Capitol Weekly Podcast on August 15th,    01:06:23

16   2025?                                                    01:06:28

17   A       I recall doing an interview with them.  The      01:06:28

18   date it says on here, I don't -- just believe it, but I  01:06:31

19   don't recall what day it was.                            01:06:35

20   Q       And just flipping through the pages, do you      01:06:35

21   generally recollect having a conversation reflected in   01:06:38

22   this transcript?                                         01:06:43

23           MR. MANOLIUS: Objection, compound, overbroad.   01:06:44

24   You can answer.                                          01:06:47

25           THE WITNESS:  Yes.                               01:06:47
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    98

| | | |
|---|---|---|
| 1 | MS. HAMILL Q:  So at first this Proposition 50 | 01:06:48 |
| 2 | operation was a bluff; correct? | 01:06:56 |
| 3 | MR. MANOLIUS:  Objection.  Calls for | 01:06:57 |
| 4 | information that's protected by the litigation | 01:07:00 |
| 5 | privilege.  Don't answer the question. | 01:07:03 |
| 6 | MS. HAMILL Q:  Did someone tell you to draw | 01:07:05 |
| 7 | maps or to talk about maps in a way that might scare | 01:07:12 |
| 8 | Texas out of redistricting? | 01:07:16 |
| 9 | MR. MANOLIUS:  Same objections.  Instruct you | 01:07:19 |
| 10 | not to answer the question. | 01:07:23 |
| 11 | MS. HAMILL Q:  And who told you that? | 01:07:24 |
| 12 | A        (Witness smiling.) | 01:07:28 |
| 13 | MR. MANOLIUS:  Same objections.  Instruct you | 01:07:29 |
| 14 | not to answer the question. | 01:07:31 |
| 15 | MS. HAMILL Q:  Did anyone pay you to do that? | 01:07:32 |
| 16 | MR. MANOLIUS:  Hold.  Same objections.  In | 01:07:35 |
| 17 | terms of the specificity of what was discussed and | 01:07:41 |
| 18 | implicates the legislative privilege. | 01:07:46 |
| 19 | MS. HAMILL Q:  And then you had people | 01:07:49 |
| 20 | reaching out to you asking you to draw a 52 to zero map; | 01:07:51 |
| 21 | correct? | 01:07:57 |
| 22 | MR. MANOLIUS:  Objection.  Well, again, vague | 01:07:57 |
| 23 | as to time.  Are we talking about during the process, | 01:07:59 |
| 24 | because if so it's protected by the legislative | 01:08:02 |
| 25 | privilege so I instruct you not to answer, if it was | 01:08:05 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                      99

```
 1  during the process we have described from July through        01:08:08

 2  August.                                                       01:08:11

 3          MS. HAMILL Q:  Has anyone ever asked you to           01:08:11

 4  draw a 52 to zero Democrat advantage congressional map        01:08:13

 5  for California?                                                01:08:18

 6          MR. MANOLIUS:  Again, if it's during the map          01:08:23

 7  drawing process, I'd caution you to not answer the            01:08:25

 8  question, but if it's outside of that process, you can        01:08:29

 9  answer the question.                                          01:08:31

10          THE WITNESS:  I'd only characterize maybe             01:08:33

11  people on Twitter saying why doesn't he draw a 52 to          01:08:42

12  zero map, but not somebody actually directing me to do        01:08:46

13  it.                                                           01:08:49

14          MS. HAMILL Q:  Can you turn to page 10 of this        01:08:54

15  exhibit that we have marked as Exhibit 8, and I'll            01:08:56

16  direct your attention to lines four through 13?               01:09:08

17  A       Uh-huh.                                               01:09:13

18          MR. MANOLIUS:  Through 13, you said?                  01:09:34

19          MS. HAMILL:  Yes.                                     01:09:35

20          MR. MANOLIUS:  Thanks.                                01:09:36

21          MS. HAMILL Q:  Do you remember saying these           01:09:37

22  things during this interview?                                 01:09:55

23          MR. MANOLIUS:  The portion between three and          01:09:57

24  14 or three and 13?  Do you -- answer the question.           01:10:00

25          THE WITNESS:  Yes.                                    01:10:04
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                      100

```
 1              MS. HAMILL Q:  And what did you mean when you      01:10:05

 2   said the VRA, on line ten?                                   01:10:06

 3   A       I meant the layperson's understanding of what       01:10:09

 4   Texas was doing.                                             01:10:16

 5   Q       And so this section that I've asked you to           01:10:19

 6   read sounds like you're talking about the democratic        01:10:22

 7   eco-stream.                                                  01:10:27

 8           Is that what you mean by people on X and             01:10:27

 9   Twitter?                                                     01:10:29

10   A       I think that's a typo.  I think it was               01:10:30

11   ecosystem.                                                   01:10:32

12   Q       Oh, that makes more sense, the democratic           01:10:34

13   ecosystem and --                                             01:10:38

14   A       I may have misstated it but that's what I            01:10:40

15   meant.  You know what I mean?  This is consistent with      01:10:43

16   what I just said in prior questions, two questions ago.     01:10:46

17   Q       So it wasn't like you had a specific request,       01:10:49

18   it was just people on Twitter, people generally were        01:10:51

19   yapping about a 52 to zero democratic advantage             01:10:55

20   congressional map; correct?                                 01:10:59

21   A       It was chatter, yeah.                                01:11:00

22   Q       But no specific direction?                           01:11:02

23   A       No.                                                  01:11:04

24           MR. MANOLIUS:  Interpose a late objection as        01:11:14

25   to specific direction.                                       01:11:16
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          101

| | | |
|---|---|---|
| 1 | THE WITNESS:  I should have waited. | 01:11:18 |
| 2 | MR. MANOLIUS:  No, that's not bad.  Due to | 01:11:20 |
| 3 | legislative privilege.  Thanks. | 01:11:23 |
| 4 | MS. HAMILL Q:  And they said why can't we just | 01:11:26 |
| 5 | throw out the VRA and create six to eight more Democrat | 01:11:28 |
| 6 | pickups; right? | 01:11:32 |
| 7 | MR. MANOLIUS:  Is your question whether he | 01:11:36 |
| 8 | said that? | 01:11:38 |
| 9 | THE WITNESS:  I can affirm that that's what is | 01:11:38 |
| 10 | written here. | 01:11:40 |
| 11 | MS. HAMILL Q:  And what did you mean by that? | 01:11:41 |
| 12 | MR. MANOLIUS:  Objection, lacks foundation. | 01:11:42 |
| 13 | You can answer. | 01:11:44 |
| 14 | THE WITNESS:  I meant that there were certain | 01:11:45 |
| 15 | people in the ecosystem maybe that didn't even know a | 01:11:49 |
| 16 | lot about redistricting who were saying why not just | 01:11:52 |
| 17 | throw all the guardrails off and draw something crazy | 01:11:55 |
| 18 | like what you see on Twitter. | 01:11:58 |
| 19 | There were a lot of what I derisively call | 01:12:00 |
| 20 | Twitter maps drawn by serious people. | 01:12:04 |
| **21** | **Q      They were not drawn by serious people?** | 01:12:07 |
| 22 | MR. WOODS:  Is that a "yes"?  Sorry. | 01:12:10 |
| 23 | MR. MANOLIUS:  It's your question. | 01:12:15 |
| 24 | THE WITNESS:  They were not drawn by serious | 01:12:16 |
| 25 | people, yes.  Sorry.  I was -- I didn't see that as an | 01:12:17 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                              102

```
 1   actual question, I saw that as more of a --        01:12:20

 2            MR. WOODS:  Sure.  Just sorry, not trying to   01:12:24

 3   interject, just want a clear record.               01:12:26

 4            MS. HAMILL Q:  And so throwing out the      01:12:29

 5   guardrails for the VRA, what does that mean to you?  01:12:30

 6   A        Just throwing out the guardrails for        01:12:34

 7   everything.                                         01:12:36

 8   Q        For everything, the VRA?                    01:12:36

 9   A        I saw maps that were contiguous.  I think Mark  01:12:39

10   has seen those maps too.                            01:12:45

11   Q        So what does throwing away the VRA mean to   01:12:48

12   you?                                                01:13:06

13            MR. MANOLIUS:  In the context of this        01:13:06

14   interview?  You can answer.                          01:13:08

15            THE WITNESS:  On a podcast, speaking to a lay  01:13:11

16   audience of political people it means just abandoning  01:13:13

17   all constitutional requirements of any kind.  It just  01:13:19

18   means doing a map without -- it means, like I stated  01:13:21

19   earlier, doing a map just free of any -- it's a       01:13:26

20   rule-less map essentially.                           01:13:33

21            MS. HAMILL Q:  Because earlier when I said    01:13:34

22   race, you immediately said the Voting Rights Act, so it  01:13:36

23   sounded like you equated the two.                    01:13:40

24            MR. MANOLIUS:  Objection, vague.  I'm not sure  01:13:41

25   what you're referring to.  Misstates his testimony.   01:13:43
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                        103

```
 1            MR. WOODS:  Join.                              01:13:46

 2            MR. MANOLIUS:  Lacks foundation.               01:13:46

 3            THE WITNESS:  I am unclear about the question  01:13:50

 4   or the connection between what I said earlier and you  01:13:53

 5   making this statement here about the VRA so the         01:13:55

 6   question, I am sorry, doesn't make sense to me.         01:13:58

 7            MS. HAMILL Q:  Do you recall earlier           01:14:02

 8   discussing race and Voting Rights Act?                  01:14:03

 9            MR. MANOLIUS:  Vague.                          01:14:08

10            THE WITNESS:  I know.                          01:14:09

11            MR. MANOLIUS:  Objection, vague.               01:14:09

12            THE WITNESS:  We had a discussion about it     01:14:10

13   with regards to my municipal clients and my deference to 01:14:11

14   attorneys on determining Voting Rights Act compliance   01:14:16

15   and so on, but that is a much more serious actual       01:14:18

16   working for an agency working on a redistricting versus 01:14:22

17   talking to a podcast after the maps have been submitted 01:14:25

18   when this is part of, you know, just layperson's        01:14:29

19   understanding.                                          01:14:33

20            MS. HAMILL Q:  For the purposes of the         01:14:35

21   Proposition 50 map, complying with the VRA meant        01:14:52

22   maintaining Hispanic majority districts to you; correct? 01:14:57

23            MR. MANOLIUS:  Objection.  Calls for           01:15:02

24   information that's protected by the legislative         01:15:02

25   privilege and I instruct you not to answer.             01:15:05
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          104

| | | |
|---|---|---|
| 1 | MS. HAMILL Q:  While drawing proposition, the | 01:15:07 |
| 2 | Proposition 50 map it was important to you to pay | 01:15:11 |
| 3 | attention to race and not just focus on partisanship; | 01:15:15 |
| 4 | correct? | 01:15:19 |
| 5 | MR. MANOLIUS:  Objection.  Same objection, | 01:15:19 |
| 6 | legislative privilege, and I instruct you not to answer. | 01:15:21 |
| 7 | MS. HAMILL Q:  And you said you were going to | 01:15:24 |
| 8 | create a five district pickup follow the Voting Rights | 01:15:27 |
| 9 | Act and keep communities of interest together; correct? | 01:15:31 |
| 10 | MR. MANOLIUS:  Objection.  Lacks foundation. | 01:15:34 |
| 11 | Are you asking him to affirm what's in the transcript? | 01:15:36 |
| 12 | I am not sure I understand the question. | 01:15:39 |
| 13 | MS. HAMILL:  You can answer. | 01:15:40 |
| 14 | THE WITNESS:  Oh, this is what I said, if | 01:15:44 |
| 15 | that's what you're asking. | 01:15:47 |
| 16 | MS. HAMILL:  So you're pointing to -- | 01:15:48 |
| 17 | A       There's line 18 to 20 which I think you're | 01:15:50 |
| 18 | referencing in the transcript, I won't dispute that that | 01:15:53 |
| 19 | is what I said.  I trust the transcript. | 01:15:56 |
| **20** | **Q       Did you use race to identify any communities** | 01:15:58 |
| **21** | **of interest in your map drawing for Proposition 50?** | 01:16:06 |
| 22 | MR. MANOLIUS: Objection, legislative | 01:16:09 |
| 23 | privilege, instruct you not to answer. | 01:16:12 |
| 24 | MS. HAMILL Q:  And what communities of | 01:16:14 |
| 25 | interest information did you provide to the California | 01:16:17 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                        105

| | | |
|---|---|---|
| 1 | Legislature for Prop 50? | 01:16:20 |
| 2 | MR. MANOLIUS: Same objections.  I instruct you | 01:16:22 |
| 3 | not to answer. | 01:16:23 |
| 4 | MS. HAMILL Q:  Let's turn to page 12 of this | 01:16:24 |
| 5 | transcript.  I'll point your attention to lines nine | 01:16:31 |
| 6 | through 14. | 01:16:36 |
| 7 | A       Hmm. | 01:16:40 |
| 8 | Q       **And if you peek back at page 11, line 24,** | 01:16:57 |
| 9 | **you're talking about Sara Sadhwani?** | 01:17:01 |
| 10 | A       Uh-huh. | 01:17:04 |
| 11 | Q       **Who is Sara Sadhwani?** | 01:17:05 |
| 12 | A       She is also on that page on line two. | 01:17:06 |
| 13 | Sara Sadhwani is one of the members of the | 01:17:09 |
| 14 | independent redistricting commission, the state | 01:17:12 |
| 15 | redistricting commission. | 01:17:17 |
| 16 | Q       **Was?** | 01:17:18 |
| 17 | A       Is, ten year terms.  They have ten year terms. | 01:17:19 |
| 18 | Q       **So it exists, just doesn't have any power** | 01:17:23 |
| 19 | **anymore?** | 01:17:26 |
| 20 | MR. WOODS:  Objection, calls for a legal | 01:17:27 |
| 21 | conclusion. | 01:17:28 |
| 22 | MR. MANOLIUS: Objection, calls for legal | 01:17:28 |
| 23 | conclusion, lacks foundation.  You can answer, if you | 01:17:30 |
| 24 | know. | 01:17:30 |
| 25 | THE WITNESS:  They actually do still meet | 01:17:32 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    106

```
 1    infrequently.  I don't think they really have a budget        01:17:34
 2    or staff right, now but they do have a role in helping        01:17:37
 3    with the transition to the next commission in 2031.           01:17:40
 4              MS. HAMILL Q:  And so you said, "I don't think       01:17:46
 5    she'd stand up on that stage and say I support this if        01:17:48
 6    what we're going to get was districts that decimated all      01:17:51
 7    of the communities, you know, throughout L.A. like some      01:17:54
 8    of the public map or some of the map proposals we've         01:17:57
 9    seen."                                                        01:18:00
10              Do you remember saying that?                        01:18:01
11    A         I trust the transcript.  I remember saying          01:18:03
12    something -- this is the kind of thing I would have           01:18:08
13    said.                                                         01:18:10
14    Q         And who drew those other maps?                      01:18:10
15    A         People on Twitter, largely.  I use the people       01:18:13
16    on Twitter as a broad representation of things in social      01:18:22
17    media.                                                        01:18:26
18    Q         But you're not aware of any legitimate              01:18:29
19    organization that drew alternative maps?                      01:18:32
20              MR. MANOLIUS: Objection.  Vague as to the term      01:18:36
21    "legitimate organization," and vague as to "drew maps,"       01:18:40
22    you can draw maps anywhere, so I am not sure I                01:18:46
23    understand the question, but you can answer.                  01:18:49
24              MR. WOODS:  Join.                                   01:18:51
25              THE WITNESS:  Earlier in the testimony or the       01:18:52
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    107

```
 1   discussion, I don't know what you call this, you asked      01:18:54

 2   me about if other groups were submitting maps or doing      01:18:56

 3   maps.                                                       01:18:59

 4          I knew there were other maps around but not          01:18:59

 5   any association or a group submitting a map or having a     01:19:01

 6   map that was one of these maps.                             01:19:05

 7          MS. HAMILL Q:  Were you aware of any                 01:19:07

 8   alternative maps floating around leading up to             01:19:08

 9   Proposition 50 that would have given Democrats more of      01:19:12

10   an advantage, aside from the ones you've dismissed as       01:19:16

11   just Twitter chatter from Twitter people?                   01:19:22

12          MR. MANOLIUS: Objection.  To the extent you're       01:19:25

13   calling for things that went into the legislative          01:19:29

14   process, I'll instruct you not to answer.  If you're        01:19:31

15   aware of anything else, you can answer.                     01:19:33

16          MR. WOODS:  I would also object that it's            01:19:38

17   vague.                                                      01:19:50

18          THE WITNESS:  I don't think I can answer that        01:19:50

19   based on my attorney's objection.                           01:19:51

20          MS. HAMILL Q:  And if you could turn to page         01:19:53

21   13, lines 16 to 20.                                         01:19:58

22   A      (Witness complied.)                                  01:20:01

23   Q      So you said, "We worked with some folks in           01:20:03

24   D.C. and saw some maps as an example that went into         01:20:10

25   Orange County and just tore up the Asian community in       01:20:15
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                      108

| | | |
|---|---|---|
| 1 | Orange County as they drew the maps and that's a no go." | 01:20:19 |
| 2 | Why is that a no go? | 01:20:22 |
| 3 | MR. MANOLIUS: I am sorry.  What lines are you | 01:20:23 |
| 4 | on? | 01:20:25 |
| 5 | THE WITNESS:  16 to 20 on page 13. | 01:20:26 |
| 6 | MR. MANOLIUS:  Objection, vague as to time, | 01:20:29 |
| 7 | scope, context and foundation whether you said it. | 01:20:32 |
| 8 | THE WITNESS:  Um, I think what we're looking | 01:20:42 |
| 9 | at here is there were maps that would take different | 01:20:46 |
| 10 | Orange County communities of interest that have | 01:20:53 |
| 11 | traditionally argued before redistricting commission to | 01:20:56 |
| 12 | be kept together and draw them into districts so that | 01:20:59 |
| 13 | they're going into other counties and they are, you | 01:21:02 |
| 14 | know, drawing a district that, you know, goes from | 01:21:05 |
| 15 | Garden Grove to Rancho Palos Verdes, things like that. | 01:21:12 |
| 16 | Q    And that was a no go? | 01:21:17 |
| 17 | A     It was a no go, because a lot of groups who | 01:21:19 |
| 18 | would have were organized before the redistricting | 01:21:25 |
| 19 | commission advocating for their communities of interest | 01:21:28 |
| 20 | would find themselves decimated in those plans, and so | 01:21:31 |
| 21 | they would become a vocal opposition to the legislators | 01:21:34 |
| 22 | as they're trying to pass a plan or vocal opposition to | 01:21:38 |
| 23 | the ballot measure if it was to be on the ballot. | 01:21:42 |
| 24 | Q    Do you know which specifics groups those would | 01:21:44 |
| 25 | be? | 01:21:46 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          109

| | | |
|---|---|---|
| 1 | A        I don't know.  I can't start to name all of | 01:21:46 |
| 2 | them.  I clarify basically saying what I just said in | 01:21:48 |
| 3 | the following remainder of that page too. | 01:22:04 |
| 4 | **Q        So on page 14, lines nine through 13 --** | 01:22:11 |
| 5 | A        (Witness complied.) | 01:22:18 |
| 6 | **Q        -- you said you wanted to have the final maps** | 01:22:20 |
| 7 | **be consistent with commission work and be supported with** | 01:22:28 |
| 8 | **communities of interest testimony; correct?** | 01:22:32 |
| 9 | A        Let me read this for a second, if that's | 01:22:35 |
| 10 | okay -- | 01:22:37 |
| 11 | **Q        Sure.** | 01:22:37 |
| 12 | A        -- because I am not -- I am skimming it and | 01:22:37 |
| 13 | it's not making sense to me.  Yes.  Okay.  Thank you. | 01:22:40 |
| 14 | Could you ask the question?  I'm sorry. | 01:23:00 |
| 15 | **Q        Do you mind reading that back?** | 01:23:02 |
| 16 | (Whereupon the record was read as | 01:23:02 |
| 17 | follows:  "Question: So on page | 01:22:11 |
| 18 | 14, lines nine through 13 -- | 01:22:12 |
| 19 | "Answer:  (Witness complied.) | 01:22:18 |
| 20 | "Question:  -- you said you | 01:22:26 |
| 21 | wanted to have the final maps be | 01:22:27 |
| 22 | consistent with commission work | 01:22:29 |
| 23 | and be supported with communities | 01:22:30 |
| 24 | of interest testimony; correct? | 01:22:32 |
| 25 | "Answer:  Let me read this for a | 01:22:35 |

| | | |
|---|---|---|
| 1 | second, if that's okay -- | 01:22:36 |
| 2 | "Question:  Sure. | 01:22:37 |
| 3 | "Answer:  -- because I am not -- | 01:22:38 |
| 4 | I am skimming it and it's not | 01:22:39 |
| 5 | making sense to me.  Yes.  Okay. | 01:22:40 |
| 6 | Thank you.  Could you ask the | 01:23:00 |
| 7 | question?  I'm sorry.") | 01:23:01 |
| 8 | MR. MANOLIUS:  Objection.  Calls for | 01:23:15 |
| 9 | speculation, lacks foundation, but you can certainly | 01:23:19 |
| 10 | answer the question, if you said that. | 01:23:23 |
| 11 | THE WITNESS:  I said what is here, so if | 01:23:24 |
| 12 | that's your characterization I won't dispute it. | 01:23:26 |
| 13 | MS. HAMILL Q:  Thank you.  Was the final map | 01:23:29 |
| 14 | for Proposition 50 supported with communities of | 01:23:31 |
| 15 | interest testimony? | 01:23:34 |
| 16 | MR. MANOLIUS:  Objection, vague, lacks | 01:23:36 |
| 17 | foundation.  And at what time?  I don't understand the | 01:23:37 |
| 18 | question. | 01:23:44 |
| 19 | THE WITNESS:  Are you saying that -- are you | 01:23:45 |
| 20 | not asking, are you asking about in the map drawing | 01:23:48 |
| 21 | process or are you saying, like, what was on the ballot | 01:23:52 |
| 22 | after the maps, after my job was over after I was done | 01:23:55 |
| 23 | with the contract? | 01:23:58 |
| **24** | **Q      I am asking the question in the context we** | 01:23:59 |
| **25** | **just discussed in your statement here on page 14 from** | 01:24:01 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    111

1    line 9 to 14.  You said you wanted the final work to be        01:24:04

2    supported with communities of interest testimony.             01:24:08

3    A        Uh-huh.                                               01:24:10

4    Q        I'm asking you was the final map that became         01:24:10

5    Prop 50 supported with communities of interest                01:24:13

6    testimony?                                                     01:24:16

7             MR. MANOLIUS:  Again, objection.  Vague as to         01:24:16

8    and where and what context and when.  You can answer.         01:24:18

9             MR. WOODS:  Join.                                     01:24:25

10            THE WITNESS:  I think objectively looking at          01:24:26

11   the map you can see that the Prop 50 map that was passed       01:24:31

12   by voters was consistent with a lot of what was               01:24:36

13   important in the redistricting commission process and a       01:24:40

14   lot of what testimony was stated before the commission       01:24:42

15   in 2021 and in 2011 as they deliberated.                      01:24:45

16            MS. HAMILL Q:  What specific communities of           01:24:50

17   interest do you have in mind when you're telling me           01:24:52

18   that?                                                          01:24:54

19   A        Well, in this document I talk about the LGBTQ        01:24:54

20   community.  I also talk about environmental community,        01:24:58

21   but there could be a hundred different communities of         01:25:00

22   interest throughout the State whose communities of            01:25:05

23   interest that they advocated for in the prior                 01:25:08

24   redistricting were retained within the current maps, not      01:25:10

25   only the all the districts that weren't changed at all,       01:25:13

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                              112

1    but even the districts that were changed, I don't want          01:25:15

2    to get into the privileged portion, but one could look          01:25:18

3    at the map today and see a lot of consistency between           01:25:22

4    the map today and the map as it was passed by the               01:25:26

5    commission in 2021.                                             01:25:29

6    **Q        And do you have documents reflecting that**          01:25:30

7    **communities of interest testimony of which you're aware?**    01:25:34

8              MR. MANOLIUS:  From 2021?  Vague as to time.          01:25:37

9    I am not sure I understand.                                     01:25:42

10             THE WITNESS:  They're public documents and you        01:25:45

11   can grab them right now.  The commission website is            01:25:47

12   still up and they still have all of their community            01:25:50

13   testimony in an air table.                                      01:25:54

14             MS. HAMILL Q:  And then you said you asked her        01:25:57

15   team to get on the box and start drawing.  What is the         01:26:04

16   box?                                                            01:26:07

17   A        Um --                                                  01:26:08

18             MR. MANOLIUS:  Objection.  First, lacks               01:26:09

19   foundation as to whether you said that, so --                  01:26:11

20             THE WITNESS:  The box is an internal staff            01:26:14

21   term for the computer that houses most of the software.        01:26:19

22             MS. HAMILL Q:  And that's your proprietary            01:26:23

23   system?                                                         01:26:25

24   A        And Maptitude and other things, it's a remote         01:26:26

25   computer.                                                       01:26:29

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    113

| | | |
|---|---|---|
| 1 | Q        And when you are done with the marked | 01:26:31 |
| 2 | exhibits, if you can just hand them to the reporter. | 01:26:40 |
| 3 | A        That's perfect.  That's perfect.  I'll do that | 01:26:41 |
| 4 | from now. | 01:26:45 |
| 5 |          MS. HAMILL:  I am going to mark as Exhibit 9 | 01:26:48 |
| 6 | the Hispanas Organized for Political Equality, HOPE | 01:26:50 |
| 7 | presentation. | 01:26:58 |
| 8 |          (Whereupon Plaintiff's Exhibit 9 | 01:26:58 |
| 9 |          was marked for identification. ) | 01:27:13 |
| 10 |          MS. HAMILL Q:  You're familiar with Hispanas | 01:27:13 |
| 11 | Organized For Political Equity; correct? | 01:27:16 |
| 12 | A        (Witness nodding head.) | 01:27:19 |
| 13 | Q        HOPE? | 01:27:19 |
| 14 | A        HOPE, yes. | 01:27:20 |
| 15 | Q        So we can call them HOPE? | 01:27:21 |
| 16 | A        Please. | 01:27:22 |
| 17 | Q        It's much easier. | 01:27:23 |
| 18 | A        Uh-huh. | 01:27:24 |
| 19 | Q        Great.  When did you first become acquainted | 01:27:25 |
| 20 | with HOPE? | 01:27:27 |
| 21 | A        I first became acquainted with HOPE more than | 01:27:28 |
| 22 | a dozen years ago, maybe 15 years ago. | 01:27:31 |
| 23 | Q        2010-ish? | 01:27:36 |
| 24 | A        I think that probably sounds about right. | 01:27:40 |
| 25 | Q        And you gave a presentation to HOPE in October | 01:27:42 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                        114

| | | |
|---|---|---|
| 1 | of 2025; correct? | 01:27:45 |
| 2 | A        Yes. | 01:27:47 |
| 3 | Q        October 17th? | 01:27:48 |
| 4 | A        That's the date on the transcript and I don't | 01:27:49 |
| 5 | dispute it.  I don't recollect it exactly. | 01:27:51 |
| 6 | Q        And was that to encourage the Latino community | 01:27:54 |
| 7 | to support Prop 50? | 01:27:58 |
| 8 | A        This was to inform the HOPE participants, the | 01:28:00 |
| 9 | organization as to what was on the ballot, Prop 50, and | 01:28:07 |
| 10 | yes, but it was -- I don't know that they would want to | 01:28:11 |
| 11 | characterize it as campaigning.  It was more of an | 01:28:14 |
| 12 | informational thing.  It was myself and a demographer | 01:28:17 |
| 13 | for the no vote. | 01:28:20 |
| 14 | Q        For the no site? | 01:28:22 |
| 15 | A        Uh-huh. | 01:28:23 |
| 16 | Q        And so you were informing HOPE about what the | 01:28:24 |
| 17 | maps did? | 01:28:27 |
| 18 |          MR. MANOLIUS:  Objection.  Lacks foundation, | 01:28:28 |
| 19 | calls for speculation.  If you might want him to look at | 01:28:31 |
| 20 | a specific place in the transcript, that would probably | 01:28:34 |
| 21 | be better, but you can answer, if you know. | 01:28:37 |
| 22 |          MS. HAMILL:  You can stop with the speaking | 01:28:39 |
| 23 | objections. | 01:28:41 |
| 24 |          MR. MANOLIUS:  Sorry.  I am done. | 01:28:42 |
| 25 |          THE WITNESS:  I don't know that that was my | 01:28:45 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                        115

```
 1   charge exactly.  I speak to HOPE on a regular basis,        01:28:48

 2   maybe every six months, maybe every year, and so they      01:28:53

 3   were having me back to talk about what was going on with   01:28:58

 4   Prop 50.                                                    01:29:01

 5          And they don't think they gave me, like, a          01:29:03

 6   charge to speak about what specific part of it like        01:29:05

 7   that.  They told me not to talk about partisanship but     01:29:08

 8   they told me to talk about Prop 50.                        01:29:11

 9   Q      And were you paid for this --                       01:29:13

10   A      No.                                                 01:29:15

11   Q      -- appearance?  And just for everyone's             01:29:15

12   reference, this transcript is included as Exhibit B in     01:29:22

13   the U.S. Complaint Intervention and it's also marked as    01:29:25

14   Exhibit 11 for the preliminary injunction hearing.         01:29:28

15          So have you seen this transcript before?            01:29:32

16   A      I've seen that it exists.  I haven't read           01:29:36

17   through it.                                                01:29:39

18   Q      I want to give you a few minutes to just look       01:29:40

19   through it, generally.                                     01:29:43

20   A      Okay.                                               01:29:46

21          MR. MEUSER:  And for your information, your         01:29:50

22   testimony or your presentation starts on page 20.         01:29:53

23          THE WITNESS:  Thank you.  Oh, yes.  Okay.  All      01:29:56

24   right.                                                     01:30:09

25          MS. HAMILL Q:  Do you recognize generally the       01:30:09
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    116

```
 1   conversation reflected in this transcript?                01:30:12

 2           MR. MANOLIUS:  Objection, vague, compound,        01:30:13

 3   overbroad.  Quite a number of pages.  You can look        01:30:15

 4   through them too.                                         01:30:21

 5           THE WITNESS:  Yes, I recognize them.              01:30:22

 6           MS. HAMILL:  I am going to ask counsel to         01:30:23

 7   please stop with the speaking objections.                 01:30:25

 8           MR. MANOLIUS:  I'll make my objections.           01:30:27

 9   Thanks.                                                   01:30:29

10           MS. HAMILL:  You're welcome.                      01:30:29

11   Q       So the Zoom, the video from from this Zoom        01:30:33

12   discussion is no longer publicly available.  Do you have  01:30:38

13   any idea why that is?                                     01:30:40

14           MR. MANOLIUS:  Objection, lacks foundation.       01:30:41

15   You can answer.                                           01:30:43

16           THE WITNESS:  I didn't know that it was           01:30:44

17   publicly available, so I don't have any response.  I      01:30:45

18   don't have any interaction with -- no.                    01:30:49

19           MS. HAMILL Q:  At any time did you personally     01:30:51

20   take any action to get the video taken off of the public  01:30:53

21   domain?                                                   01:30:57

22   A       No.                                               01:30:58

23   Q       Do you recall telling HOPE that Prop 50 would     01:30:58

24   increase Latino voting power?                             01:31:15

25   A       No.                                               01:31:17
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    117

| | | |
|---|---|---|
| 1 | Q        I'm going to turn your attention to page 23, | 01:31:19 |
| 2 | line 24 through page 24 line one. | 01:31:53 |
| 3 | A        Uh-huh. | 01:32:33 |
| 4 | Q        Can you read that out loud for me, please, | 01:32:34 |
| 5 | starting at line 24 on page 23? | 01:32:37 |
| 6 | A        I'll trust that this is the right transcript, | 01:32:40 |
| 7 | but -- and I started listing out this concept of drawing | 01:32:44 |
| 8 | a replacement majority/minority Latino in the middle of | 01:32:46 |
| 9 | Los Angeles, that was the number one thing that I first | 01:32:50 |
| 10 | started thinking about because of something that I | 01:32:55 |
| 11 | worked with HOPE on in the last redistricting process. | 01:32:57 |
| 12 | Q        Do you remember saying that? | 01:33:00 |
| 13 | A        I recall speaking to it.  I don't remember | 01:33:01 |
| 14 | saying those exact words. | 01:33:05 |
| 15 | Q        Were you being truthful when you said that? | 01:33:06 |
| 16 | A        I was being -- | 01:33:09 |
| 17 | MR. MANOLIUS:  Objection.  Calls for legal | 01:33:10 |
| 18 | conclusion, argumentative.  You can answer. | 01:33:14 |
| 19 | THE WITNESS:  I was being truthful in that | 01:33:17 |
| 20 | when we first started working on this this was a map | 01:33:22 |
| 21 | that was already drawn. | 01:33:24 |
| 22 | MS. HAMILL Q:  When you say this, are you | 01:33:27 |
| 23 | referring to the Proposition 50 map? | 01:33:28 |
| 24 | A        This map that's, this map, this map, I mean a | 01:33:30 |
| 25 | map that puts -- when I say I first started thinking | 01:33:35 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    118

```
1   about it because of something that I worked with HOPE on      01:33:42

2   in the last redistricting process, there was a map           01:33:45

3   associated with that work in 2021, so I knew that that        01:33:47

4   map existed and I knew that that map creates an               01:33:52

5   additional democratic seat in the middle of Los Angeles.     01:33:56

6   Q        Are you saying you drew a map with HOPE in           01:33:59

7   2021?                                                         01:34:02

8   A        No, I just knew there was one that existed.          01:34:02

9   Q        Okay.                                                01:34:05

10  A        And that had been advocated by Equality             01:34:05

11  California, environmental protection groups and HOPE, so     01:34:09

12  I knew that there was already a map on the shelf.            01:34:12

13           And so on the first thing I can think of is,        01:34:14

14  hey, I know one thing that's easy to do, that's why I        01:34:17

15  was expressing to them there was a, hey, I know              01:34:22

16  something that will pick up a democratic seat.               01:34:25

17  Q        Did you work with HOPE at all in 2021 on that       01:34:28

18  map?                                                         01:34:31

19  A        I don't recall.  I know it existed.                 01:34:32

20  Q        How often has HOPE sent you map proposals?          01:34:36

21  A        Never any.  Potentially, I mean, I don't want       01:34:56

22  to, I don't want to say -- let me para -- let me             01:35:01

23  rephrase that.                                               01:35:05

24           I don't recall them ever sending me a map           01:35:05

25  proposal.  That isn't the core of what they do as an         01:35:08
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    119

```
 1   organization.                                          01:35:11
 2   Q        So how does your relationship work?  Would   01:35:11
 3   they express a desire for something and you would     01:35:14
 4   provide them with a draft map --                      01:35:16
 5           MR. MANOLIUS:  Objection.                      01:35:18
 6           THE WITNESS:  In 2021?                          01:35:20
 7           MR. MANOLIUS:  Wait.  Objection, vague as to   01:35:21
 8   time.  I am not sure during what process you mean.     01:35:23
 9           MS. HAMILL:   At any time.                      01:35:25
10           THE WITNESS:  So in 2021?                        01:35:26
11           MR. MANOLIUS:  At any time except, excuse      01:35:29
12   me -- objection -- the Prop 50 map drawing process,    01:35:31
13   which I instruct you not to answer about.              01:35:35
14           THE WITNESS:  Yes.  Very readily available to  01:35:37
15   anybody who wanted to look is in 2021.  HOPE and a     01:35:40
16   number of groups were advocating for a map that would  01:35:43
17   not remove a district from Los Angeles, because that's 01:35:50
18   what the commission chose to do in 2021.               01:35:54
19           They went from 53 to 52 districts and they had 01:35:56
20   a question, how are we going to do this?  Are we going 01:36:00
21   to do this by starting from a scratch map and just     01:36:03
22   letting everything fall where it is or are we going to 01:36:06
23   just take a map out of L.A. where they're the slower   01:36:09
24   growing portion of the state and it makes our job easier 01:36:13
25   just to take a district out of L.A.                    01:36:16
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    120

```
 1              And so HOPE was advocating for putting that        01:36:18

 2    district back in L.A.                                        01:36:20

 3    Q       And that was your starting point for                01:36:22

 4    Proposition 50?                                             01:36:25

 5    A       I guess.                                            01:36:25

 6              MR. MANOLIUS:  Objection.  I instruct you not      01:36:26

 7    to answer based on legislative privilege what was done      01:36:27

 8    during Prop 50.                                             01:36:31

 9              THE WITNESS:  Speaking here after the map was      01:36:34

10    done I was articulating this lines two through five that    01:36:38

11    I knew that a proposal had been done in 2021 that they      01:36:46

12    were advocating for.                                       01:36:51

13              MS. HAMILL Q:  Going down to line six on page     01:36:52

14    24, it looks like you say you're going to read for a        01:37:14

15    second, so you start reading something at the HOPE          01:37:18

16    presentation; is that correct?                              01:37:21

17    A       Uh-huh.                                             01:37:23

18    Q       What were you reading?                              01:37:24

19              MR. MEUSER:  Can that be a verbal answer?          01:37:27

20              MR. MANOLIUS:  You said, "Uh-huh."                 01:37:29

21              MR. MEUSER:  You said, "Uh-huh."                   01:37:32

22              THE WITNESS:  Oh, yes.  I was -- I was saying      01:37:34

23    yes only to characterize that I was following along with    01:37:37

24    what your question was.                                     01:37:41

25              That line six was, I was reading a letter from    01:37:44
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    121

| | | |
|---|---|---|
| 1 | 2021. | 01:37:50 |
| 2 | MS. HAMILL Q:  The letter from HOPE. | 01:37:52 |
| 3 | A      Yes.  Oh, you've got it. | 01:37:53 |
| 4 | MR. MEUSER:  We're prepared. | 01:38:02 |
| 5 | (Whereupon Plaintiff's Exhibit 10 | 01:38:02 |
| 6 | was marked for identification.) | 01:38:06 |
| 7 | MS. HAMILL Q:  I have marked as Exhibit 10 a | 01:38:06 |
| 8 | November 24th, 2021, letter from HOPE to the Citizens | 01:38:12 |
| 9 | Redistricting Commission.  It is also marked as Exhibit | 01:38:19 |
| 10 | 12 for the preliminary injunction hearing. | 01:38:24 |
| 11 | Is this the letter that you were referring to | 01:38:28 |
| 12 | on page 24 of this transcript? | 01:38:36 |
| 13 | MR. MANOLIUS:  Just objection, vague.  Is it | 01:38:39 |
| 14 | just the first two pages, because there seem to be some | 01:38:41 |
| 15 | other things after it? | 01:38:43 |
| 16 | MS. HAMILL:  It's the complete document. | 01:38:45 |
| 17 | THE WITNESS:  Um, I was referring to the first | 01:38:49 |
| 18 | two pages of this.  I haven't seen the attachment in | 01:38:52 |
| 19 | years. | 01:38:56 |
| 20 | MS. HAMILL Q:  So is it your testimony that | 01:38:57 |
| 21 | there is a version of this letter that doesn't have the | 01:39:06 |
| 22 | attachment to it? | 01:39:10 |
| 23 | MR. MANOLIUS:  Objection, calls for | 01:39:11 |
| 24 | speculation. | 01:39:12 |
| 25 | THE WITNESS:  Oh, um -- | 01:39:13 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    122

```
 1              MR. MANOLIUS:  Misstates his testimony.          01:39:16
 2              THE WITNESS:  I'm only saying that I have only   01:39:18
 3   seen the first two pages recently when I was presenting.   01:39:21
 4   I had forgotten that this other attachment was even        01:39:24
 5   here.                                                      01:39:27
 6              MS. HAMILL Q:  But you had seen that before,    01:39:27
 7   the attachment?                                            01:39:29
 8   A         Ions ago, yeah, in 2021.                         01:39:30
 9   Q         So I want to walk you through -- I'm going       01:39:37
10   back to --                                                 01:39:55
11   A         Uh-huh.                                          01:39:55
12   Q         -- Exhibit 9.  You can set aside the letter      01:39:56
13   for a minute.                                              01:39:58
14   A         Okay.                                            01:39:59
15   Q         Just going through the transcript here, so      01:39:59
16   line six, page 24, you say you're going to read for a      01:40:03
17   second, and you just testified that you were reading       01:40:07
18   from what has been marked as Exhibit 10, and you read      01:40:09
19   from the HOPE letter.                                      01:40:12
20              And then I think you're quoting it on line      01:40:14
21   nine, you say, "HOPE is concerned about the elimination    01:40:17
22   of the majority/minority Latino district within the area   01:40:21
23   of Los Angeles Gateway cities."                            01:40:24
24              Do you remember saying that?                    01:40:27
25   A         I remember reading this letter.                  01:40:28
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                      123

| | | |
|---|---|---|
| 1 | Q      Okay.  And then it continues on line 13. | 01:40:29 |
| 2 |         "The seat, which is called by the L.A. Times | 01:40:31 |
| 3 | the most Latino district in the country, disappeared off | 01:40:34 |
| 4 | the map despite the growing Latino population throughout | 01:40:38 |
| 5 | the state." | 01:40:42 |
| 6 |         Do you remember saying that? | 01:40:43 |
| 7 | A      Yes. | 01:40:44 |
| 8 | Q      And do you believe that to be true? | 01:40:45 |
| 9 | A      I can't speak -- | 01:40:47 |
| 10 |         MR. MANOLIUS:  Just a second.  Let me | 01:40:55 |
| 11 | interpose a late objection.  Do you remember saying | 01:40:57 |
| 12 | that?  Vague, misstates the testimony, if he remembers | 01:40:59 |
| 13 | reading that, adopting it. | 01:41:03 |
| 14 |         THE WITNESS:  And then I can tell you that I | 01:41:08 |
| 15 | read this.  There are statements in here that, it's | 01:41:10 |
| 16 | their letter that says HOPE is concerned about the | 01:41:16 |
| 17 | elimination. | 01:41:18 |
| 18 |         I don't have firsthand knowledge of their | 01:41:19 |
| 19 | concern, but I am reading their letter that says they | 01:41:21 |
| 20 | were concerned, and their citing of L.A. Times article | 01:41:24 |
| 21 | that I'm reading their letter, so I don't have | 01:41:28 |
| 22 | independent knowledge of that either. | 01:41:31 |
| 23 |         So this isn't my, I didn't write this letter | 01:41:32 |
| 24 | so I am not able to speak to the veracity of the letter, | 01:41:34 |
| 25 | I am just reading back to them what they had submitted | 01:41:39 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                            124

| | | |
|---|---|---|
| 1 | to the commission. | 01:41:43 |
| 2 | MS. HAMILL:  Are you able to go back to my | 01:41:44 |
| 3 | last question?  And before we do that, I am going to ask | 01:41:46 |
| 4 | one more time politely, please, stop with the improper | 01:41:56 |
| 5 | speaking objections. | 01:41:59 |
| 6 | MR. MANOLIUS:  They are not improper, but | 01:42:02 |
| 7 | everybody is entitled to their opinion. | 01:42:04 |
| 8 | If there's lack of clarity in the question, I | 01:42:12 |
| 9 | am going to object. | 01:42:15 |
| 10 | MS. HAMILL:  You may object, but don't start | 01:42:15 |
| 11 | testifying or advising your client while on the record. | 01:42:17 |
| 12 | MR. MANOLIUS:  I am not doing any of that. | 01:42:25 |
| 13 | (Whereupon the record was read as | 01:42:25 |
| 14 | follows:  "Question:  And do you | 01:40:45 |
| 15 | believe that to be true?") | 01:40:46 |
| 16 | MR. WOODS:  Objection.  Vague. | 01:42:39 |
| 17 | MR. MANOLIUS:  Calls for speculation, vague. | 01:42:41 |
| 18 | MS. HAMILL Q:  You just explained before we | 01:42:46 |
| 19 | got into this transcript, you explained what happened | 01:42:48 |
| 20 | where the commission had to move the map from 53 to 52 | 01:42:52 |
| 21 | districts; right? | 01:42:57 |
| 22 | A        Uh-huh. | 01:42:58 |
| **23** | **Q        And they did take away that district; correct?** | 01:42:58 |
| 24 | MR. MANOLIUS:  Objection, misstates his | 01:43:01 |
| 25 | testimony.  You can answer. | 01:43:02 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                      125

| | | |
|---|---|---|
| 1 | THE WITNESS:  I stated objectively that the | 01:43:03 |
| 2 | commission had to make a choice of where to remove a | 01:43:05 |
| 3 | district in the district, but they, the district that | 01:43:08 |
| 4 | most people believed was, quote unquote, removed was an | 01:43:10 |
| 5 | L.A. district from the move from 53 to 52. | 01:43:12 |
| 6 | They're characterizing it they are messaging | 01:43:18 |
| 7 | about it in a way that is their own choice of how to | 01:43:22 |
| 8 | message about it.  They are not making objective | 01:43:24 |
| 9 | statements here, they are making persuasive statements | 01:43:27 |
| 10 | that I can't speak to. | 01:43:29 |
| 11 | MS. HAMILL Q:  Okay.  And moving on down page | 01:43:30 |
| 12 | 24, starting at line 17, I don't think you're quoting | 01:43:32 |
| 13 | anymore. | 01:43:37 |
| 14 | A        Uh-huh. | 01:43:38 |
| **15** | **Q        I think this is your own speech.  "And that** | 01:43:39 |
| **16** | **letter on page two illustrated what HOPE wanted to see** | 01:43:41 |
| **17** | **done in a coalition with a lot of other partners in Los** | 01:43:45 |
| **18** | **Angeles."** | 01:43:50 |
| **19** | **Do you remember saying that?** | 01:43:50 |
| 20 | A        That portion of it is my words, it looks like, | 01:43:53 |
| 21 | and then the next sentence is quoting. | 01:43:58 |
| **22** | **Q        Okay.  So the second sentence on line 19, you** | 01:44:02 |
| **23** | **go back to quoting the HOPE letter that's marked as** | 01:44:07 |
| **24** | **Exhibit 10?** | 01:44:10 |
| 25 | A        With number one is the beginning of where I'm | 01:44:11 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    126

 1   quoting again.                                            01:44:13

 2   Q        Okay.  So line 20, it says, "Number one,         01:44:13

 3   create a gateway cities district centered around Downey   01:44:17

 4   as described in the analysis, allowing for the creation   01:44:22

 5   of five Latino majority/minority districts in an area     01:44:26

 6   where there are currently four."                          01:44:30

 7            So are you reciting --                           01:44:35

 8   A        I want to, yeah, I want to amend one of my       01:44:39

 9   earlier statements, because I might have been reading     01:44:43

10   from a different version of the letter.                   01:44:45

11            As you notice, I have two words in here that     01:44:47

12   aren't on the letter that you're providing.               01:44:50

13            You have minority districts in an area, in an    01:44:53

14   area where there are currently four and the letter that   01:44:59

15   you provided me says minority districts where there are   01:45:02

16   currently four, so just slightly different.  I might      01:45:07

17   have been reading from a slightly different version of    01:45:09

18   the letter.                                               01:45:13

19   Q        Do you think there is a different version of     01:45:13

20   this letter floating around?                              01:45:15

21            MR. MANOLIUS:  Objection, speculation.           01:45:16

22            MR. WOODS:  Join.                                01:45:18

23            THE WITNESS:  Potentially.                       01:45:19

24            MS. HAMILL Q:  And you said that this letter     01:45:19

25   is available on the redistricting commission website;     01:45:21

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                      127

```
 1   correct?                                              01:45:24
 2          MR. MANOLIUS:  Objection, calls for            01:45:24
 3   speculation, lacks foundation.                        01:45:25
 4          THE WITNESS:  I don't recall where I got it    01:45:28
 5   from.  I just know that when I got it it was two pages, 01:45:29
 6   it didn't have these things, and so potentially where 01:45:33
 7   we're getting these from different sources or I had a 01:45:37
 8   different version of it or something.                 01:45:39
 9          MS. HAMILL Q:  Would you please go back and    01:45:41
10   obtain the copy of the letter from which you were     01:45:43
11   reading at this October 17th, 2025 presentation and   01:45:45
12   provide it to your counsel who will then provide it to 01:45:49
13   me?                                                   01:45:52
14   A      You -- I understand your question.  I'll look  01:45:53
15   to see if I can do that.                              01:45:58
16   Q      Thank you.                                     01:46:00
17   A      And maybe I'm wrong, but --                    01:46:00
18   Q      Thank you.  All right.  So I believe we're on  01:46:02
19   page 24 of this HOPE transcript, line 17 --           01:46:09
20   A      Uh-huh.                                        01:46:13
21   Q      -- down to line 24, and to me that looks like  01:46:14
22   the second page of what we marked as Exhibit 10.      01:46:17
23   A      Uh-huh.                                        01:46:20
24   Q      It looks like the first bold bullet point --   01:46:21
25   A      Yeah.                                          01:46:23
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    128

| | | |
|---|---|---|
| 1 | Q        -- is that correct? | 01:46:24 |
| 2 | A        Yeah. | 01:46:24 |
| 3 | Q        Is that a fair thing to say? | 01:46:25 |
| 4 | A        Yeah. | 01:46:26 |
| 5 | Q        Okay.  Now we're going back to the transcript, | 01:46:26 |
| 6 | page 24, line 25.  You say, "Secondly, take the district | 01:46:30 |
| 7 | that was called LB north, which is now the Robert Garcia | 01:46:36 |
| 8 | district, take that district to the south through Seal | 01:46:40 |
| 9 | Beach into Huntington Beach, making a Latino-influenced | 01:46:44 |
| 10 | district at 35 percent Latino by voting age population." | 01:46:47 |
| 11 |          Do you remember saying that? | 01:46:51 |
| 12 | A        I remember saying something like that. | 01:46:53 |
| 13 | Q        And that doesn't perfectly reflect point two | 01:46:55 |
| 14 | on the second page of the letter that's marked as | 01:46:57 |
| 15 | Exhibit 10, does it? | 01:47:00 |
| 16 |          MR. MANOLIUS:  Objection, lacks foundation, | 01:47:02 |
| 17 | vague.  You can answer. | 01:47:05 |
| 18 |          THE WITNESS:  It is off by a few words here | 01:47:08 |
| 19 | and there. | 01:47:11 |
| 20 |          MS. HAMILL Q:  Do you think perhaps when you | 01:47:12 |
| 21 | were speaking at this HOPE presentation you were | 01:47:13 |
| 22 | ad-libbing a bit from the letter? | 01:47:16 |
| 23 | A        Potentially. | 01:47:18 |
| 24 |          MR. MANOLIUS:  Objection, calls for | 01:47:19 |
| 25 | speculation. | 01:47:20 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                        129

| | | |
|---|---|---|
| 1 | THE WITNESS:  Potentially.  I was reading as | 01:47:22 |
| 2 | I'm talking and so there was a little bit, and that | 01:47:23 |
| 3 | might be why there was two words in the first bullet | 01:47:30 |
| 4 | point.  I don't know. | 01:47:33 |
| 5 | MS. HAMILL Q:  Okay.  And so that was your | 01:47:34 |
| 6 | starting point what we just went over you've testified, | 01:47:44 |
| 7 | that that was the start point that you had for | 01:47:47 |
| 8 | Proposition 50; correct? | 01:47:50 |
| 9 | MR. MANOLIUS:  Objection, don't answer it. | 01:47:51 |
| 10 | Calls for information protected by the legislative | 01:47:53 |
| 11 | privilege. | 01:47:55 |
| 12 | MS. HAMILL Q:  That's what you told HOPE, at | 01:47:57 |
| 13 | least? | 01:48:00 |
| 14 | MR. MANOLIUS:  Um, objection.  Misstates the | 01:48:02 |
| 15 | testimony, vague.  You can answer. | 01:48:05 |
| 16 | MR. WOODS:  Join. | 01:48:07 |
| 17 | THE WITNESS:  What I told HOPE was that the | 01:48:09 |
| 18 | off the shelf, the first thing available to us in trying | 01:48:14 |
| 19 | to create an additional democratic seat was to utilize a | 01:48:16 |
| 20 | map that had already been drawn that was being advocated | 01:48:20 |
| 21 | for them before the commission, that's what I articulate | 01:48:23 |
| 22 | here. | 01:48:26 |
| 23 | MS. HAMILL Q:  Did you tell HOPE that this | 01:48:27 |
| 24 | creating a Latino majority district and putting back in | 01:48:29 |
| 25 | this district was the starting point, because you were | 01:48:33 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    130

```
 1    trying to convince them to vote for Proposition 50?        01:48:35

 2              MR. MANOLIUS:  Objection.  I instruct you not     01:48:39

 3    to answer, to the extent that it implicates your Prop 50   01:48:41

 4    work, legislative privilege, so I instruct you not to      01:48:45

 5    answer.                                                    01:48:48

 6              MS. HAMILL Q:  Did you tell HOPE that this        01:48:48

 7    letter we've marked as Exhibit 10 was your starting        01:48:58

 8    point, because that was the truth and that's how you       01:49:01

 9    started drawing the Proposition 50 map?                    01:49:03

10              MR. MANOLIUS:  Same objection.  Legislative       01:49:06

11    privilege.                                                 01:49:08

12              MS. HAMILL Q:  Going back to the transcript,      01:49:09

13    which is marked as Exhibit 9, page 25, line six, you       01:49:10

14    say, "That two bullet points was the first thing we did    01:49:16

15    in drawing the new map.  We essentially reversed the       01:49:19

16    Redistricting Commission's decision to eliminate the       01:49:23

17    Latino district from L.A., the old Ed Roybal district,     01:49:26

18    Lucille Roybal-Allard district, the first Latino           01:49:32

19    majority/minority district in the country, the first       01:49:36

20    Latino member of Congress in the country."                 01:49:39

21              Do you remember saying that?                      01:49:43

22    A         I remember saying something like that, yeah.     01:49:44

23    Q         Is it true?                                      01:49:46

24              MR. MANOLIUS:  Objection.  To the extent it       01:49:47

25    calls for legislative privilege and information, I         01:49:49
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    131

```
 1   instruct you not to answer.                           01:49:52

 2            MR. MEUSER:  Is there an answer?             01:50:10

 3            MR. MANOLIUS:  I said not to answer.         01:50:11

 4            MR. MEUSER:  You said to the extent.         01:50:13

 5            MR. MANOLIUS:  I instruct you not to answer  01:50:15

 6   the question.                                         01:50:17

 7            MS. HAMILL Q:  Was the point of this exercise 01:50:17

 8   that you described between lines six and 13, was the  01:50:23

 9   point of that exercise to eliminate Ken Calvert's     01:50:28

10   district or to create a fifth Latino majority district? 01:50:33

11            MR. MANOLIUS:  I instruct you not to answer. 01:50:36

12   That's covered by legislative privilege.              01:50:38

13            MS. HAMILL Q:  The point of that exercise was 01:50:41

14   to create a fifth Latino majority district, wasn't it? 01:50:44

15            MR. MANOLIUS:  Same objection and I instruct 01:50:48

16   you not to answer the question.                       01:50:50

17            MS. HAMILL Q:  Was it just a fortuitous bonus 01:50:51

18   that eliminating Ken Calvert's district gave you a fifth 01:50:53

19   Latino majority district?                             01:50:57

20            MR. MANOLIUS:  Same objection.  I instruct you 01:50:59

21   not to answer the question.                           01:51:02

22            MS. HAMILL Q:  If that's the case, if it was a 01:51:07

23   fortuitous bonus, then why did you tell HOPE that you 01:51:09

24   set out to create a majority district?                01:51:14

25            MR. MANOLIUS:  Objection.  Seeks information 01:51:17
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                      132

```
 1   covered by the legislative privilege.  You can certainly        01:51:24

 2   answer as to what you told HOPE.                                 01:51:29

 3           MR. WOODS:  Also, mischaracterizes testimony.           01:51:31

 4           THE WITNESS:  It definitely mischaracterizes            01:51:33

 5   my testimony, I believe.  The, I think the point of this        01:51:35

 6   was to give a path on the back of the HOPE leadership           01:51:39

 7   that advocated really hard for the membership in 2021           01:51:42

 8   and to let them know that, that roughly, because if you         01:51:47

 9   actually look at the map it is different than their             01:51:52

10   bullet points, but that roughly that they, that what           01:51:56

11   they had advocated for in 2021 was valuable.                    01:52:02

12           MS. HAMILL Q:  How is it different from their           01:52:07

13   bullet points?                                                  01:52:09

14           MR. MANOLIUS:  Objection, vague, lacks                  01:52:11

15   foundation.  And vague as to how is what different?  I          01:52:16

16   am not sure.                                                    01:52:24

17           MS. HAMILL Q:  Just quoting your words.  You            01:52:24

18   said the Prop 50 map is different from these bullet             01:52:26

19   points; correct?                                                01:52:30

20           MR. MANOLIUS:  I instruct you not to answer             01:52:33

21   the question as to due to legislative privilege with           01:52:34

22   regard to the Prop 50 map.                                      01:52:38

23           MS. HAMILL Q:  I'm asking about the map is              01:52:40

24   drawn, we can all see it.  It's not private.                    01:52:41

25           Looking at the map, can you tell if it's the           01:52:45
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                             133

1   same or different from what's in these proposed bullet          01:52:48

2   points, which were written in 2021 are not relevant to         01:52:51

3   the Prop 50 legislative privilege?                             01:52:57

4   A       You can see the maps that they submitted and           01:52:59

5   they are similar, but not the same.                            01:53:00

6   Q       In what ways?                                          01:53:02

7   A       In that there is a Long Beach to Orange County         01:53:03

8   district and there is a north of Long Beach to gateway         01:53:08

9   cities district.                                               01:53:12

10  Q       And how are they different?                            01:53:13

11          (Sneezing.)                                            01:53:18

12  A       Because bullet point one says as described in          01:53:20

13  the analysis, which it's not going to match what's in          01:53:27

14  the analysis, and it describes the percentage Latino           01:53:32

15  CVAP in Huntington Beach, because the LB north district        01:53:38

16  is not exactly what we created.  Ours goes further into        01:53:41

17  Newport Beach and is not 35 to 40 percent Latino citizen       01:53:45

18  voting population.                                             01:53:51

19  Q       What is it?                                            01:53:51

20  A       Less than that, something less than that.              01:53:52

21  Q       And so point one on the second page of                 01:53:54

22  Exhibit 10 refers to an analysis.  Is that referring to        01:53:58

23  the analysis that's attached to the letter?                    01:54:02

24          MR. MANOLIUS:  Objection, calls for                    01:54:05

25  speculation.                                                   01:54:06

| | | |
|---|---|---|
| 1 | THE WITNESS:  When I was doing the | 01:54:07 |
| 2 | presentation I didn't know exactly which analysis they | 01:54:09 |
| 3 | were speaking to, but given these together it was | 01:54:12 |
| 4 | speaking to this, and there's probably even a picture of | 01:54:14 |
| 5 | a map in here.  I don't know.  And I don't -- and the | 01:54:17 |
| 6 | Prop 50 map did not create an additional Latino | 01:54:50 |
| 7 | majority/minority district. | 01:54:58 |
| 8 | MS. HAMILL Q:  What do you mean? | 01:54:58 |
| 9 | A        It objectively did not create another Latino | 01:54:59 |
| 10 | district that is was over 50-percent CVAP Latino. | 01:55:02 |
| 11 | The existing map has district 40, the | 01:55:06 |
| 12 | commissioned mapped had a district number 42, it was | 01:55:09 |
| 13 | over 50-percent CVAP Latino, and the new district, that | 01:55:20 |
| 14 | district is now moved up, is renumbered 41 and now | 01:55:25 |
| 15 | there's a new district that goes from Huntington Beach | 01:55:29 |
| 16 | down, from Long Beach down to Huntington Beach, Newport | 01:55:31 |
| 17 | Beach, which is not Latino majority/minority, so there's | 01:55:34 |
| 18 | not an additional Latino majority/minority district | 01:55:38 |
| 19 | created through that. | 01:55:42 |
| 20 | **Q        So I want to turn your attention to page 25 of** | 01:55:45 |
| 21 | **what's marked as Exhibit 9, lines 19 through 25.** | 01:55:48 |
| 22 | A        Yes. | 01:55:58 |
| 23 | **Q        And so, basically, this is saying you went** | 01:55:59 |
| 24 | **back to proposals from HOPE, Equality California, groups** | 01:56:02 |
| 25 | **that were trying to advocate for changes during the last** | 01:56:06 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          135

| | | |
|---|---|---|
| 1 | redistricting process; right? | 01:56:09 |
| 2 | MR. MANOLIUS:  Objection, legislative | 01:56:10 |
| 3 | privilege, instruct you not to answer. | 01:56:13 |
| 4 | MS. HAMILL:  You said it publicly, so wouldn't | 01:56:15 |
| 5 | that be a waiver of the privilege. | 01:56:19 |
| 6 | MR. MANOLIUS:  Again, you can ask him if he | 01:56:21 |
| 7 | said it. | 01:56:22 |
| 8 | MS. HAMILL Q:  Did you say this, Mr. Mitchell? | 01:56:24 |
| 9 | A       Yes, I said that.  And the second portion of | 01:56:27 |
| 10 | that what they were doing in 2021 is true. | 01:56:35 |
| 11 | Q       Is any part of this statement not true? | 01:56:39 |
| 12 | A       No.  I am just saying it's definitely | 01:56:41 |
| 13 | something I can confirm without getting into what | 01:56:44 |
| 14 | happened during the Prop 50 mapping process. | 01:56:47 |
| 15 | Q       Was Equality California proposing a Latino | 01:56:49 |
| 16 | majority district? | 01:56:52 |
| 17 | MR. MANOLIUS:  Vague as to time.  Objection. | 01:56:53 |
| 18 | Vague as to time.  And if it's during the Prop 50 time, | 01:56:56 |
| 19 | I instruct you not to answer based on legislative | 01:56:59 |
| 20 | privilege. | 01:57:02 |
| 21 | THE WITNESS:  In 2021, Equality California was | 01:57:04 |
| 22 | advocating for the same structure of maps that HOPE was | 01:57:09 |
| 23 | advocating for, which would have replaced an L.A. | 01:57:12 |
| 24 | district. | 01:57:16 |
| 25 | But, again, same set, same number of Latino | 01:57:16 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    136

```
 1   majority/minority districts, just one more district in        01:57:20

 2   L.A.                                                          01:57:23

 3   Q        What is your understanding of why Equality          01:57:24

 4   California would propose a Latino majority district?          01:57:26

 5   A        They weren't --                                      01:57:29

 6            MR. MANOLIUS:  Objection, calls for                  01:57:30

 7   speculation.                                                  01:57:31

 8            MR. WOODS:  Join.                                    01:57:32

 9            MR. MANOLIUS:  Lacks foundation.  You can            01:57:33

10   answer.                                                       01:57:34

11            THE WITNESS:  They were advocating for their         01:57:35

12   LGBT community.  They had maps showing there was a            01:57:36

13   strong LGBT community in Long Beach and they believed         01:57:41

14   that that LGBT community could be more effective in           01:57:44

15   advocating and helping to elect a candidate of choice         01:57:48

16   from that group if it was paired with more coastal            01:57:49

17   communities down Huntington Beach, Long Beach.                01:57:51

18            And so their interests and HOPE's interests          01:57:53

19   might have aligned, but that's why Equality California        01:57:56

20   was advocating, and they have a lot of documentation and      01:57:58

21   a lot of public testimony about that.                         01:58:02

22            MS. HAMILL Q:  I am going to take you back to        01:58:26

23   what I marked as exhibit --                                   01:58:28

24   A        Do you want me to give you those, please?            01:58:34

25   Eight, she had it already.  Okay.                             01:58:39
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                        137

| | | |
|---|---|---|
| 1 | Q      So I want to go to page 27, line 17 down to | 01:58:52 |
| 2 | 25, and then going to page 28, lines one to two. | 01:59:05 |
| 3 | A      Okay. | 01:59:21 |
| 4 | Q      Do you remember saying this? | 01:59:22 |
| 5 | A      Yes. | 01:59:24 |
| 6 |        MR. MANOLIUS:  Objection, compound.  Out of | 01:59:25 |
| 7 | text.  You can answer. | 01:59:28 |
| 8 |        THE WITNESS:  Yes, I recall saying that second | 01:59:29 |
| 9 | portion of a statement you're reading.  You're selecting | 01:59:35 |
| 10 | only a second portion of a statement. | 01:59:38 |
| 11 |        MS. HAMILL Q:  So I am referring to line 17. | 01:59:40 |
| 12 | A      You have to go to line six.  You have to start | 01:59:43 |
| 13 | on line six. | 01:59:46 |
| 14 | Q      Okay.  But you do recall saying those things? | 01:59:47 |
| 15 | A      Uh-huh.  Yes. | 01:59:50 |
| 16 | Q      Okay.  And so on line 18 you say, "And so why | 01:59:52 |
| 17 | would you remove districts from an area that's, you | 02:00:04 |
| 18 | know, from a Latino community where this Roybal-Allard | 02:00:07 |
| 19 | district has been historically and there's a lot of | 02:00:12 |
| 20 | community interest arguments about that district.  Why | 02:00:14 |
| 21 | take that out when you could just leave it there and let | 02:00:19 |
| 22 | all the districts in L.A. kind of push out over the | 02:00:22 |
| 23 | area, over the county into other areas." | 02:00:24 |
| 24 |        And that was a true statement when you said | 02:00:29 |
| 25 | it; correct? | 02:00:30 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                        138

| | | |
|---|---|---|
| 1 | MR. MANOLIUS:  Objection, lacks foundation, | 02:00:31 |
| 2 | calls for speculation, and vague as to what the time | 02:00:33 |
| 3 | period. | 02:00:38 |
| 4 | THE WITNESS:  For this statement to make sense | 02:00:38 |
| 5 | you have to go back to line six -- | 02:00:40 |
| 6 | MS. HAMILL Q:  Okay. | 02:00:42 |
| 7 | A        -- because to back up a second, the last | 02:00:42 |
| 8 | commission had to go from 52 to -- 53 to 52 seats. | 02:00:44 |
| 9 | There were two arguments.  You've skipped to the second | 02:00:47 |
| 10 | argument. | 02:00:53 |
| 11 | Q        Uh-huh. | 02:00:54 |
| 12 | A        The first argument, and so I am paraphrasing | 02:00:54 |
| 13 | what other people were saying. | 02:00:57 |
| 14 | Matt Rexroad was saying, hey, L.A. is where | 02:00:58 |
| 15 | you're losing population.  Matt Rexroad was saying, hey, | 02:01:06 |
| 16 | L.A. is where you're losing the population, so you | 02:01:08 |
| 17 | should take that, you know, district out of L.A. | 02:01:08 |
| 18 | And, honestly, like, it's easier just to take | 02:01:12 |
| 19 | one district out and let the rest of the districts | 02:01:16 |
| 20 | collapse in on itself than to do what we were saying, | 02:01:19 |
| 21 | which was no, no, no, keep all the districts in L.A., so | 02:01:23 |
| 22 | that's the first argument that people were making. | 02:01:27 |
| 23 | And then the second statement, starting line | 02:01:30 |
| 24 | 17, going through the end of that is me characterizing | 02:01:33 |
| 25 | the alternate statement, groups like HOPE and others | 02:01:36 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    139

```
 1    were saying.                                          02:01:40

 2            So in both cases, I'm channelling Matt Rexroad  02:01:40

 3    in the first statement and I'm channelling advocacy    02:01:45

 4    groups in the second statement.                        02:01:49

 5            These aren't, I am not stating my viewpoint, I  02:01:50

 6    am stating what was kind of the public testimony at the 02:01:53

 7    time.                                                  02:01:56

 8            MS. HAMILL Q:  And you ultimately went with     02:01:56

 9    the second argument; correct?  You did not take the Matt 02:01:58

10    Rexroad approach to the map?                           02:02:02

11            MR. MANOLIUS:  Objection, we're talking about   02:02:03

12    Prop 50.                                               02:02:05

13            THE WITNESS:  From 2021 --                      02:02:06

14            MR. MANOLIUS:  Objection.  Calls for            02:02:08

15    information that's from, protected by the legislative   02:02:09

16    privilege, because it deals with the map drawing in     02:02:12

17    2025.                                                  02:02:18

18            MS. HAMILL Q:  Were you referring to 2021 or    02:02:18

19    to Prop 50 when you made these statements?             02:02:20

20    A       Referring to 2021.                             02:02:22

21    Q       Okay.                                          02:02:27

22    A       So in 2021, these were the two arguments, and  02:02:27

23    organizations advocating for Democrats and for         02:02:31

24    progressive causes were advocating for the latter of   02:02:36

25    maintaining as many seats in L.A. and having the       02:02:40
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          140

```
 1   districts spill over into other counties, rather than       02:02:43

 2   having a district get pulled out of the middle of L.A.      02:02:47

 3   which would have invariably reduced a democratic member     02:02:50

 4   of Congress.                                                02:02:53

 5          So all I'm doing in this is explaining both          02:02:56

 6   takes.  Matt Rexroad is a republican consultant.            02:03:00

 7          MS. HAMILL Q:  You didn't use any partisan           02:03:05

 8   language when you said this to Capitol Weekly, you only     02:03:06

 9   spoke about the Latino population; correct?                 02:03:10

10          MR. MANOLIUS:  Objection, misstates testimony,       02:03:12

11   calls for speculation.  Vague as to time.                   02:03:15

12          MR. WOODS:  The document speaks for itself.          02:03:18

13          THE WITNESS: Line two mentioned Ken Calvert.         02:03:23

14          MS. HAMILL Q:  Okay.  So you mentioned Ken           02:03:31

15   Calvert on line two, but where you're talking you just      02:03:33

16   explained to me, it sounds like you replaced what you       02:03:36

17   said on page 27, you replaced Latino with democratic and    02:03:39

18   progressive causes, but, anyway, we'll move on.             02:03:44

19          So then going to page 28, lines three through        02:03:47

20   seven, do you remember saying that?                         02:03:54

21          MR. MANOLIUS:  I am sorry.  Can you repeat           02:04:07

22   your lines?                                                  02:04:09

23          MS. HAMILL Q:  Lines three through seven on          02:04:09

24   page 28.                                                     02:04:11

25          MR. MANOLIUS:  Thank you.                             02:04:13
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    141

| | |
|---|---|
| 1 | THE WITNESS:  I don't recall saying it, but I | 02:04:14 |
| 2 | don't dispute that it's in the transcript. | 02:04:16 |
| 3 | MS. HAMILL Q:  You're saying, "The first thing | 02:04:17 |
| 4 | we did was we used that community of interest testimony | 02:04:18 |
| 5 | and kind of undid what the commission did last time in | 02:04:21 |
| 6 | putting that district back in L.A. and kind of | 02:04:24 |
| 7 | eliminating that Calvert seat." | 02:04:27 |
| 8 | MR. MANOLIUS:  Objection. | 02:04:31 |
| 9 | MS. HAMILL Q:   That's the first thing you | 02:04:33 |
| 10 | did; correct? | 02:04:34 |
| 11 | MR. MANOLIUS:  Objection, legislative | 02:04:35 |
| 12 | privilege.  Instruct you not to answer. | 02:04:37 |
| 13 | MS. HAMILL:  And, again, we're talking about | 02:04:39 |
| 14 | something that you have already discussed publicly on a | 02:04:43 |
| 15 | podcast and you've said this out loud and now you're | 02:04:46 |
| 16 | asserting the privilege in a deposition? | 02:04:49 |
| 17 | MR. MANOLIUS:  Yes.  You can ask him if he | 02:04:53 |
| 18 | said it, but to the extent that it implicates the | 02:04:55 |
| 19 | legislative privilege, he's instructed not to answer. | 02:04:58 |
| 20 | MS. HAMILL Q:  So you said this, yes?  You | 02:05:02 |
| 21 | said this; correct? | 02:05:06 |
| 22 | A        Presuming this transcript is right, that's | 02:05:07 |
| 23 | what I said, this does -- | 02:05:09 |
| 24 | **Q        Is there anything in this transcript that** | 02:05:11 |
| 25 | **you -- that sticks out to you that's not representing** | 02:05:13 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          142

| | | |
|---|---|---|
| 1 | what you actually said? | 02:05:16 |
| 2 | A      I haven't found anything yet, but I believe in | 02:05:18 |
| 3 | the other transcripts I have seen things that weren't | 02:05:20 |
| 4 | exactly right so I -- but I do -- I don't dispute it, | 02:05:22 |
| 5 | put it that way. | 02:05:26 |
| 6 | **Q      As we go through this deposition I'd** | 02:05:27 |
| 7 | **appreciate it if you point out to me every time you see** | 02:05:29 |
| 8 | **something in one of these transcripts that doesn't** | 02:05:32 |
| 9 | **accurately reflect what you've said.** | 02:05:35 |
| 10 | A      I have. | 02:05:36 |
| 11 | **Q      Thank you.  All right.  So you're telling** | 02:05:37 |
| 12 | **Capitol Weekly the first thing you did was use community** | 02:05:42 |
| 13 | **of interest testimony and undid what the commission did** | 02:05:45 |
| 14 | **last time in putting that district back in L.A. and kind** | 02:05:48 |
| 15 | **of eliminating that Calvert seat, so that tracks with** | 02:05:51 |
| 16 | **what you told HOPE you did, as well; correct?** | 02:05:54 |
| 17 | MR. MANOLIUS:  Objection.  Compound.  Lacks | 02:05:57 |
| 18 | foundation.  You can answer. | 02:06:00 |
| 19 | THE WITNESS:  The two statements are | 02:06:04 |
| 20 | consistent with each other, if that's what you're asking | 02:06:06 |
| 21 | me.  I don't want to characterize what I did. | 02:06:09 |
| 22 | Otherwise, the two statements are consistent with each | 02:06:12 |
| 23 | other. | 02:06:14 |
| 24 | **Q      Okay.  And we're talking about district 41;** | 02:06:14 |
| 25 | **correct?** | 02:06:18 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    143

```
 1   A        Yes, the Ken Calvert district.  In 2021 it      02:06:18

 2   would have been something else.                          02:06:25

 3   Q        So you relied on the HOPE letter marked as      02:06:30

 4   Exhibit 10 when you were drawing the Proposition 50 map;  02:06:40

 5   correct?                                                 02:06:43

 6            MR. MANOLIUS:  Objection.  Calls for            02:06:44

 7   information protected by the legislative privilege.  I   02:06:47

 8   instruct you not to answer.                              02:06:50

 9            MS. HAMILL Q:  I want you to turn to the fifth  02:06:51

10   page of what I've marked as Exhibit 10, which looks like  02:07:13

11   this (Indicating).                                       02:07:18

12   A        Okay.  They don't have numbers.                 02:07:18

13   Q        My apologies.                                   02:07:20

14   A        Footnote three at the bottom of it.             02:07:21

15            MR. MEUSER:  HOPE letter, so should be the      02:07:25

16   third page of that.                                      02:07:28

17            MR. WOODS:  Got it.                             02:07:30

18            THE WITNESS:  The bottom of footnote three.     02:07:31

19            MS. HAMILL Q:  The third full paragraph down,   02:07:33

20   it starts with, "It is important to remember that voting  02:07:38

21   rights and the protection of voters of color is a higher  02:07:41

22   priority than preserving county boundaries or other      02:07:45

23   lower order criteria."                                   02:07:49

24            Do you agree with that statement?               02:07:52

25            MR. MANOLIUS:  Objection, content, vague as to  02:07:53
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                        144

```
 1   context and timing and overbroad and compound.  You can      02:07:59
 2   answer.                                                      02:08:03
 3            MR. WOODS:  Join.                                    02:08:03
 4            THE WITNESS:  We're talking about 2021;              02:08:05
 5   correct?                                                     02:08:10
 6            MS. HAMILL Q:  I'm asking you if you agree           02:08:10
 7   with that statement.                                         02:08:13
 8            MR. MANOLIUS:  And also vague as to the              02:08:14
 9   context of whatever project it might be.                     02:08:16
10            THE WITNESS:  I don't know that the                 02:08:21
11   terminology is exactly right or how I would -- this is,      02:08:32
12   this is for clarity.  This is something that somebody        02:08:36
13   else wrote and that HOPE attached to their letter, which     02:08:40
14   also somebody else wrote, and you're asking me to            02:08:43
15   answer, it's almost like three, three steps down.            02:08:46
16            But I would say that the second portion of          02:08:50
17   that sentence is clearly true, that there are a lot of       02:08:53
18   things that county boundaries or other lower criterias       02:08:56
19   are subservient to the State's redistricting law and the     02:09:00
20   question would be how you characterize Voting Rights Act      02:09:06
21   and protection of voters of color.                           02:09:09
22            Communities of interest might be a better way       02:09:13
23   of saying that, because communities of interest is a         02:09:15
24   higher priority than county boundaries or other lower        02:09:17
25   criteria, but this is written by a demographer that's        02:09:22
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                              145

| | |
|---|---|
| 1 | focused on racially polarized voting, not a demographer | 02:09:26 |
| 2 | who draws districts, so I don't know. | 02:09:31 |
| 3 | **Q        Continuing to the next sentence, it says,** | 02:09:35 |
| 4 | **"Further, it is also acceptable for commissioners to** | 02:09:42 |
| 5 | **value providing influence to voters of color in its** | 02:09:46 |
| 6 | **districting plans, so long as it is not the sole** | 02:09:49 |
| 7 | **criterion used, even beyond the minimal requirements for** | 02:09:52 |
| 8 | **voting rights guidance provided by the commission --** | 02:09:54 |
| 9 | **sorry -- provided to the commission by its voting rights** | 02:09:58 |
| 10 | **staff."** | 02:10:02 |
| 11 | **Do you agree with that statement?** | 02:10:03 |
| 12 | A        Well, if I can -- | 02:10:04 |
| 13 | MR. MANOLIUS:  Objection, calls for | 02:10:05 |
| 14 | speculation, vague as to context, written by somebody | 02:10:07 |
| 15 | else.  You can. | 02:10:10 |
| 16 | THE WITNESS:  If I can dissect this, because | 02:10:13 |
| 17 | this is a word salad a little bit. | 02:10:15 |
| 18 | So where he says is acceptable for | 02:10:19 |
| 19 | commissioners to value providing influence to voters of | 02:10:22 |
| 20 | color in its districting plans, that can take a lot of | 02:10:27 |
| 21 | forms. | 02:10:30 |
| 22 | That could mean that it's okay if as an | 02:10:31 |
| 23 | incidental byproduct of preserving communities of | 02:10:35 |
| 24 | interest that a racial minority of voters of color are | 02:10:40 |
| 25 | empowered, as long as their ethnicity is not the sole | 02:10:45 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    146

```
 1   criteria, or race is not the sole criteria.  And that is     02:10:53

 2   true even where you're not dealing with a requirement         02:10:59

 3   from attorneys telling you that you have a section two        02:11:06

 4   Voting Rights Act requirement.                                02:11:09

 5           So as an example, if you were to use arguments        02:11:11

 6   from the Armenian grocers who said that we want to be         02:11:15

 7   together in a community because we have concerns before       02:11:18

 8   the city council or we have issues, literally in              02:11:21

 9   Glendale they were trying to ban Armenian BBQ, outdoor        02:11:25

10   barbecues, so they got together and organized to try to      02:11:30

11   take on the city council.                                     02:11:32

12           Would it be okay for you as the redistricting         02:11:33

13   commissioner to say we're going to keep you within a          02:11:35

14   district as a community of interest even though the           02:11:38

15   byproduct of that is that you are creating a better           02:11:42

16   voting power for that minority community?  That's what        02:11:45

17   this is characterizing.                                       02:11:48

18           That legitimate purpose, legitimate goals in          02:11:50

19   redistricting, like maintaining communities of interest,      02:11:55

20   could have the effect of providing greater influence to       02:11:59

21   voters of color, even in areas where we're not talking        02:12:02

22   about the Voting Rights Act at all, and that's not            02:12:04

23   inherently bad or wrong for a redistricting to do that        02:12:07

24   as long as it's not using race as its sole criteria.          02:12:10

25   That's what that is reading to me as.                         02:12:14
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    147

```
 1   Q        Well, if all that's true then why wouldn't you    02:12:16

 2   just testify and explain to us exactly what the criteria   02:12:18

 3   were that you used to draw the Prop 50 map?                02:12:22

 4           MR. MANOLIUS:  Objection, because it's             02:12:25

 5   protected by legislative privilege.                        02:12:26

 6           Objection, also, that it's a distinct,             02:12:32

 7   different process.                                         02:12:40

 8           THE WITNESS:  Sorry if that was fast.              02:12:49

 9           THE REPORTER:  I'll jump in.                       02:12:51

10           MS. HAMILL Q:  I want you to go to the second      02:12:53

11   to last page of what I have marked as Exhibit 10,          02:13:14

12   please.                                                    02:13:18

13   A        Uh-huh.  You mean, the next to the last page,     02:13:18

14   the one with the map at the top?                           02:13:23

15   Q        Looks like this (Indicating).                     02:13:25

16   A        Yeah.                                             02:13:27

17   Q        Yes.  And that middle paragraph, the bold line    02:13:28

18   says, "To create a new gateway cities district to          02:13:32

19   enhance Latino voting influence, the commission would      02:13:35

20   need to meld together two white majority districts         02:13:38

21   elsewhere, so as to cause an aggregate increase in the     02:13:41

22   number of districts providing voting power for voters of   02:13:45

23   color across the region and the state."                    02:13:48

24           Did you meld together two white majority           02:13:50

25   districts like the HOPE letter suggested?                  02:13:54
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                      148

| | | |
|---|---|---|
| 1 | MR. MANOLIUS:  Objection, vague as to time. | 02:13:56 |
| 2 | If you're talking about the Prop 50 process, I instruct | 02:13:58 |
| 3 | you not to answer due to legislative privilege. | 02:14:02 |
| 4 | MS. HAMILL:  I'm talking about Prop 50. | 02:14:07 |
| 5 | MR. MANOLIUS:  My objection and instruction | 02:14:11 |
| 6 | stands. | 02:14:13 |
| 7 | MS. HAMILL Q:  Would it be illegal in your | 02:14:14 |
| 8 | mind, in your approaching your work in your | 02:14:19 |
| 9 | understanding, I am not asking for a legal conclusion | 02:14:22 |
| 10 | here -- let me just rephrase that. | 02:14:24 |
| 11 | Would it be improper to meld together two | 02:14:28 |
| 12 | white majority districts in order to increase the voting | 02:14:33 |
| 13 | power of a protected class generally? | 02:14:36 |
| 14 | MR. MANOLIUS:  Objection, calls for | 02:14:40 |
| 15 | speculation, incomplete hypothetical, and it sounds like | 02:14:41 |
| 16 | you're asking as a general matter.  Depends on the | 02:14:49 |
| 17 | process.  And don't answer anything about Prop 50. | 02:14:52 |
| 18 | MR. WOODS:  Also, calls for a legal | 02:14:58 |
| 19 | conclusion. | 02:15:01 |
| 20 | THE WITNESS:  What I think this is discussing | 02:15:04 |
| 21 | is that there was a district going to be eliminated and | 02:15:06 |
| 22 | I don't know why the analysis reads like this or what he | 02:15:11 |
| 23 | was trying to say, but what he's talking about in 2021 | 02:15:15 |
| 24 | was the elimination to have a district, if we -- if the | 02:15:20 |
| 25 | state had created this gateway cities district, it would | 02:15:31 |

| | | |
|---|---|---|
| 1 | have required somewhere else in the state two districts | 02:15:37 |
| 2 | to be collapsed. | 02:15:42 |
| 3 | Whether or not those two districts would be, I | 02:15:50 |
| 4 | don't know what the composition of those two district | 02:15:51 |
| 5 | would be, but mathematically two districts somewhere | 02:15:53 |
| 6 | else would have to be collapsed. | 02:15:57 |
| 7 | MS. HAMILL Q:  Would that trigger Voting | 02:15:58 |
| 8 | Rights Act concerns that would make you go and speak to | 02:16:01 |
| 9 | an attorney if you were melding two white majority | 02:16:04 |
| 10 | districts together? | 02:16:07 |
| 11 | MR. MANOLIUS:  Objection, calls for | 02:16:08 |
| 12 | speculation, incomplete hypothetical.  Depends on the | 02:16:09 |
| 13 | process.  Ultimately, attorney-client privilege, but you | 02:16:12 |
| 14 | can answer. | 02:16:18 |
| 15 | MR. WOODS:  Calls for legal conclusion.  You | 02:16:18 |
| 16 | can answer. | 02:16:20 |
| 17 | THE WITNESS:  In other jurisdictions where I'm | 02:16:21 |
| 18 | working and I'm working with legal counsel about | 02:16:26 |
| 19 | particular VRA districts, they seem to be rather | 02:16:29 |
| 20 | agnostic about what happens in the others. | 02:16:32 |
| 21 | They're concerned about a particular district | 02:16:35 |
| 22 | that they might argue, the lawyers might think is | 02:16:37 |
| 23 | required by the Voting Rights Act, but the impact that | 02:16:40 |
| 24 | seems to have on other districts, they seem to not have | 02:16:43 |
| 25 | a significant concern about. | 02:16:46 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    150

| | | |
|---|---|---|
| 1 | MS. HAMILL Q:  I'm going to go back to page | 02:16:47 |
| 2 | five of Exhibit 10, which has that footnote three at the | 02:16:49 |
| 3 | bottom.  In the middle of the paragraph that we were | 02:16:53 |
| 4 | looking at before, the paragraph starts with, "It is | 02:17:00 |
| 5 | important." | 02:17:03 |
| 6 | If you go down, the third sentence starts | 02:17:05 |
| 7 | with, "Thus, it may be important that some of these very | 02:17:10 |
| 8 | high Latino districts in L.A. County expand somewhat | 02:17:15 |
| 9 | into neighboring counties, such as Orange County or | 02:17:19 |
| 10 | Riverside County." | 02:17:22 |
| 11 | Do you see that? | 02:17:23 |
| 12 | A      Uh-huh. | 02:17:24 |
| 13 | MR. MEUSER:  Is that a "yes"? | 02:17:27 |
| 14 | THE WITNESS:  Yes. | 02:17:29 |
| 15 | MS. HAMILL Q:  And then it says, "Crossing | 02:17:30 |
| 16 | into Orange County will make some of these districts | 02:17:33 |
| 17 | less overpacked but will still allow for very high | 02:17:36 |
| 18 | levels of Latino ability to elect, and Latino CVAP | 02:17:39 |
| 19 | majorities, that end seem errant," but do you see where | 02:17:49 |
| 20 | I'm reading from? | 02:17:53 |
| 21 | A      Uh-huh. | 02:17:54 |
| 22 | **Q      Do you have an understanding of this** | 02:17:55 |
| 23 | **statement?** | 02:17:58 |
| 24 | MR. MANOLIUS:  Objection, calls for | 02:17:58 |
| 25 | speculation.  You can answer. | 02:17:59 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    151

| | | |
|---|---|---|
| 1 | THE WITNESS:  Generally, I understand the | 02:18:03 |
| 2 | words and I think the and is in place, because Latinos' | 02:18:05 |
| 3 | ability to elect and Latino CVAP majorities are | 02:18:12 |
| 4 | different constructs. | 02:18:17 |
| 5 | MS. HAMILL Q:  Got it.  That's a helpful | 02:18:18 |
| 6 | explanation.  And so it sounds like what this document | 02:18:20 |
| 7 | is saying is that when there are overpacked districts | 02:18:22 |
| 8 | with high levels of Latino voters, that they need to be | 02:18:28 |
| 9 | unpacked.  Is that what they're saying? | 02:18:39 |
| 10 | MR. MANOLIUS:  Objection, misstates the | 02:18:41 |
| 11 | contents of the letter.  Calls for speculation.  You can | 02:18:43 |
| 12 | answer. | 02:18:47 |
| 13 | MR. WOODS:  Join. | 02:18:48 |
| 14 | THE WITNESS:  Um, this is kind of like high | 02:18:49 |
| 15 | level VRA -- | 02:18:55 |
| 16 | MS. HAMILL Q:  Uh-huh. | 02:18:57 |
| 17 | A        -- and I really feel like this level of this | 02:18:58 |
| 18 | discussion, you'd be best served talking to the author | 02:19:03 |
| 19 | of this document, so I have to -- I understand what he | 02:19:06 |
| 20 | is saying, but I don't understand whether or not it's | 02:19:10 |
| 21 | true or not. | 02:19:12 |
| **22** | **Q        Do you have an understanding of the concept of** | 02:19:13 |
| **23** | **overpacking districts and then moving populations around** | 02:19:15 |
| **24** | **to maintain the ability to elect of a protected** | 02:19:18 |
| **25** | **population?  Do you understand that concept?** | 02:19:23 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    152

```
 1  A        Uh-huh.                                    02:19:25

 2  Q        Okay.  Is that what they're talking about  02:19:26

 3  here?                                               02:19:29

 4           MR. MANOLIUS: Objection, calls for         02:19:29

 5  speculation.                                        02:19:30

 6           THE WITNESS:  Yes.                          02:19:30

 7           MS. HAMILL Q:  Is this something that you  02:19:32

 8  implemented when you were drawing the maps for      02:19:33

 9  Proposition 50?                                     02:19:35

10           MR. MANOLIUS:  Objection.  Instruct you not to  02:19:37

11  answer, legislative privilege.                      02:19:38

12           MS. HAMILL Q:  So moving onto the next     02:19:42

13  sentence, "For instance, district SP710 is 63 percent  02:19:47

14  Latino CVAP.  Such a district is likely overpacked  02:19:53

15  beyond what is required."                           02:19:57

16  A        I am sorry.  I lost track of where you are.  02:19:58

17  Can you tell me again?  For instance?               02:20:01

18  Q        Yes.                                        02:20:02

19  A        Sorry.  I was off.  Thank you.             02:20:03

20  Q        "For instance, district SP710 is 63 percent  02:20:05

21  Latino CVAP.  Such a district is likely overpacked  02:20:09

22  beyond what is required to definitively allow for the  02:20:13

23  election of a Latino candidate of choice."          02:20:16

24           Do you see that?                            02:20:20

25  A        Uh-huh.  Yes.                               02:20:20
```

| | | |
|---|---|---|
| 1 | **Q        Do you have an understanding of that** | 02:20:21 |
| 2 | **statement?** | 02:20:23 |
| 3 |         MR. MANOLIUS:  Objection, calls for | 02:20:23 |
| 4 | speculation.  He didn't write it but he can answer. | 02:20:24 |
| 5 |         THE WITNESS:  I understand the words.  I | 02:20:31 |
| 6 | understand what he's characterizing. | 02:20:32 |
| 7 |         MS. HAMILL Q:  Generally, when you were | 02:20:34 |
| 8 | drawing maps, what do you consider, what percentage of | 02:20:35 |
| 9 | CVAP do you consider a district is overpacked? | 02:20:40 |
| 10 |         MR. MANOLIUS:  Objection.  Lacks context, | 02:20:44 |
| 11 | vague, depends on the process.  And I instruct you not | 02:20:47 |
| 12 | to answer anything about the Prop 50 map drawings for | 02:20:51 |
| 13 | legislative privilege. | 02:20:56 |
| 14 |         THE WITNESS:  I 100 percent in cases like this | 02:20:57 |
| 15 | default to legal counsel to tell me. | 02:20:59 |
| 16 |         And I have been in other instances in Kern | 02:21:02 |
| 17 | County, as an example, where legal counsel asked us to | 02:21:05 |
| 18 | have districts that were 63, 65 percent Latino. | 02:21:09 |
| 19 |         So in the situation, there was a lawsuit in | 02:21:13 |
| 20 | Kern County, very well-known one where they were looking | 02:21:15 |
| 21 | at creating kind of CVAP districts like this, so I can't | 02:21:18 |
| 22 | characterize, there's no magic overpacking number. | 02:21:21 |
| 23 | **Q        All right.  And moving onto the next sentence,** | 02:21:24 |
| 24 | **it says, "Similarly, STH60 and CDNELA are 56 percent and** | 02:21:27 |
| 25 | **57 percent Latino CVAP respectively.  If these districts** | 02:21:37 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    154

| | | |
|---|---|---|
| 1 | were between 52 percent and 54 percent Latino CVAP, for | 02:21:43 |
| 2 | instance, they would still be very likely to elect | 02:21:44 |
| 3 | Latino candidates of choice." | 02:21:48 |
| 4 |       Do you see that? | 02:21:50 |
| 5 | A     Uh-huh.  Yes. | 02:21:50 |
| 6 | Q     Do you have an understanding of what that | 02:21:51 |
| 7 | means? | 02:21:53 |
| 8 | A     Yes. | 02:21:53 |
| 9 |       MR. MANOLIUS:  Objection, calls for | 02:21:53 |
| 10 | speculation, incomplete hypothetical, context.  You can | 02:21:55 |
| 11 | answer. | 02:21:59 |
| 12 |       MR. WOODS:  Join. | 02:22:00 |
| 13 |       THE WITNESS:  Yes. | 02:22:01 |
| 14 |       MS. HAMILL Q:  What is your understanding of | 02:22:01 |
| 15 | that statement? | 02:22:03 |
| 16 | A     The understanding of that statement, and again | 02:22:04 |
| 17 | these letter number things, these are districts that | 02:22:10 |
| 18 | were draft maps from the commission STH60 CDNELA, that | 02:22:15 |
| 19 | was a methodology they used to maintain districts.  So I | 02:22:19 |
| 20 | don't have real clear memory as to what exactly those | 02:22:23 |
| 21 | districts were at the time, but what he's essentially | 02:22:26 |
| 22 | saying is that idea of majority/minority being | 02:22:30 |
| 23 | bifurcated from the idea of ability to elect, and in | 02:22:34 |
| 24 | some parts of the state or country a 52 percent or | 02:22:38 |
| 25 | 54 percent Latino CVAP district is sufficient, given an | 02:22:42 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          155

| | | |
|---|---|---|
| 1 | ability to elect analysis, which is what this | 02:22:47 |
| 2 | demographer does to elect a candidate of choice from | 02:22:51 |
| 3 | this Latino community and other jurisdictions that might | 02:22:54 |
| 4 | not be enough. | 02:22:57 |
| 5 | **Q        Do you agree that moving Hispanic populations** | 02:23:00 |
| 6 | **out of overpacked districts into other areas helps to** | 02:23:03 |
| 7 | **maintain a likelihood that Hispanics will still elect** | 02:23:06 |
| 8 | **candidates of their choice, and I am asking generally,** | 02:23:13 |
| 9 | **not specifically, to this scenario?** | 02:23:16 |
| 10 | MR. MANOLIUS:  Objection, speculation, | 02:23:18 |
| 11 | incomplete hypothetical.  You can answer. | 02:23:18 |
| 12 | THE WITNESS:  There is no general answer. | 02:23:23 |
| 13 | MS. HAMILL Q:  When you were drawing the Prop | 02:23:24 |
| 14 | 50 maps, did you have a specific CVAP target in mind? | 02:23:26 |
| 15 | MR. MANOLIUS:  Objection, and I instruct you | 02:23:30 |
| 16 | not to answer.  It calls for legislatively privileged | 02:23:31 |
| 17 | information. | 02:23:34 |
| 18 | MS. HAMILL Q:  When you were drawing the Prop | 02:23:35 |
| 19 | 50 maps you had a specific target, Hispanic CVAP in mind | 02:23:37 |
| 20 | for a set number of districts; correct? | 02:23:43 |
| 21 | MR. MANOLIUS:  Objection.  I instruct you not | 02:23:45 |
| 22 | to answer, legislative privilege. | 02:23:46 |
| 23 | MS. HAMILL Q:  And you agree that the sweet | 02:23:50 |
| 24 | spot Hispanic CVAP to maintain electing candidates of | 02:23:53 |
| 25 | their choice is somewhere between 52 and 55 percent; | 02:23:58 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    156

```
 1   correct?                                                02:24:01

 2           MR. MANOLIUS:  Objection, misstates his          02:24:01

 3   testimony, lacks context, incomplete hypothetical.  You  02:24:03

 4   can answer.                                              02:24:07

 5           MR. WOODS:  Same objections.                     02:24:07

 6           THE WITNESS:  I cannot answer or I can?          02:24:08

 7           MR. MANOLIUS:  You can.                          02:24:10

 8           THE WITNESS:  I can?  No, I don't agree with     02:24:11

 9   that.                                                    02:24:13

10           MS. HAMILL Q:  Can you explain?                  02:24:14

11   A       I already did explain earlier that it's very    02:24:15

12   situational.                                             02:24:18

13           In some areas in Kern County, well-documented    02:24:19

14   lawsuit, needs a much higher Latino CVAP based on what   02:24:24

15   the legal counsel told me in that case, and legal       02:24:28

16   counsel in other cases have instructed that a 50 percent 02:24:31

17   CVAP Latino is sufficient for based on ability to elect  02:24:35

18   a candidate of choice, so there is not a doctrine in     02:24:40

19   California about some magical number.                    02:24:43

20   Q       Would you agree that that sweet spot of 52 to    02:24:45

21   55 percent that's expressed in this letter marked as     02:24:50

22   Exhibit 10 applies to the areas that HOPE was            02:24:54

23   referencing their map, with their map proposal?          02:24:56

24           MR. WOODS:  Objection.  Calls for speculation.   02:25:01

25   Also, mischaracterizes the document.                     02:25:05
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    157

```
 1              MR. MANOLIUS:  Lacks foundation, incomplete        02:25:07

 2   hypothetical.                                                 02:25:11

 3              THE WITNESS:  I don't want to sound combative,     02:25:12

 4   but your statement of sweet spot is the first time I         02:25:14

 5   have ever heard anybody say sweet spot with regards to       02:25:17

 6   CVAP target, so this isn't the way that I communicate in     02:25:20

 7   any of my redistrictings.                                    02:25:23

 8              I don't mean that to be pejorative.  I am just     02:25:25

 9   saying that is not any language that I have ever used in     02:25:29

10   redistricting.                                               02:25:31

11              MS. HAMILL Q:  What phrasing would you use?        02:25:33

12   A       There wouldn't be a phrasing.                        02:25:33

13   Q       So there's no target?                                02:25:34

14   A       No.                                                  02:25:36

15              MR. MANOLIUS:  Objection, speculation,            02:25:36

16   incomplete hypothetical.  Depends on the context.  You       02:25:38

17   can answer.                                                  02:25:41

18              THE WITNESS:  I characterized in Kern County      02:25:41

19   there was guidance from legal counsel to get, I don't        02:25:43

20   recall exactly what it was, but it was relatively            02:25:47

21   higher, over 50 percent, but those kind of targets like     02:25:51

22   in Kern County are extremely rare, almost never seen,        02:25:56

23   and it's in a case where there was a legal requirement       02:26:00

24   based on a lawsuit to have a district that was a certain     02:26:03

25   percentage.                                                  02:26:08
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                         158

```
 1            That is not how, you go to any of my          02:26:09

 2    redistrictings that I have ever done, over 100, that's 02:26:13

 3    not how we communicate about these issues.            02:26:15

 4            MS. HAMILL Q:  Well, I wish I could get your   02:26:18

 5    communications regarding Prop 50, but we're getting,  02:26:20

 6    we're catching objections on everything, so I have to go 02:26:23

 7    through this process here.                            02:26:26

 8            Moving onto the last sentence in that          02:26:28

 9    paragraph, "The commission may want to consider the   02:26:30

10    optimal allocation of Latino CVAP in L.A. County so as 02:26:33

11    to create one additional very high Latino CVAP majority 02:26:38

12    or plurality district in this area while maintaining  02:26:44

13    these four Latino CVAP majority districts."           02:26:46

14            Do you see that.                               02:26:51

15    A       Yes.                                          02:26:52

16    Q       And that's exactly what you drew up in Prop   02:26:52

17    50?                                                   02:26:55

18            MR. MANOLIUS:  Objection, legislative         02:26:55

19    privilege.  I instruct you not to answer, privilege.  02:26:58

20    Sorry.                                                02:27:00

21            MS. HAMILL:  Can we take a 10-minute break?   02:27:20

22            THE WITNESS:  Sure.                           02:27:29

23            THE VIDEOGRAPHER:  The time is 2:27 p.m.  We  02:27:29

24    are going off the record.                            02:27:32

25            (Whereupon a recess was taken.)              02:41:14
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    159

| | | |
|---|---|---|
| 1 | THE VIDEOGRAPHER:  We are back on the record. | 02:41:14 |
| 2 | The time is 2:41 p.m. and this marks the beginning of | 02:41:20 |
| 3 | videotape number four in the deposition of Paul | 02:41:27 |
| 4 | Mitchell, which is being taken at Hansen Bridgett, LLP, | 02:41:30 |
| 5 | 500 Capitol Mall, Suite 1500, Sacramento, California. | 02:41:34 |
| 6 | The videographer is Nicholas Coulter here on behalf of | 02:41:40 |
| 7 | Array Legal Services. | 02:41:44 |
| 8 | MS. HAMILL Q:  Mr. Mitchell, at any point | 02:41:46 |
| 9 | between July 2nd and August 15th, did you speak with any | 02:41:50 |
| 10 | of the bill sponsors for any of the three Prop 50 bills? | 02:41:57 |
| 11 | A      Can you tell me their names?  I don't know | 02:42:03 |
| 12 | which ones. | 02:42:05 |
| 13 | MS. HAMILL Q:  You would know better than I | 02:42:06 |
| 14 | would.  You don't know who sponsored the bills? | 02:42:08 |
| 15 | A      No. | 02:42:10 |
| 16 | MR. MANOLIUS:  Objection, calls for | 02:42:10 |
| 17 | speculation. | 02:42:11 |
| 18 | MS. HAMILL Q:  Did you speak with Sabrina | 02:42:12 |
| 19 | Cervantes in that period of time? | 02:42:17 |
| 20 | A      Yes. | 02:42:18 |
| **21** | **Q      What did you speak with her about?** | 02:42:18 |
| 22 | MR. MANOLIUS:  Objection, legislative | 02:42:20 |
| 23 | privilege.  Don't answer the question. | 02:42:23 |
| 24 | MS. HAMILL Q:  Did you speak with Gail | 02:42:24 |
| 25 | Pellerin Mark. | 02:42:32 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    160

| | | |
|---|---|---|
| 1 | A        During that time? | 02:42:32 |
| **2** | **Q        Yes.** | 02:42:33 |
| 3 | A        Yes. | 02:42:34 |
| **4** | **Q        What did you speak with her about?** | 02:42:35 |
| 5 | MR. MANOLIUS:  Same objection, based on | 02:42:38 |
| 6 | legislative privilege. | 02:42:40 |
| 7 | MS. HAMILL Q:  Did you speak with Cecilia | 02:42:42 |
| 8 | Aguilar Curry during that period of time of July 2nd to | 02:42:57 |
| 9 | August 15th, did you speak with anyone involved in the | 02:43:00 |
| 10 | assembly committee on elections? | 02:43:02 |
| 11 | A        I would need to know the members of the | 02:43:06 |
| 12 | committee.  I'm not trying to be combative.  I just | 02:43:11 |
| 13 | don't honestly know the members of the committee and I | 02:43:18 |
| 14 | didn't speak with any staff. | 02:43:21 |
| **15** | **Q        I'll pull that list on the next break for you.** | 02:43:23 |
| 16 | A        Thank you. | 02:43:30 |
| **17** | **Q        During that time period of July 2nd to** | 02:43:31 |
| **18** | **August 15th, did you speak with anyone on the senate** | 02:43:34 |
| **19** | **committee on elections?** | 02:43:37 |
| 20 | A        Same. | 02:43:39 |
| **21** | **Q        You need a list?** | 02:43:41 |
| 22 | A        I wouldn't know who is on the committee.  I | 02:43:42 |
| 23 | don't do legislative work. | 02:43:45 |
| **24** | **Q        Did you just say you don't do legislative** | 02:43:48 |
| **25** | **work?** | 02:43:53 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    161

| | | |
|---|---|---|
| 1 | A        No, I don't mean like that, I mean | 02:43:54 |
| 2 | historically, like, in Sacramento I'm not a lobbyist. | 02:43:55 |
| 3 | I don't -- I work more in politics than I do | 02:43:59 |
| 4 | in committee staffs and who works where.  I don't keep | 02:44:03 |
| 5 | track of whose on what committees. | 02:44:05 |
| 6 | **Q        I am going to turn back to the HOPE** | 02:44:09 |
| 7 | **transcript, Exhibit 9, page 26.** | 02:44:25 |
| 8 | A        Oh. Okay. | 02:44:31 |
| 9 | **Q        I'll direct your attention to line 14 on page** | 02:44:37 |
| 10 | **26, going down to line 21.  Do you remember making that** | 02:44:41 |
| 11 | **statement?** | 02:45:03 |
| 12 | MR. MANOLIUS:  I apologize.  Can you give me | 02:45:04 |
| 13 | the line numbers again? | 02:45:06 |
| 14 | MS. HAMILL:  14 to 21. | 02:45:08 |
| 15 | MR. MANOLIUS:  Okay.  Thanks. | 02:45:09 |
| 16 | THE WITNESS:  Yes. | 02:45:11 |
| 17 | MS. HAMILL Q:  Was it true at the time that | 02:45:31 |
| 18 | you said it? | 02:45:33 |
| 19 | MR. MANOLIUS:  Objection.  Legislative | 02:45:36 |
| 20 | privilege.  Don't answer the question. | 02:45:41 |
| 21 | MS. HAMILL Q:  You're referring to a Voting | 02:45:44 |
| 22 | Rights Act analysis that you got back.  Are you | 02:45:49 |
| 23 | referring to a voting rights analysis for Prop 50? | 02:45:51 |
| 24 | And this is a clarifying question because I | 02:45:56 |
| 25 | don't know if you're talking about Prop 50 or something | 02:45:59 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    162

```
 1   else.                                                     02:46:14
 2          MR. MANOLIUS:  Objection, as to Prop 50, calls    02:46:14
 3   for information that's privileged by legislative         02:46:24
 4   privilege.  Don't answer the question.                   02:46:27
 5          MS. HAMILL Q:  Did someone do a Voting Rights     02:46:29
 6   Act analysis for your Proposition 50 maps?               02:46:33
 7          MR. MANOLIUS:  Instruct you not to answer the     02:46:38
 8   question.  That's protected by legislative privilege.    02:46:40
 9          MS. HAMILL Q:  Who did the voting rights          02:46:43
10   analysis for the Prop 50 maps?                           02:46:45
11          MR. MANOLIUS:  Same objection.  Instruct you      02:46:48
12   not to answer the question.                              02:46:49
13          MS. HAMILL Q:  Is that Voting Rights Act          02:46:50
14   analysis published publicly anywhere?                    02:46:52
15          MR. MANOLIUS:  Same objection.                    02:46:57
16          MS. HAMILL:  You're going to object on            02:46:59
17   legislative privilege for a publicly published document? 02:47:00
18          MR. MANOLIUS:  Lacks foundation.  Yes.  I         02:47:03
19   instruct you not to answer.                              02:47:07
20          MS. HAMILL Q:  And do you have a document in      02:47:08
21   your possession that would reflect the Voting Rights Act 02:47:11
22   analysis that was done for this map?                     02:47:14
23          MR. MANOLIUS:  Same objection and instruct you    02:47:16
24   not to answer.  Legislative privilege.                   02:47:18
25          MS. HAMILL Q:  And so according to your           02:47:21
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    163

| | | |
|---|---|---|
| 1 | statement that's reflected in lines 14 to 21, page 26 of | 02:47:24 |
| 2 | this exhibit, the analysis you had done said that the | 02:47:29 |
| 3 | existing commission map and your new Prop 50 map were | 02:47:34 |
| 4 | both compliant with section two but that empirical | 02:47:38 |
| 5 | evidence shows Prop 50 map improves the opportunity for | 02:47:42 |
| 6 | Latino voters to elect candidates of choice in two more | 02:47:45 |
| 7 | districts than the existing plan; is that right? | 02:47:49 |
| 8 | MR. MANOLIUS:  Is the question did he say it? | 02:47:52 |
| 9 | MS. HAMILL:  No. | 02:47:54 |
| 10 | MR. MANOLIUS:  Then objection.  I instruct you | 02:47:55 |
| 11 | not to answer the question based on legislative | 02:47:57 |
| 12 | privilege. | 02:47:59 |
| 13 | MS. HAMILL Q:  Which two districts have | 02:48:00 |
| 14 | improved opportunity for Latino voters to elect | 02:48:08 |
| 15 | candidates of their choice? | 02:48:12 |
| 16 | MR. MANOLIUS:  Same objection.  I instruct you | 02:48:13 |
| 17 | not to answer. | 02:48:14 |
| 18 | MS. HAMILL Q:  And going down to the next line | 02:48:16 |
| 19 | on page 26, line 22, it says, "Then PPIC just put out an | 02:48:23 |
| 20 | analysis last week that said our plan maintained the | 02:48:28 |
| 21 | status quote in terms of the Voting Rights Act and added | 02:48:31 |
| 22 | one more Latino-influenced district." | 02:48:35 |
| 23 | Is that your understanding of what you did | 02:48:38 |
| 24 | with your Prop 50 map? | 02:48:41 |
| 25 | MR. MANOLIUS:  Objection, lacks foundation and | 02:48:42 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                        164

```
 1   I instruct you not to answer as it implicates        02:48:46

 2   legislative privileged information.                  02:48:50

 3           MS. HAMILL Q:  Can you tell by looking at the 02:48:52

 4   public map that that's what happened?                02:48:55

 5           MR. MANOLIUS:  Calls for speculation.  You can 02:48:58

 6   answer.                                              02:49:02

 7           THE WITNESS:  I can only state that that's    02:49:03

 8   what the PPIC study found.  I haven't done the PPIC   02:49:05

 9   study myself, like, I haven't gone into their data.  02:49:08

10           MS. HAMILL Q:  Is the PPIC a reliable entity, 02:49:12

11   in your mind?                                        02:49:15

12   A       (Witness nodding head.)                      02:49:16

13           MR. MANOLIUS:  Objection.  Vague as to        02:49:17

14   reliable.                                            02:49:18

15           THE WITNESS:  One among many; absolutely, PPIC 02:49:19

16   is reliable.                                         02:49:25

17           MS. HAMILL Q:  I have a list for you.         02:49:49

18   A       Please.                                      02:49:57

19   Q       Did you between the time period of July 2nd   02:49:57

20   and August 15th, did you discuss the Proposition 50 maps 02:50:00

21   with Alexandra Macedo?                               02:50:06

22   A       I don't believe so.                          02:50:08

23   Q       Did you discuss the Proposition 50 maps with  02:50:09

24   Steve Bennett during that time period?               02:50:13

25   A       I don't believe so.  And let me clarify.  They 02:50:15
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                        165

```
 1   might have been on a group, but as an individual        02:50:19
 2   one-on-one which we discussed earlier the distinction   02:50:21
 3   between the two, no, not one-on-one.                     02:50:24
 4   Q        And within that time period, did you discuss   02:50:26
 5   the Proposition 50 maps with Marc Berman?               02:50:27
 6   A        I do not believe so.                            02:50:32
 7   Q        During that time period did you discuss the    02:50:33
 8   Proposition 50 maps with Jose Luis Solachi, Jr.?        02:50:36
 9   A        I do not believe so.                            02:50:42
10   Q        During that time period did you discuss the    02:50:43
11   Proposition 50 maps with Catherine Stefani?             02:50:48
12   A        No.                                             02:50:50
13   Q        During that time period, did you discuss the   02:50:51
14   Proposition 50 maps with David Tangpia?                 02:50:55
15   A        No.                                             02:51:00
16   Q        Were you involved with Catherine Stefani's     02:51:01
17   efforts to get out the vote on election day for         02:51:04
18   Proposition 50?                                         02:51:07
19   A        No.                                             02:51:08
20   Q        During the time period of July 2nd through     02:51:09
21   August 15th, did you discuss the Proposition 50 maps    02:51:16
22   with Steven Choy?                                        02:51:21
23   A        No.                                             02:51:22
24   Q        Did you discuss the Proposition 50 maps with   02:51:23
25   Ben Allen during that time period?                      02:51:26
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                            166

```
 1   A        No.                                              02:51:28

 2   Q        Did you discuss the Proposition 50 maps with    02:51:30

 3   Monique Limon during that time period?                   02:51:35

 4   A        I do not believe so.                            02:51:37

 5   Q        And did you discuss the Proposition 50 maps     02:51:44

 6   with Thomas Umberg during that period of time?           02:51:47

 7   A        No.                                             02:51:51

 8   Q        And when you said no, it is possible that you   02:51:52

 9   spoke with these people in a group setting?              02:51:56

10   A        Yes.                                            02:51:58

11   Q        Okay.                                           02:51:59

12   A        And if I can remember a conversation with any   02:52:00

13   of them I'll come back to you, but I don't recall        02:52:02

14   anything during that time.                               02:52:04

15   Q        Do you have any documents in your possession    02:52:05

16   that would show who you met with and who you spoke to?   02:52:07

17   A        Not that --                                     02:52:11

18            MR. MANOLIUS:  Objection, compound, calls for   02:52:13

19   speculation.  You can answer.                            02:52:14

20            THE WITNESS:  Not as an in total.               02:52:15

21            MS. HAMILL Q:  But if you went back, let's say  02:52:18

22   that there weren't objections, would you be able to go   02:52:21

23   back into your e-mail account and look for meetings or   02:52:25

24   schedules or calls that you might have had with these    02:52:28

25   people?                                                  02:52:31
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                      167

| | | |
|---|---|---|
| 1 | A          Just to, as an example, we talked about side | 02:52:31 |
| 2 | to the window that we're talking about -- | 02:52:34 |
| **3** | **Q          Uh-huh.** | 02:52:36 |
| 4 | A          -- you know, I'll run into a legislator around | 02:52:36 |
| 5 | the capitol, I talk to them whenever we are at a thing | 02:52:39 |
| 6 | together, they might call me, but all those kind of | 02:52:43 |
| 7 | interactions which are probably the majority of the | 02:52:46 |
| 8 | interactions I would have with the legislators would not | 02:52:48 |
| 9 | be in any kind of documentation. | 02:52:51 |
| 10 |           Did you say Macedo on that list? | 02:53:15 |
| **11** | **Q          Uh-huh.** | 02:53:16 |
| 12 | A          Then I did talk to Macedo. | 02:53:17 |
| **13** | **Q          You did talk to Assembly Member Macedo?** | 02:53:19 |
| 14 | A          During that period, yes.  Sorry. | 02:53:23 |
| 15 |           It was outside the period, it was between the | 02:53:36 |
| 16 | 15th and the 19th, so I'm sorry, so it wasn't during the | 02:53:38 |
| 17 | July 15th to August 15th, it was after, during the | 02:53:42 |
| 18 | legislative session. | 02:53:45 |
| **19** | **Q          What did you talk to her about?** | 02:53:46 |
| 20 |           MR. MANOLIUS:  Objection.  Legislative | 02:53:48 |
| 21 | immunity, privilege, instruct you not to answer. | 02:53:50 |
| 22 |           MS. HAMILL Q:  I want to turn your attention | 02:53:53 |
| 23 | to page 30 of the HOPE transcript, lines six through 11. | 02:53:56 |
| 24 | A          (Witness complied.) | 02:54:03 |
| **25** | **Q          So here you say, "The Prop 50 maps I think** | 02:54:06 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    168

| | | |
|---|---|---|
| 1 | will be great for the Latino community in two critical | 02:54:43 |
| 2 | ways.  One is that they ensure that the Latino districts | 02:54:47 |
| 3 | that are the VRA seats are bolstered in order to make | 02:54:50 |
| 4 | them most effective, particularly in the Central | 02:54:54 |
| 5 | Valley." | 02:54:57 |
| 6 | Do you recall saying that? | 02:54:57 |
| 7 | A        I presume that's exactly what I said since | 02:55:02 |
| 8 | that's what's written here so -- | 02:55:05 |
| 9 | Q        Did you mean it? | 02:55:07 |
| 10 | MR. MANOLIUS:  Objection.  Legislative | 02:55:07 |
| 11 | privilege.  Instruct you not to answer. | 02:55:11 |
| 12 | MS. HAMILL Q:  I assume you were being | 02:55:13 |
| 13 | truthful when you said it? | 02:55:16 |
| 14 | MR. MANOLIUS:  Same objection.  You're | 02:55:17 |
| 15 | instructed not to answer. | 02:55:22 |
| 16 | MS. HAMILL Q:  And what did you mean here when | 02:55:23 |
| 17 | you said that the Latino districts that are the VRA | 02:55:25 |
| 18 | seats? | 02:55:28 |
| 19 | MR. MANOLIUS:  Same objection.  Instruct you | 02:55:28 |
| 20 | not to answer. | 02:55:30 |
| 21 | MS. HAMILL Q:  So you're not, you're going to | 02:55:31 |
| 22 | instruct him not to answer in terms of explaining what | 02:55:35 |
| 23 | it means to say Latino districts that are VRA seats? | 02:55:39 |
| 24 | MR. MANOLIUS:  To the extent that it goes to | 02:55:43 |
| 25 | the process in the Legislature, yes, so I am instructing | 02:55:47 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                            169

```
 1   him not to answer.                                          02:55:51

 2            MS. HAMILL Q:  What did you mean when you say       02:55:51

 3   you want to bolster the VRA seats?                          02:55:53

 4            MR. MANOLIUS:  Same objection, instruct you        02:55:56

 5   not to answer.                                              02:55:58

 6            MS. HAMILL Q:  Do you use race as an input         02:55:59

 7   when you're, quote, on the box?                             02:56:01

 8            MR. MANOLIUS:  Vague as to time.  Instruct you     02:56:03

 9   not to answer it as to Prop 50 process.                     02:56:07

10            MS. HAMILL Q:  Ever.                               02:56:13

11   A        In redistricting when we're drawing lines?         02:56:14

12   Q        Yes.                                               02:56:16

13   A        You have to be cognizant of all of the factors     02:56:17

14   when you're drawing lines, so of course.                    02:56:20

15   Q        So including race?                                 02:56:22

16   A        Uh-huh.                                            02:56:24

17            MR. MEUSER:  Is that a "yes"?                       02:56:27

18            THE WITNESS:  Yes.                                  02:56:27

19            MS. HAMILL Q:  Did you use race as an input        02:56:28

20   when you were drawing on the box drawing the Prop 50        02:56:30

21   map?                                                        02:56:34

22            MR. MANOLIUS:  Objection, instruct you not to      02:56:34

23   answer, legislative privilege.                              02:56:37

24            MS. HAMILL Q:  In one of these podcasts you        02:56:38

25   spoke about SCOTUS dismantling the VRA.  What did you       02:56:48
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    170

```
 1   mean by that?                                          02:56:51

 2            MR. MANOLIUS:  Objection, vague.  Calls for   02:56:52

 3   speculation.  One of these podcasts, question mark?   02:56:54

 4            THE WITNESS:  I think there's two ways in     02:57:03

 5   which I generally would speak about SCOTUS dismantling 02:57:05

 6   VRA.                                                   02:57:09

 7            The first is that California used to be bound 02:57:09

 8   by section five of the Voting Rights Act, but they     02:57:13

 9   invalidated section four, which was the conditions upon 02:57:16

10   which section five was operative and in doing so they  02:57:18

11   eliminated a VRA protection nationally that also does  02:57:21

12   affect California redistricting.                       02:57:25

13            And then, secondly, there are cases before the 02:57:26

14   court right now where pundits and analysts believe that 02:57:29

15   they might erode the Voting Rights Act in a general way, 02:57:33

16   but I am not an attorney so I can't really speak to what 02:57:37

17   are the possible outcomes.                             02:57:41

18            But when you say dismantling, those were the  02:57:42

19   things I think colloquial saying in the redistricting  02:57:45

20   space around the Voting Rights Act.  That's what that  02:57:48

21   would mean.                                            02:57:52

22   Q        Does the voting power of any racial group     02:57:53

23   decrease with your Proposition 50 map?                 02:58:00

24            MR. MANOLIUS:  Objection, vague, compound     02:58:04

25   incomplete hypothetical.  You can answer.              02:58:13
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                     171

| | | |
|---|---|---|
| 1 | MR. WOODS:  Join. | 02:58:15 |
| 2 | THE WITNESS:  Sure.  There's the voting group | 02:58:16 |
| 3 | potentially that, you know, is in a current district | 02:58:21 |
| 4 | where they have an elected representative, the lines | 02:58:24 |
| 5 | have changed, there's going to be winners and losers in | 02:58:27 |
| 6 | every district, so there are voting groups that might | 02:58:30 |
| 7 | have wanted to vote for Kevin Kiley and Kevin Kiley is | 02:58:32 |
| 8 | now going to be in a district that is more now heavily | 02:58:36 |
| 9 | democratic, but that is what happens in redistricting. | 02:58:39 |
| 10 | **Q       So my question asked about the voting power of** | 02:58:41 |
| 11 | **any racial group.** | 02:58:44 |
| 12 | A       Oh, you didn't say, I didn't hear you say | 02:58:45 |
| 13 | racial group, so I am sorry.  Let me adjust that then, | 02:58:48 |
| 14 | because I thought you just said group, voting group. | 02:58:52 |
| 15 | So, no, I can't speak to -- could you please | 02:58:55 |
| 16 | repeat the question she asked?  I am really genuinely | 02:59:00 |
| 17 | sorry.  I thought you said voting group. | 02:59:03 |
| 18 | (Whereupon the record was read as | 02:59:03 |
| 19 | follows:  "Question: Does the | 02:57:57 |
| 20 | voting power of any racial group | 02:57:58 |
| 21 | decrease with your Proposition 50 | 02:58:00 |
| 22 | map?") | 02:58:02 |
| 23 | THE WITNESS:  So I retract my former | 02:59:16 |
| 24 | statement.  That was not what I intended to say. | 02:59:18 |
| 25 | MR. MANOLIUS:  Objection.  Calls for | 02:59:20 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    172

| | | |
|---|---|---|
| 1 | speculation, incomplete hypothetical.  You can answer. | 02:59:22 |
| 2 | THE WITNESS:  I don't believe so. | 02:59:25 |
| 3 | MS. HAMILL Q:  We're making progress. | 02:59:27 |
| 4 | A      I know.  I am just running out of cough drops. | 02:59:50 |
| 5 | MR. MEUSER:  I may be a Boy Scout, but I don't | 03:00:05 |
| 6 | have any cough drops. | 03:00:09 |
| 7 | MS. HAMILL Q:  If you want to hand those | 03:00:11 |
| 8 | exhibits to the court reporter -- | 03:00:13 |
| 9 | A      8, 9, 10; I can do that. | 03:00:14 |
| **10** | **Q      How many Black influenced districts are there** | 03:00:26 |
| **11** | **in the Prop 50 map?** | 03:00:28 |
| 12 | A      That would be open to interpretation. | 03:00:31 |
| **13** | **Q      Enlighten me.** | 03:00:35 |
| 14 | A      There are -- | 03:00:38 |
| 15 | MR. MANOLIUS:  Objection, calls for a | 03:00:38 |
| 16 | narrative, vague.  You can answer. | 03:00:39 |
| 17 | MR. WOODS:  Join. | 03:00:42 |
| 18 | THE WITNESS:  There are advocacy groups that | 03:00:43 |
| 19 | would argue that there are multiple districts wherein | 03:00:45 |
| 20 | the Black population has electoral opportunity and | 03:00:48 |
| 21 | greater influence and that the creation of the ligns by | 03:00:53 |
| 22 | the last commission and their advocacy was helpful in | 03:00:56 |
| 23 | sustaining that, and that ranges from districts in L.A. | 03:01:01 |
| 24 | to Oakland to Contra Costa, Fairfield, Vacaville, Solano | 03:01:04 |
| 25 | County, Sacramento, Stockton. | 03:01:09 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    173

| | | |
|---|---|---|
| 1 | There's a lot of places where the Black, the | 03:01:10 |
| 2 | organizations that advocate for the Black community | 03:01:14 |
| 3 | might consider that their community of interest has, you | 03:01:16 |
| 4 | know, a significant ability to elect it somehow. | 03:01:22 |
| 5 | **Q       Did you deliberately preserve any** | 03:01:27 |
| 6 | **Black-influenced district in the Proposition 50 map?** | 03:01:31 |
| 7 | MR. MANOLIUS:  Objection, legislative | 03:01:33 |
| 8 | privilege.  Instruct you not to answer. | 03:01:35 |
| 9 | MS. HAMILL Q:  Did you do an interview with | 03:01:37 |
| 10 | the Sacramento Observer about Proposition 50? | 03:01:39 |
| 11 | A       Yes. | 03:01:41 |
| 12 | **Q       I'm going to mark as Exhibit 11 -- a note for** | 03:01:43 |
| 13 | **the record that I am done with the stickers.** | 03:01:47 |
| 14 | **I am marking as Exhibit 11 an article in the** | 03:01:55 |
| 15 | **Sacramento Observer entitled, "Untangling Prop 50:  How** | 03:01:58 |
| 16 | **California's Redistricting Fight Impacts Black** | 03:02:04 |
| 17 | **Communities."** | 03:02:07 |
| 18 | (Whereupon Plaintiff's Exhibit 11 | 03:02:07 |
| 19 | was marked for identification.) | 03:02:24 |
| 20 | MS. HAMILL Q:  So it looks like this article | 03:02:24 |
| 21 | was dated October 20th, 2025. | 03:02:33 |
| 22 | Did you provide the Sacramento Observer with | 03:02:36 |
| 23 | an interview for this particular article? | 03:02:40 |
| 24 | MR. MANOLIUS:  Objection, calls for | 03:02:42 |
| 25 | speculation. | 03:02:43 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          174

| | | |
|---|---|---|
| 1 | THE WITNESS:  Yeah, but you said a date.  I | 03:02:45 |
| 2 | don't know if the date makes sense. | 03:02:51 |
| 3 | MS. HAMILL Q:  On the top of the second page | 03:02:54 |
| 4 | of this exhibit. | 03:02:55 |
| 5 | A        So October 2025. | 03:02:56 |
| 6 | **Q        Yes.** | 03:02:59 |
| 7 | A        Okay.  Okay.  Before the election, but after | 03:02:59 |
| 8 | the lines were drawn, after the ballot measure, it was | 03:03:02 |
| 9 | near the end of the ballot measure.  Okay. | 03:03:06 |
| 10 | MS. HAMILL Q:  And I want to turn to page five | 03:03:10 |
| 11 | of this exhibit and it looks like this is where you come | 03:03:12 |
| 12 | into the article.  The second paragraph says, "He, | 03:03:22 |
| 13 | meaning Paul Mitchell, "said his team prioritized | 03:03:25 |
| 14 | protecting the core interests of Black communities, | 03:03:29 |
| 15 | which were for the most part, he said, 'kept intact from | 03:03:32 |
| 16 | the commission process.'" | 03:03:36 |
| 17 | Do you remember saying that to the Sacramento | 03:03:38 |
| 18 | Observer? | 03:03:41 |
| 19 | MR. MANOLIUS:  Objection.  There's, there's -- | 03:03:41 |
| 20 | it's a description of what he said by somebody else, so | 03:03:44 |
| 21 | calls for speculation.  You can, you can answer. | 03:03:47 |
| 22 | THE WITNESS:  Yeah, I think that that author | 03:03:54 |
| 23 | of this article is characterizing this in a way that I | 03:03:57 |
| 24 | wouldn't have characterized it. | 03:04:01 |
| 25 | But the second part, my stand alone statement, | 03:04:05 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                       175

```
 1   kept in tact from the commission process, could be me         03:04:09
 2   advocating for the Prop 50 maps in that the large areas       03:04:11
 3   that the Black community identifies as communities of         03:04:18
 4   interest were kept intact.  So it was an objective            03:04:21
 5   statement about when you look at what the community of        03:04:24
 6   interest the Black advocacy organizations were                03:04:27
 7   advocating for, that those were intact, but whether this      03:04:29
 8   first sentence about us prioritizing the core of Black        03:04:33
 9   communities is the reporter's interpretation.                 03:04:37
10   Q        Did you prioritize protecting the core              03:04:42
11   interests of Black communities?                               03:04:45
12           MR. MANOLIUS:  Instruct you not to answer,           03:04:47
13   legislative privilege.                                        03:04:48
14           MS. HAMILL Q:  And the next paragraph says,          03:04:50
15   "Mitchell said preserving three Black districts, two in       03:04:55
16   L.A. and one in Oakland, was foremost."                       03:04:58
17           Is that true?                                         03:05:01
18           MR. MANOLIUS:  Objection, calls for                  03:05:03
19   speculation written by somebody else.  And was it true?       03:05:05
20   Lacks foundation.                                             03:05:13
21           THE WITNESS:  What this paragraph is speaking        03:05:17
22   to is what the organizations that I mentioned in the          03:05:20
23   earlier question, you said white groups have reached out      03:05:26
24   to Black Power Network was one of them, met the Black         03:05:29
25   Power Network, their top priority was, first off,             03:05:33
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    176

```
1    maintaining the districts that we ended up not even          03:05:36

2    actually touching.                                           03:05:40

3            These districts are so far away from where the      03:05:41

4    republicans are that it wasn't important in our line         03:05:43

5    drawing to try to go into those districts, and so it was     03:05:46

6    advantageous to the Black organizations that the three       03:05:49

7    districts that they were most focused on weren't             03:05:52

8    touched, so that's me characterizing the organizations.      03:05:56

9    Goal number one was preserving those three districts         03:05:59

10   and, incidentally, our maps did that because there           03:06:01

11   wouldn't have been a partisan advantage to do that.          03:06:05

12           And that's 90 percent of what was important         03:06:08

13   for the Black community, was preserving those districts.     03:06:10

14   So I'm characterizing the importance of those to the         03:06:12

15   organizations that were advocating before the commission     03:06:16

16   in 2021.                                                     03:06:18

17   Q       Were you referring to districts 37, 43 and 12?      03:06:24

18   A       When I just said three districts?                    03:06:36

19   Q       Yes.                                                03:06:39

20   A       I believe those would be the three districts         03:06:39

21   I'd be talking about, yeah.                                  03:06:41

22   Q       And so the Proposition 50 map was drawn to          03:06:43

23   keep 37, 43 and 12 to be Black influence districts;         03:06:45

24   correct?                                                    03:06:55

25           MR. MANOLIUS:  Objection, calls for                 03:06:55
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    177

```
 1  speculation.                                          03:07:00

 2           MR. WOODS:  Join.                             03:07:02

 3           MR. MANOLIUS:  Do not answer.                 03:07:07

 4           MS. HAMILL Q:  Did you intentionally give     03:07:08

 5  Young Kim a district?                                  03:07:10

 6           MR. MANOLIUS:  I said objection, legislative  03:07:12

 7  privilege, I instruct you not to answer.              03:07:19

 8           MS. HAMILL Q:  Young Kim is a republican;     03:07:24

 9  right?                                                 03:07:30

10  A        Yes.  Good republican member of Congress.    03:07:30

11  Q        A good republican?                            03:07:33

12  A        I'm just joking.                              03:07:35

13  Q        So why did your map give her a great district, 03:07:36

14  in your words?                                         03:07:40

15           MR. MANOLIUS:  Objection, legislative         03:07:42

16  privilege and instruct you not to answer.              03:07:43

17           MS. HAMILL Q:  Was there no way to draw a     03:07:45

18  district that would give a democrat a greater chance of 03:07:47

19  being elected in that area where Young Kim's district  03:07:51

20  is?                                                    03:07:55

21           MR. MANOLIUS:  Same objection.  I instruct you 03:07:55

22  not to answer, legislative privilege.                  03:07:56

23           MS. HAMILL Q:  Do you have evidence that      03:07:59

24  Hispanics have been unable to elect candidates of choice 03:08:09

25  in California?                                         03:08:12
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                              178

```
 1            MR. MANOLIUS:  Objection.                      03:08:14

 2            MS. HAMILL Q:  Generally.                      03:08:15

 3            MR. MANOLIUS:  Vague as to time, calls for     03:08:15

 4   speculation, incomplete hypothetical.  You can answer.  03:08:17

 5            MR. WOODS:  Also, calls for a legal            03:08:20

 6   conclusion.                                             03:08:22

 7            THE WITNESS:  I can answer?                    03:08:23

 8            MR. MANOLIUS:  Yes, please.                    03:08:23

 9            THE WITNESS:  Can you please repeat the        03:08:26

10   question that she asked to me exactly?  I got it wrong  03:08:28

11   last time so I want to make sure I get it right.        03:08:31

12            (Whereupon the record was read as              03:08:31

13            follows:  "Question by MS.                     03:08:31

14            HAMILL:  Do you have evidence                  03:08:08

15            that Hispanics have been unable                03:08:09

16            to elect candidates of choice in               03:08:10

17            California?                                    03:08:13

18            "MR. MANOLIUS:  Objection.                     03:08:15

19            "MS. HAMILL:  Generally.")                     03:08:15

20            MR. WOODS:  Join.                              03:08:47

21            THE WITNESS:  At the statewide level, I don't  03:08:48

22   have evidence of that at the statewide level.           03:08:50

23            MS. HAMILL Q:  If you had more time to work on  03:08:52

24   the Proposition 50 map, is there anything that you would 03:08:53

25   have done differently?                                  03:08:56
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    179

| | | |
|---|---|---|
| 1 | MR. MANOLIUS:  Objection, legislative | 03:08:57 |
| 2 | privilege and I instruct you not to answer. | 03:08:59 |
| 3 | MS. HAMILL Q:  Do you have any regrets about | 03:09:01 |
| 4 | how this transpired? | 03:09:03 |
| 5 | MR. MANOLIUS:  Same objection. | 03:09:05 |
| 6 | THE WITNESS:  I wish I had eaten more. | 03:09:07 |
| 7 | MR. MEUSER:  That is actually in his report in | 03:09:15 |
| 8 | the Capitol Weekly Podcast, so -- | 03:09:18 |
| 9 | MS. HAMILL:  I believe I am finished with my | 03:09:21 |
| 10 | questions, but I do reserve the right to come back if | 03:09:32 |
| 11 | there's time at the end.  Thank you. | 03:09:37 |
| 12 | And I am going to pass this off to my | 03:09:39 |
| 13 | colleague, Mr. Mark Meuser. | 03:09:41 |
| 14 | MR. MEUSER:  Let's go off the record for a | 03:09:46 |
| 15 | minute. | 03:09:48 |
| 16 | THE VIDEOGRAPHER:  The time is 3:09 p.m.  We | 03:09:49 |
| 17 | are going off the record. | 03:09:51 |
| 18 | (Whereupon a recess was taken.) | 03:22:45 |
| 19 | THE VIDEOGRAPHER:  We are back on the record. | 03:22:45 |
| 20 | The time is 3:22 p.m. and this marks the beginning of | 03:22:57 |
| 21 | videotape number five in the deposition of Paul | 03:23:02 |
| 22 | Mitchell, which is being taken at Hansen Bridgett, LLP, | 03:23:05 |
| 23 | 500 Capitol Mall, Suite 1500, Sacramento, California. | 03:23:10 |
| 24 | The videographer is Nicholas Coulter here on | 03:23:15 |
| 25 | behalf of Array Legal Services. | 03:23:18 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    180

```
 1                          EXAMINATION                      03:23:18

 2   By: MARK MEUSER, Attorney at Law, counsel on behalf of  03:23:18

 3   the Plaintiffs:                                         03:23:18

 4   Q        Good afternoon, Paul.                          03:23:23

 5   A        Hi.                                            03:23:24

 6   Q        As you know, I am Mark Meuser for the          03:23:25

 7   plaintiffs and I am going to take an opportunity to try 03:23:28

 8   to ask you some more questions.                         03:23:30

 9            I'll try not to duplicate, but there might be  03:23:32

10   a few duplications here, so -- you understand you're    03:23:35

11   still under oath?                                       03:23:38

12   A        Yes.                                           03:23:38

13            (Whereupon Plaintiff's Exhibit 12              03:23:38

14            was marked for identification.)                03:23:38

15            MR. MEUSER Q:  Okay.  In front of you right    03:23:39

16   now is a document that's been marked as document number 03:23:40

17   12.  Have you seen this document before?                03:23:44

18   A        No.                                            03:23:45

19   Q        Not until I sat down?                          03:23:46

20   Q        I am going to represent to you that this was a 03:23:51

21   document that was served on your counsel at about       03:23:53

22   1:00 a.m. this morning, so your counsel had a very late 03:23:57

23   night last night.                                       03:23:59

24            Would you take a minute and just review the    03:24:01

25   response to Request for Production number one?          03:24:05
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                       181

```
 1   A        Okay.                                           03:24:08

 2   Q        Okay.  Now, go read the Request for Production  03:25:23

 3   number one.                                              03:25:25

 4   A        (Witness complied.)  The first line?  Yes.      03:25:27

 5   Q        You were served with the notice of your         03:25:37

 6   deposition on Monday, December 1st; is that correct?     03:25:42

 7   A        If that's what the records are -- I don't       03:25:47

 8   remember exactly what day it was.                        03:25:50

 9   Q        Okay.  And in that deposition notice there was  03:25:52

10   a request to bring documents; is that correct?  Do you   03:25:58

11   remember Julie going through that list of questions      03:26:02

12   where it said documents?                                 03:26:04

13   A        Yes.                                            03:26:05

14   Q        And did you bring any documents with you        03:26:06

15   today?                                                   03:26:13

16            MR. MANOLIUS:  Objection.  I have already       03:26:14

17   stated our position on the documents.  We are happy to   03:26:15

18   work with you going forward, but there was not           03:26:19

19   sufficient time to prepare for this deposition and to    03:26:21

20   gather everything that we'd have to gather and review,   03:26:23

21   so the answer to your question is no.                    03:26:26

22            MR. MEUSER Q:  So in 10 days you have not been  03:26:29

23   able to produce a single document; is that correct?      03:26:30

24            MR. MANOLIUS:  I would more characterize it as  03:26:33

25   we are not producing any documents today given the       03:26:38
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    182

```
 1   burdensome nature of what you've requested and the need      03:26:43

 2   to review everything, gather everything, review              03:26:47

 3   everything for privilege and the like.                       03:26:49

 4           And, again, as I noted in my e-mail to you, we       03:26:52

 5   are very happy to establish a schedule for that              03:26:55

 6   production.                                                  03:26:57

 7           MR. MEUSER Q:  But as of today at the time of        03:26:59

 8   this deposition you have not brought any documents to        03:27:01

 9   this deposition?                                             03:27:03

10   A       No.                                                  03:27:03

11   Q       Okay.  And there is no privilege log that has        03:27:04

12   been delivered as of today; correct?                         03:27:08

13           MR. MANOLIUS:  Correct.  As I also stated in         03:27:10

14   my e-mail to you, we would be providing that as we went      03:27:11

15   through the documents and helped develop the documents.      03:27:14

16   It's a very voluminous and tedious process and we've         03:27:17

17   also been busily preparing for this deposition.              03:27:21

18           MR. MEUSER Q:  Did you know approximately how        03:27:24

19   many documents that you gave to counsel to review in         03:27:26

20   response to this document production?                        03:27:28

21   A       I do not.                                            03:27:31

22   Q       Was this produced to counsel in the form of an       03:27:33

23   electronic drive?                                            03:27:37

24           MR. MANOLIUS:  Objection, attorney-client           03:27:38

25   privilege.  I instruct you not to answer the question.       03:27:41
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                        183

| | | |
|---|---|---|
| 1 | MR. MEUSER Q:  Right now all I am trying to do | 03:27:43 |
| 2 | is figure out the size of the file that you're trying to | 03:27:46 |
| 3 | review, because you have not produced anything here. | 03:27:48 |
| 4 | MR. MANOLIUS:  Uh-huh. | 03:27:50 |
| 5 | MR. MEUSER:  So if it was 10 boxes of paper, | 03:27:51 |
| 6 | is it, you know, a zip drive that was 100 megabytes? | 03:27:54 |
| 7 | All I am trying to figure out is the volume of | 03:27:57 |
| 8 | documents that you are reviewing, so because it's been | 03:27:59 |
| 9 | 10 days here and there's not a single document. | 03:28:03 |
| 10 | MR. MANOLIUS:  Uh-huh. | 03:28:05 |
| 11 | MR. MEUSER:  There's not a single document, | 03:28:06 |
| 12 | there's not a privilege log, so I'm just trying to, in | 03:28:07 |
| 13 | case we have to go to the court, I am trying to make | 03:28:09 |
| 14 | sure that we have a record here, Counsel. | 03:28:11 |
| 15 | MR. MANOLIUS:  And I can tell you that I don't | 03:28:12 |
| 16 | know the size of it.  It's voluminous.  I am not very | 03:28:14 |
| 17 | good on the technical end of things, I rely on other | 03:28:18 |
| 18 | people in my firm to deal with that, which is in the | 03:28:22 |
| 19 | process and happening, so I don't know the size. | 03:28:24 |
| 20 | I mean, I don't know if you know the size. | 03:28:27 |
| 21 | THE WITNESS:  I have no idea.  Every time we | 03:28:29 |
| 22 | create a map there are files created, put in folders and | 03:28:31 |
| 23 | they have been given access to all of that. | 03:28:34 |
| 24 | MR. MEUSER Q:  Did you send some sort of zip | 03:28:37 |
| 25 | file to counsel when you delivered the documents to | 03:28:40 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    184

 1   counsel?                                                  03:28:44

 2   A        Dropbox.                                         03:28:47

 3   Q        Dropbox.  Do you recall what the size of the     03:28:48

 4   Dropbox file was you transferred?                         03:28:50

 5   A        It wasn't a file, it was access to the           03:28:52

 6   folders, so I don't know what it was.                     03:28:54

 7   Q        On what date did you give counsel access to      03:28:57

 8   your computers?                                           03:29:07

 9   A        I don't recall.                                  03:29:09

10           MR. MANOLIUS:  Objection, attorney-client         03:29:10

11   privilege.  Don't answer the question.                    03:29:12

12           MR. MEUSER:  Next I am handing you which is       03:29:13

13   called Exhibit 13, which is a subpoena to appear and      03:29:30

14   testify at a hearing in Los Angeles.                      03:29:33

15           (Whereupon Plaintiff's Exhibit 13                 03:29:33

16           was marked for identification.)                   03:29:33

17           MR. MEUSER Q:  Earlier when we started this       03:29:43

18   deposition you were asked a few questions about being in  03:29:44

19   Los Angeles.  At that time you were not under subpoena.   03:29:48

20   This is an official subpoena to appear at trial on        03:29:52

21   Monday, the 15th.                                         03:29:55

22           Will you be appearing on Monday, the 15th?        03:30:02

23           MR. MANOLIUS:  Objection.  He's not compelled     03:30:04

24   by this piece of paper to appear in Los Angeles.  It's    03:30:07

25   beyond the 100-mile limit for a preliminary injunction    03:30:12

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                185

```
1   hearing.  That's noted in rule 45(c).  He's already been        03:30:14

2   burdened by coming to this deposition on short notice           03:30:18

3   and preparing.                                                  03:30:21

4           The Supreme Court recently said that this is            03:30:22

5   not going to be an action that gets very far and the            03:30:25

6   burden on him has been enough, so he will not be                03:30:29

7   appearing in Los Angeles.                                       03:30:32

8           MR. MEUSER:  I need to be able to explain to            03:30:35

9   the judge --                                                    03:30:37

10          MR. MANOLIUS:  Yes.                                     03:30:37

11          MR. MEUSER:  -- so I appreciate that answer.            03:30:38

12          MR. MANOLIUS:  Of course.                               03:30:40

13          MR. MEUSER:  Okay.                                      03:30:43

14          (Whereupon Plaintiff's Exhibit 14                       03:30:43

15          was marked for identification.)                         03:31:05

16          MR. MEUSER:  I have just handed you what is             03:31:05

17  called Exhibit D -- sorry, Exhibit 14, which is a DCCC          03:31:14

18  letter, "To whom it may concern," from Julie Merz.             03:31:25

19          And then it proceeds to be a 59 page document           03:31:28

20  that seems to have Redistricting Partners' logo on every       03:31:34

21  single page after the first page; is that correct?            03:31:41

22  A       Seems excessive, seems like a lot, but yes,            03:31:44

23  that is.                                                        03:31:46

24  Q       Is this a document that you prepared and gave          03:31:47

25  to DCCC?                                                        03:31:48
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    186

```
 1              MR. MANOLIUS:  You can answer.              03:31:54

 2              THE WITNESS:  Yes.                          03:32:00

 3              MR. WOODS:  Counsel, before you get too far, 03:32:01

 4   do you have a paper copy?                              03:32:04

 5              MR. MEUSER:  It's called August 15th draft  03:32:06

 6   map.                                                   03:32:08

 7              MR. WOODS:  I understand my special access has 03:32:09

 8   been spotted, so it's gone.                            03:32:11

 9              MR. MEUSER:  I didn't, because I thought     03:32:13

10   everybody would be on the computer file.  I am sorry.  03:32:15

11              MR. WOODS:  Okay.                            03:32:17

12              MS. MADDURI:  Counsel, did you say this was a 03:32:22

13   document DCCC produced?                                03:32:24

14              MR. MEUSER:  It is actually a document that  03:32:26

15   you produced.  It was in a zip file that was attached to 03:32:29

16   the e-mail that you, that we've already discussed       03:32:32

17   earlier today.                                         03:32:35

18              In one of the e-mails that we were discussing 03:32:38

19   there was a Dropbox link and this letter appears in that 03:32:40

20   Dropbox link.                                          03:32:43

21              MS. MADDURI:  Can you identify the documents  03:32:45

22   by Bates numbers?                                      03:32:47

23              MR. MEUSER:  No.  This particular document    03:32:48

24   that is looking at has not been Bates stamped or are you 03:32:51

25   talking about the letter where this zip drive is?       03:32:55
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    187

```
 1            MS. MADDURI:  I am sorry.  I thought you said    03:33:00
 2   this was a document that DCCC produced.  Is that not     03:33:02
 3   right?  If they produced it there would be Bates stamps  03:33:05
 4   on it.                                                   03:33:09
 5            MR. MEUSER:  DCCC had an e-mail that is Bates    03:33:11
 6   stamped.  In that e-mail is a Dropbox link.  When you    03:33:13
 7   typed in the Dropbox link this document was still in it, 03:33:16
 8   so it was --                                             03:33:20
 9            MS. MADDURI:  I see.  Okay.                      03:33:22
10            MR. MEUSER:  And this is something that was in   03:33:30
11   an August 15th e-mail from Paul Mitchell to Julie that   03:33:31
12   we have discussed earlier when Julie Hamill was asking   03:33:36
13   questions.                                               03:33:39
14            And if you look at the text in there, there     03:33:40
15   was a Dropbox link and that this document that he's      03:33:43
16   looking at right now came from that Dropbox link.        03:33:47
17            Have you seen that document before?             03:33:55
18   A      Yes.                                              03:33:56
19   Q      And you created that document?                    03:33:56
20            MR. MANOLIUS:  Objection.  The entirety of it,  03:33:59
21   compound.  You can answer.                               03:34:02
22            THE WITNESS:  Yes.                              03:34:07
23            MR. MEUSER Q:  Redistricting.                   03:34:09
24   A      To be clear, I put these two documents            03:34:10
25   together.  I did not create this letter.                 03:34:14
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    188

| | | |
|---|---|---|
| 1 | Q        You didn't create the letter but you created | 03:34:16 |
| 2 | the .pdf document that's with the letter; correct? | 03:34:19 |
| 3 | A        Uh-huh. | 03:34:22 |
| 4 |          MR. MANOLIUS:  Yeah? | 03:34:24 |
| 5 |          THE WITNESS:  Yes. | 03:34:25 |
| 6 |          MR. MEUSER Q:  Can you tell me what these 59 | 03:34:27 |
| 7 | pages are? | 03:34:29 |
| 8 | A        This is a redistricting packet.  Sometimes we | 03:34:31 |
| 9 | call it an atlas is what we called it internally. | 03:34:35 |
| 10 |          It is of the cover map of the agency, it is | 03:34:39 |
| 11 | data tables for each of the districts and then inside of | 03:34:45 |
| 12 | it are individual maps of each district with data | 03:34:48 |
| 13 | regarding the populations, and then an inset map that | 03:34:52 |
| 14 | shows where that district lies within the State of | 03:34:55 |
| 15 | California. | 03:34:57 |
| 16 | Q        So beginning on page nine you have | 03:34:59 |
| 17 | congressional district one; correct? | 03:35:02 |
| 18 | A        I don't have them numbered, but I trust you | 03:35:06 |
| 19 | that that's page nine. | 03:35:08 |
| 20 | Q        So prior to page nine, these are just going to | 03:35:09 |
| 21 | be data generally about the entire redistricting | 03:35:13 |
| 22 | process, all the districts; is that correct? | 03:35:20 |
| 23 | A        The summary data table using the U.C. Berkeley | 03:35:22 |
| 24 | statewide database census and CVAP data. | 03:35:26 |
| 25 | Q        Did you send this atlas to anybody else? | 03:35:32 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    189

```
 1              MR. MANOLIUS:  Objection, vague as to time.      03:35:38
 2              MR. MEUSER Q:  Between August 10th and           03:35:41
 3   August 20th, did you send an atlas package to anybody      03:35:44
 4   else?                                                      03:35:47
 5   A       Between August 10th and August 20th, yes,          03:35:49
 6   sure.                                                      03:35:52
 7              MR. MEUSER Q:  Who else did you send the atlas   03:35:53
 8   packets to?                                                03:35:55
 9   A       I don't recall.                                    03:35:57
10   Q       I am going to hand you what we're going to         03:35:58
11   mark as Exhibit 15.                                        03:36:00
12              (Whereupon Plaintiff's Exhibit 15                03:36:00
13              was marked for identification.)                 03:36:04
14              MR. MEUSER Q:  Which is on the legislature's     03:36:04
15   Prop 50 website and it's actually titled "atlas."          03:36:08
16   A       Oh.                                                03:36:13
17              MR. MANOLIUS:  Thank you.                        03:36:16
18              MR. MEUSER Q:  And for those following along     03:36:22
19   at home, this would be titled DCCC map atlas (AB 604),     03:36:24
20   that's a document that has just been marked as             03:36:34
21   Exhibit 15.                                                03:36:37
22              MR. MANOLIUS:  Did you have a question, Mark?    03:36:55
23   I am sorry.                                                03:36:56
24              THE WITNESS:  I have it.                         03:36:58
25              MR. MEUSER Q:  Okay.  Do you believe that        03:36:59
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    190

```
 1   these two documents were both generated by your in-house   03:37:01

 2   software?                                                  03:37:07

 3           MR. MANOLIUS:  Hmm?                                03:37:10

 4           THE WITNESS:  Yes, these are what SYZYGY           03:37:19

 5   creates.                                                   03:37:22

 6           MR. MEUSER:  Do you recall sending to the          03:37:27

 7   State Legislature this particular legislative atlas to     03:37:29

 8   the Legislature so that they could publish it on line so   03:37:35

 9   anybody could view it?                                     03:37:39

10           MR. MANOLIUS:  Objection.  Speculation as to       03:37:41

11   the purpose the Legislature would have, but you can        03:37:44

12   answer the first part of the question.                     03:37:46

13           THE WITNESS:  This legislative map, this map       03:37:48

14   was run by us in order for the Legislature to place        03:37:53

15   something as a .pdf on the website.                        03:37:57

16           MR. MEUSER Q:  Okay.  I noticed that the one       03:38:01

17   that I handed you that we got from the DCCC e-mail, that   03:38:02

18   has your logo Redistricting Partners; correct?            03:38:07

19   A       Yes.                                               03:38:12

20   Q       And the one that's marked 15 has the              03:38:12

21   California Legislature seal; is that correct?             03:38:14

22   A       Yep.                                               03:38:16

23   Q       Do you know if you put on the images of seals    03:38:16

24   or do you know if the Legislature did that?  Do you have  03:38:21

25   any knowledge of how the logo was changed?               03:38:24
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          191

```
 1   A         Yeah.  We have a file, they provided us the      03:38:29

 2   logos.                                                     03:38:32

 3   Q         So the State Legislature provided you the        03:38:34

 4   logos, you put those on and you mail it to the            03:38:37

 5   appropriate person at the State Legislature; is that       03:38:39

 6   correct?                                                   03:38:42

 7   A         Yes.                                             03:38:42

 8   Q         Are you aware if there's any difference in       03:38:43

 9   these two documents?                                       03:38:48

10             MR. MANOLIUS:  Objection.                        03:38:51

11             MR. MEUSER:  Other than the logo.                03:38:52

12             MR. MANOLIUS:  Other than the logo?              03:38:54

13   Objection.  Information that's privileged under           03:38:56

14   legislative privilege.  I instruct you not to answer the   03:38:58

15   question.                                                  03:39:01

16             MR. MEUSER Q:  Okay.  Can you turn to page --    03:39:02

17   the section of the page that is district one?             03:39:09

18             MR. WOODS:  On which document?                   03:39:13

19             MR. MANOLIUS:  On which one.                     03:39:16

20             MR. MEUSER:  Both sets.                          03:39:17

21             THE WITNESS:  Yes.                               03:39:33

22             MR. MEUSER Q:  Is the content on, regarding      03:39:35

23   district one, other than the logo, the same on these two   03:39:37

24   documents?                                                 03:39:40

25   A         No.                                              03:39:40
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    192

```
 1   Q        What is different?                               03:39:41

 2            MR. MANOLIUS:  Objection.  Legislative           03:39:44

 3   privilege.  I instruct you not to answer.                 03:39:46

 4            MR. MEUSER:  You're going to instruct him not    03:39:50

 5   to answer something that is a public document that's on   03:39:52

 6   a State Legislature website?                              03:39:55

 7            MR. MANOLIUS:  Oh.                                03:39:58

 8            THE WITNESS:  The difference is that the one     03:40:00

 9   provided to the DCCC has voter registration in the upper  03:40:03

10   right-hand corner and the one provided by the             03:40:08

11   Legislature has the same box, but the 2020 census field   03:40:11

12   in that.                                                  03:40:15

13            MR. MEUSER Q:  When you were preparing the       03:40:24

14   atlas for the Legislature, did anyone ask you to put in   03:40:26

15   the different box and not put in party registration, in   03:40:35

16   your atlas?                                               03:40:39

17            MR. MANOLIUS:  Objection.  I will object,        03:40:40

18   legislative privilege.  I instruct you not to answer the  03:40:44

19   question.                                                 03:40:46

20            MR. MEUSER Q:  Mr. Mitchell, you're not          03:40:47

21   answering that question at the instruction of your        03:40:51

22   counsel; is that correct?                                 03:40:53

23   A        Exactly.                                         03:40:54

24   Q        And let's just go to the second page of either  03:40:57

25   one of these, of both of these documents, so it will be   03:41:03
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    193

```
 1   the page that starts with 2020 census.                03:41:06

 2   A        Oh, second page.  Okay.                       03:41:12

 3   Q        Other than the logo at the top of the page,   03:41:17

 4   are you aware of any numbers on this page that are     03:41:20

 5   different?                                             03:41:23

 6   A        No.                                           03:41:24

 7   Q        For the series of questions I am about ready  03:41:25

 8   to ask, I don't care which one of these you use, you can 03:41:29

 9   put whichever one in front of you that you want because 03:41:33

10   I am going to ask about some numbers on the tables, so 03:41:36

11   whichever one you prefer.  I'm just make sure everybody 03:41:39

12   knows.                                                 03:41:42

13            So you are going to use the official          03:41:42

14   legislative atlas here real quick.  Okay.              03:41:44

15            First question I am going to ask you before we 03:41:47

16   actually turn to the numbers on this page is how many  03:41:50

17   Hispanic majority districts were drawn by the          03:41:53

18   commission?                                            03:41:55

19            MR. MANOLIUS:  In 2021?                        03:41:55

20            MR. MEUSER:  In 2021.                          03:41:57

21            MR. MANOLIUS:  If you know.                    03:41:59

22            THE WITNESS:  16.                              03:41:59

23            MR. MEUSER Q:  Okay.  Do you know how many of  03:42:02

24   them were designated by the commission as a Voting     03:42:03

25   Rights Act district?                                   03:42:07
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                      194

| | | |
|---|---|---|
| 1 | A          14. | 03:42:08 |
| 2 | **Q          How many Hispanic majority districts did you** | 03:42:11 |
| 3 | **create as a part of this legislative package that became** | 03:42:15 |
| 4 | **known as Prop 50?** | 03:42:20 |
| 5 | MR. MANOLIUS:  Objection, legislative | 03:42:22 |
| 6 | privilege, I instruct you not to answer. | 03:42:23 |
| 7 | MR. MEUSER Q:  Looking at the official atlas | 03:42:29 |
| 8 | that is a public document, is congressional district one | 03:42:31 |
| 9 | a Hispanic majority district? | 03:42:36 |
| 10 | A          No. | 03:42:40 |
| 11 | **Q          Is congressional district two a Hispanic** | 03:42:42 |
| 12 | **majority district?** | 03:42:45 |
| 13 | A          No. | 03:42:47 |
| 14 | **Q          Is congressional district three a Hispanic** | 03:42:48 |
| 15 | **majority district?** | 03:42:51 |
| 16 | A          No. | 03:42:52 |
| 17 | **Q          Is congressional district four a Hispanic** | 03:42:52 |
| 18 | **majority district?** | 03:42:55 |
| 19 | A          No. | 03:42:57 |
| 20 | **Q          Is congressional district five a Hispanic** | 03:42:57 |
| 21 | **majority district?** | 03:43:00 |
| 22 | A          No. | 03:43:01 |
| 23 | **Q          Is congressional district six a Hispanic** | 03:43:02 |
| 24 | **majority district?** | 03:43:06 |
| 25 | A          No. | 03:43:06 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                        195

| | | |
|---|---|---|
| 1 | Q        Is congressional district seven a Hispanic | 03:43:07 |
| 2 | majority district? | 03:43:10 |
| 3 | A        No. | 03:43:11 |
| 4 | Q        Is congressional district eight a Hispanic | 03:43:11 |
| 5 | majority district? | 03:43:15 |
| 6 | A        No. | 03:43:15 |
| 7 | Q        Is congressional district nine a Hispanic | 03:43:16 |
| 8 | majority district? | 03:43:18 |
| 9 | A        No. | 03:43:19 |
| 10 | Q        Before I go to the next page I am going to ask | 03:43:20 |
| 11 | you a question. | 03:43:23 |
| 12 | Earlier today, Julie was asking you questions | 03:43:23 |
| 13 | about Hispanic opportunity districts or minority | 03:43:25 |
| 14 | opportunity districts and I believe you said something | 03:43:29 |
| 15 | along the lines, and correct me if I'm wrong, but | 03:43:30 |
| 16 | something that different people have a different matrix | 03:43:33 |
| 17 | of what is a Hispanic opportunity district or minority | 03:43:36 |
| 18 | opportunity district. | 03:43:43 |
| 19 | Not talking about the maps of Prop 50, but | 03:43:43 |
| 20 | generally speaking, in the redistricting world what is | 03:43:46 |
| 21 | your definition of a minority opportunity district? | 03:43:48 |
| 22 | MR. MANOLIUS:  Objection, asked and answered, | 03:43:52 |
| 23 | misstates his testimony.  He already said that.  You | 03:43:53 |
| 24 | have got it, Paul. | 03:43:59 |
| 25 | THE WITNESS:  I don't know that it's right to | 03:44:00 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                        196

```
 1   go all the way back to that question, but I think the      03:44:02

 2   term might have been different than calling it a           03:44:06

 3   minority opportunity district.                             03:44:08

 4          I don't think that was the terminology that         03:44:10

 5   was used in the earlier question, but I've seen people     03:44:12

 6   use the term minority opportunity district in different    03:44:21

 7   ways and I don't have, like, a favorite terminology for    03:44:25

 8   that.                                                      03:44:29

 9   Q       Have you ever drawn what you would classify as     03:44:37

10   a minority opportunity district?                           03:44:40

11          MR. MANOLIUS:  Objection.  To the extent            03:44:43

12   you're asking about Prop 50, instruct you not to answer    03:44:45

13   based on legislative privilege.  You can answer that       03:44:49

14   outside of that context.                                   03:44:52

15          MR. WOODS:  Also, vague.                            03:44:55

16          THE WITNESS:  I don't use that terminology, I       03:44:58

17   don't think.  So if I had ever said something was a        03:45:00

18   minority opportunity, that might surprise me.  That's      03:45:02

19   something that is -- that does -- that's generally not     03:45:06

20   something that I use as terminology.                       03:45:09

21   Q       And when I say a Hispanic majority district        03:45:12

22   are you considering that as a CVAP majority district or    03:45:17

23   would you just see it or are you answering that as just    03:45:21

24   a population being the majority?                           03:45:25

25          MR. MANOLIUS:  Yeah, funny objection.  I            03:45:29
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    197

| | | |
|---|---|---|
| 1 | should have clarified that before, so what's your -- | 03:45:32 |
| 2 | THE WITNESS:  When we're talking in a | 03:45:36 |
| 3 | redistricting construct, the shorthand would be that | 03:45:37 |
| 4 | when you say what is the Latino share of the district, | 03:45:39 |
| 5 | you're talking about it within a voting rights context | 03:45:42 |
| 6 | and so we're using the citizen voting age population. | 03:45:45 |
| 7 | Q      So that's the CVAP number and CVAP percentage; | 03:45:49 |
| 8 | correct? | 03:45:54 |
| 9 | A      Yes. | 03:45:54 |
| 10 | Q      So when I've been asking you the questions | 03:45:54 |
| 11 | about the Hispanic majority, you're looking at the lines | 03:45:56 |
| 12 | on this chart that are Latino CVAP and Latino CVAP | 03:45:59 |
| 13 | percentage; correct? | 03:46:06 |
| 14 | A      Yes. | 03:46:06 |
| 15 | Q      Okay.  We are going to start asking those | 03:46:07 |
| 16 | questions again and we are going to start on | 03:46:09 |
| 17 | congressional district 10.  Is congressional district 10 | 03:46:11 |
| 18 | a Hispanic minority/majority district? | 03:46:14 |
| 19 | A      It's not a majority/minority district. | 03:46:17 |
| 20 | Q      Is congressional district 11 a | 03:46:20 |
| 21 | minority/majority district? | 03:46:23 |
| 22 | A      I then -- generally, we say majority/minority, | 03:46:25 |
| 23 | but, no. | 03:46:28 |
| 24 | Q      Yes, sorry.  Is congressional district 12 a | 03:46:28 |
| 25 | Hispanic majority/minority district? | 03:46:32 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    198

| | | |
|---|---|---|
| 1 | A        No. | 03:46:34 |
| 2 | Q        Is congressional district 13 a Hispanic | 03:46:35 |
| 3 | majority/minority district? | 03:46:41 |
| 4 | A        Yes. | 03:46:42 |
| 5 | Q        Is congressional district 14 a Hispanic | 03:46:42 |
| 6 | majority/minority district? | 03:46:46 |
| 7 | A        No. | 03:46:47 |
| 8 | Q        Is congressional district 15 a Hispanic | 03:46:48 |
| 9 | majority/minority district? | 03:46:51 |
| 10 | A        No. | 03:46:52 |
| 11 | Q        Is congressional 16 a Hispanic | 03:46:53 |
| 12 | majority/minority district? | 03:46:55 |
| 13 | A        No. | 03:46:57 |
| 14 | Q        Is congressional district 17 a Hispanic | 03:46:57 |
| 15 | majority/minority district? | 03:47:01 |
| 16 | A        No. | 03:47:02 |
| 17 | Q        Is congressional district 18 a Hispanic | 03:47:03 |
| 18 | majority/minority district? | 03:47:06 |
| 19 | A        Yes. | 03:47:07 |
| 20 | Q        So two on this page; correct? | 03:47:08 |
| 21 | A        Yes. | 03:47:09 |
| 22 | Q        Going to the next page, we are going to be | 03:47:10 |
| 23 | looking at congressional district 19. | 03:47:14 |
| 24 | Is congressional district 19 a Hispanic | 03:47:16 |
| 25 | majority/minority district? | 03:47:19 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                  199

| | | |
|---|---|---|
| 1 | A        No. | 03:47:20 |
| 2 |         MR. MANOLIUS:  Counsel, just wondering, I | 03:47:21 |
| 3 | mean, the document speaks for itself. | 03:47:22 |
| 4 |         MR. MEUSER Q:  Well, I asked him and you | 03:47:26 |
| 5 | objected, so I am having to do this one at a time, so if | 03:47:27 |
| 6 | you want to ask -- if you want to allow him to answer | 03:47:30 |
| 7 | how many Hispanic majority/minority districts, and I | 03:47:33 |
| 8 | know he knows what that number is, so if you want to | 03:47:37 |
| 9 | allow him to do it we don't have to do this one by one, | 03:47:39 |
| 10 | but I am more than willing to do this one at a time. | 03:47:42 |
| 11 | Okay? | 03:47:48 |
| 12 |         MR. MANOLIUS:  Maybe he can check it out and | 03:47:49 |
| 13 | add them up off the document.  Would that be okay? | 03:47:52 |
| 14 |         MR. MEUSER Q:  All I was looking for was a | 03:47:57 |
| 15 | number. | 03:47:59 |
| 16 | A        There are 16. | 03:47:59 |
| 17 | **Q        Thank you.  Which 16 congressional districts** | 03:48:01 |
| 18 | **are Hispanic majority/minority districts?** | 03:48:12 |
| 19 | A        Which are the 16?  You want me to name them | 03:48:15 |
| 20 | all? | 03:48:17 |
| 21 | **Q        Yes.** | 03:48:18 |
| 22 | A        I mean, I'd have to go back and do it the way | 03:48:18 |
| 23 | we did it then, so you're talking about district numbers | 03:48:21 |
| 24 | 13, 18, 21, 22, 25, 29, 31, 33, 34, 35, 38, 39, 41, 46, | 03:48:28 |
| 25 | and 52. | 03:49:08 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    200

| | | |
|---|---|---|
| 1 | Q        Thank you.  Now, earlier we were asking some | 03:49:09 |
| 2 | questions about the HOPE letter; correct? | 03:49:19 |
| 3 | A        Yes. | 03:49:24 |
| 4 | Q        And do you recall seeing in the transcript | 03:49:24 |
| 5 | where you stated to HOPE that you were helping HOPE with | 03:49:29 |
| 6 | that process of the HOPE letter? | 03:49:33 |
| 7 |            MR. WOODS:  Objection, mischaracterizes | 03:49:37 |
| 8 | testimony. | 03:49:39 |
| 9 |            MR. MANOLIUS:  Yeah, misstates his testimony. | 03:49:39 |
| 10 |            MR. MEUSER Q:  Well, let's go to the HOPE | 03:49:42 |
| 11 | presentation real quick.  You probably have it in the | 03:49:44 |
| 12 | stack right over there. | 03:49:46 |
| 13 | A        What number is it? | 03:50:00 |
| 14 |            MR. MANOLIUS:  10? | 03:50:01 |
| 15 |            THE WITNESS:  Okay.  Eleven?  Nine? | 03:50:06 |
| 16 |            MR. MEUSER Q:  I'd like you to go to page 23 | 03:50:11 |
| 17 | and 24, so page 23, line 24, through page 24 line five. | 03:50:20 |
| 18 | A        Yes, in the last redistricting process.  That | 03:50:40 |
| 19 | wasn't your question, so yes. | 03:50:42 |
| 20 | Q        Yes.  So I am going to just read this out loud | 03:50:44 |
| 21 | and you tell me if I read it correctly.  "And I started | 03:50:47 |
| 22 | listing out this concept of drawing a replacement Latino | 03:50:51 |
| 23 | majority/minority district in the middle of Los Angeles, | 03:50:55 |
| 24 | that was the number one thing that I first started | 03:50:59 |
| 25 | thinking about, because it was something that I worked | 03:51:01 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    201

```
 1  with HOPE on in the last redistricting process."        03:51:04

 2          Did I read that correctly?                       03:51:08

 3  A       Yes.                                             03:51:09

 4  Q       What did you do with HOPE during 2021 during     03:51:11

 5  the redistricting process?                               03:51:19

 6  A       They had an interest in keeping a district for   03:51:21

 7  an incumbent member of Congress and that aligned with    03:51:26

 8  our client's interest in drawing an LGBT community of    03:51:31

 9  interest district that would go from Long Beach down to  03:51:36

10  Orange County, and so there was a synergy between those  03:51:41

11  groups and others.                                       03:51:43

12          And so we worked with HOPE on it.  As it was     03:51:44

13  said earlier, I have had, like, a 15 year relationship   03:51:48

14  with HOPE and never been, I don't charge them, but       03:51:51

15  they --                                                  03:51:56

16  Q       Did you draw a map for HOPE that they were       03:51:56

17  using in 2021?                                           03:51:59

18  A       We drew maps.  I don't know, their               03:52:04

19  presentation actually didn't present a map that I drew.  03:52:09

20  Q       Okay.                                            03:52:12

21  A       Their letter didn't present a map that I drew,   03:52:12

22  so they were advocating for maps though.                 03:52:15

23  Q       And you were working with a different            03:52:18

24  organization that was joined with HOPE at that time?     03:52:20

25  A       Yes.                                             03:52:25
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                              202

| | | |
|---|---|---|
| 1 | Q        Yes?  Were you a part of that expert report | 03:52:26 |
| 2 | that was attached to the HOPE letter? | 03:52:39 |
| 3 | A        That was something that was kind of a | 03:52:42 |
| 4 | byproduct of another contract that I had, so I was aware | 03:52:48 |
| 5 | that it was being done.  I was aware that that was done, | 03:52:51 |
| 6 | but I didn't write it. | 03:52:53 |
| 7 | Q        You didn't write the report.  Did you consult | 03:52:54 |
| 8 | with the people who wrote that report? | 03:52:58 |
| 9 | A        Consulted with Christian Grose, yes. | 03:52:59 |
| 10 | Q        And this would have been at or around the time | 03:53:03 |
| 11 | of November of 2021? | 03:53:05 |
| 12 | A        Oh, probably earlier than that, but yes, in | 03:53:08 |
| 13 | 2021. | 03:53:14 |
| 14 | Q        You understand that the HOPE letter is dated | 03:53:16 |
| 15 | November 24th, 2021; correct? | 03:53:18 |
| 16 | A        Yes. | 03:53:21 |
| 17 | Q        And you understand that the report by | 03:53:21 |
| 18 | Christian Grose is dated November 23rd, 2021; correct? | 03:53:24 |
| 19 | A        Sure. | 03:53:28 |
| 20 | Q        So prior to November 23, 2021, what | 03:53:29 |
| 21 | interactions did you have with Christian Grose that was | 03:53:34 |
| 22 | related to the report that is contained in the | 03:53:36 |
| 23 | November 24th, 2021, letter? | 03:53:42 |
| 24 | A        In the 2021 redistricting we worked with | 03:53:44 |
| 25 | clients who contracted with Christian Grose to do a | 03:53:50 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                                203

```
 1   variety of analyses in several parts of the state, so        03:53:56

 2   that's the time when this organization was looking for       03:54:03

 3   something to advocate, they would have something to use.     03:54:08

 4   Q        Turn to congressional district 41 in that           03:54:12

 5   atlas.                                                       03:54:25

 6   A        (Witness complied.)                                 03:54:26

 7   Q        And I am sorry, you probably won't appreciate       03:54:30

 8   this, but I called this particular district the Yoga         03:54:45

 9   Genie, because a thousand years in a lamp, you have a        03:54:49

10   pretty bad back.  But that's my imagination.                 03:54:51

11            Do you see the word "Downey" --                     03:54:57

12   A        Yes.                                                03:55:01

13   Q        -- in this particular district?                     03:55:02

14   A        Yes.                                                03:55:03

15   Q        And looking at the HOPE letter, what was the        03:55:04

16   number one city that they mentioned for this new gateway     03:55:11

17   district?                                                    03:55:18

18            MR. MANOLIUS:  And you're referring to 2021?        03:55:18

19            MR. MEUSER:  Yes, 2021.                             03:55:22

20            MR. MANOLIUS:  Okay.                                03:55:23

21            THE WITNESS:  Downey.                               03:55:25

22            MR. MEUSER Q:  Okay.  And does that                 03:55:32

23   description, say, go down to Orange County?                  03:55:33

24   A        No, not for this district.                          03:55:36

25   Q        In the HOPE letter --                               03:55:46
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                        204

```
 1   A        I don't think so, not in that bullet point      03:55:48

 2   number one.  Sorry.  Does it say it somewhere else?      03:55:51

 3   Q        I think you're right, it actually says it in     03:55:54

 4   the --                                                    03:55:58

 5   A        Second bullet point.                             03:55:58

 6   Q        No.  It's actually in the expert report here.    03:56:00

 7   Sorry.                                                    03:56:04

 8   A        I don't know.                                    03:56:04

 9   Q        Is Downey in congressional district 41?          03:56:50

10   A        Yes.                                             03:56:53

11   Q        In your presentation to HOPE you said that you   03:56:53

12   created a new congressional district taking Ken           03:56:59

13   Calvert's 41 and insert it in the gateway cities.  Is     03:57:06

14   congressional district 41 the district you were           03:57:10

15   referring to in your HOPE presentation?                   03:57:12

16            MR. MANOLIUS:  Objection.  Instruct you not to   03:57:16

17   answer, legislative privilege.                            03:57:18

18            MR. MEUSER Q:  And you're not answering that     03:57:21

19   question at the instruction of your attorney?             03:57:36

20   A        Correct.                                         03:57:38

21   Q        Turning to page 24 of the transcript regarding   03:57:39

22   HOPE, starting line 20 --                                 03:57:48

23            MR. WOODS:  I am sorry, page 24, Counsel.        03:57:58

24            MR. MEUSER:  24, line 20.                        03:58:00

25            MR. WOODS:  Thank you.                           03:58:02
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                        205

| | | |
|---|---|---|
| 1 | MR. MEUSER Q:  "Number one created a gateway | 03:58:05 |
| 2 | cities district centered around Downey as described in | 03:58:07 |
| 3 | the analysis allowing for a creation of five Latino | 03:58:10 |
| 4 | majority/minority districts in an area where there are | 03:58:16 |
| 5 | currently four?" | 03:58:19 |
| 6 | Did I read that correctly. | 03:58:20 |
| 7 | A    Yes. | 03:58:21 |
| 8 | Q    My question is this:  The City of Downey in | 03:58:22 |
| 9 | congressional district 41 according to the legislative | 03:58:29 |
| 10 | atlas that we have marked as Exhibit 15 -- | 03:58:33 |
| 11 | A    Yes. | 03:58:36 |
| 12 | Q    -- the very next paragraph, starting on line | 03:58:37 |
| 13 | 25 into page 25, "Secondly, take a district that was | 03:58:50 |
| 14 | called LB north which is now the Robert Garcia district, | 03:58:54 |
| 15 | take that district to the south through Seal Beach into | 03:58:59 |
| 16 | Huntington Beach making a Latino-influenced district at | 03:59:02 |
| 17 | 35 percent Latino by voting age population." | 03:59:06 |
| 18 | Did I read that correctly? | 03:59:09 |
| 19 | A    Yes. | 03:59:10 |
| 20 | Q    Okay.  Looking at congressional district 42 in | 03:59:11 |
| 21 | the atlas legislative atlas, does congressional district | 03:59:18 |
| 22 | 42 include the cities of Long Beach, Seal Beach and | 03:59:24 |
| 23 | Newport -- and Huntington Beach? | 03:59:30 |
| 24 | A    Yes. | 03:59:32 |
| 25 | Q    I am going to ask a question that's been | 03:59:33 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                        206

```
 1   bugging me since day one since I have seen this.        03:59:44

 2           You were aware that in the California           03:59:47

 3   Constitution we are supposed to number congressional    03:59:49

 4   districts one at the top of the state down to 52 at the  03:59:51

 5   bottom.                                                  03:59:57

 6           Do you know why these districts got numbered    03:59:57

 7   contrary to what the California Constitution says?       04:00:00

 8           MR. MANOLIUS:  Objection, calls for a legal      04:00:02

 9   conclusion, calls for speculation.                       04:00:03

10           MR. WOODS:  Objection.  Same objections.        04:00:05

11   Also, relevance.                                         04:00:09

12           MR. MEUSER Q:  You can answer.                   04:00:12

13   A        The decision on numbering was based, I think,   04:00:15

14   primarily on reducing the amount of change as opposed to 04:00:18

15   the Constitution's previous requirement before Prop 50   04:00:21

16   of numbering one to 52.                                  04:00:26

17           In the ballot measure Prop 50 allowed for that   04:00:29

18   to be bypassed for this one redistricting.  It was just  04:00:32

19   to reduce the number of the amount of letters that would 04:00:35

20   have to be reprinted.                                    04:00:39

21           MR. MEUSER Q:  I appreciate that answer.  I      04:00:41

22   believe I've heard public statements by you that nine    04:00:47

23   congressional districts did not change a single          04:00:51

24   boundary; is that correct?                               04:00:57

25           MR. MANOLIUS:  Objection.  Vague as to where     04:00:59
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                              207

1    you've heard that and where that comes from, calls for          04:01:03

2    speculation.  You can answer.                                   04:01:05

3              THE WITNESS:  I believe it's nine or ten.  I          04:01:10

4    always forget exactly the number, but there were a large        04:01:12

5    number of districts that were too far away from areas           04:01:16

6    where we were trying to flip districts.                         04:01:20

7              MR. MEUSER Q:  As you sit here today could you         04:01:25

8    name the nine or ten congressional districts that did           04:01:27

9    not change a single boundary?                                   04:01:30

10             MR. MANOLIUS:  Between 2021 redistricting?            04:01:32

11             MR. MEUSER:  And the commission.                       04:01:37

12             THE WITNESS:  I could attempt to.                      04:01:38

13             MR. MANOLIUS:  Don't speculate.                        04:01:41

14             THE WITNESS:  Okay.                                    04:01:43

15             MR. MEUSER:  I am entitled to your best                04:01:44

16   recollection and if you can name six you name six, if           04:01:47

17   you -- just the best of your ability.                           04:01:50

18             THE WITNESS:  There's one technical thing that        04:01:53

19   I believe that potentially the census block layer              04:01:55

20   changed a little bit, so there might be some changes            04:01:58

21   like a census block is unpopulated kind of thing, but           04:02:00

22   districts 11 and 12, which are unchanged.                       04:02:05

23             MR. MEUSER Q:  Those are in the Bay Area?              04:02:11

24   A        Yep.  District -- I don't deal with these              04:02:13

25   districts as much, I don't know as much, is it -- Ted           04:02:18

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          208

| | | |
|---|---|---|
| 1 | Lieu district didn't change and I don't have the zoom to | 04:02:38 |
| 2 | know what Ted Lieu district is. | 04:02:45 |
| 3 | Q        Well, you're looking at a document that has | 04:02:47 |
| 4 | maps of every single -- | 04:02:49 |
| 5 | A        It doesn't say the numbers on the map. | 04:02:50 |
| 6 | Q        I know that, but you could flip through and | 04:02:52 |
| 7 | find the individual districts, couldn't you? | 04:02:54 |
| 8 | A        Oh, yeah, yeah, yeah.  Sorry. | 04:02:58 |
| 9 |          MR. MANOLIUS:  Just throw in an objection that | 04:03:31 |
| 10 | it's compound and burdensome that he has to go through | 04:03:33 |
| 11 | the entire packet, but that's okay. | 04:03:36 |
| 12 |          THE WITNESS:  Why am I not finding the Ted | 04:03:38 |
| 13 | Lieu district?  I am unsure if district 19 changed.  The | 04:03:41 |
| 14 | Ted Lieu, district whatever number that is -- | 04:04:03 |
| 15 |          MR. MEUSER Q:  Okay. | 04:04:05 |
| 16 | A        -- there it is, 36.  Sorry.  It was just | 04:04:06 |
| 17 | taking me awhile to get to it. | 04:04:11 |
| 18 | Q        And that's the coastal Los Angeles County? | 04:04:12 |
| 19 | A        Santa Monica, yeah.  37 did not change, 43 did | 04:04:16 |
| 20 | not change.  I know I've missed some, so it's hard for | 04:04:36 |
| 21 | me -- | 04:05:01 |
| 22 | Q        If I do my math right, I have heard you name | 04:05:02 |
| 23 | five districts right now; correct? | 04:05:04 |
| 24 | A        Yeah.  So I'd have to go back and look, but I | 04:05:06 |
| 25 | thought it was, like, nine districts that didn't change | 04:05:09 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                            209

```
 1  at all.  I would just have to go look at it more        04:05:11

 2  closely, because there are districts where, there are   04:05:15

 3  some districts where we made a small change like        04:05:17

 4  unifying Ventura and in a district that wasn't otherwise 04:05:20

 5  changed or something like that, so I'd have to go       04:05:24

 6  through again and look, but I believe it added up to    04:05:28

 7  nine.  Sorry.                                           04:05:34

 8  Q       Okay.  If you want to turn to your Capitol      04:05:35

 9  Weekly Podcast transcript, and I am reading from page 11 04:05:41

10  starting at lines four through eight.  Page 11, four    04:05:46

11  through eight.                                          04:06:03

12          And this particular conversation was made      04:06:04

13  public on August 15th, 2025.  Do you recall if you made 04:06:09

14  the podcast the same day that it aired?                 04:06:13

15  A       I don't recall.                                 04:06:16

16  Q       And this sentence reads, "And, you know, the   04:06:17

17  fact that we can do these things in terms of like       04:06:25

18  drawing maps, that is -- you know, it's not touching    04:06:28

19  nine entire congressional districts."                   04:06:31

20          Did I read that correctly?                     04:06:35

21  A       Yes.                                            04:06:36

22  Q       When you said that, was -- were you saying     04:06:37

23  that you did not change the lines in nine congressional 04:06:45

24  districts?                                              04:06:50

25          MR. MANOLIUS:  Objection, legislative          04:06:50
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    210

```
 1   privilege and instruct you not to answer the question.      04:06:53
 2            MR. MEUSER:  This is a public statement that         04:06:56
 3   he has made saying that he did not touch nine entire         04:06:58
 4   congressional districts and I am just making sure that       04:07:01
 5   at the time he made the statement publicly for the world     04:07:04
 6   to see --                                                    04:07:07
 7            MR. MANOLIUS:  Uh-huh.                               04:07:08
 8            MR. MEUSER:  -- that it was his understanding        04:07:09
 9   that he did not touch, that the Prop 50 maps did not         04:07:11
10   touch nine entire congressional districts.                   04:07:15
11            MR. MANOLIUS:  Again, you can ask him if he         04:07:17
12   said it, but I'm going to object to anything going           04:07:19
13   further than that.                                           04:07:23
14            MR. MEUSER Q:  Did you say that?                     04:07:24
15   A       Yes.                                                 04:07:25
16   Q       Okay.  And is it your understanding that when        04:07:27
17   you said you know it's not touching nine entire              04:07:35
18   congressional districts, is it your understanding that       04:07:39
19   that meant nine congressional districts had zero line        04:07:43
20   changes?                                                     04:07:48
21            MR. MANOLIUS: Same objection, instruct you not      04:07:49
22   to answer, legislative privilege.                            04:07:51
23            MR. MEUSER Q:  And are you refusing to answer        04:07:54
24   that question at your attorney's request?                    04:07:56
25   A       Correct.                                             04:07:57
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    211

| | | |
|---|---|---|
| 1 | **Q        Are you familiar with the organization MALDEF,** | 04:07:59 |
| 2 | **M-A-L-D-E-F?** | 04:08:11 |
| 3 | A        Yes. | 04:08:11 |
| 4 | **Q        Have you worked with MALDEF.** | 04:08:12 |
| 5 | MR. MANOLIUS:  Vague as to "work with."  Hired | 04:08:17 |
| 6 | by? | 04:08:21 |
| 7 | MR. MEUSER Q:  Have you ever been hired by | 04:08:21 |
| 8 | MALDEF? | 04:08:23 |
| 9 | A        No. | 04:08:24 |
| 10 | **Q        During the 2021 redistricting, did you ever** | 04:08:25 |
| 11 | **see any of the reports presented by MALDEF?** | 04:08:29 |
| 12 | A        Yes. | 04:08:32 |
| 13 | **Q        Okay.  And do you recall as you sit here today** | 04:08:33 |
| 14 | **how many Hispanic majority/minority districts MALDEF was** | 04:08:39 |
| 15 | **asking the commission to draw?** | 04:08:44 |
| 16 | A        No. | 04:08:47 |
| 17 | MR. MEUSER:  Okay.  We are going to go ahead | 04:08:50 |
| 18 | and mark this as Exhibit 16. | 04:08:51 |
| 19 | (Whereupon Plaintiff's Exhibit 16 | 04:08:51 |
| 20 | was marked for identification.) | 04:08:51 |
| 21 | MR. MEUSER Q:  And for those following along | 04:08:57 |
| 22 | at home, this is going to be the document in the file | 04:08:58 |
| 23 | that is called, "MALDEF report 2021." | 04:09:04 |
| 24 | MR. MEUSER:  And I have got a copy for you | 04:09:16 |
| 25 | too, Counsel. | 04:09:20 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                           212

```
 1              MR. WOODS:  Mark, do you have another copy for    04:09:24

 2   me?                                                         04:09:26

 3              MR. MEUSER:  I do not.  Sorry.  I didn't want     04:09:26

 4   to kill trees, but I thought everybody else would have      04:09:29

 5   that file.  Sorry.                                          04:09:32

 6   Q        Have you seen this particular report before        04:09:42

 7   that's just been handed to you as Exhibit 16?               04:09:44

 8   A        Not that I -- not that I recall.  I am             04:09:47

 9   presuming I would have, I just don't remember, exactly.     04:09:50

10   Q        If you could turn to page, what's been marked      04:09:53

11   as page 10 in that, this exhibit?                           04:09:56

12   A        They have page numbers?                            04:09:59

13   Q        Yes, should be in the bottom right,                04:10:00

14   A        Uh-huh.                                            04:10:02

15   Q        And I am just, top two lines after the             04:10:08

16   statement of voting rights compliance, I am going to        04:10:11

17   just read these.                                            04:10:14

18   A        Uh-huh.                                            04:10:15

19   Q        "After the rule of equal population the first      04:10:16

20   rule of redistricting is construct -- is constructing       04:10:18

21   districts to comply with section two of the Federal         04:10:22

22   Voting Rights Act.  The MALDEF U.S. Congressional           04:10:25

23   Redistricting Plan presents 16 Latino majority citizen      04:10:30

24   voting age population districts that are largely            04:10:34

25   protectable under section two of the Voting Rights Act."    04:10:38
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                      213

```
 1              Did I read that correct?                    04:10:40

 2   A      Yes.                                            04:10:42

 3   Q      Are you aware that in the 2021-cycle MALDEF     04:10:44

 4   was asking the commission to draw 16 districts where  04:10:51

 5   Hispanics were the majority, according to CVAP?       04:10:54

 6          MR. MANOLIUS:  Objection, calls for            04:10:59

 7   speculation.  He's already said he doesn't recall seeing 04:11:00

 8   this document before.                                 04:11:03

 9          THE WITNESS:  I don't recall specifically, but 04:11:05

10   looking at it, it looks like one of the documents, so -- 04:11:06

11          MR. MEUSER Q:  If you could turn to the next   04:11:10

12   page, 11.                                             04:11:15

13   A      (Witness complied.)                            04:11:17

14   Q      And before I ask you this, before I ask you    04:11:19

15   questions, you're kind of thumbing through the images of 04:11:24

16   all the maps that are with this report?               04:11:27

17   A      Uh-huh.                                         04:11:30

18   Q      Do you recall ever seeing any of these maps    04:11:31

19   before?                                               04:11:33

20   A      I can't speak to any of these individuals      04:11:35

21   maps.                                                 04:11:37

22   Q      Okay.                                          04:11:37

23   A      This is five years ago.                        04:11:37

24   Q      I understand.  But it doesn't refresh your     04:11:39

25   recollection at all as to having seen it?             04:11:42
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          214

```
 1              MR. MANOLIUS:  Okay.  Just compound because    04:11:45

 2    there are many maps in here so --                        04:11:46

 3              MR. MEUSER Q:  Yeah.                            04:11:50

 4    A        I have looked at MALDEF maps for a long time.   04:11:50

 5    They look the same in every road.                        04:11:53

 6    Q        Who wrote those?                                04:12:01

 7    A        Steven Ochoa looks like, most likely.           04:12:02

 8    Q        And when was the last time you talked to        04:12:05

 9    Steven Ochoa?                                            04:12:09

10    A        Several weeks or a month ago or a couple of     04:12:12

11    months ago or something.                                04:12:15

12    Q        Did you speak with Steven Ochoa at any time     04:12:15

13    between July 2nd and February 15th?                      04:12:18

14    A        You said February.  August?                     04:12:20

15    Q        August 15th.                                    04:12:24

16    A        No.                                             04:12:25

17    Q        Did you speak with anybody at MALDEF between    04:12:26

18    July 2nd and August 15th?                                04:12:34

19    A        No.  Let me amend that to say I don't recall.   04:12:36

20    Q        You can go ahead and set that aside.  I have    04:12:56

21    got a couple fun exhibits here.                          04:13:08

22    A        That's it?                                      04:13:11

23              MR. MANOLIUS:  Finally.                         04:13:17

24              MR. MEUSER:  I am handing you Exhibit 17.       04:13:18

25              (Whereupon Plaintiff's Exhibit 17              04:13:18
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                                215

| | | |
|---|---|---|
| 1 | was marked for identification.) | 04:13:22 |
| 2 | MR. MEUSER:  And for those following along at | 04:13:22 |
| 3 | home, this Exhibit 17 is Paul Mitchell X post dash 52 | 04:13:25 |
| 4 | Democrat map. | 04:13:34 |
| 5 | Can you please identify for the record what | 04:13:35 |
| 6 | Exhibit 17 is? | 04:13:37 |
| 7 | A       Exhibit 17 is a Tweet of mine and it was | 04:13:38 |
| 8 | posted on November 3rd. | 04:13:46 |
| **9** | **Q       Day before election?** | 04:13:48 |
| 10 | A       There you go. | 04:13:49 |
| **11** | **Q       And what does this particular X post of yours** | 04:13:50 |
| **12** | **show?** | 04:13:55 |
| 13 | MR. MANOLIUS:  Objection, compound. | 04:13:57 |
| 14 | Objection, also, to the word "show." | 04:14:01 |
| 15 | MR. MEUSER:  Okay.  I'll re-ask. | 04:14:04 |
| **16** | **Q       What is the significance of this particular X** | 04:14:10 |
| **17** | **post that you were trying to convey to the world when** | 04:14:16 |
| **18** | **you sent it out?** | 04:14:18 |
| 19 | A       Well, I was trying to convey to the limited | 04:14:20 |
| 20 | number of people who follow me that I, as was done in | 04:14:23 |
| 21 | the other testimony, rather derisively referred to | 04:14:32 |
| 22 | Twitter maps and I felt as though Twitter maps showing | 04:14:35 |
| 23 | crazy lines drawn by somebody in their basement weren't | 04:14:40 |
| 24 | necessarily productive into the conversation, and so I | 04:14:44 |
| 25 | was expressing my frustration with the silly Twitter | 04:14:46 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    216

```
 1   maps.                                                04:14:51

 2   Q         And I remember the conversation we had which    04:14:51

 3   is why we got this into the record here.             04:14:53

 4             This is an example of one of the 52 old maps    04:14:56

 5   that you criticized throughout the, from July 2nd all     04:15:00

 6   the way to November 3rd; is that correct?            04:15:07

 7   A         Yes.                                       04:15:08

 8   Q         Regarding your atlas, the CVAP numbers --  04:15:09

 9   A         Uh-huh.                                    04:15:20

10   Q         -- what, where did you get the CVAP numbers?    04:15:21

11   A         You're required to use the statewide       04:15:24

12   databases' CVAP data and population data in California.   04:15:27

13   Q         Okay.  And what year of database was the state  04:15:31

14   redistricting database using?                        04:15:35

15   A         In the terminology in redistricting we don't    04:15:39

16   refer to the year that it was produced, we refer to the   04:15:42

17   year that it represents.  And so the data is the '19      04:15:45

18   dash '23 CVAP, so a five-year average from 2019 to 2023.  04:15:49

19   Q         And when you're talking about the five-year     04:15:54

20   average you're talking about the American community       04:15:56

21   survey put on by the census?                         04:15:59

22   A         It's a product, it's a special product put on,  04:16:01

23   put together after the American community survey as a     04:16:05

24   special kind of addendum.                            04:16:08

25   Q         Okay.  And so the statewide database is taking  04:16:10
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    217

| | | |
|---|---|---|
| 1 | the data from the census and then as you were talking to | 04:16:17 |
| 2 | Julie earlier today, they remove the prisoners from | 04:16:21 |
| 3 | that; is that correct? | 04:16:25 |
| 4 | A        Reallocate. | 04:16:26 |
| 5 | Q        Reallocate.  And that was the data that you | 04:16:27 |
| 6 | were using in this particular report? | 04:16:33 |
| 7 | A        Yes. | 04:16:34 |
| 8 | Q        Okay.  Not 2022? | 04:16:35 |
| 9 | A        You mean, not 1822. | 04:16:38 |
| 10 | Q        Not the 2022 ACS data, you were using 2023 ACS | 04:16:41 |
| 11 | data; correct? | 04:16:49 |
| 12 | A        In 2022, they were using the, like, no, it's | 04:16:49 |
| 13 | not the same CU update as they were using in the 2021 | 04:16:54 |
| 14 | redistricting process, if that's what you're asking. | 04:16:59 |
| 15 | Q        Well, I understand that the redistricting | 04:17:01 |
| 16 | commission could not have used the 2023 data, because it | 04:17:03 |
| 17 | did not exist at that time; correct? | 04:17:06 |
| 18 | A        They couldn't have used the '19 to '23, of | 04:17:08 |
| 19 | course. | 04:17:10 |
| 20 | Q        And what you're saying is that in these | 04:17:11 |
| 21 | atlases, the numbers that you were using was the '19 to | 04:17:16 |
| 22 | '23 five year ACS data; correct? | 04:17:22 |
| 23 | A        (Witness nodding head.) | 04:17:25 |
| 24 | Q        Is that a "yes"? | 04:17:26 |
| 25 | A        Yes. | 04:17:27 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                        218

| | | |
|---|---|---|
| 1 | Q        Okay.  The only reason why I am saying this is | 04:17:27 |
| 2 | we have a had experts for the last four days give me | 04:17:30 |
| 3 | places where you were getting your data, so I am just | 04:17:33 |
| 4 | trying to get from you which set of numbers all the | 04:17:36 |
| 5 | experts are supposed to look at. | 04:17:38 |
| 6 | A        Yeah. | 04:17:40 |
| 7 | Q        So, again, I am going to repeat to make sure I | 04:17:40 |
| 8 | have a clean record so that all of our experts know. | 04:17:43 |
| 9 |          When we're looking at the CVAP data that is | 04:17:46 |
| 10 | contained in the atlas, you were using the 2023 census | 04:17:50 |
| 11 | data, the American community census data from a | 04:17:55 |
| 12 | five-year period that was then reallocated according to | 04:17:58 |
| 13 | the statewide database? | 04:18:03 |
| 14 | A        So to use the terminology of redistricting | 04:18:05 |
| 15 | consultants we all agree upon, I think we use the '19 | 04:18:07 |
| 16 | dash '23, which means it's data from 2019 to 2023, that | 04:18:12 |
| 17 | five year average, and it's that data from the census | 04:18:16 |
| 18 | has been adjusted by the statewide database. | 04:18:19 |
| 19 |          (Whereupon Plaintiff's Exhibit 18 | 04:18:19 |
| 20 |          was marked for identification.) | 04:18:19 |
| 21 |          MR. MEUSER Q:  Thank you.  I appreciate that. | 04:18:22 |
| 22 | And I don't think I am going to need this one, but since | 04:18:28 |
| 23 | we printed it up I am going to just go ahead and give | 04:18:31 |
| 24 | it. | 04:18:34 |
| 25 |          I am going to hand you what has been marked as | 04:18:34 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    219

```
 1   Exhibit 18.  And for those following at home, this is a     04:18:36

 2   DM Tweet concerning use of recent ACS survey data.          04:18:43

 3          Do you remember this X post?                         04:18:50

 4   A      If I can take a look real quick.                     04:18:55

 5   Q      Please, do.                                          04:18:58

 6   A      I do recall this.                                    04:18:58

 7          (Off-the-record discussion between                   04:18:58

 8          Mr. Manolius and the Witness.)                       04:18:58

 9          THE WITNESS:  Sorry.                                 04:19:11

10          THE REPORTER:  Are we on the record or off the       04:19:15

11   record?                                                     04:19:17

12          MR. MEUSER Q:  This particular post has              04:19:19

13   absolutely nothing to do with Prop 50; correct?            04:19:21

14   A      Absolutely.                                          04:19:24

15   Q      But this does have to do with redistricting in       04:19:25

16   California; correct?  Los Angeles city, to be precise?      04:19:28

17   A      Yes.                                                 04:19:32

18   Q      And in the particular post there was an X post       04:19:32

19   that you're responding to that somebody was suggesting      04:19:38

20   they should do redistricting in Los Angeles city; is       04:19:41

21   that correct?                                               04:19:45

22   A      Could you restate that?  I am sorry.                 04:19:46

23   Q      Well, you can't actually see this because you        04:19:48

24   don't see what this is responding to, so I am going to     04:19:51

25   actually rephrase.                                          04:19:53
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          220

```
 1            You were aware a year ago that there were some      04:19:54

 2   public discussions about redistricting Los Angeles          04:19:57

 3   County; correct?                                            04:20:00

 4   A       Yes.                                                 04:20:00

 5   Q       And in response to those public discussions          04:20:01

 6   you posted your thoughts on X; is that correct?             04:20:04

 7   A       Yes.                                                 04:20:08

 8   Q       And is it your position that if somebody is          04:20:09

 9   redrawing the lines that they need to use the most          04:20:16

10   recent ACS database, not the one that their districting      04:20:22

11   commission used, but they have to use the most recent        04:20:28

12   one available at the time that they redrew the lines?        04:20:30

13   A       I would want to --                                   04:20:33

14            MR. MANOLIUS:  Objection, as to they have to        04:20:34

15   use, like a legal requirement.  That's just my               04:20:37

16   question -- my objection.                                    04:20:40

17            THE WITNESS:  I want to be clear here.  Yes, I       04:20:44

18   believe that if they were to redraw, I say in here on        04:20:50

19   Twitter they would have to use, but I think maybe in a       04:20:55

20   deposition the better terminology would be that they         04:20:58

21   would normally use the latest American survey data,          04:21:02

22   because that is what is in practice in California, is we      04:21:07

23   use the data as it gets updated every year.                  04:21:09

24   Q       And that is what you did when updating the           04:21:12

25   atlases --                                                   04:21:14
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          221

```
 1    A         Yes.                                          04:21:15

 2    Q         -- that are a matter of public record?        04:21:15

 3         MR. MANOLIUS:  Objection, to the extent you're     04:21:17

 4    asking him how he drew his maps, legislative privilege, 04:21:19

 5    but you can answer the question at this point.          04:21:23

 6         THE WITNESS:  Without speaking to the line         04:21:26

 7    drawing process, the maps that you are showing me are   04:21:29

 8    using the new ACS data.                                 04:21:32

 9         MR. MEUSER Q:  Another one of your X posts,        04:21:36

10    and I don't know, I am just going to do a quick thing.  04:21:41

11    In this particular X post you're talking about three    04:21:45

12    separate articles.  I have all three articles here.  Do 04:21:48

13    we want to have them all as one exhibit or do you want  04:21:53

14    this to be four separate exhibits?  What's better for   04:21:56

15    you.                                                    04:21:59

16         MR. MANOLIUS:  I don't care.                       04:21:59

17         (Whereupon Plaintiff's Exhibit 19                  04:21:59

18         was marked for identification.)                    04:22:01

19         MR. MEUSER Q:  We'll do it as four separate        04:22:01

20    exhibits so we can do this.                             04:22:04

21         So Exhibit 19 is going to be a Paul Mitchell       04:22:06

22    Tweet that I'm a calling, if you're keeping track at    04:22:09

23    home, in that link or in that X post has three different 04:22:14

24    links.                                                  04:22:19

25         The first one is Caltech; is that correct?         04:22:19
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                                222

```
 1   A       Yes.                                               04:22:23

 2           MR. MEUSER:  And so I am marking as Exhibit 20     04:22:24

 3   what is a Caltech report.                                 04:22:27

 4           (Whereupon Plaintiff's Exhibit 20                 04:22:27

 5           was marked for identification.)                   04:22:27

 6           MR. MEUSER:  Can you look at this real briefly     04:22:29

 7   and tell me if that is the report that you were linking   04:22:31

 8   to in your X post?                                        04:22:35

 9   A       I can't see the link to say whether I was         04:22:37

10   linking to, like, an article that had this report or     04:22:37

11   this report directly to .pdf, but this is the report I   04:22:40

12   would be referencing in this, that first part.           04:22:42

13           MR. MEUSER:  And then I am going to hand you      04:22:46

14   Exhibit 21 --                                             04:22:48

15           (Whereupon Plaintiff's Exhibit 21                 04:22:48

16           was marked for identification. )                  04:22:49

17           MR. MEUSER Q:  -- which is a PPIC report.         04:22:49

18   Please let me know if this is a report that you were     04:22:52

19   referring to in your X post?                             04:22:54

20   A       Yes.                                               04:22:56

21   Q       And I am sorry, Counsel, let me just -- I         04:22:59

22   should have handed this to you earlier.                   04:23:04

23           MR. MANOLIUS:  Thank you.                         04:23:06

24           (Whereupon Plaintiff's Exhibit 22                 04:23:06

25           was marked for identification.)                   04:23:11
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                              223

```
 1              MR. MEUSER Q:  And then the third link is        04:23:11

 2  talking about a UCLA report; correct?                        04:23:12

 3  A       Yes.                                                 04:23:17

 4  Q       And is that the UCLA report, what I have just        04:23:18

 5  marked as Exhibit 22?                                        04:23:21

 6  A       Actually, I think you have got these                 04:23:24

 7  backwards.                                                   04:23:25

 8  Q       Oh.                                                  04:23:26

 9  A       The second one is the AAPI one and the third         04:23:26

10  one is the PPIC one.                                         04:23:30

11  Q       Thank you.  But the three reports that I just        04:23:32

12  handed you are the three reports that you were referring     04:23:37

13  to in your particular X post, is that --                     04:23:40

14  A       Yes.                                                 04:23:43

15  Q       -- correctly stated?                                 04:23:44

16  A       Yep.                                                 04:23:47

17  Q       Is it fair for me to assume that you read all        04:23:48

18  three of those reports?                                      04:23:56

19  A       No, I definitely glossed over them.  I don't         04:23:58

20  know that I read them all thoroughly, particularly the       04:24:05

21  last Cal-Poly one, I don't know that I read every line.      04:24:08

22  I don't know that I read them, PPIC one.                     04:24:13

23  Q       Did you in the X post I see that we'll start         04:24:17

24  with the Cal, the Cal-Poly Caltech report --                 04:24:21

25  A       Uh-huh.                                              04:24:23
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                              224

| | | |
|---|---|---|
| 1 | Q        -- I see that there is a quotation that you, | 04:24:24 |
| 2 | that is in your X post. | 04:24:27 |
| 3 | A        Uh-huh. | 04:24:28 |
| 4 | Q        Did you pull that quotation out of the report? | 04:24:29 |
| 5 | A        I believe that was the point of the quotes, | 04:24:32 |
| 6 | but I'd have to find it in here.  I don't know where it | 04:24:37 |
| 7 | is exactly.  It looks like -- oh, I'd have to look for | 04:24:41 |
| 8 | it. | 04:24:45 |
| 9 | Q        Were you the one who submitted this X post? | 04:24:45 |
| 10 | A        Yes. | 04:24:48 |
| 11 | Q        Did anybody else have access to your X | 04:24:49 |
| 12 | account? | 04:24:52 |
| 13 | A        No. | 04:24:52 |
| 14 | Q        And you reviewed the three documents; correct? | 04:24:54 |
| 15 | MR. MANOLIUS:  Objection, asked and answered. | 04:24:57 |
| 16 | He said he was familiar with them a little bit. | 04:24:58 |
| 17 | THE WITNESS:  I am familiar with them, yeah. | 04:25:02 |
| 18 | MR. MEUSER Q:  And these three quotes that are | 04:25:04 |
| 19 | familiar in the X post, you pulled those quotes and | 04:25:06 |
| 20 | typed them into the X post; is that correct? | 04:25:11 |
| 21 | A        I think that's what I'm purporting here is | 04:25:14 |
| 22 | that these are quotes from these documents, so that's | 04:25:16 |
| 23 | what I'm presuming. | 04:25:19 |
| 24 | Q        Okay.  Let's read the first quote. | 04:25:20 |
| 25 | "Proposed Proposition 50 map will further | 04:25:22 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                              225

| | | |
|---|---|---|
| 1 | increase Latino voting power over the current commission | 04:25:26 |
| 2 | map." | 04:25:30 |
| 3 |      Did I read that correctly? | 04:25:30 |
| 4 | A     Yes. | 04:25:31 |
| 5 | Q     Do you agree with that statement? | 04:25:34 |
| 6 |      MR. MANOLIUS:  Objection.  Legislative | 04:25:37 |
| 7 | privilege and instruct him not to answer. | 04:25:41 |
| 8 |      MR. MEUSER Q:  On what day did you send this X | 04:25:44 |
| 9 | post? | 04:25:47 |
| 10 | A     October 23rd. | 04:25:47 |
| 11 | Q     Were you still working for the Legislature on | 04:25:49 |
| 12 | that day? | 04:25:51 |
| 13 |      MR. MANOLIUS:  Objection.  Lacks foundation | 04:25:52 |
| 14 | and vague as to the term "working for."  You can answer. | 04:25:56 |
| 15 |      THE WITNESS:  I wasn't working for anybody at | 04:26:01 |
| 16 | this point, other than PDI. | 04:26:04 |
| 17 |      MR. MEUSER Q:  Was this post made in any kind | 04:26:06 |
| 18 | of official capacity on behalf of the Legislature to | 04:26:09 |
| 19 | promote the Prop 50 maps? | 04:26:12 |
| 20 | A     I think you'd have to unpack -- I am sure that | 04:26:15 |
| 21 | I was doing this in order to promote or advance the | 04:26:25 |
| 22 | legislators' interest in passing Prop 50 and the | 04:26:27 |
| 23 | campaign's interest. | 04:26:32 |
| 24 | Q     Did you ask -- sorry. | 04:26:33 |
| 25 |      Did somebody ask you to post these three | 04:26:35 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    226

| | | |
|---|---|---|
| 1 | articles and promote them? | 04:26:41 |
| 2 | MR. MANOLIUS:  Or any one of them. | 04:26:43 |
| 3 | MR. MEUSER Q:  Or any one of them. | 04:26:45 |
| 4 | A      No. | 04:26:47 |
| 5 | Q      As a citizen who was concerned about Prop 50 | 04:26:47 |
| 6 | maps, you were reading the news regularly on Prop 50; | 04:26:52 |
| 7 | correct? | 04:26:56 |
| 8 | A      Yes. | 04:26:56 |
| 9 | Q      And you read these studies that talked about | 04:26:56 |
| 10 | Prop 50; correct? | 04:26:59 |
| 11 | A      I saw they existed, yes. | 04:27:00 |
| 12 | Q      And you took the time to pull quotes out of | 04:27:02 |
| 13 | that, those studies; correct? | 04:27:05 |
| 14 | A      Yes. | 04:27:07 |
| 15 | Q      And do you have anything on your X posts that | 04:27:07 |
| 16 | say re-Tweets are not my own thoughts or anything like | 04:27:11 |
| 17 | that? | 04:27:15 |
| 18 | A      I don't think that means anything. | 04:27:15 |
| 19 | Q      Okay.  You posted these because you believed | 04:27:17 |
| 20 | these particular statements? | 04:27:21 |
| 21 | A      I think that I posted these because I believed | 04:27:23 |
| 22 | these particular statements would be encouraging to | 04:27:27 |
| 23 | people who want to ensure that these maps aren't somehow | 04:27:29 |
| 24 | ruinous to the communities that they care about. | 04:27:36 |
| 25 | Q      So focusing in on the Cal-Poly Pomona, that | 04:27:39 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    227

1    statement that is in quotation marks, do you, Paul          04:27:45

2    Mitchell, as a private citizen agree with that             04:27:48

3    statement?                                                  04:27:51

4              MR. MANOLIUS:  Object.  Legislative privilege,    04:27:58

5    don't answer.                                               04:28:01

6              MR. MEUSER Q:  And are you not answering that     04:28:02

7    question at the instruction of your attorney?               04:28:03

8    A         Correct.                                          04:28:07

9    Q         Let's read the second quotation.  "Proposed       04:28:09

10   map likely will increase Asian American voting power."      04:28:11

11             Did I read that correctly?                        04:28:15

12   A         Yes.                                              04:28:16

13   Q         And do you agree with that statement?             04:28:18

14             MR. MANOLIUS:  Same objection.  I instruct you    04:28:25

15   not to answer.                                              04:28:28

16             MR. MEUSER Q:  And are you not answering that      04:28:28

17   question at the instruction of your attorney?               04:28:30

18   A         Correct.                                          04:28:31

19   Q         Third quote:  "The proposed plan matches the      04:28:31

20   current one almost exactly:  It adds one more Latino        04:28:35

21   influence district, but otherwise replicates the status    04:28:39

22   quo."                                                       04:28:43

23             Did I read that correctly?                        04:28:43

24   A         Yes.                                              04:28:45

25   Q         And do you agree with that particular             04:28:46

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    228

```
 1   statement?                                              04:28:51

 2           MR. MANOLIUS:  Same objection.  Instruct you    04:28:51

 3   not to answer.                                          04:28:54

 4           MR. MEUSER Q:  And you are not answering that   04:28:54

 5   question at the instruction of your attorney?           04:28:56

 6   A       Correct.                                        04:28:57

 7   Q       Earlier today we I think, if I'm remembering    04:28:58

 8   right, it was Exhibit 5, which was the contract that you 04:29:11

 9   signed with the DCCC.  Can you go pull that up?          04:29:14

10   A       (Witness complied.)  Thank you.                 04:29:18

11   Q       And this particular contract you were paid,     04:29:28

12   you agreed to be paid $325,000; is that correct?        04:29:48

13   A       For the entirety of the contract?               04:29:52

14   Q       Yes.                                            04:29:54

15   A       Yes.                                            04:30:28

16   Q       Okay.  And I believe you said earlier that you  04:30:29

17   were paid $108,000 roughly by the DCCC; is that correct? 04:30:32

18   A       Yes.                                            04:30:38

19           (Whereupon Plaintiff's Exhibit 23               04:30:38

20           was marked for identification.)                 04:30:38

21           MR. MEUSER Q:  Okay.  I am going to mark as     04:30:38

22   Exhibit 23 a document that's Bates stamped DCCC 000177,  04:30:41

23   just an invoice from the DCCC for or to the DCCC from    04:30:51

24   Redistricting Partners; correct?                        04:30:57

25   A       Yes.                                            04:30:59
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                        229

| | | |
|---|---|---|
| 1 | Q       And it's for, what is the dollar amount on | 04:30:59 |
| 2 | that? | 04:31:02 |
| 3 | A       $108,000 -- | 04:31:02 |
| 4 | Q       And -- | 04:31:03 |
| 5 | A       -- 333.33. | 04:31:05 |
| 6 | Q       Thank you.  And has that invoice been paid? | 04:31:10 |
| 7 | A       Yes. | 04:31:13 |
| 8 | Q       Okay.  Have you been paid $108,000, | 04:31:13 |
| 9 | $108,333.33 from Hakeem Jeffries? | 04:31:18 |
| 10 | A       Okay. | 04:31:26 |
| 11 | Q       Have you been paid $108,333.34 from House | 04:31:27 |
| 12 | Majority PAC? | 04:31:34 |
| 13 | A       I'd to have clarify which one gave me 33 cents | 04:31:36 |
| 14 | or 34 cents, but, in general, yes, within a penny. | 04:31:39 |
| 15 | Q       Okay.  Well, I can tell you from public | 04:31:42 |
| 16 | filings that Hakeem Jeffries claims that he paid you the | 04:31:45 |
| 17 | $0.33. | 04:31:49 |
| 18 | A       Oh.  So HMP drew the short straw. | 04:31:50 |
| 19 | Q       They haven't made their public disclosure yet, | 04:31:54 |
| 20 | but I am assuming that that would be the case.  So, on | 04:31:58 |
| 21 | what date did you receive payment from the DCCC? | 04:32:01 |
| 22 | A       On or around the date of this invoice. | 04:32:05 |
| 23 | Q       And what is the date of that invoice? | 04:32:08 |
| 24 | A       Actually, yeah, on or around the date of the | 04:32:09 |
| 25 | invoice, August 15th. | 04:32:12 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    230

| | | |
|---|---|---|
| 1 | Q        Okay.  And on or about what time were you paid | 04:32:13 |
| 2 | by Hakeem Jeffries? | 04:32:17 |
| 3 | A        I don't recall. | 04:32:19 |
| 4 | Q        Was it about a month later in the middle of | 04:32:20 |
| 5 | September? | 04:32:23 |
| 6 | A        That sounds appropriate, sounds about right. | 04:32:23 |
| 7 | Q        And do you know when House Majoirity PAC or | 04:32:26 |
| 8 | HMP paid you? | 04:32:31 |
| 9 | A        Around the same time, I think, around the same | 04:32:32 |
| 10 | time. | 04:32:34 |
| 11 | MR. MANOLIUS:  As which one? | 04:32:34 |
| 12 | MR. MEUSER Q:  As which one? | 04:32:36 |
| 13 | A        As Hakeem Jeffries. | 04:32:37 |
| 14 | Q        Okay.  I was going there too.  Did you retain | 04:32:42 |
| 15 | any attorneys as a part of the drawing of the Prop 50 | 04:32:52 |
| 16 | maps? | 04:32:59 |
| 17 | MR. WOODS:  Objection, ambiguous. | 04:33:01 |
| 18 | MR. MEUSER Q:  Did Redistricting Partners have | 04:33:04 |
| 19 | to retain any attorneys that were paid out of that | 04:33:06 |
| 20 | $325,000? | 04:33:10 |
| 21 | A        No. | 04:33:12 |
| 22 | Q        I believe you have said in public that a VRA | 04:33:13 |
| 23 | analysis was done.  What attorneys did that VRA | 04:33:21 |
| 24 | analysis? | 04:33:28 |
| 25 | MR. MANOLIUS:  Objection, lacks foundation. | 04:33:29 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                      231

```
 1   What attorneys?  You can answer.                        04:33:35

 2            THE WITNESS:  The VRA analysis was not done by  04:33:41

 3   an attorney.                                            04:33:46

 4            MR. MEUSER Q:  Okay.  Who did the VRA analysis  04:33:47

 5   that you referred to in your public comments?           04:33:50

 6            MR. MANOLIUS:  If you know.                     04:33:54

 7            THE WITNESS:  Yeah.  Christian Grose.           04:33:55

 8            MR. MEUSER Q:  Okay.  And Christian Grose is,   04:33:57

 9   I've heard his name pop up a couple times here today.   04:34:01

10   Who is Christian Grose?                                 04:34:03

11   A        He is a professor at Schwarzenegger Institute  04:34:05

12   UC or at USC, like the name is something like that, and 04:34:10

13   he's a recognized expert in voting rights.              04:34:14

14   Q        Did Redistricting Partners pay him to do that  04:34:19

15   VRA report?                                             04:34:22

16            MR. MANOLIUS:  Objection.  Legislative         04:34:27

17   privilege, I'll instruct you not to answer.             04:34:30

18            MR. MEUSER Q:  And you're not answering that   04:34:37

19   question at the instruction of your attorney?           04:34:38

20   A        Correct.                                       04:34:40

21   Q        How many pages was the report Christian Grose  04:34:41

22   wrote that was given to you?                            04:34:46

23            MR. MANOLIUS:  Same objections, instruct you   04:34:48

24   not to answer.                                          04:34:50

25            MR. MEUSER Q:  How many pages?                 04:34:52
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                              232

```
 1              MR. MANOLIUS:  Yep.                           04:34:53

 2              MR. MEUSER Q:  And you're not going to answer 04:34:54

 3    at the instruct of your attorney?                      04:34:56

 4    A        Correct.                                       04:34:58

 5    Q        On what date did Christian Grose give you that 04:34:59

 6    report?                                                 04:35:02

 7              MR. MANOLIUS:  Same objection.  I instruct you 04:35:02

 8    not to answer.                                          04:35:04

 9              MR. MEUSER Q:  And you're not answering at the 04:35:05

10    instruction of your attorney?                           04:35:08

11    A        Correct.                                       04:35:09

12    Q        How many VRA analyses did Christian Grose do?  04:35:10

13              MR. MANOLIUS:  Same objections.  I instruct   04:35:22

14    you not to answer.                                      04:35:24

15              MR. MEUSER Q:  And you're not answering that   04:35:25

16    question at the instruction of your attorney?           04:35:27

17    A        Correct.                                       04:35:29

18    Q        Starting on July 2nd, you were at a bicycle    04:35:30

19    ride or a bicycle race --                               04:35:40

20    A        Ride.                                          04:35:42

21    Q        -- with the speaker's chief of staff.  Which   04:35:43

22    was it?                                                 04:35:45

23    A        It was a bike ride.                            04:35:45

24    Q        Just a bike ride?                              04:35:47

25    A        Yeah.                                          04:35:48
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    233

| 1 | Q        And on that bike ride you were discussing | 04:35:48 |
| 2 | redistricting in California; is that correct? | 04:35:54 |
| 3 | A        Yes. | 04:35:56 |
| 4 | Q        From July 2nd to July 15th, and the reason why | 04:35:58 |
| 5 | I am using July 15th is because that's the date that's | 04:36:03 |
| 6 | in your contract with the DCCC, did you talk with any | 04:36:05 |
| 7 | other individuals regarding California redistricting? | 04:36:10 |
| 8 | MR. MANOLIUS:  Objection, vague.  Any | 04:36:15 |
| 9 | individuals? | 04:36:17 |
| 10 | MR. MEUSER:  Any -- | 04:36:18 |
| 11 | MR. MANOLIUS:  People. | 04:36:19 |
| 12 | MR. MEUSER Q:  Anybody regarding Prop 50, | 04:36:20 |
| 13 | regarding California redistricting. | 04:36:23 |
| 14 | A        Yes. | 04:36:25 |
| 15 | Q        Okay.  Approximately, how many people did you | 04:36:25 |
| 16 | talk to? | 04:36:28 |
| 17 | A        A dozen? | 04:36:29 |
| 18 | Q        Any of the people that you talked to, were | 04:36:34 |
| 19 | they legislators? | 04:36:36 |
| 20 | MR. MANOLIUS:  You mean, California | 04:36:40 |
| 21 | legislators? | 04:36:40 |
| 22 | THE WITNESS:  California legislators, I don't | 04:36:46 |
| 23 | recall. | 04:36:48 |
| 24 | MR. MEUSER Q:  Okay.  Were any of them | 04:36:48 |
| 25 | California Congressmen or women? | 04:36:50 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                      234

```
 1   A         Yes.                                          04:36:53

 2   Q         I'm not asking what you talked about.          04:36:54

 3             Who did you talk to between July 2nd and       04:36:58

 4   July 15th, who was either a California congressman or    04:37:01

 5   congresswoman regarding redistricting in California?     04:37:05

 6   A         Um, just start naming names?                   04:37:12

 7   Q         Start naming names.                            04:37:16

 8   A         Hakeem Jeffries, Nancy Pelosi, Zoe Lofgren,    04:37:17

 9   Pete Aquilar, Brad Sherman.                              04:37:23

10             MR. MANOLIUS:  Just keeping in mind the time   04:37:28

11   period.                                                  04:37:30

12             THE WITNESS:  Yeah, yeah, this is in that time 04:37:30

13   period.                                                  04:37:35

14             MR. MANOLIUS:  Okay.                           04:37:38

15             THE WITNESS:  Yeah, Pete Aguillar.  I think    04:37:39

16   that's -- I'd have to start guessing after that, so      04:37:59

17   that's my best recollection.                             04:38:01

18             MR. MEUSER Q:  And those conversations all     04:38:03

19   took place between July 2nd and July 15th; correct?      04:38:05

20   A         Yes.                                           04:38:08

21   Q         Were any of these in person meetings or were   04:38:08

22   these all over the phone?                                04:38:12

23   A         These would all have been over the phone.      04:38:13

24   Q         Okay.  Between July 2nd and July 15th, did you 04:38:19

25   have any conversations with Governor Gavin Newsom or any 04:38:23
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          235

1    of his staff?                                              04:38:27

2    A       Yes.                                               04:38:28

3    Q       Who?                                               04:38:29

4    A       Nathan Brinken, Lindsay Covia, Izzie Garden,       04:38:31

5    Bob Saladay; that would probably be it.                    04:38:43

6    Q       Okay.  Other than the chief of staff of            04:38:51

7    Speaker Rivas, between July 2nd and July 15th, did you     04:38:58

8    speak to any other staff of a California Legislature?      04:39:01

9    A       Um, legislative staff generally, not to an         04:39:09

10   exactly to a member, Michael Wagaman, likely Jason         04:39:21

11   Lyles.                                                     04:39:40

12           I don't want to start guessing, but there          04:39:40

13   could have been others that just don't jump to mind.       04:39:42

14   Q       In your contract with the DCCC it refers back      04:39:46

15   to a July 15th day.  Is there something significant that   04:39:52

16   happened on July 15th as to why that was the date of the   04:39:57

17   contract?                                                  04:40:01

18           MR. MANOLIUS:  When you say refers back to          04:40:03

19   July 15th, you just mean the date of the contract being    04:40:05

20   July 15th?                                                 04:40:08

21           MR. MEUSER Q:  If that's the start date of the      04:40:09

22   contract, even though it's not signed until August, it     04:40:10

23   relates back to a July 15th date and I am wondering what   04:40:13

24   the significance of this relates back date is?             04:40:16

25   A       I don't recall without looking at the              04:40:19

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                      236

 1 | calendar.                                                    04:40:20
 2 | **Q        Do you maintain a calendar that sets the**        04:40:21
 3 | **schedule of who you talk to regarding the redistricting**  04:40:25
 4 | **process?**                                                 04:40:29
 5 | A       I don't have staff that put together a               04:40:30
 6 | calendar for me, so what I have is spotty.                   04:40:33
 7 | **Q        Has the calendar that you created been given**    04:40:37
 8 | **to counsel so that they can review to see if it's**        04:40:40
 9 | **something that they need to give to us in response to**    04:40:42
10 | **our document request?**                                    04:40:46
11 |         MR. MANOLIUS:  Objection, calls for                   04:40:48
12 | attorney-client privilege.  Don't answer.                    04:40:49
13 |         MR. MEUSER:  So, Counsel, I am going to ask           04:40:53
14 | you to make sure that you get from your client the           04:40:55
15 | calendar that he, you know, however spotty it is, that       04:40:57
16 | you get the calendar and review it to get us something       04:41:00
17 | that is responsive?                                          04:41:04
18 |         MR. MANOLIUS:  Will do.                               04:41:07
19 |         MR. MEUSER:  Thank you.                               04:41:08
20 | **Q        Between July 15th and August 1st?**               04:41:10
21 | A       August 1st.                                          04:41:17
22 | **Q        August 1st, so we did the first two weeks.**      04:41:18
23 | **Now we're doing the second two weeks.**                    04:41:24
24 | **        Are there any California congressmen or women**     04:41:27
25 | **that you talked to regarding this redistricting process?** 04:41:31

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          237

```
 1   A        Yes.                                              04:41:37

 2   Q        Who?                                              04:41:38

 3   A        Zoe Lofgren, Pete Aguilar, Nancy Pelosi, and     04:41:39

 4   then from there I'd have to go, like, district by         04:41:58

 5   district to maybe move this along.  The members who are   04:42:01

 6   in districts that changed significantly, I would have     04:42:07

 7   had a discussion with them about that.                    04:42:10

 8   Q        Did you call those congressmen up or were you    04:42:13

 9   working through somebody who had scheduled a time for     04:42:18

10   you to talk to the congressman?                           04:42:21

11   A        Combination.                                     04:42:24

12   Q        When was the first date that you started         04:42:28

13   talking with the DCCC?                                    04:42:31

14   A        I don't recall.                                  04:42:33

15   Q        Does the date August 1st have any significance   04:42:35

16   to you regarding your conversations with the DCCC?        04:42:43

17   A        At this moment, no, I don't.                     04:42:46

18   Q        Did you use the DCCC at all to make              04:42:50

19   connections with congressmen to talk about their          04:42:53

20   districts?                                                04:42:57

21   A        No.                                              04:42:57

22   Q        I am assuming that some of these congressmen     04:42:59

23   you have their numbers and are able to reach out to them  04:43:05

24   already; is that correct?                                 04:43:07

25   A        Yes.                                              04:43:08
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    238

```
 1   Q        And then there's probably some congressmen      04:43:08

 2   that you don't have a relationship and you had somebody  04:43:11

 3   else make the contact.  Is that fair?                    04:43:13

 4   A        Sure.                                            04:43:15

 5   Q        Between July 15th and the end of the month,     04:43:16

 6   August 1st, were there anybody from the governor's, the  04:43:23

 7   Governor or the governor's office that you spoke to      04:43:28

 8   about redistricting?                                     04:43:30

 9   A        Yes, and it would be the same people.           04:43:32

10   Q        Okay.  And same question now, same time period  04:43:35

11   for any legislators, California state legislators?       04:43:40

12   A        I don't recall.  One, her name was mentioned    04:43:48

13   earlier, I am blanking on her name, she's the Santa Cruz 04:44:11

14   county registrar, Gale Pelgrin.                          04:44:14

15   Q        Thank you.  Same question, legislative staff?   04:44:18

16   A        Same legislative staff; Jason Lyles, Steve      04:44:21

17   Omara, Michael Wagaman.  There could have been somebody  04:44:25

18   else who called me that I just don't recall.             04:44:33

19   Q        Between August 1st and August 15th, are there   04:44:35

20   any new names of congressmen that you spoke to during    04:44:40

21   that period of time that you have not already mentioned? 04:44:44

22   A        No, it would have been the same members of      04:44:48

23   Congress that we were talking about earlier that had     04:44:52

24   their districts changed.                                 04:44:55

25   Q        Same time period, August 1st to August 15th,    04:44:56
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    239

| | | |
|---|---|---|
| 1 | any new individuals that you were talking to from the | 04:44:59 |
| 2 | governor's office? | 04:45:03 |
| 3 | A       Um, David Sack. | 04:45:04 |
| 4 | Q       Same time period, August 1st to August 15th, | 04:45:20 |
| 5 | are there any state legislators that you spoke to during | 04:45:24 |
| 6 | this two-week period of time? | 04:45:29 |
| 7 | A       Yes, and that was covered in the earlier | 04:45:32 |
| 8 | testimony.  I can't recall the names exactly of all the | 04:45:35 |
| 9 | legislators that I met with, but I met with a handful of | 04:45:39 |
| 10 | legislators and talked to a handful of legislators. | 04:45:44 |
| 11 | Q       But that was during the August 1st to | 04:45:47 |
| 12 | August 15th period; correct? | 04:45:50 |
| 13 | A       Yeah, right before they put the bill into | 04:45:51 |
| 14 | print. | 04:45:54 |
| 15 | Q       And I believe earlier you indicated that there | 04:45:54 |
| 16 | was some kind of presentation you gave to multiple | 04:45:57 |
| 17 | legislators.  Is that a fair statement of what you did? | 04:46:01 |
| 18 | A       Uh-huh.  Yes. | 04:46:04 |
| 19 | Q       How long was this presentation? | 04:46:06 |
| 20 | A       25 minutes or so. | 04:46:09 |
| 21 | Q       Was it in person or via technology, like Zoom? | 04:46:12 |
| 22 | A       Group presentations were all Zoom. | 04:46:16 |
| 23 | Q       Okay.  Do you recall approximately when this | 04:46:18 |
| 24 | presentation was made? | 04:46:22 |
| 25 | A       There would have been a few and they would | 04:46:24 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                            240

```
 1   have been in the weeks leading to the legislative          04:46:32
 2   drafting of the bill and potentially one or two in the     04:46:35
 3   week that the Legislature was considering the bill.        04:46:40
 4   Q       And when you say a few, is that less than a        04:46:43
 5   dozen?                                                     04:46:46
 6   A       Oh, yeah.                                          04:46:46
 7   Q       Less than five?                                    04:46:47
 8   A       A few means three to five or so.                   04:46:47
 9   Q       Three to five.  Okay.  And you believe one of      04:46:50
10   these was done during the legislative session?            04:46:53
11           MR. MANOLIUS:  Objection, lacks foundation.       04:46:58
12           THE WITNESS:  I wouldn't exclude it.  I think      04:47:00
13   there might have been some presentation to one of the     04:47:01
14   groups at that time.                                      04:47:06
15           MR. MEUSER Q:  Do you recall the groups that      04:47:09
16   you were making these presentations to?  Do you recall    04:47:11
17   the name of the groups?                                   04:47:14
18   A       Generally.                                         04:47:16
19   Q       What were the names of the groups?                04:47:17
20   A       Assembly Democratic Caucus, Senate Democratic     04:47:19
21   Caucus, and I don't recall what other caucus I might      04:47:27
22   have spoken with.  I don't recall names.                  04:47:35
23   Q       Is it a fair statement to say that you were       04:47:38
24   never on a podcast with any of the republican             04:47:40
25   legislators?                                              04:47:43
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                      241

```
 1   A          Republican legislators?  No.  You mean a Zoom    04:47:44
 2   or a podcast?                                               04:47:48
 3   Q          Zoom podcast, yeah.                              04:47:49
 4   A          Um, no, not during the redistricting.           04:47:51
 5   Q          Let me rephrase the question.                   04:48:00
 6              Between August 1st and August 24th, were you    04:48:03
 7   ever on a Zoom podcast that had a republican legislator    04:48:05
 8   in which you were talking about what became known as       04:48:10
 9   Prop 50 maps?                                              04:48:13
10   A          I don't recall.                                 04:48:15
11              MR. MEUSER:  Okay.  Counsel, do you want to     04:48:16
12   take about a 10, 15-minute break here?                     04:48:29
13              MR. MANOLIUS:  Ten.                             04:48:32
14              MR. MEUSER:  Okay.  Ten-minute break            04:48:33
15   everybody.                                                 04:48:36
16              THE VIDEOGRAPHER:  The time is 4:48 p.m.  We    04:48:36
17   are going off the record.                                  04:48:38
18              (Whereupon a recess was taken.)                 04:56:36
19              THE VIDEOGRAPHER:  We are back on the record.   04:56:36
20   The time is 4:56 p.m. and this marks the beginning of      04:56:50
21   videotape number seven in the deposition of Paul           04:56:54
22   Mitchell, which is being taken at Hansen Bridgett, LLP     04:56:58
23   500 Capitol Mall, Suite 1500, Sacramento, California.      04:57:03
24              The videographer is Nicholas Coulter here on    04:57:07
25   behalf of Array Legal Services.                            04:57:11
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                             242

| | | |
|---|---|---|
| 1 | MR. MEUSER Q:  Welcome back.  Mr. Mitchell, | 04:57:16 |
| 2 | you know you're still under oath? | 04:57:19 |
| 3 | A     Yes. | 04:57:21 |
| 4 | **Q     Counsel, this question is more for you for** | 04:57:21 |
| 5 | **clarification.** | 04:57:24 |
| 6 | **On your legislative privilege are you claiming** | 04:57:24 |
| 7 | **legislative privilege for conversations that he had with** | 04:57:27 |
| 8 | **congressmen who are not legislators?** | 04:57:31 |
| 9 | MR. MANOLIUS:  Yes. | 04:57:34 |
| 10 | MR. MEUSER Q:  Okay.  And you are claiming -- | 04:57:35 |
| 11 | MR. MANOLIUS:  Not legislators, not California | 04:57:37 |
| 12 | state legislators. | 04:57:40 |
| 13 | MR. MEUSER Q:  They are not California state | 04:57:42 |
| 14 | legislators who are involved in the passage, voting for | 04:57:43 |
| 15 | or the drafting of language or adopting of the language | 04:57:46 |
| 16 | of the state proposition or state constitutional | 04:57:48 |
| 17 | amendment that became Proposition 50? | 04:57:52 |
| 18 | MR. MANOLIUS:  Yes. | 04:57:54 |
| 19 | MR. MEUSER Q:  Okay.  Mr. Mitchell, have you | 04:57:56 |
| 20 | been instructed by any legislator to claim legislative | 04:58:08 |
| 21 | privilege here today? | 04:58:14 |
| 22 | MR. MANOLIUS: Objection, attorney-client | 04:58:17 |
| 23 | privilege.  Instruct you not to answer the question. | 04:58:19 |
| 24 | MR. MEUSER Q:  And, Mr. Mitchell you're not | 04:58:22 |
| 25 | answering that question at the instruction of your | 04:58:24 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                            243

```
 1   attorney; correct?                                      04:58:25

 2   A        Correct.                                       04:58:26

 3   Q        Okay.  I have pulled three documents for you   04:58:27

 4   that have been previously marked.  I went through these 04:58:35

 5   documents in great detail with Julie earlier today, but 04:58:38

 6   I have some follow-up questions that I want to do, so we 04:58:42

 7   pulled, for the record, those following at home         04:58:45

 8   Exhibit 7, Exhibit 8 and Exhibit 9.                     04:58:48

 9            So which one is in front of you, talking       04:58:52

10   points, number seven?                                   04:58:55

11   A        Yes.                                           04:58:56

12   Q        Okay.  And this is an e-mail from you to Merz  04:58:57

13   at DCCC.org; is that correct?                           04:59:04

14   A        This is an e-mail from Julie to me, the other  04:59:08

15   way around.                                             04:59:12

16   Q        Ah-ha.  You have a different copy than what    04:59:18

17   I'm looking at.  Okay.  So starting right below that,   04:59:21

18   that is an e-mail that you sent; is that correct?       04:59:25

19   A        It's an e-mail that I sent, but I don't know   04:59:31

20   if it was just to Julie or to other people or, yeah.    04:59:33

21   Q        Okay.  Fair enough.  And you write, "Here are  04:59:35

22   some things that I would like to see in a letter that   04:59:41

23   would go with this submission.  I have cc'd Ellen on    04:59:44

24   this in case she has any thoughts or input."            04:59:49

25            Did I read that correct?                       04:59:51
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                      244

```
 1    A        Yes.                                          04:59:52

 2    Q        And you sign your name, "Paul"?              04:59:53

 3    A        Yes.                                          04:59:55

 4    Q        Okay.  Now, as I'm looking at this document  04:59:57

 5    you have stuff that is indented all the way, you know, 05:00:00

 6    there's stuff that's indented and stuff that's not    05:00:05

 7    indented; correct?                                     05:00:07

 8    A        Correct.                                      05:00:08

 9    Q        The stuff that is indented there's multiple  05:00:09

10    paragraphs here on these two pages here that are      05:00:13

11    indented.  Is that something that you wrote or is that 05:00:15

12    something that someone else wrote that you were copying 05:00:18

13    it?                                                    05:00:22

14    A        Something that I wrote.                       05:00:22

15    Q        Okay.  So was the section that is indented   05:00:24

16    that you wrote, was this something that you were      05:00:31

17    expecting the DCCC to put into some talking points memo. 05:00:34

18    Is that a fair assessment?                            05:00:38

19             MR. MANOLIUS:  Objection, calls for          05:00:40

20    speculation and also calls for information that's     05:00:42

21    protected by the legislative privilege, so I'll instruct 05:00:49

22    you not to answer that.                               05:00:53

23             MR. MEUSER Q:  Mr. Mitchell you wrote this   05:00:55

24    e-mail?                                                05:00:56

25    A        Yes.                                          05:00:58
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                                245

```
 1   Q       Okay.  And you wrote it to the DCCC; correct?        05:00:58

 2   A       Yes.                                                 05:01:06

 3   Q       What was the reason the DCCC told you to write       05:01:07

 4   this e-mail to them?                                         05:01:13

 5           MR. MANOLIUS:  Objection, lacks foundation,          05:01:15

 6   calls for speculation.                                       05:01:18

 7           THE WITNESS:  I don't recall if they asked me        05:01:20

 8   to write this e-mail.                                        05:01:23

 9           MR. MEUSER q:  Let's go through this one line        05:01:26

10   at a time.                                                   05:01:31

11           The first sentence says, "This isn't a hack         05:01:32

12   job map, it's actually good.  We want to stress the          05:01:35

13   importance of using criteria that are standard in            05:01:39

14   California."                                                 05:01:42

15           Did I read that correctly.                           05:01:43

16   A       Yes.                                                 05:01:44

17   Q       Now we have an indented paragraph, and I am          05:01:45

18   going to read that.  "The plan was created using a           05:01:50

19   traditional redistricting criteria, consistent with the     05:01:53

20   state commission criteria and with the FAIR MAPS Act,        05:01:59

21   but with the additional criteria of improving partisan      05:02:01

22   gains in response to Texas and other states who are          05:02:03

23   conducting mid-decade redistricting."                        05:02:05

24           Did I read that correct?                             05:02:08

25   A       Yes.                                                 05:02:09
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    246

| | | |
|---|---|---|
| 1 | Q        Can you please explain to me why the second | 05:02:10 |
| 2 | paragraph is indented, but the first paragraph was not? | 05:02:14 |
| 3 | A        The ideas that these are snippets that they | 05:02:18 |
| 4 | could consider. | 05:02:27 |
| 5 | Q        So the first paragraph would be an explanation | 05:02:28 |
| 6 | as to what that snippet was saying; correct? | 05:02:31 |
| 7 | A        Sure. | 05:02:35 |
| 8 | Q        So the first paragraph is kind of an explainer | 05:02:36 |
| 9 | and the second paragraph is something that you thought | 05:02:39 |
| 10 | that DCCC could use.  Is that fair? | 05:02:42 |
| 11 | A        Or that they could modify, that they could -- | 05:02:45 |
| 12 | this is the, I'm writing this pretty quickly so this | 05:02:47 |
| 13 | wasn't expected as a cut-and-paste.  I would have | 05:02:51 |
| 14 | written their letter for them in that case. | 05:02:54 |
| 15 | Q        So paragraph three is an explainer of what | 05:02:56 |
| 16 | paragraph four stated; correct? | 05:02:59 |
| 17 | A        Yes. | 05:03:02 |
| 18 | Q        And then paragraph five is kind of a brief | 05:03:05 |
| 19 | explainer to the long next two paragraphs that are | 05:03:10 |
| 20 | indented; correct? | 05:03:14 |
| 21 | A        Yes. | 05:03:15 |
| 22 | Q        And so on and so forth down this entire | 05:03:16 |
| 23 | e-mail; correct? | 05:03:20 |
| 24 | A        Yes. | 05:03:21 |
| 25 | Q        And the words in the indented -- strike that. | 05:03:22 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    247

| | | |
|---|---|---|
| 1 | **Everything in this was something that you** | 05:03:28 |
| 2 | **personally typed; is that correct?** | 05:03:31 |
| 3 | A      Yes. | 05:03:33 |
| 4 | **Q      That first indented paragraph says,** | 05:03:33 |
| 5 | **"Traditional redistricting criteria."** | 05:03:52 |
| 6 | **What does that term mean to you as someone in** | 05:03:55 |
| 7 | **the business of redistricting?** | 05:04:02 |
| 8 | MR. MANOLIUS:  Objection, vague.  Do you mean | 05:04:06 |
| 9 | as a general matter? | 05:04:07 |
| 10 | MR. MEUSER:  I tried to put it as general as | 05:04:09 |
| 11 | possible. | 05:04:11 |
| 12 | MR. MANOLIUS:  Okay. | 05:04:11 |
| 13 | THE WITNESS:  So -- | 05:04:13 |
| 14 | MR. MANOLIUS:  So the question is answer it as | 05:04:13 |
| 15 | a general matter and not as with regard to the | 05:04:15 |
| 16 | legislative process that we have been talking about | 05:04:19 |
| 17 | today. | 05:04:21 |
| 18 | THE WITNESS:  Traditional criteria is a banner | 05:04:23 |
| 19 | term that a lot of people put a lot of things under that | 05:04:25 |
| 20 | banner. | 05:04:28 |
| 21 | MR. MEUSER Q:  What did you put under that | 05:04:31 |
| 22 | banner? | 05:04:32 |
| 23 | A      Equal population, maintaining cities and | 05:04:34 |
| 24 | counties, maintaining communities of interest, main -- | 05:04:37 |
| 25 | keeping geographies together, political geographies, so | 05:04:40 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    248

```
 1   districts are contiguous, they are compact.  Those are        05:04:45

 2   the kind of traditional criteria.                             05:04:51

 3   Q        And then you say the state commissioned             05:04:53

 4   criteria.  Are you referring to the California              05:05:00

 5   Constitution that the state redistricting commission is      05:05:04

 6   required to abide by when they draw California lines?         05:05:10

 7            MR. WOODS:  Objection, calls for a legal             05:05:15

 8   conclusion.                                                   05:05:17

 9            MR. MANOLIUS:  Yeah, I'll join that.                 05:05:17

10            THE WITNESS:  To be clear it says consistent         05:05:19

11   with the commission criteria, so it's basically saying       05:05:21

12   in alignment with the commission criteria and doesn't        05:05:25

13   mean that it is specifically every one of the commission     05:05:28

14   criterias.                                                    05:05:30

15            It was just the numbering of the districts as       05:05:32

16   a commission criteria that we didn't use, but had the        05:05:33

17   heart and sole of the commission criteria in it.             05:05:37

18   Q        Understand that.  And then there's an "and the     05:05:39

19   FAIR MAPS Act;" correct?                                      05:05:45

20   A        Yes.                                                 05:05:46

21   Q        Did you use anything in the FAIR MAPS Act in       05:05:47

22   drawing the lines that became Prop 50?                       05:05:53

23            MR. MANOLIUS:  Objection, legislative               05:05:57

24   privilege and instruct you not to answer.                    05:05:58

25            MR. MEUSER Q:  And you are not answering my         05:06:02
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    249

```
 1   question at the instruction of your attorney?        05:06:03

 2   A       Correct.                                      05:06:05

 3   Q       Okay.  Looking at the paragraph that starts,  05:06:06

 4   "Trying to create Minimal Disruptions," do you see that?  05:06:19

 5   A       On the next page?                             05:06:24

 6   Q       Yeah, I think so.                             05:06:28

 7   A       Yeah, I see it.                               05:06:29

 8   Q       And then the indented paragraph below that,   05:06:30

 9   the last sentence of that indented paragraph reads,   05:06:32

10   "This California plan leaves nine districts untouched  05:06:37

11   and in 19 districts fewer than 10-percent of the      05:06:40

12   residents are impacted."                              05:06:44

13           Did I read that correct?                      05:06:46

14   A       Yes.                                          05:06:47

15   Q       And did you write that on or about            05:06:47

16   August 15th, 2025?                                    05:06:51

17   A       Yes.                                          05:06:53

18   Q       Reading the next indented section that starts  05:06:55

19   with, "The firm we hired," do you see that paragraph?  05:07:20

20   A       Yes.                                          05:07:22

21   Q       Now, this is a paragraph that you drafted that  05:07:24

22   explains Redistricting Partners; is that correct?     05:07:29

23   A       Yes.                                          05:07:33

24   Q       And you wrote this on August 15th; correct?   05:07:34

25   A       Yes.                                          05:07:36
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                             250

1   Q        Did you copy this from your website or                      05:07:37

2   anything like that or did you just draft this on                     05:07:39

3   August 15th for this e-mail?                                         05:07:42

4   A        Probably, a combination of both.                            05:07:44

5   Q        The last sentence in this section, I want to                05:07:46

6   go ahead and read this to you.  "In addition to                      05:07:52

7   municipal and state redistricting, they have worked for              05:07:54

8   nonprofit and community-based organizations, including               05:07:57

9   Common Cause, the American Civil Liberties Union,                     05:08:01

10  Advancement Project, Irvine Foundation and other                     05:08:05

11  foundations exploring redistricting, voting rights and               05:08:08

12  election issues."                                                    05:08:12

13           Did I read that correctly?                                  05:08:13

14  A        Yes.                                                        05:08:15

15  Q        I want to focus in on the two words, "voting                05:08:16

16  rights."                                                             05:08:22

17           Which organizations or nonprofit, what                      05:08:23

18  non-profit and community-based organizations have you                05:08:28

19  worked with regarding voting rights?                                 05:08:31

20           MR. MANOLIUS:  Objection.  Vague as to the                  05:08:37

21  term "voting rights," vague as to time.  You can answer.             05:08:39

22           THE WITNESS:  All of these listed and probably              05:08:43

23  more.                                                                05:08:45

24           MR. MEUSER Q:  And when you worked with the                 05:08:45

25  Common Cause on voting rights, what did you do for                    05:08:48

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                              251

```
 1   Common Cause?                                              05:08:52

 2   A        I can speak to at least two that jump to mind     05:08:54

 3   to give an understanding.                                  05:08:58

 4            I worked with Common Cause on an Amicus brief     05:08:59

 5   in New Mexico on the redistricting, independent            05:09:04

 6   redistricting commission, an analysis of their            05:09:09

 7   districts.                                                 05:09:13

 8            I worked with them and an umbrella of the         05:09:15

 9   Irvine Foundation in 2012, '13, something around there    05:09:21

10   on an analysis of the cities and localities with          05:09:24

11   racially polarized voting for the purpose of them         05:09:32

12   understanding the potential of the California Voting       05:09:35

13   Rights Act.                                                05:09:38

14   Q        Did you do a racial polarized analysis for       05:09:38

15   that project that you just referred to?                    05:09:41

16   A        I wouldn't call it a full racially polarized     05:09:43

17   analysis, but I did some regressions.                      05:09:47

18   Q        When did you do that, these regressions?         05:09:49

19   A        In 2012 or 2013 or something like that.          05:09:52

20   Q        Okay.                                             05:09:58

21   A        2011, 2012, 2013, something like that.  I also   05:09:58

22   did analysis for ACLU in Chula Vista for their CVRA.      05:10:07

23   Q        Okay.                                             05:10:14

24   A        I mean, there's -- yeah.                          05:10:15

25   Q        And this was all done through Redistricting      05:10:17
```

| | | |
|---|---|---|
| 1 | Partners; correct? | 05:10:19 |
| 2 | A      Yes. | 05:10:21 |
| 3 | Q      When did Redistricting Partners open up? | 05:10:21 |
| 4 | A      2011.  It could have been 2010. | 05:10:24 |
| 5 | Q      Nobody is going to shoot you if you gave the | 05:10:32 |
| 6 | wrong answer. | 05:10:36 |
| 7 | Let's go ahead and go to the Capitol Weekly | 05:10:37 |
| 8 | Podcast.  And if you can turn to page six, starting on | 05:10:42 |
| 9 | line six, I see the name Evan McLaughlin.  Who is Evan | 05:10:57 |
| 10 | McLaughlin? | 05:11:09 |
| 11 | A      Evan McLaughlin is a former staff of | 05:11:10 |
| 12 | Redistricting Partners, former -- you want me to give | 05:11:14 |
| 13 | you resume? | 05:11:19 |
| 14 | Q      Yes. | 05:11:19 |
| 15 | A      He works for the California firefighters now, | 05:11:19 |
| 16 | former chief of staff to Lorenzo Gonzales, former staff | 05:11:22 |
| 17 | person at the San Diego Labor Council.  He is a -- | 05:11:27 |
| 18 | Q      Okay.  How long have you known Evan | 05:11:33 |
| 19 | McLaughlin? | 05:11:36 |
| 20 | A      Probably, since the 2011 redistricting cycle. | 05:11:38 |
| 21 | Q      Did Redistricting Partners pay Evan McLaughlin | 05:11:46 |
| 22 | for the work that he did as a part of your work of | 05:12:00 |
| 23 | drawing the Proposition 50 maps? | 05:12:05 |
| 24 | A      Yes. | 05:12:08 |
| 25 | Q      Okay.  The next -- strike that. | 05:12:09 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    253

```
 1            What was Evan McLaughlin's role in drawing the      05:12:13
 2   Proposition 50 maps?                                         05:12:19
 3            MR. MANOLIUS:  Objection, legislative               05:12:20
 4   privilege, I instruct you not to answer.                     05:12:22
 5            MR. MEUSER Q:  And you're not answering that         05:12:24
 6   question at the instruction of your attorneys?               05:12:26
 7   A        Correct.                                            05:12:27
 8   Q        Okay.  When Evan McLaughlin worked for              05:12:28
 9   Redistricting Partners, what was his role at your firm?      05:12:31
10   A        This is prior to?                                   05:12:37
11            MR. MANOLIUS:  Yeah, prior to.                      05:12:39
12            THE WITNESS:  Are you saying in the past            05:12:41
13   redistricting when he was an actual employee?                05:12:43
14            MR. MEUSER Q:  Yes, when he was an employee at      05:12:45
15   your firm.                                                   05:12:47
16   A        When he was an employee at my firm in the 2021      05:12:47
17   redistricting cycle, I don't recall his actual title,       05:12:50
18   but he was basically, like, my number two on the            05:12:53
19   political side.                                              05:12:59
20   Q        Okay.  The second name on line six is Joe           05:13:00
21   Armenta.  Do you see that?                                   05:13:07
22   A        Armenta.                                            05:13:09
23   Q        Armenta.  Sorry.  Who is Joe Armenta?               05:13:09
24   A        Joe Armenta is an employee of Redistricting         05:13:14
25   Partners in the last redistricting cycle as well and he      05:13:19
```

| | | |
|---|---|---|
| 1 | also works for the California firefighters. | 05:13:22 |
| **2** | **Q        When did you first meet Joe Armenta?** | 05:13:25 |
| 3 | A        In the 2021 redistricting cycle. | 05:13:29 |
| **4** | **Q        And during the 2021 redistricting cycle, what** | 05:13:32 |
| **5** | **was Joe Armenta's job?** | 05:13:35 |
| 6 | A        Working on redistricting and in a number of | 05:13:37 |
| 7 | different states and more the monitoring commissions | 05:13:44 |
| 8 | type of work. | 05:13:49 |
| **9** | **Q        Can you be more precise what he was doing?** | 05:13:52 |
| 10 | A        The firm is kind of split into agency work and | 05:13:55 |
| 11 | more political or advocacy work, and so he would be on | 05:13:58 |
| 12 | the advocacy side. | 05:14:01 |
| **13** | **Q        And Evan McLaughlin in the 2021 redistricting** | 05:14:03 |
| **14** | **cycle, what side of the firm was he on?** | 05:14:06 |
| 15 | A        The advocacy side. | 05:14:08 |
| **16** | **Q        Thank you.  Did Redistricting Partners pay Joe** | 05:14:11 |
| **17** | **Armenta for the work that was done on Proposition 50?** | 05:14:14 |
| 18 | A        Yes. | 05:14:18 |
| **19** | **Q        Next name on this list is Jacob** | 05:14:19 |
| **20** | **Thompson-Fisher.  Who is Jacob Thompson-Fisher?** | 05:14:22 |
| 21 | A        He is one of the original creators of | 05:14:27 |
| 22 | Redistricting Partners from the 2011 cycle and worked | 05:14:31 |
| 23 | for Redistricting Partners, and now he does contract | 05:14:34 |
| 24 | data work for different organizations. | 05:14:41 |
| **25** | **Q        Do you know the names of these organizations** | 05:14:43 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                           255

| | | |
|---|---|---|
| 1 | that he does work for? | 05:14:45 |
| 2 | A     The only one I know of is SEIU. | 05:14:46 |
| 3 | Q     **During the 2021 redistricting cycle, what** | 05:14:50 |
| 4 | **tasks and jobs did Jacob Thompson-Fisher do for** | 05:14:53 |
| 5 | **Redistricting Partners?** | 05:14:56 |
| 6 | A     Mostly in charge of our data on both sides and | 05:14:57 |
| 7 | then did some municipal redistricting. | 05:15:01 |
| 8 | Q     **And was Jacob Thompson-Fisher paid by** | 05:15:05 |
| 9 | **Redistricting Partners as a part of their, as part of** | 05:15:08 |
| 10 | **the drawing of Prop 50 maps?** | 05:15:12 |
| 11 | A     Yes. | 05:15:14 |
| 12 | Q     **The next name on this list starts on line** | 05:15:16 |
| 13 | **eight is Stacey Reardon.  Do you see that name?** | 05:15:19 |
| 14 | A     Yes. | 05:15:23 |
| 15 | Q     **Who is Stacey Reardon?** | 05:15:23 |
| 16 | A     Stacey Reardon is a staff person.  I think | 05:15:25 |
| 17 | she's got her own firm now and she used to work for | 05:15:29 |
| 18 | Redistricting Partners. | 05:15:33 |
| 19 | Q     **What was her role when she used to work for** | 05:15:34 |
| 20 | **Redistricting Partners?** | 05:15:36 |
| 21 | A     She was more on the advocacy side, and then I | 05:15:37 |
| 22 | believe she also helped somewhat on the municipal side | 05:15:43 |
| 23 | with outreach meetings and so on. | 05:15:47 |
| 24 | Q     **Now, I read here from this statement that you** | 05:15:49 |
| 25 | **made on Capitol Weekly Podcast, and I am going to just** | 05:15:51 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          256

| | | |
|---|---|---|
| 1 | read the statement first and make sure I read it right. | 05:15:54 |
| 2 | "Stacey Reardon came in and helped with a lot | 05:15:56 |
| 3 | of the community of interests stuff." | 05:15:59 |
| 4 | Did I read that correctly? | 05:16:01 |
| 5 | A        You read that correctly. | 05:16:02 |
| 6 | Q        Is that a statement that you made to Capitol | 05:16:04 |
| 7 | Weekly Podcast? | 05:16:09 |
| 8 | A        Yes. | 05:16:09 |
| 9 | Q        And when you use the words "community of | 05:16:10 |
| 10 | interest," earlier you were talking to Julie Hamill here | 05:16:16 |
| 11 | about community of interests. | 05:16:23 |
| 12 | Is the conversation that we had earlier today | 05:16:25 |
| 13 | about communities of interest, is that the same | 05:16:31 |
| 14 | definition that you would use for what you meant in this | 05:16:33 |
| 15 | sentence when you said Stacey Reardon handled the | 05:16:36 |
| 16 | community of interest stuff? | 05:16:40 |
| 17 | MR. MANOLIUS:  Objection, legislative | 05:16:41 |
| 18 | privilege, I instruct you not to answer. | 05:16:43 |
| 19 | MR. MEUSER Q:  And you're not answering the | 05:16:47 |
| 20 | question at the instruction of your attorney? | 05:16:49 |
| 21 | A        Correct. | 05:16:50 |
| 22 | Q        Liz Stitt, and I probably just butchered | 05:16:51 |
| 23 | that -- | 05:16:57 |
| 24 | A        No, that's perfect. | 05:16:57 |
| 25 | Q        -- who is Liz Stitt? | 05:16:59 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    257

```
 1   A        Liz is a former staff member of Redistricting    05:17:01
 2   Partners and previously worked in the Legislature and     05:17:08
 3   she is now in England.                                     05:17:11
 4   Q        When she worked for Redistricting Partners in     05:17:15
 5   the past, what was her role?                               05:17:23
 6            MR. MANOLIUS:  Again, this is before.             05:17:25
 7            THE WITNESS:  Yes.  So in her, when she was an    05:17:27
 8   employee, she was primarily on the municipal side, I      05:17:29
 9   think she might have started with the advocacy side but   05:17:33
10   quickly transitioned to the municipal side.               05:17:37
11            MR. MEUSER Q:  And I forgot to ask about          05:17:39
12   Stacey Reardon.  Was she paid by prop -- by               05:17:41
13   Redistricting Partners as a part of the work for Prop     05:17:44
14   50?                                                        05:17:47
15   A        Yes.                                              05:17:47
16   Q        And Liz Stitt, was she paid by Redistricting     05:17:47
17   Partners for her work on Prop 50?                          05:17:52
18   A        She has not been paid.                            05:17:54
19   Q        She has not been paid.  Are you planning on      05:17:56
20   paying her?                                                05:17:58
21   A        Um, we have not worked that out yet.  She is     05:17:59
22   living in a foreign country.                               05:18:02
23   Q        Now, in this paragraph, starting on line 16,     05:18:06
24   you say, "I'd call Liz and talk with her about the        05:18:12
25   things she had done overnight."                            05:18:17
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                      258

| | | |
|---|---|---|
| 1 | Did I read that correctly? | 05:18:18 |
| 2 | A    What line you said? | 05:18:20 |
| 3 | Q    16 and 17. | 05:18:23 |
| 4 | A    Yeah. | 05:18:24 |
| 5 | Q    And this was you had a daily conversation with | 05:18:25 |
| 6 | Liz every morning while you were walking the dogs? | 05:18:28 |
| 7 | A    Roughly. | 05:18:30 |
| 8 | Q    And is it fair to say that she was working on | 05:18:32 |
| 9 | that while you were sleeping at night? | 05:18:39 |
| 10 | A    Yes. | 05:18:41 |
| 11 | Q    She was working on Prop 50 while you were | 05:18:41 |
| 12 | sleeping at night? | 05:18:44 |
| 13 | MR. MANOLIUS:  Objection, calls for | 05:18:44 |
| 14 | speculation.  You can answer, if you know. | 05:18:45 |
| 15 | THE WITNESS:  It states it right here and I | 05:18:47 |
| 16 | think it's pretty plain language there. | 05:18:50 |
| 17 | MR. MEUSER Q:  Chris Chaffee, line 19. | 05:18:54 |
| 18 | A    Chaffee. | 05:18:56 |
| 19 | Q    Who is Chris Chaffee? | 05:18:57 |
| 20 | A    Chris Chaffee, along with Jacob | 05:18:59 |
| 21 | Thompson-Fisher, is one of the three kind of original | 05:19:02 |
| 22 | people with Redistricting Partners and who works for the | 05:19:05 |
| 23 | Governor now. | 05:19:08 |
| 24 | Q    Is Chris Chaffee paid by Redistricting | 05:19:10 |
| 25 | Partners for work that was associated with Prop 50? | 05:19:15 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    259

```
 1    A       No.                                          05:19:21

 2    Q       Daniel Lopez?                                05:19:21

 3    A       Daniel Lopez works in Los Angeles and had    05:19:22

 4    worked previously for Redistricting Partners, worked for  05:19:26

 5    a period in the past.                                05:19:30

 6    Q       Okay.  Was Daniel Lopez paid for any work by  05:19:32

 7    Redistricting Partners as a part of the work that you  05:19:37

 8    did on Prop 50?                                      05:19:41

 9    A       No.                                          05:19:42

10    Q       At any time did you talk with Gavin Newsom   05:19:44

11    between July 2nd and August 24th about Prop 50?      05:19:49

12    A       August 24th, I do not believe so, no.        05:19:56

13    Q       So prior to him signing the bill?            05:20:03

14    A       Oh, no, absolutely not.                      05:20:04

15    Q       That's the date.                             05:20:06

16    A       I didn't know what the 24th meant.           05:20:07

17    Q       Page seven, lines 14 and 15.  Actually, I'll  05:20:11

18    start on line 13.  "But, you know, the focus really was  05:20:25

19    on trying to put together a work product that we could  05:20:29

20    be proud of given the fact that Redistricting Partners  05:20:32

21    has only done nonpartisan redistricting."            05:20:34

22            Did I read that correctly?                   05:20:38

23    A       Yes.                                         05:20:41

24    Q       And that statement is something that you told  05:20:41

25    Capitol Weekly Podcast; correct?                     05:20:45
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                        260

```
 1   A         Yes.                                          05:20:47

 2   Q         And you told Capitol Weekly Podcast that you  05:20:48

 3   were proud of the work that you had done as a part of   05:20:53

 4   the redistricting process of Prop 50?                   05:20:56

 5   A         Slightly different wording, but yes.          05:21:02

 6             MR. MANOLIUS:  Misstates.  You can answer.    05:21:04

 7             THE WITNESS:  It was that we could be proud   05:21:06

 8   of, that the team could be proud of.                    05:21:08

 9             MR. MEUSER Q:  And are you proud of the work  05:21:10

10   that you did as that became Prop 50?                    05:21:12

11             MR. MANOLIUS:  Objection, legislative         05:21:15

12   privilege.  I'll instruct you not to answer.            05:21:17

13             MR. MEUSER:  Let me just get this correct.    05:21:20

14   You're asking for legislative work product or           05:21:22

15   legislative privilege over how he feels about the work  05:21:27

16   that he did three months ago?                           05:21:30

17             MR. MANOLIUS:  Uh-huh, yes, that's correct.   05:21:32

18             MR. MEUSER Q:  Okay.  And, Mr. Mitchell,      05:21:34

19   you're refusing to answer at the instruction of your    05:21:37

20   attorney?                                               05:21:39

21   A         Correct.                                      05:21:39

22   Q         Page eight, starting on line 13, "But if we   05:21:41

23   were going to do it we want to do it with the same kind 05:21:53

24   of California values and the values that our company    05:21:56

25   has."                                                   05:22:01
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          261

```
1              Did I read that correct?                    05:22:01

2    A      Yes.                                           05:22:02

3    Q      Is that a statement that you made to Capitol   05:22:03

4    Weekly Podcast?                                       05:22:08

5    A      Yes.                                           05:22:08

6    Q      When you use the phrase "California values,"   05:22:09

7    what does that mean to you?                           05:22:13

8              MR. MANOLIUS:  Same objection.  Instruct you 05:22:16

9    not to answer, legislative privilege.                 05:22:17

10             MR. MEUSER:  You're instructing him to not  05:22:22

11   answer how he uses the word "California values"?       05:22:25

12             MR. MANOLIUS:  To the extent it's part of this 05:22:30

13   process, yes, I am.                                    05:22:32

14             MR. MEUSER Q:  Mr. Mitchell, you've done over 05:22:34

15   100 redistrictings; correct?                           05:22:38

16   A      Yes.                                            05:22:40

17   Q      And not including Proposition 50, if you were  05:22:41

18   to say that this redistricting project had some kind of 05:22:46

19   California values, what does California values mean to 05:22:51

20   you in a redistricting process?                        05:22:53

21   A      In my redistricting outside of Prop 50 is what 05:22:55

22   you're asking?                                         05:22:58

23   Q      Yes.                                            05:22:58

24             MR. MANOLIUS:  Objection, compound.          05:22:59

25   Contextual objection, but you can answer.              05:23:01
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    262

```
 1            THE WITNESS:  California has a history since        05:23:04

 2   the adoption of the commission in the last two              05:23:07

 3   redistricting cycles, and with the furtherance of the       05:23:11

 4   FAIR MAPS Act and furtherance of other legislative          05:23:14

 5   priorities to increase the number of independent            05:23:17

 6   redistricting commissions, to have redistricting be         05:23:20

 7   taken out of the hands of politicians and incumbents and    05:23:22

 8   be drawn based on what's best for the community, and        05:23:25

 9   that's the work that we do with Redistricting Partners      05:23:29

10   in our every day work.                                      05:23:32

11            MR. MEUSER Q:  And the sentence continues,         05:23:34

12   "The values that our company has."                          05:23:35

13            What values does Redistricting Partners have       05:23:37

14   as a company?                                               05:23:42

15   A         Outside of Prop 50?                               05:23:45

16            MR. MANOLIUS:  Yes.  Objection, to the extent      05:23:47

17   inside the Prop 50 envelope, just using different words.    05:23:49

18   You can answer for things you've done in the past.          05:23:54

19            THE WITNESS:  So people who know Redistricting     05:23:59

20   Partners and know the redistrict world understand that      05:24:04

21   our company is unique in that we very strongly follow       05:24:07

22   the FAIR MAPS Act, we very strongly engage with             05:24:12

23   community-based organizations, we very strongly push for    05:24:16

24   community engagement and maps that are drawn by the         05:24:20

25   community, not by the elected officials.                    05:24:23
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    263

| | | |
|---|---|---|
| 1 | We have a rule as an example that when we do a | 05:24:26 |
| 2 | redistricting, we will not meet individually with | 05:24:29 |
| 3 | elected officials, we will not know where the incumbents | 05:24:32 |
| 4 | live and we will draw maps that are fair and where the | 05:24:36 |
| 5 | community and the elected officials can know that they | 05:24:41 |
| 6 | were drawn in a fair redistricting process that is | 05:24:44 |
| 7 | consistent with the FAIR MAPS Act, even in agencies that | 05:24:47 |
| 8 | aren't covered by the FAIR MAPS Act. | 05:24:51 |
| 9 | So we do water board redistricting prior to | 05:24:53 |
| 10 | the expansion of the FAIR MAPS Act and we would only | 05:24:56 |
| 11 | take the contract if they would agree to meeting the | 05:24:57 |
| 12 | higher bar of the FAIR MAPS Act in doing it. | 05:25:00 |
| 13 | And we have done Zooms with elected officials | 05:25:02 |
| 14 | who wanted to hire us and wanted to know where the | 05:25:05 |
| 15 | incumbents lived, and we told them we wouldn't take that | 05:25:07 |
| 16 | contract if that was the condition. | 05:25:10 |
| 17 | So our firm is very focused on fair, open, | 05:25:11 |
| 18 | transparent redistricting.  We don't do, talk about | 05:25:16 |
| 19 | redistricting in closed sessions.  We don't have side | 05:25:20 |
| 20 | meetings with incumbents or others to advocate for | 05:25:24 |
| 21 | certain lines outside of the public process and we're a | 05:25:30 |
| 22 | very transparent redistricting firm, and that's our | 05:25:32 |
| 23 | reputation, and we'll do some contracts because of it | 05:25:36 |
| 24 | and we get some contracts because of it. | 05:25:39 |
| **25** | **Q        When you were drawing Prop 50 maps did you** | 05:25:41 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          264

| | | |
|---|---|---|
| 1 | know where the incumbents lived? | 05:25:44 |
| 2 | MR. MANOLIUS:  Objection, legislative | 05:25:45 |
| 3 | privilege.  I instruct you not to answer. | 05:25:49 |
| 4 | MR. MEUSER Q:  Mr. Mitchell, you're not | 05:25:50 |
| 5 | answering that question at the instruction of your | 05:25:52 |
| 6 | attorney? | 05:25:53 |
| 7 | A       Correct. | 05:25:53 |
| 8 | Q       I know you talked a little bit with Julie | 05:25:55 |
| 9 | about this earlier today.  Please turn to page ten. | 05:25:59 |
| 10 | A       (Witness complied.) | 05:26:02 |
| 11 | Q       And starting at line three, I believe you're | 05:26:10 |
| 12 | generally talking about the democratic eco -- I am | 05:26:13 |
| 13 | trying to remember what you said. | 05:26:20 |
| 14 | A       Ecosystem. | 05:26:21 |
| 15 | Q       Ecosystem? | 05:26:24 |
| 16 | A       Ecosystem.  Yeah.  The paragraph that starts | 05:26:25 |
| 17 | at line nine says, "So many of them were like if Texas | 05:26:28 |
| 18 | is going to throw away the VRA then we can throw away | 05:26:32 |
| 19 | the VRA." | 05:26:35 |
| 20 | Is it my understanding that that statement | 05:26:36 |
| 21 | that you made to Capitol Weekly Podcast, you were | 05:26:37 |
| 22 | referring to things that you were hearing on social | 05:26:40 |
| 23 | media, but not necessarily anything that you heard from | 05:26:45 |
| 24 | a legislator or a congressman or staffer of a legislator | 05:26:50 |
| 25 | or congressman; is that correct? | 05:26:55 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                      265

| | | |
|---|---|---|
| 1 | MR. MANOLIUS:  Objection, legislative | 05:26:57 |
| 2 | privilege.  I instruct you not to answer. | 05:26:58 |
| 3 | MR. MEUSER:  You're instructing him not to | 05:27:04 |
| 4 | tell me if statements of throwing away the VRA were | 05:27:05 |
| 5 | something that he heard from a legislator or something | 05:27:10 |
| 6 | he heard from outside the legislative stream? | 05:27:12 |
| 7 | MR. MANOLIUS:  Correct. | 05:27:16 |
| 8 | MR. MEUSER Q:  Okay.  Let me re-ask this | 05:27:17 |
| 9 | question.  This statement that you made in Capitol | 05:27:18 |
| 10 | Weekly Podcast, this was a public statement; correct? | 05:27:25 |
| 11 | A      Yes. | 05:27:27 |
| **12** | **Q      Anybody in the world could go listen to the** | 05:27:28 |
| **13** | **Capitol Weekly Podcast; correct?** | 05:27:33 |
| 14 | A      Yes. | 05:27:34 |
| **15** | **Q      Okay.  And in that podcast you made the** | 05:27:35 |
| **16** | **statement that you had heard people say that Texas was** | 05:27:39 |
| **17** | **going to throw away the VRA, then we -- and that "we"** | 05:27:43 |
| **18** | **means California; is that correct?** | 05:27:46 |
| 19 | A      Yes. | 05:27:50 |
| 20 | MR. MANOLIUS:  Objection, vague.  You can | 05:27:51 |
| 21 | answer. | 05:27:52 |
| 22 | MR. MEUSER Q:  -- then California can throw | 05:27:53 |
| 23 | away the VRA.  Did any California legislator make the | 05:27:54 |
| 24 | statement that if Texas is going to throw away the VRA | 05:28:07 |
| 25 | then we can throw away the VRA? | 05:28:12 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                            266

| | | |
|---|---|---|
| 1 | MR. MANOLIUS:  Same objection.  I instruct you | 05:28:14 |
| 2 | not to answer.  Legislative privilege. | 05:28:15 |
| 3 | MR. MEUSER Q:  And, Mr. Mitchell, you're not | 05:28:17 |
| 4 | answering my question -- | 05:28:19 |
| 5 | A        Correct. | 05:28:19 |
| 6 | Q        -- because of the instruction of your | 05:28:20 |
| 7 | attorney? | 05:28:21 |
| 8 | A        Correct. | 05:28:21 |
| 9 | Q        Okay.  I am going to be asking this multiple | 05:28:22 |
| 10 | times here, so did anybody from Gavin Newsom's office | 05:28:24 |
| 11 | tell you that if Texas is going to throw away the VRA | 05:28:29 |
| 12 | then we can throw away the VRA? | 05:28:33 |
| 13 | MR. MANOLIUS:  Same objection.  Instruct you | 05:28:35 |
| 14 | not to answer. | 05:28:36 |
| 15 | MR. MEUSER Q:  And, Mr. Mitchell, you're not | 05:28:37 |
| 16 | going to answer this question at the instruction of your | 05:28:38 |
| 17 | attorney? | 05:28:40 |
| 18 | A        Correct. | 05:28:40 |
| 19 | Q        Okay.  Mr. Mitchell, did any congressmen or | 05:28:41 |
| 20 | their staff tell you that if Texas is going to throw | 05:28:46 |
| 21 | away the VRA, then we can throw away the VRA? | 05:28:48 |
| 22 | MR. MANOLIUS:  Same objections, same | 05:28:51 |
| 23 | instruction. | 05:28:53 |
| 24 | MR. MEUSER Q:  And, Mr. Mitchell, you're not | 05:28:53 |
| 25 | going to answer my question at the instruction of your | 05:28:55 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                        267

| | | |
|---|---|---|
| 1 | attorney? | 05:28:58 |
| 2 | A        Correct. | 05:28:58 |
| 3 | Q        **Mr. Mitchell, are you aware of anybody in the** | 05:28:59 |
| 4 | **ecosystem who made the statement if Texas is going to** | 05:29:08 |
| 5 | **throw away the VRA then we can throw away the VRA?** | 05:29:13 |
| 6 | A        The person that posted the map on Exhibit 17. | 05:29:18 |
| 7 | Q        **What's the date of that?** | 05:29:23 |
| 8 | A        I'm just being -- but this is the kind of | 05:29:24 |
| 9 | thing, people who are doing maps like this -- | 05:29:27 |
| 10 | Q        **Yes.** | 05:29:28 |
| 11 | A        -- Twitter maps and people in the media, | 05:29:29 |
| 12 | people on social media. | 05:29:35 |
| 13 | Q        **And then starting on line 17, you say to** | 05:29:43 |
| 14 | **Capitol Weekly Podcast, "I had to calmly show them look,** | 05:29:48 |
| 15 | **we can create a five district pick-up map and follow the** | 05:29:53 |
| 16 | **Voting Rights Act, keep communities of interest** | 05:29:56 |
| 17 | **together."** | 05:30:01 |
| 18 | **Did I read that correctly?** | 05:30:01 |
| 19 | A        Yes. | 05:30:02 |
| 20 | Q        **Is that a statement that you made to Capitol** | 05:30:03 |
| 21 | **Weekly Podcast?** | 05:30:07 |
| 22 | A        Yes. | 05:30:08 |
| 23 | Q        **And when you said, "I had to calmly show** | 05:30:09 |
| 24 | **them," was this something that you're referring to in X** | 05:30:15 |
| 25 | **post?** | 05:30:21 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          268

| | | |
|---|---|---|
| 1 | MR. MANOLIUS:  I am sorry? | 05:30:21 |
| 2 | MR. MEUSER Q:  An X post, posted on X, Tweet | 05:30:22 |
| 3 | it, Twitter. | 05:30:26 |
| 4 | A     Oh.  It could have been both a -- it could | 05:30:27 |
| 5 | have been different communications, including, like, a | 05:30:36 |
| 6 | DM. | 05:30:39 |
| 7 | **Q     It could have been a DM?  And when you say DM,** | 05:30:39 |
| 8 | **a direct message on a social media platform?** | 05:30:42 |
| 9 | A     Yes. | 05:30:45 |
| 10 | **Q     Okay.  And when you say, "I had to calmly show** | 05:30:46 |
| 11 | **them," were you referring to any legislator when you** | 05:30:51 |
| 12 | **made that statement, "I had to calmly show them"?** | 05:30:54 |
| 13 | MR. MANOLIUS:  Well, I am going to object. | 05:30:59 |
| 14 | Well, why don't we get the answer to see if there's a | 05:31:01 |
| 15 | reason to go forward.  Go ahead, you can answer, if you | 05:31:03 |
| 16 | know. | 05:31:07 |
| 17 | THE WITNESS:  I don't recall. | 05:31:08 |
| 18 | MR. MEUSER Q:  When you say, "We can create a | 05:31:10 |
| 19 | five district pick-up map to follow the Voting Rights | 05:31:16 |
| 20 | Act." | 05:31:16 |
| 21 | Did I read that correct? | 05:31:20 |
| 22 | A     Yes. | 05:31:22 |
| 23 | **Q     Are you aware of any direct message that you** | 05:31:23 |
| 24 | **sent to anyone between July 2nd and August 15th where** | 05:31:28 |
| 25 | **you told them on a direct message that you could draw a** | 05:31:35 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          269

```
 1  five district pick-up map following the Voting Rights        05:31:42

 2  Act?                                                          05:31:46

 3          MR. MANOLIUS:  Objection, only that you didn't        05:31:46

 4  quote the entire sentence, but you can answer, Paul.          05:31:48

 5          THE WITNESS:  I don't recall a direct message         05:31:51

 6  where I would have said that.                                 05:31:53

 7          MR. MEUSER Q:  And do you recall any social           05:31:55

 8  media post where you made the statement that you could        05:31:56

 9  draw a map that had a five district pickup that followed      05:31:59

10  the Voting Rights Act?                                        05:32:03

11  A       No, I don't believe I made a post like that.         05:32:05

12  Q       Do you recall any conversation that you had           05:32:10

13  with a legislator or a congressman or their staff in          05:32:16

14  which you explained to them that you could create a five      05:32:21

15  district pick-up map and follow the Voting Rights Act?        05:32:25

16          MR. MANOLIUS:  Objection, legislative                 05:32:30

17  privilege and I instruct you not to answer.                   05:32:32

18          MR. MEUSER Q:  This is a "yes" or "no"                 05:32:35

19  question.  I wasn't asking for the communication, I was       05:32:36

20  asking did he, does he recall that he made any such           05:32:38

21  statement?                                                    05:32:41

22          MR. MANOLIUS:  I'll maintain my objection.            05:32:47

23  Thanks.                                                       05:32:49

24          MR. MEUSER Q:  And Mr. Mitchell you're not            05:32:49

25  responding at the request of your attorney?                   05:32:50
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                        270

```
 1   A        Correct.                                         05:32:53

 2   Q        Turn to page 13.                                 05:32:53

 3   A        (Witness complied.)                              05:33:09

 4   Q        Line 16, you tell Capitol Weekly Podcast, "We    05:33:14

 5   work with some folks in D.C. and saw some maps."          05:33:18

 6            Who in D.C. did you work with?                   05:33:24

 7   A        That would probably be the DCCC or the NDRC.     05:33:27

 8   Q        NDRC, and that's National Democratic --          05:33:43

 9   A        -- Redistricting --                              05:33:47

10   Q        -- Committee?                                    05:33:48

11   A        -- Committee.                                    05:33:48

12   Q        Okay.  Thank you.  "And saw some maps."  Are     05:33:49

13   you saying that the DCCC shared some maps with you?       05:33:55

14            MR. MANOLIUS:  Objection.  Legislative           05:34:01

15   privilege.  I instruct you not to answer.                 05:34:05

16            MR. MEUSER:  You're saying the DCCC giving him    05:34:07

17   documents is going to be legislative privilege?           05:34:09

18            MR. MANOLIUS:  I am objecting, yes, and          05:34:13

19   instructing him not to answer.                            05:34:15

20            MR. MEUSER Q:  And you're not answering at the    05:34:17

21   instruction of your attorney?                             05:34:19

22   A        Correct.                                         05:34:20

23   Q        Okay.  I am going to ask the same question.      05:34:20

24   Did the NDRC share any maps with you between July 2nd     05:34:23

25   and August 15th?                                          05:34:31
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                        271

```
 1              MR. MANOLIUS:  Same objection and instruct you      05:34:33

 2   not to answer.                                                 05:34:34

 3              MR. MEUSER Q:  And, Mr. Mitchell, you're not        05:34:36

 4   answering at the instruction of your attorney?                05:34:37

 5   A        Correct.                                             05:34:41

 6   Q        Top of page 14.  This says, "No respect for          05:34:41

 7   the LGBT community."                                           05:34:53

 8            Did I read that sentence correct?                     05:34:55

 9   A        Yes.                                                 05:34:56

10   Q        And I believe you were talking earlier about         05:34:58

11   the work that you were doing in the 2021 redistricting         05:35:01

12   on behalf of the LGBT community.  Did I hear that              05:35:06

13   testimony right, that in 2021 you were working with the        05:35:11

14   LGBT community to help them in the redistricting               05:35:14

15   process?                                                       05:35:17

16   A        Yes.                                                 05:35:17

17   Q        And as a part of drawing the Prop 50 maps, was        05:35:19

18   the LGBT community one of the communities of interest          05:35:32

19   that you were looking at when you drew any of the              05:35:37

20   congressional lines that were associated with Prop 50?         05:35:43

21              MR. MANOLIUS:  Objection, legislative              05:35:47

22   privilege, I instruct you not to answer.                       05:35:48

23              MR. MEUSER Q:  And, Mr. Mitchell, you are not       05:35:51

24   answering here today --                                        05:35:52

25   A        Correct.                                             05:35:53
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                        272

| | | |
|---|---|---|
| 1 | Q        -- at the instruction of your attorney? | 05:35:54 |
| 2 | A        Correct. | 05:35:55 |
| 3 | Q        Page 15, line 18 and 19 where you talk about | 05:35:56 |
| 4 | Wild Wild West redistricting, and in this particular | 05:36:16 |
| 5 | sentence you're talking about other states, even | 05:36:21 |
| 6 | democratically held states. | 05:36:24 |
| 7 |           Which states do you categorize as the Wild | 05:36:27 |
| 8 | Wild West of redistricting in this statement that you | 05:36:31 |
| 9 | made to Capitol Weekly Podcast? | 05:36:35 |
| 10 |           MR. WOODS:  Objection.  Relevance. | 05:36:38 |
| 11 |           MR. MANOLIUS:  I join it.  You can answer. | 05:36:41 |
| 12 |           THE WITNESS:  Illinois. | 05:36:43 |
| 13 |           MR. MEUSER Q:  Any other states? | 05:36:45 |
| 14 | A        That's the one that comes to mind. | 05:36:46 |
| 15 | Q        Line 24 and 25, same page, "They are | 05:36:50 |
| 16 | oftentimes violating the Voting Rights Act." | 05:37:00 |
| 17 |           Did I read that statement correct? | 05:37:04 |
| 18 | A        Which line? | 05:37:06 |
| 19 | Q        Lines 24 and 25. | 05:37:07 |
| 20 | A        You said what page? | 05:37:09 |
| 21 | Q        15. | 05:37:11 |
| 22 | A        For some reason I went to page 24.  Sorry. | 05:37:13 |
| 23 | Yes. | 05:37:22 |
| 24 | Q        Is that a statement that you made on Capitol | 05:37:23 |
| 25 | Weekly Podcast? | 05:37:27 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    273

1   A       Yes.                                              05:37:27

2   **Q       In your opinion, which states have violated**   05:37:28

3   **the Voting Rights Act, as you understand it?**          05:37:38

4           MR. MANOLIUS:  Objection, calls for a legal       05:37:43

5   conclusion, overbroad and vague.                          05:37:45

6           MR. WOODS:  And that's join.                      05:37:48

7           THE WITNESS:  In that regard I think it's easy    05:37:54

8   just to point to all of the redistricting maps that have  05:37:55

9   been overturned by the courts.  That's all I was          05:37:58

10  referencing.                                              05:38:01

11          MR. MEUSER Q:  When you made this statement to    05:38:01

12  the Capitol Weekly Podcast, was there a specific or       05:38:03

13  specific states you were thinking of when you made the    05:38:06

14  statement that oftentimes violated the Voting Rights      05:38:10

15  Act?                                                      05:38:14

16          MR. MANOLIUS:  Same objection.                    05:38:14

17          MR. WOODS:  Join.                                 05:38:16

18          THE WITNESS:  States that have historically       05:38:18

19  violated the Voting Rights Act causing all of the         05:38:20

20  lawsuits and terms we now know and use in redistricting,  05:38:23

21  so there's too many to kind of pick out.                  05:38:27

22          MR. MEUSER Q:  Is there any one or two states     05:38:30

23  that stick out to you as in your belief regularly are     05:38:33

24  violating the Voting Rights Act?                          05:38:39

25          MR. MANOLIUS:  Same set of objections.  You       05:38:42

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                            274

```
 1   can answer.                                          05:38:46

 2           MR. WOODS:  Same.  Join.                      05:38:46

 3           THE WITNESS:  Something like North Carolina,  05:38:47

 4   states where they've had big redistricting cases in the   05:38:49

 5   last 34 years.                                        05:38:52

 6   Q       Any other states?                             05:38:54

 7   A       No.                                           05:38:55

 8   Q       We can put away the Capitol Weekly Podcast    05:38:55

 9   and we are going to go to the HOPE transcript next.  And   05:39:53

10   let's turn to page 22.                                05:40:09

11   A       (Witness complied.)                           05:40:11

12   Q       And we are going to start on page, on line    05:40:12

13   nine.  You ready?                                     05:40:16

14           MR. MANOLIUS:  One second.  Sorry.            05:40:23

15           MR. MEUSER:  No problem.                       05:40:26

16           MR. MANOLIUS:  Thank you.                     05:40:37

17           MR. MEUSER Q:  I am going to read paragraph,  05:40:38

18   or line nine through 13:  "Now, when I was first talking   05:40:41

19   to by folks, I won't call out any names of elected    05:40:46

20   officials, but I did have some elected officials call me   05:40:51

21   and say, well, if Texas is going to throw away the VRA,   05:40:54

22   we should just throw away the VRA."                   05:40:58

23           Which elected officials told you that we      05:41:00

24   should throw away the VRA?                            05:41:05

25           MR. MANOLIUS:  Objection, legislative         05:41:07
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                      275

```
 1   privilege.  Instruct you not to answer.  Also, vague as      05:41:09
 2   to when the these conversations occurred, but that's         05:41:14
 3   better.                                                      05:41:18
 4              MR. MEUSER Q:  Let's go ahead and clean this       05:41:19
 5   up.  Did I read that correctly?                              05:41:20
 6   A        You did read that correctly.                        05:41:22
 7   Q        Is that a statement that you made to HOPE           05:41:23
 8   during your presentation to HOPE?                            05:41:25
 9   A        Given that it's in this transcript, I would         05:41:27
10   believe so.                                                  05:41:30
11   Q        You don't believe so?                               05:41:30
12   A        I said I would believe so.                          05:41:31
13   Q        You would believe so.  Okay.  At what time          05:41:34
14   period were you referring to someone telling you we          05:41:37
15   should just throw away the VRA?                              05:41:41
16              MR. MANOLIUS:  Objection, legislative             05:41:47
17   privilege and instruct you not to answer.                    05:41:48
18              MR. MEUSER:  You were the one who said that it    05:41:51
19   wasn't clear as to the time.  I am just asking the time.     05:41:52
20              MR. MANOLIUS:   I also said it was barred by      05:41:55
21   legislative privilege, so I appreciate your cleaning up      05:41:57
22   at the time because I wasn't sure.                           05:42:03
23              MR. MEUSER Q:  So, Mr. Mitchell, you're not       05:42:05
24   going to answer my question at the instruction of your       05:42:06
25   attorney?                                                    05:42:08
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                                        276

| | | |
|---|---|---|
| 1 | A        Correct. | 05:42:08 |
| **2** | **Q        Again, we are going to make this thing** | 05:42:09 |
| **3** | **abundantly clear for the record.** | 05:42:12 |
| **4** | **Did an elected official contact you and tell** | 05:42:13 |
| **5** | **you that if Texas is going to throw away the VRA, we** | 05:42:19 |
| **6** | **should just throw away the VRA?** | 05:42:23 |
| 7 | MR. MANOLIUS:  Same objection.  Instruct you | 05:42:26 |
| 8 | not to answer. | 05:42:27 |
| 9 | MR. MEUSER Q:  Mr. Mitchell, you're not going | 05:42:28 |
| 10 | to answer that question at the instruction of your | 05:42:29 |
| 11 | attorney? | 05:42:31 |
| 12 | A        Correct. | 05:42:32 |
| **13** | **Q        Can you tell me if this conversation was with** | 05:42:33 |
| **14** | **a congressman or congresswoman or with a state** | 05:42:36 |
| **15** | **legislator?** | 05:42:40 |
| 16 | MR. MANOLIUS:  You can answer. | 05:42:53 |
| 17 | THE WITNESS:  I don't recall. | 05:42:55 |
| 18 | MR. MEUSER Q:  Did just a single elected | 05:42:57 |
| 19 | official say this or was this multiple elected officials | 05:43:01 |
| 20 | who made this statement, generally we should throw away | 05:43:05 |
| 21 | the VRA. | 05:43:08 |
| 22 | A        Let me characterize this.  I think that there | 05:43:15 |
| 23 | were people who would say those words and others would | 05:43:17 |
| 24 | give me maps or say things like, if Texas can do | 05:43:20 |
| 25 | whatever they want to do why can't we do whatever we | 05:43:25 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                            277

```
 1   want to do?                                              05:43:27

 2        So in their wording to me wouldn't be those         05:43:28

 3   exact words, but I would interpret it as if, let's throw 05:43:30

 4   down the guardrails as I testified or as I said earlier  05:43:33

 5   with Ms. Hamill.                                         05:43:36

 6   Q      There's a difference between throwing away the   05:43:39

 7   guardrails and throwing away the VRA.  Would you agree  05:43:42

 8   with that?                                               05:43:45

 9        MR. MANOLIUS:  Objection, vague, overbroad,         05:43:45

10   compound question.  You can answer.                      05:43:53

11        THE WITNESS:  Generally, if somebody is             05:43:55

12   putting out maps that are, you know, free of traditional 05:44:01

13   redistricting criteria they're throwing everything out,  05:44:07

14   and so in this statement where I am saying this, it      05:44:10

15   might just be shorthand for, you know, the kind of       05:44:13

16   things I was hearing.                                    05:44:16

17        So I was hearing this from multiple people and      05:44:17

18   sometimes they wouldn't say the exact words, but this is 05:44:20

19   the kind of idea that I would say when I was doing a     05:44:23

20   presentation like this.                                  05:44:25

21   Q      Would you agree with me that someone who drew     05:44:26

22   a sample map that had only one person in it and another  05:44:28

23   map that had a million people in it, that that is a      05:44:33

24   completely different issue than someone drawing a map    05:44:36

25   that violates the VRA?                                   05:44:39
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          278

| | | |
|---|---|---|
| 1 | MR. MANOLIUS:  Objection, vague.  I don't | 05:44:42 |
| 2 | understand the question.  One person in what, in 1,000? | 05:44:44 |
| 3 | MR. MEUSER:  In a congressional district. | 05:44:48 |
| 4 | MR. MANOLIUS:  Oh. | 05:44:49 |
| 5 | THE WITNESS:  He is laying no equal | 05:44:51 |
| 6 | protection. | 05:44:52 |
| 7 | MR. WOODS:  I am going to object that calls | 05:44:53 |
| 8 | for a legal conclusion, but you can answer. | 05:44:54 |
| 9 | MR. MANOLIUS:  I'll join that too. | 05:44:56 |
| 10 | THE WITNESS:  The issue is that when I'm | 05:44:57 |
| 11 | speaking to a group, if I say, oh, my gosh, there's a | 05:44:59 |
| 12 | map that's noncontiguous, that doesn't exactly get the | 05:45:02 |
| 13 | point across.  And so something like this would be the | 05:45:06 |
| 14 | thing that I might highlight for a group like that, | 05:45:09 |
| 15 | rather than something like, oh, my gosh, this map was | 05:45:12 |
| 16 | noncontiguous and, like, they're supposed to care. | 05:45:14 |
| 17 | MR. MEUSER Q:  So the question I am going to | 05:45:18 |
| 18 | ask you, how many, I am asking for a number, how many | 05:45:19 |
| 19 | elected officials specifically told you we should just | 05:45:24 |
| 20 | throw away the VRA? | 05:45:30 |
| 21 | A      I don't recall someone using those exact | 05:45:32 |
| 22 | words -- | 05:45:35 |
| 23 | **Q      Okay.** | 05:45:36 |
| 24 | A      -- because I even say in one of these quotes | 05:45:40 |
| 25 | kind of. | 05:45:43 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                            279

| | | |
|---|---|---|
| 1 | Q        And in the very next paragraph, starting on | 05:45:50 |
| 2 | line 16, you say, "And I would be, like, okay, thanks | 05:45:52 |
| 3 | for calling.  But there was no way that I was going to | 05:45:55 |
| 4 | do that." | 05:45:58 |
| 5 |          Did I read that correctly? | 05:45:59 |
| 6 | A        Yes. | 05:46:00 |
| 7 | Q        And that is the statement that you made on -- | 05:46:01 |
| 8 | to the HOPE; correct? | 05:46:07 |
| 9 | A        Don't know which one this was, but, yes. | 05:46:08 |
| 10 | Q        And your statement to HOPE is that you were | 05:46:11 |
| 11 | not going to be violating the Voting Rights Act; is that | 05:46:15 |
| 12 | correct? | 05:46:22 |
| 13 |          MR. MANOLIUS:  Objection, misstates what's | 05:46:22 |
| 14 | here.  The document speaks for itself, speaks for | 05:46:24 |
| 15 | itself.  You can answer. | 05:46:28 |
| 16 |          THE WITNESS:  I would characterize it not like | 05:46:31 |
| 17 | that, because that seems to point to some outcome. | 05:46:35 |
| 18 |          But I was suggesting to them that issues they | 05:46:43 |
| 19 | care about, if people were arguing to throw those | 05:46:47 |
| 20 | overboard, that I was somebody who would care about | 05:46:52 |
| 21 | their issues. | 05:46:56 |
| 22 | Q        And you've worked with HOPE you said for over | 05:46:57 |
| 23 | a dozen years; correct? | 05:47:00 |
| 24 | A        Yes. | 05:47:02 |
| 25 | Q        And you understand that the Voting Rights Act | 05:47:02 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    280

```
 1   was something that was very important to HOPE; is that      05:47:05

 2   correct?                                                    05:47:08

 3          MR. MANOLIUS:  Objection.  Vague and calls for       05:47:10

 4   speculation about a whole lot of people potentially, but    05:47:14

 5   you can answer, if you can.                                 05:47:17

 6          MR. WOODS:  Join.                                     05:47:19

 7          THE WITNESS:  They are not exactly a Voting          05:47:20

 8   Rights Act organization, something like MALDEF or           05:47:23

 9   something, so they are more, and the name in their title    05:47:25

10   of their name Hispanas Organized For Political Equality,    05:47:27

11   that is their mission.                                      05:47:32

12          MR. MEUSER Q:  But earlier today we were             05:47:33

13   looking at that HOPE letter --                              05:47:36

14   A      Yes.                                                 05:47:37

15   Q      -- that you read to HOPE; correct, yes?             05:47:37

16   A      Yes, yes, yes.                                       05:47:40

17   Q      And in that letter they're talking about           05:47:41

18   Voting Rights Act issues; is that correct?                 05:47:44

19   A      Yes.                                                 05:47:45

20   Q      And now you're coming back and talking to HOPE     05:47:46

21   and you state here that elected officials told you to      05:47:49

22   throw away the VRA; correct?                               05:47:55

23          MR. MANOLIUS:  Objection, misstates his             05:47:58

24   testimony.                                                  05:47:59

25          THE WITNESS:  That's a paraphrase.                  05:48:01
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                        281

| | | |
|---|---|---|
| 1 | MR. MEUSER Q:  And you said, don't worry, I'm | 05:48:02 |
| 2 | not getting rid of the VRA; is that correct? | 05:48:06 |
| 3 | MR. MANOLIUS:  Objection.  I don't see that | 05:48:10 |
| 4 | here. | 05:48:11 |
| 5 | THE WITNESS:  That isn't -- that is a | 05:48:12 |
| 6 | mischaracterization, because I don't have the ability to | 05:48:14 |
| 7 | get rid of the VRA. | 05:48:16 |
| 8 | MR. MEUSER Q:  You were not going to draw any | 05:48:18 |
| 9 | districts that violated the VRA; is that correct? | 05:48:19 |
| 10 | MR. WOODS:  That's also mischaracterizing. | 05:48:23 |
| 11 | MR. MANOLIUS:  Wait a minute.  Objection.  I | 05:48:24 |
| 12 | instruct you not to answer, that's legislative | 05:48:26 |
| 13 | privilege. | 05:48:26 |
| 14 | MR. MEUSER Q:  And you're not answering the | 05:48:29 |
| 15 | question at the instruction of your attorney? | 05:48:31 |
| 16 | A        Correct. | 05:48:32 |
| **17** | **Q        Page 23, line 14, "And following the Voting** | 05:48:39 |
| **18** | **Rights Act was very important."** | 05:48:49 |
| **19** | **Did I read that correctly?** | 05:48:50 |
| 20 | A        You read that line 14, yes. | 05:48:52 |
| **21** | **Q        And is that something that you said to HOPE on** | 05:48:55 |
| **22** | **this presentation?** | 05:48:59 |
| 23 | A        I am just reading the full context here.  Yes. | 05:49:00 |
| **24** | **Q        And in all the redistricting work that you did** | 05:49:16 |
| **25** | **before July 2nd, 2025, would that be a fair statement to** | 05:49:22 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    282

```
 1   say that following the Voter Right Act is an important      05:49:28

 2   thing for Redistricting Partners?                           05:49:33

 3   A       I would say more broadly that following the         05:49:35

 4   Voting Rights Act is important for anybody doing            05:49:38

 5   redistricting --                                            05:49:41

 6   Q       And I am going to --                                05:49:42

 7   A       -- and for Redistricting Partners in all our        05:49:44

 8   municipal redistricting.                                    05:49:48

 9   Q       And was following the Voting Rights Act a very      05:49:50

10   important thing for Redistricting Partners while drawing    05:49:52

11   the Proposition 50 maps?                                    05:49:55

12           MR. MANOLIUS:  Objection, legislative               05:49:58

13   privilege, I instruct you not to answer.                    05:49:59

14           MR. MEUSER Q:  Mr. Mitchell, you're not             05:50:01

15   answering that question today at the instruction of your    05:50:02

16   counsel?                                                    05:50:04

17   A       Correct.  If we are going to go much longer         05:50:05

18   can we get a restroom break?                                05:50:48

19   Q       I was going to be suggesting a restroom break       05:50:50

20   in about 10 minutes so we can confer, but if you want to    05:50:53

21   wait 10 minutes?  We can go now.                            05:50:57

22   A       Sure.                                               05:51:01

23   Q       Turn to page 29 of the transcript.  Can you         05:51:02

24   read to yourself paragraph eight -- line 8 through 16       05:51:09

25   and then I am going to read it out loud real quick?  Let    05:51:14
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                              283

| | | |
|---|---|---|
| 1 | me know when you're ready. | 05:51:18 |
| 2 | A      Sure. | 05:51:26 |
| 3 | Q      Okay.  So I will go ahead and read this out | 05:51:27 |
| 4 | loud.  "And so you've got some places where he needs to | 05:51:30 |
| 5 | get support and get engaged folks to support and do | 05:51:34 |
| 6 | turnout there for Latinos to protect a Latino member of | 05:51:38 |
| 7 | Congress in a district that is still a Latino-influenced | 05:51:42 |
| 8 | district, but is no longer a majority/minority district | 05:51:45 |
| 9 | because his district, most Latino portions go into the | 05:51:49 |
| 10 | replacement Roybal Allard district." | 05:51:53 |
| 11 | Did I read that correctly? | 05:51:59 |
| 12 | A      Yes. | 05:52:00 |
| 13 | Q      Did you say that to HOPE in October of this | 05:52:00 |
| 14 | year? | 05:52:02 |
| 15 | A      That appears that that's what I said, yes. | 05:52:03 |
| 16 | Q      You used the phrase "Latino-influenced | 05:52:06 |
| 17 | district."  Outside of your Proposition 50 work, what | 05:52:11 |
| 18 | does Latino-influenced district mean to you? | 05:52:15 |
| 19 | A      It's Latino-influenced district is more of a | 05:52:20 |
| 20 | non-redistricting term.  It's one that doesn't have the | 05:52:27 |
| 21 | same meaning as a majority/minority district or district | 05:52:31 |
| 22 | with the ability to elect Latinos.  It's a general term | 05:52:37 |
| 23 | used by lay people to suggest a district where there's a | 05:52:41 |
| 24 | strong population. | 05:52:46 |
| 25 | Q      Sorry.  I didn't mean to interrupt you.  When | 05:52:49 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    284

1    you use the phrase "a strong population," is there a          05:52:52

2    number in your head that would equal a strong                05:52:55

3    population?                                                   05:52:58

4    A        In -- no, there isn't.  And we've had the            05:52:58

5    California Voting Rights Act which has tried to               05:53:04

6    adjudicate what a Latino-influenced district is and may       05:53:07

7    have not come up with a number.  There is no norm.            05:53:11

8    Q        So if a district had 10-percent of Latinos in        05:53:14

9    it, would you characterize that as a Latino-influenced        05:53:18

10   district?                                                     05:53:22

11           MR. MANOLIUS:  Objection.  You're talking             05:53:22

12   about as a general matter in his practice?                    05:53:23

13           MR. MEUSER:  Yes.                                      05:53:26

14           MR. MANOLIUS:  Other than Prop 50?  You can           05:53:27

15   answer.                                                       05:53:29

16           THE WITNESS:  It really would depend on the           05:53:30

17   turnout rate of that Latino population and the turnout        05:53:31

18   rate of other populations in the area, but that's            05:53:35

19   usually, usually you see higher numbers than that when        05:53:37

20   you're talking about Latino-influenced districts, but I       05:53:42

21   am not the arbiter of what the bright line is.                05:53:46

22   Q        But you're the one who used the phrase               05:53:47

23   "Latino-influenced district" and you're the one who used     05:53:50

24   the phrase, you know, a strong showing, so I'm trying to      05:53:52

25   figure out, you know, I'm not entitled -- I am entitled       05:53:55

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    285

| | | |
|---|---|---|
| 1 | to your best estimate here. | 05:54:00 |
| 2 | So if it was 25 percent would you consider | 05:54:01 |
| 3 | that a Latino-influenced district? | 05:54:04 |
| 4 | MR. MANOLIUS:  Objection, vague.  It lacks | 05:54:06 |
| 5 | foundation and that he's already said it depends on the | 05:54:09 |
| 6 | circumstances, and there are different things like | 05:54:12 |
| 7 | turnout rates and all that, but you can answer. | 05:54:15 |
| 8 | THE WITNESS:  It's completely situational.  It | 05:54:17 |
| 9 | has to do with the cohesiveness of that Latino | 05:54:22 |
| 10 | population, their turnout rates, what the other | 05:54:26 |
| 11 | population is like, so very well I could consider | 05:54:28 |
| 12 | someplace that has a 25 percent. | 05:54:31 |
| 13 | This is a thing that comes up a lot in | 05:54:34 |
| 14 | municipal redistricting under the California Voting | 05:54:36 |
| 15 | Rights Act and, again, there is no, even the courts have | 05:54:40 |
| 16 | not given a definition of influenced district, even | 05:54:42 |
| 17 | though it's in the California Voting Rights Act, that | 05:54:48 |
| 18 | word, influenced district. | 05:54:51 |
| 19 | Q        And this phrase -- | 05:54:53 |
| 20 | A        The ability to influence is in the California | 05:54:54 |
| 21 | Voting Rights Act, that's the terminology. | 05:54:56 |
| 22 | Q        So on page 29 when you used the word | 05:54:58 |
| 23 | Latino-influenced district, you're referring to a | 05:55:01 |
| 24 | specific district that is on our atlas. | 05:55:04 |
| 25 | Can you look at the atlas and tell me which | 05:55:08 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    286

| | | |
|---|---|---|
| 1 | district you were talking about when you talked to HOPE | 05:55:11 |
| 2 | in October and you said that there was this | 05:55:16 |
| 3 | Latino-influenced district? | 05:55:21 |
| 4 | MR. MANOLIUS:  Objection, legislative | 05:55:24 |
| 5 | privilege.  I instruct you not to answer. | 05:55:26 |
| 6 | MR. MEUSER:  Counsel, you're instructing him | 05:55:30 |
| 7 | not to answer when he went out into public and said | 05:55:32 |
| 8 | there's this Latino-influenced district and he has | 05:55:35 |
| 9 | publicly put out this document to the Legislature that | 05:55:38 |
| 10 | breaks out every single district, he is out there | 05:55:42 |
| 11 | talking to people trying to encourage them to vote for | 05:55:45 |
| 12 | Prop 50, this is public information that he himself has | 05:55:50 |
| 13 | made public and you're instructing him about subsequent | 05:55:53 |
| 14 | comments made?  You're instructing him not to answer the | 05:55:57 |
| 15 | question? | 05:56:00 |
| 16 | MR. MANOLIUS:  Yes, because it goes to his the | 05:56:00 |
| 17 | creation of the maps themselves and what the intention | 05:56:04 |
| 18 | was behind that, so I am going to instruct him not to | 05:56:07 |
| 19 | answer based on legislative privilege, yes. | 05:56:09 |
| 20 | MR. MEUSER Q:  Mr. Mitchell, you're not | 05:56:12 |
| 21 | answering this question at the instruction of your | 05:56:13 |
| 22 | attorney? | 05:56:15 |
| 23 | A        Correct. | 05:56:15 |
| 24 | Q        Let's turn to page 30 of your transcript.  And | 05:56:17 |
| 25 | I am going to read this paragraph.  "The Prop 50 maps I | 05:56:31 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                              287

| | | |
|---|---|---|
| 1 | think will be great for the Latino community in two | 05:56:34 |
| 2 | critical ways.  One is that they ensure that the Latino | 05:56:37 |
| 3 | districts that are the VRA seats are bolstered in order | 05:56:40 |
| 4 | to make them most effective particularly in the Central | 05:56:45 |
| 5 | Valley." | 05:56:49 |
| 6 | Did I read that correctly? | 05:56:49 |
| 7 | A      Yes. | 05:56:52 |
| 8 | Q      Did you make that statement to HOPE in October | 05:57:00 |
| 9 | of 2025? | 05:57:05 |
| 10 | A      Yes. | 05:57:07 |
| 11 | Q      And earlier you said there were 14 VRA | 05:57:09 |
| 12 | districts drawn by the redistricting commission; is that | 05:57:16 |
| 13 | correct? | 05:57:19 |
| 14 | MR. MANOLIUS:  Objection, misstates his | 05:57:20 |
| 15 | testimony.  Vague as to VRA that he used, but he can | 05:57:21 |
| 16 | answer. | 05:57:30 |
| 17 | THE WITNESS:  What I said earlier in testimony | 05:57:31 |
| 18 | was there were 16 majority/minority districts and the | 05:57:32 |
| 19 | commission identified 14 of those districts as VRA seats | 05:57:36 |
| 20 | -- I don't want to say VRA seats but as seats that were | 05:57:45 |
| 21 | drawn in order to, for lack of a -- I don't want to | 05:57:48 |
| 22 | paraphrase too much, but there were 14 that were | 05:57:51 |
| 23 | identified. | 05:57:54 |
| 24 | Q      And you told HOPE that the Proposition 50 maps | 05:57:54 |
| 25 | were great for the Latino community, you made that | 05:58:00 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                      288

```
 1   statement; correct?                                    05:58:05

 2            MR. MANOLIUS:  Objection.  That's not a       05:58:06

 3   complete statement, but I think we know what you're    05:58:07

 4   referring to.  Objection, vague.  You can answer.      05:58:10

 5            THE WITNESS:  Yes.                             05:58:13

 6            MR. MEUSER Q:  And you've had two reasons why  05:58:15

 7   you thought the Prop 50 maps were great for the Latino 05:58:18

 8   community; correct?                                    05:58:22

 9   A        What two are you referencing?                 05:58:23

10   Q        You say there's two critical ways that the    05:58:25

11   Prop 50 maps are great for the Latino communities; is  05:58:27

12   that correct?                                          05:58:32

13   A        Two critical ways, I see, yes.                05:58:32

14   Q        Okay.  One of those ways is that ensures that 05:58:34

15   the Latino districts that are the VRA seats are        05:58:39

16   bolstered in order to make them most effective.  You   05:58:44

17   said that; correct?                                    05:58:48

18   A        Yes.                                          05:58:49

19   Q        And when you are referring to the VRA seats   05:58:50

20   are you referring to the 14 VRA seats designated by the 05:58:56

21   redistricting commission during the redistricting      05:59:00

22   process in 2021?                                       05:59:03

23            MR. MANOLIUS:  Objection, legislative         05:59:06

24   privilege.  I instruct you not to answer.              05:59:08

25            MR. MEUSER Q:  And, Mr. Mitchell, you're not  05:59:10
```

| | | |
|---|---|---|
| 1 | answering my question today at the instruction of your | 05:59:14 |
| 2 | counsel? | 05:59:16 |
| 3 | A       Correct. | 05:59:17 |
| 4 | **Q       Next paragraph, starting on line 12, and then,** | 05:59:18 |
| 5 | **secondly, have to hazard a guess, and I don't want to be** | 05:59:23 |
| 6 | **too political or partisan here, but I have to hazard a** | 05:59:28 |
| 7 | **guess that whoever gets elected in that gateway cities** | 05:59:32 |
| 8 | **district in Los Angeles, it's a majority/minority** | 05:59:34 |
| 9 | **district, is going to be a better representative for the** | 05:59:37 |
| 10 | **community than the representative being elected from the** | 05:59:40 |
| 11 | **Ken Calvert seat."** | 05:59:43 |
| 12 | **          Did I read that correctly?** | 05:59:44 |
| 13 | A       Correct. | 05:59:45 |
| 14 | **Q       And you made that statement; correct?** | 05:59:46 |
| 15 | A       Correct. | 05:59:47 |
| 16 | **Q       And in this particular sentence you are** | 05:59:48 |
| 17 | **talking about congressional district 41 that belonged to** | 05:59:52 |
| 18 | **Ken Calvert out in Riverside and is now in the gateway** | 05:59:56 |
| 19 | **cities of Los Angeles; correct?** | 06:00:00 |
| 20 | A       Correct. | 06:00:03 |
| 21 | **Q       Next page, 31, top of the page, lines one** | 06:00:04 |
| 22 | **through five, "So I think there are opportunities there** | 06:00:27 |
| 23 | **in the substance of the maps and the outcomes of the** | 06:00:32 |
| 24 | **maps, and I think there's a lot of opportunities in** | 06:00:35 |
| 25 | **terms of kind of those VRA concerns as well."** | 06:00:38 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    290

| | | |
|---|---|---|
| 1 | **Did I read that correct?** | 06:00:41 |
| 2 | A        Yeah, that's -- I don't recall exactly saying | 06:00:44 |
| 3 | that, but that's in the transcript.  It seems a little | 06:00:46 |
| 4 | garbled, seems like a little bit of a word salad. | 06:00:49 |
| 5 | **Q        Do you deny making that statement?** | 06:00:53 |
| 6 | MR. MANOLIUS:  Objection, misstates his | 06:00:54 |
| 7 | testimony. | 06:00:56 |
| 8 | THE WITNESS:  I don't have a reason to deny | 06:00:56 |
| 9 | saying that, but looking at this transcript I -- it | 06:00:58 |
| 10 | looks a little bit disjointed. | 06:01:02 |
| 11 | MR. MEUSER Q:  And you used the phrase "VRA | 06:01:11 |
| 12 | concerns."  Do you see that phrase? | 06:01:15 |
| 13 | A        Yes. | 06:01:16 |
| 14 | **Q        What does "VRA concerns" mean to you?** | 06:01:18 |
| 15 | A        I don't know. | 06:01:21 |
| 16 | MR. MEUSER:  Mr. Mitchell, you asked for a | 06:01:32 |
| 17 | short break.  Let's go ahead and take a 10-minute break | 06:01:34 |
| 18 | at this time. | 06:01:37 |
| 19 | THE WITNESS:  Thank you. | 06:01:38 |
| 20 | MR. MEUSER:  And counsel and I will go over | 06:01:38 |
| 21 | our notes and see if we can wrap this up. | 06:01:40 |
| 22 | MR. MANOLIUS:  Great.  Thank you very much. | 06:01:42 |
| 23 | THE VIDEOGRAPHER:  The time is 6:01 p.m.  We | 06:01:44 |
| 24 | are going off the record. | 06:01:50 |
| 25 | (Whereupon a recess was taken.) | 06:11:06 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    291

| | | |
|---|---|---|
| 1 | THE VIDEOGRAPHER:  We are back on the record. | 06:11:06 |
| 2 | The time is 6:11 p.m. and this marks the beginning of | 06:11:16 |
| 3 | videotape number seven in the deposition of Paul | 06:11:21 |
| 4 | Mitchell, which is being taken at Hansen Bridgett, LLP, | 06:11:24 |
| 5 | 500 Capitol Mall, Suite 1500, Sacramento, California. | 06:11:28 |
| 6 | The videographer is Nicholas Coulter here on | 06:11:33 |
| 7 | behalf of Array Legal Services. | 06:11:37 |
| 8 | MR. MEUSER:  Mr. Mitchell, you understand | 06:11:39 |
| 9 | you're still under oath? | 06:11:43 |
| 10 | A     Yes. | 06:11:44 |
| 11 | **Q     A couple cleanup questions, so we're going** | 06:11:44 |
| 12 | **back to questions that you were asked earlier today.** | 06:11:46 |
| 13 | **I believe you were testifying earlier that you** | 06:11:49 |
| 14 | **had been paid by the DCCC by Jeffries, Hakeem Jeffries** | 06:11:51 |
| 15 | **and by HMP, House Majoirity PAC.  How did you receive** | 06:12:01 |
| 16 | **those payments?** | 06:12:04 |
| 17 | MR. MANOLIUS:  Objection.  I think misstates | 06:12:06 |
| 18 | his testimony.  I don't believe -- have they all been | 06:12:08 |
| 19 | paid? | 06:12:11 |
| 20 | THE WITNESS:  Yeah, they have all been paid. | 06:12:11 |
| 21 | MR. MANOLIUS:  Sorry.  Go ahead. | 06:12:12 |
| 22 | THE WITNESS:  Wires. | 06:12:14 |
| 23 | MR. MEUSER Q:  And who were the wires sent to? | 06:12:16 |
| 24 | A     Redistricting Partners. | 06:12:18 |
| 25 | **Q     Redistricting Partners or to your accountant?** | 06:12:19 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                      292

| | | |
|---|---|---|
| 1 | A        To the bank. | 06:12:22 |
| **2** | **Q        Okay.** | 06:12:23 |
| 3 | A        Yeah, to my bank account, not to the | 06:12:24 |
| 4 | accountant. | 06:12:28 |
| **5** | **Q        Do you know who Swing Strategies is?** | 06:12:29 |
| 6 | A        Yes. | 06:12:32 |
| **7** | **Q        This is our opportunity to take care of this.** | 06:12:33 |
| 8 | A        You can go for it, you can clean this up. | 06:12:35 |
| 9 | This is it. | 06:12:37 |
| **10** | **Q        That's what I'm trying to do.** | 06:12:37 |
| 11 | A        Yeah.  Yeah. | 06:12:39 |
| **12** | **Q        So you know what I mean by Swing Strategies;** | 06:12:40 |
| **13** | **correct?** | 06:12:44 |
| 14 | A        Yes. | 06:12:44 |
| **15** | **Q        And there is in the public disclosure the** | 06:12:44 |
| **16** | **person who, the address --** | 06:12:47 |
| 17 | A        On the invoice? | 06:12:50 |
| **18** | **Q        -- on the invoice where DCCC sent the payment** | 06:12:51 |
| **19** | **it went to Swing Strategies; correct?** | 06:12:55 |
| 20 | A        It went to Ken Andreas.  It went to | 06:12:57 |
| 21 | Redistricting Partners, but my accountant is Ken | 06:13:00 |
| 22 | Andreas. | 06:13:04 |
| **23** | **Q        Okay.  And who is Ken Andreas?** | 06:13:04 |
| 24 | A        Ken Andreas is an accountant that I have had | 06:13:06 |
| 25 | since 2011, a personal friend, and decades ago Matt | 06:13:10 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                              293

```
 1   Rexford, who is a republican consultant, helped me get      06:13:17
 2   my accounting set up with his accountant, Ken Andreas.      06:13:23
 3   He's a good friend.                                          06:13:25
 4   Q        And what's Ken Andreas's relationship with         06:13:26
 5   Swing Strategies?                                            06:13:28
 6   A        He is also their accountant.                        06:13:29
 7   Q        And so the address for your bookkeeper is Ken       06:13:32
 8   Andreas; correct?                                            06:13:34
 9   A        Yes.                                                06:13:35
10   Q        And Ken Andreas happens to also be the             06:13:36
11   bookkeeper for Swing Strategies; correct?                   06:13:38
12   A        Yes.  Swing Strategies was the no campaign.        06:13:40
13   Small world.                                                 06:13:46
14   Q        Yeah, but I'm actually trying to help you with     06:13:47
15   this one.                                                    06:13:50
16            Earlier today we were talking about               06:13:54
17   disaggregating political data.  Do you remember that        06:13:59
18   conversation?                                                06:14:02
19   A        I forgot about it, but, yes.                        06:14:02
20   Q        And in that conversation you were talking          06:14:04
21   about when a census block, when census blocks and           06:14:06
22   presincts did not align; correct?                           06:14:09
23   A        I was talking about when census blocks are         06:14:12
24   necessary within precinct boundaries.                        06:14:15
25   Q        It is my understanding that CVAP data is not       06:14:18
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          294

| | | |
|---|---|---|
| 1 | available at the census block level, so how would you | 06:14:21 |
| 2 | use CVAP data to disaggregate election results? | 06:14:24 |
| 3 | A        The same way, because unlike what I think you | 06:14:30 |
| 4 | were inferring in the question about a nonalignment -- | 06:14:32 |
| 5 | Q        Yes. | 06:14:35 |
| 6 | A        -- census blocks always align to block groups, | 06:14:35 |
| 7 | so there's always alignment, so it's exactly the same | 06:14:38 |
| 8 | methodology that I discussed earlier. | 06:14:42 |
| 9 | Q        Okay.  And what components of the State's | 06:14:44 |
| 10 | database would you use for disaggregation? | 06:14:48 |
| 11 | A        I would -- don't recall if Jacob | 06:14:51 |
| 12 | Thompson-Fisher would have been the one that did that so | 06:14:54 |
| 13 | I don't recall.  I don't even -- yeah, I don't recall. | 06:14:57 |
| 14 | Q        Do you ever use racial data to disaggregate | 06:15:00 |
| 15 | election results to census blocks? | 06:15:04 |
| 16 | MR. MANOLIUS:  Objection, to the extent answer | 06:15:06 |
| 17 | outside of the Prop 50 matter.  Otherwise, it's | 06:15:10 |
| 18 | legislative privilege. | 06:15:13 |
| 19 | THE WITNESS:  Yeah.  In the history of our | 06:15:14 |
| 20 | company and the way that we do work, we would not be | 06:15:16 |
| 21 | doing it like that.  That would not make sense. | 06:15:19 |
| 22 | MR. MEUSER Q:  Okay. | 06:15:21 |
| 23 | A        You would use generally population, citizen | 06:15:22 |
| 24 | voting age total population, because you're trying to | 06:15:26 |
| 25 | disaggregate votes cast or registered voter registration | 06:15:29 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                           295

```
 1   numbers.                                                06:15:34

 2   Q        When creating the Prop 50 maps, what data sets 06:15:36

 3   did you use?                                            06:15:40

 4            MR. MANOLIUS:  Objection, legislative          06:15:41

 5   privilege.  I instruct you not to answer.               06:15:43

 6            MR. MEUSER Q:  Mr. Mitchell, you're not        06:15:46

 7   answering that question at the instruction of your      06:15:47

 8   attorney?                                               06:15:49

 9   A        Correct.                                       06:15:49

10   Q        Did you use election results when drafting the 06:15:50

11   Proposition 50 maps?                                    06:15:56

12            MR. MANOLIUS:  Same objection, instruct you    06:15:58

13   not to answer.                                          06:15:59

14            MR. MEUSER Q:  And, Mr. Mitchell, you're not   06:16:00

15   answering my question at the instruction of your        06:16:01

16   attorney?                                               06:16:03

17   A        Correct.                                       06:16:03

18   Q        Which election results did you look at when    06:16:05

19   drawing the Proposition 50 maps?                        06:16:11

20            MR. MANOLIUS:  Same objection, same            06:16:13

21   instruction.                                            06:16:15

22            MR. MEUSER Q:  And, Mr. Mitchell, you're not   06:16:16

23   answering my question at the instruction of your        06:16:18

24   attorney?                                               06:16:21

25   A        Correct.                                       06:16:21
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    296

| | | |
|---|---|---|
| 1 | Q        Mr. Mitchell, earlier today we were looking at | 06:16:22 |
| 2 | the atlas that you created for the DCCC; correct? | 06:16:26 |
| 3 | A        Yes. | 06:16:29 |
| 4 | Q        And in that there was the box of every single | 06:16:29 |
| 5 | congressional district where it showed the voter | 06:16:32 |
| 6 | registration numbers for that district; correct? | 06:16:35 |
| 7 | A        Correct. | 06:16:36 |
| 8 | Q        Where did you get that data that you used in | 06:16:37 |
| 9 | the atlas that you gave to the DCCC? | 06:16:41 |
| 10 | MR. MANOLIUS:  You can answer. | 06:16:45 |
| 11 | THE WITNESS:  I think a better way to state it | 06:16:46 |
| 12 | is that this data that is in that, on that map, its | 06:16:48 |
| 13 | origin is from the statewide database. | 06:16:53 |
| 14 | MR. MEUSER Q:  So when building the maps in | 06:16:58 |
| 15 | your software, the statewide database would tell you | 06:17:01 |
| 16 | what the political breakdown of that district is; | 06:17:07 |
| 17 | correct? | 06:17:12 |
| 18 | MR. MANOLIUS:  Objection, legislative | 06:17:12 |
| 19 | privilege, instruct you not to answer. | 06:17:18 |
| 20 | MR. MEUSER Q:  Mr. Mitchell, you're not | 06:17:22 |
| 21 | answering my question today because of the direction of | 06:17:23 |
| 22 | your attorney? | 06:17:25 |
| 23 | A        Yes. | 06:17:26 |
| 24 | Q        Okay.  Prior to working on Proposition 50 | 06:17:27 |
| 25 | maps, when you're doing one of these hundreds of other | 06:17:30 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          297

```
1    redrictings, would you use statewide data, the          06:17:32

2    statewide database?                                       06:17:38

3    A        In prior redistricts we do use statewide         06:17:39

4    database, yes.                                            06:17:42

5    Q        And when you draw a district using statewide     06:17:43

6    database in your system does it tell you the political    06:17:48

7    registration number for each district?                    06:17:54

8             MR. MANOLIUS:  Objection, vague.  You mean as    06:18:01

9    a general matter, and outside the Prop 50 process?        06:18:02

10            MR. MEUSER Q:  My question specifically said     06:18:06

11   all of the examples prior to Prop 50.                     06:18:07

12            MR. MANOLIUS:  Okay.  Thank you.                 06:18:10

13            THE WITNESS:  I wouldn't use it at all.  We      06:18:11

14   wouldn't use voter registration when we do municipal      06:18:13

15   redistricts, because its voter criteria that's            06:18:17

16   precluded, so we exclude it.                              06:18:21

17            And in the instances where we have put it in     06:18:22

18   have been infrequent and would have been not for          06:18:24

19   municipal work.  Maybe in 2021 we would have put a PDI    06:18:28

20   voter file in there as analysis, but it's not something   06:18:33

21   that we regularly use in our data sets.                   06:18:36

22   Q        So the atlas that you have put together that     06:18:39

23   has the racial breakdowns of Hispanics, correct, in this  06:18:42

24   atlas it has the breakdown of Hispanics in every single   06:18:49

25   district; correct?                                        06:18:53
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    298

| | | |
|---|---|---|
| 1 | MR. WOODS:  Objection, mischaracterizes the | 06:18:54 |
| 2 | document.  It speaks for itself. | 06:18:56 |
| 3 | MR. MANOLIUS:  I'll join. | 06:18:57 |
| 4 | THE WITNESS:  The document has the racial | 06:19:00 |
| 5 | breakdowns by total population in the 2020 census and | 06:19:01 |
| 6 | through the CVAP, yes. | 06:19:05 |
| 7 | MR. MEUSER Q:  And has it for Hispanics; | 06:19:08 |
| 8 | correct? | 06:19:09 |
| 9 | A    Yes. | 06:19:09 |
| 10 | Q    And as it has it for Blacks; correct? | 06:19:10 |
| 11 | A    Yes. | 06:19:12 |
| 12 | Q    And it has it for Asians; correct? | 06:19:12 |
| 13 | A    Yes. | 06:19:15 |
| 14 | Q    But it doesn't have it for whites; correct? | 06:19:15 |
| 15 | A    It has an "other" category and the other is | 06:19:18 |
| 16 | white and/or the -- there is a CVAP of Alaska native, | 06:19:23 |
| 17 | it's AIAN, Alaska native, and basically the Hawaiian | 06:19:30 |
| 18 | population and others like that, so there's -- that's in | 06:19:36 |
| 19 | the "other." | 06:19:38 |
| 20 | Q    Okay.  That particular data set, you know, | 06:19:39 |
| 21 | the -- | 06:19:46 |
| 22 | A    American Indian Alaska Native.  Sorry. | 06:19:47 |
| 23 | Q    In the atlas you have the breakdown of how | 06:19:50 |
| 24 | many people are in each population group.  Is that | 06:19:53 |
| 25 | something that you print with all your other | 06:19:57 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          299

1    redistricting atlases that you do for other clients?          06:20:00

2    A        Yes.  In different varieties, like I said in         06:20:03

3    Alaska it would show Alaska native and not something          06:20:08

4    else.                                                         06:20:11

5    Q        Understand.  So you regularly print atlases          06:20:11

6    for your clients that list out the racial breakdowns of       06:20:17

7    each district and call it -- and insert it into your          06:20:21

8    atlas; is that correct?  Is that a "yes"?                     06:20:26

9    A        Yes.                                                 06:20:29

10   Q        And here after Prop 50 you created an atlas          06:20:30

11   for the Legislature and it included in this atlas the         06:20:34

12   racial breakdowns of the various racial ethnicities for       06:20:37

13   each congressional district; correct?                         06:20:44

14   A        Yes.                                                 06:20:46

15            MR. MANOLIUS:  Asked and answered.  You can          06:20:46

16   answer.                                                       06:20:47

17            THE WITNESS:  Yes.                                   06:20:48

18            MR. MEUSER Q:  So when, I am again asking            06:20:53

19   prior to Prop 50, when you're using your software and         06:20:56

20   you have drawn a district using the statewide database        06:21:03

21   you are able to see the racial breakdown of that              06:21:08

22   district; correct?                                            06:21:13

23            MR. MANOLIUS:  Objection, vague.  I am not           06:21:19

24   sure I understand the question.  You can answer, if you       06:21:20

25   do.                                                           06:21:22

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          300

```
 1            THE WITNESS:  As a general rule we normally      06:21:23

 2    would be able to, but it would be, there's so many       06:21:27

 3    different programs we use potentially it wouldn't be on  06:21:29

 4    or maybe it would be in another program, so not every    06:21:33

 5    time.                                                     06:21:37

 6            MR. MEUSER Q:  But you print that data in your    06:21:38

 7    atlas every single time; correct?                        06:21:40

 8    A       Yeah.  This is a stand alone separate program.   06:21:42

 9    We throw a shape file in and it produces this --         06:21:46

10    Q       Okay.                                            06:21:50

11    A       -- as a stand alone program.                     06:21:51

12            Your talking about when you're drawing           06:21:53

13    districts, this isn't something you use when you're      06:21:55

14    drawing districts, it's something you use to put out a   06:21:56

15    final product for a client.                              06:22:00

16    Q       Okay.  But you have the data of what the         06:22:02

17    racial breakdown is for every single district that you   06:22:07

18    use to put together the shape, put together these        06:22:10

19    atlases; correct?                                        06:22:14

20    A       In my normal redistricting course of my normal   06:22:14

21    business redistricting.                                  06:22:18

22    Q       Yes.                                             06:22:19

23    A       Outside of Prop 50, yes.                         06:22:19

24    Q       And in Proposition 50 you created an atlas       06:22:21

25    associated with the work as a result of Prop 50;         06:22:24
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                      301

```
 1  correct?                                              06:22:28

 2          MR. WOODS:  Objection, asked and answered.    06:22:28

 3          MR. MANOLIUS:  Same, join.                    06:22:29

 4          THE WITNESS:  Yes.                            06:22:32

 5          MR. MEUSER:  Julie?                           06:22:34

 6          MS. HAMILL:  May I project?                   06:22:48

 7                   FURTHER EXAMINATION                  06:22:48

 8  By: JULIE HAMILL, Attorney at Law, counsel on behalf of  06:22:48

 9  the Plaintiffs:                                       06:22:55

10          I just want to be clear --                   06:22:55

11  A       Yes.                                          06:22:57

12  Q       -- that you are refusing to answer any        06:22:57

13  questions regarding how or why you drew the Proposition  06:23:00

14  50 maps on the basis of legislative privilege?       06:23:04

15          MR. MANOLIUS:  I'm objecting to that and I'll  06:23:08

16  affirm it for you, yes, that is our position.        06:23:11

17          MS. HAMILL:  You're objecting to that        06:23:14

18  question?                                            06:23:15

19          MR. MANOLIUS:  No, I am just trying to -- the  06:23:16

20  answer to your question is yes.                      06:23:20

21          MS. HAMILL Q: I am going to ask it one more   06:23:23

22  time to make a clear record.                         06:23:24

23          I want to be clear that you are refusing to   06:23:26

24  answer any questions regarding how or why you drew the  06:23:28

25  Proposition 50 map on the basis of legislative       06:23:31
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                     302

```
 1  privilege?                                              06:23:34

 2  A         Yes, upon advice of my counsel.              06:23:34

 3            MS. HAMILL:    Thank you.                     06:23:36

 4            MR. MEUSER:  Okay.  I'll switch places with   06:23:41

 5  you.                                                    06:23:47

 6            MR. WOODS:  If you want to.                    06:23:47

 7            THE REPORTER:  33 minutes left.               06:23:58

 8            MR. WOODS:  I'll be very very quick.          06:23:59

 9                       EXAMINATION                        06:23:59

10  By: S. CLINTON WOODS, Attorney at Law, counsel on behalf 06:23:59

11  of the Defendants:                                      06:24:10

12  Q         Good evening, Mr. Mitchell.  I may have       06:24:10

13  introduced myself off the record.  I am not sure if I   06:24:13

14  have.                                                   06:24:16

15            My name is Clinton Woods.  I am a Deputy      06:24:16

16  Attorney General from the State of California           06:24:18

17  representing the State defendants in this matter.       06:24:20

18            I just have a few questions and I want to be  06:24:24

19  very clear that in my questions I am not asking about   06:24:27

20  your work on Prop 50.  I am focusing on after you       06:24:31

21  submitted the maps or Redistricting Partners submitted  06:24:38

22  the maps.                                               06:24:44

23            I am not asking for any conversations or      06:24:44

24  communications or anything that you would have learned  06:24:46

25  from your work with Prop 50, but as an individual       06:24:49
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    303

| | | |
|---|---|---|
| 1 | citizen, a California citizen. | 06:24:52 |
| 2 | Would it be fair to say that you wanted Prop | 06:24:56 |
| 3 | 50 to pass? | 06:25:01 |
| 4 | A      Yes. | 06:25:02 |
| 5 | Q      Okay.  Did you agree with the partisan aims of | 06:25:03 |
| 6 | Prop 50? | 06:25:08 |
| 7 | A      Yes. | 06:25:09 |
| 8 | MR. MANOLIUS:  Objection, vague as to the term | 06:25:10 |
| 9 | "partisan aims," but I think he understood the question | 06:25:12 |
| 10 | so -- | 06:25:14 |
| 11 | THE WITNESS:  I agreed to do it only because | 06:25:15 |
| 12 | of what Texas did.  Normally, I wouldn't agree to | 06:25:16 |
| 13 | partisan redistricting because in this case, because of | 06:25:19 |
| 14 | the circumstances, I did agree to it. | 06:25:21 |
| 15 | MR. WOODS Q:  Understood.  Are you a register | 06:25:24 |
| 16 | democrat? | 06:25:26 |
| 17 | A      Yes. | 06:25:28 |
| 18 | Q      Do you consider more democrats in Congress to | 06:25:28 |
| 19 | be a good thing? | 06:25:31 |
| 20 | A      Yes, particularly right now. | 06:25:32 |
| 21 | Q      Okay.  Did you vote for Prop 50? | 06:25:35 |
| 22 | A      I did. | 06:25:37 |
| 23 | Q      Okay.  Would it be fair to say that after you | 06:25:38 |
| 24 | submitted the map that the public interviews that you | 06:25:41 |
| 25 | did that counsel has been talking about, whatever other | 06:25:45 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                     304

```
 1    public interviews or statements you might have made were      06:25:50

 2    done with the aim of convincing people to vote for Prop       06:25:53

 3    50?                                                           06:25:57

 4    A        Clearly that would have been one of the aims,        06:25:57

 5    absolutely.                                                   06:26:00

 6    Q        Okay.  Because you agreed with the partisan          06:26:00

 7    aims of Prop 50; right?                                       06:26:03

 8    A        Yes.                                                 06:26:04

 9    Q        After you submitted the maps, I am a                 06:26:06

10    California citizen, I am guessing based on your               06:26:11

11    testimony so far, and please correct me if I'm wrong,         06:26:15

12    that you paid attention to the Prop 50 campaign?              06:26:18

13    A        Quite a bit, yes.                                    06:26:21

14    Q        Okay.  Did you see any political                     06:26:22

15    advertisements about Prop 50?                                 06:26:28

16    A        Quite a lot, yes.                                    06:26:29

17    Q        Okay.  Where did you see them?                       06:26:30

18    A        Mostly on social media.  I didn't see the           06:26:32

19    YouTube ads because I paid for the one where I don't          06:26:35

20    have to see the ads.                                          06:26:38

21    Q        Okay.  So did you see any ads on television?         06:26:39

22    A        I did see some ads on television.                    06:26:42

23    Q        Okay.  I am a sports fan so I saw a lot of ads       06:26:44

24    both for and against Prop 50 on every Warriors game that      06:26:48

25    I watched.  Did you see --                                    06:26:54
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                        305

```
 1   A        I am a huge sports fan, but they weren't      06:26:55

 2   putting the ads on my obscure Belgian bike races.      06:26:58

 3   Q        Fair enough.  Fair enough.  So you saw these  06:27:02

 4   ads on the Internet?                                   06:27:03

 5   A        Mostly, yes.                                  06:27:04

 6   Q        Did you see or did you hear any ads on the    06:27:05

 7   radio?                                                 06:27:09

 8   A        I heard ads on podcasts.                      06:27:10

 9   Q        Okay.  All right.  Were these ads pro Prop 50 06:27:14

10   or anti Prop 50 or both?                               06:27:21

11   A        Both.                                         06:27:23

12   Q        And I realize that this is a big question, but 06:27:24

13   can you give me an estimate of how many ads you saw on  06:27:27

14   line, about Prop 50?                                   06:27:33

15   A        How many unique different ads?                06:27:34

16   Q        Sure.                                         06:27:37

17   A        Yeah.  So I saw probably a dozen different ads 06:27:37

18   and I saw them, many of them several times over and    06:27:41

19   over.                                                  06:27:46

20   Q        Okay.  And when you say a dozen different ads  06:27:46

21   would that be pro Prop 50, anti Prop 50 or both?       06:27:48

22   A        Both.                                         06:27:55

23   Q        And you?                                      06:27:56

24   A        Even the ones they put me in.                 06:27:57

25   Q        Even the ones they put you in.  How many ads  06:27:59
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    306

| | | |
|---|---|---|
| 1 | did you see they put you in? | 06:28:03 |
| 2 | MS. HAMILL:  Objection, relevance. | 06:28:06 |
| 3 | THE WITNESS:  Four. | 06:28:09 |
| 4 | MR. WOODS Q:  What's that? | 06:28:09 |
| 5 | A      Four ads. | 06:28:10 |
| 6 | Q      Oh, okay.  Let's see.  And how many ads did | 06:28:11 |
| 7 | you hear on a podcast? | 06:28:15 |
| 8 | A      Maybe, half a dozen.  It was not as frequent. | 06:28:17 |
| 9 | Q      Okay.  Of the pro Prop 50 advertisements that | 06:28:23 |
| 10 | you either saw or heard, how many of those pro Prop 50 | 06:28:27 |
| 11 | advertisements mentioned partisan gain? | 06:28:32 |
| 12 | A      I would say every one of them mentioned | 06:28:36 |
| 13 | partisan gain or anti-Trump, which is a cue for partisan | 06:28:41 |
| 14 | pushing back on republicans, yeah. | 06:28:46 |
| 15 | Q      That was going to be my next question is how | 06:28:49 |
| 16 | many of them mentioned President Trump? | 06:28:51 |
| 17 | A      Almost every one of them. | 06:28:53 |
| 18 | Q      Almost every one.  How many of them mentioned | 06:28:54 |
| 19 | Texas? | 06:28:57 |
| 20 | A      Almost every one of them. | 06:28:58 |
| 21 | Q      Okay.  Of the anti Prop 50 advertisements that | 06:29:00 |
| 22 | you saw -- | 06:29:05 |
| 23 | A      Uh-huh. | 06:29:05 |
| 24 | Q      -- and let me ask the question:  The ads that | 06:29:06 |
| 25 | you were in, were those anti Prop 50 ads? | 06:29:08 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    307

| | | |
|---|---|---|
| 1 | A        They were the "No on Prop 50" ads, yes. | 06:29:10 |
| 2 | Q        **How many of them, of those anti ads mentioned** | 06:29:14 |
| 3 | **democratic partisanship?** | 06:29:17 |
| 4 | A        Almost every one of them, I think, yeah. | 06:29:20 |
| 5 | Q        **How many of them?  You said about four of them** | 06:29:22 |
| 6 | **mentioned you; is that right?** | 06:29:25 |
| 7 | A        Yeah. | 06:29:27 |
| 8 | Q        **Okay.  And do you recall what they said about** | 06:29:27 |
| 9 | **you?** | 06:29:32 |
| 10 | A        They would put me in a montage of legislators, | 06:29:32 |
| 11 | Governor Newsom, and special interests and shady, they | 06:29:37 |
| 12 | do, like, a shady image of me. | 06:29:44 |
| 13 | Q        **You were in, like, black and white?** | 06:29:46 |
| 14 | A        In a couple of them. | 06:29:47 |
| 15 |          MS. HAMILL:  Objection.  Relevance. | 06:29:49 |
| 16 |          MR. WOODS Q:  I'll get there.  So they | 06:29:51 |
| 17 | mentioned you alongside Gavin Newsom; correct? | 06:29:53 |
| 18 | A        Yes. | 06:29:55 |
| 19 | Q        **Other prominent democrats?** | 06:29:56 |
| 20 | A        Nancy Pelosi. | 06:29:59 |
| 21 | Q        **Right.  Did you see any pro Prop 50** | 06:30:00 |
| 22 | **advertisements that originated from republicans?** | 06:30:06 |
| 23 | A        No. | 06:30:10 |
| 24 | Q        **Did you see any anti Prop 50 advertisements** | 06:30:13 |
| 25 | **that originated from democrats?** | 06:30:19 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                            308

| | | |
|---|---|---|
| 1 | A        No. | 06:30:21 |
| **2** | **Q        Of the pro Prop 50 advertisements that you** | 06:30:22 |
| **3** | **saw, dozen or so, whatever they were, how many of those** | 06:30:27 |
| **4** | **pro Prop 50 advertisements mentioned race?** | 06:30:30 |
| 5 | A        Not one. | 06:30:34 |
| 6 | MS. HAMILL:  Objection, relevance. | 06:30:36 |
| 7 | MR. WOODS Q:  Of the anti Prop 50 | 06:30:38 |
| 8 | advertisements that you saw, a dozen or so, how many of | 06:30:41 |
| 9 | those mentioned race? | 06:30:45 |
| 10 | A        I don't recall seeing that in any of those. | 06:30:48 |
| **11** | **Q        Okay.  Would it be fair to say that you are a** | 06:30:50 |
| **12** | **close observer of California politics?** | 06:30:54 |
| 13 | A        Yes. | 06:30:57 |
| **14** | **Q        Do you know as you sit here today independent** | 06:30:58 |
| **15** | **of any of your work what or who represents California** | 06:31:01 |
| **16** | **district 13 in Congress?** | 06:31:09 |
| 17 | A        Adam Gray. | 06:31:12 |
| 18 | (Whereupon Plaintiff's Exhibit 24 | 06:31:12 |
| 19 | was marked for identification.) | 06:31:12 |
| 20 | MR. WOODS Q:  I am going to hand you what's | 06:31:15 |
| 21 | been marked as Exhibit 24. | 06:31:16 |
| 22 | Exhibit 24 is has been submitted to the court, | 06:31:26 |
| 23 | it's exhibit -- at the bottom you can see it's | 06:31:30 |
| 24 | Exhibit 43 to the Eason declaration, which is a | 06:31:35 |
| 25 | declaration that my office submitted in opposition to | 06:31:42 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                              309

```
 1   the motion for preliminary injunction.                      06:31:45

 2   A       Okay.                                               06:31:47

 3   Q       And what it is is a copy of an article that         06:31:47

 4   was published on August 15th, and that was created by       06:31:51

 5   ABC 10, and my first question is:  Have you ever seen       06:31:58

 6   this article before?                                        06:32:03

 7   A       No, I probably -- if I had seen it I would          06:32:05

 8   have clicked on the video to see things like that, so I     06:32:07

 9   don't know what, if I saw the article.                      06:32:10

10   Q       Fair enough.  If you look at page two of the        06:32:12

11   exhibit and it's Bates numbered CA-751 at the bottom, do    06:32:16

12   you see that?                                               06:32:23

13   A       Where am I looking at the "About"?  Which is        06:32:24

14   about?                                                      06:32:28

15   Q       At the CA-751.                                      06:32:29

16   A       I see that, yeah, yeah.                             06:32:31

17   Q       Okay.  Great.  So that page, if you see, if         06:32:32

18   you look at the -- well, first of all, the top paragraph    06:32:39

19   on that page, it mentions you.                              06:32:43

20           Do you see that?                                    06:32:45

21   A       "ABC 10 obtained a draft proposal," that one?       06:32:46

22   Q       Yes.                                                06:32:50

23   A       Yes.  Oh, yeah, "Headed by Sacramento based         06:32:51

24   data consultant Paul Mitchell."                             06:32:54

25   Q       That's you?                                         06:32:56
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                        310

```
 1    A        That is me.                                06:32:56

 2    Q        Okay.                                      06:32:57

 3    A        I drew the maps.                           06:32:57

 4    Q        All right.  And there's a quote there that 06:32:59

 5    says, "There's the changes where we sought to increase 06:33:02

 6    the partisanship of a district so that we could get a  06:33:07

 7    democrat elected in order to combat what Trump is   06:33:10

 8    doing."                                             06:33:14

 9             Did I read that correctly?                 06:33:14

10    A        That is correct.                           06:33:16

11    Q        Do you believe that you said that?         06:33:17

12    A        Yes.                                       06:33:19

13    Q        There's an additional quote.  "Then there's 06:33:20

14    the other districts, where you might see people moving 06:33:23

15    because of all of the other movements."             06:33:26

16             Did I read that correctly?                 06:33:29

17    A        Yes.                                       06:33:30

18    Q        Do you believe you said that?              06:33:31

19    A        Yes.                                       06:33:32

20    Q        And then moving further down this page, about 06:33:33

21    halfway down, a little bit more than halfway down   06:33:37

22    there's a paragraph that is a quotation that is     06:33:39

23    something that you said and I am going to read it here. 06:33:43

24             It says, "We have these five democratic    06:33:47

25    pickups, but we also have about five seats where we have 06:33:52
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    311

| 1 | democrats who, you know, maybe won by a couple hundred | 06:33:55 |
| 2 | votes in the last election and we can't afford for a | 06:33:59 |
| 3 | republican to pick that seat up and eat into those | 06:34:02 |
| 4 | potential gains." | 06:34:06 |
| 5 | Did I read that correctly? | 06:34:08 |
| 6 | A    Yes. | 06:34:09 |
| 7 | Q    All right.  Do you believe you said that? | 06:34:10 |
| 8 | A    Yes. | 06:34:11 |
| 9 | Q    And then the quote continues, "So we did a lot | 06:34:13 |
| 10 | to bolster democratic candidates up and down the state | 06:34:16 |
| 11 | that are potentially in tough races, like Adam Gray in | 06:34:20 |
| 12 | the Central Valley." | 06:34:23 |
| 13 | Did I read that correctly? | 06:34:25 |
| 14 | A    That is correct. | 06:34:26 |
| 15 | Q    Do you believe you said that? | 06:34:27 |
| 16 | A    Yep.  That's not even August 15th.  That's a | 06:34:28 |
| 17 | very quick reporter. | 06:34:35 |
| 18 | Q    All right.  Let me just check my notes.  I | 06:34:37 |
| 19 | think that's all I have. | 06:34:50 |
| 20 | A    Thank you very much. | 06:34:52 |
| 21 | MR. WOODS:  Thank you, Mr. Mitchell. | 06:34:53 |
| 22 | THE VIDEOGRAPHER:  Is that everyone?  All | 06:34:57 |
| 23 | right.  The time is 6:34 p.m. | 06:34:58 |
| 24 | MR. MANOLIUS:  I have a few. | 06:35:02 |
| 25 | THE VIDEOGRAPHER:  This is the end of today's | 06:35:03 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                              312

1    deposition.                                                    06:35:05

2              THE REPORTER:  Mr. Meuser, you're responsible

3    for the O&1?

4              MR. MEUSER:  Yes, and I want a rough draft

5    ASAP.

6              MS. HAMILL:  Rough draft and certified

7    electronic copy ASAP.

8              MR. WOODS:  Rough draft and certified copy.

9              MR. MANOLIUS:  Rough draft and certified copy.

10             MR. DeNEVERS:  Certified copy electronic.

11             MR. DODGE:  Certified copy electronic.

12             THE REPORTER:  Thank you.

13             (Whereupon the proceedings were

14             concluded at 6:35 p.m.)

15

16

17

18

19

20

21

22

23

24

25

1       CERTIFICATE OF CERTIFIED SHORTHAND REPORTER

2            I, LINDA J. HART, the officer before whom

3   the foregoing deposition was taken, do hereby certify

4   that the foregoing transcript is a true and correct

5   record of the testimony given; that said testimony was

6   taken by me stenographically and thereafter reduced to

7   typewriting under my direction; that reading and signing

8   was not requested; and that I am neither counsel for,

9   related to, nor employed by any of the parties to this

10  case and have no interest, financial or otherwise, in

11  its outcome.

12           IN WITNESS WHEREOF, I have hereunto subscribed my

13  signature on this 12th day of December,

14  2025.

15

16

17                          _Linda Hart_

18

19                          _____
                            LINDA J. HART, CSR #4357
20                          RMR/CRR

21

22

23

24

25

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

**$**

**$0.33**
229:17

**$108,000**
53:15
228:17
229:3,8

**$108,333.33**
229:9

**$108,333.34**
229:11

**$325,000**
228:12
230:20

**0**

**000043**
71:18

**000045**
71:18

**00005**
60:9

**00009**
60:9

**000177**
228:22

**000183**
53:22

**000192**
53:23

**062025**
47:8

**1**

**1**
11:14 20:7,9

**1,000**
278:2

**10**
15:3 96:22
99:14 121:5,
7 122:18
125:24
127:22
128:15
130:7
133:22
143:4,10
147:11
150:2
156:22
172:9
181:22
183:5,9
197:17
200:14
212:11
241:12
282:20,21
309:5,21

**10-minute**
158:21
290:17

**10-percent**
83:11,12
249:11
284:8

**100**
18:17
153:14
158:2 183:6
261:15

**100-mile**
184:25

**10:08**
11:2,20

**10th**
11:1,19
21:21 189:2,
5

**11**
53:8 105:8
115:14
167:23
173:12,14,
18 197:20
207:22
209:9,10
213:12

**11:09**
59:20

**11:22**
59:24 60:4

**11:33**
72:9

**12**
53:8 69:23
105:4
121:10
176:17,23
180:13,17
197:24
207:22
289:4

**120**
38:6,8

**12:11**
95:23 96:1

**13**
55:23 99:16,
18,24
107:21
108:5 109:4,
18 123:1
131:8
184:13,15
198:2

199:24
251:9
259:18
260:22
270:2
274:18
308:16

**14**
99:24 105:6
109:4,18
110:25
111:1 161:9,
14 163:1
185:14,17
194:1 198:5
259:17
271:6
281:17,20
287:11,19,
22 288:20

**14th**
45:24 46:19
47:8 48:4,
12,24 49:2
53:1 56:10
57:16,18,21

**15**
66:10
113:22
189:11,12,
21 190:20
198:8
201:13
205:10
259:17
272:3,21

**15-minute**
241:12

**1500**
11:4,22 60:2
96:8 159:5
179:23

241:23
291:5

**15th**
29:16 46:19,
23 49:2 51:5
55:23 56:5,7
57:19,25
58:4,14
62:25 64:3
65:3 66:25
70:13 71:1,
24 72:8,16
82:5,23
96:13 97:15
159:9 160:9,
18 164:20
165:21
167:16,17
184:21,22
186:5
187:11
209:13
214:13,15,
18 229:25
233:4,5
234:4,19,24
235:7,15,16,
19,20,23
236:20
238:5,19,25
239:4,12
249:16,24
250:3
268:24
270:25
309:4
311:16

**16**
44:11 45:17
66:10
107:21
108:5
193:22

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

198:11
199:16,17,
19 211:18,
19 212:7,23
213:4
257:23
258:3 270:4
279:2
282:24
287:18

**17**
125:12
127:19
137:1,11
138:24
198:14
214:24,25
215:3,6,7
258:3 267:6,
13

**17th**
114:3
127:11

**18**
104:17
137:16
198:17
199:24
218:19
219:1 272:3

**180**
21:9

**1822**
217:9

**19**
44:20,21
125:22
134:21
198:23,24
208:13
216:17

217:18,21
218:15
221:17,21
249:11
258:17
272:3

**19th**
167:16

**1:00**
180:22

**1:04**
96:3,5

**1st**
181:6
236:20,21,
22 237:15
238:6,19,25
239:4,11
241:6

---

**2**

**2**
20:25 21:2
44:11 53:6

**20**
15:3 39:4
88:21
104:17
107:21
108:5
115:22
126:2
204:22,24
222:2,4

**200**
66:18,22

**2008**
39:24

**2010**
252:4

**2010-ish**
113:23

**2011**
111:15
251:21
252:4,20
254:22
292:25

**2012**
251:9,19,21

**2013**
251:19,21

**2019**
216:18
218:16

**2020**
192:11
193:1 298:5

**2021**
111:15
112:5,8
118:3,7,17
119:6,10,15,
18 120:11
121:1,8
122:8 132:7,
11 133:2
135:10,21
139:13,18,
20,22 143:1
144:4
148:23
176:16
193:19,20
201:4,17
202:11,13,
15,18,20,23,
24 203:18,
19 207:10
211:10,23
217:13

253:16
254:3,4,13
255:3
271:11,13
288:22
297:19

**2021-cycle**
213:3

**2022**
217:8,10,12

**2023**
216:18
217:10,16
218:10,16

**2025**
11:2,19
21:21 22:24
25:11 42:5,
13 44:22
47:4 55:23
96:13 97:16
114:1
127:11
139:17
173:21
174:5
209:13
249:16
281:25
287:9

**2031**
106:3

**20th**
173:21
189:3,5

**21**
161:10,14
163:1
199:24
222:14,15

**22**
91:3 163:19
199:24
222:24
223:5
274:10

**23**
117:1,5
200:16,17
202:20
216:18
217:18,22
218:16
228:19,22
281:17

**23rd**
202:18
225:10

**24**
105:8 117:2,
5 120:14
121:12
122:16
125:12
127:19,21
128:6
200:17
204:21,23,
24 272:15,
19,22
308:18,21,
22

**24th**
121:8
202:15,23
241:6
259:11,12,
16

**25**
128:6
130:13
134:20,21

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

**137:2**
199:24
205:13
239:20
272:15,19
285:2,12

**26**
161:7,10
163:1,19

**26th**
20:12

**27**
91:4 137:1
140:17

**28**
137:2
140:19,24

**29**
199:24
282:23
285:22

**2:25-cv-
10616-jls-
wlh-kkl**
11:18

**2:27**
158:23

**2:41**
159:2

**2nd**
29:13,18
30:6,9,25
31:10 55:24
66:15,25
159:9 160:8,
17 164:19
165:20
214:13,18
216:5
232:18

233:4 234:3,
19,24 235:7
259:11
268:24
270:24
281:25

**3**

**3**
21:19,22

**30**
167:23
286:24

**31**
199:24
289:21

**33**
199:24
229:13
302:7

**333.33**
229:5

**34**
199:24
229:14
274:5

**35**
128:10
133:17
199:24
205:17

**36**
208:16

**37**
176:17,23
208:19

**38**
199:24

**39**
199:24

**3:09**
179:16

**3:22**
179:20

**3rd**
44:22 45:9,
23 47:4,8,
11,14 48:4,
12,18,24
51:5 53:2
215:8 216:6

**4**

**4**
43:15,18
52:25

**40**
133:17
134:11

**41**
134:14
142:24
199:24
203:4 204:9,
13,14 205:9
289:17

**42**
134:12
205:20,22

**43**
176:17,23
208:19
308:24

**4357**
13:10

**45(c)**
185:1

**46**
199:24

**4:48**
241:16

**4:56**
241:20

**5**

**5**
53:20,24
228:8

**5'10"**
21:14

**5-foot-7**
21:4

**50**
19:25 22:25
24:15,20
25:6 26:15,
24 27:4,18
28:3 31:1,24
32:13,18,21
34:21 35:5
40:18,20
41:4,6,11,13
43:1 48:6
51:10 57:17,
18 58:5
66:14 68:7
72:11 76:6,
12 77:8
80:9,18
81:1,10 82:5
84:8,15,21
88:24 89:6
92:1,11
93:2,22
94:20,25
95:3 98:1
103:21
104:2,21

105:1 107:9
110:14
111:5,11
114:7,9
115:4,8
116:23
117:23
119:12
120:4,8
129:8 130:1,
3,9 132:18,
22 133:3
134:6
135:14,18
139:12,19
143:4 147:3
148:2,4,17
152:9
153:12
155:14,19
156:16
157:21
158:5,17
159:10
161:23,25
162:2,6,10
163:3,5,24
164:20,23
165:5,8,11,
14,18,21,24
166:2,5
167:25
169:9,20
170:23
171:21
172:11
173:6,10,15
175:2
176:22
178:24
189:15
194:4
195:19
196:12

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

206:15,17
210:9
219:13
224:25
225:19,22
226:5,6,10
230:15
233:12
241:9
242:17
248:22
252:23
253:2
254:17
255:10
257:14,17
258:11,25
259:8,11
260:4,10
261:17,21
262:15,17
263:25
271:17,20
282:11
283:17
284:14
286:12,25
287:24
288:7,11
294:17
295:2,11,19
296:24
297:9,11
299:10,19
300:23,24,
25 301:14,
25 302:20,
25 303:3,6,
21 304:3,7,
12,15,24
305:9,10,14,
21 306:9,10,
21,25 307:1,
21,24 308:2,

4,7

**50-percent**
93:10,19
134:10,13

**500**
11:3,22 60:2
96:8 159:5
179:23
241:23
291:5

**52**
98:20 99:4,
11 100:19
119:19
124:20
125:5 138:8
154:1,24
155:25
156:20
199:25
206:4,16
215:3 216:4

**53**
119:19
124:20
125:5 138:8

**54**
154:1,25

**545**
21:15

**55**
155:25
156:21

**56**
153:24

**57**
153:25

**59**
185:19
188:6

**5:42**
64:3

**5:56**
64:10 65:3
67:21

**5th**
20:11

**6**

**6**
60:7,10
63:25 64:1
71:25 85:22

**604**
189:19

**63**
152:13,20
153:18

**65**
153:18

**6:01**
290:23

**6:02**
70:13

**6:11**
291:2

**6:34**
311:23

**6:35**
312:14

**7**

**7**
71:11,13
243:8

**8**

**8**
68:15 96:12,
14 99:15
172:9 243:8
282:24

**9**

**9**
111:1 113:5,
8 122:12
130:13
134:21
161:7 172:9
243:8

**90**
176:12

**A**

**a.m.**
11:3,20
59:20,24
60:5 72:9
180:22

**AAPI**
223:9

**AB**
189:19

**AB604**
85:10,13

**abandoning**
102:16

**ABC**
309:5,21

**abide**
248:6

**ability**

17:3 150:18
151:3,24
154:23
155:1
156:17
173:4
207:17
281:6
283:22
285:20

**absent**
73:22

**absolutely**
34:3 164:15
219:13,14
259:14
304:5

**abstract**
32:1

**abundantly**
276:3

**acceptable**
145:4,18

**access**
33:19
183:23
184:5,7
186:7
224:11

**accessible**
33:17

**accident**
57:18

**account**
166:23
224:12
292:3

**accountant**
291:25
292:4,21,24

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

293:2,6

**accountant's**
23:24

**accounting**
293:2

**accounts**
59:6

**accurately**
142:9

**acknowledge**
73:3

**ACLU**
251:22

**acquainted**
113:19,21

**ACS**
217:10,22
219:2
220:10
221:8

**Act**
15:12 73:11,
16 74:21,25
75:10,14
76:7,24 77:5
92:7 93:12
102:22
103:8,14
104:9
144:20
146:4,22
149:8,23
161:22
162:6,13,21
163:21
170:8,15,20
193:25
212:22,25
245:20
248:19,21

251:13
262:4,22
263:7,8,10,
12 267:16
268:20
269:2,10,15
272:16
273:3,15,19,
24 279:11,
25 280:8,18
281:18
282:1,4,9
284:5
285:15,17,
21

**Act's**
92:1

**action**
20:11 21:20
52:15
116:20
185:5

**actions**
52:2

**active**
79:11

**acts**
92:16

**actual**
102:1
103:15
253:13,17

**ad-libbing**
128:22

**Adam**
308:17
311:11

**add**
46:4 48:8
84:1 199:13

**added**
163:21
209:6

**addendum**
216:24

**addition**
250:6

**additional**
118:5
129:19
134:6,18
158:11
245:21
310:13

**address**
23:22 83:14
292:16
293:7

**adds**
227:20

**adjudicate**
284:6

**adjust**
37:25
171:13

**adjusted**
37:22,23
218:18

**adjustment**
59:14

**administrativ
e**
24:1

**adopting**
86:2 123:13
242:15

**adoption**
262:2

**ads**
304:19,20,
21,22,23
305:2,4,6,8,
9,13,15,17,
20,25 306:5,
6,24,25
307:1,2

**advance**
225:21

**Advancemen
t**
250:10

**advantage**
99:4 100:19
107:10
176:11

**advantageou
s**
176:6

**advertisemen
nts**
304:15
306:9,11,21
307:22,24
308:2,4,8

**advice**
94:16 302:2

**advise**
61:14

**advising**
124:11

**advocacy**
51:3,13
57:13 139:3
172:18,22
175:6
254:11,12,
15 255:21
257:9

**advocate**
134:25
173:2 203:3
263:20

**advocated**
111:23
118:10
129:20
132:7,11

**advocating**
108:19
119:16
120:1,12
135:22,23
136:11,15,
20 139:23,
24 175:2,7
176:15
201:22

**affect**
170:12

**affirm**
101:9
104:11
301:16

**afford**
311:2

**afraid**
51:17

**afternoon**
180:4

**age**
128:10
197:6
205:17
212:24
294:24

**agencies**
263:7

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

**agency**
78:8 79:12
80:4 94:8,
12,13,14,15,
17 103:16
188:10
254:10

**agent**
23:20

**aggregate**
147:21

**agnostic**
149:20

**agree**
143:24
144:6
145:11
155:5,23
156:8,20
218:15
225:5 227:2,
13,25
263:11
277:7,21
303:5,12,14

**agreed**
228:12
303:11
304:6

**agreement**
27:17,21,24,
25 28:1
30:15,19,20,
21 53:21
54:16 55:6,
21,22 56:4,
24

**agricultural**
78:25

**Aguilar**
160:8 237:3

**Aguillar**
234:15

**Ah-ha**
243:16

**ahead**
13:18 34:6
43:3 70:18
72:5 211:17
214:20
218:23
250:6 252:7
268:15
275:4 283:3
290:17
291:21

**AIAN**
298:17

**aim**
304:2

**aims**
303:5,9
304:4,7

**air**
112:13

**aired**
209:14

**Alaska**
75:25
298:16,17,
22 299:3

**Alaskan**
76:1

**Alexandra**
164:21

**align**
293:22
294:6

**aligned**
136:19

201:7

**alignment**
248:12
294:7

**aligns**
53:11

**Allard**
283:10

**Allen**
165:25

**allocation**
158:10

**allowed**
50:1 206:17

**allowing**
74:18 126:4
205:3

**almond**
78:22,24

**alongside**
307:17

**alternate**
138:25

**alternative**
85:13
106:19
107:8

**ambiguous**
39:17
230:17

**amend**
52:21 72:12
87:4,13,17,
21 88:25
89:6,14
126:8
214:19

**amendment**

**amenity**
87:1

**America**
12:3,23

**American**
216:20,23
218:11
220:21
227:10
250:9
298:22

**Amicus**
251:4

**amount**
206:14,19
229:1

**Ana**
59:15

**analyses**
203:1
232:12

**analysis**
15:21,22
22:20,23
126:4
133:13,14,
22,23 134:2
148:22
155:1
161:22,23
162:6,10,14,
22 163:2,20
205:3
230:23,24
231:2,4
251:6,10,14,
17,22
297:20

**analysts**

242:17

170:14

**and/or**
298:16

**Andreas**
292:20,22,
23,24 293:2,
8,10

**Andreas's**
293:4

**Angela**
83:4

**Angeles**
17:8 18:11,
17 117:9
118:5
119:17
122:23
125:18
184:14,19,
24 185:7
200:23
208:18
219:16,20
220:2 259:3
289:8,19

**answering**
192:21
196:23
204:18
227:6,16
228:4
231:18
232:9,15
242:25
248:25
253:5
256:19
264:5 266:4
270:20
271:4,24
281:14

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

282:15
286:21
289:1 295:7,
15,23
296:21

**anti**
305:10,21
306:21,25
307:2,24
308:7

**anti-trump**
306:13

**anymore**
105:19
125:13

**apologies**
143:13

**apologize**
50:13 82:18
161:12

**apparently**
19:21

**appearance**
20:12
115:11

**appeared**
11:7

**appearing**
11:24
184:22
185:7

**appears**
71:23
186:19
283:15

**applies**
28:10 73:17
156:22

**apply**
28:16 73:24

**approach**
139:10

**approaching**
148:8

**approved**
20:4 64:4

**approximately**
182:18
233:15
239:23

**Aquilar**
234:9

**arbiter**
284:21

**area**
39:23 79:24
87:3 122:22
126:5,13,14
137:17,23
158:12
177:19
205:4
207:23
284:18

**areas**
78:25
137:23
146:21
155:6
156:13,22
175:2 207:5

**argue**
149:22
172:19

**argued**
108:11

**arguing**
279:19

**argument**
138:10,12,
22 139:9

**argumentative**
117:18

**arguments**
76:2 137:20
138:9
139:22
146:5

**Armenian**
79:22 146:6,
9

**Armenians**
76:2

**Armenta**
25:22 31:17
253:21,22,
23,24 254:2,
17

**Armenta's**
254:5

**Arnold**
12:17

**Array**
11:24 60:4
96:10 159:7
179:25
241:25
291:7

**arrested**
38:8

**article**
59:12
123:20
173:14,20,

23 174:12,
23 222:10
309:3,6,9

**articles**
221:12
226:1

**articulate**
129:21

**articulating**
120:10

**ASAP**
312:5,7

**Asian**
52:14 76:4,
18 107:25
227:10

**Asians**
298:12

**assembly**
50:16 94:19
160:10
167:13
240:20

**assert**
42:15

**asserting**
24:18 26:20,
22 29:11
141:16

**assessment**
244:18

**assign**
39:3,5,7,12,
13

**assigned**
37:13 94:11

**Associates**
13:11

**association**
107:5

**assume**
168:12
223:17

**assuming**
51:9 229:20
237:22

**assumptions**
36:23 37:2,4

**atlas**
188:9,25
189:3,7,15,
19 190:7
192:14,16
193:14
194:7 203:5
205:10,21
216:8
218:10
285:24,25
296:2,9
297:22,24
298:23
299:8,10,11
300:7,24

**atlases**
217:21
220:25
299:1,5
300:19

**attach**
65:6

**attached**
62:19 65:4
96:20,25
97:1 133:23
144:13
186:15
202:2

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

**attachment**
121:18,22
122:4,7

**attempt**
207:12

**attempting**
52:1

**attendance**
79:1

**attention**
43:21 89:25
93:21 99:16
104:3 105:5
117:1
134:20
161:9
167:22
304:12

**attorney**
13:21 16:17,
18,20 49:16
93:20 149:9
170:16
180:2
204:19
227:7,17
228:5 231:3,
19 232:3,10,
16 243:1
249:1
256:20
260:20
264:6 266:7,
17 267:1
269:25
270:21
271:4 272:1
275:25
276:11
281:15
286:22
295:8,16,24

296:22
301:8
302:10,16

**attorney's**
107:19
210:24

**attorney-
client**
23:5 149:13
182:24
184:10
236:12
242:22

**attorneys**
93:11 94:1,
2,18 103:14
146:3
230:15,19,
23 231:1
253:6

**audience**
102:16

**August**
29:16 44:22
45:9,23,24
46:19,23
47:4,8,11,14
48:4,12,18,
24 51:5
53:1,2 56:10
57:16,25
58:4,14
62:25 64:3
65:3 66:25
70:13 71:1,
24 72:8,16
82:5,23 95:8
96:13 97:15
99:2 159:9
160:9,18
164:20
165:21

167:17
186:5
187:11
189:2,3,5
209:13
214:14,15,
18 229:25
235:22
236:20,21,
22 237:15
238:6,19,25
239:4,11,12
241:6
249:16,24
250:3
259:11,12
268:24
270:25
309:4
311:16

**Aulisi**
13:5

**author**
87:20
151:18
174:22

**average**
216:18,20
218:17

**avoid**
61:21

**aware**
40:16 42:8,
10 46:23
56:14 57:1,
7,8,12,14
69:9 85:16
89:23 90:14
106:18
107:7,15
112:7 191:8
193:4 202:4,

5 206:2
213:3 220:1
267:3
268:23

**awhile**
208:17

___

**B**

**back**
46:10 59:23
60:12 61:6
65:7,24
67:19 72:22
85:22 88:10
96:4 105:8
109:15
115:3 120:2
122:10
123:25
124:2
125:23
127:9 128:5
129:24
130:12
132:6
134:24
136:22
138:5,7
141:6
142:14
150:1 159:1
161:6,22
166:13,21,
23 179:10,
19 196:1
199:22
203:10
208:24
235:14,18,
23,24
241:19
242:1
280:20

291:1,12
306:14

**backwards**
223:7

**bad**
21:9 101:2
146:23
203:10

**ball**
32:7

**ballot**
20:5 22:25
41:14,17
58:22 90:11,
13,16,20,25
91:1,4
108:23
110:21
114:9 174:8,
9 206:17

**ban**
146:9

**bank**
292:1,3

**banner**
247:18,20,
22

**bar**
263:12

**barbecues**
146:10

**barred**
275:20

**base**
36:15

**based**
38:21 85:17
89:5,7,16
94:12

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

107:19
120:7
135:19
156:14,17
157:24
160:5
163:11
196:13
206:13
262:8
286:19
304:10
309:23

**basement**
215:23

**basic**
87:14

**basically**
38:17 109:2
134:23
248:11
253:18
298:17

**basis**
82:14 115:1
301:14,25

**Bates**
53:22 60:8,
24 71:16
186:22,24
187:3,5
228:22
309:11

**Bay**
207:23

**BBQ**
146:9

**Beach**
128:9 133:7,
8,15,17
134:15,16,

17 136:13,
17 201:9
205:15,16,
22,23

**begin**
14:17

**beginning**
59:25 88:10
96:5 125:25
159:2
179:20
188:16
241:20
291:2

**begins**
11:12 44:20
53:21 88:7

**behalf**
11:24 12:5,
7,9,11,14,
18,20,24
13:1,5,21
60:4 96:9
159:6
179:25
180:2
225:18
241:25
271:12
291:7 301:8
302:10

**beings**
51:20

**Belgian**
305:2

**belief**
273:23

**believed**
125:4
136:13
226:19,21

**belonged**
289:17

**Ben**
165:25

**Bennett**
164:24

**Berkeley**
188:23

**Berman**
165:5

**bicycle**
232:18,19

**bidding**
86:1

**bifurcated**
154:23

**big**
274:4
305:12

**bike**
29:20
232:23,24
233:1 305:2

**bill**
87:19 88:5,
6,7,11,14,16
90:15
159:10
239:13
240:2,3
259:13

**bills**
85:11
159:10,14

**bit**
16:25 26:11
93:6 128:22
129:2
145:17

207:20
224:16
264:8 290:4,
10 304:13
310:21

**black**
39:23 52:17
75:24 76:4,
18 79:23
172:10,20
173:1,2,16
174:14
175:3,6,8,
11,15,24
176:6,13,23
307:13

**Black-
influenced**
173:6

**Blacks**
298:10

**blank**
39:11,12

**blanking**
50:17
238:13

**block**
38:24 39:2,
4,6,8,9,10
59:14 85:6
207:19,21
293:21
294:1,6

**blocks**
38:13,21,23
39:4,12,13
59:16
293:21,23
294:6,15

**bluff**
41:22 98:2

**board**
73:18 79:10
263:9

**Bob**
235:5

**bold**
127:24
147:17

**bolster**
169:3
311:10

**bolstered**
168:3 287:3
288:16

**bonus**
131:17,23

**bookkeeper**
293:7,11

**bosses**
86:2

**bottom**
44:8,18
53:22 60:8
63:25 65:1
68:14 85:24
143:14,18
150:3 206:5
212:13
308:23
309:11

**bought**
53:1

**boulevard**
78:13

**bound**
170:7

**boundaries**
74:13,14
143:22

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

144:18,24
293:24

**boundary**
59:15
206:24
207:9

**box**
112:15,16,
20 169:7,20
192:11,15
296:4

**boxes**
183:5

**Boy**
172:5

**Brad**
234:9

**break**
59:17,18
158:21
160:15
241:12,14
282:18,19
290:17

**breakdown**
296:16
297:24
298:23
299:21
300:17

**breakdowns**
297:23
298:5 299:6,
12

**breaks**
286:10

**Bridgett**
11:3,22
12:10 60:1
96:7 159:4

179:22
241:22
291:4

**briefly**
222:6

**bright**
284:21

**bring**
47:10,13
181:10,14

**Brinken**
235:4

**broad**
37:5 106:16

**broadly**
50:20 282:3

**brought**
182:8

**browser**
69:19,20

**Bryan**
94:20

**Bryan's**
95:18

**budget**
106:1

**bugging**
206:1

**building**
296:14

**built**
36:23

**bullet**
127:24
129:3
130:14
132:10,13,
18 133:1,12

204:1,5

**burden**
185:6

**burdened**
185:2

**burdensome**
182:1
208:10

**busily**
182:17

**business**
247:7
300:21

**butchered**
256:22

**buy**
36:9

**bypassed**
206:18

**byproduct**
145:23
146:15
202:4

---

**C**

**CA-751**
309:11,15

**Cal**
223:24

**Cal-poly**
223:21,24
226:25

**Caldians**
76:3

**calendar**
236:1,2,6,7,
15,16

**California**
11:4,6,17,23
12:6,8 15:12
22:24 26:23
35:16 36:8
42:4,12,13
52:14 60:3
75:19,23
76:4,13,17
77:15 78:17
84:20 91:10,
24 96:8 99:5
104:25
118:11
134:24
135:15,21
136:4,19
156:19
159:5 170:7,
12 177:25
178:17
179:23
188:15
190:21
206:2,7
216:12
219:16
220:22
233:2,7,13,
20,22,25
234:4,5
235:8
236:24
238:11
241:23
242:11,13
245:14
248:4,6
249:10
251:12
252:15
254:1
260:24
261:6,11,19

262:1
265:18,22,
23 284:5
285:14,17,
20 291:5
302:16
303:1
304:10
308:12,15

**California's**
173:16

**call**
69:7 85:7
88:13 91:21
92:13
101:19
107:1
113:15
167:6 188:9
237:8
251:16
257:24
274:19,20
299:7

**called**
11:9 35:20
41:13 44:22
72:20 91:1
123:2 128:7
184:13
185:17
186:5 188:9
203:8
205:14
211:23
238:18

**calling**
107:13
196:2
221:22
279:3

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

calls
17:15 19:8,
17 26:17
27:11 28:4
30:11 31:21
32:14 34:19
41:15,24
43:3 46:5,15
48:8,13 52:5
54:22 55:8,
15,17 56:20
57:5 58:9,
16,25 59:8
63:2 64:15,
22 65:9
66:19 68:1,
18 69:1,12
70:3,17 71:2
72:3 73:1
74:2 75:1,20
76:8,20 77:1
79:17 80:10
81:3,11
84:9,23
85:4,14,19
86:7,10,18
87:7,8,10,23
88:1 89:1,2
90:6 91:12
92:2 93:1,23
98:3 103:23
105:20,22
110:8
114:19
117:17
121:23
124:17
127:2
128:24
129:10
130:25
133:24
136:6 138:2
139:14

140:11
143:6
145:13
148:14,18
149:11,15
150:24
151:11
152:4 153:3
154:9
155:16
156:24
159:16
162:2 164:5
166:18,24
170:2
171:25
172:15
173:24
174:21
175:18
176:25
178:3,5
206:8,9
207:1 213:6
236:11
244:19,20
245:6 248:7
258:13
273:4 278:7
280:3

calmly
267:14,23
268:10,12

Caltech
221:25
222:3
223:24

Calvert
140:13,15
141:7
142:15
143:1
289:11,18

Calvert's
131:9,18
204:13

campaign
293:12
304:12

campaign's
225:23

campaigning
114:11

campuses
79:2

candidate
136:15
152:23
155:2
156:18

candidates
154:3 155:8,
24 163:6,15
177:24
178:16
311:10

capacity
27:7 29:7
42:20 89:8
225:18

capitol
11:3,22 60:2
96:8,12
97:15 140:8
142:12
159:5 167:5
179:8,23
209:8
241:23
252:7
255:25
256:6
259:25
260:2 261:3

264:21
265:9,13
267:14,20
270:4 272:9,
24 273:12
274:8 291:5

care
193:8
221:16
226:24
278:16
279:19,20
292:7

Carolina
274:3

case
11:16,18
15:6,8,10,
13,20 17:5,
10,19 18:20
19:20 40:8
56:24
131:22
156:15
157:23
183:13
229:20
243:24
246:14
303:13

cases
28:11 86:24
139:2
153:14
156:16
170:13
274:4

cast
39:3,22
294:25

Catalyst

52:14

catch
29:21

catching
158:6

categorize
272:7

category
298:15

Catherine
165:11,16

caucus
52:14
240:20,21

causing
273:19

caution
99:7

cc'd
243:23

CDNELA
153:24
154:18

Cecilia
160:7

census
35:18 37:11
38:13,21,23,
24 39:2,3,4,
6,8,9,10,12,
13 59:14,16
85:6 188:24
192:11
193:1
207:19,21
216:21
217:1
218:10,11,
17 293:21,

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

23 294:1,6,
15 298:5

**centered**
126:3 205:2

**Central**
11:17 168:4
287:4
311:12

**cents**
229:13,14

**certified**
11:5 13:10
312:6,8,9,
10,11

**Cervantes**
82:25
159:19

**Chaffee**
258:17,18,
19,20,24

**chain**
61:10 63:18

**chance**
177:18

**change**
70:12
206:14,23
207:9 208:1,
19,20,25
209:3,23

**changed**
58:19
111:25
112:1 171:5
190:25
207:20
208:13
209:5 237:6
238:24

**channelling**
139:2,3

**characterizat
ion**
110:12

**characterize**
29:4 54:15
64:16 99:10
114:11
120:23
142:21
144:20
153:22
181:24
276:22
279:16
284:9

**characterize
d**
54:13,14
157:18
174:24

**characterizi
ng**
89:10 125:6
138:24
146:17
153:6
174:23
176:8,14

**charge**
115:1,6
201:14
255:6

**chart**
197:12

**charts**
22:20

**chatter**
100:21
107:11

**check**
22:12,14
57:22
199:12
311:18

**chief**
24:1 29:19,
22 30:7,8,9
50:16,18
55:25
232:21
235:6
252:16

**choice**
65:19 125:2,
7 136:15
152:23
154:3 155:2,
8,25 156:18
163:6,15
177:24
178:16

**chose**
54:10
119:18

**Choy**
165:22

**Chris**
258:17,19,
20,24

**Christian**
202:9,18,21,
25 231:7,8,
10,21 232:5,
12

**Christopher**
12:16 50:23
82:25

**Chula**
251:22

**church**
79:23

**circumstanc
e**
36:11

**circumstanc
es**
26:22 36:25
285:6
303:14

**cities**
122:23
126:3 133:9
147:18
148:25
204:13
205:2,22
247:23
251:10
289:7,19

**citing**
123:20

**citizen**
133:17
197:6
212:23
226:5 227:2
294:23
303:1
304:10

**Citizens**
121:8

**city**
59:14 73:18
74:12,13
78:8 79:6
146:8,11
203:16
205:8
219:16,20

**civil**
20:11 21:20
250:9

**claim**
242:20

**claimed**
54:25

**claiming**
242:6,10

**claims**
229:16

**clarification**
25:14 39:1
41:9 54:8
242:5

**clarified**
197:1

**clarify**
18:22 25:19
34:24 37:1
54:7,10 64:8
109:2
164:25
229:13

**clarifying**
161:24

**Clarita**
15:9,12

**clarity**
124:8
144:12

**class**
148:13

**classes**
75:15,19
76:13,16
92:23

**classify**

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

196:9

clean
218:8 275:4
292:8

cleaning
275:21

cleanup
291:11

clear
30:4 86:21
89:24 102:3
154:20
187:24
220:17
248:10
275:19
276:3
301:10,22,
23 302:19

clerical
89:18

clicked
309:8

client
15:23 35:15
124:11
236:14
300:15

client's
201:8

clients
103:13
202:25
299:1,6

Clinton
12:6 302:10,
15

clock
67:16

close
308:12

closed
263:19

closely
209:2

coalition
125:17

coastal
136:16
208:18

cognizant
92:19
169:13

cohesiveness
285:9

cold
16:25

collapse
138:20

collapsed
149:2,6

colleague
12:16
179:13

collect
80:9

college
15:14

colloquial
170:19

Colombo
13:1

color
143:21
144:21
145:5,20,24

146:21
147:23

combat
310:7

combative
157:3
160:12

combination
237:11
250:4

commencing
11:2

comment
72:12,15

comments
28:23,25
56:15 231:5
286:14

Commerce
59:14

commission
74:16 77:4
105:14,15
106:3
108:11,19
109:7,22
111:13,14
112:5,11
119:18
121:9 124:1,
20 125:2
126:25
129:21
138:8 141:5
142:13
145:8,9
147:19
154:18
158:9 163:3
172:22
174:16

175:1
176:15
193:18,24
207:11
211:15
213:4
217:16
220:11
225:1
245:20
248:5,11,12,
13,16,17
251:6 262:2
287:12,19
288:21

Commission's
130:16

commissioned
134:12
248:3

commissioner
146:13

commissioners
145:4,19

commissions
73:20 254:7
262:6

commit
17:24,25

committee
12:15
160:10,12,
13,19,22
161:4
270:10,11

committees
88:8 161:5

Common
250:9,25
251:1,4

communicate
157:6 158:3

communication
24:24 25:4
42:25 61:24
62:1 269:19

communications
40:11,17
42:14 48:21
71:25 158:5
268:5
302:24

communities
74:12 77:13,
14,25 78:11,
23 79:1,3,5,
16,25 80:7,
17 104:9,20,
24 106:7
108:10,19
109:8,23
110:14
111:2,5,16,
21,22 112:7
136:17
144:22,23
145:23
146:19
173:17
174:14
175:3,9,11
226:24
247:24
256:13

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

267:16
271:18
288:11

**community**
15:14 78:1,
10,12,13,15,
16,19 79:8,
11,22,23
80:8 93:8
107:25
111:20
112:12
114:6
136:12,13,
14 137:18,
20 141:4
142:12
146:7,14,16
155:3 168:1
173:2,3
175:3,5
176:13
201:8
216:20,23
218:11
256:3,9,11,
16 262:8,24,
25 263:5
271:7,12,14,
18 287:1,25
288:8
289:10

**community-
based**
250:8,18
262:23

**compact**
248:1

**company**
35:20,23
67:17
260:24

262:12,14,
21 294:20

**compelled**
184:23

**Complaint**
115:13

**complete**
121:16
288:3

**completely**
277:24
285:8

**compliance**
103:14
212:16

**compliant**
163:4

**complied**
45:13
107:22
109:5,19
167:24
181:4 203:6
213:13
228:10
264:10
270:3
274:11

**comply**
212:21

**complying**
74:21
103:21

**components**
294:9

**comport**
53:3

**composition**
149:4

**compound**
26:7 46:2
59:8 83:20
84:22 97:23
116:2 137:6
142:17
144:1
166:18
170:24
187:21
208:10
214:1
215:13
261:24
277:10

**comprehensi
ve**
51:17

**computer**
33:4 65:18
70:1 112:21,
25 186:10

**computers**
184:8

**con**
61:18

**concept**
86:16 117:7
151:22,25
200:22

**conception**
22:22

**concern**
78:7 80:4
123:19
149:25
185:18

**concerned**
79:24
122:21
123:16,20

149:21
226:5

**concerns**
77:7 84:19
146:7 149:8
289:25
290:12,14

**concluded**
312:14

**conclusion**
17:16 27:12
30:12 55:9
74:3 75:2,5,
8,21 86:11,
18 87:10
88:2 89:2
105:21,23
117:18
148:9,19
149:15
178:6 206:9
248:8 273:5
278:8

**condensed**
66:4

**condition**
263:16

**conditions**
170:9

**conducting**
245:23

**confer**
282:20

**confirm**
14:22
135:13

**conflating**
90:19

**confused**

28:10

**confusing**
60:20

**Congress**
50:22,25
54:19,20
130:20
140:4
177:10
201:7
238:23
283:7
303:18
308:16

**congression
al**
12:15 22:24
31:8 42:4,12
50:24 70:10
99:4 100:20
188:17
194:8,11,14,
17,20,23
195:1,4,7
197:17,20,
24 198:2,5,
8,11,14,17,
23,24
199:17
203:4 204:9,
12,14 205:9,
20,21 206:3,
23 207:8
209:19,23
210:4,10,18,
19 212:22
271:20
278:3
289:17
296:5
299:13

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

**congressma n**
234:4
237:10
264:24,25
269:13
276:14

**congressme n**
233:25
236:24
237:8,19,22
238:1,20
242:8
266:19

**congresswo man**
234:5
276:14

**connection**
103:4

**connections**
237:19

**consideratio ns**
47:18 80:22

**considered**
37:22 78:11

**considers**
78:17

**consistency**
112:3

**consistent**
77:4 100:15
109:7,22
111:12
142:20,22
245:19
248:10
263:7

**Constitution**
206:3,7
248:5

**Constitution' s**
206:15

**constitutiona l**
102:17
242:16

**construct**
197:3
212:20

**constructing**
212:20

**constructs**
151:4

**consult**
202:7

**consultant**
55:21 140:6
293:1
309:24

**consultants**
52:22
218:15

**Consulted**
202:9

**consulting**
53:21 54:11
55:22

**consumer**
36:17,20

**contact**
40:14 238:3
276:4

**contained**
202:22

218:10

**content**
52:4 81:18,
22 143:25
191:22

**contents**
87:18
151:11

**context**
67:23 79:18
102:13
108:7
110:24
111:8 144:1,
9 145:14
153:10
154:10
156:3
157:16
196:14
197:5
281:23

**Contextual**
261:25

**contiguous**
102:9 248:1

**continues**
44:10,14
123:1
262:11
311:9

**Continuing**
145:3

**Contra**
172:24

**contract**
24:10,13
26:23 27:3,
7,9,14 30:10
54:7 55:1

56:7 94:9,18
110:23
202:4 228:8,
11,13 233:6
235:14,17,
19,22
254:23
263:11,16

**contracted**
202:25

**contracts**
263:23,24

**contrary**
206:7

**conversation**
49:12 55:24
83:25 97:21
116:1
166:12
209:12
215:24
216:2
256:12
258:5
269:12
276:13
293:18,20

**conversation s**
81:19 84:4
234:18,25
237:16
242:7 275:2
302:23

**convert**
80:13

**convey**
215:17,19

**convince**
130:1

**convincing**
304:2

**copy**
20:13 22:1
45:8 47:10
69:7,21,24
127:10
186:4
211:24
212:1
243:16
250:1 309:3
312:7,8,9,
10,11

**copying**
244:12

**Corcoran**
49:24

**core**
118:25
174:14
175:8,10

**corner**
192:10

**correct**
18:18 23:18,
23 24:11,22
31:12 34:14
36:15 41:22
45:18 46:25
48:25 55:25
63:20 72:1
76:7,13
81:16 85:10
89:20 98:2,
21 100:20
103:22
104:4,9
109:8,24
113:11
114:1

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

120:16
124:23
127:1 128:1
129:8
132:19
137:25
139:9 140:9
141:10,21
142:16,25
143:5 144:5
155:20
156:1
176:24
181:6,10,23
182:12,13
185:21
188:2,17,22
190:18,21
191:6
192:22
195:15
197:8,13
198:20
200:2
202:15,18
204:20
206:24
208:23
210:25
213:1 216:6
217:3,11,17,
22 219:13,
16,21 220:3,
6 221:25
223:2
224:14,20
226:7,10,13
227:8,18
228:6,12,17,
24 231:20
232:4,11,17
233:2
234:19
237:24

239:12
243:1,2,13,
18,25 244:7,
8 245:1,24
246:6,16,20,
23 247:2
248:19
249:2,13,22,
24 252:1
253:7
256:21
259:25
260:13,17,
21 261:1,15
264:7,25
265:7,10,13,
18 266:5,8,
18 267:2
268:21
270:1,22
271:5,8,25
272:2,17
276:1,12
279:8,12,23
280:2,15,18,
22 281:2,9,
16 282:17
286:23
287:13
288:1,8,12,
17 289:3,13,
14,15,19,20
290:1
292:13,19
293:8,11,22
295:9,17,25
296:2,6,7,17
297:23,25
298:8,10,12,
14 299:8,13,
22 300:7,19
301:1
304:11
307:17

310:10
311:14

**corrected**
89:19

**correction**
91:9

**correctly**
200:21
201:2 205:6,
18 209:20
223:15
225:3
227:11,23
245:15
250:13
256:4,5
258:1
259:22
267:18
275:5,6
279:5
281:19
283:11
287:6
289:12
310:9,16
311:5,13

**corresponde
nce**
22:19

**cost**
91:19

**Costa**
172:24

**cough**
17:1 172:4,6

**Coulter**
11:23 60:3
96:9 159:6
179:24
241:24

291:6

**council**
74:13 78:8
79:6 146:8,
11 252:17

**counsel**
11:25 13:21
16:3 20:13,
15 21:24
22:1 23:10
29:10 48:22
61:5 92:20
94:9,10,11
116:6
127:12
149:18
153:15,17
156:15,16
157:19
180:2,21,22
182:19,22
183:14,25
184:1,7
186:3,12
192:22
199:2
204:23
211:25
222:21
236:8,13
241:11
242:4
282:16
286:6 289:2
290:20
301:8 302:2,
10 303:25

**count**
38:25

**counties**
39:21,24
52:19

108:13
140:1 150:9
247:24

**country**
123:3
130:19,20
154:24
257:22

**counts**
37:12

**county**
11:6 52:19
73:18 74:13
107:25
108:1,10
133:7
137:23
143:22
144:18,24
150:8,9,10,
16 153:17,
20 156:13
157:18,22
158:10
172:25
201:10
203:23
208:18
220:3
238:14

**couple**
85:23 96:16
214:10,21
231:9
291:11
307:14
311:1

**court**
11:17 16:7
30:3 170:14
172:8
183:13

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

185:4
308:22

**courtroom**
16:4

**courts**
273:9
285:15

**cover**
23:16 61:5,
11,19 64:5
65:21 85:23
188:10

**covered**
47:17 63:3
131:12
132:1 239:7
263:8

**Covia**
235:4

**crazy**
101:17
215:23

**create**
101:5 104:8
126:3
129:19
131:10,14,
24 134:6,9
147:18
158:11
183:22
187:25
188:1 194:3
249:4
267:15
268:18
269:14

**created**
34:2,3
65:18,19
68:10

133:16
134:19
148:25
183:22
187:19
188:1
204:12
205:1 236:7
245:18
296:2
299:10
300:24
309:4

**creates**
118:4 190:5

**creating**
129:24
146:15
153:21
295:2

**creation**
55:11,12
126:4
172:21
205:3
286:17

**creative**
69:19

**creators**
254:21

**criteria**
73:20,21
74:1,4,7,9,
11,15,16,20,
22,23 76:7
77:4 143:23
144:25
146:1,24
147:2
245:13,19,
20,21 247:5,

18 248:2,4,
11,12,16,17
277:13
297:15

**criterias**
144:18
248:14

**criterion**
145:7

**critical**
39:20 168:1
287:2
288:10,13

**criticized**
216:5

**Crossing**
150:15

**Cruz**
238:13

**CU**
217:13

**cue**
306:13

**current**
111:24
171:3 225:1
227:20

**Curry**
160:8

**cut-and-
paste**
246:13

**CVAP**
37:16,21
38:23
133:15
134:10,13
150:18
151:3

152:14,21
153:9,21,25
154:1,25
155:14,19,
24 156:14,
17 157:6
158:10,11,
13 188:24
196:22
197:7,12
213:5 216:8,
10,12,18
218:9
293:25
294:2 298:6,
16

**CVRA**
15:8 251:22

**cycle**
252:20
253:17,25
254:3,4,14,
22 255:3

**cycles**
262:3

———————

**D**

**D.C.**
76:22 86:1
107:24
270:5,6

**daily**
258:5

**Daniel**
32:6 259:2,
3,6

**dash**
215:3
216:18
218:16

**data**
22:21 34:20
35:4,8,18,21
36:6,7,9,12,
15,17,20,22
37:5,6,11,
12,13,21,23
38:21 39:16,
21 47:13
67:3 80:8
164:9
188:11,12,
21,23,24
216:12,17
217:1,5,10,
11,16,22
218:3,9,11,
16,17 219:2
220:21,23
221:8
254:24
255:6
293:17,25
294:2,14
295:2 296:8,
12 297:1,21
298:20
300:6,16
309:24

**database**
33:19 35:17
36:13 37:22
188:24
216:13,14,
25 218:13,
18 220:10
294:10
296:13,15
297:2,4,6
299:20

**databases'**
216:12

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

**date**
11:19 19:1,
19,21,22
20:18 21:20,
21 29:5,6,14
46:24 56:1
97:18 114:4
174:1,2
184:7
229:21,22,
23,24 232:5
233:5
235:16,19,
21,23,24
237:12,15
259:15
267:7

**dated**
20:11 96:13
173:21
202:14,18

**dates**
20:19,21,23
46:24 49:2,4

**David**
11:14 12:8
165:14
239:3

**day**
11:2 13:9
19:6 53:9
66:11,23
71:24 97:19
165:17
181:8 206:1
209:14
215:9 225:8,
12 235:15
262:10

**days**
55:23 69:7
181:22

183:9 218:2

**DCCC**
29:6,15
40:7,8,11,
15,18,20
41:4 42:3,25
43:18 44:21,
23 45:2,9,
14,21 46:7,
25 47:19,24
52:24 53:1,
18,22,23
54:9,13 55:1
60:7,8,9
61:10,11,25
62:23 64:6,
19 67:24
68:6 70:14,
25 71:12,15,
18,21 72:9,
10 77:6
80:21 85:23
185:17,25
186:13
187:2,5
189:19
190:17
192:9 228:9,
17,22,23
229:21
233:6
235:14
237:13,16,
18 244:17
245:1,3
246:10
270:7,13,16
291:14
292:18
296:2,9

**DCCC.ORG**
243:13

**deadlines**
88:9

**deal**
183:18
207:24

**dealing**
69:6 146:2

**deals**
139:16

**decades**
292:25

**December**
11:2,19
20:11 21:21
181:6

**decide**
38:12

**deciding**
47:19

**decimated**
106:6
108:20

**decision**
17:11 70:20
130:16
206:13

**decks**
22:21

**declaration**
21:6 308:24,
25

**decrease**
170:23
171:21

**default**
153:15

**defendant**
12:20,25

**defendants**
12:7,18
302:11,17

**Defenders**
12:20

**deference**
103:13

**define**
27:22,23
33:14

**definition**
195:21
256:14
285:16

**definitively**
152:22

**delaying**
13:25

**delegation**
50:25

**deliberated**
111:15

**deliberately**
173:5

**delivered**
182:12
183:25

**Delores**
52:15

**Democracy**
12:20

**democrat**
99:4 101:5
177:18
215:4
303:16
310:7

**democratic**

12:14 52:18,
19 100:6,12,
19 118:5,16
129:19
140:3,17
171:9
240:20
264:12
270:8 307:3
310:24
311:10

**democratically**
272:6

**democrats**
107:9
139:23
303:18
307:19,25
311:1

**demographer**
114:12
144:25
145:1 155:2

**denevers**
12:17
312:10

**deny**
14:22 290:5,
8

**Department**
12:7,9

**depend**
284:16

**depending**
77:17

**depends**
33:23 35:15
94:8,11

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

148:16
149:12
153:11
157:16
285:5

**deposition**
11:13,21
14:23 15:24
20:10 21:20
22:9 59:25
96:2,6
141:16
142:6 159:3
179:21
181:6,9,19
182:8,9,17
184:18
185:2
220:20
241:21
291:3 312:1

**Deputy**
302:15

**derisively**
101:19
215:21

**describe**
77:2 80:5,7

**describes**
133:14

**description**
174:20
203:23

**descriptions**
85:2

**designated**
193:24
288:20

**designed**
48:5 75:14

**desire**
119:3

**detail**
243:5

**determining**
103:14

**develop**
182:15

**Dhillon**
12:4

**Diego**
252:17

**difference**
191:8 192:8
277:6

**differently**
78:24
178:25

**diluted**
75:15

**direct**
26:13 43:21
99:16 161:9
268:8,23,25
269:5

**directing**
99:12

**direction**
27:25
100:22,25
296:21

**directly**
70:16
222:11

**disaggregate**
38:20 294:2,
14,25

**disaggregating**
293:17

**disaggregation**
294:10

**disagree**
28:20

**disappeared**
123:3

**disbelieve**
45:10

**disclosure**
229:19
292:15

**discuss**
164:20,23
165:4,7,10,
13,21,24
166:2,5

**discussed**
98:17
110:25
141:14
165:2
186:16
187:12
294:8

**discussing**
41:11 103:8
148:20
186:18
233:1

**discussion**
103:12
107:1
116:12
151:18
219:7 237:7

**discussions**
57:11 220:2,
5

**disjointed**
290:10

**dismantling**
169:25
170:5,18

**dismissed**
107:10

**dispute**
104:18
110:12
114:5 141:2
142:4

**Disruptions**
249:4

**dissect**
145:16

**distinct**
147:6

**distinction**
63:15 165:2

**district**
11:16,17
15:15 78:21
90:14,20
92:6,7,10,
13,16 93:9
104:8
108:14
119:17,25
120:2
122:22
123:3
124:23
125:3,5
126:3 128:6,
8,10 129:24,
25 130:17,

18,19
131:10,14,
18,19,24
133:8,9,15
134:7,10,11,
12,13,14,15,
18 135:16,
24 136:1,4
137:19,20
138:17,19
140:2 141:6
142:14,24
143:1
146:14
147:18
148:21,24,
25 149:4,21
152:13,14,
20,21 153:9
154:25
157:24
158:12
163:22
171:3,6,8
173:6 177:5,
13,18,19
188:12,14,
17 191:17,
23 193:25
194:8,9,11,
12,14,15,17,
18,20,21,23,
24 195:1,2,
4,5,7,8,17,
18,21 196:3,
6,10,21,22
197:4,17,18,
19,20,21,24,
25 198:2,3,
5,6,8,9,12,
14,15,17,18,
23,24,25
199:23
200:23

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

201:6,9
203:4,8,13,
17,24 204:9,
12,14 205:2,
9,13,14,15,
16,20,21
207:24
208:1,2,13,
14 209:4
227:21
237:4,5
267:15
268:19
269:1,9,15
278:3 283:7,
8,9,10,17,
18,19,21,23
284:6,8,10,
23 285:3,16,
18,23,24
286:1,3,8,10
289:8,9,17
296:5,6,16
297:5,7,25
299:7,13,20,
22 300:17
308:16
310:6

**districting**
145:6,20
220:10

**districts**
48:6 76:12
89:20 91:3
92:1,22,24
103:22
106:6
108:12
111:25
112:1
119:19
124:21
126:5,13,15

136:1
137:17,22
138:19,21
140:1 145:2
147:20,22,
25 148:12
149:1,3,5,
10,19,24
150:8,16
151:7,23
153:18,21,
25 154:17,
19,21 155:6,
20 158:13
163:7,13
168:2,17,23
172:10,19,
23 175:15
176:1,3,5,7,
9,13,17,18,
20,23
188:11,22
193:17
194:2
195:13,14
199:7,17,18
205:4 206:4,
6,23 207:5,
6,8,22,25
208:7,23,25
209:2,3,19,
24 210:4,10,
18,19
211:14
212:21,24
213:4 237:6,
20 238:24
248:1,15
249:10,11
251:7 281:9
284:20
287:3,12,18,
19 288:15
300:13,14

310:14

**DM**
219:2 268:6,
7

**doctrine**
156:18

**document**
20:14,16
21:17 22:5,
8,12,15
43:19 46:3
53:21 54:3,6
60:14,23,25
65:20 68:14
96:17,19,25
97:11,12
111:19
121:16
140:12
151:6,19
156:25
162:17,20
180:16,17,
21 181:23
182:20
183:9,11
185:19,24
186:13,14,
23 187:2,7,
15,17,19
188:2
189:20
191:18
192:5 194:8
199:3,13
208:3
211:22
213:8
228:22
236:10
244:4
279:14
286:9 298:2,

4

**documentati
on**
136:20
167:9

**documents**
22:22 23:3,
8,10 40:7,
10,12 60:8
61:10,23
62:5 112:6,
10 166:15
181:10,12,
14,17,25
182:8,15,19
183:8,25
186:21
187:24
190:1 191:9,
24 192:25
213:10
224:14,22
243:3,5
270:17

**Dodge**
12:16
312:11

**dogs**
258:6

**dollar**
229:1

**domain**
116:21

**Dominic**
13:5

**Downey**
126:3
203:11,21
204:9 205:2,
8

**dozen**
113:22
233:17
240:5
279:23
305:17,20
306:8 308:3,
8

**draft**
44:21,23
45:22 48:11
62:20 88:7
93:9 119:4
154:18
186:5 250:2
309:21
312:4,6,8,9

**drafted**
249:21

**drafting**
22:23 240:2
242:15
295:10

**draw**
15:20 26:6,
12,24 27:4,
16,18 28:2
31:1,4,5
32:3,21 35:5
42:3,12,22
73:7 98:6,20
99:4,11
101:17
106:22
108:12
147:3
177:17
201:16
211:15
213:4 248:6
263:4
268:25

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

269:9 281:8
297:5

**drawer**
17:5 24:2

**drawing**
31:18 32:18
34:21 35:9
41:6 63:15
69:25 74:18
76:6,11
80:18 82:1
92:5,21
94:20,25
95:2,10 99:7
104:1,21
108:14
110:20
112:15
117:7
119:12
130:9,15
139:16
143:4 152:8
153:8
155:13,18
169:11,14,
20 176:5
200:22
201:8
209:18
221:7
230:15
248:22
252:23
253:1
255:10
263:25
271:17
277:24
282:10
295:19
300:12,14

**drawings**
32:13
153:12

**drawn**
73:2,6 93:16
95:7 101:20,
21,24
117:21
129:20
132:24
174:8
176:22
193:17
196:9
215:23
262:8,24
263:6
287:12,21
299:20

**draws**
145:2

**drew**
26:15 40:18
41:12 45:23
62:24 71:1
76:12 81:9
106:14,19,
21 108:1
118:6
158:16
201:18,19,
21 221:4
229:18
271:19
277:21
301:13,24
310:3

**drive**
21:15
182:23
183:6
186:25

**Dropbox**
184:2,3,4
186:19,20
187:6,7,15,
16

**drops**
17:1 172:4,6

**due**
48:15 101:2
132:21
148:3

**duly**
11:10

**duplicate**
180:9

**duplications**
180:10

**Dustin**
49:23

---

**E**

**e-mail**
20:14 29:10
51:22 61:10
64:7 65:3
67:19,21
70:12 71:23
72:7,9,14,16
73:4 166:23
182:4,14
186:16
187:5,6,11
190:17
243:12,14,
18,19
244:24
245:4,8
246:23
250:3

**e-mails**

51:24 61:20,
25 62:1
63:18 71:12
186:18

**earlier**
31:16 52:21,
23 54:8
68:21 71:24
81:15
102:19,21
103:4,7
106:25
126:9
156:11
165:2
175:23
184:17
186:17
187:12
195:12
196:5 200:1
201:13
202:12
217:2
222:22
228:7,16
238:13,23
239:7,15
243:5
256:10,12
264:9
271:10
277:4
280:12
287:11,17
291:12,13
293:16
294:8 296:1

**early**
41:9 55:11

**earrings**
28:22

**ears**
87:6

**easier**
113:17
119:24
138:18

**Eason**
308:24

**Eastern**
64:8,10

**easy**
33:17
118:14
273:7

**eat**
311:3

**eaten**
179:6

**eco**
264:12

**eco-stream**
100:7

**ecosystem**
100:11,13
101:15
264:14,15,
16 267:4

**ed**
81:23
130:17

**effect**
146:20

**effective**
55:23
136:14
168:4 287:4
288:16

**efficient**

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

88:22

**efforts**
165:17

**elect**
136:15
150:18
151:3,24
154:2,23
155:1,2,7
156:17
163:6,14
173:4
177:24
178:16
283:22

**elected**
171:4
177:19
262:25
263:3,5,13
274:19,20,
23 276:4,18,
19 278:19
280:21
289:7,10
310:7

**electing**
155:24

**election**
20:5 38:12
39:22,23
40:4 152:23
165:17
174:7 215:9
250:12
294:2,15
295:10,18
311:2

**elections**
160:10,19

**electoral**
172:20

**electronic**
22:21
182:23
312:7,10,11

**elevation**
78:19

**elevations**
78:20

**Eleven**
200:15

**Elias**
12:14

**eliminate**
37:25 38:3
130:16
131:9

**eliminated**
148:21
170:11

**eliminating**
131:18
141:7
142:15

**elimination**
122:21
123:17
148:24

**Ellen**
243:23

**empirical**
163:4

**employee**
24:8 25:18
67:15
253:13,14,
16,24 257:8

**employees**
25:17 32:2
33:16

**employment**
24:13

**empowered**
145:25

**encourage**
114:6
286:11

**encouraging**
226:22

**end**
42:24 64:17
65:1 138:24
150:19
174:9
179:11
183:17
238:5
311:25

**endeavor**
23:3

**ended**
91:6 176:1

**ending**
60:25 62:7

**ends**
64:1 67:20
68:14

**engage**
262:22

**engaged**
23:10 81:18
283:5

**engagement**
262:24

**England**

24:7,12
257:3

**enhance**
147:19

**Enlighten**
172:13

**ensure**
75:14 168:2
226:23
287:2

**ensures**
288:14

**enter**
30:10,14

**entered**
55:22

**entire**
44:13 96:25
188:21
208:11
209:19
210:3,10,17
246:22
269:4

**entirety**
187:20
228:13

**entities**
12:9 54:20

**entitled**
19:12 28:14,
19 53:21
124:7
173:15
207:15
284:25

**entity**
42:23 54:25
164:10

**envelope**
262:17

**environment
al**
111:20
118:11

**equal**
74:23
212:19
247:23
278:5 284:2

**Equality**
113:6
118:10
134:24
135:15,21
136:3,19
280:10

**equated**
102:23

**Equity**
113:11

**equivalency**
85:6

**equivalent**
85:7

**Eric**
31:16

**erode**
170:15

**errant**
150:19

**error**
89:18 90:13,
16 91:5

**essentially**
74:15 77:3
102:20
130:15

154:21

**establish**
41:10 182:5

**estimate**
19:12,13
49:7 66:12
285:1
305:13

**et al**
11:14,15

**ethnicities**
299:12

**ethnicity**
145:25

**Evan**
25:20 252:9,
11,18,21
253:1,8
254:13

**evening**
23:13
302:12

**events**
17:3

**everyone's**
115:11

**evidence**
163:5
177:23
178:14,22

**exact**
15:2,23
19:1,19
20:18
117:14
277:3,18
278:21

**EXAMINATIO
N**

13:20 180:1
301:7 302:9

**examined**
11:10

**examples**
297:11

**exasperated**
64:13

**Excel**
33:19

**exception**
40:3

**excerpt**
96:24

**excessive**
185:22

**exchange**
71:20,23

**exchanging**
61:24

**exclude**
240:12
297:16

**excuse**
119:11

**exercise**
131:7,9,13

**exhibit**
20:7,9,25
21:2,19,22
43:15,18
52:25 53:20,
24 60:7,10
63:25 65:1
68:14 71:11,
13,25 72:8
73:13 85:22
96:12,14,22

97:7,8 99:15
113:5,8
115:12,14
121:5,7,9
122:12,18
125:24
127:22
128:15
130:7,13
133:22
134:21
136:23
143:4,10
147:11
150:2
156:22
161:7 163:2
173:12,14,
18 174:4,11
180:13
184:13,15
185:14,17
189:11,12,
21 205:10
211:18,19
212:7,11
214:24,25
215:3,6,7
218:19
219:1
221:13,17,
21 222:2,4,
14,15,24
223:5 228:8,
19,22 243:8
267:6
308:18,21,
22,23,24
309:11

**exhibits**
21:25 23:15
113:2 172:8
214:21

221:14,20

**exist**
217:17

**existed**
118:4,8,19
226:11

**existing**
134:11
163:3,7

**exists**
105:18
115:16

**expand**
150:8

**expansion**
263:10

**expansive**
67:22

**expected**
56:24
246:13

**expecting**
244:17

**expense**
86:3

**experience**
88:3

**experiment**
33:18

**expert**
15:16 202:1
204:6
231:13

**expertise**
87:3

**experts**
94:11 218:2,
5,8

**explain**
28:7,12 78:2
147:2
156:10,11
185:8 246:1

**explained**
16:3 93:17
124:18,19
140:16
269:14

**explainer**
246:8,15,19

**explaining**
140:5
168:22

**explains**
249:22

**explanation**
28:15 87:15
151:6 246:5

**exploring**
250:11

**express**
77:6 84:12
119:3

**expressed**
84:19 91:25
156:21

**expressing**
118:15
215:25

**extended**
32:9

**extent**
42:14 46:3
58:10 63:2
73:1 107:12
130:3,24
131:4

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

141:18
168:24
196:11
221:3
261:12
262:16
294:16

**extremely**
157:22

---

**F**

**fact**
25:16 63:13
209:17
259:20

**factors**
32:17
169:13

**factual**
28:15

**fair**
26:15 73:11,
16 76:7,23
77:5 128:3
223:17
238:3
239:17
240:23
243:21
244:18
245:20
246:10
248:19,21
258:8 262:4,
22 263:4,6,
7,8,10,12,17
281:25
303:2,23
305:3
308:11
309:10

**Fairfield**
172:24

**fall**
119:22

**familiar**
40:8 86:15
89:8 113:10
211:1
224:16,17,
19

**familiarize**
60:14

**famously**
67:9

**fan**
304:23
305:1

**farms**
78:25

**fast**
29:24 42:21
147:8

**favorite**
33:20,23
196:7

**February**
214:13,14

**Federal**
212:21

**feel**
44:14
151:17

**feels**
260:15

**felt**
215:22

**Fernandez-
gold**

12:19

**fewer**
249:11

**field**
39:14
192:11

**Fight**
173:16

**figure**
183:2,7
284:25

**figures**
22:20

**file**
34:10 62:20
65:6 70:15
97:9 183:2,
25 184:4,5
186:10,15
191:1
211:22
212:5
297:20
300:9

**filed**
19:7,21,22,
24

**files**
22:18,22
47:13
183:22

**filings**
96:21
229:16

**final**
55:12 64:4
109:6,21
110:13
111:1,4
300:15

**Finally**
214:23

**find**
23:3 108:20
208:7 224:6

**finding**
208:12

**fine**
40:5 63:14

**finished**
179:9

**finishes**
62:13

**firefighters**
252:15
254:1

**firm**
183:18
249:19
253:9,15,16
254:10,14
255:17
263:17,22

**firsthand**
123:18

**Fisher**
25:24

**five-year**
216:18,19
218:12

**flip**
207:6 208:6

**flipping**
97:20

**floating**
107:8
126:20

**focus**

104:3
250:15
259:18

**focused**
145:1 176:7
263:17

**focusing**
226:25
302:20

**folders**
183:22
184:6

**folks**
107:23
270:5
274:19
283:5

**follow**
74:14 104:8
215:20
262:21
267:15
268:19
269:15

**follow-up**
243:6

**foot**
21:5

**footnote**
143:14,18
150:2

**footprint**
79:7

**foreign**
257:22

**foremost**
175:16

**forever**
77:25

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

**forget**
36:5 207:4

**forgot**
52:22,23
257:11
293:19

**forgotten**
122:4

**form**
182:22

**formats**
80:14

**forms**
145:21

**fortuitous**
131:17,23

**forward**
87:20 93:8
181:18
268:15

**found**
142:2 164:8

**foundation**
29:18 31:20
40:21 41:16
43:2,9 45:4
46:4,14
48:8,14,19
49:10 52:15
55:14 56:21
57:4 58:9,
17,24 59:9
63:1 64:15,
22 65:10
68:2 69:11
70:2,18 71:3
72:4,25 75:2
76:25 81:2
86:8 89:2
91:13,22

93:1 101:12
103:2
104:10
105:23
108:7 110:9,
17 112:19
114:18
116:14
127:3
128:16
132:15
136:9 138:1
142:18
157:1
162:18
163:25
175:20
225:13
230:25
240:11
245:5
250:10
251:9 285:5

**foundations**
250:11

**framework**
73:22,24

**free**
36:15 44:14
102:19
277:12

**freedom**
65:8,14,24

**frequent**
306:8

**Friday**
70:13

**friend**
49:24
292:25
293:3

**front**
62:16 83:2
180:15
193:9 243:9

**frustration**
215:25

**full**
67:5,13,20
71:6 143:19
251:16
281:23

**full-time**
66:24 67:15

**fulsome**
55:12

**fun**
214:21

**funny**
196:25

**furtherance**
262:3,4

---

**G**

**G-O-Z-Z-O**
50:20

**Gail**
159:24

**gain**
306:11,13

**gains**
245:22
311:4

**Gale**
238:14

**game**
304:24

**garbled**
290:4

**Garcia**
128:7
205:14

**Garden**
108:15
235:4

**Gashby**
83:4

**gateway**
122:23
126:3 133:8
147:18
148:25
203:16
204:13
205:1 289:7,
18

**gather**
181:20
182:2

**gave**
113:25
115:5
131:18
182:19
185:24
229:13
239:16
252:5 296:9

**Gavin**
11:15
234:25
259:10
266:10
307:17

**general**
35:14 36:18
37:21 77:20
79:19 80:5
92:10
148:16

155:12
170:15
229:14
247:9,10,15
283:22
284:12
297:9 300:1
302:16

**generally**
37:11,18
38:19 40:2
49:7 59:11
74:7 75:12,
13,16 78:3
79:21 80:1
86:24 87:17
88:5 92:6,
13,15,16,19,
21 93:6,10
94:1,2 97:21
100:18
115:19,25
148:13
151:1 153:7
155:8 170:5
178:2,19
188:21
195:20
196:19
197:22
235:9
240:18
264:12
276:20
277:11
294:23

**generated**
190:1

**Genie**
203:9

**genuinely**
171:16

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

**geographic**
80:14

**geographies**
37:14
247:25

**geography**
37:12,17

**gerrymander**
86:25 87:1,2

**gerrymandered**
86:3,6,16

**give**
16:23 49:7
54:23 55:9
60:16 65:7,
23 68:6
69:14 72:4
83:7 87:14
96:16
115:18
132:6
136:24
161:12
177:4,13,18
184:7 218:2,
23 232:5
236:9 251:3
252:12
276:24
305:13

**giving**
270:16

**Glendale**
146:9

**glossed**
223:19

**Goal**
176:9

**goals**
146:18

**Gonzales**
252:16

**good**
11:12 13:9
41:8 73:9,22
177:10,11
180:4
183:17
245:12
293:3
302:12
303:19

**goods**
65:6

**Google**
70:5

**gosh**
278:11,15

**government**
94:14

**governmental**
94:15,17

**Governor**
234:25
238:7
258:23
307:11

**governor's**
238:6,7
239:2

**Gozzo**
50:20

**grab**
112:11

**Gray**
308:17

311:11

**great**
59:19 95:22
113:19
168:1
177:13
243:5 287:1,
25 288:7,11
290:22
309:17

**greater**
146:20
172:21
177:18

**Green**
12:8

**grocers**
146:6

**grocery**
79:13,22

**Grose**
202:9,18,21,
25 231:7,8,
10,21 232:5,
12

**grounds**
16:19 28:8
34:25

**group**
12:4,14
78:1,2,5
80:1,2,3
83:14,18,24,
25 84:4,14
93:10,18,20
107:5
136:16
165:1 166:9
170:22
171:2,11,13,
14,17,20

239:22
278:11,14
298:24

**groups**
37:17 38:4
48:16 51:3,
13,25 52:1,
16 54:15,17
55:3 57:12,
13 76:17
79:16 84:7,
20 107:2
108:17,24
118:11
119:16
134:24
138:25
139:4 171:6
172:18
175:23
201:11
240:14,15,
17,19 294:6

**Grove**
108:15

**growing**
119:24
123:4

**guardrails**
101:17
102:5,6
277:4,7

**guess**
19:11 37:20
120:5 289:5,
7

**guessing**
234:16
235:12
304:10

**guidance**
145:8
157:19

**guide**
90:11,13,16,
20,25 91:1,4

**gut**
87:4,13,17,
21 88:25
89:6,14

―――――――

**H**

**hack**
245:11

**Hakeem**
229:9,16
230:2,13
234:8
291:14

**half**
39:8 306:8

**halfway**
65:2 310:21

**Hamill**
12:2 13:19,
21 14:2,6,17
15:6 17:17,
23 18:5,9,
14,23 20:9
21:8,12
22:2,4,15
23:7,11,17
24:10,18
25:3,11,15
26:13,20
27:1,3,9,17,
23 28:7,14,
25 29:10,21
30:14,18,23
31:5,15,23

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

32:17,20,24
33:2,5,9
34:1,24
35:3,8,12
36:3,8,22
37:3 38:18
41:8 42:2,7,
11,24 43:5,
14,17,25
44:9,12,19
45:8,18
46:9,21
47:7,10,18,
23 48:3,10,
16,25 50:5,
15 51:6,11,
16,18 52:13
53:6,8,12,20
54:3 55:2,17
56:3 57:1
58:3,13
59:4,7 60:6,
23 61:9,21
62:15,22
63:6,17,23
64:18,25
66:12,18,24
68:6,13
69:4,9 70:24
71:6,8,11,15
72:7 75:7,
13,18 76:11,
16,22 77:13,
22 80:13,17,
21,25 81:8,
14,21 82:4,
11,16,24
83:18 84:6,
12,18,25
85:9,17,22
86:15 87:4,
14,21 88:15,
24 89:5,13,
16,18 90:2,

10 91:18,24
92:5,14
93:17 94:1,7
95:12,19
96:11,16
97:14 98:1,
6,11,15,19
99:3,14,19,
21 100:1
101:4,11
102:4,21
103:7,20
104:1,7,13,
16,24 105:4
106:4 107:7,
20 110:13
111:16
112:14,22
113:5,10
114:22
115:25
116:6,10,19
117:22
119:9
120:13
121:2,7,16,
20 122:6
124:2,10,18
125:11
126:24
127:9
128:20
129:5,12,23
130:6,12
131:7,13,17,
22 132:12,
17,23 134:8
135:4,8
136:22
137:11
138:6 139:8,
18 140:7,14,
23 141:3,9,
13,20 143:9,

19 144:6
147:10
148:4,7
149:7 150:1,
15 151:5,16
152:7,12
153:7
154:14
155:13,18,
23 156:10
157:11
158:4,21
159:8,13,18,
24 160:7
161:14,17,
21 162:5,9,
13,16,20,25
163:9,13,18
164:3,10,17
166:21
167:22
168:12,16,
21 169:2,6,
10,19,24
172:3,7
173:9,20
174:3,10
175:14
177:4,8,17,
23 178:2,14,
19,23 179:3,
9 187:12
256:10
277:5 301:6,
8,17,21
302:3 306:2
307:15
308:6 312:6

**hand**
13:12 113:2
172:7
189:10
218:25

222:13
308:20

**handed**
185:16
190:17
212:7
222:22
223:12

**handful**
51:1 239:9,
10

**handing**
184:12
214:24

**handled**
256:15

**handling**
94:9

**hands**
262:7

**Hansen**
11:3,21
12:10 60:1
96:7 159:4
179:22
241:22
291:4

**happened**
46:22 56:13
90:19
124:19
135:14
164:4
235:16

**happening**
183:19

**happy**
181:17
182:5

**hard**
61:13 132:7
208:20

**Hart**
11:5 13:10,
11

**Hawaiian**
298:17

**hazard**
289:5,6

**he'll**
25:1

**head**
16:13,22
31:6,11 33:7
41:23 47:12
52:13 69:16
83:5 91:11
113:12
164:12
217:23
284:2

**Headed**
309:23

**headstrong**
93:14

**hear**
171:12
271:12
305:6 306:7

**heard**
25:20 86:25
89:25 157:5
206:22
207:1
208:22
231:9
264:23
265:5,6,16
305:8

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

306:10

**hearing**
17:7,10,19
96:23
115:14
121:10
184:14
185:1
264:22
277:16,17

**hearings**
81:1

**heart**
248:17

**heavily**
171:8

**held**
272:6

**helped**
182:15
255:22
256:2 293:1

**helpful**
61:16 67:23
151:5
172:22

**helping**
106:2
136:15
200:5

**helps**
69:15 155:6

**hereinafter**
11:11

**hey**
118:14,15
138:14,15

**hide**
32:6

**high**
150:8,17
151:8,14
158:11

**higher**
143:21
144:24
156:14
157:21
263:12
284:19

**highlight**
278:14

**hire**
263:14

**hired**
211:5,7
249:19

**Hispanas**
113:6,10
280:10

**Hispanic**
103:22
155:5,19,24
193:17
194:2,9,11,
14,17,20,23
195:1,4,7,
13,17
196:21
197:11,18,
25 198:2,5,
8,11,14,17,
24 199:7,18
211:14

**Hispanics**
155:7
177:24
178:15
213:5
297:23,24

**historically**
137:19
161:2
273:18

**history**
262:1
294:19

**hit**
70:14

**Hmm**
105:7 190:3

**HMP**
229:18
230:8
291:15

**Hold**
94:21 98:16

**home**
23:23,24
67:12,14
189:19
211:22
215:3 219:1
221:23
243:7

**honestly**
138:18
160:13

**honesty**
49:3

**HOPE**
113:6,13,14,
15,20,21,25
114:8,16
115:1
116:23
117:11
118:1,6,11,
17,20

119:15
120:1,15
121:2,8
122:19,21
123:16
125:16,23
127:19
128:21
129:12,17,
23 130:6
131:23
132:2,6
134:24
135:22
138:25
142:16
143:3,15
144:13
147:25
156:22
161:6
167:23
200:2,5,6,10
201:1,4,12,
14,16,24
202:2,14
203:15,25
204:11,15,
22 274:9
275:7,8
279:8,10,22
280:1,13,15,
20 281:21
283:13
286:1 287:8,
24

**HOPE's**
136:18

**hour**
11:2

**hours**
66:5,10,13,
18,22 67:16

**house**
33:14 54:17
229:11
230:7
291:15

**houses**
112:21

**Huerta**
52:15

**huge**
305:1

**huh-uh**
16:12

**hundred**
39:2 111:21
311:1

**hundreds**
296:25

**hungry**
95:19

**Huntington**
128:9
133:15
134:15,16
136:17
205:16,23

**hurry**
68:24

**hypothetical**
148:15
149:12
154:10
155:11
156:3 157:2,
16 170:25
172:1 178:4

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

**I**

**idea**
90:9 91:18
93:15
116:13
154:22,23
183:21
277:19

**ideas**
246:3

**identification**
20:8 21:3,23
43:16,17
53:25 60:11
71:14 96:15
113:9 121:6
173:19
180:14
184:16
185:15
189:13
211:20
215:1
218:20
221:18
222:5,16,25
228:20
308:19

**identified**
76:18 80:1,3
81:14,17
287:19,23

**identifies**
175:3

**identify**
11:25 75:18
78:4 92:23
104:20
186:21
215:5

**identifying**
53:17 77:25

**illegal**
148:7

**Illinois**
272:12

**illustrated**
125:16

**image**
307:12

**images**
190:23
213:15

**imagination**
203:10

**immediately**
102:22

**immunity**
63:4 167:21

**impact**
39:16,20
40:6 149:23

**impacted**
79:8 249:12

**Impacts**
173:16

**impair**
17:1

**impede**
17:3

**implement**
56:18

**implemented**
152:8

**implicates**
98:18 130:3
141:18

164:1

**importance**
176:14
245:13

**important**
104:2
111:13
143:20
150:5,7
176:4,12
280:1
281:18
282:1,4,10

**improper**
124:4,6
148:11

**improved**
163:14

**improves**
163:5

**improving**
245:21

**in-house**
190:1

**inches**
21:4,5

**incidental**
145:23

**incidentally**
176:10

**include**
51:21 74:17
205:22

**included**
55:3 115:12
299:11

**includes**
37:6

**including**
22:18 61:11
169:15
250:8
261:17
268:5

**incomplete**
82:18
148:15
149:12
154:10
155:11
156:3 157:1,
16 170:25
172:1 178:4

**incorporate**
47:20 67:22

**increase**
116:24
147:21
148:12
225:1
227:10
262:5 310:5

**incumbency**
74:17

**incumbent**
201:7

**incumbents**
262:7 263:3,
15,20 264:1

**indented**
244:5,6,7,9,
11,15
245:17
246:2,20,25
247:4 249:8,
9,18

**independent**
105:14
123:22

251:5 262:5
308:14

**Indian**
298:22

**Indicating**
143:11
147:15

**individual**
165:1
188:12
208:7
302:25

**individually**
263:2

**individuals**
83:11
213:20
233:7,9
239:1

**inferring**
294:4

**influence**
145:5,19
146:20
147:19
172:21
176:23
227:21
285:20

**influenced**
172:10
285:16,18

**inform**
114:8

**information**
19:10 26:18
28:5 32:14
41:25 52:5
58:25 61:7
76:9,20

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

80:10,14
81:12 84:10,
23 85:19
89:3 92:3
93:24 98:4
103:24
104:25
115:21
129:10
130:25
131:25
139:15
143:7
155:17
162:3 164:2
191:13
244:20
286:12

**informational**
114:12

**informing**
114:16

**infrequent**
297:18

**infrequently**
106:1

**inherently**
146:23

**initial**
44:21 55:24

**injunction**
17:7,9,19
115:14
121:10
184:25
309:1

**input**
32:9 85:18
169:6,19
243:24

**inputs**
35:3

**insert**
71:4 204:13
299:7

**inset**
188:13

**inside**
188:11
262:17

**insinuated**
93:14

**Insta-cart**
79:15

**instance**
152:13,17,
20 154:2

**instances**
153:16
297:17

**Institute**
231:11

**instruct**
16:18 26:19
32:16 35:6
46:16 47:6,
21 48:1,9,14
52:7 58:11
71:4 73:2,4
75:3 76:10,
14,19 80:12,
15,19,23
81:13 84:11,
16 85:21
89:4,11 92:4
93:1,25
98:9,13,25
103:25
104:6,23
105:2

107:14
119:13
120:6 130:2,
4 131:1,5,
11,15,20
132:20
135:3,19
141:12
143:8 148:2
152:10
153:11
155:15,21
158:19
162:7,11,19,
23 163:10,
16 164:1
167:21
168:11,19,
22 169:4,8,
22 173:8
175:12
177:7,16,21
179:2
182:25
191:14
192:3,4,18
194:6
196:12
204:16
210:1,21
225:7
227:14
228:2
231:17,23
232:3,7,13
242:23
244:21
248:24
253:4
256:18
260:12
261:8 264:3
265:2 266:1,
13 269:17

270:15
271:1,22
275:1,17
276:7
281:12
282:13
286:5,18
288:24
295:5,12
296:19

**instructed**
141:19
156:16
168:15
242:20

**instructing**
75:4 81:20
168:25
261:10
265:3
270:19
286:6,13,14

**instruction**
33:9 35:12
56:2 71:6
148:5
192:21
204:19
227:7,17
228:5
231:19
232:10,16
242:25
249:1 253:6
256:20
260:19
264:5 266:6,
16,23,25
270:21
271:4 272:1
275:24
276:10
281:15

282:15
286:21
289:1 295:7,
15,21,23

**instructs**
16:20

**intact**
174:15
175:4,7

**intended**
171:24

**intends**
16:18

**intention**
286:17

**intentionally**
177:4

**inter**
74:25

**interaction**
116:18

**interactions**
167:7,8
202:21

**interest**
74:12 77:14,
25 78:1,10,
12,14,15,16,
19,23 79:1,
4,5,8,9,11,
16,25 80:7,
8,18 91:25
104:9,21,25
108:10,19
109:8,24
110:15
111:2,5,17,
22,23 112:7
137:20
141:4

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

142:13 144:22,23 145:24 146:14,19 173:3 175:4,6 201:6,8,9 225:22,23 247:24 256:10,13,16 267:16 271:18

**interesting** 38:10 70:7

**interests** 80:2 92:23 136:18 174:14 175:11 256:3,11 307:11

**interject** 102:3

**internal** 33:24 94:9 112:20

**internally** 188:9

**Internet** 305:4

**interpose** 100:24 123:11

**interpret** 277:3

**interpretation** 172:12 175:9

**interpretations** 92:20

**interrogated** 11:11

**interrogatories** 43:19 52:25

**interrogatory** 44:2,13 45:15,22

**interrupt** 283:25

**interruption** 16:9

**intervenor** 12:20,23,25

**Intervention** 115:13

**interview** 97:15,17 99:22 102:14 173:9,23

**interviews** 303:24 304:1

**introduced** 302:13

**invalidated** 170:9

**invariably** 140:3

**inverse** 63:19

**invoice** 228:23 229:6,22,23,

25 292:17,18

**invoices** 22:20

**invoke** 28:19

**invoking** 28:8

**involved** 31:18,24 160:9 165:16 242:14

**Ions** 122:8

**irregularities** 40:1

**irrelevant** 62:17

**Irvine** 250:10 251:9

**Isaac** 94:19 95:18

**issue** 88:9,22 90:19 277:24 278:10

**issued** 20:12 23:12 42:8

**issues** 146:8 158:3 250:12 279:18,21 280:18

**Izzie**

235:4

---

**J**

**Jacob** 25:24 31:17 34:18 254:19,20 255:4,8 258:20 294:11

**Jake** 12:10

**Jason** 50:17 235:10 238:16

**Jeff** 50:20

**Jeffries** 54:19,20 229:9,16 230:2,13 234:8 291:14

**Jesus** 12:22

**job** 66:25 83:3,6 110:22 119:24 245:12 254:5

**jobs** 255:4

**Joe** 25:22 31:16 253:20,23,24 254:2,5,16

**join** 18:13 40:22 46:6 57:6 65:11 68:4 69:3 75:22 81:6 82:9 86:10,12,20 88:1 90:8 93:4 103:1 106:24 111:9 126:22 129:16 136:8 144:3 151:13 154:12 171:1 172:17 177:2 178:20 248:9 272:11 273:6,17 274:2 278:9 280:6 298:3 301:3

**Joine** 38:16

**joined** 12:15 201:24

**joint** 97:8

**joking** 177:12

**Jose** 165:8

**Jr** 165:8

**judge** 14:6 185:9

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

**Judicial**
17:6

**Julie**
12:2 13:21
64:3 65:3
70:13
181:11
185:18
187:11,12
195:12
217:2 243:5,
14,20
256:10
264:8 301:5,
8

**July**
25:11 29:13,
18 30:6,9,25
31:10 55:23,
24 56:5,7
66:15,25
95:6,8 99:1
159:9 160:8,
17 164:19
165:20
167:17
214:13,18
216:5
232:18
233:4,5
234:3,4,19,
24 235:7,15,
16,19,20,23
236:20
238:5
259:11
268:24
270:24
281:25

**jump**
147:9
235:13
251:2

**jurisdiction**
15:21

**jurisdictions**
149:17
155:3

**Justice**
12:7,9

---

**K**

**Kabalkin**
50:23

**Kamon**
82:25

**keeping**
201:6
221:22
234:10
247:25

**Ken**
131:9,18
140:13,14
143:1
204:12
289:11,18
292:20,21,
23,24 293:2,
4,7,10

**Kern**
153:16,20
156:13
157:18,22

**Kevin**
171:7

**Kiley**
171:7

**kill**
212:4

**Kim**
177:5,8

**Kim's**
177:19

**Kimon**
12:12

**kind**
24:13 25:10
31:7 32:8
33:13 40:2
62:21 73:24
74:19 75:16
93:15
102:17
106:12
137:22
139:6 141:5,
6 142:14
151:14
153:21
157:21
167:6,9
202:3
207:21
213:15
216:24
225:17
239:16
246:8,18
248:2
254:10
258:21
260:23
261:18
267:8
273:21
277:15,19
278:25
289:25

**KIWSI**
34:15

**knew**
41:13 107:4
118:3,4,8,12

120:11

**knowledge**
19:15 56:12
123:18,22
190:25

---

**L**

**L.A.**
106:7
119:23,25
120:2 123:2,
20 125:5
130:17
135:23
136:2
137:22
138:14,16,
17,21
139:25
140:2 141:6
142:14
150:8
158:10
172:23
175:16

**L.J.**
13:10

**Labor**
252:17

**lack**
124:8
287:21

**lacking**
55:7

**lacks**
29:17 31:20
40:21 41:16
43:2,9 45:4
46:4,14
48:8,14,19

49:10 55:14
56:21 57:4
58:9,17,24
59:9 63:1
64:14,22
65:10 68:2
69:11 70:2,
18 71:3
72:4,25 75:2
76:25 81:2
86:8 89:2
91:13,21
92:25
101:12
103:2
104:10
105:23
110:9,16
112:18
114:18
116:14
127:3
128:16
132:14
136:9 138:1
142:17
153:10
156:3 157:1
162:18
163:25
175:20
225:13
230:25
240:11
245:5 285:4

**Lali**
12:13 46:6

**lamp**
203:9

**language**
64:5 76:23
77:3 79:24
140:8 157:9

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

242:15
258:16

**large**
175:2 207:4

**largely**
106:15
212:24

**late**
23:13
100:24
123:11
180:22

**latest**
220:21

**Latino**
75:24 76:5,
18 114:6
116:24
117:8
122:22
123:3,4
126:5
128:10
129:24
130:17,18,
20 131:10,
14,19
133:14,17
134:6,9,10,
13,17,18
135:15,25
136:4
137:18
140:9,17
147:19
150:8,18
151:3,8
152:14,21,
23 153:18,
25 154:1,3,
25 155:3
156:14,17

158:10,11,
13 163:6,14
168:1,2,17,
23 197:4,12
200:22
205:3,17
212:23
225:1
227:20
283:6,9
284:17
285:9 287:1,
2,25 288:7,
11,15

**Latino-
influenced**
128:9
163:22
205:16
283:7,16,18,
19 284:6,9,
20,23 285:3,
23 286:3,8

**Latinos**
283:6,22
284:8

**Latinos'**
151:2

**law**
12:4,14
13:21 35:16
52:14 73:17,
25 88:6
144:19
180:2 301:8
302:10

**lawsuit**
18:24,25
153:19
156:14
157:24

**lawsuits**
77:7 273:20

**lawyer**
64:4

**lawyers**
40:14 77:6
149:22

**lay**
102:15
283:23

**layer**
40:3 207:19

**laying**
278:5

**layperson**
75:17 88:21

**layperson's**
100:3
103:18

**LB**
128:7
133:15
205:14

**leadership**
132:6

**leading**
107:8 240:1

**leaking**
69:10

**lean**
92:20

**learn**
18:20 19:6

**learned**
18:24
302:24

**leave**
137:21

**leaves**
249:10

**left**
24:8 302:7

**legal**
11:24 17:16
27:11 30:11
55:8 60:4
74:2 75:1,4,
7,20 85:2
86:10,18
87:10 88:1
89:1 92:20
94:9,10,11,
16 96:10
105:20,22
117:17
148:9,18
149:15,18
153:15,17
156:15
157:19,23
159:7 178:5
179:25
206:8
220:15
241:25
248:7 273:4
278:8 291:7

**legislative**
24:16,19
26:18,21
28:5 32:15
34:25 35:1
41:25 42:16
46:16 47:5
48:2,9,15
49:13,25
52:6 56:10
58:10,11,20
59:1 62:25
63:4,6 71:5
73:3 76:9,21

80:11 81:1,
12,19 83:6
84:10,17,24
85:20 89:11
92:3 93:24
98:18,24
101:3
103:24
104:6,22
107:13
120:7
129:10
130:4,10,25
131:12
132:1,21
133:3 135:2,
19 139:15
141:11,19
143:7 147:5
148:3
152:11
153:13
155:22
158:18
159:22
160:6,23,24
161:19
162:3,8,17,
24 163:11
164:2
167:18,20
168:10
169:23
173:7
175:13
177:6,15,22
179:1 190:7,
13 191:14
192:2,18
193:14
194:3,5
196:13
204:17
205:9,21

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

209:25
210:22
221:4 225:6
227:4
231:16
235:9
238:15,16
240:1,10
242:6,7,20
244:21
247:16
248:23
253:3
256:17
260:11,14,
15 261:9
262:4 264:2
265:1,6
266:2
269:16
270:14,17
271:21
274:25
275:16,21
281:12
282:12
286:4,19
288:23
294:18
295:4
296:18
301:14,25

**legislatively**
155:16

**legislator**
27:4 28:18
50:10,23
83:8 84:2,12
167:4 241:7
242:20
264:24
265:5,23
268:11

269:13
276:15

**legislators**
50:9,23 57:8
81:9,23 82:4
83:2 84:7,19
85:18 91:24
95:16
108:21
167:8
233:19,21,
22 238:11
239:5,9,10,
17 240:25
241:1 242:8,
11,12,14
307:10

**legislators'**
225:22

**legislature**
26:23 27:16,
18 28:2,9,
18,21,24
29:1,5,8,15,
16 42:15
45:25 46:20
50:20,21
51:21 56:11,
17 57:2,13
61:12 62:3
63:3 64:19
68:17 70:25
76:24 83:13
85:12 87:13
88:5,21
89:19,24
90:4 105:1
168:25
190:7,8,11,
14,21,24
191:3,5
192:6,11,14
225:11,18

235:8 240:3
257:2 286:9
299:11

**legislature's**
189:14

**legitimate**
106:18,21
146:18

**letter**
61:5,11
62:2,4,9,16,
19,23 64:5,
18 65:21
67:24 72:10,
16 73:8,10
76:24 85:23
120:25
121:2,8,11,
21 122:12,
19,25
123:16,19,
21,23,24
125:16,23
126:10,12,
14,18,20,24
127:10
128:14,22
130:7
133:23
143:3,15
144:13
147:25
151:11
154:17
156:21
185:18
186:19,25
187:25
188:1,2
200:2,6
201:21
202:2,14,23
203:15,25

243:22
246:14
280:13,17

**letterhead**
64:6 65:5

**letters**
61:19
206:19

**letting**
119:22

**level**
151:15,17
178:21,22
294:1

**levels**
150:18
151:8

**LGBT**
136:12,13,
14 201:8
271:7,12,14,
18

**LGBTQ**
78:16
111:19

**Liberties**
250:9

**lies**
188:14

**Lieu**
208:1,2,13,
14

**ligns**
172:21

**likelihood**
155:7

**likes**
16:11

**limit**
184:25

**limitation**
22:19

**limited**
215:19

**Limon**
166:3

**Linda**
11:4 13:9

**Lindsay**
235:4

**lines**
74:19 77:7
79:8 85:23
99:16 105:5
107:21
108:3 109:4,
18 120:10
131:8
134:21
137:2
140:19,22,
23 163:1
167:23
169:11,14
171:4 174:8
195:15
197:11
209:10,23
212:15
215:23
220:9,12
248:6,22
259:17
263:21
271:20
272:19
289:21

**link**
186:19,20

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

187:6,7,15,
16 221:23
222:9 223:1

**linking**
222:7,10

**links**
221:24

**list**
50:6 51:16
83:2,6 84:1
97:8 160:15,
21 164:17
167:10
181:11
254:19
255:12
299:6

**listed**
31:15,16
250:22

**listen**
265:12

**listing**
117:7
200:22

**literally**
146:8

**litigation**
98:4

**live**
18:16 21:15
78:6,13
263:4

**lived**
263:15
264:1

**living**
38:7 257:22

**Liz**
24:1,19
25:3,16,17
256:22,25
257:1,16,24
258:6

**LLC**
23:18

**LLP**
11:3,22 60:2
96:7 159:4
179:22
241:22
291:4

**lobbyist**
161:2

**local**
50:23

**localities**
251:10

**location**
22:9

**Lofgren**
234:8 237:3

**log**
182:11
183:12

**logo**
185:20
190:18,25
191:11,12,
23 193:3

**logos**
191:2,4

**long**
15:25 19:4
40:3 64:17
66:1,2 92:11
133:7,8

**134:16**
136:13,17
145:6,25
146:24
201:9
205:22
214:4
239:19
246:19
252:18

**longer**
116:12
282:17
283:8

**looked**
23:8 45:22
214:4

**Lopez**
32:6 259:2,
3,6

**Lorenzo**
252:16

**Los**
17:8 18:10,
17 117:9
118:5
119:17
122:23
125:17
184:14,19,
24 185:7
200:23
208:18
219:16,20
220:2 259:3
289:8,19

**losers**
171:5

**losing**
138:15,16

**lost**
46:11 58:2
152:16

**lot**
73:24 78:17
89:25
101:16,19
108:17
111:12,14
112:3
125:17
136:20,21
137:19
144:17
145:20
173:1
185:22
247:19
256:2 280:4
285:13
289:24
304:16,23
311:9

**loud**
117:4
141:15
200:20
282:25
283:4

**love**
49:19

**lower**
143:23
144:18,24

**Lucille**
130:18

**Luis**
165:8

**LULAC**
12:18,21,25

**lunch**
95:19

**luncheon**
95:25

**Lyles**
235:11
238:16

**Lytle**
50:18

---

**M**

**M-A-L-D-E-F**
211:2

**Macedo**
164:21
167:10,12,
13

**Madduri**
12:13 46:6,7
186:12,21
187:1,9

**made**
17:11 28:12
42:17,19
47:7 48:4,11
58:6,7,10,
13,15,22
72:15 80:22
90:3 139:19
209:3,12,13
210:3,5
225:17
229:19
239:24
255:25
256:6 261:3
264:21
265:9,15
267:4,20
268:12

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

269:8,11,20
272:9,24
273:11,13
275:7
276:20
279:7
286:13,14
287:25
289:14
304:1

**magic**
153:22

**magical**
156:19

**mail**
39:16,20,21,
25 40:5
191:4

**mailed**
90:20,25
91:9

**mailing**
91:6

**main**
36:13
247:24

**maintain**
151:24
154:19
155:7,24
236:2
269:22

**maintained**
163:20

**maintaining**
103:22
139:25
146:19
158:12
176:1

247:23,24

**Majoirity**
230:7
291:15

**majorities**
150:19
151:3

**majority**
54:17 85:25
103:22
129:24
131:10,14,
19,24
135:16
136:4
147:20,24
148:12
149:9
158:11,13
167:7
193:17
194:2,9,12,
15,18,21,24
195:2,5,8
196:21,22,
24 197:11
212:23
213:5
229:12

**majority/
minority**
117:8
122:22
126:5
130:19
134:7,17,18
136:1
154:22
197:19,22,
25 198:3,6,
9,12,15,18,
25 199:7,18

200:23
205:4
211:14
283:8,21
287:18
289:8

**make**
16:14 30:4
41:9 47:19
48:23 61:15
97:2 103:6
116:8 125:2
138:4 149:8
150:16
168:3
178:11
183:13
193:11
218:7
236:14
237:18
238:3 256:1
265:23
276:2 287:4,
8 288:16
294:21
301:22

**makes**
34:10
100:12
119:24
174:2

**making**
47:3,24
48:17 49:9,
11 103:5
109:13
110:5 125:8,
9 128:9
138:22
161:10
172:3
205:16

210:4
240:16
290:5

**MALDEF**
211:1,4,8,
11,14,23
212:22
213:3 214:4,
17 280:8

**Mall**
11:3,22 60:2
96:8 159:5
179:23
241:23
291:5

**manner**
35:14

**Manolius**
12:12 13:23
14:4,9,13
15:4 17:12,
20 18:3,8,
12,21 19:8,
17 22:14
23:5,9,12
24:5,16,21
25:10,13
26:7,17,25
27:6,13,20
28:4,11,20
29:2,17
30:13,16
31:2,20
32:14,19,22
33:1,3,8,11,
21 34:6,22
35:1,6,10,14
36:10,18,24
37:9,19
38:14 39:18
40:21,23
41:15,24

42:6,9,14
43:2,10,24
44:1,4,7,10,
16 45:3,17
46:2,10,14
47:5,9,16,21
48:1,7,13,19
49:1,10,18
50:2,12
51:4,8,14
52:3,5,8,10
53:5,7,9
54:22 55:8,
14 56:2,20
57:4 58:1,8,
16,24 59:3,
6,8 60:15,17
61:1,4,13
62:17 63:1,
12,21 64:14,
20,22 65:9,
25 66:6,15,
19 68:1,8,18
69:1,11
70:2,17,22
71:2,7,9
72:3,25
73:14 74:2
75:1,6,12,22
76:8,14,19,
25 77:9,16,
19,23 79:17
80:10,15,19,
23 81:2,11,
17,24 82:8,
12,15,21
83:16,20
84:9,16,22
85:4,14,19
86:7,12,17
87:8,16,23
88:18 89:1,
9,15,17,22
90:5 91:12,

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

21 92:2,8,25
93:23 94:4
95:5,8,22
97:10,23
98:3,9,13,
16,22 99:6,
18,20,23
100:24
101:2,7,12,
23 102:13,
24 103:2,9,
11,23 104:5,
10,22 105:2,
22 106:20
107:12
108:3,6
110:8,16
111:7 112:8,
18 114:18,
24 116:2,8,
14 117:17
119:5,7,11
120:6,20
121:13,23
122:1
123:10
124:6,12,17,
24 126:21
127:2
128:16,24
129:9,14
130:2,10,24
131:3,5,11,
15,20,25
132:14,20
133:24
135:2,6,17
136:6,9
137:6 138:1
139:11,14
140:10,21,
25 141:8,11,
17 142:17
143:6,25

144:8
145:13
147:4 148:1,
5,14 149:11
150:24
151:10
152:4,10
153:3,10
154:9
155:10,15,
21 156:2,7
157:1,15
158:18
159:16,22
160:5
161:12,15,
19 162:2,7,
11,15,18,23
163:8,10,16,
25 164:5,13
166:18
167:20
168:10,14,
19,24 169:4,
8,22 170:2,
24 171:25
172:15
173:7,24
174:19
175:12,18
176:25
177:3,6,15,
21 178:1,3,
8,18 179:1,5
181:16,24
182:13,24
183:4,10,15
184:10,23
185:10,12
186:1
187:20
188:4 189:1,
17,22 190:3,
10 191:10,

12,19 192:2,
7,17 193:19,
21 194:5
195:22
196:11,25
199:2,12
200:9,14
203:18,20
204:16
206:8,25
207:10,13
208:9
209:25
210:7,11,21
211:5 213:6
214:1,23
215:13
219:8
220:14
221:3,16
222:23
224:15
225:6,13
226:2 227:4,
14 228:2
230:11,25
231:6,16,23
232:1,7,13
233:8,11,20
234:10,14
235:18
236:11,18
240:11
241:13
242:9,11,18,
22 244:19
245:5 247:8,
12,14 248:9,
23 250:20
253:3,11
256:17
257:6
258:13
260:6,11,17

261:8,12,24
262:16
264:2 265:1,
7,20 266:1,
13,22 268:1,
13 269:3,16,
22 270:14,
18 271:1,21
272:11
273:4,16,25
274:14,16,
25 275:16,
20 276:7,16
277:9 278:1,
4,9 279:13
280:3,23
281:3,11
282:12
284:11,14
285:4 286:4,
16 287:14
288:2,23
290:6,22
291:17,21
294:16
295:4,12,20
296:10,18
297:8,12
298:3
299:15,23
301:3,15,19
303:8
311:24
312:9

map
17:5 19:25
20:4 22:24
27:16 34:5,
8,21 40:18,
20 41:4,11,
20 42:4,13,
25 43:1
44:22,23,24

45:2,7,9,22,
25 46:19
47:3,8,11,
14,20,25
48:6,11,12,
18 49:9,11
53:2,16,18,
19 54:9,14,
21 55:1,12
56:18 57:15,
16 58:4,5,6,
13,19,21,22
66:14 68:7
69:8,18,21,
25 70:4,5,6,
16,19 71:1,4
72:11 76:7,
12 77:8 78:6
80:9,22
81:23 82:6
84:8,15,21
85:1,3,7,8,
17 86:3,6,16
88:24 89:20
90:3,17,21
91:8 92:1
93:9,19
95:10 98:20
99:4,6,12
100:20
102:18,19,
20 103:21
104:2,21
106:8 107:5,
6 110:13,20
111:4,11
112:3,4
117:20,23,
24,25 118:2,
4,6,12,18,
20,24 119:4,
12,16,21,23
120:9 123:4
124:20

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

129:20
130:9,15
132:9,18,22,
23,25 134:5,
6,11 139:10,
16 143:4
147:3,14
153:12
156:23
162:22
163:3,5,24
164:4
169:21
170:23
171:22
172:11
173:6
176:22
177:13
178:24
183:22
186:6
188:10,13
189:19
190:13
201:16,19,
21 208:5
215:4
224:25
225:2
227:10
245:12
267:6,15
268:19
269:1,9,15
277:22,23,
24 278:12,
15 296:12
301:25
303:24

**mapped**
80:3 134:12

**mapping**

135:14

**maps**
15:20 22:21
24:15,20
25:6 26:6,
12,16,24
27:5,19 28:3
29:12,14,15
31:1,4,5,7,8,
19,24 32:13,
18,21 33:17,
25 34:10
35:5,9,10
41:6,12
42:22 51:10,
20 55:11
56:9,16,19
57:2,9,12,13
61:19 62:20,
24 68:15,21,
22,23,25
69:5,10
70:4,10
73:2,6,11,16
75:16 76:7,
23 77:5
80:18 81:9,
15 82:1
85:13 86:25
91:2,4 92:5
93:16 94:20,
25 95:3 98:7
101:20
102:9,10
103:17
106:14,19,
21,22 107:2,
3,4,6,8,24
108:1,9
109:6,21
110:22
111:24
114:17

133:4
135:22
136:12
152:8 153:8
154:18
155:14,19
162:6,10
164:20,23
165:5,8,11,
14,21,24
166:2,5
167:25
175:2
176:10
188:12
195:19
201:18,22
208:4
209:18
210:9
213:16,18,
21 214:2,4
215:22
216:1,4
221:4,7
225:19
226:6,23
230:16
241:9
245:20
248:19,21
252:23
253:2
255:10
262:4,22,24
263:4,7,8,
10,12,25
267:9,11
270:5,12,13,
24 271:17
273:8
276:24
277:12
282:11

286:17,25
287:24
288:7,11
289:23,24
295:2,11,19
296:14,25
301:14
302:21,22
304:9 310:3

**Maptitude**
33:15 34:4
112:24

**Marc**
165:5

**mark**
12:4 20:25
21:9,19
22:12,14
23:15 53:20
102:9 113:5
159:25
170:3
173:12
179:13
180:2,6
189:11,22
211:18
212:1
228:21

**marked**
20:8 21:3,23
43:16 52:25
53:25 60:11,
24 62:7
71:14 96:15,
22 99:15
113:1,9
115:13
121:6,7,9
122:18
125:23
127:22

128:14
130:7,13
134:21
136:23
143:3,10
147:11
156:21
173:19
180:14,16
184:16
185:15
189:13,20
190:20
205:10
211:20
212:10
215:1
218:20,25
221:18
222:5,16,25
223:5
228:20
243:4
308:19,21

**marking**
20:9 21:25
43:17 60:6
71:11 96:11
173:14
222:2

**marks**
59:24 96:5
159:2
179:20
227:1
241:20
291:2

**match**
38:13
133:13

**matches**
227:19

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

**material**
47:17

**math**
208:22

**mathematically**
149:5

**matrix**
195:16

**Matt**
50:24
138:14,15
139:2,9
140:6
292:25

**matter**
11:14 13:15
36:19 87:25
148:16
221:2 247:9,
15 284:12
294:17
297:9
302:17

**Mcguire**
95:2

**Mclaughlin**
25:20 31:16
252:9,10,11,
19,21 253:8
254:13

**Mclaughlin's**
253:1

**meaning**
37:3,12 70:8
174:13
283:21

**means**
25:6 27:14
30:19,20,21

44:3 65:17
70:9 87:5
102:16,18
154:7
168:23
218:16
226:18
240:8
265:18

**meant**
46:19 100:3,
15 101:14
103:21
210:19
256:14
259:16

**measure**
41:18
108:23
174:8,9
206:17

**media**
11:13 58:18,
20 59:10,11
106:17
264:23
267:11,12
268:8 269:8
304:18

**medication**
17:2

**meet**
105:25
254:2 263:2

**meeting**
22:9 29:19,
22 30:6
83:21
263:11

**meetings**
166:23

234:21
255:23
263:20

**megabytes**
183:6

**meld**
147:20,24
148:11

**melding**
149:9

**member**
28:9 93:8
94:19
130:20
140:3
167:13
177:10
201:7
235:10
257:1 283:6

**members**
25:8 50:22,
25 83:8 84:4
95:15
105:13
160:11,13
237:5
238:22

**membership**
132:7

**memo**
244:17

**memoranda**
22:19

**memory**
45:6 154:20

**mention**
52:22

**mentioned**

77:13
140:13,14
175:22
203:16
238:12,21
306:11,12,
16,18 307:2,
6,17 308:4,9

**mentions**
309:19

**Merz**
64:4 65:4
70:13
185:18
243:12

**message**
68:21 125:8
268:8,23,25
269:5

**messaging**
73:9 125:6

**met**
166:16
175:24
239:9

**metadata**
65:5,13,16

**methodology**
32:20
154:19
294:8

**Meuser**
12:4 13:25
14:7,10
21:10 54:2
60:18 96:24
97:7 115:21
120:19,21
121:4 131:2,
4 143:15
150:13

169:17
172:5 179:7,
13,14 180:2,
6,15 181:22
182:7,18
183:1,5,11,
24 184:12,
17 185:8,11,
13,16 186:5,
9,14,23
187:5,10,23
188:6 189:2,
7,14,18,25
190:6,16
191:11,16,
20,22 192:4,
13,20
193:20,23
194:7 199:4,
14 200:10,
16 203:19,
22 204:18,
24 205:1
206:12,21
207:7,11,15,
23 208:15
210:2,8,14,
23 211:7,17,
21,24 212:3
213:11
214:3,24
215:2,15
218:21
219:12
221:9,19
222:2,6,13,
17 223:1
224:18
225:8,17
226:3 227:6,
16 228:4,21
230:12,18
231:4,8,18,
25 232:2,9,

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

15 233:10,
12,24
234:18
235:21
236:13,19
240:15
241:11,14
242:1,10,13,
19,24
244:23
245:9
247:10,21
248:25
250:24
253:5,14
256:19
257:11
258:17
260:9,13,18
261:10,14
262:11
264:4 265:3,
8,22 266:3,
15,24 268:2,
18 269:7,18,
24 270:16,
20 271:3,23
272:13
273:11,22
274:15,17
275:4,18,23
276:9,18
278:3,17
280:12
281:1,8,14
282:14
284:13
286:6,20
288:6,25
290:11,16,
20 291:8,23
294:22
295:6,14,22
296:14,20

297:10
298:7
299:18
300:6 301:5
302:4 312:2,
4

**MEUSTER**
60:16

**Mexico**
251:5

**Michael**
13:1 50:4,19
235:10
238:17

**mid-decade**
245:23

**middle**
44:20 117:8
118:5 140:2
147:17
150:3
200:23
230:4

**midnight**
23:14

**Mike**
95:2

**miles**
18:17

**million**
277:23

**mind**
32:10,11
43:5 50:8
75:10 82:21
109:15
111:17
148:8
155:14,19
164:11

234:10
235:13
251:2
272:14

**mine**
49:24 63:23
70:20 215:7

**minimal**
145:7 249:4

**minority**
126:13,15
145:24
146:16
195:13,17,
21 196:3,6,
10,18

**minority/
majority**
197:18,21

**minuscule**
59:16

**minute**
43:22 58:21
60:13 72:4
94:21
122:13
179:15
180:24
281:11

**minutes**
64:6 96:17
115:18
239:20
282:20,21
302:7

**mischaracter
ization**
281:6

**mischaracter
izes**

88:18 132:3,
4 156:25
200:7 298:1

**mischaracter
izing**
281:10

**mislabled**
89:20 90:14

**misnumbere
d**
90:20

**missed**
208:20

**missing**
93:6

**mission**
280:11

**misstated**
46:18
100:14

**misstates**
31:2,4 89:10
90:5 102:25
122:1
123:12
124:24
129:14
140:10
151:10
156:2
195:23
200:9 260:6
279:13
280:23
287:14
290:6
291:17

**misstating**
46:3

**Mitchell**
11:8,13
12:11 14:21
20:10 21:13
22:6 24:24
28:8,17 42:6
57:23 60:1
62:12 71:12
96:7 135:8
159:4,8
174:13
175:15
179:22
187:11
192:20
215:3
221:21
227:2
241:22
242:1,19,24
244:23
260:18
261:14
264:4 266:3,
15,19,24
267:3
269:24
271:3,23
275:23
276:9
282:14
286:20
288:25
290:16
291:4,8
295:6,14,22
296:1,20
302:12
309:24
311:21

**modified**
68:11

**modify**

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

246:11

moment
74:9 237:17

Monday
18:2,6 20:24
181:6
184:21,22

Monica
208:19

Monique
166:3

monitoring
254:7

montage
307:10

month
66:3 214:10
230:4 238:5

months
115:2
214:11
260:16

morning
11:12 29:11
180:22
258:6

motion
309:1

move
88:22
124:20
125:5
140:18
237:5

moved
134:14

movements
310:15

moves
38:3 87:20

moving
125:11
151:23
152:12
153:23
155:5 158:8
310:14,20

multiple
33:12 50:22
52:18 84:18
85:11
172:19
239:16
244:9 266:9
276:19
277:17

municipal
73:17,21
78:18 80:6
86:22 92:17
103:13
250:7 255:7,
22 257:8,10
282:8
285:14
297:14,19

---

**N**

names
32:7 50:9
159:11
234:6,7
238:20
239:8
240:19,22
254:25
274:19

naming
234:6,7

Nancy
234:8 237:3
307:20

narrative
48:13
172:16

Nathan
235:4

national
36:6 52:12
270:8

nationally
170:11

native
76:1 298:16,
17,22 299:3

naturally
61:1

nature
182:1

NDRC
52:11,12
270:7,8,24

necessarily
41:18,21
215:24
264:23

needed
39:3

neighborhood
74:14 78:12

neighboring
150:9

Network
52:18
175:24,25

Newport

133:17
134:16
205:23

news
19:14,23,24
59:12 226:6

Newsom
11:15
234:25
259:10
307:11,17

Newsom's
266:10

Nicholas
11:23 60:3
96:9 159:6
179:24
241:24
291:6

night
180:23
258:9,12

nod
16:13

nodding
16:22 31:6,
11 33:7
41:23 69:16
91:11
113:12
164:12
217:23

non-profit
250:18

non-
redistricting
283:20

nonalignment
294:4

noncontiguous
278:12,16

nonpartisan
259:21

nonprofit
250:8,17

norm
284:7

normal
33:18
300:20

north
128:7 133:8,
15 205:14
274:3

note
23:12
173:12

noted
182:4 185:1

notes
290:21
311:18

notice
55:6 126:11
181:5,9
185:2

noticed
190:16

November
19:16 20:5,
12 22:24
121:8
202:11,15,
18,20,23
215:8 216:6

number
11:13,18

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

14:5,14
31:15 44:2,
13 45:15
51:12 59:25
60:8,24 61:7
62:7 64:1
65:1 67:20
68:15 74:22
87:19 96:6
97:7,8 116:3
117:9
119:16
125:25
126:2
134:12
135:25
147:22
153:22
154:17
155:20
156:19
159:3 176:9
179:21
180:16,25
181:3 197:7
199:8,15
200:13,24
203:16
204:2 205:1
206:3,19
207:4,5
208:14
215:20
241:21
243:10
253:18
254:6 262:5
278:18
284:2,7
291:3 297:7

**numbered**
60:8 91:3,4,
5,7 188:18

206:6
309:11

**numbering**
206:13,16
248:15

**numbers**
37:13
143:12
161:13
186:22
193:4,10,16
199:23
208:5
212:12
216:8,10
217:21
218:4
237:23
284:19
295:1 296:6

———————

**O**

**O&1**
312:3

**Oakland**
172:24
175:16

**oath**
16:5 61:22
180:11
242:2 291:9

**object**
16:17 17:15
21:5,7 61:14
66:16
107:16
124:9,10
162:16
192:17
210:12
227:4

268:13
278:7

**objected**
199:5

**objecting**
34:25
270:18
301:15,17

**objection**
17:12 18:3,
8,21 19:8,17
23:5,13
24:5,16
26:7,17,25
27:6,11,20
28:4,13
29:2,17
30:11 31:2,
20 32:14,22
33:1,21
34:6,22
35:6,10
36:10,18,24
37:19 38:14
39:17,18
40:21 41:15,
24 43:2,9,10
45:3 46:2,4,
14 47:5,17
48:13,19
51:7,8 52:3
54:22 55:8,
14 56:20,22
57:4 58:8,
16,24 61:1,
13 62:17
63:1 64:14,
20 65:9
66:19 68:1,
8,18 69:1,11
70:2,17 71:2
72:3,25 74:2
75:1,20

76:8,14,19,
25 77:9,16,
20 79:17
80:10,15,19,
23 81:2,11
82:7,8 83:20
84:9,16,22
85:4,14,19
86:7 87:7,8,
16,23 88:18
89:1,9,15,21
90:5 91:12,
15,20 92:2,
8,25 93:23
94:4 97:23
98:3,22
100:24
101:12
102:24
103:11,23
104:5,10,22
105:20,22
106:20
107:12,19
108:6 110:8,
16 111:7
112:18
114:18
116:2,14
117:17
119:5,7,12
120:6
121:13,23
123:11
124:16,24
126:21
127:2
128:16,24
129:9,14
130:2,10,24
131:15,20,
25 132:14
133:24
135:2,17

136:6 137:6
138:1
139:11,14
140:10
141:8,11
142:17
143:6,25
145:13
147:4,6
148:1,5,14
149:11
150:24
151:10
152:4,10
153:3,10
154:9
155:10,15,
21 156:2,24
157:15
158:18
159:16,22
160:5
161:19
162:2,11,15,
23 163:10,
16,25
164:13
166:18
167:20
168:10,14,
19 169:4,22
170:2,24
171:25
172:15
173:7,24
174:19
175:18
176:25
177:6,15,21
178:1,18
179:1,5
181:16
182:24
184:10,23

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

187:20
189:1
190:10
191:10,13
192:2,17
194:5
195:22
196:11,25
200:7
204:16
206:8,10,25
208:9
209:25
210:21
213:6
215:13,14
220:14,16
221:3
224:15
225:6,13
227:14
228:2
230:17,25
231:16
232:7 233:8
236:11
240:11
242:22
244:19
245:5 247:8
248:7,23
250:20
253:3
256:17
258:13
260:11
261:8,24,25
262:16
264:2 265:1,
20 266:1,13
269:3,16,22
270:14
271:1,21
272:10

273:4,16
274:25
275:16
276:7 277:9
278:1
279:13
280:3,23
281:3,11
282:12
284:11
285:4 286:4
287:14
288:2,4,23
290:6
291:17
294:16
295:4,12,20
296:18
297:8 298:1
299:23
301:2 303:8
306:2
307:15
308:6

**objections**
17:20 18:12
30:17 32:19
47:9,21
48:1,7 65:25
70:22 98:9,
13,16 105:2
114:23
116:7,8
124:5 156:5
158:6
166:22
206:10
231:23
232:13
266:22
273:25

**objective**
125:8 175:4

**objectively**
111:10
125:1 134:9

**obligated**
30:22

**obligation**
55:6

**obligations**
18:6

**obscure**
34:17 305:2

**observer**
173:10,15,
22 174:18
308:12

**obtain**
127:10

**obtained**
309:21

**OC**
52:14

**occurred**
73:4 275:2

**occurring**
61:2

**Ochoa**
214:7,9,12

**October**
113:25
114:3
127:11
173:21
174:5
225:10
283:13
286:2 287:8

**odd**
63:18

**off-the-
record**
219:7

**office**
23:24 67:11
238:7 239:2
266:10
308:25

**officer**
24:2

**official**
14:12 29:7
42:20
184:20
193:13
194:7
225:18
276:4,19

**officials**
262:25
263:3,5,13
274:20,23
276:19
278:19
280:21

**oftentimes**
38:22 79:4
87:19 88:9
272:16
273:14

**Omara**
50:4,16
238:17

**one-fifth**
39:6

**one-on-one**
82:14,17
83:10,25
84:4 165:2,3

**online**

68:22

**onward**
66:15

**open**
172:12
252:3
263:17

**opened**
56:10

**operation**
98:2

**operative**
170:10

**opinion**
124:7 273:2

**opportunitie
s**
289:22,24

**opportunity**
163:5,14
172:20
180:7
195:13,14,
17,18,21
196:3,6,10,
18 292:7

**opposed**
206:14

**opposite**
60:21

**opposition**
108:21,22
308:25

**optimal**
158:10

**Orange**
107:25
108:1,10

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

133:7 150:9,
16 201:10
203:23

**order**
60:21
143:23
148:12
168:3
190:14
225:21
287:3,21
288:16
310:7

**organization**
106:19,21
114:9 119:1
201:24
203:2 211:1
280:8

**organizations**
139:23
173:2 175:6,
22 176:6,8,
15 250:8,17,
18 254:24,
25 262:23

**organized**
108:18
113:6,11
146:10
280:10

**origin**
296:13

**original**
254:21
258:21

**originated**
307:22,25

**Orion**
12:17

**Osete**
12:22

**ourself**
74:18

**outcome**
279:17

**outcomes**
170:17
289:23

**outdoor**
146:9

**outreach**
255:23

**outright**
74:6

**overboard**
279:20

**overbroad**
77:16 87:24
92:8,25
97:23 116:3
144:1 273:5
277:9

**overly**
37:5

**overnight**
257:25

**overpacked**
150:17
151:7
152:14,21
153:9 155:6

**overpacking**
151:23
153:22

**overturned**
273:9

**owner**

23:17

---

**P**

**p.m.**
64:3 65:3
67:21 70:13
95:23 96:1,
3,5 158:23
159:2
179:16,20
241:16,20
290:23
291:2
311:23
312:14

**PAC**
229:12
230:7
291:15

**pack**
54:18

**package**
189:3 194:3

**packet**
61:4,7 188:8
208:11

**packets**
189:8

**pages**
97:20 116:3
121:14,18
122:3 127:5
188:7
231:21,25
244:10

**paid**
27:7,9,15
32:3 53:18
54:9,25
115:9

228:11,12,
17 229:6,8,
11,16 230:1,
8,19 255:8
257:12,16,
18,19
258:24
259:6
291:14,19,
20 304:12,
19

**paired**
136:16

**Palos**
108:15

**Panel**
17:6

**paper**
66:21 183:5
184:24
186:4

**Par**
82:20

**para**
118:22

**paragraph**
45:16 56:4
67:21 85:25
143:19
147:17
150:3,4
158:9
174:12
175:14,21
205:12
245:17
246:2,5,8,9,
15,16,18
247:4 249:3,
8,9,19,21
257:23

264:16
274:17
279:1
282:24
286:25
289:4
309:18
310:22

**paragraphs**
244:10
246:19

**parallel**
73:19

**paraphrase**
280:25
287:22

**paraphrasing**
138:12

**park**
78:9,13

**part**
44:17 45:14
78:6 89:10
90:24 92:11
103:18
115:6
135:11
174:15,25
190:12
194:3 202:1
222:12
230:15
252:22
255:9
257:13
259:7 260:3
261:12
271:17

**participants**
114:8

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

participate
80:25

parties
54:10

partisan
86:3,6,16,
22,23,25
140:7
176:11
245:21
289:6 303:5,
9,13 304:6
306:11,13

partisanship
74:17 104:3
115:7 307:3
310:6

partners
23:18,22
24:3 25:9,17
31:22 32:2
34:7 49:5,21
125:17
190:18
228:24
230:18
231:14
249:22
252:1,3,12,
21 253:9,25
254:16,22,
23 255:5,9,
18,20 257:2,
4,13,17
258:22,25
259:4,7,20
262:9,13,20
282:2,7,10
291:24,25
292:21
302:21

Partners'
25:18
185:20

parts
37:11 55:11
154:24
203:1

party
52:19 86:1
192:15

pass
108:22
179:12
303:3

passage
82:23
242:14

passed
88:16
111:11
112:4

passing
225:22

passive
28:1

past
253:12
257:5 259:5
262:18

path
29:20 132:6

Paul
11:8,13
20:10 60:1
64:4,12 96:6
159:3
174:13
179:21
180:4
187:11

195:24
215:3
221:21
227:1
241:21
244:2 269:4
291:3
309:24

pay
53:12,16
54:21 98:15
104:2
231:14
252:21
254:16

paying
54:11,14
89:24
257:20

payment
229:21
292:18

payments
53:17
291:16

pdf
61:11 65:4,
17 188:2
190:15
222:11

PDI
35:24 36:14
67:5,11,13
225:16
297:19

peek
105:8

pejorative
157:8

Pelgrin

Pellerin
159:25

Pelosi
234:8 237:3
307:20

penalty
16:5

pending
13:16

penny
229:14

people
26:5,11
31:16 38:6,
7,9,22 39:4
40:11 48:16
50:1 52:21
57:3,7,10
67:9 68:21
78:13,14,15
79:13 82:19
98:19 99:11
100:8,18
101:15,20,
21,25
102:16
106:15
107:11
125:4
138:13,22
166:9,25
183:18
195:16
196:5 202:8
215:20
226:23
233:11,15,
18 238:9
243:20
247:19

238:14

Pellerin
159:25

Pelosi
234:8 237:3
307:20

penalty
16:5

pending
13:16

penny
229:14

people
26:5,11
31:16 38:6,
7,9,22 39:4
40:11 48:16
50:1 52:21
57:3,7,10
67:9 68:21
78:13,14,15
79:13 82:19
98:19 99:11
100:8,18
101:15,20,
21,25
102:16
106:15
107:11
125:4
138:13,22
166:9,25
183:18
195:16
196:5 202:8
215:20
226:23
233:11,15,
18 238:9
243:20
247:19

258:22
262:19
265:16
267:9,11,12
276:23
277:17,23
279:19
280:4
283:23
286:11
298:24
304:2
310:14

percent
128:10
133:17
152:13,20
153:14,18,
24,25 154:1,
24,25
155:25
156:16,21
157:21
176:12
205:17
285:2,12

percentage
83:7 133:14
153:8
157:25
197:7,13

percipient
15:18

perfect
16:16 113:3
256:24

perfectly
128:13

perform
30:22

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

**period**
48:17,23
49:8,15,21,
22 51:4,19
67:14 82:21
83:9 95:11,
13,16 138:3
159:19
160:8,17
164:19,24
165:4,7,10,
13,20,25
166:3,6
167:14,15
218:12
234:11,13
238:10,21,
25 239:4,6,
12 259:5
275:14

**perjury**
16:6

**person**
191:5
234:21
239:21
252:17
255:16
267:6
277:22
278:2
292:16

**personal**
49:24 56:12
292:25

**personally**
11:7 116:19
247:2

**persuasive**
125:9

**Pete**

234:9,15
237:3

**phone**
234:22,23

**phrase**
19:25 72:19
92:14 261:6
283:16
284:1,22,24
285:19
290:11,12

**phrasing**
157:11,12

**physician**
66:22

**pick**
118:16
273:21
311:3

**pick-up**
267:15
268:19
269:1,15

**pickup**
104:8 269:9

**pickups**
101:6
310:25

**picture**
85:8 134:4

**piece**
66:21
184:24

**place**
11:21 38:6
114:20
151:2
190:14
234:19

**places**
173:1 218:3
283:4 302:4

**plain**
258:16

**plaintiff**
12:5,22

**plaintiff's**
20:7 21:2,22
43:15,18
53:24 60:10
71:13 96:14
113:8 121:5
173:18
180:13
184:15
185:14
189:12
211:19
214:25
218:19
221:17
222:4,15,24
228:19
308:18

**plaintiffs**
11:9 13:2,6,
22 180:3,7
301:9

**plan**
108:22
163:7,20
212:23
227:19
245:18
249:10

**planned**
67:8

**planning**
257:19

**plans**
108:20
145:6,20

**platform**
32:24 268:8

**play**
22:4 32:6

**plethora**
79:3

**plurality**
158:12

**podcast**
96:12 97:15
102:15
103:17
141:15
179:8 209:9,
14 240:24
241:2,3,7
252:8
255:25
256:7
259:25
260:2 261:4
264:21
265:10,13,
15 267:14,
21 270:4
272:9,25
273:12
274:8 306:7

**podcasts**
169:24
170:3 305:8

**point**
29:8 32:9
47:16 59:17
64:11,13
68:23 70:8
84:2 105:5
120:3

127:24
128:13
129:4,6,7,25
130:8 131:7,
9,13 132:5
133:12,21
142:7 159:8
204:1,5
221:5 224:5
225:16
273:8
278:13
279:17

**pointing**
104:16

**points**
22:21 67:22,
24,25 68:7
69:17 72:13,
15,17,19,20
73:9 130:14
132:10,13,
19 133:2
243:10
244:17

**polarized**
145:1
251:11,14,
16

**politely**
124:4

**political**
35:21 36:9,
12 52:22
53:21 55:21
67:3 102:16
113:6,11
247:25
253:19
254:11
280:10
289:6

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

293:17
296:16
297:6
304:14

**politicians**
262:7

**Politico**
70:9

**politics**
161:3
308:12

**pollsters**
52:22

**Pomona**
226:25

**pop**
231:9

**popped**
19:1

**popping**
13:3

**popular**
14:21

**populated**
39:13

**population**
38:1,2,3,7,
24 39:7,9,
10,11 74:23
123:4
128:10
133:18
138:15,16
140:9
151:25
172:20
196:24
197:6
205:17

212:19,24
216:12
247:23
283:24
284:1,3,17
285:10,11
294:23,24
298:5,18,24

**populations**
75:24 76:1,2
151:23
155:5
188:13
284:18

**portal**
29:7 56:10
57:16,20
62:20,25
63:6

**Porter**
12:18

**portion**
63:5 99:23
112:2
119:24
125:20
135:9 137:9,
10 144:16

**portions**
283:9

**position**
181:17
220:8
301:16

**possession**
162:21
166:15

**post**
215:3,11,17
219:3,12,18
221:11,23

222:8,19
223:13,23
224:2,9,19,
20 225:9,17,
25 267:25
268:2 269:8,
11

**postcard**
91:6,9

**posted**
70:9 215:8
220:6
226:19,21
267:6 268:2

**posts**
221:9
226:15

**potential**
55:11
251:12
311:4

**potentially**
37:5 90:19
118:21
126:23
127:6
128:23
129:1 171:3
207:19
240:2 280:4
300:3
311:11

**pounds**
21:9

**power**
52:17 75:15
76:13 84:13,
20 105:18
116:24
146:16
147:22

148:13
170:22
171:10,20
175:24,25
225:1
227:10

**PPIC**
163:19
164:8,10,15
222:17
223:10,22

**practice**
220:22
284:12

**practices**
73:24,25
74:19

**precinct**
38:20
293:24

**precincts**
38:13

**precise**
219:16
254:9

**precluded**
297:16

**Predominant
ly**
75:23

**prefer**
44:12 70:14
193:11

**preliminary**
17:7,9,19
96:22
115:14
121:10
184:25
309:1

**prepare**
181:19

**prepared**
121:4
185:24

**preparing**
182:17
185:3
192:13

**present**
25:12
201:19,21

**presentation**
22:23 113:7,
25 115:22
120:16
127:11
128:21
134:2
200:11
201:19
204:11,15
239:16,19,
24 240:13
275:8
277:20
281:22

**presentation
s**
239:22
240:16

**presented**
85:13
211:11

**presenting**
84:2 122:3

**presents**
212:23

**preserve**
48:5 173:5

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

**preserving**
74:12 91:25
143:22
145:23
175:15
176:9,13

**president**
35:20
306:16

**presincts**
293:22

**press**
59:6

**presume**
72:17 168:7

**presuming**
141:22
212:9
224:23

**pretending**
30:18

**pretty**
203:10
246:12
258:16

**previous**
206:15

**previously**
243:4 257:2
259:4

**primarily**
76:4 206:14
257:8

**primary**
33:13

**principal**
23:22

**print**

239:14
298:25
299:5 300:6

**printed**
218:23

**printing**
90:13

**prior**
51:20 56:7
72:12,15
81:25 84:2,3
88:3,4 93:15
95:9 97:9
100:16
111:23
188:20
202:20
253:10,11
259:13
263:9
296:24
297:3,11
299:19

**priorities**
262:5

**prioritize**
175:10

**prioritized**
174:13

**prioritizing**
175:8

**priority**
93:12
143:22
144:24
175:25

**prison**
37:25 38:2,
3,7

**prisoners**
217:2

**private**
89:8 132:24
227:2

**privilege**
16:19 23:6
24:17,19
26:19,21
28:6,8,15,19
32:15 34:25
35:2 42:1,16
46:17 47:5
48:2,9,15
49:14 52:6
58:12 59:1
63:4,11,13
71:5 73:3
76:10,21
80:11 81:13,
19 84:11,17,
24 85:20
89:3 92:3
93:25 98:5,
18,25 101:3
103:25
104:6,23
120:7
129:11
130:4,11,25
131:12
132:1,21
133:3 135:3,
5,20 139:16
141:12,16,
19 143:7
147:5 148:3
149:13
152:11
153:13
155:22
158:19
159:23

160:6
161:20
162:4,8,17,
24 163:12
167:21
168:11
169:23
173:8
175:13
177:7,16,22
179:2 182:3,
11,25
183:12
184:11
191:14
192:3,18
194:6
196:13
204:17
210:1,22
221:4 225:7
227:4
231:17
236:12
242:6,7,21,
23 244:21
248:24
253:4
256:18
260:12,15
261:9 264:3
265:2 266:2
269:17
270:15,17
271:22
275:1,17,21
281:13
282:13
286:5,19
288:24
294:18
295:5
296:19
301:14

302:1

**privileged**
26:18 52:6
112:2
155:16
162:3 164:2
191:13

**pro**
50:18 95:17
305:9,21
306:9,10
307:21
308:2,4

**problem**
274:15

**proceed**
14:2

**proceeding**
17:14

**proceedings**
312:13

**proceeds**
185:19

**process**
29:4 32:12
58:10,20
64:17 66:1,
2,5,9 87:20
88:11 89:7,
11 92:11
98:23 99:1,
7,8 107:14
110:21
111:13
117:11
118:2 119:8,
12 135:1,14
147:7 148:2,
17 149:13
153:11
158:7

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

168:25
169:9 175:1
182:16
183:19
188:22
200:6,18
201:1,5
217:14
221:7 236:4,
25 247:16
260:4
261:13,20
263:6,21
271:15
288:22
297:9

**process.'**
174:16

**processes**
89:16

**produce**
33:24 36:8
63:24
181:23

**produced**
61:23 65:20
182:22
183:3
186:13,15
187:2,3
216:16

**produces**
300:9

**producing**
181:25

**product**
88:25
216:22
259:19
260:14
300:15

**production**
22:12,16
60:7 71:16
180:25
181:2 182:6,
20

**productive**
215:24

**professor**
231:11

**program**
33:4,14,20,
23,24 34:9
300:4,8,11

**programs**
33:12,13,15,
19 300:3

**progress**
172:3

**progressive**
139:24
140:18

**project**
24:24 25:4
36:21,25
37:10,20
39:19 66:13,
14 93:2 94:5
144:9
250:10
251:15
261:18
301:6

**projects**
67:16,18

**prominent**
307:19

**promote**
225:19,21
226:1

**proof**
20:25

**prop**
19:25 26:15
31:1 41:4,6,
13 43:1
51:10 66:14
68:7 72:11
76:6,12 77:8
80:9 81:1,10
88:24 92:11
93:2 105:1
111:5,11
114:7,9
115:4,8
116:23
119:12
120:8 130:3
132:18,22
133:3 134:6
135:14,18
139:12,19
147:3 148:2,
4,17 153:12
155:13,18
158:5,16
159:10
161:23,25
162:2,10
163:3,5,24
167:25
169:9,20
172:11
173:15
175:2
189:15
194:4
195:19
196:12
206:15,17
210:9
219:13
225:19,22

226:5,6,10
230:15
233:12
241:9
248:22
255:10
257:12,13,
17 258:11,
25 259:8,11
260:4,10
261:21
262:15,17
263:25
271:17,20
284:14
286:12,25
288:7,11
294:17
295:2 297:9,
11 299:10,
19 300:23,
25 302:20,
25 303:2,6,
21 304:2,7,
12,15,24
305:9,10,14,
21 306:9,10,
21,25 307:1,
21,24 308:2,
4,7

**properly**
91:5,7

**properties**
65:18

**proposal**
42:21,22
118:25
120:11
156:23
309:21

**proposals**
40:19 41:1,3

42:3,7,11
106:8
118:20
134:24

**propose**
136:4

**proposed**
47:19,24
133:1
224:25
227:9,19

**proposing**
135:15

**proposition**
22:25 24:15,
20 25:6
26:24 27:4,
18 28:3
31:24 32:13,
18,21 34:21
35:5 40:18,
20 41:11
48:6 57:17
58:5 80:18
82:5 84:8,
15,21 89:6
92:1 93:22
94:20,25
95:3 98:1
103:21
104:1,2,21
107:9
110:14
117:23
120:4 129:8
130:1,9
143:4 152:9
162:6
164:20,23
165:5,8,11,
14,18,21,24
166:2,5

170:23
171:21
173:6,10
176:22
178:24
224:25
242:16,17
252:23
253:2
254:17
261:17
282:11
283:17
287:24
295:11,19
296:24
300:24
301:13,25

**proprietary**
34:2 112:22

**protect**
76:12 92:22
283:6

**protectable**
212:25

**protected**
28:5,23
32:15 41:25
59:1 75:15,
19 76:9,13,
16,20 80:11
81:12,19
84:10,23
85:20 89:3
92:3,23
93:24 98:4,
24 103:24
129:10
139:15
143:7 147:5
148:13
151:24

162:8
244:21

**protecting**
84:7,13,19
174:14
175:10

**protection**
118:11
143:21
144:21
170:11
278:6

**proud**
259:20
260:3,7,8,9

**provide**
28:22 45:8
73:8 104:25
119:4
127:12
173:22

**provided**
126:15
145:8,9
191:1,3
192:9,10

**providing**
126:12
145:5,19
146:20
147:22
182:14

**public**
29:5 36:6,7
58:15 59:6
63:7,10
68:15,25
70:9,11 81:1
89:7,16
106:8
112:10

116:20
136:21
139:6 164:4
192:5 194:8
206:22
209:13
210:2 220:2,
5 221:2
229:15,19
230:22
231:5
263:21
265:10
286:7,12,13
292:15
303:24
304:1

**publicized**
19:14,22

**publicly**
116:12,17
135:4
141:14
162:14,17
210:5 286:9

**publish**
190:8

**published**
162:14,17
309:4

**pull**
70:11
160:15
224:4
226:12
228:9

**pulled**
140:2
224:19
243:3,7

**pulling**
97:8

**pundits**
170:14

**purporting**
224:21

**purpose**
48:21
146:18
190:11
251:11

**purposes**
35:19
103:20

**push**
95:20
137:22
262:23

**pushing**
306:14

**put**
37:14,17
58:22 66:5,
13 68:22
69:25 87:18
142:5
163:19
183:22
187:24
190:23
191:4
192:14,15
193:9
216:21,22,
23 236:5
239:13
244:17
247:10,19,
21 259:19
274:8 286:9
297:17,19,

22 300:14,
18 305:24,
25 306:1
307:10

**puts**
117:25

**putting**
120:1
129:24
141:6
142:14
277:12
305:2

---

**Q**

**QGIS**
33:16

**question**
23:6 24:19
25:1 32:23
34:23 38:15
40:25 42:1,
16 43:4,8
44:4 45:6
46:10,13,18
49:16 51:15
52:8,9 58:1
59:8 61:4
62:13 63:5,8
72:21,22,24
77:21 79:20
81:25 88:19
93:5,13 94:3
97:10 98:5,
10,14 99:8,
9,24 101:7,
23 102:1
103:3,6
104:12
106:23
109:14,17,
20 110:2,7,

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

10,18,24
119:20
120:24
124:3,8,14
127:14
131:6,16,21
132:21
144:20
159:23
161:20,24
162:4,8,12
163:8,11
170:3
171:10,16,
19 175:23
178:10,13
181:21
182:25
184:11
189:22
190:12
191:15
192:19,21
193:15
195:11
196:1,5
200:19
204:19
205:8,25
210:1,24
220:16
221:5 227:7,
17 228:5
231:19
232:16
238:10,15
241:5 242:4,
23,25
247:14
249:1 253:6
256:20
264:5 265:9
266:4,16,25
269:19

270:23
275:24
276:10
277:10
278:2,17
281:15
282:15
286:15,21
289:1 294:4
295:7,15,23
296:21
297:10
299:24
301:18,20
303:9
305:12
306:15,24
309:5

**questions**
16:11,17,20,
21 17:6 29:8
100:16
179:10
180:8
181:11
184:18
187:13
193:7
195:12
197:10,16
200:2
213:15
243:6
291:11,12
301:13,24
302:18,19

**quick**
88:15
193:14
200:11
219:4
221:10
282:25

302:8
311:17

**quickly**
33:25
246:12
257:10

**quo**
227:22

**quota**
48:5

**quotation**
224:1,4
227:1,9
310:22

**quote**
125:4
163:21
169:7
224:24
227:19
269:4 310:4,
13 311:9

**quotes**
224:5,18,19,
22 226:12
278:24

**quoting**
122:20
125:12,21,
23 126:1
132:17

———————

**R**

**race**
37:6 47:23
74:20,25
75:9 102:22
103:8 104:3,
20 146:1,24
169:6,15,19

232:19
308:4,9

**races**
305:2
311:11

**racial**
36:23 37:1,
4,17 48:5
76:17 77:7
79:16 80:17,
22 84:7,14,
20 86:25
93:10,19
145:24
170:22
171:11,13,
20 251:14
294:14
297:23
298:4 299:6,
12,21
300:17

**racially**
86:2,5,16
145:1
251:11,16

**radio**
305:7

**raise**
13:12

**Rancho**
108:15

**ranges**
172:23

**rare**
157:22

**rate**
284:17,18

**rates**
78:21 79:1

285:7,10

**ratio**
39:14

**raw**
35:17

**re-ask**
215:15
265:8

**re-tweets**
226:16

**reach**
237:23

**reached**
31:9 175:23

**reaching**
98:20

**read**
28:11 43:7
46:10,12
59:4 69:19
72:22,23
100:6 109:9,
16,25
115:16
117:4
120:14
122:16,18
123:15
124:13
171:18
178:12
181:2
200:20,21
201:2 205:6,
18 209:20
212:17
213:1
223:17,20,
21,22
224:24
225:3 226:9

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

227:9,11,23
243:25
245:15,18,
24 249:13
250:6,13
255:24
256:1,4,5
258:1
259:22
261:1
267:18
268:21
271:8
272:17
274:17
275:5,6
279:5
280:15
281:19,20
282:24,25
283:3,11
286:25
287:6
289:12
290:1 310:9,
16,23 311:5,
13

**readily**
119:14

**reading**
71:19
109:15
120:15,18,
25 122:17,
25 123:13,
19,21,25
126:9,17
127:11
129:1 137:9
146:25
150:20
209:9 226:6
249:18

281:23

**reads**
148:22
209:16
249:9

**ready**
193:7
274:13
283:1

**real**
41:20
154:20
193:14
200:11
219:4 222:6
282:25

**realize**
305:12

**Reallocate**
217:4,5

**reallocated**
218:12

**reallocation**
38:2

**Reardon**
26:3,12
255:13,15,
16 256:2,15
257:12

**reason**
16:23 33:21
45:10 218:1
233:4 245:3
268:15
272:22
290:8

**reasons**
288:6

**recall**

15:23 17:3
19:5,19
20:18 29:6
32:7 36:21
43:11,13
45:11 46:25
47:3 49:3,14
56:6 59:11
61:24 62:1
64:7 66:17
68:5,9,12
71:22 94:23
97:14,17,19
103:7
116:23
117:13
118:19,24
127:4 137:8,
14 141:1
157:20
166:13
168:6 184:3,
9 189:9
190:6 200:4
209:13,15
211:13
212:8 213:7,
9,18 214:19
219:6 230:3
233:23
235:25
237:14
238:12,18
239:8,23
240:15,16,
21,22
241:10
245:7
253:17
268:17
269:5,7,12,
20 276:17
278:21
290:2

294:11,13
307:8
308:10

**receive**
20:17 93:18
229:21
291:15

**received**
19:2 20:13,
16,18,20
40:7 51:24

**receiving**
64:7

**recent**
37:23 93:7
219:2
220:10,11

**recently**
122:3 185:4

**recess**
59:22 95:25
158:25
179:18
241:18
290:25

**reciting**
126:7

**recognize**
61:9 62:4
115:25
116:5

**recognized**
231:13

**recollect**
97:21 114:5

**recollection**
45:1 46:1
53:3 74:8
83:24

207:16
213:25
234:17

**recommended**
45:23

**reconvened**
96:2

**record**
30:4 43:7
46:12 59:21,
24 70:11
72:23 95:21,
24 96:4
102:3
109:16
124:11,13
158:24
159:1
171:18
173:13
178:12
179:14,17,
19 183:14
215:5 216:3
218:8
219:10,11
221:2
241:17,19
243:7 276:3
290:24
291:1
301:22
302:13

**records**
181:7

**redistrict**
75:24
262:20

**redistricted**
78:8

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

**redistricting**
23:18,22
24:2 25:9,
16,18 31:21
32:2,24
33:17 34:5,7
36:6,21
37:15 38:11
49:5,15,20
51:9 73:19,
21,23 74:14,
16 75:16,25
77:21 78:3,
18,20,24
79:5,6,10,19
80:6 86:22,
23 88:4
92:12,17,18
93:8,14 98:8
101:16
103:16
105:14,15
108:11,18
111:13,24
117:11
118:2 121:9
126:25
130:16
135:1
144:19
146:12,19,
23 157:10
169:11
170:12,19
171:9
173:16
185:20
187:23
188:8,21
190:18
195:20
197:3
200:18
201:1,5

202:24
206:18
207:10
211:10
212:20,23
216:14,15
217:14,15
218:14
219:15,20
220:2
228:24
230:18
231:14
233:2,7,13
234:5 236:3,
25 238:8
241:4
245:19,23
247:5,7
248:5
249:22
250:7,11
251:5,6,25
252:3,12,20,
21 253:9,13,
17,24,25
254:3,4,6,
13,16,22,23
255:3,5,7,9,
18,20 257:1,
4,13,16
258:22,24
259:4,7,20,
21 260:4
261:18,20,
21 262:3,6,
9,13,19
263:2,6,9,
18,19,22
270:9
271:11,14
272:4,8
273:8,20
274:4

277:13
281:24
282:2,5,7,8,
10 285:14
287:12
288:21
291:24,25
292:21
299:1
300:20,21
302:21
303:13

**redistricting
s**
94:6 157:7
158:2
261:15
297:1

**redistricts**
297:3,15

**redraw**
85:17
220:18

**redrawing**
220:9

**redrew**
220:12

**reduce**
206:19

**reduced**
140:3

**reducing**
206:14

**refer**
216:16

**reference**
115:12

**referencing**
104:18

156:23
222:12
273:10
288:9

**referred**
215:21
231:5
251:15

**referring**
20:1 21:25
65:8,14
66:14 67:23
72:18 73:12
102:25
117:23
121:11,17
133:22
137:11
139:18,20
161:21,23
176:17
203:18
204:15
222:19
223:12
248:4
264:22
267:24
268:11
275:14
285:23
288:4,19,20

**refers**
133:22
235:14,18

**reflect**
46:1 128:13
142:9
162:21

**reflected**
97:21 116:1
163:1

**reflecting**
112:6

**reflects**
22:8

**refresh**
45:1,5
213:24

**refresher**
16:1

**refusing**
210:23
260:19
301:12,23

**regard**
23:14 28:22
49:11 77:19,
20 132:22
247:15
273:7

**region**
147:23

**register**
303:15

**registered**
91:10
294:25

**registrar**
238:14

**registration**
192:9,15
294:25
296:6 297:7,
14

**regressions**
251:17,18

**regrets**
179:3

**regular**

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

115:1

**regularly**
226:6
273:23
297:21
299:5

**relaid**
55:13

**relate**
75:11

**related**
202:22

**relates**
74:4
235:23,24

**relating**
22:22

**relationship**
119:2
201:13
238:2 293:4

**relevance**
18:8 64:14,
20 70:18
91:15 92:9
206:11
272:10
306:2
307:15
308:6

**relevant**
133:2

**reliable**
164:10,14,
16

**relied**
143:3

**rely**
94:16

183:17

**remainder**
109:3

**remember**
15:10 71:20
74:10 88:5
99:21
106:10,11
117:12,13
122:24,25
123:6,11
125:19
128:11,12
130:21,22
137:4
140:20
143:20
161:10
166:12
174:17
181:8,11
212:9 216:2
219:3
264:13
293:17

**REMEMBER
ED**
11:1

**remembering**
228:7

**remembers**
123:12

**remote**
18:10
112:24

**remotely**
28:16

**remove**
119:17
125:2

137:17
217:2

**removed**
125:4

**renew**
43:10

**renumbered**
134:14

**repeat**
40:25 43:4
140:21
171:16
178:9 218:7

**repeating**
43:5

**rephrase**
42:2 58:3
118:23
148:10
219:25
241:5

**replaced**
135:23
140:16,17

**replacement**
117:8
200:22
283:10

**replicates**
227:21

**report**
31:14 39:21,
24 77:10
179:7 202:1,
7,8,17,22
204:6
211:23
212:6
213:16
217:6 222:3,

7,10,11,17,
18 223:2,4,
24 224:4
231:15,21
232:6

**reporter**
11:5 13:7,9,
10,18 16:7
23:15 30:4
36:1 39:1
43:12 46:8
69:22 95:21
97:4 113:2
147:9 172:8
219:10
302:7
311:17
312:2,12

**reporter's**
175:9

**reporters**
51:1 68:23
69:5,6,10

**reports**
22:20 58:18,
20 211:11
223:11,12,
18

**represent**
12:1 40:17
46:7 180:20

**representation**
61:16
106:16

**representative**
171:4 289:9,
10

**representing**
141:25

302:17

**represents**
216:17
308:15

**reprinted**
206:20

**republican**
85:25 140:6
177:8,10,11
240:24
241:1,7
293:1 311:3

**republicans**
86:1 176:4
306:14
307:22

**reputation**
263:23

**request**
40:19 41:1,3
42:3,7,11,
17,19,20,22
100:17
180:25
181:2,10
210:24
236:10
269:25

**requested**
23:4 182:1

**required**
30:21 149:1,
23 152:15,
22 216:11
248:6

**requirement**
146:2,4
157:23
206:15
220:15

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

requirements
  102:17
  145:7

requires
  35:16

reserve
  179:10

residents
  249:12

respect
  31:23 84:7,
  14,21 89:20
  93:21 271:6

respond
  64:10

responding
  219:19,24
  269:25

response
  43:18 44:5,
  6,10,13
  45:15 52:21
  116:17
  180:25
  182:20
  220:5 236:9
  245:22

responses
  45:22 52:24

responsible
  312:2

responsive
  236:17

rest
  46:24
  138:19

restate
  219:22

restroom
  282:18,19

result
  40:4 300:25

results
  38:12 39:22
  294:2,15
  295:10,18

resume
  252:13

retain
  230:14,19

retained
  111:24

retains
  87:19

retract
  171:23

reversed
  130:15

review
  43:22 44:12
  45:14
  180:24
  181:20
  182:2,19
  183:3 236:8,
  16

reviewed
  44:21
  224:14

reviewing
  47:24 183:8

revise
  42:21 94:22

revised
  45:24

revision

22:23 53:1

Rexford
  293:1

Rexroad
  138:14,15
  139:2,10
  140:6

Rick
  84:1

rid
  78:9 281:2,7

ride
  232:19,20,
  23,24 233:1

right-hand
  192:10

rights
  15:12 74:21,
  25 75:10,14
  91:25 92:7,
  9,13 93:12
  102:22
  103:8,14
  104:8
  143:21
  144:20
  145:8,9
  146:4,22
  149:8,23
  161:22,23
  162:5,9,13,
  21 163:21
  170:8,15,20
  193:25
  197:5
  212:16,22,
  25 231:13
  250:11,16,
  19,21,25
  251:13
  267:16

268:19
269:1,10,15
272:16
273:3,14,19,
24 279:11,
25 280:8,18
281:18
282:4,9
284:5
285:15,17,
21

Rivas
  30:7,8,9
  50:17 55:25
  95:12 235:7

Rivera
  12:24

Riverside
  150:10
  289:18

road
  214:5

Robert
  128:7
  205:14

role
  106:2 253:1,
  9 255:19
  257:5

rough
  49:8 312:4,
  6,8,9

roughly
  66:3 83:12
  132:8,10
  228:17
  258:7

routes
  88:7

Roybal
  130:17
  283:10

Roybal-
allard
  130:18
  137:18

ruinous
  226:24

rule
  185:1
  212:19,20
  263:1 300:1

rule-less
  102:20

run
  167:4
  190:14

running
  172:4

---

S

Sabera
  84:1

Sabrina
  82:25
  159:18

Sack
  239:3

Sacramento
  11:4,6,22
  18:16 60:2
  79:9 96:8
  159:5 161:2
  172:25
  173:10,15,
  22 174:17
  179:23
  241:23

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

291:5
309:23

**Sadhwani**
105:9,11,13

**salad**
145:17
290:4

**Saladay**
235:5

**sample**
277:22

**San**
252:17

**Santa**
15:8,12
59:15
208:19
238:13

**Sara**
105:9,11,13

**sat**
180:19

**scare**
98:7

**scenario**
155:9

**schedule**
182:5 236:3

**scheduled**
18:6 237:9

**schedules**
166:24

**school**
73:18 79:2,
10

**Schwarzene
gger**
231:11

**scope**
55:7,10,13
86:9 108:7

**SCOTUS**
169:25
170:5

**Scout**
172:5

**scratch**
11:15 34:3
119:21

**screen**
13:24

**seal**
128:8
190:21
205:15,22

**seals**
190:23

**search**
23:10

**seat**
118:5,16
123:2
129:19
141:7
142:15
289:11
311:3

**seats**
138:8
139:25
168:3,18,23
169:3 287:3,
19,20
288:15,19,
20 310:25

**Secretary**
90:23

**section**
22:15 60:7
100:5 146:3
163:4 170:8,
9,10 191:17
212:21,25
244:15
249:18
250:5

**seeks**
89:3 131:25

**SEIU**
255:2

**selecting**
137:9

**senate**
50:19,21
160:18
240:20

**senators**
83:1

**send**
64:5 65:7
70:14 90:21
183:24
188:25
189:3,7
225:8

**sending**
51:22 57:10
118:24
190:6

**senior**
24:2 78:14

**sense**
16:14 38:4
100:12
103:6
109:13
110:5 138:4

174:2
294:21

**sentence**
44:20
125:21,22
144:17
145:3 150:6
152:13
153:23
158:8 175:8
209:16
245:11
249:9 250:5
256:15
262:11
269:4 271:8
272:5
289:16

**sentiment**
84:13

**separate**
221:12,14,
19 300:8

**separately**
39:22

**September**
230:5

**series**
193:7

**served**
151:18
180:21
181:5

**serves**
24:1

**service**
21:1 23:20
30:21

**services**
11:24 54:7,

11,12 55:3
60:4 79:25
96:10 159:7
179:25
241:25
291:7

**servings**
20:24

**session**
58:15
167:18
240:10

**sessions**
263:19

**set**
11:11 37:23,
24 43:18
61:9 62:5
71:11
122:12
131:24
135:25
155:20
214:20
218:4
273:25
293:2
298:20

**sets**
191:20
236:2 295:2
297:21

**setting**
166:9

**settings**
83:15,18,24
84:5

**shady**
307:11,12

**shake**

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

16:13

**shaking**
47:12 52:13

**shape**
34:10 300:9,
18

**share**
74:9 197:4
270:24

**shared**
40:10
270:13

**sharing**
50:8

**she'd**
106:5

**shelf**
118:12
129:18

**Sherman**
234:9

**shoot**
252:5

**shop**
79:13

**short**
185:2
229:18
290:17

**shorthand**
11:5 13:10
197:3
277:15

**shoulders**
17:22 69:8
89:12

**show**
65:18

166:16
215:12,14
267:14,23
268:10,12
299:3

**showed**
296:5

**showing**
136:12
215:22
221:7
284:24

**shown**
69:18 72:8

**shows**
93:18 163:5
188:14

**shrugging**
17:22 69:8
89:12

**side**
167:1
253:19
254:12,14,
15 255:21,
22 257:8,9,
10 263:19

**sides**
255:6

**sign**
244:2

**signed**
228:9
235:22

**significance**
29:14
215:16
235:24
237:15

**significant**
149:25
173:4
235:15

**significantly**
237:6

**signing**
259:13

**silly**
215:25

**similar**
34:4 133:5

**Similarly**
153:24

**single**
59:13
181:23
183:9,11
185:21
206:23
207:9 208:4
276:18
286:10
296:4
297:24
300:7,17

**sit**
66:21 207:7
211:13
308:14

**site**
36:6 114:14

**situation**
153:19

**situational**
156:12
285:8

**sixth**
39:10

**size**
183:2,16,19,
20 184:3

**skate**
78:9

**skateboarder
s**
78:5,6,9

**skateboardin
g**
79:8

**skim**
96:17

**skimming**
109:12
110:4

**skipped**
138:9

**sleeping**
258:9,12

**slide**
22:21

**slightly**
126:16,17
260:5

**slow**
16:6 30:3

**slower**
119:23

**slowly**
16:7

**small**
209:3
293:13

**smart**
38:4

**smiling**
98:12

**SMUD**
79:9

**Sneezing**
133:11

**snippet**
246:6

**snippets**
246:3

**social**
106:16
264:22
267:12
268:8 269:7
304:18

**socioecono
mic**
78:1

**Sofiya**
12:19

**software**
112:21
190:2
296:15
299:19

**Solachi**
165:8

**Solano**
172:24

**sole**
145:6,25
146:1,24
248:17

**solemnly**
13:14

**someplace**
285:12

**song**
88:6

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

sort
    41:10 64:12
    96:17
    183:24

sought
    310:5

sound
    157:3

sounded
    102:23

sounds
    16:12 34:15
    100:6
    113:24
    140:16
    148:15
    151:6 230:6

source
    36:14

sources
    35:19 36:5,
    7,13 127:7

south
    128:8
    205:15

SP710
    152:13,20

space
    170:20

speak
    16:6 52:4
    68:20 81:8,
    15,22 82:11,
    14 83:19
    94:2 95:2,
    12,15 115:1,
    6 123:9,24
    125:10
    149:8 159:9,
    18,21,24

160:4,7,9,
14,18 170:5,
16 171:15
213:20
214:12,17
235:8 251:2

speaker
    29:20,23
    30:7 50:17
    55:25 95:12,
    17 235:7

speaker's
    232:21

speaking
    83:24 90:11,
    18 102:15
    114:22
    116:7
    117:13
    120:9 124:5
    128:21
    134:3,4
    175:21
    195:20
    221:6
    278:11

speaks
    140:12
    199:3
    279:14
    298:2

special
    93:21 186:7
    216:22,24
    307:11

specific
    49:12
    100:17,22,
    25 111:16
    114:20
    115:6

155:14,19
273:12,13
285:24

specifically
    155:9 213:9
    248:13
    278:19
    297:10

specificity
    98:17

specifics
    71:3 108:24

speculate
    19:11
    207:13

speculation
    19:9,18
    31:21 41:16
    43:3 46:5,15
    48:8 54:22
    55:15 56:21
    57:5 58:9,
    17,25 59:9
    63:2 64:15,
    23 65:10
    66:20 68:2,
    19 69:2,12
    70:3,18 71:3
    72:4 73:1
    77:1 79:18
    81:3 85:5,15
    86:8,18
    87:9,24 89:2
    90:6 91:13,
    21 93:1
    110:9
    114:19
    121:24
    124:17
    126:21
    127:3
    128:25

133:25
136:7 138:2
140:11
145:14
148:15
149:12
150:25
151:11
152:5 153:4
154:10
155:10
156:24
157:15
159:17
164:5
166:19
170:3 172:1
173:25
174:21
175:19
177:1 178:4
190:10
206:9 207:2
213:7
244:20
245:6
258:14
280:4

speech
    125:15

spell
    34:13

spill
    140:1

split
    26:10
    254:10

spoke
    49:20,22,23,
    25 51:21
    83:8 140:9
    166:9,16

169:25
238:7,20
239:5

spoken
    240:22

sponsored
    159:14

sponsors
    159:10

sports
    304:23
    305:1

spot
    155:24
    156:20
    157:4,5

spotted
    186:8

spotty
    236:6,15

Stacey
    26:3,11
    255:13,15,
    16 256:2,15
    257:12

stack
    200:12

staff
    29:19,22
    30:7,8,9
    49:6,21,25
    50:16,18,25
    55:16,25
    69:10,14
    80:9 95:15,
    18 106:2
    112:20
    145:10
    160:14
    232:21

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

235:1,6,8,9
236:5
238:15,16
252:11,16
255:16
257:1
266:20
269:13

**staffer**
264:24

**staffers**
81:15,17

**staffs**
161:4

**stage**
106:5

**stamp**
53:22

**stamped**
71:16
186:24
187:6
228:22

**stamps**
187:3

**stand**
63:11,13
106:5
174:25
300:8,11

**standard**
64:9,11
245:13

**standpoint**
88:22

**stands**
52:12 148:6

**start**
44:16 63:24

64:3 65:16
82:15,16
109:1
112:15
120:15
124:10
129:7
137:12
197:15,16
223:23
234:6,7,16
235:12,21
259:18
274:12

**started**
41:22 117:7,
10,20,25
130:9
184:17
200:21,24
237:12
257:9

**starting**
29:12 117:5
119:21
120:3
125:12
129:6,25
130:7
138:23
204:22
205:12
209:10
232:18
243:17
252:8
257:23
260:22
264:11
267:13
279:1 289:4

**starts**
50:17

115:22
143:20
150:4,6
193:1 249:3,
18 255:12
264:16

**state**
11:6 12:1,7,
9 33:16 34:5
42:12,13
45:25 50:1,
19,21 52:16,
17 56:11
61:12 73:16,
19,20,25
74:15 77:17
79:5 83:5
90:24 92:17
94:5,10
105:14
111:22
119:24
123:5
147:23
148:25
149:1
154:24
164:7
188:14
190:7 191:3,
5 192:6
203:1 206:4
216:13
238:11
239:5
242:12,13,
16 245:20
248:3,5
250:7
276:14
280:21
296:11
302:16,17

311:10

**State's**
144:19
294:9

**stated**
90:1 102:18
111:14
125:1
181:17
182:13
200:5
223:15
246:16

**statement**
54:8 103:5
110:25
135:11
137:9,10,24
138:4,23,25
139:3,4
143:24
144:7
145:11
150:23
153:2
154:15,16
157:4
161:11
163:1
171:24
174:25
175:5 210:2,
5 212:16
225:5 227:1,
3,13 228:1
239:17
240:23
255:24
256:1,6
259:24
261:3
264:20
265:9,10,16,

24 267:4,20
268:12
269:8,21
272:8,17,24
273:11,14
275:7
276:20
277:14
279:7,10
281:25
287:8 288:1,
3 289:14
290:5

**statements**
123:15
125:9 126:9
139:19
142:19,22
206:22
226:20,22
265:4 304:1

**states**
11:16 12:2,
23 35:17
73:23 85:25
92:18
245:22
254:7
258:15
272:5,6,7,13
273:2,13,18,
22 274:4,6

**statewide**
31:8 35:17
36:13,15
37:22 80:6
91:7 178:21,
22 188:24
216:11,25
218:13,18
296:13,15
297:1,2,3,5
299:20

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

**stating**
139:5,6

**status**
163:21
227:21

**Stefani**
165:11

**Stefani's**
165:16

**steps**
88:12
144:15

**Steve**
50:4,16
164:24
238:16

**Steven**
165:22
214:7,9,12

**STH60**
153:24
154:18

**stick**
273:23

**sticker**
23:16

**stickers**
173:13

**sticks**
141:25

**Stitt**
24:1,14,20
25:3,17
256:22,25
257:16

**Stockton**
172:25

**stop**

114:22
116:7 124:4

**stopped**
44:18

**stopping**
44:7

**store**
79:13

**stores**
79:22

**strange**
40:4

**Strategies**
292:5,12,19
293:5,11,12

**straw**
229:18

**stream**
265:6

**stress**
245:12

**strike**
246:25
252:25

**stripped**
65:5,14,16

**strong**
136:13
283:24
284:1,2,24

**strongly**
262:21,22,
23

**structure**
53:17
135:22

**stuck**
61:8

**studies**
226:9,13

**study**
164:8,9

**stuff**
244:5,6,9
256:3,16

**subject**
72:14 87:24

**subjective**
79:4

**submission**
61:19 72:11
76:24 95:10
243:23

**submit**
70:15,16,19

**submitted**
29:6,14,15
45:25 46:20
48:12 51:20
56:9,15,16,
19 57:15,20
58:4,14
62:24 63:13,
14 64:19
68:16,24
70:25
103:17
123:25
133:4 224:9
302:21
303:24
304:9
308:22,25

**submitting**
57:12,13
107:2,5

**subpoena**
17:13 19:2,4

20:10,20
21:1,19 23:4
184:13,19,
20

**subsequent**
286:13

**subservient**
144:19

**substance**
46:15
289:23

**sudden**
69:21

**sufficient**
154:25
156:17
181:19

**suggest**
283:23

**suggested**
147:25

**suggesting**
219:19
279:18
282:19

**suggestion**
41:5

**Suite**
11:4,22 60:2
96:8 159:5
179:23
241:23
291:5

**summary**
188:23

**summer**
24:9 42:4,13

**supervisorial**

73:18

**supplement**
90:21

**support**
106:5 114:7
283:5

**supported**
109:7,23
110:14
111:2,5

**supposed**
206:3 218:5
278:16

**Supreme**
185:4

**surprise**
196:18

**survey**
216:21,23
219:2
220:21

**suspect**
17:5

**sustaining**
172:23

**sway**
52:1

**swear**
13:8,14

**sweet**
155:23
156:20
157:4,5

**Swing**
292:5,12,19
293:5,11,12

**switch**
302:4

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

**sworn**
11:10

**Sygyzy**
34:13,14,17

**synergy**
201:10

**system**
112:23
297:6

**Syzygy**
34:12 190:4

---

**T**

**table**
112:13
188:23

**Tableau**
33:19

**tables**
22:20
188:11
193:10

**tact**
175:1

**takes**
140:6

**taking**
11:21 17:2
65:17
204:12
208:17
216:25

**talk**
16:6,10
29:18 38:17
41:11 51:2,
3,12 80:21
82:2,4 84:6
93:20 94:19

97:4 98:7
111:19,20
115:3,7,8
167:5,12,13,
19 233:6,16
234:3 236:3
237:10,19
257:24
259:10
263:18
272:3

**talked**
48:20,22
49:4 50:3
52:17 82:19
84:2 167:1
214:8 226:9
233:18
234:2
236:25
239:10
264:8 286:1

**talker**
29:24

**talking**
22:21 41:12
48:17 49:8,
14 66:7,8
67:21,24,25
68:6 72:13,
15,17,18,20
84:3 98:23
100:6
103:17
105:9 129:2
139:11
140:15
141:13
142:24
144:4
146:21
148:2,4,23
151:18

152:2
161:25
167:2
176:21
186:25
195:19
197:2,5
199:23
216:19,20
217:1
221:11
223:2
237:13
238:23
239:1 241:8
243:9
244:17
247:16
256:10
264:12
271:10
272:5
274:18
280:17,20
284:11,20
286:1,11
289:17
293:16,20,
23 300:12
303:25

**talks**
73:1

**tall**
21:8,12

**Tangpia**
11:14
165:14

**target**
48:5 155:14,
19 157:6,13

**targets**
157:21

**tasks**
255:4

**team**
25:9,18
31:25 32:1,9
112:15
174:13
260:8

**techie**
33:4

**technical**
38:19 39:15
58:21,23
59:5,16
183:17
207:18

**technically**
67:7

**technology**
239:21

**Ted**
207:25
208:2,12,14

**tedious**
182:16

**telephone**
55:17

**television**
304:21,22

**telling**
23:9 59:2
111:17
116:23
142:11
146:3
275:14

**tem**
50:18 95:17

**ten**
83:10,11,12
100:2
105:17
207:3,8
241:13
264:9

**Ten-ish**
15:5

**Ten-minute**
241:14

**term**
23:21 27:20
32:1 72:13
86:17 92:9,
15 106:20
112:21
196:2,6
225:14
247:6,19
250:21
283:20,22
303:8

**terminology**
15:19 75:17
77:10
144:11
196:4,7,16,
20 216:15
218:14
220:20
285:21

**terms**
98:17
105:17
163:21
168:22
209:17
273:20
289:25

**test**

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

74:5

**testified**
122:17
129:6 277:4

**testify**
17:9,18
20:10 21:19
29:12 147:2
184:14

**testifying**
61:21
124:11
291:13

**testimony**
16:24 18:10
31:3 88:19
90:6 102:25
106:25
109:8,24
110:15
111:2,6,14
112:7,13
115:22
121:20
122:1
123:12
124:25
129:15
132:3,5
136:21
139:6
140:10
141:4
142:13
156:3
195:23
200:8,9
215:21
239:8
271:13
280:24
287:15,17

290:7
291:18
304:11

**Texas**
98:8 100:4
245:22
264:17
265:16,24
266:11,20
267:4
274:21
276:5,24
303:12
306:19

**text**
22:16 137:7
187:14

**thereof**
11:3

**thing**
30:16 40:2
106:12
114:12
117:9
118:13,14
128:3
129:18
130:14
141:3,9
142:12
167:5
200:24
207:18,21
221:10
267:9 276:2
278:14
282:2,10
285:13
303:19

**things**
40:1 61:6,7
65:12 68:11

72:19 73:8
74:17 78:4
80:2 87:3
93:3 99:22
106:16
107:13
108:15
112:24
121:15
127:6
137:14
142:3
144:18
154:17
170:19
183:17
209:17
243:22
247:19
257:25
262:18
264:22
276:24
277:16
285:6 309:8

**thinking**
52:16 54:23
117:10,25
200:25
273:13

**Thinks**
73:25

**Thomas**
12:24 25:24
166:6

**Thompson**
25:25

**Thompson-fisher**
26:1 31:17
34:18
254:20

255:4,8
258:21
294:12

**thought**
60:21 63:19
73:9 171:14,
17 186:9
187:1
208:25
212:4 246:9
288:7

**thoughts**
220:6
226:16
243:24

**thousand**
203:9

**throw**
101:5,17
208:9
264:18
265:17,22,
24,25
266:11,12,
20,21 267:5
274:21,22,
24 275:15
276:5,6,20
277:3
278:20
279:19
280:22
300:9

**throwing**
102:4,6,11
265:4 277:6,
7,13

**thumbing**
213:15

**time**
11:20 15:25

22:9 24:5
26:25 27:1
30:13 33:1,2
36:10 37:9,
19,20,24
39:18 40:23
43:3 44:22
45:3 48:17,
23 49:5,8,
15,21,23
51:4,20
59:20,24
60:4 64:9,11
66:7,22
67:5,6,10,
13,14 68:2,8
69:17 77:9
81:3,18
82:21 83:9,
19 84:25
85:9,12 86:8
87:24 90:6
94:4 95:5,23
96:5 98:23
108:6
110:17
112:8
116:19
119:8,9,11
124:4
135:17,18
138:2 139:7
140:11
141:5 142:7,
14 148:1
154:21
157:4
158:23
159:2,19
160:1,8,17
161:17
164:19,24
165:4,7,10,
13,20,25

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

166:3,6,14
169:8 178:3,
11,23
179:11,16,
20 181:19
182:7
183:21
184:19
189:1 199:5,
10 201:24
202:10
203:2 210:5
214:4,8,12
217:17
220:12
226:12
230:1,9,10
234:10,12
237:9
238:10,21,
25 239:4,6
240:14
241:16,20
245:10
250:21
259:10
275:13,19,
22 290:18,
23 291:2
300:5,7
301:22
311:23

**timeframe**
94:23 95:8

**timely**
88:10,11

**times**
33:16 49:22
123:2,20
231:9
266:10
305:18

**timing**
144:1

**tired**
64:24

**title**
253:17
280:9

**titled**
189:15,19

**today**
14:19 16:24
18:23 22:9
47:11 112:3,
4 181:15,25
182:7,12
186:17
195:12
207:7
211:13
217:2 228:7
231:9
242:21
243:5
247:17
256:12
264:9
271:24
280:12
282:15
289:1
291:12
293:16
296:1,21
308:14

**today's**
11:19 21:21
311:25

**told**
51:1 98:11
115:7,8
129:12,17

132:2
142:16
156:15
245:3
259:24
260:2
263:15
268:25
274:23
278:19
280:21
287:24

**tone**
68:20

**top**
69:19,20
147:14
174:3
175:25
193:3 206:4
212:15
271:6
289:21
309:18

**tore**
107:25

**total**
38:24,25
39:22,25
40:2 66:12
83:12
166:20
294:24
298:5

**touch**
45:2 210:3,
9,10

**touched**
176:8

**touching**
176:2

209:18
210:17

**tough**
311:11

**town**
78:7

**track**
46:11
152:16
161:5
221:22

**tracks**
142:15

**traditional**
245:19
247:5,18
248:2
277:12

**traditionally**
108:11

**transcript**
96:12 97:22
104:11,18,
19 105:5
106:11
114:4,20
115:12,15
116:1 117:6
121:12
122:15
124:19
127:19
128:5
130:12
141:2,22,24
161:7
167:23
200:4
204:21
209:9 274:9
275:9

282:23
286:24
290:3,9

**transcripts**
142:3,8

**transferred**
184:4

**transition**
106:3

**transitioned**
257:10

**transmitted**
63:3

**transparent**
263:18,22

**transpired**
46:1 53:4
179:4

**travel**
18:5,10 83:4

**traveling**
52:15

**trees**
78:22,23,24
212:4

**trial**
184:20

**trigger**
149:7

**true**
48:3 84:18
123:8
124:15
130:23
135:10,11
137:24
144:17
146:2 147:1

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

151:21
161:17
175:17,19

**Trump**
306:16
310:7

**trust**
104:19
106:11
117:6
188:18

**trusting**
46:24

**truth**
13:14,15
130:8

**truthful**
117:15,19
168:13

**turn**
45:12 99:14
105:4
107:20
117:1
134:20
143:9 161:6
167:22
174:10
191:16
193:16
203:4 209:8
212:10
213:11
252:8 264:9
270:2
274:10
282:23
286:24

**turning**
64:25 68:13
204:21

**turnout**
283:6
284:17
285:7,10

**tweet**
70:9 215:7
219:2
221:22
268:2

**tweeting**
68:21

**Twitter**
57:9 59:13
99:11 100:9,
18 101:18,
20 106:15,
16 107:11
215:22,25
220:19
267:11
268:3

**two-week**
239:6

**type**
73:20 254:8

**typed**
69:20 187:7
224:20
247:2

**types**
78:11

**typo**
100:10

---

**U**

**U.C.**
188:23

**U.S.**
115:13

212:22

**UC**
231:12

**UCLA**
223:2,4

**uh-huh**
16:12 35:25
53:7 64:2
65:22 82:24
99:17
105:10
111:3
113:18
114:15
117:3
120:17,20,
21 122:11
124:22
125:14
127:20,23
137:15
138:11
147:13
150:12,21
151:16
152:1,25
154:5 167:3,
11 169:16
183:4,10
188:3 210:7
212:14,18
213:17
216:9
223:25
224:3
239:18
260:17
306:23

**ultimately**
70:24 139:8
149:13

**Umberg**
166:6

**umbrella**
52:20 251:8

**unable**
177:24
178:15

**unaware**
90:2

**unchanged**
207:22

**unclear**
103:3

**undermining**
49:13

**understand**
16:18 20:1
26:21 29:13
33:6,7 38:15
61:17
104:12
106:23
110:17
112:9
127:14
151:1,19,20,
25 153:5,6
180:10
186:7
202:14,17
213:24
217:15
248:18
262:20
273:3 278:2
279:25
291:8 299:5,
24

**understanding**
20:3 28:17

30:20,23,24,
25 31:9
48:21 49:13
53:11 54:8,
24 55:5,9,10
56:17 62:15,
18,23 70:21,
23,25 74:3,
24 75:8
87:5,15 89:5
91:16,17
92:10 100:3
103:19
136:3 148:9
150:22
151:22
153:1 154:6,
14,16
163:23
210:8,16,18
251:3,12
264:20
293:25

**understood**
67:17 303:9,
15

**undertaking**
31:1

**undid**
141:5
142:13

**unhappy**
64:18

**unifying**
209:4

**Union**
250:9

**unique**
262:21
305:15

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

United
  11:16 12:2,
  23

unlike
  294:3

unpack
  225:20

unpacked
  151:9

unpaid
  27:10,14

unpopulated
  207:21

unquote
  125:4

unsolicited
  51:24

unsure
  208:13

Untangling
  173:15

untouched
  249:10

Unwilling
  17:25

up-to-date
  19:23

update
  217:13

updated
  37:23 64:5
  220:23

updating
  220:24

upper
  192:9

urgent
  88:9,23

URL
  69:19,24

USC
  231:12

utilize
  88:12
  129:19

utilized
  76:4

———————

V

vacation
  67:8,10

Vacaville
  172:24

vague
  18:3 24:5
  26:9,25
  27:6,13,20
  29:2 30:13
  33:1,21 34:6
  35:10 36:10,
  18,24 37:9,
  19 38:14
  39:18 40:23
  43:3 45:3
  51:7 66:6,16
  68:2,8,19
  77:9,10,16
  79:18 81:3
  82:8 86:8,17
  87:8,24
  89:21 90:6
  92:8,9 94:4
  95:5 98:22
  102:24
  103:9,11
  106:20,21

107:17
108:6
110:16
111:7 112:8
116:2 119:7
121:13
123:12
124:16,17
128:17
129:15
132:14,15
135:17,18
138:2
140:11
143:25
144:8
145:14
148:1
153:11
164:13
169:8 170:2,
24 172:16
178:3 189:1
196:15
206:25
211:5
225:14
233:8 247:8
250:20,21
265:20
273:5 275:1
277:9 278:1
280:3 285:4
287:15
288:4 297:8
299:23
303:8

Valley
  168:5 287:5
  311:12

valuable
  132:11

values
  260:24
  261:6,11,19
  262:12,13

varieties
  299:2

variety
  203:1

vehicle
  88:12,13

Ventura
  209:4

veracity
  123:24

verbal
  120:19

Verdes
  108:15

verse
  11:15

version
  47:11 64:6
  65:5,6 70:4
  121:21
  126:10,17,
  19 127:8

versions
  70:5

versus
  11:14,15
  103:16

vice
  35:20

vice-
president
  67:4

video
  18:10

116:11,20
309:8

videotape
  59:25 96:6
  159:3
  179:21
  241:21
  291:3

view
  70:1 190:9

viewpoint
  139:5

violated
  273:2,14,19
  281:9

violates
  277:25

violating
  272:16
  273:24
  279:11

Vista
  251:22

vocal
  108:21,22

volume
  11:14 183:7

voluminous
  182:16
  183:16

vote
  39:16,20,25
  40:3,5 82:5
  84:25 90:3
  114:13
  130:1
  165:17
  171:7
  286:11

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

303:21
304:2

**voted**
81:10 85:12
89:19

**voter**
38:25 90:10
192:9 282:1
294:25
296:5
297:14,15,
20

**voters**
20:4 58:5
86:4 90:25
91:7,10
111:12
143:21
144:21
145:5,19,24
146:21
147:22
151:8 163:6,
14

**votes**
39:3,12,13,
22 294:25
311:2

**voting**
15:12 74:21,
25 75:10,14,
15 76:12
84:13,20
91:25 92:6,
9,13,15,22
93:12
102:22
103:8,14
104:8
116:24
128:10
133:18

143:20
144:20
145:1,8,9
146:4,16,22
147:19,22
148:12
149:7,23
161:21,23
162:5,9,13,
21 163:21
170:8,15,20,
22 171:2,6,
10,14,17,20
193:24
197:5,6
205:17
212:16,22,
24,25 225:1
227:10
231:13
242:14
250:11,15,
19,21,25
251:11,12
267:16
268:19
269:1,10,15
272:16
273:3,14,19,
24 279:11,
25 280:7,18
281:17
282:4,9
284:5
285:14,17,
21 294:24

**VRA**
92:19,20
93:15 100:2
101:5 102:5,
8,11 103:5,
21 149:19
151:15

168:3,17,23
169:3,25
170:6,11
230:22,23
231:2,4,15
232:12
264:18,19
265:4,17,23,
24,25
266:11,12,
21 267:5
274:21,22,
24 275:15
276:5,6,21
277:7,25
278:20
280:22
281:2,7,9
287:3,11,15,
19,20
288:15,19,
20 289:25
290:11,14

---

**W**

**Wagaman**
50:4,19
235:10
238:17

**wait**
52:8 58:8
62:12 94:21
119:7
281:11
282:21

**waited**
101:1

**waiver**
135:5

**walk**
32:12 48:10

122:9

**walking**
258:6

**walnut**
78:22,23

**wanted**
70:19 72:10
109:6,21
111:1
119:15
125:16
171:7
263:14
303:2

**Warriors**
304:24

**watched**
304:25

**water**
78:19,20,23,
24 79:6
263:9

**ways**
29:4 69:5
80:5 133:6
168:2 170:4
196:7 287:2
288:10,13,
14

**web**
69:19,20

**website**
112:11
126:25
189:15
190:15
192:6 250:1

**Wednesday**
11:1

**week**
17:7,9,19
18:11 77:18
163:20
240:3

**Weekly**
96:12 97:15
140:8
142:12
179:8 209:9
252:7
255:25
256:7
259:25
260:2 261:4
264:21
265:10,13
267:14,21
270:4 272:9,
25 273:12
274:8

**weeks**
66:4,8,10
67:7 214:10
236:22,23
240:1

**weighted**
39:14

**weighting**
38:21,22

**Weiner**
50:24

**well-
documented**
156:13

**well-known**
153:20

**West**
272:4,8

**wet**

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

70:4,5

**whatsoever**
84:13

**whichever**
193:9,11

**white**
147:20,24
148:12
149:9
175:23
298:16
307:13

**whites**
298:14

**wife**
49:22

**Wild**
272:4,7,8

**Wilhaggen**
21:15

**window**
167:2

**winners**
171:5

**wires**
291:22,23

**woke**
69:14

**women**
233:25
236:24

**won**
311:1

**wondering**
40:19 61:23
75:10 199:2
235:23

**Woods**
12:6 17:15,
21 18:13
21:7,24 22:3
26:9 27:11
30:11,17
38:16 39:17
40:22 43:9
51:7 54:1
56:22 57:6
62:12 65:11
68:4 69:3
75:20 81:6
82:7,9
86:10,20
87:7,10 88:1
89:21 90:8
91:15,20
93:4 101:22
102:2 103:1
105:20
106:24
107:16
111:9
124:16
126:22
129:16
132:3 136:8
140:12
143:17
144:3
148:18
149:15
151:13
154:12
156:5,24
171:1
172:17
177:2 178:5,
20 186:3,7,
11 191:18
196:15
200:7
204:23,25

206:10
212:1
230:17
248:7
272:10
273:6,17
274:2 278:7
280:6
281:10
298:1 301:2
302:6,8,10,
15 303:15
306:4
307:16
308:7,20
311:21
312:8

**word**
34:18 72:13
145:17
203:11
215:14
261:11
285:18,22
290:4

**worded**
93:13

**wording**
260:5 277:2

**words**
16:11 44:3
117:14
125:20
126:11
128:18
129:3
132:17
151:2 153:5
177:14
246:25
250:15
256:9

262:17
276:23
277:3,18
278:22

**work**
18:5 24:10
26:13 28:10,
16,21,22,25
29:12 31:23
37:16 50:24
55:7,10,13
56:6 67:3,12
75:9,12,13
77:21 79:19
86:21 90:23
93:11 109:7,
22 111:1
118:3,17
119:2 130:4
148:8
160:23,25
161:3
178:23
181:18
211:5
252:22
254:8,10,11,
17,24 255:1,
17,19
257:13,17
258:25
259:6,7,19
260:3,9,14,
15 262:9,10
270:5,6
271:11
281:24
283:17
294:20
297:19
300:25
302:20,25
308:15

**worked**
24:14,20
26:5 50:9
87:12 88:20
107:23
117:11
118:1
200:25
201:12
202:24
211:4 250:7,
19,24 251:4,
8 253:8
254:22
257:2,4,21
259:4
279:22

**working**
14:3,8,11
24:12 28:17
67:5,13,16,
17 70:4 88:4
92:17,18
103:16
117:20
149:18
201:23
225:11,14,
15 237:9
254:6 258:8,
11 271:13
296:24

**works**
44:4 49:17
50:19,21
161:4
252:15
254:1
258:22
259:3

**world**
195:20
210:5

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

**215:17**
262:20
265:12
293:13

**worried**
60:19

**worry**
40:5 281:1

**wrap**
290:21

**write**
73:8 86:13
97:4 123:23
153:4 202:6,
7 243:21
245:3,8
249:15

**writing**
23:16 55:19
246:12

**written**
45:11 56:23
101:10
133:2
144:25
145:14
168:8
175:19
246:14

**wrong**
127:17
146:23
178:10
195:15
252:6
304:11

**wrote**
81:23
144:13,14
202:8 214:6
231:22

244:11,12,
14,16,23
245:1
249:24

—————

**Y**

**yapping**
100:19

**year**
15:2 105:17
115:2
201:13
216:13,16,
17 217:22
218:17
220:1,23
283:14

**years**
15:3 88:21
113:22
121:19
203:9
213:23
274:5
279:23

**Yoga**
203:8

**York**
80:7 92:18
94:10

**young**
78:15 177:5,
8,19

**Youtube**
304:19

—————

**Z**

**Zarone**
12:10

**zip**
65:6 70:15
183:6,24
186:15,25

**zipped**
62:20

**Zoe**
234:8 237:3

**zoom**
14:7,11,12,
13 16:9
69:18
116:11
208:1
239:21,22
241:1,3,7

**Zooms**
263:13