MICHAEL A. COLUMBO (SBN: 271283)
mcolumbo@dhillonlaw.com
SHAWN COWLES (SBN: 163826)
scowles@dhillonlaw.com
MARK P. MEUSER (SBN: 231335)
mmeuser@dhillonlaw.com
DOMENIC P. AULISI (Admitted PHV)
daulisi@dhillonlaw.com
AMBER R. HULSE (Admitted PHV)
ahulse@dhillonlaw.com
**DHILLON LAW GROUP INC.**
4675 MacArthur Court, Suite 1410
Newport Beach, CA 92660
Telephone: (415) 433-1700
Fax: (415) 520-6593

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID TANGIPA**; *et al.*,<br><br>       Plaintiffs,<br><br>  vs.<br><br>**GAVIN NEWSOM**, in his official capacity as the Governor of California; *et al.*;<br><br>       Defendants. | CASE: 2:25-cv-10616-JLS-WLH-KKL<br><br>**PLAINTIFFS'NOTICE OF ERRATA RE: ECF NO. 1 COMPLAINT**<br><br>Hon. Josephine L. Staton<br>Hon. Kenneth K. Lee<br>Hon. Wesley L. Hsu<br><br>Action Filed: November 5, 2025<br>Hearing: December 15, 2025 |



Plaintiffs give notice that on November 5, 2025, they filed their Complaint (ECF #1). On page 8:4-6, they list that Plaintiff Ching "now lives in Congressional District 41." This is a typo. Plaintiff Ching now lives in Congressional District 31 under the new Proposition 50 map.

Date: December 13, 2025

By: ＿/s Mark P. Meuser＿＿＿＿＿＿＿＿＿
MICHAEL A. COLUMBO (SBN: 271283)
mcolumbo@dhillonlaw.com
**DHILLON LAW GROUP INC.**
177 Post Street, Suite 700
San Francisco, California 94108
Telephone: (415) 944-4996

SHAWN COWLES (SBN: 163826)
scowles@dhillonlaw.com
MARK P. MEUSER (SBN: 231335)
mmeuser@dhillonlaw.com
**DHILLON LAW GROUP INC.**
4675 MacArthur Court, Suite 1410
Newport Beach, CA 92660

DOMENIC P. AULISI (Admitted PHV)
daulisi@dhillonlaw.com
AMBER R. HULSE (Admitted PHV)
ahulse@dhillonlaw.com
**DHILLON LAW GROUP INC.**
2121 Eisenhower Avenue, Suite 608
Alexandria, VA 22314

*Attorneys for Plaintiffs*



NOTICE OF ERRATA                                CASE NO. 2:25-cv-10616