MICHAEL A. COLUMBO (SBN: 271283)
mcolumbo@dhillonlaw.com
SHAWN COWLES (SBN: 163826)
scowles@dhillonlaw.com
MARK P. MEUSER (SBN: 231335)
mmeuser@dhillonlaw.com
DOMENIC AULISI (PHV Pending)
daulisi@dhillonlaw.com
AMBER R. HULSE (Admitted PHV)
ahulse@dhillonlaw.com
**DHILLON LAW GROUP INC.**
4675 MacArthur Court, Suite 1410
Newport Beach, CA 92660
Telephone: (415) 433-1700
Fax: (415) 520-6593

*Attorneys for Plaintiffs*

JESUS A. OSETE*
Principal Deputy Assistant Attorney General
MATTHEW ZANDI (CA No. 203329)
Chief of Staff & Special Counsel
MAUREEN RIORDAN (NY No. 2058840)
Acting Chief, Voting Section
ANDREW BRANIFF (IN No. 23430-71)
Acting Chief, Appellate Section
DAVID GOLDMAN (VA No. 98922)
JOSHUA R. ZUCKERMAN (DC No. 1724555)
GRETA GIESEKE (TX No. 24132925)
Attorneys
Civil Rights Division
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530
Telephone: (202) 514-3847
E-Mail:     greta.gieseke@usdoj.gov

BILAL A. ESSAYLI
First Assistant United States Attorney
JULIE A. HAMILL (CA No. 272742)
Assistant United States Attorney
United States Attorney's Office
300 North Los Angeles Street, Suite 7516
Los Angeles, California 90012
Telephone: (213) 894-2464
E-Mail:     julie.hamill@usdoj.gov

*Attorneys for Plaintiff-Intervenor*
UNITED STATES OF AMERICA

---

* Assistant Attorney General Harmeet K. Dhillon is recused from this matter.



PLAINTIFFS' RFP, SET ONE                                          CASE NO. 2:25-cv-10616

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID TANGIPA**; *et al.*,<br><br>    Plaintiffs,<br><br>    vs.<br><br>**GAVIN NEWSOM**, in his official capacity as the Governor of California; *et al.*;<br><br>    Defendants. | CASE NO. 2:25-cv-10616-JLS-WLH-KKL<br><br>**PLAINTIFFS AND PLAINTIFF-INTERVENOR'S REQUESTS FOR PRODUCTION, SET ONE**<br><br>Hon. Josephine L. Staton<br>Hon. Kenneth K. Lee<br>Hon. Wesley L. Hsu |



| | |
|---|---|
| PROPOUNDING PARTY: | PLAINTIFFS and PLAINTIFF-INTERVENOR |
| RESPONDING PARTY: | DEFENDANTS and DEFENDANT-INTERVENORS |
| SET NUMBER: | ONE |

Pursuant to the Court's November 21, 2025, Order Granting in Part and Denying in Part Defendants' and Defendant-Intervenors' Ex Parte Application to Modify Preliminary Injunction Briefing and Hearing Schedule (ECF No. 81), Plaintiffs and Plaintiff-Intervenor ("Propounding Parties") propound on Defendants Gavin Newsom, in his official capacity as the Governor of California, and Shirley, in her official capacity as the Secretary of State of California, and Defendant-Intervenors Democratic Congressional Campaign Committee and League of United Latin American Citizens ("Responding Parties") this First Set of Interrogatories and requests the Responding Parties answer, in writing and under oath, the following interrogatories within five (5) days from the date of service thereof.

## INSTRUCTIONS

A. Unless otherwise specified, these requests are limited to the time period from January 1, 2025, to and including the date of service of these requests.

B. Unless otherwise specified, these requests encompass documents in Responding Parties' possession or in the possession of Responding Parties' staff, agents, employees, representatives, and, unless privileged, attorneys, or any other person who has possession, custody, or control of Responding Parties' documents.

C. Pursuant to Fed. R. Civ. P. 26(e), Responding Parties are under an obligation to seasonably supplement any response to these requests for which they learn that the response is, in some material respect, incomplete or incorrect and if the additional or corrective information has not otherwise been made known to Propounding Parties during the discovery process or in writing.

D. For any request or part of a request which Responding Parties refuse to answer under a claim of privilege, Responding Parties must specify the grounds of the



1  claimed privilege and the request to which the privileged document(s) is/are responsive,
2  and Responding Parties must identify each person to whom the privileged document(s),
3  or any part thereof, has been disclosed.

4        E.    All documents that are responsive, in whole or in part, to any part or clause
5  of these requests shall be produced in their entirety, including all attachments and
6  enclosures. Only one copy need be produced of documents that are responsive to more
7  than one paragraph or are identical except for the person to whom it is addressed, if you
8  indicate the persons or group of persons to whom such documents were distributed.

9        F.    Responsive documents should, wherever possible, be produced in electronic
10 form. In producing documents in electronic form in response to any request, provide such
11 documents in a form that does not require specialized or proprietary hardware or
12 software. Data files should be produced in Excel form. To the extent possible, all other
13 electronic documents should be produced in PDF format.

14       G.    Each document that is written in whole or in part in any language other than
15 English or that contains any marginal notations in such a language must be accompanied
16 by a certified verbatim English language translation, and all existing English language
17 versions, of all such writings and notations.

18       H.    For any record or document responsive or relating to these requests that is
19 known to Responding Parties to have been destroyed or lost, or that is otherwise
20 unavailable, Responding Parties must identify each such document by author, addressee,
21 date, number of pages, and subject matter, and explain in detail the events leading to the
22 destruction or loss or the reason for the unavailability of such document.

23                                     **DEFINITIONS**
24       As used in these interrogatories, the following terms are to be interpreted in
25 accordance with these definitions:
26       A.    "All" shall be understood to include and encompass "Any." The singular
27 shall always include the plural, and the present tense shall also include the past tense.
28 The words "and" as well as "or" shall be construed disjunctively or conjunctively as



PLAINTIFFS' RFP, SET ONE                               CASE NO. 2:25-cv-10616

necessary to bring within the scope of an interrogatory all information, documents, or other things that might otherwise be construed to be outside its scope.

B. "Communication" shall mean any disclosure, transfer, or exchange of information or opinion, however made.

C. "Document" shall mean any writings, recordings, or photographs, as defined in Federal Rule of Evidence 1001, including, without limitation, any written, printed, typed, recorded, or other graphic matter of any kind or nature and shall include, without limitation, all writings, drawings, graphs, charts, emails, contracts, agreements, correspondence, memoranda, reports, summaries or records of telephone conversations, summaries or records of personal conversations or interviews, diaries, records of text messages sent or received, appraisals, brochures, trade letters, circulars, press releases, notes, marginal notations, logs, bills, invoices, checks, photograms, films, videos, advertisings, tapes, books, technical materials, microfilm, magnetic media, computer records, electronically stored information, and other media from which information can be obtained. This will include, without limitation, all drafts of such documents, by whatever means made, specifically including, without limitation, initials, stamped indicia, comments, or notations not a part of the original text or photographic reproduction thereof. "Document" shall also include any data compilation from which information can be obtained or translated, if necessary, by you through detection devices into a reasonably usable format.

D. "Including" means including, but not limited to.

E. "Map" means a proposed or enacted map of California congressional districts for use in a congressional election.

F. "Member of the California State Legislature" means any elected or appointed member of the California State Senate or California State Assembly, as well as their employees and agents.



G. "Person" means any natural person, corporation, company, partnership, joint venture, firm, association, proprietorship, agency, board, authority, commission, office, or other business or legal entity, whether private or governmental.

H. "Proposition 50 Map" means the map of California congressional districts that went into effect following the November 4, 2025, statewide special election on Assembly Constitutional Amendment 8.

I. "Relating to" means containing, constituting, considering, comprising, concerning, discussing, regarding, describing, reflecting, studying, commenting or reporting on, mentioning, analyzing, or referring to, alluding to, or pertaining to, in whole or in part.

J. "You" or "Your" means Responding Party.

## REQUESTS FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 1**

All Communications, including payments and contracts, between (1) You and Your officers or agents, including but not limited Governor Gavin Newsom and all Members of the California State Legislature, and (2) Paul Mitchell that Relate to redistricting, Maps, or the Proposition 50 Map.

**REQUEST FOR PRODUCTION NO. 2**

All Maps, configurations of Maps, and analyses of Maps that were received by, sent to, presented to, or created for Members of the California State Legislature from July 1, 2025, through and including August 24, 2025.

**REQUEST FOR PRODUCTION NO. 3**

All Communications between (1) Members of the California State Legislature and (2) any other Person, including but not limited to the California Independent Redistrict Commission and its members, Relating to the effect of the Proposition 50 Map on Latinos, Black Americans, or Asian-Americans' political power, including but not

limited to the forecasted ability of these groups to elect to Congress a candidate of their choice.

**REQUEST FOR PRODUCTION NO. 4**

Any drafts of or Communications Relating to the Office of the Speaker of the Assembly's press release entitled *Speaker Rivas Joins California, Texas Democrats to Fight Back Against Trump's Redistricting Power Grab*, published on August 9, 2025, available at https://speaker.asmdc.org/press-releases/20250809-speaker-rivas-joins-california-texas-democrats-fight-back-against-trumps.

**REQUEST FOR PRODUCTION NO. 5**

Any Documents input into or generated by the computer software program(s) used to draw the new map that Relate to the Proposition 50 Map or any other Map drawn by You or produced and sent to You by Your agents, employees, consultants, contractors, or any other Person from July 1, 2025, through and including August 24, 2025.

Date: November 26, 2025

By: /s Mark P. Meuser
MICHAEL A. COLUMBO (SBN: 271283)
mcolumbo@dhillonlaw.com
**DHILLON LAW GROUP INC.**
177 Post Street, Suite 700
San Francisco, California 94108
Telephone: (415) 944-4996

SHAWN COWLES (SBN: 163826)
scowles@dhillonlaw.com
MARK P. MEUSER (SBN: 231335)
mmeuser@dhillonlaw.com
**DHILLON LAW GROUP INC.**
4675 MacArthur Court, Suite 1410
Newport Beach, CA 92660



DOMENIC P. AULISI (PHV Pending)
daulisi@dhillonlaw.com
AMBER R. HULSE (Admitted PHV)
ahulse@dhillonlaw.com
**DHILLON LAW GROUP INC.**
2121 Eisenhower Avenue, Suite 608
Alexandria, VA 22314

*Attorneys for Plaintiffs*

JESUS A. OSETE[*]
Principal Deputy Assistant Attorney General

MATTHEW ZANDI
Chief of Staff & Special Counsel

MAUREEN RIORDAN
Acting Chief, Voting Section

ANDREW BRANIFF
Acting Chief, Appellate Section

DAVID GOLDMAN
JOSHUA R. ZUCKERMAN
*s/ Greta Gieseke*
GRETA GIESEKE
Attorneys

Civil Rights Division
United States Department of Justice

BILAL A. ESSAYLI
First Assistant United States Attorney

JULIE A. HAMILL
Assistant United States Attorney
United States Attorney's Office

*Attorneys for Plaintiff-Intervenor*
*UNITED STATES OF AMERICA*

---

[*] Assistant Attorney General Harmeet K. Dhillon is recused from this matter.

