| From: | Kimon Manolius |
|---|---|
| To: | Hamill, Julie (USACAC); Cierra Brandi Apolonio; Patrick Burns; Samantha Bacon; Jacob Zarone; rjohansen@olsonremcho.com; rjohansen@olsonremcho.com; twillis@olsonremcho.com; ikaminski@olsonremcho.com; euchida@olsonremcho.com; cara.jenkins@legislativecounsel.ca.gov; brian.bobb@legislativecounsel.ca.gov |
| Cc: | Chris Dodge; Jennifer Rosenberg; AHulse@dhillonlaw.com; DAulisi@dhillonlaw.com; Jacob@democracydefenders.org; Norman@democracydefenders.org; Orion.deNevers@arnoldporter.com; Ryan Eason; Tianna@democracydefenders.org; Abha Khanna; Anya Binsacca; Carter Jansen; Christina McCall; Clint Woods; Daniel Sheehan; Goldman, David (CRT); David Green; dlarson@strumwooch.com; fwoocher@strumwooch.com; Gieseke, Greta (CRT); Harald Kirn; hasenr@gmail.com; Iram Hasan; Osete, Jesus (CRT); jgreenbaum@justicels.com; jmichel@strumwooch.com; John Freedman; Zuckerman, Joshua (CRT); Katrina Uyehara; Lali Madduri; Max Accardi; Zandi, Matt (CRT); mcolumbo@dhillonlaw.com; mmeuser@dhillonlaw.com; Nicholas Green; omar@qureshi.law; scowles@dhillonlaw.com; sean.morris@arnoldporter.com; snaifeh@naacpldf.org; sofia@democracydefenders.org; sonniwaknin@gmail.com; Tyler Bishop; tom.rivera@arnoldporter.com; will@lkcfirm.com; Sherry Jones; will@lkcfirm.com |
| Subject: | [EXTERNAL] RE: 2:25-cv-10616-JLS-WLH-KKL David Tangipa et al v. Gavin Newsom et al |
| Date: | Saturday, December 13, 2025 1:43:21 PM |

Ms. Hamill,

We are working to commence production today and will do so.  I do not yet have an exact time as to when you will receive the first documents, but we began working on this soon after I saw the order that you sent.

Thank you,

Kimon Manolius

---

**From:** Hamill, Julie (USACAC) <Julie.Hamill@usdoj.gov>
**Sent:** Saturday, December 13, 2025 1:20 PM
**To:** Kimon Manolius <kmanolius@hansonbridgett.com>; Cierra Brandi Apolonio <capolonio@elias.law>; Patrick Burns <PBurns@hansonbridgett.com>; Samantha Bacon <SBacon@hansonbridgett.com>; Jacob Zarone <JZarone@hansonbridgett.com>; rjohansen@olsonremcho.com; rjohansen@olsonremcho.com; twillis@olsonremcho.com; ikaminski@olsonremcho.com; euchida@olsonremcho.com; cara.jenkins@legislativecounsel.ca.gov; brian.bobb@legislativecounsel.ca.gov
**Cc:** Chris Dodge <cdodge@elias.law>; Jennifer Rosenberg <Jennifer.Rosenberg@doj.ca.gov>; AHulse@dhillonlaw.com; DAulisi@dhillonlaw.com; Jacob@democracydefenders.org; Norman@democracydefenders.org; Orion.deNevers@arnoldporter.com; Ryan Eason <Ryan.Eason@doj.ca.gov>; Tianna@democracydefenders.org; Abha Khanna <akhanna@elias.law>; Anya Binsacca <Anya.Binsacca@doj.ca.gov>; Carter Jansen <Carter.Jansen@doj.ca.gov>; Christina McCall <Christina.McCall@doj.ca.gov>; Clint Woods <Clint.Woods@doj.ca.gov>; Daniel Sheehan <Daniel.Sheehan@doj.ca.gov>; Goldman, David (CRT) <David.Goldman@usdoj.gov>; David Green <David.Green@doj.ca.gov>; dlarson@strumwooch.com; fwoocher@strumwooch.com; Gieseke, Greta (CRT) <Greta.Gieseke@usdoj.gov>; Harald Kirn <Harald.Kirn@doj.ca.gov>; hasenr@gmail.com; Iram Hasan <Iram.Hasan@doj.ca.gov>; Osete, Jesus (CRT) <Jesus.Osete@usdoj.gov>; jgreenbaum@justicels.com; jmichel@strumwooch.com; John Freedman <John.freedman@arnoldporter.com>; Zuckerman, Joshua (CRT) <Joshua.Zuckerman@usdoj.gov>; Katrina Uyehara <Katrina.Uyehara@doj.ca.gov>; Lali Madduri <lmadduri@elias.law>; Max Accardi <maccardi@elias.law>; Zandi, Matt (CRT) <Matt.Zandi@usdoj.gov>; mcolumbo@dhillonlaw.com;

mmeuser@dhillonlaw.com; Nicholas Green <Nicholas.Green@doj.ca.gov>; omar@qureshi.law;
scowles@dhillonlaw.com; sean.morris@arnoldporter.com; snaifeh@naacpldf.org;
sofia@democracydefenders.org; sonniwaknin@gmail.com; Tyler Bishop <tbishop@elias.law>;
tom.rivera@arnoldporter.com; will@lkcfirm.com; Sherry Jones <sjones@elias.law>;
will@lkcfirm.com

**Subject:** [EXTERNAL] RE: 2:25-cv-10616-JLS-WLH-KKL David Tangipa et al v. Gavin Newsom et al

**EXTERNAL:** Use caution when opening attachments, links or responding to this e-mail.

Mr. Manolius,

Thank you for your email. We will construe your response as:

1. You will not produce Mr. Mitchell for further deposition (which is not prohibited under the Court's order).
2. You are refusing to provide us with an estimate of the time at which we can expect to begin receiving documents, notwithstanding the Court's order that **"Mr. Mitchell must _immediately_ produce non-privileged and responsive documents on a rolling basis starting today."** (Emphasis added).

Best regards,

**Julie A. Hamill**
Assistant United States Attorney
United States Attorney's Office, Central District of California
300 N. Los Angeles, Suite 7516
Los Angeles, CA 90012
Desk: (213) 894-2464
Cell:  (213) 393-5708

**From:** Kimon Manolius <kmanolius@hansonbridgett.com>
**Sent:** Saturday, December 13, 2025 12:37 PM
**To:** Hamill, Julie (USACAC) <Julie.Hamill@usdoj.gov>; Cierra Brandi Apolonio <capolonio@elias.law>;
Patrick Burns <PBurns@hansonbridgett.com>; Samantha Bacon <SBacon@hansonbridgett.com>;
Jacob Zarone <JZarone@hansonbridgett.com>; rjohansen@olsonremcho.com;
rjohansen@olsonremcho.com; twillis@olsonremcho.com; ikaminski@olsonremcho.com;
euchida@olsonremcho.com; cara.jenkins@legislativecounsel.ca.gov;
brian.bobb@legislativecounsel.ca.gov
**Cc:** Chris Dodge <cdodge@elias.law>; Jennifer Rosenberg <Jennifer.Rosenberg@doj.ca.gov>;
AHulse@dhillonlaw.com; DAulisi@dhillonlaw.com; Jacob@democracydefenders.org;
Norman@democracydefenders.org; Orion.deNevers@arnoldporter.com; Ryan Eason
<Ryan.Eason@doj.ca.gov>; Tianna@democracydefenders.org; Abha Khanna <akhanna@elias.law>;
Anya Binsacca <Anya.Binsacca@doj.ca.gov>; Carter Jansen <Carter.Jansen@doj.ca.gov>; Christina

McCall <Christina.McCall@doj.ca.gov>; Clint Woods <Clint.Woods@doj.ca.gov>; Daniel Sheehan <Daniel.Sheehan@doj.ca.gov>; Goldman, David (CRT) <David.Goldman@usdoj.gov>; David Green <David.Green@doj.ca.gov>; dlarson@strumwooch.com; fwoocher@strumwooch.com; Gieseke, Greta (CRT) <Greta.Gieseke@usdoj.gov>; Harald Kirn <Harald.Kirn@doj.ca.gov>; hasenr@gmail.com; Iram Hasan <Iram.Hasan@doj.ca.gov>; Osete, Jesus (CRT) <Jesus.Osete@usdoj.gov>; jgreenbaum@justicels.com; jmichel@strumwooch.com; John Freedman <John.freedman@arnoldporter.com>; Zuckerman, Joshua (CRT) <Joshua.Zuckerman@usdoj.gov>; Katrina Uyehara <Katrina.Uyehara@doj.ca.gov>; Lali Madduri <lmadduri@elias.law>; Max Accardi <maccardi@elias.law>; Zandi, Matt (CRT) <Matt.Zandi@usdoj.gov>; mcolumbo@dhillonlaw.com; mmeuser@dhillonlaw.com; Nicholas Green <Nicholas.Green@doj.ca.gov>; omar@qureshi.law; scowles@dhillonlaw.com; sean.morris@arnoldporter.com; snaifeh@naacpldf.org; sofia@democracydefenders.org; sonniwaknin@gmail.com; Tyler Bishop <tbishop@elias.law>; tom.rivera@arnoldporter.com; will@lkcfirm.com; Sherry Jones <sjones@elias.law>; will@lkcfirm.com

**Subject:** [EXTERNAL] RE: 2:25-cv-10616-JLS-WLH-KKL David Tangipa et al v. Gavin Newsom et al

Ms. Hamill,

Thank you for providing a copy of the order. As far as I can tell, the order does not provide for an additional deposition of Mr. Mitchell.

And yes, Mr. Mitchell of course will comply with the Court's order with regard to document production.

Thanks,
Kimon Manolius

---

**From:** Hamill, Julie (USACAC) <Julie.Hamill@usdoj.gov>
**Sent:** Saturday, December 13, 2025 10:44 AM
**To:** Cierra Brandi Apolonio <capolonio@elias.law>; Kimon Manolius <kmanolius@hansonbridgett.com>; Patrick Burns <PBurns@hansonbridgett.com>; Samantha Bacon <SBacon@hansonbridgett.com>; Jacob Zarone <JZarone@hansonbridgett.com>; rjohansen@olsonremcho.com; rjohansen@olsonremcho.com; twillis@olsonremcho.com; ikaminski@olsonremcho.com; euchida@olsonremcho.com; cara.jenkins@legislativecounsel.ca.gov; brian.bobb@legislativecounsel.ca.gov
**Cc:** Chris Dodge <cdodge@elias.law>; Jennifer Rosenberg <Jennifer.Rosenberg@doj.ca.gov>; AHulse@dhillonlaw.com; DAulisi@dhillonlaw.com; Jacob@democracydefenders.org; Norman@democracydefenders.org; Orion.deNevers@arnoldporter.com; Ryan Eason <Ryan.Eason@doj.ca.gov>; Tianna@democracydefenders.org; Abha Khanna <akhanna@elias.law>; Anya Binsacca <Anya.Binsacca@doj.ca.gov>; Carter Jansen <Carter.Jansen@doj.ca.gov>; Christina McCall <Christina.McCall@doj.ca.gov>; Clint Woods <Clint.Woods@doj.ca.gov>; Daniel Sheehan <Daniel.Sheehan@doj.ca.gov>; Goldman, David (CRT) <David.Goldman@usdoj.gov>; David Green <David.Green@doj.ca.gov>; dlarson@strumwooch.com; fwoocher@strumwooch.com; Gieseke, Greta (CRT) <Greta.Gieseke@usdoj.gov>; Harald Kirn <Harald.Kirn@doj.ca.gov>; hasenr@gmail.com;

Iram Hasan <Iram.Hasan@doj.ca.gov>; Osete, Jesus (CRT) <Jesus.Osete@usdoj.gov>;
jgreenbaum@justicels.com; jmichel@strumwooch.com; John Freedman
<John.freedman@arnoldporter.com>; Zuckerman, Joshua (CRT) <Joshua.Zuckerman@usdoj.gov>;
Katrina Uyehara <Katrina.Uyehara@doj.ca.gov>; Lali Madduri <lmadduri@elias.law>; Max Accardi
<maccardi@elias.law>; Zandi, Matt (CRT) <Matt.Zandi@usdoj.gov>; mcolumbo@dhillonlaw.com;
mmeuser@dhillonlaw.com; Nicholas Green <Nicholas.Green@doj.ca.gov>; omar@qureshi.law;
scowles@dhillonlaw.com; sean.morris@arnoldporter.com; snaifeh@naacpldf.org;
sofia@democracydefenders.org; sonniwaknin@gmail.com; Tyler Bishop <tbishop@elias.law>;
tom.rivera@arnoldporter.com; will@lkcfirm.com; Sherry Jones <sjones@elias.law>;
will@lkcfirm.com
**Subject:** [EXTERNAL] RE: 2:25-cv-10616-JLS-WLH-KKL David Tangipa et al v. Gavin Newsom et al

**EXTERNAL:** Use caution when opening attachments, links or responding to this e-mail.

Mr. Manolius and Mr. Burns:

Attached please find the court's order of this morning, which provides in part: "**Mr. Mitchell must immediately produce non-privileged and responsive documents on a rolling basis starting today.**"

In light of the attached order, how soon can we expect to begin receiving documents today?

Further, we are holding a court reporter in Sacramento on standby to further depose Mr. Mitchell tomorrow. Will Mr. Mitchell continue to stand on legislative privilege objections and instructions not to answer, or will he provide the United States with answers to any of the approximately 122 questions he was instructed not to answer on Wednesday?  What time is Mr. Mitchell available to sit for deposition tomorrow?

Please respond by noon PST today.

Best regards,


**Julie A. Hamill**
Assistant United States Attorney
United States Attorney's Office, Central District of California
300 N. Los Angeles, Suite 7516
Los Angeles, CA 90012
Desk: (213) 894-2464
Cell:  (213) 393-5708

**From:** Kevin Reddick <Kevin_Reddick@cacd.uscourts.gov>

**Sent:** Saturday, December 13, 2025 9:42 AM
**To:** Cierra Brandi Apolonio <capolonio@elias.law>
**Cc:** Chris Dodge <cdodge@elias.law>; Jennifer Rosenberg <Jennifer.Rosenberg@doj.ca.gov>;
AHulse@dhillonlaw.com; DAulisi@dhillonlaw.com; Jacob@democracydefenders.org;
Norman@democracydefenders.org; Orion.deNevers@arnoldporter.com; Ryan Eason
<Ryan.Eason@doj.ca.gov>; Tianna@democracydefenders.org; Abha Khanna <akhanna@elias.law>;
Anya Binsacca <Anya.Binsacca@doj.ca.gov>; Carter Jansen <Carter.Jansen@doj.ca.gov>; Christina
McCall <Christina.McCall@doj.ca.gov>; Clint Woods <Clint.Woods@doj.ca.gov>; Daniel Sheehan
<Daniel.Sheehan@doj.ca.gov>; Goldman, David (CRT) <David.Goldman@usdoj.gov>; David Green
<David.Green@doj.ca.gov>; dlarson@strumwooch.com; fwoocher@strumwooch.com; Gieseke,
Greta (CRT) <Greta.Gieseke@usdoj.gov>; Harald Kirn <Harald.Kirn@doj.ca.gov>; hasenr@gmail.com;
Iram Hasan <Iram.Hasan@doj.ca.gov>; Osete, Jesus (CRT) <Jesus.Osete@usdoj.gov>;
jgreenbaum@justicels.com; jmichel@strumwooch.com; John Freedman
<John.freedman@arnoldporter.com>; Zuckerman, Joshua (CRT) <Joshua.Zuckerman@usdoj.gov>;
Hamill, Julie (USACAC) <Julie.Hamill@usdoj.gov>; Katrina Uyehara <Katrina.Uyehara@doj.ca.gov>;
Lali Madduri <lmadduri@elias.law>; Max Accardi <maccardi@elias.law>; Zandi, Matt (CRT)
<Matt.Zandi@usdoj.gov>; mcolumbo@dhillonlaw.com; mmeuser@dhillonlaw.com; Nicholas Green
<Nicholas.Green@doj.ca.gov>; omar@qureshi.law; scowles@dhillonlaw.com;
sean.morris@arnoldporter.com; snaifeh@naacpldf.org; sofia@democracydefenders.org;
sonniwaknin@gmail.com; Tyler Bishop <tbishop@elias.law>; tom.rivera@arnoldporter.com;
will@lkcfirm.com; Sherry Jones <sjones@elias.law>; will@lkcfirm.com
**Subject:** [EXTERNAL] Re: 2:25-cv-10616-JLS-WLH-KKL David Tangipa et al v. Gavin Newsom et al

Good Morning,

Please see the attached time sensitive order.

Best,