**From:** Samantha Bacon via TitanFile
**To:** Hamill, Julie (USACAC)
**Subject:** [EXTERNAL] Samantha Bacon invited you to access "Paul Mitchell POD" on TitanFile.
**Date:** Saturday, December 13, 2025 8:57:23 PM



Samantha Bacon invited you to access "Paul Mitchell POD" on TitanFile, which contains 1 message and 710 files.

**Access Files**

Expiry date: 2026-01-13

Copy and paste link to go directly to "Paul Mitchell POD":

https://hansonbridgett.titanfile.com/channels/wQoLi5/

This message was sent to julie.hamill@usdoj.gov.

© 2025 TitanFile Inc. 1050 King St W, Toronto, ON M6K 0C7, Canada

Toll Free: +1-855-315-6012