





# CALIFORNIA CONGRESSIONAL MID-DECADE REDISTRICTING

# CA MID-DECADE REDISTRICTING

The effort undertaken do adjust the Congressional District Boundaries adopted by the California Citizens Redistricting Commission keeps fidelity with the 2021 Process

- **US Constitutional / Federal Law** – Equal Population / VRA

- **Contiguity** – literal and functional criteria

- **Communities of Interest** - Must preserve identified communities of interest when possible.

- **Cities and Counties** - Respect city and county boundaries

- **Compactness** - Districts should not bypass nearby populations to grab distant ones.

# CA MID-DECADE REDISTRICTING

Adjustments to the California Congressional Districts will be supported by multiple types of evidence:

- Actual 2021 CRC Commissioner testimony on draft maps or instructions for mapping options given to staff

- Public maps presented to the commission

- Public testimony to the commission

- Draft or completed 2021 or 2011 Commission maps.

# MINIMIZE DISRUPTION

These maps are an ADJUSTMENT of the existing Citizens Redistricting Commission drawn maps.

- 10 districts are not touched at all, another 12 have less than 5% change.

- There are no changes to any of the historic black districts in Los Angeles or Oakland.

- No changes were made to the map that were not consistent with the goals set forward by the delegation – pushing back on the mid-decade redistricting plans from Texas and other states.

# MINIMIZE DISRUPTION

These maps are an ADJUSTMENT of the existing Citizens Redistricting
Commission drawn maps.

- The three districts with highest Asian CVAP are preserved and work was
  done in CA45 to improve that community of interest, we have received
  data from the Asian Law Caucus to assist in these efforts.

- For purposes partisan impact we considered performance of Latinos in
  Democratic seats and used Harris/Trump in concert with other metrics to
  make sure there was not a new Latino voter trend that could be masked by
  using older data.

# VOTING RIGHTS ACT

We are taking the Voting Rights Act seriously, ensuring that our work does not create any violations of federal law.

- We have contracted with Dr. Christian Grose of the University of Southern California, where he directs the Democracy and Fair Elections Lab and Dr. José J. Alcocer is an expert in voting rights and statistical methodology and a data scientist from Harvard Law School.



# VOTING RIGHTS ACT

Based on Preliminary analysis from Christian Grose:

- *"The empirical evidence shows that [public submission] improves the opportunity for Latino voters to elect candidates of choice in more districts vis-a-vis the enacted 2021 map."*

- The conversion of Calvert seat into a Safe Democratic seat in Los Angeles also resulted in increases in opportunities for Latinos, and the shifted CA 42 (Garcia) will re-elect a Latino.



# ELECTORAL PERFORMANCE

- The current map has several swing, likely and lean Democratic contests, with seven seats that Democrats won in 2018 and have fought to hold and/or win back in subsequent elections.



**REDISTRICTING PARTNERS**

# ELECTORAL PERFORMANCE

- There have been proposals to create a 52-0 map, or a 50-2 Map. But these are not possible within the constraints we have.

  - Follow the VRA
  - Protect Communities
  - Approval by Legislature
  - Approval by Voters



© 2025 Mapbox © OpenStreetMap

# ELECTORAL PERFORMANCE

- The existing map had five seats needing significant resources to defend, with real vulnerability for frontliners and only one or two chances for a pickup in 2026

- It is possible to create a map that puts California on track to win <u>48 Democratic seats</u> in 2026



© 2025 Mapbox © OpenStreetMap

# ELECTORAL PERFORMANCE

- The five Republican seats that can be targeted include LaMalfa, Kiley, Valadao, Calvert and Issa

- Pickups have different flavors – Lean Dem, Solid Dem, and *Absolutely Disappeared.*

- A new map can also bolster frontline Democrats, moving five seats in a stronger position going into 2026, moving two seats that Trump won into Harris Victories.



# PARTISAN IMPROVEMENTS

| Statewide Partisan Lean | | |
|---|---|---|
| **District** | **Current** | **Submission** |
| 1 | Safe Republican | Safe Democratic |
| 2 | Safe Democratic | Safe Democratic |
| 3 | Safe Republican | Safe Democratic |
| 4 | Safe Democratic | Safe Democratic |
| 5 | Safe Republican | Safe Republican |
| 6 | Safe Democratic | Safe Democratic |
| 7 | Safe Democratic | Safe Democratic |
| 8 | Safe Democratic | Safe Democratic |
| 9 | Lean Democratic | Safe Democratic |
| 10 | Safe Democratic | Safe Democratic |
| 11 | Safe Democratic | Safe Democratic |
| 12 | Safe Democratic | Safe Democratic |
| 13 | Lean Republican | Safe Democratic |
| 14 | Safe Democratic | Safe Democratic |
| 15 | Safe Democratic | Safe Democratic |
| 16 | Safe Democratic | Safe Democratic |
| 17 | Safe Democratic | Safe Democratic |
| 18 | Safe Democratic | Safe Democratic |
| 19 | Safe Democratic | Safe Democratic |
| 20 | Safe Republican | Safe Republican |
| 21 | Safe Democratic | Safe Democratic |
| 22 | Lean Democratic | Lean Democratic |
| 23 | Safe Republican | Safe Republican |
| 24 | Safe Democratic | Safe Democratic |
| 25 | Safe Democratic | Safe Democratic |
| 26 | Safe Democratic | Safe Democratic |

| Statewide Partisan Lean | | |
|---|---|---|
| **District** | **Current** | **Submission** |
| 27 | Lean Democratic | Safe Democratic |
| 28 | Safe Democratic | Safe Democratic |
| 29 | Safe Democratic | Safe Democratic |
| 30 | Safe Democratic | Safe Democratic |
| 31 | Safe Democratic | Safe Democratic |
| 32 | Safe Democratic | Safe Democratic |
| 33 | Safe Democratic | Safe Democratic |
| 34 | Safe Democratic | Safe Democratic |
| 35 | Safe Democratic | Safe Democratic |
| 36 | Safe Democratic | Safe Democratic |
| 37 | Safe Democratic | Safe Democratic |
| 38 | Safe Democratic | Safe Democratic |
| 39 | Safe Democratic | Safe Democratic |
| 40 | Safe Republican | Safe Republican |
| 41 | Safe Republican | Safe Democratic |
| 42 | Safe Democratic | Safe Democratic |
| 43 | Safe Democratic | Safe Democratic |
| 44 | Safe Democratic | Safe Democratic |
| 45 | Lean Democratic | Safe Democratic |
| 46 | Safe Democratic | Safe Democratic |
| 47 | Lean Democratic | Safe Democratic |
| 48 | Safe Republican | Lean Democratic |
| 49 | Safe Democratic | Safe Democratic |
| 50 | Safe Democratic | Safe Democratic |
| 51 | Safe Democratic | Safe Democratic |
| 52 | Safe Democratic | Safe Democratic |



© 2025 Mapbox © OpenStreetMap

| Statewide Partisan Lean | | |
|---|---|---|
| District | Current | Submission |
| 1 | Safe Republican | Safe Democratic |
| 2 | Safe Democratic | Safe Democratic |
| 3 | Safe Republican | Safe Democratic |
| 4 | Safe Democratic | Safe Democratic |
| 5 | Safe Republican | Safe Republican |
| 6 | Safe Democratic | Safe Democratic |
| 7 | Safe Democratic | Safe Democratic |
| 8 | Safe Democratic | Safe Democratic |
| 9 | Lean Democratic | Safe Democratic |
| 10 | Safe Democratic | Safe Democratic |
| 11 | Safe Democratic | Safe Democratic |
| 12 | Safe Democratic | Safe Democratic |
| 13 | Lean Republican | Safe Democratic |
| 14 | Safe Democratic | Safe Democratic |
| 15 | Safe Democratic | Safe Democratic |
| 16 | Safe Democratic | Safe Democratic |
| 17 | Safe Democratic | Safe Democratic |
| 18 | Safe Democratic | Safe Democratic |
| 19 | Safe Democratic | Safe Democratic |
| 20 | Safe Republican | Safe Republican |
| 21 | Safe Democratic | Safe Democratic |
| 22 | Lean Democratic | Lean Democratic |
| 23 | Safe Republican | Safe Republican |
| 24 | Safe Democratic | Safe Democratic |
| 25 | Safe Democratic | Safe Democratic |
| 26 | Safe Democratic | Safe Democratic |

| Statewide Partisan Lean | | |
|---|---|---|
| District | Current | Submission |
| 27 | Lean Democratic | Safe Democratic |
| 28 | Safe Democratic | Safe Democratic |
| 29 | Safe Democratic | Safe Democratic |
| 30 | Safe Democratic | Safe Democratic |
| 31 | Safe Democratic | Safe Democratic |
| 32 | Safe Democratic | Safe Democratic |
| 33 | Safe Democratic | Safe Democratic |
| 34 | Safe Democratic | Safe Democratic |
| 35 | Safe Democratic | Safe Democratic |
| 36 | Safe Democratic | Safe Democratic |
| 37 | Safe Democratic | Safe Democratic |
| 38 | Safe Democratic | Safe Democratic |
| 39 | Safe Democratic | Safe Democratic |
| 40 | Safe Republican | Safe Republican |
| 41 | Safe Republican | Safe Democratic |
| 42 | Safe Democratic | Safe Democratic |
| 43 | Safe Democratic | Safe Democratic |
| 44 | Safe Democratic | Safe Democratic |
| 45 | Lean Democratic | Safe Democratic |
| 46 | Safe Democratic | Safe Democratic |
| 47 | Lean Democratic | Safe Democratic |
| 48 | Safe Republican | Lean Democratic |
| 49 | Safe Democratic | Safe Democratic |
| 50 | Safe Democratic | Safe Democratic |
| 51 | Safe Democratic | Safe Democratic |
| 52 | Safe Democratic | Safe Democratic |

# NOT EASY

- Can be done without becoming a dummymander, but won't work if members of Congress aren't willing to give something up.

- Several districts would need to lose 40% or more of their current voter population to make this work

- Several members would have to be moved out of their "Home Base" and will be learning new communities.



# KEY REGIONS

For the purposes of achieving the partisan goals, we focused on specific parts of the state that create opportunities.

- Northern California
- Sacramento Region
- Central Valley
- Los Angeles
- Orange County

- Inland Empire
- San Diego



# KEY REGIONS

For the purposes of achieving the partisan goals, a focus can be on specific parts of the state that create opportunities, and some can be untouched

- Most of Central Coast – Democrats are just too far away from targeted Republicans.

- No Historic Black seats need to be touched.

- API coalition districts can be preserved.





California Congressional
2021 Adopted Plan

REDISTRICTING
PARTNERS









**CA Congressional**
2021 CRC Lines - San Fernando Valley

**REDISTRICTING PARTNERS**















CALIFORNIA
CONGRESSIONAL
MID-DECADE
REDISTRICTING