





CALIFORNIA
CONGRESSIONAL
MID-DECADE
REDISTRICTING

# ELECTORAL PERFORMANCE

- The old map had several swing, likely and lean Democratic contests, with seven seats that Democrats won in 2018 and have fought to hold and/or win back in subsequent elections.



# ELECTORAL PERFORMANCE

- The old map had several swing, likely and lean Democratic contests, with seven seats that Democrats won in 2018 and have fought to hold and/or win back in subsequent elections.

- The new map puts California on track to win <u>48 Democratic seats</u> in 2026



# ELECTORAL PERFORMANCE

Democratic Performance in these seats can be seen along a scale from Safe Republican to Safe Democratic – with the middle consisting of Lean or Toss-up Seats



# ELECTORAL PERFORMANCE

The goal was flipping five of these districts



# REDISTRICTING PARTNERS

# ELECTORAL PERFORMANCE



While also bolstering Dems in these



# ELECTORAL PERFORMANCE



# ELECTORAL PERFORMANCE

These seats above and below 50% became the key focus of efforts



# ELECTORAL PERFORMANCE

Focus on Rep and Swing seats
Above and below 50% Dem Performance











CA Congressional
Draft Plan H4 - NorCal

REDISTRICTING
PARTNERS





**CA Congressional**
Draft Plan H4 - Sac Metro

REDISTRICTING
PARTNERS














**CA Congressional**
Draft Plan H4 - SD Riverside

**REDISTRICTING PARTNERS**





CALIFORNIA
CONGRESSIONAL
MID-DECADE
REDISTRICTING