





CALIFORNIA
CONGRESSIONAL
MID-DECADE
REDISTRICTING

**REDISTRICTING PARTNERS**

# CA MID-DECADE REDISTRICTING

The effort undertaken do adjust the Congressional District Boundaries adopted by the California Citizens Redistricting Commission keeps fidelity with the 2021 Process

- **US Constitutional / Federal Law** – Equal Population / VRA

- **Contiguity** – literal and functional criteria

- **Communities of Interest** - Must preserve identified communities of interest when possible.

- **Cities and Counties** - Respect city and county boundaries

- **Compactness** - Districts should not bypass nearby populations to grab distant ones.

# CA MID-DECADE REDISTRICTING

Adjustments to the California Congressional Districts are built from multiple sources.

- Actual 2021 CRC Commissioner testimony on draft maps or instructions for mapping options given to staff

- Public maps presented to the commission

- Public testimony to the commission

- Draft or completed 2021 or 2011 Commission maps.

# STRONG METRICS

This map is a reflection of state and federal requirements and California values.  This is not a twitter map or an over-reach.

- This plan currently splits only 57 cities, which is fewer than the commission drawn plan.

- Using Polsby Popper as a metric for compactness, the minimum and maximum values are better in the public submission than the current commission plan. In other metrics, including Reock, Schwarzberg and Alternate Schwarzberg, the plan's least-compact districts are more compact than the commission plan.

# MINIMIZE DISRUPTION

These maps are an ADJUSTMENT of the existing Citizens Redistricting Commission drawn maps.

- 8 districts are not touched at all, another 20 have less than 10% change.

- No changes were made to the map that were not consistent with the goals set forward by the delegation – pushing back on the mid-decade redistricting plans from Texas and other states.

# ELECTORAL PERFORMANCE

- The old map had several swing, likely and lean Democratic contests, with seven seats that Democrats won in 2018 and have fought to hold and/or win back in subsequent elections.



**REDISTRICTING PARTNERS**

# ELECTORAL PERFORMANCE



- The old map had several swing, likely and lean Democratic contests, with seven seats that Democrats won in 2018 and have fought to hold and/or win back in subsequent elections.

- The new map puts California on track to win <u>48 Democratic seats</u> in 2026

# ELECTORAL PERFORMANCE

Democratic Performance in these seats can be seen along a scale from Safe Republican to Safe Democratic – with the middle consisting of Lean or Toss-up Seats



# ELECTORAL PERFORMANCE

The goal was flipping five of these districts



# ELECTORAL PERFORMANCE





# ELECTORAL PERFORMANCE



# ELECTORAL PERFORMANCE



These seats above and below 50% became the key focus of efforts

# ELECTORAL PERFORMANCE

Focus on Rep and Swing seats
Above and below 50% Dem Performance



# ELECTORAL PERFORMANCE

Focus on Rep and Swing seats
Above and below 50% Dem Performance







California Congressional
Public Submission





**CA Congressional**
Draft Plan H4 - NorCal

**REDISTRICTING PARTNERS**



**CA Congressional**
2021 CRC Lines - Sa

**REDISTRICTING PARTNERS**



**CA Congressional**
Draft Plan H4 - Sac Metro

REDISTRICTING PARTNERS











**CA Congressional**
2021 CRC Lines - San Diego/Riverside

REDISTRICTING
PARTNERS



CA Congressional
Draft Plan H4 - SD Riverside

REDISTRICTING
PARTNERS







CALIFORNIA
CONGRESSIONAL
MID-DECADE
REDISTRICTING