**DEFENDANT-INTERVENOR DCCC'S PRELIMINARY INJUNCTION DISCOVERY PRIVILEGE LOG**
*Tangipa, et al. v. Newsom, et al.*, No. 2:25-cv-10616-JLS-WLH-KKL (C.D. Cal.)

| WITHHELD DOCUMENTS | | | | | | |
|---|---|---|---|---|---|---|
| **Bates Nos.** | **Date** | **Doc. Type** | **Description** | **Author(s)** | **Recipient(s)** | **Privilege/Basis for Withholding** |
| DCCC000244-000245 | September 10, 2025 | Email | Email from DCCC to counsel seeking legal advice regarding California Fair Political Practices Commission complaint. | Julie Merz <merz@dccc.org> | <rjacobs@elias.law> | Attorney-Client |
| DCCC000249-000252 | August 4, 2025 | Email | Email from DCCC to strategic partner regarding confidential and proprietary metrics that are used to develop campaign strategy. | John Mellow <mellow@dccc.org> | <merz@dccc.org> <vannuys@dccc.org> <pradhan@dccc.org> <paul@politicaldata.com> <jacob@redistrictingpartners.com> <jbuckley@politicaldata.com> | First Amendment, Proprietary Information |
| DCCC000233-000234; DCCC000236-000237 | August 3, 2025 | Email | Email from DCCC to strategic partner regarding confidential and proprietary metrics that are used to develop campaign strategy. | Julie Merz <merz@dccc.org> | <mellow@dccc.org> <vannuys@dccc.org> <pradhan@dccc.org> <paul@politicaldata.com> <jacob@redistrictingpartners.com> <jbuckley@politicaldata.com> | First Amendment, Proprietary Information |
| DCCC000235; DCCC000243; | August 3, 2025 | Email | Email from DCCC to strategic partner regarding confidential and proprietary metrics that are used to develop campaign strategy | William Van Nuys <vannuys@dccc.org> | <ellenhamiltondc@gmail.com> <Paul@politicaldata.com> <roy-chaudhury@dccc.org> <boris@peteaguilar.com> <sonali@peteaguilar.com> | First Amendment, Proprietary Information |
| DCCC000238-000239 | August 1, 2025 | Email | Email from DCCC to strategic partner regarding confidential and proprietary metrics that are used to develop campaign strategy | William Van Nuys <vannuys@dccc.org> | <ellenhamiltondc@gmail.com> <Paul@politicaldata.com> <roy-chaudhury@dccc.org> <boris@peteaguilar.com> <sonali@peteaguilar.com> | First Amendment, Proprietary Information |
| DCCC000240-000242 | August 1, 2025 | Email | Email from strategic partner to DCCC regarding confidential and proprietary metrics that | Paul Mitchell <Paul@politicaldata.com> | <vannuys@dccc.org> <denniskraj@gmail.com> <ellenhamiltondc@gmail.com> | First Amendment, Proprietary Information |

| | | | are used to develop campaign strategy | | \<roy-chaudhury@dccc.org\> \<boris@peteaguilar.com\> \<sonali@peteaguilar.com\> \<data@redistrictingpartners.com\> \<jbuckley@politicaldata.com\> | |
|---|---|---|---|---|---|---|
| DCCC000246-000248 | August 1, 2025 | Email | Email from strategic partner to DCCC regarding confidential and proprietary metrics that are used to develop campaign strategy | Jacob Thompson-Fisher \<Jacob@redistrictingpartners.com\> | \<paul@politicaldata.com\> \<vannuys@dccc.org\> \<denniskraj@gmail.com\> \<ellenhamiltondc@gmail.com\> \<chaudhury@dccc.org\> \<boris@peteaguilar.com\> \<sonali@peteaguilar.com\> \<data@redistrictingpartners.com\> \<jbuckley@politicaldata.com\> | First Amendment, Proprietary Information |
| DCCC000255 | August 1, 2025 | Email | Email from DCCC to strategic partner regarding confidential and proprietary metrics that are used to develop campaign strategy | John Mellow \<mellow@dccc.org\> | \<vannuys@dccc.org\> \<pradhan@dccc.org\> \<paul@politicaldata.com\> \<jbuckley@politicaldata.com\> | First Amendment, Proprietary Information |
| DCCC000253-000254 | N/A | Spreadsheet | Key for document containing confidential proprietary metrics used to develop campaign strategy. | John Mellow \<mellow@dccc.org\> | \<merz@dccc.org\> \<vannuys@dccc.org\> \<paul@politicaldata.com\> \<jacob@redistrictingpartners.com\> | First Amendment; Proprietary Information |
| DCCC000256 | N/A | Spreadsheet | Document containing confidential proprietary metrics used to develop campaign strategy. | John Mellow \<mellow@dccc.org\> | \<merz@dccc.org\> \<vannuys@dccc.org\> \<pradhan@dccc.org\> \<paul@politicaldata.com\> \<jacob@redistrictingpartners.com\> \<jbuckley@politicaldata.com\> | First Amendment; Proprietary Information |
| DCCC000232 | September 29, 2025 | Email | Email from DCCC to counsel seeking legal advice regarding service agreement. | Paige Anderholm \<anderhold@dccc.org\> | \<dbusser@elias.law\> | Attorney Client |

| REDACTED DOCUMENTS | | | | | | |
|---|---|---|---|---|---|---|
| **Bates Nos.** | **Date** | **Doc. Type** | **Description of Redaction(s)** | **Author** | **Recipient(s)** | **Privilege(s)** |
| DCCC000166 | August 20, 2025 | Email | Redaction of security key for internet service account. | DocuSign <dse_NA3@docusign.net> | <ruselowski@dccc.org> <sward@dccc.org> | First Amendment; Privacy |
| DCCC000128 | August 20, 2025 | Email | Redaction of security key for internet service account. | DocuSign <dse_NA3@docusign.net> | <ruselowski@dccc.org> | First Amendment; Privacy |
| DCCC000202 | August 20, 2025 | Email | Redaction of security key for internet service account. | DocuSign <dse_NA3@docusign.net> | <ruselowski@dccc.org> <sward@dccc.org> | First Amendment; Privacy |
| DCCC000202 | August 20, 2025 | Email | Redaction of security key for internet service account. | DocuSign <dse_NA3@docusign.net> | <sward@dccc.org> | First Amendment; Privacy |
| DCCC000200 | August 20, 2025 | Email | Redaction of security key for internet service account. | DocuSign <dse_NA3@docusign.net> | <ruselowski@dccc.org> <sward@dccc.org> <ong@dccc.org> | First Amendment; Privacy |
| DCCC000197 | August 20, 2025 | Document | Redaction of sensitive confidential bank account information and signatures. | N/A | <merz@dccc.org> <ruselowski@dccc.org> <paul@politicaldata.com> <ken@swingstrat.com> <rjacobs@elias.law> | First Amendment; Privacy |
| DCCC000196 | August 20, 2025 | Document | Redaction of sensitive confidential bank account information and signatures. | N/A | <merz@dccc.org> <ruselowski@dccc.org> <paul@politicaldata.com> <ken@swingstrat.com> <rjacobs@elias.law> | First Amendment; Privacy |
| DCCC000176 | August 20, 2025 | Document | Redaction of sensitive confidential bank account information. | N/A | <merz@dccc.org> <ruselowski@dccc.org> <paul@politicaldata.com> <ken@swingstrat.com> <rjacobs@elias.law> | First Amendment; Privacy |
| DCCC000178 | August 15, 2025 | Document | Redaction of sensitive confidential bank account information. | N/A | <merz@dccc.org> <ruselowski@dccc.org> <paul@politicaldata.com> <ken@swingstrat.com> | First Amendment; Privacy |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | &lt;rjacobs@elias.law&gt; | |
| DCCC000181 | August 15, 2025 | Document | Redaction of sensitive confidential bank account information. | N/A | &lt;merz@dccc.org&gt; &lt;ruselowski@dccc.org&gt; &lt;paul@politicaldata.com&gt; &lt;ken@swingstrat.com&gt; &lt;rjacobs@elias.law&gt; | First Amendment; Privacy |
| DCCC000182 | August 15, 2025 | Document | Redaction of sensitive confidential bank account information. | N/A | &lt;merz@dccc.org&gt; &lt;ruselowski@dccc.org&gt; &lt;paul@politicaldata.com&gt; &lt;ken@swingstrat.com&gt; &lt;rjacobs@elias.law&gt; | First Amendment; Privacy |
| DCCC000183-000192 | August 15, 2025 | Document | Redactions from copy of service agreement removing:<br>• Personal identifying information (Bates Nos. DCCC000191)<br>• Proprietary and confidential information or metrics (Bates No. DCCC000186, DCCC000188-000189, DCCC000191)<br>• Details of confidential security protocols (DCCC000187-000188) | N/A | &lt;merz@dccc.org&gt; &lt;vannuys@dccc.org&gt; &lt;pradhan@dccc.org&gt; &lt;paul@politicaldata.com&gt; &lt;jacob@redistrictingpartners.com&gt; &lt;jbuckley@politicaldata.com&gt; | First Amendment; Proprietary Information; Privacy |
| DCCC000199 | August 20, 2025 | Document | Redaction of sensitive confidential bank account information. | N/A | &lt;merz@dccc.org&gt; &lt;ruselowski@dccc.org&gt; &lt;paul@politicaldata.com&gt; &lt;ken@swingstrat.com&gt; &lt;rjacobs@elias.law&gt; | First Amendment; Privacy |

Dated: December 4, 2025

*/s/ Lalitha D. Madduri*
Lalitha D. Madduri (CA Bar No. 301236)
lmadduri@elias.law
Christopher D. Dodge* (DC Bar No. 90011587)
cdodge@elias.law
Max Accardi* (DC Bar No. 90021259)
maccardi@elias.law
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave. NW, Suite 400
Washington, DC 20001
T: (202) 968-4652
F: (202) 968-4498

Abha Khanna* (WA Bar No. 42612)
akhanna@elias.law
Tyler L. Bishop (CA Bar No. 337546)
tbishop@elias.law
**ELIAS LAW GROUP LLP**
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
T: (206) 656-0177
F: (206) 656-0180

Omar Qureshi (CA Bar No. 323493)
omar@qureshi.law
Max Schoening (CA Bar No. 324643)
max@qureshi.law
**QURESHI LAW PC**
700 Flower Street, Suite 1000
Los Angeles, CA 90017
T: (213) 786-3478