# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

DAVID TANGIPA, *et al.*,

    *Plaintiffs*,

  and

UNITED STATES OF AMERICA,

    *Plaintiff-Intervenor*,

  v.

GAVIN NEWSOM, in his official capacity as the Governor of California, *et al.*,

    *Defendants*,

  and

DEMOCRATIC CONGRESSIONAL COMMITTEE,

    *Defendant Intervenor.*

Case No.  2:25-cv-10616-JLS-KES
Three-Judge Court

**[PROPOSED] ORDER GRANTING PLAINTIFFS' RENEWED MOTION FOR ADVERSE INFERENCE**

Before the Court is Plaintiffs' Renewed Motion for Adverse Inference. After considering the parties' written and oral submissions, the Court GRANTS the motion and finds, for purposes of a preliminary injunction, that race predominated in the drawing of the Proposition 50 map. The Court similarly finds that race was a motivating factor in the drawing of the Proposition 50 map.

So ordered.

Dated: _____

_____
Honorable Josephine L. Staton
United States District Judge

Honorable Kenneth K. Lee
United States Circuit Judge

Honorable Wesley L. Hsu
United States District Judge

# CERTIFICATE OF SERVICE

**Case Name: Tangipa et al v. Newsom et al No. 2:25-cv-10616-JLS-WLH-KKL**

I hereby certify that on December 14, 2025, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**[Proposed] Order Granting Plaintiffs' Renewed Motion for Adverse Inference**

I certify that all parties in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

In addition, I served non-party deponent under subpoena, Paul Mitchell, by sending an electronic e-mail to his attorney, Kimon Manolius, at the email address below:

kmanolius@hansonbridgett.com

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on December 14, 2025, in Los Angeles, California.

/s/ Joshua R. Zuckerman
JOSHUA R. ZUCKERMAN
Attorney
Civil Rights Division
United States Department of Justice