MICHAEL A. COLUMBO (SBN: 271283)
mcolumbo@dhillonlaw.com
SHAWN COWLES (SBN: 163826)
scowles@dhillonlaw.com
MARK P. MEUSER (SBN: 231335)
mmeuser@dhillonlaw.com
DOMENIC P. AULISI (Admitted PHV)
daulisi@dhillonlaw.com
AMBER R. HULSE (Admitted PHV)
ahulse@dhillonlaw.com
**DHILLON LAW GROUP INC.**
4675 MacArthur Court, Suite 1410
Newport Beach, CA 92660
Telephone: (415) 433-1700
Fax: (415) 520-6593

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID TANGIPA**; *et al.*,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>**GAVIN NEWSOM**, in his official capacity as the Governor of California; *et al.*;<br><br>　　　　Defendants. | CASE NO. 2:25-cv-10616-JLS-WLH-KKL<br><br>**NOTICE OF LODGING CERTIFIED DEPOSITION TRANSCRIPTS**<br><br>Hon. Josephine L. Staton<br>Hon. Kenneth K. Lee<br>Hon. Wesley L. Hsu<br><br>Action Filed: November 5, 2025<br>Hearing: December 3, 2025 |



PLEASE TAKE NOTICE that Plaintiffs hereby lodge the following certified deposition transcripts with the Court:

1. Paul Mitchell, taken on December 10, 2025 (Certified).

Pursuant to Local Rule 16-2.7(c), the parties have identified the lines offered, objections, and grounds for such objections on this transcript, and Plaintiffs submit the following index of the portions of the deposition offered, stating the pages and lines offered. Plaintiffs note that the parties have raised no objections pursuant to Local Rule 16-2.7(b).

1. Plaintiffs' Designations:
   a. 17:5–18:19;
   b. 19:25–20:5;
   c. 23:17–23:19;
   d. 26:15–26:19;
   e. 28:2–24;
   f. 30:6–8;
   g. 30:23–31:13;
   h. 32:12–23;
   i. 34:20–35:7;
   j. 36:22–37:7;
   k. 37:16–37:24;
   l. 42:24–43:11;
   m. 47:3–48:15;
   n. 51:3–52:20;
   o. 52:24–53:15;
   p. 56:17–25;
   q. 58:3–59:17;
   r. 62:15–63:16;
   s. 70:24–71:10;



| | | |
|---|---|---|
| 1 | t. | 72:7–76:21; |
| 2 | u. | 77:13–79:12; |
| 3 | v. | 79:16–80:24; |
| 4 | w. | 81:8–13; |
| 5 | x. | 82:4–84:24; |
| 6 | y. | 85:17–21; |
| 7 | z. | 91:24–93:12; |
| 8 | aa. | 93:17–94:18; |
| 9 | bb. | 96:11–15; |
| 10 | cc. | 97:14–25; |
| 11 | dd. | 99:14–100:4; |
| 12 | ee. | 103:20–25; |
| 13 | ff. | 104:7–19; |
| 14 | gg. | 110:11–12; |
| 15 | hh. | 113:5–16; |
| 16 | ii. | 113:25–114:5; |
| 17 | jj. | 115:15–20; |
| 18 | kk. | 115:25–116:5; |
| 19 | ll. | 117:4–14; |
| 20 | mm. | 120:1–8; |
| 21 | nn. | 120:13–25; |
| 22 | oo. | 121:7–122:8; |
| 23 | pp. | 122:12–25; |
| 24 | qq. | 123:2–7; |
| 25 | rr. | 125:11–21; |
| 26 | ss. | 128:20–23; |
| 27 | tt. | 129:1–4; |
| 28 | uu. | 129:23–130:5; |



|    |      |              |
|----|------|--------------|
| 1  | vv.  | 130:12–22;   |
| 2  | ww.  | 131:13–16;   |
| 3  | xx.  | 134:20–135:1;|
| 4  | yy.  | 135:8–14;    |
| 5  | zz.  | 142:11–23;   |
| 6  | aaa. | 147:17–148:3;|
| 7  | bbb. | 159:8–160:3; |
| 8  | ccc. | 161:6–11;    |
| 9  | ddd. | 167:10–18;   |
| 10 | eee. | 167:22–168:9;|
| 11 | fff. | 169:6–18;    |
| 12 | ggg. | 173:12–23;   |
| 13 | hhh. | 174:1–9;     |
| 14 | iii. | 175:21–176:2;|
| 15 | jjj. | 176:12–24;   |
| 16 | kkk. | 184:12–185:7;|
| 17 | lll. | 199:17–25;   |
| 18 | mmm. | 200:10–203:6;|
| 19 | nnn. | 204:11–205:24;|
| 20 | ooo. | 209:8–210:25;|
| 21 | ppp. | 230:22–232:17;|
| 22 | qqq. | 259:17–260:21;|
| 23 | rrr. | 263:25–267:2;|
| 24 | sss. | 267:13–272:2;|
| 25 | ttt. | 274:12–277:5;|
| 26 | uuu. | 279:1–21;    |
| 27 | vvv. | 282:23–283:24;|
| 28 | www. | 285:22–289:3;|

3



NOTICE OF LODGING                                        CASE NO. 2:25-cv-10616

<mark>

|   |   |     |             |
|---|---|-----|-------------|
| 1 |   | xxx. | 301:23–302:3. |
| 2 | 2. | Opposing Parties' Designations: | |
| 3 |   | a. | 26:20–27:16; |
| 4 |   | b. | 28:25–29:9; |
| 5 |   | c. | 37:8–15; |
| 6 |   | d. | 41:1–41:7; |
| 7 |   | e. | 42:2–23; |
| 8 |   | f. | 52:21–23; |
| 9 |   | g. | 53:16–19; |
| 10 |  | h. | 54:3–55:12 |
| 11 |  | i. | 79:13–15; |
| 12 |  | j. | 80:25–81:1; |
| 13 |  | k. | 81:7; |
| 14 |  | l. | 86:15–87:3; |
| 15 |  | m. | 94:19–95:14; |
| 16 |  | n. | 111:4–6; |
| 17 |  | o. | 111:10–112:5; |
| 18 |  | p. | 113:19–24; |
| 19 |  | q. | 114:16–17; |
| 20 |  | r. | 114:25–115:8; |
| 21 |  | s. | 116:23–25; |
| 22 |  | t. | 117:15–16; |
| 23 |  | u. | 117:19–118:16; |
| 24 |  | v. | 120:9–12; |
| 25 |  | w. | 123:8–9; |
| 26 |  | x. | 123:14–124:1; |
| 27 |  | y. | 129:12–13; |
| 28 |  | z. | 129:17–22; |



| | | |
|---|---|---|
| aa. | 131:22–133:9; |
| bb. | 133:12–134:19; |
| cc. | 135:15–136:21; |
| dd. | 139:18–140:13; |
| ee. | 142:24–143:2; |
| ff. | 145:3–146:25; |
| gg. | 156:20–158:3; |
| hh. | 164:17–166:7; |
| ii. | 168:10–11; |
| jj. | 175:14–17; |
| kk. | 176:3–11; |
| ll. | 193:15–194:1; |
| mm. | 199:14–16; |
| nn. | 206:21–207:6; |
| oo. | 225:8–23; |
| pp. | 283:25–285:18; |
| qq. | 289:4–15; |
| rr. | 303:2–304:8; |
| ss. | 306:9–311:17. |

Date: December 15, 2025

By: _/s/ Mark P. Meuser_____
MICHAEL A. COLUMBO (SBN: 271283)
mcolumbo@dhillonlaw.com
**DHILLON LAW GROUP INC.**
177 Post Street, Suite 700
San Francisco, California 94108
Telephone: (415) 944-4996

SHAWN COWLES (SBN: 163826)
scowles@dhillonlaw.com
MARK P. MEUSER (SBN: 231335)



mmeuser@dhillonlaw.com
**DHILLON LAW GROUP INC.**
4675 MacArthur Court, Suite 1410
Newport Beach, CA 92660

DOMENIC P. AULISI (Admitted PHV)
daulisi@dhillonlaw.com
AMBER R. HULSE (Admitted PHV)
ahulse@dhillonlaw.com
**DHILLON LAW GROUP INC.**
2121 Eisenhower Avenue, Suite 608
Alexandria, VA 22314

*Attorneys for Plaintiffs*

