MICHAEL A. COLUMBO (SBN: 271283)
mcolumbo@dhillonlaw.com
SHAWN COWLES (SBN: 163826)
scowles@dhillonlaw.com
MARK P. MEUSER (SBN: 231335)
mmeuser@dhillonlaw.com
DOMENIC P. AULISI (Admitted PHV)
daulisi@dhillonlaw.com
AMBER R. HULSE (Admitted PHV)
ahulse@dhillonlaw.com
**DHILLON LAW GROUP INC.**
4675 MacArthur Court, Suite 1410
Newport Beach, CA 92660
Telephone: (415) 433-1700
Fax: (415) 520-6593

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID TANGIPA**; *et al.*,<br><br>                    Plaintiffs,<br><br>          vs.<br><br>**GAVIN NEWSOM**, in his official capacity as the Governor of California; *et al.*;<br><br>                    Defendants. | CASE NO. 2:25-cv-10616-JLS-WLH-KKL<br><br>**NOTICE OF JOINDER IN PLAINTIFF-INTERVENOR UNITED STATES'S RENEWED MOTION FOR ADVERSE INFERENCE**<br><br>Hon. Josephine L. Staton<br>Hon. Kenneth K. Lee<br>Hon. Wesley L. Hsu<br><br>Action Filed: November 5, 2025<br>Hearing: December 3, 2025 |



NOTICE OF JOINDER                                      CASE NO. 2:25-cv-10616

Plaintiffs hereby give notice of their joinder in Plaintiff-Intervenor United States's Renewed Motion for Adverse Inference (Dkt. No. 162). As a result of Paul Mitchell's meritless and selective assertions of legislative privilege, as well as Mr. Mitchell's and Defendant-Intervenor DCCC's failure to timely comply with document requests for records within their possession, custody, or control, Plaintiffs have been deprived of evidence of Mr. Mitchell's use of race when drawing the Proposition 50 maps and the ability to effectively confront Mr. Mitchell over his statements indicating that race was the predominant factor in the challenged districts. Accordingly, an adverse inference is warranted at this stage of the litigation.

Date: December 15, 2025

By: _/s/ Mark P. Meuser_____
MICHAEL A. COLUMBO (SBN: 271283)
mcolumbo@dhillonlaw.com
**DHILLON LAW GROUP INC.**
177 Post Street, Suite 700
San Francisco, California 94108
Telephone: (415) 944-4996


SHAWN COWLES (SBN: 163826)
scowles@dhillonlaw.com
MARK P. MEUSER (SBN: 231335)
mmeuser@dhillonlaw.com
**DHILLON LAW GROUP INC.**
4675 MacArthur Court, Suite 1410
Newport Beach, CA 92660


DOMENIC P. AULISI (Admitted PHV)
daulisi@dhillonlaw.com
AMBER R. HULSE (Admitted PHV)
ahulse@dhillonlaw.com
**DHILLON LAW GROUP INC.**
2121 Eisenhower Avenue, Suite 608
Alexandria, VA 22314


*Attorneys for Plaintiffs*



1

NOTICE OF JOINDER                    CASE NO. 2:25-cv-10616