| | |
|---|---|
| 1 | ROB BONTA<br>Attorney General of California |
| 2 | ANYA M. BINSACCA<br>LARA HADDAD |
| 3 | Supervising Deputy Attorneys General |
| 4 | RYAN EASON<br>DAVID GREEN |
| 5 | JENNIFER E. ROSENBERG<br>S. CLINTON WOODS |
| 6 | IRAM HASAN<br>CHRISTINA MCCALL |
| 7 | Deputy Attorneys General<br>State Bar No. 234139 |
| 8 |  1300 I St.<br> Sacramento, CA 95814 |
| 9 |  Telephone: (916) 210-7890<br> E-mail: Christina.McCall@doj.ca.gov |
| 10 | *Attorneys for Defendants California Governor Gavin Newsom and Secretary of State Shirley Weber* |

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **DAVID TANGIPA,** *et al.*,<br><br>          Plaintiffs,<br><br>   and<br><br>**UNITED STATES OF AMERICA,**<br><br>          Plaintiff-Intervenor<br><br>   v.<br><br>**GAVIN NEWSOM, in his official capacity as the Governor of California,** *et al.*,<br><br>          Defendants,<br><br>   and<br><br>**DEMOCRATIC CONGRESSIONAL CAMPAIGN COMMITTEE,** *et al.*,<br><br>          Defendant-Intervenors. | 2:25-cv-10616-JLS-WLH-KKL<br>Three-Judge Court<br><br>**GOVERNOR NEWSOM AND SECRETARY WEBER'S NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br>Judge:   Hon. Josephine L. Staton, Hon. Kenneth K. Lee, and Hon. Wesley L. Hsu<br><br>Action Filed: Nov. 5, 2025 |

1 For all of the reasons set forth in the State Defendants' Opposition to Plaintiffs' and Plaintiff Intervenor's Motion to Compel [ECF No. 155], Defendants respectfully renew their opposition to Plaintiff-Intervenor's renewed request [ECF No. 162] for the Court to draw an adverse inference against Defendants for issues involving non-party Paul Mitchell.

Dated:  December 15, 2025

Respectfully submitted,

ROB BONTA
Attorney General of California
ANYA M. BINSACCA
LARA HADDAD
Supervising Deputy Attorneys General

*/s/ Christina McCall*
CHRISTINA MCCALL
Deputy Attorney General
*Attorneys for Defendants California Governor Gavin Newsom and Secretary of State Shirley Weber*