ROBIN B. JOHANSEN, State Bar No. 79084
rjohansen@olsonremcho.com
THOMAS A. WILLIS, State Bar No. 160989
twillis@olsonremcho.com
INEZ KAMINSKI, State Bar No. 345584
ikaminski@olsonremcho.com
EMILY UCHIDA, State Bar No. 357130
euchida@olsonremcho.com
OLSON REMCHO, LLP
555 Capitol Mall, Suite 400
Sacramento, CA 95814
Phone: (916) 442-2952
Fax: (916) 442-1280

CARA L. JENKINS, State Bar No. 271432
Legislative Counsel
cara.jenkins@legislativecounsel.ca.gov
BRIAN A. BOBB, State Bar No. 250594
Principal Deputy Legislative Counsel
brian.bobb@legislativecounsel.ca.gov
OFFICE OF LEGISLATIVE COUNSEL
925 L Street, Suite 900
Sacramento, CA 95814
Phone: (916) 341-8000

Attorneys for Non-Party
Legislature of the State of California

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DAVID TANGIPA, et al.,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff-Intervenor,<br><br>GAVIN NEWSOM, in his official capacity as the Governor of California, et al.,<br><br>　　　　Defendants,<br><br>and<br><br>DEMOCRATIC CONGRESSIONAL CAMPAIGN COMMITTEE, et al.<br><br>　　　　Defendant-Intervenors. | No.: 2:25-cv-10616-JLS-WLH-KKL<br>Three-Judge Court<br><br>**NON-PARTY LEGISLATURE OF THE STATE OF CALIFORNIA'S REQUEST FOR LEAVE TO FILE OPPOSITION TO PLAINTIFFS' RENEWED MOTION FOR ADVERSE INFERENCE**<br><br>Judges:<br>Honorable Josephine L. Staton<br>Honorable Wesley L. Hsu<br>Honorable Kenneth Kiyul Lee |

For all of the reasons set forth in the Legislature's Opposition to Plaintiffs' and Plaintiff-Intervenor's Motion to Compel (Dkt. 158), the Legislature respectfully renews its opposition to Plaintiff-Intervenor's renewed request (Dkt. 162) for the Court to draw an adverse inference against Defendants regarding non-party Paul Mitchell's assertion of legislative privilege.

Dated: December 15, 2025

Respectfully submitted,

OLSON REMCHO, LLP

By: /s/ Robin B. Johansen
    Robin B. Johansen

Attorneys for Non-Party
Legislature of the State of California

# CERTIFICATE OF COMPLIANCE

The undersigned, counsel of record for Non-Party Legislature of the State of California, certifies that this brief contains 50 words, which complies with the word limit of L.R. 11-6.1.

Dated: December 15, 2025         By: /s/ Robin B. Johansen
                                         Robin B. Johansen

(2,146,356)