JESUS A. OSETE[*]
Principal Deputy Assistant Attorney General
MATTHEW ZANDI (CA No. 203329)
Chief of Staff & Special Counsel
ANDREW BRANIFF (IN No. 23430-71)
Acting Chief, Appellate Section
DAVID GOLDMAN (VA No. 98922)
JOSHUA R. ZUCKERMAN (DC No. 1724555)
GRETA GIESEKE (TX No. 24132925)
MAUREEN RIORDAN (NY No. 2058840)
Attorneys
   Civil Rights Division
   United States Department of Justice
   950 Pennsylvania Avenue, NW
   Washington, D.C. 20530
   Telephone: (202) 514-3847
   E-Mail:   matt.zandi@usdoj.gov

TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JULIE A. HAMILL (CA No. 272742)
Assistant United States Attorney
   United States Attorney's Office
   300 North Los Angeles Street, Suite 7516
   Los Angeles, California 90012
   Telephone: (213) 894-2464
   E-Mail:   julie.hamill@usdoj.gov

Attorneys for Plaintiff-Intervenor
UNITED STATES OF AMERICA

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID TANGIPA, *et al.*, *Plaintiffs*, and UNITED STATES OF AMERICA, *Plaintiff-Intervenor*, v. GAVIN NEWSOM, in his official | Case No. 2:25-cv-10616-JLS-KES Three-Judge Court **DECLARATION OF JOSHUA R. ZUCKERMAN IN SUPPORT OF PLAINTIFF-INTERVENOR'S RENEWED MOTION FOR ADVERSE INFERENCE** Hon. Josephine L. Staton |

---

[*] Assistant Attorney General Harmeet K. Dhillon is recused from this matter.

1

| | |
|---|---|
| capacity as the Governor of California, *et al.*,<br>*Defendants*, | Hon. Wesley L. Hsu<br>Hon. Kenneth K. Lee<br><br>Hearing Date: December 15, 2025<br>Time: 9 a.m.<br>Courtroom: One |

I, Joshua R. Zuckerman, do hereby declare and state as follows.

1. I am a trial attorney in the United States Department of Justice, Civil Rights Division. I am admitted to practice in the District of Columbia and represent the United States in the above-captioned matter. This Declaration is being submitted in support of Plaintiff-Intervenor's Renewed Motion for Adverse Inference.

2. The statements made in this Declaration are based on the knowledge acquired by me in the performance of my official duties and in conjunction with factual and legal research conducted by other attorneys and staff at the Department of Justice.

3. The United States made a single production to Defendants and Defendant-Intervenors. This production was timely.[1]

---

[1] Defendant-Intervenor DCCC claimed in its Response to Plaintiffs' Motion for Adverse Inference that "Plaintiffs … themselves have made two separate productions on the night before the hearing in response to document requests served prior to Thanksgiving." Dkt. 166 at 1. Counsel for the United States believes that DCCC was referring to Plaintiffs, not Plaintiff-Intervenor.

2

4. At 9:42 AM PST on December 13, 2025, the Court emailed the parties an order that provided: "**Mr. Mitchell must immediately produce non-privileged and responsive documents on a rolling basis starting today.**" (emphasis in original).

5. At 10:44 AM PST, counsel for the United States forwarded the order to Mitchell's counsel Kimon Manolius.

6. At 9:06 PM PST, Mitchell's counsel Samantha Bacon sent counsel for the United States and counsel for Plaintiffs an email containing a link to access an initial production. Bacon explained, "We intend to re-produce these documents with Bates labels in the coming days, as well as further volumes of production and our privilege log." A true and correct copy of that email is attached as **Exhibit 1**.

7. At 8:21 PM PST on December 14, 2025, I emailed Manolius and stated, "We are still awaiting Mr. Mitchell's next production of documents. Please advise when we can expect this production." A true and correct copy of that email is attached as **Exhibit 2**.

8. Manolius never replied to my email.

9. Over 48 hours later, at 5:48 PM PST on December 16, 2025 (after all parties had presented their cases), I followed up via email with Manolius and Bacon and reminded them that the United States had yet "to receive any additional volumes of production or Mr. Mitchell's privilege log." I asked when "when Mr. Mitchell will make his court-ordered additional productions and provide his privilege log." A true and correct copy of that email is attached as **Exhibit 3.**

10. At 8:34 PM PST, Bacon responded via email that her "office is still working through the document review process" and had "experienced some technical challenges." She informed the United States that "Volume 002 will be delivered this evening." She pledged that counsel would "follow with a privilege log on a periodic basis." A true and correct copy of that email is attached as **Exhibit 4**.

11. At 3:53 AM, PST on December 17, 2025 (five hours before closing arguments), Bacon sent the counsel for the United States a link to access Volume 0002. The production

1 | appears to contain over 10,000 documents. Counsel for the United States will be unable
2 | to review even a fraction of these documents before closing arguments.

3 | 12.    The United States has not yet received any privilege log.

5 | Having reviewed this Declaration, I declare, under penalty of perjury and pursuant
6 | to 28 U.S.C. § 1746, that the foregoing is true and correct.

8 | Executed on December 17, 2025, in Los Angeles, CA.

10 | Respectfully submitted,

*s/ Joshua R. Zuckerman*
JOSHUA R. ZUCKERMAN
Attorney
Civil Rights Division
United States Department of Justice

JESUS A. OSETE*
Principal Deputy Assistant Attorney General
MATTHEW ZANDI (CA No. 203329)
Chief of Staff & Special Counsel
ANDREW BRANIFF (IN No. 23430-71)
Acting Chief, Appellate Section
DAVID GOLDMAN (VA No. 98922)
JOSHUA R. ZUCKERMAN (DC No. 1724555)
GRETA GIESEKE (TX No. 24132925)
MAUREEN RIORDAN (NY No. 2058840)
Attorneys
Civil Rights Division
United States Department of Justice

---

* Assistant Attorney General Harmeet K. Dhillon is recused from this matter.

```
950 Pennsylvania Avenue, NW
Washington, D.C. 20530
Telephone:  (202) 514-3847
E-Mail:     matt.zandi@usdoj.gov

TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JULIE A. HAMILL (CA No. 272742)
Assistant United States Attorney
United States Attorney's Office
300 North Los Angeles Street, Suite 7516
Los Angeles, California 90012
Telephone:  (213) 894-2464
E-Mail:     julie.hamill@usdoj.gov

Attorneys for Plaintiff-Intervenor
UNITED STATES OF AMERICA
```