Lalitha D. Madduri (CA Bar No. 301236)
lmadduri@elias.law
Christopher D. Dodge* (DC Bar No. 90011587)
cdodge@elias.law
Max Accardi* (DC Bar No. 90021259)
maccardi@elias.law
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave. NW, Suite 400
Washington, DC 20001
T: (202) 968-4652
F: (202) 968-4498

Abha Khanna* (WA Bar No. 42612)
akhanna@elias.law
Tyler L. Bishop (CA Bar No. 337546)
tbishop@elias.law
**ELIAS LAW GROUP LLP**
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
T: (206) 656-0177
F: (206) 656-0180

Omar Qureshi (CA Bar No. 323493)
omar@qureshi.law
Max Schoening (CA Bar No. 324643)
max@qureshi.law
**QURESHI LAW PC**
700 Flower Street, Suite 1000
Los Angeles, CA 90017
T: (213) 600-6096
F: (213) 277-8989

*Counsel for Defendant-Intervenor DCCC*

* *Admitted pro hac vice*

1

2

3

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

4

5

6

7

8

9

10

11

12

13

14

15

16

17

**DAVID TANGIPA,** *et al.***,**

                                    Plaintiffs,

        and

**UNITED STATES OF AMERICA,**

                          Plaintiff-Intervenor,

    **v.**

**GAVIN NEWSOM, in his official
capacity as the Governor of California,**
*et al.***,**

                                    Defendants,

**DEMOCRATIC CONGRESSIONAL
CAMPAIGN COMMITTEE,** *et al.***,**

                        Defendant-Intervenors.

No. 2:25-cv-10616-JLS-WLH-KKL

Three-Judge Court

**NOTICE OF LODGING
CERTIFIED DEPOSITION
TRANSCRIPTS**

Hearing: December 15, 2025

18

19

20

21

22

23

24

25

26

27

28

ii

Please take notice that, pursuant to Local Rules 16-2.6 and 32-1, Defendants and Defendant-Intervenors lodge the following transcripts of depositions taken in connection with Plaintiffs' and Plaintiff-Intervenor's motions for preliminary injunction:

A.    30(b)(6) Deposition of Scott Winn, Chief Operating Officer of Plaintiff California Republican Party, Ex. 438 (Dec. 12, 2025)

B.    Deposition of Plaintiff Roxanne Hoge, Ex. 403 (Dec. 9, 2025)

C.    Deposition of Plaintiff Doug Buchanan, Ex. 435 (Dec. 11, 2025)

D.    Deposition of Plaintiff Vernon Costa, Ex. 436 (Dec. 11, 2025)

Defendants and Defendant-Intervenors' designations appear in light blue, while Plaintiffs and Plaintiff-Intervenor's counter-designations appear in yellow. The complete set of designations is as follows.

A.    30(b)(6) Deposition of Scott Winn

    1.  Defendants and Defendant-Intervenors' Designations

- 12:19–13:25
- 14:10–15:16
- 16:8–17:6
- 17:12–19:18
- 20:9–21:7
- 22:5–12
- 22:18–24:2
- 24:11–25:7
- 25:12–26:23
- 27:6–15
- 28:11–30:1
- 30:7–32:10
- 32:16–33:18
- 35:18–23

- 39:13–17
- 39:22–25
- 40:1–9
- 43:1–16
- 44:2–10

2. Plaintiffs and Plaintiff-Intervenor's Counter-Designations

- 11:3–7
- 14:1–7
- 27:16–19
- 40:1–8
- 41:3–10
- 44:11–45:1
- 45:8–18

B.     Deposition of Roxanne Hoge

1. Defendants and Defendant-Intervenors' Designations

- 13:7–14:24
- 15:19–16:6
- 19:10–20:5
- 22:18–23:10
- 26:13–27:3
- 28:10–29:10
- 30:19–32:23
- 35:24–37:25
- 39:23–40:6
- 41:12–42:3
- 45:19–46:14

2. Plaintiffs and Plaintiff-Intervenor's Counter-Designations

- 12:2–6
- 12:14–16
- 25:12–22
- 40:7–13

C.    Deposition of Doug Buchanan

    1.  Defendants and Defendant-Intervenors' Designations

- 8:3–9
- 10:14–21
- 15:11–16:5
- 17:12–18:14
- 20:1–23:16
- 24:23–26:3
- 26:12–22
- 27:16–28:7
- 29:3–30:10
- 31:12–33:5
- 34:15–35:1
- 36:2–38:6
- 39:12–41:3
- 44:2–45:15
- 46:11–48:3
- 50:2–16
- 51:15–17

    2.  Plaintiffs and Plaintiff-Intervenor's Counter-Designations

- 12:6–8
- 12:12–14
- 43:13–44:1

D.    Deposition of Vernon Costa

    1.  Defendants and Defendant-Intervenors' Designations

- 12:20–13:2
- 14:12–17:22
- 20:14–22:7
- 22:17–24:2
- 26:6–10
- 27:15–28:2
- 34:3–35:11
- 41:20–42:18
- 43:10–15
- 44:14–45:2

    2.  Plaintiffs and Plaintiff-Intervenor's Counter-Designations

- 11:21–12:1
- 13:7–14
- 24:3–12

Defendants and Defendant-Intervenors additionally lodge an updated transcript for the December 10, 2025 deposition of Paul Mitchell. Plaintiffs and Plaintiff-Intervenor filed a Notice of Lodging for this transcript on December 15, 2025. ECF No. 164. Plaintiffs' Notice identified Plaintiffs' designations of the certified transcript, as well as Defendants and Defendant-Intervenors' counter-designations. *See id.* As discussed in Court later in the day on December 15, however, Plaintiffs' Notice omitted a small number of counter-designations from Defendants and Defendant-Intervenors. Specifically, the Notice should have also included 137:16–139:17 and 139:22–140:6 among the counter-designations.

Plaintiffs and Plaintiff-Intervenor do not oppose the lodging of this updated transcript. Accordingly, Defendants and Defendant-Intervenors lodge this updated transcript with the Court reflecting these additional counter-designations. Plaintiffs

4

and Plaintiff-Intervenor's designations appear in yellow, while Defendants and Defendant-Intervenors' counter-designations appear in light blue. The complete set of designations is as follows:

1. Plaintiffs and Plaintiff-Intervenor's Designations

- 17:5–18:19
- 19:25–20:5
- 23:17–23:19
- 26:15–26:19
- 28:2–24
- 30:6–8
- 30:23–31:13
- 32:12–23
- 34:20–35:7
- 36:22–37:7
- 37:16–37:24
- 42:24–43:11
- 47:3–48:15
- 51:3–52:20
- 52:24–53:15
- 56:17–25
- 58:3–59:17
- 62:15–63:16
- 70:24–71:10
- 72:7–76:21
- 77:13–79:12
- 79:16–80:24
- 81:8–13

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 82:4–84:24
- 85:17–21
- 91:24–93:12
- 93:17–94:18
- 96:11–15
- 97:14–25
- 99:14–100:4
- 103:20–25
- 104:7–19
- 110:11–12
- 113:5–16
- 113:25–114:5
- 115:15–20
- 115:25–116:5
- 117:4–14
- 120:1–8
- 120:13–25
- 121:7–122:8
- 122:12–25
- 123:2–
- 125:11–21
- 128:20–23
- 129:1–4
- 129:23–130:5
- 130:12–22
- 131:13–16
- 134:20–135:1

- 135:8–14
- 142:11–23
- 147:17–148:3
- 159:8–160:3
- 161:6–11
- 167:10–18
- 167:22–168:9
- 169:6–18
- 173:12–23
- 174:1–9
- 175:21–176:2
- 176:12–24
- 184:12–185:7
- 199:17–25
- 200:10–203:6
- 204:11–205:24
- 209:8–210:25
- 230:22–232:17
- 259:17–260:21
- 263:25–267:2
- 267:13–272:2
- 274:12–277:5
- 279:1–21
- 282:23–283:24
- 285:22–289:3
- 301:23–302:3

2. Defendants and Defendant Intervenors' Counter-Designations:

- 26:20–27:16
- 28:25–29:9
- 37:8–15
- 41:1–41:7
- 42:2–23
- 52:21–23
- 53:16–19
- 54:3–55:12
- 79:13–15
- 80:25–81:1
- 81:7
- 86:15–87:3
- 94:19–95:14
- 111:4–6
- 111:10–112:5
- 113:19–24
- 114:16–17
- 114:25–115:8
- 116:23–25
- 117:15–16
- 117:19–118:16
- 120:9–12
- 123:8–9
- 123:14–124:1
- 129:12–13
- 129:17–22

1

- 131:22–133:9
- 133:12–134:19
- 135:15–136:21
- 137:16–140:13
- 142:24–143:2
- 145:3–146:25
- 156:20–158:3
- 164:17–166:7
- ii. 168:10–11
- 175:14–17
- 176:3–11
- 193:15–194:1
- 199:14–16
- 206:21–207:6
- 225:8–23
- 283:25–285:18
- 289:4–15
- 303:2–304:8
- 306:9–311:17

Dated: December 17, 2025     Respectfully submitted,

*/s/ Lalitha D. Madduri*
Lalitha D. Madduri (CA Bar No. 301236)
Christopher D. Dodge* (DC Bar No. 90011587)
Max Accardi* (DC Bar No. 90021259)
ELIAS LAW GROUP LLP
250 Massachusetts Ave. NW, Suite 400
Washington, DC 20001
T: (202) 968-4652
F: (202) 968-4498
lmadduri@elias.law
cdodge@elias.law
maccardi@elias.law

Abha Khanna* (WA Bar No. 42612)
Tyler L. Bishop (CA Bar No. 337546)
ELIAS LAW GROUP LLP
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
T: (206) 656-0177
akhanna@elias.law
tbishop@elias.law

Omar Qureshi (CA Bar No. 323493)
Max Schoening (CA Bar No. 324643)
QURESHI LAW PC
700 Flower Street, Suite 1000
Los Angeles, CA 90017
T: (213) 600-6096
omar@qureshi.law
max@qureshi.law

*Counsel for Intervenor-Defendant DCCC*
* *Admitted pro hac vice*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 17, 2025, I electronically served the foregoing document via electronic mail on all counsel of record.

*/s/ Lalitha D. Madduri*
Lalitha D. Madduri (CA Bar No. 301236)