

# Transcript of Scott Winn

**Date:** December 12, 2025
**Case:** Tangipa, et al. -v- Newsom, et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

1                UNITED STATES DISTRICT COURT

2           FOR THE CENTRAL DISTRICT OF CALIFORNIA

3                      WESTERN DIVISION

4      ------------------------X

5    DAVID TANGIPA, et al.,                :

6              Plaintiffs,        :   Case No.
          and                   :    2:25-cv-10616-JLS-WLH-KKL
7    UNITED STATES OF AMERICA,            :

8              Plaintiff-Intervenor :
          v.
9    GAVIN NEWSOM, in his Official        :

10   Capacity as the Governor of          :

11   California, et al.,                  :

12              Defendants.        :
          and
13   DEMOCRATIC CONGRESSIONAL             :

14   CAMPAIGN COMMITTEE, et al.           :

15              Defendant-Intervenors. :

16     ------------------------X

17            REMOTE STENOGRAPHIC DEPOSITION OF

18                      SCOTT WINN

19              Friday, December 12, 2025

20               4:18 p.m. Pacific Time

21   Job No.:  612915

22   Pages:  1 - 49

23   STENOGRAPHICALLY REPORTED BY:

24   GISELLE MITCHELL-MARGERUM, RPR, CRI, CCR, LCR, ACCR, CSR

25   CALIFORNIA CSR 14424

1          Deposition of SCOTT WINN, held remotely,

2    via videoconference at:

3

4

5          VIA VIDEOCONFERENCE

6

7

8

9          Pursuant to agreement, before Giselle

10   Mitchell-Margerum, Registered Professional Reporter,

11   Certified Reporting Instructor, Licensed Court

12   Reporter (TN), Certified Court Reporter (GA),

13   Certified Court Reporter (NJ), Certified Court

14   Reporter (WA), Certified Shorthand Reporter (OR),

15   Certified Shorthand Reporter (CA), Alabama Certified

16   Court Reporter (ACCR), Certified Court Reporter

17   (NM).

18

19

20

21

22

23

24

25

```
1                  A P P E A R A N C E S

2    ON BEHALF OF PLAINTIFFS:

3           MICHAEL COLUMBO, ESQ.

4           WILL THOMPSON, ESQ.

5           DHILLON LAW GROUP INC.

6           177 Post Street, Suite 700

7           San Francisco, CA 94108

8           (415) 433-1700

9

10   ON BEHALF OF DEFENDANTS CALIFORNIA GOVERNOR GAVIN

11   NEWSOM and SECRETARY of STATE SHIRLEY WEBER:

12           HARALD KIRN, ESQ.

13           DEPUTY ATTORNEYS GENERAL

14           STATE OF CALIFORNIA DEPARTMENT OF JUSTICE

15           1300 I Street, Suite 125

16           Sacramento, CA 95814

17           (916) 210-6242

18

19   ON BEHALF OF DEFENDANT-INTERVENOR DEMOCRATIC

20   CONGRESSIONAL CAMPAIGN COMMITTEE:

21           CHRISTOPHER D. DODGE, ESQUIRE

22           ELIAS LAW GROUP LLP

23           250 Massachusetts Ave. NW, Suite 400

24           Washington, DC 20001

25           (202) 968-4652
```

```
1    APPEARANCES (cont'd):

2

3    ON BEHALF OF DEFENDANT-INTERVENOR LEAGUE OF UNITED

4    LATIN AMERICAN CITIZENS:

5            THOMAS RIVERA, ESQ.

6            ARNOLD & PORTER KAYE SCHOLER LLP

7            Three Embarcadero Center

8            10th Floor

9            San Francisco, CA 94111

10           (415) 471-3100

11

12   ALSO PRESENT:

13           LUCAS SHAKER, Document Technician

14

15

16

17

18

19

20

21

22

23

24

25
```

1                 W I T N E S S   I N D E X

2

3    Witness                                         Page

4

5    SCOTT WINN (sworn) ...........................7

6

7        Examination by CHRISTOPHER DODGE  .........7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1               E X H I B I T   I N D E X

2

3     No.              Description                    Page

4

5     Exhibit 1        Notice of Rule ..................8
6                      30(b)(6) Deposition to CAGOP

7     Exhibit 2        Instagram post re: .............17
8                      Prop 50

9     Exhibit 3        Video re: Corrin ...............19
10                     Rankin

11    Exhibit 4        Video re: Gavin ................21
12                     Newsom - Redraw the Map

13    Exhibit 5        Exhibit 11 - MMS ...............24
14                     messages

15    Exhibit 6        Email - We're ..................30
16                     going to be blunt

17    Exhibit 7        Email - ........................32
18                     Devastating: Gavin Newsom's new
                       Congressional map
19

20    Exhibit 8        Complaint for ..................39
21                     Declaratory and Injunctive Relief

22

23

24

25

1    P R O C E E D I N G S

2             COURT REPORTER:  Good afternoon.  Please

3       raise your right hand.

4             Do you swear to tell the truth, the whole

5       truth, and nothing but the truth?

6             THE WITNESS:  I do.

7             COURT REPORTER:  Okay.  We can start.

8             ATTORNEY DODGE:  Great.  Thank you.

9                       SCOTT WINN

10   Having been duly sworn testified as follows:

11   EXAMINATION BY ATTORNEY DODGE:

12       Q.   Good afternoon, Mr. Winn.  My name is

13   Chris Dodge.  I represent the DCCC in this matter.

14   We have a very short period of time here today.

15   Just about an hour or so.

16             I'm going to give sort of an abridged

17   version of deposition ground rules.  But if you have

18   any questions about them, please feel free to stop

19   me or to ask any questions you need.

20             First, we have a court reporter here

21   today, as you are aware.  She will be taking down

22   everything we say in order to create a clear and

23   accurate record.

24             It's therefore very important that you

25   speak slowly and clearly so that she can get an

1    accurate transcript.  It's also very important that

2    we not speak over one another.  I'll try to respect

3    you when you are answering my questions, and I hope

4    you will do the same with me.

5            And then finally, it's also important that

6    you give verbal answers to my questions.  So no

7    shaking your head or saying uh-huh or nuh-uh in

8    response to questions.

9            Does that all sound good?

10       A.   Yes.

11       Q.   Okay.  You also just took an oath now and

12   agreed to provide truthful and accurate testimony to

13   the best of your ability.

14           Is that right?

15       A.   Yes.

16       Q.   Is there any reason why you can't provide

17   truthful and accurate testimony today?

18       A.   No.

19       Q.   Great.

20           ATTORNEY DODGE:  Could we call up tab one,

21       please, and label it Winn 1?

22           TECHNICIAN:  Absolutely.  Please stand by.

23        (Exhibit 1 marked for identification)

24           TECHNICIAN:  Exhibit 1 is on the screen.

25           ATTORNEY DODGE:  Could you scroll down to

1       the second page?

2  BY ATTORNEY DODGE:

3       Q.   Mr. Winn, do you recognize this document?

4       A.   I do.

5       Q.   Can you tell me what it is?

6       A.   It's a Notice of Deposition.

7       Q.   And you understand that you are here

8  testifying, not just on your own behalf, but on

9  behalf of the California Republican Party?

10      A.   I do.

11      Q.   And did you review this document with your

12 attorneys?

13      A.   No.  I did not with my attorneys, but I

14 received it.

15      Q.   Did you meet with your attorneys in

16 advance of this deposition?

17      A.   I did.

18      Q.   And for about how long did you meet with

19 them?

20      A.   Approximately 40 minutes.

21      Q.   And with which specific attorneys did you

22 meet?

23      A.   Mr. Columbo and Mr. Thompson.

24      Q.   You are in a room right now, appearing

25 remotely.  Is there anyone else in the room with

1    you?

2         A.    There is not.

3         Q.    Beyond your computer and the camera, are

4    there any devices in front of you?

5         A.    My phone and another computer.

6         Q.    And is the phone off or, you know, sort of

7    screen locked?

8         A.    The phone is screen locked.  Yeah.

9         Q.    And you don't have any documents in front

10   of you?

11        A.    I do not.

12        Q.    Okay.  Great.

13             So let's get into what we are here to talk

14   about today.  When did the California Republican

15   Party first learn that California democrats were

16   planning to redraw California's congressional map?

17        A.    I can't -- I can't recall the exact date.

18        Q.    Can you give me an approximation?

19        A.    Late August.  Or -- well, I would say

20   early August; late July.

21        Q.    Okay.  And do you recall how the

22   California Republican Party learned about that

23   effort?

24        A.    I believe they -- Governor Newsom gave a

25   speech, approximately about that time, with his

1    intent to actually do that.

2          Q.    Okay.

3                And what was the reaction of the

4    California Republican Party when it first heard from

5    Governor Newsom that a mid-decade redraw was on the

6    table?

7          A.    That it was unconstitutional.

8          Q.    And the California Republican Party tried

9    to stop the passage of the legislation that became

10   Proposition 50 in the California legislature.

11   Right?

12         A.    Not the California Republican Party, per

13   se, but Republicans in the legislature.

14         Q.    Did the California Republican Party, as an

15   entity itself, undertake any efforts while

16   Proposition 50 was before the legislature, to try

17   and defeat it?

18         A.    Yes.  We did.

19         Q.    Can you describe those efforts?

20         A.    There were social media posts.

21         Q.    Anything else?

22         A.    I believe that's the extent of it.

23         Q.    So the social media posts were meant to

24   draw attention to Proposition 50 amongst voters?

25   Legislators?  All of the above?

1          A.   Yes.

2          Q.   And what was -- what sort of message was

3     being conveyed in those social media posts?

4          A.   Just that it was -- that the Republican --

5     that the Redistricting Commission -- it was

6     constitution -- that what Prop 50 was, was trying

7     to overturn what was a constitutionally passed

8     Redistricting Commission.

9          Q.   Okay.

10              But otherwise, the California Republican

11     Party didn't undertake any sort of coordinated

12     opposition to Proposition 50 at that point in time?

13          A.   No.

14          Q.   Okay.

15              So after the legislature ratified

16     Proposition 50, it was then submitted to voters as a

17     ballot measure.  Right?

18          A.   Yes.

19          Q.   And the California Republican Party did

20     take part in the public debate and campaign over

21     Proposition 50 as a ballot measure.  Right?

22          A.   Yes.

23          Q.   Can you describe, at a high level, what

24     sort of efforts the California Republican Party

25     undertook to defeat Proposition 50 when it was

```
 1    pending on the ballot?
 2          A.    We had voter contact, which would have
 3    been social media; paid social media; mail; text
 4    messaging; ground campaign; door-to-door operations.
 5    Not limited to that, but that's approximately what
 6    we did.
 7          Q.    Would that have also included paid
 8    advertisements targeting voters?
 9          A.    Yes.
10          Q.    And through those means of reaching out to
11    voters, the California Republican Party presumably
12    was being honest with voters as it understood the
13    issue?
14          A.    Yes.
15          Q.    Is that fair to say?
16          A.    Yes.
17          Q.    The California Republican Party wasn't
18    trying to mislead voters.   Right?
19          A.    No.
20          Q.    It wasn't trying to spread misinformation
21    of any kind?
22          A.    No.
23          Q.    It wasn't trying to distort its own views
24    about Proposition 50?
25          A.    No.
```

1          Q.   And if there was a good reason to vote

2     against Proposition 50, the Republican Party

3     presumably would have then shared it with voters.

4     Right?

5          A.   So there was many reasons why you would

6     vote against Prop 50, but what we actually conveyed

7     to voters was, you know, of a specific nature.

8          Q.   I'm sorry.  Specific what?

9          A.   Specific in nature.  In nature.  Yeah.

10         Q.   And what was that?

11         A.   The majority of the campaign was based on

12    the fact that -- well, the theme of the campaign was

13    that if Prop 50 did pass, it would -- we would lose

14    five congressional districts here in California.

15    Which means that we would lose the House.  Which

16    means we would lose the legislative momentum we made

17    in Washington, D.C..

18         Q.   And when you say "we would lose five

19    seats," you mean the Republican Party?

20         A.   Republicans.  Yes.

21         Q.   And when you say "lose the House," you

22    mean the National Republican Party would lose its

23    current majority in the U.S. House of

24    Representatives?

25         A.   Exactly.

1    Q.    Okay.  Why was it important to broadcast

2    that fact to voters?

3    A.    The voters that we were targeting, which

4    was Republicans only, that message was important to

5    them.  We had through, just discussions and

6    anecdotal things -- information that we had

7    received -- it was really important for them to hear

8    that.  And that is what we were focusing on.

9    Q.    It's fair to say, then, that the

10   California Republican Party understood that a

11   consequence of Proposition 50 would be the likely

12   loss of five congressional seats in California.

13   Right?

14   A.    Yes.

15   Q.    It wasn't making that fact up?

16   A.    No.

17   Q.    And it's also fair to say, then, that the

18   California Republican Party understood that that

19   loss of five seats was an intended goal of

20   Proposition 50 when the legislature passed it.

21   Fair?

22   A.    I'm sorry.  Can you restate that again?

23   Q.    That wasn't a very good question, was it?

24   Let me try that one again.

25         The California Republican Party understood

1    that it was the intent of Governor Newsom to cause

2    that shift in ballots in the number seats.  Right?

3            ATTORNEY COLUMBO:  Objection.

4    BY ATTORNEY DODGE:

5        Q.   You can answer.

6        A.   I don't exactly know what Governor Newsom

7    was thinking.

8        Q.   Let's start going through -- well

9    actually, let me ask another more general question.

10   The campaign over Proposition 50 lasted roughly two

11   and a half months?  Does that sound right?

12       A.   Approximately.

13       Q.   Over the course of -- you mentioned that

14   the California Republican Party had sort of a

15   specific message around Proposition 50. Did the

16   nature of that message change at all over that

17   two-and-a-half-month period?

18       A.   That message was consistent throughout

19   most of the campaign.  Yeah.  That was the

20   underlying message.  Maybe different ways of

21   actually tailoring that message, but that was the

22   underlying message throughout the campaign.  Yeah.

23       Q.   So there wasn't sort of a change in

24   emphasis or focus over those two-and-a-half months?

25       A.   No.  Not that I can recall.

1          Q.    So it was pretty consistently, you know,

2     "Hey, Republican voter, this law, if passed, would

3     cost us congressional seats?"

4          A.    Yes.

5          Q.    Fair?

6          A.    Yes.

7          Q.    Okay.

8               ATTORNEY DODGE:  Could we pull up tab 2

9          and label it Winn 2, please?

10              TECHNICIAN:  Please stand by.

11              (Exhibit 2 marked for identification)

12              TECHNICIAN:  Exhibit 2 is on the screen.

13              ATTORNEY DODGE:  I want to make sure

14         that's -- could you just zoom in a little bit

15         so that Mr. Winn can see it?

16              THE WITNESS:  Yeah.  Thank you.

17    BY ATTORNEY DODGE:

18         Q.    I'll represent to you that this is a

19    Instagram post from the California Republican Party

20    on September 30th.  Does that look about right to

21    you?

22         A.    Yes.

23         Q.    Are you familiar with this post at all?

24         A.    No.

25         Q.    But you are aware, generally, of the kinds

1   of social media posts the Republican Party was

2   making at this time?

3       A.    Yes.

4       Q.    And could you read the first line of the

5   post under "CA_GOP," aloud, please?

6       A.    "Original audio?"

7       Q.    I guess it does it twice.  No.  Subsequent

8   to that.  To the part starting with "Prop 50."

9       A.    Okay.

10            "Prop 50 is a radical redistricting power

11  grab that silences millions of voters.

12            It hands power back to consultants and

13  political insiders, taking California off the

14  Roadmap to Recovery and putting us on the Roadmap to

15  Recovery.

16            Vote NO on Prop 50!"

17      Q.    So there is mention of a power grab there.

18      A.    Uh-huh.

19      Q.    Who is grabbing the power, according to

20  the Republican Party, in this post?

21      A.    It would have been democrats in

22  Sacramento, including the governor and the

23  legislature.

24      Q.    And they were grabbing power to what end?

25      A.    To essentially -- you know, to

1    essentially -- okay.  Independent Redistricting

2    Commission obviously was the one that re-do

3    districts.  They would be grabbing power from the

4    Independent Redistricting Commission.  And the

5    people.

6         Q.   What did the California Republican Party

7    think that Governor Newsom and Sacramento democrats

8    were trying to get out of this power grab?

9         A.   To eliminate five congressional districts.

10        Q.   There is a video associated -- sorry.

11   Strike that.

12             Just so it's clear on the record, I think

13   we both understand it.  When you say eliminate five

14   congressional districts, you mean eliminate five

15   Republican held --

16        A.   Yes.

17        Q.   -- congressional districts?  All right.

18   Thank you.

19             ATTORNEY DODGE:  There is a video

20        associated with this post.  Could we go ahead

21        and play it?  It's tab 2A.  And we can label it

22        Winn 3.

23             TECHNICIAN:  Absolutely.  Please stand by.

24        (Exhibit 3 marked for identification)

25             ATTORNEY DODGE:  We just need to play the

```
1        first 10 seconds.  You can pause after that.
2              TECHNICIAN:  Sorry.  And you said just the
3        first 10 seconds, counsel?
4              ATTORNEY DODGE:  Yeah.  That would be
5        great.
6              [Video played]
7              ATTORNEY DODGE:  That's great.  Thank you.
8   BY ATTORNEY DODGE:
9        Q.    Can you tell me who Corrin Rankin is?
10       A.    She is the Chair of the California
11  Republican Party.
12       Q.    And that's who is speaking in the video?
13       A.    Yes.
14       Q.    Okay.  And she says, Prop 50 eliminates
15  five congressional seats?
16       A.    Uh-huh.
17       Q.    Right?  And again, she is referring to
18  Republican congressional seats?
19       A.    Yes.
20       Q.    And that's what the California Republican
21  Party understood to be the impact of Proposition 50.
22  Right?
23       A.    Yes.
24       Q.    She also starts the video by saying "They
25  are not hiding it."
```

1      A.    Uh-huh.

2      Q.    What is your understanding of who she is

3  referring to when she says "they" or "their?"

4      A.    The governor and the legislature.

5      Q.    And what is it they are not hiding?

6      A.    That they are trying to redistrict to

7  eliminate five Republican congressional seats.

8      Q.    All right.

9            ATTORNEY DODGE:  Could we pull up tab

10       three and label it Winn 4, please?

11            TECHNICIAN:  Stand by.

12          (Exhibit 4 marked for identification)

13            ATTORNEY DODGE:  And this is a video.  And

14       we'll watch the whole thing.

15            TECHNICIAN:  Playing now.

16            [Video played.]

17  BY ATTORNEY DODGE:

18      Q.    This advertisement was sponsored by the

19  California Republican Party.  Right?

20      A.    I'm sorry, Chris.  I couldn't hear what

21  you said.  Can you --

22      Q.    No worries.  I said this advertisement was

23  sponsored by the -- can you all hear me?  Let's go

24  off the record briefly.

25      A.    Okay.  That's -- I can hear you now.

1      Q.    Strike that.  No need to go off the

2   record.  Great.  Okay.  I'll ask it again.

3            Were you able to hear the advertisement?

4      A.    Yes.

5      Q.    That advertisement was sponsored by the

6   California Republican Party.  Right?

7      A.    Yes.

8      Q.    And that advertisement was consistent with

9   how the California Republican Party was trying to

10  persuade voters -- or at least Republican voters, to

11  vote against Prop 50.  Right?

12     A.    Yes.

13     Q.    The first line of the video says something

14  to the effect of, California has a plan.  Redraw the

15  map.  Rig the rules.  Paint California -- you know,

16  I don't actually think it did say California.

17  Strike that.

18            The beginning of the video says that there

19  is a map to redraw the map; rig the rules; paint

20  California blue.  Did I more or less get that right?

21     A.    Yes.

22     Q.    And blue there is in reference to the

23  Democratic Party.  Right?

24     A.    Yes.

25     Q.    And what did the California Republican

1    Party mean to convey by saying that Governor Newsom
2    was trying to paint California blue?
3         A.    That he was trying to eliminate five
4    congressional districts of the nine.
5         Q.    And when you say "of the nine," you are
6    referring to the nine congressional seats presently
7    held by the Republican Party in California.  Right?
8         A.    Yes.
9         Q.    And the ad was meant to highlight that if
10   enacted, Proposition 50 would likely lead to the
11   loss of five of those seats?
12        A.    Yes.
13        Q.    And the ad subsequently says:
14            "Prop 50 gives Gavin Newsom the power to
15   rig the elections in California, giving democrats
16   more seats in Congress."
17            Did I get that about right?
18        A.    Yes.
19        Q.    And that was consistent with what the
20   California Republican Party understood
21   Proposition 50 to be -- Proposition 50 to be driving
22   towards?
23        A.    Yes.
24        Q.    Did the California Republican Party
25   sponsor any television or radio advertisements that

1    called Proposition 50 a racial gerrymander?

2        A.    We did not.

3            ATTORNEY DODGE:  Can we call up tab 11 and

4        label it Winn 5, I think?  Correct me if I'm

5        wrong on that.

6            TECHNICIAN:  That's correct, counsel.  And

7        yes.  Stand by.

8        (Exhibit 5 marked for identification)

9            TECHNICIAN:  Exhibit 5 is on the screen.

10   BY ATTORNEY DODGE:

11       Q.    Mr. Winn, I will represent to you that

12   this is a compilation of documents produced by the

13   California Republican Party in this litigation, in

14   response to a discovery request.  If we could scroll

15   down to the first page, or the next page?

16            Are you familiar with this image?

17       A.    Yes.

18       Q.    Can you tell me, sort of generally what it

19   is?

20       A.    It was a MMS text message, essentially

21   sent to Republican voters, asking them to vote no on

22   Prop 50.

23       Q.    And it says "Stop Newsom's Power Grab."

24   Right?

25       A.    Uh-huh.

1      Q.    And the power grab also is referring to

2   the elimination of five Republican held seats and

3   the increase of five seats for democrats.  Fair?

4      A.    Yes.

5      Q.    Okay.  So this is referring to the -- a

6   political power grab.  Fair?

7      A.    Yes.

8      Q.    And there is some text underneath the

9   image.  That would have been sent to recipients in

10  the text?

11     A.    I'm sorry.  Say that again?

12     Q.    Yeah.  This text below the image would

13  have appeared in the text message to Republican

14  voters.  Right?

15     A.    Yes.

16     Q.    And it says:

17          "Gavin Newsom's Prop 50 political power

18  grab is a scheme to gerrymander more congressional

19  seats for democrats so they can take control of

20  Congress, impeach President Trump, and derail the

21  America First agenda."

22          Did I get that right?

23     A.    Yes.

24     Q.    Okay.

25          And the California Republican Party

 1    believed that to be true when it sent this text

 2    message to its supporters.  Right?

 3         A.    Yes.

 4         Q.    Can we go to the next page?  Are you

 5    familiar with this image at all?

 6         A.    Yes.

 7         Q.    And this is sort of in keeping with the

 8    vein of Governor Newsom painting California blue.

 9    Is that right?

10         A.    Yes.

11         Q.    And in the text below, it says that:

12               "Prop 50 is a pure political power grab

13    that puts Gavin Newsom first and Californians last."

14               Did I get that right?

15         A.    Yes.

16         Q.    And the California Republican Party

17    believed that to be a true statement when it sent

18    it?

19         A.    Yes.

20         Q.    So there is no disagreement here that

21    Proposition 50 is a pure political power grab for

22    Gavin Newsom?

23         A.    Yes.

24               ATTORNEY DODGE:  Sir, could you -- could

25         the tech actually please give Mr. Winn control

1        of the document for a moment?

2             TECHNICIAN:  Absolutely.

3             Mr. Winn, if you click on the document,

4        you will have access and be able to scroll.

5             THE WITNESS:  Okay.

6    BY ATTORNEY DODGE:

7        Q.    Mr. Winn, I'm just asking you to, you

8    know, take a few moments to maybe scroll through

9    some of these images.  And while doing that, my

10   question is, do any of these text messages from the

11   California Republican Party to its supporters

12   mention race or ethnicity?

13            [Witness reviewed document.]

14       Q.    If you can probably go to the next one and

15   stop?

16            ATTORNEY COLUMBO:  Just for the sake of

17       the record, could we just note where he

18       stopped?  Is that Plaintiff 007?  The eighth

19       page of the exhibit?

20            ATTORNEY DODGE:  That's fair.  I'll

21       represent that Plaintiff's one through seven

22       reflects each MMS text produced in this

23       litigation.

24   BY ATTORNEY DODGE:

25       Q.    And just because you took a moment to

1    review those images, Sir, I'll ask my question

2    again.  Which is, based on your review and based on

3    your familiarity with the California Republican

4    Party's campaign against Proposition 50, are you

5    aware, here or in general, of any text messages that

6    the Republican Party sent to its supporters about

7    Proposition 50, that mentioned race or ethnicity?

8         A.   I'm sorry.  It seems like a different

9    question from what you asked before.

10        Q.   Yeah.  That's fair.  Let's unpack it a

11   bit.  So based on the images you just reviewed, do

12   any of them mention race or ethnicity?

13        A.   No.

14        Q.   More generally, with respect to all of the

15   California Republican Party's communications with

16   its supporters during Proposition 50 -- meaning

17   specifically blast messages and the like -- did any

18   of those mention race or ethnicity?

19        A.   Not that --

20             ATTORNEY COLUMBO:  Objection.

21             THE WITNESS:  Not that I recall.  I'm

22        sorry.

23   BY ATTORNEY DODGE:

24        Q.   In looking at this image here -- if we

25   could actually just scroll up a little bit?  That's

1   good.

2         So it says in the text underneath this

3   image:

4         "This is a red alert.  Election day is

5   today, Tuesday, November 4th."

6         Do you see that?

7    A.   Yes.

8    Q.   So fair to say, this text was sent on

9   election day as sort of a final reminder to voters?

10    A.   Yes.

11    Q.   And this text also says, quote:

12         "This is a pure power grab to help

13   democrats take control of Congress, impeach Trump,

14   and derail his agenda."

15         Do you see that?

16    A.   Yes.

17    Q.   And so, I think this is consistent with

18   what you were saying earlier, Sir.  Which is that

19   the California Republican Party's message throughout

20   the campaign was pretty consistent, up to and

21   through election day.  Right?

22    A.   Yes.

23    Q.   And that message was Proposition 50 is a

24   pure power grab to help democrats take control of

25   Congress?

1          A.     Yes.

2                 ATTORNEY DODGE:  Could you pull up tab

3          four and label it Winn 6?

4                 TECHNICIAN:  Absolutely.  Please stand by.

5                 (Exhibit 6 marked for identification)

6                 TECHNICIAN:  Exhibit 6 is on the screen.

7     BY ATTORNEY DODGE:

8          Q.     I will represent to you that this is a

9     email that was produced by the California Republican

10    Party in this litigation.  Any reason to doubt that,

11    Sir?

12         A.     No.

13         Q.     And do you recognize this specific email?

14    Or sort of recognize what kind of email it is?

15         A.     Not specific.  But kind, yes.

16         Q.     And this was one of presumably many emails

17    sent out to supporters to encourage them to vote

18    against Proposition 50.  Right?

19         A.     I might have to read it real quick.

20                [Witness reviewed document.]

21         A.     Yes.

22         Q.     And in the bolded paragraph, it says:

23                "If democrats succeed in passing their new

24    congressional map, it would guarantee the end of our

25    GOP House majority."

1              Did I get that right?

2        A.    Yes.

3        Q.    And so, that was also an important message

4   for the California Republican Party to convey to

5   voters about Proposition 50.  Yes?

6        A.    Yes.

7        Q.    And further down, it also says:

8              "We cannot risk giving democrats even an

9   inch in this battle."

10             Do you see that?

11       A.    Yes.

12       Q.    Based on your experience with the

13  California Republican Party, is it your

14  understanding that the voting patterns on

15  Proposition 50 typically broke down on partisan

16  lines?

17       A.    Give me --

18       Q.    Is it fair to say --

19       A.    -- that question again.

20       Q.    Is it fair to say that most Republicans in

21  California oppose Proposition 50?

22       A.    Yeah.  I don't have specific -- specific

23  information on that.  That was my assumption.  Yes.

24       Q.    And would it also then be your

25  understanding that democrats in California usually

1    tended to support Proposition 50?

2         A.    It's my -- that would be my assumption.

3         Q.    And so, was it the California Republican

4    Party's view that the campaign and public debate

5    over Proposition 50 was, itself, sort of a partisan

6    dispute?

7              ATTORNEY COLUMBO:  Objection.

8    BY ATTORNEY DODGE:

9         Q.    You can answer, Sir.

10        A.    Yes.

11             ATTORNEY DODGE:  Can we pull up tab five

12        and call it Winn 7, please?

13             TECHNICIAN:  Absolutely.  Please stand by.

14             (Exhibit 7 marked for identification)

15             TECHNICIAN:  Exhibit 7 is on the screen.

16   BY ATTORNEY DODGE:

17        Q.    Does this document generally look familiar

18   to you, Sir?

19        A.    Yes.

20        Q.    And the bolded paragraph, the first one

21   says:

22             "If democrats succeed in passing this new

23   map, we can say goodbye to a GOP House majority and

24   hello to the end of President Trump's presidency."

25             Did I get that right?

```
 1        A.    Yes.
 2        Q.    And what did the California Republican
 3   Party mean when it said "the end of
 4   President Trump's presidency?"
 5        A.    That if Prop 50 passed, it would eliminate
 6   five Republican districts.  Which would eliminate
 7   the House majority.  Which would then affect
 8   President Trump's majority in both the House and the
 9   Senate, to pass legislation.
10        Q.    And the Republican Party presently has a
11   very narrow majority in the House of
12   Representatives.  Fair to say?
13        A.    Yes.
14        Q.    So there was concern that if
15   Proposition 50 passed, it would harm the president's
16   ability to pursue his agenda, and the agenda of the
17   Republican Party?
18        A.    Yes.  In the -- yes.
19        Q.    So, we mentioned -- we talked about the
20   California Republican Party's efforts over, you
21   know, the two-and-a-half months of the campaign
22   season.  We also spoke about the California
23   Republican Party's efforts when the legislation was
24   in front of the Assembly.
25              I want to go back to that part about the
```

1    Assembly briefly, just so you have that in mind.

2         A.    Okay.

3         Q.    It was your testimony that the California

4    Republican Party's efforts at that time typically

5    involved, you know, social media posts and the like,

6    broadcasting information about Proposition 50 to

7    voters.

8              Is that all fair to say?

9         A.    Yes.

10        Q.    Were the social media posts made by the

11   California Republican Party, at that time, generally

12   in keeping with the kinds of advertisements we have

13   looked at here today?

14             ATTORNEY COLUMBO:  Objection.

15             If you have a question about a post, you

16        should show it to him.

17             ATTORNEY DODGE:  Well, let me restate the

18        question, because I don't actually like it that

19        much.

20   BY ATTORNEY DODGE:

21        Q.    Were the social media posts that the

22   California Republican Party made in that period,

23   when Proposition 50 was before the legislature,

24   generally in the same vein as the kinds of social

25   media posts it made during the campaign over

1    Proposition 50?

2              ATTORNEY COLUMBO:  Objection.  Same.

3    BY ATTORNEY DODGE:

4        Q.   You can answer, Sir.

5        A.   I believe the social media posts at the

6    time were specific to the legislative process, and

7    specific to protecting the Redistricting Commission.

8        Q.   Did the California Republican Party make

9    social media posts and advertisements about the

10   independent redistricting commission and sort of the

11   process by which the bill was enacted, during the

12   campaign as well?

13       A.   I don't recall.

14       Q.   The focus shifted more to the partisan

15   consequences of Proposition 50.  Is that fair to

16   say?

17       A.   Yes.

18       Q.   And it's also fair to say that neither

19   when the bills were before the legislature, or

20   during the campaign season, did the California

21   Republican Party make race or ethnicity a key theme

22   when talking about Proposition 50.  Fair?

23       A.   Yes.

24       Q.   And just so I'm clear on it, it was your

25   testimony earlier that the California Republican

1    Party, as an entity, did not discuss the

2    Proposition 50 legislation with Republican lawmakers

3    while it was pending in the legislature?

4          ATTORNEY COLUMBO:  Objection as to which

5       lawmakers you are referring to.

6          ATTORNEY DODGE:  State --

7          ATTORNEY COLUMBO:  You mean Congress?

8          ATTORNEY DODGE:  State lawmakers in

9       Sacramento.

10          ATTORNEY COLUMBO:  Got you.

11          THE WITNESS:  Can you ask the question

12       again?

13          ATTORNEY DODGE:  Sure.

14    BY ATTORNEY DODGE:

15       Q.   I just want to understand, is it your

16    testimony that the California Republican Party, as

17    an entity, did not speak with state Republican

18    lawmakers about Proposition 50, while its

19    constituent bills were pending in the state

20    legislature?

21       A.   I don't recall saying that.

22       Q.   Sorry.  Maybe you can help me out, then.

23    Did the California Republican Party, as an entity,

24    speak with Republican state lawmakers about

25    Proposition 50 while it was being debated and

1  considered by the legislature?

2      A.   I believe we had conversations with them.

3  I don't recall specifics.  So...

4      Q.   Those conversations -- can you give me a

5  sense of what those conversations were generally

6  about?

7      A.   I don't -- I can't.

8      Q.   Were they about defeating Proposition 50

9  in the legislature?

10      A.   Yes.

11          ATTORNEY COLUMBO:  Objection.  Chris, are

12      you -- are you guys now -- like can you still

13      hear me?

14          ATTORNEY DODGE:  I can.

15          ATTORNEY COLUMBO:  Okay.  Are you guys now

16      taking the position that conversations with

17      legislators are not privileged?

18          ATTORNEY DODGE:  No.  That's not what I

19      was doing.  I was asking about the general

20      categories of conversations without asking as

21      to the substance.  And that's the only question

22      I've asked, and that's the only one I intend to

23      ask.

24          Could we go ahead and --

25          ATTORNEY RIVERA:  This is Thomas Rivera.

1     Just for the record as well, to my knowledge,

2     the party who is asserting kind of privilege is

3     a non-party to this case.  Paul Mitchell.  Not

4     the defense parties.

5          ATTORNEY DODGE:  That is a worthy thing to

6     point out.

7          Could we pull up -- well, actually, I

8     don't think I included it.  I was going to ask

9     to pull up the complaint.

10         Why don't we take a five-minute break so I

11    can look at my notes and confer with my

12    colleagues?  I might have a handful of more

13    questions, but not many.

14         And I do think that Mr. Kirn and

15    Mr. Rivera might just have a small handful of

16    questions, but I think we can wrap up fairly

17    efficiently.

18         Can we go with a five-minute break?

19         ATTORNEY RIVERA:  Absolutely.

20         ATTORNEY THOMPSON:  Thank you.

21         ATTORNEY DODGE:  Okay.  If we could go off

22    the record?

23         COURT REPORTER:  Okay.  We are off the

24    record.

25         (Short break.)

```
 1                COURT REPORTER:  Okay.  We are back on the
 2         record.
 3                ATTORNEY DODGE:  Great.
 4                Could we please pull up the complaint and
 5         label it Winn 7?  Eight?
 6                TECHNICIAN:  Eight is up next, counsel.
 7         And please stand by.
 8            (Exhibit 8 marked for identification)
 9                TECHNICIAN:  Exhibit 8 is on the screen.
10                ATTORNEY DODGE:  Can you maybe zoom in at
11         the middle, so that Mr. Winn can see it a
12         little better?
13  BY ATTORNEY DODGE:
14         Q.   Do you recognize this document, Mr. Winn?
15         A.   I do.
16         Q.   Can you tell me what it is?
17         A.   It's the complaint that we filed.
18         Q.   And had you reviewed this document before
19  preparing for your deposition today?
20         A.   I'm sorry, Chris.  You broke up for a
21  little bit.
22         Q.   When was the first time you reviewed this
23  document?
24         A.   I believe it was early November.
25         Q.   So around the time the lawsuit was filed?
```

1       A.    Yes.

2       Q.    And do you believe the allegations made in

3  this complaint to be true?

4       A.    Yes.

5       Q.    And you, or someone else on behalf of the

6  California Republican Party, authorized this lawsuit

7  to be filed in the California Republican Party's

8  name?

9       A.    I did.

10       Q.    Okay.

11            ATTORNEY DODGE:  Can we go to the next

12       page?  Can we zoom in on paragraph one?

13  BY ATTORNEY DODGE:

14       Q.    So this paragraph in the complaint says:

15            "This lawsuit challenges the

16  constitutionality of California's congressional

17  district maps that will be implemented following the

18  passage of Proposition 50.

19            Specifically, the California legislature

20  violated the Fourteenth and Fifteenth Amendments to

21  the Constitution when it drew new congressional

22  district lines, based on race.  Specifically to

23  favor Hispanic voters without cause or evidence to

24  justify it."

25            Did I read that correctly?

1      A.    Yes.

2      Q.    Okay.

3            Prior to the filing of this lawsuit, had

4      the California Republican Party ever stated publicly

5      that Proposition 50 was meant to favor Hispanic

6      voters?

7      A.    I believe so.

8      Q.    And when was that?

9      A.    I believe in some social media posts.  And

10     I believe the chairwoman had, in an interview.

11     Q.    Do you know if those social media posts --

12     let me ask it a different way.

13           Were you asked to collect those social

14     media posts as part of this litigation?

15     A.    Yeah.  Yes, we were.  And I believe that

16     our coms director did provide that information.

17     Q.    And do you know if they were ultimately

18     produced in this litigation?

19     A.    I don't know.

20     Q.    And based on your recollection, can you

21     tell me, at a general level, what those social media

22     post said?

23     A.    I believe it was how they would affect

24     certain populations of African American communities.

25     Asian communities.  I believe that was the case.

1              ATTORNEY COLUMBO:  Hey, Chris, could we go
2      off the record for one sec?
3              ATTORNEY DODGE:  Sure.
4          (Off the record.)
5              COURT REPORTER:  Okay.  We are back on.
6  BY ATTORNEY DODGE:
7      Q.   So it's your testimony that there were
8  Republican Party social media posts that expressly
9  made reference to certain race and ethnic groups --
10      A.   I believe so.
11      Q.   -- during the campaign?
12      A.   I believe so.
13      Q.   Okay.
14          And to the best of your knowledge, the
15  California Republican Party collected those posts
16  and produced them in this litigation?
17      A.   I believe so.
18      Q.   Going back to my original question, it was
19  a bit more specific than what you mentioned.  My
20  question specifically was, prior to the filing of
21  this lawsuit, did the California Republican Party
22  ever publicly state that Proposition 50 was meant to
23  favor Hispanic voters?
24      A.   I don't recall, for sure.  You asked
25  specifically about race, and that's all I can say.

1      Q.   So, sitting here today, you do not recall
2  the California Republican Party ever publicly
3  stating, prior to this lawsuit, that Proposition 50
4  would specifically favor Hispanic voters?
5      A.   I do not recall.
6      Q.   Prior to this lawsuit, did the California
7  Republican Party ever publicly state that
8  Proposition 50 violated the Fourteenth and Fifteenth
9  Amendments to the U.S. Constitution?
10     A.   I do not recall.
11     Q.   So to put it another way, sitting here
12 today, you do not recall the California Republican
13 Party ever publicly stating that Proposition 50
14 violated the Fourteenth and Fifteenth Amendments,
15 prior to the filing of this lawsuit.  Fair?
16     A.   That is correct.
17     Q.   Do you -- does the California Republican
18 Party believe that a ballot measure being
19 unconstitutional would be a good reason to vote
20 against it?
21     A.   I'm sorry.  Can you --
22          ATTORNEY COLUMBO:  Objection.
23          ATTORNEY DODGE:  It's been a long week.
24     My questions are -- let me restate the
25     question, Sir.

1    BY ATTORNEY DODGE:

2        Q.    Would a ballot measure being

3    unconstitutional be a good reason to vote against

4    it?

5        A.    Sure.

6        Q.    Would the California Republican Party

7    ordinarily want to point out to voters that a

8    proposed law was unconstitutional, in encouraging

9    them to vote against it?

10        A.    Yes.

11        Q.    Is there a reason the California

12    Republican Party did not tell voters, during the

13    campaign, that Proposition 50 would specifically

14    favor Hispanic voters?

15        A.    We focused on what we felt would motivate

16    Republican voters, which were our targeted group we

17    were -- our role as the California Republican Party

18    was to turn out Republican voters.  And we chose

19    what we felt would motivate those voters to actually

20    turn out.

21              And, yes.  We talked about the

22    unconstitutionality with regard to the Redistricting

23    Commission, and other things.  But that is what we

24    focused on.

25              So we focused on things that would turn

1    out Republican voters.  This --

2         Q.   So to --

3         A.   Yeah.

4         Q.   I didn't mean to cut you off.

5         A.   No.  That's okay.

6         Q.   So do you not think that Proposition 50 --

7    strike that.

8              It's your view that Proposition 50 being a

9    racial gerrymander would not have motivated

10   Republican voters to turn out against it?

11        A.   No.  It may have motivated some voters,

12   but it -- the other arguments we made; the theme

13   that we had adopted was what we felt would motivate

14   Republican voters.  That was what we focused on.

15        Q.   So you focused on what would resonate most

16   with voters?

17        A.   Yes.  Our targeted voters.  Yes.  Which

18   was Republicans.

19        Q.   My last question for you, are there any

20   questions I should have asked you today?

21        A.   Not that I can think of.

22        Q.   Great.

23             ATTORNEY DODGE:  Thank you very much for

24        your time.  I appreciate it.

25             I will pass the witness to either Mr. Kirn

1  or Mr. Rivera, if they still have questions.

2      ATTORNEY KIRN:  State doesn't have any

3  questions for you, Mr. Winn, at this time.  We

4  appreciate you being here.

5      THE WITNESS:  Okay.

6      ATTORNEY RIVERA:  Likewise, LULAC has no

7  questions at this time either, Mr. Winn.  Thank

8  you for your time.

9      ATTORNEY DODGE:  Great.  Then I think we

10  can -- sorry.  I didn't mean to cut someone

11  off.

12      ATTORNEY COLUMBO:  No.  I just said

13  thanks.  We are all set as well.

14      ATTORNEY DODGE:  Great.  We can go off the

15  record, then.

16      COURT REPORTER:  Okay.  Thank you.  We are

17  off the record.

18      Can I get the orders for the transcript,

19  please?

20      ATTORNEY DODGE:  DCCC will take one.

21      ATTORNEY RIVERA:  No order --

22      ATTORNEY COLUMBO:  Likewise for

23  plaintiffs.

24      COURT REPORTER:  I'm not sure who said

25  that.

1        ATTORNEY COLUMBO:  It's Columbo, on behalf

2    of the plaintiffs.  Yes.  I'll take one.

3        COURT REPORTER:  Thank you.

4        ATTORNEY KIRN:  State defendants as well.

5    And then, just what I mentioned with the

6    invoice at the beginning of the call.  We

7    appreciate it.  As soon as we can get that.

8        COURT REPORTER:  Okay.

9        ATTORNEY RIVERA:  And no transcript order

10   for defendant, LULAC, Ms. Mitchell.  We are

11   good for now.  Thank you.

12       COURT REPORTER:  Okay.  Thank you.

13       (Whereupon, the deposition adjourned at

14   5:31 p.m. Pacific Time)

15

16

17

18

19

20

21

22

23

24

25

1                    REPORTER'S   CERTIFICATE

2

3       I, GISELLE MITCHELL-MARGERUM, the undersigned, a
Registered Professional Reporter, Certified Reporting
4  Instructor, Licensed Court Reporter, and Certified Court
Reporter, do hereby certify:

5
That the witness, SCOTT WINN, before examination was
6  remotely duly sworn to testify to the truth, the whole
truth, and nothing but the truth.

7
That the foregoing deposition was taken remotely
8  stenographically by me on Friday, December 12, 2025, and
thereafter was transcribed by me, and that the deposition
9  is a full, true, and complete transcript of the
testimony, including questions and answers, and
10  objections, motions and exceptions made by counsel.

11      That reading and signing was not requested; and that
I am neither attorney nor counsel for, nor related to or
12  employed by, any of the parties to the action in which
this deposition was taken; and that I have no interest,
13  financial or otherwise, in this case.

14

15      IN WITNESS WHEREOF, I have hereunto set my hand
this 14th day of December, 2025.

16

17

18      _Signature_

19

20

21

22  GISELLE MITCHELL-MARGERUM, RPR, CRI, CCR, LCR, ACCR, CSR

23  CALIFORNIA CSR 14424

24

25

1

2                    CERTIFICATE OF DEPONENT

3

4        I, SCOTT WINN, hereby certify that I have read the
    foregoing pages, numbered 1 through 47, of my deposition
5    of testimony taken in these proceedings on Friday,
    December 12, 2025 and, with the exception of the changes
6    listed on the next page and/or corrections, if any, find
    them to be a true and accurate transcription thereof.

7

8

9

10

11    Signed:    ........................

12    Name:     SCOTT WINN

13    Date:     ........................

14

15

16

17

18

19

20

21

22

23

24

25

## A

ability
8:13, 33:16
able
22:3, 27:4
about
7:15, 7:18,
9:18, 10:14,
10:22, 10:25,
13:24, 17:20,
23:17, 28:6,
31:5, 33:19,
33:22, 33:25,
34:6, 34:15,
35:9, 35:22,
36:18, 36:24,
37:6, 37:8,
37:19, 42:25,
44:21
above
11:25
abridged
7:16
absolutely
8:22, 19:23,
27:2, 30:4,
32:13, 38:19
access
27:4
according
18:19
accr
1:27, 2:16,
48:32
accurate
7:23, 8:1,
8:12, 8:17, 49:9
action
48:20
actually
11:1, 14:6,
16:9, 16:21,
22:16, 26:25,
28:25, 34:18,
38:7, 44:19
ad
23:9, 23:13

adjourned
47:13
adopted
45:13
advance
9:16
advertisement
21:18, 21:22,
22:3, 22:5, 22:8
advertisements
13:8, 23:25,
34:12, 35:9
affect
33:7, 41:23
african
41:24
after
12:15, 20:1
afternoon
7:2, 7:12
again
15:22, 15:24,
20:17, 22:2,
25:11, 28:2,
31:19, 36:12
against
14:2, 14:6,
22:11, 28:4,
30:18, 43:20,
44:3, 44:9,
45:10
agenda
25:21, 29:14,
33:16
agreed
8:12
agreement
2:9
ahead
19:20, 37:24
al
1:5, 1:13, 1:17
alabama
2:15
alert
29:4
all
8:9, 11:25,

16:16, 17:23,
19:17, 21:8,
21:23, 26:5,
28:14, 34:8,
42:25, 46:13
allegations
40:2
aloud
18:5
also
4:12, 8:1, 8:5,
8:11, 13:7,
15:17, 20:24,
25:1, 29:11,
31:3, 31:7,
31:24, 33:22,
35:18
amendments
40:20, 43:9,
43:14
america
1:8, 25:21
american
4:4, 41:24
amongst
11:24
anecdotal
15:6
another
8:2, 10:5,
16:9, 43:11
answer
16:5, 32:9,
35:4
answering
8:3
answers
8:6, 48:16
any
7:18, 7:19,
8:16, 10:4,
10:9, 11:15,
12:11, 13:21,
23:25, 27:10,
28:5, 28:12,
28:17, 30:10,
45:19, 46:2,
48:20, 49:8

anyone
9:25
anything
11:21
appearances
4:1
appeared
25:13
appearing
9:24
appreciate
45:24, 46:4,
47:7
approximately
9:20, 10:25,
13:5, 16:12
approximation
10:18
arguments
45:12
arnold
4:6
around
16:15, 39:25
asian
41:25
asked
28:9, 37:22,
41:13, 42:24,
45:20
asking
24:21, 27:7,
37:19, 37:20
assembly
33:24, 34:1
asserting
38:2
associated
19:10, 19:20
assumption
31:23, 32:2
attention
11:24
attorney
7:8, 7:11,
8:20, 8:25, 9:2,
16:3, 16:4,
17:8, 17:13,

17:17, 19:19,
19:25, 20:4,
20:7, 20:8,
21:9, 21:13,
21:17, 24:3,
24:10, 26:24,
27:6, 27:16,
27:20, 27:24,
28:20, 28:23,
30:2, 30:7,
32:7, 32:8,
32:11, 32:16,
34:14, 34:17,
34:20, 35:2,
35:3, 36:4,
36:6, 36:7,
36:8, 36:10,
36:13, 36:14,
37:11, 37:14,
37:15, 37:18,
37:25, 38:5,
38:19, 38:20,
38:21, 39:3,
39:10, 39:13,
40:11, 40:13,
42:1, 42:3,
42:6, 43:22,
43:23, 44:1,
45:23, 46:2,
46:6, 46:9,
46:12, 46:14,
46:20, 46:21,
46:22, 47:1,
47:4, 47:9,
48:19
**attorneys**
3:13, 9:12,
9:13, 9:15, 9:21
**audio**
18:6
**august**
10:19, 10:20
**authorized**
40:6
**ave**
3:23
**aware**
7:21, 17:25,

28:5

**B**

b) (6
6:6
**back**
18:12, 33:25,
39:1, 42:5,
42:18
**ballot**
12:17, 12:21,
13:1, 43:18,
44:2
**ballots**
16:2
**based**
14:11, 28:2,
28:11, 31:12,
40:22, 41:20
**battle**
31:9
**became**
11:9
**because**
27:25, 34:18
**been**
7:10, 13:3,
18:21, 25:9,
43:23
**before**
2:9, 11:16,
28:9, 34:23,
35:19, 39:18,
48:8
**beginning**
22:18, 47:6
**behalf**
3:2, 3:10,
3:19, 4:3, 9:8,
9:9, 40:5, 47:1
**being**
12:3, 13:12,
36:25, 43:18,
44:2, 45:8, 46:4
**believe**
10:24, 11:22,
35:5, 37:2,
39:24, 40:2,

41:7, 41:9,
41:10, 41:15,
41:23, 41:25,
42:10, 42:12,
42:17, 43:18
**believed**
26:1, 26:17
**below**
25:12, 26:11
**best**
8:13, 42:14
**better**
39:12
**beyond**
10:3
**bill**
35:11
**bills**
35:19, 36:19
**bit**
17:14, 28:11,
28:25, 39:21,
42:19
**blast**
28:17
**blue**
22:20, 22:22,
23:2, 26:8
**blunt**
6:21
**bolded**
30:22, 32:20
**both**
19:13, 33:8
**break**
38:10, 38:18,
38:25
**briefly**
21:24, 34:1
**broadcast**
15:1
**broadcasting**
34:6
**broke**
31:15, 39:20

**C**

**ca**
2:15, 3:7,

3:16, 4:9
**ca_gop**
18:5
**cagop**
6:6
**california**
1:2, 1:13,
1:28, 3:10,
3:14, 9:9,
10:14, 10:15,
10:22, 11:4,
11:8, 11:10,
11:12, 11:14,
12:10, 12:19,
12:24, 13:11,
13:17, 14:14,
15:10, 15:12,
15:18, 15:25,
16:14, 17:19,
18:13, 19:6,
20:10, 20:20,
21:19, 22:6,
22:9, 22:14,
22:15, 22:16,
22:20, 22:25,
23:2, 23:7,
23:15, 23:20,
23:24, 24:13,
25:25, 26:8,
26:16, 27:11,
28:3, 28:15,
29:19, 30:9,
31:4, 31:13,
31:21, 31:25,
32:3, 33:2,
33:20, 33:22,
34:3, 34:11,
34:22, 35:8,
35:20, 35:25,
36:16, 36:23,
40:6, 40:7,
40:19, 41:4,
42:15, 42:21,
43:2, 43:6,
43:12, 43:17,
44:6, 44:11,
44:17, 48:33
**california's**
10:16, 40:16

californians
26:13
call
8:20, 24:3,
32:12, 47:6
called
24:1
camera
10:3
campaign
1:17, 3:20,
12:20, 13:4,
14:11, 14:12,
16:10, 16:19,
16:22, 28:4,
29:20, 32:4,
33:21, 34:25,
35:12, 35:20,
42:11, 44:13
can't
8:16, 10:17,
37:7
cannot
31:8
capacity
1:12
case
1:6, 38:3,
41:25, 48:22
categories
37:20
cause
16:1, 40:23
ccr
1:27, 48:32
center
4:7
central
1:2
certain
41:24, 42:9
certificate
48:1, 49:2
certified
2:11, 2:12,
2:13, 2:14,
2:15, 2:16,
48:4, 48:5

certify
48:6, 49:4
chair
20:10
chairwoman
41:10
challenges
40:15
change
16:16, 16:23
changes
49:7
chose
44:18
chris
7:13, 21:20,
37:11, 39:20,
42:1
christopher
3:21, 5:7
citizens
4:4
clear
7:22, 19:12,
35:24
clearly
7:25
click
27:3
colleagues
38:12
collect
41:13
collected
42:15
columbo
3:3, 9:23,
16:3, 27:16,
28:20, 32:7,
34:14, 35:2,
36:4, 36:7,
36:10, 37:11,
37:15, 42:1,
43:22, 46:12,
46:22, 47:1
commission
12:5, 12:8,
19:2, 19:4,

35:7, 35:10,
44:23
committee
1:17, 3:20
communications
28:15
communities
41:24, 41:25
compilation
24:12
complaint
6:27, 38:9,
39:4, 39:17,
40:3, 40:14
complete
48:15
computer
10:3, 10:5
coms
41:16
concern
33:14
confer
38:11
congress
23:16, 25:20,
29:13, 29:25,
36:7
congressional
1:16, 3:20,
6:25, 10:16,
14:14, 15:12,
17:3, 19:9,
19:14, 19:17,
20:15, 20:18,
21:7, 23:4,
23:6, 25:18,
30:24, 40:16,
40:21
consequence
15:11
consequences
35:15
considered
37:1
consistent
16:18, 22:8,
23:19, 29:17,

29:20
consistently
17:1
constituent
36:19
constitution
12:6, 40:21,
43:9
constitutionality
40:16
constitutionally
12:7
consultants
18:12
cont'd
4:1
contact
13:2
control
25:19, 26:25,
29:13, 29:24
conversations
37:2, 37:4,
37:5, 37:16,
37:20
convey
23:1, 31:4
conveyed
12:3, 14:6
coordinated
12:11
correct
24:4, 24:6,
43:16
corrections
49:8
correctly
40:25
corrin
6:11, 20:9
cost
17:3
could
8:20, 8:25,
17:8, 17:14,
18:4, 19:20,
21:9, 24:14,
26:24, 27:17,

28:25, 30:2,
37:24, 38:7,
38:21, 39:4,
42:1
**couldn't**
21:20
**counsel**
20:3, 24:6,
39:6, 48:17,
48:19
**course**
16:13
**court**
1:1, 2:11,
2:12, 2:13,
2:16, 7:2, 7:7,
7:20, 38:23,
39:1, 42:5,
46:16, 46:24,
47:3, 47:8,
47:12, 48:5
**create**
7:22
**cri**
1:27, 48:32
**csr**
1:27, 1:28,
48:32, 48:33
**current**
14:23
**cut**
45:4, 46:10

**D**

**date**
10:17, 49:16
**david**
1:5
**day**
29:4, 29:9,
29:21, 48:25
**dc**
3:24
**dccc**
7:13, 46:20
**debate**
12:20, 32:4
**debated**
36:25

**december**
1:22, 48:13,
48:25, 49:7
**declaratory**
6:28
**defeat**
11:17, 12:25
**defeating**
37:8
**defendant**
47:10
**defendant-interv-
enor**
3:19, 4:3
**defendant-interv-
enors**
1:18
**defendants**
1:14, 3:10,
47:4
**defense**
38:4
**democratic**
1:16, 3:19,
22:23
**democrats**
10:15, 18:21,
19:7, 23:15,
25:3, 25:19,
29:13, 29:24,
30:23, 31:8,
31:25, 32:22
**department**
3:14
**deponent**
49:2
**deposition**
1:20, 2:1, 6:6,
7:17, 9:6, 9:16,
39:19, 47:13,
48:12, 48:14,
48:21, 49:5
**deputy**
3:13
**derail**
25:20, 29:14
**describe**
11:19, 12:23

**description**
6:3
**devastating**
6:24
**devices**
10:4
**dhillon**
3:5
**different**
16:20, 28:8,
41:12
**director**
41:16
**disagreement**
26:20
**discovery**
24:14
**discuss**
36:1
**discussions**
15:5
**dispute**
32:6
**distort**
13:23
**district**
1:1, 1:2,
40:17, 40:22
**districts**
14:14, 19:3,
19:9, 19:14,
19:17, 23:4,
33:6
**division**
1:3
**document**
4:13, 9:3,
9:11, 27:1,
27:3, 27:13,
30:20, 32:17,
39:14, 39:18,
39:23
**documents**
10:9, 24:12
**dodge**
3:21, 5:7, 7:8,
7:11, 7:13,
8:20, 8:25, 9:2,

16:4, 17:8,
17:13, 17:17,
19:19, 19:25,
20:4, 20:7,
20:8, 21:9,
21:13, 21:17,
24:3, 24:10,
26:24, 27:6,
27:20, 27:24,
28:23, 30:2,
30:7, 32:8,
32:11, 32:16,
34:17, 34:20,
35:3, 36:6,
36:8, 36:13,
36:14, 37:14,
37:18, 38:5,
38:21, 39:3,
39:10, 39:13,
40:11, 40:13,
42:3, 42:6,
43:23, 44:1,
45:23, 46:9,
46:14, 46:20
**doing**
27:9, 37:19
**door-to-door**
13:4
**doubt**
30:10
**down**
7:21, 8:25,
24:15, 31:7,
31:15
**draw**
11:24
**drew**
40:21
**driving**
23:21
**duly**
7:10, 48:9
**during**
28:16, 34:25,
35:11, 35:20,
42:11, 44:12

**E**

**each**
27:22

earlier
29:18, 35:25
early
10:20, 39:24
effect
22:14
efficiently
38:17
effort
10:23
efforts
11:15, 11:19,
12:24, 33:20,
33:23, 34:4
eight
39:5, 39:6
eighth
27:18
either
45:25, 46:7
election
29:4, 29:9,
29:21
elections
23:15
elias
3:22
eliminate
19:9, 19:13,
19:14, 21:7,
23:3, 33:5, 33:6
eliminates
20:14
elimination
25:2
else
9:25, 11:21,
40:5
email
6:20, 6:23,
30:9, 30:13,
30:14
emails
30:16
embarcadero
4:7
emphasis
16:24

employed
48:20
enacted
23:10, 35:11
encourage
30:17
encouraging
44:8
end
18:24, 30:24,
32:24, 33:3
entity
11:15, 36:1,
36:17, 36:23
esq
3:3, 3:4, 3:12,
4:5
esquire
3:21
essentially
18:25, 19:1,
24:20
et
1:5, 1:13, 1:17
ethnic
42:9
ethnicity
27:12, 28:7,
28:12, 28:18,
35:21
even
31:8
ever
41:4, 42:22,
43:2, 43:7,
43:13
everything
7:22
evidence
40:23
exact
10:17
exactly
14:25, 16:6
examination
5:7, 7:11, 48:8
exception
49:7

exceptions
48:17
exhibit
6:5, 6:8, 6:11,
6:14, 6:17,
6:20, 6:23,
6:27, 8:23,
8:24, 17:11,
17:12, 19:24,
21:12, 24:8,
24:9, 27:19,
30:5, 30:6,
32:14, 32:15,
39:8, 39:9
experience
31:12
expressly
42:8
extent
11:22

F

fact
14:12, 15:2,
15:15
fair
13:15, 15:9,
15:17, 15:21,
17:5, 25:3,
25:6, 27:20,
28:10, 29:8,
31:18, 31:20,
33:12, 34:8,
35:15, 35:18,
35:22, 43:15
fairly
38:16
familiar
17:23, 24:16,
26:5, 32:17
familiarity
28:3
favor
40:23, 41:5,
42:23, 43:4,
44:14
feel
7:18

felt
44:15, 44:19,
45:13
few
27:8
fifteenth
40:20, 43:8,
43:14
filed
39:17, 39:25,
40:7
filing
41:3, 42:20,
43:15
final
29:9
finally
8:5
financial
48:22
find
49:8
first
7:20, 10:15,
11:4, 18:4,
20:1, 20:3,
22:13, 24:15,
25:21, 26:13,
32:20, 39:22
five
14:14, 14:18,
15:12, 15:19,
19:9, 19:13,
19:14, 20:15,
21:7, 23:3,
23:11, 25:2,
25:3, 32:11,
33:6
five-minute
38:10, 38:18
floor
4:8
focus
16:24, 35:14
focused
44:15, 44:24,
44:25, 45:14,
45:15

focusing
15:8
following
40:17
follows
7:10
foregoing
48:12, 49:5
four
30:3
fourteenth
40:20, 43:8,
43:14
francisco
3:7, 4:9
free
7:18
friday
1:22, 48:13,
49:6
front
10:4, 10:9,
33:24
full
48:15
further
31:7

**G**

ga
2:12
gave
10:24
gavin
1:11, 3:10,
6:14, 6:24,
23:14, 25:17,
26:13, 26:22
general
3:13, 16:9,
28:5, 37:19,
41:21
generally
17:25, 24:18,
28:14, 32:17,
34:11, 34:24,
37:5
gerrymander
24:1, 25:18,

45:9
giselle
1:27, 2:9,
48:3, 48:32
give
7:16, 8:6,
10:18, 26:25,
31:17, 37:4
gives
23:14
giving
23:15, 31:8
go
19:20, 21:23,
22:1, 26:4,
27:14, 33:25,
37:24, 38:18,
38:21, 40:11,
42:1, 46:14
goal
15:19
going
6:21, 7:16,
16:8, 38:8,
42:18
good
7:2, 7:12, 8:9,
14:1, 15:23,
29:1, 43:19,
44:3, 47:11
goodbye
32:23
gop
30:25, 32:23
governor
1:12, 3:10,
10:24, 11:5,
16:1, 16:6,
18:22, 19:7,
21:4, 23:1, 26:8
grab
18:11, 18:17,
19:8, 24:23,
25:1, 25:6,
25:18, 26:12,
26:21, 29:12,
29:24
grabbing
18:19, 18:24,

19:3
great
7:8, 8:19,
10:12, 20:5,
20:7, 22:2,
39:3, 45:22,
46:9, 46:14
ground
7:17, 13:4
group
3:5, 3:22,
44:16
groups
42:9
guarantee
30:24
guess
18:7
guys
37:12, 37:15

**H**

half
16:11
hand
7:3, 48:24
handful
38:12, 38:15
hands
18:12
harald
3:12
harm
33:15
head
8:7
hear
15:7, 21:20,
21:23, 21:25,
22:3, 37:13
heard
11:4
held
2:1, 19:15,
23:7, 25:2
hello
32:24
help
29:12, 29:24,

36:22
here
7:14, 7:20,
9:7, 10:13,
14:14, 26:20,
28:5, 28:24,
34:13, 43:1,
43:11, 46:4
hereby
48:6, 49:4
hereunto
48:24
hey
17:2, 42:1
hiding
20:25, 21:5
high
12:23
highlight
23:9
hispanic
40:23, 41:5,
42:23, 43:4,
44:14
honest
13:12
hope
8:3
hour
7:15
house
14:15, 14:21,
14:23, 30:25,
32:23, 33:7,
33:8, 33:11

**I**

identification
8:23, 17:11,
19:24, 21:12,
24:8, 30:5,
32:14, 39:8
image
24:16, 25:9,
25:12, 26:5,
28:24, 29:3
images
27:9, 28:1,

28:11
**impact**
20:21
**impeach**
25:20, 29:13
**implemented**
40:17
**important**
7:24, 8:1, 8:5,
15:1, 15:4,
15:7, 31:3
**inc**
3:5
**inch**
31:9
**included**
13:7, 38:8
**including**
18:22, 48:16
**increase**
25:3
**independent**
19:1, 19:4,
35:10
**information**
15:6, 31:23,
34:6, 41:16
**injunctive**
6:28
**insiders**
18:13
**instagram**
6:8, 17:19
**instructor**
2:11, 48:5
**intend**
37:22
**intended**
15:19
**intent**
11:1, 16:1
**interest**
48:21
**interview**
41:10
**invoice**
47:6
**involved**
34:5

**issue**
13:13
**itself**
11:15, 32:5

**J**

**job**
1:24
**july**
10:20
**justice**
3:14
**justify**
40:24

**K**

**kaye**
4:6
**keeping**
26:7, 34:12
**key**
35:21
**kind**
13:21, 30:14,
30:15, 38:2
**kinds**
17:25, 34:12,
34:24
**kirn**
3:12, 38:14,
45:25, 46:2,
47:4
**know**
10:6, 14:7,
16:6, 17:1,
18:25, 22:15,
27:8, 33:21,
34:5, 41:11,
41:17, 41:19
**knowledge**
38:1, 42:14

**L**

**label**
8:21, 17:9,
19:21, 21:10,
24:4, 30:3, 39:5
**last**
26:13, 45:19

**lasted**
16:10
**late**
10:19, 10:20
**latin**
4:4
**law**
3:5, 3:22,
17:2, 44:8
**lawmakers**
36:2, 36:5,
36:8, 36:18,
36:24
**lawsuit**
39:25, 40:6,
40:15, 41:3,
42:21, 43:3,
43:6, 43:15
**lcr**
1:27, 48:32
**lead**
23:10
**league**
4:3
**learn**
10:15
**learned**
10:22
**least**
22:10
**legislation**
11:9, 33:9,
33:23, 36:2
**legislative**
14:16, 35:6
**legislators**
11:25, 37:17
**legislature**
11:10, 11:13,
11:16, 12:15,
15:20, 18:23,
21:4, 34:23,
35:19, 36:3,
36:20, 37:1,
37:9, 40:19
**less**
22:20
**let's**
10:13, 16:8,

**lasted**
21:23, 28:10
**level**
12:23, 41:21
**licensed**
2:11, 48:5
**likely**
15:11, 23:10
**likewise**
46:6, 46:22
**limited**
13:5
**line**
18:4, 22:13
**lines**
31:16, 40:22
**listed**
49:8
**litigation**
24:13, 27:23,
30:10, 41:14,
41:18, 42:16
**little**
17:14, 28:25,
39:12, 39:21
**llp**
3:22, 4:6
**locked**
10:7, 10:8
**long**
9:18, 43:23
**look**
17:20, 32:17,
38:11
**looked**
34:13
**looking**
28:24
**lose**
14:13, 14:15,
14:16, 14:18,
14:21, 14:22
**loss**
15:12, 15:19,
23:11
**lucas**
4:13
**lulac**
46:6, 47:10

## M

made
14:16, 34:10,
34:22, 34:25,
40:2, 42:9,
45:12, 48:17

mail
13:3

majority
14:11, 14:23,
30:25, 32:23,
33:7, 33:8,
33:11

make
17:13, 35:8,
35:21

making
15:15, 18:2

many
14:5, 30:16,
38:13

map
6:15, 6:25,
10:16, 22:15,
22:19, 30:24,
32:23

maps
40:17

marked
8:23, 17:11,
19:24, 21:12,
24:8, 30:5,
32:14, 39:8

massachusetts
3:23

matter
7:13

maybe
16:20, 27:8,
36:22, 39:10

mean
14:19, 14:22,
19:14, 23:1,
33:3, 36:7,
45:4, 46:10

meaning
28:16

means
13:10, 14:15,
14:16

meant
11:23, 23:9,
41:5, 42:22

measure
12:17, 12:21,
43:18, 44:2

media
11:20, 11:23,
12:3, 13:3,
18:1, 34:5,
34:10, 34:21,
34:25, 35:5,
35:9, 41:9,
41:11, 41:14,
41:21, 42:8

meet
9:15, 9:18,
9:22

mention
18:17, 27:12,
28:12, 28:18

mentioned
16:13, 28:7,
33:19, 42:19,
47:5

message
12:2, 15:4,
16:15, 16:16,
16:18, 16:20,
16:21, 16:22,
24:20, 25:13,
26:2, 29:19,
29:23, 31:3

messages
6:18, 27:10,
28:5, 28:17

messaging
13:4

michael
3:3

mid-decade
11:5

middle
39:11

might
30:19, 38:12,
38:15

millions
18:11

mind
34:1

minutes
9:20

misinformation
13:20

mislead
13:18

mitchell
38:3, 47:10

mitchell-margerum
1:27, 2:10,
48:3, 48:32

mms
6:17, 24:20,
27:22

moment
27:1, 27:25

moments
27:8

momentum
14:16

months
16:11, 16:24,
33:21

more
16:9, 22:20,
23:16, 25:18,
28:14, 35:14,
38:12, 42:19

most
16:19, 31:20,
45:15

motions
48:17

motivate
44:15, 44:19,
45:13

motivated
45:9, 45:11

much
34:19, 45:23

## N

name
7:12, 40:8,
49:15

narrow
33:11

national
14:22

nature
14:7, 14:9,
16:16

need
7:19, 19:25,
22:1

neither
35:18, 48:19

new
6:24, 30:23,
32:22, 40:21

newsom
1:11, 3:11,
6:15, 10:24,
11:5, 16:1,
16:6, 19:7,
23:1, 23:14,
26:8, 26:13,
26:22

newsom's
6:24, 24:23,
25:17

next
24:15, 26:4,
27:14, 39:6,
40:11, 49:8

nine
23:4, 23:5,
23:6

nj
2:13

nm
2:17

non-party
38:3

note
27:17

notes
38:11

nothing
7:5, 48:10

notice
6:5, 9:6

november
29:5, 39:24
nuh-uh
8:7
number
16:2
numbered
49:5
nw
3:23

**O**

oath
8:11
objection
16:3, 28:20,
32:7, 34:14,
35:2, 36:4,
37:11, 43:22
objections
48:17
obviously
19:2
official
1:11
okay
7:7, 8:11,
10:12, 10:21,
11:2, 12:9,
12:14, 15:1,
17:7, 18:9,
19:1, 20:14,
21:25, 22:2,
25:5, 25:24,
27:5, 34:2,
37:15, 38:21,
38:23, 39:1,
40:10, 41:2,
42:5, 42:13,
45:5, 46:5,
46:16, 47:8,
47:12
one
8:2, 8:20,
15:24, 19:2,
27:14, 27:21,
30:16, 32:20,
37:22, 40:12,

42:2, 46:20,
47:2
only
15:4, 37:21,
37:22
operations
13:4
oppose
31:21
opposition
12:12
order
7:22, 46:21,
47:9
orders
46:18
ordinarily
44:7
original
18:6, 42:18
other
44:23, 45:12
otherwise
12:10, 48:22
out
13:10, 19:8,
30:17, 36:22,
38:6, 44:7,
44:18, 44:20,
45:1, 45:10
over
8:2, 12:20,
16:10, 16:13,
16:16, 16:24,
32:5, 33:20,
34:25
overturn
12:7
own
9:8, 13:23

**P**

pacific
1:23, 47:14
page
5:3, 6:3, 9:1,
24:15, 26:4,
27:19, 40:12,

49:8
pages
1:25, 49:5
paid
13:3, 13:7
paint
22:15, 22:19,
23:2
painting
26:8
paragraph
30:22, 32:20,
40:12, 40:14
part
12:20, 18:8,
33:25, 41:14
parties
38:4, 48:20
partisan
31:15, 32:5,
35:14
party
9:9, 10:15,
10:22, 11:4,
11:8, 11:12,
11:14, 12:11,
12:19, 12:24,
13:11, 13:17,
14:2, 14:19,
14:22, 15:10,
15:18, 15:25,
16:14, 17:19,
18:1, 18:20,
19:6, 20:11,
20:21, 21:19,
22:6, 22:9,
22:23, 23:1,
23:7, 23:20,
23:24, 24:13,
25:25, 26:16,
27:11, 28:6,
30:10, 31:4,
31:13, 33:3,
33:10, 33:17,
34:11, 34:22,
35:8, 35:21,
36:1, 36:16,
36:23, 38:2,

40:6, 41:4,
42:8, 42:15,
42:21, 43:2,
43:7, 43:13,
43:18, 44:6,
44:12, 44:17
party's
28:4, 28:15,
29:19, 32:4,
33:20, 33:23,
34:4, 40:7
pass
14:13, 33:9,
45:25
passage
11:9, 40:18
passed
12:7, 15:20,
17:2, 33:5,
33:15
passing
30:23, 32:22
patterns
31:14
paul
38:3
pause
20:1
pending
13:1, 36:3,
36:19
people
19:5
period
7:14, 16:17,
34:22
persuade
22:10
phone
10:5, 10:6,
10:8
plaintiff
27:18
plaintiff's
27:21
plaintiff-interv-
enor
1:9

plaintiffs
1:6, 3:2,
46:23, 47:2
plan
22:14
planning
10:16
play
19:21, 19:25
played
20:6, 21:16
playing
21:15
please
7:2, 7:18,
8:21, 8:22,
17:9, 17:10,
18:5, 19:23,
21:10, 26:25,
30:4, 32:12,
32:13, 39:4,
39:7, 46:19
point
12:12, 38:6,
44:7
political
18:13, 25:6,
25:17, 26:12,
26:21
populations
41:24
porter
4:6
position
37:16
post
3:6, 6:8,
17:19, 17:23,
18:5, 18:20,
19:20, 34:15,
41:22
posts
11:20, 11:23,
12:3, 18:1,
34:5, 34:10,
34:21, 34:25,
35:5, 35:9,
41:9, 41:11,

41:14, 42:8,
42:15
power
18:10, 18:12,
18:17, 18:19,
18:24, 19:3,
19:8, 23:14,
24:23, 25:1,
25:6, 25:17,
26:12, 26:21,
29:12, 29:24
preparing
39:19
present
4:12
presently
23:6, 33:10
presidency
32:24, 33:4
president
25:20, 32:24,
33:4, 33:8
president's
33:15
presumably
13:11, 14:3,
30:16
pretty
17:1, 29:20
prior
41:3, 42:20,
43:3, 43:6,
43:15
privilege
38:2
privileged
37:17
probably
27:14
proceedings
49:6
process
35:6, 35:11
produced
24:12, 27:22,
30:9, 41:18,
42:16
professional
2:10, 48:4

prop
6:9, 12:6,
14:6, 14:13,
18:8, 18:10,
18:16, 20:14,
22:11, 23:14,
24:22, 25:17,
26:12, 33:5
proposed
44:8
proposition
11:10, 11:16,
11:24, 12:12,
12:16, 12:21,
12:25, 13:24,
14:2, 15:11,
15:20, 16:10,
16:15, 20:21,
23:10, 23:21,
24:1, 26:21,
28:4, 28:7,
28:16, 29:23,
30:18, 31:5,
31:15, 31:21,
32:1, 32:5,
33:15, 34:6,
34:23, 35:1,
35:15, 35:22,
36:2, 36:18,
36:25, 37:8,
40:18, 41:5,
42:22, 43:3,
43:8, 43:13,
44:13, 45:6,
45:8
protecting
35:7
provide
8:12, 8:16,
41:16
public
12:20, 32:4
publicly
41:4, 42:22,
43:2, 43:7,
43:13
pull
17:8, 21:9,

30:2, 32:11,
38:7, 38:9, 39:4
pure
26:12, 26:21,
29:12, 29:24
pursuant
2:9
pursue
33:16
put
43:11
puts
26:13
putting
18:14

Q

question
15:23, 16:9,
27:10, 28:1,
28:9, 31:19,
34:15, 34:18,
36:11, 37:21,
42:18, 42:20,
43:25, 45:19
questions
7:18, 7:19,
8:3, 8:6, 8:8,
38:13, 38:16,
43:24, 45:20,
46:1, 46:3,
46:7, 48:16
quick
30:19
quote
29:11

R

race
27:12, 28:7,
28:12, 28:18,
35:21, 40:22,
42:9, 42:25
racial
24:1, 45:9
radical
18:10
radio
23:25

raise
7:3
rankin
6:12, 20:9
ratified
12:15
re-do
19:2
reaching
13:10
reaction
11:3
read
18:4, 30:19,
40:25, 49:4
reading
48:18
real
30:19
really
15:7
reason
8:16, 14:1,
30:10, 43:19,
44:3, 44:11
reasons
14:5
recall
10:17, 10:21,
16:25, 28:21,
35:13, 36:21,
37:3, 42:24,
43:1, 43:5,
43:10, 43:12
received
9:14, 15:7
recipients
25:9
recognize
9:3, 30:13,
30:14, 39:14
recollection
41:20
record
7:23, 19:12,
21:24, 22:2,
27:17, 38:1,
38:22, 38:24,

39:2, 42:2,
42:4, 46:15,
46:17
recovery
18:14, 18:15
red
29:4
redistrict
21:6
redistricting
12:5, 12:8,
18:10, 19:1,
19:4, 35:7,
35:10, 44:22
redraw
6:15, 10:16,
11:5, 22:14,
22:19
reference
22:22, 42:9
referring
20:17, 21:3,
23:6, 25:1,
25:5, 36:5
reflects
27:22
regard
44:22
registered
2:10, 48:4
related
48:19
relief
6:28
reminder
29:9
remote
1:20
remotely
2:1, 9:25,
48:9, 48:12
reported
1:26
reporter
2:10, 2:12,
2:13, 2:14,
2:15, 2:16, 7:2,
7:7, 7:20,

38:23, 39:1,
42:5, 46:16,
46:24, 47:3,
47:8, 47:12,
48:4, 48:5, 48:6
reporter's
48:1
reporting
2:11, 48:4
represent
7:13, 17:18,
24:11, 27:21,
30:8
representatives
14:24, 33:12
republican
9:9, 10:14,
10:22, 11:4,
11:8, 11:12,
11:14, 12:4,
12:10, 12:19,
12:24, 13:11,
13:17, 14:2,
14:19, 14:22,
15:10, 15:18,
15:25, 16:14,
17:2, 17:19,
18:1, 18:20,
19:6, 19:15,
20:11, 20:18,
20:20, 21:7,
21:19, 22:6,
22:9, 22:10,
22:25, 23:7,
23:20, 23:24,
24:13, 24:21,
25:2, 25:13,
25:25, 26:16,
27:11, 28:3,
28:6, 28:15,
29:19, 30:9,
31:4, 31:13,
32:3, 33:2,
33:6, 33:10,
33:17, 33:20,
33:23, 34:4,
34:11, 34:22,
35:8, 35:21,

35:25, 36:2,
36:16, 36:17,
36:23, 36:24,
40:6, 40:7,
41:4, 42:8,
42:15, 42:21,
43:2, 43:7,
43:12, 43:17,
44:6, 44:12,
44:16, 44:17,
44:18, 45:1,
45:10, 45:14
republicans
11:13, 14:20,
15:4, 31:20,
45:18
request
24:14
requested
48:18
resonate
45:15
respect
8:2, 28:14
response
8:8, 24:14
restate
15:22, 34:17,
43:24
review
9:11, 28:1,
28:2
reviewed
27:13, 28:11,
30:20, 39:18,
39:22
rig
22:15, 22:19,
23:15
right
7:3, 8:14,
9:24, 11:11,
12:17, 12:21,
13:18, 14:4,
15:13, 16:2,
16:11, 17:20,
19:17, 20:17,
20:22, 21:8,

21:19, 22:6,
22:11, 22:20,
22:23, 23:7,
23:17, 24:24,
25:14, 25:22,
26:2, 26:9,
26:14, 29:21,
30:18, 31:1,
32:25
**risk**
31:8
**rivera**
4:5, 37:25,
38:15, 38:19,
46:1, 46:6,
46:21, 47:9
**roadmap**
18:14
**role**
44:17
**room**
9:24, 9:25
**roughly**
16:10
**rpr**
1:27, 48:32
**rule**
6:5
**rules**
7:17, 22:15,
22:19

**S**

**sacramento**
3:16, 18:22,
19:7, 36:9
**said**
20:2, 21:21,
21:22, 33:3,
41:22, 46:12,
46:24
**sake**
27:16
**same**
8:4, 34:24,
35:2
**san**
3:7, 4:9

**say**
7:22, 10:19,
13:15, 14:18,
14:21, 15:9,
15:17, 19:13,
22:16, 23:5,
25:11, 29:8,
31:18, 31:20,
32:23, 33:12,
34:8, 35:16,
35:18, 42:25
**saying**
8:7, 20:24,
23:1, 29:18,
36:21
**says**
20:14, 21:3,
22:13, 22:18,
23:13, 24:23,
25:16, 26:11,
29:2, 29:11,
30:22, 31:7,
32:21, 40:14
**scheme**
25:18
**scholer**
4:6
**scott**
1:21, 2:1, 5:5,
7:9, 48:8, 49:4,
49:15
**screen**
8:24, 10:7,
10:8, 17:12,
24:9, 30:6,
32:15, 39:9
**scroll**
8:25, 24:14,
27:4, 27:8,
28:25
**se**
11:13
**season**
33:22, 35:20
**seats**
14:19, 15:12,
15:19, 16:2,
17:3, 20:15,

20:18, 21:7,
23:6, 23:11,
23:16, 25:2,
25:3, 25:19
**sec**
42:2
**second**
9:1
**seconds**
20:1, 20:3
**secretary**
3:11
**see**
17:15, 29:6,
29:15, 31:10,
39:11
**seems**
28:8
**senate**
33:9
**sense**
37:5
**sent**
24:21, 25:9,
26:1, 26:17,
28:6, 29:8,
30:17
**september**
17:20
**set**
46:13, 48:24
**seven**
27:21
**shaker**
4:13
**shaking**
8:7
**shared**
14:3
**shift**
16:2
**shifted**
35:14
**shirley**
3:11
**short**
7:14, 38:25
**shorthand**
2:14, 2:15

**should**
34:16, 45:20
**show**
34:16
**signature-p1kal**
48:28
**signed**
49:14
**signing**
48:18
**silences**
18:11
**sir**
26:24, 28:1,
29:18, 30:11,
32:9, 32:18,
35:4, 43:25
**sitting**
43:1, 43:11
**slowly**
7:25
**small**
38:15
**social**
11:20, 11:23,
12:3, 13:3,
18:1, 34:5,
34:10, 34:21,
34:24, 35:5,
35:9, 41:9,
41:11, 41:13,
41:21, 42:8
**some**
25:8, 27:9,
41:9, 45:11
**someone**
40:5, 46:10
**something**
22:13
**soon**
47:7
**sorry**
14:8, 15:22,
19:10, 20:2,
21:20, 25:11,
28:8, 28:22,
36:22, 39:20,
43:21, 46:10

sort
7:16, 10:6,
12:2, 12:11,
12:24, 16:14,
16:23, 24:18,
26:7, 29:9,
30:14, 32:5,
35:10
sound
8:9, 16:11
speak
7:25, 8:2,
36:17, 36:24
speaking
20:12
specific
9:21, 14:7,
14:8, 14:9,
16:15, 30:13,
30:15, 31:22,
35:6, 35:7,
42:19
specifically
28:17, 40:19,
40:22, 42:20,
42:25, 43:4,
44:13
specifics
37:3
speech
10:25
spoke
33:22
sponsor
23:25
sponsored
21:18, 21:23,
22:5
spread
13:20
stand
8:22, 17:10,
19:23, 21:11,
24:7, 30:4,
32:13, 39:7
start
7:7, 16:8
starting
18:8

starts
20:24
state
3:11, 3:14,
36:6, 36:8,
36:17, 36:19,
36:24, 42:22,
43:7, 46:2, 47:4
stated
41:4
statement
26:17
states
1:1, 1:8
stating
43:3, 43:13
stenographic
1:20
stenographically
1:26, 48:13
still
37:12, 46:1
stop
7:18, 11:9,
24:23, 27:15
stopped
27:18
street
3:6, 3:15
strike
19:11, 22:1,
22:17, 45:7
submitted
12:16
subsequent
18:7
subsequently
23:13
substance
37:21
succeed
30:23, 32:22
suite
3:6, 3:15, 3:23
support
32:1
supporters
26:2, 27:11,

28:6, 28:16,
30:17
sure
17:13, 36:13,
42:3, 42:24,
44:5, 46:24
swear
7:4
sworn
5:5, 7:10, 48:9

**T**

tab
8:20, 17:8,
19:21, 21:9,
24:3, 30:2,
32:11
table
11:6
tailoring
16:21
take
12:20, 25:19,
27:8, 29:13,
29:24, 38:10,
46:20, 47:2
taken
48:12, 48:21,
49:6
taking
7:21, 18:13,
37:16
talk
10:13
talked
33:19, 44:21
talking
35:22
tangipa
1:5
targeted
44:16, 45:17
targeting
13:8, 15:3
tech
26:25
technician
4:13, 8:22,

8:24, 17:10,
17:12, 19:23,
20:2, 21:11,
21:15, 24:6,
24:9, 27:2,
30:4, 30:6,
32:13, 32:15,
39:6, 39:9
television
23:25
tell
7:4, 9:5, 20:9,
24:18, 39:16,
41:21, 44:12
tended
32:1
testified
7:10
testify
48:9
testifying
9:8
testimony
8:12, 8:17,
34:3, 35:25,
36:16, 42:7,
48:16, 49:6
text
13:3, 24:20,
25:8, 25:10,
25:12, 25:13,
26:1, 26:11,
27:10, 27:22,
28:5, 29:2,
29:8, 29:11
th
4:8, 17:20,
48:25
thank
7:8, 17:16,
19:18, 20:7,
38:20, 45:23,
46:7, 46:16,
47:3, 47:11,
47:12
thanks
46:13
theme
14:12, 35:21,

45:12
**thereafter**
48:14
**therefore**
7:24
**thereof**
49:9
**thing**
21:14, 38:5
**things**
15:6, 44:23,
44:25
**think**
19:7, 19:12,
22:16, 24:4,
29:17, 38:8,
38:14, 38:16,
45:6, 45:21,
46:9
**thinking**
16:7
**thomas**
4:5, 37:25
**thompson**
3:4, 9:23,
38:20
**three**
4:7, 21:10
**through**
13:10, 15:5,
16:8, 27:8,
27:21, 29:21,
49:5
**throughout**
16:18, 16:22,
29:19
**time**
1:23, 7:14,
10:25, 12:12,
18:2, 34:4,
34:11, 35:6,
39:22, 39:25,
45:24, 46:3,
46:7, 46:8,
47:14
**tn**
2:12
**today**
7:14, 7:21,

8:17, 10:14,
29:5, 34:13,
39:19, 43:1,
43:12, 45:20
**took**
8:11, 27:25
**towards**
23:22
**transcribed**
48:14
**transcript**
8:1, 46:18,
47:9, 48:15
**transcription**
49:9
**tried**
11:8
**true**
26:1, 26:17,
40:3, 48:15,
49:9
**trump**
25:20, 29:13
**trump's**
32:24, 33:4,
33:8
**truth**
7:4, 7:5, 48:9,
48:10
**truthful**
8:12, 8:17
**try**
8:2, 11:16,
15:24
**trying**
12:6, 13:18,
13:20, 13:23,
19:8, 21:6,
22:9, 23:2, 23:3
**tuesday**
29:5
**turn**
44:18, 44:20,
44:25, 45:10
**twice**
18:7
**two**
16:10

**two-and-a-half**
16:24, 33:21
**two-and-a-half-m-
onth**
16:17
**typically**
31:15, 34:4

## U

**uh-huh**
8:7, 18:18,
20:16, 21:1,
24:25
**ultimately**
41:17
**unconstitutional**
11:7, 43:19,
44:3, 44:8
**unconstitutional-
ity**
44:22
**under**
18:5
**underlying**
16:20, 16:22
**underneath**
25:8, 29:2
**undersigned**
48:3
**understand**
9:7, 19:13,
36:15
**understanding**
21:2, 31:14,
31:25
**understood**
13:12, 15:10,
15:18, 15:25,
20:21, 23:20
**undertake**
11:15, 12:11
**undertook**
12:25
**united**
1:1, 1:8, 4:3
**unpack**
28:10
**usually**
31:25

## V

**vein**
26:8, 34:24
**verbal**
8:6
**version**
7:17
**via**
2:2, 2:5
**video**
6:11, 6:14,
19:10, 19:19,
20:6, 20:12,
20:24, 21:13,
21:16, 22:13,
22:18
**videoconference**
2:2, 2:5
**view**
32:4, 45:8
**views**
13:23
**violated**
40:20, 43:8,
43:14
**vote**
14:1, 14:6,
18:16, 22:11,
24:21, 30:17,
43:19, 44:3,
44:9
**voter**
13:2, 17:2
**voters**
11:24, 12:16,
13:8, 13:11,
13:12, 13:18,
14:3, 14:7,
15:2, 15:3,
18:11, 22:10,
24:21, 25:14,
29:9, 31:5,
34:7, 40:23,
41:6, 42:23,
43:4, 44:7,
44:12, 44:14,
44:16, 44:18,

| | | | |
|---|---|---|---|
| 44:19, 45:1, | 39:14, 46:3, | **.39** | **250** |
| 45:10, 45:11, | 46:7, 48:8, | 6:27 | 3:23 |
| 45:14, 45:16, | 49:4, 49:15 | **.7** | **2:-cv--jls-wlh-k-** |
| 45:17 | **without** | 5:5, 5:7 | **kl** |
| **voting** | 37:20, 40:23 | **.8** | 1:7 |
| 31:14 | **witness** | 6:5 | **2a** |

| **W** |
|---|

| | | | |
|---|---|---|---|
| | 5:3, 7:6, | | 19:21 |
| **wa** | 17:16, 27:5, | **0** | |
| 2:14 | 27:13, 28:21, | **007** | **3** |
| **want** | 30:20, 36:11, | 27:18 | **30** |
| 17:13, 33:25, | 45:25, 46:5, | | 6:6, 17:20 |
| 36:15, 44:7 | 48:8, 48:24 | **1** | **31** |
| **washington** | **worries** | **10** | 47:14 |
| 3:24, 14:17 | 21:22 | 4:8, 20:1, 20:3 | **3100** |
| **watch** | **worthy** | **10616** | 4:10 |
| 21:14 | 38:5 | 1:7 | |
| **way** | **wrap** | **11** | **4** |
| 41:12, 43:11 | 38:16 | 6:17, 24:3 | **4** |
| **ways** | **wrong** | **12** | 1:23 |
| 16:20 | 24:5 | 1:22, 48:13, | **40** |
| **we'll** | | 49:7 | 9:20 |
| 21:14 | **Y** | **125** | **400** |
| **we're** | **yeah** | 3:15 | 3:23 |
| 6:20 | 10:8, 14:9, | **1300** | **415** |
| **weber** | 16:19, 16:22, | 3:15 | 3:8, 4:10 |
| 3:11 | 17:16, 20:4, | **14** | **433** |
| **week** | 25:12, 28:10, | 48:25 | 3:8 |
| 43:23 | 31:22, 41:15, | **14424** | **4652** |
| **western** | 45:3 | 1:28, 48:33 | 3:25 |
| 1:3 | | **1700** | **47** |
| **whereof** | **Z** | 3:8 | 49:5 |
| 48:24 | **zoom** | **177** | **471** |
| **whereupon** | 17:14, 39:10, | 3:6 | 4:10 |
| 47:13 | 40:12 | **18** | **49** |
| **whole** | | 1:23 | 1:25 |
| 7:4, 21:14, | **.** | | **4th** |
| 48:9 | **.17** | **2** | 29:5 |
| **winn** | 6:8 | **20001** | |
| 1:21, 2:1, 5:5, | **.19** | 3:24 | **5** |
| 7:9, 7:12, 8:21, | 6:11 | **202** | **5** |
| 9:3, 17:9, | **.21** | 3:25 | 47:14 |
| 17:15, 19:22, | 6:14 | **2025** | **50** |
| 21:10, 24:4, | **.24** | 1:22, 48:13, | 6:9, 11:10, |
| 24:11, 26:25, | 6:17 | 48:25, 49:7 | 11:16, 11:24, |
| 27:3, 27:7, | **.30** | **210** | 12:6, 12:12, |
| 30:3, 32:12, | 6:20 | 3:17 | 12:16, 12:21, |
| 39:5, 39:11, | **.32** | **25** | 12:25, 13:24, |
| | 6:23 | 1:7 | 14:2, 14:6, |

14:13, 15:11,
15:20, 16:10,
16:15, 18:8,
18:10, 18:16,
20:14, 20:21,
22:11, 23:10,
23:14, 23:21,
24:1, 24:22,
25:17, 26:12,
26:21, 28:4,
28:7, 28:16,
29:23, 30:18,
31:5, 31:15,
31:21, 32:1,
32:5, 33:5,
33:15, 34:6,
34:23, 35:1,
35:15, 35:22,
36:2, 36:18,
36:25, 37:8,
40:18, 41:5,
42:22, 43:3,
43:8, 43:13,
44:13, 45:6,
45:8

**6**

**612915**
1:24
**6242**
3:17

**7**

**700**
3:6

**9**

**916**
3:17
**94108**
3:7
**94111**
4:9
**95814**
3:16
**968**
3:25