

# Transcript of Roxanne Hoge

**Date:** December 9, 2025
**Case:** Tangipa, et al. -v- Newsom, et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

<pre>
1              IN THE UNITED STATES DISTRICT COURT

2                FOR THE DISTRICT OF CALIFORNIA

3                       WESTERN DIVISION

4    --------------------------------x

5    DAVID TANGIPA, et al.,              :

6              Plaintiffs,              :

7        and                           :   2:25-cv-10616-

8    UNITED STATES OF AMERICA,          :   JLS-WLH-KKL

9         Plaintiff-Intervenor,        :

10       v.                            :

11   GAVIN NEWSOM, in his official      :

12   capacity as the Governor of        :

13   California, et. al.,               :

14           Defendants.               :

15   DEMOCRATIC CONGRESSIONAL           :

16   CAMPAIGN COMMITTEE, et al.,        :

17           Defendant-Intervenors.:

18   --------------------------------x

19             Deposition of ROXANNE HOGE

20               Conducted Virtually

21             Tuesday, December 9, 2025

22                  6:03 p.m. EST

23        Job No.: 612575   Pages: 1 -

24   Stenographically reported by: Judith E. Bellinger,

25   RPR, CRR, CSR-TX, CCR-WA, CCR-NM
</pre>

1

2

3      Deposition of ROXANNE HOGE, conducted

4  virtually,

5

6

7

8

9

10      Pursuant to notice, before Judith E.

11  Bellinger, Registered Professional Reporter,

12  Certified Realtime Reporter, and E-Notary Public

13  in and for the State of Maryland.

14

15

16

17

18

19

20

21

22

23

24

25

```
 1               A P P E A R A N C E S

 2

 3        ON BEHALF OF THE PLAINTIFFS:

 4              MICHAEL COLUMBO, ESQUIRE

 5              AMBER HULSE, ESQUIRE

 6              DOMENIC AULISI, ESQUIRE

 7              DHILLON LAW GROUP INC.

 8              177 Post Street

 9              Suite 700

10              San Francisco, CA 94108

11              415.433.1700

12

13        ON BEHALF OF THE DEFENDANTS CALIFORNIA

14   GOVERNOR GAVIN NEWSOM AND SECRETARY OF STATE

15   SHIRLEY WEBER:

16              DAVID GREEN, ESQUIRE

17              KATRINA UYEHARA, ESQUIRE

18              DEPUTY ATTORNEYS GENERAL

19              STATE OF CALIFORNIA DEPARTMENT OF

20              JUSTICE

21              1300 I Street

22              Suite 125

23              Sacramento, CA 95814

24              916.210.6242

25
```

```
1        A P P E A R A N C E S   C O N T I N U E D

2

3       ON BEHALF OF THE DEFENDANT-INTERVENOR

4       DEMOCRATIC CONGRESSIONAL CAMPAIGN COMMITTEE:

5            MAX ACCARDI, ESQUIRE

6            CHRISTOPHER D. DODGE, ESQUIRE

7            TYLER BISHOP, ESQUIRE

8            ELIAS LAW GROUP LLP

9            250 Massachusetts Avenue NW

10           Suite 400

11           Washington, DC 20001

12           202.968.4652

13

14      ON BEHALF OF THE DEFENDANT-INTERVENOR LEAGUE

15      OF UNITED LATIN AMERICAN CITIZENS:

16           TOM RIVERA, ESQUIRE

17           ARNOLD & PORTER

18           Three Embarcadero Center

19           10th Floor

20           San Francisco, CA 94111-4024

21           415.471.3357

22

23    ALSO PRESENT:

24      Harold Rodriguez, Planet Depos Technician

25
```

1              C O N T E N T S

2  EXAMINATION OF ROXANNE HOGE                    PAGE

3    By Mr. Accardi                               6

4              E X H I B I T S

5        (Attached to the transcript)

6  Hoge Exhibits:                                 PAGE

7  Exhibit 1   X profile post                     21

8  Exhibit 2   X profile video                    23

9  Exhibit 3   X profile post                     27

10  Exhibit 4   X profile video                   35

11  Exhibit 5   Email chain.  Top email from Roxanne  38

12             Beckford Hoge to Melissa Lundie, Sep

13             29, 2025, PLAINTIFFS_000443

14  Exhibit 6   Email chain.  Top email from Roxanne  42

15             Beckford Hoge to Mike Netter, Oct 7,

16             2025, PLAINTIFFS_000452 - 0453

17  Exhibit 7   Prop 50 video                     45

18

19

20

21

22

23

24

25

```
 1              P R O C E E D I N G S

 2

 3              ROXANNE HOGE,

 4          being first duly sworn, was examined

 5      and testified as follows:

 6          EXAMINATION BY COUNSEL FOR THE DEMOCRATIC

 7              CONGRESSIONAL CAMPAIGN COMMITTEE

 8      BY MR. ACCARDI:

 9          Q    Well, good afternoon.  As I said, my

10      name is Max Accardi.  Together with my colleague,

11      Chris Dodge, I represent the DCCC in this matter.

12              Ma'am, could you please say your name

13      for the record.

14          A    It's Roxanne Hoge.  And that's H-O-G-E.

15          Q    Thank you.  We have a very short time

16      together today, so I'm just going to quickly go

17      over ground rules.

18              As you see, we have a court reporter

19      present, who will be taking down everything that

20      we say, so it's important that we speak slowly and

21      clearly so she can get an accurate transcript.

22          A    Yes.

23          Q    For the same reason, it's important

24      that we not talk over one another.  I'll do my

25      best to not interrupt you, and I'd appreciate it
```

1    if you'd try to do the same.

2              It's important, also, that you give

3    verbal answers to my questions.  So just shaking

4    your head or saying uh-huh or huh-uh, it's not

5    going to show up clearly on the transcript.

6              Does that all make sense to you?

7         A    Yes, sir.

8         Q    And, ma'am, you just took an oath and

9    agreed that you will provide truthful and complete

10   testimony today.

11             Is there any reason why you can't

12   provide truthful testimony?

13        A    No.

14        Q    I'd like to talk briefly about what you

15   did to prepare for today's deposition.

16             Did you meet with your attorneys in

17   advance of the deposition?

18        A    I did.

19        Q    And who, specifically, did you meet

20   with?

21        A    I'm trying to read.  Mike Columbo and

22   Amber and Domenic.

23        Q    Understood.  How long did you meet with

24   those folks for?

25        A    About half an hour, maybe 45 minutes.

1      Q     And was that earlier today?

2      A     Yes.

3      Q     Did you review any documents to prepare

4  for your deposition?

5      A     Did I?  I had to provide a bunch of

6  emails and I also reviewed the Complaint -- or the

7  filing or whatever it's called.

8      Q     And you reviewed that to prepare for

9  your deposition today?

10      A     Yes.

11      Q     And did you do anything else to prepare

12  for the deposition?

13      A     Well, I made myself look presentable.

14      Q     Okay.  Well, much appreciated.

15            Do you have any documents in front of

16  you right now?

17      A     I do not.

18      Q     And is there anybody else who is in the

19  room with you currently?

20      A     No.

21      Q     Understood.

22            I'd like to turn, then, to this

23  litigation.  Could you tell me how you first came

24  to be involved in this case?

25      A     I'm the chairman of the Los Angeles

1    County Republican Party and so I knew about

2    Proposition 50 and I spoke to Mark Meuser at some

3    point and said, yes, I would -- I was interested

4    in being part of this.

5            Q    And did Mr. Meuser first reach out to

6    you or did you reach out to him?

7            A    We are friendly, so we talk all the

8    time.

9            Q    You don't remember whether or not it

10   was he who first reached out about the case or

11   whether you did it?

12           A    I do not.  But I assume it would be

13   him.

14           Q    And do you know when that conversation

15   took place?

16           A    I do not.  Specifically no, but

17   obviously before it was filed.  It's all on a very

18   short timeline, so...

19           Q    Late October, early November; is that

20   the right ballpark?

21           A    That sounds right.

22           Q    And how would you describe your

23   involvement in the litigation so far?  What all

24   have you done?

25           A    I have been reviewing everything I said

1    about Prop 50.  I reviewed all the conversations.

2    I have spoken with other plaintiffs, obviously.

3    I've been following the case and getting

4    information from my attorneys, which I'm sure you

5    know is privileged.  I'm not a lawyer, so I don't

6    think I have any more involvement than that.

7         Q    Understood.

8              Are there specific other plaintiffs who

9    you've been in contact with?

10        A    There are plaintiffs who live in

11   Los Angeles who I see and there are -- there is a

12   plaintiff that I'm also acquaintances with and

13   have been able to talk to, and that's

14   David Tangipa, but we were talking about a

15   separate thing.

16        Q    Okay.  Have you been involved with the

17   California Republican Party at all since this

18   litigation began?

19        A    Can you please explain what you mean by

20   "involved with"?

21        Q    Have you communicated with anybody

22   employed by the California Republican Party about

23   the case?

24        A    I don't believe specifically about the

25   case.  Again, because I'm the chairman of the

1    LAGOP, we're in sort of constant communication, so

2    I can't -- it's possible that we spoke about the

3    case, but we also spoke about, you know, a million

4    other things.

5         Q    And in your capacity with the LAGOP, do

6    you consider yourself to be an agent of the

7    California GOP, or are those two separate

8    entities?

9              MR. COLUMBO:  Objection, in terms of

10   calling for a legal conclusion.

11        Q    You can answer, ma'am.

12        A    What do you mean by agent?  No one pays

13   me, I'm a volunteer.  And so, as you know, party

14   structure works I guess sort of like Amway.

15   It's -- there's many different levels.  So

16   California party, GOP, is the state party, I'm the

17   County party chair.  So there's a hierarchy there.

18        Q    Would you say that you act on behalf of

19   the California Republican Party?

20        A    I don't know what the legal definition

21   of that would be.  I can't sign any contracts or

22   make any commitments on behalf of the California

23   GOP.  So as I, as a layman, understand it, I don't

24   think so.  I do try to speak for California

25   Republicans who live in Los Angeles whenever I'm

1    able.

2          Q     If -- you mentioned that you had

3    reviewed some of the documents filed in this

4    litigation.  Did you review the Complaint before

5    it was filed?

6          A     Yes, of course.

7          Q     And when --

8          A     I just thought you meant today.

9          Q     No.  Just in general.

10          Did you read it I guess before this

11    case was filed?

12          A     Yes, you have to append your name to

13    something, so, obviously, yes, I read it.

14          Q     And do you generally agree with the

15    allegations in the Complaint?

16          A     Yes, I do.

17          Q     Okay.  I'd like, then, to turn to the

18    campaign against Prop 50.  Do you remember when

19    you first became aware that California Democrats

20    were planning to redraw California's congressional

21    map?

22          A     I do.

23          Q     And when was that?

24          A     It was sometime this summer and rumors

25    started to fly that there was going to be new maps

1    coming down which didn't make any sense to me.

2    But I remember hearing it in the summer for sure.

3         Q    And so you heard it I guess from the

4    rumor mill; is that how you first became

5    acquainted with the project?

6         A    Yes, and people talking about it.

7         Q    And what was your understanding of why,

8    as you put it, new maps were going to be coming

9    down?

10        A    My personal understanding was that -- I

11    mean, I don't want to be rude but, you know, that

12    we live under what I call -- we live behind the

13    blue curtain here in Los Angeles and in

14    California.  And it seemed to me that it was

15    coming down because, you know, 99 percent wasn't

16    enough, and that there was going to be an attempt

17    to get more squeeze out of that lemon.

18        Q    And when you say 99 percent wasn't

19    enough, or just to be concrete, are we talking

20    about Democratic party control of the state?

21        A    Well, just, really, sort of almost a

22    cabal control, yes.

23        Q    The members of that cabal are members

24    of the Democratic party.

25        A    To some extent, yes, but it -- it's

1    not -- it's not just partisan, it's definitely --

2    feels a lot like the movie "Forget it, Jake, It's

3    Chinatown."  It feels like an oppressive

4    leviathan.

5         Q    That reference might have flown over my

6    head but the oppressive leviathan, who is at the

7    helm of the leviathan, from your prospective?

8         A    Well, it's just sort of a very -- I'm

9    from the third world, so, you know, we are always

10   very careful to -- how we speak about people.  So

11   it would be just power hungry individuals who get

12   their way without ceasing.

13        Q    Would Gavin Newsom be one of those

14   individuals?

15        A    He might be.

16        Q    Would Sacramento Democrats be among

17   those individuals?

18        A    I think we feel in California more like

19   there's a puppet master, there's a whole --

20   there's a whole behind the -- you know, someone

21   behind the curtain in Oz.  We get to see people

22   get elected but it does seem that there's

23   wholesale destruction that can't be just due to

24   one person.  Respectfully.

25        Q    I think you might have posted on social

1  media a picture of Gavin Newsom as a puppet master

2  which is why I asked about whether or not he could

3  have been pulling the strings.

4          I want to return to a remark that you

5  just made.  You said, I think I'm quoting this, 99

6  percent wasn't enough and there was going to be an

7  attempt to get more squeeze out of that lemon.

8  What did you mean by "squeeze out of that lemon"?

9      A    That the democrat -- sorry, my husband

10 just came in the room.  Is he allowed to walk

11 through?  It's my house so I -- is it okay if

12 someone walks through?

13     Q    I have no concern with that, yeah.

14     A    Okay.

15     Q    Thank you.

16     A    I was like go away.  I'm sorry, could

17 you repeat your question?

18     Q    Sure.

19          You mentioned that 99 percent wasn't

20 enough and that there was going to be an attempt

21 to get more squeeze out of that lemon.  And I'm

22 wondering what you meant by that.

23     A    That the Democrats had a plan to

24 overwhelm the already overwhelmed, I don't like to

25 use the word rigged, but they've created an

1   ecosystem that uses people to get absolute power.

2   And so they were going to go back to that well.

3       Q    And the absolute power there would be

4   for the Democratic party who were doing the lemon

5   squeezing?

6       A    I imagine so.

7       Q    And you participated in the campaign

8   against Prop 50, right?

9       A    Can you define "participated in"?

10      Q    You posted on social media about

11  Prop 50, you sent emails about Prop 50, generally

12  tried to persuade people that it was a bad idea;

13  is that right?

14      A    Yes.  I just want to make clear that

15  I -- sorry, something just -- go away.  I want to

16  make clear, I don't get paid for anything, I'm

17  just a volunteer.  So there are many things that

18  happen in California that I post about or around

19  the states.  So when you say "participated in,"

20  I've certainly tried to get volunteers and friends

21  and people who listen to me to be active and to

22  turn out to vote, yes.  But nobody sent me any

23  money.

24      Q    Well, I'm sorry, about that.

25      A    Yeah.

1    Q    So you did it only out of a sense of

2    civic duty; is that right?

3    A    Yeah.  Yeah, I'm a civic duty person.

4    I realized there was a lot of money flowing into

5    the other side.

6    Q    Why did your civic duty compel you to

7    speak out against Prop 50?

8    A    It just seemed, on its face, even to

9    laypeople immediately to be grossly unfair.

10   Q    And in what sense did you find it to be

11   unfair?

12   A    Again, I'm a naturalized U.S. citizen.

13   So I had to take a test in order to become one.

14   And from my recollection, redistricting happens

15   after the census, and we were doing this

16   midyear -- mid-cycle redistricting.  And by all

17   accounts, when the next census comes, we're going

18   to lose a lot of people.  And so it seemed just

19   really gross to be -- to be trying to rearrange

20   maps when we shouldn't be.

21   Q    And when you say "we're going to lose a

22   lot of people," who are you referring to?  Who's

23   the "we"?

24   A    The state of California.  Sorry.  When

25   I refer to losing people, the state of California

1   keeps losing population because it's just

2   unaffordable and untenable and unsafe to live

3   here.

4        Q    And how did that relate to Prop 50

5   being particularly unfair?  I guess I'm just

6   trying to understand that.

7        A    By redistricting in the middle of a

8   cycle, using old numbers and populations that

9   aren't going to be there -- they're not there now.

10  We can see, you know, people moving out on a

11  regular basis.  It just -- it just looked --

12  seemed gross.  I'm sorry, I can't think of another

13  word.  It just seemed gross.

14       Q    I guess I'm just trying to understand

15  because it seems like that would result in

16  California getting more representation rather than

17  less representation if it's based on inflated

18  numbers in the past.  So why would that be -- why

19  would that strike you as unfair?

20       A    Why would it strike me as unfair to

21  inflate the numbers?  Because those are lies, I

22  guess.  So that's -- so that's why it struck me as

23  unfair.  It would have been fair if somebody said

24  you know what, we have lost X percent of our

25  population and we're going to look at the new --

1    at the new numbers and where populations are and

2    we're going to make representatives and districts

3    for everybody that is based on those new

4    populations.

5              I mean, no one's ever going to do this

6    I know but we're going to give up the one or two

7    congressional seats that we really don't have the

8    population to support anymore.  But I know that's

9    a bit of a fantasy.

10        Q    And you talk about going back to the

11   well in terms of Prop 50.  You used that metaphor.

12   What did you mean by "the well"?

13        A    And again I'm not trying to be

14   personally -- I mean, you're a lawyer for the

15   Democrats and all of my friends are Democrats.

16   But the well is -- it feels in California that

17   it's very clear that one party has made the

18   decision years ago to use a racial demographic.

19   You know, it used to be black Americans and then

20   we kind of got kicked to the curb and it became

21   Latinos to be able to justify building the

22   aforementioned cabal and to get power whether it's

23   in Sacramento or in DC.

24        Q    And I promise I won't take offense on

25   behalf of myself or any other Democrats, but when

1    you say that one party has made the decision to

2    try to rig the decision in its favor, that is we

3    are talking about the democratic party; is that

4    right?

5         A    Yes, sir.

6         Q    Okay.  Fully understood.

7              You mentioned that you had posted on

8    social media and you had sent emails and done

9    other things, unfortunately unpaid, you know, on

10   the campaign against Prop 50.

11             When you -- in those communications,

12   were you generally being honest with voters or

13   with the other people that you were connecting

14   with?

15        A    I pride myself on generally, to the

16   consternation of many people, saying what I think.

17   If I say something, I'm -- I'll stand behind it.

18   I don't always say what I'm thinking behind that

19   because I also try to not be rude and tacky.

20        Q    We certainly appreciate the tact.  I

21   guess my question is more you don't recall saying

22   anything that you believe was untrue during the

23   course of the campaign; is that fair?

24        A    No.  I did say things that I thought

25   would be helpful in turning out voters; in other

1   words, you're not going to say this really affects

2   fat ugly people so fat ugly people, be sure to

3   listen to this.  I mean, just you would never do

4   that.

5        Q    That's not good marketing to my

6   understanding.  Okay.  I appreciate that.

7             MR. ACCARDI:  Harold, would you mind

8   putting up document 1 on the screen and let's mark

9   this as DCCC's Exhibit 1.

10            PLANET DEPOS TECHNICIAN:  Sure thing,

11  Counsel.  One second, please.

12            (Hoge Exhibit 1 marked for

13  identification and attached to the transcript.)

14            PLANET DEPOS TECHNICIAN:  Counsel,

15  sorry for the discrepancy, you said Exhibit 1 or

16  Hoge 1?

17            MR. ACCARDI:  Well, they should all be

18  named with a doc prefix and then 01 through 11.

19  So just the 01.

20            PLANET DEPOS TECHNICIAN:  Okay.  And

21  what's the prefix?  Sorry.

22            MR. ACCARDI:  Well, this can be Hoge,

23  the prefix should be Hoge but in the file names

24  that are on the website it's doc.

25            PLANET DEPOS TECHNICIAN:  Okay.  Thank

1  you.

2          MR. ACCARDI:  Do you understand?

3          PLANET DEPOS TECHNICIAN:  Sure.  Thank

4  you.  Stand by, please.

5      Q    And Ms. Hoge, can you see that document

6  up on the screen?

7          THE WITNESS:  Is there any way you can

8  make it larger, Harold?

9      A    Yes, I can see the document.

10     Q    And this was posted on your X profile,

11  is that right, formerly known as Twitter?

12     A    It appears so, yes.

13         MR. ACCARDI:  And if you scroll down,

14  Harold.

15     Q    Can you see a date of August 18, 2025?

16     A    Oh, me?  Yes, I can.

17     Q    Yes, ma'am.

18          And the first line of the tweet says,

19  "Confused about the redistricting power grab

20  happening in California?"

21          Did I read that right?

22     A    Yes, sir.

23     Q    And that is a reference to Prop 50?

24     A    Yes, sir.

25     Q    And you are referring to Prop 50 as a

1   power grab?

2        A    Clearly.

3        Q    And I'm just curious what you meant.

4   Power grab for whom?  In other words, who was

5   grabbing the power?

6        A    Well, the Republicans don't have the

7   power, so it would be referring to the Democrats.

8   And that's just the shortest hand way to sort of,

9   you know, say to people we're talking about this

10  thing.

11       Q    Understood.  The post also appears to

12  contain a video; is that right?

13       A    It does.

14            MR. ACCARDI:  And I'd like to introduce

15  that video as Hoge Exhibit 2.

16            (Hoge Exhibit 2 marked for

17  identification and attached to the transcript.)

18            MR. ACCARDI:  And, Harold, could you

19  please play that starting at the 12-second mark

20  going to the 25-second mark.

21            PLANET DEPOS TECHNICIAN:  Sure thing,

22  Counsel.  Give me one second, please.  This is the

23  one that's labeled doc 2?

24            MR. ACCARDI:  Yes, sir.

25            PLANET DEPOS TECHNICIAN:  Okay.  Stand

1    by.  Give me one moment, please.

2                (Video shown.)

3                MR. ACCARDI:  That's good for right

4    now.

5         Q    So the clip states your position that

6    the purpose of Proposition 50 is to, quote, strip

7    Republicans from office and send more Democrats to

8    the U.S. House of Representatives.

9                MR. COLUMBO:  Objection.  Preserving

10   hearsay, that's all.

11               MR. ACCARDI:  Oh, understood.  Thanks.

12        Q    And so I'm --

13        A    I did.

14        Q    Go ahead, ma'am, I'm sorry.

15               MR. COLUMBO:  You can go ahead.

16        A    No, no.  Finish your question.

17        Q    I just want to repeat my question just

18   to make sure.  My question was, did I quote the

19   video right as saying the purpose of

20   Proposition 50 was to strip Republicans from

21   office and send more Democrats to the U.S. House

22   of Representatives?

23        A    You quote the reporter saying that I

24   said that.  I don't recall saying those exact

25   words.

1      Q    Is that an accurate summary of your

2  views?

3      A    My view, as an accurate summary, then

4  and now was that it was not partisan.  It was

5  completely, you know, power-hungry incumbents.

6  They may happen to be Democrats, but there are

7  already hardly any Republicans elected to Congress

8  in California.

9           So the -- you know, whittling nine down

10  to five isn't exactly a rallying cry nor did it

11  ever make sense to me.

12      Q    And just to make sure I understand.

13  Whittling nine down to five is the consequence of

14  Prop 50 redrawing the maps?

15      A    That's what was -- that's what people

16  said was being bandied about as the consequence of

17  this complete gerrymander based on race, yes.

18      Q    I'm sorry, you just used the phrase

19  "gerrymander based on race."  Did you ever mention

20  race to any reporters during the course of the

21  Prop 50 campaign?

22      A    Yes.

23      Q    Do you recall specific conversations

24  where that occurred?

25      A    Don't know which ones.  I know

1    definitely on TV, I know -- I know I was on local

2    CBS with the formerly, quote, unquote, nonpartisan

3    head of the nonpartisan citizens redistricting

4    commission.  Her name is Sara Sadhwani I think,

5    and I'm not -- S-A-D-W-H-A-N-I [sic].

6              And I said it felt like so -- it always

7    felt racist to me.  I know I said it to someone

8    else.  And I did say it in conversation with

9    people in trying to determine why this was

10   happening and how.  I said that from the summer

11   when I very first heard about it through --

12   throughout.

13       Q    Okay.  I guess I'm just sort of curious

14   about your view.  You know, you talked about how

15   Prop 50 is designed to keep corrupt incumbents in

16   power and help the leviathan sustain its presence.

17   In what sense is Prop 50 racist, from your

18   perspective?

19       A    It's based on race.  It feels to me

20   personally as a woman of color, as an immigrant

21   that California Democrats cynically use racial

22   groups for their own ends and move them around

23   like chess pieces.  And so, it's -- it's sad to

24   see that, you know, in America.  African Americans

25   completely have lost their power once Hispanic

1    Americans started growing and it's just sad to me

2    to see that as a -- as a, you know, as a Jamaican

3    immigrant.

4         Q    Okay.  I think let's keep talking about

5    some of your statements during the campaign.

6              MR. ACCARDI:  Harold, could you please

7    pull up document 3 and we'll introduce this as

8    Hoge 3.

9              (Hoge Exhibit 3 marked for

10   identification and attached to the transcript.)

11        Q    And Ms. Hoge are you able to see that

12   up on the screen there?

13        A    Yes, sir.

14        Q    And do you recognize this?

15             MR. COLUMBO:  Would you mind making

16   that just a little bit bigger?  I'm just

17   squinting.  I want to see if I can read the words.

18   Sorry.  Thanks much.  Appreciate it.

19        Q    And, ma'am, do you recognize that

20   document?

21        A    I do, sir.

22        Q    And was this posted on your Twitter/X

23   feed on or around October 29th, 2025?

24        A    I can't see the bottom of the screen,

25   but I think that sounds correct.  But if you want

1   to scroll down, we can confirm.  I'm pretty sure

2   that's when it was.  Yes.

3         Q     I think that's right.

4         A     29, October 29.

5               MR. ACCARDI:  Thanks, Harold.  Could

6   you scroll back up?

7         Q     I'd like to draw your attention to the

8   first line in the post.  Would you mind just

9   reading that out loud for me?

10        A     Now I have to get closer.  "Is it just

11  a coincidence that as minorities take a step to

12  the right, @Cal Dem wants to dilute their power

13  with Prop 50?"

14        Q     And you mentioned earlier that you

15  thought Democrats were racist or using minorities

16  like chess pieces.

17              MR. COLUMBO:  Objection.

18        A     Correction.  I didn't say -- I said it

19  was not that Democrats are racist, that they

20  cynically used racial groups.

21        Q     Okay.

22        A     There's a difference.

23        Q     I appreciate that correction.

24              So I guess you characterize Prop 50 as

25  cynically using racial groups to achieve I guess

1    partisan ends; is that a fair summary?

2         A    I'm sorry, say that again.

3         Q    You sort of -- you characterized

4    Prop 50 as using racial groups to achieve partisan

5    ends; is that a fair summary?

6         A    I would say more to achieve, you know,

7    corrupt, absolute power corrupts absolutely ends

8    because they're already partisan.  Like there's no

9    better -- you guys have killed it here in

10   California.  There's no -- there's no better --

11   you know, bigger mountain you can have.

12        Q    And by you guys -- and again I'm not

13   taking this personally -- but you're referring to

14   the Democratic party?

15        A    Yes, sir.

16        Q    Okay.  Understood.

17             And is this tweet about that same point

18   that you're making about the manipulation of

19   racial groups?

20        A    I can't remember exactly, but I could

21   characterize my view of what this clip possibly

22   could be is me saying that they're using race

23   thinking they're going to get a result, but we've

24   seen some strides so maybe they're also not going

25   to get the result they think they're going to get.

1      Q    And I guess I'm struggling to square

2   that with the words on the page.  I mean, the

3   second line there says, The California

4   Democratic party or "@CA Dem wants to dilute their

5   power with Prop 50"?

6      A    Yes, by moving them around so that they

7   can get -- in other words, instead of your power

8   in a community, you get moved around as a chess

9   piece to maintain power for, you know, the

10  perpetual -- the perpetually in power.

11           And as a reminder, Twitter which no one

12  calls it X, has -- you can with the verified

13  account have more lines, but I try not to go

14  really long because I just find that super

15  annoying so I like to just cut right -- you know,

16  do something short and pithy.

17      Q    As a lawyer brevity is much appreciated

18  as a underrated quality.

19           I do want to sort of spend some time

20  here and zero in on what you mean.  Is it your --

21  was it your understanding when you posted this

22  tweet that Proposition 50 was going to dilute the

23  power of minority groups that were moving toward

24  the right?

25      A    My -- well, if you play it, I'll know

1   more of what I was thinking at the time.  But my

2   overall impression -- and, again, I'm a volunteer

3   with the LA County party.  But I just wanted to

4   point out that the Democrat party uses racial

5   groups and now there's some movement to the right,

6   obviously, not enough in California, but there's

7   movement to the right so maybe they can't take

8   advantage of us anymore.

9        Q    And when you're talking about racial

10  groups or minorities that are moving to the right,

11  are there specific groups that you have in mind?

12       A    I feel like this last election was

13  everybody took a step to the right.  I'd have

14  to -- I'd have to look at the voter data.  But it

15  did feel like in the last national election

16  there -- there was a move.

17            Take a step to the right is sort of my

18  shorthand, you know, hashtag that we use in the

19  LA County party, and we -- we noticed that it's --

20  it would be great if people would do that, you

21  know, the more crime, the more that you're being

22  mugged and paying through the nose like it would

23  be just great if everyone would take a step to the

24  right here in LA.

25       Q    And when you say "take a step to the

1    right," just to be clear, we're talking about

2    voting more Republican than that group did in

3    previous elections?

4         A    Or change your registration.  That was

5    our whole -- like get people to go from Dem to

6    decline to state and if they're declined to state

7    then change their registration to R.

8         Q    And you mentioned that your impression

9    was that nationally pretty much every I guess

10   minority or racial group took a step to the right

11   of varying degrees, you know, size of the step.

12   Was that your impression?

13        A    Yeah, except for my -- you know, not I

14   think African American women.

15        Q    Well, the Latino/Hispanic community

16   would fall into that bucket; is that right?

17        A    I felt like everyone did obviously

18   because the President won.  So clearly there was a

19   whole bunch of stepping to the right.

20        Q    And that would include, to the best of

21   your understanding, the Latino and Hispanic

22   community; is that fair to say?

23        A    Yeah.

24        Q    And so your suggestion here is that

25   Prop 50 would dilute those votes; is that right?

1      A     I think what I was saying on the tweet

2  to get people's attention was okay, look out,

3  they're using you as chess pieces, yes.

4      Q     And just I'm -- I mean, using you as

5  chess pieces, is it your understanding that their

6  votes were being diluted?

7      A      If you end up with no representation

8  that is good and working to actually improve

9  conditions where you are, yes, your votes are

10  being diluted.  And if you're just used as a pawn

11  for something that doesn't make sense, in other

12  words, we're a majority/minority state and we

13  already have -- I have a friend who was once a

14  democrat, he's a Latino man, he was once a

15  democrat and he's pointed out that the history of,

16  you know, putting together families who have

17  enjoyed the corruption and used their Hispanic

18  last names to win elections in overwhelmingly

19  Hispanic districts that were drawn by the

20  Democrats in order to keep that power for

21  themselves and for the Democrats, it's been going

22  on for a couple decades, I would say.

23      Q     Okay.  And so your understanding is

24  that Prop 50 is the latest in this series of

25  events where Democrats draw districts in order to

1    keep power for themselves and the Democrats; is

2    that right?

3         A    I have to say that I don't -- I'm a new

4    person in the political world.  So that's -- the

5    past stuff is just based on really hearsay.  What

6    I was looking at with Prop 50 was that it was just

7    a grotesque thing to be doing and it felt like

8    they were use -- it just feels like we're being

9    used here.  You don't live here in California, do

10   you?

11        Q    No, I'm on the East Coast.  It's late

12   out here.  I just want to make sure, you used the

13   word "grotesque," and the reason is it's

14   grotesque -- I'm trying to quote your words so I

15   don't get anything wrong.  The reason that it's

16   grotesque it was an attempt to draw districts in

17   order to keep power for the Democrats, the

18   democrats were drawing districts to keep power for

19   themselves in other words; is that right?

20        A    And it's on the backs of we the people.

21   That's the grotesque part to me.

22             MR. COLUMBO:  I'm just going to say

23   we've probably asked this question about 18 times

24   now.  I don't know how many different ways she can

25   keep saying every time you ask her if it's about

1  democrat power, she keeps explaining that's not

2  what she's saying, so --

3          MR. ACCARDI:  I'm not sure I agree with

4  your characterization of the testimony there.  And

5  I also only have an hour, so I feel like I can use

6  it as I see fit.  But I appreciate the comments.

7          I think that we can move on to document

8  4, Harold, and that's going to be a video and I'll

9  represent that it's the video associated with this

10 tweet.

11         Would you be able to play that starting

12 from the zero mark to the 11 mark, 11-second mark.

13         (Hoge Exhibit 4 marked for

14 identification and attached to the transcript.)

15         PLANET DEPOS TECHNICIAN:  Sure thing,

16 Counsel.  Just give me one moment.  Please just

17 let me know when it's visible on the screen so I

18 can play.

19         THE WITNESS:  It's there.

20         PLANET DEPOS TECHNICIAN:  Okay.  Stand

21 by, please, everyone.

22         (Video shown).

23      Q   I just want to cut it off there.

24          Do you remember making that statement

25 in an interview, ma'am?

1    A     Sure do.

2    Q     And in the clip you say, and I think

3    I'm quoting here, that the average democrat voter

4    would say that Prop 50 is aimed to stop Trump.  Is

5    that -- if I didn't get every word right, is that

6    at least a fair summary of what you were saying?

7    A     I said that because that was the

8    marketing, yes.

9    Q     And is that your understanding as just

10   a California voter and somebody read into the

11   political scene in California, is that your

12   understanding of what you think motivated the

13   average person who voted for Prop 50?

14   A     The marketing strategy from the left

15   was -- can we move the screenshot of my horrible

16   face?  I'm sorry.

17         The marketing strategy -- thank you,

18   that was terrifying.

19         The marketing strategy of the left was

20   brilliant and cynical and I have to appreciate it

21   as someone who likes marketing.  It was literally

22   no kings, stop Trump.  And the fact that they made

23   that their pitch doesn't negate anything else I'm

24   saying.  It's like new and improved ShamWow, get

25   new knives with every purchase.  I mean, that was

1    the sizzle they were selling and dammit if it

2    didn't work.

3         Q    Sometimes marketing, marketing just

4    does its job.  I just want to make sure I

5    understand what you're kind of impression is of

6    this.

7              So your impression is that the

8    Democrats' marketing in favor of Prop 50 was that

9    this was about stopping Trump; is that right?

10        A    Well, you saw -- well, you didn't see

11   the ads because you're not in California.

12             The advertising was a hundred percent

13   lockstep and that's how they do everything here.

14   Stop Trump.  Hike the gas tax.  Stop Trump,

15   decriminalize crime.  Stop Trump.  Defund the

16   police.  It's really an all-purpose bucket.

17        Q    And that included I guess the

18   advertising campaign then to -- in support of

19   Prop 50?

20        A    I'm pretty sure that was their

21   hundred -- that's the only message they delivered.

22        Q    And you said that that was a successful

23   message, that that convinced the voters even if

24   you don't believe it was true.

25        A    Oh, yeah.  Yes.

1      Q    Perfect.  I think we can move on to the

2  next exhibit.

3           MR. ACCARDI:  Harold, could you put up

4  doc 05 on the screen, please.  And let's introduce

5  this as Hoge Exhibit 5.

6           (Hoge Exhibit 5 marked for

7  identification and attached to the transcript.)

8      Q    And, Ms. Hoge, do you recognize this

9  document?

10          MR. COLUMBO:  It would be great if he

11  can zoom it in.

12     A    Can you make it bigger?  But I think

13  so.

14     Q    Is that better?

15     A    Yes.

16          MR. ACCARDI:  Thanks, Harold.

17     Q    Do you recognize the top email in this

18  chain dated September 29th, 2025?

19     A    Yes.

20     Q    And that was sent from the email

21  address roxannehoge@gmail.com.

22     A    Yes.

23     Q    And that's one of your email addresses.

24     A    It's my personal email address which I

25  prefer to not get spammed at, but, yes.

1          Q    It's not going anywhere.

2          A    Okay.

3          Q    It's not going to be publicized.  I

4     just want to confirm that that is, in fact, one of

5     your email addresses.

6          A    Yeah.

7          Q    And in the top email of the chain you

8     are suggesting some language for I guess copy to

9     be used against Prop 50.  Is that what's going on?

10         A    I think so but it looks like it's a

11    reply to something.  If you can scroll down.  Oh,

12    it was about our volunteers.  Yeah, yeah, yeah.

13    Yes.

14         Q    This was an email that was going to be

15    sent to volunteers who were part of the LAGOP

16    organization.

17         A    Yes.

18         Q    Is that right?

19              And you say "Suggested final."  That's

20    presumably a reference to the final copy to be put

21    in the email; is that right?

22         A    Yes.

23         Q    And then you have some language that's

24    going to be incorporated into the email.

25              The third line of the, I guess the

1    third paragraph is a message, could you please

2    read that out loud to me?

3         A    "Newsom's Prop 50 is an attack on our

4    independent redistricting commission, our

5    California members of the Republican House

6    majority and on fairness itself."

7         Q    Is that a pretty fair summary of why

8    you oppose Prop 50?

9         A    No.  It's a fair summary of how I would

10   motivate Republican volunteers to activate

11   themselves with a message from the Republican

12   Party.  But the part about it being completely

13   unfair, yes.

14        Q    And I just want to make sure.  The

15   sentence says, "Newsom's Prop 50 is an attack on

16   our independent redistricting commission."

17             Do you agree that it's an attack on the

18   IRC?

19        A    Yeah.

20        Q    And you said that you agree that it's

21   an attack on fairness itself.

22        A    Yeah.

23        Q    Is that right?

24        A    And on -- and then to -- it's -- an

25   attack on all of the above, yes, I would -- but

1    it's not -- it's not the complete picture of

2    everything I opposed, but, yes, it is a -- it is a

3    fair statement that I made that I would use to

4    motivate our Republican volunteers.

5         Q    And the third thing that's within the

6    all of the above category is our Republican

7    members of the House majority.

8             Is that -- do you agree that Prop 50 is

9    an attack on them?

10        A    You said third?  I'm confused.  What

11   is --

12        Q    Sorry.  Bad question by me.

13            The third paragraph lists three things,

14   the independent redistricting commission, fairness

15   itself, and then the California members of the

16   Republican House majority.  Those are three things

17   that Prop 50 used an attack on.

18            So I want to just make sure that I'm

19   understanding that you agree that Prop 50 is an

20   attack on the California members of the Republican

21   House majority.

22        A    It was an attack on many things,

23   including those poor nine people who could fit in

24   my minivan, yes.

25        Q    And those nine people were the

1    Republican congressional delegates from

2    California?

3         A    Yeah.

4         Q    Thank you.  I think we can move on.

5              MR. ACCARDI:  Harold, could you put up

6    document 06 and let's mark this as Hoge Exhibit 6.

7              (Hoge Exhibit 6 marked for

8    identification and attached to the transcript.)

9              MR. ACCARDI:  Harold, could you just

10   kind of scroll through this document just to give

11   everybody a sense of -- I think it stretches on

12   for two pages so I just want to make sure

13   everybody can see the content there.  And if you

14   could stop there, please, Harold.

15        Q    Ms. Hoge, do you recognize this is an

16   email thread that involves you and includes an

17   email dated October 7th, 2025 at 7:00 p.m.?

18        A    Yes, sir.

19        Q    And that email is from you.

20        A    Yes.

21        Q    And it contains what appears to be

22   draft language for I guess an email blast or

23   another communication to volunteers about Prop 50;

24   is that right?

25        A    No.  No, that was an email blast that

1   was going out from Mike Netter to, I believe it

2   was all of LA County Republican voters.  So they

3   were not volunteers.  They were supposed to be

4   Republican voters.

5        Q    And so this was just intended to go to

6   Republican voters in the LA area at large; is that

7   right?

8        A    Yes.

9        Q    And the first line of the email says,

10  "Did you ever think to yourself, 'the problem with

11  California is too many Republicans in office'?"

12       A    Yes.

13       Q    And how did that line relate to

14  Prop 50?

15       A    It relates to everything wrong with

16  California because every time, as I mentioned

17  before, anything goes wrong, the -- the democrat

18  response is oh, the truth is that, you know, the

19  Palisades burned down and there's no Republicans

20  in office there and that homeless people are,

21  like, right outside and there's no Republicans

22  there.  So I found it a particularly

23  attention-grabbing first line.

24       Q    And just to be clear, the focus of this

25  email is encouraging people to vote against

1   Prop 50, right?

2          A    Yes, and just to vote.  Just to -- you

3   know, people who are not activated and engaged, we

4   don't have a whole, you know, army so really just

5   saying hi, Republicans, do you know that there's

6   an election happening?

7          Q    I mean, the whole body, the rest of the

8   email is about Prop 50.  We've got this bulleted

9   list here.

10         A    Yeah, Prop 50 was the only thing on the

11  ballot, so, yes.

12         Q    And I'd like to draw your attention to

13  the bulleted list in the middle of the page.

14              Do you see where there's a bullet that

15  says, "Learn all you can about Prop 50 by watching

16  this video"?

17         A    Yes, sir.

18              MR. ACCARDI:  And, Harold, could you

19  please pull up document 7, 07, it's a video file.

20  We'll mark this as Hoge 7.

21              And I'd like you to play the video

22  beginning at four minutes and 59 seconds and going

23  to five minutes and 31 seconds.

24              (Hoge Exhibit 7 marked for

25  identification and attached to the transcript.)

1          PLANET DEPOS TECHNICIAN:  Stand by,

2    everyone.  Please just let me know when it's

3    visible on your screen, Ms. Hoge.

4          THE WITNESS:  It's there.

5          PLANET DEPOS TECHNICIAN:  Okay.  Stand

6    by, everyone.

7          (Video shown.)

8          MR. ACCARDI:  That's good.  That's

9    good.  Thanks, Harold.

10   BY MR. ACCARDI:

11   Q    Do you remember giving an interview for

12   this documentary?

13   A    I do.

14   Q    And this documentary was intended to

15   oppose Prop 50?

16   A     It was, I guess.  Yes, no, it was an

17   informational piece and then they put together a

18   thing to -- yeah, we did CAGOP convention.

19   Q    And right after the snippet of your

20   interview the video says that if Prop 50 passes

21   Republican seats may be reduced to just three.

22        Am I remembering that right?

23   A    That's what the host says, yes.

24   Q    And was that your understanding of at

25   least one of the possible consequences of Prop 50?

```
 1        A    Yes, I always thought that was sort of
 2   a -- not a dumb argument, but it doesn't matter,
 3   like, you have to get to 50 percent to -- plus one
 4   to win something.  So it's -- the percentages, I
 5   thought that the math argument doesn't help move
 6   people.  But people liked to say it.
 7        Q    And that was your understanding of what
 8   would actually happen if Prop 50 passed or at
 9   least a likely scenario?
10        A    That could happen.  I'm a glass half
11   full girl, so.  Maybe not.
12        Q    Without your stalwart efforts, that's
13   something that could happen; fair to say?
14        A    Yeah.
15             MR. ACCARDI:  Counsel, can we go off
16   the record for five minutes?  I know I'm running
17   short on time but I would like to confer briefly
18   with my cocounsel.
19             MR. COLUMBO:  Yes.
20             (Recess taken from 6:56 p.m. to
21   7:02 p.m.)
22             MR. ACCARDI:  DCCC has no further
23   questions for the witness.  Ms. Hoge, I would like
24   to thank you for taking the time today.  It's not
25   a fun process for anybody so I really appreciate
```

1      it.

2              THE WITNESS:  Thank you for your time

3      and patience.  I think you have a little sticker

4      on the bottom of your mug that you need to remove,

5      the price tag.

6              MR. ACCARDI:  It's a QR code.

7      Appreciate it.

8              MR. COLUMBO:  Thank you, everybody,

9      appreciate it, Chris -- I'm sorry, Max, and thanks

10     much.  Talk to you soon, bye.

11             (Off the record at 7:02 p.m.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          CERTIFICATE OF REPORTER - NOTARY PUBLIC

2               I, JUDITH E. BELLINGER, RPR, CRR, CSR,

3    the officer before whom the foregoing deposition

4    was taken, do hereby certify that the foregoing

5    transcript is a true and correct record of the

6    testimony given; that said testimony was taken by

7    me and thereafter reduced to typewriting under my

8    direction; that reading and signing was not

9    requested; and that I am neither counsel for,

10   related to, nor employed by any of the parties to

11   this case and have no interest, financial or

12   otherwise, in its outcome.

13              IN WITNESS WHEREOF, I have hereunto set

14   my hand and affixed my notarial seal this 14th day

15   of December, 2025.

16   My Commission Expires:  November 3, 2028

17

18   _Judith E. Bellinger_

19

20   _____

21   E-NOTARY PUBLIC IN AND FOR

22   THE STATE OF MARYLAND

23

24

25

**A**

**able**
10:13, 12:1,
19:21, 27:11,
35:11
**about**
7:14, 7:25,
9:1, 9:10, 10:1,
10:14, 10:22,
10:24, 11:2,
11:3, 13:6,
13:20, 14:10,
15:2, 16:10,
16:11, 16:18,
16:24, 19:10,
20:3, 22:19,
23:9, 25:16,
26:11, 26:14,
27:4, 29:17,
29:18, 31:9,
32:1, 34:23,
34:25, 37:9,
39:12, 40:12,
42:23, 44:8,
44:15
**above**
40:25, 41:6
**absolute**
16:1, 16:3,
29:7
**absolutely**
29:7
**accardi**
4:5, 5:3, 6:8,
6:10, 21:7,
21:17, 21:22,
22:2, 22:13,
23:14, 23:18,
23:24, 24:3,
24:11, 27:6,
28:5, 35:3,
38:3, 38:16,
42:5, 42:9,
44:18, 45:8,
45:10, 46:15,
46:22, 47:6
**account**
30:13

**accounts**
17:17
**accurate**
6:21, 25:1,
25:3
**achieve**
28:25, 29:4,
29:6
**acquaintances**
10:12
**acquainted**
13:5
**act**
11:18
**activate**
40:10
**activated**
44:3
**active**
16:21
**actually**
33:8, 46:8
**address**
38:21, 38:24
**addresses**
38:23, 39:5
**ads**
37:11
**advance**
7:17
**advantage**
31:8
**advertising**
37:12, 37:18
**affects**
21:1
**affixed**
48:14
**aforementioned**
19:22
**african**
26:24, 32:14
**after**
17:15, 45:19
**afternoon**
6:9
**again**
10:25, 17:12,

19:13, 29:2,
29:12, 31:2
**against**
12:18, 16:8,
17:7, 20:10,
39:9, 43:25
**agent**
11:6, 11:12
**ago**
19:18
**agree**
12:14, 35:3,
40:17, 40:20,
41:8, 41:19
**agreed**
7:9
**ahead**
24:14, 24:15
**aimed**
36:4
**al**
1:5, 1:13, 1:16
**all**
7:6, 9:7, 9:17,
9:23, 10:1,
10:17, 17:16,
19:15, 21:17,
24:10, 40:25,
41:6, 43:2,
44:15
**all-purpose**
37:16
**allegations**
12:15
**allowed**
15:10
**almost**
13:21
**already**
15:24, 25:7,
29:8, 33:13
**also**
4:23, 7:2, 8:6,
10:12, 11:3,
20:19, 23:11,
29:24, 35:5
**always**
14:9, 20:18,

26:6, 46:1
**amber**
3:5, 7:22
**america**
1:8, 26:24
**american**
4:15, 32:14
**americans**
19:19, 26:24,
27:1
**among**
14:16
**amway**
11:14
**angeles**
8:25, 10:11,
11:25, 13:13
**annoying**
30:15
**another**
6:24, 18:12,
42:23
**answer**
11:11
**answers**
7:3
**any**
7:11, 8:3,
8:15, 10:6,
11:21, 11:22,
13:1, 16:22,
19:25, 22:7,
25:7, 25:20,
48:10
**anybody**
8:18, 10:21,
46:25
**anymore**
19:8, 31:8
**anything**
8:11, 16:16,
20:22, 34:15,
36:23, 43:17
**anywhere**
39:1
**appears**
22:12, 23:11,
42:21

append
12:12
appreciate
6:25, 20:20,
21:6, 27:18,
28:23, 35:6,
36:20, 46:25,
47:7, 47:9
appreciated
8:14, 30:17
area
43:6
aren't
18:9
argument
46:2, 46:5
army
44:4
arnold
4:17
around
16:18, 26:22,
27:23, 30:6,
30:8
asked
15:2, 34:23
associated
35:9
assume
9:12
attached
5:5, 21:13,
23:17, 27:10,
35:14, 38:7,
42:8, 44:25
attack
40:3, 40:15,
40:17, 40:21,
40:25, 41:9,
41:17, 41:20,
41:22
attempt
13:16, 15:7,
15:20, 34:16
attention
28:7, 33:2,
44:12
attention-grabbi-
ng
43:23

attorneys
3:18, 7:16,
10:4
august
22:15
aulisi
3:6
avenue
4:9
average
36:3, 36:13
aware
12:19
away
15:16, 16:15

**B**

back
16:2, 19:10,
28:6
backs
34:20
bad
16:12, 41:12
ballot
44:11
ballpark
9:20
bandied
25:16
based
18:17, 19:3,
25:17, 25:19,
26:19, 34:5
basis
18:11
became
12:19, 13:4,
19:20
because
10:25, 13:15,
18:1, 18:15,
18:21, 20:19,
29:8, 30:14,
32:18, 36:7,
37:11, 43:16
beckford
5:12, 5:15

become
17:13
been
9:25, 10:3,
10:9, 10:13,
10:16, 15:3,
18:23, 33:21
before
2:10, 9:17,
12:4, 12:10,
43:17, 48:3
began
10:18
beginning
44:22
behalf
3:3, 3:13, 4:3,
4:14, 11:18,
11:22, 19:25
behind
13:12, 14:20,
14:21, 20:17,
20:18
being
6:4, 9:4, 18:5,
20:12, 25:16,
31:21, 33:6,
33:10, 34:8,
40:12
believe
10:24, 20:22,
37:24, 43:1
bellinger
1:24, 2:11,
48:2
best
6:25, 32:20
better
29:9, 29:10,
38:14
bigger
27:16, 29:11,
38:12
bishop
4:7
bit
19:9, 27:16
black
19:19

blast
42:22, 42:25
blue
13:13
body
44:7
bottom
27:24, 47:4
brevity
30:17
briefly
7:14, 46:17
brilliant
36:20
bucket
32:16, 37:16
building
19:21
bullet
44:14
bulleted
44:8, 44:13
bunch
8:5, 32:19
burned
43:19
bye
47:10

**C**

ca
3:10, 3:23,
4:20
cabal
13:22, 13:23,
19:22
cagop
45:18
california
1:2, 1:13,
3:13, 3:19,
10:17, 10:22,
11:7, 11:16,
11:19, 11:22,
11:24, 12:19,
13:14, 14:18,
16:18, 17:24,
17:25, 18:16,

19:16, 22:20,
25:8, 26:21,
29:10, 30:3,
31:6, 34:9,
36:10, 36:11,
37:11, 40:5,
41:15, 41:20,
42:2, 43:11,
43:16
**california's**
12:20
**call**
13:12
**called**
8:7
**calling**
11:10
**calls**
30:12
**came**
8:23, 15:10
**campaign**
1:16, 4:4, 6:7,
12:18, 16:7,
20:10, 20:23,
25:21, 27:5,
37:18
**can't**
7:11, 11:2,
11:21, 14:23,
18:12, 27:24,
29:20, 31:7
**capacity**
1:12, 11:5
**careful**
14:10
**case**
8:24, 9:10,
10:3, 10:23,
10:25, 11:3,
12:11, 48:11
**category**
41:6
**cbs**
26:2
**ccr-nm**
1:25
**ccr-wa**
1:25

**ceasing**
14:12
**census**
17:15, 17:17
**center**
4:18
**certainly**
16:20, 20:20
**certificate**
48:1
**certified**
2:12
**certify**
48:4
**chain**
5:11, 5:14,
38:18, 39:7
**chair**
11:17
**chairman**
8:25, 10:25
**change**
32:4, 32:7
**characterization**
35:4
**characterize**
28:24, 29:21
**characterized**
29:3
**chess**
26:23, 28:16,
30:8, 33:3, 33:5
**chinatown**
14:3
**chris**
6:11, 47:9
**christopher**
4:6
**citizen**
17:12
**citizens**
4:15, 26:3
**civic**
17:2, 17:3,
17:6
**clear**
16:14, 16:16,
19:17, 32:1,

43:24
**clearly**
6:21, 7:5,
23:2, 32:18
**clip**
24:5, 29:21,
36:2
**closer**
28:10
**coast**
34:11
**cocounsel**
46:18
**code**
47:6
**coincidence**
28:11
**colleague**
6:10
**color**
26:20
**columbo**
3:4, 7:21,
11:9, 24:9,
24:15, 27:15,
28:17, 34:22,
38:10, 46:19,
47:8
**com**
38:21
**comes**
17:17
**coming**
13:1, 13:8,
13:15
**comments**
35:6
**commission**
26:4, 40:4,
40:16, 41:14,
48:16
**commitments**
11:22
**committee**
1:16, 4:4, 6:7
**communicated**
10:21
**communication**
11:1, 42:23

**communications**
20:11
**community**
30:8, 32:15,
32:22
**compel**
17:6
**complaint**
8:6, 12:4,
12:15
**complete**
7:9, 25:17,
41:1
**completely**
25:5, 26:25,
40:12
**concern**
15:13
**conclusion**
11:10
**concrete**
13:19
**conditions**
33:9
**conducted**
1:20, 2:3
**confer**
46:17
**confirm**
28:1, 39:4
**confused**
22:19, 41:10
**congress**
25:7
**congressional**
1:15, 4:4, 6:7,
12:20, 19:7,
42:1
**connecting**
20:13
**consequence**
25:13, 25:16
**consequences**
45:25
**consider**
11:6
**constant**
11:1

consternation
20:16
contact
10:9
contain
23:12
contains
42:21
content
42:13
contracts
11:21
control
13:20, 13:22
convention
45:18
conversation
9:14, 26:8
conversations
10:1, 25:23
convinced
37:23
copy
39:8, 39:20
correct
27:25, 48:5
correction
28:18, 28:23
corrupt
26:15, 29:7
corruption
33:17
corrupts
29:7
could
6:12, 8:23,
15:2, 15:16,
23:18, 27:6,
28:5, 29:20,
29:22, 38:3,
40:1, 41:23,
42:5, 42:9,
42:14, 44:18,
46:10, 46:13
counsel
6:6, 21:11,
21:14, 23:22,
35:16, 46:15,

48:9
county
9:1, 11:17,
31:3, 31:19,
43:2
couple
33:22
course
12:6, 20:23,
25:20
court
1:1, 6:18
created
15:25
crime
31:21, 37:15
crr
1:25, 48:2
cry
25:10
csr
48:2
csr-tx
1:25
curb
19:20
curious
23:3, 26:13
currently
8:19
curtain
13:13, 14:21
cut
30:15, 35:23
cycle
18:8
cynical
36:20
cynically
26:21, 28:20,
28:25

**D**

dammit
37:1
data
31:14
date
22:15

dated
38:18, 42:17
david
1:5, 3:16,
10:14
day
48:14
dc
4:11, 19:23
dccc
6:11, 46:22
dccc's
21:9
decades
33:22
december
1:21, 48:15
decision
19:18, 20:1,
20:2
decline
32:6
declined
32:6
decriminalize
37:15
defendant-interv-
enor
4:3, 4:14
defendant-interv-
enors
1:17
defendants
1:14, 3:13
define
16:9
definitely
14:1, 26:1
definition
11:20
defund
37:15
degrees
32:11
delegates
42:1
delivered
37:21

dem
28:12, 30:4,
32:5
democrat
15:9, 31:4,
33:14, 33:15,
35:1, 36:3,
43:17
democratic
1:15, 4:4, 6:6,
13:20, 13:24,
16:4, 20:3,
29:14, 30:4
democrats
12:19, 14:16,
15:23, 19:15,
19:25, 23:7,
24:7, 24:21,
25:6, 26:21,
28:15, 28:19,
33:20, 33:21,
33:25, 34:1,
34:17, 34:18,
37:8
demographic
19:18
department
3:19
depos
4:24, 21:10,
21:14, 21:20,
21:25, 22:3,
23:21, 23:25,
35:15, 35:20,
45:1, 45:5
deposition
1:19, 2:3,
7:15, 7:17, 8:4,
8:9, 8:12, 48:3
deputy
3:18
describe
9:22
designed
26:15
destruction
14:23
determine
26:9

**dhillon**
3:7
**difference**
28:22
**different**
11:15, 34:24
**dilute**
28:12, 30:4,
30:22, 32:25
**diluted**
33:6, 33:10
**direction**
48:8
**discrepancy**
21:15
**district**
1:1, 1:2
**districts**
19:2, 33:19,
33:25, 34:16,
34:18
**division**
1:3
**doc**
21:18, 21:24,
23:23, 38:4
**document**
21:8, 22:5,
22:9, 27:7,
27:20, 35:7,
38:9, 42:6,
42:10, 44:19
**documentary**
45:12, 45:14
**documents**
8:3, 8:15, 12:3
**dodge**
4:6, 6:11
**doing**
16:4, 17:15,
34:7
**domenic**
3:6, 7:22
**done**
9:24, 20:8
**down**
6:19, 13:1,
13:9, 13:15,

22:13, 25:9,
25:13, 28:1,
39:11, 43:19
**draft**
42:22
**draw**
28:7, 33:25,
34:16, 44:12
**drawing**
34:18
**drawn**
33:19
**due**
14:23
**duly**
6:4
**dumb**
46:2
**during**
20:22, 25:20,
27:5
**duty**
17:2, 17:3,
17:6

**E**

**e-notary**
2:12, 48:21
**earlier**
8:1, 28:14
**early**
9:19
**east**
34:11
**ecosystem**
16:1
**efforts**
46:12
**elected**
14:22, 25:7
**election**
31:12, 31:15,
44:6
**elections**
32:3, 33:18
**elias**
4:8
**else**
8:11, 8:18,

26:8, 36:23
**email**
5:11, 5:14,
38:17, 38:20,
38:23, 38:24,
39:5, 39:7,
39:14, 39:21,
39:24, 42:16,
42:17, 42:19,
42:22, 42:25,
43:9, 43:25,
44:8
**emails**
8:6, 16:11,
20:8
**embarcadero**
4:18
**employed**
10:22, 48:10
**encouraging**
43:25
**end**
33:7
**ends**
26:22, 29:1,
29:5, 29:7
**engaged**
44:3
**enjoyed**
33:17
**enough**
13:16, 13:19,
15:6, 15:20,
31:6
**entities**
11:8
**esquire**
3:4, 3:5, 3:6,
3:16, 3:17, 4:5,
4:6, 4:7, 4:16
**est**
1:22
**et**
1:5, 1:13, 1:16
**even**
17:8, 37:23
**events**
33:25

**ever**
19:5, 25:11,
25:19, 43:10
**every**
32:9, 34:25,
36:5, 36:25,
43:16
**everybody**
19:3, 31:13,
42:11, 42:13,
47:8
**everyone**
31:23, 32:17,
35:21, 45:2,
45:6
**everything**
6:19, 9:25,
37:13, 41:2,
43:15
**exact**
24:24
**exactly**
25:10, 29:20
**examination**
5:2, 6:6
**examined**
6:4
**except**
32:13
**exhibit**
5:7, 5:8, 5:9,
5:10, 5:11,
5:14, 5:17,
21:9, 21:12,
21:15, 23:15,
23:16, 27:9,
35:13, 38:2,
38:5, 38:6,
42:6, 42:7,
44:24
**exhibits**
5:6
**expires**
48:16
**explain**
10:19
**explaining**
35:1

| | | | |
|---|---|---|---|
| **extent**<br>13:25 | **final**<br>39:19, 39:20 | **friendly**<br>9:7 | **goes**<br>43:17 |
| **F** | **financial**<br>48:11 | **friends**<br>16:20, 19:15 | **going**<br>6:16, 7:5, |
| **face**<br>17:8, 36:16 | **find**<br>17:10, 30:14 | **front**<br>8:15 | 12:25, 13:8,<br>13:16, 15:6, |
| **fact**<br>36:22, 39:4 | **finish**<br>24:16 | **full**<br>46:11 | 15:20, 16:2,<br>17:17, 17:21, |
| **fair**<br>18:23, 20:23,<br>29:1, 29:5, | **first**<br>6:4, 8:23, 9:5,<br>9:10, 12:19, | **fully**<br>20:6 | 18:9, 18:25,<br>19:2, 19:5,<br>19:6, 19:10, |
| 32:22, 36:6,<br>40:7, 40:9,<br>41:3, 46:13 | 13:4, 22:18,<br>26:11, 28:8,<br>43:9, 43:23 | **fun**<br>46:25 | 21:1, 23:20,<br>29:23, 29:24,<br>29:25, 30:22, |
| **fairness**<br>40:6, 40:21,<br>41:14 | **fit**<br>35:6, 41:23 | **further**<br>46:22 | 33:21, 34:22,<br>35:8, 39:1,<br>39:3, 39:9, |
| **fall**<br>32:16 | **five**<br>25:10, 25:13, | **G** | 39:14, 39:24,<br>43:1, 44:22 |
| **families**<br>33:16 | 44:23, 46:16 | **gas**<br>37:14 | **good**<br>6:9, 21:5, |
| **fantasy**<br>19:9 | **floor**<br>4:19 | **gavin**<br>1:11, 3:14, | 24:3, 33:8,<br>45:8, 45:9 |
| **far**<br>9:23 | **flowing**<br>17:4 | 14:13, 15:1 | **gop**<br>11:7, 11:16, |
| **fat**<br>21:2 | **flown**<br>14:5 | **general**<br>3:18, 12:9 | 11:23 |
| **favor**<br>20:2, 37:8 | **fly**<br>12:25 | **generally**<br>12:14, 16:11, | **governor**<br>1:12, 3:14 |
| **feed**<br>27:23 | **focus**<br>43:24 | 20:12, 20:15 | **grab**<br>22:19, 23:1, |
| **feel**<br>14:18, 31:12, | **folks**<br>7:24 | **gerrymander**<br>25:17, 25:19 | 23:4 |
| 31:15, 35:5 | **following**<br>10:3 | **getting**<br>10:3, 18:16 | **grabbing**<br>23:5 |
| **feels**<br>14:2, 14:3,<br>19:16, 26:19, | **follows**<br>6:5 | **girl**<br>46:11 | **great**<br>31:20, 31:23,<br>38:10 |
| 34:8 | **foregoing**<br>48:3, 48:4 | **give**<br>7:2, 19:6,<br>23:22, 24:1, | **green**<br>3:16 |
| **felt**<br>26:6, 26:7,<br>32:17, 34:7 | **forget**<br>14:2 | 35:16, 42:10 | **gross**<br>17:19, 18:12, |
| **file**<br>21:23, 44:19 | **formerly**<br>22:11, 26:2 | **given**<br>48:6 | 18:13 |
| **filed**<br>9:17, 12:3, | **found**<br>43:22 | **giving**<br>45:11 | **grossly**<br>17:9 |
| 12:5, 12:11 | **four**<br>44:22 | **glass**<br>46:10 | **grotesque**<br>34:7, 34:13, |
| **filing**<br>8:7 | **francisco**<br>3:10, 4:20 | **go**<br>6:16, 15:16,<br>16:2, 16:15, | 34:14, 34:16,<br>34:21 |
| | **friend**<br>33:13 | 24:14, 24:15,<br>30:13, 32:5,<br>43:5, 46:15 | **ground**<br>6:17 |

group
3:7, 4:8, 32:2,
32:10
groups
26:22, 28:20,
28:25, 29:4,
29:19, 30:23,
31:5, 31:10,
31:11
growing
27:1
guess
11:14, 12:10,
13:3, 18:5,
18:14, 18:22,
20:21, 26:13,
28:24, 28:25,
30:1, 32:9,
37:17, 39:8,
39:25, 42:22,
45:16
guys
29:9, 29:12

**H**

h-o-g-e
6:14
half
7:25, 46:10
hand
23:8, 48:14
happen
16:18, 25:6,
46:8, 46:10,
46:13
happening
22:20, 26:10,
44:6
happens
17:14
hardly
25:7
harold
4:24, 21:7,
22:8, 22:14,
23:18, 27:6,
28:5, 35:8,
38:3, 38:16,

42:5, 42:9,
42:14, 44:18,
45:9
hashtag
31:18
head
7:4, 14:6, 26:3
heard
13:3, 26:11
hearing
13:2
hearsay
24:10, 34:5
helm
14:7
help
26:16, 46:5
helpful
20:25
here
13:13, 18:3,
29:9, 30:20,
31:24, 32:24,
34:9, 34:12,
36:3, 37:13,
44:9
hereby
48:4
hereunto
48:13
hi
44:5
hierarchy
11:17
hike
37:14
hispanic
26:25, 32:15,
32:21, 33:17,
33:19
history
33:15
hoge
1:19, 2:3, 5:2,
5:6, 5:12, 5:15,
6:3, 6:14,
21:12, 21:16,
21:22, 21:23,

22:5, 23:15,
23:16, 27:8,
27:9, 27:11,
35:13, 38:5,
38:6, 38:8,
42:6, 42:7,
42:15, 44:20,
44:24, 45:3,
46:23
homeless
43:20
honest
20:12
horrible
36:15
host
45:23
hour
7:25, 35:5
house
15:11, 24:8,
24:21, 40:5,
41:7, 41:16,
41:21
huh-uh
7:4
hulse
3:5
hundred
37:12, 37:21
hungry
14:11
husband
15:9

**I**

idea
16:12
identification
21:13, 23:17,
27:10, 35:14,
38:7, 42:8,
44:25
imagine
16:6
immediately
17:9
immigrant
26:20, 27:3

important
6:20, 6:23, 7:2
impression
31:2, 32:8,
32:12, 37:5,
37:7
improve
33:8
improved
36:24
inc
3:7
include
32:20
included
37:17
includes
42:16
including
41:23
incorporated
39:24
incumbents
25:5, 26:15
independent
40:4, 40:16,
41:14
individuals
14:11, 14:14,
14:17
inflate
18:21
inflated
18:17
information
10:4
informational
45:17
instead
30:7
intended
43:5, 45:14
interest
48:11
interested
9:3
interrupt
6:25

interview
35:25, 45:11,
45:20
introduce
23:14, 27:7,
38:4
involved
8:24, 10:16,
10:20
involvement
9:23, 10:6
involves
42:16
irc
40:18
itself
40:6, 40:21,
41:15

**J**

jake
14:2
jamaican
27:2
jls-wlh-kkl
1:8
job
1:23, 37:4
judith
1:24, 2:10,
48:2
justice
3:20
justify
19:21

**K**

katrina
3:17
keep
26:15, 27:4,
33:20, 34:1,
34:17, 34:18,
34:25
keeps
18:1, 35:1
kicked
19:20

killed
29:9
kind
19:20, 37:5,
42:10
kings
36:22
knew
9:1
knives
36:25
know
9:14, 10:5,
11:3, 11:13,
11:20, 13:11,
13:15, 14:9,
14:20, 18:10,
18:24, 19:6,
19:8, 19:19,
20:9, 23:9,
25:5, 25:9,
25:25, 26:1,
26:7, 26:14,
26:24, 27:2,
29:6, 29:11,
30:9, 30:15,
30:25, 31:18,
31:21, 32:11,
32:13, 33:16,
34:24, 35:17,
43:18, 44:3,
44:4, 44:5,
45:2, 46:16
known
22:11

**L**

la
31:3, 31:19,
31:24, 43:2,
43:6
labeled
23:23
lagop
11:1, 11:5,
39:15
language
39:8, 39:23,

42:22
large
43:6
larger
22:8
last
31:12, 31:15,
33:18
late
9:19, 34:11
latest
33:24
latin
4:15
latino
32:15, 32:21,
33:14
latinos
19:21
law
3:7, 4:8
lawyer
10:5, 19:14,
30:17
layman
11:23
laypeople
17:9
league
4:14
learn
44:15
least
36:6, 45:25,
46:9
left
36:14, 36:19
legal
11:10, 11:20
lemon
13:17, 15:7,
15:8, 15:21,
16:4
less
18:17
let's
21:8, 27:4,
38:4, 42:6

levels
11:15
leviathan
14:4, 14:6,
14:7, 26:16
lies
18:21
liked
46:6
likely
46:9
likes
36:21
line
22:18, 28:8,
30:3, 39:25,
43:9, 43:13,
43:23
lines
30:13
list
44:9, 44:13
listen
16:21, 21:3
lists
41:13
literally
36:21
litigation
8:23, 9:23,
10:18, 12:4
little
27:16, 47:3
live
10:10, 11:25,
13:12, 18:2,
34:9
llp
4:8
local
26:1
lockstep
37:13
long
7:23, 30:14
look
8:13, 18:25,
31:14, 33:2

| | | | |
|---|---|---|---|
| looked | 42:12 | 13:11, 15:8, | mill |
| 18:11 | making | 19:5, 19:12, | 13:4 |
| looking | 27:15, 29:18, | 19:14, 21:3, | million |
| 34:6 | 35:24 | 30:2, 30:20, | 11:3 |
| looks | man | 33:4, 36:25, | mind |
| 39:10 | 33:14 | 44:7 | 21:7, 27:15, |
| los | manipulation | meant | 28:8, 31:11 |
| 8:25, 10:11, | 29:18 | 12:8, 15:22, | minivan |
| 11:25, 13:13 | many | 23:3 | 41:24 |
| lose | 11:15, 16:17, | media | minorities |
| 17:18, 17:21 | 20:16, 34:24, | 15:1, 16:10, | 28:11, 28:15, |
| losing | 41:22, 43:11 | 20:8 | 31:10 |
| 17:25, 18:1 | map | meet | minority |
| lost | 12:21 | 7:16, 7:19, | 30:23, 32:10, |
| 18:24, 26:25 | maps | 7:23 | 33:12 |
| lot | 12:25, 13:8, | melissa | minutes |
| 14:2, 17:4, | 17:20, 25:14 | 5:12 | 7:25, 44:22, |
| 17:18, 17:22 | mark | members | 44:23, 46:16 |
| loud | 9:2, 21:8, | 13:23, 40:5, | moment |
| 28:9, 40:2 | 23:19, 23:20, | 41:7, 41:15, | 24:1, 35:16 |
| lundie | 35:12, 42:6, | 41:20 | money |
| 5:12 | 44:20 | mention | 16:23, 17:4 |
| | marked | 25:19 | more |
| **M** | 21:12, 23:16, | mentioned | 10:6, 13:17, |
| ma'am | 27:9, 35:13, | 12:2, 15:19, | 14:18, 15:7, |
| 6:12, 7:8, | 38:6, 42:7, | 20:7, 28:14, | 15:21, 18:16, |
| 11:11, 22:17, | 44:24 | 32:8, 43:16 | 20:21, 24:7, |
| 24:14, 27:19, | marketing | message | 24:21, 29:6, |
| 35:25 | 21:5, 36:8, | 37:21, 37:23, | 30:13, 31:1, |
| made | 36:14, 36:17, | 40:1, 40:11 | 31:21, 32:2 |
| 8:13, 15:5, | 36:19, 36:21, | metaphor | motivate |
| 19:17, 20:1, | 37:3, 37:8 | 19:11 | 40:10, 41:4 |
| 36:22, 41:3 | maryland | meuser | motivated |
| maintain | 2:13, 48:22 | 9:2, 9:5 | 36:12 |
| 30:9 | massachusetts | michael | mountain |
| majority | 4:9 | 3:4 | 29:11 |
| 33:12, 40:6, | master | mid-cycle | move |
| 41:7, 41:16, | 14:19, 15:1 | 17:16 | 26:22, 31:16, |
| 41:21 | math | middle | 35:7, 36:15, |
| make | 46:5 | 18:7, 44:13 | 38:1, 42:4, 46:5 |
| 7:6, 11:22, | matter | midyear | moved |
| 13:1, 16:14, | 6:11, 46:2 | 17:16 | 30:8 |
| 16:16, 19:2, | max | might | movement |
| 22:8, 24:18, | 4:5, 6:10, 47:9 | 14:5, 14:15, | 31:5, 31:7 |
| 25:11, 25:12, | maybe | 14:25 | movie |
| 33:11, 34:12, | 7:25, 29:24, | mike | 14:2 |
| 37:4, 38:12, | 31:7, 46:11 | 5:15, 7:21, | moving |
| 40:14, 41:18, | mean | 43:1 | 18:10, 30:6, |
| | 10:19, 11:12, | | |

30:23, 31:10

**much**
8:14, 27:18,
30:17, 32:9,
47:10

**mug**
47:4

**mugged**
31:22

**myself**
8:13, 19:25,
20:15

### N

**name**
6:10, 6:12,
12:12, 26:4

**named**
21:18

**names**
21:23, 33:18

**national**
31:15

**nationally**
32:9

**naturalized**
17:12

**need**
47:4

**negate**
36:23

**neither**
48:9

**netter**
5:15, 43:1

**never**
21:3

**new**
12:25, 13:8,
18:25, 19:1,
19:3, 34:3,
36:24, 36:25

**newsom**
1:11, 3:14,
14:13, 15:1

**newsom's**
40:3, 40:15

**next**
17:17, 38:2

**nine**
25:9, 25:13,
41:23, 41:25

**nobody**
16:22

**nonpartisan**
26:2, 26:3

**nose**
31:22

**notarial**
48:14

**notary**
48:1

**notice**
2:10

**noticed**
31:19

**november**
9:19, 48:16

**numbers**
18:8, 18:18,
18:21, 19:1

**nw**
4:9

### O

**oath**
7:8

**objection**
11:9, 24:9,
28:17

**obviously**
9:17, 10:2,
12:13, 31:6,
32:17

**occurred**
25:24

**oct**
5:15

**october**
9:19, 27:23,
28:4, 42:17

**offense**
19:24

**office**
24:7, 24:21,
43:11, 43:20

**officer**
48:3

**official**
1:11

**oh**
22:16, 24:11,
37:25, 39:11,
43:18

**okay**
8:14, 10:16,
12:17, 15:11,
15:14, 20:6,
21:6, 21:20,
21:25, 23:25,
26:13, 27:4,
28:21, 29:16,
33:2, 33:23,
35:20, 39:2,
45:5

**old**
18:8

**once**
26:25, 33:13,
33:14

**one**
6:24, 11:12,
14:13, 14:24,
17:13, 19:6,
19:17, 20:1,
21:11, 23:22,
23:23, 24:1,
30:11, 35:16,
38:23, 39:4,
45:25, 46:3

**one's**
19:5

**ones**
25:25

**only**
17:1, 35:5,
37:21, 44:10

**oppose**
40:8, 45:15

**opposed**
41:2

**oppressive**
14:3, 14:6

**order**
17:13, 33:20,
33:25, 34:17

**organization**
39:16

**other**
10:2, 10:8,
11:4, 17:5,
19:25, 20:9,
20:13, 20:25,
23:4, 30:7,
33:11, 34:19

**otherwise**
48:12

**out**
9:5, 9:6, 9:10,
13:17, 15:7,
15:8, 15:21,
16:22, 17:1,
17:7, 18:10,
20:25, 28:9,
31:4, 33:2,
33:15, 34:12,
40:2, 43:1

**outcome**
48:12

**outside**
43:21

**over**
6:17, 6:24,
14:5

**overall**
31:2

**overwhelm**
15:24

**overwhelmed**
15:24

**overwhelmingly**
33:18

**own**
26:22

**oz**
14:21

### P

**page**
5:2, 5:6, 30:2,
44:13

**pages**
1:23, 42:12

**paid**
16:16

**palisades**
43:19
**paragraph**
40:1, 41:13
**part**
9:4, 34:21,
39:15, 40:12
**participated**
16:7, 16:9,
16:19
**particularly**
18:5, 43:22
**parties**
48:10
**partisan**
14:1, 25:4,
29:1, 29:4, 29:8
**party**
9:1, 10:17,
10:22, 11:13,
11:16, 11:17,
11:19, 13:20,
13:24, 16:4,
19:17, 20:1,
20:3, 29:14,
30:4, 31:3,
31:4, 31:19,
40:12
**passed**
46:8
**passes**
45:20
**past**
18:18, 34:5
**patience**
47:3
**pawn**
33:10
**paying**
31:22
**pays**
11:12
**people**
13:6, 14:10,
14:21, 16:1,
16:12, 16:21,
17:18, 17:22,
17:25, 18:10,

20:13, 20:16,
21:2, 23:9,
25:15, 26:9,
31:20, 32:5,
34:20, 41:23,
41:25, 43:20,
43:25, 44:3,
46:6
**people's**
33:2
**percent**
13:15, 13:18,
15:6, 15:19,
18:24, 37:12,
46:3
**percentages**
46:4
**perfect**
38:1
**perpetual**
30:10
**perpetually**
30:10
**person**
14:24, 17:3,
34:4, 36:13
**personal**
13:10, 38:24
**personally**
19:14, 26:20,
29:13
**perspective**
26:18
**persuade**
16:12
**phrase**
25:18
**picture**
15:1, 41:1
**piece**
30:9, 45:17
**pieces**
26:23, 28:16,
33:3, 33:5
**pitch**
36:23
**pithy**
30:16

**place**
9:15
**plaintiff**
10:12
**plaintiff-interv-
enor**
1:9
**plaintiffs**
1:6, 3:3, 5:13,
5:16, 10:2,
10:8, 10:10
**plan**
15:23
**planet**
4:24, 21:10,
21:14, 21:20,
21:25, 22:3,
23:21, 23:25,
35:15, 35:20,
45:1, 45:5
**planning**
12:20
**play**
23:19, 30:25,
35:11, 35:18,
44:21
**please**
6:12, 10:19,
21:11, 22:4,
23:19, 23:22,
24:1, 27:6,
35:16, 35:21,
38:4, 40:1,
42:14, 44:19,
45:2
**plus**
46:3
**point**
9:3, 29:17,
31:4
**pointed**
33:15
**police**
37:16
**political**
34:4, 36:11
**poor**
41:23

**population**
18:1, 18:25,
19:8
**populations**
18:8, 19:1,
19:4
**porter**
4:17
**position**
24:5
**possible**
11:2, 45:25
**possibly**
29:21
**post**
3:8, 5:7, 5:9,
16:18, 23:11,
28:8
**posted**
14:25, 16:10,
20:7, 22:10,
27:22, 30:21
**power**
14:11, 16:1,
16:3, 19:22,
22:19, 23:1,
23:4, 23:5,
23:7, 26:16,
26:25, 28:12,
29:7, 30:5,
30:7, 30:9,
30:10, 30:23,
33:20, 34:1,
34:17, 34:18,
35:1
**power-hungry**
25:5
**prefer**
38:25
**prefix**
21:18, 21:21,
21:23
**prepare**
7:15, 8:3, 8:8,
8:11
**presence**
26:16
**present**
4:23, 6:19

presentable
8:13
preserving
24:9
president
32:18
presumably
39:20
pretty
28:1, 32:9,
37:20, 40:7
previous
32:3
price
47:5
pride
20:15
privileged
10:5
probably
34:23
problem
43:10
process
46:25
professional
2:11
profile
5:7, 5:8, 5:9,
5:10, 22:10
project
13:5
promise
19:24
prop
5:17, 10:1,
12:18, 16:8,
16:11, 17:7,
18:4, 19:11,
20:10, 22:23,
22:25, 25:14,
25:21, 26:15,
26:17, 28:13,
28:24, 29:4,
30:5, 32:25,
33:24, 34:6,
36:4, 36:13,
37:8, 37:19,

39:9, 40:3,
40:8, 40:15,
41:8, 41:17,
41:19, 42:23,
43:14, 44:1,
44:8, 44:10,
44:15, 45:15,
45:20, 45:25,
46:8
proposition
9:2, 24:6,
24:20, 30:22
prospective
14:7
provide
7:9, 7:12, 8:5
public
2:12, 48:1,
48:21
publicized
39:3
pull
27:7, 44:19
pulling
15:3
puppet
14:19, 15:1
purchase
36:25
purpose
24:6, 24:19
pursuant
2:10
put
13:8, 38:3,
39:20, 42:5,
45:17
putting
21:8, 33:16

**Q**

qr
47:6
quality
30:18
question
15:17, 20:21,
24:16, 24:17,

24:18, 34:23,
41:12
questions
7:3, 46:23
quickly
6:16
quote
24:6, 24:18,
24:23, 26:2,
34:14
quoting
15:5, 36:3

**R**

race
25:17, 25:19,
25:20, 26:19,
29:22
racial
19:18, 26:21,
28:20, 28:25,
29:4, 29:19,
31:4, 31:9,
32:10
racist
26:7, 26:17,
28:15, 28:19
rallying
25:10
rather
18:16
reach
9:5, 9:6
reached
9:10
read
7:21, 12:10,
12:13, 22:21,
27:17, 36:10,
40:2
reading
28:9, 48:8
realized
17:4
really
13:21, 17:19,
19:7, 21:1,
30:14, 34:5,

37:16, 44:4,
46:25
realtime
2:12
rearrange
17:19
reason
6:23, 7:11,
34:13, 34:15
recall
20:21, 24:24,
25:23
recess
46:20
recognize
27:14, 27:19,
38:8, 38:17,
42:15
recollection
17:14
record
6:13, 46:16,
47:11, 48:5
redistricting
17:14, 17:16,
18:7, 22:19,
26:3, 40:4,
40:16, 41:14
redraw
12:20
redrawing
25:14
reduced
45:21, 48:7
refer
17:25
reference
14:5, 22:23,
39:20
referring
17:22, 22:25,
23:7, 29:13
registered
2:11
registration
32:4, 32:7
regular
18:11

relate
18:4, 43:13
related
48:10
relates
43:15
remark
15:4
remember
9:9, 12:18,
13:2, 29:20,
35:24, 45:11
remembering
45:22
reminder
30:11
remove
47:4
repeat
15:17, 24:17
reply
39:11
reported
1:24
reporter
2:11, 2:12,
6:18, 24:23,
48:1
reporters
25:20
represent
6:11, 35:9
representation
18:16, 18:17,
33:7
representatives
19:2, 24:8,
24:22
republican
9:1, 10:17,
10:22, 11:19,
32:2, 40:5,
40:10, 40:11,
41:4, 41:6,
41:16, 41:20,
42:1, 43:2,
43:4, 43:6,
45:21

republicans
11:25, 23:6,
24:7, 24:20,
25:7, 43:11,
43:19, 43:21,
44:5
requested
48:9
respectfully
14:24
response
43:18
rest
44:7
result
18:15, 29:23,
29:25
return
15:4
review
8:3, 12:4
reviewed
8:6, 8:8, 10:1,
12:3
reviewing
9:25
rig
20:2
rigged
15:25
right
8:16, 9:20,
9:21, 16:8,
16:13, 17:2,
20:4, 22:11,
22:21, 23:12,
24:3, 24:19,
28:3, 28:12,
30:15, 30:24,
31:5, 31:7,
31:10, 31:13,
31:17, 31:24,
32:1, 32:10,
32:16, 32:19,
32:25, 34:2,
34:19, 36:5,
37:9, 39:18,
39:21, 40:23,

42:24, 43:7,
43:21, 44:1,
45:19, 45:22
rivera
4:16
rodriguez
4:24
room
8:19, 15:10
roxanne
1:19, 2:3, 5:2,
5:11, 5:14, 6:3,
6:14
roxannehoge@gmail
38:21
rpr
1:25, 48:2
rude
13:11, 20:19
rules
6:17
rumor
13:4
rumors
12:24
running
46:16

**S**

s-a-d-w-h-a-n-i
26:5
sacramento
3:23, 14:16,
19:23
sad
26:23, 27:1
sadhwani
26:4
said
6:9, 9:3, 9:25,
15:5, 18:23,
21:15, 24:24,
25:16, 26:6,
26:7, 26:10,
28:18, 36:7,
37:22, 40:20,
41:10, 48:6
same
6:23, 7:1,

29:17
san
3:10, 4:20
sara
26:4
saw
37:10
say
6:12, 6:20,
11:18, 13:18,
16:19, 17:21,
20:1, 20:17,
20:18, 20:24,
21:1, 23:9,
26:8, 28:18,
29:2, 29:6,
31:25, 32:22,
33:22, 34:3,
34:22, 36:2,
36:4, 39:19,
46:6, 46:13
saying
7:4, 20:16,
20:21, 24:19,
24:23, 24:24,
29:22, 33:1,
34:25, 35:2,
36:6, 36:24,
44:5
says
22:18, 30:3,
40:15, 43:9,
44:15, 45:20,
45:23
scenario
46:9
scene
36:11
screen
21:8, 22:6,
27:12, 27:24,
35:17, 38:4,
45:3
screenshot
36:15
scroll
22:13, 28:1,
28:6, 39:11,

42:10
**seal**
48:14
**seats**
19:7, 45:21
**second**
21:11, 23:19,
23:20, 23:22,
30:3, 35:12
**seconds**
44:22, 44:23
**secretary**
3:14
**see**
6:18, 10:11,
14:21, 18:10,
22:5, 22:9,
22:15, 26:24,
27:2, 27:11,
27:17, 27:24,
35:6, 37:10,
42:13, 44:14
**seem**
14:22
**seemed**
13:14, 17:8,
17:18, 18:12,
18:13
**seems**
18:15
**seen**
29:24
**selling**
37:1
**send**
24:7, 24:21
**sense**
7:6, 13:1,
17:1, 17:10,
25:11, 26:17,
33:11, 42:11
**sent**
16:11, 16:22,
20:8, 38:20,
39:15
**sentence**
40:15
**sep**
5:12

**separate**
10:15, 11:7
**september**
38:18
**series**
33:24
**set**
48:13
**shaking**
7:3
**shamwow**
36:24
**shirley**
3:15
**short**
6:15, 9:18,
30:16, 46:17
**shortest**
23:8
**shorthand**
31:18
**should**
21:17, 21:23
**shouldn't**
17:20
**show**
7:5
**shown**
24:2, 35:22,
45:7
**sic**
26:5
**side**
17:5
**sign**
11:21
**signature-p1kal**
48:18
**signing**
48:8
**since**
10:17
**sir**
7:7, 20:5,
22:22, 22:24,
23:24, 27:13,
27:21, 29:15,
42:18, 44:17

**size**
32:11
**sizzle**
37:1
**slowly**
6:20
**snippet**
45:19
**social**
14:25, 16:10,
20:8
**some**
9:2, 12:3,
13:25, 27:5,
29:24, 30:19,
31:5, 39:8,
39:23
**somebody**
18:23, 36:10
**someone**
14:20, 15:12,
26:7, 36:21
**something**
12:13, 16:15,
20:17, 30:16,
33:11, 39:11,
46:4, 46:13
**sometime**
12:24
**sometimes**
37:3
**soon**
47:10
**sorry**
15:9, 15:16,
16:15, 16:24,
17:24, 18:12,
21:15, 21:21,
24:14, 25:18,
27:18, 29:2,
36:16, 41:12,
47:9
**sort**
11:1, 11:14,
13:21, 14:8,
23:8, 26:13,
29:3, 30:19,
31:17, 46:1

**sounds**
9:21, 27:25
**spammed**
38:25
**speak**
6:20, 11:24,
14:10, 17:7
**specific**
10:8, 25:23,
31:11
**specifically**
7:19, 9:16,
10:24
**spend**
30:19
**spoke**
9:2, 11:2, 11:3
**spoken**
10:2
**square**
30:1
**squeeze**
13:17, 15:7,
15:8, 15:21
**squeezing**
16:5
**squinting**
27:17
**stalwart**
46:12
**stand**
20:17, 22:4,
23:25, 35:20,
45:1, 45:5
**started**
12:25, 27:1
**starting**
23:19, 35:11
**state**
2:13, 3:14,
3:19, 11:16,
13:20, 17:24,
17:25, 32:6,
33:12, 48:22
**statement**
35:24, 41:3
**statements**
27:5

states
1:1, 1:8,
16:19, 24:5
stenographically
1:24
step
28:11, 31:13,
31:17, 31:23,
31:25, 32:10,
32:11
stepping
32:19
sticker
47:3
stop
36:4, 36:22,
37:14, 37:15,
42:14
stopping
37:9
strategy
36:14, 36:17,
36:19
street
3:8, 3:21
stretches
42:11
strides
29:24
strike
18:19, 18:20
strings
15:3
strip
24:6, 24:20
struck
18:22
structure
11:14
struggling
30:1
stuff
34:5
successful
37:22
suggested
39:19
suggesting
39:8

suggestion
32:24
suite
3:9, 3:22, 4:10
summary
25:1, 25:3,
29:1, 29:5,
36:6, 40:7, 40:9
summer
12:24, 13:2,
26:10
super
30:14
support
19:8, 37:18
supposed
43:3
sure
10:4, 13:2,
15:18, 21:2,
21:10, 22:3,
23:21, 24:18,
25:12, 28:1,
34:12, 35:3,
35:15, 36:1,
37:4, 37:20,
40:14, 41:18,
42:12
sustain
26:16
sworn
6:4

|   T   |

tacky
20:19
tact
20:20
tag
47:5
take
17:13, 19:24,
28:11, 31:7,
31:17, 31:23,
31:25
taken
46:20, 48:4,
48:6

taking
6:19, 29:13,
46:24
talk
6:24, 7:14,
9:7, 10:13,
19:10, 47:10
talked
26:14
talking
10:14, 13:6,
13:19, 20:3,
23:9, 27:4,
31:9, 32:1
tangipa
1:5, 10:14
tax
37:14
technician
4:24, 21:10,
21:14, 21:20,
21:25, 22:3,
23:21, 23:25,
35:15, 35:20,
45:1, 45:5
tell
8:23
terms
11:9, 19:11
terrifying
36:18
test
17:13
testified
6:5
testimony
7:10, 7:12,
35:4, 48:6
th
4:19, 27:23,
38:18, 48:14
thank
6:15, 15:15,
21:25, 22:3,
36:17, 42:4,
46:24, 47:2,
47:8
thanks
24:11, 27:18,

28:5, 38:16,
45:9, 47:9
themselves
33:21, 34:1,
34:19, 40:11
thereafter
48:7
thing
10:15, 21:10,
23:10, 23:21,
34:7, 35:15,
41:5, 44:10,
45:18
things
11:4, 16:17,
20:9, 20:24,
41:13, 41:16,
41:22
think
10:6, 11:24,
14:18, 14:25,
15:5, 18:12,
20:16, 26:4,
27:4, 27:25,
28:3, 29:25,
32:14, 33:1,
35:7, 36:2,
36:12, 38:1,
38:12, 39:10,
42:4, 42:11,
43:10, 47:3
thinking
20:18, 29:23,
31:1
third
14:9, 39:25,
40:1, 41:5,
41:10, 41:13
thought
12:8, 20:24,
28:15, 46:1,
46:5
thread
42:16
three
4:18, 41:13,
41:16, 45:21
through
15:11, 15:12,

21:18, 26:11,
31:22, 42:10
**throughout**
26:12
**time**
6:15, 9:8,
30:19, 31:1,
34:25, 43:16,
46:17, 46:24,
47:2
**timeline**
9:18
**times**
34:23
**today**
6:16, 7:10,
8:1, 8:9, 12:8,
46:24
**today's**
7:15
**together**
6:10, 6:16,
33:16, 45:17
**tom**
4:16
**took**
7:8, 9:15,
31:13, 32:10
**top**
5:11, 5:14,
38:17, 39:7
**toward**
30:23
**transcript**
5:5, 6:21, 7:5,
21:13, 23:17,
27:10, 35:14,
38:7, 42:8,
44:25, 48:5
**tried**
16:12, 16:20
**true**
37:24, 48:5
**trump**
36:4, 36:22,
37:9, 37:14,
37:15
**truth**
43:18

**truthful**
7:9, 7:12
**try**
7:1, 11:24,
20:2, 20:19,
30:13
**trying**
7:21, 17:19,
18:6, 18:14,
19:13, 26:9,
34:14
**tuesday**
1:21
**turn**
8:22, 12:17,
16:22
**turning**
20:25
**tv**
26:1
**tweet**
22:18, 29:17,
30:22, 33:1,
35:10
**twitter**
22:11, 27:22,
30:11
**two**
11:7, 19:6,
42:12
**tyler**
4:7
**typewriting**
48:7

---
**U**

**ugly**
21:2
**uh-huh**
7:4
**unaffordable**
18:2
**under**
13:12, 48:7
**underrated**
30:18
**understand**
11:23, 18:6,

18:14, 22:2,
25:12, 37:5
**understanding**
13:7, 13:10,
21:6, 30:21,
32:21, 33:5,
33:23, 36:9,
36:12, 41:19,
45:24, 46:7
**understood**
7:23, 8:21,
10:7, 20:6,
23:11, 24:11,
29:16
**unfair**
17:9, 17:11,
18:5, 18:19,
18:20, 18:23,
40:13
**unfortunately**
20:9
**united**
1:1, 1:8, 4:15
**unpaid**
20:9
**unquote**
26:2
**unsafe**
18:2
**untenable**
18:2
**untrue**
20:22
**use**
15:25, 19:18,
26:21, 31:18,
34:8, 35:5, 41:3
**uses**
16:1, 31:4
**using**
18:8, 28:15,
28:25, 29:4,
29:22, 33:3,
33:4
**uyehara**
3:17

---
**V**

**varying**
32:11

**verbal**
7:3
**verified**
30:12
**video**
5:8, 5:10,
5:17, 23:12,
23:15, 24:2,
24:19, 35:8,
35:9, 35:22,
44:16, 44:19,
44:21, 45:7,
45:20
**view**
25:3, 26:14,
29:21
**views**
25:2
**virtually**
1:20, 2:4
**visible**
35:17, 45:3
**volunteer**
11:13, 16:17,
31:2
**volunteers**
16:20, 39:12,
39:15, 40:10,
41:4, 42:23,
43:3
**vote**
16:22, 43:25,
44:2
**voted**
36:13
**voter**
31:14, 36:3,
36:10
**voters**
20:12, 20:25,
37:23, 43:2,
43:4, 43:6
**votes**
32:25, 33:6,
33:9
**voting**
32:2

---
**W**

**walk**
15:10

**walks**
15:12
**want**
13:11, 15:4,
16:14, 16:15,
24:17, 27:17,
27:25, 30:19,
34:12, 35:23,
37:4, 39:4,
40:14, 41:18,
42:12
**wanted**
31:3
**wants**
28:12, 30:4
**washington**
4:11
**watching**
44:15
**way**
14:12, 22:7,
23:8
**ways**
34:24
**we'll**
27:7, 44:20
**we're**
11:1, 17:17,
17:21, 18:25,
19:2, 19:6,
23:9, 32:1,
33:12, 34:8
**we've**
29:23, 34:23,
44:8
**weber**
3:15
**website**
21:24
**western**
1:3
**whatever**
8:7
**whenever**
11:25
**whereof**
48:13
**whether**
9:9, 9:11,

15:2, 19:22
**whittling**
25:9, 25:13
**whole**
14:19, 14:20,
32:5, 32:19,
44:4, 44:7
**wholesale**
14:23
**win**
33:18, 46:4
**within**
41:5
**without**
14:12, 46:12
**witness**
22:7, 35:19,
45:4, 46:23,
47:2, 48:13
**woman**
26:20
**women**
32:14
**won**
32:18
**wondering**
15:22
**word**
15:25, 18:13,
34:13, 36:5
**words**
21:1, 23:4,
24:25, 27:17,
30:2, 30:7,
33:12, 34:14,
34:19
**work**
37:2
**working**
33:8
**works**
11:14
**world**
14:9, 34:4
**wrong**
34:15, 43:15,
43:17

**Y**

**yeah**
15:13, 16:25,

17:3, 32:13,
32:23, 37:25,
39:6, 39:12,
40:19, 40:22,
42:3, 44:10,
45:18, 46:14
**years**
19:18
**yourself**
11:6, 43:10

**Z**

**zero**
30:20, 35:12
**zoom**
38:11

**.**

**.1700**
3:11
**.3357**
4:21
**.4652**
4:12
**.6242**
3:24

**0**

**00**
42:17
**000443**
5:13
**000452**
5:16
**01**
21:18, 21:19
**02**
46:21, 47:11
**03**
1:22
**0453**
5:16
**05**
38:4
**06**
42:6
**07**
44:19

**1**

**10**
4:19
**10616**
1:7
**11**
21:18, 35:12
**12**
23:19
**125**
3:22
**1300**
3:21
**14**
48:14
**177**
3:8
**18**
22:15, 34:23

**2**

**20001**
4:11
**202.968**
4:12
**2025**
1:21, 5:13,
5:16, 22:15,
27:23, 38:18,
42:17, 48:15
**2028**
48:16
**21**
5:7
**23**
5:8
**25**
1:7, 23:20
**250**
4:9
**27**
5:9
**29**
5:13, 27:23,
28:4, 38:18
**2:-cv-**
1:7

| 3 |
|---|
| **31** |
| 44:23 |
| **35** |
| 5:10 |
| **38** |
| 5:11 |

| 4 |
|---|
| **400** |
| 4:10 |
| **4024** |
| 4:20 |
| **415.433** |
| 3:11 |
| **415.471** |
| 4:21 |
| **42** |
| 5:14 |
| **45** |
| 5:17, 7:25 |

| 5 |
|---|
| **50** |
| 5:17, 9:2, 10:1, 12:18, 16:8, 16:11, 17:7, 18:4, 19:11, 20:10, 22:23, 22:25, 24:6, 24:20, 25:14, 25:21, 26:15, 26:17, 28:13, 28:24, 29:4, 30:5, 30:22, 32:25, 33:24, 34:6, 36:4, 36:13, 37:8, 37:19, 39:9, 40:3, 40:8, 40:15, 41:8, 41:17, 41:19, 42:23, 43:14, 44:1, 44:8, 44:10, 44:15, 45:15, 45:20, 45:25, |

| |
|---|
| 46:3, 46:8 |
| **56** |
| 46:20 |
| **59** |
| 44:22 |

| 6 |
|---|
| **6** |
| 1:22, 46:20 |
| **612575** |
| 1:23 |

| 7 |
|---|
| **7** |
| 42:17, 46:21, 47:11 |
| **700** |
| 3:9 |
| **7th** |
| 42:17 |

| 9 |
|---|
| **916.210** |
| 3:24 |
| **94108** |
| 3:10 |
| **94111** |
| 4:20 |
| **95814** |
| 3:23 |
| **99** |
| 13:15, 13:18, 15:5, 15:19 |

| @ |
|---|
| **@ca** |
| 30:4 |
| **@cal** |
| 28:12 |