

# Transcript of Doug Buchanan

**Date:** December 11, 2025
**Case:** Tangipa, et al. -v- Newsom, et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

```
 1     IN THE UNITED STATES DISTRICT COURT

 2     FOR THE CENTRAL DISTRICT OF CALIFORNIA

 3     WESTERN DIVISION
       - - - - - - - - - - - - - x
 4

 5     DAVID TANGIPA, et al.,

 6              Plaintiffs,

 7     and UNITED STATES OF

 8     AMERICA,                    Case No.

 9        Plaintiff-Intervenor,    2:25-cv-10616

10        v.                       JLS-WLH-KKL

11     GAVIN NEWSOM, IN HIS

12     OFFICIAL CAPACITY AS THE

13     GOVERNOR OF CALIFORNIA, et

14     al.,

15              Defendants,

16     and DEMOCRATIC CONGRESSIONAL

17     CAMPAIGN COMMITTEE, et al.,

18        Defendant-Intervenors.

19     - - - - - - - - - - - - - x

20           Remote Deposition of DOUG BUCHANAN

21           Thursday, December 11, 2025

22                11:02 A.M. (PST)

23     Pages: 1 - 53

24     Reported By: Anita M. Trombetta, RMR, CRR,

25     California CSR No. 14647
```

1

2

3

4

5        Remote deposition of DOUG BUCHANAN, pursuant to

6    notice, before Anita M. Trombetta, a Certified

7    Shorthand Reporter in the State of California,

8    RMR, CRR, and Notary Public in and for the State

9    of New York.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1    A P P E A R A N C E S

2

3    ON BEHALF OF PLAINTIFFS:

4            AMBER HULSE, ESQUIRE

5            DOMENIC P. AULISI, ESQUIRE

6            DHILLON LAW GROUP INC.

7            2121 Eisenhower Avenue, Suite 608

8            Alexandria, VA 22314

9            415.433.1700

10

11   ON BEHALF OF DEFENDANT-INTERVENOR DEMOCRATIC

12   CONGRESSIONAL CAMPAIGN COMMITTEE:

13           CHRISTOPHER D. DODGE, ESQUIRE

14           TYLER BISHOP, ESQUIRE

15           ELIAS LAW GROUP LLP

16           250 Massachusetts Ave. NW, Suite 400

17           Washington, DC 20001

18

19   ON BEHALF OF DEFENDANT-INTERVENOR LEAGUE OF UNITED

20   LATIN AMERICAN CITIZENS:

21           TOMAS RIVERA, ESQUIRE

22           JUDE RICH, ESQUIRE

23           DEMOCRACY DEFENDERS ACTION

24           Info@democracydefenders.org

25   (Appearances continued on next page.)

1     A P P E A R A N C E S   C O N T I N U E D

2

3     ALSO PRESENT:

4             EDWARD ANTONELLI, Remote Technician

5             NICHOLAS BUCKLEY, Reporter-In-Training

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
1      -------------------I N D E X------------------
       WITNESS - DOUG BUCHANAN
2
       EXAMINATION BY                          Page
3
        ATTORNEY DODGE                              7
4       ATTORNEY RIVERA                            48

5      ---------------E X H I B I T S---------------

6       Exhibit         Description          Page

7       Exhibit 1       Proposition 50 Graphic     18

8       Exhibit 2       Graphic                    23

9       Exhibit 3       Facebook Post              27

10      Exhibit 4       Facebook Post              30

11      Exhibit 5       Facebook Post              33

12      Exhibit 6       Facebook Post              38

13      Exhibit 7       Complaint for              41

14                      Declaratory

15                      and Injunctive Relief

16

17

18

19

20

21

22

23

24

25
```

```
 1                    P R O C E E D I N G S
 2          THE COURT REPORTER: Would counsel please
 3   state their appearances for the record.
 4          ATTORNEY DODGE:  Good day.  Chris Dodge on        14:02:42
 5   behalf of DCCC.                                          14:02:44
 6          ATTORNEY HULSE:  Amber Hulse on behalf of         14:02:49
 7   plaintiffs.                                              14:02:52
 8          ATTORNEY AULISI:  Domenic Aulisi on behalf        14:02:56
 9   of plaintiffs.                                           14:02:56
10          ATTORNEY RIVERA:  Tomas Rivera on behalf          14:02:59
11   of Defendant LULAC.  I'm joined by my colleague,         14:03:00
12   Jude Rich, also on the line.                             14:03:03
13          THE COURT REPORTER:  Do all counsel               14:03:11
14   stipulate to the identity of the witness?                14:03:11
15          ATTORNEY DODGE:  Yes, on behalf of DCCC.          14:03:15
16          ATTORNEY RIVERA:  Yes, on behalf of LULAC.        14:03:19
17          ATTORNEY AULISI:  Yes, on behalf of the           14:03:23
18   plaintiffs.                                              14:03:24
19          ATTORNEY DODGE:  I'll also note my                14:03:27
20   colleague, Tyler Bishop, appears to have joined,         14:03:28
21   but I don't anticipate him speaking today.               14:03:32
22   D O U G   B U C H A N A N, called as a witness,
23   having been first duly sworn by a Notary Public of
24   the State of New York, was examined and testified
25   as follows:
```

| | |
|---|---|
| 1 | ATTORNEY DODGE:  Thank you. | |
| 2 | EXAMINATION BY | |
| 3 | ATTORNEY DODGE: | 14:03:50 |
| 4 | Q  Good morning, Mr. Buchanan.  Thank you for | 14:03:50 |
| 5 | being here. | 14:03:53 |
| 6 | As you heard, my name is Chris Dodge, I | 14:03:55 |
| 7 | represent the DCCC in this matter.  We have a very | 14:03:58 |
| 8 | brief period of time together today, just about an | 14:04:01 |
| 9 | hour, and I want to respect your time, so I'm | 14:04:03 |
| 10 | going to move a little more quickly than usual, | 14:04:05 |
| 11 | just going over some basic ground rules about how | 14:04:06 |
| 12 | depositions work, but feel free to ask me any | 14:04:09 |
| 13 | questions you have about the process. | 14:04:12 |
| 14 | As you've seen, we have a court reporter | 14:04:16 |
| 15 | here today.  She will be taking down everything we | 14:04:16 |
| 16 | say.  Her job is to create a clear and accurate | 14:04:20 |
| 17 | record of our conversation.  It's therefore | 14:04:23 |
| 18 | important for you to speaking slowly and clearly | 14:04:25 |
| 19 | so that she can make an accurate transcript. | 14:04:27 |
| 20 | It's also important that we not speak over | 14:04:30 |
| 21 | one another.  I'll try to respect you when you're | 14:04:32 |
| 22 | speaking and I would ask that you do the same. | 14:04:34 |
| 23 | And then, finally, it's important that you | 14:04:37 |
| 24 | give verbal answers to my questions rather than | 14:04:38 |
| 25 | shaking your head or saying "uh-huh" or "nuh-uh." | 14:04:40 |

1          Does that all make sense?                    14:04:43

2     A  Yes.                                            14:04:45

3     Q  Great.                                          14:04:46

4          A moment ago you took an oath and agreed      14:04:48

5  to provide truthful and complete testimony to the    14:04:50

6  best of your ability today.                           14:04:52

7          Is there any reason why you can't provide     14:04:53

8  truthful and accurate testimony today?                14:04:56

9     A  None that I am aware of.                         14:04:57

10    Q  Great.  Thank you.                              14:05:00

11         Very briefly, can you describe what you       14:05:01

12 did to prepare for today's deposition?                14:05:04

13    A  Yes.  I attempted to review the -- the          14:05:05

14 paperwork that was provided to me by the law          14:05:12

15 group, and it was pretty extensive and very           14:05:17

16 difficult to read and absorb.                         14:05:21

17    Q  Lawsuits can be like that, can't they?          14:05:23

18    A  Very much.                                      14:05:26

19    Q  Did you discuss the deposition with your        14:05:28

20 attorneys at all?                                     14:05:32

21    A  Yes.                                            14:05:33

22    Q  And for about how long did you talk about       14:05:36

23 the deposition with them?                             14:05:38

24    A  We spoke for about -- oh, my goodness,          14:05:40

25 about a half an hour, 40 minutes.                     14:05:47

| | | |
|---|---|---|
| 1 | Q  And can you tell me, without revealing | 14:05:49 |
| 2 | anything about your conversation, which attorneys | 14:05:51 |
| 3 | you spoke with? | 14:05:53 |
| 4 | A  Well, I spoke to Amber and the other | 14:05:54 |
| 5 | gentleman that's on the call.  I don't see his -- | 14:05:59 |
| 6 | his picture, but he's -- he's identified on the -- | 14:06:01 |
| 7 | he identified himself initially. | 14:06:07 |
| 8 | Q  That's fine.  There are definitely a lot | 14:06:10 |
| 9 | of lawyers in this. | 14:06:13 |
| 10 | A  Oh, okay.  I'm sorry. | 14:06:14 |
| 11 | Q  You're currently appearing on Zoom. | 14:06:15 |
| 12 | Is there anyone else in the room with you | 14:06:20 |
| 13 | currently? | 14:06:21 |
| 14 | A  There is not. | 14:06:22 |
| 15 | Q  Great.  Do you have any documents in front | 14:06:23 |
| 16 | of you? | 14:06:25 |
| 17 | A  I do not.  I just have some papers with | 14:06:26 |
| 18 | notes. | 14:06:32 |
| 19 | Q  And are those notes that you wrote or | 14:06:33 |
| 20 | notes provided to you by your counsel? | 14:06:36 |
| 21 | A  No, I actually just wrote down some notes | 14:06:39 |
| 22 | for myself before I got on to this call. | 14:06:42 |
| 23 | Q  For purposes of this deposition, I would | 14:06:46 |
| 24 | ask you either not to consult those notes. | 14:06:50 |
| 25 | Otherwise, we may ask for you to produce them in | 14:06:54 |

```
 1    this litigation just so that we can see what        14:06:56

 2    you're referring to throughout.                     14:07:00

 3        A  Great.                                        14:07:01

 4        Q  I sort of leave the choice up to you.         14:07:02

 5        A  That's fine.                                  14:07:10

 6        Q  Great.  Okay.  So let's get into things a     14:07:11

 7    bit.                                                 14:07:13

 8           When did you first come to be involved in     14:07:14

 9    this lawsuit?                                        14:07:17

10        A  I can't recall the date.  I would say it      14:07:19

11    was very recent, within the last couple months,     14:07:27

12    but I can't -- I can't tell you an exact date.  I    14:07:30

13    just don't recall.                                   14:07:34

14        Q  Do you recall whether you discussed or        14:07:35

15    thought about filing a lawsuit before Election       14:07:38

16    Day?                                                 14:07:41

17        A  I did not, no.                                14:07:44

18        Q  So the idea to sue occurred on or after       14:07:46

19    Election Day.                                        14:07:53

20           Is that fair to say?                          14:07:53

21        A  Correct, correct.                             14:07:53

22        Q  And did you reach out to the Dhillon Law      14:07:55

23    Group or Mr. Meuser or any of your counsel about     14:07:58

24    suing or did they first reach out to you about the   14:08:03

25    lawsuit?                                             14:08:05
```

1        A  I was contacted by Mark Meuser.          14:08:05

2        Q  And that would have been shortly after the    14:08:09

3    election?                                          14:08:12

4        A  Correct.                                     14:08:13

5        Q  And why did you want to get involved in      14:08:14

6    this lawsuit?                                      14:08:16

7        A  I -- I really feel like what's happening     14:08:21

8    to California is -- it's unfortunate.  And I've    14:08:31

9    lived here my whole life and I feel a little       14:08:35

10   disfranchised myself.                              14:08:41

11       Q  When you say "what's happening to            14:08:44

12   California," can you just sort of briefly describe  14:08:46

13   what you mean?                                     14:08:48

14       A  Well, I mean, we have proclaimed -- we are   14:08:49

15   being advertised as a sanctuary city, and over the 14:08:55

16   past four years we've let in over 20 million       14:09:02

17   illegal aliens.  So because we give free           14:09:07

18   everything, we are a magnet for many, many         14:09:11

19   potentially illegal voters.                        14:09:16

20       Q  So when you say "what's happening to         14:09:19

21   California," you're not -- are you talking about    14:09:22

22   Proposition 50 or just sort of generally the state 14:09:24

23   of affairs in California?                          14:09:26

24       A  I'm speaking generally in the, you know,     14:09:27

25   the last four years of our shift in -- in the      14:09:31

1    demographics and population.                          14:09:36

2         Q   Got it.                                      14:09:38

3         Have you communicated with any of the            14:09:40

4    other plaintiffs in this lawsuit?                     14:09:42

5         A   No.                                          14:09:44

6         Q   Have you reviewed the complaint filed in     14:09:45

7    this case in your name?                               14:09:48

8         A   Yes.                                         14:09:50

9         Q   When did you first review that?              14:09:51

10        A   My goodness, when it was sent to me when I   14:09:56

11   was asked to be a part of it.                         14:10:04

12        Q   And do you generally agree with the          14:10:09

13   allegations in the complaint?                         14:10:11

14        A   I absolutely do.                             14:10:12

15        Q   And just for my benefit, can you tell me     14:10:14

16   what congressional district you live in under the     14:10:17

17   Proposition 50 map?                                   14:10:20

18        A   13 -- I believe 13 still.                    14:10:22

19        Q   And that was true before Proposition 50 as   14:10:26

20   well?                                                 14:10:29

21        A   Correct, yeah.                               14:10:29

22        Q   So Proposition 50 didn't change the          14:10:30

23   congressional district you're living in?              14:10:33

24        A   It changed -- well, it didn't change the     14:10:34

25   number, correct.                                      14:10:36

1      Q  That's what I meant.  Thank you.          14:10:37

2          (Reporter clarification.)                14:10:42

3      Q  Apologies.                                14:10:42

4          Just for the record, Proposition 50 didn't   14:10:43

5   change the number of the congressional district   14:10:45

6   you're living in?                                14:10:47

7      A  Correct.                                   14:10:48

8      Q  All right.  I'd like to move to discussing  14:10:49

9   your involvement with Proposition 50 itself.      14:10:51

10         Thinking back to this past summer, when    14:10:53

11  did you first become aware that California         14:10:56

12  Democrats wanted to redraw California's            14:11:00

13  congressional map?                                14:11:04

14     A  Probably when I saw the governor on TV or    14:11:10

15  an interview of some sort.                         14:11:13

16     Q  And do you recall roughly when that would   14:11:15

17  have been?                                         14:11:18

18     A  I -- I cannot -- I can't recall a time.     14:11:19

19  I'm just -- I'm thinking it was early summer, but  14:11:27

20  I'm -- that's just a guess.                        14:11:30

21     Q  That's fair.  That's fine.                  14:11:32

22         What did you first think -- strike that.   14:11:33

23         When you first heard that Democrats wanted  14:11:38

24  to redraw the congressional map, what was your     14:11:40

25  first thought as to why they were doing so?        14:11:43

| | | |
|---|---|---|
| 1 | A  Well, all I know is what the governor | 14:11:46 |
| 2 | announced, that it was in response to Texas, Texas | 14:11:51 |
| 3 | redrawing their congressional districts. | 14:11:56 |
| 4 | Q  And do you recall that after the | 14:11:59 |
| 5 | California Legislature enacted Proposition 50, it | 14:12:05 |
| 6 | was put on the ballot for voters, right? | 14:12:10 |
| 7 | A  I'm sorry.  What? | 14:12:14 |
| 8 | Q  After the California Legislature voted to | 14:12:15 |
| 9 | pass Proposition 50, the matter was put to voters, | 14:12:18 |
| 10 | right? | 14:12:22 |
| 11 | A  After -- I'm sorry.  I'm trying to follow. | 14:12:24 |
| 12 | After -- | 14:12:30 |
| 13 | Q  Maybe my question isn't a very good one. | 14:12:30 |
| 14 | A  Okay. | 14:12:32 |
| 15 | Q  You recall that California voters | 14:12:33 |
| 16 | ultimately had a say on Proposition 50, right? | 14:12:34 |
| 17 | A  Correct, that it was on the ballot. | 14:12:40 |
| 18 | Q  Right.  And there was a two- or | 14:12:42 |
| 19 | three-month campaign over it before Election Day, | 14:12:43 |
| 20 | right? | 14:12:45 |
| 21 | A  Yes. | 14:12:45 |
| 22 | Q  And you participated in that campaign to | 14:12:46 |
| 23 | some extent, right? | 14:12:48 |
| 24 | A  Yes, sir. | 14:12:49 |
| 25 | Q  And why did you choose to involve yourself | 14:12:51 |

1   in the campaign on Proposition 50?                    14:12:53

2       A   Well, probably that my biggest frustration    14:13:05

3   was that, you know, we had an independent             14:13:10

4   commission in California, which I think we were       14:13:13

5   pretty proud of.                                      14:13:17

6           And to understand that the Legislature was    14:13:19

7   going to just throw that out and rewrite, redraw      14:13:25

8   lines was unbelievable to me, in response to          14:13:28

9   something that may or may not happen in another       14:13:33

10  state.  That was pretty frustrating.                  14:13:36

11      Q   You mentioned a couple times now that you     14:13:39

12  understood Governor Newsom and the Legislature to     14:13:43

13  be acting in response to Texas.                       14:13:46

14          What was your understanding about what        14:13:48

15  Governor Newsom and the Legislature were trying to    14:13:51

16  accomplish in response to Texas?                      14:13:53

17      A   I believe they -- well, what they were        14:13:59

18  saying is there would be a net gain of Republican     14:14:07

19  seats in Texas, and they were very angry and          14:14:10

20  wanted to do something radical in response to that    14:14:21

21  and trying to show the country that we were           14:14:24

22  California.  We were radical California.              14:14:31

23      Q   When you say "something radical in            14:14:35

24  response," you mean adding Democratic seats in        14:14:37

25  California as a response to what Texas was doing,     14:14:40

| | | |
|---|---|---|
| 1 | fair? | 14:14:43 |
| 2 | A  Well, I believe, yes, that would be the | 14:14:44 |
| 3 | end result where they were hoping to have more -- | 14:14:47 |
| 4 | to lose Republican seats here and gain Democrat | 14:14:52 |
| 5 | seats here, correct. | 14:14:57 |
| 6 | Q  Okay.  Fair. | 14:14:58 |
| 7 | You're a member of the California | 14:14:58 |
| 8 | Republican Party, right? | 14:15:00 |
| 9 | A  I am. | 14:15:01 |
| 10 | Q  Do you hold any kind of role or position, | 14:15:02 |
| 11 | volunteer or otherwise, with the California | 14:15:06 |
| 12 | Republican Party? | 14:15:09 |
| 13 | A  I do. | 14:15:09 |
| 14 | Q  And what role is that? | 14:15:10 |
| 15 | A  I am a member of the -- the Republican | 14:15:11 |
| 16 | Party of Stanislaus County Central Committee, and | 14:15:16 |
| 17 | I'm the District 3 caucus chair. | 14:15:20 |
| 18 | Q  And in that role, did you help, you know, | 14:15:27 |
| 19 | sort of organize the county Republican party | 14:15:28 |
| 20 | around the Proposition 50 campaign? | 14:15:30 |
| 21 | A  I encouraged it.  There -- we created yard | 14:15:38 |
| 22 | signs and billboards or, you know, big signs to | 14:15:41 |
| 23 | encourage people to vote no, and that there was | 14:15:45 |
| 24 | also a door-to-door campaign, which I didn't | 14:15:48 |
| 25 | personally participate in, but I certainly | 14:15:51 |

| | | |
|---|---|---|
| 1 | encouraged. | 14:15:54 |
| 2 | Q  Got it. | 14:15:55 |
| 3 | Were there other ways you engaged in the | 14:15:57 |
| 4 | campaign over Proposition 50, like, through | 14:16:01 |
| 5 | telephone calls, social media posts, you know, | 14:16:04 |
| 6 | that kind of thing? | 14:16:06 |
| 7 | A  Yes, I did post a meme or I created a | 14:16:07 |
| 8 | graphic of a -- that I shared online on various | 14:16:12 |
| 9 | platforms, Instagram, Facebook, etc. | 14:16:19 |
| 10 | Q  And what was that meme? | 14:16:22 |
| 11 | A  It was a No Kings, No on Prop 51 graphic. | 14:16:25 |
| 12 | Q  Got it. | 14:16:31 |
| 13 | And was the goal of sharing that post and | 14:16:33 |
| 14 | any other posts to try and persuade, you know, | 14:16:35 |
| 15 | people you knew to vote against Proposition 50? | 14:16:39 |
| 16 | A  Yes. | 14:16:42 |
| 17 | Q  And is it fair to say that you were | 14:16:43 |
| 18 | speaking sincerely and honestly about why you | 14:16:46 |
| 19 | opposed Proposition 50 when you were posting about | 14:16:49 |
| 20 | it online? | 14:16:53 |
| 21 | A  Honestly, my -- my biggest drive was to | 14:16:54 |
| 22 | get people to understand what was happening in | 14:17:01 |
| 23 | Texas because even my Republican friends had very | 14:17:07 |
| 24 | little understanding that this was more than just | 14:17:12 |
| 25 | a group of Republicans that decided to redraw | 14:17:16 |

| | | |
|---|---|---|
| 1 | lines in Texas. | 14:17:19 |
| 2 | And that probably was my biggest passion. | 14:17:22 |
| 3 | I tried to link to stories that gave background | 14:17:25 |
| 4 | information on the Texas story. | 14:17:29 |
| 5 | Q  But is it fair to say that you were also | 14:17:31 |
| 6 | trying to persuade, you know, friends, family, | 14:17:35 |
| 7 | other people you connect with online to vote | 14:17:38 |
| 8 | against Proposition 50? | 14:17:41 |
| 9 | A  Absolutely.  Yes. | 14:17:42 |
| 10 | Q  And in doing that, presumably you were | 14:17:45 |
| 11 | sharing what you believed to be honest and true | 14:17:47 |
| 12 | information about all the circumstances | 14:17:50 |
| 13 | surrounding Proposition 50, right? | 14:17:51 |
| 14 | A  Correct. | 14:17:53 |
| 15 | Q  Okay. | 14:17:54 |
| 16 | ATTORNEY DODGE:  Can we pull up Tab 1 and | 14:17:57 |
| 17 | mark that as Buchanan Exhibit 1. | 14:18:02 |
| 18 | THE EXHIBIT TECHNICIAN:  Please stand by. | 14:18:05 |
| 19 | (Buchanan Exhibit 1, marked for | 14:18:05 |
| 20 | identification.) | 14:18:05 |
| 21 | BY ATTORNEY DODGE: | 14:18:59 |
| 22 | Q  Can you see this, Mr. Buchanan? | 14:18:59 |
| 23 | A  Yeah, it's kind of small. | 14:19:01 |
| 24 | ATTORNEY DODGE:  Can we maybe zoom in a | 14:19:03 |
| 25 | little bit to help the witness.  Great, thank you. | 14:19:05 |

1          I'd like to start at the top just so he          14:19:08

2     can see the URL and his name.                          14:19:11

3          A  Oh, yes, I recall this -- this graphic.        14:19:19

4          Q  Great.  And this was a post you made on        14:19:20

5     Facebook, right?                                        14:19:22

6          A  Yes, I believe I shared it.                     14:19:22

7          Q  And if I told you you posted this around        14:19:24

8     September 27, would that sound about right?             14:19:28

9          A  Probably, yes.                                  14:19:29

10         Q  And I think you just said you reposted it.      14:19:30

11         This wasn't something you created                  14:19:33

12    personally, but it was something you shared,            14:19:35

13    right?                                                  14:19:37

14         A  Correct.                                        14:19:37

15         Q  And presumably that's because you found it      14:19:39

16    interesting or educational and wanted to share it       14:19:41

17    with other people, right?                               14:19:44

18         A  Yes.  I'm trying to --                          14:19:45

19         THE WITNESS:  -- could you zoom in a               14:19:47

20    little bit more in again?                               14:19:49

21         A  I'm just -- I'm trying to refresh my brain      14:19:51

22    on what it was arguing.                                 14:19:54

23         (Reporter clarification.)                          14:20:07

24         A  Oh, yeah, what it was saying.                   14:20:07

25         Q  So let's go through it a little bit.            14:20:09

| | | |
|---|---|---|
| 1 | Is it fair to say, as a whole, that this | 14:20:12 |
| 2 | document is kind of showing the pros and cons of | 14:20:14 |
| 3 | voting for Proposition 50? | 14:20:17 |
| 4 | A  Yes, it appears to be. | 14:20:18 |
| 5 | Q  And if we look at the vote-no side on the | 14:20:20 |
| 6 | right, in the third row, it says, "If you believe | 14:20:23 |
| 7 | the Constitution should not be changed because one | 14:20:28 |
| 8 | political party is trying to game the system." | 14:20:31 |
| 9 | Did I say that correctly? | 14:20:33 |
| 10 | A  If you believe the Constitution should not | 14:20:34 |
| 11 | be changed, yes. | 14:20:36 |
| 12 | Q  And what political party is that referring | 14:20:40 |
| 13 | to there? | 14:20:42 |
| 14 | A  Vote no.  Well, if this is encouraging | 14:20:47 |
| 15 | them to vote no, then I'm going to guess that you | 14:20:50 |
| 16 | believe the Constitution should not be changed | 14:20:54 |
| 17 | because one political party, probably the Democrat | 14:20:56 |
| 18 | party is trying to game the system, yes. | 14:21:00 |
| 19 | Q  Got it. | 14:21:03 |
| 20 | So this post is saying the Democratic | 14:21:03 |
| 21 | Party was trying to change the system in | 14:21:06 |
| 22 | California? | 14:21:08 |
| 23 | A  Correct, correct. | 14:21:09 |
| 24 | Q  And then the next box below that in the | 14:21:12 |
| 25 | vote-no side says -- well, let me restate it. | 14:21:15 |

1      It says you should vote no if "you believe        14:21:21

2  district lines should reflect California's real       14:21:25

3  voter balance, not tilt the outcome for one           14:21:27

4  party."                                               14:21:30

5      Did I get that part right?                         14:21:31

6      A  Correct.                                        14:21:33

7      Q  And it says "one party."  Is that again         14:21:34

8  referring to the Democratic Party?                    14:21:37

9      A  Well, you can infer that, but I think it's      14:21:41

10  a generally true statement no matter which party.    14:21:43

11     Q  But you were posting it in the context of      14:21:48

12  the Democratic Party trying to pass                   14:21:51

13  Proposition 50, right?                                14:21:53

14     A  Correct.                                        14:21:54

15     Q  And so is it fair to say that you believe      14:21:55

16  the Democratic Party was trying to tilt the          14:21:57

17  outcome in its favor through Proposition 50?         14:22:00

18     A  Correct.  Yes, sir.                            14:22:02

19     Q  And that same line also talks about           14:22:03

20  California's real voter balance.                      14:22:07

21      So is it fair to say that you were              14:22:09

22  concerned that Proposition 50 wasn't going to        14:22:11

23  result in districts that would reflect the real      14:22:14

24  voter balance in California?                          14:22:19

25     A  Absolutely.                                    14:22:22

| | | |
|---|---|---|
| 1 | Q  And when you say "voter balance," you're | 14:22:23 |
| 2 | referring specifically to the balance between | 14:22:28 |
| 3 | Democrats and Republicans, fair? | 14:22:30 |
| 4 | A  Well, I am, but I'm also inferring that, | 14:22:34 |
| 5 | you know, we have -- unlike most states, we send | 14:22:38 |
| 6 | ballots to the whole world, to all people with | 14:22:46 |
| 7 | addresses.  And -- and so, you know, we have | 14:22:49 |
| 8 | bigger problems than just Republican versus | 14:22:51 |
| 9 | Democrat. | 14:22:54 |
| 10 | You know, we have -- but, yes, generally | 14:22:55 |
| 11 | that's -- that's the statement.  I agree with that | 14:22:57 |
| 12 | statement. | 14:23:01 |
| 13 | Q  And if you look to the other side of the | 14:23:02 |
| 14 | document in the red column that says "vote yes," | 14:23:04 |
| 15 | the fourth box down says you should vote yes if | 14:23:09 |
| 16 | "you feel it is equitable that only four to five | 14:23:13 |
| 17 | seats out of 52 should be held by Republicans." | 14:23:16 |
| 18 | Did I say that right? | 14:23:19 |
| 19 | A  That is what it says, correct. | 14:23:22 |
| 20 | Q  And that's referring to the fact that | 14:23:24 |
| 21 | Proposition 50 was likely going to have the effect | 14:23:28 |
| 22 | of reducing the number of Republican-held seats in | 14:23:30 |
| 23 | California down to only four or five out of 52, | 14:23:32 |
| 24 | right? | 14:23:35 |
| 25 | A  That is correct. | 14:23:35 |

| | | |
|---|---|---|
| 1 | Q  And that concerned you, fair? | 14:23:36 |
| 2 | A  Absolutely. | 14:23:39 |
| 3 | Q  And you understood that to be one of the | 14:23:40 |
| 4 | consequences of Proposition 50 being passed? | 14:23:44 |
| 5 | A  Yes, sir. | 14:23:46 |
| 6 | Q  You can take a moment to review this | 14:23:47 |
| 7 | document if you'd like, but is it accurate to say | 14:23:51 |
| 8 | that anything on this document expressly mentions | 14:23:55 |
| 9 | race or ethnicity or anything like that? | 14:23:58 |
| 10 | A  No, it doesn't expressly cite race or | 14:24:02 |
| 11 | ethnicity, but it's -- well, it's, unfortunately, | 14:24:26 |
| 12 | part of the mix when we look at -- at California's | 14:24:32 |
| 13 | sanctuary policies. | 14:24:38 |
| 14 | Q  But this document does mention political | 14:24:41 |
| 15 | party, right? | 14:24:48 |
| 16 | A  It does. | 14:24:49 |
| 17 | ATTORNEY DODGE:  We can put this aside. | 14:24:50 |
| 18 | Can we pull up Tab 2 and label that | 14:24:51 |
| 19 | Buchanan Exhibit 2. | 14:24:54 |
| 20 | (Buchanan Exhibit 2, marked for | 14:24:54 |
| 21 | identification.) | 14:25:05 |
| 22 | THE EXHIBIT TECHNICIAN:  Please stand by. | 14:25:05 |
| 23 | BY ATTORNEY DODGE: | 14:25:58 |
| 24 | Q  Can you see that, Mr. Buchanan? | 14:25:58 |
| 25 | A  It's pretty small. | 14:25:59 |

| | | |
|---|---|---|
| 1 | ATTORNEY DODGE:  Could you zoom in a | 14:26:02 |
| 2 | little bit towards the top. | 14:26:03 |
| 3 | A  "How California votes today." | 14:26:07 |
| 4 | Q  Do you recall making this Facebook post? | 14:26:11 |
| 5 | A  "How California votes today, Democrat, | 14:26:15 |
| 6 | Republican.  House Seats Today." | 14:26:20 |
| 7 | I can't say that I remember it, but it | 14:26:28 |
| 8 | looks like it does represent the issue. | 14:26:32 |
| 9 | Q  And you don't dispute that this is a post | 14:26:37 |
| 10 | you made, right? | 14:26:39 |
| 11 | A  I shared, yeah. | 14:26:42 |
| 12 | Q  Shared.  That's fair. | 14:26:43 |
| 13 | I mean, you see your name at the top, | 14:26:46 |
| 14 | correct? | 14:26:48 |
| 15 | A  Yes. | 14:26:48 |
| 16 | Q  And it's a little cut off, but you can | 14:26:49 |
| 17 | see, I think -- | 14:26:52 |
| 18 | A  Oh, I do. | 14:26:52 |
| 19 | Q  -- your profile picture a little bit? | 14:26:53 |
| 20 | A  It says November 3rd or something like | 14:26:55 |
| 21 | that, yeah. | 14:26:57 |
| 22 | Q  Great.  Yeah, exactly. | 14:26:58 |
| 23 | And can you sort of just describe what | 14:26:59 |
| 24 | this image shows to you? | 14:27:01 |
| 25 | A  Well, it shows at the top -- well, it | 14:27:06 |

| | | |
|---|---|---|
| 1 | shows the percentage of Democrats and Republicans | 14:27:11 |
| 2 | and then it displays how many -- about what | 14:27:16 |
| 3 | percentage of the House seats represent | 14:27:22 |
| 4 | California.  And then at the bottom, it shows the | 14:27:27 |
| 5 | change with Prop 50. | 14:27:34 |
| 6 | So it goes from a -- yeah, 52 House | 14:27:37 |
| 7 | seats -- goes from nine down to probably four or | 14:27:43 |
| 8 | so. | 14:27:46 |
| 9 | Q  Yeah, and the image cuts off a little bit, | 14:27:47 |
| 10 | I can -- I can call it up, if you'd like, but I | 14:27:49 |
| 11 | think you can sort of see what it shows, right? | 14:27:53 |
| 12 | A  I mean, based upon our previous | 14:27:54 |
| 13 | discussion, I'm guessing it's -- it's | 14:27:58 |
| 14 | representative of that change from a, you know, a | 14:28:00 |
| 15 | nine-seat Republican to four seats or something | 14:28:03 |
| 16 | like that. | 14:28:05 |
| 17 | Q  And why was it important to you to share | 14:28:06 |
| 18 | this information with your friends on Facebook? | 14:28:09 |
| 19 | A  Well, to -- if you understand that 30 -- | 14:28:14 |
| 20 | 38 percent of the registered voters are probably | 14:28:19 |
| 21 | Republican, then that is concerning, that our | 14:28:24 |
| 22 | voice is being, you know, reduced to just four | 14:28:29 |
| 23 | representatives out of 52. | 14:28:35 |
| 24 | Q  So you were concerned that Republicans in | 14:28:37 |
| 25 | California were already underrepresented in | 14:28:41 |

| | | |
|---|---|---|
| 1 | Congress and Proposition 50 was going to make that | 14:28:43 |
| 2 | even worse, right? | 14:28:46 |
| 3 | A  Yes, correct. | 14:28:47 |
| 4 | Q  And do you think this is something that | 14:28:48 |
| 5 | Governor Newsom and the Democrats in the | 14:29:00 |
| 6 | Legislature were trying to achieve when they | 14:29:04 |
| 7 | passed Proposition 50? | 14:29:06 |
| 8 | ATTORNEY AULISI:  I'm going to object to | 14:29:09 |
| 9 | form on that. | 14:29:11 |
| 10 | ATTORNEY DODGE:  That's fair. | 14:29:12 |
| 11 | Let me restate the question. | 14:29:13 |
| 12 | Q  Mr. Buchanan, based on your understanding | 14:29:15 |
| 13 | of Proposition 50, did you understand it to be one | 14:29:17 |
| 14 | of the goals of Governor Newsom and the Democrats | 14:29:20 |
| 15 | in the Legislature to achieve the outcome | 14:29:23 |
| 16 | reflected in this graphic you shared? | 14:29:25 |
| 17 | A  Yes, it was my understanding that that was | 14:29:29 |
| 18 | his goal. | 14:29:32 |
| 19 | Q  And there's nothing in this graphic that | 14:29:33 |
| 20 | talks about racial or ethnic demographics in | 14:29:40 |
| 21 | California, right? | 14:29:43 |
| 22 | A  Not that I see. | 14:29:44 |
| 23 | ATTORNEY DODGE:  We can take this down and | 14:29:49 |
| 24 | pull up Tab 3A, which we can label Buchanan | 14:29:51 |
| 25 | Exhibit 3. | 14:29:56 |

| | | |
|---|---|---|
| 1 | THE EXHIBIT TECHNICIAN:  Please stand by. | 14:29:59 |
| 2 | (Buchanan Exhibit 3, marked for | 14:29:59 |
| 3 | identification.) | 14:29:59 |
| 4 | BY ATTORNEY DODGE: | 14:30:54 |
| 5 | Q  And do you recognize this document, sir? | 14:30:54 |
| 6 | THE WITNESS:  Could you enlarge it a | 14:31:00 |
| 7 | little? | 14:31:01 |
| 8 | ATTORNEY DODGE:  Yeah.  Can we zoom in at | 14:31:02 |
| 9 | the top half, please. | 14:31:04 |
| 10 | Is that better? | 14:31:05 |
| 11 | A  "Let voters choose, not politicians." | 14:31:06 |
| 12 | I'm trying to make sense of what's below | 14:31:10 |
| 13 | that.  150 million, oh, in wasteful spending for a | 14:31:13 |
| 14 | special election. | 14:31:18 |
| 15 | I think it was way more than that. | 14:31:19 |
| 16 | Q  But fair to say this is a post that lists | 14:31:22 |
| 17 | a bunch of reasons to vote no on Proposition 50? | 14:31:24 |
| 18 | A  Yeah, "let voters choose, not | 14:31:29 |
| 19 | politicians," yes. | 14:31:35 |
| 20 | Q  And then below that big red box in smaller | 14:31:36 |
| 21 | text -- and we can zoom in -- but it lists a whole | 14:31:40 |
| 22 | bunch of reasons why a person might want to vote | 14:31:42 |
| 23 | against Proposition 50, right? | 14:31:45 |
| 24 | A  (Document review.) | 14:31:50 |
| 25 | Yes, yes. | 14:31:53 |

| | |
|---|---|
| 1 | Q  And it looks like this was a post you | 14:31:54 |
| 2 | shared on Facebook on November 3rd; is that fair? | 14:31:56 |
| 3 | A  Yes. | 14:32:00 |
| 4 | Q  And that would have been just a day or so | 14:32:00 |
| 5 | before people actually went to the polls and | 14:32:03 |
| 6 | voted, right? | 14:32:06 |
| 7 | A  Yes. | 14:32:06 |

1    Q  And it looks like this was a post you

2    shared on Facebook on November 3rd; is that fair?

3    A  Yes.

4    Q  And that would have been just a day or so

5    before people actually went to the polls and

6    voted, right?

7    A  Yes.

8    Q  And if we could zoom in a little bit on

9    the middle of that gray text below the red box,

10   there's a line there that says, "Orchestrated by

11   the DCCC for their agenda."

12       Do you see that?

13   A  "Orchestrated" -- oh, yes -- "by the DCCC

14   for their agenda," yes.

15   Q  And the DCCC is sometimes referred to as

16   the Democratic Congressional Campaign Committee.

17       Does that sound right?

18   A  It sounds probable.

19   Q  It's not a pop quiz.

20   A  I mean, I believe you.  That's what it

21   sounds like, yeah.

22   Q  Were you concerned at all that the DCCC

23   was involved in the Proposition 50 process?

24   A  No, it hadn't crossed my mind.

25   Q  So the fact that it was in this graphic

| | | |
|---|---|---|
| 1 | was just sort of a coincidence? | 14:33:00 |
| 2 | A   Correct. | 14:33:02 |
| 3 | Q   The next line says that Proposition 50 | 14:33:03 |
| 4 | "locks in five House seats for progressive agenda | 14:33:06 |
| 5 | for minimum three election cycles." | 14:33:10 |
| 6 | Do you see that? | 14:33:12 |
| 7 | A   Yes. | 14:33:13 |
| 8 | Q   And what is -- what do you think that's | 14:33:16 |
| 9 | referring to? | 14:33:17 |
| 10 | A   Well, as I understand it, the -- the new | 14:33:19 |
| 11 | gerrymandered map would not revert to the | 14:33:28 |
| 12 | commission's, back to the independent commission's | 14:33:35 |
| 13 | map until '31 or something like that.  2031? | 14:33:39 |
| 14 | Q   And -- | 14:33:44 |
| 15 | A   The -- | 14:33:46 |
| 16 | Q   I'm sorry, I didn't mean to cut you off if | 14:33:46 |
| 17 | you would like to finish your answer. | 14:33:49 |
| 18 | A   Well, I -- I think that's what that's | 14:33:50 |
| 19 | referring to.  That's what it seems to be | 14:33:52 |
| 20 | referring to. | 14:33:54 |
| 21 | Q   And, specifically, it's referring to the | 14:33:55 |
| 22 | fact that there would be five additional | 14:33:59 |
| 23 | Democratic House seats for those three election | 14:34:02 |
| 24 | cycles, right? | 14:34:05 |
| 25 | A   Correct.  I mean, that's what it appears | 14:34:08 |

| | | |
|---|---|---|
| 1 | to be.  You know, again, I probably did not spend | 14:34:14 |
| 2 | the amount of time reading it or contemplating its | 14:34:16 |
| 3 | impact or its correctness until now. | 14:34:22 |
| 4 | Q  I don't want to spend too much time with | 14:34:25 |
| 5 | this document, but if you just want to take a | 14:34:28 |
| 6 | moment to sort of review this text, do you see | 14:34:30 |
| 7 | anything in it that refers to race, ethnicity, | 14:34:33 |
| 8 | Latinos, Hispanics or any other racial group? | 14:34:37 |
| 9 | A  No, it doesn't allude to the criteria at | 14:34:48 |
| 10 | all that I see. | 14:34:55 |
| 11 | ATTORNEY DODGE:  And can we just scroll | 14:34:57 |
| 12 | down to the bottom of this document for some | 14:34:58 |
| 13 | context. | 14:35:00 |
| 14 | Q  So it looks like this post maybe | 14:35:01 |
| 15 | originated with the Republican Party of Merced | 14:35:05 |
| 16 | County; is that fair? | 14:35:08 |
| 17 | A  Yes, yes. | 14:35:10 |
| 18 | ATTORNEY DODGE:  And if we can pull up | 14:35:11 |
| 19 | Tab 3B, which I'll call Buchanan 4. | 14:35:12 |
| 20 | THE EXHIBIT TECHNICIAN:  Please stand by. | 14:35:17 |
| 21 | (Buchanan Exhibit 4, marked for | 14:35:17 |
| 22 | identification.) | 14:36:07 |
| 23 | ATTORNEY DODGE:  If we can zoom in a | 14:36:07 |
| 24 | little bit towards the top. | 14:36:08 |
| 25 | BY ATTORNEY DODGE: | 14:36:09 |

1    Q  Mr. Buchanan, I'll represent to you that                14:36:09

2  this is the bottom half of that post.  I couldn't          14:36:11

3  fit it quite all on one page, but you see it's             14:36:13

4  from the Republican Party of Merced County.                14:36:16

5       Does that look right to you?                          14:36:19

6    A  Are you saying this is part of the                     14:36:21

7  previous graphic we looked at?                             14:36:23

8    Q  That's right.  That's right.                           14:36:26

9       It just sort of carries on below?                      14:36:27

10   A  Oh, yeah, I kind of see that at the top                14:36:30

11  there, yeah.                                               14:36:31

12   Q  And this was the same post you shared on               14:36:32

13  November 3rd, 2025, right?                                 14:36:37

14   A  Okay.  Yes.                                            14:36:38

15   Q  And the Republican Party of Merced County              14:36:40

16  says, "The Pros & Cons of Prop 50."                        14:36:45

17      Do you see that?                                       14:36:48

18   A  Yes.                                                   14:36:51

19   Q  And at the top, it says, "Democrat 'PROS'              14:36:52

20  in favor of Prop 50."                                      14:36:57

21      Do you see that?                                       14:36:59

22   A  "Democrat PROS," yes.                                  14:37:00

23   Q  Could you just read aloud for me number 1              14:37:02

24  on that list.                                              14:37:04

25   A  Yeah.  "Increases (D) competitiveness in               14:37:05

```
1   five congressional districts where progressive          14:37:10

2   priorities can be advanced at the national level."       14:37:14

3        "Increases (D) competitiveness in five              14:37:19

4   congressional districts where progressive                14:37:24

5   priorities can be advanced at the national level."       14:37:26

6        Okay.                                               14:37:31

7   Q   That's great.                                        14:37:31

8        So is it fair to say then that this post            14:37:32

9   is saying that the number-one reason why a person        14:37:36

10  might choose to vote for Proposition 50 would be         14:37:39

11  to improve Democratic electoral prospects in five        14:37:42

12  congressional seats?                                     14:37:46

13       ATTORNEY HULSE:  Objection.  Form.                  14:37:49

14  Q   You can answer, sir.                                 14:37:51

15  A   Increases -- yes, it sounds like they want           14:37:57

16  five congressional -- the additional five                14:38:05

17  congressional seats would become Democratic.             14:38:07

18  Q   And when you say "they want," you're                 14:38:09

19  referring to the California Legislature and              14:38:11

20  Governor Newsom?                                         14:38:14

21  A   Well, it says the pros in favor of 50, so            14:38:15

22  the intent of the proposition, yes, would be the         14:38:22

23  California Legislature.                                  14:38:30

24  Q   I think I understood you there, but just             14:38:36

25  for clarity on the record, it's your view that the       14:38:39
```

| | | |
|---|---|---|
| 1 | intent of the California Legislature was to push | 14:38:41 |
| 2 | Prop 50 on voters to help increase Democratic | 14:38:44 |
| 3 | competitiveness in five congressional seats in | 14:38:47 |
| 4 | California; is that fair to say? | 14:38:50 |
| 5 | A  Correct, yes. | 14:38:52 |
| 6 | ATTORNEY DODGE:  Could we pull up Tab 4 | 14:38:56 |
| 7 | and label that Buchanan 5. | 14:39:00 |
| 8 | THE EXHIBIT TECHNICIAN:  Please stand by. | 14:39:06 |
| 9 | (Buchanan Exhibit 5, marked for | 14:39:06 |
| 10 | identification.) | 14:39:57 |
| 11 | ATTORNEY DODGE:  Maybe zoom in a little | 14:39:57 |
| 12 | bit at the top just to make it more visible. | 14:39:58 |
| 13 | BY ATTORNEY DODGE: | 14:40:01 |
| 14 | Q  Do you recognize this post, Mr. Buchanan? | 14:40:01 |
| 15 | A  Not specifically, but. | 14:40:22 |
| 16 | Q  But you don't dispute that this was a post | 14:40:26 |
| 17 | you made on November 5? | 14:40:28 |
| 18 | A  No, I won't. | 14:40:30 |
| 19 | ATTORNEY DODGE:  And could you -- could | 14:40:32 |
| 20 | the tech scroll down a little bit just so | 14:40:33 |
| 21 | Mr. Buchanan can see the full context of | 14:40:35 |
| 22 | everything. | 14:40:37 |
| 23 | Maybe a little further just so that map of | 14:40:38 |
| 24 | the country is fully visible.  Great. | 14:40:44 |
| 25 | Maybe zoom in on the map a little bit so | 14:40:46 |

|    |                                                        |          |
|----|--------------------------------------------------------|----------|
| 1  | Mr. Buchanan can see it.                                | 14:40:49 |
| 2  |     Q  And so on November 5, that would have been      | 14:40:54 |
| 3  | after the election, right?                             | 14:40:56 |
| 4  |     A  Was it?  November 5th after?                     | 14:41:01 |
| 5  |     Q  Oh.  It's not a memory test, sir, so            | 14:41:07 |
| 6  | that's all right.                                      | 14:41:10 |
| 7  |         I'll represent to you that Election Day        | 14:41:11 |
| 8  | was November 4th, but fair enough.                     | 14:41:13 |
| 9  |     A  Okay, yeah, you're right.                       | 14:41:14 |
| 10 |     Q  It's not a memory test.                         | 14:41:16 |
| 11 |     A  You're right.  It is.                           | 14:41:17 |
| 12 |     Q  Yeah, I know it is.  And I didn't mean it       | 14:41:20 |
| 13 | as a gotcha.  I just wanted to --                      | 14:41:21 |
| 14 |     A  No, no, it's --                                 | 14:41:23 |
| 15 |     Q  So this post says, "Depending on how            | 14:41:24 |
| 16 | Prop 50 goes, 17 other GOP states will                 | 14:41:29 |
| 17 | redistrict."                                           | 14:41:35 |
| 18 |         Do you see that?                               | 14:41:36 |
| 19 |     A  Mm-hmm.  I do.                                   | 14:41:37 |
| 20 |     Q  And then it says, "The GOP will gain 40 to      | 14:41:37 |
| 21 | 45 seats in Congress," right?                          | 14:41:42 |
| 22 |     A  Yes.                                            | 14:41:45 |
| 23 |     Q  And it says specifically that GOP states        | 14:41:46 |
| 24 | will do that depending on how Proposition 50 goes,     | 14:41:48 |
| 25 | right?                                                 | 14:41:51 |

1    A   That's the assumption, yes.                    14:41:51

2    Q   And you mentioned at the start of our          14:41:54

3    conversation about how, you know, you were trying  14:41:56

4    to educate your friends about what was going on in 14:41:58

5    Texas and to sort of provide a national context    14:42:01

6    for Proposition 50.                                14:42:03

7        Do you recall that?                            14:42:05

8    A   Correct, yes.                                  14:42:06

9    Q   And so is it fair to say that you              14:42:07

10   understood Proposition 50, you know, it wasn't     14:42:09

11   happening in a vacuum, it was part of this sort of 14:42:13

12   broader national redistricting battle, fair?       14:42:16

13       ATTORNEY AULISI:  Object to form.              14:42:23

14   Q   You can answer.                                14:42:27

15   A   Well, it -- it seems to me to have             14:42:28

16   provoked a -- this response in these other states. 14:42:32

17   I mean, that's how I recall it, was that Texas did 14:42:36

18   their thing and then California responded with     14:42:42

19   Prop 50 and then that sort of triggered a response 14:42:47

20   among other states, it seems.                      14:42:51

21   Q   That's fair.                                   14:42:54

22   A   Right.                                         14:42:56

23   Q   And the post says, "GOP states and            14:42:58

24   Democrat states."                                  14:43:01

25       Do you see that?                               14:43:03

1      A   The what?                                      14:43:03

2      Q   The post says, "GOP states and Democrat        14:43:05

3   states," right?                                       14:43:08

4      A   Yes, it does.  Yes, it does.                   14:43:08

5      Q   So is it fair to say that you understood       14:43:10

6   Proposition 50 as being part of a partisan fight      14:43:13

7   between let's call them blue states and red           14:43:18

8   states?                                               14:43:20

9      A   Yes.  In the end, that's all it comes down     14:43:21

10  to, the number of seats in Congress, yes.  So yes.    14:43:32

11     Q   And that map at the bottom, it shows some      14:43:34

12  blue states and some red states, right?               14:43:40

13     A   It does.                                       14:43:42

14     Q   And is it your understanding that those        14:43:43

15  red states were trying to add or were considering     14:43:45

16  adding Republican seats to their congressional        14:43:49

17  delegations?                                           14:43:54

18     A   That's what it appears to be                   14:43:54

19  demonstrating, yes.                                   14:43:57

20     Q   And then there are, you know, some blue        14:43:57

21  states as well.                                        14:43:59

22         And is it your understanding that those        14:44:01

23  blue states were in the process or were               14:44:03

24  considering adding Democratic seats to their          14:44:06

25  congressional delegations?                            14:44:09

```
 1        A   Possibly.  I -- I don't think it even          14:44:10
 2    really talks about that, but that's -- it says         14:44:12
 3    states with Democratic control.  That's all it --      14:44:16
 4    it shows in the key.                                   14:44:19
 5        So I'm not sure if it -- it's inferring            14:44:22
 6    that they're changing their -- changing seats in       14:44:25
 7    all of those states or if it's just states that        14:44:28
 8    are under -- that are dominant, you know,              14:44:32
 9    Democrat.  I don't know.                               14:44:35
10        Q   That's fair.                                   14:44:36
11        But next to that key, it says, "States            14:44:37
12    that could redraw their maps."                         14:44:40
13        A   Where do you see that?                         14:44:42
14        Q   That's at the upper left corner.               14:44:43
15        A   Oh.  Oh, yeah, you're right.  I do see         14:44:46
16    that, yeah.                                            14:44:47
17        Q   So is it fair to say that this map is          14:44:48
18    maybe identifying particular blue states that --       14:44:50
19        (Reporter clarification.)                          14:44:56
20        Q   Sorry.  Let me just start with my question     14:44:56
21    just so it's clear on the record.                      14:44:58
22        Is it fair to say then that this map is            14:44:59
23    showing some blue states that were considering         14:45:02
24    redrawing their maps to improve the number of          14:45:04
25    Democratic seats in their congressional                14:45:07
```

| | | |
|---|---|---|
| 1 | delegations? | 14:45:09 |
| 2 | A  Yes, it appears to depict that, yes. | 14:45:10 |
| 3 | Q  And so Proposition 50 was part of this | 14:45:13 |
| 4 | countrywide partisan fight over adding | 14:45:17 |
| 5 | congressional seats for Democrats and Republicans, | 14:45:22 |
| 6 | fair? | 14:45:28 |
| 7 | ATTORNEY AULISI:  Object to form. | 14:45:30 |
| 8 | A  Yes. | 14:45:31 |
| 9 | ATTORNEY DODGE:  You can take this down | 14:45:40 |
| 10 | and pull up Tab 5 and label that Buchanan | 14:45:42 |
| 11 | Exhibit 6. | 14:45:44 |
| 12 | (Buchanan Exhibit 6, marked for | 14:45:44 |
| 13 | identification.) | 14:45:50 |
| 14 | THE EXHIBIT TECHNICIAN:  Please stand by. | 14:45:50 |
| 15 | BY ATTORNEY DODGE: | 14:45:51 |
| 16 | Q  And I'll represent to you that we're -- | 14:45:51 |
| 17 | we're getting there, we're almost done. | 14:45:53 |
| 18 | ATTORNEY HULSE:  Doug, are you doing okay | 14:46:00 |
| 19 | or do you need a break at all or anything? | 14:46:01 |
| 20 | THE WITNESS:  Oh. | 14:46:01 |
| 21 | ATTORNEY HULSE:  This is Amber. | 14:46:08 |
| 22 | Are you okay? | 14:46:09 |
| 23 | THE WITNESS:  Oh, yeah, I'm okay. | 14:46:10 |
| 24 | ATTORNEY DODGE:  Like I said, I don't | 14:46:12 |
| 25 | think we'll take much longer than 10 or 15 more | 14:46:13 |

| | | |
|---|---|---|
| 1 | minutes. | 14:46:17 |
| 2 | And can we zoom in a little bit at the top | 14:46:34 |
| 3 | again so that Mr. Buchanan can see it. | 14:46:37 |
| 4 | Q  Do you recognize this post, Mr. Buchanan? | 14:46:44 |
| 5 | A  I can't say that I do, but it seems to be | 14:46:46 |
| 6 | along the same lines and it does appear to have my | 14:46:50 |
| 7 | name on the post, so October 27th. | 14:46:53 |
| 8 | Q  And you have no reason to doubt that this | 14:46:56 |
| 9 | is something you reposted to Facebook around that | 14:46:58 |
| 10 | time? | 14:47:01 |
| 11 | A  Correct, I don't dispute it. | 14:47:01 |
| 12 | Q  And the graphic lists states and shows | 14:47:03 |
| 13 | that they -- they don't have any Republicans in | 14:47:09 |
| 14 | Congress despite some portion of their electorate | 14:47:11 |
| 15 | being Republican; is that fair? | 14:47:15 |
| 16 | A  That's correct, that's what it represents, | 14:47:17 |
| 17 | you're right. | 14:47:19 |
| 18 | Q  And is that something that concerns you? | 14:47:20 |
| 19 | A  Yes, I -- I empathize with them.  I mean, | 14:47:24 |
| 20 | I -- | 14:47:29 |
| 21 | Q  And -- sorry, go ahead. | 14:47:29 |
| 22 | A  -- relate to them. | 14:47:29 |
| 23 | Q  Is it fair to say that you believe | 14:47:30 |
| 24 | congressional maps should fairly reflect the will | 14:47:36 |
| 25 | of the voters regardless of their party? | 14:47:42 |

| | |
|---|---|
| 1 | A   That seems to be more representative of | 14:47:47 |
| 2 | the population, yes, I do think it should more | 14:47:50 |
| 3 | closely match. | 14:47:54 |
| 4 | Q   And is that then what offended you about | 14:48:05 |
| 5 | Proposition 50, that it was not ensuring fair | 14:48:09 |
| 6 | representation for California Republicans? | 14:48:12 |
| 7 | A   Yes, ultimately. | 14:48:14 |
| 8 | Q   And do you think it was Governor Newsom's | 14:48:21 |
| 9 | intent to produce a map that would not fairly | 14:48:23 |
| 10 | represent Republicans in California? | 14:48:26 |
| 11 | ATTORNEY HULSE:  Objection.  Speculation. | 14:48:29 |
| 12 | Q   You can answer, sir. | 14:48:33 |
| 13 | A   I just know what he said.  You know, his | 14:48:34 |
| 14 | intent was to increase the Democratic number of | 14:48:39 |
| 15 | seats and that's -- his intent was to stick it to | 14:48:44 |
| 16 | Texas, you know, or to increase the Democrat seats | 14:48:51 |
| 17 | in Congress. | 14:48:56 |
| 18 | Q   And is it fair to say that the Democrats | 14:48:56 |
| 19 | in the California Legislature who carried out | 14:48:59 |
| 20 | Governor Newsom's plan shared that intention to | 14:49:02 |
| 21 | add Democratic seats in California to stick it to | 14:49:07 |
| 22 | Texas? | 14:49:10 |
| 23 | A   That's what is -- | 14:49:11 |
| 24 | ATTORNEY AULISI:  Object to form. | 14:49:17 |
| 25 | Q   You can answer, sir. | 14:49:21 |

| | |
|---|---|
| 1 | A  Yes, that's what it appears, that they -- | 14:49:22 |
| 2 | that their intent was to support the Governor's | 14:49:26 |
| 3 | desire to increase Democrat seats. | 14:49:32 |
| 4 | ATTORNEY DODGE:  Can we pull up -- can we | 14:49:44 |
| 5 | pull up Tab 6 and label that -- I want to say | 14:49:58 |
| 6 | Buchanan 7? | 14:50:02 |
| 7 | Is that right? | 14:50:03 |
| 8 | THE EXHIBIT TECHNICIAN:  Correct.  Please | 14:50:07 |
| 9 | stand by. | 14:50:08 |
| 10 | (Buchanan Exhibit 7, marked for | 14:50:08 |
| 11 | identification.) | 14:50:08 |
| 12 | ATTORNEY DODGE:  Can we zoom in a little | 14:50:42 |
| 13 | bit on the middle of the page, maybe. | 14:50:44 |
| 14 | BY ATTORNEY DODGE: | 14:50:44 |
| 15 | Q  And I know that there's a lot of legal | 14:50:51 |
| 16 | jargon on this page, but do you recognize what | 14:50:53 |
| 17 | this document is, sir? | 14:50:55 |
| 18 | A  Yes, it looks like the paperwork I | 14:50:57 |
| 19 | received from the law office. | 14:51:02 |
| 20 | Q  And do you see where it says on the | 14:51:04 |
| 21 | right-hand side, "Complaint for declaratory and | 14:51:07 |
| 22 | injunctive relief"? | 14:51:11 |
| 23 | A  I do. | 14:51:13 |
| 24 | Q  Do you have a basic understanding of what | 14:51:14 |
| 25 | a complaint is in a lawsuit? | 14:51:15 |

1    A  Yes, I believe so.                           14:51:20

2    Q  Is it fair to say that it's the document     14:51:22

3  that sort of sets out your legal claims and your   14:51:24

4  theories and says why you should win the case?     14:51:27

5    A  Yes.                                          14:51:31

6    Q  And so you understand that this document      14:51:33

7  sets out the allegations that you are making as a   14:51:38

8  plaintiff in this lawsuit?                          14:51:41

9    A  Correct.                                      14:51:45

10   Q  And do you understand that the complaint      14:51:47

11  asserts that Proposition 50 is an unlawful racial   14:51:49

12  gerrymander?                                        14:51:53

13   A  I do.                                         14:51:54

14   Q  What is your basic understanding of what a    14:51:55

15  racial gerrymandering is?                           14:51:59

16   A  Well --                                       14:52:05

17      ATTORNEY AULISI:  Object to form.             14:52:05

18      THE WITNESS:  Pardon?  Okay.                  14:52:07

19   A  Well, I -- my first exposure to that          14:52:10

20  concept was from looking to see what happened in    14:52:15

21  Texas.  And I -- I understand that they at one      14:52:19

22  point put together brown and black people into a    14:52:24

23  single -- or into districts to give them a voice    14:52:33

24  in voting.  And I think they produced four -- four   14:52:38

25  districts with that -- that concept or that ideal.   14:52:43

1        And at some point, the -- when it was                    14:52:47

2   challenged, the -- it was determined that it was              14:52:52

3   unconstitutional to create districts based upon               14:53:07

4   race as their primary component.                              14:53:12

5        And so that, I believe, is what prompted                 14:53:18

6   the DOJ to send a letter to Governor Abbott,                  14:53:24

7   saying this -- these lines were drawn                         14:53:29

8   unconstitutionally using race as the major factor.            14:53:32

9   And, therefore, that prompted the redistricting or            14:53:35

10  the redrawing.                                                14:53:38

11       Q  Just so I understand your answer --                   14:53:40

12       A  Okay.                                                 14:53:42

13       Q  -- you're saying you became familiar with            14:53:42

14  the term "racial gerrymandering" because of the               14:53:45

15  news coverage you were following about --                     14:53:47

16       A  Correct.                                              14:53:50

17       Q  -- the redistricting in Texas?                        14:53:50

18       A  Yes, yes.  And so when I asked Grok about             14:53:53

19  California's redistricting, it said yes.                      14:53:59

20       I said, was racial gerrymandering used in               14:54:02

21  California's redistricting?  And Grok's initial               14:54:06

22  response was absolutely, that was a factor in                 14:54:11

23  considering the districts, the new districts, and             14:54:16

24  that they used maps provided by Asian groups and              14:54:22

25  Hispanic groups to assist the company redrawing               14:54:27

| | | |
|---|---|---|
| 1 | the lines. | 14:54:34 |
| 2 | Q  And just for the record, what is Grok? | 14:54:35 |
| 3 | A  Grok is the -- Elon Musk's AI.  It's an | 14:54:38 |
| 4 | AI.  AI -- | 14:54:46 |
| 5 | Q  You use it through X or Twitter, right? | 14:54:46 |
| 6 | A  Yeah, X or Twitter, yes. | 14:54:49 |
| 7 | Q  When did you ask Grok that question? | 14:54:51 |
| 8 | A  I actually most recently did, I think, | 14:54:53 |
| 9 | yesterday again.  I spent some time with Grok, | 14:54:57 |
| 10 | trying to get my -- you know, get a better | 14:55:02 |
| 11 | understanding of the whole, you know, racial | 14:55:07 |
| 12 | gerrymandering. | 14:55:11 |
| 13 | And that was -- when I asked the question | 14:55:12 |
| 14 | again in written form, Grok's second response was, | 14:55:14 |
| 15 | not exactly, and then went into, you know, many | 14:55:22 |
| 16 | other factors of how -- and that this was the | 14:55:26 |
| 17 | heart of the lawsuit, of course, that we're in the | 14:55:30 |
| 18 | midst of now. | 14:55:33 |
| 19 | Q  Had you asked Grok about whether | 14:55:35 |
| 20 | Proposition 50 was a racial gerrymandering before | 14:55:38 |
| 21 | yesterday? | 14:55:41 |
| 22 | A  Yes.  I did a little bit of research when | 14:55:44 |
| 23 | this first -- yeah, when I first received the | 14:55:48 |
| 24 | paperwork, you know, but I didn't -- yeah, I | 14:55:54 |
| 25 | didn't spend the time that I did yesterday, trying | 14:55:55 |

| | | |
|---|---|---|
| 1 | to get a better understanding. | 14:55:57 |
| 2 | And -- and to be honest, it just got more | 14:56:00 |
| 3 | convoluted because the more I read, the more | 14:56:04 |
| 4 | overwhelming -- I mean, this became both the Texas | 14:56:08 |
| 5 | and California's processes, and, you know, my -- | 14:56:13 |
| 6 | my -- when I was following it initially here, was | 14:56:18 |
| 7 | really very little information I could get on any | 14:56:23 |
| 8 | criterion. | 14:56:27 |
| 9 | Q  Got it. | 14:56:28 |
| 10 | So is it fair to say then that you hadn't | 14:56:30 |
| 11 | really looked into whether or not Proposition 50 | 14:56:32 |
| 12 | was a racial gerrymander until Mr. Meuser had | 14:56:35 |
| 13 | reached out to you about this lawsuit? | 14:56:40 |
| 14 | A  Yes, I had not gone down that path, yeah. | 14:56:46 |
| 15 | I mean, yeah. | 14:56:58 |
| 16 | ATTORNEY DODGE:  Why don't we take -- | 14:56:58 |
| 17 | well, actually, no. | 14:57:01 |
| 18 | Let's -- can we scroll down to page 6 of | 14:57:03 |
| 19 | this document.  And, Edward, it might be easier -- | 14:57:05 |
| 20 | I think you -- yeah, you got it.  Thank you. | 14:57:10 |
| 21 | And could we -- actually, could we go to | 14:57:14 |
| 22 | the next page, please.  And can we zoom in on | 14:57:23 |
| 23 | Paragraph 17. | 14:57:28 |
| 24 | Q  Mr. Buchanan, do you see your name there | 14:57:32 |
| 25 | in paragraph 17? | 14:57:34 |

1    A  Yes, white voter who resides in                    14:57:37

2  District 13 46 years.                                   14:57:41

3    Q  And this says here, "A registered voter in         14:57:47

4  Congressional District 13," right?                      14:57:50

5    A  Mm-hmm.                                            14:57:52

6    Q  And as we discussed earlier, that was true         14:57:52

7  both before and after Proposition 50, right?            14:57:55

8    A  Yes.                                               14:57:58

9    Q  Do you know whether Congressional                  14:57:58

10  District -- strike that.                               14:58:01

11    Do you know whether the racial                        14:58:03

12  demographics of Congressional District 13 changed       14:58:05

13  substantially as a result of Proposition 50?            14:58:09

14    A  Whether the racial -- I can't say that it          14:58:13

15  changed because of Prop 50, but I believe it's --       14:58:29

16  it's changed, you know, just, well, based upon my       14:58:38

17  previous comment that we have such an influx of         14:58:43

18  undocumented residents.                                 14:58:48

19    Q  That's fair, but specifically -- I think I         14:58:50

20  have your answer, but let me just make sure I'm         14:58:55

21  putting it correctly.                                   14:58:57

22    You're not sure one way or the other                  14:58:58

23  whether Proposition 50 specifically significantly       14:59:01

24  changed the racial demographics of your                 14:59:03

25  congressional district?                                 14:59:05

| | | |
|---|---|---|
| 1 | A  No, I don't. | 14:59:06 |
| 2 | ATTORNEY AULISI:  Object to form. | 14:59:08 |
| 3 | Q  You can answer, sir. | 14:59:12 |
| 4 | A  I didn't have that detail of information | 14:59:15 |
| 5 | on our -- our district. | 14:59:17 |
| 6 | Q  That's fair. | 14:59:19 |
| 7 | The final sentence of Paragraph 17 | 14:59:22 |
| 8 | says, "The challenged plan assigns him" -- | 14:59:28 |
| 9 | referring to you, Mr. Buchanan -- "to a district | 14:59:31 |
| 10 | drawn with race as the predominant factor causing | 14:59:34 |
| 11 | stigmatic and representational injury." | 14:59:37 |
| 12 | Do you see that? | 14:59:39 |
| 13 | A  I do. | 14:59:40 |
| 14 | Q  Those are some big words. | 14:59:41 |
| 15 | Can you tell me in your best understanding | 14:59:45 |
| 16 | what the term "stigmatic and representational | 14:59:47 |
| 17 | injury" means? | 14:59:50 |
| 18 | ATTORNEY AULISI:  Object to form. | 14:59:52 |
| 19 | A  Okay.  Stigmatic and representational. | 14:59:53 |
| 20 | Well, we've been talking about | 15:00:00 |
| 21 | representational and I -- my frustration that | 15:00:03 |
| 22 | we're not well represented. | 15:00:09 |
| 23 | "Predominant factor causing stigmatic and | 15:00:14 |
| 24 | representational injury." | 15:00:17 |
| 25 | Q  When you say "we're not well represented," | 15:00:19 |

|    |                                                          |          |
|----|----------------------------------------------------------|----------|
| 1  | do you mean California Republicans?                      | 15:00:21 |
| 2  | A  I do mean the Republican Party, yes.                  | 15:00:22 |
| 3  | Do I mean Americans?  I mean that, too.                  | 15:00:25 |
| 4  | ATTORNEY DODGE:  I'm just reviewing my                   | 15:00:46 |
| 5  | notes here, but I think we're just about done.           | 15:00:47 |
| 6  | Mr. Buchanan, thank you for your time.  I                | 15:01:01 |
| 7  | hope it wasn't too inconvenient.  And I think I am       | 15:01:03 |
| 8  | all set and I can pass the witness.                      | 15:01:09 |
| 9  | I don't know -- I don't think anyone else                | 15:01:14 |
| 10 | plans to ask questions, but unless someone does, I       | 15:01:15 |
| 11 | think we can conclude the deposition and go off          | 15:01:18 |
| 12 | the record.                                              | 15:01:20 |
| 13 | ATTORNEY RIVERA:  I have a few questions.                | 15:01:22 |
| 14 | It won't take more than five minutes if that's           | 15:01:25 |
| 15 | okay with everybody.                                     | 15:01:26 |
| 16 | ATTORNEY DODGE:  In that case, I will pass               | 15:01:27 |
| 17 | the witness to Mr. Rivera on behalf of LULAC.            | 15:01:29 |
| 18 | Thank you again, Mr. Buchanan.                           | 15:01:32 |
| 19 | ATTORNEY RIVERA:  Thank you, Mr. Dodge.                  | 15:01:32 |
| 20 | EXAMINATION BY                                           | 15:01:32 |
| 21 | ATTORNEY RIVERA:                                         | 15:01:36 |
| 22 | Q  Mr. Buchanan, thank you again for your                | 15:01:36 |
| 23 | time.  I appreciate it.  I respect your time and         | 15:01:39 |
| 24 | your candor, so I'll be quick.  Mr. Dodge covered        | 15:01:41 |
| 25 | most of what I was curious about to ask you, too.        | 15:01:44 |

| | | |
|---|---|---|
| 1 | So I just have a few questions about -- | 15:01:44 |
| 2 | (Reporter clarification.) | 15:01:44 |
| 3 | Q  Sure.  I just want to ask you a little bit | 15:01:49 |
| 4 | about your current congressional district. | 15:01:52 |
| 5 | So you are a resident of District 13 in | 15:01:54 |
| 6 | California, right? | 15:01:58 |
| 7 | A  Correct. | 15:01:59 |
| 8 | Q  Okay.  And your current representative in | 15:01:59 |
| 9 | Congress is Congressman Adam Gray; is that | 15:02:03 |
| 10 | correct? | 15:02:05 |
| 11 | A  Correct. | 15:02:05 |
| 12 | Q  Did you vote in the 2024 congressional | 15:02:06 |
| 13 | election? | 15:02:08 |
| 14 | A  I did. | 15:02:09 |
| 15 | Q  Did you vote for Mr. Gray? | 15:02:10 |
| 16 | A  I did not. | 15:02:12 |
| 17 | Q  Okay.  Are you aware of -- strike that. | 15:02:12 |
| 18 | Are you aware by how many votes Mr. Gray | 15:02:24 |
| 19 | won that election in 2024? | 15:02:27 |
| 20 | A  You're challenging my memory. | 15:02:32 |
| 21 | Q  That's okay.  That's okay.  I just want to | 15:02:34 |
| 22 | know if you were there. | 15:02:36 |
| 23 | Well, I can tell you it was -- according | 15:02:37 |
| 24 | to official numbers, he won by 187 votes. | 15:02:39 |
| 25 | A  I knew it was tiny, but I didn't know the | 15:02:42 |

1    exact number.                                          15:02:44

2         Q  Okay.  So you agree it was a very close        15:02:45

3    election, right?                                       15:02:49

4         A  Correct.                                       15:02:49

5         Q  Okay.  And just to situate us, that was        15:02:50

6    under the pre-Prop 50 map; is that right?              15:02:52

7         A  Correct.                                       15:02:55

8         Q  Okay.  And are you aware that Mr. Gray         15:02:56

9    also ran for that seat in 2022?                        15:02:59

10        A  I am.                                          15:03:02

11        Q  And are you aware that he lost that            15:03:03

12   election?                                              15:03:05

13        A  I am.                                          15:03:05

14        Q  Okay.                                          15:03:06

15        A  To John Duarte.                                15:03:11

16        Q  Yes.  Thank you.                               15:03:13

17           And is it your belief that under               15:03:16

18   Prop 50 -- I'm sorry, strike that.                     15:03:19

19           So do you believe that because Congressman     15:03:21

20   Gray won by only 187 votes last time, that he's at     15:03:23

21   risk of losing his seat in the next election in        15:03:28

22   2026?                                                  15:03:31

23        A  I -- I'm not sure I am understanding what      15:03:31

24   you're asking.                                         15:03:38

25        Q  Sure.  So I'll start again.                    15:03:39

| | | |
|---|---|---|
| 1 | Since Adam Gray lost in 2022 and then | 15:03:40 |
| 2 | barely won in 2024, would you -- do you believe | 15:03:44 |
| 3 | that he is at risk of losing the election in 2026? | 15:03:48 |
| 4 | A  I am hopeful. | 15:03:52 |
| 5 | Q  Okay. | 15:03:52 |
| 6 | A  So, yes, I do believe he's potentially at | 15:03:56 |
| 7 | risk of losing that. | 15:03:58 |
| 8 | Q  Okay.  You're hopeful. | 15:03:59 |
| 9 | And do you believe that Prop 50 would make | 15:04:01 |
| 10 | it easier for him to win reelection in 2026? | 15:04:04 |
| 11 | A  I don't -- I don't know.  I don't have | 15:04:08 |
| 12 | the -- the details on the outcome of that.  You | 15:04:16 |
| 13 | know what I'm saying?  I don't -- I don't have the | 15:04:21 |
| 14 | breakdown of -- of how that -- that looks. | 15:04:23 |
| 15 | Q  Okay.  But are you concerned that Prop 50 | 15:04:28 |
| 16 | does make it easier for him to win reelection? | 15:04:30 |
| 17 | A  Potentially. | 15:04:36 |
| 18 | Q  Okay. | 15:04:38 |
| 19 | ATTORNEY RIVERA:  That's all I have, sir. | 15:04:39 |
| 20 | Thank you very much. | 15:04:41 |
| 21 | ATTORNEY DODGE:  I think we can go off the | 15:04:45 |
| 22 | record. | 15:04:47 |
| 23 | (Time Noted: 12:04 P.M.) | |
| 24 | | |
| 25 | | |

1          ACKNOWLEDGMENT OF DEPONENT

2          I, DOUG BUCHANAN, do hereby acknowledge

3    that I have read and examined the foregoing

4    testimony and the same is a true, correct, and

5    complete transcription of the testimony given by

6    me and any corrections appear on the attached

7    errata sheet signed by me.

8

9    _____    _____

10        (SIGNATURE)                (DATE)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1    CERTIFICATE OF SHORTHAND REPORTER-NOTARY PUBLIC

2        I, ANITA M. TROMBETTA, RMR, CRR, and Certified

3    California Shorthand Reporter, the officer before

4    whom the foregoing deposition was taken, do hereby

5    certify that the foregoing transcript is a true

6    and correct record of the testimony given; that

7    said testimony was taken by me stenographically

8    and thereafter reduced to typewriting under my

9    direction; that reading and signing was requested

10   [or not requested, as appropriate]; and that I am

11   neither counsel for, related to, nor employed by

12   any of the parties to this case and have no

13   interest, financial or otherwise, in its outcome.

14        IN WITNESS WHEREOF, I have hereunto set my

15   hand and affixed my notarial seal this 14th day of

16   December, 2025.

17   My commission expires: 03.21.2027

18

19

20

21

22

23

24

25

| A |
|---|
| abbott |
| 43:6 |
| ability |
| 8:6 |
| about |
| 7:8, 7:11, |
| 7:13, 8:22, |
| 8:24, 8:25, 9:2, |
| 10:15, 10:23, |
| 10:24, 11:21, |
| 15:14, 17:18, |
| 17:19, 18:12, |
| 19:8, 21:19, |
| 25:2, 26:20, |
| 35:3, 35:4, |
| 37:2, 40:4, |
| 43:15, 43:18, |
| 44:19, 45:13, |
| 47:20, 48:5, |
| 48:25, 49:1, |
| 49:4 |
| absolutely |
| 12:14, 18:9, |
| 21:25, 23:2, |
| 43:22 |
| absorb |
| 8:16 |
| accomplish |
| 15:16 |
| according |
| 49:23 |
| accurate |
| 7:16, 7:19, |
| 8:8, 23:7 |
| achieve |
| 26:6, 26:15 |
| acknowledge |
| 52:2 |
| acknowledgment |
| 52:1 |
| acting |
| 15:13 |
| action |
| 3:23 |
| actually |
| 9:21, 28:5, |

44:8, 45:17,
45:21
**adam**
49:9, 51:1
**add**
36:15, 40:21
**adding**
15:24, 36:16,
36:24, 38:4
**additional**
29:22, 32:16
**addresses**
22:7
**advanced**
32:2, 32:5
**advertised**
11:15
**affairs**
11:23
**affixed**
53:15
**after**
10:18, 11:2,
14:4, 14:8,
14:11, 14:12,
34:3, 34:4, 46:7
**again**
19:20, 21:7,
30:1, 39:3,
44:9, 44:14,
48:18, 48:22,
50:25
**against**
17:15, 18:8,
27:23
**agenda**
28:11, 28:14,
29:4
**ago**
8:4
**agree**
12:12, 22:11,
50:2
**agreed**
8:4
**ahead**
39:21
**ai**
44:3, 44:4

**al**
1:6, 1:15, 1:18
**alexandria**
3:8
**aliens**
11:17
**all**
6:13, 8:1,
8:20, 13:8,
14:1, 18:12,
22:6, 28:22,
30:10, 31:3,
34:6, 36:9,
37:3, 37:7,
38:19, 48:8,
51:19
**allegations**
12:13, 42:7
**allude**
30:9
**almost**
38:17
**along**
39:6
**aloud**
31:23
**already**
25:25
**also**
4:3, 6:12,
6:19, 7:20,
16:24, 18:5,
21:19, 22:4,
50:9
**amber**
3:4, 6:6, 9:4,
38:21
**america**
1:9
**american**
3:20
**americans**
48:3
**among**
35:20
**amount**
30:2
**angry**
15:19

**anita**
1:25, 2:6, 53:2
**announced**
14:2
**another**
7:21, 15:9
**answer**
29:17, 32:14,
35:14, 40:12,
40:25, 43:11,
46:20, 47:3
**answers**
7:24
**anticipate**
6:21
**antonelli**
4:4
**any**
7:12, 8:7,
9:15, 10:23,
12:3, 16:10,
17:14, 30:8,
39:13, 45:7,
52:6, 53:12
**anyone**
9:12, 48:9
**anything**
9:2, 23:8,
23:9, 30:7,
38:19
**apologies**
13:3
**appear**
39:6, 52:6
**appearances**
3:25, 6:3
**appearing**
9:11
**appears**
6:20, 20:4,
29:25, 36:18,
38:2, 41:1
**appreciate**
48:23
**appropriate**
53:10
**arguing**
19:22

around
16:20, 19:7,
39:9
asian
43:24
aside
23:17
asked
12:11, 43:18,
44:13, 44:19
asking
50:24
asserts
42:11
assigns
47:8
assist
43:25
assumption
35:1
attached
52:6
attempted
8:13
attorney
5:6, 5:7, 6:4,
6:6, 6:8, 6:10,
6:15, 6:16,
6:17, 6:19, 7:1,
7:3, 18:16,
18:21, 18:24,
23:17, 23:23,
24:1, 26:8,
26:10, 26:23,
27:4, 27:8,
30:11, 30:18,
30:23, 30:25,
32:13, 33:6,
33:11, 33:13,
33:19, 35:13,
38:7, 38:9,
38:15, 38:18,
38:21, 38:24,
40:11, 40:24,
41:4, 41:12,
41:14, 42:17,
45:16, 47:2,
47:18, 48:4,

48:13, 48:16,
48:19, 48:21,
51:19, 51:21
attorneys
8:20, 9:2
aulisi
3:5, 6:8, 6:17,
26:8, 35:13,
38:7, 40:24,
42:17, 47:2,
47:18
ave
3:16
avenue
3:7
aware
8:9, 13:11,
49:17, 49:18,
50:8, 50:11

**B**

back
13:10, 29:12
background
18:3
balance
21:3, 21:20,
21:24, 22:1,
22:2
ballot
14:6, 14:17
ballots
22:6
barely
51:2
based
25:12, 26:12,
43:3, 46:16
basic
7:11, 41:24,
42:14
battle
35:12
became
43:13, 45:4
because
11:17, 17:23,
19:15, 20:7,

20:17, 43:14,
45:3, 46:15,
50:19
become
13:11, 32:17
been
6:23, 11:2,
13:17, 28:4,
34:2, 47:20
before
2:6, 9:22,
10:15, 12:19,
14:19, 28:5,
44:20, 46:7,
53:3
behalf
3:3, 3:11,
3:19, 6:5, 6:6,
6:8, 6:10, 6:15,
6:16, 6:17,
48:17
being
7:5, 11:15,
23:4, 25:22,
36:6, 39:15
belief
50:17
believe
12:18, 15:17,
16:2, 19:6,
20:6, 20:10,
20:16, 21:1,
21:15, 28:20,
39:23, 42:1,
43:5, 46:15,
50:19, 51:2,
51:6, 51:9
believed
18:11
below
20:24, 27:12,
27:20, 28:9,
31:9
benefit
12:15
best
8:6, 47:15
better
27:10, 44:10,

45:1
between
22:2, 36:7
big
16:22, 27:20,
47:14
bigger
22:8
biggest
15:2, 17:21,
18:2
billboards
16:22
bishop
3:14, 6:20
bit
10:7, 18:25,
19:20, 19:25,
24:2, 24:19,
25:9, 28:8,
30:24, 33:12,
33:20, 33:25,
39:2, 41:13,
44:22, 49:3
black
42:22
blue
36:7, 36:12,
36:20, 36:23,
37:18, 37:23
both
45:4, 46:7
bottom
25:4, 30:12,
31:2, 36:11
box
20:24, 22:15,
27:20, 28:9
brain
19:21
break
38:19
breakdown
51:14
brief
7:8
briefly
8:11, 11:12

broader
35:12
brown
42:22
buchanan
1:21, 2:5, 5:2,
7:4, 18:17,
18:19, 18:22,
23:19, 23:20,
23:24, 26:12,
26:24, 27:2,
30:19, 30:21,
31:1, 33:7,
33:9, 33:14,
33:21, 34:1,
38:10, 38:12,
39:3, 39:4,
41:6, 41:10,
45:24, 47:9,
48:6, 48:18,
48:22, 52:2
buckley
4:5
bunch
27:17, 27:22

**C**

california
1:2, 1:14,
1:26, 2:7, 11:8,
11:12, 11:21,
11:23, 13:11,
14:5, 14:8,
14:15, 15:4,
15:22, 15:25,
16:7, 16:11,
20:22, 21:24,
22:23, 24:3,
24:5, 25:4,
25:25, 26:21,
32:19, 32:23,
33:1, 33:4,
35:18, 40:6,
40:10, 40:19,
40:21, 48:1,
49:6, 53:3
california's
13:12, 21:2,

21:20, 23:12,
43:19, 43:21,
45:5
call
9:5, 9:22,
25:10, 30:19,
36:7
called
6:22
calls
17:5
campaign
1:18, 3:12,
14:19, 14:22,
15:1, 16:20,
16:24, 17:4,
28:16
can't
8:7, 8:17,
10:10, 10:12,
13:18, 24:7,
39:5, 46:14
candor
48:24
cannot
13:18
capacity
1:13
carried
40:19
carries
31:9
case
1:9, 12:7,
42:4, 48:16,
53:12
caucus
16:17
causing
47:10, 47:23
central
1:2, 16:16
certainly
16:25
certificate
53:1
certified
2:6, 53:2

certify
53:5
chair
16:17
challenged
43:2, 47:8
challenging
49:20
change
12:22, 12:24,
13:5, 20:21,
25:5, 25:14
changed
12:24, 20:7,
20:11, 20:16,
46:12, 46:15,
46:16, 46:24
changing
37:6
choice
10:4
choose
14:25, 27:11,
27:18, 32:10
chris
6:4, 7:6
christopher
3:13
circumstances
18:12
cite
23:10
citizens
3:20
city
11:15
claims
42:3
clarification
13:2, 19:23,
37:19, 49:2
clarity
32:25
clear
7:16, 37:21
clearly
7:18
close
50:2

closely
40:3
coincidence
29:1
colleague
6:11, 6:20
column
22:14
come
10:8
comes
36:9
comment
46:17
commission
15:4, 53:17
commission's
29:12
committee
1:18, 3:12,
16:16, 28:16
communicated
12:3
company
43:25
competitiveness
31:25, 32:3,
33:3
complaint
5:16, 12:6,
12:13, 41:21,
41:25, 42:10
complete
8:5, 52:5
component
43:4
concept
42:20, 42:25
concerned
21:22, 23:1,
25:24, 28:22,
51:15
concerning
25:21
concerns
39:18
conclude
48:11

congress
26:1, 34:21,
36:10, 39:14,
40:17, 49:9
congressional
1:17, 3:12,
12:16, 12:23,
13:5, 13:13,
13:24, 14:3,
28:16, 32:1,
32:4, 32:12,
32:16, 32:17,
33:3, 36:16,
36:25, 37:25,
38:5, 39:24,
46:4, 46:9,
46:12, 46:25,
49:4, 49:12
congressman
49:9, 50:19
connect
18:7
cons
20:2, 31:16
consequences
23:4
considering
36:15, 36:24,
37:23, 43:23
constitution
20:7, 20:10,
20:16
consult
9:24
contacted
11:1
contemplating
30:2
context
21:11, 30:13,
33:21, 35:5
continued
3:25
control
37:3
conversation
7:17, 9:2, 35:3
convoluted
45:3

corner
37:14
correct
10:21, 11:4,
12:21, 12:25,
13:7, 14:17,
16:5, 18:14,
19:14, 20:23,
21:6, 21:14,
21:18, 22:19,
22:25, 24:14,
26:3, 29:2,
29:25, 33:5,
35:8, 39:11,
39:16, 41:8,
42:9, 43:16,
49:7, 49:10,
49:11, 50:4,
50:7, 52:4, 53:6
corrections
52:6
correctly
20:9, 46:21
correctness
30:3
could
19:19, 24:1,
27:6, 28:8,
31:23, 33:6,
33:19, 37:12,
45:7, 45:21
couldn't
31:2
counsel
6:2, 6:13,
9:20, 10:23,
53:11
country
15:21, 33:24
countrywide
38:4
county
16:16, 16:19,
30:16, 31:4,
31:15
couple
10:11, 15:11
course
44:17

court
1:1, 6:2, 6:13,
7:14
coverage
43:15
covered
48:24
create
7:16, 43:3
created
16:21, 17:7,
19:11
criteria
30:9
criterion
45:8
crossed
28:24
crr
1:25, 2:8, 53:2
csr
1:26
curious
48:25
current
49:4, 49:8
currently
9:11, 9:13
cut
24:16, 29:16
cuts
25:9
cycles
29:5, 29:24

**D**

d
31:25, 32:3
date
10:10, 10:12,
52:10
david
1:6
day
6:4, 10:16,
10:19, 14:19,
28:4, 34:7,
53:15

dc
3:17
dccc
6:5, 6:15, 7:7,
28:11, 28:13,
28:15, 28:22
december
1:22, 53:16
decided
17:25
declaratory
5:17, 41:21
defendant
6:11
defendant-interv-
enor
3:11, 3:19
defendant-interv-
enors
1:19
defendants
1:16
defenders
3:23
definitely
9:8
delegations
36:17, 36:25,
38:1
democracy
3:23
democrat
16:4, 20:17,
22:9, 24:5,
31:19, 31:22,
35:24, 36:2,
37:9, 40:16,
41:3
democratic
1:17, 3:11,
15:24, 20:20,
21:8, 21:12,
21:16, 28:16,
29:23, 32:11,
32:17, 33:2,
36:24, 37:3,
37:25, 40:14,
40:21

**democrats**
13:12, 13:23,
22:3, 25:1,
26:5, 26:14,
38:5, 40:18
**demographics**
12:1, 26:20,
46:12, 46:24
**demonstrating**
36:19
**depending**
34:15, 34:24
**depict**
38:2
**deponent**
52:1
**deposition**
1:21, 2:5,
8:12, 8:19,
8:23, 9:23,
48:11, 53:4
**depositions**
7:12
**describe**
8:11, 11:12,
24:23
**description**
5:9
**desire**
41:3
**despite**
39:14
**detail**
47:4
**details**
51:12
**determined**
43:2
**dhillon**
3:6, 10:22
**difficult**
8:16
**direction**
53:9
**discuss**
8:19
**discussed**
10:14, 46:6

**discussing**
13:8
**discussion**
25:13
**disfranchised**
11:10
**displays**
25:2
**dispute**
24:9, 33:16,
39:11
**district**
1:1, 1:2,
12:16, 12:23,
13:5, 16:17,
21:2, 46:2,
46:4, 46:10,
46:12, 46:25,
47:5, 47:9,
49:4, 49:5
**districts**
14:3, 21:23,
32:1, 32:4,
42:23, 42:25,
43:3, 43:23
**division**
1:3
**document**
20:2, 22:14,
23:7, 23:8,
23:14, 27:5,
27:24, 30:5,
30:12, 41:17,
42:2, 42:6,
45:19
**documents**
9:15
**dodge**
3:13, 5:6, 6:4,
6:15, 6:19, 7:1,
7:3, 7:6, 18:16,
18:21, 18:24,
23:17, 23:23,
24:1, 26:10,
26:23, 27:4,
27:8, 30:11,
30:18, 30:23,
30:25, 33:6,

33:11, 33:13,
33:19, 38:9,
38:15, 38:24,
41:4, 41:12,
41:14, 45:16,
48:4, 48:16,
48:19, 48:24,
51:21
**doing**
13:25, 15:25,
18:10, 38:18
**doj**
43:6
**domenic**
3:5, 6:8
**dominant**
37:8
**done**
38:17, 48:5
**door-to-door**
16:24
**doubt**
39:8
**doug**
1:21, 2:5, 5:2,
38:18, 52:2
**down**
7:15, 9:21,
22:15, 22:23,
25:7, 26:23,
30:12, 33:20,
36:9, 38:9,
45:14, 45:18
**drawn**
43:7, 47:10
**drive**
17:21
**duarte**
50:15
**duly**
6:23

| E |
|---|

**earlier**
46:6
**early**
13:19
**easier**
45:19, 51:10,

51:16
**educate**
35:4
**educational**
19:16
**edward**
4:4, 45:19
**effect**
22:21
**eisenhower**
3:7
**either**
9:24
**election**
10:15, 10:19,
11:3, 14:19,
27:14, 29:5,
29:23, 34:3,
34:7, 49:13,
49:19, 50:3,
50:12, 50:21,
51:3
**electoral**
32:11
**electorate**
39:14
**elias**
3:15
**elon**
44:3
**else**
9:12, 48:9
**empathize**
39:19
**employed**
53:11
**enacted**
14:5
**encourage**
16:23
**encouraged**
16:21, 17:1
**encouraging**
20:14
**end**
16:3, 36:9
**engaged**
17:3

enlarge
27:6
enough
34:8
ensuring
40:5
equitable
22:16
errata
52:7
esquire
3:4, 3:5, 3:13,
3:14, 3:21, 3:22
et
1:6, 1:14, 1:18
etc
17:9
ethnic
26:20
ethnicity
23:9, 23:11,
30:7
even
17:23, 26:2,
37:1
everybody
48:15
everything
7:15, 11:18,
33:22
exact
10:12, 50:1
exactly
24:22, 44:15
examination
5:4, 7:2, 48:20
examined
6:24, 52:3
exhibit
5:9, 5:10,
5:11, 5:12,
5:13, 5:14,
5:15, 5:16,
18:17, 18:18,
18:19, 23:19,
23:20, 23:22,
26:25, 27:1,
27:2, 30:20,

30:21, 33:8,
33:9, 38:11,
38:12, 38:14,
41:8, 41:10
expires
53:17
exposure
42:19
expressly
23:8, 23:10
extensive
8:15
extent
14:23

**F**

facebook
5:12, 5:13,
5:14, 5:15,
17:9, 19:5,
24:4, 25:18,
28:2, 39:9
fact
22:20, 28:25,
29:22
factor
43:8, 43:22,
47:10, 47:23
factors
44:16
fair
10:20, 13:21,
16:1, 16:6,
17:17, 18:5,
20:1, 21:15,
21:21, 22:3,
23:1, 24:12,
26:10, 27:16,
28:2, 30:16,
32:8, 33:4,
34:8, 35:9,
35:12, 35:21,
36:5, 37:10,
37:17, 37:22,
38:6, 39:15,
39:23, 40:5,
40:18, 42:2,
45:10, 46:19,

47:6
fairly
39:24, 40:9
familiar
43:13
family
18:6
favor
21:17, 31:20,
32:21
feel
7:12, 11:7,
11:9, 22:16
few
48:13, 49:1
fight
36:6, 38:4
filed
12:6
filing
10:15
final
47:7
finally
7:23
financial
53:13
fine
9:8, 10:5,
13:21
finish
29:17
first
6:23, 10:8,
10:24, 12:9,
13:11, 13:22,
13:23, 13:25,
42:19, 44:23
fit
31:3
five
22:16, 22:23,
29:4, 29:22,
32:1, 32:3,
32:11, 32:16,
33:3, 48:14
follow
14:11

following
43:15, 45:6
follows
6:25
foregoing
52:3, 53:4,
53:5
form
26:9, 32:13,
35:13, 38:7,
40:24, 42:17,
44:14, 47:2,
47:18
found
19:15
four
11:16, 11:25,
22:16, 22:23,
25:7, 25:15,
25:22, 42:24
fourth
22:15
free
7:12, 11:17
friends
17:23, 18:6,
25:18, 35:4
front
9:15
frustrating
15:10
frustration
15:2, 47:21
full
33:21
fully
33:24
further
33:23

**G**

gain
15:18, 16:4,
34:20
game
20:8, 20:18
gave
18:3

gavin
1:12
generally
11:22, 11:24,
12:12, 21:10,
22:10
gentleman
9:5
gerrymander
42:12, 45:12
gerrymandered
29:11
gerrymandering
42:15, 43:14,
43:20, 44:12,
44:20
getting
38:17
give
7:24, 11:17,
42:23
given
52:5, 53:6
go
19:25, 39:21,
45:21, 48:11,
51:21
goal
17:13, 26:18
goals
26:14
goes
25:6, 25:7,
34:16, 34:24
going
7:10, 7:11,
15:7, 20:15,
21:22, 22:21,
26:1, 26:8, 35:4
gone
45:14
good
6:4, 7:4, 14:13
goodness
8:24, 12:10
gop
34:16, 34:20,
34:23, 35:23,

36:2
gotcha
34:13
governor
1:14, 13:14,
14:1, 15:12,
15:15, 26:5,
26:14, 32:20,
40:8, 40:20,
43:6
governor's
41:2
graphic
5:10, 5:11,
17:8, 17:11,
19:3, 26:16,
26:19, 28:25,
31:7, 39:12
gray
28:9, 49:9,
49:15, 49:18,
50:8, 50:20,
51:1
great
8:3, 8:10,
9:15, 10:3,
10:6, 18:25,
19:4, 24:22,
32:7, 33:24
grok
43:18, 44:2,
44:3, 44:7,
44:9, 44:19
grok's
43:21, 44:14
ground
7:11
group
3:6, 3:15,
8:15, 10:23,
17:25, 30:8
groups
43:24, 43:25
guess
13:20, 20:15
guessing
25:13

**H**

half
8:25, 27:9,

31:2
hand
53:15
happen
15:9
happened
42:20
happening
11:7, 11:11,
11:20, 17:22,
35:11
head
7:25
heard
7:6, 13:23
heart
44:17
held
22:17
help
16:18, 18:25,
33:2
here
7:5, 7:15,
11:9, 16:4,
16:5, 45:6,
46:3, 48:5
hereby
52:2, 53:4
hereunto
53:14
himself
9:7
hispanic
43:25
hispanics
30:8
hold
16:10
honest
18:11, 45:2
honestly
17:18, 17:21
hope
48:7
hopeful
51:4, 51:8
hoping
16:3

hour
7:9, 8:25
house
24:6, 25:3,
25:6, 29:4,
29:23
hulse
3:4, 6:6,
32:13, 38:18,
38:21, 40:11

**I**

idea
10:18
ideal
42:25
identification
18:20, 23:21,
27:3, 30:22,
33:10, 38:13,
41:11
identified
9:6, 9:7
identifying
37:18
identity
6:14
illegal
11:17, 11:19
image
24:24, 25:9
impact
30:3
important
7:18, 7:20,
7:23, 25:17
improve
32:11, 37:24
inc
3:6
inconvenient
48:7
increase
33:2, 40:14,
40:16, 41:3
increases
31:25, 32:3,
32:15

independent
15:3, 29:12
infer
21:9
inferring
22:4, 37:5
influx
46:17
info@democracyde-
fenders
3:24
information
18:4, 18:12,
25:18, 45:7,
47:4
initial
43:21
initially
9:7, 45:6
injunctive
5:18, 41:22
injury
47:11, 47:17,
47:24
instagram
17:9
intent
32:22, 33:1,
40:9, 40:14,
40:15, 41:2
intention
40:20
interest
53:13
interesting
19:16
interview
13:15
involve
14:25
involved
10:8, 11:5,
28:23
involvement
13:9
issue
24:8
itself
13:9

**J**

jargon
41:16
jls-wlh-kkl
1:11
job
7:16
john
50:15
joined
6:11, 6:20
jude
3:22, 6:12

**K**

key
37:4, 37:11
kind
16:10, 17:6,
18:23, 20:2,
31:10
kings
17:11
knew
17:15, 49:25
know
11:24, 14:1,
15:3, 16:18,
16:22, 17:5,
17:14, 18:6,
22:5, 22:7,
22:10, 25:14,
25:22, 30:1,
34:12, 35:3,
35:10, 36:20,
37:8, 37:9,
40:13, 40:16,
41:15, 44:10,
44:11, 44:15,
44:24, 45:5,
46:9, 46:11,
46:16, 48:9,
49:22, 49:25,
51:11, 51:13

**L**

label
23:18, 26:24,

33:7, 38:10,
41:5
last
10:11, 11:25,
50:20
latin
3:20
latinos
30:8
law
3:6, 3:15,
8:14, 10:22,
41:19
lawsuit
10:9, 10:15,
10:25, 11:6,
12:4, 41:25,
42:8, 44:17,
45:13
lawsuits
8:17
lawyers
9:9
league
3:19
leave
10:4
left
37:14
legal
41:15, 42:3
legislature
14:5, 14:8,
15:6, 15:12,
15:15, 26:6,
26:15, 32:19,
32:23, 33:1,
40:19
let's
10:6, 19:25,
36:7, 45:18
letter
43:6
level
32:2, 32:5
life
11:9
likely
22:21

line
6:12, 21:19,
28:10, 29:3
lines
15:8, 18:1,
21:2, 39:6,
43:7, 44:1
link
18:3
list
31:24
lists
27:16, 27:21,
39:12
litigation
10:1
little
7:10, 11:9,
17:24, 18:25,
19:20, 19:25,
24:2, 24:16,
24:19, 25:9,
27:7, 28:8,
30:24, 33:11,
33:20, 33:23,
33:25, 39:2,
41:12, 44:22,
45:7, 49:3
live
12:16
lived
11:9
living
12:23, 13:6
llp
3:15
locks
29:4
long
8:22
longer
38:25
look
20:5, 22:13,
23:12, 31:5
looked
31:7, 45:11
looking
42:20

**looks**
24:8, 28:1,
30:14, 41:18,
51:14

**lose**
16:4

**losing**
50:21, 51:3,
51:7

**lost**
50:11, 51:1

**lot**
9:8, 41:15

**lulac**
6:11, 6:16,
48:17

**M**

**made**
19:4, 24:10,
33:17

**magnet**
11:18

**major**
43:8

**make**
7:19, 8:1,
26:1, 27:12,
33:12, 46:20,
51:9, 51:16

**making**
24:4, 42:7

**many**
11:18, 25:2,
44:15, 49:18

**map**
12:17, 13:13,
13:24, 29:11,
29:13, 33:23,
33:25, 36:11,
37:17, 37:22,
40:9, 50:6

**maps**
37:12, 37:24,
39:24, 43:24

**mark**
11:1, 18:17

**marked**
18:19, 23:20,

27:2, 30:21,
33:9, 38:12,
41:10

**massachusetts**
3:16

**match**
40:3

**matter**
7:7, 14:9,
21:10

**maybe**
14:13, 18:24,
30:14, 33:11,
33:23, 33:25,
37:18, 41:13

**mean**
11:13, 11:14,
15:24, 24:13,
25:12, 28:20,
29:16, 29:25,
34:12, 35:17,
39:19, 45:4,
45:15, 48:1,
48:2, 48:3

**means**
47:17

**meant**
13:1

**media**
17:5

**member**
16:7, 16:15

**meme**
17:7, 17:10

**memory**
34:5, 34:10,
49:20

**mention**
23:14

**mentioned**
15:11, 35:2

**mentions**
23:8

**merced**
30:15, 31:4,
31:15

**meuser**
10:23, 11:1,

45:12

**middle**
28:9, 41:13

**midst**
44:18

**might**
27:22, 32:10,
45:19

**million**
11:16, 27:13

**mind**
28:24

**minimum**
29:5

**minutes**
8:25, 39:1,
48:14

**mix**
23:12

**mm-hmm**
34:19, 46:5

**moment**
8:4, 23:6, 30:6

**months**
10:11

**more**
7:10, 16:3,
17:24, 19:20,
27:15, 33:12,
38:25, 40:1,
40:2, 45:2,
45:3, 48:14

**morning**
7:4

**most**
22:5, 44:8,
48:25

**move**
7:10, 13:8

**much**
8:18, 30:4,
38:25, 51:20

**musk's**
44:3

**myself**
9:22, 11:10

**N**

**name**
7:6, 12:7,

19:2, 24:13,
39:7, 45:24

**national**
32:2, 32:5,
35:5, 35:12

**need**
38:19

**neither**
53:11

**net**
15:18

**new**
2:9, 6:24,
29:10, 43:23

**news**
43:15

**newsom**
1:12, 15:12,
15:15, 26:5,
26:14, 32:20

**newsom's**
40:8, 40:20

**next**
3:25, 20:24,
29:3, 37:11,
45:22, 50:21

**nicholas**
4:5

**nine**
25:7

**nine-seat**
25:15

**none**
8:9

**notarial**
53:15

**notary**
2:8, 6:23

**note**
6:19

**noted**
51:23

**notes**
9:18, 9:19,
9:20, 9:21,
9:24, 48:5

**nothing**
26:19

notice
2:6
november
24:20, 28:2,
31:13, 33:17,
34:2, 34:4, 34:8
nuh-uh
7:25
number
12:25, 13:5,
22:22, 31:23,
36:10, 37:24,
40:14, 50:1
number-one
32:9
numbers
49:24
nw
3:16

O

oath
8:4
object
26:8, 35:13,
38:7, 40:24,
42:17, 47:2,
47:18
objection
32:13, 40:11
occurred
10:18
october
39:7
offended
40:4
office
41:19
officer
53:3
official
1:13, 49:24
oh
8:24, 9:10,
19:3, 19:24,
24:18, 27:13,
28:13, 31:10,
34:5, 37:15,

38:20, 38:23
okay
9:10, 10:6,
14:14, 16:6,
18:15, 31:14,
32:6, 34:9,
38:18, 38:22,
38:23, 42:18,
43:12, 47:19,
48:15, 49:8,
49:17, 49:21,
50:2, 50:5,
50:8, 50:14,
51:5, 51:8,
51:15, 51:18
one
7:21, 14:13,
20:7, 20:17,
21:3, 21:7,
23:3, 26:13,
31:3, 42:21,
46:22
online
17:8, 17:20,
18:7
only
22:16, 22:23,
50:20
opposed
17:19
orchestrated
28:10, 28:13
org
3:24
organize
16:19
originated
30:15
other
9:4, 12:4,
17:3, 17:14,
18:7, 19:17,
22:13, 30:8,
34:16, 35:16,
35:20, 44:16,
46:22
otherwise
9:25, 16:11,

53:13
out
10:22, 10:24,
15:7, 22:17,
22:23, 25:23,
40:19, 42:3,
42:7, 45:13
outcome
21:3, 21:17,
26:15, 51:12,
53:13
over
7:11, 7:20,
11:15, 11:16,
14:19, 17:4,
38:4
overwhelming
45:4

P

page
3:25, 5:4, 5:9,
31:3, 41:13,
41:16, 45:18,
45:22
pages
1:24
papers
9:17
paperwork
8:14, 41:18,
44:24
paragraph
45:23, 45:25,
47:7
pardon
42:18
part
12:11, 21:5,
23:12, 31:6,
35:11, 36:6,
38:3
participate
16:25
participated
14:22
particular
37:18

parties
53:12
partisan
36:6, 38:4
party
16:8, 16:12,
16:16, 16:19,
20:8, 20:12,
20:17, 20:18,
20:21, 21:4,
21:7, 21:8,
21:10, 21:12,
21:16, 23:15,
30:15, 31:4,
31:15, 39:25,
48:2
pass
14:9, 21:12,
48:8, 48:16
passed
23:4, 26:7
passion
18:2
past
11:16, 13:10
path
45:14
people
16:23, 17:15,
17:22, 18:7,
19:17, 22:6,
28:5, 42:22
percent
25:20
percentage
25:1, 25:3
period
7:8
person
27:22, 32:9
personally
16:25, 19:12
persuade
17:14, 18:6
picture
9:6, 24:19
plaintiff
42:8

plaintiff-interv-
enor
1:10
plaintiffs
1:7, 3:3, 6:7,
6:9, 6:18, 12:4
plan
40:20, 47:8
plans
48:10
platforms
17:9
please
6:2, 18:18,
23:22, 27:1,
27:9, 30:20,
33:8, 38:14,
41:8, 45:22
point
42:22, 43:1
policies
23:13
political
20:8, 20:12,
20:17, 23:14
politicians
27:11, 27:19
polls
28:5
pop
28:19
population
12:1, 40:2
portion
39:14
position
16:10
possibly
37:1
post
5:12, 5:13,
5:14, 5:15,
17:7, 17:13,
19:4, 20:20,
24:4, 24:9,
27:16, 28:1,
30:14, 31:2,
31:12, 32:8,

33:14, 33:16,
34:15, 35:23,
36:2, 39:4, 39:7
posted
19:7
posting
17:19, 21:11
posts
17:5, 17:14
potentially
11:19, 51:6,
51:17
pre-prop
50:6
predominant
47:10, 47:23
prepare
8:12
present
4:3
presumably
18:10, 19:15
pretty
8:15, 15:5,
15:10, 23:25
previous
25:12, 31:7,
46:17
primary
43:4
priorities
32:2, 32:5
probable
28:18
probably
13:14, 15:2,
18:2, 19:9,
20:17, 25:7,
25:20, 30:1
problems
22:8
process
7:13, 28:23,
36:23
processes
45:5
proclaimed
11:14

produce
9:25, 40:9
produced
42:24
profile
24:19
progressive
29:4, 32:1,
32:4
prompted
43:5, 43:9
prop
17:11, 25:5,
31:16, 31:20,
33:2, 34:16,
35:19, 46:15,
50:18, 51:9,
51:15
proposition
5:10, 11:22,
12:17, 12:19,
12:22, 13:4,
13:9, 14:5,
14:9, 14:16,
15:1, 16:20,
17:4, 17:15,
17:19, 18:8,
18:13, 20:3,
21:13, 21:17,
21:22, 22:21,
23:4, 26:1,
26:7, 26:13,
27:17, 27:23,
28:23, 29:3,
32:10, 32:22,
34:24, 35:6,
35:10, 36:6,
38:3, 40:5,
42:11, 44:20,
45:11, 46:7,
46:13, 46:23
pros
20:2, 31:16,
31:19, 31:22,
32:21
prospects
32:11
proud
15:5

provide
8:5, 8:7, 35:5
provided
8:14, 9:20,
43:24
provoked
35:16
pst
1:23
public
2:8, 6:23, 53:1
pull
18:16, 23:18,
26:24, 30:18,
33:6, 38:10,
41:4, 41:5
purposes
9:23
pursuant
2:5
push
33:1
put
14:6, 14:9,
23:17, 42:22
putting
46:21

**Q**

question
14:13, 26:11,
37:20, 44:7,
44:13
questions
7:13, 7:24,
48:10, 48:13,
49:1
quick
48:24
quickly
7:10
quite
31:3
quiz
28:19

**R**

race
23:9, 23:10,

30:7, 43:4,
43:8, 47:10
**racial**
26:20, 30:8,
42:11, 42:15,
43:14, 43:20,
44:11, 44:20,
45:12, 46:11,
46:14, 46:24
**radical**
15:20, 15:22,
15:23
**ran**
50:9
**rather**
7:24
**reach**
10:22, 10:24
**reached**
45:13
**read**
8:16, 31:23,
45:3, 52:3
**reading**
30:2, 53:9
**real**
21:2, 21:20,
21:23
**really**
11:7, 37:2,
45:7, 45:11
**reason**
8:7, 32:9, 39:8
**reasons**
27:17, 27:22
**recall**
10:10, 10:13,
10:14, 13:16,
13:18, 14:4,
14:15, 19:3,
24:4, 35:7,
35:17
**received**
41:19, 44:23
**recent**
10:11
**recently**
44:8

**recognize**
27:5, 33:14,
39:4, 41:16
**record**
6:3, 7:17,
13:4, 32:25,
37:21, 44:2,
48:12, 51:22,
53:6
**red**
22:14, 27:20,
28:9, 36:7,
36:12, 36:15
**redistrict**
34:17
**redistricting**
35:12, 43:9,
43:17, 43:19,
43:21
**redraw**
13:12, 13:24,
15:7, 17:25,
37:12
**redrawing**
14:3, 37:24,
43:10, 43:25
**reduced**
25:22, 53:8
**reducing**
22:22
**reelection**
51:10, 51:16
**referred**
28:15
**referring**
10:2, 20:12,
21:8, 22:2,
22:20, 29:9,
29:19, 29:20,
29:21, 32:19,
47:9
**refers**
30:7
**reflect**
21:2, 21:23,
39:24
**reflected**
26:16

**refresh**
19:21
**regardless**
39:25
**registered**
25:20, 46:3
**relate**
39:22
**related**
53:11
**relief**
5:18, 41:22
**remember**
24:7
**remote**
1:21, 2:5, 4:4
**reported**
1:25
**reporter**
2:7, 6:2, 6:13,
7:14, 13:2,
19:23, 37:19,
49:2, 53:3
**reporter-in-trai-
ning**
4:5
**reporter-notary**
53:1
**reposted**
19:10, 39:9
**represent**
7:7, 24:8,
25:3, 31:1,
34:7, 38:16,
40:10
**representation**
40:6
**representational**
47:11, 47:16,
47:19, 47:21,
47:24
**representative**
25:14, 40:1,
49:8
**representatives**
25:23
**represented**
47:22, 47:25

**represents**
39:16
**republican**
15:18, 16:4,
16:8, 16:12,
16:15, 16:19,
17:23, 22:8,
24:6, 25:15,
25:21, 30:15,
31:4, 31:15,
36:16, 39:15,
48:2
**republican-held**
22:22
**republicans**
17:25, 22:3,
22:17, 25:1,
25:24, 38:5,
39:13, 40:6,
40:10, 48:1
**requested**
53:9, 53:10
**research**
44:22
**resident**
49:5
**residents**
46:18
**resides**
46:1
**respect**
7:9, 7:21,
48:23
**responded**
35:18
**response**
14:2, 15:8,
15:13, 15:16,
15:20, 15:24,
15:25, 35:16,
35:19, 43:22,
44:14
**restate**
20:25, 26:11
**result**
16:3, 21:23,
46:13
**revealing**
9:1

revert
29:11
review
8:13, 12:9,
23:6, 27:24,
30:6
reviewed
12:6
reviewing
48:4
rewrite
15:7
rich
3:22, 6:12
right
13:8, 14:6,
14:10, 14:16,
14:18, 14:20,
14:23, 16:8,
18:13, 19:5,
19:8, 19:13,
19:17, 20:6,
21:5, 21:13,
22:18, 22:24,
23:15, 24:10,
25:11, 26:2,
26:21, 27:23,
28:6, 28:17,
29:24, 31:5,
31:8, 31:13,
34:3, 34:6,
34:9, 34:11,
34:21, 34:25,
35:22, 36:3,
36:12, 37:15,
39:17, 41:7,
44:5, 46:4,
46:7, 49:6,
50:3, 50:6
right-hand
41:21
risk
50:21, 51:3,
51:7
rivera
3:21, 5:7,
6:10, 6:16,
48:13, 48:17,

48:19, 48:21,
51:19
rmr
1:25, 2:8, 53:2
role
16:10, 16:14,
16:18
room
9:12
roughly
13:16
row
20:6
rules
7:11

**S**

s----------------
5:8
said
19:10, 38:24,
40:13, 43:19,
43:20, 53:7
same
7:22, 21:19,
31:12, 39:6,
52:4
sanctuary
11:15, 23:13
saw
13:14
say
7:16, 10:10,
10:20, 11:11,
11:20, 14:16,
15:23, 17:17,
18:5, 20:1,
20:9, 21:15,
21:21, 22:1,
22:18, 23:7,
24:7, 27:16,
32:8, 32:18,
33:4, 35:9,
36:5, 37:17,
37:22, 39:5,
39:23, 40:18,
41:5, 42:2,
45:10, 46:14,

47:25
saying
7:25, 15:18,
19:24, 20:20,
31:6, 32:9,
43:7, 43:13,
51:13
says
20:6, 20:25,
21:1, 21:7,
22:14, 22:15,
22:19, 24:20,
28:10, 29:3,
31:16, 31:19,
32:21, 34:15,
34:20, 34:23,
35:23, 36:2,
37:2, 37:11,
41:20, 42:4,
46:3, 47:8
scroll
30:11, 33:20,
45:18
seal
53:15
seat
50:9, 50:21
seats
15:19, 15:24,
16:4, 16:5,
22:17, 22:22,
24:6, 25:3,
25:7, 25:15,
29:4, 29:23,
32:12, 32:17,
33:3, 34:21,
36:10, 36:16,
36:24, 37:6,
37:25, 38:5,
40:15, 40:16,
40:21, 41:3
second
44:14
see
9:5, 10:1,
18:22, 19:2,
23:24, 24:13,
24:17, 25:11,

26:22, 28:12,
29:6, 30:6,
30:10, 31:3,
31:10, 31:17,
31:21, 33:21,
34:1, 34:18,
35:25, 37:13,
37:15, 39:3,
41:20, 42:20,
45:24, 47:12
seems
29:19, 35:15,
35:20, 39:5,
40:1
seen
7:14
send
22:5, 43:6
sense
8:1, 27:12
sent
12:10
sentence
47:7
september
19:8
set
48:8, 53:14
sets
42:3, 42:7
shaking
7:25
share
19:16, 25:17
shared
17:8, 19:6,
19:12, 24:11,
24:12, 26:16,
28:2, 31:12,
40:20
sharing
17:13, 18:11
sheet
52:7
shift
11:25
shorthand
2:7, 53:1, 53:3

| | | | |
|---|---|---|---|
| **shortly** | **small** | 17:18 | **stick** |
| 11:2 | 18:23, 23:25 | **special** | 40:15, 40:21 |
| **should** | **smaller** | 27:14 | **stigmatic** |
| 20:7, 20:10, | 27:20 | **specifically** | 47:11, 47:16, |
| 20:16, 21:1, | **social** | 22:2, 29:21, | 47:19, 47:23 |
| 21:2, 22:15, | 17:5 | 33:15, 34:23, | **still** |
| 22:17, 39:24, | **some** | 46:19, 46:23 | 12:18 |
| 40:2, 42:4 | 7:11, 9:17, | **speculation** | **stipulate** |
| **show** | 9:21, 13:15, | 40:11 | 6:14 |
| 15:21 | 14:23, 30:12, | **spend** | **stories** |
| **showing** | 36:11, 36:12, | 30:1, 30:4, | 18:3 |
| 20:2, 37:23 | 36:20, 37:23, | 44:25 | **story** |
| **shows** | 39:14, 43:1, | **spending** | 18:4 |
| 24:24, 24:25, | 44:9, 47:14 | 27:13 | **strike** |
| 25:1, 25:4, | **someone** | **spent** | 13:22, 46:10, |
| 25:11, 36:11, | 48:10 | 44:9 | 49:17, 50:18 |
| 37:4, 39:12 | **something** | **spoke** | **substantially** |
| **side** | 15:9, 15:20, | 8:24, 9:3, 9:4 | 46:13 |
| 20:5, 20:25, | 15:23, 19:11, | **stand** | **sue** |
| 22:13, 41:21 | 19:12, 24:20, | 18:18, 23:22, | 10:18 |
| **signature** | 25:15, 26:4, | 27:1, 30:20, | **suing** |
| 52:10 | 29:13, 39:9, | 33:8, 38:14, | 10:24 |
| **signature-mig2k** | 39:18 | 41:9 | **suite** |
| 53:19 | **sometimes** | **stanislaus** | 3:7, 3:16 |
| **signed** | 28:15 | 16:16 | **summer** |
| 52:7 | **sorry** | **start** | 13:10, 13:19 |
| **significantly** | 9:10, 14:7, | 19:1, 35:2, | **support** |
| 46:23 | 14:11, 29:16, | 37:20, 50:25 | 41:2 |
| **signing** | 37:20, 39:21, | **state** | **sure** |
| 53:9 | 50:18 | 2:7, 2:8, 6:3, | 37:5, 46:20, |
| **signs** | **sort** | 6:24, 11:22, | 46:22, 49:3, |
| 16:22 | 10:4, 11:12, | 15:10 | 50:23, 50:25 |
| **since** | 11:22, 13:15, | **statement** | **surrounding** |
| 51:1 | 16:19, 24:23, | 21:10, 22:11, | 18:13 |
| **sincerely** | 25:11, 29:1, | 22:12 | **sworn** |
| 17:18 | 30:6, 31:9, | **states** | 6:23 |
| **single** | 35:5, 35:11, | 1:1, 1:8, 22:5, | **system** |
| 42:23 | 35:19, 42:3 | 34:16, 34:23, | 20:8, 20:18, |
| **sir** | **sound** | 35:16, 35:20, | 20:21 |
| 14:24, 21:18, | 19:8, 28:17 | 35:23, 35:24, | **T** |
| 23:5, 27:5, | **sounds** | 36:2, 36:3, | **tab** |
| 32:14, 34:5, | 28:18, 28:21, | 36:7, 36:8, | 18:16, 23:18, |
| 40:12, 40:25, | 32:15 | 36:12, 36:15, | 26:24, 30:19, |
| 41:17, 47:3, | **speak** | 36:21, 36:23, | 33:6, 38:10, |
| 51:19 | 7:20 | 37:3, 37:7, | 41:5 |
| **situate** | **speaking** | 37:11, 37:18, | **take** |
| 50:5 | 6:21, 7:18, | 37:23, 39:12 | 23:6, 26:23, |
| **slowly** | 7:22, 11:24, | **stenographically** | |
| 7:18 | | 53:7 | |

30:5, 38:9,
38:25, 45:16,
48:14
**taken**
53:4, 53:7
**taking**
7:15
**talk**
8:22
**talking**
11:21, 47:20
**talks**
21:19, 26:20,
37:2
**tangipa**
1:6
**tech**
33:20
**technician**
4:4, 18:18,
23:22, 27:1,
30:20, 33:8,
38:14, 41:8
**telephone**
17:5
**tell**
9:1, 10:12,
12:15, 47:15,
49:23
**term**
43:14, 47:16
**test**
34:5, 34:10
**testified**
6:24
**testimony**
8:5, 8:8, 52:4,
52:5, 53:6, 53:7
**texas**
14:2, 15:13,
15:16, 15:19,
15:25, 17:23,
18:1, 18:4,
35:5, 35:17,
40:16, 40:22,
42:21, 43:17,
45:4
**text**
27:21, 28:9,

30:6
**th**
39:7, 53:15
**thank**
7:1, 7:4, 8:10,
13:1, 18:25,
45:20, 48:6,
48:18, 48:19,
48:22, 50:16,
51:20
**theories**
42:4
**thereafter**
53:8
**therefore**
7:17, 43:9
**thing**
17:6, 35:18
**things**
10:6
**think**
13:22, 15:4,
19:10, 21:9,
24:17, 25:11,
26:4, 27:15,
29:8, 29:18,
32:24, 37:1,
38:25, 40:2,
40:8, 42:24,
44:8, 45:20,
46:19, 48:5,
48:7, 48:9,
48:11, 51:21
**thinking**
13:10, 13:19
**third**
20:6
**thought**
10:15, 13:25
**three**
29:5, 29:23
**three-month**
14:19
**through**
17:4, 19:25,
21:17, 44:5
**throughout**
10:2

**throw**
15:7
**thursday**
1:22
**tilt**
21:3, 21:16
**time**
7:8, 7:9,
13:18, 30:2,
30:4, 39:10,
44:9, 44:25,
48:6, 48:23,
50:20, 51:23
**times**
15:11
**tiny**
49:25
**today**
6:21, 7:8,
7:15, 8:6, 8:8,
24:3, 24:5, 24:6
**today's**
8:12
**together**
7:8, 42:22
**told**
19:7
**tomas**
3:21, 6:10
**took**
8:4
**top**
19:1, 24:2,
24:13, 24:25,
27:9, 30:24,
31:10, 31:19,
33:12, 39:2
**towards**
24:2, 30:24
**transcript**
7:19, 53:5
**transcription**
52:5
**tried**
18:3
**triggered**
35:19
**trombetta**
1:25, 2:6, 53:2

**true**
12:19, 18:11,
21:10, 46:6,
52:4, 53:5
**truthful**
8:5, 8:8
**try**
7:21, 17:14
**trying**
14:11, 15:15,
15:21, 18:6,
19:18, 19:21,
20:8, 20:18,
20:21, 21:12,
21:16, 26:6,
27:12, 35:3,
36:15, 44:10,
44:25
**tv**
13:14
**twitter**
44:5, 44:6
**two**
14:18
**tyler**
3:14, 6:20
**typewriting**
53:8

**U**

**uh-huh**
7:25
**ultimately**
14:16, 40:7
**unbelievable**
15:8
**unconstitutional**
43:3
**unconstitutional-
ly**
43:8
**under**
12:16, 37:8,
50:6, 50:17,
53:8
**underrepresented**
25:25
**understand**
15:6, 17:22,

25:19, 26:13,
29:10, 42:6,
42:10, 42:21,
43:11
**understanding**
15:14, 17:24,
26:12, 26:17,
36:14, 36:22,
41:24, 42:14,
44:11, 45:1,
47:15, 50:23
**understood**
15:12, 23:3,
32:24, 35:10,
36:5
**undocumented**
46:18
**unfortunate**
11:8
**unfortunately**
23:11
**united**
1:1, 1:8, 3:19
**unlawful**
42:11
**unless**
48:10
**unlike**
22:5
**until**
29:13, 30:3,
45:12
**upper**
37:14
**url**
19:2
**use**
44:5
**using**
43:8
**usual**
7:10

| V |
| --- |

**va**
3:8
**vacuum**
35:11

**various**
17:8
**verbal**
7:24
**versus**
22:8
**view**
32:25
**visible**
33:12, 33:24
**voice**
25:22, 42:23
**volunteer**
16:11
**vote**
16:23, 17:15,
18:7, 20:14,
20:15, 21:1,
22:14, 22:15,
27:17, 27:22,
32:10, 49:12,
49:15
**vote-no**
20:5, 20:25
**voted**
14:8, 28:6
**voter**
21:3, 21:20,
21:24, 22:1,
46:1, 46:3
**voters**
11:19, 14:6,
14:9, 14:15,
25:20, 27:11,
27:18, 33:2,
39:25
**votes**
24:3, 24:5,
49:18, 49:24,
50:20
**voting**
20:3, 42:24

| W |
| --- |

**want**
7:9, 11:5,
27:22, 30:4,
30:5, 32:15,

32:18, 41:5,
49:3, 49:21
**wanted**
13:12, 13:23,
15:20, 19:16,
34:13
**washington**
3:17
**wasteful**
27:13
**way**
27:15, 46:22
**ways**
17:3
**we'll**
38:25
**we're**
38:16, 38:17,
44:17, 47:22,
47:25, 48:5
**we've**
11:16, 47:20
**went**
28:5, 44:15
**western**
1:3
**whereof**
53:14
**whether**
10:14, 44:19,
45:11, 46:9,
46:11, 46:14,
46:23
**white**
46:1
**whole**
11:9, 20:1,
22:6, 27:21,
44:11
**win**
42:4, 51:10,
51:16
**within**
10:11
**without**
9:1
**witness**
5:2, 6:14,

6:22, 18:25,
19:19, 27:6,
38:20, 38:23,
42:18, 48:8,
48:17, 53:14
**won**
49:19, 49:24,
50:20, 51:2
**words**
47:14
**work**
7:12
**world**
22:6
**worse**
26:2
**written**
44:14
**wrote**
9:19, 9:21

| X |
| --- |

**x----------------**
**--**
5:1

| Y |
| --- |

**yard**
16:21
**yeah**
12:21, 18:23,
19:24, 24:11,
24:21, 24:22,
25:6, 25:9,
27:8, 27:18,
28:21, 31:10,
31:11, 31:25,
34:9, 34:12,
37:15, 37:16,
38:23, 44:6,
44:23, 44:24,
45:14, 45:15,
45:20
**years**
11:16, 11:25,
46:2
**yesterday**
44:9, 44:21,

**44:25**
**york**
2:9, 6:24
**yourself**
14:25

---
**Z**
---
**zoom**
9:11, 18:24,
19:19, 24:1,
27:8, 27:21,
28:8, 30:23,
33:11, 33:25,
39:2, 41:12,
45:22

---
**.**
---
**.1700**
3:9
**.2027**
53:17

---
**0**
---
**02**
1:23
**03.21**
53:17
**04**
51:23

---
**1**
---
**10**
38:25
**10616**
1:10
**11**
1:22, 1:23
**12**
51:23
**13**
12:18, 46:2,
46:4, 46:12,
49:5
**14**
53:15
**14647**
1:26
**15**
38:25

**150**
27:13
**17**
34:16, 45:23,
45:25, 47:7
**18**
5:10
**187**
49:24, 50:20

---
**2**
---
**20**
11:16, 29:13
**20001**
3:17
**2022**
50:9, 51:1
**2024**
49:12, 49:19,
51:2
**2025**
1:22, 31:13,
53:16
**2026**
50:22, 51:3,
51:10
**2031**
29:13
**2121**
3:7
**22314**
3:8
**23**
5:11
**25**
1:10
**250**
3:16
**27**
5:12, 19:8,
39:7
**2:-cv**
1:10

---
**3**
---
**30**
5:13, 25:19
**31**
29:13

**33**
5:14
**38**
5:15, 25:20
**3a**
26:24
**3b**
30:19
**3rd**
24:20, 28:2,
31:13

---
**4**
---
**40**
8:25, 34:20
**400**
3:16
**41**
5:16
**415.433**
3:9
**45**
34:21
**46**
46:2
**48**
5:7
**4th**
34:8

---
**5**
---
**50**
5:10, 11:22,
12:17, 12:19,
12:22, 13:4,
13:9, 14:5,
14:9, 14:16,
15:1, 16:20,
17:4, 17:15,
17:19, 18:8,
18:13, 20:3,
21:13, 21:17,
21:22, 22:21,
23:4, 25:5,
26:1, 26:7,
26:13, 27:17,
27:23, 28:23,
29:3, 31:16,

31:20, 32:10,
32:21, 33:2,
34:16, 34:24,
35:6, 35:10,
35:19, 36:6,
38:3, 40:5,
42:11, 44:20,
45:11, 46:7,
46:13, 46:15,
46:23, 50:6,
50:18, 51:9,
51:15
**51**
17:11
**52**
22:17, 22:23,
25:6, 25:23
**53**
1:24
**5th**
34:4

---
**6**
---
**608**
3:7