

# Transcript of Vernon Costa

**Date:** December 11, 2025
**Case:** Tangipa, et al. -v- Newsom, et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

```
1        IN THE UNITED STATES DISTRICT COURT

2       FOR THE CENTRAL DISTRICT OF CALIFORNIA

3       WESTERN DIVISION

4       - - - - - - - - - - - - x

5       DAVID TANGIPA, et al.,

6                   Plaintiffs,

7       and UNITED STATES OF

8       AMERICA,

9         Plaintiff-Intervenor,        Case No.

10        v.                           2:25-cv-10616

11      GAVIN NEWSOM, IN HIS           JLS-WLH-KKL

12      OFFICIAL CAPACITY AS THE

13      GOVERNOR OF CALIFORNIA, et

14      al.,

15                  Defendants,

16      and DEMOCRATIC CONGRESSIONAL

17      CAMPAIGN COMMITTEE, et al.,

18        Defendant-Intervenors.

19      - - - - - - - - - - - - x

20              Remote Deposition of VERNON COSTA

21              Thursday, December 11, 2025

22                    1:03 P.M. PST

23       Pages: 1 - 47

24      Reported By: Anita M. Trombetta, RMR, CRR,

25      California CSR No. 14647
```

1

2

3

4

5      Remote deposition of VERNON COSTA, pursuant to

6    notice, before Anita M. Trombetta, a Certified

7    Shorthand Reporter in the State of California,

8    RMR, CRR, and Notary Public in and for the State

9    of New York.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1    A P P E A R A N C E S

 2

 3    ON BEHALF OF PLAINTIFFS:

 4          AMBER HULSE, ESQUIRE

 5          DOMENIC P. AULISI, ESQUIRE

 6          DHILLON LAW GROUP INC.

 7          2121 Eisenhower Avenue, Suite 608

 8          Alexandria, VA 22314

 9          415.433.1700

10

11

12    ON BEHALF OF DEFENDANTS CALIFORNIA GOVERNOR GAVIN

13    NEWSOM and SECRETARY of STATE SHIRLEY WEBER:

14          KATRINA UYEHARA, ESQUIRE

15          DEPUTY ATTORNEYS GENERAL

16          STATE OF CALIFORNIA DEPARTMENT OF JUSTICE

17          1300 I Street, Suite 125

18          Sacramento, CA 95814

19          916.210.7867

20

21

22

23

24    (Appearances continued on next page.)

25
```

1   A P P E A R A N C E S   C O N T I N U E D

2

3   ON BEHALF OF DEFENDANT-INTERVENOR DEMOCRATIC

4   CONGRESSIONAL CAMPAIGN COMMITTEE:

5          TYLER BISHOP, ESQUIRE

6          ELIAS LAW GROUP LLP

7          250 Massachusetts Ave. NW, Suite 400

8          Washington, DC 20001

9          202.985.0628

10

11  ON BEHALF OF DEFENDANT-INTERVENOR LEAGUE OF UNITED

12  LATIN AMERICAN CITIZENS:

13         TOMAS RIVERA, ESQUIRE

14         JUDE RICH, ESQUIRE

15         DEMOCRACY DEFENDERS ACTION

16         Info@democracydefenders.org

17

18  ALSO PRESENT:

19          EDWARD ANTONELLI, Remote Technician

20          NICHOLAS BUCKLEY, Reporter-In-Training

21

22

23

24

25

```
1    --------------------I N D E X------------------
     WITNESS - VERNON COSTA
2
     EXAMINATION BY                          Page
3
       ATTORNEY BISHOP                           6
4      ATTORNEY RIVERA                          37

5    ---------------E X H I B I T S-----------------

6      Exhibit         Description           Page

7      Exhibit 1       Facebook Graphic          16

8      Exhibit 2       Costa Facebook Post       18

9      Exhibit 3       Costa Facebook Post       20

10     Exhibit 4       Vernon Repost of          22

11                     Tangipa Tweet

12     Exhibit 5       Post of ABC30 Article     24

13     Exhibit 6       Complaint for             32

14                     Declaratory

15                     and Injunctive Relief

16

17

18

19

20

21

22

23

24

25
```

1    P R O C E E D I N G S

2           THE COURT REPORTER: Would counsel please

3    state their appearances for the record.

4           ATTORNEY HULSE:  Amber Hulse for

5    plaintiffs.

6           ATTORNEY AULISI:  Domenic Aulisi for the

7    plaintiffs.

8           ATTORNEY BISHOP:  Tyler Bishop for

9    Intervenor-Defendant DCCC.

10          ATTORNEY RIVERA:  And Thomas Rivera on

11   behalf of Defendant LULAC.  I'm joined by my

12   colleague Jude Rich, also on the line.

13          ATTORNEY UYEHARA:  And Katrina Uyehara on

14   behalf of Defendant California Department of

15   Justice.

16          THE COURT REPORTER:  Do all counsel

17   stipulate to the identity of the witness?

18          ATTORNEY BISHOP:  Yes for DCCC.

19          ATTORNEY AULISI:  Yes for the plaintiffs.

20          ATTORNEY RIVERA:  Yes for LULAC.

21          ATTORNEY UYEHARA:  Yes for CAL DOJ.

22   EXAMINATION BY

23   ATTORNEY BISHOP:

24      Q  Good morning, Mr. Costa.  My name is Tyler

25   Bishop.  As I just said, I represented -- I

1    represent DCCC, the Democratic Congressional

2    Campaign Committee, in this matter.

3         We just have a short time together today,

4    so I'm just going to quickly go over some table

5    setting and ground rules, if that sounds good.

6         First question for you is, have you ever

7    been deposed before?

8         A  Yes.

9         Q  And how many times?

10        A  Once.

11        Q  And can you just describe the subject

12   matter of that deposition and the case in which it

13   was involved in?

14        A  A civil case.

15        Q  Do you recall what the claim involved in

16   that case was?

17        A  I guess they considered me a personal

18   witness, a character witness.

19        Q  Okay.  And so was that a -- or, I'm sorry,

20   you said it was a civil matter, correct?

21        A  Yes.

22        Q  Understood.

23        And approximately when was that

24   deposition?

25        A  It had to be over 20 years ago.

1     Q  Okay.  Understood.

2          So today we have a court reporter present

3     and they will be taking everything down.  And it's

4     important that we speak slowly and clearly so that

5     the court reporter can create an accurate

6     transcript.

7          Do you agree with that?

8     A  Yes.

9     Q  And do you agree to provide verbal answers

10    to the questions you're going to be asked today?

11    That means no shaking your head or "uh-uh" or

12    "nuh-uh" or things of that nature.

13         Do you understand that?

14    A  Yes.

15    Q  And your attorney may make some

16    objections, but unless the attorney instructs you

17    not to answer, you have to answer to the best of

18    your ability.

19         Do you understand that?

20    A  Yes.

21    Q  And is there any reason why you can't

22    provide truthful or accurate testimony today?

23    A  No.

24    Q  So we're doing this deposition remotely.

25         Can you tell us, is there anyone in the

Transcript of Vernon Costa
Conducted on December 11, 2025                9

```
 1    room with you currently?
 2        A  I can't -- I didn't hear that.
 3           What was that?
 4        Q  Is there anyone who is in the room with
 5    you currently?
 6        A  No, there is not.
 7        Q  Okay.  So can you describe for me what you
 8    did to prepare for today's deposition?
 9        A  I looked at the claim again and spoke with
10    the attorneys to prep me for -- explain what the
11    deposition is about.
12        Q  And which attorneys did you speak to?
13        A  Amber and Domenic.
14        Q  And without revealing any contents of your
15    conversations, approximately how long did you
16    speak and how many times did you speak?
17        A  I don't know if it took 45 minutes maybe.
18    I can't be sure.
19        Q  Okay, yeah, it's not a test of memory or
20    anything like that.  That makes sense.
21           And when was -- when were those
22    conversations or that conversation?
23        A  We started approximately about 12:00.
24        Q  Okay.  And, again, without revealing
25    anything you talked to with your attorney about,
```

Transcript of Vernon Costa
Conducted on December 11, 2025                          10

1      why is it that you wanted to be involved in this

2      litigation?

3          A  Could you repeat the question?

4          Q  Why is it that you want --

5              THE WITNESS:  Excuse me, excuse me.  I'm

6      losing the first few words of every one of your

7      questions.

8              There's a -- it looks to me -- it sounds

9      to me there's, like, two or three words that you

10     say that I do not hear.

11             THE EXHIBIT TECHNICIAN:  Counsel, do you

12     mind if we go off the record for a second?

13             ATTORNEY BISHOP:  Let's do that.  Thanks.

14             (An off-the-record discussion was held at

15     this time.)

16     BY ATTORNEY BISHOP:

17         Q  Okay.  So I'll pick up with the question

18     that I left off on now that we've --

19             THE WITNESS:  I -- excuse me, excuse me,

20     there was -- it was even worse.  That's even

21     worse.

22             Anita came in plain and clear right away.

23     Yours is a mess.

24             ATTORNEY BISHOP:  Okay.  Can we go back

25     off the record and correct this?

Transcript of Vernon Costa
Conducted on December 11, 2025                    11

```
1              (An off-the-record discussion was held at
2       this time.)
3       BY ATTORNEY BISHOP:
4          Q   Okay.  I'd like to pick up back where I
5       left off before we hopefully fixed the audio issue
6       that we're having on this remote deposition.
7              The question is, why did you want to be
8       involved in this litigation?
9          A   Because I felt that the new district lines
10      were being unfairly redrawn based off of race.
11         Q   Okay.  And we'll return to that, but I
12      just have a few other preliminary questions for
13      you.
14             Have you communicated with other
15      individual plaintiffs about this lawsuit?
16         A   No.
17         Q   What about the California Republican
18      Party, have you communicated with them about this
19      lawsuit?
20         A   I have not.
21         Q   And have you reviewed the complaint that
22      was filed in this lawsuit?
23         A   Yes.
24         Q   And do you recall signing it or verifying
25      it?
```

Transcript of Vernon Costa
Conducted on December 11, 2025                12

1          A  Yes.

2          Q  In your own words, what is Proposition 50?

3          A  Proposition 50 is a redrawing of the

4      congressional district lines, and with -- we had

5      an election in regards to it.

6          Q  When did you first become aware of

7      Proposition 50?

8          A  I don't recall, but whenever it first

9      started.  I don't know what that date was.

10         Q  Do you have a rough estimate?

11         A  Gosh.  It was -- I don't know if it was

12     July, August maybe.  I don't know how far back

13     this goes.  I don't know.  Quite honestly, I do

14     not know.

15         Q  Understood.  That's fine.

16             Is it your understanding that

17     Proposition 50 was an initiative spearheaded by

18     California Democrats?

19         A  Repeat the question, please.

20         Q  Is it your understanding that

21     Proposition 50 was an initiative spearheaded by

22     California Democrats?

23         A  Yes.

24         Q  Why do you believe the Democrats wanted to

25     redraw the map?

1      A  To change congressional lines in their --
2  their favor.
3      Q  After the legislature passed what became
4  Proposition 50, is it your understanding that the
5  map was submitted to voters as a ballot measure?
6      A  Yes.
7      Q  Did you participate in the campaign for or
8  against Proposition 50 in any way?
9      A  Yes.
10      Q  And why was it important to you to do so?
11      A  Because I was against it.
12      Q  And why were you against it?
13      A  Because I think it was an unfair racial
14  gerrymander.
15      Q  Was there a specific event or set of
16  events that prompted Proposition 50, in your
17  understanding?
18      A  I don't know.
19      Q  Did you review news media about
20  Proposition 50?
21      A  Some.
22      Q  Do you recall the news media
23  characterizing Proposition 50 as a response to any
24  event or set of events?
25      A  Not really.

1   Q  Are you familiar with the redistricting

2   process this year in other states aside from

3   California?

4   A  I've heard some stuff that some of the

5   other states are doing and I think Texas is one of

6   them.

7   Q  Is it your understanding that

8   Proposition 50 was a response to redistricting in

9   Texas?

10  A  It may have been.  I don't know.  I don't

11  know.

12  Q  Did you try to persuade voters to support

13  or oppose Proposition 50 one way or the other?

14  A  Yes, I did.

15  Q  And what was your position?

16  A  I shared a social media post.

17  Q  And do you recall the content of the

18  social media posts that you may have put online

19  about Proposition 50?

20  A  I can't recall all of them.  They were

21  basically -- I was the author of none of them.  I

22  just shared other people's posts with the intent

23  of getting out the vote.

24  Q  And what was your goal in getting out the

25  vote on Proposition 50?

Transcript of Vernon Costa
Conducted on December 11, 2025                    15

1          A  Getting voters, getting Republican voters,
2     all voters to the polls.
3          Q  And why was it important to get Republican
4     voters to the polls?
5          A  Because I felt we -- I always do.  Every
6     election I want voters to get to the polls,
7     Republican and Democrat.  I want everybody to get
8     to the polls on Election Day.
9          Q  Is it your understanding that there was a
10    party affiliation with vote yes on Prop 50 and
11    vote no on Prop 50?
12         A  Repeat the question, please.
13         Q  Is it your understanding that there was a
14    strong party affiliation for voting yes on Prop 50
15    and voting no on Proposition 50?
16             ATTORNEY AULISI:  Object to form.
17         Q  You can answer.
18         A  I -- I assume there was.
19         Q  And what would that -- what would your
20    assumption be?
21         A  That most Republicans were going to vote
22    no and most Democrats would vote yes.
23             ATTORNEY BISHOP:  If we can pull up what
24    is labeled as 2025, October 12th, Costa Facebook
25    post, please.

1          THE EXHIBIT TECHNICIAN:  Please stand by.

2          ATTORNEY BISHOP:  And mark it as Costa

3     Exhibit 1.

4          THE EXHIBIT TECHNICIAN:  Not a problem.

5          (Costa Exhibit 1, marked for

6     identification.)

7     BY ATTORNEY BISHOP:

8          Q   Mr. Costa, do you recognize this document?

9          A   Yeah, I do sort of, yes.  I do remember

10    that one.

11         Q   What is it?

12         A   Pardon me?

13         Q   What is this document?

14         A   Something I shared.  Something -- I'm not

15    the author of it.  Something that I shared.

16         Q   And the first line of this graphic

17    reads, "Governor Newsom's Power Grab."

18         Did I say that correctly?

19         A   Yes.

20         Q   And can you please read the yellow print

21    below that.

22         A   "It is a Partisan Gerrymander.  Why You

23    Should Vote No on 50."

24         Q   Thank you.

25         Did you believe this when you posted it?

1        A  I don't even know if I read it that close,

2    but I just know it was something that we were

3    sharing in order to get out the vote.  But I -- I

4    hardly remember the post.

5        Q  Do you believe -- well, strike that.

6           In this post, what is "it" referring to?

7        A  The "it," what is it referring to?

8        Q  Yes.

9        A  The redistricting, the gerrymander, the no

10    on -- the Proposition 50.

11        Q  And below what you just read, the post

12    lists several projected effects of Proposition 50;

13    is that correct?

14        A  That's correct.

15        Q  When you posted this -- or reposted it,

16    sorry -- were you concerned the Proposition could

17    flip the Valley from red to blue?

18        A  Yes, always.

19        Q  And when you reposted this, were you

20    concerned that Proposition 50 would deliver the

21    House of Representatives to Democrats?

22        A  Yes.

23        Q  And in your understanding, did

24    Proposition 50 pass?

25        A  Excuse me?  Repeat the question.

1      Q  In your understanding, did Proposition 50

2  pass?

3      A  Yes.

4      Q  Are you concerned today that

5  Proposition 50 could help flip the Valley from red

6  to blue?

7      A  I don't know.  We'll see.

8      Q  Do you see anything in this post that

9  mentions any concern about race?

10     A  I do not.

11     Q  Okay.  We can take this --

12     A  This is not my post.

13     Q  Understood.

14        ATTORNEY BISHOP:  If the tech could please

15  pull up what's labeled DCCC 1082025 10/20, Costa

16  Facebook post.

17        THE EXHIBIT TECHNICIAN:  Please stand by.

18        ATTORNEY BISHOP:  Thank you.  And mark it

19  as Costa Exhibit 2.

20        (Costa Exhibit 2, marked for

21  identification.)

22  BY ATTORNEY BISHOP:

23     Q  Mr. Costa, do you recognize this document?

24     A  I don't remember it.  Obviously I reshared

25  it, but I don't remember it, no.

1      Q   Okay.  Well, can you just take a second to

2    read it and let me know when you've done so.

3      A   (Document review.)

4          I've read it.

5      Q   Am I correct that this post is discussing

6    early voting for Proposition 50?

7      A   Yes.

8      Q   And the post states, "Democrat yes votes

9    leading no votes by 85,000.  5 million Republicans

10   have yet to vote."

11         Did I read that right?

12     A   Yes, you did.

13     Q   In your understanding, Democrats were

14   largely voting in support of Proposition 50 and

15   Republicans were largely voting against

16   Proposition 50 at the time you posted this; is

17   that correct?

18     A   Yes.

19     Q   And do you see anything in this post that

20   mentions any concern about race?

21     A   No.

22     Q   Okay.  We can move on from this post as

23   well.

24         ATTORNEY BISHOP:  And if the tech could

25   pull up what is labeled as DCCC 1112025 10/30

1     Costa Facebook post and mark it as Exhibit 3.

2          THE EXHIBIT TECHNICIAN:  Please stand by.

3          (Costa Exhibit 3, marked for

4     identification.)

5     BY ATTORNEY BISHOP:

6          Q  Mr. Costa, do you recognize this document?

7          A  I don't.

8          Q  Can you take a look at it and let me know

9     when you've had a chance to review it and let me

10    know if it refreshes your memory after you've had

11    a chance to review.

12         A  (Document review.)

13            Okay.  I've read it.

14         Q  In this post, this is you reposting

15    something by the California Republican Party; is

16    that correct?

17         A  That is correct.

18         Q  Did you agree with the California

19    Republican Party's post?

20            ATTORNEY AULISI:  Object to form.

21            (Reporter clarification.)

22         A  Rephrase -- ask the question again.

23         Q  When you posted this, did you agree with

24    the California Republican Party's post?

25         A  Yeah, I guess.

1          Q   Am I right that the post says that
2     "Proposition 50 was Gavin Newsom's $300 million
3     political power grab to help Democrats retake
4     Congress and impeach Trump"?
5          A   That's what it says.
6          Q   Did that accurately describe your view of
7     Proposition 50 as it was stated in this post?
8          A   Yeah.
9          Q   Do you see anything in this post that
10    mentions race or ethnicity?
11         A   No.
12         Q   Are you a member of the California
13    Republican Party?
14         A   Yes.
15         Q   Do you hold any positions with the
16    California Republican Party?
17         A   I'm a county chairperson -- county chair.
18         Q   And in that role, what do you do for the
19    party?
20             ATTORNEY AULISI:  Object to form.
21         A   Work to get out the -- work to get out the
22    vote.
23         Q   And getting out the Republican vote was a
24    goal of the California Republican Party against
25    Proposition 50; is that correct?

1        A  Yes.

2        Q  And did you share this post as part of

3   that effort?

4        A  As my effort.

5        Q  Yes.

6        A  Yes, as my effort to get out the vote, I

7   shared multiple posts.

8        Q  Great.  Thank you.  We can move on from

9   this one.

10          ATTORNEY BISHOP:  If the tech could please

11   pull up what is labeled as DCCC 1242025, 11/13,

12   and mark it as Costa Exhibit 4.

13          THE EXHIBIT TECHNICIAN:  Please stand by.

14          (Costa Exhibit 4, marked for

15   identification.)

16   BY ATTORNEY BISHOP:

17        Q  Mr. Costa, do you recognize this document?

18        A  Yeah, I do.

19        Q  And what is this document?

20        A  It's something that Assemblyman Tangipa

21   shared about the DOJ having joined the lawsuit

22   against Governor Newsom.

23        Q  Do you recall whether you post -- reposted

24   this before or after you brought this case?

25        A  I don't recall.

```
 1          Q   In this post, you share a tweet by
 2   Assemblyman David Tangipa; is that right?
 3          A   That is correct.
 4          Q   And do you know if Assembly -- if the
 5   Assemblyman is a party to this case?
 6          A   Yes.
 7          Q   And in your understanding, in what
 8   capacity is he a party to this case?
 9          A   He's one of the plaintiffs.
10          Q   In this post, the Assemblyman states, "We
11   promise to fight this partisan gerrymandering
12   every step of the way and now the DOJ is standing
13   with us to stop this power grab."
14              Did I read that correctly?
15          A   You read it correctly.
16          Q   Did you agree with your co-plaintiff,
17   Assemblyman Tangipa, that Proposition 50 is a
18   power grab?
19          A   I don't even know if I ever read the post.
20   I just know if it had to do with Prop 50, I would
21   share it, and that's what I did.
22          Q   Okay.  Let me ask you this:  Sitting here
23   today, do you agree that Proposition 50 is a power
24   grab?
25          A   Yes.
```

1        Q   By whom specifically?

2        A   By Democrats and the governor.

3        Q   And do you also agree that Proposition 50

4   is a partisan gerrymander?

5        A   No, I believe it's a racial gerrymander.

6        Q   What does the term "racial gerrymander"

7   mean to you?

8        A   It means that certain races were drawn

9   into certain districts -- Hispanics, for example,

10  into certain districts and give them more power in

11  certain districts and weaken the voice of those

12  who are not Hispanic.

13       Q   Do you think partisanship played a role in

14  Proposition 50?

15       A   I don't know.

16       Q   Do you see anything in this post in front

17  of you that mentions race?

18       A   No.

19       Q   Okay.  We can move on from this one.

20           ATTORNEY BISHOP:  If the tech could please

21  pull up what is labeled as DCCC 1202025, 11/6, and

22  mark it as Costa Exhibit 5.

23           THE EXHIBIT TECHNICIAN:  Please stand by.

24           (Costa Exhibit 5, marked for

25  identification.)

Transcript of Vernon Costa
Conducted on December 11, 2025          25

```
1    BY ATTORNEY BISHOP:

2        Q  Mr. Costa, do you recognize this document?

3        A  I do.

4        Q  And what is it?

5        A  It is an article that I shared that had

6    been on ABC Action News.  I don't know if this --

7    I guess this is on Facebook, and I shared it.

8            It was about -- that the lawsuit had been

9    filed.  I think it was right after their press

10   conference.

11       Q  And in this post, are you reposting

12   another post by another entity?

13       A  I must be.  I'm not the author of anything

14   other than what I -- the one comment I put above

15   this one, but I don't know who -- who the original

16   post was.  I don't know if it was the news or --

17   I'm not sure.

18           ATTORNEY BISHOP:  Can we zoom in a little

19   bit just so the image is a bit clearer.

20       A  It says ABC Action News, so I assume it

21   was their post.

22       Q  Okay.  And can you please read the

23   contents of ABC30 Action News' post?

24       A  "The results of the highly anticipated

25   special election on Proposition 50 have Democrats
```

Transcript of Vernon Costa
Conducted on December 11, 2025                26

```
 1    feeling relieved, while state Republicans launch a
 2    lawsuit."
 3        Q   What does it mean to you that Democrats
 4    felt relieved after the passage of Proposition 50?
 5        A   I don't know what that means.
 6        Q   Do you agree that the goal of
 7    Proposition 50 was to add Democratic seats to the
 8    Federal Congressional Legislature?
 9            ATTORNEY AULISI:   Object to form.
10        A   Yes.   Yes.
11        Q   Do you think that might be why -- I'm
12    sorry, I had an audio issue.   Let me restate the
13    question.
14            Do you believe that might be why Democrats
15    felt relieved?
16        A   I have no way of knowing.
17            ATTORNEY AULISI:   Note my objection.
18    Object to form.
19        Q   So let me ask, why did you feel compelled
20    to post this post on November 6th?
21        A   Just to let the public know -- my
22    followers, which are few, that a lawsuit had been
23    filed.
24        Q   And in this post, does anything mention
25    race?
```

Transcript of Vernon Costa
Conducted on December 11, 2025                27

```
 1        A  Not in this post.  I don't know if there
 2   was a story that went along with this.  I don't
 3   know.
 4        Q  Okay.  Thank you.
 5           And we can take this post down as well.
 6           And I'd like to shift gears more generally
 7   away from social media.  I just have a few
 8   additional questions here.
 9           So having participated in the
10   Proposition 50 campaign and sharing views
11   throughout it, in your understanding, what was the
12   primary reason that voters objected to
13   Proposition 50?
14        A  I can't speak to other voters.
15        Q  Based on your conversations with other
16   voters, what is the most common reason that you
17   heard from voters about objecting to
18   Proposition 50?
19        A  They felt that it was something that was
20   being done unfairly against Republicans.
21        Q  And is it fair to say in your
22   understanding, based on conversations that you
23   personally had with other voters, that those who
24   supported Proposition 50 did so because they
25   wanted to help Democrats?
```

Transcript of Vernon Costa
Conducted on December 11, 2025                    28

```
 1        ATTORNEY AULISI:  Object to form.
 2    A  I would say yes.
 3    Q  Do you believe you were personally harmed
 4 by Proposition 50?
 5    A  I believe so.
 6    Q  And how so?
 7    A  I believe I've lost my -- my political
 8 voice and my -- you know, my political power by
 9 being gerrymandered by a racial discrimination.
10    Q  When you say "gerrymandered by a racial
11 discrimination," can you explain what you mean?
12    A  I believe that -- from the beginning
13 that if they were going to re-gerrymander -- if
14 they were going to redraw new district lines, the
15 only way they could do so was to use race.
16        Because in my opinion, just a few short
17 five years ago, the IRC drew maps.  Everybody was
18 hunky-dory with those maps.  And just five years
19 later, these maps could change that drastically?
20 The only way I could see that they could --
21        (Reporter clarification.)
22    A  I said that I felt from the beginning that
23 the only way they were going to redraw these
24 lines, they would have to use race because I know
25 that the IRC, the Independent Redistricting
```

Transcript of Vernon Costa
Conducted on December 11, 2025                29

```
 1    Commission, drew these maps five years ago as
 2    existing maps.  They spent months doing this with
 3    a lot of input and a lot of public information.
 4         And if they followed the rules and the
 5    regulations, as they claimed they did, and they
 6    didn't use race and they had their maps drawn and
 7    everybody's fine with them, how in five years
 8    later, just a short five years, these maps, these
 9    lines, these districts can change so drastically?
10         It's my belief that the only way they
11    could do it was to use race because the IRC had
12    exhausted everything else that they're supposed to
13    use to draw maps.  And all of a sudden they can
14    make these changes?  Well, then they used race to
15    do so.  I firmly believe that.
16       Q  When you say "the IRC had exhausted all
17    the means," what are you referring to?
18       A  Well, the laws, the rules, the
19    regulations, the public hearings, everything that
20    the IRC uses to draw congressional maps every ten
21    years.
22         And like I said, they spent months doing
23    it.  They went through a lot to draw those maps.
24         How could they change so much -- need to
25    be changed so much in five years and how?
```

Transcript of Vernon Costa
Conducted on December 11, 2025                30

```
 1        Q   The -- the IRC in your understanding is a
 2    nonpartisan body; is that correct?
 3        A   That's correct.
 4        Q   And in your understanding, Proposition 50
 5    was not a partisan -- or, sorry, strike that.  Let
 6    me rephrase the question.
 7            In your understanding, was partisan [sic]
 8    50 a partisan effort?
 9            ATTORNEY AULISI:  Object to form.
10        A   I say no.
11        Q   Was Proposition 50 a nonpartisan effort?
12        A   I'm not really sure what you're referring
13    to.  You have to explain that.  What do you mean,
14    nonpartisan effort or how it was -- how it was
15    done?  I don't know what is an effort or what
16    is -- I'm not exactly understanding that.
17        Q   Let me ask you this:  What is the
18    difference between the map-drawing process from
19    the IRC and what occurred in Proposition 50, in
20    your understanding?
21            ATTORNEY AULISI:  Object to form.
22        A   My understanding is that lines were drawn
23    or redrawn, wiggled around to give specifically
24    Hispanics an advantage in multiple districts.
25        Q   Can you explain what you mean by "give
```

1    Hispanics an advantage"?

2        A  More registered voters and districts where

3    they wanted them to be.

4        Q  What goals specifically are you

5    associating with Hispanics?

6        A  I don't understand that question.

7        Q  You said the map gives advantage to

8    Hispanic voters.  I'm trying to understand what

9    you mean by that.

10        What advantage do you believe that the map

11   gives to Hispanic voters?

12        A  Voting as a larger bloc.

13        Q  In what ways specifically?

14        That's my question.

15        A  In what way?  I don't know how they vote,

16   but I just know how they were -- how I feel they

17   were being aligned to vote.

18        Q  Well, okay.  We both work in elections and

19   we both know that typically when you're voting,

20   you're voting for something or you're voting

21   against something.

22        So my question is simply, what electoral

23   advantage are you referring to with respect to

24   Hispanic voters when you say that "the map gives

25   an advantage to Hispanic voters"?

Transcript of Vernon Costa
Conducted on December 11, 2025                    32

```
 1          ATTORNEY AULISI:  Object to form.
 2      A  I believe they vote as a bloc.
 3      Q  I'm sorry, can you repeat that answer?
 4          I think --
 5      A  I believe that the Hispanic voters vote as
 6  a bloc, which gives them a bigger power.
 7      Q  What is that opinion based on?
 8      A  It's my opinion.
 9      Q  What is your opinion based upon?
10          ATTORNEY AULISI:  Object to form.
11      A  It's just my opinion.  I don't know how
12  else to answer that.
13      Q  You're not referring to any specific
14  conversation or report or document that you may
15  have -- be basing your opinion on?
16          It's just your opinion?
17          Understood.  Thank you.
18      A  It was my opinion.
19          (Reporter clarification.)
20          ATTORNEY BISHOP:  Okay.  Can we please
21  bring up what is labeled as ECF 1 and mark it as
22  Costa Exhibit 6.
23          THE EXHIBIT TECHNICIAN:  Please stand by.
24          (Costa Exhibit 6, marked for
25  identification.)
```

Transcript of Vernon Costa
Conducted on December 11, 2025                     33

```
 1    BY ATTORNEY BISHOP:
 2        Q  Mr. Costa, do you recognize this document?
 3        A  Yes.
 4        Q  And what is it?
 5        A  It is our complaint, the cover page of our
 6    complaint.
 7        Q  And did you review this document before it
 8    was filed?
 9        A  Yes.
10        ATTORNEY BISHOP:  If we could move down to
11    page 5.
12        Q  And I'd like to direct your attention to
13    paragraph 15 on that page.
14        ATTORNEY BISHOP:  Oh, I'm sorry, page 5 at
15    the bottom of the document, page 6 at the top.
16    And then if we could zoom in for the witness, that
17    would be great.
18        Q  Is paragraph 15 about you, Mr. Costa?
19        A  Yes.
20        Q  It says you're a registered voter in
21    Congressional District 2022 -- or, sorry, 22; is
22    that correct?
23        A  That is correct.
24        Q  And this is referring to the new
25    Congressional District 22 as reflected in the
```

Transcript of Vernon Costa
Conducted on December 11, 2025                34

```
1      Proposition 50 map; is that also correct?
2          A   Yes.
3          Q   Do you recall what congressional district
4      that you were in before Proposition 50?
5          A   22.
6          Q   Are you familiar, roughly speaking, with
7      the racial or ethnic makeup of District 22 prior
8      to Proposition 50?
9          A   I am not.
10         Q   Okay.  What about after?
11         A   I am not.  I haven't seen the numbers.
12         Q   Okay.  And the final sentence
13     says, "Proposition 50 assigned you to a district
14     drawn with race as the predominant factor, causing
15     stigmatic and representational injury."
16             Did I read that correctly?
17         A   Yes.
18         Q   What do you understand "stigmatic and
19     representational injury" to mean to you?
20             ATTORNEY AULISI:  Object to form.
21         A   "Stigmatic" means that I was prejudiced
22     against.  A "representational injury" means that
23     I've -- I am being hurt, my voice is being hurt
24     representationally.  My voice is being weakened.
25     I don't have the power in my district that I would
```

Transcript of Vernon Costa
Conducted on December 11, 2025                35

1    prior to --
2        Q   How so?  How -- I'm sorry, let me rephrase
3    the question.  I apologize.
4            How do you believe that your voice is
5    weakened under Proposition 50?
6        A   Because they changed the lines to include,
7    by race, more Hispanics into my district.
8        Q   But you're unaware, before or after
9    Proposition 50, what the racial or ethnic makeup
10   of the district was, correct?
11       A   Not the actual numbers.
12       Q   Just a couple last wrap-up questions here
13   and then I can hand over the witness.
14           Do you understand that the defendants in
15   this case have served discovery asking for certain
16   documents in your possession that discuss
17   Proposition 50?
18       A   Yes.
19       Q   And were you provided a copy of those
20   requests?
21       A   Was I provided a copy of the requests?  I
22   assume I was.  There's -- a lot of paperwork has
23   been sent my way.
24       Q   And have you conducted any search for
25   documents about Proposition 50?

Transcript of Vernon Costa
Conducted on December 11, 2025                    36

```
 1        A   Where?
 2            (Reporter clarification.)
 3        A   Where did I search?
 4        Q   That's my question to you.
 5            Have you conducted any search for
 6   documents about Proposition 50?
 7        A   Yeah, yes, yes, in my email?  Is that what
 8   you're referring to?
 9        Q   I'm referring to any search for documents
10   related to Proposition 50?
11        A   Yes.
12        Q   And what were those searches?
13            ATTORNEY AULISI:  Object to form.
14        A   Email.
15        Q   Does that mean you have not searched your
16   text messages?
17        A   Oh, yes, I did, my texting as well, yes.
18        Q   What about social media?
19        A   No.
20        Q   And do you use multiple email addresses?
21        A   No.
22        Q   Okay.  So you searched the one email that
23   you used for documents related to Proposition 50?
24        A   Yes.
25        Q   Okay.
```

Transcript of Vernon Costa
Conducted on December 11, 2025                    37

1          ATTORNEY BISHOP:  All right, Mr. Costa, I

2     appreciate you taking the time today.  I've

3     concluded my initial questions.  I'm happy to pass

4     the witness to others who have questions.

5          I would reserve redirect questions if

6     there are any on the other side, but otherwise I

7     am -- I'm happy to pass along the witness.

8          ATTORNEY RIVERA:  I have a handful of

9     questions.  I'm happy to reserve them as well if

10    someone else has a burning desire to go next.

11         Okay.  Then I'll proceed.  Thank you all.

12    EXAMINATION BY

13    ATTORNEY RIVERA:

14       Q  Mr. Costa, first off, can you hear me

15    okay?

16       A  Yeah.

17       Q  Okay.  Thank you, sir.  Okay.

18         So Mr. Bishop covered most of the ground

19    that I was curious about.  So I have just a

20    handful of follow-ups and clarifications for you.

21         First off, could you please --

22         ATTORNEY RIVERA:  -- to the tech, can you

23    please pull back up Exhibit 6 and zoom in on that

24    same page 5.

25         THE EXHIBIT TECHNICIAN:  Please stand by.

1              ATTORNEY RIVERA:  Thank you.

2              Okay.  Thank you.

3         Q  Mr. Costa, you said earlier that you are

4    the chair of the Kings County Republican Party; is

5    that correct?

6         A  That is correct.

7         Q  Thank you.  And how long have you held

8    that position?

9         A  I believe I'm going on ten years.

10        Q  As the chair?

11            Is that correct, ten years as the chair?

12        A  Did you ask me a question?  I'm sorry.

13        Q  Yes, I'm sorry.  I'll be more clear.

14            You said that's ten years as chair of the

15    county party?

16        A  That's correct.  Nine or ten years, yes.

17    Two full terms and -- yeah.

18        Q  Okay, thank you.  And I'll direct your

19    attention back to that paragraph 15 that mentions

20    your name.

21            Do you see that on the screen?

22        A  Yes.  Yes.

23        Q  Do you see anything in there about your

24    role as the chair of the Kings County Republican

25    Party?

1       A   No.

2       Q   Why was that role not included in the

3   complaint?

4       A   I don't think it was part of the

5   questionnaire.

6       Q   Okay.  Thank you.  Moving on a little bit,

7   sir.

8           ATTORNEY RIVERA:  And you can take the

9   exhibit down.  Thank you.

10      Q   Okay.  Mr. Costa, do you have any formal

11  legal training or education?

12      A   I do not.

13      Q   Okay.  Do you have an understanding of the

14  legal definitions of racial gerrymandering?

15      A   Yeah.

16      Q   Okay.  What is your understanding?

17      A   Racial gerrymandering, in my opinion and

18  what I understand, is when race is being used to

19  draw district lines.  And maps.

20      Q   And when you say "race is being used," do

21  you mean race being used at all?

22      A   Grabbing certain areas of a city, a county

23  or community and pulling them over to the side one

24  way or the other to fit the needs of numbers or

25  the map drawers are trying to achieve.

1        Q  Okay.  So my question's a little bit
2    different.  I'll try to clarify.
3            To your understanding, you said that when
4    you used race to draw these lines, but when you
5    say "use race," do you mean that race is a factor?
6    Just any factor at all?
7            ATTORNEY HULSE:  I'm going to object to
8    the extent that this calls for a legal conclusion.
9        Q  You can answer, sir.
10       A  Am I to answer that question?
11       Q  Yes, please.
12       A  I do believe race, yes, was used.
13       Q  Okay.  And, I'm sorry, just to -- I think
14   I got -- lost my own question a little bit.
15           But do you believe if race is used at all,
16   that constitutes a racial gerrymander --
17           ATTORNEY AULISI:  Object.
18       Q  -- to your understanding?
19           ATTORNEY AULISI:  Apologies, I thought you
20   were done.
21           Object to form.
22       A  I'm not sure.  I'm not really sure of the
23   question.
24       Q  Okay.  I can move on.
25           You mentioned -- you were talking a little

1    bit earlier about the IRC.

2          Just for the record, you're referring to

3    the Independent Redistricting Commission; is that

4    correct?

5      A  That is correct.

6      Q  Okay.  And to your understanding, you

7    believe that the IRC did not consider race when

8    they drew the prior congressional district maps;

9    is that correct?

10     A  That's what I assume, yes, or they're not

11   supposed to.

12     Q  Okay.  And do you have an understanding of

13   the formal criteria that the IRC uses when it

14   draws the congressional maps?

15     A  I don't know all of the details, no.

16     Q  Okay.  All right.

17         And a couple more questions about some of

18   your earlier testimony regarding some of the

19   Facebook posts.

20         I believe you mentioned -- there was one

21   of the posts that talked about the concern that

22   Prop 50 would flip the Valley from red to blue.

23         Do you recall that post?

24     A  Yeah, vaguely, yeah.

25     Q  Okay.  And you recall your testimony about

1    that post you're talking about today, correct?

2         A  Yes.

3         Q  Okay.  And I believe you said you were

4    always concerned that the Valley could flip from

5    red to blue.

6              Is that your correct testimony?

7         A  Yes.

8         Q  Okay.  And just for the record, by "flip

9    from red to blue," you mean elected Democrat to

10   represent the congressional district instead of

11   Republican?

12        A  Yes.

13        Q  Okay.  And is your current representative

14   in your district Congressman David Valadao?

15        A  Yes.

16        Q  And Mr. Valadao is Republican; is that

17   correct?

18        A  Correct.

19        Q  And apologies if this is a rude question

20   in normal conversation, but did you vote for

21   Mr. Valadao?

22        A  Yes.

23        Q  And you voted for him in the 2024

24   congressional election, correct?

25        A  Correct.

1        Q   And had you voted for him in the prior

2   election in 2022 as well?

3        A   Correct.

4        Q   Okay.  Given your position, sir, is it

5   fair to say that you always vote for the

6   Republican candidate over the Democrat on the

7   ballot?

8        A   Yes.

9        Q   Okay.  Thank you.

10           So are you more concerned now that

11   Proposition has -- I'm sorry, let me start over.

12           Now that Proposition 50 has passed, are

13   you more concerned now that the Valley will flip

14   from red to blue?

15       A   Yes.

16       Q   Okay.  Thank you.

17           And I'm almost done?

18           You also said that you believe Hispanic

19   voters vote as a bloc.

20           Do I have that right?

21       A   Yes.

22       Q   Okay.  And you testified earlier that you

23   believe that Prop 50 intentionally used race

24   specifically for Hispanics to kind of concentrate

25   their voice in your district; is that right?  Or a

1  fair summary?

2       A  That could change it, yes.

3       Q  Okay.  And you believe that that, I guess,

4  has weakened your political voice.

5          Do I have that right?

6       A  Yes.

7       Q  Okay.  Do you believe that's weakened your

8  political voice because Hispanic voters do not

9  vote for Republicans?

10         Is that your belief?

11      A  Oh, they do.

12      Q  Okay.

13      A  Hispanics vote however they want.

14      Q  Okay.  So would you agree that if

15  Hispanic -- if more Hispanic voters voted

16  Republican, would that weaken your voice in your

17  district?

18      A  Rephrase that, please.

19      Q  Sure.  Do you believe that if more

20  Hispanic voters were to vote Republican, do you

21  believe that would weaken your political voice in

22  your district?

23      A  No.

24      Q  Okay.  If more Hispanic voters voted for

25  Democrats, do you believe that would weaken your

1    voice in your district?

2        A   Yes.

3        Q   Okay.

4            ATTORNEY RIVERA:  That's all I have.

5    Thank you, sir.

6            ATTORNEY UYEHARA:  The State does not have

7    any further questions.

8            ATTORNEY AULISI:  No, no questions from

9    plaintiffs.

10           ATTORNEY BISHOP:  None from DCCC.

11           I think that means we're all set here.

12                    (Time Noted: 2:02 P.M.)

13

14

15

16

17

18

19

20

21

22

23

24

25

1               ACKNOWLEDGMENT OF DEPONENT

2          I, VERNON COSTA, do hereby acknowledge

3     that I have read and examined the foregoing

4     testimony and the same is a true, correct, and

5     complete transcription of the testimony given by

6     me and any corrections appear on the attached

7     errata sheet signed by me.

8

9     _____     _____

10        (SIGNATURE)                  (DATE)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1    CERTIFICATE OF SHORTHAND REPORTER-NOTARY PUBLIC

2       I, ANITA M. TROMBETTA, RMR, CRR, and Certified

3    California Shorthand Reporter, the officer before

4    whom the foregoing deposition was taken, do hereby

5    certify that the foregoing transcript is a true

6    and correct record of the testimony given; that

7    said testimony was taken by me stenographically

8    and thereafter reduced to typewriting under my

9    direction; that reading and signing was requested

10   [or not requested, as appropriate]; and that I am

11   neither counsel for, related to, nor employed by

12   any of the parties to this case and have no

13   interest, financial or otherwise, in its outcome.

14        IN WITNESS WHEREOF, I have hereunto set my

15   hand and affixed my notarial seal this 13th day of

16   December, 2025.

17   My commission expires: 03.21.2027

18

19

20

21

22

23

24

25

## A

**abc**
5:15, 25:6,
25:20, 25:23
**ability**
8:18
**about**
9:11, 9:23,
9:25, 11:15,
11:17, 11:18,
13:19, 14:19,
18:9, 19:20,
22:21, 25:8,
27:17, 33:18,
34:10, 35:25,
36:6, 36:18,
37:19, 38:23,
41:1, 41:17,
41:21, 41:25,
42:1
**above**
25:14
**accurate**
8:5, 8:22
**accurately**
21:6
**achieve**
39:25
**acknowledge**
46:2
**acknowledgment**
46:1
**action**
4:15, 25:6,
25:20, 25:23
**actual**
35:11
**add**
26:7
**additional**
27:8
**addresses**
36:20
**advantage**
30:24, 31:1,
31:7, 31:10,
31:23, 31:25

**affiliation**
15:10, 15:14
**affixed**
47:15
**after**
13:3, 20:10,
22:24, 25:9,
26:4, 34:10,
35:8
**again**
9:9, 9:24,
20:22
**against**
13:8, 13:11,
13:12, 19:15,
21:24, 22:22,
27:20, 31:21,
34:22
**ago**
7:25, 28:17,
29:1
**agree**
8:7, 8:9,
20:18, 20:23,
23:16, 23:23,
24:3, 26:6,
44:14
**al**
1:5, 1:14, 1:17
**alexandria**
3:8
**aligned**
31:17
**all**
6:16, 14:20,
15:2, 29:13,
29:16, 37:1,
37:11, 39:21,
40:6, 40:15,
41:15, 41:16,
45:4, 45:11
**almost**
43:17
**along**
27:2, 37:7
**also**
4:18, 6:12,
24:3, 34:1,

**43:18**
**always**
15:5, 17:18,
42:4, 43:5
**amber**
3:4, 6:4, 9:13
**america**
1:8
**american**
4:12
**anita**
1:24, 2:6,
10:22, 47:2
**another**
25:12
**answer**
8:17, 15:17,
32:3, 32:12,
40:9, 40:10
**answers**
8:9
**anticipated**
25:24
**antonelli**
4:19
**any**
8:21, 9:14,
13:8, 13:23,
18:9, 19:20,
21:15, 32:13,
35:24, 36:5,
36:9, 37:6,
39:10, 40:6,
45:7, 46:6,
47:12
**anyone**
8:25, 9:4
**anything**
9:20, 9:25,
18:8, 19:19,
21:9, 24:16,
25:13, 26:24,
38:23
**apologies**
40:19, 42:19
**apologize**
35:3
**appear**
46:6

**appearances**
3:24, 6:3
**appreciate**
37:2
**appropriate**
47:10
**approximately**
7:23, 9:15,
9:23
**areas**
39:22
**around**
30:23
**article**
5:15, 25:5
**aside**
14:2
**asked**
8:10
**asking**
35:15
**assembly**
23:4
**assemblyman**
22:20, 23:2,
23:5, 23:10,
23:17
**assigned**
34:13
**associating**
31:5
**assume**
15:18, 25:20,
35:22, 41:10
**assumption**
15:20
**attached**
46:6
**attention**
33:12, 38:19
**attorney**
5:6, 5:7, 6:4,
6:6, 6:8, 6:10,
6:13, 6:18,
6:19, 6:20,
6:21, 6:23,
8:15, 8:16,
9:25, 10:13,

10:16, 10:24,
11:3, 15:16,
15:23, 16:2,
16:7, 18:14,
18:18, 18:22,
19:24, 20:5,
20:20, 21:20,
22:10, 22:16,
24:20, 25:1,
25:18, 26:9,
26:17, 28:1,
30:9, 30:21,
32:1, 32:10,
32:20, 33:1,
33:10, 33:14,
34:20, 36:13,
37:1, 37:8,
37:13, 37:22,
38:1, 39:8,
40:7, 40:17,
40:19, 45:4,
45:6, 45:8,
45:10
**attorneys**
3:15, 9:10,
9:12
**audio**
11:5, 26:12
**august**
12:12
**aulisi**
3:5, 6:6, 6:19,
15:16, 20:20,
21:20, 26:9,
26:17, 28:1,
30:9, 30:21,
32:1, 32:10,
34:20, 36:13,
40:17, 40:19,
45:8
**author**
14:21, 16:15,
25:13
**ave**
4:7
**avenue**
3:7
**aware**
12:6

**away**
10:22, 27:7

**B**

**back**
10:24, 11:4,
12:12, 37:23,
38:19
**ballot**
13:5, 43:7
**based**
11:10, 27:15,
27:22, 32:7,
32:9
**basically**
14:21
**basing**
32:15
**became**
13:3
**because**
11:9, 13:11,
13:13, 15:5,
27:24, 28:16,
28:24, 29:11,
35:6, 44:8
**become**
12:6
**been**
7:7, 14:10,
25:6, 25:8,
26:22, 35:23
**before**
2:6, 7:7, 11:5,
22:24, 33:7,
34:4, 35:8, 47:3
**beginning**
28:12, 28:22
**behalf**
3:3, 3:12, 4:3,
4:11, 6:11, 6:14
**being**
11:10, 27:20,
28:9, 31:17,
34:23, 34:24,
39:18, 39:20,
39:21
**belief**
29:10, 44:10

**believe**
12:24, 16:25,
17:5, 24:5,
26:14, 28:3,
28:5, 28:7,
28:12, 29:15,
31:10, 32:2,
32:5, 35:4,
38:9, 40:12,
40:15, 41:7,
41:20, 42:3,
43:18, 43:23,
44:3, 44:7,
44:19, 44:21,
44:25
**below**
16:21, 17:11
**best**
8:17
**between**
30:18
**bigger**
32:6
**bishop**
4:5, 5:6, 6:8,
6:18, 6:23,
6:25, 10:13,
10:16, 10:24,
11:3, 15:23,
16:2, 16:7,
18:14, 18:18,
18:22, 19:24,
20:5, 22:10,
22:16, 24:20,
25:1, 25:18,
32:20, 33:1,
33:10, 33:14,
37:1, 37:18,
45:10
**bit**
25:19, 39:6,
40:1, 40:14,
41:1
**bloc**
31:12, 32:2,
32:6, 43:19
**blue**
17:17, 18:6,

41:22, 42:5,
42:9, 43:14
**body**
30:2
**both**
31:18, 31:19
**bottom**
33:15
**bring**
32:21
**brought**
22:24
**buckley**
4:20
**burning**
37:10

**C**

**ca**
3:18
**cal**
6:21
**california**
1:2, 1:13,
1:25, 2:7, 3:12,
3:16, 6:14,
11:17, 12:18,
12:22, 14:3,
20:15, 20:18,
20:24, 21:12,
21:16, 21:24,
47:3
**calls**
40:8
**came**
10:22
**campaign**
1:17, 4:4, 7:2,
13:7, 27:10
**can't**
8:21, 9:2,
9:18, 14:20,
27:14
**candidate**
43:6
**capacity**
1:12, 23:8
**case**
1:9, 7:12,

7:14, 7:16,
22:24, 23:5,
23:8, 35:15,
47:12
**causing**
34:14
**central**
1:2
**certain**
24:8, 24:9,
24:10, 24:11,
35:15, 39:22
**certificate**
47:1
**certified**
2:6, 47:2
**certify**
47:5
**chair**
21:17, 38:4,
38:10, 38:11,
38:14, 38:24
**chairperson**
21:17
**chance**
20:9, 20:11
**change**
13:1, 28:19,
29:9, 29:24,
44:2
**changed**
29:25, 35:6
**changes**
29:14
**character**
7:18
**characterizing**
13:23
**citizens**
4:12
**city**
39:22
**civil**
7:14, 7:20
**claim**
7:15, 9:9
**claimed**
29:5

**clarification**
20:21, 28:21,
32:19, 36:2
**clarifications**
37:20
**clarify**
40:2
**clear**
10:22, 38:13
**clearer**
25:19
**clearly**
8:4
**close**
17:1
**co-plaintiff**
23:16
**colleague**
6:12
**comment**
25:14
**commission**
29:1, 41:3,
47:17
**committee**
1:17, 4:4, 7:2
**common**
27:16
**communicated**
11:14, 11:18
**community**
39:23
**compelled**
26:19
**complaint**
5:16, 11:21,
33:5, 33:6, 39:3
**complete**
46:5
**concentrate**
43:24
**concern**
18:9, 19:20,
41:21
**concerned**
17:16, 17:20,
18:4, 42:4,
43:10, 43:13

**concluded**
37:3
**conclusion**
40:8
**conducted**
35:24, 36:5
**conference**
25:10
**congress**
21:4
**congressional**
1:16, 4:4, 7:1,
12:4, 13:1,
26:8, 29:20,
33:21, 33:25,
34:3, 41:8,
41:14, 42:10,
42:24
**congressman**
42:14
**consider**
41:7
**considered**
7:17
**constitutes**
40:16
**content**
14:17
**contents**
9:14, 25:23
**continued**
3:24
**conversation**
9:22, 32:14,
42:20
**conversations**
9:15, 9:22,
27:15, 27:22
**copy**
35:19, 35:21
**correct**
7:20, 10:25,
17:13, 17:14,
19:5, 19:17,
20:16, 20:17,
21:25, 23:3,
30:2, 30:3,
33:22, 33:23,

34:1, 35:10,
38:5, 38:6,
38:11, 38:16,
41:4, 41:5,
41:9, 42:1,
42:6, 42:17,
42:18, 42:24,
42:25, 43:3,
46:4, 47:6
**corrections**
46:6
**correctly**
16:18, 23:14,
23:15, 34:16
**costa**
1:20, 2:5, 5:2,
5:11, 5:12,
6:24, 15:24,
16:2, 16:5,
16:8, 18:15,
18:19, 18:20,
18:23, 20:1,
20:3, 20:6,
22:12, 22:14,
22:17, 24:22,
24:24, 25:2,
32:22, 32:24,
33:2, 33:18,
37:1, 37:14,
38:3, 39:10,
46:2
**could**
10:3, 17:16,
18:5, 18:14,
19:24, 22:10,
24:20, 28:15,
28:19, 28:20,
29:11, 29:24,
33:10, 33:16,
37:21, 42:4,
44:2
**counsel**
6:2, 6:16,
10:11, 47:11
**county**
21:17, 38:4,
38:15, 38:24,
39:22

couple
35:12, 41:17
court
1:1, 6:2, 6:16,
8:2, 8:5
cover
33:5
covered
37:18
create
8:5
criteria
41:13
crr
1:24, 2:8, 47:2
csr
1:25
curious
37:19
current
42:13
currently
9:1, 9:5

**D**

date
12:9, 46:10
david
1:5, 23:2,
42:14
day
15:8, 47:15
dc
4:8
dccc
6:9, 6:18, 7:1,
18:15, 19:25,
22:11, 24:21,
45:10
december
1:21, 47:16
declaratory
5:17
defendant
6:11, 6:14
defendant-interv-
enor
4:3, 4:11

defendant-interv-
enors
1:18
defendants
1:15, 3:12,
35:14
defenders
4:15
definitions
39:14
deliver
17:20
democracy
4:15
democrat
15:7, 19:8,
42:9, 43:6
democratic
1:16, 4:3, 7:1,
26:7
democrats
12:18, 12:22,
12:24, 15:22,
17:21, 19:13,
21:3, 24:2,
25:25, 26:3,
26:14, 27:25,
44:25
department
3:16, 6:14
deponent
46:1
deposed
7:7
deposition
1:20, 2:5,
7:12, 7:24,
8:24, 9:8, 9:11,
11:6, 47:4
deputy
3:15
describe
7:11, 9:7, 21:6
description
5:9
desire
37:10
details
41:15

dhillon
3:6
difference
30:18
different
40:2
direct
33:12, 38:18
direction
47:9
discovery
35:15
discrimination
28:9, 28:11
discuss
35:16
discussing
19:5
discussion
10:14, 11:1
district
1:1, 1:2, 11:9,
12:4, 28:14,
33:21, 33:25,
34:3, 34:7,
34:13, 34:25,
35:7, 35:10,
39:19, 41:8,
42:10, 42:14,
43:25, 44:17,
44:22, 45:1
districts
24:9, 24:10,
24:11, 29:9,
30:24, 31:2
division
1:3
document
16:8, 16:13,
18:23, 19:3,
20:6, 20:12,
22:17, 22:19,
25:2, 32:14,
33:2, 33:7,
33:15
documents
35:16, 35:25,
36:6, 36:9,

36:23
doing
8:24, 14:5,
29:2, 29:22
doj
6:21, 22:21,
23:12
domenic
3:5, 6:6, 9:13
done
19:2, 27:20,
30:15, 40:20,
43:17
down
8:3, 27:5,
33:10, 39:9
drastically
28:19, 29:9
draw
29:13, 29:20,
29:23, 39:19,
40:4
drawers
39:25
drawn
24:8, 29:6,
30:22, 34:14
draws
41:14
drew
28:17, 29:1,
41:8

**E**

earlier
38:3, 41:1,
41:18, 43:22
early
19:6
ecf
32:21
education
39:11
edward
4:19
effects
17:12
effort
22:3, 22:4,

22:6, 30:8,
30:11, 30:14,
30:15
**eisenhower**
3:7
**elected**
42:9
**election**
12:5, 15:6,
15:8, 25:25,
42:24, 43:2
**elections**
31:18
**electoral**
31:22
**elias**
4:6
**else**
29:12, 32:12,
37:10
**email**
36:7, 36:14,
36:20, 36:22
**employed**
47:11
**entity**
25:12
**errata**
46:7
**esquire**
3:4, 3:5, 3:14,
4:5, 4:13, 4:14
**estimate**
12:10
**et**
1:5, 1:13, 1:17
**ethnic**
34:7, 35:9
**ethnicity**
21:10
**even**
10:20, 17:1,
23:19
**event**
13:15, 13:24
**events**
13:16, 13:24
**ever**
7:6, 23:19

**every**
10:6, 15:5,
23:12, 29:20
**everybody**
15:7, 28:17
**everybody's**
29:7
**everything**
8:3, 29:12,
29:19
**exactly**
30:16
**examination**
5:4, 6:22,
37:12
**examined**
46:3
**example**
24:9
**excuse**
10:5, 10:19,
17:25
**exhausted**
29:12, 29:16
**exhibit**
5:9, 5:10,
5:11, 5:12,
5:13, 5:15,
5:16, 10:11,
16:1, 16:3,
16:4, 16:5,
18:17, 18:19,
18:20, 20:1,
20:2, 20:3,
22:12, 22:13,
22:14, 24:22,
24:23, 24:24,
32:22, 32:23,
32:24, 37:23,
37:25, 39:9
**existing**
29:2
**expires**
47:17
**explain**
9:10, 28:11,
30:13, 30:25
**extent**
40:8

---
**F**
---
**facebook**
5:10, 5:11,
5:12, 15:24,
18:16, 20:1,
25:7, 41:19
**factor**
34:14, 40:5,
40:6
**fair**
27:21, 43:5,
44:1
**familiar**
14:1, 34:6
**far**
12:12
**favor**
13:2
**federal**
26:8
**feel**
26:19, 31:16
**feeling**
26:1
**felt**
11:9, 15:5,
26:4, 26:15,
27:19, 28:22
**few**
10:6, 11:12,
26:22, 27:7,
28:16
**fight**
23:11
**filed**
11:22, 25:9,
26:23, 33:8
**final**
34:12
**financial**
47:13
**fine**
12:15, 29:7
**firmly**
29:15
**first**
7:6, 10:6,

12:6, 12:8,
16:16, 37:14,
37:21
**fit**
39:24
**five**
28:17, 28:18,
29:1, 29:7,
29:8, 29:25
**fixed**
11:5
**flip**
17:17, 18:5,
41:22, 42:4,
42:8, 43:13
**follow-ups**
37:20
**followed**
29:4
**followers**
26:22
**foregoing**
46:3, 47:4,
47:5
**form**
15:16, 20:20,
21:20, 26:9,
26:18, 28:1,
30:9, 30:21,
32:1, 32:10,
34:20, 36:13,
40:21
**formal**
39:10, 41:13
**front**
24:16
**full**
38:17
**further**
45:7

---
**G**
---
**gavin**
1:11, 3:12,
21:2
**gears**
27:6
**general**
3:15

**generally**
27:6
**gerrymander**
13:14, 16:22,
17:9, 24:4,
24:5, 24:6,
40:16
**gerrymandered**
28:9, 28:10
**gerrymandering**
23:11, 39:14,
39:17
**getting**
14:23, 14:24,
15:1, 21:23
**give**
24:10, 30:23,
30:25
**given**
43:4, 46:5,
47:6
**gives**
31:7, 31:11,
31:24, 32:6
**go**
7:4, 10:12,
10:24, 37:10
**goal**
14:24, 21:24,
26:6
**goals**
31:4
**goes**
12:13
**going**
7:4, 8:10,
15:21, 28:13,
28:14, 28:23,
38:9, 40:7
**good**
6:24, 7:5
**gosh**
12:11
**governor**
1:13, 3:12,
16:17, 22:22,
24:2
**grab**
16:17, 21:3,

23:13, 23:18,
23:24
**grabbing**
39:22
**graphic**
5:10, 16:16
**great**
22:8, 33:17
**ground**
7:5, 37:18
**group**
3:6, 4:6
**guess**
7:17, 20:25,
25:7, 44:3

**H**

**hand**
35:13, 47:15
**handful**
37:8, 37:20
**happy**
37:3, 37:7,
37:9
**hardly**
17:4
**harmed**
28:3
**head**
8:11
**hear**
9:2, 10:10,
37:14
**heard**
14:4, 27:17
**hearings**
29:19
**held**
10:14, 11:1,
38:7
**help**
18:5, 21:3,
27:25
**here**
23:22, 27:8,
35:12, 45:11
**hereby**
46:2, 47:4

**hereunto**
47:14
**highly**
25:24
**hispanic**
24:12, 31:8,
31:11, 31:24,
31:25, 32:5,
43:18, 44:8,
44:15, 44:20,
44:24
**hispanics**
24:9, 30:24,
31:1, 31:5,
35:7, 43:24,
44:13
**hold**
21:15
**honestly**
12:13
**hopefully**
11:5
**house**
17:21
**however**
44:13
**hulse**
3:4, 6:4, 40:7
**hunky-dory**
28:18
**hurt**
34:23

**I**

**identification**
16:6, 18:21,
20:4, 22:15,
24:25, 32:25
**identity**
6:17
**image**
25:19
**impeach**
21:4
**important**
8:4, 13:10,
15:3
**inc**
3:6

**include**
35:6
**included**
39:2
**independent**
28:25, 41:3
**individual**
11:15
**info@democracyde-
fenders**
4:16
**information**
29:3
**initial**
37:3
**initiative**
12:17, 12:21
**injunctive**
5:18
**injury**
34:15, 34:19,
34:22
**input**
29:3
**instead**
42:10
**instructs**
8:16
**intent**
14:22
**intentionally**
43:23
**interest**
47:13
**intervenor-defen-
dant**
6:9
**involved**
7:13, 7:15,
10:1, 11:8
**irc**
28:17, 28:25,
29:11, 29:16,
29:20, 30:1,
30:19, 41:1,
41:7, 41:13
**issue**
11:5, 26:12

**J**

**jls-wlh-kkl**
1:11
**joined**
6:11, 22:21
**jude**
4:14, 6:12
**july**
12:12
**justice**
3:16, 6:15

**K**

**katrina**
3:14, 6:13
**kind**
43:24
**kings**
38:4, 38:24
**know**
9:17, 12:9,
12:11, 12:12,
12:13, 12:14,
13:18, 14:10,
14:11, 17:1,
17:2, 18:7,
19:2, 20:8,
20:10, 23:4,
23:19, 23:20,
24:15, 25:6,
25:15, 25:16,
26:5, 26:21,
27:1, 27:3,
28:8, 28:24,
30:15, 31:15,
31:16, 31:19,
32:11, 41:15
**knowing**
26:16

**L**

**labeled**
15:24, 18:15,
19:25, 22:11,
24:21, 32:21
**largely**
19:14, 19:15

**larger**
31:12
**last**
35:12
**later**
28:19, 29:8
**latin**
4:12
**launch**
26:1
**law**
3:6, 4:6
**laws**
29:18
**lawsuit**
11:15, 11:19,
11:22, 22:21,
25:8, 26:2,
26:22
**leading**
19:9
**league**
4:11
**left**
10:18, 11:5
**legal**
39:11, 39:14,
40:8
**legislature**
13:3, 26:8
**let's**
10:13
**line**
6:12, 16:16
**lines**
11:9, 12:4,
13:1, 28:14,
28:24, 29:9,
30:22, 35:6,
39:19, 40:4
**lists**
17:12
**litigation**
10:2, 11:8
**little**
25:18, 39:6,
40:1, 40:14,
40:25

**llp**
4:6
**long**
9:15, 38:7
**look**
20:8
**looked**
9:9
**looks**
10:8
**losing**
10:6
**lost**
28:7, 40:14
**lot**
29:3, 29:23,
35:22
**lulac**
6:11, 6:20

**M**

**make**
8:15, 29:14
**makes**
9:20
**makeup**
34:7, 35:9
**many**
7:9, 9:16
**map**
12:25, 13:5,
31:7, 31:10,
31:24, 34:1,
39:25
**map-drawing**
30:18
**maps**
28:17, 28:18,
28:19, 29:1,
29:2, 29:6,
29:8, 29:13,
29:20, 29:23,
39:19, 41:8,
41:14
**mark**
16:2, 18:18,
20:1, 22:12,
24:22, 32:21

**marked**
16:5, 18:20,
20:3, 22:14,
24:24, 32:24
**massachusetts**
4:7
**matter**
7:2, 7:12, 7:20
**maybe**
9:17, 12:12
**mean**
24:7, 26:3,
28:11, 30:13,
30:25, 31:9,
34:19, 36:15,
39:21, 40:5,
42:9
**means**
8:11, 24:8,
26:5, 29:17,
34:21, 34:22,
45:11
**measure**
13:5
**media**
13:19, 13:22,
14:16, 14:18,
27:7, 36:18
**member**
21:12
**memory**
9:19, 20:10
**mention**
26:24
**mentioned**
40:25, 41:20
**mentions**
18:9, 19:20,
21:10, 24:17,
38:19
**mess**
10:23
**messages**
36:16
**might**
26:11, 26:14
**million**
19:9, 21:2

mind
10:12
minutes
9:17
months
29:2, 29:22
more
24:10, 27:6,
31:2, 35:7,
38:13, 41:17,
43:10, 43:13,
44:15, 44:19,
44:24
morning
6:24
most
15:21, 15:22,
27:16, 37:18
move
19:22, 22:8,
24:19, 33:10,
40:24
moving
39:6
much
29:24, 29:25
multiple
22:7, 30:24,
36:20
must
25:13

**N**

name
6:24, 38:20
nature
8:12
need
29:24
needs
39:24
neither
47:11
new
2:9, 11:9,
28:14, 33:24
news
13:19, 13:22,

25:6, 25:16,
25:20, 25:23
newsom
1:11, 3:13,
22:22
newsom's
16:17, 21:2
next
3:24, 37:10
nicholas
4:20
nine
38:16
none
14:21, 45:10
nonpartisan
30:2, 30:11,
30:14
normal
42:20
notarial
47:15
notary
2:8
note
26:17
noted
45:12
notice
2:6
november
26:20
nuh-uh
8:12
numbers
34:11, 35:11,
39:24
nw
4:7

**O**

object
15:16, 20:20,
21:20, 26:9,
26:18, 28:1,
30:9, 30:21,
32:1, 32:10,
34:20, 36:13,

40:7, 40:17,
40:21
objected
27:12
objecting
27:17
objection
26:17
objections
8:16
obviously
18:24
occurred
30:19
october
15:24
off-the-record
10:14, 11:1
officer
47:3
official
1:12
oh
33:14, 36:17,
44:11
okay
7:19, 8:1, 9:7,
9:19, 9:24,
10:17, 10:24,
11:4, 11:11,
18:11, 19:1,
19:22, 20:13,
23:22, 24:19,
25:22, 27:4,
31:18, 32:20,
34:10, 34:12,
36:22, 36:25,
37:11, 37:15,
37:17, 38:2,
38:18, 39:6,
39:10, 39:13,
39:16, 40:1,
40:13, 40:24,
41:6, 41:12,
41:16, 41:25,
42:3, 42:8,
42:13, 43:4,
43:9, 43:16,

43:22, 44:3,
44:7, 44:12,
44:14, 44:24,
45:3
once
7:10
one
10:6, 14:5,
14:13, 16:10,
22:9, 23:9,
24:19, 25:14,
25:15, 36:22,
39:23, 41:20
online
14:18
only
28:15, 28:20,
28:23, 29:10
opinion
28:16, 32:7,
32:8, 32:9,
32:11, 32:15,
32:16, 32:18,
39:17
oppose
14:13
order
17:3
org
4:16
original
25:15
other
11:12, 11:14,
14:2, 14:5,
14:13, 14:22,
25:14, 27:14,
27:15, 27:23,
37:6, 39:24
others
37:4
otherwise
37:6, 47:13
out
14:23, 14:24,
17:3, 21:21,
21:23, 22:6
outcome
47:13

over
7:4, 7:25,
35:13, 39:23,
43:6, 43:11
own
12:2, 40:14

**P**

page
3:24, 5:4, 5:9,
33:5, 33:11,
33:13, 33:14,
33:15, 37:24
pages
1:23
paperwork
35:22
paragraph
33:13, 33:18,
38:19
pardon
16:12
part
22:2, 39:4
participate
13:7
participated
27:9
parties
47:12
partisan
16:22, 23:11,
24:4, 30:5,
30:7, 30:8
partisanship
24:13
party
11:18, 15:10,
15:14, 20:15,
21:13, 21:16,
21:19, 21:24,
23:5, 23:8,
38:4, 38:15,
38:25
party's
20:19, 20:24
pass
17:24, 18:2,

37:3, 37:7
passage
26:4
passed
13:3, 43:12
people's
14:22
personal
7:17
personally
27:23, 28:3
persuade
14:12
pick
10:17, 11:4
plain
10:22
plaintiff-interv-
enor
1:9
plaintiffs
1:6, 3:3, 6:5,
6:7, 6:19,
11:15, 23:9,
45:9
played
24:13
please
6:2, 12:19,
15:12, 15:25,
16:1, 16:20,
18:14, 18:17,
20:2, 22:10,
22:13, 24:20,
24:23, 25:22,
32:20, 32:23,
37:21, 37:23,
37:25, 40:11,
44:18
political
21:3, 28:7,
28:8, 44:4,
44:8, 44:21
polls
15:2, 15:4,
15:6, 15:8
position
14:15, 38:8,

43:4
positions
21:15
possession
35:16
post
5:11, 5:12,
5:15, 14:16,
15:25, 17:4,
17:6, 17:11,
18:8, 18:12,
18:16, 19:5,
19:8, 19:19,
19:22, 20:1,
20:14, 20:19,
20:24, 21:1,
21:7, 21:9,
22:2, 22:23,
23:1, 23:10,
23:19, 24:16,
25:11, 25:12,
25:16, 25:21,
25:23, 26:20,
26:24, 27:1,
27:5, 41:23,
42:1
posted
16:25, 17:15,
19:16, 20:23
posts
14:18, 14:22,
22:7, 41:19,
41:21
power
16:17, 21:3,
23:13, 23:18,
23:23, 24:10,
28:8, 32:6,
34:25
predominant
34:14
prejudiced
34:21
preliminary
11:12
prep
9:10
prepare
9:8

present
4:18, 8:2
press
25:9
primary
27:12
print
16:20
prior
34:7, 35:1,
41:8, 43:1
problem
16:4
proceed
37:11
process
14:2, 30:18
projected
17:12
promise
23:11
prompted
13:16
prop
15:10, 15:11,
15:14, 23:20,
41:22, 43:23
proposition
12:2, 12:3,
12:7, 12:17,
12:21, 13:4,
13:8, 13:16,
13:20, 13:23,
14:8, 14:13,
14:19, 14:25,
15:15, 17:10,
17:12, 17:16,
17:20, 17:24,
18:1, 18:5,
19:6, 19:14,
19:16, 21:2,
21:7, 21:25,
23:17, 23:23,
24:3, 24:14,
25:25, 26:4,
26:7, 27:10,
27:13, 27:18,
27:24, 28:4,

30:4, 30:11,
30:19, 34:1,
34:4, 34:8,
34:13, 35:5,
35:9, 35:17,
35:25, 36:6,
36:10, 36:23,
43:11, 43:12
**provide**
8:9, 8:22
**provided**
35:19, 35:21
**pst**
1:22
**public**
2:8, 26:21,
29:3, 29:19,
47:1
**pull**
15:23, 18:15,
19:25, 22:11,
24:21, 37:23
**pulling**
39:23
**pursuant**
2:5
**put**
14:18, 25:14

**Q**

**question**
7:6, 10:3,
10:17, 11:7,
12:19, 15:12,
17:25, 20:22,
26:13, 30:6,
31:6, 31:14,
31:22, 35:3,
36:4, 38:12,
40:10, 40:14,
40:23, 42:19
**question's**
40:1
**questionnaire**
39:5
**questions**
8:10, 10:7,
11:12, 27:8,

35:12, 37:3,
37:4, 37:5,
37:9, 41:17,
45:7, 45:8
**quickly**
7:4
**quite**
12:13

**R**

**race**
11:10, 18:9,
19:20, 21:10,
24:17, 26:25,
28:15, 28:24,
29:6, 29:11,
29:14, 34:14,
35:7, 39:18,
39:20, 39:21,
40:4, 40:5,
40:12, 40:15,
41:7, 43:23
**races**
24:8
**racial**
13:13, 24:5,
24:6, 28:9,
28:10, 34:7,
35:9, 39:14,
39:17, 40:16
**re-gerrymander**
28:13
**read**
16:20, 17:1,
17:11, 19:2,
19:4, 19:11,
20:13, 23:14,
23:15, 23:19,
25:22, 34:16,
46:3
**reading**
47:9
**reads**
16:17
**really**
13:25, 30:12,
40:22
**reason**
8:21, 27:12,

27:16
**recall**
7:15, 11:24,
12:8, 13:22,
14:17, 14:20,
22:23, 22:25,
34:3, 41:23,
41:25
**recognize**
16:8, 18:23,
20:6, 22:17,
25:2, 33:2
**record**
6:3, 10:12,
10:25, 41:2,
42:8, 47:6
**red**
17:17, 18:5,
41:22, 42:5,
42:9, 43:14
**redirect**
37:5
**redistricting**
14:1, 14:8,
17:9, 28:25,
41:3
**redraw**
12:25, 28:14,
28:23
**redrawing**
12:3
**redrawn**
11:10, 30:23
**reduced**
47:8
**referring**
17:6, 17:7,
29:17, 30:12,
31:23, 32:13,
33:24, 36:8,
36:9, 41:2
**reflected**
33:25
**refreshes**
20:10
**regarding**
41:18
**regards**
12:5

**registered**
31:2, 33:20
**regulations**
29:5, 29:19
**related**
36:10, 36:23,
47:11
**relief**
5:18
**relieved**
26:1, 26:4,
26:15
**remember**
16:9, 17:4,
18:24, 18:25
**remote**
1:20, 2:5,
4:19, 11:6
**remotely**
8:24
**repeat**
10:3, 12:19,
15:12, 17:25,
32:3
**rephrase**
20:22, 30:6,
35:2, 44:18
**report**
32:14
**reported**
1:24
**reporter**
2:7, 6:2, 6:16,
8:2, 8:5, 20:21,
28:21, 32:19,
36:2, 47:3
**reporter-in-trai-
ning**
4:20
**reporter-notary**
47:1
**repost**
5:13
**reposted**
17:15, 17:19,
22:23
**reposting**
20:14, 25:11

**represent**
7:1, 42:10
**representational**
34:15, 34:19,
34:22
**representational-
ly**
34:24
**representative**
42:13
**representatives**
17:21
**represented**
6:25
**republican**
11:17, 15:1,
15:3, 15:7,
20:15, 20:19,
20:24, 21:13,
21:16, 21:23,
21:24, 38:4,
38:24, 42:11,
42:16, 43:6,
44:16, 44:20
**republicans**
15:21, 19:9,
19:15, 26:1,
27:20, 44:9
**requested**
47:9, 47:10
**requests**
35:20, 35:21
**reserve**
37:5, 37:9
**reshared**
18:24
**respect**
31:23
**response**
13:23, 14:8
**restate**
26:12
**results**
25:24
**retake**
21:3
**return**
11:11

**revealing**
9:14, 9:24
**review**
13:19, 19:3,
20:9, 20:11,
20:12, 33:7
**reviewed**
11:21
**rich**
4:14, 6:12
**right**
10:22, 19:11,
21:1, 23:2,
25:9, 37:1,
41:16, 43:20,
43:25, 44:5
**rivera**
4:13, 5:7,
6:10, 6:20,
37:8, 37:13,
37:22, 38:1,
39:8, 45:4
**rmr**
1:24, 2:8, 47:2
**role**
21:18, 24:13,
38:24, 39:2
**room**
9:1, 9:4
**rough**
12:10
**roughly**
34:6
**rude**
42:19
**rules**
7:5, 29:4,
29:18

---
**S**
---
**s----------------**
5:8
**sacramento**
3:18
**said**
6:25, 7:20,
28:22, 29:22,
31:7, 38:3,

38:14, 40:3,
42:3, 43:18,
47:7
**same**
37:24, 46:4
**say**
10:10, 16:18,
27:21, 28:2,
28:10, 29:16,
30:10, 31:24,
39:20, 40:5,
43:5
**says**
21:1, 21:5,
25:20, 33:20,
34:13
**screen**
38:21
**seal**
47:15
**search**
35:24, 36:3,
36:5, 36:9
**searched**
36:15, 36:22
**searches**
36:12
**seats**
26:7
**second**
10:12, 19:1
**secretary**
3:13
**see**
18:7, 18:8,
19:19, 21:9,
24:16, 28:20,
38:21, 38:23
**seen**
34:11
**sense**
9:20
**sent**
35:23
**sentence**
34:12
**served**
35:15

**set**
13:15, 13:24,
45:11, 47:14
**setting**
7:5
**several**
17:12
**shaking**
8:11
**share**
22:2, 23:1,
23:21
**shared**
14:16, 14:22,
16:14, 16:15,
22:7, 22:21,
25:5, 25:7
**sharing**
17:3, 27:10
**sheet**
46:7
**shift**
27:6
**shirley**
3:13
**short**
7:3, 28:16,
29:8
**shorthand**
2:7, 47:1, 47:3
**should**
16:23
**sic**
30:7
**side**
37:6, 39:23
**signature**
46:10
**signature-b7fzp**
47:19
**signed**
46:7
**signing**
11:24, 47:9
**simply**
31:22
**sir**
37:17, 39:7,

**sitting**
23:22
**slowly**
8:4
**social**
14:16, 14:18,
27:7, 36:18
**some**
7:4, 8:15,
13:21, 14:4,
41:17, 41:18
**someone**
37:10
**something**
16:14, 16:15,
17:2, 20:15,
22:20, 27:19,
31:20, 31:21
**sorry**
7:19, 17:16,
26:12, 30:5,
32:3, 33:14,
33:21, 35:2,
38:12, 38:13,
40:13, 43:11
**sort**
16:9
**sounds**
7:5, 10:8
**speak**
8:4, 9:12,
9:16, 27:14
**speaking**
34:6
**spearheaded**
12:17, 12:21
**special**
25:25
**specific**
13:15, 32:13
**specifically**
24:1, 30:23,
31:4, 31:13,
43:24
**spent**
29:2, 29:22
**spoke**
9:9

**stand**
16:1, 18:17,
20:2, 22:13,
24:23, 32:23,
37:25
**standing**
23:12
**start**
43:11
**started**
9:23, 12:9
**state**
2:7, 2:8, 3:13,
3:16, 6:3, 26:1,
45:6
**stated**
21:7
**states**
1:1, 1:7, 14:2,
14:5, 19:8,
23:10
**stenographically**
47:7
**step**
23:12
**stigmatic**
34:15, 34:18,
34:21
**stipulate**
6:17
**stop**
23:13
**story**
27:2
**street**
3:17
**strike**
17:5, 30:5
**strong**
15:14
**stuff**
14:4
**subject**
7:11
**submitted**
13:5
**sudden**
29:13

**suite**
3:7, 3:17, 4:7
**summary**
44:1
**support**
14:12, 19:14
**supported**
27:24
**supposed**
29:12, 41:11
**sure**
9:18, 25:17,
30:12, 40:22,
44:19

**T**

**table**
7:4
**take**
18:11, 19:1,
20:8, 27:5, 39:8
**taken**
47:4, 47:7
**taking**
8:3, 37:2
**talked**
9:25, 41:21
**talking**
40:25, 42:1
**tangipa**
1:5, 5:14,
22:20, 23:2,
23:17
**tech**
18:14, 19:24,
22:10, 24:20,
37:22
**technician**
4:19, 10:11,
16:1, 16:4,
18:17, 20:2,
22:13, 24:23,
32:23, 37:25
**tell**
8:25
**ten**
29:20, 38:9,
38:11, 38:14,

**38:16**
**term**
24:6
**terms**
38:17
**test**
9:19
**testified**
43:22
**testimony**
8:22, 41:18,
41:25, 42:6,
46:4, 46:5,
47:6, 47:7
**texas**
14:5, 14:9
**text**
36:16
**texting**
36:17
**th**
15:24, 47:15
**thank**
16:24, 18:18,
22:8, 27:4,
32:17, 37:11,
37:17, 38:1,
38:2, 38:7,
38:18, 39:6,
39:9, 43:9,
43:16, 45:5
**thanks**
10:13
**thereafter**
47:8
**things**
8:12
**think**
13:13, 14:5,
24:13, 25:9,
26:11, 32:4,
39:4, 40:13,
45:11
**thomas**
6:10
**thought**
40:19
**three**
10:9

**through**
29:23
**throughout**
27:11
**thursday**
1:21
**time**
7:3, 10:15,
11:2, 19:16,
37:2, 45:12
**times**
7:9, 9:16
**today**
7:3, 8:2, 8:10,
8:22, 18:4,
23:23, 37:2,
42:1
**today's**
9:8
**together**
7:3
**tomas**
4:13
**took**
9:17
**top**
33:15
**training**
39:11
**transcript**
8:6, 47:5
**transcription**
46:5
**trombetta**
1:24, 2:6, 47:2
**true**
46:4, 47:5
**trump**
21:4
**truthful**
8:22
**try**
14:12, 40:2
**trying**
31:8, 39:25
**tweet**
5:14, 23:1
**two**
10:9, 38:17

**tyler**
4:5, 6:8, 6:24
**typewriting**
47:8
**typically**
31:19

**U**

**uh-uh**
8:11
**unaware**
35:8
**under**
35:5, 47:8
**understand**
8:13, 8:19,
31:6, 31:8,
34:18, 35:14,
39:18
**understanding**
12:16, 12:20,
13:4, 13:17,
14:7, 15:9,
15:13, 17:23,
18:1, 19:13,
23:7, 27:11,
27:22, 30:1,
30:4, 30:7,
30:16, 30:20,
30:22, 39:13,
39:16, 40:3,
40:18, 41:6,
41:12
**understood**
7:22, 8:1,
12:15, 18:13,
32:17
**unfair**
13:13
**unfairly**
11:10, 27:20
**united**
1:1, 1:7, 4:11
**unless**
8:16
**use**
28:15, 28:24,
29:6, 29:11,

29:13, 36:20,
40:5
**uses**
29:20, 41:13
**uyehara**
3:14, 6:13,
6:21, 45:6

**V**

**va**
3:8
**vaguely**
41:24
**valadao**
42:14, 42:16,
42:21
**valley**
17:17, 18:5,
41:22, 42:4,
43:13
**verbal**
8:9
**verifying**
11:24
**vernon**
1:20, 2:5, 5:2,
5:13, 46:2
**view**
21:6
**views**
27:10
**voice**
24:11, 28:8,
34:23, 34:24,
35:4, 43:25,
44:4, 44:8,
44:16, 44:21,
45:1
**vote**
14:23, 14:25,
15:10, 15:11,
15:21, 15:22,
16:23, 17:3,
19:10, 21:22,
21:23, 22:6,
31:15, 31:17,
32:2, 32:5,
42:20, 43:5,

43:19, 44:9,
44:13, 44:20
**voted**
42:23, 43:1,
44:15, 44:24
**voter**
33:20
**voters**
13:5, 14:12,
15:1, 15:2,
15:4, 15:6,
27:12, 27:14,
27:16, 27:17,
27:23, 31:2,
31:8, 31:11,
31:24, 31:25,
32:5, 43:19,
44:8, 44:15,
44:20, 44:24
**votes**
19:8, 19:9
**voting**
15:14, 15:15,
19:6, 19:14,
19:15, 31:12,
31:19, 31:20

**W**

**want**
10:4, 11:7,
15:6, 15:7,
44:13
**wanted**
10:1, 12:24,
27:25, 31:3
**washington**
4:8
**way**
13:8, 14:13,
23:12, 26:16,
28:15, 28:20,
28:23, 29:10,
31:15, 35:23,
39:24
**ways**
31:13
**we'll**
11:11, 18:7

**we're**
8:24, 11:6,
45:11
**we've**
10:18
**weaken**
24:11, 44:16,
44:21, 44:25
**weakened**
34:24, 35:5,
44:4, 44:7
**weber**
3:13
**went**
27:2, 29:23
**western**
1:3
**whenever**
12:8
**whereof**
47:14
**whether**
22:23
**wiggled**
30:23
**without**
9:14, 9:24
**witness**
5:2, 6:17,
7:18, 10:5,
10:19, 33:16,
35:13, 37:4,
37:7, 47:14
**words**
10:6, 10:9,
12:2
**work**
21:21, 31:18
**worse**
10:20, 10:21
**wrap-up**
35:12

| X |
|---|

**x----------------**
**--**
5:1

| Y |
|---|

**yeah**
9:19, 16:9,

20:25, 21:8,
22:18, 36:7,
37:16, 38:17,
39:15, 41:24
**year**
14:2
**years**
7:25, 28:17,
28:18, 29:1,
29:7, 29:8,
29:21, 29:25,
38:9, 38:11,
38:14, 38:16
**yellow**
16:20
**york**
2:9

| Z |
|---|

**zoom**
25:18, 33:16,
37:23

| $ |
|---|

**$300**
21:2

| . |
|---|

**.0628**
4:9
**.1700**
3:9
**.2027**
47:17
**.7867**
3:19

| 0 |
|---|

**00**
9:23
**02**
45:12
**03**
1:22
**03.21**
47:17

| 1 |
|---|

**1**
1:22

**10**
18:15, 19:25
**10616**
1:10
**1082025**
18:15
**11**
1:21, 22:11,
24:21
**1112025**
19:25
**12**
9:23, 15:24
**1202025**
24:21
**1242025**
22:11
**125**
3:17
**13**
22:11, 47:15
**1300**
3:17
**14647**
1:25
**15**
33:13, 33:18,
38:19
**16**
5:10
**18**
5:11

| 2 |
|---|

**2**
45:12
**20**
5:12, 7:25,
18:15
**20001**
4:8
**202.985**
4:9
**2022**
33:21, 43:2
**2024**
42:23
**2025**
1:21, 15:24,

47:16
**2121**
3:7
**22**
5:13, 33:21,
33:25, 34:5,
34:7
**22314**
3:8
**24**
5:15
**25**
1:10
**250**
4:7
**2:-cv**
1:10

| 3 |
|---|

**30**
5:15, 19:25,
25:23
**32**
5:16
**37**
5:7

| 4 |
|---|

**400**
4:7
**415.433**
3:9
**45**
9:17
**47**
1:23

| 5 |
|---|

**50**
12:2, 12:3,
12:7, 12:17,
12:21, 13:4,
13:8, 13:16,
13:20, 13:23,
14:8, 14:13,
14:19, 14:25,
15:10, 15:11,
15:14, 15:15,



```
16:23, 17:10,
17:12, 17:20,
17:24, 18:1,
18:5, 19:6,
19:14, 19:16,
21:2, 21:7,
21:25, 23:17,
23:20, 23:23,
24:3, 24:14,
25:25, 26:4,
26:7, 27:10,
27:13, 27:18,
27:24, 28:4,
30:4, 30:8,
30:11, 30:19,
34:1, 34:4,
34:8, 34:13,
35:5, 35:9,
35:17, 35:25,
36:6, 36:10,
36:23, 41:22,
43:12, 43:23
```

**6**

**608**
3:7
**6th**
26:20

**8**

**85,000**
19:9

**9**

**916.210**
3:19
**95814**
3:18