

In the Matter Of:

DAVID TANGIPA

vs

GAVIN NEWSOM

PAUL H. MITCHELL

December 10, 2025

CERTIFIED COPY

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

UNITED STATES DISTRICT COURT

FOR THE

CENTRAL DISTRICT OF CALIFORNIA

--oOo--

DAVID TANGIPA, et al.,       )
                             )
          Plaintiffs,        )
                             )
   vs.                       )   No.
                             )   2:25-cv-10616-JLS-WLH-
GAVIN NEWSOM, in his         )   KKL
official capacity as the     )
Governor of California,      )
et al.,                      )
                             )
          Defendants.        )
                             )

**CERTIFIED COPY**

--oOo--

Videoconferencing Videotaped Deposition of

PAUL H. MITCHELL

Wednesday, December 10, 2025

--oOo--

ARRAY - JOB NO. 103797

Certified Shorthand Reporters

Reported by:  LINDA J. HART, CSR License 4357, RMR/CRR

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                              2

```
 1                    A P P E A R A N C E S

 2

 3

 4    For the Plaintiffs:

 5           DHILLON LAW GROUP
             By:  MARK MEUSER, Esq.
 6           4675 MacArthur Court, Suite 1410
             Newport Beach, California 92660
 7           949.688.7707
             Mmeuser@dhillonlaw.com
 8

 9    For the UNITED STATES DEPARTMENT OF JUSTICE:

10           UNITED STATES DEPARTMENT OF JUSTICE
             UNITED STATES ATTORNEY'S OFFICE
11           By:  JULIE A. HAMILL, Esq.
             And  JESUS OSETE, Esq.  (VIA ZOOM)
12           300 N. Los Angeles Street, Suite 7516
             Los Angeles, California  90012
13           213.894.2464
             Julie.hamill@usdoj.gov
14           Jesus.osete@usdog.gov

15

16    For the CALIFORNIA DEPARTMENT OF JUSTICE:

17           STATE OF CALIFORNIA, DEPARTMENT OF JUSTICE
             OFFICE OF THE ATTORNEY GENERAL
18           GOVERNMENT LAW SECTION
             By:  S. CLINTON WOODS, Deputy Attorney General
19           And DAVID GREEN, Deputy Attorney General
             1300 I Street
20           Sacramento, California 95814
             Clint.Woods@doj.ca.gov
21           David.Green@doj.ca.gov

22

23

24

25
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          3

```
 1   For the DEMOCRATIC CONGRESSIONAL CAMPAIGN COMMITTEE:

 2           ELIAS LAW GROUP, LLP
             By:  LALITHA MADDURI, Esq.  (VIA ZOOM)
 3           And  CHRIS DODGE, Esq.    (VIA ZOOM)
             250 Massachusetts Avenue NW, Suite 400
 4           Washington DC, 20001-5825
             202.968.4593
 5           Lmadduri@elias.law
             Cdodge@elias.law
 6

 7              -  and -

 8           QURESHI LAW
             By:  OMAR QURESHI, Esq.  (VIA ZOOM)
 9           700 S. Flower Street, Suite 1000
             Los Angeles, California  90017-4112
10           213.600.6096
             Omar@qureshi.law
11

12   For the LEAGUE OF UNITED LATIN AMERICAN CITIZENS:

13           DEMOCRACY DEFENDERS
14           By:  SOFIA FERNANDEZ-GOLD, Esq.  (VIA ZOOM)
             And JACOB KOVACS-GOODMAN, Esq.   (VIA ZOOM)
15           Sofia@democracydefenders.org
             Jacob@democracydefenders.org
16

17   For the Witness PAUL H. MITCHELL:

18
             HANSEN BRIDGETT, LLP
19           By:  KIMON MANOLIUS, Esq.
             And  JAKE ZARONE, Esq.
20           425 Market Street, Floor 26
             San Francisco, California  94105-5841
21           415.995.5841
             Kmanolius@hansenbridgett.com
22           Jzarone@hansenbridgett.com

23

24

25
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          4

1   ZOOM APPEARANCES:

2           DOMENIC AULISI,  Esq.
            ORION de NEVERS, Esq.
3           MICHAEL COLOMBO, Esq.
            THOMAS RIVERA, Esq., ARNOLD & PORTER
4           SANA SINHA, Esq.
            TYLER BISHOP, Esq.
5
                          --o0o--
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                                5

1                              I N D E X

2   Examination by:                                        Page

3     Ms. Hamill                                             13
      Mr. Meuser                                            180
4     Ms. Hamill                                            301
      Mr. Woods                                             302
5

6                            --oOo--

7                        E X H I B I T S

8   Plaintiff's              Description                   Page
    Exhibit No.
9
      Exhibit 1  Federal subpoena, dated                    20
10               11/26/2025.

11    Exhibit 2  Proof of Service of Federal                21
                 subpoena.
12
      Exhibit 3  Federal Subpoena dated                     21
13               12/03/2025.

14    Exhibit 4  DCCC Responses to Plaintiff's              43
                 First Set of Interrogatories.
15
      Exhibit 5  Political Consulting Agreement,            53
16               dated 7/15/2025.

17    Exhibit 6  DCCC letter from Julie Merz,               60
                 e-mail chain.
18
      Exhibit 7  E-mail chain.                              71
19
      Exhibit 8  Capitol Weekly Podcast, August            96
20               15, 2025.

21    Exhibit 9  Hispanas Organized for Political          113
                 Equality, Presentation,
22               10/17/2025.

23    Exhibit 10 Letter from HOPE to Citizens              121
                 Redistricting Commission, dated
24               11/24/21.

25

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    6

| | | |
|---|---|---|
| 1 | Exhibit 11 Sacramento Observer article. | 173 |
| 2 | Exhibit 12 Non-Party Paul Mitchell's | 180 |
| | Response and Objections to | |
| 3 | Plaintiffs' and Plaintiff | |
| | Intervenor's Subpoenas to | |
| 4 | Testify and Produce Documents, | |
| | Information, or objects at | |
| 5 | Deposition in a Civil Action. | |
| 6 | Exhibit 13 Federal subpoena, dated | 184 |
| | 12/10/2025. | |
| 7 | | |
| | Exhibit 14 Letter from Julie Merz, DCCC, | 185 |
| 8 | undated, with attachments. | |
| 9 | Exhibit 15 California Congress, AB604 | 189 |
| | atlas. | |
| 10 | | |
| | Exhibit 16 MALDEF California Statewide | 211 |
| 11 | Redistricting Plans. | |
| 12 | Exhibit 17 Paul Mitchell, X post. | 214 |
| 13 | Exhibit 18 Paul Mitchell, X post. | 218 |
| 14 | Exhibit 19 Paul Mitchell, X post. | 221 |
| 15 | Exhibit 20 Cal Poly Pomona, Latino Voters | 222 |
| | and the November 2025 Special | |
| 16 | Election: Redistricting and | |
| | Representation. | |
| 17 | | |
| | Exhibit 21 PPIC blog post, dated 10/8/2025, | 222 |
| 18 | How Would the Prop 50 | |
| | Redistricting Plan Affect Racial | |
| 19 | and Geographic Representation? | |
| 20 | Exhibit 22 UCLA, Asian American and Pacific | 222 |
| | Islander Policy Initiative; | |
| 21 | August 2025, Special Election | |
| | November 2025: Redistricting and | |
| 22 | the Consequences for Asian | |
| | American Voters. | |
| 23 | | |
| | Exhibit 23 Redistricting Partners, invoice | 228 |
| 24 | to DCCC dated 8/15/2025 for | |
| | $108,333.33. | |
| 25 | | |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    7

```
 1    Exhibit 24 ABC 10 article, "The Next Steps      308
                  in California Democrats' plan to
 2                counter Texas Republicans'
                  redistricting push.
 3
                       CERTIFIED QUESTIONS
 4                    Page 23, lines 5 & 6

 5                    Page 24, lines 14 & 15

 6                    Page 26, lines 15-16

 7                    Page 28, lines 2 & 3

 8        Page 32, lines 12 & 13, 17 & 18 and 20 & 21

 9                    Page 34, lines 20-21

10                    Page 35, lines 3 - 5

11                       Page 41, line 22

12    Page 47, lines 3 & 4, 7 & 8, 18 - 20 and 23 - 25

13              Page 48, lines 3 - 6, 10 - 12

14                    Page 52, lines 1 & 2

15                       Page 58, line 23

16        Page 70, lines 24 & 25 and page 71, line 1

17                    Page 74, lines 24 & 25

18          Page 76, lines 6 & 7, 11 - 13, 16 - 18

19      Page 80, lines 8 & 9, 13 & 14, 17 & 18, 21 & 22

20             Page 81, lines 8 - 10, 14 - 16

21          Page 84, lines 6 - 8, 12 - 15, 18 - 21

22                    Page 85, lines 17 & 18

23                    Page 88, lines 24 & 25

24                    Page 89, lines 5 - 8

25        Page 91, lines 24 & 25 and Page 92, line 1
```

| | |
|---|---|
| 1 | Page 93, lines 17 - 22 |
| 2 | Page 98, lines 1 & 2, 6 - 8, 11, 15, 19 - 21 |
| 3 | Page 103, lines 20 - 22 |
| 4 | Page 104, lines 1-4, 20 - 21 |
| 5 | Page 104, lines 24 & 25 and page 105, line 1 |
| 6 | Page 107, lines 7 - 11 |
| 7 | Page 120, lines 3 & 4 |
| 8 | Page 129, lines 5 - 8 |
| 9 | Page 129, lines 23 - 25 and page 130, line 1 |
| 10 | Page 130, lines 6 - 9 |
| 11 | Page 130, line 23 |
| 12 | Page 131, lines 7 & 8, 13 - 15, 17 - 19, 22 - 24 |
| 13 | Page 132, lines 17 - 19 |
| 14 | Page 134, lines 23 - 25 and page 135, line 1 |
| 15 | Page 135, lines 15 & 16 |
| 16 | Page 139, lines 8 - 10 |
| 17 | Page 141, lines 3 - 7, 9 & 10, 13 - 16 |
| 18 | Page 143, lines 3 - 5 |
| 19 | Page 147, lines 1 - 4, 17 - 25 |
| 20 | Page 153, lines 7 - 9 |
| 21 | Page 155, lines 13 & 14, 18 - 20 |
| 22 | Page 158, lines 16 & 17 |
| 23 | Page 159, line 21 |
| 24 | Page 160, line 4 |
| 25 | Page 161, lines 17 & 18 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                                    9

1         Page 161, lines 21 - 25 and page 162, line 1

2      Page 162, lines 5 & 6, 9 - 10, 13 & 14, 20 - 22

3         Page 162, line 25 and page 163, lines 1 - 7

4              Page 163, lines 13 - 15, 18 - 24

5                     Page 167, line 19

6         Page 168, line 9, 12 & 13, 16 - 18, 21 - 23

7           Page 169, lines 2 & 3, 6 & 7, 19 - 21

8                 Page 173, lines 5 & 6

9                 Page 175, lines 10 - 12

10       Page 177, lines 4 & 5, 13 & 14, 17 - 20

11                Page 178, lines 32 - 25

12                 Page 179, lines 3 & 4

13                Page 182, lines 22 & 23

14                 Page 184, lines 7 & 8

15              Page 192, line 1, 13 - 16

16                 Page 194, lines 2 - 4

17                Page 196, lines 9 & 10

18                Page 209, lines 22 - 24

19                Page 210, lines 16 - 20

20   Page 220, lines 24 & 25, and page 221, lines 1 & 2

21                     Page 225, line 5

22         Page 226, line 25 and page 227, lines 1 - 3

23                     Page 227, line 13

24         Page 227, line 25 and page 228, line 1

25              Page 232, lines 5 & 6, and 12

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          10

```
 1                    Page 236, lines 7 -

 2                   Page 242, lines 19 - 21

 3                   Page 244, lines 15 - 18

 4                   Page 248, lines 21 & 22

 5                    Page 253, lines 1 & 2

 6                   Page 256, lines 9 - 16

 7                   Page 260, lines 9 & 10

 8                    Page 261, lines 6 & 7

 9          Page 263, line 25 and page 264, line 1

10                   Page 264, lines 15 - 25

11                   Page 265, lines 22 - 25

12              Page 266, lines 9 - 12, 19 - 21

13                   Page 269, lines 12 - 15

14            Page 270, lines 12 & 13, 23 - 25

15                   Page 271, lines 17 - 20

16                   Page 274, lines 17 - 24

17                   Page 275, lines 13 - 15

18                    Page 276, lines 2 - 7

19                    Page 281, lines 8 - 9

20                   Page 282, lines 9 & 10

21     Page 285, lines 22 - 25 and page 286, lines 1 - 3

22                   Page 286, lines 6 - 15

23                   Page 288, lines 19 - 22

24                   Page 294, lines 14 & 15

25      Page 295 lines 10 & 11, 18 & 19 and 296, 14-17
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                              11

```
 1              BE IT REMEMBERED, that on Wednesday, the 10th

 2    day of December, 2025, commencing at the hour of 10:08

 3    a.m. thereof, at Hansen Bridgett, LLP, 500 Capitol Mall,

 4    Suite 1500, Sacramento, California, before me, Linda J.

 5    Hart, a Certified Shorthand Reporter, in and for the

 6    County of Sacramento, State of California, there

 7    personally appeared

 8                    PAUL H. MITCHELL,

 9    called, as a witness, by the Plaintiffs, who, being by

10    me first duly sworn, was thereupon examined and

11    interrogated as hereinafter set forth:
```

| Line | Text | Time |
|---|---|---|
| 12 | THE VIDEOGRAPHER:  Good morning.  Here begins | 10:08:18 |
| 13 | media number one of the deposition of Paul Mitchell, | 10:08:21 |
| 14 | Volume 1 in the matter of David Tangpia, et al. versus | 10:08:25 |
| 15 | Gavin Newsom, et al., versus -- scratch verse. | 10:08:31 |
| 16 | This case is in the United States District | 10:08:36 |
| 17 | Court for the Central District of California and the | 10:08:39 |
| 18 | case number is 2:25-cv-10616-JLS-WLH-KKL. | 10:08:43 |
| 19 | Today's date is December 10th, 2025 and the | 10:08:53 |
| 20 | time is 10:08 a.m. | 10:08:57 |
| 21 | This deposition is taking place at Hansen | 10:09:00 |
| 22 | Bridgett, LLP, 500 Capitol Mall, Suite 1500, Sacramento, | 10:09:04 |
| 23 | California.  The videographer is Nicholas Coulter | 10:09:12 |
| 24 | appearing on behalf of Array Legal Services. | 10:09:15 |
| 25 | Would counsel please identify yourselves and | 10:09:19 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          12

```
 1   state whom you represent?                            10:09:21

 2          MS. HAMILL:  Julie Hamill, the United States   10:09:22

 3   of America.                                          10:09:24

 4          MR. MEUSER:  Mark Meuser, Dhillon Law Group on 10:09:25

 5   behalf of the plaintiff.                             10:09:29

 6          MR. WOODS:  Clinton Woods from the California  10:09:29

 7   Department of Justice on behalf of the State defendants. 10:09:31

 8          MR. GREEN:  David Green with the California    10:09:34

 9   Department of Justice, also on behalf of State entities. 10:09:36

10          MR. ZARONE:  Jake Zarone, Hansen Bridgett, on  10:09:40

11   behalf of Mr. Mitchell.                              10:09:42

12          MR. MANOLIUS: Kimon Manolius, the same.        10:09:43

13          MS. MADDURI:  My name is Lali Madduri from     10:09:43

14   Elias law group on behalf of the democratic          10:09:52

15   congressional committee and I will by joined by my   10:09:56

16   colleague, Christopher Dodge.                        10:09:59

17          MR. deNEVERS:  Orion deNevers, Arnold and      10:10:02

18   Porter, on behalf of the LULAC defendants.           10:10:03

19          MS. FERNANDEZ-GOLD:  Sofiya Fernandez-Gold,    10:10:06

20   Democracy Defenders, on behalf of defendant intervenor 10:10:10

21   LULAC.                                               10:10:10

22          MR. OSETE:  Jesus Osete for the plaintiff      10:10:16

23   intervenor United States of America.                10:10:17

24          MR. RIVERA:  Thomas Rivera on behalf of        10:10:22

25   defendant intervenor LULAC.                          10:10:24
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                      13

```
 1            MR. COLOMBO:  Michael Colombo on behalf of       10:10:29
 2     plaintiffs.                                             10:10:31
 3            THE WITNESS:  They keep popping out, there's     10:10:33
 4     more and more.                                          10:10:34
 5            MR. AULISI:  Dominic Aulisi on behalf of the     10:10:36
 6     plaintiffs.                                             10:10:37
 7            THE VIDEOGRAPHER:  Would the reporter please     10:10:45
 8     swear in the witness?                                   10:10:46
 9            THE REPORTER:  Good day.  My name is Linda
10     Hart, Certified Shorthand Reporter No. 4357, from L.J.
11     Hart & Associates.
12            Can I ask you to raise your right hand,
13     please?
14            Do you solemnly swear to tell the truth, the
15     whole truth, and nothing but the truth in this matter
16     now pending?
17            THE WITNESS:  Yes.                               10:11:06
18            THE REPORTER:  Go ahead.                         10:11:08
19            MS. HAMILL:  Thank you.                          10:11:09
20                         EXAMINATION                         10:11:09
21     By: JULIE HAMILL, Attorney at Law, counsel on behalf of 10:11:09
22     the Plaintiffs:                                         10:11:14
23            MR. MANOLIUS: Do you want them up on the         10:11:14
24     screen or --                                            10:11:16
25            MR. MEUSER:  If we could, less delaying right    10:11:16
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          14

```
 1   now.                                                    10:11:20

 2           MS. HAMILL:  Is it okay to proceed while we're  10:11:21

 3   working that out.                                       10:11:22

 4           MR. MANOLIUS:  Yeah, of course.  I had sent     10:11:23

 5   you the number I think --                               10:11:24

 6           MS. HAMILL:  Judge.                             10:11:25

 7           MR. MEUSER:  Well, I sent you the Zoom that     10:11:26

 8   they are working off of.                                10:11:28

 9           MR. MANOLIUS: Okay.                             10:11:29

10           MR. MEUSER:  So what you have got there is      10:11:30

11   your Zoom and what they, you know, what he's working off 10:11:32

12   is the official Zoom so --                              10:11:35

13           MR. MANOLIUS:  Do you have the other Zoom       10:11:37

14   number?                                                 10:11:39

15           THE WITNESS:  Looks like she's doing            10:11:39

16   something.                                              10:11:42

17           MS. HAMILL:  If it's okay I'd like to begin.    10:11:42

18   A       Go for it.                                      10:11:44

19   Q       Okay.  Thank you for being here today?         10:11:45

20   A       Of course.                                      10:11:47

21   Q       You're obviously very popular, Mr. Mitchell?    10:11:47

22   A       I can't confirm or deny that.                   10:11:50

23   Q       Have you had your deposition take taken         10:11:52

24   before?                                                 10:11:54

25   A       Once.                                           10:11:54
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    15

| 1 | Q | When was that? | 10:11:55 |
| 2 | A | I can't -- I don't know the exact year. | 10:11:56 |
| 3 | Q | 10, 20 years ago? | 10:11:58 |
| 4 | | MR. MANOLIUS: If you know. | 10:12:02 |
| 5 | A | Ten-ish. | 10:12:03 |
| 6 | | MS. HAMILL:  Okay.  And what was the case | 10:12:04 |
| 7 | | about? | 10:12:06 |
| 8 | A | The case was about a CVRA case in Santa | 10:12:06 |
| 9 | | Clarita somewhere. | 10:12:11 |
| 10 | Q | Do you remember the case name? | 10:12:13 |
| 11 | A | No. | 10:12:14 |
| 12 | Q | Santa Clarita California Voting Rights Act | 10:12:14 |
| 13 | | case? | 10:12:18 |
| 14 | A | Yeah, it was maybe a community college | 10:12:18 |
| 15 | | district or something like that. | 10:12:20 |
| 16 | Q | Were you an expert witness? | 10:12:21 |
| 17 | A | No, why you. | 10:12:22 |
| 18 | Q | Were you a percipient witness? | 10:12:23 |
| 19 | A | I don't know the terminology. | 10:12:24 |
| 20 | Q | Did you draw maps in that case? | 10:12:26 |
| 21 | A | I did an analysis jurisdiction. | 10:12:28 |
| 22 | Q | Okay.  Who did you do the analysis for? | 10:12:30 |
| 23 | A | I don't recall the exact client. | 10:12:33 |
| 24 | Q | So you had your deposition taken before | 10:12:43 |
| 25 | | probably a long time ago, you probably need a little | 10:12:45 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    16

| | | |
|---|---|---|
| 1 | refresher? | 10:12:47 |
| 2 | A       Please. | 10:12:48 |
| 3 | Q       I'm sure your counsel explained to you how | 10:12:48 |
| 4 | this is going to go, we're not in a courtroom but you're | 10:12:51 |
| 5 | under oath so everything you say here is under penalty | 10:12:54 |
| 6 | of perjury.  We're going to try to talk slow or speak | 10:12:57 |
| 7 | slowly so that the court reporter can get down | 10:13:00 |
| 8 | everything that is said. | 10:13:02 |
| 9 | (Zoom interruption.) | 10:13:06 |
| 10 | Let's try not to talk over each other and then | 10:13:07 |
| 11 | when you answer my questions, please use words likes | 10:13:10 |
| 12 | "yes" or "no" instead of sounds like uh-huh, huh-uh, or | 10:13:13 |
| 13 | a nod or a shake of the head. | 10:13:16 |
| 14 | Does that make sense? | 10:13:18 |
| 15 | A       Yes. | 10:13:19 |
| 16 | Q       Perfect.  Okay.  I'm going to ask you | 10:13:20 |
| 17 | questions.  Your attorney is going to object.  I also | 10:13:23 |
| 18 | understand that your attorney intends to instruct you | 10:13:27 |
| 19 | not to answer on the grounds of privilege for certain | 10:13:30 |
| 20 | questions unless your attorney instructs you not to | 10:13:33 |
| 21 | answer, you must answer my questions. | 10:13:36 |
| 22 | A       (Witness nodding head.) | 10:13:38 |
| 23 | Q       Okay.  Is there any reason why you can't give | 10:13:39 |
| 24 | your best testimony today? | 10:13:41 |
| 25 | A       No.  I do have a little bit of a cold but that | 10:13:42 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    17

| | | |
|---|---|---|
| 1 | shouldn't impair me, I have some cough drops. | 10:13:46 |
| 2 | Q        Are you taking any medication that would | 10:13:48 |
| 3 | impede your ability to recall events? | 10:13:50 |
| 4 | A        No. | 10:13:51 |
| 5 | Q        And as the map drawer in this case, I suspect | 10:13:52 |
| 6 | the Judicial Panel is going to have questions for you | 10:13:57 |
| 7 | next week at the preliminary injunction hearing. | 10:14:00 |
| 8 |          Are you willing to come down to Los Angeles | 10:14:02 |
| 9 | next week to testify at the preliminary injunction | 10:14:05 |
| 10 | hearing in this case? | 10:14:07 |
| 11 | A        I haven't made a decision. | 10:14:08 |
| 12 |          MR. MANOLIUS: Yeah, objection.  He's not under | 10:14:10 |
| 13 | subpoena, so he doesn't need to answer that now for that | 10:14:14 |
| 14 | proceeding. | 10:14:16 |
| 15 |          MR. WOODS:  I'd also object that it calls for | 10:14:20 |
| 16 | a legal conclusion. | 10:14:21 |
| 17 |          MS. HAMILL Q:  I was just asking if you would | 10:14:22 |
| 18 | be willing to come down to testify during the | 10:14:24 |
| 19 | preliminary injunction hearing next week in this case? | 10:14:26 |
| 20 |          MR. MANOLIUS:  Same objections.  All of them. | 10:14:29 |
| 21 |          MR. WOODS:  Same. | 10:14:32 |
| 22 |          THE WITNESS:  (Shrugging shoulders.) | 10:14:35 |
| 23 |          MS. HAMILL:  Is that a yes or a no? | 10:14:36 |
| 24 | A        I am not willing to commit to anything. | 10:14:37 |
| 25 | Q        Unwilling to commit to anything? | 10:14:39 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    18

| | | |
|---|---|---|
| 1 | A          Thank you. | 10:14:41 |
| 2 | Q          And are you available next Monday? | 10:14:41 |
| 3 |            MR. MANOLIUS:  Objection, vague.  For what? | 10:14:45 |
| 4 |            THE WITNESS:  I don't know. | 10:14:48 |
| 5 |            MS. HAMILL Q:  Do you have any travel or work | 10:14:48 |
| 6 | obligations scheduled for next Monday? | 10:14:50 |
| 7 | A          I don't know. | 10:14:53 |
| 8 |            MR. MANOLIUS:  Objection.  Relevance. | 10:14:54 |
| 9 |            MS. HAMILL:  And would you be available for | 10:14:58 |
| 10 | remote video testimony if not available to travel to Los | 10:14:59 |
| 11 | Angeles next week? | 10:15:03 |
| 12 |            MR. MANOLIUS: Same objections. | 10:15:04 |
| 13 |            MR. WOODS:  Join. | 10:15:05 |
| 14 |            MS. HAMILL:  Yes or no? | 10:15:08 |
| 15 | A          I don't know. | 10:15:09 |
| 16 | Q          You don't know?  And you live in Sacramento, | 10:15:10 |
| 17 | which is more than 100 miles away from Los Angeles; is | 10:15:12 |
| 18 | that correct? | 10:15:16 |
| 19 | A          Yes. | 10:15:16 |
| 20 | Q          When did you first learn about this case? | 10:15:18 |
| 21 |            MR. MANOLIUS:  Objection.  As to what? | 10:15:25 |
| 22 | A          Could you clarify? | 10:15:28 |
| 23 |            MS. HAMILL:  Do you know why we're here today. | 10:15:29 |
| 24 | A          Yes.  You mean the lawsuit.  I first learned | 10:15:31 |
| 25 | about the lawsuit when, I don't know, I don't know the | 10:15:36 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          19

```
 1  exact date, whenever it first popped up.                10:15:40

 2  Q        Was it before you received your subpoena?      10:15:42

 3  A        Yes.                                           10:15:45

 4  Q        How long before your subpoena?                 10:15:47

 5  A        I don't recall.                                10:15:49

 6  Q        Did you learn about it the day that it was     10:15:50

 7  filed?                                                  10:15:52

 8           MR. MANOLIUS: Objection, calls for             10:15:52

 9  speculation.                                            10:15:53

10  A        I don't have that information.                 10:15:59

11  Q        So I don't want you to guess or speculate but  10:16:00

12  I am entitled to your best estimate?                    10:16:02

13  A        My best estimate is that I would have known    10:16:05

14  when it was publicized in the news, but I wouldn't have 10:16:07

15  had knowledge about it before then.                     10:16:11

16  Q        So you've known about it since November?       10:16:12

17           MR. MANOLIUS:  Objection, calls for            10:16:14

18  speculation.  He's already said he doesn't know.        10:16:15

19  A        I don't recall the exact date.  I wouldn't     10:16:18

20  know.  I mean, if that's when the case was -- you       10:16:21

21  apparently know the date that it was filed so whenever  10:16:24

22  the date it was filed or whenever it was publicized in  10:16:26

23  the news, I'm up-to-date in the news so whenever it was 10:16:29

24  filed in the news is when I would have known about it.  10:16:31

25  Q        And so when I say the phrase Prop 50 map do    10:16:33
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    20

| 1 | you understand what I'm referring to? | 10:16:37 |
| 2 | A        Yes. | 10:16:39 |
| 3 | Q        What is your understanding of that? | 10:16:39 |
| 4 | A        It is the map that was approved by voters on | 10:16:41 |
| 5 | the ballot on the November election. | 10:16:43 |
| 6 | Q        Okay. | 10:16:46 |
| 7 |          (Whereupon Plaintiff's Exhibit 1 | 10:16:46 |
| 8 |          was marked for identification.) | 10:16:46 |
| 9 |          MS. HAMILL:  Okay.  I am marking as Exhibit 1 | 10:17:05 |
| 10 | the subpoena to Paul Mitchell to testify at a deposition | 10:17:11 |
| 11 | in a civil action.  This was dated for a December 5th | 10:17:13 |
| 12 | appearance and it was issued on November 26th.  And all | 10:17:24 |
| 13 | the counsel on the line received a copy of this via an | 10:17:37 |
| 14 | e-mail.  Have you seen this document before?  Your | 10:17:42 |
| 15 | counsel -- | 10:17:54 |
| 16 | A        This looks like a document I received. | 10:17:55 |
| 17 | Q        And when did you receive it? | 10:17:56 |
| 18 | A        I don't recall the exact date I received it. | 10:17:58 |
| 19 | It was on two different dates. | 10:18:04 |
| 20 | Q        You received a subpoena on two different | 10:18:07 |
| 21 | dates? | 10:18:10 |
| 22 | A        Yes. | 10:18:11 |
| 23 | Q        When?  Do you know what dates? | 10:18:13 |
| 24 | A        Maybe twice on Monday, two different servings. | 10:18:14 |
| 25 | Q        I am going to mark as Exhibit 2 the proof of | 10:18:19 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    21

```
 1    service of subpoena.                                   10:18:21

 2              (Whereupon Plaintiff's Exhibit 2             10:18:21

 3              was marked for identification.)              10:18:21

 4              THE WITNESS:  No, not 5-foot-7 inches.  I    10:18:35

 5    object to being five foot seven inches in this         10:18:35

 6    declaration.                                           10:18:44

 7              MR. WOODS:  Object to that.                  10:18:44

 8              MS. HAMILL:  And how tall --                 10:18:47

 9    A        180 pounds.  Mark, you can be bad.            10:18:47

10              MR. MEUSER:  I didn't do that.  I didn't do  10:18:49

11    that.                                                  10:18:51

12              MS. HAMILL Q:   And how tall are you         10:18:51

13    Mr. Mitchell?                                          10:18:53

14    A        5'10".                                        10:18:53

15    Q        And do you live at 545 Wilhaggen Drive?       10:18:55

16    A        Yes.                                          10:18:58

17    Q        Have you seen this document before?           10:18:58

18    A        No.                                           10:19:00

19    Q        We'll mark as Exhibit 3 subpoena to testify at 10:19:01

20    a deposition in a civil action, and this is with a date 10:19:17

21    of December 10th, 2025, which is today's date.         10:19:20

22              (Whereupon Plaintiff's Exhibit 3             10:19:20

23              was marked for identification.)              10:19:31

24              MR. WOODS:  Sorry, counsel.  Shouldn't he be  10:19:31

25    referring to the exhibits that you're marking rather   10:19:33
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    22

```
 1   than the counsel copy?                              10:19:36

 2           MS. HAMILL:  Sure.                           10:19:41

 3           MR. WOODS:  That's just --                   10:19:43

 4           MS. HAMILL:  If that's how you want to play. 10:19:45

 5   Q       Have you seen this document before,          10:19:46

 6   Mr. Mitchell?                                        10:19:48

 7   A       Yes, I believe so.                           10:19:49

 8   Q       And is this the document that reflects the   10:19:52

 9   meeting location and the time of the deposition today? 10:19:55

10   A       Yes, it does look like that.                 10:19:57

11   Q       Okay.  And can you look down to the second   10:19:59

12   check mark on this document is for production.  Have you 10:20:04

13   seen this before?                                    10:20:13

14           MR. MANOLIUS:  The check mark.               10:20:15

15           MS. HAMILL Q:  The section of the document   10:20:16

16   that says "production" and the text that follows.    10:20:18

17   A       I've seen something that looks like this, yes. 10:20:22

18   Q       Okay.  So it says your files, including      10:20:25

19   without limitation all correspondence, memoranda,    10:20:27

20   analysis, reports, tables, figures, charts, invoices, 10:20:30

21   slide decks, talking points, electronic maps and data 10:20:36

22   files and other documents relating to your conception 10:20:40

23   drafting revision analysis or presentation of the    10:20:44

24   California congressional map placed on the November 2025 10:20:48

25   ballot as Proposition 50.                            10:20:51
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    23

```
 1              Have you seen that before?                  10:20:54

 2  A       Yes.                                            10:20:57

 3  Q       And did you endeavor to find the documents      10:20:57

 4  requested in this subpoena?                             10:21:01

 5              MR. MANOLIUS: Objection, attorney-client    10:21:02

 6  privilege.  Don't answer the question.                 10:21:04

 7              MS. HAMILL:  So you won't tell me if you    10:21:08

 8  looked for the documents.                              10:21:10

 9              MR. MANOLIUS: I am telling you that we have, 10:21:12

10  his counsel has been engaged in a search for documents. 10:21:15

11              MS. HAMILL:  Thank you.                     10:21:19

12              MR. MANOLIUS: I also note that we issued an 10:21:23

13  objection very late last evening or late after the     10:21:25

14  midnight with regard to that.                          10:21:28

15              THE REPORTER:  When you mark the exhibits   10:21:31

16  don't cover up any writing with the sticker.           10:21:45

17              MS. HAMILL Q:  So you were the owner of     10:21:47

18  Redistricting Partners, LLC; correct?                  10:21:49

19  A       Yes.                                            10:21:51

20  Q       And you're also the agent for service?         10:21:51

21  A       I don't know what that term is.                10:21:54

22  Q       And Redistricting Partners principal address   10:21:57

23  is your home; correct?                                 10:21:59

24  A       It's either my home or my accountant's office. 10:22:03

25  I don't know which one.                                10:22:06
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                              24

1    **Q        And Liz Stitt serves as chief administrative**          10:22:07

2    **officer and senior line drawer with Redistricting**             10:22:10

3    **Partners?**                                                     10:22:13

4    A        No.                                                      10:22:13

5            MR. MANOLIUS: Objection, vague as to time.                10:22:13

6    You can answer.                                                   10:22:15

7            THE WITNESS:  She is in England right now so              10:22:17

8    she left our, she left as an employee in sometime in the          10:22:19

9    summer.  I don't know exactly when.                               10:22:24

10           MS. HAMILL:  And she does contract work for               10:22:28

11   you; correct?                                                     10:22:29

12   A        No.  Right now she's working in England so she           10:22:30

13   doesn't have an employment contract with us of any kind.          10:22:33

14   **Q        Have you worked with Miss Stitt at all on the**        10:22:36

15   **Proposition 50 maps?**                                          10:22:39

16           MR. MANOLIUS: Objection, legislative                      10:22:40

17   privilege.  You don't have to answer.  Don't answer.             10:22:43

18           MS. HAMILL Q:  So you're asserting a                      10:22:46

19   legislative privilege to the question of whether Liz             10:22:52

20   Stitt worked with you at all on Proposition 50 maps.             10:22:56

21           MR. MANOLIUS: She is not on -- actually, let             10:22:59

22   me correct that.                                                 10:23:02

23           You can certainly ask if she was in                      10:23:02

24   communication with Mr. Mitchell regarding this project.         10:23:04

25   I believe the answer is no, but you can ask that                 10:23:07

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          25

| | | |
|---|---|---|
| 1 | question and he'll answer. | 10:23:10 |
| 2 | THE WITNESS:  Yes.  Sorry.  Yes, she was. | 10:23:12 |
| 3 | MS. HAMILL Q:  So Liz Stitt was in | 10:23:15 |
| 4 | communication with you regarding this project? | 10:23:17 |
| 5 | A      Yes. | 10:23:19 |
| 6 | **Q      Which means the Proposition 50 maps?** | 10:23:19 |
| 7 | A      Yes. | 10:23:24 |
| 8 | **Q      Are there any other members of the** | 10:23:24 |
| 9 | **Redistricting Partners team?** | 10:23:25 |
| 10 | MR. MANOLIUS:  Of any kind? | 10:23:30 |
| 11 | MS. HAMILL:  Let's say from July 2025 to the | 10:23:31 |
| 12 | present. | 10:23:33 |
| 13 | MR. MANOLIUS: Okay. | 10:23:34 |
| 14 | THE WITNESS:  Can I ask you a clarification. | 10:23:36 |
| 15 | MS. HAMILL:  Yes, you may. | 10:23:39 |
| 16 | A      Okay.  So the fact is Liz -- Redistricting | 10:23:40 |
| 17 | Partners has no employees.  Liz Stitt was the last | 10:23:45 |
| 18 | employee so when you say Redistricting Partners' team | 10:23:47 |
| 19 | can you clarify what you mean by that? | 10:23:50 |
| 20 | **Q      Have you heard of Evan McLaughlin?** | 10:23:51 |
| 21 | A      Yes. | 10:23:54 |
| 22 | **Q      And Joe Armenta?** | 10:23:55 |
| 23 | A      Yes. | 10:23:57 |
| 24 | **Q      And Jacob Thomas Fisher?** | 10:23:57 |
| 25 | A      Thompson. | 10:23:57 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                                    26

| | | |
|---|---|---|
| 1 | **Q**        **Thompson-Fisher?** | 10:23:57 |
| 2 | A        Yes. | 10:23:59 |
| 3 | **Q**        **Stacey Reardon?** | 10:23:59 |
| 4 | A        Yes. | 10:24:00 |
| 5 | **Q**        **And those people worked with you to help you** | 10:24:01 |
| 6 | **draw maps?** | 10:24:02 |
| 7 |         MR. MANOLIUS:  Objection, compound.  You can | 10:24:04 |
| 8 | answer. | 10:24:06 |
| 9 |         MR. WOODS: Vague. | 10:24:07 |
| 10 |         THE WITNESS:  Do you want to split out the | 10:24:07 |
| 11 | people a little bit?  The first three do but Stacey | 10:24:09 |
| 12 | Reardon didn't help draw any maps. | 10:24:15 |
| 13 |         MS. HAMILL Q:  And did you direct their work? | 10:24:21 |
| 14 | A        Yes. | 10:24:23 |
| 15 | **Q**        **So is it fair to say that you drew the Prop 50** | 10:24:25 |
| 16 | **maps?** | 10:24:30 |
| 17 |         MR. MANOLIUS:  Objection, calls for | 10:24:30 |
| 18 | information that's privileged under legislative | 10:24:32 |
| 19 | privilege.  I instruct you not to answer. | 10:24:34 |
| 20 |         MS. HAMILL Q:  And in asserting that | 10:24:36 |
| 21 | legislative privilege I need to understand the | 10:24:38 |
| 22 | circumstances under which you're asserting it.  So were | 10:24:43 |
| 23 | you under contract with the California Legislature to | 10:24:47 |
| 24 | draw the Proposition 50 maps? | 10:24:50 |
| 25 |         MR. MANOLIUS:  Objection, vague as to time. | 10:24:52 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                              27

| | | |
|---|---|---|
| 1 | MS. HAMILL:  Ever, at any time. | 10:24:55 |
| 2 | A       No. | 10:24:58 |
| 3 | MS. HAMILL Q:  Were you under contract with | 10:24:58 |
| 4 | any particular legislator to draw the Proposition 50 | 10:25:00 |
| 5 | maps? | 10:25:04 |
| 6 | MR. MANOLIUS:  Objection, vague as to under | 10:25:04 |
| 7 | contract.  You mean in a paid capacity, is that what | 10:25:06 |
| 8 | you're asking? | 10:25:08 |
| 9 | MS. HAMILL:  Under any contract, paid or | 10:25:09 |
| 10 | unpaid. | 10:25:11 |
| 11 | MR. WOODS:  Objection, calls for a legal | 10:25:14 |
| 12 | conclusion.  You can answer if you can. | 10:25:16 |
| 13 | MR. MANOLIUS:  And vague. | 10:25:17 |
| 14 | A       I don't know what an unpaid contract means, so | 10:25:18 |
| 15 | if you're saying was I -- I was not paid by anybody in | 10:25:23 |
| 16 | the legislature to draw the map. | 10:25:30 |
| 17 | MS. HAMILL Q:  Did you have an agreement with | 10:25:32 |
| 18 | someone in the legislature to draw the Proposition 50 | 10:25:33 |
| 19 | maps? | 10:25:37 |
| 20 | MR. MANOLIUS:  Objection, vague as to the term | 10:25:37 |
| 21 | agreement. | 10:25:38 |
| 22 | A       If you can define that. | 10:25:39 |
| 23 | MS. HAMILL Q:  You want me to define | 10:25:41 |
| 24 | agreement? | 10:25:42 |
| 25 | A       Well, I mean, is agreement a direction or is | 10:25:43 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          28

| | | |
|---|---|---|
| 1 | agreement a passive you're the one doing it. | 10:25:47 |
| 2 | Q        **Did anyone in the Legislature ask you to draw** | 10:25:51 |
| 3 | **the Proposition 50 maps?** | 10:25:54 |
| 4 | MR. MANOLIUS:  Objection, calls for | 10:25:58 |
| 5 | information that's protected under the legislative | 10:25:59 |
| 6 | privilege.  Don't answer. | 10:26:02 |
| 7 | MS. HAMILL Q:  Can you please explain to me on | 10:26:04 |
| 8 | what grounds Mr. Mitchell is invoking this privilege? | 10:26:06 |
| 9 | He is not a member of the Legislature so I am very | 10:26:11 |
| 10 | confused as to how this applies to his work. | 10:26:14 |
| 11 | MR. MANOLIUS:  I've read the cases so no, I am | 10:26:17 |
| 12 | not going to explain it here or we've made our | 10:26:23 |
| 13 | objection. | 10:26:28 |
| 14 | MS. HAMILL:  There's -- we are entitled to a | 10:26:29 |
| 15 | factual explanation of how this privilege would even | 10:26:31 |
| 16 | remotely apply to this work.  We don't have any | 10:26:34 |
| 17 | understanding that Mr. Mitchell was working for the | 10:26:37 |
| 18 | Legislature, is a legislator or would be in any way | 10:26:39 |
| 19 | entitled to invoke this privilege. | 10:26:44 |
| 20 | MR. MANOLIUS: We disagree with you.  He is -- | 10:26:46 |
| 21 | his, his work went to the Legislature and so in that | 10:26:53 |
| 22 | regard the provide earrings of that work and of any | 10:27:04 |
| 23 | comments to him are, their comments are protected under | 10:27:09 |
| 24 | the Legislature under the legislature. | 10:27:14 |
| 25 | MS. HAMILL:  The comments.  When did your work | 10:27:18 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                      29

| | | |
|---|---|---|
| 1 | go to the Legislature. | 10:27:20 |
| 2 | MR. MANOLIUS:  Objection, vague.  If you know. | 10:27:21 |
| 3 | THE WITNESS:  I think that there's different | 10:27:22 |
| 4 | ways to characterize the process of going to the | 10:27:29 |
| 5 | Legislature, either the public, there was at some date I | 10:27:33 |
| 6 | don't recall exactly the date the DCCC submitted the | 10:27:38 |
| 7 | through the portal and official capacity was sent to the | 10:27:41 |
| 8 | Legislature at that point.  If there's further questions | 10:27:45 |
| 9 | aside from that. | 10:27:49 |
| 10 | MS. HAMILL:  So -- your counsel sent an e-mail | 10:27:51 |
| 11 | about one o'clock this morning asserting that you will | 10:27:54 |
| 12 | not testify about your work on the maps starting | 10:27:58 |
| 13 | July 2nd.  And so I'm trying to understand the | 10:28:04 |
| 14 | significance of this date if you submitted the maps to | 10:28:09 |
| 15 | the Legislature the DCCC submitted the maps to the | 10:28:11 |
| 16 | Legislature August 15th. | 10:28:15 |
| 17 | MR. MANOLIUS: Okay.  Oh objection, lacks | 10:28:17 |
| 18 | foundation, but you can certainly talk about July 2nd. | 10:28:19 |
| 19 | A        That was a meeting with the chief of staff and | 10:28:22 |
| 20 | the speaker on a bike path. | 10:28:25 |
| 21 | MS. HAMILL Q:  Did you catch that? | 10:28:27 |
| 22 | A        It was a meeting with the chief of staff and | 10:28:28 |
| 23 | the speaker. | 10:28:31 |
| 24 | **Q        You're a fast talker.** | 10:28:31 |
| 25 | A        So sorry. | 10:28:32 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                      30

| | | |
|---|---|---|
| 1 | Q        It's okay for me. | 10:28:34 |
| 2 | A        Yeah.  Yeah. | 10:28:35 |
| 3 | Q        But we need to slow it down so that the court | 10:28:35 |
| 4 | reporter can make a clear record. | 10:28:38 |
| 5 | A        Yeah. | 10:28:39 |
| 6 | Q        So you on July 2nd you had a meeting with the | 10:28:40 |
| 7 | chief of staff of the speaker, is it Rivas? | 10:28:43 |
| 8 | A        Rivas is chief of staff. | 10:28:48 |
| 9 | Q        Rivas is chief of staff on July 2nd.  And you | 10:28:50 |
| 10 | didn't enter into a contract? | 10:28:56 |
| 11 | MR. WOODS:  Objection, calls for a legal | 10:28:59 |
| 12 | conclusion. | 10:29:01 |
| 13 | MR. MANOLIUS:  And also vague as to time. | 10:29:01 |
| 14 | MS. HAMILL Q:  You didn't enter into an | 10:29:03 |
| 15 | agreement. | 10:29:06 |
| 16 | MR. MANOLIUS: Same thing. | 10:29:06 |
| 17 | MR. WOODS:  Same objections. | 10:29:07 |
| 18 | MS. HAMILL:  And we're pretending that we | 10:29:08 |
| 19 | don't know what "agreement" means. | 10:29:10 |
| 20 | A        I don't know if agreement means understanding | 10:29:11 |
| 21 | or agreement means a service that I'm required or | 10:29:13 |
| 22 | obligated to perform. | 10:29:18 |
| 23 | MS. HAMILL:  How about an understanding. | 10:29:19 |
| 24 | A        Yes, an understanding. | 10:29:20 |
| 25 | Q        An understanding on July 2nd that you would be | 10:29:22 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                        31

| | | |
|---|---|---|
| 1 | undertaking to draw the Prop 50 maps? | 10:29:24 |
| 2 | MR. MANOLIUS: Objection, misstates his | 10:29:27 |
| 3 | testimony.  You can answer. | 10:29:28 |
| 4 | A        Misstates that I would draw maps. | 10:29:30 |
| 5 | MS. HAMILL:  That you would draw maps. | 10:29:32 |
| 6 | A        (Witness nodding head.) | 10:29:34 |
| 7 | Q        What kind of maps? | 10:29:34 |
| 8 | A        Statewide congressional maps. | 10:29:36 |
| 9 | Q        And so that understanding was reached on | 10:29:39 |
| 10 | July 2nd? | 10:29:41 |
| 11 | A        (Witness nodding head.) | 10:29:44 |
| 12 | Q        Is that correct? | 10:29:46 |
| 13 | A        Yes. | 10:29:46 |
| 14 | Q        Report report your answer? | 10:29:48 |
| 15 | MS. HAMILL Q:  So you listed a number of | 10:29:51 |
| 16 | people earlier.  You listed Eric McLaughlin, Joe | 10:29:53 |
| 17 | Armenta, Jacob Thompson-Fisher. | 10:30:00 |
| 18 | Was there anyone else involved in drawing the | 10:30:01 |
| 19 | maps? | 10:30:03 |
| 20 | MR. MANOLIUS: Objection, lacks foundation and | 10:30:05 |
| 21 | calls for speculation.  You mean at Redistricting | 10:30:07 |
| 22 | Partners or anywhere else. | 10:30:11 |
| 23 | MS. HAMILL Q:  With respect to your work on | 10:30:12 |
| 24 | the proposition 50 maps, was there anyone else involved | 10:30:16 |
| 25 | on your team? | 10:30:19 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          32

```
 1   A         Team being an abstract term of like all the      10:30:21

 2   former employees of Redistricting Partners that might      10:30:25

 3   come together to help draw this whether they were paid     10:30:28

 4   or not?                                                    10:30:30

 5   Q         Yes?                                             10:30:31

 6   A         Daniel Lopez.  I'm not trying to play hide the   10:30:31

 7   ball on anything, but I can't recall other names but       10:30:41

 8   there might have been somebody else that kind of the       10:30:43

 9   extended team that had some input at some point.  Those    10:30:46

10   are the ones that come to mind.  If the another one        10:30:49

11   comes to mind I can tell you later so --                   10:30:52

12   Q         And can you walk me through the process of       10:30:54

13   drawings the Proposition 50 maps?                          10:30:57

14             MR. MANOLIUS: Objection, calls for information   10:30:58

15   that's protected under the Legislative privilege.  I       10:31:00

16   instruct you not to answer.                                10:31:03

17             MS. HAMILL Q:  What factors did you consider     10:31:05

18   while you were drawing the Proposition 50 maps.            10:31:07

19             MR. MANOLIUS:  Same objections.  Don't answer.   10:31:09

20             MS. HAMILL Q:  What was your methodology that    10:31:13

21   you used to draw the Proposition 50 maps?                  10:31:16

22             MR. MANOLIUS: Same objection, don't answer the   10:31:18

23   question.                                                  10:31:20

24             MS. HAMILL Q:  What redistricting platform do    10:31:21

25   you use?                                                   10:31:24
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          33

| | | |
|---|---|---|
| 1 | MR. MANOLIUS:  Objection, vague as to time. | 10:31:24 |
| 2 | MS. HAMILL:  At any time. | 10:31:27 |
| 3 | MR. MANOLIUS: Is that like a -- you mean like | 10:31:29 |
| 4 | computer program?  I am just not very techie. | 10:31:31 |
| 5 | MS. HAMILL:  I'll ask the witness.  Do you | 10:31:34 |
| 6 | understand what I mean when I say -- | 10:31:35 |
| 7 | A        (Witness nodding head.)  Yes, I understand. | 10:31:37 |
| 8 | MS. MANOLIUS:  I am sorry. | 10:31:39 |
| 9 | MS. HAMILL:  There's no instruction not to | 10:31:39 |
| 10 | answer. | 10:31:43 |
| 11 | MR. MANOLIUS: You can answer. | 10:31:44 |
| 12 | THE WITNESS:  There are multiple programs we | 10:31:46 |
| 13 | use, one the primary programs we use is kind of an in | 10:31:48 |
| 14 | house program, I almost couldn't really define it, but | 10:31:52 |
| 15 | Maptitude is one of the other programs that we use, | 10:31:55 |
| 16 | QGIS.  We have at times had employees use State | 10:31:59 |
| 17 | redistricting maps just because it's easy and accessible | 10:32:04 |
| 18 | to experiment with something, and then of course normal | 10:32:07 |
| 19 | programs; Excel, Access, database programs, Tableau. | 10:32:11 |
| 20 | **Q        Do you have a favorite program?** | 10:32:16 |
| 21 | MR. MANOLIUS:  Objection.  Vague as to reason, | 10:32:19 |
| 22 | but -- | 10:32:22 |
| 23 | A        It depends on the use.  My favorite program is | 10:32:22 |
| 24 | probably our internal program that allows us to produce | 10:32:25 |
| 25 | maps quickly. | 10:32:29 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                              34

| | | |
|---|---|---|
| 1 |     MS. HAMILL Q:  Is that something that is | 10:32:30 |
| 2 | proprietary to you something that you created. | 10:32:31 |
| 3 | A    Absolutely, created from scratch. | 10:32:34 |
| **4** | **Q    Is it similar to a Maptitude or a -- to a** | 10:32:36 |
| **5** | **state redistricting map?** | 10:32:39 |
| 6 |     MR. MANOLIUS:  Objection, vague.  Go ahead. | 10:32:40 |
| 7 | A    It -- if you have seen Redistricting Partners | 10:32:42 |
| 8 | map they have a certain look to them.  They all look the | 10:32:45 |
| 9 | same, it's the program that does that, it's the program | 10:32:49 |
| 10 | that makes the maps from a shape file. | 10:32:51 |
| **11** | **Q    Okay.  Does it have a name?** | 10:32:55 |
| 12 | A    Syzygy. | 10:32:57 |
| **13** | **Q    Sygyzy.  Sorry.  How do you spell that?** | 10:32:59 |
| 14 | A    SYGYZY; is that correct. | 10:33:01 |
| **15** | **Q    Is sounds a little like KIWSI, you know it if** | 10:33:05 |
| **16** | **you see it?** | 10:33:08 |
| 17 | A    No, there you go.  No.  Sygyzy is some obscure | 10:33:08 |
| 18 | word that Jacob Thompson-Fisher liked and so that's what | 10:33:13 |
| 19 | he calls it. | 10:33:18 |
| **20** | **Q    So what data was available to you while you** | 10:33:20 |
| **21** | **were drawing the Proposition 50 map?** | 10:33:25 |
| 22 |     MR. MANOLIUS: Same objection, don't answer the | 10:33:28 |
| 23 | question. | 10:33:30 |
| 24 |     MS. HAMILL:  And just to clarify you're | 10:33:30 |
| 25 | objecting on the grounds of legislative privilege. | 10:33:33 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                              35

| 1  | MR. MANOLIUS:  Yes, I am sorry.  Legislative | 10:33:36 |
| 2  | privilege. | 10:33:38 |
| 3  | MS. HAMILL Q:  And what inputs go into the | 10:33:38 |
| 4  | data that you use or went into the data that you used to | 10:33:40 |
| 5  | draw the Proposition 50 maps. | 10:33:44 |
| 6  | MR. MANOLIUS: Same objection.  I instruct you | 10:33:46 |
| 7  | not to answer. | 10:33:48 |
| 8  | MS. HAMILL Q:  Where do you get your data when | 10:33:49 |
| 9  | you're drawing maps. | 10:33:51 |
| 10 | MR. MANOLIUS: Objection, vague as to what maps | 10:33:52 |
| 11 | when. | 10:33:54 |
| 12 | MS. HAMILL:  There's no instruction. | 10:33:58 |
| 13 | A        Oh. | 10:33:59 |
| 14 | MR. MANOLIUS:  As a general manner. | 10:34:00 |
| 15 | A        It depends on the client. | 10:34:03 |
| 16 | In California the law requires you to use the | 10:34:06 |
| 17 | statewide database.  In other states we use just raw | 10:34:09 |
| 18 | census.  And then if we were looking at other data for | 10:34:16 |
| 19 | other purposes there's other sources. | 10:34:20 |
| 20 | I am vice president of a company called | 10:34:21 |
| 21 | Political Data so we don't really use that data much at | 10:34:23 |
| 22 | all but if we were, we would use that for my other | 10:34:27 |
| 23 | company. | 10:34:30 |
| 24 | Q        Is that PDI? | 10:34:30 |
| 25 | A        Uh-huh. | 10:34:31 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                      36

| | | |
|---|---|---|
| 1 | THE REPORTER:  Yes? | 10:34:33 |
| 2 | THE WITNESS:  Yes, it is.  Sorry. | 10:34:35 |
| 3 | MS. HAMILL:   Thank you. | 10:34:35 |
| 4 | THE WITNESS:  And I'm sure there are other | 10:34:38 |
| 5 | sources, like there's -- forget the name.  There's a | 10:34:39 |
| 6 | national redistricting data site that use public, other | 10:34:47 |
| 7 | public sources of data. | 10:34:52 |
| 8 | MS. HAMILL:  And in California, do you produce | 10:34:53 |
| 9 | the political data or do buy it? | 10:34:54 |
| 10 | MR. MANOLIUS: Objection, vague as to time and | 10:34:57 |
| 11 | under what circumstance.  You can answer. | 10:34:59 |
| 12 | THE WITNESS:  When I use Political Data the | 10:35:02 |
| 13 | two main sources would be the statewide database and the | 10:35:07 |
| 14 | other source would be PDI. | 10:35:10 |
| **15** | **Q     And the statewide data base is free; correct?** | 10:35:14 |
| 16 | A     Yes. | 10:35:17 |
| **17** | **Q     Do you use consumer data?** | 10:35:19 |
| 18 | MR. MANOLIUS:  Objection, vague, as a general | 10:35:23 |
| 19 | matter. | 10:35:26 |
| 20 | A     No, I have never used consumer data in any | 10:35:27 |
| 21 | redistricting project that I recall. | 10:35:31 |
| 22 | MS. HAMILL Q:  Does any of the data that you | 10:35:33 |
| 23 | use have racial assumptions built in. | 10:35:35 |
| 24 | MR. MANOLIUS:  Objection, vague as to when and | 10:35:38 |
| 25 | under what circumstances and what project. | 10:35:40 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                        37

| | | |
|---|---|---|
| 1 | THE WITNESS:  Could you clarify racial | 10:35:43 |
| 2 | assumptions, what you mean by that? | 10:35:45 |
| 3 | MS. HAMILL:  Does it have a meaning to you | 10:35:49 |
| 4 | when I say racial assumptions? | 10:35:51 |
| 5 | A     That seems overly broad potentially.  The data | 10:35:53 |
| 6 | that I use includes data on race, if that's what you're | 10:35:56 |
| 7 | asking. | 10:36:00 |
| 8 | Q     Okay.  And what does that look like? | 10:36:00 |
| 9 | MR. MANOLIUS:  Again, vague as to time and | 10:36:03 |
| 10 | project. | 10:36:05 |
| 11 | A     Generally, census data is in two parts.  You | 10:36:07 |
| 12 | have geography and you have data, meaning the counts, | 10:36:11 |
| 13 | and so the data would look like numbers assigned to | 10:36:16 |
| 14 | geographies and then when those two are put together you | 10:36:19 |
| 15 | can use that in redistricting. | 10:36:23 |
| 16 | Q     And so do you work with CVAP for certain | 10:36:25 |
| 17 | racial groups and then put that into geography, | 10:36:29 |
| 18 | generally? | 10:36:33 |
| 19 | MR. MANOLIUS:  Objection, vague as to time and | 10:36:34 |
| 20 | project.  If -- I guess at any time. | 10:36:35 |
| 21 | A     In general, we use the CVAP data that's | 10:36:40 |
| 22 | adjusted by the statewide database that's considered an | 10:36:45 |
| 23 | adjusted data set and that's updated most recent data | 10:36:48 |
| 24 | set we would be using at any time. | 10:36:52 |
| 25 | Q     And you adjust it is to eliminate the prison | 10:36:54 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          38

```
 1  population; is that right?                              10:36:57
 2  A        The prison population reallocation.  It        10:36:57
 3  doesn't eliminate the prison population, it just moves  10:37:00
 4  them in the different sense of smart groups.
 5  Q        Oh, it does?
 6  A        Yeah.  So, like, if some place has 120 people
 7  but the prison population says four people were living
 8  there when they were arrested, it now has 120 more
 9  people.
10  Q        Oh, interesting.
11  A        Yeah, that's a redistricting.                  10:37:15
12  Q        Do you ever decide the election results from   10:37:28
13  precincts and match them to census blocks?             10:37:30
14           MR. MANOLIUS:  Objection.  Vague.  I don't     10:37:32
15  understand the question.                                10:37:33
16           MR. WOODS:  Joine.                             10:37:34
17  A        Basically, I can talk?  Yes.                   10:37:36
18           MS. HAMILL Q:  How do you do that?             10:37:38
19  A        It's technical, but generally what you do is   10:37:41
20  you take a precinct and you disaggregate that precinct  10:37:47
21  data down to the census blocks based on a weighting.    10:37:55
22           Oftentimes the weighting is how many people    10:38:00
23  are in those census blocks or how much -- what the CVAP 10:38:01
24  total population is in that census block or what the    10:38:16
25  total voter count is.                                   10:38:19
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    39

```
 1                  (Reporter clarification.)              10:38:19

 2              In that census block.  So if we had a hundred  10:38:21

 3    votes cast and we needed to assign it to five census  10:38:26

 4    blocks and every census block had 20 people then we  10:38:30

 5    would assign it like that.                           10:38:34

 6              If every census block had one-fifth of the  10:38:35

 7    population we would assign it like that.             10:38:38

 8              However, if one census block had a half of the  10:38:40

 9    population, one census block had a third of the      10:38:43

10    population, the next census block had a sixth of the  10:38:46

11    population and the other two were blank, we would then  10:38:50

12    not assign votes to this blank census blocks, we would  10:38:53

13    assign the votes to the populated census blocks at the  10:38:55

14    appropriate ratio of the weighted field.  So that is a  10:38:58

15    technical answer.                                    10:39:06

16    Q        Does vote by mail impact your data in any way?  10:39:13

17              MR. WOODS:  Objection.  Ambiguous.         10:39:17

18              MR. MANOLIUS:  Objection, vague as to time and  10:39:17

19    project.                                             10:39:19

20    A         One critical way that vote by mail can impact  10:39:19

21    is that when counties report both by mail data in    10:39:23

22    election results separately from the total votes cast in  10:39:26

23    one area, there was an election maybe going black like  10:39:30

24    2008 where some counties didn't report like there wasn't  10:39:35

25    the total vote but there was the vote by mail vote,  10:39:40
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    40

```
 1   things like that, there were irregularities, that's the      10:39:44

 2   only kind of thing.  Generally we just go with the total     10:39:47

 3   vote layer, as long as it's there, with the exception of     10:39:49

 4   one very strange old election result there's, it's           10:39:52

 5   always been fine.  We don't worry.  The vote by mail         10:39:56

 6   doesn't impact it.                                           10:40:00

 7   Q       So we received some documents from the DCCC          10:40:06

 8   in the case.  Are you familiar with the DCCC?                10:40:10

 9   A       Yes.                                                 10:40:12

10   Q       And in these documents they shared some             10:40:13

11   communications between you and people with the DCCC.        10:40:15

12           Have you seen those documents?                      10:40:19

13   A       No.                                                 10:40:20

14   Q       Have you been in contact with the lawyers for      10:40:21

15   the DCCC?                                                   10:40:23

16   A       Not that I'm aware of.                              10:40:25

17   Q       And so in these communications they represent      10:40:27

18   that the DCCC liked the Proposition 50 map that you drew   10:40:33

19   and so I'm wondering, was there a request for proposals    10:40:38

20   himself from the DCCC for the Proposition 50 map?          10:40:41

21           MR. MANOLIUS: Objection.  Lacks foundation.        10:40:45

22           MR. WOODS:  Join.                                   10:40:48

23           MR. MANOLIUS: Vague as to time.  And I am not      10:40:48

24   sure what you mean by like it, but you can answer.          10:40:51

25   A       Could you repeat the question?                      10:40:55
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    41

| | | |
|---|---|---|
| 1 | Q        Was there a request for proposals? | 10:40:56 |
| 2 | A        No. | 10:40:59 |
| 3 | Q        There was no request for proposals from the | 10:41:00 |
| 4 | DCCC for a Prop 50 map? | 10:41:03 |
| 5 | A        No.  And a suggestion would be that we didn't | 10:41:06 |
| 6 | know what Prop 50 was when we were drawing the maps, so | 10:41:09 |
| 7 | you might -- | 10:41:13 |
| 8 | MS. HAMILL:  Okay.  That's a good | 10:41:13 |
| 9 | clarification to make because early when I said when I | 10:41:14 |
| 10 | was trying to sort of establish what we're going to be | 10:41:18 |
| 11 | discussing, when I talk about the Proposition 50 map I'm | 10:41:21 |
| 12 | also talking about the maps that you drew to get there | 10:41:25 |
| 13 | because nobody knew it was called Prop 50 until it | 10:41:27 |
| 14 | actually got to the ballot; right? | 10:41:31 |
| 15 | MR. MANOLIUS: Objection, calls for | 10:41:32 |
| 16 | speculation, lacks foundation.  You can answer. | 10:41:34 |
| 17 | A        Further, we didn't know we were doing a ballot | 10:41:37 |
| 18 | measure necessarily. | 10:41:40 |
| 19 | Q        Okay. | 10:41:41 |
| 20 | A        Or even doing a map that would be real | 10:41:42 |
| 21 | necessarily. | 10:41:44 |
| 22 | Q        Because it started off as a bluff; correct? | 10:41:45 |
| 23 | A        (Witness nodding head.) | 10:41:47 |
| 24 | MR. MANOLIUS:  Objection, calls for | 10:41:48 |
| 25 | information that is protected by the legislative | 10:41:52 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                              42

| | | |
|---|---|---|
| 1 | privilege.  Don't answer the question. | 10:41:54 |
| 2 | MS. HAMILL Q:  Okay.  So let me rephrase.  Was | 10:41:56 |
| 3 | there a request for proposals from the DCCC to draw a | 10:41:59 |
| 4 | new congressional map for California in the summer of | 10:42:03 |
| 5 | 2025? | 10:42:08 |
| 6 | MR. MANOLIUS:  To Mr. Mitchell? | 10:42:10 |
| 7 | MS. HAMILL:  No, just a request for proposals | 10:42:12 |
| 8 | issued that you were are aware. | 10:42:14 |
| 9 | MR. MANOLIUS: Oh. | 10:42:16 |
| 10 | A      I am not aware of that at all. | 10:42:17 |
| 11 | MS. HAMILL:  Was there a request for proposals | 10:42:18 |
| 12 | from the State of California to draw a new congressional | 10:42:20 |
| 13 | map for the State of California in the summer of 2025? | 10:42:23 |
| 14 | MR. MANOLIUS:  To the extent communications | 10:42:27 |
| 15 | were with the Legislature and then we will assert the | 10:42:32 |
| 16 | legislative privilege, don't answer the question.  If | 10:42:35 |
| 17 | there's somebody else made a request of you you can | 10:42:37 |
| 18 | answer. | 10:42:40 |
| 19 | THE WITNESS:  Nobody made a request to me in | 10:42:41 |
| 20 | an official capacity in a way like a request for | 10:42:44 |
| 21 | proposal.  Sorry to go fast.  Nobody -- let me revise | 10:42:46 |
| 22 | that.  I never saw a request for proposal to draw maps | 10:42:51 |
| 23 | from any entity. | 10:42:56 |
| 24 | MS. HAMILL Q:  How did you end up in | 10:42:58 |
| 25 | communication with the DCCC regarding this map that | 10:43:01 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                        43

```
 1    became the Prop 50 map?                              10:43:05

 2              MR. MANOLIUS: Objection, lacks foundation,  10:43:08

 3    calls for speculation and vague as to time.  Go ahead. 10:43:09

 4    A         Could you repeat the question, please.     10:43:14

 5              MS. HAMILL:  Would you mind repeating it for 10:43:16

 6    me?                                                  10:43:17

 7              (Whereupon the record was read as          10:43:17

 8              follows:  "Question:      ")               10:43:17

 9              MR. WOODS:  Objection, lacks foundation.   10:43:31

10              MR. MANOLIUS: I renew my objection.        10:43:33

11    A         My answer is I don't recall.               10:43:36

12              THE REPORTER:  Your answer.                10:43:41

13    A         I don't recall.                            10:43:42

14              MS. HAMILL:                                10:43:44

15              (Whereupon Plaintiff's Exhibit 4           10:43:44

16              was marked for identification.)            10:44:12

17              MS. HAMILL:  I am marking for identification 10:44:12

18    as Exhibit 4 the DCCC response to plaintiff's first set 10:44:18

19    of interrogatories.  Have you seen this document before. 10:44:26

20    A         No.                                        10:44:39

21    Q         I want to direct your attention to page one 10:44:40

22    and take a minute to review it.                      10:44:53

23    A         Okay.                                      10:44:55

24              MR. MANOLIUS: The whole page.              10:44:58

25              MS. HAMILL:  Yes.                          10:44:59
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                            44

```
 1              MR. MANOLIUS: Okay.                          10:45:01

 2              THE WITNESS:  So interrogatory number one the  10:45:06

 3   words here that means that's what they were asked.     10:45:09

 4              MR. MANOLIUS:  The way it works is a question  10:45:11

 5   and a response.                                        10:45:13

 6   A       The response.  All right.                      10:45:13

 7              MR. MANOLIUS:  And we are stopping at the    10:45:59

 8   bottom of the page.                                    10:46:02

 9              MS. HAMILL:  Yes.                            10:46:03

10              MR. MANOLIUS: Because the response continues,  10:46:03

11   it says line 16 on page 2.                             10:46:05

12              MS. HAMILL:  And if you'd prefer to review the  10:46:08

13   entire response to interrogatory number one, that     10:46:11

14   continues on the next page, feel free to do that.     10:46:13

15   A       Okay.                                          10:46:16

16              MR. MANOLIUS: We'll just start with the first  10:46:17

17   part.                                                  10:46:19

18   A       Okay.  I stopped at the bottom of one.         10:46:23

19              MS. HAMILL:  Okay.  And so if you look at page  10:46:25

20   one, line 19, the sentence that begins in the middle of  10:46:28

21   line 19 says, the DCCC reviewed an initial draft of the  10:46:32

22   map for the first time on August 3rd, 2025, and called  10:46:36

23   it the draft map.  And then it says DCCC liked the draft  10:46:41

24   map.  Do you see that?                                 10:46:45

25   A       Yes.                                           10:46:47
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                              45

| | | |
|---|---|---|
| 1 | Q        Does that refresh your recollection about how | 10:46:48 |
| 2 | you first got in touch with the DCCC regarding the map? | 10:46:51 |
| 3 |         MR. MANOLIUS: Objection.  Vague as to time, | 10:46:55 |
| 4 | lacks foundation.  You can answer what you know. | 10:46:57 |
| 5 |         THE WITNESS:  No, it doesn't refresh my | 10:47:01 |
| 6 | memory, because the question here is about when they | 10:47:04 |
| 7 | first saw the map. | 10:47:07 |
| 8 |         MS. HAMILL Q:  Did you provide a copy of the | 10:47:09 |
| 9 | map to the DCCC on August 3rd. | 10:47:11 |
| 10 | A       I have no reason to disbelieve what they have | 10:47:15 |
| 11 | written, but I don't recall. | 10:47:18 |
| 12 | Q        Can you please turn to the next page? | 10:47:20 |
| 13 | A       (Witness complied.) | 10:47:25 |
| 14 | Q        And review the second part of the DCCC | 10:47:28 |
| 15 | response to interrogatory number one. | 10:47:33 |
| 16 | A       The first paragraph. | 10:47:57 |
| 17 |         MR. MANOLIUS:  Through line 16. | 10:47:58 |
| 18 |         MS. HAMILL:  Correct.  Thank you. | 10:48:01 |
| 19 | A       Okay. | 10:48:02 |
| 20 | Q        Yes. | 10:48:04 |
| 21 | Q        Okay.  So according to DCCC in these | 10:48:24 |
| 22 | interrogatory responses, they looked at a draft map that | 10:48:29 |
| 23 | you drew on August 3rd and then they recommended some | 10:48:33 |
| 24 | changes to it, and then August 14th is when your revised | 10:48:36 |
| 25 | map was submitted to the State Legislature.  Does that | 10:48:43 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          46

```
 1   reflect your recollection of how this all transpired?    10:48:47

 2            MR. MANOLIUS: Objection, compound objection,     10:48:50

 3   to the extent you're misstating the document.            10:48:53

 4            And let me add objection, lacks foundation,      10:48:56

 5   calls for speculation.                                    10:48:58

 6            MS. MADDURI:  Join.  Yes.  This is Lali          10:49:03

 7   Madduri.  I represent the DCCC.                           10:49:11

 8            THE REPORTER:  Thank you.                        10:49:13

 9            MS. HAMILL:  Is there --                         10:49:17

10            MR. MANOLIUS:  Can you read the question back?   10:49:18

11   I am sorry.  I lost track.                                10:49:19

12            (Whereupon the record was read as               10:49:19

13            follows:  "Question:      ")                     10:49:43

14            MR. MANOLIUS: Objection.  Lacks foundation,      10:49:43

15   calls for speculation and as to the substance of the any  10:49:45

16   changes, I instruct you not to answer under legislative   10:49:52

17   privilege.                                                10:49:57

18   A        I think you misstated your question.  You        10:50:00

19   meant August 15th.  You said August 14th, for the map     10:50:02

20   being submitted to the Legislature.                       10:50:07

21            MS. HAMILL:  Oh, thank you.  You're right.  So    10:50:09

22   what happened?                                            10:50:12

23   A        To that, to that August 15th, I am aware of      10:50:12

24   that date, to the rest of the dates, I'm just trusting    10:50:15

25   that the DCCC is correct.  I don't recall.               10:50:20
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    47

| | | |
|---|---|---|
| 1 | Q          Okay thank you? | 10:50:22 |
| 2 | A          Is that okay? | 10:50:24 |
| 3 | Q          **Do you recall making changes to the map after** | 10:50:26 |
| 4 | **August 3rd of 2025?** | 10:50:28 |
| 5 | MR. MANOLIUS: Objection, legislative privilege | 10:50:30 |
| 6 | and instruct you not to answer. | 10:50:33 |
| 7 | MS. HAMILL:  And what changes were made to the | 10:50:35 |
| 8 | map between August 3rd and August 14th 062025. | 10:50:36 |
| 9 | MR. MANOLIUS: Same objections.  Don't answer. | 10:50:41 |
| 10 | MS. HAMILL Q:  Did you bring a copy of your | 10:50:44 |
| 11 | August 3rd version of the map with you today. | 10:50:50 |
| 12 | A          (Witness shaking head.)  No. | 10:50:53 |
| 13 | Q          **Did you bring any data files for the** | 10:50:58 |
| 14 | **August 3rd map?** | 10:51:03 |
| 15 | A          No. | 10:51:05 |
| 16 | MR. MANOLIUS: And again just to point out our | 10:51:05 |
| 17 | objection covered this material. | 10:51:07 |
| 18 | MS. HAMILL Q:  And what considerations did you | 10:51:09 |
| 19 | make when deciding which of the DCCC proposed changes to | 10:51:11 |
| 20 | incorporate in the map. | 10:51:16 |
| 21 | MR. MANOLIUS: Same objections, I instruct you | 10:51:17 |
| 22 | not to answer. | 10:51:19 |
| 23 | MS. HAMILL Q:  Did you consider race at all in | 10:51:20 |
| 24 | reviewing the proposed changes from the DCCC and making | 10:51:27 |
| 25 | changes to the map. | 10:51:32 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          48

 1            MR. MANOLIUS: Same objections.  I instruct you          10:51:33

 2    not to answer under legislative privilege.                      10:51:35

 3            MS. HAMILL Q:  Isn't it true that the changes           10:51:37

 4    you made after August 3rd and before August 14th were          10:51:39

 5    designed to preserve a racial quota or a racial target         10:51:43

 6    in certain districts in the Proposition 50 map?                10:51:50

 7            MR. MANOLIUS: Same objections.  I am going to           10:51:53

 8    add lacks foundation, calls for speculation and I              10:51:54

 9    instruct you not to answer under legislative privilege.        10:51:57

10            MS. HAMILL Q:  Can you walk me through all of           10:52:00

11    the changes that you made between the draft map on             10:52:02

12    August 3rd and the submitted map on August 14th.              10:52:06

13            MR. MANOLIUS: Objection, calls for a narrative          10:52:09

14    and also lacks foundation and I instruct you not to            10:52:11

15    answer due to legislative privilege.                           10:52:15

16            MS. HAMILL Q:  What people and groups were you          10:52:17

17    talking to during this period of time as you were making      10:52:19

18    goes changes to the map after August 3rd?                      10:52:22

19            MR. MANOLIUS: Objection, lacks foundation.             10:52:24

20    You can certainly ask him who he talked to, but not the        10:52:26

21    purpose of the communications so with that understanding       10:52:29

22    if you talked to anybody about it you can tell counsel         10:52:32

23    who.  And just for the time period just to make sure,          10:52:37

24    okay, August 3rd to 14th.                                      10:52:45

25            MS. HAMILL:  Correct.                                  10:52:47

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                        49

| | | |
|---|---|---|
| 1 | MR. MANOLIUS: Sorry.  Thank you.  And again, | 10:52:47 |
| 2 | the two dates, the third through the 14th or 15th. | 10:52:52 |
| 3 | A        In all honesty, I don't recall for those | 10:52:56 |
| 4 | particular dates of exactly who I would have talked the | 10:53:00 |
| 5 | during the that time beyond the Redistricting Partners | 10:53:06 |
| 6 | staff. | 10:53:10 |
| 7 | **Q        Can you give me your best estimate generally** | 10:53:10 |
| 8 | **within that rough time period of who you were talking to** | 10:53:12 |
| 9 | **when you were making changes to the map?** | 10:53:16 |
| 10 | MR. MANOLIUS:  Again, lacks foundation with | 10:53:18 |
| 11 | regard to the making changes to the map as being | 10:53:20 |
| 12 | associated with any specific conversation.  With that | 10:53:23 |
| 13 | understanding and without undermining legislative | 10:53:26 |
| 14 | privilege you can answer who you recall talking to | 10:53:30 |
| 15 | during that time period, about redistricting. | 10:53:35 |
| 16 | A        Can I ask my attorney a question.  I don't | 10:53:38 |
| 17 | know how this works. | 10:53:41 |
| 18 | MR. MANOLIUS:  No.  You can't.  I mean I would | 10:53:41 |
| 19 | love you to but no, you can't. | 10:53:44 |
| 20 | THE WITNESS:  I spoke to Redistricting | 10:53:47 |
| 21 | Partners staff during this period of time, probably | 10:53:55 |
| 22 | spoke to my wife a few times.  During this period of | 10:53:59 |
| 23 | time, I believe that was when I spoke with Dustin | 10:54:04 |
| 24 | Corcoran, a friend of mine, just personal friend.  There | 10:54:08 |
| 25 | are legislative staff that I spoke with.  I don't know | 10:54:14 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    50

```
 1   if I'm allowed to State who those people are.         10:54:17

 2           MR. MANOLIUS:  You can answer who but not what  10:54:21

 3   you talked about.                                      10:54:23

 4   A       Okay.  Michael Wagaman, Steve Omara.          10:54:24

 5           MS. HAMILL:  And I am sorry as you're going    10:54:29

 6   through this list --                                   10:54:30

 7   A       Yeah.                                          10:54:31

 8   Q       -- would you mind sharing with me the         10:54:31

 9   legislators who he worked for, the names of the       10:54:34

10   legislator?                                            10:54:36

11   A       Yeah.                                          10:54:37

12           MR. MANOLIUS: If you know.                     10:54:37

13           THE WITNESS:  And I apologize if I'm not going 10:54:38

14   to get everybody I'll do my best to answer.            10:54:41

15           MS. HAMILL:  Sure.                             10:54:43

16   A       Steve Omara, the chief of staff to assembly   10:54:44

17   speaker Rivas, Jason -- I am blanking, starts with an L, 10:54:48

18   little, Lytle, with the chief of staff for the pro tem 10:54:56

19   of the State Senate, Michael Wagaman, who is -- works  10:54:59

20   for the legislature broadly, Jeff Gozzo, G-o-z-z-o, who 10:55:06

21   works for the Legislature, State Senate, I believe,    10:55:19

22   multiple members of Congress, maybe a few different    10:55:26

23   legislators, Christopher Kabalkin, local legislator.   10:55:39

24   Matt Weiner who used to work for the congressional     10:55:50

25   delegation.  Staff to members of Congress.  And I      10:55:55
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                            51

```
 1    probably told a handful of reporters that I couldn't       10:56:09

 2    talk to them.                                              10:56:12

 3    Q        Did you talk to any advocacy groups?              10:56:13

 4             MR. MANOLIUS: During the same time period,        10:56:15

 5    August 3rd to August 15th.                                 10:56:17

 6             MS. HAMILL:  Yes.                                  10:56:19

 7             MR. WOODS:  Objection.  Vague.                     10:56:20

 8             MR. MANOLIUS: Same objection.  And I am            10:56:21

 9    assuming about what, about redistricting?                  10:56:24

10    A        Do you want to say about the Prop 50 maps.        10:56:28

11             MS. HAMILL:  Yes.                                  10:56:31

12    A        Yes, I did talk to a number of different          10:56:32

13    advocacy groups.                                           10:56:35

14             MR. MANOLIUS:  That's it.  That's the answer.     10:56:40

15    The question is whether you had or not.                    10:56:43

16             MS. HAMILL:  Can you list them for me.            10:56:45

17    A        I'm afraid that I might not be comprehensive.     10:56:46

18             MS. HAMILL:  Sure.                                 10:56:50

19    A        But I can do my best.  During that period of      10:56:50

20    time prior to the maps beings submitted to the             10:56:54

21    Legislature, I spoke with, does spoke with mean include    10:57:01

22    like sending e-mail, getting an e-mail from.               10:57:08

23    Q        Yes?                                               10:57:11

24    A        So I received some unsolicited e-mails from       10:57:12

25    different groups.                                           10:57:16
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    52

| | | |
|---|---|---|
| 1 | Q          And were these groups attempting to sway your | 10:57:18 |
| 2 | actions? | 10:57:21 |
| 3 |          MR. MANOLIUS: Objection. | 10:57:22 |
| 4 | A          I can't speak to the content. | 10:57:23 |
| 5 |          MR. MANOLIUS: Yeah.  It calls for information | 10:57:24 |
| 6 | that's privileged under the legislative privilege.  I | 10:57:26 |
| 7 | instruct you not to answer. | 10:57:29 |
| 8 |          MR. MANOLIUS: Wait for the next question. | 10:57:33 |
| 9 | A          I still haven't answered her first question. | 10:57:34 |
| 10 |          MR. MANOLIUS: Okay. | 10:57:39 |
| 11 |          THE WITNESS:  So, NDRC, do you need what that | 10:57:40 |
| 12 | stands for, national -- NDRC. | 10:57:48 |
| 13 |          MS. HAMILL:  ( Shaking head.) | 10:57:55 |
| 14 | A          Catalyst California, Asian Law Caucus, OC | 10:57:56 |
| 15 | Action, Delores Huerta Foundation, I'm traveling up and | 10:58:13 |
| 16 | down the state thinking about different groups up and | 10:58:33 |
| 17 | down the state that I might have talked to, Black Power | 10:58:36 |
| 18 | Network -- oh, and then I'd say multiple democratic | 10:58:38 |
| 19 | party like county democratic party, different counties, | 10:58:52 |
| 20 | so it might just be an umbrella. | 10:58:56 |
| 21 |          And to amend my earlier response about people | 10:59:03 |
| 22 | I forgot to mention political consultants and pollsters. | 10:59:06 |
| 23 | So I am sorry if I forgot that earlier. | 10:59:14 |
| 24 | Q          Okay.  So according to these DCCC responses to | 10:59:16 |
| 25 | the interrogatories that we have marked as Exhibit 4, on | 10:59:23 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    53

```
 1   August 14th the DCCC bought your revision of the        10:59:28

 2   August 3rd map.                                          10:59:33

 3              Does that comport with your recollection of    10:59:34

 4   what transpired?                                         10:59:36

 5              MR. MANOLIUS: Where is that line --           10:59:37

 6              MS. HAMILL:  It's on page 2.                  10:59:54

 7              MR. MANOLIUS: Uh-huh.                         10:59:56

 8              MS. HAMILL:  Line 11 to 12.                   10:59:57

 9              MR. MANOLIUS: Okay.  On the same day.  I have 10:59:59

10   got that.                                                11:00:02

11   A         That aligns with my understanding.            11:00:03

12              MS. HAMILL Q:  And how much did they pay for  11:00:07

13   it?                                                      11:00:09

14   A         I think -- I mean, I think I know the answer.  11:00:09

15   $108,000.                                                11:00:19

16   Q         Did anyone else pay you for the map?           11:00:21

17   A         The identifying the structure of the payments 11:00:24

18   for the map was only the DCCC, only the DCCC paid me for 11:00:33

19   the map.                                                 11:00:38

20              MS. HAMILL:  I am going to mark as Exhibit 5 a 11:01:18

21   document entitled Political Consulting Agreement, begins 11:01:21

22   at the bottom with a Bates stamp of DCCC 000183 and goes 11:01:26

23   through DCCC 000192.                                     11:01:34

24              (Whereupon Plaintiff's Exhibit 5             11:01:34

25              was marked for identification.)              11:01:46
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                              54

```
 1              MR. WOODS:  This is five?                    11:01:46

 2              MR. MEUSER:  This is five.                   11:01:48

 3              MS. HAMILL:  Have you seen this document     11:02:03

 4    before.                                               11:02:06

 5    A       Yes.                                           11:02:06

 6    Q       And what is this document?                    11:02:06

 7    A       This is a contract for services and to clarify 11:02:07

 8    my earlier statement, my understanding of clarification 11:02:11

 9    DCCC paid me for the map, that was the way that they  11:02:14

10    chose to clarify it.  I believe the other parties to  11:02:17

11    this were paying for my services, my consulting       11:02:21

12    services, so I don't know how they, you asked me how  11:02:25

13    they characterized it so that's how I've seen it, DCCC 11:02:28

14    has characterized it as they were paying me for the map 11:02:32

15    and I don't know how the other groups would characterize 11:02:35

16    the agreement.                                         11:02:37

17    Q       And those other groups are the house majority  11:02:38

18    pack?                                                  11:02:41

19    A       And Jeffries for Congress.                     11:02:42

20    Q       Jeffries for Congress.  So those two entities  11:02:44

21    did not pay you for the map?                           11:02:47

22              MR. MANOLIUS: Objection, calls for speculation 11:02:49

23    as to what they were thinking but you can give your    11:02:51

24    understanding.                                         11:02:55

25    A       The only entity that is claimed they paid for  11:02:55
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    55

| | | |
|---|---|---|
| 1 | the map was the DCCC I had a contract for. | 11:02:59 |
| 2 | MS. HAMILL:  What was. | 11:03:02 |
| 3 | A        Services with three different groups included | 11:03:02 |
| 4 | on this. | 11:03:05 |
| 5 | Q        And what was your understanding of your | 11:03:05 |
| 6 | obligation under this agreement because I notice it's | 11:03:08 |
| 7 | lacking a scope of work? | 11:03:11 |
| 8 | MR. MANOLIUS: Objection, calls for a legal | 11:03:12 |
| 9 | conclusion.  But you can give your understanding. | 11:03:14 |
| 10 | A        My understanding of the scope of work was in | 11:03:17 |
| 11 | two parts.  It was early creation of potential maps and | 11:03:21 |
| 12 | then a more fulsome creation of a final map. | 11:03:28 |
| 13 | Q        And how was that scope of work relaid to you? | 11:03:34 |
| 14 | MR. MANOLIUS: Objection, lacks foundation, | 11:03:39 |
| 15 | calls for speculation.  If you know. | 11:03:41 |
| 16 | THE WITNESS:  Through staff. | 11:03:43 |
| 17 | MS. HAMILL:  Through telephone calls. | 11:03:45 |
| 18 | A        Yeah, or -- yeah, probably. | 11:03:48 |
| 19 | Q        Is it in writing anywhere? | 11:03:50 |
| 20 | A        I don't think so. | 11:03:52 |
| 21 | Q        And so this political consultant agreement or | 11:03:54 |
| 22 | consulting agreement says that it's entered into | 11:04:01 |
| 23 | effective as of July 15th, 2025, so that's 13 days after | 11:04:04 |
| 24 | that initial July 2nd conversation you said you had with | 11:04:09 |
| 25 | the chief of staff to speaker Rivas; correct? | 11:04:14 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                            56

| | | |
|---|---|---|
| 1 | A          What date was that on? | 11:04:19 |
| 2 |            MR. MANOLIUS:  For the instruction | 11:04:21 |
| 3 |            MS. HAMILL:  I am looking at the first | 11:04:23 |
| 4 | paragraph of the agreement. | 11:04:25 |
| 5 | A          Okay.  Okay.  Then yes, it does say July 15th. | 11:04:26 |
| **6** | **Q          Do you recall doing work have under this** | 11:04:29 |
| **7** | **contract prior to July 15th?** | 11:04:32 |
| 8 | A          No. | 11:04:34 |
| **9** | **Q          Do you know if anyone else submitted maps to** | 11:04:39 |
| **10** | **the legislative portal that was opened on August 14th by** | 11:05:02 |
| **11** | **the State Legislature?** | 11:05:06 |
| 12 | A          I don't have any personal knowledge of, if | 11:05:08 |
| 13 | that happened. | 11:05:11 |
| **14** | **Q          Are you aware?** | 11:05:12 |
| 15 | A          I know comments were submitted.  I don't know | 11:05:15 |
| 16 | that other maps were submitted. | 11:05:18 |
| **17** | **Q          Is it your understanding that the Legislature** | 11:05:19 |
| **18** | **was going to implement your map regardless of whether** | 11:05:22 |
| **19** | **other maps were submitted?** | 11:05:25 |
| **20** | MR. MANOLIUS: Objection, calls for | 11:05:26 |
| **21** | speculation, lacks foundation.  You can answer. | 11:05:28 |
| **22** | MR. WOODS:  Same objection. | 11:05:30 |
| **23** | THE WITNESS:  I didn't have a written | 11:05:32 |
| **24** | agreement from them but I expected that to be the case, | 11:05:36 |
| **25** | yeah. | 11:05:39 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                              57

| | | |
|---|---|---|
| 1 | MS. HAMILL Q: Are you aware of the | 11:05:39 |
| 2 | Legislature considering any other maps from any other | 11:05:45 |
| 3 | people. | 11:05:49 |
| 4 | MR. MANOLIUS: Objection, lacks foundation, | 11:05:50 |
| 5 | calls for speculation. You can answer, if you know. | 11:05:53 |
| 6 | MR. WOODS: Join. | 11:05:56 |
| 7 | THE WITNESS: I'm aware that other people | 11:05:57 |
| 8 | were -- I'm aware that legislators were looking at other | 11:06:01 |
| 9 | maps, whether they were maps on Twitter, maps that other | 11:06:06 |
| 10 | people were sending to them, but I wasn't apart of any | 11:06:09 |
| 11 | of those discussions. | 11:06:12 |
| **12** | **Q      Are you aware of any groups submitting maps** | 11:06:13 |
| **13** | **like advocacy groups submitting maps to the Legislature?** | 11:06:17 |
| 14 | A      I'm not aware of that. | 11:06:22 |
| **15** | **Q      Do you know if the map that was submitted to** | 11:06:24 |
| **16** | **the portal on August 14th is the same map that went onto** | 11:06:41 |
| **17** | **Proposition 50?** | 11:06:46 |
| 18 | A      50? You keep saying 14th on accident, you | 11:06:47 |
| 19 | mean 15th. | 11:06:51 |
| **20** | **Q      Was it not submitted to the portal on the** | 11:06:52 |
| **21** | **14th?** | 11:06:55 |
| 22 | A      Oh, I think you want to check that. | 11:06:56 |
| **23** | **Q      You're right. Thank you Mr. Mitchell?** | 11:07:03 |
| 24 | A      That's all right. | 11:07:05 |
| **25** | **Q      August 15th.** | 11:07:06 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                              58

| | | |
|---|---|---|
| 1 | MR. MANOLIUS:  So what's the question again? | 11:07:07 |
| 2 | I lost it. | 11:07:09 |
| 3 | MS. HAMILL Q:  I'll rephrase it.  Do you know | 11:07:11 |
| 4 | if the map that was submitted on August 15th is the same | 11:07:18 |
| 5 | map that went to the voters with Proposition 50?  Were | 11:07:23 |
| 6 | there any changes made between that map. | 11:07:31 |
| 7 | A        There were changes made. | 11:07:32 |
| 8 | MR. MANOLIUS: Wait, wait, wait.  Objection. | 11:07:34 |
| 9 | A        Calls for speculation, lacks foundation and to | 11:07:36 |
| 10 | the extent changes were made in the legislative process | 11:07:43 |
| 11 | I'd instruct you not to answer under legislative | 11:07:47 |
| 12 | privilege. | 11:07:50 |
| 13 | MS. HAMILL Q:  If changes were made to the map | 11:07:51 |
| 14 | that was submitted on August 15th, wouldn't those have | 11:07:58 |
| 15 | been made in a public session. | 11:08:02 |
| 16 | MR. MANOLIUS: Objection, calls for | 11:08:06 |
| 17 | speculation, lacks foundation.  If you know. | 11:08:08 |
| 18 | THE WITNESS:  There were media reports that a | 11:08:10 |
| 19 | map, that the map was changed so I had have to go into | 11:08:15 |
| 20 | the legislative process but there were media reports | 11:08:19 |
| 21 | there were very minute changes to the map, technical | 11:08:23 |
| 22 | changes made to the map before it was put on the ballot. | 11:08:24 |
| 23 | Q        Do you know what those technical changes were? | 11:08:27 |
| 24 | MR. MANOLIUS:  Objection, lacks foundation, | 11:08:30 |
| 25 | calls for speculation and calls for information that is | 11:08:31 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    59

 1   protected under the legislative privilege.                11:08:34

 2   A           Are you telling me not to answer?             11:08:36

 3               MR. MANOLIUS:  Yes, sorry.                    11:08:38

 4               MS. HAMILL:  What did you read about what     11:08:39

 5   those technical changes were?                             11:08:40

 6               MR. MANOLIUS: You mean public press accounts. 11:08:42

 7               MS. HAMILL:  Yes.                             11:08:45

 8               MR. MANOLIUS: Compound question, calls for    11:08:46

 9   speculation and lacks foundation but you can answer what  11:08:54

10   you saw in the media.                                     11:08:58

11   A           In the media generally I don't recall if it  11:08:59

12   was in a news article or if it was just something that    11:09:02

13   was said on Twitter or something like that, a single      11:09:04

14   census block in city of Commerce and then adjustment of   11:09:11

15   the boundary in Santa Ana that was, you know, several     11:09:15

16   census blocks, minuscule technical changes.  At some      11:09:20

17   point I want to take a break if I can, just because.      11:09:34

18   Q           Do you want to take a break right now?        11:09:37

19   A           Yeah, that would be great.                    11:09:38

20               THE VIDEOGRAPHER:  The time is 11:09 a.m.  We 11:09:40

21   are going off the record.                                 11:09:43

22               (Whereupon a recess was taken.)               11:21:35

23               THE VIDEOGRAPHER:  All right.  We are back on 11:21:35

24   the record.  The time is 11:22 a.m. and this marks the    11:22:08

25   beginning of videotape number two in the deposition of    11:22:13

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                              60

```
 1   Paul Mitchell which is being taken at Hansen Bridgett    11:22:17

 2   LLP 500 Capitol Mall, Suite 1500, Sacramento,           11:22:20

 3   California.  The videographer is Nicholas Coulter on    11:22:25

 4   behalf of Array Legal Services.  The time is, yes, 11:22  11:22:30

 5   a.m.                                                    11:22:38

 6        MS. HAMILL Q:  All right.  I am marking as        11:22:38

 7   Exhibit 6 a section of the production from the DCCC the  11:22:42

 8   documents are numbered at the bottom Bates number DCCC  11:22:49

 9   00005, through DCCC 00009.                              11:22:54

10        (Whereupon Plaintiff's Exhibit 6                  11:22:54

11        was marked for identification.)                   11:23:09

12   A    Do you need this one back?                        11:23:09

13   Q    Yeah.  Can you take just a minute or two to       11:23:12

14   familiarize yourself with this document, please?       11:23:29

15        MR. MANOLIUS: Do you have another one.            11:23:31

16        MR. MEUSTER:  Here, I'll give you this one.       11:23:33

17        MR. MANOLIUS: That's okay.                        11:23:35

18        MR. MEUSER:  I have one in here so I'm not        11:23:36

19   worried yet.                                           11:23:39

20        THE WITNESS:  Okay.  That was confusing, I        11:23:58

21   thought it was going in the opposite order because it  11:25:12

22   was going --                                           11:25:14

23        MS. HAMILL Q:  Have you seen the document, on     11:25:16

24   the first page, which is marked in the Bates number    11:25:20

25   ending in five, have you seen this document before?    11:25:23
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                              61

```
 1              MR. MANOLIUS: Objection.  So is this naturally    11:25:26

 2   occurring in this --                                        11:25:29

 3   A       No.                                                 11:25:31

 4              MR. MANOLIUS:  -- packet.  This is a question     11:25:32

 5   for counsel, because I see a cover letter, but then         11:25:34

 6   there's other things on the back.  Are -- is this a         11:25:37

 7   packet of information or is it just a number of things      11:25:41

 8   stuck together?                                             11:25:44

 9              MS. HAMILL Q:  Do you recognize this set of       11:25:45

10   documents as an e-mail chain between you and the DCCC       11:25:47

11   including a .pdf of the DCCC cover letter that went to      11:25:53

12   the State Legislature?                                      11:25:57

13              MR. MANOLIUS: Same objection.  It's very hard     11:25:58

14   for me to advise and object when I'm not sure if these      11:26:01

15   all go together at once or not so if you can make that      11:26:04

16   representation it would be helpful.  You can answer if      11:26:07

17   you understand.                                             11:26:12

18   A       Are you saying that this I con here that says       11:26:13

19   c A maps submission letters on the cover that this is       11:26:16

20   all of the e-mails.                                         11:26:20

21              MS. HAMILL:  I would like to avoid testifying     11:26:21

22   since I am not under oath here but these are not our        11:26:23

23   documents these were produced to us, so I'm wondering if    11:26:25

24   you recall this communication what in you're exchanging     11:26:29

25   e-mails with the DCCC.                                      11:26:31
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    62

| | | |
|---|---|---|
| 1 | A      I recall the communication of these e-mails | 11:26:33 |
| 2 | that are behind the letter that they sent to the | 11:26:35 |
| 3 | legislature. | 11:26:38 |
| 4 | **Q      And do you recognize this letter that's the** | 11:26:38 |
| 5 | **first page of this set of documents?** | 11:26:40 |
| 6 | A      Yes. | 11:26:42 |
| 7 | **Q      Marked ending in the number five?** | 11:26:42 |
| 8 | A      Yes. | 11:26:44 |
| 9 | **Q      You've seen this letter before?** | 11:26:44 |
| 10 | A      Yes. | 11:26:46 |
| 11 | **Q      And --** | 11:26:47 |
| 12 | MR. WOODS:  Mr. Mitchell if you could wait | 11:26:49 |
| 13 | until she finishes her question -- | 11:26:51 |
| 14 | A      Sorry.  Thank you. | 11:26:53 |
| 15 | MS. HAMILL Q:  And what is your understanding | 11:26:56 |
| 16 | of this letter that's in the front. | 11:26:59 |
| 17 | MR. MANOLIUS: Objection, irrelevant.  You can | 11:27:01 |
| 18 | answer if you you have an understanding. | 11:27:05 |
| 19 | A      This is a letter that would be attached to the | 11:27:07 |
| 20 | draft maps and sent into the portal as a zipped file of | 11:27:11 |
| 21 | some kind. | 11:27:15 |
| 22 | MS. HAMILL:  Okay.  And so it's your | 11:27:16 |
| 23 | understanding that this was a letter that the DCCC | 11:27:17 |
| 24 | submitted with the maps that you drew into the | 11:27:20 |
| 25 | legislative portal on August 15th. | 11:27:23 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    63

| | | |
|---|---|---|
| 1 | MR. MANOLIUS: Objection, lacks foundation. | 11:27:25 |
| 2 | Calls for speculation and to the extent you're asking | 11:27:28 |
| 3 | for what's transmitted to the Legislature that's covered | 11:27:31 |
| 4 | by legislative immunity, legislative privilege and don't | 11:27:35 |
| 5 | answer that portion of the question. | 11:27:38 |
| 6 | MS. HAMILL:  Isn't the legislative portal | 11:27:42 |
| 7 | public? | 11:27:45 |
| 8 | A       Are you asking me that question? Yes, yes, it | 11:27:48 |
| 9 | is. | 11:27:51 |
| 10 | Q       **Yes, it is public.  Are you still going to** | 11:27:51 |
| 11 | **stand on the privilege?** | 11:27:53 |
| 12 | MR. MANOLIUS: Again, I just -- what's | 11:27:54 |
| 13 | submitted, yes, I'll stand on the privilege.  The fact | 11:27:56 |
| 14 | that it was submitted is fine for him to answer, that's | 11:27:59 |
| 15 | the distinction I was drawing upon. | 11:28:02 |
| 16 | THE WITNESS:  Yes. | 11:28:04 |
| 17 | MS. HAMILL Q:  Okay.  So let's go through | 11:28:05 |
| 18 | these e-mails, and it is an odd e-mails chain that goes. | 11:28:10 |
| 19 | A       The inverse way I thought it was. | 11:28:16 |
| 20 | Q       **Correct.** | 11:28:18 |
| 21 | MR. MANOLIUS: Yes. | 11:28:19 |
| 22 | A       Sorry. | 11:28:19 |
| 23 | MS. HAMILL Q:  Again, these are not mine.  I | 11:28:20 |
| 24 | did not produce these.  So it looks like we start, I'm | 11:28:23 |
| 25 | looking at the second page of this Exhibit 6, the bottom | 11:28:28 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                              64

| | | |
|---|---|---|
| 1 | of the page ends in the number 6. | 11:28:33 |
| 2 | A       Uh-huh. | 11:28:35 |
| 3 | Q       We start on August 15th at 5:42 p.m. Julie | 11:28:36 |
| 4 | Merz is saying Paul here is final lawyer approved | 11:28:42 |
| 5 | language for the cover letter, will send an updated | 11:28:45 |
| 6 | version on DCCC letterhead in a few minutes.  Do you | 11:28:49 |
| 7 | recall receiving that e-mail? | 11:28:53 |
| 8 | A       Yes, and I'd like to clarify that's Eastern | 11:28:54 |
| 9 | Standard Time. | 11:28:58 |
| 10 | Q       Okay.  And then you respond at 5:56 Eastern | 11:28:58 |
| 11 | Standard Time you say thank you, at this point I will | 11:29:07 |
| 12 | take it.  Thank you.  Paul.  Were you sort of | 11:29:09 |
| 13 | exasperated at that point? | 11:29:13 |
| 14 | MR. MANOLIUS:  Objection, relevance.  Lacks | 11:29:16 |
| 15 | foundation.  Calls for speculation.  You can answer. | 11:29:21 |
| 16 | THE WITNESS:  I characterize that as being at | 11:29:24 |
| 17 | the end of a very long process. | 11:29:30 |
| 18 | MS. HAMILL:  Were you unhappy with the letter | 11:29:33 |
| 19 | that the DCCC submitted to the Legislature. | 11:29:35 |
| 20 | MR. MANOLIUS: Objection, relevance. | 11:29:38 |
| 21 | A       No. | 11:29:40 |
| 22 | MR. MANOLIUS: Lacks foundation, calls for | 11:29:40 |
| 23 | speculation, you can answer. | 11:29:42 |
| 24 | A       No, I just was tired. | 11:29:44 |
| 25 | MS. HAMILL:  So turning to the third page of | 11:29:49 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                              65

| | | |
|---|---|---|
| 1 | this exhibit the bottom of the page end in the number | 11:30:06 |
| 2 | seven, about a little more than halfway down the page | 11:30:10 |
| 3 | there's an August 15th e-mail at 5:56 p.m. from Julie | 11:30:12 |
| 4 | Merz to you and she said and attached is the .pdf | 11:30:19 |
| 5 | version on letterhead with metadata stripped.  Please | 11:30:23 |
| 6 | attach this version to your zip file with all the goods. | 11:30:26 |
| 7 | Send it back to us and we can then give you back your | 11:30:29 |
| 8 | freedom.  What was she referring to. | 11:30:32 |
| 9 | MR. MANOLIUS: Objection, calls for | 11:30:36 |
| 10 | speculation, lacks foundation.  You can answer. | 11:30:38 |
| 11 | MR. WOODS:  Join. | 11:30:40 |
| 12 | THE WITNESS:  There's two things there that | 11:30:41 |
| 13 | you're asking.  Are you asking about what metadata | 11:30:45 |
| 14 | stripped is referring to or what freedom is referring | 11:30:48 |
| 15 | to. | 11:30:51 |
| **16** | **Q      Yes.  Let's start with metadata stripped?** | 11:30:51 |
| 17 | A      That means that they were taking off the .pdf, | 11:30:54 |
| 18 | the properties to show like what computer it was created | 11:30:59 |
| 19 | on, who created it, so that would have been their choice | 11:31:03 |
| 20 | to do that when they produced the document. | 11:31:07 |
| **21** | **Q      The cover letter?** | 11:31:10 |
| 22 | A      Uh-huh. | 11:31:11 |
| **23** | **Q      And then what did does she mean by give you** | 11:31:15 |
| **24** | **back your freedom?** | 11:31:17 |
| 25 | MR. MANOLIUS: Same objections. | 11:31:18 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          66

| | | |
|---|---|---|
| 1 | A       Just that it had been a long process. | 11:31:19 |
| **2** | **Q       How long was the process?** | 11:31:22 |
| 3 | A       It was, you know, roughly a month, but most | 11:31:25 |
| 4 | condensed into the last two weeks. | 11:31:31 |
| **5** | **Q       How many hours did you put into the process?** | 11:31:33 |
| 6 | MR. MANOLIUS:  You can answer.  I mean vague | 11:31:38 |
| 7 | as to time as to when but if you're talking about the | 11:31:40 |
| 8 | last two weeks or if you're talking about the whole | 11:31:43 |
| 9 | process. | 11:31:45 |
| 10 | A       Last two weeks was probably 15, 16 hours a | 11:31:45 |
| 11 | day. | 11:31:51 |
| 12 | MS. HAMILL:  Do you have an estimate of total | 11:31:52 |
| 13 | hours that you put into this project and when I say this | 11:31:54 |
| 14 | project I am referring to what became the Prop 50 map. | 11:31:56 |
| 15 | MR. MANOLIUS: Say from July 2nd onward.  I'll | 11:31:59 |
| 16 | object as to vague. | 11:32:03 |
| 17 | THE WITNESS:  I don't, I don't recall. | 11:32:06 |
| 18 | MS. HAMILL Q:  200 hours? | 11:32:09 |
| 19 | MR. MANOLIUS: Same objection.  Calls for | 11:32:11 |
| 20 | speculation. | 11:32:13 |
| 21 | A       I would have to sit down with a piece of paper | 11:32:14 |
| 22 | and physician out what 200 hours is and how much time | 11:32:16 |
| 23 | that is per day, so I don't know. | 11:32:19 |
| 24 | MS. HAMILL:  Okay.  But it was your full-time | 11:32:21 |
| 25 | job from July 2nd through August 15th. | 11:32:24 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                              67

| | | |
|---|---|---|
| 1 | A          No. | 11:32:26 |
| **2** | **Q          What else were you doing then?** | 11:32:26 |
| 3 | A          I work for a Political Data.  I'm the | 11:32:28 |
| 4 | vice-president. | 11:32:31 |
| **5** | **Q          Were you working full time at PDI during this** | 11:32:31 |
| **6** | **time?** | 11:32:35 |
| 7 | A          I was technically for the last two weeks I was | 11:32:35 |
| 8 | on a vacation, because I had planned a vacation as | 11:32:38 |
| 9 | people all know famously. | 11:32:42 |
| **10** | **Q          But before that vacation time were you going** | 11:32:45 |
| **11** | **into an office for PDI?** | 11:32:48 |
| 12 | A          I work from home. | 11:32:51 |
| **13** | **Q          Okay.  Were you working full time for PDI from** | 11:32:52 |
| **14** | **home during this period of time?** | 11:32:56 |
| 15 | A          I'm a full-time employee but it's not like I | 11:32:57 |
| 16 | clock hours so if there are other projects I'm working | 11:33:01 |
| 17 | on it is understood by the company that I'm working on | 11:33:04 |
| 18 | other projects. | 11:33:07 |
| **19** | **Q          Going back to this e-mail and we're on the** | 11:33:08 |
| **20** | **page that ends in number seven, the second full** | 11:33:10 |
| **21** | **paragraph of the 5:56 p.m. e-mail says the talking** | 11:33:14 |
| **22** | **points will be more expansive and incorporate more of** | 11:33:19 |
| **23** | **your helpful context.  Do you know if she is referring** | 11:33:22 |
| **24** | **to talking points in the DCCC letter or is she talking** | 11:33:25 |
| **25** | **to other talking points?** | 11:33:28 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          68

```
 1            MR. MANOLIUS: Objection, calls for          11:33:29
 2   speculation, vague as to time, lacks foundation, you can  11:33:31
 3   answer.                                                11:33:36
 4            MR. WOODS:  Join.                             11:33:36
 5            THE WITNESS:  I don't recall.                 11:33:43
 6            MS. HAMILL Q:  Did the DCCC give you talking  11:33:47
 7   points for the prop a 50 map.                          11:33:49
 8            MR. MANOLIUS: Objection, vague as to time.    11:33:52
 9            THE WITNESS:  I don't recall if it was        11:33:55
10   something that I created or they created or they took my  11:34:02
11   things and modified them to be their things.  I don't  11:34:05
12   recall.                                                11:34:08
13            MS. HAMILL Q:  Turning to the next page of    11:34:08
14   this exhibit, the bottom of the document ends in the   11:34:17
15   number 8.  The second line says these maps became public  11:34:20
16   and now we need to be able to say these are submitted to  11:34:25
17   the Legislature.  What did you mean by that?           11:34:28
18            MR. MANOLIUS: Objection.  Calls for           11:34:37
19   speculation, vague.                                    11:34:38
20            THE WITNESS:  And this might speak to my tone  11:34:41
21   in the earlier message, people were tweeting the maps,  11:34:46
22   so the maps had become, the maps had been put online,  11:34:52
23   reporters had the maps, so it was at that point let's   11:34:57
24   hurry up and get these submitted.                      11:35:02
25   Q        How did the maps become public?               11:35:05
```

| | | |
|---|---|---|
| 1 | MR. MANOLIUS:  Objection, calls for | 11:35:07 |
| 2 | speculation. | 11:35:08 |
| 3 | MR. WOODS:  Join. | 11:35:09 |
| 4 | MS. HAMILL:  Did you -- | 11:35:11 |
| 5 | A       Reporters have their ways of getting maps and | 11:35:11 |
| 6 | I have been dealing with reporters for the last several | 11:35:14 |
| 7 | days who would call me and say oh, I have a copy of the | 11:35:17 |
| 8 | map.  (Witness shrugging shoulders.) | 11:35:21 |
| 9 | MS. HAMILL Q:  Are you aware of anyone from | 11:35:23 |
| 10 | your staff leaking the maps to reporters. | 11:35:25 |
| 11 | MR. MANOLIUS: Objection, lacks foundation, | 11:35:27 |
| 12 | calls for speculation, you can answer. | 11:35:29 |
| 13 | THE WITNESS:  No.  There was no, none of our | 11:35:31 |
| 14 | staff woke up saying we're going to, you know, I'll give | 11:35:37 |
| 15 | you an example if that helps. | 11:35:41 |
| **16** | **Q       Nodding head.** | 11:35:43 |
| 17 | A       Some, there were points in time where on a | 11:35:44 |
| 18 | Zoom map would be shown and then someone would be | 11:35:47 |
| 19 | creative and read the URL at the top of the web browser | 11:35:51 |
| 20 | and if they typed that into the top of the web browser, | 11:35:55 |
| 21 | all of a sudden they have a copy of the map and then | 11:35:55 |
| 22 | every reporter will get it, but that was only in like | 11:36:01 |
| 23 | the last 12 hours. | 11:36:03 |
| **24** | **Q       So if somebody had a copy of the URL that was** | 11:36:04 |
| **25** | **used for the map drawing they could put it into their** | 11:36:08 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                            70

| | | |
|---|---|---|
| 1 | own computer and view it on their own computer? | 11:36:11 |
| 2 | MR. MANOLIUS: Objection, lacks foundation, | 11:36:14 |
| 3 | calls for speculation, you can answer. | 11:36:15 |
| 4 | A        The wet map version of the maps, not working, | 11:36:17 |
| 5 | that's wet map versions, like a Google map, off of the | 11:36:22 |
| 6 | map. | 11:36:25 |
| 7 | Q        Interesting. | 11:36:25 |
| 8 | A        So at that point, meaning that they become | 11:36:25 |
| 9 | public, it means that like Politico had posted a tweet | 11:36:28 |
| 10 | that we think these are the congressional maps.  That's | 11:36:32 |
| 11 | in public record.  You can pull it up. | 11:36:35 |
| 12 | Q        And so the next e-mail in this same change | 11:36:38 |
| 13 | Friday August 15th at 6:02 p.m. Julie Merz says to you, | 11:36:41 |
| 14 | DCCC would prefer to hit send, so please just send to us | 11:36:58 |
| 15 | in a zip file and we will submit.  Why couldn't you just | 11:37:02 |
| 16 | submit the map directly? | 11:37:07 |
| 17 | MR. MANOLIUS: Objection.  Calls for | 11:37:09 |
| 18 | speculation, lacks foundation, relevance.  Go ahead. | 11:37:10 |
| 19 | A        They wanted to be the one to submit the map. | 11:37:14 |
| 20 | That was their decision, not mine. | 11:37:17 |
| 21 | Q        Do you have an understanding of why? | 11:37:19 |
| 22 | MR. MANOLIUS: Same objections. | 11:37:20 |
| 23 | A        I do not have an understanding as to why. | 11:37:21 |
| 24 | MS. HAMILL Q:  So ultimately is it your | 11:37:23 |
| 25 | understanding that the DCCC submitted to the Legislature | 11:37:36 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    71

| | | |
|---|---|---|
| 1 | on August 15th, the map that you drew. | 11:37:39 |
| 2 | MR. MANOLIUS:  Objection.  Calls for | 11:37:43 |
| 3 | speculation, lacks foundation, and as to the specifics | 11:37:47 |
| 4 | of the map I instruct you not to answer and I insert the | 11:37:52 |
| 5 | legislative privilege. | 11:37:57 |
| 6 | MS. HAMILL Q:  Is it a full instruction. | 11:37:58 |
| 7 | MR. MANOLIUS: Yes. | 11:38:00 |
| 8 | MS. HAMILL:  Don't answer it all. | 11:38:01 |
| 9 | MR. MANOLIUS: Yeah.  Thanks.  Sorry about | 11:38:02 |
| 10 | that. | 11:38:05 |
| 11 | MS. HAMILL:  Marking as Exhibit 7 another set | 11:38:05 |
| 12 | of e-mails between you, Mr. Mitchell, and the DCCC. | 11:38:13 |
| 13 | (Whereupon Plaintiff's Exhibit 7 | 11:38:13 |
| 14 | was marked for identification.) | 11:38:21 |
| 15 | MS. HAMILL:  And these also came from the DCCC | 11:38:21 |
| 16 | production and they are Bates stamped. | 11:38:28 |
| 17 | A       Oh. | 11:38:30 |
| 18 | Q       As DCCC 000043 to DCCC 000045. | 11:38:31 |
| 19 | A       (Reading.)  Okay. | 11:38:52 |
| 20 | Q       Do you remember having this exchange with | 11:40:25 |
| 21 | DCCC? | 11:40:27 |
| 22 | A       Yes, I recall. | 11:40:28 |
| 23 | Q       And so this appears to be an e-mail exchange | 11:40:29 |
| 24 | earlier the same day, August 15th, before the | 11:40:32 |
| 25 | communications that we just went over in Exhibit 6; | 11:40:37 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          72

| | | |
|---|---|---|
| 1 | correct? | 11:40:40 |
| 2 | A        Yes. | 11:40:40 |
| 3 |          MR. MANOLIUS: Objection, calls for | 11:40:40 |
| 4 | speculation.  Give me a minute.  Lacks foundation.  Go | 11:40:42 |
| 5 | ahead. | 11:40:49 |
| 6 |          THE WITNESS:  Yes. | 11:40:49 |
| 7 |          MS. HAMILL Q:  And is your e-mail, that's | 11:40:49 |
| 8 | shown on the first page of this exhibit August 15th, | 11:40:54 |
| 9 | 11:33 a.m., is your e-mail to the DCCC, is this what you | 11:40:59 |
| 10 | wanted the DCCC to say in their letter that went along | 11:41:08 |
| 11 | with the submission of the Prop 50 map. | 11:41:11 |
| 12 | A        I'd like to amend my prior comment about the | 11:41:14 |
| 13 | word term talking points.  That's not something I | 11:41:17 |
| 14 | normally use but this is the subject line of this e-mail | 11:41:20 |
| 15 | is talking points, so in the prior comment I made about | 11:41:23 |
| 16 | letter August 15th e-mail and you asked me if I -- asked | 11:41:26 |
| 17 | me about talking points then I presume this is what they | 11:41:32 |
| 18 | were referring to so I don't want it to be, talking | 11:41:36 |
| 19 | points isn't normally how I phrase things, so -- I | 11:41:39 |
| 20 | didn't know that I called this talking points, but this, | 11:41:44 |
| 21 | go on, ask the question again, I am sorry. | 11:41:48 |
| 22 | Q        Do you have my question to read back? | 11:41:51 |
| 23 |          (Whereupon the record was read as | 11:41:51 |
| 24 |          follows:  "Question:        ") | 11:42:17 |
| 25 |          MR. MANOLIUS: Objection.  Lacks foundation | 11:42:17 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    73

| | | |
|---|---|---|
| 1 | calls for speculation and to the extent this talks about | 11:42:23 |
| 2 | how maps were drawn, I instruct you not to answer under | 11:42:27 |
| 3 | legislative privilege.  So you can again acknowledge | 11:42:30 |
| 4 | that this e-mail occurred.  But I will instruct you not | 11:42:34 |
| 5 | to answer beyond that. | 11:42:40 |
| 6 | A        So without getting into how maps are drawn, I | 11:42:41 |
| 7 | would say that I was not trying to tell them how to draw | 11:42:45 |
| 8 | that, write their letter, I was trying to provide things | 11:42:50 |
| 9 | that I thought were good messaging points for their | 11:42:53 |
| 10 | letter. | 11:42:57 |
| 11 | Q        And can you tell me what the FAIR MAPS Act is | 11:42:58 |
| 12 | that you were referring to on the first page of this | 11:43:01 |
| 13 | exhibit? | 11:43:03 |
| 14 | MR. MANOLIUS: What it is?  You can answer | 11:43:05 |
| 15 | that. | 11:43:09 |
| 16 | THE WITNESS:  So the FAIR MAPS Act is a State | 11:43:10 |
| 17 | law that actually applies to municipal like | 11:43:12 |
| 18 | supervisorial, city, county, school board, other | 11:43:15 |
| 19 | redistricting here in the State.  It is a parallel to | 11:43:19 |
| 20 | the State commissions criteria, and it's the type of | 11:43:25 |
| 21 | criteria we use in all of our municipal redistricting s, | 11:43:28 |
| 22 | and so it is a you know absent, it is a good framework | 11:43:34 |
| 23 | for redistricting even in other states, I might try to | 11:43:40 |
| 24 | apply a lot of the framework as kind of best practices. | 11:43:43 |
| 25 | Thinks of it as a best practices in the State law. | 11:43:46 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                              74

| | | |
|---|---|---|
| 1 | Q      Okay.  And do you know what that criteria is? | 11:43:49 |
| 2 |        MR. MANOLIUS: Objection, calls for a legal | 11:43:55 |
| 3 | conclusion.  You can answer your understanding. | 11:43:57 |
| 4 |        THE WITNESS:  I do know what the criteria is | 11:44:00 |
| 5 | but I wouldn't want to have to do it like a test like | 11:44:03 |
| 6 | line them all outright now but I do know what those | 11:44:05 |
| 7 | criteria are generally. | 11:44:08 |
| 8 | Q      To the best of your recollection at this | 11:44:09 |
| 9 | moment can you share with me as much of the criteria as | 11:44:11 |
| 10 | you can remember? | 11:44:14 |
| 11 | A      Well, it's criteria such as, you know, | 11:44:15 |
| 12 | preserving communities of interest, following city and | 11:44:18 |
| 13 | county boundaries, you know when we do city council | 11:44:21 |
| 14 | redistricting we follow neighborhood boundaries, and | 11:44:25 |
| 15 | following essentially the same criteria as the State | 11:44:31 |
| 16 | redistricting commission obviously those criteria also | 11:44:34 |
| 17 | include things like partisanship and incumbency those we | 11:44:39 |
| 18 | were allowing ourself to look at when we're drawing | 11:44:44 |
| 19 | lines but other than that, kind of the best practices. | 11:44:46 |
| 20 | Q      Is race one of the criteria? | 11:44:49 |
| 21 | A      Complying with the Voting Rights Act I believe | 11:44:52 |
| 22 | might be one of the criteria s like number two on the | 11:44:55 |
| 23 | criteria after equal population. | 11:44:58 |
| 24 | Q      And how, what's your understanding of how the | 11:45:00 |
| 25 | Voting Rights Act inter relates to race? | 11:45:02 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    75

```
 1              MR. MANOLIUS:  Objection, calls for a legal      11:45:07

 2    conclusion, lacks foundation.  I have said it.  I'll      11:45:10

 3    instruct you not to answer.                               11:45:20

 4    Q        You're instructing not to answer on a legal      11:45:25

 5    conclusion?                                               11:45:28

 6              MR. MANOLIUS: Yep.                              11:45:28

 7              MS. HAMILL:  I am not asking for a legal         11:45:28

 8    conclusion, I'm asking for your understanding and how    11:45:30

 9    you use it in your work so when I said race, you said    11:45:32

10    Voting Rights Act and I'm wondering in your mind how     11:45:35

11    those two relate.                                         11:45:39

12              MR. MANOLIUS: In his work generally?           11:45:41

13              MS. HAMILL:  In your work generally.           11:45:42

14    A        So the Voting Rights Act is designed to ensure  11:45:44

15    that voting power of protected classes aren't diluted by 11:45:50

16    the redistricting maps, generally.  That's kind of a     11:46:04

17    layperson terminology.                                   11:46:08

18              MS. HAMILL Q:  And can you identify the         11:46:10

19    protected classes in California.                         11:46:12

20              MR. WOODS:  Objection, calls for a legal        11:46:17

21    conclusion.  You can answer.                             11:46:18

22              MR. MANOLIUS: I'll join that.                   11:46:21

23    A        Predominantly in California you'll see           11:46:23

24    redistrict goes looking at black Latino populations.     11:46:26

25    However, we did redistricting in Alaska, we were looking 11:46:31
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                                    76

| | | |
|---|---|---|
| 1 | at native Alaskan populations and I think there could be | 11:46:33 |
| 2 | arguments for other populations such such as Armenians | 11:46:38 |
| 3 | or Caldians or something, but I haven't seen that | 11:46:50 |
| 4 | utilized so primarily in California, Black, Asian and | 11:46:51 |
| 5 | Latino. | 11:46:57 |
| 6 | Q       Okay.  And when you were drawing the Prop 50 | 11:46:57 |
| 7 | map you used criteria from the FAIR MAPS Act; correct? | 11:47:02 |
| 8 | MR. MANOLIUS:  Objection.  Calls for | 11:47:05 |
| 9 | information that's protected under the legislative | 11:47:08 |
| 10 | privilege.  I instruct you not to answer. | 11:47:10 |
| 11 | MS. HAMILL Q:  And when you were drawing the | 11:47:12 |
| 12 | Prop 50 map you drew the districts to protect the voting | 11:47:14 |
| 13 | power of protected classes in California; correct. | 11:47:18 |
| 14 | MR. MANOLIUS: Same objection, and I instruct | 11:47:20 |
| 15 | you not to answer. | 11:47:23 |
| 16 | MS. HAMILL:  And when I say protected classes | 11:47:24 |
| 17 | in California, I mean the racial groups that you just | 11:47:26 |
| 18 | identified, Black, Asian and Latino. | 11:47:28 |
| 19 | MR. MANOLIUS: Same objection, I instruct you | 11:47:32 |
| 20 | not to answer.  Calls for information that's protected | 11:47:33 |
| 21 | by the legislative privilege. | 11:47:36 |
| 22 | MS. HAMILL Q:  Did the D.C. c can tell you why | 11:47:37 |
| 23 | they didn't use your language regarding the FAIR MAPS | 11:47:56 |
| 24 | Act in their submission letter to the Legislature. | 11:48:00 |
| 25 | MR. MANOLIUS: Objection, lacks foundation, | 11:48:02 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                              77

```
 1   calls for speculation, you can answer.              11:48:04

 2         THE WITNESS:  No, they didn't describe why,    11:48:07

 3   they didn't use my language essentially saying that 11:48:11

 4   these were consistent with the commission criteria and 11:48:14

 5   the FAIR MAPS Act.                                   11:48:17

 6   Q      Did the DCCC lawyers express to you any       11:48:18

 7   concerns about lawsuits along racial lines regarding the 11:48:21

 8   Prop 50 map?                                         11:48:27

 9         MR. MANOLIUS: Objection.  Vague as to time.    11:48:28

10   Vague as to some of the terminology, but you can report 11:48:34

11   that.                                                11:48:38

12   A      No.                                           11:48:38

13         MS. HAMILL Q:  You mentioned communities of    11:48:44

14   interest.  How, what are the communities of interest in 11:48:46

15   California.                                          11:48:49

16         MR. MANOLIUS:  Objection, overbroad, vague and 11:48:50

17   again depending on where in the State.               11:48:54

18   A      To answer that week be.                       11:48:59

19         MR. MANOLIUS: And also with regard to, I am    11:49:00

20   sorry objection and also with regard to his general  11:49:02

21   redistricting work.  Is that the question?           11:49:05

22         MS. HAMILL:  Yes.                              11:49:08

23         MR. MANOLIUS: Yes.                             11:49:09

24         THE WITNESS:  It could -- we could be here     11:49:10

25   forever identifying communities of interest, because a 11:49:13
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                                78

1    community of interest is a socioeconomic group or other          11:49:16

2    group.  The way that I explain it when I do                       11:49:21

3    redistricting is that it should generally have three              11:49:24

4    things, it should be something you can identify like a            11:49:27

5    skateboarders, they're a group, it should be something            11:49:29

6    that you can map, skateboarders all live on this part of          11:49:33

7    town and then it should be something that has a concern           11:49:37

8    with the agency being redistricted, the city council is           11:49:43

9    going to get rid of the skate park so the skateboarders           11:49:46

10   are now a community of interest that should be                    11:49:49

11   considered.  There are other types of communities of             11:49:51

12   interest.  A neighborhood is a community of interest.            11:49:53

13   People say I live in boulevard park that's a community            11:49:56

14   of interest.  People who go to the senior senior could           11:49:58

15   be a community of interest, young people, old people,             11:50:02

16   LGBTQ community has been a community of interest and              11:50:05

17   that's been one that California considers in a lot of             11:50:09

18   municipal redistricting, and I've used in redistricting          11:50:12

19   had elevation be a community of interest in a water              11:50:18

20   redistricting, because at certain elevations the water           11:50:21

21   district had different rates.                                     11:50:25

22          I have had almond trees and walnut trees be               11:50:25

23   communities of interest, because walnut trees use water          11:50:30

24   differently than almond trees in a water redistricting.          11:50:36

25          I've had agricultural areas and farms be                  11:50:36

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    79

| | | |
|---|---|---|
| 1 | communities of interest.  I've had attendance rates, | 11:50:42 |
| 2 | school campuses. | 11:50:46 |
| 3 | There are a plethora of communities of | 11:50:48 |
| 4 | interest and oftentimes they are very subjective and the | 11:50:51 |
| 5 | communities of interest in the State redistricting in | 11:50:55 |
| 6 | the city council redistricting water redistricting they | 11:50:57 |
| 7 | can all be different even in the same footprint so that | 11:51:00 |
| 8 | skateboarding community of interest that impacted lines | 11:51:03 |
| 9 | in Sacramento might have really no interest in the SMUD | 11:51:06 |
| 10 | redistricting or the school board redistricting because | 11:51:10 |
| 11 | they're not really an active community of interest for | 11:51:13 |
| 12 | that agency. | 11:51:15 |
| 13 | Q        And people who shop at the same grocery store; | 11:51:16 |
| 14 | right? | 11:51:20 |
| 15 | A        Or, yeah, or use Insta-Cart. | 11:51:20 |
| 16 | Q        Can racial groups be communities of interest? | 11:51:23 |
| 17 | MR. MANOLIUS: Objection, calls for | 11:51:26 |
| 18 | speculation, vague as to in what context.  If you mean | 11:51:29 |
| 19 | in his general redistricting work you can answer the | 11:51:34 |
| 20 | question. | 11:51:36 |
| 21 | THE WITNESS:  Generally, if there is a | 11:51:37 |
| 22 | community say with the Armenian grocery stores or there | 11:51:43 |
| 23 | is a community around a Black church, or there is an | 11:51:46 |
| 24 | area where they're concerned about having in language | 11:51:50 |
| 25 | services, then those become the communities of interest, | 11:51:55 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    80

```
 1    so it generally is the -- the identified group and their        11:52:00

 2    interests in those three things, so they're a group that        11:52:07

 3    can be identified a group that can be mapped and a group        11:52:11

 4    that has concern before the agency.                             11:52:14

 5            Those are general ways that I describe it when          11:52:16

 6    I do my municipal statewide redistricting, even in New          11:52:18

 7    York, that's how we describe communities of interest.           11:52:22

 8    Q       In what community of interest data did your            11:52:25

 9    staff collect for the Prop 50 map?                              11:52:28

10            MR. MANOLIUS: Objection, calls for information          11:52:31

11    that is protected by the legislative privilege.  I              11:52:32

12    instruct you not to answer.                                     11:52:35

13            MS. HAMILL Q:  And how did they convert that            11:52:36

14    information into geographic formats.                            11:52:39

15            MR. MANOLIUS: Same objection.  I instruct you           11:52:41

16    not to answer.                                                  11:52:43

17            MS. HAMILL Q:  Were any racial communities of           11:52:44

18    interest used in drawing the Proposition 50 maps.               11:52:47

19            MR. MANOLIUS: Same objection.  I instruct you           11:52:50

20    not to answer.                                                  11:52:52

21            MS. HAMILL Q:  Did you talk to the DCCC about           11:52:53

22    racial considerations you made in your map.                     11:52:56

23            MR. MANOLIUS: Same objection.  Instruct you             11:52:58

24    not to answer.                                                  11:53:00

25            MS. HAMILL Q:  Why didn't you participate in            11:53:01
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    81

| | | |
|---|---|---|
| 1 | the public legislative hearings for Prop 50? | 11:53:11 |
| 2 | MR. MANOLIUS: Objection, lacks foundation. | 11:53:15 |
| 3 | Calls for speculation.  Vague as to time.  You can | 11:53:16 |
| 4 | answer. | 11:53:20 |
| 5 | THE WITNESS: | 11:53:21 |
| 6 | MR. WOODS:  Join. | 11:53:22 |
| 7 | A       I wasn't asked to. | 11:53:23 |
| 8 | MS. HAMILL Q:  Is and did you speak to any | 11:53:24 |
| 9 | legislators about how you drew the maps before they | 11:53:32 |
| 10 | voted on what became Prop 50? | 11:53:35 |
| 11 | MR. MANOLIUS: Same objection, calls for | 11:53:38 |
| 12 | information that's protected by the legislative | 11:53:40 |
| 13 | privilege.  I instruct you not to answer. | 11:53:42 |
| 14 | MS. HAMILL Q:  Well, we identified some | 11:53:44 |
| 15 | staffers earlier that you did speak to about the maps; | 11:53:47 |
| 16 | correct. | 11:53:52 |
| 17 | MR. MANOLIUS: You identified the staffers who | 11:53:52 |
| 18 | were engaged during that time, yes, but the content of | 11:53:54 |
| 19 | those conversations protected by legislative privilege | 11:53:59 |
| 20 | and I am instructing him not to answer. | 11:54:04 |
| 21 | MS. HAMILL Q:  I am not asking for the | 11:54:06 |
| 22 | content, I am asking did you speak to any of the | 11:54:07 |
| 23 | legislators on the map before they wrote ed on the map. | 11:54:09 |
| 24 | MR. MANOLIUS: I am sorry. | 11:54:12 |
| 25 | A       In the prior question you asked about the | 11:54:13 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    82

| | | |
|---|---|---|
| 1 | drawing of the maps, so are you saying now just did I | 11:54:15 |
| 2 | talk to them at all before while they were considering | 11:54:17 |
| 3 | it? | 11:54:21 |
| 4 | MS. HAMILL Q:  Did you talk to any legislators | 11:54:22 |
| 5 | between August 15th, and the vote on the Proposition 50 | 11:54:25 |
| 6 | map. | 11:54:32 |
| 7 | MR. WOODS:  Objection. | 11:54:32 |
| 8 | MR. MANOLIUS: Objection vague as to what. | 11:54:34 |
| 9 | MR. WOODS:  Join. | 11:54:37 |
| 10 | A       Yes. | 11:54:38 |
| 11 | MS. HAMILL Q:  Who did you speak to? | 11:54:38 |
| 12 | MR. MANOLIUS: Yeah. | 11:54:44 |
| 13 | THE WITNESS:  Um, are you saying as an | 11:54:45 |
| 14 | one-on-one basis who did I speak to? | 11:54:51 |
| 15 | MR. MANOLIUS: Maybe start with that. | 11:54:55 |
| 16 | MS. HAMILL:  Why don't we start with | 11:54:56 |
| 17 | one-on-one. | 11:54:57 |
| 18 | A       You -- it might be incomplete, so I apologize. | 11:54:59 |
| 19 | I'm just going to think of people that I talked to. | 11:55:04 |
| 20 | Par. | 11:55:07 |
| 21 | MR. MANOLIUS: Keep in mind the time period she | 11:55:08 |
| 22 | had asked about. | 11:55:10 |
| 23 | A       It was August 15th through the passage; right. | 11:55:11 |
| 24 | MS. HAMILL:  Uh-huh. | 11:55:14 |
| 25 | A       Christopher Kamon, Sabrina Cervantes, | 11:55:16 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    83

1    senators, both of those are senators.  Really, if I had    11:55:28

2    like a list of all of the legislators in front of me I    11:55:33

3    might be able the do a better job of this.    11:55:36

4              Angela Gashby, I am just trying to travel    11:55:40

5    around the state in my head, um -- oh, if I had a    11:55:51

6    legislative list I could probably do a better job.    11:56:15

7    Q        Can you give me a percentage of how many    11:56:18

8    members of the legislator you spoke with during that    11:56:20

9    time period?    11:56:23

10   A        One-on-one, I would say ten.    11:56:24

11   Q        10-percent or ten individuals?    11:56:25

12   A        Ten total, which is roughly 10-percent of the    11:56:27

13   legislature.    11:56:30

14   Q        And did you also address them in group    11:56:31

15   settings?    11:56:33

16            MR. MANOLIUS: You can answer.    11:56:34

17   A        Yes.    11:56:34

18            MS. HAMILL:  And in group settings, how many    11:56:35

19   of them did you speak with at a time.    11:56:39

20            MR. MANOLIUS: Objection, compound.  If there    11:56:42

21   was more than one meeting you might want to indicate    11:56:44

22   that.    11:56:47

23            THE WITNESS:  I believe, to my best of my    11:56:47

24   recollection in group settings, they were speaking with    11:56:50

25   the group and if I was having one-on-one conversation,    11:56:53

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          84

| | | |
|---|---|---|
| 1 | like, Rick Sabera we can add to the list, he is a | 11:56:57 |
| 2 | legislator and prior to presenting at one point I talked | 11:57:02 |
| 3 | to him prior to me talking, but I wasn't having | 11:57:04 |
| 4 | one-on-one conversations with the members in the group | 11:57:08 |
| 5 | settings. | 11:57:11 |
| 6 | MS. HAMILL Q:  And did you talk to any | 11:57:12 |
| 7 | legislators about protecting racial groups with respect | 11:57:14 |
| 8 | to the Proposition 50 map? | 11:57:18 |
| 9 | MR. MANOLIUS:  Objection, calls for | 11:57:20 |
| 10 | information that's protected under the legislative | 11:57:21 |
| 11 | privilege.  I instruct you not to answer. | 11:57:23 |
| 12 | MS. HAMILL Q:  Did any legislator express any | 11:57:25 |
| 13 | sentiment whatsoever about protecting the voting power | 11:57:28 |
| 14 | of any racial group to you with respect to the | 11:57:31 |
| 15 | Proposition 50 map? | 11:57:34 |
| 16 | MR. MANOLIUS: Same objection and I instruct | 11:57:35 |
| 17 | you not to answer, legislative privilege. | 11:57:36 |
| 18 | MS. HAMILL Q:  Isn't it true that multiple | 11:57:38 |
| 19 | legislators expressed to you concerns about protecting | 11:57:42 |
| 20 | the voting power of certain racial groups in California | 11:57:45 |
| 21 | with respect to the Proposition 50 map. | 11:57:48 |
| 22 | MR. MANOLIUS: Objection, compound and also | 11:57:51 |
| 23 | calls for information that's protected by the | 11:57:54 |
| 24 | legislative privilege. | 11:57:56 |
| 25 | MS. HAMILL Q:  At the time of the vote on the | 11:57:57 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                        85

```
 1  map, and when we say map it wasn't really a map; right,     11:58:15

 2  it was just the legal descriptions of what became the       11:58:18

 3  map; is that right.                                         11:58:20

 4          MR. MANOLIUS: Objection, calls for                  11:58:21

 5  speculation.                                                11:58:24

 6          THE WITNESS:  A census block equivalency is a       11:58:25

 7  the equivalent of a map so I would still call it a map      11:58:30

 8  even if it's not a picture of the map.                      11:58:34

 9          MS. HAMILL Q:  And at the time and that was         11:58:35

10  AB604; correct.                                             11:58:41

11  A       Yes.  I believe there were multiple bills.         11:58:42

12  Q       And at the time that the legislature voted on      11:58:48

13  AB604 were they presented with any alternative maps?       11:58:55

14          MR. MANOLIUS: Objection, calls for                  11:58:58

15  speculation.  You can answer, if you know.                 11:59:00

16          THE WITNESS:  I'm not aware.                        11:59:01

17          MS. HAMILL Q:  Did you redraw the map based on     11:59:03

18  any input from any legislators.                            11:59:09

19          MR. MANOLIUS: Objection calls for information      11:59:11

20  that's protected by the legislative privilege.  I          11:59:12

21  instruct you not to answer.                                11:59:15

22          MS. HAMILL Q:  I want to go back to Exhibit 6,     11:59:16

23  the DCCC cover letter.  So the last couple of lines,       11:59:20

24  let's go with the third from the bottom of the first       11:59:48

25  paragraph, it says, "Republican majority states or         11:59:51
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    86

```
 1   republicans -- doing the bidding of their D.C. party        11:59:55

 2   bosses -- are considering adopting a clearly racially       11:59:59

 3   gerrymandered, partisan map at the expense of their         12:00:03

 4   voters."                                                     12:00:07

 5           Is it possible to have a clearly racially           12:00:08

 6   gerrymandered partisan map?                                  12:00:10

 7           MR. MANOLIUS:  Objection.  Calls for               12:00:15

 8   speculation, lacks foundation and vague as to time and      12:00:16

 9   scope.                                                       12:00:23

10           MR. WOODS:  Join.  Also, calls for a legal         12:00:24

11   conclusion.                                                  12:00:26

12           MR. MANOLIUS:  I'll join that one.                 12:00:27

13           THE WITNESS:  I don't know and I didn't write      12:00:29

14   this, so --                                                  12:00:31

15           MS. HAMILL Q:  Are you familiar with the           12:00:33

16   concept of a racially gerrymandered partisan map?           12:00:34

17           MR. MANOLIUS:  Again, vague as to the term and     12:00:42

18   calls for legal conclusion and calls for speculation.       12:00:45

19   You can answer.                                              12:00:49

20           MR. WOODS:  Join.                                  12:00:49

21           THE WITNESS:  To be clear, my work is in           12:00:51

22   municipal and not partisan redistricting.                   12:00:58

23           I have never done a partisan redistricting         12:01:00

24   until now, but generally I think in most cases I've         12:01:03

25   heard of maps being a racial gerrymander or a partisan      12:01:06
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    87

| | | |
|---|---|---|
| 1 | gerrymander or another gerrymander or amenity | 12:01:11 |
| 2 | gerrymander, but I don't know that they can't be two | 12:01:15 |
| 3 | things at once.  That's not my area of expertise. | 12:01:17 |
| 4 | MS. HAMILL Q:  When I say "gut and amend," do | 12:01:20 |
| 5 | you have an understanding of what that means? | 12:01:26 |
| 6 | A       My ears went up.  Sorry. | 12:01:28 |
| 7 | MR. WOODS:  Objection.  Calls -- | 12:01:32 |
| 8 | MR. MANOLIUS:  Objection, vague.  Calls for | 12:01:33 |
| 9 | speculation. | 12:01:35 |
| 10 | MR. WOODS:  It calls for a legal conclusion. | 12:01:35 |
| 11 | You can answer. | 12:01:37 |
| 12 | THE WITNESS:  Of course.  I worked in the | 12:01:38 |
| 13 | legislature so I know what a gut and amend is. | 12:01:39 |
| 14 | MS. HAMILL Q:  Can you give us a basic | 12:01:42 |
| 15 | explanation from your understanding of what it is? | 12:01:43 |
| 16 | MR. MANOLIUS:  Same objection. | 12:01:46 |
| 17 | THE WITNESS:  A gut and amend is generally | 12:01:47 |
| 18 | where you take the contents out and you put new contents | 12:01:49 |
| 19 | in and it retains the same bill number, oftentimes the | 12:01:51 |
| 20 | same author, and then it moves forward in the process. | 12:01:55 |
| 21 | MS. HAMILL Q:  Do you know why gut and amend | 12:01:57 |
| 22 | is used? | 12:01:59 |
| 23 | MR. MANOLIUS:  Objection, calls for | 12:02:00 |
| 24 | speculation, overbroad, vague as to time, subject | 12:02:01 |
| 25 | matter.  You can answer. | 12:02:03 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          88

```
 1              MR. WOODS:  Join.  Also, calls for a legal          12:02:05
 2    conclusion.                                                   12:02:07
 3              THE WITNESS:  So from my own experience prior       12:02:07
 4    to ever working redistricting, prior to ever working in      12:02:10
 5    the Legislature, a bill generally has -- remember how a      12:02:14
 6    bill becomes a law, the song?                                12:02:19
 7              But a bill begins as a draft.  It routes its       12:02:20
 8    way through committees and some of those committees have     12:02:26
 9    deadlines and so, oftentimes, when an urgent issue comes     12:02:30
10    up it's not timely to go back to beginning of the            12:02:35
11    process, it's more timely to take a bill that has gone       12:02:38
12    through some steps and then utilize that as the vehicle      12:02:41
13    is what they'll call that as their vehicle for a new         12:02:45
14    bill.                                                        12:02:48
15              MS. HAMILL Q:  So it's a quick way to get a         12:02:48
16    bill passed?                                                 12:02:50
17    A       I'm not --                                           12:02:51
18              MR. MANOLIUS:  Objection.  Mischaracterizes        12:02:52
19    his testimony.  You can answer the question.                 12:02:54
20              THE WITNESS:  I haven't worked in the              12:02:57
21    Legislature in almost 20 years so, but from a layperson     12:02:59
22    standpoint it is a more efficient way to move an issue       12:03:02
23    along if it's urgent.                                        12:03:08
24              MS. HAMILL Q:  And was the Prop 50 map the         12:03:09
25    product of gut and amend?                                    12:03:12
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                                89

```
 1           MR. MANOLIUS:  Objection.  Calls for a legal        12:03:14

 2   conclusion, calls for speculation, lacks foundation, and    12:03:18

 3   seeks information protected by the privilege, so I          12:03:24

 4   instruct you not to answer.                                 12:03:29

 5           MS. HAMILL Q:  Based on your understanding of       12:03:31

 6   the gut and amend, is Proposition 50 a gut and amend,       12:03:37

 7   based on the public process, not on anything that you're    12:03:41

 8   familiar with, in your own private capacity?               12:03:43

 9           MR. MANOLIUS:  Again, same objection.  The way      12:03:49

10   you're characterizing it misstates and part of the         12:03:51

11   legislative process, so instruct you not to answer.        12:03:56

12           THE WITNESS:  (Witness shrugging shoulders.)        12:04:02

13           MS. HAMILL Q:  Okay.  I just want to know if        12:04:04

14   you think it was a gut and amend.                          12:04:08

15           MR. MANOLIUS:  Same objection.                      12:04:10

16           MS. HAMILL:  Based on public processes?             12:04:11

17           MR. MANOLIUS:  Don't answer.                        12:04:14

18           MS. HAMILL Q:  And there was a clerical error       12:04:15

19   that had to be corrected after the Legislature voted on     12:04:19

20   this map with respect to mislabled districts; correct?      12:04:23

21           MR. WOODS:  Objection, vague.                       12:04:30

22           MR. MANOLIUS:  Yeah.  Same.                         12:04:31

23           THE WITNESS:  I'm not aware of that.  And to        12:04:33

24   be clear, once it was in the Legislature I was paying a     12:04:36

25   lot less attention, but I've never heard that before       12:04:41
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                                90

| | | |
|---|---|---|
| 1 | until you stated it. | 12:04:43 |
| 2 | MS. HAMILL:  So you're unaware of any changes | 12:04:45 |
| 3 | having to be made to the map after the vote in the | 12:04:47 |
| 4 | Legislature? | 12:04:50 |
| 5 | MR. MANOLIUS:  Objection.  Misstates his | 12:04:50 |
| 6 | testimony, calls for speculation, vague as to time.  You | 12:04:51 |
| 7 | can answer. | 12:04:56 |
| 8 | MR. WOODS:  Join. | 12:04:56 |
| 9 | THE WITNESS:  No idea. | 12:04:57 |
| 10 | MS. HAMILL Q:  As a voter. | 12:04:59 |
| 11 | A       You're not speaking to the ballot guide? | 12:05:03 |
| **12** | **Q       I am sorry?** | 12:05:07 |
| 13 | A       The ballot guide had an error of printing that | 12:05:09 |
| 14 | mislabled a district but not, I am not aware of anything | 12:05:11 |
| 15 | with the bill. | 12:05:14 |
| **16** | **Q       The ballot guide had an error, so it wasn't** | 12:05:15 |
| **17** | **the map itself?** | 12:05:18 |
| 18 | A       I don't know what you're speaking to, but I'm | 12:05:19 |
| 19 | potentially conflating an issue that happened after the | 12:05:23 |
| 20 | ballot guide was mailed and a district was misnumbered | 12:05:26 |
| 21 | on a map and they had to send out a supplement. | 12:05:29 |
| **22** | **Q       Can you tell me more about that?** | 12:05:32 |
| 23 | A       I am not, I don't work for the Secretary of | 12:05:34 |
| 24 | State so I don't know, I was not a part of this. | 12:05:37 |
| 25 | But voters were mailed a ballot guide and in | 12:05:39 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                        91

```
 1   the ballot guide I think it's called a ballot guide,      12:05:42

 2   there were maps and on one of the maps I believe two       12:05:46

 3   districts were numbered 22 or two districts were           12:05:51

 4   numbered 27, and other maps in the ballot guide were       12:05:54

 5   properly numbered, but even though there was an error on   12:06:00

 6   one page they ended up mailing out a postcard to all       12:06:04

 7   voters saying this is the properly numbered statewide      12:06:06

 8   map.                                                       12:06:09

 9   Q        So they mailed a correction postcard to all       12:06:09

10   registered voters in California?                           12:06:12

11   A        (Witness nodding head.)                           12:06:13

12            MR. MANOLIUS:  Objection.  Calls for              12:06:14

13   speculation, lacks foundation.  You can answer, if you     12:06:16

14   know.                                                      12:06:19

15            MR. WOODS:  Same objection.  Also, relevance.     12:06:19

16            THE WITNESS:  My understanding, that's my         12:06:21

17   understanding.                                             12:06:22

18            MS. HAMILL Q:  Do you have any idea how much      12:06:23

19   that cost?                                                 12:06:31

20            MR. WOODS:  Same objection.                       12:06:34

21            MR. MANOLIUS:  Call for speculation, lacks        12:06:34

22   foundation.  You can answer.                               12:06:38

23            THE WITNESS:  I do not know.                       12:06:40

24            MS. HAMILL Q:  Have any California legislators    12:06:42

25   expressed interest to you in preserving Voting Rights      12:06:53
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                      92

| | | |
|---|---|---|
| 1 | Act's districts in the Proposition 50 map? | 12:06:58 |
| 2 | MR. MANOLIUS:  Objection.  Calls for | 12:07:01 |
| 3 | information that's protected legislative privilege.  I | 12:07:02 |
| 4 | instruct you not to answer. | 12:07:05 |
| 5 | MS. HAMILL Q:  And when you're drawing maps | 12:07:06 |
| 6 | generally, how do you know which district is a Voting | 12:07:08 |
| 7 | Rights Act district? | 12:07:12 |
| 8 | MR. MANOLIUS:  Objection.  Overbroad, vague, | 12:07:13 |
| 9 | relevance, and vague as to the term voting rights | 12:07:16 |
| 10 | district.  You can answer your general understanding, as | 12:07:22 |
| 11 | long as it's not part of the Prop 50 process. | 12:07:26 |
| 12 | THE WITNESS:  In other redistricting I don't | 12:07:29 |
| 13 | generally call something a voting rights district. | 12:07:31 |
| 14 | MS. HAMILL Q:  You don't use that phrase. | 12:07:34 |
| 15 | A      Generally, I try not to use a term like voting | 12:07:35 |
| 16 | acts right district, but I do generally want in my | 12:07:38 |
| 17 | municipal redistricting or working with the State of New | 12:07:43 |
| 18 | York in their redistricting or working in other states, | 12:07:46 |
| 19 | I generally do want to be cognizant of VRA and I want to | 12:07:49 |
| 20 | lean on legal counsel for interpretations of the VRA. | 12:07:55 |
| **21** | **Q      And so, generally, when you're drawing** | 12:07:58 |
| **22** | **districts and you are trying to protect the voting** | 12:08:00 |
| **23** | **interests of protected classes, how do you identify** | 12:08:06 |
| **24** | **which districts those are?** | 12:08:10 |
| 25 | MR. MANOLIUS:  Objection.  Overbroad, lacks | 12:08:12 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                        93

| | | |
|---|---|---|
| 1 | foundation, calls for speculation, and I instruct you | 12:08:16 |
| 2 | not to answer as to the Prop 50 project, but you can | 12:08:21 |
| 3 | answer to any other things you've done. | 12:08:24 |
| 4 | MR. WOODS:  Join. | 12:08:27 |
| 5 | THE WITNESS:  I think the question itself | 12:08:29 |
| 6 | might be a little bit missing, because generally what | 12:08:31 |
| 7 | happens, say use an example, I have done in a recent | 12:08:36 |
| 8 | redistricting a member of the community comes forward | 12:08:41 |
| 9 | with a draft map that has the district that's over | 12:08:42 |
| 10 | 50-percent of one racial group and then I'll generally | 12:08:45 |
| 11 | work with attorneys to say is this something that should | 12:08:47 |
| 12 | be given a priority because of the Voting Rights Act. | 12:08:50 |
| 13 | But the way your question was worded | 12:08:55 |
| 14 | insinuated that I go headstrong into a redistricting | 12:08:57 |
| 15 | with that, there's with some kind of VRA idea prior to | 12:09:02 |
| 16 | any maps being drawn. | 12:09:08 |
| 17 | MS. HAMILL Q:  What you just explained to me | 12:09:10 |
| 18 | where you'll receive something from a group that shows | 12:09:13 |
| 19 | you a map with over 50-percent of a particular racial | 12:09:16 |
| 20 | group and then you talk to an attorney to see if that | 12:09:21 |
| 21 | needs special attention.  Did you do that with respect | 12:09:23 |
| 22 | to Proposition 50? | 12:09:26 |
| 23 | MR. MANOLIUS:  Objection.  Calls for | 12:09:27 |
| 24 | information that's protected by the legislative | 12:09:29 |
| 25 | privilege.  I instruct you not to answer. | 12:09:31 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                           94

1      MS. HAMILL Q:  What attorneys do you generally          12:09:33

2  or which attorneys do you generally speak to to ask that    12:09:37

3  question?                                                   12:09:39

4      MR. MANOLIUS:  Objection, vague as to time,             12:09:40

5  project, state.  You can answer.                            12:09:42

6      THE WITNESS:  Regarding other redistrictings.           12:09:50

7      MS. HAMILL Q:  Yes.                                      12:09:52

8  A      It depends if the agency has their own               12:09:52

9  internal legal counsel that's handling that or contract     12:09:56

10 legal counsel or, you know, State of New York had           12:09:58

11 assigned legal counsel and experts, and so it depends       12:10:01

12 based on the agency.                                         12:10:05

13 Q      And when you say agency you mean the                  12:10:07

14 government agency?                                           12:10:09

15 A      Governmental agency, yeah.                            12:10:09

16 Q      And so you'll rely on the legal advice of the        12:10:10

17 governmental agency?                                         12:10:13

18 A      Or their attorneys, contract attorneys.              12:10:14

19 Q      Got it.  Did you talk to Assembly Member Isaac       12:10:16

20 Bryan while drawing Proposition 50 maps?                     12:10:22

21 A      Oh, I did.  Wait a minute.  Hold on a second.        12:10:25

22 Let me revise that.                                          12:10:31

23      I don't recall.  What was the timeframe you            12:10:32

24 asked about?                                                 12:10:39

25 Q      While drawing the Proposition 50 maps.               12:10:39

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                         95

| 1  | A         No.                                                    | 12:10:42 |
| 2  | Q         Did you speak to Mike McGuire while drawing             | 12:10:43 |
| 3  | the Proposition 50 maps?                                          | 12:10:47 |
| 4  | A         No.                                                     | 12:10:50 |
| 5  | MR. MANOLIUS:  And just so vague as to time,                     | 12:10:50 |
| 6  | you mean between July --                                          | 12:10:54 |
| 7  | THE WITNESS:  Since drawn.                                        | 12:10:57 |
| 8  | MR. MANOLIUS:  -- July and August timeframe.                    | 12:10:58 |
| 9  | THE WITNESS:  Yeah.  So prior to this, the                      | 12:10:59 |
| 10 | submission of the map, which would be the drawing                | 12:11:01 |
| 11 | period, no.                                                      | 12:11:05 |
| 12 | MS. HAMILL Q:  Did you speak to Speaker Rivas                    | 12:11:05 |
| 13 | during that same period?                                         | 12:11:08 |
| 14 | A         No.                                                     | 12:11:09 |
| 15 | Q         Did you speak to the staff members of any of           | 12:11:09 |
| 16 | those three legislators during that period?                      | 12:11:12 |
| 17 | A         Definitely to the pro tem and the speaker, but         | 12:11:14 |
| 18 | not sure about Isaac Bryan's staff.                              | 12:11:17 |
| 19 | MS. HAMILL:  Are you all hungry for lunch or                     | 12:11:25 |
| 20 | should we push this?                                              | 12:11:26 |
| 21 | THE REPORTER:  Off the record?                                   | 12:11:36 |
| 22 | MR. MANOLIUS:  Yeah.  That would be great.                      | 12:11:38 |
| 23 | THE VIDEOGRAPHER:  The time is 12:11 p.m.  We                   | 12:11:40 |
| 24 | are going off the record.                                        | 12:11:42 |
| 25 | (Whereupon the luncheon recess                                   | 12:11:42 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    96

| | | |
|---|---|---|
| 1 | was taken at 12:11 p.m. | 12:11:42 |
| 2 | and the deposition was reconvened | 12:11:42 |
| 3 | at 1:04 p.m.) | 01:04:09 |
| 4 | THE VIDEOGRAPHER:  We are back on the record. | 01:04:09 |
| 5 | The time s 1:04 p.m. and this marks the beginning of | 01:04:19 |
| 6 | videotape number three in the deposition of Paul | 01:04:23 |
| 7 | Mitchell, which is being taken at Hansen Bridgett, LLP, | 01:04:26 |
| 8 | 500 Capitol Mall, Suite 1500, Sacramento, California. | 01:04:30 |
| 9 | The videographer is Nicholas Coulter here on behalf of | 01:04:35 |
| 10 | Array Legal Services. | 01:04:39 |
| 11 | MS. HAMILL Q:  All right.  I am marking as | 01:04:42 |
| 12 | Exhibit 8 the transcript of the Capitol Weekly Podcast | 01:04:45 |
| 13 | dated August 15th, 2025. | 01:04:50 |
| 14 | (Whereupon Plaintiff's Exhibit 8 | 01:04:50 |
| 15 | was marked for identification.) | 01:04:56 |
| 16 | MS. HAMILL Q:  And I'll give you a couple of | 01:04:56 |
| 17 | minutes to just sort of skim through this document. | 01:05:01 |
| 18 | A      Am I -- | 01:05:09 |
| 19 | Q      Have you seen this document before? | 01:05:11 |
| 20 | A      This is the one that's attached in one of the | 01:05:12 |
| 21 | filings or something like that? | 01:05:15 |
| 22 | Q      It's marked as Exhibit 10 for our preliminary | 01:05:18 |
| 23 | hearing. | 01:05:22 |
| 24 | MR. MEUSER:  I believe only an excerpt of it | 01:05:25 |
| 25 | was attached.  I don't think the entire document itself | 01:05:28 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                         97

| | | |
|---|---|---|
| 1 | was attached, so -- | 01:05:31 |
| 2 | THE WITNESS:  Let me make sure I know which | 01:05:32 |
| 3 | ones is -- | 01:05:35 |
| 4 | THE REPORTER:  When you talk, I must write it | 01:05:43 |
| 5 | down. | 01:05:47 |
| 6 | THE WITNESS:  Okay. | 01:05:48 |
| 7 | MR. MEUSER:  That exhibit number is exhibit | 01:05:49 |
| 8 | number of our joint exhibit list, so you're not pulling | 01:05:52 |
| 9 | it from a prior file.  Oh, yeah.  Okay. | 01:05:57 |
| 10 | MR. MANOLIUS:  So your question was:  Have you | 01:06:15 |
| 11 | seen this document before? | 01:06:17 |
| 12 | THE WITNESS:  Have I seen this document | 01:06:18 |
| 13 | before?  Then maybe not. | 01:06:20 |
| 14 | MS. HAMILL Q:  Do you recall doing an | 01:06:21 |
| 15 | interview with Capitol Weekly Podcast on August 15th, | 01:06:23 |
| 16 | 2025? | 01:06:28 |
| 17 | A       I recall doing an interview with them.  The | 01:06:28 |
| 18 | date it says on here, I don't -- just believe it, but I | 01:06:31 |
| 19 | don't recall what day it was. | 01:06:35 |
| 20 | Q       And just flipping through the pages, do you | 01:06:35 |
| 21 | generally recollect having a conversation reflected in | 01:06:38 |
| 22 | this transcript? | 01:06:43 |
| 23 | MR. MANOLIUS: Objection, compound, overbroad. | 01:06:44 |
| 24 | You can answer. | 01:06:47 |
| 25 | THE WITNESS:  Yes. | 01:06:47 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                            98

| | | |
|---|---|---|
| 1 | MS. HAMILL Q:  So at first this Proposition 50 | 01:06:48 |
| 2 | operation was a bluff; correct? | 01:06:56 |
| 3 | MR. MANOLIUS:  Objection.  Calls for | 01:06:57 |
| 4 | information that's protected by the litigation | 01:07:00 |
| 5 | privilege.  Don't answer the question. | 01:07:03 |
| 6 | MS. HAMILL Q:  Did someone tell you to draw | 01:07:05 |
| 7 | maps or to talk about maps in a way that might scare | 01:07:12 |
| 8 | Texas out of redistricting? | 01:07:16 |
| 9 | MR. MANOLIUS:  Same objections.  Instruct you | 01:07:19 |
| 10 | not to answer the question. | 01:07:23 |
| 11 | MS. HAMILL Q:  And who told you that? | 01:07:24 |
| 12 | A        (Witness smiling.) | 01:07:28 |
| 13 | MR. MANOLIUS:  Same objections.  Instruct you | 01:07:29 |
| 14 | not to answer the question. | 01:07:31 |
| 15 | MS. HAMILL Q:  Did anyone pay you to do that? | 01:07:32 |
| 16 | MR. MANOLIUS:  Hold.  Same objections.  In | 01:07:35 |
| 17 | terms of the specificity of what was discussed and | 01:07:41 |
| 18 | implicates the legislative privilege. | 01:07:46 |
| 19 | MS. HAMILL Q:  And then you had people | 01:07:49 |
| 20 | reaching out to you asking you to draw a 52 to zero map; | 01:07:51 |
| 21 | correct? | 01:07:57 |
| 22 | MR. MANOLIUS:  Objection.  Well, again, vague | 01:07:57 |
| 23 | as to time.  Are we talking about during the process, | 01:07:59 |
| 24 | because if so it's protected by the legislative | 01:08:02 |
| 25 | privilege so I instruct you not to answer, if it was | 01:08:05 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          99

```
 1   during the process we have described from July through    01:08:08

 2   August.                                                   01:08:11

 3            MS. HAMILL Q:  Has anyone ever asked you to       01:08:11

 4   draw a 52 to zero Democrat advantage congressional map    01:08:13

 5   for California?                                            01:08:18

 6            MR. MANOLIUS:  Again, if it's during the map      01:08:23

 7   drawing process, I'd caution you to not answer the        01:08:25

 8   question, but if it's outside of that process, you can    01:08:29

 9   answer the question.                                      01:08:31

10            THE WITNESS:  I'd only characterize maybe         01:08:33

11   people on Twitter saying why doesn't he draw a 52 to      01:08:42

12   zero map, but not somebody actually directing me to do    01:08:46

13   it.                                                       01:08:49

14            MS. HAMILL Q:  Can you turn to page 10 of this    01:08:54

15   exhibit that we have marked as Exhibit 8, and I'll        01:08:56

16   direct your attention to lines four through 13?           01:09:08

17   A        Uh-huh.                                          01:09:13

18            MR. MANOLIUS:  Through 13, you said?              01:09:34

19            MS. HAMILL:  Yes.                                 01:09:35

20            MR. MANOLIUS:  Thanks.                            01:09:36

21            MS. HAMILL Q:  Do you remember saying these       01:09:37

22   things during this interview?                             01:09:55

23            MR. MANOLIUS:  The portion between three and      01:09:57

24   14 or three and 13?  Do you -- answer the question.       01:10:00

25            THE WITNESS:  Yes.                                01:10:04
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    100

| | | |
|---|---|---|
| 1 | MS. HAMILL Q:  And what did you mean when you | 01:10:05 |
| 2 | said the VRA, on line ten? | 01:10:06 |
| 3 | A       I meant the layperson's understanding of what | 01:10:09 |
| 4 | Texas was doing. | 01:10:16 |
| 5 | Q       And so this section that I've asked you to | 01:10:19 |
| 6 | read sounds like you're talking about the democratic | 01:10:22 |
| 7 | eco-stream. | 01:10:27 |
| 8 | Is that what you mean by people on X and | 01:10:27 |
| 9 | Twitter? | 01:10:29 |
| 10 | A       I think that's a typo.  I think it was | 01:10:30 |
| 11 | ecosystem. | 01:10:32 |
| 12 | Q       Oh, that makes more sense, the democratic | 01:10:34 |
| 13 | ecosystem and -- | 01:10:38 |
| 14 | A       I may have misstated it but that's what I | 01:10:40 |
| 15 | meant.  You know what I mean?  This is consistent with | 01:10:43 |
| 16 | what I just said in prior questions, two questions ago. | 01:10:46 |
| 17 | Q       So it wasn't like you had a specific request, | 01:10:49 |
| 18 | it was just people on Twitter, people generally were | 01:10:51 |
| 19 | yapping about a 52 to zero democratic advantage | 01:10:55 |
| 20 | congressional map; correct? | 01:10:59 |
| 21 | A       It was chatter, yeah. | 01:11:00 |
| 22 | Q       But no specific direction? | 01:11:02 |
| 23 | A       No. | 01:11:04 |
| 24 | MR. MANOLIUS:  Interpose a late objection as | 01:11:14 |
| 25 | to specific direction. | 01:11:16 |

| | | |
|---|---|---|
| 1 | THE WITNESS:  I should have waited. | 01:11:18 |
| 2 | MR. MANOLIUS:  No, that's not bad.  Due to | 01:11:20 |
| 3 | legislative privilege.  Thanks. | 01:11:23 |
| 4 | MS. HAMILL Q:  And they said why can't we just | 01:11:26 |
| 5 | throw out the VRA and create six to eight more Democrat | 01:11:28 |
| 6 | pickups; right? | 01:11:32 |
| 7 | MR. MANOLIUS:  Is your question whether he | 01:11:36 |
| 8 | said that? | 01:11:38 |
| 9 | THE WITNESS:  I can affirm that that's what is | 01:11:38 |
| 10 | written here. | 01:11:40 |
| 11 | MS. HAMILL Q:   And what did you mean by that? | 01:11:41 |
| 12 | MR. MANOLIUS:  Objection, lacks foundation. | 01:11:42 |
| 13 | You can answer. | 01:11:44 |
| 14 | THE WITNESS:  I meant that there were certain | 01:11:45 |
| 15 | people in the ecosystem maybe that didn't even know a | 01:11:49 |
| 16 | lot about redistricting who were saying why not just | 01:11:52 |
| 17 | throw all the guardrails off and draw something crazy | 01:11:55 |
| 18 | like what you see on Twitter. | 01:11:58 |
| 19 | There were a lot of what I derisively call | 01:12:00 |
| 20 | Twitter maps drawn by serious people. | 01:12:04 |
| **21** | **Q       They were not drawn by serious people?** | 01:12:07 |
| 22 | MR. WOODS:  Is that a "yes"?  Sorry. | 01:12:10 |
| 23 | MR. MANOLIUS:  It's your question. | 01:12:15 |
| 24 | THE WITNESS:  They were not drawn by serious | 01:12:16 |
| 25 | people, yes.  Sorry.  I was -- I didn't see that as an | 01:12:17 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          102

```
 1   actual question, I saw that as more of a --          01:12:20

 2          MR. WOODS:  Sure.  Just sorry, not trying to  01:12:24

 3   interject, just want a clear record.                 01:12:26

 4          MS. HAMILL Q:  And so throwing out the         01:12:29

 5   guardrails for the VRA, what does that mean to you?   01:12:30

 6   A       Just throwing out the guardrails for         01:12:34

 7   everything.                                           01:12:36

 8   Q       For everything, the VRA?                      01:12:36

 9   A       I saw maps that were contiguous.  I think Mark 01:12:39

10   has seen those maps too.                              01:12:45

11   Q       So what does throwing away the VRA mean to    01:12:48

12   you?                                                  01:13:06

13          MR. MANOLIUS:  In the context of this          01:13:06

14   interview?  You can answer.                           01:13:08

15          THE WITNESS:  On a podcast, speaking to a lay  01:13:11

16   audience of political people it means just abandoning 01:13:13

17   all constitutional requirements of any kind.  It just 01:13:19

18   means doing a map without -- it means, like I stated  01:13:21

19   earlier, doing a map just free of any -- it's a       01:13:26

20   rule-less map essentially.                            01:13:33

21          MS. HAMILL Q:  Because earlier when I said     01:13:34

22   race, you immediately said the Voting Rights Act, so it 01:13:36

23   sounded like you equated the two.                     01:13:40

24          MR. MANOLIUS:  Objection, vague.  I'm not sure 01:13:41

25   what you're referring to.  Misstates his testimony.   01:13:43
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    103

| | | |
|---|---|---|
| 1 | MR. WOODS:  Join. | 01:13:46 |
| 2 | MR. MANOLIUS:  Lacks foundation. | 01:13:46 |
| 3 | THE WITNESS:  I am unclear about the question | 01:13:50 |
| 4 | or the connection between what I said earlier and you | 01:13:53 |
| 5 | making this statement here about the VRA so the | 01:13:55 |
| 6 | question, I am sorry, doesn't make sense to me. | 01:13:58 |
| 7 | MS. HAMILL Q:  Do you recall earlier | 01:14:02 |
| 8 | discussing race and Voting Rights Act? | 01:14:03 |
| 9 | MR. MANOLIUS:  Vague. | 01:14:08 |
| 10 | THE WITNESS:  I know. | 01:14:09 |
| 11 | MR. MANOLIUS:  Objection, vague. | 01:14:09 |
| 12 | THE WITNESS:  We had a discussion about it | 01:14:10 |
| 13 | with regards to my municipal clients and my deference to | 01:14:11 |
| 14 | attorneys on determining Voting Rights Act compliance | 01:14:16 |
| 15 | and so on, but that is a much more serious actual | 01:14:18 |
| 16 | working for an agency working on a redistricting versus | 01:14:22 |
| 17 | talking to a podcast after the maps have been submitted | 01:14:25 |
| 18 | when this is part of, you know, just layperson's | 01:14:29 |
| 19 | understanding. | 01:14:33 |
| 20 | MS. HAMILL Q:  For the purposes of the | 01:14:35 |
| 21 | Proposition 50 map, complying with the VRA meant | 01:14:52 |
| 22 | maintaining Hispanic majority districts to you; correct? | 01:14:57 |
| 23 | MR. MANOLIUS:  Objection.  Calls for | 01:15:02 |
| 24 | information that's protected by the legislative | 01:15:02 |
| 25 | privilege and I instruct you not to answer. | 01:15:05 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    104

| | | |
|---|---|---|
| 1 | MS. HAMILL Q:  While drawing proposition, the | 01:15:07 |
| 2 | Proposition 50 map it was important to you to pay | 01:15:11 |
| 3 | attention to race and not just focus on partisanship; | 01:15:15 |
| 4 | correct? | 01:15:19 |
| 5 | MR. MANOLIUS:  Objection.  Same objection, | 01:15:19 |
| 6 | legislative privilege, and I instruct you not to answer. | 01:15:21 |
| 7 | MS. HAMILL Q:  And you said you were going to | 01:15:24 |
| 8 | create a five district pickup follow the Voting Rights | 01:15:27 |
| 9 | Act and keep communities of interest together; correct? | 01:15:31 |
| 10 | MR. MANOLIUS:  Objection.  Lacks foundation. | 01:15:34 |
| 11 | Are you asking him to affirm what's in the transcript? | 01:15:36 |
| 12 | I am not sure I understand the question. | 01:15:39 |
| 13 | MS. HAMILL:  You can answer. | 01:15:40 |
| 14 | THE WITNESS:  Oh, this is what I said, if | 01:15:44 |
| 15 | that's what you're asking. | 01:15:47 |
| 16 | MS. HAMILL:  So you're pointing to -- | 01:15:48 |
| 17 | A        There's line 18 to 20 which I think you're | 01:15:50 |
| 18 | referencing in the transcript, I won't dispute that that | 01:15:53 |
| 19 | is what I said.  I trust the transcript. | 01:15:56 |
| 20 | Q        Did you use race to identify any communities | 01:15:58 |
| 21 | of interest in your map drawing for Proposition 50? | 01:16:06 |
| 22 | MR. MANOLIUS: Objection, legislative | 01:16:09 |
| 23 | privilege, instruct you not to answer. | 01:16:12 |
| 24 | MS. HAMILL Q:  And what communities of | 01:16:14 |
| 25 | interest information did you provide to the California | 01:16:17 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    105

```
 1  Legislature for Prop 50?                              01:16:20

 2          MR. MANOLIUS: Same objections.  I instruct you 01:16:22

 3  not to answer.                                        01:16:23

 4          MS. HAMILL Q:  Let's turn to page 12 of this  01:16:24

 5  transcript.  I'll point your attention to lines nine  01:16:31

 6  through 14.                                           01:16:36

 7  A       Hmm.                                          01:16:40

 8  Q       And if you peek back at page 11, line 24,     01:16:57

 9  you're talking about Sara Sadhwani?                   01:17:01

10  A       Uh-huh.                                       01:17:04

11  Q       Who is Sara Sadhwani?                         01:17:05

12  A       She is also on that page on line two.         01:17:06

13          Sara Sadhwani is one of the members of the    01:17:09

14  independent redistricting commission, the state      01:17:12

15  redistricting commission.                            01:17:17

16  Q       Was?                                          01:17:18

17  A       Is, ten year terms.  They have ten year terms. 01:17:19

18  Q       So it exists, just doesn't have any power     01:17:23

19  anymore?                                              01:17:26

20          MR. WOODS:  Objection, calls for a legal      01:17:27

21  conclusion.                                           01:17:28

22          MR. MANOLIUS: Objection, calls for legal      01:17:28

23  conclusion, lacks foundation.  You can answer, if you 01:17:30

24  know.                                                 01:17:30

25          THE WITNESS:  They actually do still meet     01:17:32
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    106

```
 1  infrequently.  I don't think they really have a budget      01:17:34

 2  or staff right, now but they do have a role in helping       01:17:37

 3  with the transition to the next commission in 2031.          01:17:40

 4          MS. HAMILL Q:  And so you said, "I don't think       01:17:46

 5  she'd stand up on that stage and say I support this if       01:17:48

 6  what we're going to get was districts that decimated all     01:17:51

 7  of the communities, you know, throughout L.A. like some      01:17:54

 8  of the public map or some of the map proposals we've         01:17:57

 9  seen."                                                       01:18:00

10          Do you remember saying that?                         01:18:01

11  A       I trust the transcript.  I remember saying           01:18:03

12  something -- this is the kind of thing I would have          01:18:08

13  said.                                                        01:18:10

14  Q       And who drew those other maps?                       01:18:10

15  A       People on Twitter, largely.  I use the people        01:18:13

16  on Twitter as a broad representation of things in social     01:18:22

17  media.                                                       01:18:26

18  Q       But you're not aware of any legitimate               01:18:29

19  organization that drew alternative maps?                     01:18:32

20          MR. MANOLIUS: Objection.  Vague as to the term       01:18:36

21  "legitimate organization," and vague as to "drew maps,"      01:18:40

22  you can draw maps anywhere, so I am not sure I               01:18:46

23  understand the question, but you can answer.                 01:18:49

24          MR. WOODS:  Join.                                    01:18:51

25          THE WITNESS:  Earlier in the testimony or the        01:18:52
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    107

```
 1   discussion, I don't know what you call this, you asked      01:18:54

 2   me about if other groups were submitting maps or doing      01:18:56

 3   maps.                                                       01:18:59

 4         I knew there were other maps around but not           01:18:59

 5   any association or a group submitting a map or having a     01:19:01

 6   map that was one of these maps.                             01:19:05

 7         MS. HAMILL Q:  Were you aware of any                  01:19:07

 8   alternative maps floating around leading up to             01:19:08

 9   Proposition 50 that would have given Democrats more of     01:19:12

10   an advantage, aside from the ones you've dismissed as      01:19:16

11   just Twitter chatter from Twitter people?                  01:19:22

12         MR. MANOLIUS: Objection.  To the extent you're       01:19:25

13   calling for things that went into the legislative          01:19:29

14   process, I'll instruct you not to answer.  If you're       01:19:31

15   aware of anything else, you can answer.                    01:19:33

16         MR. WOODS:  I would also object that it's            01:19:38

17   vague.                                                      01:19:50

18         THE WITNESS:  I don't think I can answer that        01:19:50

19   based on my attorney's objection.                          01:19:51

20         MS. HAMILL Q:  And if you could turn to page         01:19:53

21   13, lines 16 to 20.                                         01:19:58

22   A     (Witness complied.)                                  01:20:01

23   Q     So you said, "We worked with some folks in          01:20:03

24   D.C. and saw some maps as an example that went into        01:20:10

25   Orange County and just tore up the Asian community in      01:20:15
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    108

```
 1   Orange County as they drew the maps and that's a no go."    01:20:19

 2           Why is that a no go?                                01:20:22

 3           MR. MANOLIUS:  I am sorry.  What lines are you      01:20:23

 4   on?                                                         01:20:25

 5           THE WITNESS:  16 to 20 on page 13.                  01:20:26

 6           MR. MANOLIUS:  Objection, vague as to time,         01:20:29

 7   scope, context and foundation whether you said it.          01:20:32

 8           THE WITNESS:  Um, I think what we're looking        01:20:42

 9   at here is there were maps that would take different        01:20:46

10   Orange County communities of interest that have             01:20:53

11   traditionally argued before redistricting commission to     01:20:56

12   be kept together and draw them into districts so that       01:20:59

13   they're going into other counties and they are, you         01:21:02

14   know, drawing a district that, you know, goes from          01:21:05

15   Garden Grove to Rancho Palos Verdes, things like that.      01:21:12

16   Q       And that was a no go?                               01:21:17

17   A       It was a no go, because a lot of groups who         01:21:19

18   would have were organized before the redistricting          01:21:25

19   commission advocating for their communities of interest     01:21:28

20   would find themselves decimated in those plans, and so      01:21:31

21   they would become a vocal opposition to the legislators     01:21:34

22   as they're trying to pass a plan or vocal opposition to     01:21:38

23   the ballot measure if it was to be on the ballot.           01:21:42

24   Q       Do you know which specifics groups those would      01:21:44

25   be?                                                         01:21:46
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                              109

| | | |
|---|---|---|
| 1 | A         I don't know.  I can't start to name all of | 01:21:46 |
| 2 | them.  I clarify basically saying what I just said in | 01:21:48 |
| 3 | the following remainder of that page too. | 01:22:04 |
| **4** | **Q         So on page 14, lines nine through 13 --** | 01:22:11 |
| 5 | A         (Witness complied.) | 01:22:18 |
| **6** | **Q         -- you said you wanted to have the final maps** | 01:22:20 |
| **7** | **be consistent with commission work and be supported with** | 01:22:28 |
| **8** | **communities of interest testimony; correct?** | 01:22:32 |
| 9 | A         Let me read this for a second, if that's | 01:22:35 |
| 10 | okay -- | 01:22:37 |
| **11** | **Q         Sure.** | 01:22:37 |
| 12 | A         -- because I am not -- I am skimming it and | 01:22:37 |
| 13 | it's not making sense to me.  Yes.  Okay.  Thank you. | 01:22:40 |
| 14 | Could you ask the question?  I'm sorry. | 01:23:00 |
| **15** | **Q         Do you mind reading that back?** | 01:23:02 |
| 16 | (Whereupon the record was read as | 01:23:02 |
| 17 | follows: "Question: So on page | 01:22:11 |
| 18 | 14, lines nine through 13 -- | 01:22:12 |
| 19 | "Answer:  (Witness complied.) | 01:22:18 |
| 20 | "Question:  -- you said you | 01:22:26 |
| 21 | wanted to have the final maps be | 01:22:27 |
| 22 | consistent with commission work | 01:22:29 |
| 23 | and be supported with communities | 01:22:30 |
| 24 | of interest testimony; correct? | 01:22:32 |
| 25 | "Answer:  Let me read this for a | 01:22:35 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                110

| | | |
|---|---|---|
| 1 | second, if that's okay -- | 01:22:36 |
| 2 | "Question:  Sure. | 01:22:37 |
| 3 | "Answer:  -- because I am not -- | 01:22:38 |
| 4 | I am skimming it and it's not | 01:22:39 |
| 5 | making sense to me.  Yes.  Okay. | 01:22:40 |
| 6 | Thank you.  Could you ask the | 01:23:00 |
| 7 | question?  I'm sorry.") | 01:23:01 |
| 8 | MR. MANOLIUS:  Objection.  Calls for | 01:23:15 |
| 9 | speculation, lacks foundation, but you can certainly | 01:23:19 |
| 10 | answer the question, if you said that. | 01:23:23 |
| 11 | THE WITNESS:  I said what is here, so if | 01:23:24 |
| 12 | that's your characterization I won't dispute it. | 01:23:26 |
| 13 | MS. HAMILL Q:  Thank you.  Was the final map | 01:23:29 |
| 14 | for Proposition 50 supported with communities of | 01:23:31 |
| 15 | interest testimony? | 01:23:34 |
| 16 | MR. MANOLIUS:  Objection, vague, lacks | 01:23:36 |
| 17 | foundation.  And at what time?  I don't understand the | 01:23:37 |
| 18 | question. | 01:23:44 |
| 19 | THE WITNESS:  Are you saying that -- are you | 01:23:45 |
| 20 | not asking, are you asking about in the map drawing | 01:23:48 |
| 21 | process or are you saying, like, what was on the ballot | 01:23:52 |
| 22 | after the maps, after my job was over after I was done | 01:23:55 |
| 23 | with the contract? | 01:23:58 |
| 24 | Q      I am asking the question in the context we | 01:23:59 |
| 25 | just discussed in your statement here on page 14 from | 01:24:01 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    111

| 1 | line 9 to 14.  You said you wanted the final work to be | 01:24:04 |
| 2 | supported with communities of interest testimony. | 01:24:08 |
| 3 | A        Uh-huh. | 01:24:10 |
| 4 | Q        I'm asking you was the final map that became | 01:24:10 |
| 5 | Prop 50 supported with communities of interest | 01:24:13 |
| 6 | testimony? | 01:24:16 |
| 7 | MR. MANOLIUS:  Again, objection.  Vague as to | 01:24:16 |
| 8 | and where and what context and when.  You can answer. | 01:24:18 |
| 9 | MR. WOODS:  Join. | 01:24:25 |
| 10 | THE WITNESS:  I think objectively looking at | 01:24:26 |
| 11 | the map you can see that the Prop 50 map that was passed | 01:24:31 |
| 12 | by voters was consistent with a lot of what was | 01:24:36 |
| 13 | important in the redistricting commission process and a | 01:24:40 |
| 14 | lot of what testimony was stated before the commission | 01:24:42 |
| 15 | in 2021 and in 2011 as they deliberated. | 01:24:45 |
| 16 | MS. HAMILL Q:  What specific communities of | 01:24:50 |
| 17 | interest do you have in mind when you're telling me | 01:24:52 |
| 18 | that? | 01:24:54 |
| 19 | A        Well, in this document I talk about the LGBTQ | 01:24:54 |
| 20 | community.  I also talk about environmental community, | 01:24:58 |
| 21 | but there could be a hundred different communities of | 01:25:00 |
| 22 | interest throughout the State whose communities of | 01:25:05 |
| 23 | interest that they advocated for in the prior | 01:25:08 |
| 24 | redistricting were retained within the current maps, not | 01:25:10 |
| 25 | only the all the districts that weren't changed at all, | 01:25:13 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    112

1   but even the districts that were changed, I don't want          01:25:15

2   to get into the privileged portion, but one could look          01:25:18

3   at the map today and see a lot of consistency between           01:25:22

4   the map today and the map as it was passed by the               01:25:26

5   commission in 2021.                                             01:25:29

6   Q        And do you have documents reflecting that              01:25:30

7   communities of interest testimony of which you're aware?        01:25:34

8            MR. MANOLIUS:  From 2021?  Vague as to time.           01:25:37

9   I am not sure I understand.                                     01:25:42

10           THE WITNESS:  They're public documents and you         01:25:45

11  can grab them right now.  The commission website is             01:25:47

12  still up and they still have all of their community             01:25:50

13  testimony in an air table.                                      01:25:54

14           MS. HAMILL Q:  And then you said you asked her          01:25:57

15  team to get on the box and start drawing.  What is the          01:26:04

16  box?                                                            01:26:07

17  A        Um --                                                  01:26:08

18           MR. MANOLIUS:  Objection.  First, lacks                01:26:09

19  foundation as to whether you said that, so --                   01:26:11

20           THE WITNESS:  The box is an internal staff             01:26:14

21  term for the computer that houses most of the software.         01:26:19

22           MS. HAMILL Q:  And that's your proprietary             01:26:23

23  system?                                                         01:26:25

24  A        And Maptitude and other things, it's a remote          01:26:26

25  computer.                                                       01:26:29

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                                        113

| | | |
|---|---|---|
| 1 | Q        And when you are done with the marked | 01:26:31 |
| 2 | exhibits, if you can just hand them to the reporter. | 01:26:40 |
| 3 | A        That's perfect.  That's perfect.  I'll do that | 01:26:41 |
| 4 | from now. | 01:26:45 |
| 5 | MS. HAMILL:  I am going to mark as Exhibit 9 | 01:26:48 |
| 6 | the Hispanas Organized for Political Equality, HOPE | 01:26:50 |
| 7 | presentation. | 01:26:58 |
| 8 | (Whereupon Plaintiff's Exhibit 9 | 01:26:58 |
| 9 | was marked for identification. ) | 01:27:13 |
| 10 | MS. HAMILL Q:  You're familiar with Hispanas | 01:27:13 |
| 11 | Organized For Political Equity; correct? | 01:27:16 |
| 12 | A        (Witness nodding head.) | 01:27:19 |
| 13 | Q        HOPE? | 01:27:19 |
| 14 | A        HOPE, yes. | 01:27:20 |
| 15 | Q        So we can call them HOPE? | 01:27:21 |
| 16 | A        Please. | 01:27:22 |
| 17 | Q        It's much easier. | 01:27:23 |
| 18 | A        Uh-huh. | 01:27:24 |
| 19 | Q        Great.  When did you first become acquainted | 01:27:25 |
| 20 | with HOPE? | 01:27:27 |
| 21 | A        I first became acquainted with HOPE more than | 01:27:28 |
| 22 | a dozen years ago, maybe 15 years ago. | 01:27:31 |
| 23 | Q        2010-ish? | 01:27:36 |
| 24 | A        I think that probably sounds about right. | 01:27:40 |
| 25 | Q        And you gave a presentation to HOPE in October | 01:27:42 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                      114

| | | |
|---|---|---|
| 1 | of 2025; correct? | 01:27:45 |
| 2 | A        Yes. | 01:27:47 |
| 3 | Q        October 17th? | 01:27:48 |
| 4 | A        That's the date on the transcript and I don't | 01:27:49 |
| 5 | dispute it.  I don't recollect it exactly. | 01:27:51 |
| 6 | Q        And was that to encourage the Latino community | 01:27:54 |
| 7 | to support Prop 50? | 01:27:58 |
| 8 | A        This was to inform the HOPE participants, the | 01:28:00 |
| 9 | organization as to what was on the ballot, Prop 50, and | 01:28:07 |
| 10 | yes, but it was -- I don't know that they would want to | 01:28:11 |
| 11 | characterize it as campaigning.  It was more of an | 01:28:14 |
| 12 | informational thing.  It was myself and a demographer | 01:28:17 |
| 13 | for the no vote. | 01:28:20 |
| 14 | Q        For the no site? | 01:28:22 |
| 15 | A        Uh-huh. | 01:28:23 |
| 16 | Q        And so you were informing HOPE about what the | 01:28:24 |
| 17 | maps did? | 01:28:27 |
| 18 | MR. MANOLIUS:  Objection.  Lacks foundation, | 01:28:28 |
| 19 | calls for speculation.  If you might want him to look at | 01:28:31 |
| 20 | a specific place in the transcript, that would probably | 01:28:34 |
| 21 | be better, but you can answer, if you know. | 01:28:37 |
| 22 | MS. HAMILL:  You can stop with the speaking | 01:28:39 |
| 23 | objections. | 01:28:41 |
| 24 | MR. MANOLIUS:  Sorry.  I am done. | 01:28:42 |
| 25 | THE WITNESS:  I don't know that that was my | 01:28:45 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          115

| 1 | charge exactly.  I speak to HOPE on a regular basis, | 01:28:48 |
| 2 | maybe every six months, maybe every year, and so they | 01:28:53 |
| 3 | were having me back to talk about what was going on with | 01:28:58 |
| 4 | Prop 50. | 01:29:01 |
| 5 | And they don't think they gave me, like, a | 01:29:03 |
| 6 | charge to speak about what specific part of it like | 01:29:05 |
| 7 | that.  They told me not to talk about partisanship but | 01:29:08 |
| 8 | they told me to talk about Prop 50. | 01:29:11 |
| 9 | Q       And were you paid for this -- | 01:29:13 |
| 10 | A       No. | 01:29:15 |
| 11 | Q       -- appearance?  And just for everyone's | 01:29:15 |
| 12 | reference, this transcript is included as Exhibit B in | 01:29:22 |
| 13 | the U.S. Complaint Intervention and it's also marked as | 01:29:25 |
| 14 | Exhibit 11 for the preliminary injunction hearing. | 01:29:28 |
| 15 | So have you seen this transcript before? | 01:29:32 |
| 16 | A       I've seen that it exists.  I haven't read | 01:29:36 |
| 17 | through it. | 01:29:39 |
| 18 | Q       I want to give you a few minutes to just look | 01:29:40 |
| 19 | through it, generally. | 01:29:43 |
| 20 | A       Okay. | 01:29:46 |
| 21 | MR. MEUSER:  And for your information, your | 01:29:50 |
| 22 | testimony or your presentation starts on page 20. | 01:29:53 |
| 23 | THE WITNESS:  Thank you.  Oh, yes.  Okay.  All | 01:29:56 |
| 24 | right. | 01:30:09 |
| 25 | MS. HAMILL Q:  Do you recognize generally the | 01:30:09 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    116

1    conversation reflected in this transcript?                      01:30:12

2            MR. MANOLIUS:  Objection, vague, compound,              01:30:13

3    overbroad.  Quite a number of pages.  You can look              01:30:15

4    through them too.                                               01:30:21

5            THE WITNESS:  Yes, I recognize them.                    01:30:22

6            MS. HAMILL:  I am going to ask counsel to               01:30:23

7    please stop with the speaking objections.                       01:30:25

8            MR. MANOLIUS:  I'll make my objections.                 01:30:27

9    Thanks.                                                         01:30:29

10           MS. HAMILL:  You're welcome.                            01:30:29

11   Q       So the Zoom, the video from from this Zoom              01:30:33

12   discussion is no longer publicly available.  Do you have       01:30:38

13   any idea why that is?                                           01:30:40

14           MR. MANOLIUS:  Objection, lacks foundation.             01:30:41

15   You can answer.                                                 01:30:43

16           THE WITNESS:  I didn't know that it was                 01:30:44

17   publicly available, so I don't have any response.  I            01:30:45

18   don't have any interaction with -- no.                          01:30:49

19           MS. HAMILL Q:  At any time did you personally           01:30:51

20   take any action to get the video taken off of the public       01:30:53

21   domain?                                                         01:30:57

22   A       No.                                                     01:30:58

23   Q       Do you recall telling HOPE that Prop 50 would          01:30:58

24   increase Latino voting power?                                   01:31:15

25   A       No.                                                     01:31:17

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    117

| | | |
|---|---|---|
| 1 | Q         I'm going to turn your attention to page 23, | 01:31:19 |
| 2 | line 24 through page 24 line one. | 01:31:53 |
| 3 | A         Uh-huh. | 01:32:33 |
| 4 | Q         Can you read that out loud for me, please, | 01:32:34 |
| 5 | starting at line 24 on page 23? | 01:32:37 |
| 6 | A         I'll trust that this is the right transcript, | 01:32:40 |
| 7 | but -- and I started listing out this concept of drawing | 01:32:44 |
| 8 | a replacement majority/minority Latino in the middle of | 01:32:46 |
| 9 | Los Angeles, that was the number one thing that I first | 01:32:50 |
| 10 | started thinking about because of something that I | 01:32:55 |
| 11 | worked with HOPE on in the last redistricting process. | 01:32:57 |
| 12 | Q         Do you remember saying that? | 01:33:00 |
| 13 | A         I recall speaking to it.  I don't remember | 01:33:01 |
| 14 | saying those exact words. | 01:33:05 |
| 15 | Q         Were you being truthful when you said that? | 01:33:06 |
| 16 | A         I was being -- | 01:33:09 |
| 17 | MR. MANOLIUS:  Objection.  Calls for legal | 01:33:10 |
| 18 | conclusion, argumentative.  You can answer. | 01:33:14 |
| 19 | THE WITNESS:  I was being truthful in that | 01:33:17 |
| 20 | when we first started working on this this was a map | 01:33:22 |
| 21 | that was already drawn. | 01:33:24 |
| 22 | MS. HAMILL Q:  When you say this, are you | 01:33:27 |
| 23 | referring to the Proposition 50 map? | 01:33:28 |
| 24 | A         This map that's, this map, this map, I mean a | 01:33:30 |
| 25 | map that puts -- when I say I first started thinking | 01:33:35 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    118

```
 1   about it because of something that I worked with HOPE on      01:33:42

 2   in the last redistricting process, there was a map           01:33:45

 3   associated with that work in 2021, so I knew that that        01:33:47

 4   map existed and I knew that that map creates an               01:33:52

 5   additional democratic seat in the middle of Los Angeles.      01:33:56

 6   Q        Are you saying you drew a map with HOPE in           01:33:59

 7   2021?                                                         01:34:02

 8   A        No, I just knew there was one that existed.          01:34:02

 9   Q        Okay.                                                01:34:05

10   A        And that had been advocated by Equality             01:34:05

11   California, environmental protection groups and HOPE, so     01:34:09

12   I knew that there was already a map on the shelf.            01:34:12

13            And so on the first thing I can think of is,         01:34:14

14   hey, I know one thing that's easy to do, that's why I        01:34:17

15   was expressing to them there was a, hey, I know              01:34:22

16   something that will pick up a democratic seat.               01:34:25

17   Q        Did you work with HOPE at all in 2021 on that       01:34:28

18   map?                                                          01:34:31

19   A        I don't recall.  I know it existed.                 01:34:32

20   Q        How often has HOPE sent you map proposals?          01:34:36

21   A        Never any.  Potentially, I mean, I don't want       01:34:56

22   to, I don't want to say -- let me para -- let me             01:35:01

23   rephrase that.                                                01:35:05

24            I don't recall them ever sending me a map            01:35:05

25   proposal.  That isn't the core of what they do as an        01:35:08
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    119

```
 1   organization.                                          01:35:11
 2   Q        So how does your relationship work?  Would    01:35:11
 3   they express a desire for something and you would      01:35:14
 4   provide them with a draft map --                       01:35:16
 5            MR. MANOLIUS:  Objection.                      01:35:18
 6            THE WITNESS:  In 2021?                         01:35:20
 7            MR. MANOLIUS:  Wait.  Objection, vague as to   01:35:21
 8   time.  I am not sure during what process you mean.      01:35:23
 9            MS. HAMILL:    At any time.                    01:35:25
10            THE WITNESS:  So in 2021?                      01:35:26
11            MR. MANOLIUS:  At any time except, excuse      01:35:29
12   me -- objection -- the Prop 50 map drawing process,     01:35:31
13   which I instruct you not to answer about.               01:35:35
14            THE WITNESS:  Yes.  Very readily available to  01:35:37
15   anybody who wanted to look is in 2021.  HOPE and a      01:35:40
16   number of groups were advocating for a map that would   01:35:43
17   not remove a district from Los Angeles, because that's  01:35:50
18   what the commission chose to do in 2021.                01:35:54
19            They went from 53 to 52 districts and they had 01:35:56
20   a question, how are we going to do this?  Are we going  01:36:00
21   to do this by starting from a scratch map and just      01:36:03
22   letting everything fall where it is or are we going to  01:36:06
23   just take a map out of L.A. where they're the slower    01:36:09
24   growing portion of the state and it makes our job easier 01:36:13
25   just to take a district out of L.A.                     01:36:16
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    120

| | | |
|---|---|---|
| 1 | And so HOPE was advocating for putting that | 01:36:18 |
| 2 | district back in L.A. | 01:36:20 |
| 3 | Q        And that was your starting point for | 01:36:22 |
| 4 | Proposition 50? | 01:36:25 |
| 5 | A        I guess. | 01:36:25 |
| 6 | MR. MANOLIUS:  Objection.  I instruct you not | 01:36:26 |
| 7 | to answer based on legislative privilege what was done | 01:36:27 |
| 8 | during Prop 50. | 01:36:31 |
| 9 | THE WITNESS:  Speaking here after the map was | 01:36:34 |
| 10 | done I was articulating this lines two through five that | 01:36:38 |
| 11 | I knew that a proposal had been done in 2021 that they | 01:36:46 |
| 12 | were advocating for. | 01:36:51 |
| 13 | MS. HAMILL Q:  Going down to line six on page | 01:36:52 |
| 14 | 24, it looks like you say you're going to read for a | 01:37:14 |
| 15 | second, so you start reading something at the HOPE | 01:37:18 |
| 16 | presentation; is that correct? | 01:37:21 |
| 17 | A        Uh-huh. | 01:37:23 |
| 18 | Q        What were you reading? | 01:37:24 |
| 19 | MR. MEUSER:  Can that be a verbal answer? | 01:37:27 |
| 20 | MR. MANOLIUS:  You said, "Uh-huh." | 01:37:29 |
| 21 | MR. MEUSER:  You said, "Uh-huh." | 01:37:32 |
| 22 | THE WITNESS:  Oh, yes.  I was -- I was saying | 01:37:34 |
| 23 | yes only to characterize that I was following along with | 01:37:37 |
| 24 | what your question was. | 01:37:41 |
| 25 | That line six was, I was reading a letter from | 01:37:44 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                        121

| | | |
|---|---|---|
| 1 | 2021. | 01:37:50 |
| 2 | MS. HAMILL Q:  The letter from HOPE. | 01:37:52 |
| 3 | A       Yes.  Oh, you've got it. | 01:37:53 |
| 4 | MR. MEUSER:  We're prepared. | 01:38:02 |
| 5 | (Whereupon Plaintiff's Exhibit 10 | 01:38:02 |
| 6 | was marked for identification.) | 01:38:06 |
| 7 | MS. HAMILL Q:  I have marked as Exhibit 10 a | 01:38:06 |
| 8 | November 24th, 2021, letter from HOPE to the Citizens | 01:38:12 |
| 9 | Redistricting Commission.  It is also marked as Exhibit | 01:38:19 |
| 10 | 12 for the preliminary injunction hearing. | 01:38:24 |
| 11 | Is this the letter that you were referring to | 01:38:28 |
| 12 | on page 24 of this transcript? | 01:38:36 |
| 13 | MR. MANOLIUS:  Just objection, vague.  Is it | 01:38:39 |
| 14 | just the first two pages, because there seem to be some | 01:38:41 |
| 15 | other things after it? | 01:38:43 |
| 16 | MS. HAMILL:  It's the complete document. | 01:38:45 |
| 17 | THE WITNESS:  Um, I was referring to the first | 01:38:49 |
| 18 | two pages of this.  I haven't seen the attachment in | 01:38:52 |
| 19 | years. | 01:38:56 |
| 20 | MS. HAMILL Q:  So is it your testimony that | 01:38:57 |
| 21 | there is a version of this letter that doesn't have the | 01:39:06 |
| 22 | attachment to it? | 01:39:10 |
| 23 | MR. MANOLIUS:  Objection, calls for | 01:39:11 |
| 24 | speculation. | 01:39:12 |
| 25 | THE WITNESS:  Oh, um -- | 01:39:13 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    122

| | | |
|---|---|---|
| 1 | MR. MANOLIUS:  Misstates his testimony. | 01:39:16 |
| 2 | THE WITNESS:  I'm only saying that I have only | 01:39:18 |
| 3 | seen the first two pages recently when I was presenting. | 01:39:21 |
| 4 | I had forgotten that this other attachment was even | 01:39:24 |
| 5 | here. | 01:39:27 |
| 6 | MS. HAMILL Q:  But you had seen that before, | 01:39:27 |
| 7 | the attachment? | 01:39:29 |
| 8 | A        Ions ago, yeah, in 2021. | 01:39:30 |
| 9 | Q        So I want to walk you through -- I'm going | 01:39:37 |
| 10 | back to -- | 01:39:55 |
| 11 | A        Uh-huh. | 01:39:55 |
| 12 | Q        -- Exhibit 9.  You can set aside the letter | 01:39:56 |
| 13 | for a minute. | 01:39:58 |
| 14 | A        Okay. | 01:39:59 |
| 15 | Q        Just going through the transcript here, so | 01:39:59 |
| 16 | line six, page 24, you say you're going to read for a | 01:40:03 |
| 17 | second, and you just testified that you were reading | 01:40:07 |
| 18 | from what has been marked as Exhibit 10, and you read | 01:40:09 |
| 19 | from the HOPE letter. | 01:40:12 |
| 20 | And then I think you're quoting it on line | 01:40:14 |
| 21 | nine, you say, "HOPE is concerned about the elimination | 01:40:17 |
| 22 | of the majority/minority Latino district within the area | 01:40:21 |
| 23 | of Los Angeles Gateway cities." | 01:40:24 |
| 24 | Do you remember saying that? | 01:40:27 |
| 25 | A        I remember reading this letter. | 01:40:28 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                            123

| 1 | Q | Okay. And then it continues on line 13. | 01:40:29 |
| 2 | | "The seat, which is called by the L.A. Times | 01:40:31 |
| 3 | | the most Latino district in the country, disappeared off | 01:40:34 |
| 4 | | the map despite the growing Latino population throughout | 01:40:38 |
| 5 | | the state." | 01:40:42 |
| 6 | | Do you remember saying that? | 01:40:43 |
| 7 | A | Yes. | 01:40:44 |
| 8 | Q | And do you believe that to be true? | 01:40:45 |
| 9 | A | I can't speak -- | 01:40:47 |
| 10 | | MR. MANOLIUS: Just a second. Let me | 01:40:55 |
| 11 | | interpose a late objection. Do you remember saying | 01:40:57 |
| 12 | | that? Vague, misstates the testimony, if he remembers | 01:40:59 |
| 13 | | reading that, adopting it. | 01:41:03 |
| 14 | | THE WITNESS: And then I can tell you that I | 01:41:08 |
| 15 | | read this. There are statements in here that, it's | 01:41:10 |
| 16 | | their letter that says HOPE is concerned about the | 01:41:16 |
| 17 | | elimination. | 01:41:18 |
| 18 | | I don't have firsthand knowledge of their | 01:41:19 |
| 19 | | concern, but I am reading their letter that says they | 01:41:21 |
| 20 | | were concerned, and their citing of L.A. Times article | 01:41:24 |
| 21 | | that I'm reading their letter, so I don't have | 01:41:28 |
| 22 | | independent knowledge of that either. | 01:41:31 |
| 23 | | So this isn't my, I didn't write this letter | 01:41:32 |
| 24 | | so I am not able to speak to the veracity of the letter, | 01:41:34 |
| 25 | | I am just reading back to them what they had submitted | 01:41:39 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    124

```
 1   to the commission.                                     01:41:43

 2           MS. HAMILL:  Are you able to go back to my      01:41:44

 3   last question?  And before we do that, I am going to ask 01:41:46

 4   one more time politely, please, stop with the improper  01:41:56

 5   speaking objections.                                    01:41:59

 6           MR. MANOLIUS:  They are not improper, but       01:42:02

 7   everybody is entitled to their opinion.                 01:42:04

 8           If there's lack of clarity in the question, I   01:42:12

 9   am going to object.                                     01:42:15

10           MS. HAMILL:  You may object, but don't start    01:42:15

11   testifying or advising your client while on the record. 01:42:17

12           MR. MANOLIUS:  I am not doing any of that.      01:42:25

13           (Whereupon the record was read as               01:42:25

14           follows:  "Question:  And do you                01:40:45

15           believe that to be true?")                      01:40:46

16           MR. WOODS:  Objection.  Vague.                   01:42:39

17           MR. MANOLIUS:  Calls for speculation, vague.    01:42:41

18           MS. HAMILL Q:  You just explained before we     01:42:46

19   got into this transcript, you explained what happened   01:42:48

20   where the commission had to move the map from 53 to 52  01:42:52

21   districts; right?                                       01:42:57

22   A       Uh-huh.                                          01:42:58

23   Q       And they did take away that district; correct?  01:42:58

24           MR. MANOLIUS:  Objection, misstates his         01:43:01

25   testimony.  You can answer.                             01:43:02
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                      125

```
 1              THE WITNESS:  I stated objectively that the      01:43:03
 2   commission had to make a choice of where to remove a        01:43:05
 3   district in the district, but they, the district that       01:43:08
 4   most people believed was, quote unquote, removed was an     01:43:10
 5   L.A. district from the move from 53 to 52.                  01:43:12
 6              They're characterizing it they are messaging     01:43:18
 7   about it in a way that is their own choice of how to        01:43:22
 8   message about it.  They are not making objective            01:43:24
 9   statements here, they are making persuasive statements      01:43:27
10   that I can't speak to.                                      01:43:29
11              MS. HAMILL Q:  Okay.  And moving on down page    01:43:30
12   24, starting at line 17, I don't think you're quoting       01:43:32
13   anymore.                                                    01:43:37
14   A        Uh-huh.                                            01:43:38
15   Q        I think this is your own speech.  "And that       01:43:39
16   letter on page two illustrated what HOPE wanted to see      01:43:41
17   done in a coalition with a lot of other partners in Los     01:43:45
18   Angeles."                                                   01:43:50
19              Do you remember saying that?                    01:43:50
20   A        That portion of it is my words, it looks like,    01:43:53
21   and then the next sentence is quoting.                      01:43:58
22   Q        Okay.  So the second sentence on line 19, you     01:44:02
23   go back to quoting the HOPE letter that's marked as         01:44:07
24   Exhibit 10?                                                 01:44:10
25   A        With number one is the beginning of where I'm     01:44:11
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    126

```
 1   quoting again.                                          01:44:13

 2   Q        Okay.  So line 20, it says, "Number one,       01:44:13

 3   create a gateway cities district centered around Downey 01:44:17

 4   as described in the analysis, allowing for the creation 01:44:22

 5   of five Latino majority/minority districts in an area   01:44:26

 6   where there are currently four."                        01:44:30

 7            So are you reciting --                          01:44:35

 8   A        I want to, yeah, I want to amend one of my     01:44:39

 9   earlier statements, because I might have been reading   01:44:43

10   from a different version of the letter.                 01:44:45

11            As you notice, I have two words in here that   01:44:47

12   aren't on the letter that you're providing.             01:44:50

13            You have minority districts in an area, in an  01:44:53

14   area where there are currently four and the letter that 01:44:59

15   you provided me says minority districts where there are 01:45:02

16   currently four, so just slightly different.  I might    01:45:07

17   have been reading from a slightly different version of  01:45:09

18   the letter.                                             01:45:13

19   Q        Do you think there is a different version of   01:45:13

20   this letter floating around?                            01:45:15

21            MR. MANOLIUS:  Objection, speculation.         01:45:16

22            MR. WOODS:  Join.                               01:45:18

23            THE WITNESS:  Potentially.                      01:45:19

24            MS. HAMILL Q:  And you said that this letter    01:45:19

25   is available on the redistricting commission website;   01:45:21
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    127

```
 1   correct?                                                01:45:24

 2            MR. MANOLIUS:  Objection, calls for            01:45:24

 3   speculation, lacks foundation.                          01:45:25

 4            THE WITNESS:  I don't recall where I got it    01:45:28

 5   from.  I just know that when I got it it was two pages, 01:45:29

 6   it didn't have these things, and so potentially where   01:45:33

 7   we're getting these from different sources or I had a    01:45:37

 8   different version of it or something.                   01:45:39

 9            MS. HAMILL Q:  Would you please go back and    01:45:41

10   obtain the copy of the letter from which you were       01:45:43

11   reading at this October 17th, 2025 presentation and     01:45:45

12   provide it to your counsel who will then provide it to  01:45:49

13   me?                                                     01:45:52

14   A        You -- I understand your question.  I'll look  01:45:53

15   to see if I can do that.                                01:45:58

16   Q        Thank you.                                     01:46:00

17   A        And maybe I'm wrong, but --                    01:46:00

18   Q        Thank you.  All right.  So I believe we're on  01:46:02

19   page 24 of this HOPE transcript, line 17 --             01:46:09

20   A        Uh-huh.                                        01:46:13

21   Q        -- down to line 24, and to me that looks like  01:46:14

22   the second page of what we marked as Exhibit 10.        01:46:17

23   A        Uh-huh.                                        01:46:20

24   Q        It looks like the first bold bullet point --   01:46:21

25   A        Yeah.                                          01:46:23
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    128

1   Q        -- is that correct?                          01:46:24

2   A        Yeah.                                         01:46:24

3   Q        Is that a fair thing to say?                 01:46:25

4   A        Yeah.                                         01:46:26

5   Q        Okay.  Now we're going back to the transcript,   01:46:26

6   page 24, line 25.  You say, "Secondly, take the district   01:46:30

7   that was called LB north, which is now the Robert Garcia   01:46:36

8   district, take that district to the south through Seal   01:46:40

9   Beach into Huntington Beach, making a Latino-influenced   01:46:44

10  district at 35 percent Latino by voting age population."   01:46:47

11          Do you remember saying that?                  01:46:51

12  A        I remember saying something like that.       01:46:53

13  Q        And that doesn't perfectly reflect point two   01:46:55

14  on the second page of the letter that's marked as     01:46:57

15  Exhibit 10, does it?                                  01:47:00

16          MR. MANOLIUS:  Objection, lacks foundation,   01:47:02

17  vague.  You can answer.                               01:47:05

18          THE WITNESS:  It is off by a few words here   01:47:08

19  and there.                                            01:47:11

20          MS. HAMILL Q:  Do you think perhaps when you  01:47:12

21  were speaking at this HOPE presentation you were      01:47:13

22  ad-libbing a bit from the letter?                     01:47:16

23  A        Potentially.                                 01:47:18

24          MR. MANOLIUS:  Objection, calls for           01:47:19

25  speculation.                                          01:47:20

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                              129

```
 1              THE WITNESS:  Potentially.  I was reading as     01:47:22
 2   I'm talking and so there was a little bit, and that        01:47:23
 3   might be why there was two words in the first bullet       01:47:30
 4   point.  I don't know.                                      01:47:33
 5              MS. HAMILL Q:  Okay.  And so that was your       01:47:34
 6   starting point what we just went over you've testified,    01:47:44
 7   that that was the start point that you had for             01:47:47
 8   Proposition 50; correct?                                   01:47:50
 9              MR. MANOLIUS:  Objection, don't answer it.       01:47:51
10   Calls for information protected by the legislative         01:47:53
11   privilege.                                                 01:47:55
12              MS. HAMILL Q:  That's what you told HOPE, at     01:47:57
13   least?                                                     01:48:00
14              MR. MANOLIUS:  Um, objection.  Misstates the    01:48:02
15   testimony, vague.  You can answer.                         01:48:05
16              MR. WOODS:  Join.                                01:48:07
17              THE WITNESS:  What I told HOPE was that the      01:48:09
18   off the shelf, the first thing available to us in trying   01:48:14
19   to create an additional democratic seat was to utilize a   01:48:16
20   map that had already been drawn that was being advocated   01:48:20
21   for them before the commission, that's what I articulate   01:48:23
22   here.                                                      01:48:26
23              MS. HAMILL Q:  Did you tell HOPE that this       01:48:27
24   creating a Latino majority district and putting back in    01:48:29
25   this district was the starting point, because you were     01:48:33
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    130

| | | |
|---|---|---|
| 1 | trying to convince them to vote for Proposition 50? | 01:48:35 |
| 2 | MR. MANOLIUS:  Objection.  I instruct you not | 01:48:39 |
| 3 | to answer, to the extent that it implicates your Prop 50 | 01:48:41 |
| 4 | work, legislative privilege, so I instruct you not to | 01:48:45 |
| 5 | answer. | 01:48:48 |
| 6 | MS. HAMILL Q:  Did you tell HOPE that this | 01:48:48 |
| 7 | letter we've marked as Exhibit 10 was your starting | 01:48:58 |
| 8 | point, because that was the truth and that's how you | 01:49:01 |
| 9 | started drawing the Proposition 50 map? | 01:49:03 |
| 10 | MR. MANOLIUS:  Same objection.  Legislative | 01:49:06 |
| 11 | privilege. | 01:49:08 |
| 12 | MS. HAMILL Q:  Going back to the transcript, | 01:49:09 |
| 13 | which is marked as Exhibit 9, page 25, line six, you | 01:49:10 |
| 14 | say, "That two bullet points was the first thing we did | 01:49:16 |
| 15 | in drawing the new map.  We essentially reversed the | 01:49:19 |
| 16 | Redistricting Commission's decision to eliminate the | 01:49:23 |
| 17 | Latino district from L.A., the old Ed Roybal district, | 01:49:26 |
| 18 | Lucille Roybal-Allard district, the first Latino | 01:49:32 |
| 19 | majority/minority district in the country, the first | 01:49:36 |
| 20 | Latino member of Congress in the country." | 01:49:39 |
| 21 | Do you remember saying that? | 01:49:43 |
| 22 | A        I remember saying something like that, yeah. | 01:49:44 |
| 23 | Q        Is it true? | 01:49:46 |
| 24 | MR. MANOLIUS:  Objection.  To the extent it | 01:49:47 |
| 25 | calls for legislative privilege and information, I | 01:49:49 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                        131

| | | |
|---|---|---|
| 1 | instruct you not to answer. | 01:49:52 |
| 2 | MR. MEUSER:  Is there an answer? | 01:50:10 |
| 3 | MR. MANOLIUS:  I said not to answer. | 01:50:11 |
| 4 | MR. MEUSER:  You said to the extent. | 01:50:13 |
| 5 | MR. MANOLIUS:  I instruct you not to answer | 01:50:15 |
| 6 | the question. | 01:50:17 |
| 7 | MS. HAMILL Q:  Was the point of this exercise | 01:50:17 |
| 8 | that you described between lines six and 13, was the | 01:50:23 |
| 9 | point of that exercise to eliminate Ken Calvert's | 01:50:28 |
| 10 | district or to create a fifth Latino majority district? | 01:50:33 |
| 11 | MR. MANOLIUS:  I instruct you not to answer. | 01:50:36 |
| 12 | That's covered by legislative privilege. | 01:50:38 |
| 13 | MS. HAMILL Q:  The point of that exercise was | 01:50:41 |
| 14 | to create a fifth Latino majority district, wasn't it? | 01:50:44 |
| 15 | MR. MANOLIUS:  Same objection and I instruct | 01:50:48 |
| 16 | you not to answer the question. | 01:50:50 |
| 17 | MS. HAMILL Q:  Was it just a fortuitous bonus | 01:50:51 |
| 18 | that eliminating Ken Calvert's district gave you a fifth | 01:50:53 |
| 19 | Latino majority district? | 01:50:57 |
| 20 | MR. MANOLIUS:  Same objection.  I instruct you | 01:50:59 |
| 21 | not to answer the question. | 01:51:02 |
| 22 | MS. HAMILL Q:  If that's the case, if it was a | 01:51:07 |
| 23 | fortuitous bonus, then why did you tell HOPE that you | 01:51:09 |
| 24 | set out to create a majority district? | 01:51:14 |
| 25 | MR. MANOLIUS:  Objection.  Seeks information | 01:51:17 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    132

| | | |
|---|---|---|
| 1 | covered by the legislative privilege.  You can certainly | 01:51:24 |
| 2 | answer as to what you told HOPE. | 01:51:29 |
| 3 | MR. WOODS:  Also, mischaracterizes testimony. | 01:51:31 |
| 4 | THE WITNESS:  It definitely mischaracterizes | 01:51:33 |
| 5 | my testimony, I believe.  The, I think the point of this | 01:51:35 |
| 6 | was to give a path on the back of the HOPE leadership | 01:51:39 |
| 7 | that advocated really hard for the membership in 2021 | 01:51:42 |
| 8 | and to let them know that, that roughly, because if you | 01:51:47 |
| 9 | actually look at the map it is different than their | 01:51:52 |
| 10 | bullet points, but that roughly that they, that what | 01:51:56 |
| 11 | they had advocated for in 2021 was valuable. | 01:52:02 |
| 12 | MS. HAMILL Q:  How is it different from their | 01:52:07 |
| 13 | bullet points? | 01:52:09 |
| 14 | MR. MANOLIUS:  Objection, vague, lacks | 01:52:11 |
| 15 | foundation.  And vague as to how is what different?  I | 01:52:16 |
| 16 | am not sure. | 01:52:24 |
| 17 | MS. HAMILL Q:  Just quoting your words.  You | 01:52:24 |
| 18 | said the Prop 50 map is different from these bullet | 01:52:26 |
| 19 | points; correct? | 01:52:30 |
| 20 | MR. MANOLIUS:  I instruct you not to answer | 01:52:33 |
| 21 | the question as to due to legislative privilege with | 01:52:34 |
| 22 | regard to the Prop 50 map. | 01:52:38 |
| 23 | MS. HAMILL Q:  I'm asking about the map is | 01:52:40 |
| 24 | drawn, we can all see it.  It's not private. | 01:52:41 |
| 25 | Looking at the map, can you tell if it's the | 01:52:45 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          133

| | | |
|---|---|---|
| 1 | same or different from what's in these proposed bullet | 01:52:48 |
| 2 | points, which were written in 2021 are not relevant to | 01:52:51 |
| 3 | the Prop 50 legislative privilege? | 01:52:57 |
| 4 | A       You can see the maps that they submitted and | 01:52:59 |
| 5 | they are similar, but not the same. | 01:53:00 |
| 6 | Q       In what ways? | 01:53:02 |
| 7 | A       In that there is a Long Beach to Orange County | 01:53:03 |
| 8 | district and there is a north of Long Beach to gateway | 01:53:08 |
| 9 | cities district. | 01:53:12 |
| 10 | Q       And how are they different? | 01:53:13 |
| 11 | (Sneezing.) | 01:53:18 |
| 12 | A       Because bullet point one says as described in | 01:53:20 |
| 13 | the analysis, which it's not going to match what's in | 01:53:27 |
| 14 | the analysis, and it describes the percentage Latino | 01:53:32 |
| 15 | CVAP in Huntington Beach, because the LB north district | 01:53:38 |
| 16 | is not exactly what we created.  Ours goes further into | 01:53:41 |
| 17 | Newport Beach and is not 35 to 40 percent Latino citizen | 01:53:45 |
| 18 | voting population. | 01:53:51 |
| 19 | Q       What is it? | 01:53:51 |
| 20 | A       Less than that, something less than that. | 01:53:52 |
| 21 | Q       And so point one on the second page of | 01:53:54 |
| 22 | Exhibit 10 refers to an analysis.  Is that referring to | 01:53:58 |
| 23 | the analysis that's attached to the letter? | 01:54:02 |
| 24 | MR. MANOLIUS:  Objection, calls for | 01:54:05 |
| 25 | speculation. | 01:54:06 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          134

1              THE WITNESS:  When I was doing the                     01:54:07

2    presentation I didn't know exactly which analysis they           01:54:09

3    were speaking to, but given these together it was                01:54:12

4    speaking to this, and there's probably even a picture of         01:54:14

5    a map in here.  I don't know.  And I don't -- and the            01:54:17

6    Prop 50 map did not create an additional Latino                  01:54:50

7    majority/minority district.                                      01:54:58

8              MS. HAMILL Q:  What do you mean?                       01:54:58

9    A          It objectively did not create another Latino          01:54:59

10   district that is was over 50-percent CVAP Latino.                01:55:02

11             The existing map has district 40, the                  01:55:06

12   commissioned mapped had a district number 42, it was            01:55:09

13   over 50-percent CVAP Latino, and the new district, that          01:55:20

14   district is now moved up, is renumbered 41 and now              01:55:25

15   there's a new district that goes from Huntington Beach          01:55:29

16   down, from Long Beach down to Huntington Beach, Newport          01:55:31

17   Beach, which is not Latino majority/minority, so there's         01:55:34

18   not an additional Latino majority/minority district              01:55:38

19   created through that.                                            01:55:42

20   Q          So I want to turn your attention to page 25 of       01:55:45

21   what's marked as Exhibit 9, lines 19 through 25.                 01:55:48

22   A          Yes.                                                  01:55:58

23   Q          And so, basically, this is saying you went           01:55:59

24   back to proposals from HOPE, Equality California, groups         01:56:02

25   that were trying to advocate for changes during the last        01:56:06

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                      135

| | | |
|---|---|---|
| 1 | redistricting process; right? | 01:56:09 |
| 2 | MR. MANOLIUS:  Objection, legislative | 01:56:10 |
| 3 | privilege, instruct you not to answer. | 01:56:13 |
| 4 | MS. HAMILL:  You said it publicly, so wouldn't | 01:56:15 |
| 5 | that be a waiver of the privilege. | 01:56:19 |
| 6 | MR. MANOLIUS:  Again, you can ask him if he | 01:56:21 |
| 7 | said it. | 01:56:22 |
| 8 | MS. HAMILL Q:  Did you say this, Mr. Mitchell? | 01:56:24 |
| 9 | A        Yes, I said that.  And the second portion of | 01:56:27 |
| 10 | that what they were doing in 2021 is true. | 01:56:35 |
| 11 | Q        Is any part of this statement not true? | 01:56:39 |
| 12 | A        No.  I am just saying it's definitely | 01:56:41 |
| 13 | something I can confirm without getting into what | 01:56:44 |
| 14 | happened during the Prop 50 mapping process. | 01:56:47 |
| 15 | Q        Was Equality California proposing a Latino | 01:56:49 |
| 16 | majority district? | 01:56:52 |
| 17 | MR. MANOLIUS:  Vague as to time.  Objection. | 01:56:53 |
| 18 | Vague as to time.  And if it's during the Prop 50 time, | 01:56:56 |
| 19 | I instruct you not to answer based on legislative | 01:56:59 |
| 20 | privilege. | 01:57:02 |
| 21 | THE WITNESS:  In 2021, Equality California was | 01:57:04 |
| 22 | advocating for the same structure of maps that HOPE was | 01:57:09 |
| 23 | advocating for, which would have replaced an L.A. | 01:57:12 |
| 24 | district. | 01:57:16 |
| 25 | But, again, same set, same number of Latino | 01:57:16 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    136

| | | |
|---|---|---|
| 1 | majority/minority districts, just one more district in | 01:57:20 |
| 2 | L.A. | 01:57:23 |
| 3 | Q        What is your understanding of why Equality | 01:57:24 |
| 4 | California would propose a Latino majority district? | 01:57:26 |
| 5 | A        They weren't -- | 01:57:29 |
| 6 |          MR. MANOLIUS:  Objection, calls for | 01:57:30 |
| 7 | speculation. | 01:57:31 |
| 8 |          MR. WOODS:  Join. | 01:57:32 |
| 9 |          MR. MANOLIUS:  Lacks foundation.  You can | 01:57:33 |
| 10 | answer. | 01:57:34 |
| 11 |          THE WITNESS:  They were advocating for their | 01:57:35 |
| 12 | LGBT community.  They had maps showing there was a | 01:57:36 |
| 13 | strong LGBT community in Long Beach and they believed | 01:57:41 |
| 14 | that that LGBT community could be more effective in | 01:57:44 |
| 15 | advocating and helping to elect a candidate of choice | 01:57:48 |
| 16 | from that group if it was paired with more coastal | 01:57:49 |
| 17 | communities down Huntington Beach, Long Beach. | 01:57:51 |
| 18 |          And so their interests and HOPE's interests | 01:57:53 |
| 19 | might have aligned, but that's why Equality California | 01:57:56 |
| 20 | was advocating, and they have a lot of documentation and | 01:57:58 |
| 21 | a lot of public testimony about that. | 01:58:02 |
| 22 |          MS. HAMILL Q:  I am going to take you back to | 01:58:26 |
| 23 | what I marked as exhibit -- | 01:58:28 |
| 24 | A        Do you want me to give you those, please? | 01:58:34 |
| 25 | Eight, she had it already.  Okay. | 01:58:39 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    137

| | | |
|---|---|---|
| 1 | Q        So I want to go to page 27, line 17 down to | 01:58:52 |
| 2 | 25, and then going to page 28, lines one to two. | 01:59:05 |
| 3 | A        Okay. | 01:59:21 |
| 4 | Q        Do you remember saying this? | 01:59:22 |
| 5 | A        Yes. | 01:59:24 |
| 6 | MR. MANOLIUS:  Objection, compound.  Out of | 01:59:25 |
| 7 | text.  You can answer. | 01:59:28 |
| 8 | THE WITNESS:  Yes, I recall saying that second | 01:59:29 |
| 9 | portion of a statement you're reading.  You're selecting | 01:59:35 |
| 10 | only a second portion of a statement. | 01:59:38 |
| 11 | MS. HAMILL Q:  So I am referring to line 17. | 01:59:40 |
| 12 | A        You have to go to line six.  You have to start | 01:59:43 |
| 13 | on line six. | 01:59:46 |
| 14 | Q        Okay.  But you do recall saying those things? | 01:59:47 |
| 15 | A        Uh-huh.  Yes. | 01:59:50 |
| 16 | Q        Okay.  And so on line 18 you say, "And so why | 01:59:52 |
| 17 | would you remove districts from an area that's, you | 02:00:04 |
| 18 | know, from a Latino community where this Roybal-Allard | 02:00:07 |
| 19 | district has been historically and there's a lot of | 02:00:12 |
| 20 | community interest arguments about that district.  Why | 02:00:14 |
| 21 | take that out when you could just leave it there and let | 02:00:19 |
| 22 | all the districts in L.A. kind of push out over the | 02:00:22 |
| 23 | area, over the county into other areas." | 02:00:24 |
| 24 | And that was a true statement when you said | 02:00:29 |
| 25 | it; correct? | 02:00:30 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    138

| | | |
|---|---|---|
| 1 | MR. MANOLIUS:  Objection, lacks foundation, | 02:00:31 |
| 2 | calls for speculation, and vague as to what the time | 02:00:33 |
| 3 | period. | 02:00:38 |
| 4 | THE WITNESS:  For this statement to make sense | 02:00:38 |
| 5 | you have to go back to line six -- | 02:00:40 |
| 6 | MS. HAMILL Q:  Okay. | 02:00:42 |
| 7 | A        -- because to back up a second, the last | 02:00:42 |
| 8 | commission had to go from 52 to -- 53 to 52 seats. | 02:00:44 |
| 9 | There were two arguments.  You've skipped to the second | 02:00:47 |
| 10 | argument. | 02:00:53 |
| 11 | Q        Uh-huh. | 02:00:54 |
| 12 | A        The first argument, and so I am paraphrasing | 02:00:54 |
| 13 | what other people were saying. | 02:00:57 |
| 14 | Matt Rexroad was saying, hey, L.A. is where | 02:00:58 |
| 15 | you're losing population.  Matt Rexroad was saying, hey, | 02:01:06 |
| 16 | L.A. is where you're losing the population, so you | 02:01:08 |
| 17 | should take that, you know, district out of L.A. | 02:01:08 |
| 18 | And, honestly, like, it's easier just to take | 02:01:12 |
| 19 | one district out and let the rest of the districts | 02:01:16 |
| 20 | collapse in on itself than to do what we were saying, | 02:01:19 |
| 21 | which was no, no, no, keep all the districts in L.A., so | 02:01:23 |
| 22 | that's the first argument that people were making. | 02:01:27 |
| 23 | And then the second statement, starting line | 02:01:30 |
| 24 | 17, going through the end of that is me characterizing | 02:01:33 |
| 25 | the alternate statement, groups like HOPE and others | 02:01:36 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    139

| | | |
|---|---|---|
| 1 | were saying. | 02:01:40 |
| 2 | So in both cases, I'm channelling Matt Rexroad | 02:01:40 |
| 3 | in the first statement and I'm channelling advocacy | 02:01:45 |
| 4 | groups in the second statement. | 02:01:49 |
| 5 | These aren't, I am not stating my viewpoint, I | 02:01:50 |
| 6 | am stating what was kind of the public testimony at the | 02:01:53 |
| 7 | time. | 02:01:56 |
| 8 | MS. HAMILL Q:  And you ultimately went with | 02:01:56 |
| 9 | the second argument; correct?  You did not take the Matt | 02:01:58 |
| 10 | Rexroad approach to the map? | 02:02:02 |
| 11 | MR. MANOLIUS:  Objection, we're talking about | 02:02:03 |
| 12 | Prop 50. | 02:02:05 |
| 13 | THE WITNESS:  From 2021 -- | 02:02:06 |
| 14 | MR. MANOLIUS:  Objection.  Calls for | 02:02:08 |
| 15 | information that's from, protected by the legislative | 02:02:09 |
| 16 | privilege, because it deals with the map drawing in | 02:02:12 |
| 17 | 2025. | 02:02:18 |
| 18 | MS. HAMILL Q:  Were you referring to 2021 or | 02:02:18 |
| 19 | to Prop 50 when you made these statements? | 02:02:20 |
| 20 | A        Referring to 2021. | 02:02:22 |
| 21 | Q        Okay. | 02:02:27 |
| 22 | A        So in 2021, these were the two arguments, and | 02:02:27 |
| 23 | organizations advocating for Democrats and for | 02:02:31 |
| 24 | progressive causes were advocating for the latter of | 02:02:36 |
| 25 | maintaining as many seats in L.A. and having the | 02:02:40 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    140

| | | |
|---|---|---|
| 1 | districts spill over into other counties, rather than | 02:02:43 |
| 2 | having a district get pulled out of the middle of L.A. | 02:02:47 |
| 3 | which would have invariably reduced a democratic member | 02:02:50 |
| 4 | of Congress. | 02:02:53 |
| 5 | So all I'm doing in this is explaining both | 02:02:56 |
| 6 | takes.  Matt Rexroad is a republican consultant. | 02:03:00 |
| 7 | MS. HAMILL Q:  You didn't use any partisan | 02:03:05 |
| 8 | language when you said this to Capitol Weekly, you only | 02:03:06 |
| 9 | spoke about the Latino population; correct? | 02:03:10 |
| 10 | MR. MANOLIUS:  Objection, misstates testimony, | 02:03:12 |
| 11 | calls for speculation.  Vague as to time. | 02:03:15 |
| 12 | MR. WOODS:  The document speaks for itself. | 02:03:18 |
| 13 | THE WITNESS: Line two mentioned Ken Calvert. | 02:03:23 |
| 14 | MS. HAMILL Q:  Okay.  So you mentioned Ken | 02:03:31 |
| 15 | Calvert on line two, but where you're talking you just | 02:03:33 |
| 16 | explained to me, it sounds like you replaced what you | 02:03:36 |
| 17 | said on page 27, you replaced Latino with democratic and | 02:03:39 |
| 18 | progressive causes, but, anyway, we'll move on. | 02:03:44 |
| 19 | So then going to page 28, lines three through | 02:03:47 |
| 20 | seven, do you remember saying that? | 02:03:54 |
| 21 | MR. MANOLIUS:  I am sorry.  Can you repeat | 02:04:07 |
| 22 | your lines? | 02:04:09 |
| 23 | MS. HAMILL Q:  Lines three through seven on | 02:04:09 |
| 24 | page 28. | 02:04:11 |
| 25 | MR. MANOLIUS:  Thank you. | 02:04:13 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                     141

| | |
|---|---|
| 1 | THE WITNESS:  I don't recall saying it, but I | 02:04:14 |
| 2 | don't dispute that it's in the transcript. | 02:04:16 |
| 3 | MS. HAMILL Q:  You're saying, "The first thing | 02:04:17 |
| 4 | we did was we used that community of interest testimony | 02:04:18 |
| 5 | and kind of undid what the commission did last time in | 02:04:21 |
| 6 | putting that district back in L.A. and kind of | 02:04:24 |
| 7 | eliminating that Calvert seat." | 02:04:27 |
| 8 | MR. MANOLIUS:  Objection. | 02:04:31 |
| 9 | MS. HAMILL Q:   That's the first thing you | 02:04:33 |
| 10 | did; correct? | 02:04:34 |
| 11 | MR. MANOLIUS:  Objection, legislative | 02:04:35 |
| 12 | privilege.  Instruct you not to answer. | 02:04:37 |
| 13 | MS. HAMILL:  And, again, we're talking about | 02:04:39 |
| 14 | something that you have already discussed publicly on a | 02:04:43 |
| 15 | podcast and you've said this out loud and now you're | 02:04:46 |
| 16 | asserting the privilege in a deposition? | 02:04:49 |
| 17 | MR. MANOLIUS:  Yes.  You can ask him if he | 02:04:53 |
| 18 | said it, but to the extent that it implicates the | 02:04:55 |
| 19 | legislative privilege, he's instructed not to answer. | 02:04:58 |
| 20 | MS. HAMILL Q:  So you said this, yes?  You | 02:05:02 |
| 21 | said this; correct? | 02:05:06 |
| 22 | A        Presuming this transcript is right, that's | 02:05:07 |
| 23 | what I said, this does -- | 02:05:09 |
| 24 | **Q        Is there anything in this transcript that** | 02:05:11 |
| 25 | **you -- that sticks out to you that's not representing** | 02:05:13 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    142

```
 1   what you actually said?                                   02:05:16

 2   A         I haven't found anything yet, but I believe in  02:05:18

 3   the other transcripts I have seen things that weren't     02:05:20

 4   exactly right so I -- but I do -- I don't dispute it,     02:05:22

 5   put it that way.                                          02:05:26

 6   Q        As we go through this deposition I'd             02:05:27

 7   appreciate it if you point out to me every time you see   02:05:29

 8   something in one of these transcripts that doesn't        02:05:32

 9   accurately reflect what you've said.                      02:05:35

10   A        I have.                                          02:05:36

11   Q        Thank you.  All right.  So you're telling        02:05:37

12   Capitol Weekly the first thing you did was use community  02:05:42

13   of interest testimony and undid what the commission did   02:05:45

14   last time in putting that district back in L.A. and kind  02:05:48

15   of eliminating that Calvert seat, so that tracks with     02:05:51

16   what you told HOPE you did, as well; correct?             02:05:54

17            MR. MANOLIUS:  Objection.  Compound.  Lacks      02:05:57

18   foundation.  You can answer.                              02:06:00

19            THE WITNESS:  The two statements are             02:06:04

20   consistent with each other, if that's what you're asking  02:06:06

21   me.  I don't want to characterize what I did.             02:06:09

22   Otherwise, the two statements are consistent with each    02:06:12

23   other.                                                    02:06:14

24   Q        Okay.  And we're talking about district 41;      02:06:14

25   correct?                                                  02:06:18
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          143

| | | |
|---|---|---|
| 1 | A        Yes, the Ken Calvert district.  In 2021 it | 02:06:18 |
| 2 | would have been something else. | 02:06:25 |
| 3 | Q        So you relied on the HOPE letter marked as | 02:06:30 |
| 4 | Exhibit 10 when you were drawing the Proposition 50 map; | 02:06:40 |
| 5 | correct? | 02:06:43 |
| 6 | MR. MANOLIUS:  Objection.  Calls for | 02:06:44 |
| 7 | information protected by the legislative privilege.  I | 02:06:47 |
| 8 | instruct you not to answer. | 02:06:50 |
| 9 | MS. HAMILL Q:  I want you to turn to the fifth | 02:06:51 |
| 10 | page of what I've marked as Exhibit 10, which looks like | 02:07:13 |
| 11 | this (Indicating). | 02:07:18 |
| 12 | A        Okay.  They don't have numbers. | 02:07:18 |
| 13 | Q        My apologies. | 02:07:20 |
| 14 | A        Footnote three at the bottom of it. | 02:07:21 |
| 15 | MR. MEUSER:  HOPE letter, so should be the | 02:07:25 |
| 16 | third page of that. | 02:07:28 |
| 17 | MR. WOODS:  Got it. | 02:07:30 |
| 18 | THE WITNESS:  The bottom of footnote three. | 02:07:31 |
| 19 | MS. HAMILL Q:  The third full paragraph down, | 02:07:33 |
| 20 | it starts with, "It is important to remember that voting | 02:07:38 |
| 21 | rights and the protection of voters of color is a higher | 02:07:41 |
| 22 | priority than preserving county boundaries or other | 02:07:45 |
| 23 | lower order criteria." | 02:07:49 |
| 24 | Do you agree with that statement? | 02:07:52 |
| 25 | MR. MANOLIUS:  Objection, content, vague as to | 02:07:53 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    144

```
 1   context and timing and overbroad and compound.  You can      02:07:59

 2   answer.                                                       02:08:03

 3            MR. WOODS:  Join.                                    02:08:03

 4            THE WITNESS:  We're talking about 2021;              02:08:05

 5   correct?                                                      02:08:10

 6            MS. HAMILL Q:  I'm asking you if you agree           02:08:10

 7   with that statement.                                          02:08:13

 8            MR. MANOLIUS:  And also vague as to the              02:08:14

 9   context of whatever project it might be.                      02:08:16

10            THE WITNESS:  I don't know that the                  02:08:21

11   terminology is exactly right or how I would -- this is,       02:08:32

12   this is for clarity.  This is something that somebody         02:08:36

13   else wrote and that HOPE attached to their letter, which      02:08:40

14   also somebody else wrote, and you're asking me to             02:08:43

15   answer, it's almost like three, three steps down.             02:08:46

16            But I would say that the second portion of           02:08:50

17   that sentence is clearly true, that there are a lot of        02:08:53

18   things that county boundaries or other lower criterias        02:08:56

19   are subservient to the State's redistricting law and the      02:09:00

20   question would be how you characterize Voting Rights Act       02:09:06

21   and protection of voters of color.                            02:09:09

22            Communities of interest might be a better way        02:09:13

23   of saying that, because communities of interest is a          02:09:15

24   higher priority than county boundaries or other lower         02:09:17

25   criteria, but this is written by a demographer that's         02:09:22
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    145

```
 1   focused on racially polarized voting, not a demographer    02:09:26

 2   who draws districts, so I don't know.                      02:09:31

 3   Q        Continuing to the next sentence, it says,         02:09:35

 4   "Further, it is also acceptable for commissioners to       02:09:42

 5   value providing influence to voters of color in its       02:09:46

 6   districting plans, so long as it is not the sole           02:09:49

 7   criterion used, even beyond the minimal requirements for   02:09:52

 8   voting rights guidance provided by the commission --       02:09:54

 9   sorry -- provided to the commission by its voting rights   02:09:58

10   staff."                                                    02:10:02

11            Do you agree with that statement?                 02:10:03

12   A        Well, if I can --                                 02:10:04

13            MR. MANOLIUS:  Objection, calls for               02:10:05

14   speculation, vague as to context, written by somebody      02:10:07

15   else.  You can.                                            02:10:10

16            THE WITNESS:  If I can dissect this, because      02:10:13

17   this is a word salad a little bit.                         02:10:15

18            So where he says is acceptable for                02:10:19

19   commissioners to value providing influence to voters of   02:10:22

20   color in its districting plans, that can take a lot of     02:10:27

21   forms.                                                     02:10:30

22            That could mean that it's okay if as an           02:10:31

23   incidental byproduct of preserving communities of         02:10:35

24   interest that a racial minority of voters of color are     02:10:40

25   empowered, as long as their ethnicity is not the sole      02:10:45
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    146

1    criteria, or race is not the sole criteria.  And that is        02:10:53

2    true even where you're not dealing with a requirement           02:10:59

3    from attorneys telling you that you have a section two          02:11:06

4    Voting Rights Act requirement.                                  02:11:09

5           So as an example, if you were to use arguments           02:11:11

6    from the Armenian grocers who said that we want to be           02:11:15

7    together in a community because we have concerns before         02:11:18

8    the city council or we have issues, literally in                02:11:21

9    Glendale they were trying to ban Armenian BBQ, outdoor          02:11:25

10   barbecues, so they got together and organized to try to        02:11:30

11   take on the city council.                                       02:11:32

12          Would it be okay for you as the redistricting            02:11:33

13   commissioner to say we're going to keep you within a            02:11:35

14   district as a community of interest even though the            02:11:38

15   byproduct of that is that you are creating a better             02:11:42

16   voting power for that minority community?  That's what         02:11:45

17   this is characterizing.                                         02:11:48

18          That legitimate purpose, legitimate goals in            02:11:50

19   redistricting, like maintaining communities of interest,       02:11:55

20   could have the effect of providing greater influence to        02:11:59

21   voters of color, even in areas where we're not talking         02:12:02

22   about the Voting Rights Act at all, and that's not             02:12:04

23   inherently bad or wrong for a redistricting to do that         02:12:07

24   as long as it's not using race as its sole criteria.           02:12:10

25   That's what that is reading to me as.                           02:12:14

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                      147

```
 1   Q        Well, if all that's true then why wouldn't you      02:12:16

 2   just testify and explain to us exactly what the criteria     02:12:18

 3   were that you used to draw the Prop 50 map?                   02:12:22

 4            MR. MANOLIUS:  Objection, because it's               02:12:25

 5   protected by legislative privilege.                          02:12:26

 6            Objection, also, that it's a distinct,              02:12:32

 7   different process.                                            02:12:40

 8            THE WITNESS:  Sorry if that was fast.               02:12:49

 9            THE REPORTER:  I'll jump in.                        02:12:51

10            MS. HAMILL Q:  I want you to go to the second        02:12:53

11   to last page of what I have marked as Exhibit 10,             02:13:14

12   please.                                                      02:13:18

13   A        Uh-huh.  You mean, the next to the last page,       02:13:18

14   the one with the map at the top?                             02:13:23

15   Q        Looks like this (Indicating).                       02:13:25

16   A        Yeah.                                               02:13:27

17   Q        Yes.  And that middle paragraph, the bold line      02:13:28

18   says, "To create a new gateway cities district to            02:13:32

19   enhance Latino voting influence, the commission would        02:13:35

20   need to meld together two white majority districts           02:13:38

21   elsewhere, so as to cause an aggregate increase in the       02:13:41

22   number of districts providing voting power for voters of     02:13:45

23   color across the region and the state."                      02:13:48

24            Did you meld together two white majority            02:13:50

25   districts like the HOPE letter suggested?                    02:13:54
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                        148

```
 1              MR. MANOLIUS:  Objection, vague as to time.      02:13:56

 2    If you're talking about the Prop 50 process, I instruct   02:13:58

 3    you not to answer due to legislative privilege.           02:14:02

 4              MS. HAMILL:  I'm talking about Prop 50.          02:14:07

 5              MR. MANOLIUS:  My objection and instruction      02:14:11

 6    stands.                                                    02:14:13

 7              MS. HAMILL Q:  Would it be illegal in your       02:14:14

 8    mind, in your approaching your work in your                02:14:19

 9    understanding, I am not asking for a legal conclusion      02:14:22

10    here -- let me just rephrase that.                         02:14:24

11              Would it be improper to meld together two        02:14:28

12    white majority districts in order to increase the voting   02:14:33

13    power of a protected class generally?                      02:14:36

14              MR. MANOLIUS:  Objection, calls for             02:14:40

15    speculation, incomplete hypothetical, and it sounds like   02:14:41

16    you're asking as a general matter.  Depends on the         02:14:49

17    process.  And don't answer anything about Prop 50.         02:14:52

18              MR. WOODS:  Also, calls for a legal              02:14:58

19    conclusion.                                                02:15:01

20              THE WITNESS:  What I think this is discussing    02:15:04

21    is that there was a district going to be eliminated and    02:15:06

22    I don't know why the analysis reads like this or what he   02:15:11

23    was trying to say, but what he's talking about in 2021     02:15:15

24    was the elimination to have a district, if we -- if the    02:15:20

25    state had created this gateway cities district, it would   02:15:31
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    149

```
 1   have required somewhere else in the state two districts     02:15:37
 2   to be collapsed.                                            02:15:42
 3           Whether or not those two districts would be, I     02:15:50
 4   don't know what the composition of those two district       02:15:51
 5   would be, but mathematically two districts somewhere        02:15:53
 6   else would have to be collapsed.                            02:15:57
 7           MS. HAMILL Q:  Would that trigger Voting            02:15:58
 8   Rights Act concerns that would make you go and speak to     02:16:01
 9   an attorney if you were melding two white majority          02:16:04
10   districts together?                                         02:16:07
11           MR. MANOLIUS:  Objection, calls for                02:16:08
12   speculation, incomplete hypothetical.  Depends on the      02:16:09
13   process.  Ultimately, attorney-client privilege, but you   02:16:12
14   can answer.                                                 02:16:18
15           MR. WOODS:  Calls for legal conclusion.  You       02:16:18
16   can answer.                                                 02:16:20
17           THE WITNESS:  In other jurisdictions where I'm     02:16:21
18   working and I'm working with legal counsel about            02:16:26
19   particular VRA districts, they seem to be rather            02:16:29
20   agnostic about what happens in the others.                  02:16:32
21           They're concerned about a particular district     02:16:35
22   that they might argue, the lawyers might think is           02:16:37
23   required by the Voting Rights Act, but the impact that      02:16:40
24   seems to have on other districts, they seem to not have     02:16:43
25   a significant concern about.                                02:16:46
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                              150

| | | |
|---|---|---|
| 1 | MS. HAMILL Q:  I'm going to go back to page | 02:16:47 |
| 2 | five of Exhibit 10, which has that footnote three at the | 02:16:49 |
| 3 | bottom.  In the middle of the paragraph that we were | 02:16:53 |
| 4 | looking at before, the paragraph starts with, "It is | 02:17:00 |
| 5 | important." | 02:17:03 |
| 6 | If you go down, the third sentence starts | 02:17:05 |
| 7 | with, "Thus, it may be important that some of these very | 02:17:10 |
| 8 | high Latino districts in L.A. County expand somewhat | 02:17:15 |
| 9 | into neighboring counties, such as Orange County or | 02:17:19 |
| 10 | Riverside County." | 02:17:22 |
| 11 | Do you see that? | 02:17:23 |
| 12 | A     Uh-huh. | 02:17:24 |
| 13 | MR. MEUSER:  Is that a "yes"? | 02:17:27 |
| 14 | THE WITNESS:  Yes. | 02:17:29 |
| 15 | MS. HAMILL Q:  And then it says, "Crossing | 02:17:30 |
| 16 | into Orange County will make some of these districts | 02:17:33 |
| 17 | less overpacked but will still allow for very high | 02:17:36 |
| 18 | levels of Latino ability to elect, and Latino CVAP | 02:17:39 |
| 19 | majorities, that end seem errant," but do you see where | 02:17:49 |
| 20 | I'm reading from? | 02:17:53 |
| 21 | A     Uh-huh. | 02:17:54 |
| 22 | **Q     Do you have an understanding of this** | 02:17:55 |
| 23 | **statement?** | 02:17:58 |
| 24 | MR. MANOLIUS:  Objection, calls for | 02:17:58 |
| 25 | speculation.  You can answer. | 02:17:59 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                  151

| | | |
|---|---|---|
| 1 | THE WITNESS:  Generally, I understand the | 02:18:03 |
| 2 | words and I think the and is in place, because Latinos' | 02:18:05 |
| 3 | ability to elect and Latino CVAP majorities are | 02:18:12 |
| 4 | different constructs. | 02:18:17 |
| 5 | MS. HAMILL Q:  Got it.  That's a helpful | 02:18:18 |
| 6 | explanation.  And so it sounds like what this document | 02:18:20 |
| 7 | is saying is that when there are overpacked districts | 02:18:22 |
| 8 | with high levels of Latino voters, that they need to be | 02:18:28 |
| 9 | unpacked.  Is that what they're saying? | 02:18:39 |
| 10 | MR. MANOLIUS:  Objection, misstates the | 02:18:41 |
| 11 | contents of the letter.  Calls for speculation.  You can | 02:18:43 |
| 12 | answer. | 02:18:47 |
| 13 | MR. WOODS:  Join. | 02:18:48 |
| 14 | THE WITNESS:  Um, this is kind of like high | 02:18:49 |
| 15 | level VRA -- | 02:18:55 |
| 16 | MS. HAMILL Q:  Uh-huh. | 02:18:57 |
| 17 | A       -- and I really feel like this level of this | 02:18:58 |
| 18 | discussion, you'd be best served talking to the author | 02:19:03 |
| 19 | of this document, so I have to -- I understand what he | 02:19:06 |
| 20 | is saying, but I don't understand whether or not it's | 02:19:10 |
| 21 | true or not. | 02:19:12 |
| 22 | **Q       Do you have an understanding of the concept of** | 02:19:13 |
| 23 | **overpacking districts and then moving populations around** | 02:19:15 |
| 24 | **to maintain the ability to elect of a protected** | 02:19:18 |
| 25 | **population?  Do you understand that concept?** | 02:19:23 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                        152

| | | |
|---|---|---|
| 1 | A        Uh-huh. | 02:19:25 |
| **2** | **Q        Okay.  Is that what they're talking about** | 02:19:26 |
| **3** | **here?** | 02:19:29 |
| 4 | MR. MANOLIUS: Objection, calls for | 02:19:29 |
| 5 | speculation. | 02:19:30 |
| 6 | THE WITNESS:  Yes. | 02:19:30 |
| 7 | MS. HAMILL Q:  Is this something that you | 02:19:32 |
| 8 | implemented when you were drawing the maps for | 02:19:33 |
| 9 | Proposition 50? | 02:19:35 |
| 10 | MR. MANOLIUS:  Objection.  Instruct you not to | 02:19:37 |
| 11 | answer, legislative privilege. | 02:19:38 |
| 12 | MS. HAMILL Q:  So moving onto the next | 02:19:42 |
| 13 | sentence, "For instance, district SP710 is 63 percent | 02:19:47 |
| 14 | Latino CVAP.  Such a district is likely overpacked | 02:19:53 |
| 15 | beyond what is required." | 02:19:57 |
| 16 | A        I am sorry.  I lost track of where you are. | 02:19:58 |
| 17 | Can you tell me again?  For instance? | 02:20:01 |
| **18** | **Q        Yes.** | 02:20:02 |
| 19 | A        Sorry.  I was off.  Thank you. | 02:20:03 |
| **20** | **Q        "For instance, district SP710 is 63 percent** | 02:20:05 |
| **21** | **Latino CVAP.  Such a district is likely overpacked** | 02:20:09 |
| **22** | **beyond what is required to definitively allow for the** | 02:20:13 |
| **23** | **election of a Latino candidate of choice."** | 02:20:16 |
| **24** | **Do you see that?** | 02:20:20 |
| 25 | A        Uh-huh.  Yes. | 02:20:20 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    153

| | | |
|---|---|---|
| 1 | **Q        Do you have an understanding of that** | 02:20:21 |
| 2 | **statement?** | 02:20:23 |
| 3 | MR. MANOLIUS:  Objection, calls for | 02:20:23 |
| 4 | speculation.  He didn't write it but he can answer. | 02:20:24 |
| 5 | THE WITNESS:  I understand the words.  I | 02:20:31 |
| 6 | understand what he's characterizing. | 02:20:32 |
| 7 | MS. HAMILL Q:  Generally, when you were | 02:20:34 |
| 8 | drawing maps, what do you consider, what percentage of | 02:20:35 |
| 9 | CVAP do you consider a district is overpacked? | 02:20:40 |
| 10 | MR. MANOLIUS:  Objection.  Lacks context, | 02:20:44 |
| 11 | vague, depends on the process.  And I instruct you not | 02:20:47 |
| 12 | to answer anything about the Prop 50 map drawings for | 02:20:51 |
| 13 | legislative privilege. | 02:20:56 |
| 14 | THE WITNESS:  I 100 percent in cases like this | 02:20:57 |
| 15 | default to legal counsel to tell me. | 02:20:59 |
| 16 | And I have been in other instances in Kern | 02:21:02 |
| 17 | County, as an example, where legal counsel asked us to | 02:21:05 |
| 18 | have districts that were 63, 65 percent Latino. | 02:21:09 |
| 19 | So in the situation, there was a lawsuit in | 02:21:13 |
| 20 | Kern County, very well-known one where they were looking | 02:21:15 |
| 21 | at creating kind of CVAP districts like this, so I can't | 02:21:18 |
| 22 | characterize, there's no magic overpacking number. | 02:21:21 |
| 23 | **Q        All right.  And moving onto the next sentence,** | 02:21:24 |
| 24 | **it says, "Similarly, STH60 and CDNELA are 56 percent and** | 02:21:27 |
| 25 | **57 percent Latino CVAP respectively.  If these districts** | 02:21:37 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    154

1   were between 52 percent and 54 percent Latino CVAP, for          02:21:43

2   instance, they would still be very likely to elect              02:21:44

3   Latino candidates of choice."                                   02:21:48

4            Do you see that?                                        02:21:50

5   A        Uh-huh.  Yes.                                           02:21:50

6   Q        Do you have an understanding of what that              02:21:51

7   means?                                                          02:21:53

8   A        Yes.                                                   02:21:53

9            MR. MANOLIUS:  Objection, calls for                    02:21:53

10  speculation, incomplete hypothetical, context.  You can         02:21:55

11  answer.                                                         02:21:59

12           MR. WOODS:  Join.                                      02:22:00

13           THE WITNESS:  Yes.                                     02:22:01

14           MS. HAMILL Q:  What is your understanding of           02:22:01

15  that statement?                                                 02:22:03

16  A        The understanding of that statement, and again        02:22:04

17  these letter number things, these are districts that           02:22:10

18  were draft maps from the commission STH60 CDNELA, that         02:22:15

19  was a methodology they used to maintain districts.  So I       02:22:19

20  don't have real clear memory as to what exactly those          02:22:23

21  districts were at the time, but what he's essentially          02:22:26

22  saying is that idea of majority/minority being                 02:22:30

23  bifurcated from the idea of ability to elect, and in           02:22:34

24  some parts of the state or country a 52 percent or             02:22:38

25  54 percent Latino CVAP district is sufficient, given an        02:22:42

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                      155

| | | |
|---|---|---|
| 1 | ability to elect analysis, which is what this | 02:22:47 |
| 2 | demographer does to elect a candidate of choice from | 02:22:51 |
| 3 | this Latino community and other jurisdictions that might | 02:22:54 |
| 4 | not be enough. | 02:22:57 |
| 5 | **Q      Do you agree that moving Hispanic populations** | 02:23:00 |
| 6 | **out of overpacked districts into other areas helps to** | 02:23:03 |
| 7 | **maintain a likelihood that Hispanics will still elect** | 02:23:06 |
| 8 | **candidates of their choice, and I am asking generally,** | 02:23:13 |
| 9 | **not specifically, to this scenario?** | 02:23:16 |
| 10 | MR. MANOLIUS:  Objection, speculation, | 02:23:18 |
| 11 | incomplete hypothetical.  You can answer. | 02:23:18 |
| 12 | THE WITNESS:  There is no general answer. | 02:23:23 |
| 13 | MS. HAMILL Q:  When you were drawing the Prop | 02:23:24 |
| 14 | 50 maps, did you have a specific CVAP target in mind? | 02:23:26 |
| 15 | MR. MANOLIUS:  Objection, and I instruct you | 02:23:30 |
| 16 | not to answer.  It calls for legislatively privileged | 02:23:31 |
| 17 | information. | 02:23:34 |
| 18 | MS. HAMILL Q:  When you were drawing the Prop | 02:23:35 |
| 19 | 50 maps you had a specific target, Hispanic CVAP in mind | 02:23:37 |
| 20 | for a set number of districts; correct? | 02:23:43 |
| 21 | MR. MANOLIUS:  Objection.  I instruct you not | 02:23:45 |
| 22 | to answer, legislative privilege. | 02:23:46 |
| 23 | MS. HAMILL Q:  And you agree that the sweet | 02:23:50 |
| 24 | spot Hispanic CVAP to maintain electing candidates of | 02:23:53 |
| 25 | their choice is somewhere between 52 and 55 percent; | 02:23:58 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    156

 1    correct?                                                  02:24:01

 2              MR. MANOLIUS:  Objection, misstates his          02:24:01

 3    testimony, lacks context, incomplete hypothetical.  You   02:24:03

 4    can answer.                                               02:24:07

 5              MR. WOODS:  Same objections.                     02:24:07

 6              THE WITNESS:  I cannot answer or I can?          02:24:08

 7              MR. MANOLIUS:  You can.                          02:24:10

 8              THE WITNESS:  I can?  No, I don't agree with     02:24:11

 9    that.                                                     02:24:13

10              MS. HAMILL Q:  Can you explain?                  02:24:14

11    A         I already did explain earlier that it's very    02:24:15

12    situational.                                              02:24:18

13              In some areas in Kern County, well-documented   02:24:19

14    lawsuit, needs a much higher Latino CVAP based on what    02:24:24

15    the legal counsel told me in that case, and legal         02:24:28

16    counsel in other cases have instructed that a 50 percent  02:24:31

17    CVAP Latino is sufficient for based on ability to elect   02:24:35

18    a candidate of choice, so there is not a doctrine in      02:24:40

19    California about some magical number.                     02:24:43

20    Q         Would you agree that that sweet spot of 52 to   02:24:45

21    55 percent that's expressed in this letter marked as      02:24:50

22    Exhibit 10 applies to the areas that HOPE was             02:24:54

23    referencing their map, with their map proposal?           02:24:56

24              MR. WOODS:  Objection.  Calls for speculation.  02:25:01

25    Also, mischaracterizes the document.                      02:25:05

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    157

| | | |
|---|---|---|
| 1 | MR. MANOLIUS: Lacks foundation, incomplete | 02:25:07 |
| 2 | hypothetical. | 02:25:11 |
| 3 | THE WITNESS: I don't want to sound combative, | 02:25:12 |
| 4 | but your statement of sweet spot is the first time I | 02:25:14 |
| 5 | have ever heard anybody say sweet spot with regards to | 02:25:17 |
| 6 | CVAP target, so this isn't the way that I communicate in | 02:25:20 |
| 7 | any of my redistrictings. | 02:25:23 |
| 8 | I don't mean that to be pejorative. I am just | 02:25:25 |
| 9 | saying that is not any language that I have ever used in | 02:25:29 |
| 10 | redistricting. | 02:25:31 |
| 11 | MS. HAMILL Q: What phrasing would you use? | 02:25:33 |
| 12 | A       There wouldn't be a phrasing. | 02:25:33 |
| 13 | Q       So there's no target? | 02:25:34 |
| 14 | A       No. | 02:25:36 |
| 15 | MR. MANOLIUS: Objection, speculation, | 02:25:36 |
| 16 | incomplete hypothetical. Depends on the context. You | 02:25:38 |
| 17 | can answer. | 02:25:41 |
| 18 | THE WITNESS: I characterized in Kern County | 02:25:41 |
| 19 | there was guidance from legal counsel to get, I don't | 02:25:43 |
| 20 | recall exactly what it was, but it was relatively | 02:25:47 |
| 21 | higher, over 50 percent, but those kind of targets like | 02:25:51 |
| 22 | in Kern County are extremely rare, almost never seen, | 02:25:56 |
| 23 | and it's in a case where there was a legal requirement | 02:26:00 |
| 24 | based on a lawsuit to have a district that was a certain | 02:26:03 |
| 25 | percentage. | 02:26:08 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    158

| | | |
|---|---|---|
| 1 | That is not how, you go to any of my | 02:26:09 |
| 2 | redistrictings that I have ever done, over 100, that's | 02:26:13 |
| 3 | not how we communicate about these issues. | 02:26:15 |
| 4 | MS. HAMILL Q:  Well, I wish I could get your | 02:26:18 |
| 5 | communications regarding Prop 50, but we're getting, | 02:26:20 |
| 6 | we're catching objections on everything, so I have to go | 02:26:23 |
| 7 | through this process here. | 02:26:26 |
| 8 | Moving onto the last sentence in that | 02:26:28 |
| 9 | paragraph, "The commission may want to consider the | 02:26:30 |
| 10 | optimal allocation of Latino CVAP in L.A. County so as | 02:26:33 |
| 11 | to create one additional very high Latino CVAP majority | 02:26:38 |
| 12 | or plurality district in this area while maintaining | 02:26:44 |
| 13 | these four Latino CVAP majority districts." | 02:26:46 |
| 14 | Do you see that. | 02:26:51 |
| 15 | A       Yes. | 02:26:52 |
| 16 | Q       And that's exactly what you drew up in Prop | 02:26:52 |
| 17 | 50? | 02:26:55 |
| 18 | MR. MANOLIUS:  Objection, legislative | 02:26:55 |
| 19 | privilege.  I instruct you not to answer, privilege. | 02:26:58 |
| 20 | Sorry. | 02:27:00 |
| 21 | MS. HAMILL:  Can we take a 10-minute break? | 02:27:20 |
| 22 | THE WITNESS:  Sure. | 02:27:29 |
| 23 | THE VIDEOGRAPHER:  The time is 2:27 p.m.  We | 02:27:29 |
| 24 | are going off the record. | 02:27:32 |
| 25 | (Whereupon a recess was taken.) | 02:41:14 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          159

| | | |
|---|---|---|
| 1 | THE VIDEOGRAPHER:  We are back on the record. | 02:41:14 |
| 2 | The time is 2:41 p.m. and this marks the beginning of | 02:41:20 |
| 3 | videotape number four in the deposition of Paul | 02:41:27 |
| 4 | Mitchell, which is being taken at Hansen Bridgett, LLP, | 02:41:30 |
| 5 | 500 Capitol Mall, Suite 1500, Sacramento, California. | 02:41:34 |
| 6 | The videographer is Nicholas Coulter here on behalf of | 02:41:40 |
| 7 | Array Legal Services. | 02:41:44 |
| 8 | MS. HAMILL Q:  Mr. Mitchell, at any point | 02:41:46 |
| 9 | between July 2nd and August 15th, did you speak with any | 02:41:50 |
| 10 | of the bill sponsors for any of the three Prop 50 bills? | 02:41:57 |
| 11 | A        Can you tell me their names?  I don't know | 02:42:03 |
| 12 | which ones. | 02:42:05 |
| 13 | MS. HAMILL Q:  You would know better than I | 02:42:06 |
| 14 | would.  You don't know who sponsored the bills? | 02:42:08 |
| 15 | A        No. | 02:42:10 |
| 16 | MR. MANOLIUS:  Objection, calls for | 02:42:10 |
| 17 | speculation. | 02:42:11 |
| 18 | MS. HAMILL Q:  Did you speak with Sabrina | 02:42:12 |
| 19 | Cervantes in that period of time? | 02:42:17 |
| 20 | A        Yes. | 02:42:18 |
| 21 | Q        **What did you speak with her about?** | 02:42:18 |
| 22 | MR. MANOLIUS:  Objection, legislative | 02:42:20 |
| 23 | privilege.  Don't answer the question. | 02:42:23 |
| 24 | MS. HAMILL Q:  Did you speak with Gail | 02:42:24 |
| 25 | Pellerin Mark. | 02:42:32 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                   160

| | | |
|---|---|---|
| 1 | A          During that time? | 02:42:32 |
| 2 | Q          Yes. | 02:42:33 |
| 3 | A          Yes. | 02:42:34 |
| 4 | Q          What did you speak with her about? | 02:42:35 |
| 5 |           MR. MANOLIUS:  Same objection, based on | 02:42:38 |
| 6 | legislative privilege. | 02:42:40 |
| 7 |           MS. HAMILL Q:  Did you speak with Cecilia | 02:42:42 |
| 8 | Aguilar Curry during that period of time of July 2nd to | 02:42:57 |
| 9 | August 15th, did you speak with anyone involved in the | 02:43:00 |
| 10 | assembly committee on elections? | 02:43:02 |
| 11 | A          I would need to know the members of the | 02:43:06 |
| 12 | committee.  I'm not trying to be combative.  I just | 02:43:11 |
| 13 | don't honestly know the members of the committee and I | 02:43:18 |
| 14 | didn't speak with any staff. | 02:43:21 |
| 15 | Q          I'll pull that list on the next break for you. | 02:43:23 |
| 16 | A          Thank you. | 02:43:30 |
| 17 | Q          During that time period of July 2nd to | 02:43:31 |
| 18 | August 15th, did you speak with anyone on the senate | 02:43:34 |
| 19 | committee on elections? | 02:43:37 |
| 20 | A          Same. | 02:43:39 |
| 21 | Q          You need a list? | 02:43:41 |
| 22 | A          I wouldn't know who is on the committee.  I | 02:43:42 |
| 23 | don't do legislative work. | 02:43:45 |
| 24 | Q          Did you just say you don't do legislative | 02:43:48 |
| 25 | work? | 02:43:53 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          161

| | | |
|---|---|---|
| 1 | A          No, I don't mean like that, I mean | 02:43:54 |
| 2 | historically, like, in Sacramento I'm not a lobbyist. | 02:43:55 |
| 3 |          I don't -- I work more in politics than I do | 02:43:59 |
| 4 | in committee staffs and who works where.  I don't keep | 02:44:03 |
| 5 | track of whose on what committees. | 02:44:05 |
| 6 | Q          I am going to turn back to the HOPE | 02:44:09 |
| 7 | transcript, Exhibit 9, page 26. | 02:44:25 |
| 8 | A          Oh. Okay. | 02:44:31 |
| 9 | Q          I'll direct your attention to line 14 on page | 02:44:37 |
| 10 | 26, going down to line 21.  Do you remember making that | 02:44:41 |
| 11 | statement? | 02:45:03 |
| 12 |          MR. MANOLIUS:  I apologize.  Can you give me | 02:45:04 |
| 13 | the line numbers again? | 02:45:06 |
| 14 |          MS. HAMILL:  14 to 21. | 02:45:08 |
| 15 |          MR. MANOLIUS:  Okay.  Thanks. | 02:45:09 |
| 16 |          THE WITNESS:  Yes. | 02:45:11 |
| 17 |          MS. HAMILL Q:  Was it true at the time that | 02:45:31 |
| 18 | you said it? | 02:45:33 |
| 19 |          MR. MANOLIUS:  Objection.  Legislative | 02:45:36 |
| 20 | privilege.  Don't answer the question. | 02:45:41 |
| 21 |          MS. HAMILL Q:  You're referring to a Voting | 02:45:44 |
| 22 | Rights Act analysis that you got back.  Are you | 02:45:49 |
| 23 | referring to a voting rights analysis for Prop 50? | 02:45:51 |
| 24 |          And this is a clarifying question because I | 02:45:56 |
| 25 | don't know if you're talking about Prop 50 or something | 02:45:59 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                      162

```
 1   else.                                                      02:46:14

 2           MR. MANOLIUS:  Objection, as to Prop 50, calls     02:46:14

 3   for information that's privileged by legislative           02:46:24

 4   privilege.  Don't answer the question.                     02:46:27

 5           MS. HAMILL Q:  Did someone do a Voting Rights       02:46:29

 6   Act analysis for your Proposition 50 maps?                 02:46:33

 7           MR. MANOLIUS:  Instruct you not to answer the       02:46:38

 8   question.  That's protected by legislative privilege.      02:46:40

 9           MS. HAMILL Q:  Who did the voting rights            02:46:43

10   analysis for the Prop 50 maps?                             02:46:45

11           MR. MANOLIUS:  Same objection.  Instruct you       02:46:48

12   not to answer the question.                                02:46:49

13           MS. HAMILL Q:  Is that Voting Rights Act           02:46:50

14   analysis published publicly anywhere?                      02:46:52

15           MR. MANOLIUS:  Same objection.                     02:46:57

16           MS. HAMILL:  You're going to object on             02:46:59

17   legislative privilege for a publicly published document?   02:47:00

18           MR. MANOLIUS:  Lacks foundation.  Yes.  I          02:47:03

19   instruct you not to answer.                                02:47:07

20           MS. HAMILL Q:  And do you have a document in       02:47:08

21   your possession that would reflect the Voting Rights Act   02:47:11

22   analysis that was done for this map?                       02:47:14

23           MR. MANOLIUS:  Same objection and instruct you     02:47:16

24   not to answer.  Legislative privilege.                     02:47:18

25           MS. HAMILL Q:  And so according to your            02:47:21
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                      163

```
 1   statement that's reflected in lines 14 to 21, page 26 of     02:47:24

 2   this exhibit, the analysis you had done said that the        02:47:29

 3   existing commission map and your new Prop 50 map were        02:47:34

 4   both compliant with section two but that empirical           02:47:38

 5   evidence shows Prop 50 map improves the opportunity for      02:47:42

 6   Latino voters to elect candidates of choice in two more      02:47:45

 7   districts than the existing plan; is that right?            02:47:49

 8            MR. MANOLIUS:  Is the question did he say it?       02:47:52

 9            MS. HAMILL:   No.                                   02:47:54

10            MR. MANOLIUS:  Then objection.  I instruct you      02:47:55

11   not to answer the question based on legislative              02:47:57

12   privilege.                                                   02:47:59

13            MS. HAMILL Q:  Which two districts have             02:48:00

14   improved opportunity for Latino voters to elect             02:48:08

15   candidates of their choice?                                 02:48:12

16            MR. MANOLIUS:  Same objection.  I instruct you      02:48:13

17   not to answer.                                               02:48:14

18            MS. HAMILL Q:  And going down to the next line      02:48:16

19   on page 26, line 22, it says, "Then PPIC just put out an    02:48:23

20   analysis last week that said our plan maintained the       02:48:28

21   status quote in terms of the Voting Rights Act and added    02:48:31

22   one more Latino-influenced district."                       02:48:35

23            Is that your understanding of what you did         02:48:38

24   with your Prop 50 map?                                      02:48:41

25            MR. MANOLIUS:  Objection, lacks foundation and     02:48:42
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                        164

 1   I instruct you not to answer as it implicates              02:48:46

 2   legislative privileged information.                        02:48:50

 3           MS. HAMILL Q:  Can you tell by looking at the      02:48:52

 4   public map that that's what happened?                      02:48:55

 5           MR. MANOLIUS:  Calls for speculation.  You can     02:48:58

 6   answer.                                                    02:49:02

 7           THE WITNESS:  I can only state that that's         02:49:03

 8   what the PPIC study found.  I haven't done the PPIC        02:49:05

 9   study myself, like, I haven't gone into their data.       02:49:08

10           MS. HAMILL Q:  Is the PPIC a reliable entity,      02:49:12

11   in your mind?                                              02:49:15

12   A       (Witness nodding head.)                            02:49:16

13           MR. MANOLIUS:  Objection.  Vague as to             02:49:17

14   reliable.                                                  02:49:18

15           THE WITNESS:  One among many; absolutely, PPIC     02:49:19

16   is reliable.                                               02:49:25

17           MS. HAMILL Q:  I have a list for you.              02:49:49

18   A       Please.                                            02:49:57

19   Q       Did you between the time period of July 2nd        02:49:57

20   and August 15th, did you discuss the Proposition 50 maps  02:50:00

21   with Alexandra Macedo?                                     02:50:06

22   A       I don't believe so.                                02:50:08

23   Q       Did you discuss the Proposition 50 maps with       02:50:09

24   Steve Bennett during that time period?                     02:50:13

25   A       I don't believe so.  And let me clarify.  They     02:50:15

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    165

| | | |
|---|---|---|
| 1 | might have been on a group, but as an individual | 02:50:19 |
| 2 | one-on-one which we discussed earlier the distinction | 02:50:21 |
| 3 | between the two, no, not one-on-one. | 02:50:24 |
| 4 | Q       And within that time period, did you discuss | 02:50:26 |
| 5 | the Proposition 50 maps with Marc Berman? | 02:50:27 |
| 6 | A       I do not believe so. | 02:50:32 |
| 7 | Q       During that time period did you discuss the | 02:50:33 |
| 8 | Proposition 50 maps with Jose Luis Solachi, Jr.? | 02:50:36 |
| 9 | A       I do not believe so. | 02:50:42 |
| 10 | Q       During that time period did you discuss the | 02:50:43 |
| 11 | Proposition 50 maps with Catherine Stefani? | 02:50:48 |
| 12 | A       No. | 02:50:50 |
| 13 | Q       During that time period, did you discuss the | 02:50:51 |
| 14 | Proposition 50 maps with David Tangpia? | 02:50:55 |
| 15 | A       No. | 02:51:00 |
| 16 | Q       Were you involved with Catherine Stefani's | 02:51:01 |
| 17 | efforts to get out the vote on election day for | 02:51:04 |
| 18 | Proposition 50? | 02:51:07 |
| 19 | A       No. | 02:51:08 |
| 20 | Q       During the time period of July 2nd through | 02:51:09 |
| 21 | August 15th, did you discuss the Proposition 50 maps | 02:51:16 |
| 22 | with Steven Choy? | 02:51:21 |
| 23 | A       No. | 02:51:22 |
| 24 | Q       Did you discuss the Proposition 50 maps with | 02:51:23 |
| 25 | Ben Allen during that time period? | 02:51:26 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    166

| | | |
|---|---|---|
| 1 | A       No. | 02:51:28 |
| 2 | Q       Did you discuss the Proposition 50 maps with | 02:51:30 |
| 3 | Monique Limon during that time period? | 02:51:35 |
| 4 | A       I do not believe so. | 02:51:37 |
| 5 | Q       And did you discuss the Proposition 50 maps | 02:51:44 |
| 6 | with Thomas Umberg during that period of time? | 02:51:47 |
| 7 | A       No. | 02:51:51 |
| 8 | Q       And when you said no, it is possible that you | 02:51:52 |
| 9 | spoke with these people in a group setting? | 02:51:56 |
| 10 | A       Yes. | 02:51:58 |
| 11 | Q       Okay. | 02:51:59 |
| 12 | A       And if I can remember a conversation with any | 02:52:00 |
| 13 | of them I'll come back to you, but I don't recall | 02:52:02 |
| 14 | anything during that time. | 02:52:04 |
| 15 | Q       Do you have any documents in your possession | 02:52:05 |
| 16 | that would show who you met with and who you spoke to? | 02:52:07 |
| 17 | A       Not that -- | 02:52:11 |
| 18 | MR. MANOLIUS:  Objection, compound, calls for | 02:52:13 |
| 19 | speculation.  You can answer. | 02:52:14 |
| 20 | THE WITNESS:  Not as an in total. | 02:52:15 |
| 21 | MS. HAMILL Q:  But if you went back, let's say | 02:52:18 |
| 22 | that there weren't objections, would you be able to go | 02:52:21 |
| 23 | back into your e-mail account and look for meetings or | 02:52:25 |
| 24 | schedules or calls that you might have had with these | 02:52:28 |
| 25 | people? | 02:52:31 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                            167

| | | |
|---|---|---|
| 1 | A          Just to, as an example, we talked about side | 02:52:31 |
| 2 | to the window that we're talking about -- | 02:52:34 |
| 3 | **Q          Uh-huh.** | 02:52:36 |
| 4 | A          -- you know, I'll run into a legislator around | 02:52:36 |
| 5 | the capitol, I talk to them whenever we are at a thing | 02:52:39 |
| 6 | together, they might call me, but all those kind of | 02:52:43 |
| 7 | interactions which are probably the majority of the | 02:52:46 |
| 8 | interactions I would have with the legislators would not | 02:52:48 |
| 9 | be in any kind of documentation. | 02:52:51 |
| 10 | Did you say Macedo on that list? | 02:53:15 |
| 11 | **Q          Uh-huh.** | 02:53:16 |
| 12 | A          Then I did talk to Macedo. | 02:53:17 |
| 13 | **Q          You did talk to Assembly Member Macedo?** | 02:53:19 |
| 14 | A          During that period, yes.  Sorry. | 02:53:23 |
| 15 | It was outside the period, it was between the | 02:53:36 |
| 16 | 15th and the 19th, so I'm sorry, so it wasn't during the | 02:53:38 |
| 17 | July 15th to August 15th, it was after, during the | 02:53:42 |
| 18 | legislative session. | 02:53:45 |
| 19 | **Q          What did you talk to her about?** | 02:53:46 |
| 20 | MR. MANOLIUS:  Objection.  Legislative | 02:53:48 |
| 21 | immunity, privilege, instruct you not to answer. | 02:53:50 |
| 22 | MS. HAMILL Q:  I want to turn your attention | 02:53:53 |
| 23 | to page 30 of the HOPE transcript, lines six through 11. | 02:53:56 |
| 24 | A          (Witness complied.) | 02:54:03 |
| 25 | **Q          So here you say, "The Prop 50 maps I think** | 02:54:06 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                      168

| | | |
|---|---|---|
| 1 | will be great for the Latino community in two critical | 02:54:43 |
| 2 | ways.  One is that they ensure that the Latino districts | 02:54:47 |
| 3 | that are the VRA seats are bolstered in order to make | 02:54:50 |
| 4 | them most effective, particularly in the Central | 02:54:54 |
| 5 | Valley." | 02:54:57 |
| 6 |           Do you recall saying that? | 02:54:57 |
| 7 | A          I presume that's exactly what I said since | 02:55:02 |
| 8 | that's what's written here so -- | 02:55:05 |
| 9 | Q          Did you mean it? | 02:55:07 |
| 10 |           MR. MANOLIUS:  Objection.  Legislative | 02:55:07 |
| 11 | privilege.  Instruct you not to answer. | 02:55:11 |
| 12 |           MS. HAMILL Q:  I assume you were being | 02:55:13 |
| 13 | truthful when you said it? | 02:55:16 |
| 14 |           MR. MANOLIUS:  Same objection.  You're | 02:55:17 |
| 15 | instructed not to answer. | 02:55:22 |
| 16 |           MS. HAMILL Q:  And what did you mean here when | 02:55:23 |
| 17 | you said that the Latino districts that are the VRA | 02:55:25 |
| 18 | seats? | 02:55:28 |
| 19 |           MR. MANOLIUS:  Same objection.  Instruct you | 02:55:28 |
| 20 | not to answer. | 02:55:30 |
| 21 |           MS. HAMILL Q:  So you're not, you're going to | 02:55:31 |
| 22 | instruct him not to answer in terms of explaining what | 02:55:35 |
| 23 | it means to say Latino districts that are VRA seats? | 02:55:39 |
| 24 |           MR. MANOLIUS:  To the extent that it goes to | 02:55:43 |
| 25 | the process in the Legislature, yes, so I am instructing | 02:55:47 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                        169

| | | |
|---|---|---|
| 1 | him not to answer. | 02:55:51 |
| 2 | MS. HAMILL Q:  What did you mean when you say | 02:55:51 |
| 3 | you want to bolster the VRA seats? | 02:55:53 |
| 4 | MR. MANOLIUS:  Same objection, instruct you | 02:55:56 |
| 5 | not to answer. | 02:55:58 |
| 6 | MS. HAMILL Q:  Do you use race as an input | 02:55:59 |
| 7 | when you're, quote, on the box? | 02:56:01 |
| 8 | MR. MANOLIUS:  Vague as to time.  Instruct you | 02:56:03 |
| 9 | not to answer it as to Prop 50 process. | 02:56:07 |
| 10 | MS. HAMILL Q:  Ever. | 02:56:13 |
| 11 | A        In redistricting when we're drawing lines? | 02:56:14 |
| 12 | Q        Yes. | 02:56:16 |
| 13 | A        You have to be cognizant of all of the factors | 02:56:17 |
| 14 | when you're drawing lines, so of course. | 02:56:20 |
| 15 | Q        So including race? | 02:56:22 |
| 16 | A        Uh-huh. | 02:56:24 |
| 17 | MR. MEUSER:  Is that a "yes"? | 02:56:27 |
| 18 | THE WITNESS:  Yes. | 02:56:27 |
| 19 | MS. HAMILL Q:  Did you use race as an input | 02:56:28 |
| 20 | when you were drawing on the box drawing the Prop 50 | 02:56:30 |
| 21 | map? | 02:56:34 |
| 22 | MR. MANOLIUS:  Objection, instruct you not to | 02:56:34 |
| 23 | answer, legislative privilege. | 02:56:37 |
| 24 | MS. HAMILL Q:  In one of these podcasts you | 02:56:38 |
| 25 | spoke about SCOTUS dismantling the VRA.  What did you | 02:56:48 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                        170

```
 1   mean by that?                                        02:56:51

 2          MR. MANOLIUS:  Objection, vague.  Calls for   02:56:52

 3   speculation.  One of these podcasts, question mark?  02:56:54

 4          THE WITNESS:  I think there's two ways in     02:57:03

 5   which I generally would speak about SCOTUS dismantling 02:57:05

 6   VRA.                                                 02:57:09

 7          The first is that California used to be bound 02:57:09

 8   by section five of the Voting Rights Act, but they   02:57:13

 9   invalidated section four, which was the conditions upon 02:57:16

10   which section five was operative and in doing so they 02:57:18

11   eliminated a VRA protection nationally that also does 02:57:21

12   affect California redistricting.                     02:57:25

13          And then, secondly, there are cases before the 02:57:26

14   court right now where pundits and analysts believe that 02:57:29

15   they might erode the Voting Rights Act in a general way, 02:57:33

16   but I am not an attorney so I can't really speak to what 02:57:37

17   are the possible outcomes.                           02:57:41

18          But when you say dismantling, those were the  02:57:42

19   things I think colloquial saying in the redistricting 02:57:45

20   space around the Voting Rights Act.  That's what that 02:57:48

21   would mean.                                          02:57:52

22   Q      Does the voting power of any racial group     02:57:53

23   decrease with your Proposition 50 map?               02:58:00

24          MR. MANOLIUS:  Objection, vague, compound     02:58:04

25   incomplete hypothetical.  You can answer.            02:58:13
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                      171

| | | |
|---|---|---|
| 1 | MR. WOODS:  Join. | 02:58:15 |
| 2 | THE WITNESS:  Sure.  There's the voting group | 02:58:16 |
| 3 | potentially that, you know, is in a current district | 02:58:21 |
| 4 | where they have an elected representative, the lines | 02:58:24 |
| 5 | have changed, there's going to be winners and losers in | 02:58:27 |
| 6 | every district, so there are voting groups that might | 02:58:30 |
| 7 | have wanted to vote for Kevin Kiley and Kevin Kiley is | 02:58:32 |
| 8 | now going to be in a district that is more now heavily | 02:58:36 |
| 9 | democratic, but that is what happens in redistricting. | 02:58:39 |
| 10 | **Q       So my question asked about the voting power of** | 02:58:41 |
| 11 | **any racial group.** | 02:58:44 |
| 12 | A       Oh, you didn't say, I didn't hear you say | 02:58:45 |
| 13 | racial group, so I am sorry.  Let me adjust that then, | 02:58:48 |
| 14 | because I thought you just said group, voting group. | 02:58:52 |
| 15 | So, no, I can't speak to -- could you please | 02:58:55 |
| 16 | repeat the question she asked?  I am really genuinely | 02:59:00 |
| 17 | sorry.  I thought you said voting group. | 02:59:03 |
| 18 | (Whereupon the record was read as | 02:59:03 |
| 19 | follows:  "Question: Does the | 02:57:57 |
| 20 | voting power of any racial group | 02:57:58 |
| 21 | decrease with your Proposition 50 | 02:58:00 |
| 22 | map?") | 02:58:02 |
| 23 | THE WITNESS:  So I retract my former | 02:59:16 |
| 24 | statement.  That was not what I intended to say. | 02:59:18 |
| 25 | MR. MANOLIUS:  Objection.  Calls for | 02:59:20 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    172

```
 1   speculation, incomplete hypothetical.  You can answer.     02:59:22

 2            THE WITNESS:  I don't believe so.                 02:59:25

 3            MS. HAMILL Q:  We're making progress.             02:59:27

 4   A      I know.  I am just running out of cough drops.      02:59:50

 5            MR. MEUSER:  I may be a Boy Scout, but I don't    03:00:05

 6   have any cough drops.                                      03:00:09

 7            MS. HAMILL Q:  If you want to hand those          03:00:11

 8   exhibits to the court reporter --                          03:00:13

 9   A      8, 9, 10; I can do that.                            03:00:14

10   Q      How many Black influenced districts are there      03:00:26

11   in the Prop 50 map?                                        03:00:28

12   A      That would be open to interpretation.              03:00:31

13   Q      Enlighten me.                                       03:00:35

14   A      There are --                                        03:00:38

15            MR. MANOLIUS:  Objection, calls for a            03:00:38

16   narrative, vague.  You can answer.                         03:00:39

17            MR. WOODS:  Join.                                 03:00:42

18            THE WITNESS:  There are advocacy groups that     03:00:43

19   would argue that there are multiple districts wherein     03:00:45

20   the Black population has electoral opportunity and        03:00:48

21   greater influence and that the creation of the ligns by   03:00:53

22   the last commission and their advocacy was helpful in     03:00:56

23   sustaining that, and that ranges from districts in L.A.   03:01:01

24   to Oakland to Contra Costa, Fairfield, Vacaville, Solano  03:01:04

25   County, Sacramento, Stockton.                             03:01:09
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          173

| | | |
|---|---|---|
| 1 | There's a lot of places where the Black, the | 03:01:10 |
| 2 | organizations that advocate for the Black community | 03:01:14 |
| 3 | might consider that their community of interest has, you | 03:01:16 |
| 4 | know, a significant ability to elect it somehow. | 03:01:22 |
| 5 | **Q        Did you deliberately preserve any** | 03:01:27 |
| 6 | **Black-influenced district in the Proposition 50 map?** | 03:01:31 |
| 7 | MR. MANOLIUS:  Objection, legislative | 03:01:33 |
| 8 | privilege.  Instruct you not to answer. | 03:01:35 |
| 9 | MS. HAMILL Q:  Did you do an interview with | 03:01:37 |
| 10 | the Sacramento Observer about Proposition 50? | 03:01:39 |
| 11 | A      Yes. | 03:01:41 |
| 12 | **Q        I'm going to mark as Exhibit 11 -- a note for** | 03:01:43 |
| 13 | **the record that I am done with the stickers.** | 03:01:47 |
| 14 | **I am marking as Exhibit 11 an article in the** | 03:01:55 |
| 15 | **Sacramento Observer entitled, "Untangling Prop 50:  How** | 03:01:58 |
| 16 | **California's Redistricting Fight Impacts Black** | 03:02:04 |
| 17 | **Communities."** | 03:02:07 |
| 18 | (Whereupon Plaintiff's Exhibit 11 | 03:02:07 |
| 19 | was marked for identification.) | 03:02:24 |
| 20 | MS. HAMILL Q:  So it looks like this article | 03:02:24 |
| 21 | was dated October 20th, 2025. | 03:02:33 |
| 22 | Did you provide the Sacramento Observer with | 03:02:36 |
| 23 | an interview for this particular article? | 03:02:40 |
| 24 | MR. MANOLIUS:  Objection, calls for | 03:02:42 |
| 25 | speculation. | 03:02:43 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    174

| | | |
|---|---|---|
| 1 | THE WITNESS:  Yeah, but you said a date.  I | 03:02:45 |
| 2 | don't know if the date makes sense. | 03:02:51 |
| 3 | MS. HAMILL Q:  On the top of the second page | 03:02:54 |
| 4 | of this exhibit. | 03:02:55 |
| 5 | A         So October 2025. | 03:02:56 |
| 6 | Q         Yes. | 03:02:59 |
| 7 | A         Okay.  Okay.  Before the election, but after | 03:02:59 |
| 8 | the lines were drawn, after the ballot measure, it was | 03:03:02 |
| 9 | near the end of the ballot measure.  Okay. | 03:03:06 |
| 10 | MS. HAMILL Q:  And I want to turn to page five | 03:03:10 |
| 11 | of this exhibit and it looks like this is where you come | 03:03:12 |
| 12 | into the article.  The second paragraph says, "He, | 03:03:22 |
| 13 | meaning Paul Mitchell, "said his team prioritized | 03:03:25 |
| 14 | protecting the core interests of Black communities, | 03:03:29 |
| 15 | which were for the most part, he said, 'kept intact from | 03:03:32 |
| 16 | the commission process.'" | 03:03:36 |
| 17 | Do you remember saying that to the Sacramento | 03:03:38 |
| 18 | Observer? | 03:03:41 |
| 19 | MR. MANOLIUS:  Objection.  There's, there's -- | 03:03:41 |
| 20 | it's a description of what he said by somebody else, so | 03:03:44 |
| 21 | calls for speculation.  You can, you can answer. | 03:03:47 |
| 22 | THE WITNESS:  Yeah, I think that that author | 03:03:54 |
| 23 | of this article is characterizing this in a way that I | 03:03:57 |
| 24 | wouldn't have characterized it. | 03:04:01 |
| 25 | But the second part, my stand alone statement, | 03:04:05 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                     175

```
 1  kept in tact from the commission process, could be me      03:04:09
 2  advocating for the Prop 50 maps in that the large areas     03:04:11
 3  that the Black community identifies as communities of       03:04:18
 4  interest were kept intact.  So it was an objective          03:04:21
 5  statement about when you look at what the community of      03:04:24
 6  interest the Black advocacy organizations were             03:04:27
 7  advocating for, that those were intact, but whether this    03:04:29
 8  first sentence about us prioritizing the core of Black      03:04:33
 9  communities is the reporter's interpretation.              03:04:37
10  Q        Did you prioritize protecting the core           03:04:42
11  interests of Black communities?                            03:04:45
12           MR. MANOLIUS:  Instruct you not to answer,        03:04:47
13  legislative privilege.                                     03:04:48
14           MS. HAMILL Q:  And the next paragraph says,       03:04:50
15  "Mitchell said preserving three Black districts, two in     03:04:55
16  L.A. and one in Oakland, was foremost."                     03:04:58
17           Is that true?                                     03:05:01
18           MR. MANOLIUS:  Objection, calls for              03:05:03
19  speculation written by somebody else.  And was it true?     03:05:05
20  Lacks foundation.                                          03:05:13
21           THE WITNESS:  What this paragraph is speaking     03:05:17
22  to is what the organizations that I mentioned in the        03:05:20
23  earlier question, you said white groups have reached out    03:05:26
24  to Black Power Network was one of them, met the Black       03:05:29
25  Power Network, their top priority was, first off,           03:05:33
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    176

| | | |
|---|---|---|
| 1 | maintaining the districts that we ended up not even | 03:05:36 |
| 2 | actually touching. | 03:05:40 |
| 3 | These districts are so far away from where the | 03:05:41 |
| 4 | republicans are that it wasn't important in our line | 03:05:43 |
| 5 | drawing to try to go into those districts, and so it was | 03:05:46 |
| 6 | advantageous to the Black organizations that the three | 03:05:49 |
| 7 | districts that they were most focused on weren't | 03:05:52 |
| 8 | touched, so that's me characterizing the organizations. | 03:05:56 |
| 9 | Goal number one was preserving those three districts | 03:05:59 |
| 10 | and, incidentally, our maps did that because there | 03:06:01 |
| 11 | wouldn't have been a partisan advantage to do that. | 03:06:05 |
| 12 | And that's 90 percent of what was important | 03:06:08 |
| 13 | for the Black community, was preserving those districts. | 03:06:10 |
| 14 | So I'm characterizing the importance of those to the | 03:06:12 |
| 15 | organizations that were advocating before the commission | 03:06:16 |
| 16 | in 2021. | 03:06:18 |
| 17 | Q     Were you referring to districts 37, 43 and 12? | 03:06:24 |
| 18 | A     When I just said three districts? | 03:06:36 |
| 19 | Q     Yes. | 03:06:39 |
| 20 | A     I believe those would be the three districts | 03:06:39 |
| 21 | I'd be talking about, yeah. | 03:06:41 |
| 22 | Q     And so the Proposition 50 map was drawn to | 03:06:43 |
| 23 | keep 37, 43 and 12 to be Black influence districts; | 03:06:45 |
| 24 | correct? | 03:06:55 |
| 25 | MR. MANOLIUS:  Objection, calls for | 03:06:55 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                        177

| | |
|---|---|
| 1 | speculation. | 03:07:00 |
| 2 |         MR. WOODS:  Join. | 03:07:02 |
| 3 |         MR. MANOLIUS:  Do not answer. | 03:07:07 |
| 4 |         MS. HAMILL Q:  Did you intentionally give | 03:07:08 |
| 5 | Young Kim a district? | 03:07:10 |
| 6 |         MR. MANOLIUS:  I said objection, legislative | 03:07:12 |
| 7 | privilege, I instruct you not to answer. | 03:07:19 |
| 8 |         MS. HAMILL Q:  Young Kim is a republican; | 03:07:24 |
| 9 | right? | 03:07:30 |
| 10 | A       Yes.  Good republican member of Congress. | 03:07:30 |
| 11 | **Q       A good republican?** | 03:07:33 |
| 12 | A       I'm just joking. | 03:07:35 |
| 13 | **Q       So why did your map give her a great district,** | 03:07:36 |
| 14 | **in your words?** | 03:07:40 |
| 15 |         MR. MANOLIUS:  Objection, legislative | 03:07:42 |
| 16 | privilege and instruct you not to answer. | 03:07:43 |
| 17 |         MS. HAMILL Q:  Was there no way to draw a | 03:07:45 |
| 18 | district that would give a democrat a greater chance of | 03:07:47 |
| 19 | being elected in that area where Young Kim's district | 03:07:51 |
| 20 | is? | 03:07:55 |
| 21 |         MR. MANOLIUS:  Same objection.  I instruct you | 03:07:55 |
| 22 | not to answer, legislative privilege. | 03:07:56 |
| 23 |         MS. HAMILL Q:  Do you have evidence that | 03:07:59 |
| 24 | Hispanics have been unable to elect candidates of choice | 03:08:09 |
| 25 | in California? | 03:08:12 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    178

| | | |
|---|---|---|
| 1 | MR. MANOLIUS:  Objection. | 03:08:14 |
| 2 | MS. HAMILL Q:  Generally. | 03:08:15 |
| 3 | MR. MANOLIUS:  Vague as to time, calls for | 03:08:15 |
| 4 | speculation, incomplete hypothetical.  You can answer. | 03:08:17 |
| 5 | MR. WOODS:  Also, calls for a legal | 03:08:20 |
| 6 | conclusion. | 03:08:22 |
| 7 | THE WITNESS:  I can answer? | 03:08:23 |
| 8 | MR. MANOLIUS:  Yes, please. | 03:08:23 |
| 9 | THE WITNESS:  Can you please repeat the | 03:08:26 |
| 10 | question that she asked to me exactly?  I got it wrong | 03:08:28 |
| 11 | last time so I want to make sure I get it right. | 03:08:31 |
| 12 | (Whereupon the record was read as | 03:08:31 |
| 13 | follows:  "Question by MS. | 03:08:31 |
| 14 | HAMILL:  Do you have evidence | 03:08:08 |
| 15 | that Hispanics have been unable | 03:09:09 |
| 16 | to elect candidates of choice in | 03:08:10 |
| 17 | California? | 03:08:13 |
| 18 | "MR. MANOLIUS:  Objection. | 03:08:15 |
| 19 | "MS. HAMILL:  Generally.") | 03:08:15 |
| 20 | MR. WOODS:  Join. | 03:08:47 |
| 21 | THE WITNESS:  At the statewide level, I don't | 03:08:48 |
| 22 | have evidence of that at the statewide level. | 03:08:50 |
| 23 | MS. HAMILL Q:  If you had more time to work on | 03:08:52 |
| 24 | the Proposition 50 map, is there anything that you would | 03:08:53 |
| 25 | have done differently? | 03:08:56 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          179

```
 1            MR. MANOLIUS:  Objection, legislative          03:08:57

 2    privilege and I instruct you not to answer.            03:08:59

 3            MS. HAMILL Q:  Do you have any regrets about    03:09:01

 4    how this transpired?                                   03:09:03

 5            MR. MANOLIUS:  Same objection.                 03:09:05

 6            THE WITNESS:  I wish I had eaten more.         03:09:07

 7            MR. MEUSER:  That is actually in his report in 03:09:15

 8    the Capitol Weekly Podcast, so --                      03:09:18

 9            MS. HAMILL:  I believe I am finished with my   03:09:21

10    questions, but I do reserve the right to come back if  03:09:32

11    there's time at the end.  Thank you.                   03:09:37

12            And I am going to pass this off to my          03:09:39

13    colleague, Mr. Mark Meuser.                            03:09:41

14            MR. MEUSER:  Let's go off the record for a     03:09:46

15    minute.                                                03:09:48

16            THE VIDEOGRAPHER:  The time is 3:09 p.m.  We   03:09:49

17    are going off the record.                              03:09:51

18            (Whereupon a recess was taken.)                03:22:45

19            THE VIDEOGRAPHER:  We are back on the record.  03:22:45

20    The time is 3:22 p.m. and this marks the beginning of  03:22:57

21    videotape number five in the deposition of Paul        03:23:02

22    Mitchell, which is being taken at Hansen Bridgett, LLP, 03:23:05

23    500 Capitol Mall, Suite 1500, Sacramento, California.  03:23:10

24            The videographer is Nicholas Coulter here on   03:23:15

25    behalf of Array Legal Services.                        03:23:18
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                      180

```
 1                         EXAMINATION                    03:23:18

 2   By: MARK MEUSER, Attorney at Law, counsel on behalf of   03:23:18

 3   the Plaintiffs:                                     03:23:18

 4   Q        Good afternoon, Paul.                      03:23:23

 5   A        Hi.                                        03:23:24

 6   Q        As you know, I am Mark Meuser for the      03:23:25

 7   plaintiffs and I am going to take an opportunity to try  03:23:28

 8   to ask you some more questions.                     03:23:30

 9            I'll try not to duplicate, but there might be  03:23:32

10   a few duplications here, so -- you understand you're  03:23:35

11   still under oath?                                   03:23:38

12   A        Yes.                                       03:23:38

13            (Whereupon Plaintiff's Exhibit 12          03:23:38

14            was marked for identification.)            03:23:38

15            MR. MEUSER Q:  Okay.  In front of you right  03:23:39

16   now is a document that's been marked as document number  03:23:40

17   12.  Have you seen this document before?            03:23:44

18   A        No.                                        03:23:45

19   Q        Not until I sat down?                      03:23:46

20   Q        I am going to represent to you that this was a  03:23:51

21   document that was served on your counsel at about   03:23:53

22   1:00 a.m. this morning, so your counsel had a very late  03:23:57

23   night last night.                                  03:23:59

24            Would you take a minute and just review the  03:24:01

25   response to Request for Production number one?      03:24:05
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    181

```
 1    A        Okay.                                              03:24:08

 2    Q        Okay.  Now, go read the Request for Production     03:25:23

 3    number one.                                                 03:25:25

 4    A        (Witness complied.)  The first line?  Yes.         03:25:27

 5    Q        You were served with the notice of your            03:25:37

 6    deposition on Monday, December 1st; is that correct?        03:25:42

 7    A        If that's what the records are -- I don't          03:25:47

 8    remember exactly what day it was.                           03:25:50

 9    Q        Okay.  And in that deposition notice there was     03:25:52

10    a request to bring documents; is that correct?  Do you      03:25:58

11    remember Julie going through that list of questions         03:26:02

12    where it said documents?                                    03:26:04

13    A        Yes.                                               03:26:05

14    Q        And did you bring any documents with you           03:26:06

15    today?                                                      03:26:13

16            MR. MANOLIUS:  Objection.  I have already           03:26:14

17    stated our position on the documents.  We are happy to      03:26:15

18    work with you going forward, but there was not              03:26:19

19    sufficient time to prepare for this deposition and to       03:26:21

20    gather everything that we'd have to gather and review,      03:26:23

21    so the answer to your question is no.                       03:26:26

22            MR. MEUSER Q:  So in 10 days you have not been       03:26:29

23    able to produce a single document; is that correct?         03:26:30

24            MR. MANOLIUS:  I would more characterize it as      03:26:33

25    we are not producing any documents today given the         03:26:38
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    182

```
 1   burdensome nature of what you've requested and the need      03:26:43

 2   to review everything, gather everything, review             03:26:47

 3   everything for privilege and the like.                      03:26:49

 4            And, again, as I noted in my e-mail to you, we      03:26:52

 5   are very happy to establish a schedule for that             03:26:55

 6   production.                                                  03:26:57

 7            MR. MEUSER Q:  But as of today at the time of       03:26:59

 8   this deposition you have not brought any documents to       03:27:01

 9   this deposition?                                             03:27:03

10   A        No.                                                 03:27:03

11   Q        Okay.  And there is no privilege log that has      03:27:04

12   been delivered as of today; correct?                        03:27:08

13            MR. MANOLIUS:  Correct.  As I also stated in       03:27:10

14   my e-mail to you, we would be providing that as we went     03:27:11

15   through the documents and helped develop the documents.     03:27:14

16   It's a very voluminous and tedious process and we've        03:27:17

17   also been busily preparing for this deposition.             03:27:21

18            MR. MEUSER Q:  Did you know approximately how      03:27:24

19   many documents that you gave to counsel to review in        03:27:26

20   response to this document production?                       03:27:28

21   A        I do not.                                           03:27:31

22   Q        Was this produced to counsel in the form of an    03:27:33

23   electronic drive?                                           03:27:37

24            MR. MANOLIUS:  Objection, attorney-client          03:27:38

25   privilege.  I instruct you not to answer the question.      03:27:41
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    183

| | |
|---|---|
| 1 | MR. MEUSER Q:  Right now all I am trying to do | 03:27:43 |
| 2 | is figure out the size of the file that you're trying to | 03:27:46 |
| 3 | review, because you have not produced anything here. | 03:27:48 |
| 4 | MR. MANOLIUS:  Uh-huh. | 03:27:50 |
| 5 | MR. MEUSER:  So if it was 10 boxes of paper, | 03:27:51 |
| 6 | is it, you know, a zip drive that was 100 megabytes? | 03:27:54 |
| 7 | All I am trying to figure out is the volume of | 03:27:57 |
| 8 | documents that you are reviewing, so because it's been | 03:27:59 |
| 9 | 10 days here and there's not a single document. | 03:28:03 |
| 10 | MR. MANOLIUS:  Uh-huh. | 03:28:05 |
| 11 | MR. MEUSER:  There's not a single document, | 03:28:06 |
| 12 | there's not a privilege log, so I'm just trying to, in | 03:28:07 |
| 13 | case we have to go to the court, I am trying to make | 03:28:09 |
| 14 | sure that we have a record here, Counsel. | 03:28:11 |
| 15 | MR. MANOLIUS:  And I can tell you that I don't | 03:28:12 |
| 16 | know the size of it.  It's voluminous.  I am not very | 03:28:14 |
| 17 | good on the technical end of things, I rely on other | 03:28:18 |
| 18 | people in my firm to deal with that, which is in the | 03:28:22 |
| 19 | process and happening, so I don't know the size. | 03:28:24 |
| 20 | I mean, I don't know if you know the size. | 03:28:27 |
| 21 | THE WITNESS:  I have no idea.  Every time we | 03:28:29 |
| 22 | create a map there are files created, put in folders and | 03:28:31 |
| 23 | they have been given access to all of that. | 03:28:34 |
| 24 | MR. MEUSER Q:  Did you send some sort of zip | 03:28:37 |
| 25 | file to counsel when you delivered the documents to | 03:28:40 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    184

```
 1   counsel?                                              03:28:44

 2   A        Dropbox.                                     03:28:47

 3   Q        Dropbox.  Do you recall what the size of the 03:28:48

 4   Dropbox file was you transferred?                     03:28:50

 5   A        It wasn't a file, it was access to the       03:28:52

 6   folders, so I don't know what it was.                 03:28:54

 7   Q        On what date did you give counsel access to  03:28:57

 8   your computers?                                       03:29:07

 9   A        I don't recall.                              03:29:09

10            MR. MANOLIUS:  Objection, attorney-client    03:29:10

11   privilege.  Don't answer the question.                03:29:12

12            MR. MEUSER:  Next I am handing you which is  03:29:13

13   called Exhibit 13, which is a subpoena to appear and  03:29:30

14   testify at a hearing in Los Angeles.                  03:29:33

15            (Whereupon Plaintiff's Exhibit 13            03:29:33

16            was marked for identification.)              03:29:33

17            MR. MEUSER Q:  Earlier when we started this  03:29:43

18   deposition you were asked a few questions about being in 03:29:44

19   Los Angeles.  At that time you were not under subpoena. 03:29:48

20   This is an official subpoena to appear at trial on    03:29:52

21   Monday, the 15th.                                     03:29:55

22            Will you be appearing on Monday, the 15th?   03:30:02

23            MR. MANOLIUS:  Objection.  He's not compelled 03:30:04

24   by this piece of paper to appear in Los Angeles.  It's 03:30:07

25   beyond the 100-mile limit for a preliminary injunction 03:30:12
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    185

```
 1   hearing.  That's noted in rule 45(c).  He's already been      03:30:14
 2   burdened by coming to this deposition on short notice         03:30:18
 3   and preparing.                                                03:30:21
 4           The Supreme Court recently said that this is          03:30:22
 5   not going to be an action that gets very far and the          03:30:25
 6   burden on him has been enough, so he will not be              03:30:29
 7   appearing in Los Angeles.                                     03:30:32
 8           MR. MEUSER:  I need to be able to explain to          03:30:35
 9   the judge --                                                  03:30:37
10           MR. MANOLIUS:  Yes.                                   03:30:37
11           MR. MEUSER:  -- so I appreciate that answer.          03:30:38
12           MR. MANOLIUS:  Of course.                             03:30:40
13           MR. MEUSER:  Okay.                                    03:30:43
14           (Whereupon Plaintiff's Exhibit 14                     03:30:43
15           was marked for identification.)                       03:31:05
16           MR. MEUSER:  I have just handed you what is           03:31:05
17   called Exhibit D -- sorry, Exhibit 14, which is a DCCC        03:31:14
18   letter, "To whom it may concern," from Julie Merz.           03:31:25
19           And then it proceeds to be a 59 page document         03:31:28
20   that seems to have Redistricting Partners' logo on every     03:31:34
21   single page after the first page; is that correct?           03:31:41
22   A       Seems excessive, seems like a lot, but yes,          03:31:44
23   that is.                                                      03:31:46
24   Q       Is this a document that you prepared and gave        03:31:47
25   to DCCC?                                                      03:31:48
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    186

```
 1              MR. MANOLIUS:  You can answer.              03:31:54

 2              THE WITNESS:  Yes.                          03:32:00

 3              MR. WOODS:  Counsel, before you get too far, 03:32:01

 4    do you have a paper copy?                            03:32:04

 5              MR. MEUSER:  It's called August 15th draft 03:32:06

 6    map.                                                 03:32:08

 7              MR. WOODS:  I understand my special access has 03:32:09

 8    been spotted, so it's gone.                          03:32:11

 9              MR. MEUSER:  I didn't, because I thought   03:32:13

10    everybody would be on the computer file.  I am sorry. 03:32:15

11              MR. WOODS:  Okay.                          03:32:17

12              MS. MADDURI:  Counsel, did you say this was a 03:32:22

13    document DCCC produced?                              03:32:24

14              MR. MEUSER:  It is actually a document that 03:32:26

15    you produced.  It was in a zip file that was attached to 03:32:29

16    the e-mail that you, that we've already discussed    03:32:32

17    earlier today.                                       03:32:35

18              In one of the e-mails that we were discussing 03:32:38

19    there was a Dropbox link and this letter appears in that 03:32:40

20    Dropbox link.                                        03:32:43

21              MS. MADDURI:  Can you identify the documents 03:32:45

22    by Bates numbers?                                    03:32:47

23              MR. MEUSER:  No.  This particular document 03:32:48

24    that is looking at has not been Bates stamped or are you 03:32:51

25    talking about the letter where this zip drive is?    03:32:55
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                187

| | | |
|---|---|---|
| 1 | MS. MADDURI:  I am sorry.  I thought you said | 03:33:00 |
| 2 | this was a document that DCCC produced.  Is that not | 03:33:02 |
| 3 | right?  If they produced it there would be Bates stamps | 03:33:05 |
| 4 | on it. | 03:33:09 |
| 5 | MR. MEUSER:  DCCC had an e-mail that is Bates | 03:33:11 |
| 6 | stamped.  In that e-mail is a Dropbox link.  When you | 03:33:13 |
| 7 | typed in the Dropbox link this document was still in it, | 03:33:16 |
| 8 | so it was -- | 03:33:20 |
| 9 | MS. MADDURI:  I see.  Okay. | 03:33:22 |
| 10 | MR. MEUSER:  And this is something that was in | 03:33:30 |
| 11 | an August 15th e-mail from Paul Mitchell to Julie that | 03:33:31 |
| 12 | we have discussed earlier when Julie Hamill was asking | 03:33:36 |
| 13 | questions. | 03:33:39 |
| 14 | And if you look at the text in there, there | 03:33:40 |
| 15 | was a Dropbox link and that this document that he's | 03:33:43 |
| 16 | looking at right now came from that Dropbox link. | 03:33:47 |
| 17 | Have you seen that document before? | 03:33:55 |
| 18 | A       Yes. | 03:33:56 |
| 19 | Q       And you created that document? | 03:33:56 |
| 20 | MR. MANOLIUS:  Objection.  The entirety of it, | 03:33:59 |
| 21 | compound.  You can answer. | 03:34:02 |
| 22 | THE WITNESS:  Yes. | 03:34:07 |
| 23 | MR. MEUSER Q:  Redistricting. | 03:34:09 |
| 24 | A       To be clear, I put these two documents | 03:34:10 |
| 25 | together.  I did not create this letter. | 03:34:14 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                      188

| | | |
|---|---|---|
| 1 | Q        You didn't create the letter but you created | 03:34:16 |
| 2 | the .pdf document that's with the letter; correct? | 03:34:19 |
| 3 | A        Uh-huh. | 03:34:22 |
| 4 |          MR. MANOLIUS:  Yeah? | 03:34:24 |
| 5 |          THE WITNESS:  Yes. | 03:34:25 |
| 6 |          MR. MEUSER Q:  Can you tell me what these 59 | 03:34:27 |
| 7 | pages are? | 03:34:29 |
| 8 | A        This is a redistricting packet.  Sometimes we | 03:34:31 |
| 9 | call it an atlas is what we called it internally. | 03:34:35 |
| 10 |          It is of the cover map of the agency, it is | 03:34:39 |
| 11 | data tables for each of the districts and then inside of | 03:34:45 |
| 12 | it are individual maps of each district with data | 03:34:48 |
| 13 | regarding the populations, and then an inset map that | 03:34:52 |
| 14 | shows where that district lies within the State of | 03:34:55 |
| 15 | California. | 03:34:57 |
| 16 | Q        So beginning on page nine you have | 03:34:59 |
| 17 | congressional district one; correct? | 03:35:02 |
| 18 | A        I don't have them numbered, but I trust you | 03:35:06 |
| 19 | that that's page nine. | 03:35:08 |
| 20 | Q        So prior to page nine, these are just going to | 03:35:09 |
| 21 | be data generally about the entire redistricting | 03:35:13 |
| 22 | process, all the districts; is that correct? | 03:35:20 |
| 23 | A        The summary data table using the U.C. Berkeley | 03:35:22 |
| 24 | statewide database census and CVAP data. | 03:35:26 |
| 25 | Q        Did you send this atlas to anybody else? | 03:35:32 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    189

| | | |
|---|---|---|
| 1 | MR. MANOLIUS:  Objection, vague as to time. | 03:35:38 |
| 2 | MR. MEUSER Q:  Between August 10th and | 03:35:41 |
| 3 | August 20th, did you send an atlas package to anybody | 03:35:44 |
| 4 | else? | 03:35:47 |
| 5 | A       Between August 10th and August 20th, yes, | 03:35:49 |
| 6 | sure. | 03:35:52 |
| 7 | MR. MEUSER Q:  Who else did you send the atlas | 03:35:53 |
| 8 | packets to? | 03:35:55 |
| 9 | A       I don't recall. | 03:35:57 |
| 10 | **Q       I am going to hand you what we're going to** | 03:35:58 |
| 11 | **mark as Exhibit 15.** | 03:36:00 |
| 12 | (Whereupon Plaintiff's Exhibit 15 | 03:36:00 |
| 13 | was marked for identification.) | 03:36:04 |
| 14 | MR. MEUSER Q:  Which is on the legislature's | 03:36:04 |
| 15 | Prop 50 website and it's actually titled "atlas." | 03:36:08 |
| 16 | A       Oh. | 03:36:13 |
| 17 | MR. MANOLIUS:  Thank you. | 03:36:16 |
| 18 | MR. MEUSER Q:  And for those following along | 03:36:22 |
| 19 | at home, this would be titled DCCC map atlas (AB 604), | 03:36:24 |
| 20 | that's a document that has just been marked as | 03:36:34 |
| 21 | Exhibit 15. | 03:36:37 |
| 22 | MR. MANOLIUS:  Did you have a question, Mark? | 03:36:55 |
| 23 | I am sorry. | 03:36:56 |
| 24 | THE WITNESS:  I have it. | 03:36:58 |
| 25 | MR. MEUSER Q:  Okay.  Do you believe that | 03:36:59 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                        190

```
 1   these two documents were both generated by your in-house    03:37:01

 2   software?                                                    03:37:07

 3             MR. MANOLIUS:  Hmm?                                03:37:10

 4             THE WITNESS:  Yes, these are what SYZYGY           03:37:19

 5   creates.                                                     03:37:22

 6             MR. MEUSER:  Do you recall sending to the          03:37:27

 7   State Legislature this particular legislative atlas to       03:37:29

 8   the Legislature so that they could publish it on line so     03:37:35

 9   anybody could view it?                                       03:37:39

10             MR. MANOLIUS:  Objection.  Speculation as to       03:37:41

11   the purpose the Legislature would have, but you can          03:37:44

12   answer the first part of the question.                       03:37:46

13             THE WITNESS:  This legislative map, this map       03:37:48

14   was run by us in order for the Legislature to place          03:37:53

15   something as a .pdf on the website.                          03:37:57

16             MR. MEUSER Q:  Okay.  I noticed that the one       03:38:01

17   that I handed you that we got from the DCCC e-mail, that     03:38:02

18   has your logo Redistricting Partners; correct?              03:38:07

19   A      Yes.                                                  03:38:12

20   Q      And the one that's marked 15 has the                  03:38:12

21   California Legislature seal; is that correct?               03:38:14

22   A      Yep.                                                  03:38:16

23   Q      Do you know if you put on the images of seals        03:38:16

24   or do you know if the Legislature did that?  Do you have     03:38:21

25   any knowledge of how the logo was changed?                   03:38:24
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    191

```
 1   A         Yeah.  We have a file, they provided us the      03:38:29

 2   logos.                                                     03:38:32

 3   Q         So the State Legislature provided you the        03:38:34

 4   logos, you put those on and you mail it to the            03:38:37

 5   appropriate person at the State Legislature; is that      03:38:39

 6   correct?                                                   03:38:42

 7   A         Yes.                                             03:38:42

 8   Q         Are you aware if there's any difference in       03:38:43

 9   these two documents?                                      03:38:48

10          MR. MANOLIUS:  Objection.                           03:38:51

11          MR. MEUSER:  Other than the logo.                   03:38:52

12          MR. MANOLIUS:  Other than the logo?                 03:38:54

13   Objection.  Information that's privileged under           03:38:56

14   legislative privilege.  I instruct you not to answer the  03:38:58

15   question.                                                  03:39:01

16          MR. MEUSER Q:  Okay.  Can you turn to page --       03:39:02

17   the section of the page that is district one?             03:39:09

18          MR. WOODS:  On which document?                      03:39:13

19          MR. MANOLIUS:  On which one.                        03:39:16

20          MR. MEUSER:  Both sets.                             03:39:17

21          THE WITNESS:  Yes.                                  03:39:33

22          MR. MEUSER Q:  Is the content on, regarding        03:39:35

23   district one, other than the logo, the same on these two  03:39:37

24   documents?                                                 03:39:40

25   A         No.                                              03:39:40
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                         192

1    **Q        What is different?**                              03:39:41

2              MR. MANOLIUS:  Objection.  Legislative             03:39:44

3    privilege.  I instruct you not to answer.                   03:39:46

4              MR. MEUSER:  You're going to instruct him not      03:39:50

5    to answer something that is a public document that's on     03:39:52

6    a State Legislature website?                                03:39:55

7              MR. MANOLIUS:  Oh.                                 03:39:58

8              THE WITNESS:  The difference is that the one       03:40:00

9    provided to the DCCC has voter registration in the upper    03:40:03

10   right-hand corner and the one provided by the               03:40:08

11   Legislature has the same box, but the 2020 census field     03:40:11

12   in that.                                                    03:40:15

13             MR. MEUSER Q:  When you were preparing the         03:40:24

14   atlas for the Legislature, did anyone ask you to put in     03:40:26

15   the different box and not put in party registration, in     03:40:35

16   your atlas?                                                 03:40:39

17             MR. MANOLIUS:  Objection.  I will object,          03:40:40

18   legislative privilege.  I instruct you not to answer the    03:40:44

19   question.                                                   03:40:46

20             MR. MEUSER Q:  Mr. Mitchell, you're not           03:40:47

21   answering that question at the instruction of your          03:40:51

22   counsel; is that correct?                                   03:40:53

23   A        Exactly.                                           03:40:54

24   **Q        And let's just go to the second page of either   03:40:57

25   one of these, of both of these documents, so it will be**   03:41:03

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    193

| | | |
|---|---|---|
| 1 | the page that starts with 2020 census. | 03:41:06 |
| 2 | A        Oh, second page.  Okay. | 03:41:12 |
| 3 | Q        Other than the logo at the top of the page, | 03:41:17 |
| 4 | are you aware of any numbers on this page that are | 03:41:20 |
| 5 | different? | 03:41:23 |
| 6 | A        No. | 03:41:24 |
| 7 | Q        For the series of questions I am about ready | 03:41:25 |
| 8 | to ask, I don't care which one of these you use, you can | 03:41:29 |
| 9 | put whichever one in front of you that you want because | 03:41:33 |
| 10 | I am going to ask about some numbers on the tables, so | 03:41:36 |
| 11 | whichever one you prefer.  I'm just make sure everybody | 03:41:39 |
| 12 | knows. | 03:41:42 |
| 13 |          So you are going to use the official | 03:41:42 |
| 14 | legislative atlas here real quick.  Okay. | 03:41:44 |
| 15 |          First question I am going to ask you before we | 03:41:47 |
| 16 | actually turn to the numbers on this page is how many | 03:41:50 |
| 17 | Hispanic majority districts were drawn by the | 03:41:53 |
| 18 | commission? | 03:41:55 |
| 19 |          MR. MANOLIUS:  In 2021? | 03:41:55 |
| 20 |          MR. MEUSER:  In 2021. | 03:41:57 |
| 21 |          MR. MANOLIUS:  If you know. | 03:41:59 |
| 22 |          THE WITNESS:  16. | 03:41:59 |
| 23 |          MR. MEUSER Q:  Okay.  Do you know how many of | 03:42:02 |
| 24 | them were designated by the commission as a Voting | 03:42:03 |
| 25 | Rights Act district? | 03:42:07 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          194

| | | |
|---|---|---|
| 1 | A        14. | 03:42:08 |
| 2 | Q        How many Hispanic majority districts did you | 03:42:11 |
| 3 | create as a part of this legislative package that became | 03:42:15 |
| 4 | known as Prop 50? | 03:42:20 |
| 5 | MR. MANOLIUS:  Objection, legislative | 03:42:22 |
| 6 | privilege, I instruct you not to answer. | 03:42:23 |
| 7 | MR. MEUSER Q:  Looking at the official atlas | 03:42:29 |
| 8 | that is a public document, is congressional district one | 03:42:31 |
| 9 | a Hispanic majority district? | 03:42:36 |
| 10 | A        No. | 03:42:40 |
| 11 | Q        Is congressional district two a Hispanic | 03:42:42 |
| 12 | majority district? | 03:42:45 |
| 13 | A        No. | 03:42:47 |
| 14 | Q        Is congressional district three a Hispanic | 03:42:48 |
| 15 | majority district? | 03:42:51 |
| 16 | A        No. | 03:42:52 |
| 17 | Q        Is congressional district four a Hispanic | 03:42:52 |
| 18 | majority district? | 03:42:55 |
| 19 | A        No. | 03:42:57 |
| 20 | Q        Is congressional district five a Hispanic | 03:42:57 |
| 21 | majority district? | 03:43:00 |
| 22 | A        No. | 03:43:01 |
| 23 | Q        Is congressional district six a Hispanic | 03:43:02 |
| 24 | majority district? | 03:43:06 |
| 25 | A        No. | 03:43:06 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    195

```
 1   Q        Is congressional district seven a Hispanic      03:43:07

 2   majority district?                                       03:43:10

 3   A        No.                                             03:43:11

 4   Q        Is congressional district eight a Hispanic      03:43:11

 5   majority district?                                       03:43:15

 6   A        No.                                             03:43:15

 7   Q        Is congressional district nine a Hispanic       03:43:16

 8   majority district?                                       03:43:18

 9   A        No.                                             03:43:19

10   Q        Before I go to the next page I am going to ask  03:43:20

11   you a question.                                          03:43:23

12            Earlier today, Julie was asking you questions   03:43:23

13   about Hispanic opportunity districts or minority         03:43:25

14   opportunity districts and I believe you said something   03:43:29

15   along the lines, and correct me if I'm wrong, but        03:43:30

16   something that different people have a different matrix   03:43:33

17   of what is a Hispanic opportunity district or minority   03:43:36

18   opportunity district.                                    03:43:43

19            Not talking about the maps of Prop 50, but      03:43:43

20   generally speaking, in the redistricting world what is   03:43:46

21   your definition of a minority opportunity district?      03:43:48

22            MR. MANOLIUS:  Objection, asked and answered,   03:43:52

23   misstates his testimony.  He already said that.  You     03:43:53

24   have got it, Paul.                                       03:43:59

25            THE WITNESS:  I don't know that it's right to   03:44:00
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    196

```
 1   go all the way back to that question, but I think the     03:44:02

 2   term might have been different than calling it a          03:44:06

 3   minority opportunity district.                            03:44:08

 4          I don't think that was the terminology that        03:44:10

 5   was used in the earlier question, but I've seen people    03:44:12

 6   use the term minority opportunity district in different   03:44:21

 7   ways and I don't have, like, a favorite terminology for   03:44:25

 8   that.                                                     03:44:29

 9   Q      Have you ever drawn what you would classify as     03:44:37

10   a minority opportunity district?                          03:44:40

11          MR. MANOLIUS:  Objection.  To the extent           03:44:43

12   you're asking about Prop 50, instruct you not to answer   03:44:45

13   based on legislative privilege.  You can answer that      03:44:49

14   outside of that context.                                  03:44:52

15          MR. WOODS:  Also, vague.                           03:44:55

16          THE WITNESS:  I don't use that terminology, I      03:44:58

17   don't think.  So if I had ever said something was a       03:45:00

18   minority opportunity, that might surprise me.  That's     03:45:02

19   something that is -- that does -- that's generally not    03:45:06

20   something that I use as terminology.                      03:45:09

21   Q      And when I say a Hispanic majority district        03:45:12

22   are you considering that as a CVAP majority district or   03:45:17

23   would you just see it or are you answering that as just   03:45:21

24   a population being the majority?                          03:45:25

25          MR. MANOLIUS:  Yeah, funny objection.  I           03:45:29
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          197

```
 1    should have clarified that before, so what's your --      03:45:32

 2              THE WITNESS:  When we're talking in a            03:45:36

 3    redistricting construct, the shorthand would be that      03:45:37

 4    when you say what is the Latino share of the district,    03:45:39

 5    you're talking about it within a voting rights context    03:45:42

 6    and so we're using the citizen voting age population.     03:45:45

 7    Q       So that's the CVAP number and CVAP percentage;    03:45:49

 8    correct?                                                  03:45:54

 9    A       Yes.                                              03:45:54

10    Q       So when I've been asking you the questions        03:45:54

11    about the Hispanic majority, you're looking at the lines  03:45:56

12    on this chart that are Latino CVAP and Latino CVAP        03:45:59

13    percentage; correct?                                      03:46:06

14    A       Yes.                                              03:46:06

15    Q       Okay.  We are going to start asking those         03:46:07

16    questions again and we are going to start on              03:46:09

17    congressional district 10.  Is congressional district 10  03:46:11

18    a Hispanic minority/majority district?                    03:46:14

19    A       It's not a majority/minority district.            03:46:17

20    Q       Is congressional district 11 a                    03:46:20

21    minority/majority district?                               03:46:23

22    A       I then -- generally, we say majority/minority,    03:46:25

23    but, no.                                                  03:46:28

24    Q       Yes, sorry.  Is congressional district 12 a       03:46:28

25    Hispanic majority/minority district?                      03:46:32
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    198

| 1  | A        No.                                          | 03:46:34 |
| 2  | Q        Is congressional district 13 a Hispanic      | 03:46:35 |
| 3  | majority/minority district?                           | 03:46:41 |
| 4  | A        Yes.                                          | 03:46:42 |
| 5  | Q        Is congressional district 14 a Hispanic      | 03:46:42 |
| 6  | majority/minority district?                           | 03:46:46 |
| 7  | A        No.                                           | 03:46:47 |
| 8  | Q        Is congressional district 15 a Hispanic      | 03:46:48 |
| 9  | majority/minority district?                           | 03:46:51 |
| 10 | A        No.                                           | 03:46:52 |
| 11 | Q        Is congressional 16 a Hispanic               | 03:46:53 |
| 12 | majority/minority district?                           | 03:46:55 |
| 13 | A        No.                                           | 03:46:57 |
| 14 | Q        Is congressional district 17 a Hispanic      | 03:46:57 |
| 15 | majority/minority district?                           | 03:47:01 |
| 16 | A        No.                                           | 03:47:02 |
| 17 | Q        Is congressional district 18 a Hispanic      | 03:47:03 |
| 18 | majority/minority district?                           | 03:47:06 |
| 19 | A        Yes.                                          | 03:47:07 |
| 20 | Q        So two on this page; correct?                | 03:47:08 |
| 21 | A        Yes.                                          | 03:47:09 |
| 22 | Q        Going to the next page, we are going to be   | 03:47:10 |
| 23 | looking at congressional district 19.                 | 03:47:14 |
| 24 | Is congressional district 19 a Hispanic               | 03:47:16 |
| 25 | majority/minority district?                           | 03:47:19 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                      199

```
 1   A        No.                                               03:47:20

 2            MR. MANOLIUS:  Counsel, just wondering, I         03:47:21

 3   mean, the document speaks for itself.                      03:47:22

 4            MR. MEUSER Q:  Well, I asked him and you          03:47:26

 5   objected, so I am having to do this one at a time, so if   03:47:27

 6   you want to ask -- if you want to allow him to answer      03:47:30

 7   how many Hispanic majority/minority districts, and I      03:47:33

 8   know he knows what that number is, so if you want to       03:47:37

 9   allow him to do it we don't have to do this one by one,    03:47:39

10   but I am more than willing to do this one at a time.       03:47:42

11   Okay?                                                      03:47:48

12            MR. MANOLIUS:  Maybe he can check it out and      03:47:49

13   add them up off the document.  Would that be okay?         03:47:52

14            MR. MEUSER Q:  All I was looking for was a        03:47:57

15   number.                                                    03:47:59

16   A        There are 16.                                     03:47:59

17   Q        Thank you.  Which 16 congressional districts      03:48:01

18   are Hispanic majority/minority districts?                  03:48:12

19   A        Which are the 16?  You want me to name them       03:48:15

20   all?                                                       03:48:17

21   Q        Yes.                                              03:48:18

22   A        I mean, I'd have to go back and do it the way     03:48:18

23   we did it then, so you're talking about district numbers   03:48:21

24   13, 18, 21, 22, 25, 29, 31, 33, 34, 35, 38, 39, 41, 46,   03:48:28

25   and 52.                                                    03:49:08
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                           200

| | | |
|---|---|---|
| 1 | Q       Thank you.  Now, earlier we were asking some | 03:49:09 |
| 2 | questions about the HOPE letter; correct? | 03:49:19 |
| 3 | A       Yes. | 03:49:24 |
| 4 | Q       And do you recall seeing in the transcript | 03:49:24 |
| 5 | where you stated to HOPE that you were helping HOPE with | 03:49:29 |
| 6 | that process of the HOPE letter? | 03:49:33 |
| 7 | MR. WOODS:  Objection, mischaracterizes | 03:49:37 |
| 8 | testimony. | 03:49:39 |
| 9 | MR. MANOLIUS:  Yeah, misstates his testimony. | 03:49:39 |
| 10 | MR. MEUSER Q:  Well, let's go to the HOPE | 03:49:42 |
| 11 | presentation real quick.  You probably have it in the | 03:49:44 |
| 12 | stack right over there. | 03:49:46 |
| 13 | A       What number is it? | 03:50:00 |
| 14 | MR. MANOLIUS:  10? | 03:50:01 |
| 15 | THE WITNESS:  Okay.  Eleven?  Nine? | 03:50:06 |
| 16 | MR. MEUSER Q:  I'd like you to go to page 23 | 03:50:11 |
| 17 | and 24, so page 23, line 24, through page 24 line five. | 03:50:20 |
| 18 | A       Yes, in the last redistricting process.  That | 03:50:40 |
| 19 | wasn't your question, so yes. | 03:50:42 |
| 20 | Q       Yes.  So I am going to just read this out loud | 03:50:44 |
| 21 | and you tell me if I read it correctly.  "And I started | 03:50:47 |
| 22 | listing out this concept of drawing a replacement Latino | 03:50:51 |
| 23 | majority/minority district in the middle of Los Angeles, | 03:50:55 |
| 24 | that was the number one thing that I first started | 03:50:59 |
| 25 | thinking about, because it was something that I worked | 03:51:01 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    201

1    with HOPE on in the last redistricting process."          03:51:04

2              Did I read that correctly?                       03:51:08

3    A        Yes.                                              03:51:09

4    Q        What did you do with HOPE during 2021 during      03:51:11

5    the redistricting process?                                 03:51:19

6    A        They had an interest in keeping a district for    03:51:21

7    an incumbent member of Congress and that aligned with      03:51:26

8    our client's interest in drawing an LGBT community of      03:51:31

9    interest district that would go from Long Beach down to    03:51:36

10   Orange County, and so there was a synergy between those    03:51:41

11   groups and others.                                         03:51:43

12             And so we worked with HOPE on it.  As it was     03:51:44

13   said earlier, I have had, like, a 15 year relationship     03:51:48

14   with HOPE and never been, I don't charge them, but         03:51:51

15   they --                                                    03:51:56

16   Q        Did you draw a map for HOPE that they were        03:51:56

17   using in 2021?                                             03:51:59

18   A        We drew maps.  I don't know, their                03:52:04

19   presentation actually didn't present a map that I drew.    03:52:09

20   Q        Okay.                                             03:52:12

21   A        Their letter didn't present a map that I drew,    03:52:12

22   so they were advocating for maps though.                   03:52:15

23   Q        And you were working with a different             03:52:18

24   organization that was joined with HOPE at that time?       03:52:20

25   A        Yes.                                              03:52:25

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          202

1    Q         Yes?  Were you a part of that expert report        03:52:26

2    that was attached to the HOPE letter?                        03:52:39

3    A         That was something that was kind of a              03:52:42

4    byproduct of another contract that I had, so I was aware     03:52:48

5    that it was being done.  I was aware that that was done,     03:52:51

6    but I didn't write it.                                       03:52:53

7    Q         You didn't write the report.  Did you consult      03:52:54

8    with the people who wrote that report?                       03:52:58

9    A         Consulted with Christian Grose, yes.               03:52:59

10   Q         And this would have been at or around the time     03:53:03

11   of November of 2021?                                         03:53:05

12   A         Oh, probably earlier than that, but yes, in        03:53:08

13   2021.                                                        03:53:14

14   Q         You understand that the HOPE letter is dated       03:53:16

15   November 24th, 2021; correct?                                03:53:18

16   A         Yes.                                               03:53:21

17   Q         And you understand that the report by              03:53:21

18   Christian Grose is dated November 23rd, 2021; correct?       03:53:24

19   A         Sure.                                              03:53:28

20   Q         So prior to November 23, 2021, what                03:53:29

21   interactions did you have with Christian Grose that was      03:53:34

22   related to the report that is contained in the               03:53:36

23   November 24th, 2021, letter?                                 03:53:42

24   A         In the 2021 redistricting we worked with           03:53:44

25   clients who contracted with Christian Grose to do a          03:53:50

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    203

| | | |
|---|---|---|
| 1 | variety of analyses in several parts of the state, so | 03:53:56 |
| 2 | that's the time when this organization was looking for | 03:54:03 |
| 3 | something to advocate, they would have something to use. | 03:54:08 |
| 4 | Q        Turn to congressional district 41 in that | 03:54:12 |
| 5 | atlas. | 03:54:25 |
| 6 | A        (Witness complied.) | 03:54:26 |
| 7 | Q        And I am sorry, you probably won't appreciate | 03:54:30 |
| 8 | this, but I called this particular district the Yoga | 03:54:45 |
| 9 | Genie, because a thousand years in a lamp, you have a | 03:54:49 |
| 10 | pretty bad back.  But that's my imagination. | 03:54:51 |
| 11 |         Do you see the word "Downey" -- | 03:54:57 |
| 12 | A        Yes. | 03:55:01 |
| 13 | Q        -- in this particular district? | 03:55:02 |
| 14 | A        Yes. | 03:55:03 |
| 15 | Q        And looking at the HOPE letter, what was the | 03:55:04 |
| 16 | number one city that they mentioned for this new gateway | 03:55:11 |
| 17 | district? | 03:55:18 |
| 18 |         MR. MANOLIUS:  And you're referring to 2021? | 03:55:18 |
| 19 |         MR. MEUSER:  Yes, 2021. | 03:55:22 |
| 20 |         MR. MANOLIUS:  Okay. | 03:55:23 |
| 21 |         THE WITNESS:  Downey. | 03:55:25 |
| 22 |         MR. MEUSER Q:  Okay.  And does that | 03:55:32 |
| 23 | description, say, go down to Orange County? | 03:55:33 |
| 24 | A        No, not for this district. | 03:55:36 |
| 25 | Q        In the HOPE letter -- | 03:55:46 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          204

```
 1   A       I don't think so, not in that bullet point        03:55:48

 2   number one.  Sorry.  Does it say it somewhere else?       03:55:51

 3   Q       I think you're right, it actually says it in      03:55:54

 4   the --                                                    03:55:58

 5   A       Second bullet point.                              03:55:58

 6   Q       No.  It's actually in the expert report here.     03:56:00

 7   Sorry.                                                    03:56:04

 8   A       I don't know.                                     03:56:04

 9   Q       Is Downey in congressional district 41?           03:56:50

10   A       Yes.                                              03:56:53

11   Q       In your presentation to HOPE you said that you    03:56:53

12   created a new congressional district taking Ken           03:56:59

13   Calvert's 41 and insert it in the gateway cities.  Is     03:57:06

14   congressional district 41 the district you were           03:57:10

15   referring to in your HOPE presentation?                   03:57:12

16           MR. MANOLIUS:  Objection.  Instruct you not to    03:57:16

17   answer, legislative privilege.                            03:57:18

18           MR. MEUSER Q:  And you're not answering that      03:57:21

19   question at the instruction of your attorney?             03:57:36

20   A       Correct.                                          03:57:38

21   Q       Turning to page 24 of the transcript regarding    03:57:39

22   HOPE, starting line 20 --                                 03:57:48

23           MR. WOODS:  I am sorry, page 24, Counsel.         03:57:58

24           MR. MEUSER:  24, line 20.                         03:58:00

25           MR. WOODS:  Thank you.                            03:58:02
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                         205

| 1 | MR. MEUSER Q: "Number one created a gateway | 03:58:05 |
| 2 | cities district centered around Downey as described in | 03:58:07 |
| 3 | the analysis allowing for a creation of five Latino | 03:58:10 |
| 4 | majority/minority districts in an area where there are | 03:58:16 |
| 5 | currently four?" | 03:58:19 |
| 6 | Did I read that correctly. | 03:58:20 |
| 7 | A      Yes. | 03:58:21 |
| 8 | Q      My question is this:  The City of Downey in | 03:58:22 |
| 9 | congressional district 41 according to the legislative | 03:58:29 |
| 10 | atlas that we have marked as Exhibit 15 -- | 03:58:33 |
| 11 | A      Yes. | 03:58:36 |
| 12 | Q      -- the very next paragraph, starting on line | 03:58:37 |
| 13 | 25 into page 25, "Secondly, take a district that was | 03:58:50 |
| 14 | called LB north which is now the Robert Garcia district, | 03:58:54 |
| 15 | take that district to the south through Seal Beach into | 03:58:59 |
| 16 | Huntington Beach making a Latino-influenced district at | 03:59:02 |
| 17 | 35 percent Latino by voting age population." | 03:59:06 |
| 18 | Did I read that correctly? | 03:59:09 |
| 19 | A      Yes. | 03:59:10 |
| 20 | Q      Okay.  Looking at congressional district 42 in | 03:59:11 |
| 21 | the atlas legislative atlas, does congressional district | 03:59:18 |
| 22 | 42 include the cities of Long Beach, Seal Beach and | 03:59:24 |
| 23 | Newport -- and Huntington Beach? | 03:59:30 |
| 24 | A      Yes. | 03:59:32 |
| 25 | Q      I am going to ask a question that's been | 03:59:33 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    206

| | | |
|---|---|---|
| 1 | bugging me since day one since I have seen this. | 03:59:44 |
| 2 | You were aware that in the California | 03:59:47 |
| 3 | Constitution we are supposed to number congressional | 03:59:49 |
| 4 | districts one at the top of the state down to 52 at the | 03:59:51 |
| 5 | bottom. | 03:59:57 |
| 6 | Do you know why these districts got numbered | 03:59:57 |
| 7 | contrary to what the California Constitution says? | 04:00:00 |
| 8 | MR. MANOLIUS:  Objection, calls for a legal | 04:00:02 |
| 9 | conclusion, calls for speculation. | 04:00:03 |
| 10 | MR. WOODS:  Objection.  Same objections. | 04:00:05 |
| 11 | Also, relevance. | 04:00:09 |
| 12 | MR. MEUSER Q:  You can answer. | 04:00:12 |
| 13 | A      The decision on numbering was based, I think, | 04:00:15 |
| 14 | primarily on reducing the amount of change as opposed to | 04:00:18 |
| 15 | the Constitution's previous requirement before Prop 50 | 04:00:21 |
| 16 | of numbering one to 52. | 04:00:26 |
| 17 | In the ballot measure Prop 50 allowed for that | 04:00:29 |
| 18 | to be bypassed for this one redistricting.  It was just | 04:00:32 |
| 19 | to reduce the number of the amount of letters that would | 04:00:35 |
| 20 | have to be reprinted. | 04:00:39 |
| 21 | MR. MEUSER Q:  I appreciate that answer.  I | 04:00:41 |
| 22 | believe I've heard public statements by you that nine | 04:00:47 |
| 23 | congressional districts did not change a single | 04:00:51 |
| 24 | boundary; is that correct? | 04:00:57 |
| 25 | MR. MANOLIUS:  Objection.  Vague as to where | 04:00:59 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                              207

| | | |
|---|---|---|
| 1 | you've heard that and where that comes from, calls for | 04:01:03 |
| 2 | speculation.  You can answer. | 04:01:05 |
| 3 | THE WITNESS:  I believe it's nine or ten.  I | 04:01:10 |
| 4 | always forget exactly the number, but there were a large | 04:01:12 |
| 5 | number of districts that were too far away from areas | 04:01:16 |
| 6 | where we were trying to flip districts. | 04:01:20 |
| 7 | MR. MEUSER Q:  As you sit here today could you | 04:01:25 |
| 8 | name the nine or ten congressional districts that did | 04:01:27 |
| 9 | not change a single boundary? | 04:01:30 |
| 10 | MR. MANOLIUS:  Between 2021 redistricting? | 04:01:32 |
| 11 | MR. MEUSER:  And the commission. | 04:01:37 |
| 12 | THE WITNESS:  I could attempt to. | 04:01:38 |
| 13 | MR. MANOLIUS:  Don't speculate. | 04:01:41 |
| 14 | THE WITNESS:  Okay. | 04:01:43 |
| 15 | MR. MEUSER:  I am entitled to your best | 04:01:44 |
| 16 | recollection and if you can name six you name six, if | 04:01:47 |
| 17 | you -- just the best of your ability. | 04:01:50 |
| 18 | THE WITNESS:  There's one technical thing that | 04:01:53 |
| 19 | I believe that potentially the census block layer | 04:01:55 |
| 20 | changed a little bit, so there might be some changes | 04:01:58 |
| 21 | like a census block is unpopulated kind of thing, but | 04:02:00 |
| 22 | districts 11 and 12, which are unchanged. | 04:02:05 |
| 23 | MR. MEUSER Q:  Those are in the Bay Area? | 04:02:11 |
| 24 | A      Yep.  District -- I don't deal with these | 04:02:13 |
| 25 | districts as much, I don't know as much, is it -- Ted | 04:02:18 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                            208

```
 1   Lieu district didn't change and I don't have the zoom to      04:02:38

 2   know what Ted Lieu district is.                                04:02:45

 3   Q        Well, you're looking at a document that has           04:02:47

 4   maps of every single --                                        04:02:49

 5   A        It doesn't say the numbers on the map.                04:02:50

 6   Q        I know that, but you could flip through and           04:02:52

 7   find the individual districts, couldn't you?                   04:02:54

 8   A        Oh, yeah, yeah, yeah.  Sorry.                         04:02:58

 9            MR. MANOLIUS:  Just throw in an objection that        04:03:31

10   it's compound and burdensome that he has to go through         04:03:33

11   the entire packet, but that's okay.                            04:03:36

12            THE WITNESS:  Why am I not finding the Ted            04:03:38

13   Lieu district?  I am unsure if district 19 changed.  The       04:03:41

14   Ted Lieu, district whatever number that is --                  04:04:03

15            MR. MEUSER Q:  Okay.                                  04:04:05

16   A        -- there it is, 36.  Sorry.  It was just              04:04:06

17   taking me awhile to get to it.                                 04:04:11

18   Q        And that's the coastal Los Angeles County?           04:04:12

19   A        Santa Monica, yeah.  37 did not change, 43 did        04:04:16

20   not change.  I know I've missed some, so it's hard for         04:04:36

21   me --                                                          04:05:01

22   Q        If I do my math right, I have heard you name          04:05:02

23   five districts right now; correct?                             04:05:04

24   A        Yeah.  So I'd have to go back and look, but I         04:05:06

25   thought it was, like, nine districts that didn't change        04:05:09
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    209

| | | |
|---|---|---|
| 1 | at all.  I would just have to go look at it more | 04:05:11 |
| 2 | closely, because there are districts where, there are | 04:05:15 |
| 3 | some districts where we made a small change like | 04:05:17 |
| 4 | unifying Ventura and in a district that wasn't otherwise | 04:05:20 |
| 5 | changed or something like that, so I'd have to go | 04:05:24 |
| 6 | through again and look, but I believe it added up to | 04:05:28 |
| 7 | nine.  Sorry. | 04:05:34 |
| 8 | Q         Okay.  If you want to turn to your Capitol | 04:05:35 |
| 9 | Weekly Podcast transcript, and I am reading from page 11 | 04:05:41 |
| 10 | starting at lines four through eight.  Page 11, four | 04:05:46 |
| 11 | through eight. | 04:06:03 |
| 12 |           And this particular conversation was made | 04:06:04 |
| 13 | public on August 15th, 2025.  Do you recall if you made | 04:06:09 |
| 14 | the podcast the same day that it aired? | 04:06:13 |
| 15 | A         I don't recall. | 04:06:16 |
| 16 | Q         And this sentence reads, "And, you know, the | 04:06:17 |
| 17 | fact that we can do these things in terms of like | 04:06:25 |
| 18 | drawing maps, that is -- you know, it's not touching | 04:06:28 |
| 19 | nine entire congressional districts." | 04:06:31 |
| 20 |           Did I read that correctly? | 04:06:35 |
| 21 | A         Yes. | 04:06:36 |
| 22 | Q         When you said that, was -- were you saying | 04:06:37 |
| 23 | that you did not change the lines in nine congressional | 04:06:45 |
| 24 | districts? | 04:06:50 |
| 25 |           MR. MANOLIUS:  Objection, legislative | 04:06:50 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    210

1    privilege and instruct you not to answer the question.        04:06:53

2              MR. MEUSER:  This is a public statement that        04:06:56

3    he has made saying that he did not touch nine entire          04:06:58

4    congressional districts and I am just making sure that        04:07:01

5    at the time he made the statement publicly for the world      04:07:04

6    to see --                                                     04:07:07

7              MR. MANOLIUS:  Uh-huh.                              04:07:08

8              MR. MEUSER:  -- that it was his understanding       04:07:09

9    that he did not touch, that the Prop 50 maps did not          04:07:11

10   touch nine entire congressional districts.                    04:07:15

11             MR. MANOLIUS:  Again, you can ask him if he         04:07:17

12   said it, but I'm going to object to anything going            04:07:19

13   further than that.                                            04:07:23

14             MR. MEUSER Q:  Did you say that?                    04:07:24

15   A        Yes.                                                 04:07:25

16   Q        Okay.  And is it your understanding that when       04:07:27

17   you said you know it's not touching nine entire              04:07:35

18   congressional districts, is it your understanding that      04:07:39

19   that meant nine congressional districts had zero line       04:07:43

20   changes?                                                     04:07:48

21             MR. MANOLIUS: Same objection, instruct you not    04:07:49

22   to answer, legislative privilege.                            04:07:51

23             MR. MEUSER Q:  And are you refusing to answer      04:07:54

24   that question at your attorney's request?                    04:07:56

25   A        Correct.                                            04:07:57

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    211

| | | |
|---|---|---|
| 1 | Q        Are you familiar with the organization MALDEF, | 04:07:59 |
| 2 | M-A-L-D-E-F? | 04:08:11 |
| 3 | A        Yes. | 04:08:11 |
| 4 | Q        Have you worked with MALDEF. | 04:08:12 |
| 5 | MR. MANOLIUS:  Vague as to "work with."  Hired | 04:08:17 |
| 6 | by? | 04:08:21 |
| 7 | MR. MEUSER Q:  Have you ever been hired by | 04:08:21 |
| 8 | MALDEF? | 04:08:23 |
| 9 | A        No. | 04:08:24 |
| 10 | Q        During the 2021 redistricting, did you ever | 04:08:25 |
| 11 | see any of the reports presented by MALDEF? | 04:08:29 |
| 12 | A        Yes. | 04:08:32 |
| 13 | Q        Okay.  And do you recall as you sit here today | 04:08:33 |
| 14 | how many Hispanic majority/minority districts MALDEF was | 04:08:39 |
| 15 | asking the commission to draw? | 04:08:44 |
| 16 | A        No. | 04:08:47 |
| 17 | MR. MEUSER:  Okay.  We are going to go ahead | 04:08:50 |
| 18 | and mark this as Exhibit 16. | 04:08:51 |
| 19 | (Whereupon Plaintiff's Exhibit 16 | 04:08:51 |
| 20 | was marked for identification.) | 04:08:51 |
| 21 | MR. MEUSER Q:  And for those following along | 04:08:57 |
| 22 | at home, this is going to be the document in the file | 04:08:58 |
| 23 | that is called, "MALDEF report 2021." | 04:09:04 |
| 24 | MR. MEUSER:  And I have got a copy for you | 04:09:16 |
| 25 | too, Counsel. | 04:09:20 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    212

```
 1            MR. WOODS:  Mark, do you have another copy for     04:09:24

 2    me?                                                        04:09:26

 3            MR. MEUSER:  I do not.  Sorry.  I didn't want      04:09:26

 4    to kill trees, but I thought everybody else would have    04:09:29

 5    that file.  Sorry.                                        04:09:32

 6    Q        Have you seen this particular report before      04:09:42

 7    that's just been handed to you as Exhibit 16?             04:09:44

 8    A        Not that I -- not that I recall.  I am           04:09:47

 9    presuming I would have, I just don't remember, exactly.   04:09:50

10    Q        If you could turn to page, what's been marked    04:09:53

11    as page 10 in that, this exhibit?                         04:09:56

12    A        They have page numbers?                          04:09:59

13    Q        Yes, should be in the bottom right,              04:10:00

14    A        Uh-huh.                                          04:10:02

15    Q        And I am just, top two lines after the           04:10:08

16    statement of voting rights compliance, I am going to      04:10:11

17    just read these.                                          04:10:14

18    A        Uh-huh.                                          04:10:15

19    Q        "After the rule of equal population the first    04:10:16

20    rule of redistricting is construct -- is constructing     04:10:18

21    districts to comply with section two of the Federal       04:10:22

22    Voting Rights Act.  The MALDEF U.S. Congressional         04:10:25

23    Redistricting Plan presents 16 Latino majority citizen    04:10:30

24    voting age population districts that are largely          04:10:34

25    protectable under section two of the Voting Rights Act."  04:10:38
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                              213

| | | |
|---|---|---|
| 1 | Did I read that correct? | 04:10:40 |
| 2 | A     Yes. | 04:10:42 |
| 3 | Q     Are you aware that in the 2021-cycle MALDEF | 04:10:44 |
| 4 | was asking the commission to draw 16 districts where | 04:10:51 |
| 5 | Hispanics were the majority, according to CVAP? | 04:10:54 |
| 6 | MR. MANOLIUS:  Objection, calls for | 04:10:59 |
| 7 | speculation.  He's already said he doesn't recall seeing | 04:11:00 |
| 8 | this document before. | 04:11:03 |
| 9 | THE WITNESS:  I don't recall specifically, but | 04:11:05 |
| 10 | looking at it, it looks like one of the documents, so -- | 04:11:06 |
| 11 | MR. MEUSER Q:  If you could turn to the next | 04:11:10 |
| 12 | page, 11. | 04:11:15 |
| 13 | A     (Witness complied.) | 04:11:17 |
| 14 | Q     And before I ask you this, before I ask you | 04:11:19 |
| 15 | questions, you're kind of thumbing through the images of | 04:11:24 |
| 16 | all the maps that are with this report? | 04:11:27 |
| 17 | A     Uh-huh. | 04:11:30 |
| 18 | Q     Do you recall ever seeing any of these maps | 04:11:31 |
| 19 | before? | 04:11:33 |
| 20 | A     I can't speak to any of these individuals | 04:11:35 |
| 21 | maps. | 04:11:37 |
| 22 | Q     Okay. | 04:11:37 |
| 23 | A     This is five years ago. | 04:11:37 |
| 24 | Q     I understand.  But it doesn't refresh your | 04:11:39 |
| 25 | recollection at all as to having seen it? | 04:11:42 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                            214

| | | |
|---|---|---|
| 1 | MR. MANOLIUS:  Okay.  Just compound because | 04:11:45 |
| 2 | there are many maps in here so -- | 04:11:46 |
| 3 | MR. MEUSER Q:  Yeah. | 04:11:50 |
| 4 | A        I have looked at MALDEF maps for a long time. | 04:11:50 |
| 5 | They look the same in every road. | 04:11:53 |
| 6 | **Q        Who wrote those?** | 04:12:01 |
| 7 | A        Steven Ochoa looks like, most likely. | 04:12:02 |
| 8 | **Q        And when was the last time you talked to** | 04:12:05 |
| 9 | **Steven Ochoa?** | 04:12:09 |
| 10 | A        Several weeks or a month ago or a couple of | 04:12:12 |
| 11 | months ago or something. | 04:12:15 |
| 12 | **Q        Did you speak with Steven Ochoa at any time** | 04:12:15 |
| 13 | **between July 2nd and February 15th?** | 04:12:18 |
| 14 | A        You said February.  August? | 04:12:20 |
| 15 | **Q        August 15th.** | 04:12:24 |
| 16 | A        No. | 04:12:25 |
| 17 | **Q        Did you speak with anybody at MALDEF between** | 04:12:26 |
| 18 | **July 2nd and August 15th?** | 04:12:34 |
| 19 | A        No.  Let me amend that to say I don't recall. | 04:12:36 |
| 20 | **Q        You can go ahead and set that aside.  I have** | 04:12:56 |
| 21 | **got a couple fun exhibits here.** | 04:13:08 |
| 22 | A        That's it? | 04:13:11 |
| 23 | MR. MANOLIUS:  Finally. | 04:13:17 |
| 24 | MR. MEUSER:  I am handing you Exhibit 17. | 04:13:18 |
| 25 | (Whereupon Plaintiff's Exhibit 17 | 04:13:18 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    215

```
 1              was marked for identification.)              04:13:22

 2              MR. MEUSER:  And for those following along at  04:13:22

 3   home, this Exhibit 17 is Paul Mitchell X post dash 52    04:13:25

 4   Democrat map.                                            04:13:34

 5              Can you please identify for the record what   04:13:35

 6   Exhibit 17 is?                                           04:13:37

 7   A         Exhibit 17 is a Tweet of mine and it was       04:13:38

 8   posted on November 3rd.                                  04:13:46

 9   Q         Day before election?                           04:13:48

10   A         There you go.                                  04:13:49

11   Q         And what does this particular X post of yours  04:13:50

12   show?                                                    04:13:55

13              MR. MANOLIUS:  Objection, compound.           04:13:57

14   Objection, also, to the word "show."                    04:14:01

15              MR. MEUSER:  Okay.  I'll re-ask.              04:14:04

16   Q         What is the significance of this particular X  04:14:10

17   post that you were trying to convey to the world when    04:14:16

18   you sent it out?                                         04:14:18

19   A         Well, I was trying to convey to the limited    04:14:20

20   number of people who follow me that I, as was done in    04:14:23

21   the other testimony, rather derisively referred to       04:14:32

22   Twitter maps and I felt as though Twitter maps showing   04:14:35

23   crazy lines drawn by somebody in their basement weren't  04:14:40

24   necessarily productive into the conversation, and so I   04:14:44

25   was expressing my frustration with the silly Twitter     04:14:46
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                      216

```
 1   maps.                                                04:14:51
 2   Q        And I remember the conversation we had which 04:14:51
 3   is why we got this into the record here.              04:14:53
 4            This is an example of one of the 52 old maps 04:14:56
 5   that you criticized throughout the, from July 2nd all 04:15:00
 6   the way to November 3rd; is that correct?             04:15:07
 7   A        Yes.                                          04:15:08
 8   Q        Regarding your atlas, the CVAP numbers --     04:15:09
 9   A        Uh-huh.                                        04:15:20
10   Q        -- what, where did you get the CVAP numbers?  04:15:21
11   A        You're required to use the statewide          04:15:24
12   databases' CVAP data and population data in California. 04:15:27
13   Q        Okay.  And what year of database was the state 04:15:31
14   redistricting database using?                          04:15:35
15   A        In the terminology in redistricting we don't  04:15:39
16   refer to the year that it was produced, we refer to the 04:15:42
17   year that it represents.  And so the data is the '19   04:15:45
18   dash '23 CVAP, so a five-year average from 2019 to 2023. 04:15:49
19   Q        And when you're talking about the five-year   04:15:54
20   average you're talking about the American community    04:15:56
21   survey put on by the census?                           04:15:59
22   A        It's a product, it's a special product put on, 04:16:01
23   put together after the American community survey as a  04:16:05
24   special kind of addendum.                               04:16:08
25   Q        Okay.  And so the statewide database is taking 04:16:10
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    217

```
 1    the data from the census and then as you were talking to    04:16:17

 2    Julie earlier today, they remove the prisoners from         04:16:21

 3    that; is that correct?                                      04:16:25

 4    A        Reallocate.                                        04:16:26

 5    Q        Reallocate.  And that was the data that you        04:16:27

 6    were using in this particular report?                       04:16:33

 7    A        Yes.                                               04:16:34

 8    Q        Okay.  Not 2022?                                   04:16:35

 9    A        You mean, not 1822.                                04:16:38

10    Q        Not the 2022 ACS data, you were using 2023 ACS     04:16:41

11    data; correct?                                              04:16:49

12    A        In 2022, they were using the, like, no, it's      04:16:49

13    not the same CU update as they were using in the 2021       04:16:54

14    redistricting process, if that's what you're asking.        04:16:59

15    Q        Well, I understand that the redistricting          04:17:01

16    commission could not have used the 2023 data, because it    04:17:03

17    did not exist at that time; correct?                        04:17:06

18    A        They couldn't have used the '19 to '23, of         04:17:08

19    course.                                                     04:17:10

20    Q        And what you're saying is that in these            04:17:11

21    atlases, the numbers that you were using was the '19 to     04:17:16

22    '23 five year ACS data; correct?                            04:17:22

23    A        (Witness nodding head.)                            04:17:25

24    Q        Is that a "yes"?                                   04:17:26

25    A        Yes.                                               04:17:27
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    218

| | | |
|---|---|---|
| 1 | Q        Okay.  The only reason why I am saying this is | 04:17:27 |
| 2 | we have a had experts for the last four days give me | 04:17:30 |
| 3 | places where you were getting your data, so I am just | 04:17:33 |
| 4 | trying to get from you which set of numbers all the | 04:17:36 |
| 5 | experts are supposed to look at. | 04:17:38 |
| 6 | A        Yeah. | 04:17:40 |
| 7 | Q        So, again, I am going to repeat to make sure I | 04:17:40 |
| 8 | have a clean record so that all of our experts know. | 04:17:43 |
| 9 | When we're looking at the CVAP data that is | 04:17:46 |
| 10 | contained in the atlas, you were using the 2023 census | 04:17:50 |
| 11 | data, the American community census data from a | 04:17:55 |
| 12 | five-year period that was then reallocated according to | 04:17:58 |
| 13 | the statewide database? | 04:18:03 |
| 14 | A        So to use the terminology of redistricting | 04:18:05 |
| 15 | consultants we all agree upon, I think we use the '19 | 04:18:07 |
| 16 | dash '23, which means it's data from 2019 to 2023, that | 04:18:12 |
| 17 | five year average, and it's that data from the census | 04:18:16 |
| 18 | has been adjusted by the statewide database. | 04:18:19 |
| 19 | (Whereupon Plaintiff's Exhibit 18 | 04:18:19 |
| 20 | was marked for identification.) | 04:18:19 |
| 21 | MR. MEUSER Q:  Thank you.  I appreciate that. | 04:18:22 |
| 22 | And I don't think I am going to need this one, but since | 04:18:28 |
| 23 | we printed it up I am going to just go ahead and give | 04:18:31 |
| 24 | it. | 04:18:34 |
| 25 | I am going to hand you what has been marked as | 04:18:34 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    219

```
 1   Exhibit 18.  And for those following at home, this is a    04:18:36

 2   DM Tweet concerning use of recent ACS survey data.          04:18:43

 3            Do you remember this X post?                        04:18:50

 4   A        If I can take a look real quick.                    04:18:55

 5   Q        Please, do.                                         04:18:58

 6   A        I do recall this.                                   04:18:58

 7            (Off-the-record discussion between                  04:18:58

 8            Mr. Manolius and the Witness.)                      04:18:58

 9            THE WITNESS:  Sorry.                                04:19:11

10            THE REPORTER:  Are we on the record or off the      04:19:15

11   record?                                                      04:19:17

12            MR. MEUSER Q:  This particular post has             04:19:19

13   absolutely nothing to do with Prop 50; correct?             04:19:21

14   A        Absolutely.                                         04:19:24

15   Q        But this does have to do with redistricting in      04:19:25

16   California; correct?  Los Angeles city, to be precise?       04:19:28

17   A        Yes.                                                04:19:32

18   Q        And in the particular post there was an X post      04:19:32

19   that you're responding to that somebody was suggesting       04:19:38

20   they should do redistricting in Los Angeles city; is        04:19:41

21   that correct?                                                04:19:45

22   A        Could you restate that?  I am sorry.                04:19:46

23   Q        Well, you can't actually see this because you       04:19:48

24   don't see what this is responding to, so I am going to      04:19:51

25   actually rephrase.                                           04:19:53
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          220

| | | |
|---|---|---|
| 1 | You were aware a year ago that there were some | 04:19:54 |
| 2 | public discussions about redistricting Los Angeles | 04:19:57 |
| 3 | County; correct? | 04:20:00 |
| 4 | A    Yes. | 04:20:00 |
| 5 | Q    And in response to those public discussions | 04:20:01 |
| 6 | you posted your thoughts on X; is that correct? | 04:20:04 |
| 7 | A    Yes. | 04:20:08 |
| 8 | Q    And is it your position that if somebody is | 04:20:09 |
| 9 | redrawing the lines that they need to use the most | 04:20:16 |
| 10 | recent ACS database, not the one that their districting | 04:20:22 |
| 11 | commission used, but they have to use the most recent | 04:20:28 |
| 12 | one available at the time that they redrew the lines? | 04:20:30 |
| 13 | A    I would want to -- | 04:20:33 |
| 14 | MR. MANOLIUS:  Objection, as to they have to | 04:20:34 |
| 15 | use, like a legal requirement.  That's just my | 04:20:37 |
| 16 | question -- my objection. | 04:20:40 |
| 17 | THE WITNESS:  I want to be clear here.  Yes, I | 04:20:44 |
| 18 | believe that if they were to redraw, I say in here on | 04:20:50 |
| 19 | Twitter they would have to use, but I think maybe in a | 04:20:55 |
| 20 | deposition the better terminology would be that they | 04:20:58 |
| 21 | would normally use the latest American survey data, | 04:21:02 |
| 22 | because that is what is in practice in California, is we | 04:21:07 |
| 23 | use the data as it gets updated every year. | 04:21:09 |
| 24 | Q    And that is what you did when updating the | 04:21:12 |
| 25 | atlases -- | 04:21:14 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                      221

| | | |
|---|---|---|
| 1 | A        Yes. | 04:21:15 |
| 2 | **Q        -- that are a matter of public record?** | 04:21:15 |
| 3 | MR. MANOLIUS:  Objection, to the extent you're | 04:21:17 |
| 4 | asking him how he drew his maps, legislative privilege, | 04:21:19 |
| 5 | but you can answer the question at this point. | 04:21:23 |
| 6 | THE WITNESS:  Without speaking to the line | 04:21:26 |
| 7 | drawing process, the maps that you are showing me are | 04:21:29 |
| 8 | using the new ACS data. | 04:21:32 |
| 9 | MR. MEUSER Q:  Another one of your X posts, | 04:21:36 |
| 10 | and I don't know, I am just going to do a quick thing. | 04:21:41 |
| 11 | In this particular X post you're talking about three | 04:21:45 |
| 12 | separate articles.  I have all three articles here.  Do | 04:21:48 |
| 13 | we want to have them all as one exhibit or do you want | 04:21:53 |
| 14 | this to be four separate exhibits?  What's better for | 04:21:56 |
| 15 | you. | 04:21:59 |
| 16 | MR. MANOLIUS:  I don't care. | 04:21:59 |
| 17 | (Whereupon Plaintiff's Exhibit 19 | 04:21:59 |
| 18 | was marked for identification.) | 04:22:01 |
| 19 | MR. MEUSER Q:  We'll do it as four separate | 04:22:01 |
| 20 | exhibits so we can do this. | 04:22:04 |
| 21 | So Exhibit 19 is going to be a Paul Mitchell | 04:22:06 |
| 22 | Tweet that I'm a calling, if you're keeping track at | 04:22:09 |
| 23 | home, in that link or in that X post has three different | 04:22:14 |
| 24 | links. | 04:22:19 |
| 25 | The first one is Caltech; is that correct? | 04:22:19 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                        222

```
 1   A       Yes.                                              04:22:23

 2           MR. MEUSER:  And so I am marking as Exhibit 20    04:22:24

 3   what is a Caltech report.                                04:22:27

 4           (Whereupon Plaintiff's Exhibit 20                04:22:27

 5           was marked for identification.)                  04:22:27

 6           MR. MEUSER:  Can you look at this real briefly    04:22:29

 7   and tell me if that is the report that you were linking  04:22:31

 8   to in your X post?                                       04:22:35

 9   A       I can't see the link to say whether I was        04:22:37

10   linking to, like, an article that had this report or     04:22:37

11   this report directly to .pdf, but this is the report I   04:22:40

12   would be referencing in this, that first part.           04:22:42

13           MR. MEUSER:  And then I am going to hand you      04:22:46

14   Exhibit 21 --                                            04:22:48

15           (Whereupon Plaintiff's Exhibit 21                04:22:48

16           was marked for identification. )                 04:22:49

17           MR. MEUSER Q:  -- which is a PPIC report.         04:22:49

18   Please let me know if this is a report that you were     04:22:52

19   referring to in your X post?                             04:22:54

20   A       Yes.                                             04:22:56

21   Q       And I am sorry, Counsel, let me just -- I        04:22:59

22   should have handed this to you earlier.                  04:23:04

23           MR. MANOLIUS:  Thank you.                        04:23:06

24           (Whereupon Plaintiff's Exhibit 22                04:23:06

25           was marked for identification.)                  04:23:11
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          223

```
 1              MR. MEUSER Q:  And then the third link is        04:23:11

 2   talking about a UCLA report; correct?                      04:23:12

 3   A       Yes.                                               04:23:17

 4   Q       And is that the UCLA report, what I have just      04:23:18

 5   marked as Exhibit 22?                                      04:23:21

 6   A       Actually, I think you have got these               04:23:24

 7   backwards.                                                 04:23:25

 8   Q       Oh.                                                04:23:26

 9   A       The second one is the AAPI one and the third       04:23:26

10   one is the PPIC one.                                       04:23:30

11   Q       Thank you.  But the three reports that I just      04:23:32

12   handed you are the three reports that you were referring   04:23:37

13   to in your particular X post, is that --                   04:23:40

14   A       Yes.                                               04:23:43

15   Q       -- correctly stated?                               04:23:44

16   A       Yep.                                               04:23:47

17   Q       Is it fair for me to assume that you read all      04:23:48

18   three of those reports?                                    04:23:56

19   A       No, I definitely glossed over them.  I don't       04:23:58

20   know that I read them all thoroughly, particularly the     04:24:05

21   last Cal-Poly one, I don't know that I read every line.    04:24:08

22   I don't know that I read them, PPIC one.                   04:24:13

23   Q       Did you in the X post I see that we'll start       04:24:17

24   with the Cal, the Cal-Poly Caltech report --               04:24:21

25   A       Uh-huh.                                            04:24:23
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                              224

| | | |
|---|---|---|
| 1 | Q        -- I see that there is a quotation that you, | 04:24:24 |
| 2 | that is in your X post. | 04:24:27 |
| 3 | A        Uh-huh. | 04:24:28 |
| 4 | Q        Did you pull that quotation out of the report? | 04:24:29 |
| 5 | A        I believe that was the point of the quotes, | 04:24:32 |
| 6 | but I'd have to find it in here.  I don't know where it | 04:24:37 |
| 7 | is exactly.  It looks like -- oh, I'd have to look for | 04:24:41 |
| 8 | it. | 04:24:45 |
| 9 | Q        Were you the one who submitted this X post? | 04:24:45 |
| 10 | A        Yes. | 04:24:48 |
| 11 | Q        Did anybody else have access to your X | 04:24:49 |
| 12 | account? | 04:24:52 |
| 13 | A        No. | 04:24:52 |
| 14 | Q        And you reviewed the three documents; correct? | 04:24:54 |
| 15 |          MR. MANOLIUS:  Objection, asked and answered. | 04:24:57 |
| 16 | He said he was familiar with them a little bit. | 04:24:58 |
| 17 |          THE WITNESS:  I am familiar with them, yeah. | 04:25:02 |
| 18 |          MR. MEUSER Q:  And these three quotes that are | 04:25:04 |
| 19 | familiar in the X post, you pulled those quotes and | 04:25:06 |
| 20 | typed them into the X post; is that correct? | 04:25:11 |
| 21 | A        I think that's what I'm purporting here is | 04:25:14 |
| 22 | that these are quotes from these documents, so that's | 04:25:16 |
| 23 | what I'm presuming. | 04:25:19 |
| 24 | Q        Okay.  Let's read the first quote. | 04:25:20 |
| 25 |          "Proposed Proposition 50 map will further | 04:25:22 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                      225

| | | |
|---|---|---|
| 1 | increase Latino voting power over the current commission | 04:25:26 |
| 2 | map." | 04:25:30 |
| 3 | Did I read that correctly? | 04:25:30 |
| 4 | A       Yes. | 04:25:31 |
| 5 | Q       Do you agree with that statement? | 04:25:34 |
| 6 | MR. MANOLIUS:  Objection.  Legislative | 04:25:37 |
| 7 | privilege and instruct him not to answer. | 04:25:41 |
| 8 | MR. MEUSER Q:  On what day did you send this X | 04:25:44 |
| 9 | post? | 04:25:47 |
| 10 | A       October 23rd. | 04:25:47 |
| 11 | Q       Were you still working for the Legislature on | 04:25:49 |
| 12 | that day? | 04:25:51 |
| 13 | MR. MANOLIUS:  Objection.  Lacks foundation | 04:25:52 |
| 14 | and vague as to the term "working for."  You can answer. | 04:25:56 |
| 15 | THE WITNESS:  I wasn't working for anybody at | 04:26:01 |
| 16 | this point, other than PDI. | 04:26:04 |
| 17 | MR. MEUSER Q:  Was this post made in any kind | 04:26:06 |
| 18 | of official capacity on behalf of the Legislature to | 04:26:09 |
| 19 | promote the Prop 50 maps? | 04:26:12 |
| 20 | A       I think you'd have to unpack -- I am sure that | 04:26:15 |
| 21 | I was doing this in order to promote or advance the | 04:26:25 |
| 22 | legislators' interest in passing Prop 50 and the | 04:26:27 |
| 23 | campaign's interest. | 04:26:32 |
| 24 | Q       Did you ask -- sorry. | 04:26:33 |
| 25 | Did somebody ask you to post these three | 04:26:35 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                              226

| 1 | articles and promote them? | 04:26:41 |
| 2 | MR. MANOLIUS:  Or any one of them. | 04:26:43 |
| 3 | MR. MEUSER Q:  Or any one of them. | 04:26:45 |
| 4 | A       No. | 04:26:47 |
| 5 | Q       As a citizen who was concerned about Prop 50 | 04:26:47 |
| 6 | maps, you were reading the news regularly on Prop 50; | 04:26:52 |
| 7 | correct? | 04:26:56 |
| 8 | A       Yes. | 04:26:56 |
| 9 | Q       And you read these studies that talked about | 04:26:56 |
| 10 | Prop 50; correct? | 04:26:59 |
| 11 | A       I saw they existed, yes. | 04:27:00 |
| 12 | Q       And you took the time to pull quotes out of | 04:27:02 |
| 13 | that, those studies; correct? | 04:27:05 |
| 14 | A       Yes. | 04:27:07 |
| 15 | Q       And do you have anything on your X posts that | 04:27:07 |
| 16 | say re-Tweets are not my own thoughts or anything like | 04:27:11 |
| 17 | that? | 04:27:15 |
| 18 | A       I don't think that means anything. | 04:27:15 |
| 19 | Q       Okay.  You posted these because you believed | 04:27:17 |
| 20 | these particular statements? | 04:27:21 |
| 21 | A       I think that I posted these because I believed | 04:27:23 |
| 22 | these particular statements would be encouraging to | 04:27:27 |
| 23 | people who want to ensure that these maps aren't somehow | 04:27:29 |
| 24 | ruinous to the communities that they care about. | 04:27:36 |
| 25 | Q       So focusing in on the Cal-Poly Pomona, that | 04:27:39 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                        227

| | | |
|---|---|---|
| 1 | statement that is in quotation marks, do you, Paul | 04:27:45 |
| 2 | Mitchell, as a private citizen agree with that | 04:27:48 |
| 3 | statement? | 04:27:51 |
| 4 | MR. MANOLIUS:  Object.  Legislative privilege, | 04:27:58 |
| 5 | don't answer. | 04:28:01 |
| 6 | MR. MEUSER Q:  And are you not answering that | 04:28:02 |
| 7 | question at the instruction of your attorney? | 04:28:03 |
| 8 | A        Correct. | 04:28:07 |
| 9 | Q        Let's read the second quotation.  "Proposed | 04:28:09 |
| 10 | map likely will increase Asian American voting power." | 04:28:11 |
| 11 | Did I read that correctly? | 04:28:15 |
| 12 | A        Yes. | 04:28:16 |
| 13 | Q        And do you agree with that statement? | 04:28:18 |
| 14 | MR. MANOLIUS:  Same objection.  I instruct you | 04:28:25 |
| 15 | not to answer. | 04:28:28 |
| 16 | MR. MEUSER Q:  And are you not answering that | 04:28:28 |
| 17 | question at the instruction of your attorney? | 04:28:30 |
| 18 | A        Correct. | 04:28:31 |
| 19 | Q        Third quote:  "The proposed plan matches the | 04:28:31 |
| 20 | current one almost exactly:  It adds one more Latino | 04:28:35 |
| 21 | influence district, but otherwise replicates the status | 04:28:39 |
| 22 | quo." | 04:28:43 |
| 23 | Did I read that correctly? | 04:28:43 |
| 24 | A        Yes. | 04:28:45 |
| 25 | Q        And do you agree with that particular | 04:28:46 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                        228

| | | |
|---|---|---|
| 1 | statement? | 04:28:51 |
| 2 | MR. MANOLIUS:  Same objection.  Instruct you | 04:28:51 |
| 3 | not to answer. | 04:28:54 |
| 4 | MR. MEUSER Q:  And you are not answering that | 04:28:54 |
| 5 | question at the instruction of your attorney? | 04:28:56 |
| 6 | A        Correct. | 04:28:57 |
| 7 | Q        Earlier today we I think, if I'm remembering | 04:28:58 |
| 8 | right, it was Exhibit 5, which was the contract that you | 04:29:11 |
| 9 | signed with the DCCC.  Can you go pull that up? | 04:29:14 |
| 10 | A        (Witness complied.)  Thank you. | 04:29:18 |
| 11 | Q        And this particular contract you were paid, | 04:29:28 |
| 12 | you agreed to be paid $325,000; is that correct? | 04:29:48 |
| 13 | A        For the entirety of the contract? | 04:29:52 |
| 14 | Q        Yes. | 04:29:54 |
| 15 | A        Yes. | 04:30:28 |
| 16 | Q        Okay.  And I believe you said earlier that you | 04:30:29 |
| 17 | were paid $108,000 roughly by the DCCC; is that correct? | 04:30:32 |
| 18 | A        Yes. | 04:30:38 |
| 19 | (Whereupon Plaintiff's Exhibit 23 | 04:30:38 |
| 20 | was marked for identification.) | 04:30:38 |
| 21 | MR. MEUSER Q:  Okay.  I am going to mark as | 04:30:38 |
| 22 | Exhibit 23 a document that's Bates stamped DCCC 000177, | 04:30:41 |
| 23 | just an invoice from the DCCC for or to the DCCC from | 04:30:51 |
| 24 | Redistricting Partners; correct? | 04:30:57 |
| 25 | A        Yes. | 04:30:59 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                              229

```
 1   Q        And it's for, what is the dollar amount on        04:30:59

 2   that?                                                      04:31:02

 3   A        $108,000 --                                       04:31:02

 4   Q        And --                                            04:31:03

 5   A        -- 333.33.                                        04:31:05

 6   Q        Thank you.  And has that invoice been paid?       04:31:10

 7   A        Yes.                                              04:31:13

 8   Q        Okay.  Have you been paid $108,000,               04:31:13

 9   $108,333.33 from Hakeem Jeffries?                          04:31:18

10   A        Okay.                                             04:31:26

11   Q        Have you been paid $108,333.34 from House         04:31:27

12   Majority PAC?                                              04:31:34

13   A        I'd to have clarify which one gave me 33 cents    04:31:36

14   or 34 cents, but, in general, yes, within a penny.        04:31:39

15   Q        Okay.  Well, I can tell you from public           04:31:42

16   filings that Hakeem Jeffries claims that he paid you the   04:31:45

17   $0.33.                                                     04:31:49

18   A        Oh.  So HMP drew the short straw.                 04:31:50

19   Q        They haven't made their public disclosure yet,   04:31:54

20   but I am assuming that that would be the case.  So, on     04:31:58

21   what date did you receive payment from the DCCC?           04:32:01

22   A        On or around the date of this invoice.           04:32:05

23   Q        And what is the date of that invoice?            04:32:08

24   A        Actually, yeah, on or around the date of the     04:32:09

25   invoice, August 15th.                                      04:32:12
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                     230

| | | |
|---|---|---|
| 1 | Q        Okay.  And on or about what time were you paid | 04:32:13 |
| 2 | by Hakeem Jeffries? | 04:32:17 |
| 3 | A        I don't recall. | 04:32:19 |
| 4 | Q        Was it about a month later in the middle of | 04:32:20 |
| 5 | September? | 04:32:23 |
| 6 | A        That sounds appropriate, sounds about right. | 04:32:23 |
| 7 | Q        And do you know when House Majoirity PAC or | 04:32:26 |
| 8 | HMP paid you? | 04:32:31 |
| 9 | A        Around the same time, I think, around the same | 04:32:32 |
| 10 | time. | 04:32:34 |
| 11 |         MR. MANOLIUS:  As which one? | 04:32:34 |
| 12 |         MR. MEUSER Q:  As which one? | 04:32:36 |
| 13 | A        As Hakeem Jeffries. | 04:32:37 |
| 14 | Q        Okay.  I was going there too.  Did you retain | 04:32:42 |
| 15 | any attorneys as a part of the drawing of the Prop 50 | 04:32:52 |
| 16 | maps? | 04:32:59 |
| 17 |         MR. WOODS:  Objection, ambiguous. | 04:33:01 |
| 18 |         MR. MEUSER Q:  Did Redistricting Partners have | 04:33:04 |
| 19 | to retain any attorneys that were paid out of that | 04:33:06 |
| 20 | $325,000? | 04:33:10 |
| 21 | A        No. | 04:33:12 |
| 22 | Q        I believe you have said in public that a VRA | 04:33:13 |
| 23 | analysis was done.  What attorneys did that VRA | 04:33:21 |
| 24 | analysis? | 04:33:28 |
| 25 |         MR. MANOLIUS:  Objection, lacks foundation. | 04:33:29 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    231

```
 1    What attorneys?  You can answer.                      04:33:35

 2              THE WITNESS:  The VRA analysis was not done by   04:33:41

 3    an attorney.                                          04:33:46

 4              MR. MEUSER Q:  Okay.  Who did the VRA analysis   04:33:47

 5    that you referred to in your public comments?        04:33:50

 6              MR. MANOLIUS:  If you know.                 04:33:54

 7              THE WITNESS:  Yeah.  Christian Grose.       04:33:55

 8              MR. MEUSER Q:  Okay.  And Christian Grose is,   04:33:57

 9    I've heard his name pop up a couple times here today.   04:34:01

10    Who is Christian Grose?                              04:34:03

11    A          He is a professor at Schwarzenegger Institute   04:34:05

12    UC or at USC, like the name is something like that, and   04:34:10

13    he's a recognized expert in voting rights.           04:34:14

14    Q          Did Redistricting Partners pay him to do that   04:34:19

15    VRA report?                                          04:34:22

16              MR. MANOLIUS:  Objection.  Legislative      04:34:27

17    privilege, I'll instruct you not to answer.          04:34:30

18              MR. MEUSER Q:  And you're not answering that   04:34:37

19    question at the instruction of your attorney?        04:34:38

20    A          Correct.                                  04:34:40

21    Q          How many pages was the report Christian Grose   04:34:41

22    wrote that was given to you?                         04:34:46

23              MR. MANOLIUS:  Same objections, instruct you   04:34:48

24    not to answer.                                       04:34:50

25              MR. MEUSER Q:  How many pages?              04:34:52
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    232

```
 1              MR. MANOLIUS:  Yep.                        04:34:53

 2              MR. MEUSER Q:  And you're not going to answer  04:34:54

 3   at the instruct of your attorney?                    04:34:56

 4   A       Correct.                                     04:34:58

 5   Q       On what date did Christian Grose give you that  04:34:59

 6   report?                                              04:35:02

 7              MR. MANOLIUS:  Same objection.  I instruct you  04:35:02

 8   not to answer.                                       04:35:04

 9              MR. MEUSER Q:  And you're not answering at the  04:35:05

10   instruction of your attorney?                        04:35:08

11   A       Correct.                                     04:35:09

12   Q       How many VRA analyses did Christian Grose do?  04:35:10

13              MR. MANOLIUS:  Same objections.  I instruct  04:35:22

14   you not to answer.                                   04:35:24

15              MR. MEUSER Q:  And you're not answering that  04:35:25

16   question at the instruction of your attorney?        04:35:27

17   A       Correct.                                     04:35:29

18   Q       Starting on July 2nd, you were at a bicycle  04:35:30

19   ride or a bicycle race --                            04:35:40

20   A       Ride.                                        04:35:42

21   Q       -- with the speaker's chief of staff.  Which  04:35:43

22   was it?                                              04:35:45

23   A       It was a bike ride.                          04:35:45

24   Q       Just a bike ride?                            04:35:47

25   A       Yeah.                                        04:35:48
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                        233

```
 1   Q        And on that bike ride you were discussing      04:35:48

 2   redistricting in California; is that correct?          04:35:54

 3   A        Yes.                                           04:35:56

 4   Q        From July 2nd to July 15th, and the reason why 04:35:58

 5   I am using July 15th is because that's the date that's 04:36:03

 6   in your contract with the DCCC, did you talk with any  04:36:05

 7   other individuals regarding California redistricting?  04:36:10

 8            MR. MANOLIUS:  Objection, vague.  Any          04:36:15

 9   individuals?                                           04:36:17

10            MR. MEUSER:  Any --                            04:36:18

11            MR. MANOLIUS:   People.                        04:36:19

12            MR. MEUSER Q:  Anybody regarding Prop 50,      04:36:20

13   regarding California redistricting.                    04:36:23

14   A        Yes.                                           04:36:25

15   Q        Okay.  Approximately, how many people did you 04:36:25

16   talk to?                                               04:36:28

17   A        A dozen?                                       04:36:29

18   Q        Any of the people that you talked to, were    04:36:34

19   they legislators?                                      04:36:36

20            MR. MANOLIUS:  You mean, California            04:36:40

21   legislators?                                           04:36:40

22            THE WITNESS:  California legislators, I don't  04:36:46

23   recall.                                                04:36:48

24            MR. MEUSER Q:  Okay.  Were any of them         04:36:48

25   California Congressmen or women?                       04:36:50
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          234

```
 1   A        Yes.                                              04:36:53

 2   Q        I'm not asking what you talked about.             04:36:54

 3            Who did you talk to between July 2nd and          04:36:58

 4   July 15th, who was either a California congressman or      04:37:01

 5   congresswoman regarding redistricting in California?       04:37:05

 6   A        Um, just start naming names?                      04:37:12

 7   Q        Start naming names.                               04:37:16

 8   A        Hakeem Jeffries, Nancy Pelosi, Zoe Lofgren,       04:37:17

 9   Pete Aquilar, Brad Sherman.                                04:37:23

10            MR. MANOLIUS:  Just keeping in mind the time      04:37:28

11   period.                                                    04:37:30

12            THE WITNESS:  Yeah, yeah, this is in that time    04:37:30

13   period.                                                    04:37:35

14            MR. MANOLIUS:  Okay.                              04:37:38

15            THE WITNESS:  Yeah, Pete Aguillar.  I think       04:37:39

16   that's -- I'd have to start guessing after that, so        04:37:59

17   that's my best recollection.                               04:38:01

18            MR. MEUSER Q:  And those conversations all        04:38:03

19   took place between July 2nd and July 15th; correct?        04:38:05

20   A        Yes.                                              04:38:08

21   Q        Were any of these in person meetings or were      04:38:08

22   these all over the phone?                                  04:38:12

23   A        These would all have been over the phone.         04:38:13

24   Q        Okay.  Between July 2nd and July 15th, did you    04:38:19

25   have any conversations with Governor Gavin Newsom or any   04:38:23
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                      235

| | | |
|---|---|---|
| 1 | of his staff? | 04:38:27 |
| 2 | A       Yes. | 04:38:28 |
| 3 | Q       Who? | 04:38:29 |
| 4 | A       Nathan Brinken, Lindsay Covia, Izzie Garden, | 04:38:31 |
| 5 | Bob Saladay; that would probably be it. | 04:38:43 |
| 6 | Q       Okay.  Other than the chief of staff of | 04:38:51 |
| 7 | Speaker Rivas, between July 2nd and July 15th, did you | 04:38:58 |
| 8 | speak to any other staff of a California Legislature? | 04:39:01 |
| 9 | A       Um, legislative staff generally, not to an | 04:39:09 |
| 10 | exactly to a member, Michael Wagaman, likely Jason | 04:39:21 |
| 11 | Lyles. | 04:39:40 |
| 12 | I don't want to start guessing, but there | 04:39:40 |
| 13 | could have been others that just don't jump to mind. | 04:39:42 |
| 14 | Q       In your contract with the DCCC it refers back | 04:39:46 |
| 15 | to a July 15th day.  Is there something significant that | 04:39:52 |
| 16 | happened on July 15th as to why that was the date of the | 04:39:57 |
| 17 | contract? | 04:40:01 |
| 18 | MR. MANOLIUS:  When you say refers back to | 04:40:03 |
| 19 | July 15th, you just mean the date of the contract being | 04:40:05 |
| 20 | July 15th? | 04:40:08 |
| 21 | MR. MEUSER Q:  If that's the start date of the | 04:40:09 |
| 22 | contract, even though it's not signed until August, it | 04:40:10 |
| 23 | relates back to a July 15th date and I am wondering what | 04:40:13 |
| 24 | the significance of this relates back date is? | 04:40:16 |
| 25 | A       I don't recall without looking at the | 04:40:19 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    236

```
 1   calendar.                                            04:40:20

 2   Q       Do you maintain a calendar that sets the    04:40:21

 3   schedule of who you talk to regarding the redistricting   04:40:25

 4   process?                                            04:40:29

 5   A       I don't have staff that put together a      04:40:30

 6   calendar for me, so what I have is spotty.          04:40:33

 7   Q       Has the calendar that you created been given   04:40:37

 8   to counsel so that they can review to see if it's   04:40:40

 9   something that they need to give to us in response to   04:40:42

10   our document request?                               04:40:46

11           MR. MANOLIUS:  Objection, calls for         04:40:48

12   attorney-client privilege.  Don't answer.          04:40:49

13           MR. MEUSER:  So, Counsel, I am going to ask   04:40:53

14   you to make sure that you get from your client the   04:40:55

15   calendar that he, you know, however spotty it is, that   04:40:57

16   you get the calendar and review it to get us something   04:41:00

17   that is responsive?                                 04:41:04

18           MR. MANOLIUS:  Will do.                      04:41:07

19           MR. MEUSER:  Thank you.                      04:41:08

20   Q       Between July 15th and August 1st?           04:41:10

21   A       August 1st.                                 04:41:17

22   Q       August 1st, so we did the first two weeks.  04:41:18

23   Now we're doing the second two weeks.              04:41:24

24           Are there any California congressmen or women   04:41:27

25   that you talked to regarding this redistricting process?   04:41:31
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    237

| 1  | A       Yes.                                               | 04:41:37 |
| 2  | **Q       Who?**                                          | 04:41:38 |
| 3  | A       Zoe Lofgren, Pete Aguilar, Nancy Pelosi, and       | 04:41:39 |
| 4  | then from there I'd have to go, like, district by          | 04:41:58 |
| 5  | district to maybe move this along.  The members who are    | 04:42:01 |
| 6  | in districts that changed significantly, I would have      | 04:42:07 |
| 7  | had a discussion with them about that.                     | 04:42:10 |
| 8  | **Q       Did you call those congressmen up or were you**  | 04:42:13 |
| 9  | **working through somebody who had scheduled a time for**  | 04:42:18 |
| 10 | **you to talk to the congressman?**                        | 04:42:21 |
| 11 | A       Combination.                                       | 04:42:24 |
| 12 | **Q       When was the first date that you started**       | 04:42:28 |
| 13 | **talking with the DCCC?**                                 | 04:42:31 |
| 14 | A       I don't recall.                                    | 04:42:33 |
| 15 | **Q       Does the date August 1st have any significance** | 04:42:35 |
| 16 | **to you regarding your conversations with the DCCC?**     | 04:42:43 |
| 17 | A       At this moment, no, I don't.                       | 04:42:46 |
| 18 | **Q       Did you use the DCCC at all to make**            | 04:42:50 |
| 19 | **connections with congressmen to talk about their**       | 04:42:53 |
| 20 | **districts?**                                             | 04:42:57 |
| 21 | A       No.                                                | 04:42:57 |
| 22 | **Q       I am assuming that some of these congressmen**   | 04:42:59 |
| 23 | **you have their numbers and are able to reach out to them**| 04:43:05 |
| 24 | **already; is that correct?**                              | 04:43:07 |
| 25 | A       Yes.                                               | 04:43:08 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    238

```
 1   Q       And then there's probably some congressmen      04:43:08

 2   that you don't have a relationship and you had somebody  04:43:11

 3   else make the contact.  Is that fair?                    04:43:13

 4   A       Sure.                                            04:43:15

 5   Q       Between July 15th and the end of the month,      04:43:16

 6   August 1st, were there anybody from the governor's, the  04:43:23

 7   Governor or the governor's office that you spoke to      04:43:28

 8   about redistricting?                                     04:43:30

 9   A       Yes, and it would be the same people.            04:43:32

10   Q       Okay.  And same question now, same time period   04:43:35

11   for any legislators, California state legislators?       04:43:40

12   A       I don't recall.  One, her name was mentioned     04:43:48

13   earlier, I am blanking on her name, she's the Santa Cruz 04:44:11

14   county registrar, Gale Pelgrin.                          04:44:14

15   Q       Thank you.  Same question, legislative staff?    04:44:18

16   A       Same legislative staff; Jason Lyles, Steve       04:44:21

17   Omara, Michael Wagaman.  There could have been somebody  04:44:25

18   else who called me that I just don't recall.             04:44:33

19   Q       Between August 1st and August 15th, are there    04:44:35

20   any new names of congressmen that you spoke to during    04:44:40

21   that period of time that you have not already mentioned? 04:44:44

22   A       No, it would have been the same members of       04:44:48

23   Congress that we were talking about earlier that had     04:44:52

24   their districts changed.                                 04:44:55

25   Q       Same time period, August 1st to August 15th,     04:44:56
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    239

```
 1   any new individuals that you were talking to from the      04:44:59

 2   governor's office?                                         04:45:03

 3   A       Um, David Sack.                                    04:45:04

 4   Q       Same time period, August 1st to August 15th,       04:45:20

 5   are there any state legislators that you spoke to during   04:45:24

 6   this two-week period of time?                              04:45:29

 7   A       Yes, and that was covered in the earlier           04:45:32

 8   testimony.  I can't recall the names exactly of all the    04:45:35

 9   legislators that I met with, but I met with a handful of   04:45:39

10   legislators and talked to a handful of legislators.        04:45:44

11   Q       But that was during the August 1st to             04:45:47

12   August 15th period; correct?                               04:45:50

13   A       Yeah, right before they put the bill into          04:45:51

14   print.                                                     04:45:54

15   Q       And I believe earlier you indicated that there     04:45:54

16   was some kind of presentation you gave to multiple         04:45:57

17   legislators.  Is that a fair statement of what you did?    04:46:01

18   A       Uh-huh.  Yes.                                      04:46:04

19   Q       How long was this presentation?                    04:46:06

20   A       25 minutes or so.                                  04:46:09

21   Q       Was it in person or via technology, like Zoom?     04:46:12

22   A       Group presentations were all Zoom.                 04:46:16

23   Q       Okay.  Do you recall approximately when this       04:46:18

24   presentation was made?                                     04:46:22

25   A       There would have been a few and they would         04:46:24
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          240

```
 1  have been in the weeks leading to the legislative        04:46:32

 2  drafting of the bill and potentially one or two in the   04:46:35

 3  week that the Legislature was considering the bill.      04:46:40

 4  Q       And when you say a few, is that less than a       04:46:43

 5  dozen?                                                    04:46:46

 6  A       Oh, yeah.                                         04:46:46

 7  Q       Less than five?                                  04:46:47

 8  A       A few means three to five or so.                 04:46:47

 9  Q       Three to five.  Okay.  And you believe one of     04:46:50

10  these was done during the legislative session?           04:46:53

11          MR. MANOLIUS:  Objection, lacks foundation.       04:46:58

12          THE WITNESS:  I wouldn't exclude it.  I think     04:47:00

13  there might have been some presentation to one of the    04:47:01

14  groups at that time.                                     04:47:06

15          MR. MEUSER Q:  Do you recall the groups that      04:47:09

16  you were making these presentations to?  Do you recall   04:47:11

17  the name of the groups?                                  04:47:14

18  A       Generally.                                       04:47:16

19  Q       What were the names of the groups?               04:47:17

20  A       Assembly Democratic Caucus, Senate Democratic    04:47:19

21  Caucus, and I don't recall what other caucus I might     04:47:27

22  have spoken with.  I don't recall names.                 04:47:35

23  Q       Is it a fair statement to say that you were      04:47:38

24  never on a podcast with any of the republican            04:47:40

25  legislators?                                             04:47:43
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    241

| | | |
|---|---|---|
| 1 | A        Republican legislators?  No.  You mean a Zoom | 04:47:44 |
| 2 | or a podcast? | 04:47:48 |
| 3 | **Q        Zoom podcast, yeah.** | 04:47:49 |
| 4 | A        Um, no, not during the redistricting. | 04:47:51 |
| 5 | **Q        Let me rephrase the question.** | 04:48:00 |
| 6 | **         Between August 1st and August 24th, were you** | 04:48:03 |
| 7 | **ever on a Zoom podcast that had a republican legislator** | 04:48:05 |
| 8 | **in which you were talking about what became known as** | 04:48:10 |
| 9 | **Prop 50 maps?** | 04:48:13 |
| 10 | A        I don't recall. | 04:48:15 |
| 11 | MR. MEUSER:  Okay.  Counsel, do you want to | 04:48:16 |
| 12 | take about a 10, 15-minute break here? | 04:48:29 |
| 13 | MR. MANOLIUS:  Ten. | 04:48:32 |
| 14 | MR. MEUSER:  Okay.  Ten-minute break | 04:48:33 |
| 15 | everybody. | 04:48:36 |
| 16 | THE VIDEOGRAPHER:  The time is 4:48 p.m.  We | 04:48:36 |
| 17 | are going off the record. | 04:48:38 |
| 18 | (Whereupon a recess was taken.) | 04:56:36 |
| 19 | THE VIDEOGRAPHER:  We are back on the record. | 04:56:36 |
| 20 | The time is 4:56 p.m. and this marks the beginning of | 04:56:50 |
| 21 | videotape number seven in the deposition of Paul | 04:56:54 |
| 22 | Mitchell, which is being taken at Hansen Bridgett, LLP | 04:56:58 |
| 23 | 500 Capitol Mall, Suite 1500, Sacramento, California. | 04:57:03 |
| 24 | The videographer is Nicholas Coulter here on | 04:57:07 |
| 25 | behalf of Array Legal Services. | 04:57:11 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    242

```
 1              MR. MEUSER Q:  Welcome back.  Mr. Mitchell,      04:57:16

 2    you know you're still under oath?                         04:57:19

 3    A       Yes.                                              04:57:21

 4    Q       Counsel, this question is more for you for        04:57:21

 5    clarification.                                            04:57:24

 6              On your legislative privilege are you claiming  04:57:24

 7    legislative privilege for conversations that he had with  04:57:27

 8    congressmen who are not legislators?                      04:57:31

 9              MR. MANOLIUS:  Yes.                             04:57:34

10              MR. MEUSER Q:  Okay.  And you are claiming --   04:57:35

11              MR. MANOLIUS:  Not legislators, not California  04:57:37

12    state legislators.                                        04:57:40

13              MR. MEUSER Q:  They are not California state    04:57:42

14    legislators who are involved in the passage, voting for   04:57:43

15    or the drafting of language or adopting of the language   04:57:46

16    of the state proposition or state constitutional          04:57:48

17    amendment that became Proposition 50?                     04:57:52

18              MR. MANOLIUS:  Yes.                             04:57:54

19              MR. MEUSER Q:  Okay.  Mr. Mitchell, have you    04:57:56

20    been instructed by any legislator to claim legislative    04:58:08

21    privilege here today?                                     04:58:14

22              MR. MANOLIUS: Objection, attorney-client        04:58:17

23    privilege.  Instruct you not to answer the question.      04:58:19

24              MR. MEUSER Q:  And, Mr. Mitchell you're not     04:58:22

25    answering that question at the instruction of your        04:58:24
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          243

```
 1   attorney; correct?                                    04:58:25

 2   A        Correct.                                      04:58:26

 3   Q        Okay.  I have pulled three documents for you  04:58:27

 4   that have been previously marked.  I went through these 04:58:35

 5   documents in great detail with Julie earlier today, but 04:58:38

 6   I have some follow-up questions that I want to do, so we 04:58:42

 7   pulled, for the record, those following at home         04:58:45

 8   Exhibit 7, Exhibit 8 and Exhibit 9.                     04:58:48

 9            So which one is in front of you, talking       04:58:52

10   points, number seven?                                   04:58:55

11   A        Yes.                                           04:58:56

12   Q        Okay.  And this is an e-mail from you to Merz  04:58:57

13   at DCCC.org; is that correct?                           04:59:04

14   A        This is an e-mail from Julie to me, the other  04:59:08

15   way around.                                             04:59:12

16   Q        Ah-ha.  You have a different copy than what    04:59:18

17   I'm looking at.  Okay.  So starting right below that,   04:59:21

18   that is an e-mail that you sent; is that correct?       04:59:25

19   A        It's an e-mail that I sent, but I don't know   04:59:31

20   if it was just to Julie or to other people or, yeah.    04:59:33

21   Q        Okay.  Fair enough.  And you write, "Here are  04:59:35

22   some things that I would like to see in a letter that   04:59:41

23   would go with this submission.  I have cc'd Ellen on    04:59:44

24   this in case she has any thoughts or input."            04:59:49

25            Did I read that correct?                       04:59:51
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          244

```
 1   A        Yes.                                            04:59:52

 2   Q        And you sign your name, "Paul"?                 04:59:53

 3   A        Yes.                                            04:59:55

 4   Q        Okay.  Now, as I'm looking at this document     04:59:57

 5   you have stuff that is indented all the way, you know,   05:00:00

 6   there's stuff that's indented and stuff that's not       05:00:05

 7   indented; correct?                                       05:00:07

 8   A        Correct.                                        05:00:08

 9   Q        The stuff that is indented there's multiple     05:00:09

10   paragraphs here on these two pages here that are         05:00:13

11   indented.  Is that something that you wrote or is that   05:00:15

12   something that someone else wrote that you were copying  05:00:18

13   it?                                                      05:00:22

14   A        Something that I wrote.                         05:00:22

15   Q        Okay.  So was the section that is indented      05:00:24

16   that you wrote, was this something that you were         05:00:31

17   expecting the DCCC to put into some talking points memo. 05:00:34

18   Is that a fair assessment?                               05:00:38

19            MR. MANOLIUS:  Objection, calls for             05:00:40

20   speculation and also calls for information that's        05:00:42

21   protected by the legislative privilege, so I'll instruct 05:00:49

22   you not to answer that.                                  05:00:53

23            MR. MEUSER Q:  Mr. Mitchell you wrote this      05:00:55

24   e-mail?                                                  05:00:56

25   A        Yes.                                            05:00:58
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          245

```
 1   Q       Okay.  And you wrote it to the DCCC; correct?       05:00:58

 2   A       Yes.                                                05:01:06

 3   Q       What was the reason the DCCC told you to write      05:01:07

 4   this e-mail to them?                                        05:01:13

 5           MR. MANOLIUS:  Objection, lacks foundation,         05:01:15

 6   calls for speculation.                                      05:01:18

 7           THE WITNESS:  I don't recall if they asked me       05:01:20

 8   to write this e-mail.                                       05:01:23

 9           MR. MEUSER q:  Let's go through this one line       05:01:26

10   at a time.                                                  05:01:31

11           The first sentence says, "This isn't a hack        05:01:32

12   job map, it's actually good.  We want to stress the         05:01:35

13   importance of using criteria that are standard in           05:01:39

14   California."                                                05:01:42

15           Did I read that correctly.                          05:01:43

16   A       Yes.                                                05:01:44

17   Q       Now we have an indented paragraph, and I am         05:01:45

18   going to read that.  "The plan was created using a          05:01:50

19   traditional redistricting criteria, consistent with the    05:01:53

20   state commission criteria and with the FAIR MAPS Act,       05:01:59

21   but with the additional criteria of improving partisan      05:02:01

22   gains in response to Texas and other states who are         05:02:03

23   conducting mid-decade redistricting."                       05:02:05

24           Did I read that correct?                            05:02:08

25   A       Yes.                                                05:02:09
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                        246

1    Q        Can you please explain to me why the second          05:02:10

2    paragraph is indented, but the first paragraph was not?       05:02:14

3    A        The ideas that these are snippets that they          05:02:18

4    could consider.                                               05:02:27

5    Q        So the first paragraph would be an explanation       05:02:28

6    as to what that snippet was saying; correct?                  05:02:31

7    A        Sure.                                                 05:02:35

8    Q        So the first paragraph is kind of an explainer       05:02:36

9    and the second paragraph is something that you thought        05:02:39

10   that DCCC could use.  Is that fair?                           05:02:42

11   A        Or that they could modify, that they could --        05:02:45

12   this is the, I'm writing this pretty quickly so this          05:02:47

13   wasn't expected as a cut-and-paste.  I would have             05:02:51

14   written their letter for them in that case.                   05:02:54

15   Q        So paragraph three is an explainer of what           05:02:56

16   paragraph four stated; correct?                               05:02:59

17   A        Yes.                                                 05:03:02

18   Q        And then paragraph five is kind of a brief           05:03:05

19   explainer to the long next two paragraphs that are            05:03:10

20   indented; correct?                                            05:03:14

21   A        Yes.                                                 05:03:15

22   Q        And so on and so forth down this entire              05:03:16

23   e-mail; correct?                                              05:03:20

24   A        Yes.                                                 05:03:21

25   Q        And the words in the indented -- strike that.        05:03:22

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                              247

| | | |
|---|---|---|
| 1 | **Everything in this was something that you** | 05:03:28 |
| 2 | **personally typed; is that correct?** | 05:03:31 |
| 3 | A        Yes. | 05:03:33 |
| 4 | **Q        That first indented paragraph says,** | 05:03:33 |
| 5 | **"Traditional redistricting criteria."** | 05:03:52 |
| 6 | **What does that term mean to you as someone in** | 05:03:55 |
| 7 | **the business of redistricting?** | 05:04:02 |
| 8 | MR. MANOLIUS:  Objection, vague.  Do you mean | 05:04:06 |
| 9 | as a general matter? | 05:04:07 |
| 10 | MR. MEUSER:  I tried to put it as general as | 05:04:09 |
| 11 | possible. | 05:04:11 |
| 12 | MR. MANOLIUS:  Okay. | 05:04:11 |
| 13 | THE WITNESS:  So -- | 05:04:13 |
| 14 | MR. MANOLIUS:  So the question is answer it as | 05:04:13 |
| 15 | a general matter and not as with regard to the | 05:04:15 |
| 16 | legislative process that we have been talking about | 05:04:19 |
| 17 | today. | 05:04:21 |
| 18 | THE WITNESS:  Traditional criteria is a banner | 05:04:23 |
| 19 | term that a lot of people put a lot of things under that | 05:04:25 |
| 20 | banner. | 05:04:28 |
| 21 | MR. MEUSER Q:  What did you put under that | 05:04:31 |
| 22 | banner? | 05:04:32 |
| 23 | A        Equal population, maintaining cities and | 05:04:34 |
| 24 | counties, maintaining communities of interest, main -- | 05:04:37 |
| 25 | keeping geographies together, political geographies, so | 05:04:40 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                      248

```
 1   districts are contiguous, they are compact.  Those are      05:04:45

 2   the kind of traditional criteria.                            05:04:51

 3   Q        And then you say the state commissioned             05:04:53

 4   criteria.  Are you referring to the California               05:05:00

 5   Constitution that the state redistricting commission is      05:05:04

 6   required to abide by when they draw California lines?         05:05:10

 7            MR. WOODS:  Objection, calls for a legal             05:05:15

 8   conclusion.                                                  05:05:17

 9            MR. MANOLIUS:  Yeah, I'll join that.                 05:05:17

10            THE WITNESS:  To be clear it says consistent         05:05:19

11   with the commission criteria, so it's basically saying       05:05:21

12   in alignment with the commission criteria and doesn't        05:05:25

13   mean that it is specifically every one of the commission     05:05:28

14   criterias.                                                   05:05:30

15            It was just the numbering of the districts as       05:05:32

16   a commission criteria that we didn't use, but had the        05:05:33

17   heart and sole of the commission criteria in it.             05:05:37

18   Q        Understand that.  And then there's an "and the      05:05:39

19   FAIR MAPS Act;" correct?                                     05:05:45

20   A        Yes.                                                 05:05:46

21   Q        Did you use anything in the FAIR MAPS Act in        05:05:47

22   drawing the lines that became Prop 50?                       05:05:53

23            MR. MANOLIUS:  Objection, legislative               05:05:57

24   privilege and instruct you not to answer.                    05:05:58

25            MR. MEUSER Q:  And you are not answering my         05:06:02
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    249

```
 1   question at the instruction of your attorney?          05:06:03

 2   A        Correct.                                      05:06:05

 3   Q        Okay.  Looking at the paragraph that starts,  05:06:06

 4   "Trying to create Minimal Disruptions," do you see that? 05:06:19

 5   A        On the next page?                             05:06:24

 6   Q        Yeah, I think so.                             05:06:28

 7   A        Yeah, I see it.                               05:06:29

 8   Q        And then the indented paragraph below that,   05:06:30

 9   the last sentence of that indented paragraph reads,    05:06:32

10   "This California plan leaves nine districts untouched   05:06:37

11   and in 19 districts fewer than 10-percent of the       05:06:40

12   residents are impacted."                               05:06:44

13            Did I read that correct?                      05:06:46

14   A        Yes.                                          05:06:47

15   Q        And did you write that on or about            05:06:47

16   August 15th, 2025?                                     05:06:51

17   A        Yes.                                          05:06:53

18   Q        Reading the next indented section that starts 05:06:55

19   with, "The firm we hired," do you see that paragraph?  05:07:20

20   A        Yes.                                          05:07:22

21   Q        Now, this is a paragraph that you drafted that 05:07:24

22   explains Redistricting Partners; is that correct?      05:07:29

23   A        Yes.                                          05:07:33

24   Q        And you wrote this on August 15th; correct?   05:07:34

25   A        Yes.                                          05:07:36
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    250

1    Q        Did you copy this from your website or                05:07:37

2    anything like that or did you just draft this on               05:07:39

3    August 15th for this e-mail?                                   05:07:42

4    A        Probably, a combination of both.                      05:07:44

5    Q        The last sentence in this section, I want to          05:07:46

6    go ahead and read this to you.  "In addition to               05:07:52

7    municipal and state redistricting, they have worked for       05:07:54

8    nonprofit and community-based organizations, including        05:07:57

9    Common Cause, the American Civil Liberties Union,             05:08:01

10   Advancement Project, Irvine Foundation and other              05:08:05

11   foundations exploring redistricting, voting rights and        05:08:08

12   election issues."                                             05:08:12

13           Did I read that correctly?                            05:08:13

14   A        Yes.                                                  05:08:15

15   Q        I want to focus in on the two words, "voting         05:08:16

16   rights."                                                      05:08:22

17           Which organizations or nonprofit, what               05:08:23

18   non-profit and community-based organizations have you         05:08:28

19   worked with regarding voting rights?                          05:08:31

20           MR. MANOLIUS:  Objection.  Vague as to the           05:08:37

21   term "voting rights," vague as to time.  You can answer.      05:08:39

22           THE WITNESS:  All of these listed and probably        05:08:43

23   more.                                                         05:08:45

24           MR. MEUSER Q:  And when you worked with the          05:08:45

25   Common Cause on voting rights, what did you do for            05:08:48

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    251

```
 1   Common Cause?                                          05:08:52

 2   A        I can speak to at least two that jump to mind  05:08:54

 3   to give an understanding.                               05:08:58

 4            I worked with Common Cause on an Amicus brief  05:08:59

 5   in New Mexico on the redistricting, independent         05:09:04

 6   redistricting commission, an analysis of their          05:09:09

 7   districts.                                              05:09:13

 8            I worked with them and an umbrella of the       05:09:15

 9   Irvine Foundation in 2012, '13, something around there  05:09:21

10   on an analysis of the cities and localities with        05:09:24

11   racially polarized voting for the purpose of them       05:09:32

12   understanding the potential of the California Voting    05:09:35

13   Rights Act.                                             05:09:38

14   Q        Did you do a racial polarized analysis for     05:09:38

15   that project that you just referred to?                 05:09:41

16   A        I wouldn't call it a full racially polarized   05:09:43

17   analysis, but I did some regressions.                   05:09:47

18   Q        When did you do that, these regressions?       05:09:49

19   A        In 2012 or 2013 or something like that.        05:09:52

20   Q        Okay.                                          05:09:58

21   A        2011, 2012, 2013, something like that.  I also 05:09:58

22   did analysis for ACLU in Chula Vista for their CVRA.    05:10:07

23   Q        Okay.                                          05:10:14

24   A        I mean, there's -- yeah.                       05:10:15

25   Q        And this was all done through Redistricting    05:10:17
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          252

```
 1   Partners; correct?                                  05:10:19

 2   A       Yes.                                         05:10:21

 3   Q       When did Redistricting Partners open up?    05:10:21

 4   A       2011.  It could have been 2010.             05:10:24

 5   Q       Nobody is going to shoot you if you gave the  05:10:32

 6   wrong answer.                                       05:10:36

 7           Let's go ahead and go to the Capitol Weekly  05:10:37

 8   Podcast.  And if you can turn to page six, starting on  05:10:42

 9   line six, I see the name Evan McLaughlin.  Who is Evan  05:10:57

10   McLaughlin?                                         05:11:09

11   A       Evan McLaughlin is a former staff of        05:11:10

12   Redistricting Partners, former -- you want me to give  05:11:14

13   you resume?                                         05:11:19

14   Q       Yes.                                        05:11:19

15   A       He works for the California firefighters now,  05:11:19

16   former chief of staff to Lorenzo Gonzales, former staff  05:11:22

17   person at the San Diego Labor Council.  He is a --  05:11:27

18   Q       Okay.  How long have you known Evan         05:11:33

19   McLaughlin?                                         05:11:36

20   A       Probably, since the 2011 redistricting cycle.  05:11:38

21   Q       Did Redistricting Partners pay Evan McLaughlin  05:11:46

22   for the work that he did as a part of your work of  05:12:00

23   drawing the Proposition 50 maps?                    05:12:05

24   A       Yes.                                        05:12:08

25   Q       Okay.  The next -- strike that.             05:12:09
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    253

```
 1          What was Evan McLaughlin's role in drawing the    05:12:13

 2   Proposition 50 maps?                                     05:12:19

 3          MR. MANOLIUS:  Objection, legislative            05:12:20

 4   privilege, I instruct you not to answer.                 05:12:22

 5          MR. MEUSER Q:  And you're not answering that      05:12:24

 6   question at the instruction of your attorneys?           05:12:26

 7   A      Correct.                                          05:12:27

 8   Q      Okay.  When Evan McLaughlin worked for            05:12:28

 9   Redistricting Partners, what was his role at your firm?  05:12:31

10   A      This is prior to?                                 05:12:37

11          MR. MANOLIUS:  Yeah, prior to.                    05:12:39

12          THE WITNESS:  Are you saying in the past          05:12:41

13   redistricting when he was an actual employee?            05:12:43

14          MR. MEUSER Q:  Yes, when he was an employee at    05:12:45

15   your firm.                                               05:12:47

16   A      When he was an employee at my firm in the 2021    05:12:47

17   redistricting cycle, I don't recall his actual title,    05:12:50

18   but he was basically, like, my number two on the         05:12:53

19   political side.                                          05:12:59

20   Q      Okay.  The second name on line six is Joe         05:13:00

21   Armenta.  Do you see that?                               05:13:07

22   A      Armenta.                                          05:13:09

23   Q      Armenta.  Sorry.  Who is Joe Armenta?             05:13:09

24   A      Joe Armenta is an employee of Redistricting       05:13:14

25   Partners in the last redistricting cycle as well and he  05:13:19
```

| | | |
|---|---|---|
| 1 | also works for the California firefighters. | 05:13:22 |
| **2** | **Q        When did you first meet Joe Armenta?** | 05:13:25 |
| 3 | A        In the 2021 redistricting cycle. | 05:13:29 |
| **4** | **Q        And during the 2021 redistricting cycle, what** | 05:13:32 |
| **5** | **was Joe Armenta's job?** | 05:13:35 |
| 6 | A        Working on redistricting and in a number of | 05:13:37 |
| 7 | different states and more the monitoring commissions | 05:13:44 |
| 8 | type of work. | 05:13:49 |
| **9** | **Q        Can you be more precise what he was doing?** | 05:13:52 |
| 10 | A        The firm is kind of split into agency work and | 05:13:55 |
| 11 | more political or advocacy work, and so he would be on | 05:13:58 |
| 12 | the advocacy side. | 05:14:01 |
| **13** | **Q        And Evan McLaughlin in the 2021 redistricting** | 05:14:03 |
| **14** | **cycle, what side of the firm was he on?** | 05:14:06 |
| 15 | A        The advocacy side. | 05:14:08 |
| **16** | **Q        Thank you.  Did Redistricting Partners pay Joe** | 05:14:11 |
| **17** | **Armenta for the work that was done on Proposition 50?** | 05:14:14 |
| 18 | A        Yes. | 05:14:18 |
| **19** | **Q        Next name on this list is Jacob** | 05:14:19 |
| **20** | **Thompson-Fisher.  Who is Jacob Thompson-Fisher?** | 05:14:22 |
| 21 | A        He is one of the original creators of | 05:14:27 |
| 22 | Redistricting Partners from the 2011 cycle and worked | 05:14:31 |
| 23 | for Redistricting Partners, and now he does contract | 05:14:34 |
| 24 | data work for different organizations. | 05:14:41 |
| **25** | **Q        Do you know the names of these organizations** | 05:14:43 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          255

1  that he does work for?                                      05:14:45

2  A       The only one I know of is SEIU.                     05:14:46

3  Q       During the 2021 redistricting cycle, what          05:14:50

4  tasks and jobs did Jacob Thompson-Fisher do for            05:14:53

5  Redistricting Partners?                                     05:14:56

6  A       Mostly in charge of our data on both sides and     05:14:57

7  then did some municipal redistricting.                      05:15:01

8  Q       And was Jacob Thompson-Fisher paid by              05:15:05

9  Redistricting Partners as a part of their, as part of      05:15:08

10 the drawing of Prop 50 maps?                                05:15:12

11 A       Yes.                                                05:15:14

12 Q       The next name on this list starts on line          05:15:16

13 eight is Stacey Reardon.  Do you see that name?            05:15:19

14 A       Yes.                                                05:15:23

15 Q       Who is Stacey Reardon?                              05:15:23

16 A       Stacey Reardon is a staff person.  I think         05:15:25

17 she's got her own firm now and she used to work for        05:15:29

18 Redistricting Partners.                                     05:15:33

19 Q       What was her role when she used to work for        05:15:34

20 Redistricting Partners?                                     05:15:36

21 A       She was more on the advocacy side, and then I      05:15:37

22 believe she also helped somewhat on the municipal side     05:15:43

23 with outreach meetings and so on.                           05:15:47

24 Q       Now, I read here from this statement that you      05:15:49

25 made on Capitol Weekly Podcast, and I am going to just     05:15:51

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    256

```
 1    read the statement first and make sure I read it right.    05:15:54
 2              "Stacey Reardon came in and helped with a lot    05:15:56
 3    of the community of interests stuff."                      05:15:59
 4              Did I read that correctly?                       05:16:01
 5    A       You read that correctly.                           05:16:02
 6    Q       Is that a statement that you made to Capitol       05:16:04
 7    Weekly Podcast?                                            05:16:09
 8    A       Yes.                                               05:16:09
 9    Q       And when you use the words "community of           05:16:10
10    interest," earlier you were talking to Julie Hamill here   05:16:16
11    about community of interests.                              05:16:23
12              Is the conversation that we had earlier today    05:16:25
13    about communities of interest, is that the same           05:16:31
14    definition that you would use for what you meant in this   05:16:33
15    sentence when you said Stacey Reardon handled the          05:16:36
16    community of interest stuff?                               05:16:40
17              MR. MANOLIUS:  Objection, legislative            05:16:41
18    privilege, I instruct you not to answer.                   05:16:43
19              MR. MEUSER Q:  And you're not answering the      05:16:47
20    question at the instruction of your attorney?              05:16:49
21    A       Correct.                                           05:16:50
22    Q       Liz Stitt, and I probably just butchered           05:16:51
23    that --                                                    05:16:57
24    A       No, that's perfect.                                05:16:57
25    Q       -- who is Liz Stitt?                                05:16:59
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                             257

| 1 | A         Liz is a former staff member of Redistricting | 05:17:01 |
| 2 | Partners and previously worked in the Legislature and | 05:17:08 |
| 3 | she is now in England. | 05:17:11 |
| **4** | **Q        When she worked for Redistricting Partners in** | 05:17:15 |
| **5** | **the past, what was her role?** | 05:17:23 |
| 6 | MR. MANOLIUS:  Again, this is before. | 05:17:25 |
| 7 | THE WITNESS:  Yes.  So in her, when she was an | 05:17:27 |
| 8 | employee, she was primarily on the municipal side, I | 05:17:29 |
| 9 | think she might have started with the advocacy side but | 05:17:33 |
| 10 | quickly transitioned to the municipal side. | 05:17:37 |
| 11 | MR. MEUSER Q:  And I forgot to ask about | 05:17:39 |
| 12 | Stacey Reardon.  Was she paid by prop -- by | 05:17:41 |
| 13 | Redistricting Partners as a part of the work for Prop | 05:17:44 |
| 14 | 50? | 05:17:47 |
| 15 | A         Yes. | 05:17:47 |
| **16** | **Q        And Liz Stitt, was she paid by Redistricting** | 05:17:47 |
| **17** | **Partners for her work on Prop 50?** | 05:17:52 |
| 18 | A         She has not been paid. | 05:17:54 |
| **19** | **Q        She has not been paid.  Are you planning on** | 05:17:56 |
| **20** | **paying her?** | 05:17:58 |
| 21 | A         Um, we have not worked that out yet.  She is | 05:17:59 |
| 22 | living in a foreign country. | 05:18:02 |
| **23** | **Q        Now, in this paragraph, starting on line 16,** | 05:18:06 |
| **24** | **you say, "I'd call Liz and talk with her about the** | 05:18:12 |
| **25** | **things she had done overnight."** | 05:18:17 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                     258

| | | |
|---|---|---|
| 1 | Did I read that correctly? | 05:18:18 |
| 2 | A    What line you said? | 05:18:20 |
| 3 | Q    16 and 17. | 05:18:23 |
| 4 | A    Yeah. | 05:18:24 |
| 5 | Q    And this was you had a daily conversation with | 05:18:25 |
| 6 | Liz every morning while you were walking the dogs? | 05:18:28 |
| 7 | A    Roughly. | 05:18:30 |
| 8 | Q    And is it fair to say that she was working on | 05:18:32 |
| 9 | that while you were sleeping at night? | 05:18:39 |
| 10 | A    Yes. | 05:18:41 |
| 11 | Q    She was working on Prop 50 while you were | 05:18:41 |
| 12 | sleeping at night? | 05:18:44 |
| 13 | MR. MANOLIUS:  Objection, calls for | 05:18:44 |
| 14 | speculation.  You can answer, if you know. | 05:18:45 |
| 15 | THE WITNESS:  It states it right here and I | 05:18:47 |
| 16 | think it's pretty plain language there. | 05:18:50 |
| 17 | MR. MEUSER Q:  Chris Chaffee, line 19. | 05:18:54 |
| 18 | A    Chaffee. | 05:18:56 |
| 19 | Q    Who is Chris Chaffee? | 05:18:57 |
| 20 | A    Chris Chaffee, along with Jacob | 05:18:59 |
| 21 | Thompson-Fisher, is one of the three kind of original | 05:19:02 |
| 22 | people with Redistricting Partners and who works for the | 05:19:05 |
| 23 | Governor now. | 05:19:08 |
| 24 | Q    Is Chris Chaffee paid by Redistricting | 05:19:10 |
| 25 | Partners for work that was associated with Prop 50? | 05:19:15 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    259

| | | |
|---|---|---|
| 1 | A          No. | 05:19:21 |
| 2 | Q          Daniel Lopez? | 05:19:21 |
| 3 | A          Daniel Lopez works in Los Angeles and had | 05:19:22 |
| 4 | worked previously for Redistricting Partners, worked for | 05:19:26 |
| 5 | a period in the past. | 05:19:30 |
| 6 | Q          Okay.  Was Daniel Lopez paid for any work by | 05:19:32 |
| 7 | Redistricting Partners as a part of the work that you | 05:19:37 |
| 8 | did on Prop 50? | 05:19:41 |
| 9 | A          No. | 05:19:42 |
| 10 | Q          At any time did you talk with Gavin Newsom | 05:19:44 |
| 11 | between July 2nd and August 24th about Prop 50? | 05:19:49 |
| 12 | A          August 24th, I do not believe so, no. | 05:19:56 |
| 13 | Q          So prior to him signing the bill? | 05:20:03 |
| 14 | A          Oh, no, absolutely not. | 05:20:04 |
| 15 | Q          That's the date. | 05:20:06 |
| 16 | A          I didn't know what the 24th meant. | 05:20:07 |
| 17 | Q          Page seven, lines 14 and 15.  Actually, I'll | 05:20:11 |
| 18 | start on line 13.  "But, you know, the focus really was | 05:20:25 |
| 19 | on trying to put together a work product that we could | 05:20:29 |
| 20 | be proud of given the fact that Redistricting Partners | 05:20:32 |
| 21 | has only done nonpartisan redistricting." | 05:20:34 |
| 22 |          Did I read that correctly? | 05:20:38 |
| 23 | A          Yes. | 05:20:41 |
| 24 | Q          And that statement is something that you told | 05:20:41 |
| 25 | Capitol Weekly Podcast; correct? | 05:20:45 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    260

| | | |
|---|---|---|
| 1 | A        Yes. | 05:20:47 |
| 2 | Q        And you told Capitol Weekly Podcast that you | 05:20:48 |
| 3 | were proud of the work that you had done as a part of | 05:20:53 |
| 4 | the redistricting process of Prop 50? | 05:20:56 |
| 5 | A        Slightly different wording, but yes. | 05:21:02 |
| 6 | MR. MANOLIUS:  Misstates.  You can answer. | 05:21:04 |
| 7 | THE WITNESS:  It was that we could be proud | 05:21:06 |
| 8 | of, that the team could be proud of. | 05:21:08 |
| 9 | MR. MEUSER Q:  And are you proud of the work | 05:21:10 |
| 10 | that you did as that became Prop 50? | 05:21:12 |
| 11 | MR. MANOLIUS:  Objection, legislative | 05:21:15 |
| 12 | privilege.  I'll instruct you not to answer. | 05:21:17 |
| 13 | MR. MEUSER:  Let me just get this correct. | 05:21:20 |
| 14 | You're asking for legislative work product or | 05:21:22 |
| 15 | legislative privilege over how he feels about the work | 05:21:27 |
| 16 | that he did three months ago? | 05:21:30 |
| 17 | MR. MANOLIUS:  Uh-huh, yes, that's correct. | 05:21:32 |
| 18 | MR. MEUSER Q:  Okay.  And, Mr. Mitchell, | 05:21:34 |
| 19 | you're refusing to answer at the instruction of your | 05:21:37 |
| 20 | attorney? | 05:21:39 |
| 21 | A        Correct. | 05:21:39 |
| 22 | Q        Page eight, starting on line 13, "But if we | 05:21:41 |
| 23 | were going to do it we want to do it with the same kind | 05:21:53 |
| 24 | of California values and the values that our company | 05:21:56 |
| 25 | has." | 05:22:01 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    261

```
 1              Did I read that correct?                    05:22:01

 2   A       Yes.                                           05:22:02

 3   Q       Is that a statement that you made to Capitol   05:22:03

 4   Weekly Podcast?                                        05:22:08

 5   A       Yes.                                           05:22:08

 6   Q       When you use the phrase "California values,"   05:22:09

 7   what does that mean to you?                            05:22:13

 8              MR. MANOLIUS:  Same objection.  Instruct you 05:22:16

 9   not to answer, legislative privilege.                  05:22:17

10              MR. MEUSER:  You're instructing him to not  05:22:22

11   answer how he uses the word "California values"?       05:22:25

12              MR. MANOLIUS:  To the extent it's part of this 05:22:30

13   process, yes, I am.                                    05:22:32

14              MR. MEUSER Q:  Mr. Mitchell, you've done over 05:22:34

15   100 redistrictings; correct?                           05:22:38

16   A       Yes.                                           05:22:40

17   Q       And not including Proposition 50, if you were  05:22:41

18   to say that this redistricting project had some kind of 05:22:46

19   California values, what does California values mean to  05:22:51

20   you in a redistricting process?                        05:22:53

21   A       In my redistricting outside of Prop 50 is what 05:22:55

22   you're asking?                                         05:22:58

23   Q       Yes.                                           05:22:58

24              MR. MANOLIUS:  Objection, compound.         05:22:59

25   Contextual objection, but you can answer.              05:23:01
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    262

```
 1              THE WITNESS:  California has a history since    05:23:04

 2   the adoption of the commission in the last two            05:23:07

 3   redistricting cycles, and with the furtherance of the     05:23:11

 4   FAIR MAPS Act and furtherance of other legislative        05:23:14

 5   priorities to increase the number of independent          05:23:17

 6   redistricting commissions, to have redistricting be       05:23:20

 7   taken out of the hands of politicians and incumbents and  05:23:22

 8   be drawn based on what's best for the community, and      05:23:25

 9   that's the work that we do with Redistricting Partners    05:23:29

10   in our every day work.                                    05:23:32

11              MR. MEUSER Q:  And the sentence continues,     05:23:34

12   "The values that our company has."                        05:23:35

13              What values does Redistricting Partners have   05:23:37

14   as a company?                                             05:23:42

15   A        Outside of Prop 50?                              05:23:45

16              MR. MANOLIUS:  Yes.  Objection, to the extent  05:23:47

17   inside the Prop 50 envelope, just using different words.  05:23:49

18   You can answer for things you've done in the past.        05:23:54

19              THE WITNESS:  So people who know Redistricting 05:23:59

20   Partners and know the redistrict world understand that    05:24:04

21   our company is unique in that we very strongly follow     05:24:07

22   the FAIR MAPS Act, we very strongly engage with           05:24:12

23   community-based organizations, we very strongly push for  05:24:16

24   community engagement and maps that are drawn by the       05:24:20

25   community, not by the elected officials.                  05:24:23
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                                    263

```
 1            We have a rule as an example that when we do a      05:24:26
 2    redistricting, we will not meet individually with          05:24:29
 3    elected officials, we will not know where the incumbents    05:24:32
 4    live and we will draw maps that are fair and where the      05:24:36
 5    community and the elected officials can know that they      05:24:41
 6    were drawn in a fair redistricting process that is          05:24:44
 7    consistent with the FAIR MAPS Act, even in agencies that    05:24:47
 8    aren't covered by the FAIR MAPS Act.                        05:24:51
 9            So we do water board redistricting prior to         05:24:53
10    the expansion of the FAIR MAPS Act and we would only       05:24:56
11    take the contract if they would agree to meeting the       05:24:57
12    higher bar of the FAIR MAPS Act in doing it.               05:25:00
13            And we have done Zooms with elected officials       05:25:02
14    who wanted to hire us and wanted to know where the         05:25:05
15    incumbents lived, and we told them we wouldn't take that   05:25:07
16    contract if that was the condition.                        05:25:10
17            So our firm is very focused on fair, open,          05:25:11
18    transparent redistricting.  We don't do, talk about        05:25:16
19    redistricting in closed sessions.  We don't have side      05:25:20
20    meetings with incumbents or others to advocate for         05:25:24
21    certain lines outside of the public process and we're a    05:25:30
22    very transparent redistricting firm, and that's our        05:25:32
23    reputation, and we'll do some contracts because of it      05:25:36
24    and we get some contracts because of it.                   05:25:39
25    Q         When you were drawing Prop 50 maps did you       05:25:41
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          264

| | | |
|---|---|---|
| 1 | **know where the incumbents lived?** | 05:25:44 |
| 2 | MR. MANOLIUS:  Objection, legislative | 05:25:45 |
| 3 | privilege.  I instruct you not to answer. | 05:25:49 |
| 4 | MR. MEUSER Q:  Mr. Mitchell, you're not | 05:25:50 |
| 5 | answering that question at the instruction of your | 05:25:52 |
| 6 | attorney? | 05:25:53 |
| 7 | A        Correct. | 05:25:53 |
| 8 | **Q        I know you talked a little bit with Julie** | 05:25:55 |
| 9 | **about this earlier today.  Please turn to page ten.** | 05:25:59 |
| 10 | A        (Witness complied.) | 05:26:02 |
| 11 | **Q        And starting at line three, I believe you're** | 05:26:10 |
| 12 | **generally talking about the democratic eco -- I am** | 05:26:13 |
| 13 | **trying to remember what you said.** | 05:26:20 |
| 14 | A        Ecosystem. | 05:26:21 |
| 15 | **Q        Ecosystem?** | 05:26:24 |
| 16 | A        Ecosystem.  Yeah.  The paragraph that starts | 05:26:25 |
| 17 | at line nine says, "So many of them were like if Texas | 05:26:28 |
| 18 | is going to throw away the VRA then we can throw away | 05:26:32 |
| 19 | the VRA." | 05:26:35 |
| 20 | Is it my understanding that that statement | 05:26:36 |
| 21 | that you made to Capitol Weekly Podcast, you were | 05:26:37 |
| 22 | referring to things that you were hearing on social | 05:26:40 |
| 23 | media, but not necessarily anything that you heard from | 05:26:45 |
| 24 | a legislator or a congressman or staffer of a legislator | 05:26:50 |
| 25 | or congressman; is that correct? | 05:26:55 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                        265

```
 1              MR. MANOLIUS:  Objection, legislative        05:26:57
 2    privilege.  I instruct you not to answer.             05:26:58
 3              MR. MEUSER:  You're instructing him not to   05:27:04
 4    tell me if statements of throwing away the VRA were   05:27:05
 5    something that he heard from a legislator or something 05:27:10
 6    he heard from outside the legislative stream?         05:27:12
 7              MR. MANOLIUS:  Correct.                      05:27:16
 8              MR. MEUSER Q:  Okay.  Let me re-ask this     05:27:17
 9    question.  This statement that you made in Capitol    05:27:18
10    Weekly Podcast, this was a public statement; correct? 05:27:25
11    A       Yes.                                          05:27:27
12    Q       Anybody in the world could go listen to the   05:27:28
13    Capitol Weekly Podcast; correct?                      05:27:33
14    A       Yes.                                          05:27:34
15    Q       Okay.  And in that podcast you made the       05:27:35
16    statement that you had heard people say that Texas was 05:27:39
17    going to throw away the VRA, then we -- and that "we" 05:27:43
18    means California; is that correct?                    05:27:46
19    A       Yes.                                          05:27:50
20              MR. MANOLIUS:  Objection, vague.  You can   05:27:51
21    answer.                                               05:27:52
22              MR. MEUSER Q:  -- then California can throw  05:27:53
23    away the VRA.  Did any California legislator make the 05:27:54
24    statement that if Texas is going to throw away the VRA 05:28:07
25    then we can throw away the VRA?                       05:28:12
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                        266

| | | |
|---|---|---|
| 1 | MR. MANOLIUS:  Same objection.  I instruct you | 05:28:14 |
| 2 | not to answer.  Legislative privilege. | 05:28:15 |
| 3 | MR. MEUSER Q:  And, Mr. Mitchell, you're not | 05:28:17 |
| 4 | answering my question -- | 05:28:19 |
| 5 | A        Correct. | 05:28:19 |
| 6 | Q        -- because of the instruction of your | 05:28:20 |
| 7 | attorney? | 05:28:21 |
| 8 | A        Correct. | 05:28:21 |
| 9 | Q        Okay.  I am going to be asking this multiple | 05:28:22 |
| 10 | times here, so did anybody from Gavin Newsom's office | 05:28:24 |
| 11 | tell you that if Texas is going to throw away the VRA | 05:28:29 |
| 12 | then we can throw away the VRA? | 05:28:33 |
| 13 | MR. MANOLIUS:  Same objection.  Instruct you | 05:28:35 |
| 14 | not to answer. | 05:28:36 |
| 15 | MR. MEUSER Q:  And, Mr. Mitchell, you're not | 05:28:37 |
| 16 | going to answer this question at the instruction of your | 05:28:38 |
| 17 | attorney? | 05:28:40 |
| 18 | A        Correct. | 05:28:40 |
| 19 | Q        Okay.  Mr. Mitchell, did any congressmen or | 05:28:41 |
| 20 | their staff tell you that if Texas is going to throw | 05:28:46 |
| 21 | away the VRA, then we can throw away the VRA? | 05:28:48 |
| 22 | MR. MANOLIUS:  Same objections, same | 05:28:51 |
| 23 | instruction. | 05:28:53 |
| 24 | MR. MEUSER Q:  And, Mr. Mitchell, you're not | 05:28:53 |
| 25 | going to answer my question at the instruction of your | 05:28:55 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    267

| | | |
|---|---|---|
| 1 | attorney? | 05:28:58 |
| 2 | A        Correct. | 05:28:58 |
| 3 | Q        Mr. Mitchell, are you aware of anybody in the | 05:28:59 |
| 4 | ecosystem who made the statement if Texas is going to | 05:29:08 |
| 5 | throw away the VRA then we can throw away the VRA? | 05:29:13 |
| 6 | A        The person that posted the map on Exhibit 17. | 05:29:18 |
| 7 | Q        What's the date of that? | 05:29:23 |
| 8 | A        I'm just being -- but this is the kind of | 05:29:24 |
| 9 | thing, people who are doing maps like this -- | 05:29:27 |
| 10 | Q        Yes. | 05:29:28 |
| 11 | A        -- Twitter maps and people in the media, | 05:29:29 |
| 12 | people on social media. | 05:29:35 |
| 13 | Q        And then starting on line 17, you say to | 05:29:43 |
| 14 | Capitol Weekly Podcast, "I had to calmly show them look, | 05:29:48 |
| 15 | we can create a five district pick-up map and follow the | 05:29:53 |
| 16 | Voting Rights Act, keep communities of interest | 05:29:56 |
| 17 | together." | 05:30:01 |
| 18 | Did I read that correctly? | 05:30:01 |
| 19 | A        Yes. | 05:30:02 |
| 20 | Q        Is that a statement that you made to Capitol | 05:30:03 |
| 21 | Weekly Podcast? | 05:30:07 |
| 22 | A        Yes. | 05:30:08 |
| 23 | Q        And when you said, "I had to calmly show | 05:30:09 |
| 24 | them," was this something that you're referring to in X | 05:30:15 |
| 25 | post? | 05:30:21 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                                    268

```
 1              MR. MANOLIUS:  I am sorry?                      05:30:21

 2              MR. MEUSER Q:  An X post, posted on X, Tweet    05:30:22

 3   it, Twitter.                                              05:30:26

 4   A        Oh.  It could have been both a -- it could       05:30:27

 5   have been different communications, including, like, a    05:30:36

 6   DM.                                                       05:30:39

 7   Q        It could have been a DM?  And when you say DM,    05:30:39

 8   a direct message on a social media platform?              05:30:42

 9   A        Yes.                                             05:30:45

10   Q        Okay.  And when you say, "I had to calmly show    05:30:46

11   them," were you referring to any legislator when you      05:30:51

12   made that statement, "I had to calmly show them"?         05:30:54

13              MR. MANOLIUS:  Well, I am going to object.      05:30:59

14   Well, why don't we get the answer to see if there's a     05:31:01

15   reason to go forward.  Go ahead, you can answer, if you   05:31:03

16   know.                                                     05:31:07

17              THE WITNESS:  I don't recall.                  05:31:08

18              MR. MEUSER Q:  When you say, "We can create a   05:31:10

19   five district pick-up map to follow the Voting Rights     05:31:16

20   Act."                                                     05:31:16

21              Did I read that correct?                       05:31:20

22   A        Yes.                                             05:31:22

23   Q        Are you aware of any direct message that you     05:31:23

24   sent to anyone between July 2nd and August 15th where     05:31:28

25   you told them on a direct message that you could draw a   05:31:35
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    269

```
 1    five district pick-up map following the Voting Rights      05:31:42

 2    Act?                                                        05:31:46

 3            MR. MANOLIUS:  Objection, only that you didn't      05:31:46

 4    quote the entire sentence, but you can answer, Paul.        05:31:48

 5            THE WITNESS:  I don't recall a direct message       05:31:51

 6    where I would have said that.                               05:31:53

 7            MR. MEUSER Q:  And do you recall any social         05:31:55

 8    media post where you made the statement that you could     05:31:56

 9    draw a map that had a five district pickup that followed   05:31:59

10    the Voting Rights Act?                                      05:32:03

11    A        No, I don't believe I made a post like that.      05:32:05

12    Q        Do you recall any conversation that you had       05:32:10

13    with a legislator or a congressman or their staff in       05:32:16

14    which you explained to them that you could create a five   05:32:21

15    district pick-up map and follow the Voting Rights Act?     05:32:25

16            MR. MANOLIUS:  Objection, legislative              05:32:30

17    privilege and I instruct you not to answer.                05:32:32

18            MR. MEUSER Q:  This is a "yes" or "no"             05:32:35

19    question.  I wasn't asking for the communication, I was   05:32:36

20    asking did he, does he recall that he made any such        05:32:38

21    statement?                                                 05:32:41

22            MR. MANOLIUS:  I'll maintain my objection.         05:32:47

23    Thanks.                                                    05:32:49

24            MR. MEUSER Q:  And Mr. Mitchell you're not        05:32:49

25    responding at the request of your attorney?                05:32:50
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    270

```
 1    A          Correct.                                      05:32:53

 2    Q          Turn to page 13.                              05:32:53

 3    A          (Witness complied.)                           05:33:09

 4    Q          Line 16, you tell Capitol Weekly Podcast, "We 05:33:14

 5    work with some folks in D.C. and saw some maps."         05:33:18

 6               Who in D.C. did you work with?                05:33:24

 7    A          That would probably be the DCCC or the NDRC.  05:33:27

 8    Q          NDRC, and that's National Democratic --       05:33:43

 9    A          -- Redistricting --                           05:33:47

10    Q          -- Committee?                                 05:33:48

11    A          -- Committee.                                 05:33:48

12    Q          Okay.  Thank you.  "And saw some maps."  Are  05:33:49

13    you saying that the DCCC shared some maps with you?      05:33:55

14               MR. MANOLIUS:  Objection.  Legislative        05:34:01

15    privilege.  I instruct you not to answer.                05:34:05

16               MR. MEUSER:  You're saying the DCCC giving him 05:34:07

17    documents is going to be legislative privilege?          05:34:09

18               MR. MANOLIUS:  I am objecting, yes, and       05:34:13

19    instructing him not to answer.                           05:34:15

20               MR. MEUSER Q:  And you're not answering at the 05:34:17

21    instruction of your attorney?                            05:34:19

22    A          Correct.                                      05:34:20

23    Q          Okay.  I am going to ask the same question.   05:34:20

24    Did the NDRC share any maps with you between July 2nd    05:34:23

25    and August 15th?                                         05:34:31
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    271

| | | |
|---|---|---|
| 1 | MR. MANOLIUS:  Same objection and instruct you | 05:34:33 |
| 2 | not to answer. | 05:34:34 |
| 3 | MR. MEUSER Q:  And, Mr. Mitchell, you're not | 05:34:36 |
| 4 | answering at the instruction of your attorney? | 05:34:37 |
| 5 | A        Correct. | 05:34:41 |
| 6 | Q        Top of page 14.  This says, "No respect for | 05:34:41 |
| 7 | the LGBT community." | 05:34:53 |
| 8 | Did I read that sentence correct? | 05:34:55 |
| 9 | A        Yes. | 05:34:56 |
| 10 | Q        And I believe you were talking earlier about | 05:34:58 |
| 11 | the work that you were doing in the 2021 redistricting | 05:35:01 |
| 12 | on behalf of the LGBT community.  Did I hear that | 05:35:06 |
| 13 | testimony right, that in 2021 you were working with the | 05:35:11 |
| 14 | LGBT community to help them in the redistricting | 05:35:14 |
| 15 | process? | 05:35:17 |
| 16 | A        Yes. | 05:35:17 |
| 17 | Q        And as a part of drawing the Prop 50 maps, was | 05:35:19 |
| 18 | the LGBT community one of the communities of interest | 05:35:32 |
| 19 | that you were looking at when you drew any of the | 05:35:37 |
| 20 | congressional lines that were associated with Prop 50? | 05:35:43 |
| 21 | MR. MANOLIUS:  Objection, legislative | 05:35:47 |
| 22 | privilege, I instruct you not to answer. | 05:35:48 |
| 23 | MR. MEUSER Q:  And, Mr. Mitchell, you are not | 05:35:51 |
| 24 | answering here today -- | 05:35:52 |
| 25 | A        Correct. | 05:35:53 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                      272

| | | |
|---|---|---|
| 1 | Q        -- at the instruction of your attorney? | 05:35:54 |
| 2 | A        Correct. | 05:35:55 |
| 3 | Q        Page 15, line 18 and 19 where you talk about | 05:35:56 |
| 4 | Wild Wild West redistricting, and in this particular | 05:36:16 |
| 5 | sentence you're talking about other states, even | 05:36:21 |
| 6 | democratically held states. | 05:36:24 |
| 7 |          Which states do you categorize as the Wild | 05:36:27 |
| 8 | Wild West of redistricting in this statement that you | 05:36:31 |
| 9 | made to Capitol Weekly Podcast? | 05:36:35 |
| 10 |          MR. WOODS:  Objection.  Relevance. | 05:36:38 |
| 11 |          MR. MANOLIUS:  I join it.  You can answer. | 05:36:41 |
| 12 |          THE WITNESS:  Illinois. | 05:36:43 |
| 13 |          MR. MEUSER Q:  Any other states? | 05:36:45 |
| 14 | A        That's the one that comes to mind. | 05:36:46 |
| 15 | Q        Line 24 and 25, same page, "They are | 05:36:50 |
| 16 | oftentimes violating the Voting Rights Act." | 05:37:00 |
| 17 |          Did I read that statement correct? | 05:37:04 |
| 18 | A        Which line? | 05:37:06 |
| 19 | Q        Lines 24 and 25. | 05:37:07 |
| 20 | A        You said what page? | 05:37:09 |
| 21 | Q        15. | 05:37:11 |
| 22 | A        For some reason I went to page 24.  Sorry. | 05:37:13 |
| 23 | Yes. | 05:37:22 |
| 24 | Q        Is that a statement that you made on Capitol | 05:37:23 |
| 25 | Weekly Podcast? | 05:37:27 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          273

```
 1   A        Yes.                                              05:37:27

 2   Q        In your opinion, which states have violated      05:37:28

 3   the Voting Rights Act, as you understand it?              05:37:38

 4            MR. MANOLIUS:  Objection, calls for a legal      05:37:43

 5   conclusion, overbroad and vague.                          05:37:45

 6            MR. WOODS:  And that's join.                      05:37:48

 7            THE WITNESS:  In that regard I think it's easy    05:37:54

 8   just to point to all of the redistricting maps that have  05:37:55

 9   been overturned by the courts.  That's all I was          05:37:58

10   referencing.                                              05:38:01

11            MR. MEUSER Q:  When you made this statement to    05:38:01

12   the Capitol Weekly Podcast, was there a specific or       05:38:03

13   specific states you were thinking of when you made the    05:38:06

14   statement that oftentimes violated the Voting Rights      05:38:10

15   Act?                                                      05:38:14

16            MR. MANOLIUS:  Same objection.                   05:38:14

17            MR. WOODS:  Join.                                 05:38:16

18            THE WITNESS:  States that have historically       05:38:18

19   violated the Voting Rights Act causing all of the         05:38:20

20   lawsuits and terms we now know and use in redistricting,  05:38:23

21   so there's too many to kind of pick out.                  05:38:27

22            MR. MEUSER Q:  Is there any one or two states     05:38:30

23   that stick out to you as in your belief regularly are     05:38:33

24   violating the Voting Rights Act?                          05:38:39

25            MR. MANOLIUS:  Same set of objections.  You      05:38:42
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    274

| | | |
|---|---|---|
| 1 | can answer. | 05:38:46 |
| 2 | MR. WOODS:  Same.  Join. | 05:38:46 |
| 3 | THE WITNESS:  Something like North Carolina, | 05:38:47 |
| 4 | states where they've had big redistricting cases in the | 05:38:49 |
| 5 | last 34 years. | 05:38:52 |
| 6 | Q        Any other states? | 05:38:54 |
| 7 | A        No. | 05:38:55 |
| 8 | Q        We can put away the Capitol Weekly Podcast | 05:38:55 |
| 9 | and we are going to go to the HOPE transcript next.  And | 05:39:53 |
| 10 | let's turn to page 22. | 05:40:09 |
| 11 | A        (Witness complied.) | 05:40:11 |
| 12 | Q        And we are going to start on page, on line | 05:40:12 |
| 13 | nine.  You ready? | 05:40:16 |
| 14 | MR. MANOLIUS:  One second.  Sorry. | 05:40:23 |
| 15 | MR. MEUSER:  No problem. | 05:40:26 |
| 16 | MR. MANOLIUS:  Thank you. | 05:40:37 |
| 17 | MR. MEUSER Q:  I am going to read paragraph, | 05:40:38 |
| 18 | or line nine through 13:  "Now, when I was first talking | 05:40:41 |
| 19 | to by folks, I won't call out any names of elected | 05:40:46 |
| 20 | officials, but I did have some elected officials call me | 05:40:51 |
| 21 | and say, well, if Texas is going to throw away the VRA, | 05:40:54 |
| 22 | we should just throw away the VRA." | 05:40:58 |
| 23 | Which elected officials told you that we | 05:41:00 |
| 24 | should throw away the VRA? | 05:41:05 |
| 25 | MR. MANOLIUS:  Objection, legislative | 05:41:07 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    275

```
 1   privilege.  Instruct you not to answer.  Also, vague as       05:41:09

 2   to when the these conversations occurred, but that's          05:41:14

 3   better.                                                       05:41:18

 4              MR. MEUSER Q:  Let's go ahead and clean this       05:41:19

 5   up.  Did I read that correctly?                               05:41:20

 6   A          You did read that correctly.                       05:41:22

 7   Q          Is that a statement that you made to HOPE          05:41:23

 8   during your presentation to HOPE?                             05:41:25

 9   A          Given that it's in this transcript, I would       05:41:27

10   believe so.                                                   05:41:30

11   Q          You don't believe so?                             05:41:30

12   A          I said I would believe so.                         05:41:31

13   Q          You would believe so.  Okay.  At what time        05:41:34

14   period were you referring to someone telling you we           05:41:37

15   should just throw away the VRA?                               05:41:41

16              MR. MANOLIUS:  Objection, legislative             05:41:47

17   privilege and instruct you not to answer.                     05:41:48

18              MR. MEUSER:  You were the one who said that it     05:41:51

19   wasn't clear as to the time.  I am just asking the time.      05:41:52

20              MR. MANOLIUS:   I also said it was barred by       05:41:55

21   legislative privilege, so I appreciate your cleaning up       05:41:57

22   at the time because I wasn't sure.                            05:42:03

23              MR. MEUSER Q:  So, Mr. Mitchell, you're not       05:42:05

24   going to answer my question at the instruction of your        05:42:06

25   attorney?                                                     05:42:08
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                        276

| | | |
|---|---|---|
| 1 | A          Correct. | 05:42:08 |
| 2 | Q          Again, we are going to make this thing | 05:42:09 |
| 3 | abundantly clear for the record. | 05:42:12 |
| 4 |          Did an elected official contact you and tell | 05:42:13 |
| 5 | you that if Texas is going to throw away the VRA, we | 05:42:19 |
| 6 | should just throw away the VRA? | 05:42:23 |
| 7 |          MR. MANOLIUS:  Same objection.  Instruct you | 05:42:26 |
| 8 | not to answer. | 05:42:27 |
| 9 |          MR. MEUSER Q:  Mr. Mitchell, you're not going | 05:42:28 |
| 10 | to answer that question at the instruction of your | 05:42:29 |
| 11 | attorney? | 05:42:31 |
| 12 | A          Correct. | 05:42:32 |
| 13 | Q          Can you tell me if this conversation was with | 05:42:33 |
| 14 | a congressman or congresswoman or with a state | 05:42:36 |
| 15 | legislator? | 05:42:40 |
| 16 |          MR. MANOLIUS:  You can answer. | 05:42:53 |
| 17 |          THE WITNESS:  I don't recall. | 05:42:55 |
| 18 |          MR. MEUSER Q:  Did just a single elected | 05:42:57 |
| 19 | official say this or was this multiple elected officials | 05:43:01 |
| 20 | who made this statement, generally we should throw away | 05:43:05 |
| 21 | the VRA. | 05:43:08 |
| 22 | A          Let me characterize this.  I think that there | 05:43:15 |
| 23 | were people who would say those words and others would | 05:43:17 |
| 24 | give me maps or say things like, if Texas can do | 05:43:20 |
| 25 | whatever they want to do why can't we do whatever we | 05:43:25 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    277

```
 1   want to do?                                      05:43:27

 2        So in their wording to me wouldn't be those  05:43:28

 3   exact words, but I would interpret it as if, let's throw  05:43:30

 4   down the guardrails as I testified or as I said earlier  05:43:33

 5   with Ms. Hamill.                                  05:43:36

 6   Q      There's a difference between throwing away the  05:43:39

 7   guardrails and throwing away the VRA.  Would you agree  05:43:42

 8   with that?                                       05:43:45

 9        MR. MANOLIUS:  Objection, vague, overbroad,  05:43:45

10   compound question.  You can answer.              05:43:53

11        THE WITNESS:  Generally, if somebody is    05:43:55

12   putting out maps that are, you know, free of traditional  05:44:01

13   redistricting criteria they're throwing everything out,  05:44:07

14   and so in this statement where I am saying this, it  05:44:10

15   might just be shorthand for, you know, the kind of  05:44:13

16   things I was hearing.                            05:44:16

17        So I was hearing this from multiple people and  05:44:17

18   sometimes they wouldn't say the exact words, but this is  05:44:20

19   the kind of idea that I would say when I was doing a  05:44:23

20   presentation like this.                          05:44:25

21   Q      Would you agree with me that someone who drew  05:44:26

22   a sample map that had only one person in it and another  05:44:28

23   map that had a million people in it, that that is a  05:44:33

24   completely different issue than someone drawing a map  05:44:36

25   that violates the VRA?                           05:44:39
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                      278

| | | |
|---|---|---|
| 1 | MR. MANOLIUS:  Objection, vague.  I don't | 05:44:42 |
| 2 | understand the question.  One person in what, in 1,000? | 05:44:44 |
| 3 | MR. MEUSER:  In a congressional district. | 05:44:48 |
| 4 | MR. MANOLIUS:  Oh. | 05:44:49 |
| 5 | THE WITNESS:  He is laying no equal | 05:44:51 |
| 6 | protection. | 05:44:52 |
| 7 | MR. WOODS:  I am going to object that calls | 05:44:53 |
| 8 | for a legal conclusion, but you can answer. | 05:44:54 |
| 9 | MR. MANOLIUS:  I'll join that too. | 05:44:56 |
| 10 | THE WITNESS:  The issue is that when I'm | 05:44:57 |
| 11 | speaking to a group, if I say, oh, my gosh, there's a | 05:44:59 |
| 12 | map that's noncontiguous, that doesn't exactly get the | 05:45:02 |
| 13 | point across.  And so something like this would be the | 05:45:06 |
| 14 | thing that I might highlight for a group like that, | 05:45:09 |
| 15 | rather than something like, oh, my gosh, this map was | 05:45:12 |
| 16 | noncontiguous and, like, they're supposed to care. | 05:45:14 |
| 17 | MR. MEUSER Q:  So the question I am going to | 05:45:18 |
| 18 | ask you, how many, I am asking for a number, how many | 05:45:19 |
| 19 | elected officials specifically told you we should just | 05:45:24 |
| 20 | throw away the VRA? | 05:45:30 |
| 21 | A       I don't recall someone using those exact | 05:45:32 |
| 22 | words -- | 05:45:35 |
| **23** | **Q       Okay.** | 05:45:36 |
| 24 | A       -- because I even say in one of these quotes | 05:45:40 |
| 25 | kind of. | 05:45:43 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    279

| | | |
|---|---|---|
| 1 | Q        And in the very next paragraph, starting on | 05:45:50 |
| 2 | line 16, you say, "And I would be, like, okay, thanks | 05:45:52 |
| 3 | for calling.  But there was no way that I was going to | 05:45:55 |
| 4 | do that." | 05:45:58 |
| 5 | Did I read that correctly? | 05:45:59 |
| 6 | A        Yes. | 05:46:00 |
| 7 | Q        And that is the statement that you made on -- | 05:46:01 |
| 8 | to the HOPE; correct? | 05:46:07 |
| 9 | A        Don't know which one this was, but, yes. | 05:46:08 |
| 10 | Q        And your statement to HOPE is that you were | 05:46:11 |
| 11 | not going to be violating the Voting Rights Act; is that | 05:46:15 |
| 12 | correct? | 05:46:22 |
| 13 | MR. MANOLIUS:  Objection, misstates what's | 05:46:22 |
| 14 | here.  The document speaks for itself, speaks for | 05:46:24 |
| 15 | itself.  You can answer. | 05:46:28 |
| 16 | THE WITNESS:  I would characterize it not like | 05:46:31 |
| 17 | that, because that seems to point to some outcome. | 05:46:35 |
| 18 | But I was suggesting to them that issues they | 05:46:43 |
| 19 | care about, if people were arguing to throw those | 05:46:47 |
| 20 | overboard, that I was somebody who would care about | 05:46:52 |
| 21 | their issues. | 05:46:56 |
| 22 | Q        And you've worked with HOPE you said for over | 05:46:57 |
| 23 | a dozen years; correct? | 05:47:00 |
| 24 | A        Yes. | 05:47:02 |
| 25 | Q        And you understand that the Voting Rights Act | 05:47:02 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    280

```
 1   was something that was very important to HOPE; is that      05:47:05

 2   correct?                                                    05:47:08

 3            MR. MANOLIUS:  Objection.  Vague and calls for     05:47:10

 4   speculation about a whole lot of people potentially, but    05:47:14

 5   you can answer, if you can.                                 05:47:17

 6            MR. WOODS:  Join.                                   05:47:19

 7            THE WITNESS:  They are not exactly a Voting        05:47:20

 8   Rights Act organization, something like MALDEF or           05:47:23

 9   something, so they are more, and the name in their title    05:47:25

10   of their name Hispanas Organized For Political Equality,    05:47:27

11   that is their mission.                                      05:47:32

12            MR. MEUSER Q:  But earlier today we were          05:47:33

13   looking at that HOPE letter --                              05:47:36

14   A      Yes.                                                 05:47:37

15   Q      -- that you read to HOPE; correct, yes?             05:47:37

16   A      Yes, yes, yes.                                       05:47:40

17   Q      And in that letter they're talking about           05:47:41

18   Voting Rights Act issues; is that correct?                 05:47:44

19   A      Yes.                                                 05:47:45

20   Q      And now you're coming back and talking to HOPE     05:47:46

21   and you state here that elected officials told you to       05:47:49

22   throw away the VRA; correct?                               05:47:55

23            MR. MANOLIUS:  Objection, misstates his          05:47:58

24   testimony.                                                  05:47:59

25            THE WITNESS:  That's a paraphrase.                05:48:01
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    281

```
 1              MR. MEUSER Q:  And you said, don't worry, I'm      05:48:02
 2   not getting rid of the VRA; is that correct?                 05:48:06
 3              MR. MANOLIUS:  Objection.  I don't see that        05:48:10
 4   here.                                                        05:48:11
 5              THE WITNESS:  That isn't -- that is a              05:48:12
 6   mischaracterization, because I don't have the ability to     05:48:14
 7   get rid of the VRA.                                          05:48:16
 8              MR. MEUSER Q:  You were not going to draw any      05:48:18
 9   districts that violated the VRA; is that correct?            05:48:19
10              MR. WOODS:  That's also mischaracterizing.        05:48:23
11              MR. MANOLIUS:   Wait a minute.  Objection.  I     05:48:24
12   instruct you not to answer, that's legislative              05:48:26
13   privilege.                                                   05:48:26
14              MR. MEUSER Q:  And you're not answering the       05:48:29
15   question at the instruction of your attorney?                05:48:31
16   A        Correct.                                            05:48:32
17   Q        Page 23, line 14, "And following the Voting         05:48:39
18   Rights Act was very important."                              05:48:49
19              Did I read that correctly?                        05:48:50
20   A        You read that line 14, yes.                         05:48:52
21   Q        And is that something that you said to HOPE on      05:48:55
22   this presentation?                                           05:48:59
23   A        I am just reading the full context here.  Yes.      05:49:00
24   Q        And in all the redistricting work that you did      05:49:16
25   before July 2nd, 2025, would that be a fair statement to     05:49:22
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                              282

```
 1   say that following the Voter Right Act is an important          05:49:28

 2   thing for Redistricting Partners?                              05:49:33

 3   A       I would say more broadly that following the           05:49:35

 4   Voting Rights Act is important for anybody doing               05:49:38

 5   redistricting --                                               05:49:41

 6   Q       And I am going to --                                   05:49:42

 7   A       -- and for Redistricting Partners in all our          05:49:44

 8   municipal redistricting.                                       05:49:48

 9   Q       And was following the Voting Rights Act a very         05:49:50

10   important thing for Redistricting Partners while drawing       05:49:52

11   the Proposition 50 maps?                                       05:49:55

12           MR. MANOLIUS:  Objection, legislative                  05:49:58

13   privilege, I instruct you not to answer.                       05:49:59

14           MR. MEUSER Q:  Mr. Mitchell, you're not                05:50:01

15   answering that question today at the instruction of your       05:50:02

16   counsel?                                                       05:50:04

17   A       Correct.  If we are going to go much longer            05:50:05

18   can we get a restroom break?                                   05:50:48

19   Q       I was going to be suggesting a restroom break          05:50:50

20   in about 10 minutes so we can confer, but if you want to       05:50:53

21   wait 10 minutes?  We can go now.                               05:50:57

22   A       Sure.                                                  05:51:01

23   Q       Turn to page 29 of the transcript.  Can you           05:51:02

24   read to yourself paragraph eight -- line 8 through 16          05:51:09

25   and then I am going to read it out loud real quick?  Let       05:51:14
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    283

| | | |
|---|---|---|
| 1 | me know when you're ready. | 05:51:18 |
| 2 | A       Sure. | 05:51:26 |
| 3 | Q       Okay.  So I will go ahead and read this out | 05:51:27 |
| 4 | loud.  "And so you've got some places where he needs to | 05:51:30 |
| 5 | get support and get engaged folks to support and do | 05:51:34 |
| 6 | turnout there for Latinos to protect a Latino member of | 05:51:38 |
| 7 | Congress in a district that is still a Latino-influenced | 05:51:42 |
| 8 | district, but is no longer a majority/minority district | 05:51:45 |
| 9 | because his district, most Latino portions go into the | 05:51:49 |
| 10 | replacement Roybal Allard district." | 05:51:53 |
| 11 |         Did I read that correctly? | 05:51:59 |
| 12 | A       Yes. | 05:52:00 |
| 13 | Q       Did you say that to HOPE in October of this | 05:52:00 |
| 14 | year? | 05:52:02 |
| 15 | A       That appears that that's what I said, yes. | 05:52:03 |
| 16 | Q       You used the phrase "Latino-influenced | 05:52:06 |
| 17 | district."  Outside of your Proposition 50 work, what | 05:52:11 |
| 18 | does Latino-influenced district mean to you? | 05:52:15 |
| 19 | A       It's Latino-influenced district is more of a | 05:52:20 |
| 20 | non-redistricting term.  It's one that doesn't have the | 05:52:27 |
| 21 | same meaning as a majority/minority district or district | 05:52:31 |
| 22 | with the ability to elect Latinos.  It's a general term | 05:52:37 |
| 23 | used by lay people to suggest a district where there's a | 05:52:41 |
| 24 | strong population. | 05:52:46 |
| 25 | Q       Sorry.  I didn't mean to interrupt you.  When | 05:52:49 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    284

```
 1    you use the phrase "a strong population," is there a      05:52:52

 2    number in your head that would equal a strong           05:52:55

 3    population?                                              05:52:58

 4    A        In -- no, there isn't.  And we've had the      05:52:58

 5    California Voting Rights Act which has tried to          05:53:04

 6    adjudicate what a Latino-influenced district is and may  05:53:07

 7    have not come up with a number.  There is no norm.       05:53:11

 8    Q        So if a district had 10-percent of Latinos in  05:53:14

 9    it, would you characterize that as a Latino-influenced   05:53:18

10    district?                                                05:53:22

11             MR. MANOLIUS:  Objection.  You're talking      05:53:22

12    about as a general matter in his practice?               05:53:23

13             MR. MEUSER:  Yes.                               05:53:26

14             MR. MANOLIUS:  Other than Prop 50?  You can     05:53:27

15    answer.                                                  05:53:29

16             THE WITNESS:  It really would depend on the     05:53:30

17    turnout rate of that Latino population and the turnout   05:53:31

18    rate of other populations in the area, but that's        05:53:35

19    usually, usually you see higher numbers than that when   05:53:37

20    you're talking about Latino-influenced districts, but I  05:53:42

21    am not the arbiter of what the bright line is.           05:53:46

22    Q        But you're the one who used the phrase          05:53:47

23    "Latino-influenced district" and you're the one who used 05:53:50

24    the phrase, you know, a strong showing, so I'm trying to 05:53:52

25    figure out, you know, I'm not entitled -- I am entitled  05:53:55
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    285

```
 1   to your best estimate here.                          05:54:00

 2           So if it was 25 percent would you consider   05:54:01

 3   that a Latino-influenced district?                   05:54:04

 4           MR. MANOLIUS:  Objection, vague.  It lacks    05:54:06

 5   foundation and that he's already said it depends on the  05:54:09

 6   circumstances, and there are different things like   05:54:12

 7   turnout rates and all that, but you can answer.      05:54:15

 8           THE WITNESS:  It's completely situational.  It  05:54:17

 9   has to do with the cohesiveness of that Latino       05:54:22

10   population, their turnout rates, what the other      05:54:26

11   population is like, so very well I could consider    05:54:28

12   someplace that has a 25 percent.                     05:54:31

13           This is a thing that comes up a lot in       05:54:34

14   municipal redistricting under the California Voting  05:54:36

15   Rights Act and, again, there is no, even the courts have  05:54:40

16   not given a definition of influenced district, even  05:54:42

17   though it's in the California Voting Rights Act, that 05:54:48

18   word, influenced district.                           05:54:51

19   Q       And this phrase --                           05:54:53

20   A       The ability to influence is in the California 05:54:54

21   Voting Rights Act, that's the terminology.           05:54:56

22   Q       So on page 29 when you used the word         05:54:58

23   Latino-influenced district, you're referring to a    05:55:01

24   specific district that is on our atlas.              05:55:04

25           Can you look at the atlas and tell me which  05:55:08
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    286

| | | |
|---|---|---|
| 1 | **district you were talking about when you talked to HOPE** | 05:55:11 |
| 2 | **in October and you said that there was this** | 05:55:16 |
| 3 | **Latino-influenced district?** | 05:55:21 |
| 4 | MR. MANOLIUS:  Objection, legislative | 05:55:24 |
| 5 | privilege.  I instruct you not to answer. | 05:55:26 |
| 6 | MR. MEUSER:  Counsel, you're instructing him | 05:55:30 |
| 7 | not to answer when he went out into public and said | 05:55:32 |
| 8 | there's this Latino-influenced district and he has | 05:55:35 |
| 9 | publicly put out this document to the Legislature that | 05:55:38 |
| 10 | breaks out every single district, he is out there | 05:55:42 |
| 11 | talking to people trying to encourage them to vote for | 05:55:45 |
| 12 | Prop 50, this is public information that he himself has | 05:55:50 |
| 13 | made public and you're instructing him about subsequent | 05:55:53 |
| 14 | comments made?  You're instructing him not to answer the | 05:55:57 |
| 15 | question? | 05:56:00 |
| 16 | MR. MANOLIUS:  Yes, because it goes to his the | 05:56:00 |
| 17 | creation of the maps themselves and what the intention | 05:56:04 |
| 18 | was behind that, so I am going to instruct him not to | 05:56:07 |
| 19 | answer based on legislative privilege, yes. | 05:56:09 |
| 20 | MR. MEUSER Q:  Mr. Mitchell, you're not | 05:56:12 |
| 21 | answering this question at the instruction of your | 05:56:13 |
| 22 | attorney? | 05:56:15 |
| 23 | A        Correct. | 05:56:15 |
| 24 | **Q        Let's turn to page 30 of your transcript.  And** | 05:56:17 |
| 25 | **I am going to read this paragraph.  "The Prop 50 maps I** | 05:56:31 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    287

1    think will be great for the Latino community in two          05:56:34

2    critical ways.  One is that they ensure that the Latino      05:56:37

3    districts that are the VRA seats are bolstered in order      05:56:40

4    to make them most effective particularly in the Central      05:56:45

5    Valley."                                                     05:56:49

6              Did I read that correctly?                         05:56:49

7    A         Yes.                                               05:56:52

8    Q         Did you make that statement to HOPE in October     05:57:00

9    of 2025?                                                     05:57:05

10   A         Yes.                                               05:57:07

11   Q         And earlier you said there were 14 VRA             05:57:09

12   districts drawn by the redistricting commission; is that     05:57:16

13   correct?                                                     05:57:19

14             MR. MANOLIUS:  Objection, misstates his            05:57:20

15   testimony.  Vague as to VRA that he used, but he can         05:57:21

16   answer.                                                      05:57:30

17             THE WITNESS:  What I said earlier in testimony     05:57:31

18   was there were 16 majority/minority districts and the        05:57:32

19   commission identified 14 of those districts as VRA seats     05:57:36

20   -- I don't want to say VRA seats but as seats that were      05:57:45

21   drawn in order to, for lack of a -- I don't want to          05:57:48

22   paraphrase too much, but there were 14 that were             05:57:51

23   identified.                                                  05:57:54

24   Q         And you told HOPE that the Proposition 50 maps     05:57:54

25   were great for the Latino community, you made that           05:58:00

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                        288

| | | |
|---|---|---|
| 1 | statement; correct? | 05:58:05 |
| 2 | MR. MANOLIUS:  Objection.  That's not a | 05:58:06 |
| 3 | complete statement, but I think we know what you're | 05:58:07 |
| 4 | referring to.  Objection, vague.  You can answer. | 05:58:10 |
| 5 | THE WITNESS:  Yes. | 05:58:13 |
| 6 | MR. MEUSER Q:  And you've had two reasons why | 05:58:15 |
| 7 | you thought the Prop 50 maps were great for the Latino | 05:58:18 |
| 8 | community; correct? | 05:58:22 |
| 9 | A        What two are you referencing? | 05:58:23 |
| 10 | Q        You say there's two critical ways that the | 05:58:25 |
| 11 | Prop 50 maps are great for the Latino communities; is | 05:58:27 |
| 12 | that correct? | 05:58:32 |
| 13 | A        Two critical ways, I see, yes. | 05:58:32 |
| 14 | Q        Okay.  One of those ways is that ensures that | 05:58:34 |
| 15 | the Latino districts that are the VRA seats are | 05:58:39 |
| 16 | bolstered in order to make them most effective.  You | 05:58:44 |
| 17 | said that; correct? | 05:58:48 |
| 18 | A        Yes. | 05:58:49 |
| 19 | Q        And when you are referring to the VRA seats | 05:58:50 |
| 20 | are you referring to the 14 VRA seats designated by the | 05:58:56 |
| 21 | redistricting commission during the redistricting | 05:59:00 |
| 22 | process in 2021? | 05:59:03 |
| 23 | MR. MANOLIUS:  Objection, legislative | 05:59:06 |
| 24 | privilege.  I instruct you not to answer. | 05:59:08 |
| 25 | MR. MEUSER Q:  And, Mr. Mitchell, you're not | 05:59:10 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    289

```
 1   answering my question today at the instruction of your    05:59:14

 2   counsel?                                                  05:59:16

 3   A         Correct.                                        05:59:17

 4   Q         Next paragraph, starting on line 12, and then,  05:59:18

 5   secondly, have to hazard a guess, and I don't want to be  05:59:23

 6   too political or partisan here, but I have to hazard a    05:59:28

 7   guess that whoever gets elected in that gateway cities    05:59:32

 8   district in Los Angeles, it's a majority/minority         05:59:34

 9   district, is going to be a better representative for the  05:59:37

10   community than the representative being elected from the  05:59:40

11   Ken Calvert seat."                                        05:59:43

12             Did I read that correctly?                      05:59:44

13   A         Correct.                                        05:59:45

14   Q         And you made that statement; correct?          05:59:46

15   A         Correct.                                        05:59:47

16   Q         And in this particular sentence you are         05:59:48

17   talking about congressional district 41 that belonged to  05:59:52

18   Ken Calvert out in Riverside and is now in the gateway    05:59:56

19   cities of Los Angeles; correct?                           06:00:00

20   A         Correct.                                        06:00:03

21   Q         Next page, 31, top of the page, lines one       06:00:04

22   through five, "So I think there are opportunities there   06:00:27

23   in the substance of the maps and the outcomes of the      06:00:32

24   maps, and I think there's a lot of opportunities in       06:00:35

25   terms of kind of those VRA concerns as well."             06:00:38
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                           290

| | |
|---|---|
| 1 | **Did I read that correct?** | 06:00:41 |
| 2 | A        Yeah, that's -- I don't recall exactly saying | 06:00:44 |
| 3 | that, but that's in the transcript.  It seems a little | 06:00:46 |
| 4 | garbled, seems like a little bit of a word salad. | 06:00:49 |
| 5 | **Q        Do you deny making that statement?** | 06:00:53 |
| 6 | MR. MANOLIUS:  Objection, misstates his | 06:00:54 |
| 7 | testimony. | 06:00:56 |
| 8 | THE WITNESS:  I don't have a reason to deny | 06:00:56 |
| 9 | saying that, but looking at this transcript I -- it | 06:00:58 |
| 10 | looks a little bit disjointed. | 06:01:02 |
| 11 | MR. MEUSER Q:  And you used the phrase "VRA | 06:01:11 |
| 12 | concerns."  Do you see that phrase? | 06:01:15 |
| 13 | A        Yes. | 06:01:16 |
| 14 | **Q        What does "VRA concerns" mean to you?** | 06:01:18 |
| 15 | A        I don't know. | 06:01:21 |
| 16 | MR. MEUSER:  Mr. Mitchell, you asked for a | 06:01:32 |
| 17 | short break.  Let's go ahead and take a 10-minute break | 06:01:34 |
| 18 | at this time. | 06:01:37 |
| 19 | THE WITNESS:  Thank you. | 06:01:38 |
| 20 | MR. MEUSER:  And counsel and I will go over | 06:01:38 |
| 21 | our notes and see if we can wrap this up. | 06:01:40 |
| 22 | MR. MANOLIUS:  Great.  Thank you very much. | 06:01:42 |
| 23 | THE VIDEOGRAPHER:  The time is 6:01 p.m.  We | 06:01:44 |
| 24 | are going off the record. | 06:01:50 |
| 25 | (Whereupon a recess was taken.) | 06:11:06 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    291

| | | |
|---|---|---|
| 1 | THE VIDEOGRAPHER:  We are back on the record. | 06:11:06 |
| 2 | The time is 6:11 p.m. and this marks the beginning of | 06:11:16 |
| 3 | videotape number seven in the deposition of Paul | 06:11:21 |
| 4 | Mitchell, which is being taken at Hansen Bridgett, LLP, | 06:11:24 |
| 5 | 500 Capitol Mall, Suite 1500, Sacramento, California. | 06:11:28 |
| 6 | The videographer is Nicholas Coulter here on | 06:11:33 |
| 7 | behalf of Array Legal Services. | 06:11:37 |
| 8 | MR. MEUSER:  Mr. Mitchell, you understand | 06:11:39 |
| 9 | you're still under oath? | 06:11:43 |
| 10 | A      Yes. | 06:11:44 |
| 11 | Q      A couple cleanup questions, so we're going | 06:11:44 |
| 12 | back to questions that you were asked earlier today. | 06:11:46 |
| 13 | I believe you were testifying earlier that you | 06:11:49 |
| 14 | had been paid by the DCCC by Jeffries, Hakeem Jeffries | 06:11:51 |
| 15 | and by HMP, House Majoirity PAC.  How did you receive | 06:12:01 |
| 16 | those payments? | 06:12:04 |
| 17 | MR. MANOLIUS:  Objection.  I think misstates | 06:12:06 |
| 18 | his testimony.  I don't believe -- have they all been | 06:12:08 |
| 19 | paid? | 06:12:11 |
| 20 | THE WITNESS:  Yeah, they have all been paid. | 06:12:11 |
| 21 | MR. MANOLIUS:  Sorry.  Go ahead. | 06:12:12 |
| 22 | THE WITNESS:  Wires. | 06:12:14 |
| 23 | MR. MEUSER Q:  And who were the wires sent to? | 06:12:16 |
| 24 | A      Redistricting Partners. | 06:12:18 |
| 25 | Q      Redistricting Partners or to your accountant? | 06:12:19 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                292

```
 1   A         To the bank.                              06:12:22

 2   Q         Okay.                                     06:12:23

 3   A         Yeah, to my bank account, not to the     06:12:24

 4   accountant.                                         06:12:28

 5   Q         Do you know who Swing Strategies is?      06:12:29

 6   A         Yes.                                      06:12:32

 7   Q         This is our opportunity to take care of this.  06:12:33

 8   A         You can go for it, you can clean this up. 06:12:35

 9   This is it.                                         06:12:37

10   Q         That's what I'm trying to do.             06:12:37

11   A         Yeah.  Yeah.                              06:12:39

12   Q         So you know what I mean by Swing Strategies;  06:12:40

13   correct?                                            06:12:44

14   A         Yes.                                      06:12:44

15   Q         And there is in the public disclosure the  06:12:44

16   person who, the address --                          06:12:47

17   A         On the invoice?                           06:12:50

18   Q         -- on the invoice where DCCC sent the payment  06:12:51

19   it went to Swing Strategies; correct?              06:12:55

20   A         It went to Ken Andreas.  It went to       06:12:57

21   Redistricting Partners, but my accountant is Ken    06:13:00

22   Andreas.                                            06:13:04

23   Q         Okay.  And who is Ken Andreas?            06:13:04

24   A         Ken Andreas is an accountant that I have had  06:13:06

25   since 2011, a personal friend, and decades ago Matt  06:13:10
```

```
 1   Rexford, who is a republican consultant, helped me get      06:13:17

 2   my accounting set up with his accountant, Ken Andreas.      06:13:23

 3   He's a good friend.                                         06:13:25

 4   Q       And what's Ken Andreas's relationship with         06:13:26

 5   Swing Strategies?                                           06:13:28

 6   A       He is also their accountant.                       06:13:29

 7   Q       And so the address for your bookkeeper is Ken      06:13:32

 8   Andreas; correct?                                           06:13:34

 9   A       Yes.                                                06:13:35

10   Q       And Ken Andreas happens to also be the             06:13:36

11   bookkeeper for Swing Strategies; correct?                   06:13:38

12   A       Yes.  Swing Strategies was the no campaign.        06:13:40

13   Small world.                                                06:13:46

14   Q       Yeah, but I'm actually trying to help you with     06:13:47

15   this one.                                                   06:13:50

16           Earlier today we were talking about               06:13:54

17   disaggregating political data.  Do you remember that        06:13:59

18   conversation?                                               06:14:02

19   A       I forgot about it, but, yes.                       06:14:02

20   Q       And in that conversation you were talking          06:14:04

21   about when a census block, when census blocks and           06:14:06

22   presincts did not align; correct?                           06:14:09

23   A       I was talking about when census blocks are         06:14:12

24   necessary within precinct boundaries.                       06:14:15

25   Q       It is my understanding that CVAP data is not       06:14:18
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                      294

```
 1   available at the census block level, so how would you        06:14:21

 2   use CVAP data to disaggregate election results?              06:14:24

 3   A      The same way, because unlike what I think you         06:14:30

 4   were inferring in the question about a nonalignment --       06:14:32

 5   Q      Yes.                                                  06:14:35

 6   A      -- census blocks always align to block groups,        06:14:35

 7   so there's always alignment, so it's exactly the same        06:14:38

 8   methodology that I discussed earlier.                        06:14:42

 9   Q      Okay.  And what components of the State's             06:14:44

10   database would you use for disaggregation?                   06:14:48

11   A      I would -- don't recall if Jacob                      06:14:51

12   Thompson-Fisher would have been the one that did that so     06:14:54

13   I don't recall.  I don't even -- yeah, I don't recall.       06:14:57

14   Q      Do you ever use racial data to disaggregate          06:15:00

15   election results to census blocks?                           06:15:04

16          MR. MANOLIUS:  Objection, to the extent answer       06:15:06

17   outside of the Prop 50 matter.  Otherwise, it's             06:15:10

18   legislative privilege.                                       06:15:13

19          THE WITNESS:  Yeah.  In the history of our           06:15:14

20   company and the way that we do work, we would not be         06:15:16

21   doing it like that.  That would not make sense.              06:15:19

22          MR. MEUSER Q:  Okay.                                  06:15:21

23   A      You would use generally population, citizen           06:15:22

24   voting age total population, because you're trying to        06:15:26

25   disaggregate votes cast or registered voter registration    06:15:29
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          295

| | | |
|---|---|---|
| 1 | numbers. | 06:15:34 |
| 2 | Q        When creating the Prop 50 maps, what data sets | 06:15:36 |
| 3 | did you use? | 06:15:40 |
| 4 | MR. MANOLIUS:  Objection, legislative | 06:15:41 |
| 5 | privilege.  I instruct you not to answer. | 06:15:43 |
| 6 | MR. MEUSER Q:  Mr. Mitchell, you're not | 06:15:46 |
| 7 | answering that question at the instruction of your | 06:15:47 |
| 8 | attorney? | 06:15:49 |
| 9 | A        Correct. | 06:15:49 |
| 10 | Q        Did you use election results when drafting the | 06:15:50 |
| 11 | Proposition 50 maps? | 06:15:56 |
| 12 | MR. MANOLIUS:  Same objection, instruct you | 06:15:58 |
| 13 | not to answer. | 06:15:59 |
| 14 | MR. MEUSER Q:  And, Mr. Mitchell, you're not | 06:16:00 |
| 15 | answering my question at the instruction of your | 06:16:01 |
| 16 | attorney? | 06:16:03 |
| 17 | A        Correct. | 06:16:03 |
| 18 | Q        Which election results did you look at when | 06:16:05 |
| 19 | drawing the Proposition 50 maps? | 06:16:11 |
| 20 | MR. MANOLIUS:  Same objection, same | 06:16:13 |
| 21 | instruction. | 06:16:15 |
| 22 | MR. MEUSER Q:  And, Mr. Mitchell, you're not | 06:16:16 |
| 23 | answering my question at the instruction of your | 06:16:18 |
| 24 | attorney? | 06:16:21 |
| 25 | A        Correct. | 06:16:21 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                      296

| | | |
|---|---|---|
| 1 | **Q        Mr. Mitchell, earlier today we were looking at** | 06:16:22 |
| 2 | **the atlas that you created for the DCCC; correct?** | 06:16:26 |
| 3 | A        Yes. | 06:16:29 |
| 4 | **Q        And in that there was the box of every single** | 06:16:29 |
| 5 | **congressional district where it showed the voter** | 06:16:32 |
| 6 | **registration numbers for that district; correct?** | 06:16:35 |
| 7 | A        Correct. | 06:16:36 |
| 8 | **Q        Where did you get that data that you used in** | 06:16:37 |
| 9 | **the atlas that you gave to the DCCC?** | 06:16:41 |
| 10 | MR. MANOLIUS:  You can answer. | 06:16:45 |
| 11 | THE WITNESS:  I think a better way to state it | 06:16:46 |
| 12 | is that this data that is in that, on that map, its | 06:16:48 |
| 13 | origin is from the statewide database. | 06:16:53 |
| 14 | MR. MEUSER Q:  So when building the maps in | 06:16:58 |
| 15 | your software, the statewide database would tell you | 06:17:01 |
| 16 | what the political breakdown of that district is; | 06:17:07 |
| 17 | correct? | 06:17:12 |
| 18 | MR. MANOLIUS:  Objection, legislative | 06:17:12 |
| 19 | privilege, instruct you not to answer. | 06:17:18 |
| 20 | MR. MEUSER Q:  Mr. Mitchell, you're not | 06:17:22 |
| 21 | answering my question today because of the direction of | 06:17:23 |
| 22 | your attorney? | 06:17:25 |
| 23 | A        Yes. | 06:17:26 |
| 24 | **Q        Okay.  Prior to working on Proposition 50** | 06:17:27 |
| 25 | **maps, when you're doing one of these hundreds of other** | 06:17:30 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                      297

```
1    redistrictings, would you use statewide data, the          06:17:32

2    statewide database?                                         06:17:38

3    A        In prior redistricts we do use statewide          06:17:39

4    database, yes.                                              06:17:42

5    Q        And when you draw a district using statewide      06:17:43

6    database in your system does it tell you the political     06:17:48

7    registration number for each district?                     06:17:54

8            MR. MANOLIUS:  Objection, vague.  You mean as      06:18:01

9    a general matter, and outside the Prop 50 process?         06:18:02

10           MR. MEUSER Q:  My question specifically said       06:18:06

11   all of the examples prior to Prop 50.                      06:18:07

12           MR. MANOLIUS:  Okay.  Thank you.                   06:18:10

13           THE WITNESS:  I wouldn't use it at all.  We        06:18:11

14   wouldn't use voter registration when we do municipal       06:18:13

15   redistricts, because its voter criteria that's            06:18:17

16   precluded, so we exclude it.                               06:18:21

17           And in the instances where we have put it in       06:18:22

18   have been infrequent and would have been not for           06:18:24

19   municipal work.  Maybe in 2021 we would have put a PDI     06:18:28

20   voter file in there as analysis, but it's not something    06:18:33

21   that we regularly use in our data sets.                    06:18:36

22   Q        So the atlas that you have put together that      06:18:39

23   has the racial breakdowns of Hispanics, correct, in this   06:18:42

24   atlas it has the breakdown of Hispanics in every single    06:18:49

25   district; correct?                                         06:18:53
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    298

```
 1              MR. WOODS:  Objection, mischaracterizes the      06:18:54
 2   document.  It speaks for itself.                            06:18:56
 3              MR. MANOLIUS:  I'll join.                         06:18:57
 4              THE WITNESS:  The document has the racial         06:19:00
 5   breakdowns by total population in the 2020 census and       06:19:01
 6   through the CVAP, yes.                                       06:19:05
 7              MR. MEUSER Q:  And has it for Hispanics;          06:19:08
 8   correct?                                                     06:19:09
 9   A      Yes.                                                  06:19:09
10   Q      And as it has it for Blacks; correct?                06:19:10
11   A      Yes.                                                  06:19:12
12   Q      And it has it for Asians; correct?                   06:19:12
13   A      Yes.                                                  06:19:15
14   Q      But it doesn't have it for whites; correct?          06:19:15
15   A      It has an "other" category and the other is          06:19:18
16   white and/or the -- there is a CVAP of Alaska native,       06:19:23
17   it's AIAN, Alaska native, and basically the Hawaiian        06:19:30
18   population and others like that, so there's -- that's in    06:19:36
19   the "other."                                                06:19:38
20   Q      Okay.  That particular data set, you know,           06:19:39
21   the --                                                      06:19:46
22   A      American Indian Alaska Native.  Sorry.               06:19:47
23   Q      In the atlas you have the breakdown of how           06:19:50
24   many people are in each population group.  Is that          06:19:53
25   something that you print with all your other               06:19:57
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                              299

| | | |
|---|---|---|
| 1 | redistricting atlases that you do for other clients? | 06:20:00 |
| 2 | A     Yes.  In different varieties, like I said in | 06:20:03 |
| 3 | Alaska it would show Alaska native and not something | 06:20:08 |
| 4 | else. | 06:20:11 |
| 5 | Q     Understand.  So you regularly print atlases | 06:20:11 |
| 6 | for your clients that list out the racial breakdowns of | 06:20:17 |
| 7 | each district and call it -- and insert it into your | 06:20:21 |
| 8 | atlas; is that correct?  Is that a "yes"? | 06:20:26 |
| 9 | A     Yes. | 06:20:29 |
| 10 | Q     And here after Prop 50 you created an atlas | 06:20:30 |
| 11 | for the Legislature and it included in this atlas the | 06:20:34 |
| 12 | racial breakdowns of the various racial ethnicities for | 06:20:37 |
| 13 | each congressional district; correct? | 06:20:44 |
| 14 | A     Yes. | 06:20:46 |
| 15 | MR. MANOLIUS:  Asked and answered.  You can | 06:20:46 |
| 16 | answer. | 06:20:47 |
| 17 | THE WITNESS:  Yes. | 06:20:48 |
| 18 | MR. MEUSER Q:  So when, I am again asking | 06:20:53 |
| 19 | prior to Prop 50, when you're using your software and | 06:20:56 |
| 20 | you have drawn a district using the statewide database | 06:21:03 |
| 21 | you are able to see the racial breakdown of that | 06:21:08 |
| 22 | district; correct? | 06:21:13 |
| 23 | MR. MANOLIUS:  Objection, vague.  I am not | 06:21:19 |
| 24 | sure I understand the question.  You can answer, if you | 06:21:20 |
| 25 | do. | 06:21:22 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    300

| | | |
|---|---|---|
| 1 | THE WITNESS:  As a general rule we normally | 06:21:23 |
| 2 | would be able to, but it would be, there's so many | 06:21:27 |
| 3 | different programs we use potentially it wouldn't be on | 06:21:29 |
| 4 | or maybe it would be in another program, so not every | 06:21:33 |
| 5 | time. | 06:21:37 |
| 6 | MR. MEUSER Q:  But you print that data in your | 06:21:38 |
| 7 | atlas every single time; correct? | 06:21:40 |
| 8 | A       Yeah.  This is a stand alone separate program. | 06:21:42 |
| 9 | We throw a shape file in and it produces this -- | 06:21:46 |
| 10 | **Q       Okay.** | 06:21:50 |
| 11 | A       -- as a stand alone program. | 06:21:51 |
| 12 | Your talking about when you're drawing | 06:21:53 |
| 13 | districts, this isn't something you use when you're | 06:21:55 |
| 14 | drawing districts, it's something you use to put out a | 06:21:56 |
| 15 | final product for a client. | 06:22:00 |
| 16 | **Q       Okay.  But you have the data of what the** | 06:22:02 |
| 17 | **racial breakdown is for every single district that you** | 06:22:07 |
| 18 | **use to put together the shape, put together these** | 06:22:10 |
| 19 | **atlases; correct?** | 06:22:14 |
| 20 | A       In my normal redistricting course of my normal | 06:22:14 |
| 21 | business redistricting. | 06:22:18 |
| 22 | **Q       Yes.** | 06:22:19 |
| 23 | A       Outside of Prop 50, yes. | 06:22:19 |
| 24 | **Q       And in Proposition 50 you created an atlas** | 06:22:21 |
| 25 | **associated with the work as a result of Prop 50;** | 06:22:24 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                        301

| 1 | **correct?** | 06:22:28 |
| 2 | MR. WOODS:  Objection, asked and answered. | 06:22:28 |
| 3 | MR. MANOLIUS:  Same, join. | 06:22:29 |
| 4 | THE WITNESS:  Yes. | 06:22:32 |
| 5 | MR. MEUSER:  Julie? | 06:22:34 |
| 6 | MS. HAMILL:  May I project? | 06:22:48 |
| 7 | FURTHER EXAMINATION | 06:22:48 |
| 8 | By: JULIE HAMILL, Attorney at Law, counsel on behalf of | 06:22:48 |
| 9 | the Plaintiffs: | 06:22:55 |
| 10 | I just want to be clear -- | 06:22:55 |
| 11 | A        Yes. | 06:22:57 |
| 12 | **Q        -- that you are refusing to answer any** | 06:22:57 |
| 13 | **questions regarding how or why you drew the Proposition** | 06:23:00 |
| 14 | **50 maps on the basis of legislative privilege?** | 06:23:04 |
| 15 | MR. MANOLIUS:  I'm objecting to that and I'll | 06:23:08 |
| 16 | affirm it for you, yes, that is our position. | 06:23:11 |
| 17 | MS. HAMILL:  You're objecting to that | 06:23:14 |
| 18 | question? | 06:23:15 |
| 19 | MR. MANOLIUS:  No, I am just trying to -- the | 06:23:16 |
| 20 | answer to your question is yes. | 06:23:20 |
| 21 | MS. HAMILL Q: I am going to ask it one more | 06:23:23 |
| 22 | time to make a clear record. | 06:23:24 |
| 23 | I want to be clear that you are refusing to | 06:23:26 |
| 24 | answer any questions regarding how or why you drew the | 06:23:28 |
| 25 | Proposition 50 map on the basis of legislative | 06:23:31 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                              302

```
 1   privilege?                                           06:23:34

 2   A          Yes, upon advice of my counsel.          06:23:34

 3              MS. HAMILL:   Thank you.                  06:23:36

 4              MR. MEUSER:  Okay.  I'll switch places with   06:23:41

 5   you.                                                 06:23:47

 6              MR. WOODS:  If you want to.               06:23:47

 7              THE REPORTER:  33 minutes left.           06:23:58

 8              MR. WOODS:  I'll be very very quick.      06:23:59

 9                        EXAMINATION                     06:23:59

10   By: S. CLINTON WOODS, Attorney at Law, counsel on behalf   06:23:59

11   of the Defendants:                                  06:24:10

12   Q          Good evening, Mr. Mitchell.  I may have   06:24:10

13   introduced myself off the record.  I am not sure if I   06:24:13

14   have.                                               06:24:16

15              My name is Clinton Woods.  I am a Deputy   06:24:16

16   Attorney General from the State of California         06:24:18

17   representing the State defendants in this matter.    06:24:20

18              I just have a few questions and I want to be   06:24:24

19   very clear that in my questions I am not asking about   06:24:27

20   your work on Prop 50.  I am focusing on after you    06:24:31

21   submitted the maps or Redistricting Partners submitted   06:24:38

22   the maps.                                           06:24:44

23              I am not asking for any conversations or   06:24:44

24   communications or anything that you would have learned   06:24:46

25   from your work with Prop 50, but as an individual    06:24:49
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    303

| | | |
|---|---|---|
| 1 | citizen, a California citizen. | 06:24:52 |
| 2 | Would it be fair to say that you wanted Prop | 06:24:56 |
| 3 | 50 to pass? | 06:25:01 |
| 4 | A     Yes. | 06:25:02 |
| 5 | Q     Okay.  Did you agree with the partisan aims of | 06:25:03 |
| 6 | Prop 50? | 06:25:08 |
| 7 | A     Yes. | 06:25:09 |
| 8 | MR. MANOLIUS:  Objection, vague as to the term | 06:25:10 |
| 9 | "partisan aims," but I think he understood the question | 06:25:12 |
| 10 | so -- | 06:25:14 |
| 11 | THE WITNESS:  I agreed to do it only because | 06:25:15 |
| 12 | of what Texas did.  Normally, I wouldn't agree to | 06:25:16 |
| 13 | partisan redistricting because in this case, because of | 06:25:19 |
| 14 | the circumstances, I did agree to it. | 06:25:21 |
| 15 | MR. WOODS Q:  Understood.  Are you a register | 06:25:24 |
| 16 | democrat? | 06:25:26 |
| 17 | A     Yes. | 06:25:28 |
| 18 | Q     Do you consider more democrats in Congress to | 06:25:28 |
| 19 | be a good thing? | 06:25:31 |
| 20 | A     Yes, particularly right now. | 06:25:32 |
| 21 | Q     Okay.  Did you vote for Prop 50? | 06:25:35 |
| 22 | A     I did. | 06:25:37 |
| 23 | Q     Okay.  Would it be fair to say that after you | 06:25:38 |
| 24 | submitted the map that the public interviews that you | 06:25:41 |
| 25 | did that counsel has been talking about, whatever other | 06:25:45 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    304

| | | |
|---|---|---|
| 1 | public interviews or statements you might have made were | 06:25:50 |
| 2 | done with the aim of convincing people to vote for Prop | 06:25:53 |
| 3 | 50? | 06:25:57 |
| 4 | A          Clearly that would have been one of the aims, | 06:25:57 |
| 5 | absolutely. | 06:26:00 |
| 6 | Q          Okay.  Because you agreed with the partisan | 06:26:00 |
| 7 | aims of Prop 50; right? | 06:26:03 |
| 8 | A          Yes. | 06:26:04 |
| 9 | Q          After you submitted the maps, I am a | 06:26:06 |
| 10 | California citizen, I am guessing based on your | 06:26:11 |
| 11 | testimony so far, and please correct me if I'm wrong, | 06:26:15 |
| 12 | that you paid attention to the Prop 50 campaign? | 06:26:18 |
| 13 | A          Quite a bit, yes. | 06:26:21 |
| 14 | Q          Okay.  Did you see any political | 06:26:22 |
| 15 | advertisements about Prop 50? | 06:26:28 |
| 16 | A          Quite a lot, yes. | 06:26:29 |
| 17 | Q          Okay.  Where did you see them? | 06:26:30 |
| 18 | A          Mostly on social media.  I didn't see the | 06:26:32 |
| 19 | YouTube ads because I paid for the one where I don't | 06:26:35 |
| 20 | have to see the ads. | 06:26:38 |
| 21 | Q          Okay.  So did you see any ads on television? | 06:26:39 |
| 22 | A          I did see some ads on television. | 06:26:42 |
| 23 | Q          Okay.  I am a sports fan so I saw a lot of ads | 06:26:44 |
| 24 | both for and against Prop 50 on every Warriors game that | 06:26:48 |
| 25 | I watched.  Did you see -- | 06:26:54 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                        305

```
 1   A        I am a huge sports fan, but they weren't      06:26:55

 2   putting the ads on my obscure Belgian bike races.      06:26:58

 3   Q        Fair enough.  Fair enough.  So you saw these  06:27:02

 4   ads on the Internet?                                   06:27:03

 5   A        Mostly, yes.                                  06:27:04

 6   Q        Did you see or did you hear any ads on the    06:27:05

 7   radio?                                                 06:27:09

 8   A        I heard ads on podcasts.                      06:27:10

 9   Q        Okay.  All right.  Were these ads pro Prop 50 06:27:14

10   or anti Prop 50 or both?                               06:27:21

11   A        Both.                                         06:27:23

12   Q        And I realize that this is a big question, but 06:27:24

13   can you give me an estimate of how many ads you saw on 06:27:27

14   line, about Prop 50?                                   06:27:33

15   A        How many unique different ads?                06:27:34

16   Q        Sure.                                         06:27:37

17   A        Yeah.  So I saw probably a dozen different ads 06:27:37

18   and I saw them, many of them several times over and    06:27:41

19   over.                                                  06:27:46

20   Q        Okay.  And when you say a dozen different ads 06:27:46

21   would that be pro Prop 50, anti Prop 50 or both?       06:27:48

22   A        Both.                                         06:27:55

23   Q        And you?                                      06:27:56

24   A        Even the ones they put me in.                 06:27:57

25   Q        Even the ones they put you in.  How many ads  06:27:59
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          306

| | | |
|---|---|---|
| 1 | did you see they put you in? | 06:28:03 |
| 2 | MS. HAMILL:  Objection, relevance. | 06:28:06 |
| 3 | THE WITNESS:  Four. | 06:28:09 |
| 4 | MR. WOODS Q:  What's that? | 06:28:09 |
| 5 | A       Four ads. | 06:28:10 |
| 6 | Q       Oh, okay.  Let's see.  And how many ads did | 06:28:11 |
| 7 | you hear on a podcast? | 06:28:15 |
| 8 | A       Maybe, half a dozen.  It was not as frequent. | 06:28:17 |
| 9 | Q       Okay.  Of the pro Prop 50 advertisements that | 06:28:23 |
| 10 | you either saw or heard, how many of those pro Prop 50 | 06:28:27 |
| 11 | advertisements mentioned partisan gain? | 06:28:32 |
| 12 | A       I would say every one of them mentioned | 06:28:36 |
| 13 | partisan gain or anti-Trump, which is a cue for partisan | 06:28:41 |
| 14 | pushing back on republicans, yeah. | 06:28:46 |
| 15 | Q       That was going to be my next question is how | 06:28:49 |
| 16 | many of them mentioned President Trump? | 06:28:51 |
| 17 | A       Almost every one of them. | 06:28:53 |
| 18 | Q       Almost every one.  How many of them mentioned | 06:28:54 |
| 19 | Texas? | 06:28:57 |
| 20 | A       Almost every one of them. | 06:28:58 |
| 21 | Q       Okay.  Of the anti Prop 50 advertisements that | 06:29:00 |
| 22 | you saw -- | 06:29:05 |
| 23 | A       Uh-huh. | 06:29:05 |
| 24 | Q       -- and let me ask the question:  The ads that | 06:29:06 |
| 25 | you were in, were those anti Prop 50 ads? | 06:29:08 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    307

| | | |
|---|---|---|
| 1 | A          They were the "No on Prop 50" ads, yes. | 06:29:10 |
| 2 | Q          How many of them, of those anti ads mentioned | 06:29:14 |
| 3 | democratic partisanship? | 06:29:17 |
| 4 | A          Almost every one of them, I think, yeah. | 06:29:20 |
| 5 | Q          How many of them?  You said about four of them | 06:29:22 |
| 6 | mentioned you; is that right? | 06:29:25 |
| 7 | A          Yeah. | 06:29:27 |
| 8 | Q          Okay.  And do you recall what they said about | 06:29:27 |
| 9 | you? | 06:29:32 |
| 10 | A          They would put me in a montage of legislators, | 06:29:32 |
| 11 | Governor Newsom, and special interests and shady, they | 06:29:37 |
| 12 | do, like, a shady image of me. | 06:29:44 |
| 13 | Q          You were in, like, black and white? | 06:29:46 |
| 14 | A          In a couple of them. | 06:29:47 |
| 15 | MS. HAMILL:  Objection.  Relevance. | 06:29:49 |
| 16 | MR. WOODS Q:  I'll get there.  So they | 06:29:51 |
| 17 | mentioned you alongside Gavin Newsom; correct? | 06:29:53 |
| 18 | A          Yes. | 06:29:55 |
| 19 | Q          Other prominent democrats? | 06:29:56 |
| 20 | A          Nancy Pelosi. | 06:29:59 |
| 21 | Q          Right.  Did you see any pro Prop 50 | 06:30:00 |
| 22 | advertisements that originated from republicans? | 06:30:06 |
| 23 | A          No. | 06:30:10 |
| 24 | Q          Did you see any anti Prop 50 advertisements | 06:30:13 |
| 25 | that originated from democrats? | 06:30:19 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                      308

| | | |
|---|---|---|
| 1 | A        No. | 06:30:21 |
| 2 | Q        Of the pro Prop 50 advertisements that you | 06:30:22 |
| 3 | saw, dozen or so, whatever they were, how many of those | 06:30:27 |
| 4 | pro Prop 50 advertisements mentioned race? | 06:30:30 |
| 5 | A        Not one. | 06:30:34 |
| 6 | MS. HAMILL:  Objection, relevance. | 06:30:36 |
| 7 | MR. WOODS Q:  Of the anti Prop 50 | 06:30:38 |
| 8 | advertisements that you saw, a dozen or so, how many of | 06:30:41 |
| 9 | those mentioned race? | 06:30:45 |
| 10 | A        I don't recall seeing that in any of those. | 06:30:48 |
| 11 | Q        Okay.  Would it be fair to say that you are a | 06:30:50 |
| 12 | close observer of California politics? | 06:30:54 |
| 13 | A        Yes. | 06:30:57 |
| 14 | Q        Do you know as you sit here today independent | 06:30:58 |
| 15 | of any of your work what or who represents California | 06:31:01 |
| 16 | district 13 in Congress? | 06:31:09 |
| 17 | A        Adam Gray. | 06:31:12 |
| 18 | (Whereupon Plaintiff's Exhibit 24 | 06:31:12 |
| 19 | was marked for identification.) | 06:31:12 |
| 20 | MR. WOODS Q:  I am going to hand you what's | 06:31:15 |
| 21 | been marked as Exhibit 24. | 06:31:16 |
| 22 | Exhibit 24 is has been submitted to the court, | 06:31:26 |
| 23 | it's exhibit -- at the bottom you can see it's | 06:31:30 |
| 24 | Exhibit 43 to the Eason declaration, which is a | 06:31:35 |
| 25 | declaration that my office submitted in opposition to | 06:31:42 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          309

1    the motion for preliminary injunction.                        06:31:45

2    A        Okay.                                                 06:31:47

3    Q        And what it is is a copy of an article that          06:31:47

4    was published on August 15th, and that was created by         06:31:51

5    ABC 10, and my first question is:  Have you ever seen         06:31:58

6    this article before?                                          06:32:03

7    A        No, I probably -- if I had seen it I would           06:32:05

8    have clicked on the video to see things like that, so I       06:32:07

9    don't know what, if I saw the article.                        06:32:10

10   Q        Fair enough.  If you look at page two of the         06:32:12

11   exhibit and it's Bates numbered CA-751 at the bottom, do      06:32:16

12   you see that?                                                 06:32:23

13   A        Where am I looking at the "About"?  Which is         06:32:24

14   about?                                                        06:32:28

15   Q        At the CA-751.                                       06:32:29

16   A        I see that, yeah, yeah.                              06:32:31

17   Q        Okay.  Great.  So that page, if you see, if         06:32:32

18   you look at the -- well, first of all, the top paragraph      06:32:39

19   on that page, it mentions you.                                06:32:43

20            Do you see that?                                     06:32:45

21   A        "ABC 10 obtained a draft proposal," that one?       06:32:46

22   Q        Yes.                                                 06:32:50

23   A        Yes.  Oh, yeah, "Headed by Sacramento based         06:32:51

24   data consultant Paul Mitchell."                               06:32:54

25   Q        That's you?                                          06:32:56

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          310

| | | |
|---|---|---|
| 1 | A        That is me. | 06:32:56 |
| 2 | Q        Okay. | 06:32:57 |
| 3 | A        I drew the maps. | 06:32:57 |
| 4 | Q        All right.  And there's a quote there that | 06:32:59 |
| 5 | says, "There's the changes where we sought to increase | 06:33:02 |
| 6 | the partisanship of a district so that we could get a | 06:33:07 |
| 7 | democrat elected in order to combat what Trump is | 06:33:10 |
| 8 | doing." | 06:33:14 |
| 9 |         Did I read that correctly? | 06:33:14 |
| 10 | A        That is correct. | 06:33:16 |
| 11 | Q        Do you believe that you said that? | 06:33:17 |
| 12 | A        Yes. | 06:33:19 |
| 13 | Q        There's an additional quote.  "Then there's | 06:33:20 |
| 14 | the other districts, where you might see people moving | 06:33:23 |
| 15 | because of all of the other movements." | 06:33:26 |
| 16 |         Did I read that correctly? | 06:33:29 |
| 17 | A        Yes. | 06:33:30 |
| 18 | Q        Do you believe you said that? | 06:33:31 |
| 19 | A        Yes. | 06:33:32 |
| 20 | Q        And then moving further down this page, about | 06:33:33 |
| 21 | halfway down, a little bit more than halfway down | 06:33:37 |
| 22 | there's a paragraph that is a quotation that is | 06:33:39 |
| 23 | something that you said and I am going to read it here. | 06:33:43 |
| 24 |         It says, "We have these five democratic | 06:33:47 |
| 25 | pickups, but we also have about five seats where we have | 06:33:52 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                311

| | | |
|---|---|---|
| 1 | democrats who, you know, maybe won by a couple hundred | 06:33:55 |
| 2 | votes in the last election and we can't afford for a | 06:33:59 |
| 3 | republican to pick that seat up and eat into those | 06:34:02 |
| 4 | potential gains." | 06:34:06 |
| 5 | Did I read that correctly? | 06:34:08 |
| 6 | A      Yes. | 06:34:09 |
| 7 | Q      All right.  Do you believe you said that? | 06:34:10 |
| 8 | A      Yes. | 06:34:11 |
| 9 | Q      And then the quote continues, "So we did a lot | 06:34:13 |
| 10 | to bolster democratic candidates up and down the state | 06:34:16 |
| 11 | that are potentially in tough races, like Adam Gray in | 06:34:20 |
| 12 | the Central Valley." | 06:34:23 |
| 13 | Did I read that correctly? | 06:34:25 |
| 14 | A      That is correct. | 06:34:26 |
| 15 | Q      Do you believe you said that? | 06:34:27 |
| 16 | A      Yep.  That's not even August 15th.  That's a | 06:34:28 |
| 17 | very quick reporter. | 06:34:35 |
| 18 | Q      All right.  Let me just check my notes.  I | 06:34:37 |
| 19 | think that's all I have. | 06:34:50 |
| 20 | A      Thank you very much. | 06:34:52 |
| 21 | MR. WOODS:  Thank you, Mr. Mitchell. | 06:34:53 |
| 22 | THE VIDEOGRAPHER:  Is that everyone?  All | 06:34:57 |
| 23 | right.  The time is 6:34 p.m. | 06:34:58 |
| 24 | MR. MANOLIUS:  I have a few. | 06:35:02 |
| 25 | THE VIDEOGRAPHER:  This is the end of today's | 06:35:03 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                        312

1   deposition.                                              06:35:05

2           THE REPORTER:  Mr. Meuser, you're responsible

3   for the O&1?

4           MR. MEUSER:  Yes, and I want a rough draft

5   ASAP.

6           MS. HAMILL:  Rough draft and certified

7   electronic copy ASAP.

8           MR. WOODS:  Rough draft and certified copy.

9           MR. MANOLIUS:  Rough draft and certified copy.

10          MR. DeNEVERS:  Certified copy electronic.

11          MR. DODGE:  Certified copy electronic.

12          THE REPORTER:  Thank you.

13          (Whereupon the proceedings were

14          concluded at 6:35 p.m.)

15

16

17

18

19

20

21

22

23

24

25

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    313

1        CERTIFICATE OF CERTIFIED SHORTHAND REPORTER

2             I, LINDA J. HART, the officer before whom

3    the foregoing deposition was taken, do hereby certify

4    that the foregoing transcript is a true and correct

5    record of the testimony given; that said testimony was

6    taken by me stenographically and thereafter reduced to

7    typewriting under my direction; that reading and signing

8    was not requested; and that I am neither counsel for,

9    related to, nor employed by any of the parties to this

10   case and have no interest, financial or otherwise, in

11   its outcome.

12            IN WITNESS WHEREOF, I have hereunto subscribed my

13   signature on this 12th day of December,

14   2025.

15

16

17                    _Linda Hart_

18

19            _____
              LINDA J. HART, CSR #4357
20            RMR/CRR

21

22

23

24

25

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

**$**

**$0.33**
229:17

**$108,000**
53:15
228:17
229:3,8

**$108,333.33**
229:9

**$108,333.34**
229:11

**$325,000**
228:12
230:20

**0**

**000043**
71:18

**000045**
71:18

**00005**
60:9

**00009**
60:9

**000177**
228:22

**000183**
53:22

**000192**
53:23

**062025**
47:8

**1**

**1**
11:14 20:7,9

**1,000**
278:2

**10**
15:3 96:22
99:14 121:5,
7 122:18
125:24
127:22
128:15
130:7
133:22
143:4,10
147:11
150:2
156:22
172:9
181:22
183:5,9
197:17
200:14
212:11
241:12
282:20,21
309:5,21

**10-minute**
158:21
290:17

**10-percent**
83:11,12
249:11
284:8

**100**
18:17
153:14
158:2 183:6
261:15

**100-mile**
184:25

**10:08**
11:2,20

**10th**
11:1,19
21:21 189:2,
5

**11**
53:8 105:8
115:14
167:23
173:12,14,
18 197:20
207:22
209:9,10
213:12

**11:09**
59:20

**11:22**
59:24 60:4

**11:33**
72:9

**12**
53:8 69:23
105:4
121:10
176:17,23
180:13,17
197:24
207:22
289:4

**120**
38:6,8

**12:11**
95:23 96:1

**13**
55:23 99:16,
18,24
107:21
108:5 109:4,
18 123:1
131:8
184:13,15
198:2

**199:24**
251:9
259:18
260:22
270:2
274:18
308:16

**14**
99:24 105:6
109:4,18
110:25
111:1 161:9,
14 163:1
185:14,17
194:1 198:5
259:17
271:6
281:17,20
287:11,19,
22 288:20

**14th**
45:24 46:19
47:8 48:4,
12,24 49:2
53:1 56:10
57:16,18,21

**15**
66:10
113:22
189:11,12,
21 190:20
198:8
201:13
205:10
259:17
272:3,21

**15-minute**
241:12

**1500**
11:4,22 60:2
96:8 159:5
179:23

**241:23**
291:5

**15th**
29:16 46:19,
23 49:2 51:5
55:23 56:5,7
57:19,25
58:4,14
62:25 64:3
65:3 66:25
70:13 71:1,
24 72:8,16
82:5,23
96:13 97:15
159:9 160:9,
18 164:20
165:21
167:16,17
184:21,22
186:5
187:11
209:13
214:13,15,
18 229:25
233:4,5
234:4,19,24
235:7,15,16,
19,20,23
236:20
238:5,19,25
239:4,12
249:16,24
250:3
268:24
270:25
309:4
311:16

**16**
44:11 45:17
66:10
107:21
108:5
193:22

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

198:11
199:16,17,
19 211:18,
19 212:7,23
213:4
257:23
258:3 270:4
279:2
282:24
287:18

**17**
125:12
127:19
137:1,11
138:24
198:14
214:24,25
215:3,6,7
258:3 267:6,
13

**17th**
114:3
127:11

**18**
104:17
137:16
198:17
199:24
218:19
219:1 272:3

**180**
21:9

**1822**
217:9

**19**
44:20,21
125:22
134:21
198:23,24
208:13
216:17

217:18,21
218:15
221:17,21
249:11
258:17
272:3

**19th**
167:16

**1:00**
180:22

**1:04**
96:3,5

**1st**
181:6
236:20,21,
22 237:15
238:6,19,25
239:4,11
241:6

_____

**2**

**2**
20:25 21:2
44:11 53:6

**20**
15:3 39:4
88:21
104:17
107:21
108:5
115:22
126:2
204:22,24
222:2,4

**200**
66:18,22

**2008**
39:24

**2010**
252:4

**2010-ish**
113:23

**2011**
111:15
251:21
252:4,20
254:22
292:25

**2012**
251:9,19,21

**2013**
251:19,21

**2019**
216:18
218:16

**2020**
192:11
193:1 298:5

**2021**
111:15
112:5,8
118:3,7,17
119:6,10,15,
18 120:11
121:1,8
122:8 132:7,
11 133:2
135:10,21
139:13,18,
20,22 143:1
144:4
148:23
176:16
193:19,20
201:4,17
202:11,13,
15,18,20,23,
24 203:18,
19 207:10
211:10,23
217:13

253:16
254:3,4,13
255:3
271:11,13
288:22
297:19

**2021-cycle**
213:3

**2022**
217:8,10,12

**2023**
216:18
217:10,16
218:10,16

**2025**
11:2,19
21:21 22:24
25:11 42:5,
13 44:22
47:4 55:23
96:13 97:16
114:1
127:11
139:17
173:21
174:5
209:13
249:16
281:25
287:9

**2031**
106:3

**20th**
173:21
189:3,5

**21**
161:10,14
163:1
199:24
222:14,15

**22**
91:3 163:19
199:24
222:24
223:5
274:10

**23**
117:1,5
200:16,17
202:20
216:18
217:18,22
218:16
228:19,22
281:17

**23rd**
202:18
225:10

**24**
105:8 117:2,
5 120:14
121:12
122:16
125:12
127:19,21
128:6
200:17
204:21,23,
24 272:15,
19,22
308:18,21,
22

**24th**
121:8
202:15,23
241:6
259:11,12,
16

**25**
128:6
130:13
134:20,21

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

137:2
199:24
205:13
239:20
272:15,19
285:2,12

**26**
161:7,10
163:1,19

**26th**
20:12

**27**
91:4 137:1
140:17

**28**
137:2
140:19,24

**29**
199:24
282:23
285:22

**2:25-cv-
10616-jls-
wlh-kkl**
11:18

**2:27**
158:23

**2:41**
159:2

**2nd**
29:13,18
30:6,9,25
31:10 55:24
66:15,25
159:9 160:8,
17 164:19
165:20
214:13,18
216:5
232:18

233:4 234:3,
19,24 235:7
259:11
268:24
270:24
281:25

———————

**3**

**3**
21:19,22

**30**
167:23
286:24

**31**
199:24
289:21

**33**
199:24
229:13
302:7

**333.33**
229:5

**34**
199:24
229:14
274:5

**35**
128:10
133:17
199:24
205:17

**36**
208:16

**37**
176:17,23
208:19

**38**
199:24

**39**
199:24

**3:09**
179:16

**3:22**
179:20

**3rd**
44:22 45:9,
23 47:4,8,
11,14 48:4,
12,18,24
51:5 53:2
215:8 216:6

———————

**4**

**4**
43:15,18
52:25

**40**
133:17
134:11

**41**
134:14
142:24
199:24
203:4 204:9,
13,14 205:9
289:17

**42**
134:12
205:20,22

**43**
176:17,23
208:19
308:24

**4357**
13:10

**45(c)**
185:1

**46**
199:24

**4:48**
241:16

**4:56**
241:20

———————

**5**

**5**
53:20,24
228:8

**5'10"**
21:14

**5-foot-7**
21:4

**50**
19:25 22:25
24:15,20
25:6 26:15,
24 27:4,18
28:3 31:1,24
32:13,18,21
34:21 35:5
40:18,20
41:4,6,11,13
43:1 48:6
51:10 57:17,
18 58:5
66:14 68:7
72:11 76:6,
12 77:8
80:9,18
81:1,10 82:5
84:8,15,21
88:24 89:6
92:1,11
93:2,22
94:20,25
95:3 98:1
103:21
104:2,21

105:1 107:9
110:14
111:5,11
114:7,9
115:4,8
116:23
117:23
119:12
120:4,8
129:8 130:1,
3,9 132:18,
22 133:3
134:6
135:14,18
139:12,19
143:4 147:3
148:2,4,17
152:9
153:12
155:14,19
156:16
157:21
158:5,17
159:10
161:23,25
162:2,6,10
163:3,5,24
164:20,23
165:5,8,11,
14,18,21,24
166:2,5
167:25
169:9,20
170:23
171:21
172:11
173:6,10,15
175:2
176:22
178:24
189:15
194:4
195:19
196:12

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

206:15,17
210:9
219:13
224:25
225:19,22
226:5,6,10
230:15
233:12
241:9
242:17
248:22
252:23
253:2
254:17
255:10
257:14,17
258:11,25
259:8,11
260:4,10
261:17,21
262:15,17
263:25
271:17,20
282:11
283:17
284:14
286:12,25
287:24
288:7,11
294:17
295:2,11,19
296:24
297:9,11
299:10,19
300:23,24,
25 301:14,
25 302:20,
25 303:3,6,
21 304:3,7,
12,15,24
305:9,10,14,
21 306:9,10,
21,25 307:1,
21,24 308:2,

4,7

**50-percent**
93:10,19
134:10,13

**500**
11:3,22 60:2
96:8 159:5
179:23
241:23
291:5

**52**
98:20 99:4,
11 100:19
119:19
124:20
125:5 138:8
154:1,24
155:25
156:20
199:25
206:4,16
215:3 216:4

**53**
119:19
124:20
125:5 138:8

**54**
154:1,25

**545**
21:15

**55**
155:25
156:21

**56**
153:24

**57**
153:25

**59**
185:19
188:6

**5:42**
64:3

**5:56**
64:10 65:3
67:21

**5th**
20:11

---

**6**

**6**
60:7,10
63:25 64:1
71:25 85:22

**604**
189:19

**63**
152:13,20
153:18

**65**
153:18

**6:01**
290:23

**6:02**
70:13

**6:11**
291:2

**6:34**
311:23

**6:35**
312:14

---

**7**

**7**
71:11,13
243:8

---

**8**

**8**
68:15 96:12,
14 99:15
172:9 243:8
282:24

---

**9**

**9**
111:1 113:5,
8 122:12
130:13
134:21
161:7 172:9
243:8

**90**
176:12

---

**A**

**a.m.**
11:3,20
59:20,24
60:5 72:9
180:22

**AAPI**
223:9

**AB**
189:19

**AB604**
85:10,13

**abandoning**
102:16

**ABC**
309:5,21

**abide**
248:6

**ability**

17:3 150:18
151:3,24
154:23
155:1
156:17
173:4
207:17
281:6
283:22
285:20

**absent**
73:22

**absolutely**
34:3 164:15
219:13,14
259:14
304:5

**abstract**
32:1

**abundantly**
276:3

**acceptable**
145:4,18

**access**
33:19
183:23
184:5,7
186:7
224:11

**accessible**
33:17

**accident**
57:18

**account**
166:23
224:12
292:3

**accountant**
291:25
292:4,21,24

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

293:2,6

**accountant's**
23:24

**accounting**
293:2

**accounts**
59:6

**accurately**
142:9

**acknowledge**
73:3

**ACLU**
251:22

**acquainted**
113:19,21

**ACS**
217:10,22
219:2
220:10
221:8

**Act**
15:12 73:11,
16 74:21,25
75:10,14
76:7,24 77:5
92:7 93:12
102:22
103:8,14
104:9
144:20
146:4,22
149:8,23
161:22
162:6,13,21
163:21
170:8,15,20
193:25
212:22,25
245:20
248:19,21

251:13
262:4,22
263:7,8,10,
12 267:16
268:20
269:2,10,15
272:16
273:3,15,19,
24 279:11,
25 280:8,18
281:18
282:1,4,9
284:5
285:15,17,
21

**Act's**
92:1

**action**
20:11 21:20
52:15
116:20
185:5

**actions**
52:2

**active**
79:11

**acts**
92:16

**actual**
102:1
103:15
253:13,17

**ad-libbing**
128:22

**Adam**
308:17
311:11

**add**
46:4 48:8
84:1 199:13

**added**
163:21
209:6

**addendum**
216:24

**addition**
250:6

**additional**
118:5
129:19
134:6,18
158:11
245:21
310:13

**address**
23:22 83:14
292:16
293:7

**adds**
227:20

**adjudicate**
284:6

**adjust**
37:25
171:13

**adjusted**
37:22,23
218:18

**adjustment**
59:14

**administrativ
e**
24:1

**adopting**
86:2 123:13
242:15

**adoption**
262:2

**ads**
304:19,20,
21,22,23
305:2,4,6,8,
9,13,15,17,
20,25 306:5,
6,24,25
307:1,2

**advance**
225:21

**Advancemen
t**
250:10

**advantage**
99:4 100:19
107:10
176:11

**advantageou
s**
176:6

**advertisemen
ts**
304:15
306:9,11,21
307:22,24
308:2,4,8

**advice**
94:16 302:2

**advise**
61:14

**advising**
124:11

**advocacy**
51:3,13
57:13 139:3
172:18,22
175:6
254:11,12,
15 255:21
257:9

**advocate**
134:25
173:2 203:3
263:20

**advocated**
111:23
118:10
129:20
132:7,11

**advocating**
108:19
119:16
120:1,12
135:22,23
136:11,15,
20 139:23,
24 175:2,7
176:15
201:22

**affect**
170:12

**affirm**
101:9
104:11
301:16

**afford**
311:2

**afraid**
51:17

**afternoon**
180:4

**age**
128:10
197:6
205:17
212:24
294:24

**agencies**
263:7

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

**agency**
78:8 79:12
80:4 94:8,
12,13,14,15,
17 103:16
188:10
254:10

**agent**
23:20

**aggregate**
147:21

**agnostic**
149:20

**agree**
143:24
144:6
145:11
155:5,23
156:8,20
218:15
225:5 227:2,
13,25
263:11
277:7,21
303:5,12,14

**agreed**
228:12
303:11
304:6

**agreement**
27:17,21,24,
25 28:1
30:15,19,20,
21 53:21
54:16 55:6,
21,22 56:4,
24

**agricultural**
78:25

**Aguilar**
160:8 237:3

**Aguillar**
234:15

**Ah-ha**
243:16

**ahead**
13:18 34:6
43:3 70:18
72:5 211:17
214:20
218:23
250:6 252:7
268:15
275:4 283:3
290:17
291:21

**AIAN**
298:17

**aim**
304:2

**aims**
303:5,9
304:4,7

**air**
112:13

**aired**
209:14

**Alaska**
75:25
298:16,17,
22 299:3

**Alaskan**
76:1

**Alexandra**
164:21

**align**
293:22
294:6

**aligned**
136:19

201:7

**alignment**
248:12
294:7

**aligns**
53:11

**Allard**
283:10

**Allen**
165:25

**allocation**
158:10

**allowed**
50:1 206:17

**allowing**
74:18 126:4
205:3

**almond**
78:22,24

**alongside**
307:17

**alternate**
138:25

**alternative**
85:13
106:19
107:8

**ambiguous**
39:17
230:17

**amend**
52:21 72:12
87:4,13,17,
21 88:25
89:6,14
126:8
214:19

**amendment**

242:17

**amenity**
87:1

**America**
12:3,23

**American**
216:20,23
218:11
220:21
227:10
250:9
298:22

**Amicus**
251:4

**amount**
206:14,19
229:1

**Ana**
59:15

**analyses**
203:1
232:12

**analysis**
15:21,22
22:20,23
126:4
133:13,14,
22,23 134:2
148:22
155:1
161:22,23
162:6,10,14,
22 163:2,20
205:3
230:23,24
231:2,4
251:6,10,14,
17,22
297:20

**analysts**

170:14

**and/or**
298:16

**Andreas**
292:20,22,
23,24 293:2,
8,10

**Andreas's**
293:4

**Angela**
83:4

**Angeles**
17:8 18:11,
17 117:9
118:5
119:17
122:23
125:18
184:14,19,
24 185:7
200:23
208:18
219:16,20
220:2 259:3
289:8,19

**answering**
192:21
196:23
204:18
227:6,16
228:4
231:18
232:9,15
242:25
248:25
253:5
256:19
264:5 266:4
270:20
271:4,24
281:14

282:15
286:21
289:1 295:7,
15,23
296:21

**anti**
305:10,21
306:21,25
307:2,24
308:7

**anti-trump**
306:13

**anymore**
105:19
125:13

**apologies**
143:13

**apologize**
50:13 82:18
161:12

**apparently**
19:21

**appearance**
20:12
115:11

**appeared**
11:7

**appearing**
11:24
184:22
185:7

**appears**
71:23
186:19
283:15

**applies**
28:10 73:17
156:22

**apply**
28:16 73:24

**approach**
139:10

**approaching**
148:8

**approved**
20:4 64:4

**approximately**
182:18
233:15
239:23

**Aquilar**
234:9

**arbiter**
284:21

**area**
39:23 79:24
87:3 122:22
126:5,13,14
137:17,23
158:12
177:19
205:4
207:23
284:18

**areas**
78:25
137:23
146:21
155:6
156:13,22
175:2 207:5

**argue**
149:22
172:19

**argued**
108:11

**arguing**
279:19

**argument**
138:10,12,
22 139:9

**argumentative**
117:18

**arguments**
76:2 137:20
138:9
139:22
146:5

**Armenian**
79:22 146:6,
9

**Armenians**
76:2

**Armenta**
25:22 31:17
253:21,22,
23,24 254:2,
17

**Armenta's**
254:5

**Arnold**
12:17

**Array**
11:24 60:4
96:10 159:7
179:25
241:25
291:7

**arrested**
38:8

**article**
59:12
123:20
173:14,20,

23 174:12,
23 222:10
309:3,6,9

**articles**
221:12
226:1

**articulate**
129:21

**articulating**
120:10

**ASAP**
312:5,7

**Asian**
52:14 76:4,
18 107:25
227:10

**Asians**
298:12

**assembly**
50:16 94:19
160:10
167:13
240:20

**assert**
42:15

**asserting**
24:18 26:20,
22 29:11
141:16

**assessment**
244:18

**assign**
39:3,5,7,12,
13

**assigned**
37:13 94:11

**Associates**
13:11

**association**
107:5

**assume**
168:12
223:17

**assuming**
51:9 229:20
237:22

**assumptions**
36:23 37:2,4

**atlas**
188:9,25
189:3,7,15,
19 190:7
192:14,16
193:14
194:7 203:5
205:10,21
216:8
218:10
285:24,25
296:2,9
297:22,24
298:23
299:8,10,11
300:7,24

**atlases**
217:21
220:25
299:1,5
300:19

**attach**
65:6

**attached**
62:19 65:4
96:20,25
97:1 133:23
144:13
186:15
202:2

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

**attachment**
121:18,22
122:4,7

**attempt**
207:12

**attempting**
52:1

**attendance**
79:1

**attention**
43:21 89:25
93:21 99:16
104:3 105:5
117:1
134:20
161:9
167:22
304:12

**attorney**
13:21 16:17,
18,20 49:16
93:20 149:9
170:16
180:2
204:19
227:7,17
228:5 231:3,
19 232:3,10,
16 243:1
249:1
256:20
260:20
264:6 266:7,
17 267:1
269:25
270:21
271:4 272:1
275:25
276:11
281:15
286:22
295:8,16,24

296:22
301:8
302:10,16

**attorney's**
107:19
210:24

**attorney-
client**
23:5 149:13
182:24
184:10
236:12
242:22

**attorneys**
93:11 94:1,
2,18 103:14
146:3
230:15,19,
23 231:1
253:6

**audience**
102:16

**August**
29:16 44:22
45:9,23,24
46:19,23
47:4,8,11,14
48:4,12,18,
24 51:5
53:1,2 56:10
57:16,25
58:4,14
62:25 64:3
65:3 66:25
70:13 71:1,
24 72:8,16
82:5,23 95:8
96:13 97:15
99:2 159:9
160:9,18
164:20
165:21

167:17
186:5
187:11
189:2,3,5
209:13
214:14,15,
18 229:25
235:22
236:20,21,
22 237:15
238:6,19,25
239:4,11,12
241:6
249:16,24
250:3
259:11,12
268:24
270:25
309:4
311:16

**Aulisi**
13:5

**author**
87:20
151:18
174:22

**average**
216:18,20
218:17

**avoid**
61:21

**aware**
40:16 42:8,
10 46:23
56:14 57:1,
7,8,12,14
69:9 85:16
89:23 90:14
106:18
107:7,15
112:7 191:8
193:4 202:4,

5 206:2
213:3 220:1
267:3
268:23

**awhile**
208:17

---

**B**

**back**
46:10 59:23
60:12 61:6
65:7,24
67:19 72:22
85:22 88:10
96:4 105:8
109:15
115:3 120:2
122:10
123:25
124:2
125:23
127:9 128:5
129:24
130:12
132:6
134:24
136:22
138:5,7
141:6
142:14
150:1 159:1
161:6,22
166:13,21,
23 179:10,
19 196:1
199:22
203:10
208:24
235:14,18,
23,24
241:19
242:1
280:20

291:1,12
306:14

**backwards**
223:7

**bad**
21:9 101:2
146:23
203:10

**ball**
32:7

**ballot**
20:5 22:25
41:14,17
58:22 90:11,
13,16,20,25
91:1,4
108:23
110:21
114:9 174:8,
9 206:17

**ban**
146:9

**bank**
292:1,3

**banner**
247:18,20,
22

**bar**
263:12

**barbecues**
146:10

**barred**
275:20

**base**
36:15

**based**
38:21 85:17
89:5,7,16
94:12

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

107:19
120:7
135:19
156:14,17
157:24
160:5
163:11
196:13
206:13
262:8
286:19
304:10
309:23

**basement**
215:23

**basic**
87:14

**basically**
38:17 109:2
134:23
248:11
253:18
298:17

**basis**
82:14 115:1
301:14,25

**Bates**
53:22 60:8,
24 71:16
186:22,24
187:3,5
228:22
309:11

**Bay**
207:23

**BBQ**
146:9

**Beach**
128:9 133:7,
8,15,17
134:15,16,

17 136:13,
17 201:9
205:15,16,
22,23

**begin**
14:17

**beginning**
59:25 88:10
96:5 125:25
159:2
179:20
188:16
241:20
291:2

**begins**
11:12 44:20
53:21 88:7

**behalf**
11:24 12:5,
7,9,11,14,
18,20,24
13:1,5,21
60:4 96:9
159:6
179:25
180:2
225:18
241:25
271:12
291:7 301:8
302:10

**beings**
51:20

**Belgian**
305:2

**belief**
273:23

**believed**
125:4
136:13
226:19,21

**belonged**
289:17

**Ben**
165:25

**Bennett**
164:24

**Berkeley**
188:23

**Berman**
165:5

**bicycle**
232:18,19

**bidding**
86:1

**bifurcated**
154:23

**big**
274:4
305:12

**bike**
29:20
232:23,24
233:1 305:2

**bill**
87:19 88:5,
6,7,11,14,16
90:15
159:10
239:13
240:2,3
259:13

**bills**
85:11
159:10,14

**bit**
16:25 26:11
93:6 128:22
129:2
145:17

207:20
224:16
264:8 290:4,
10 304:13
310:21

**black**
39:23 52:17
75:24 76:4,
18 79:23
172:10,20
173:1,2,16
174:14
175:3,6,8,
11,15,24
176:6,13,23
307:13

**Black-
influenced**
173:6

**Blacks**
298:10

**blank**
39:11,12

**blanking**
50:17
238:13

**block**
38:24 39:2,
4,6,8,9,10
59:14 85:6
207:19,21
293:21
294:1,6

**blocks**
38:13,21,23
39:4,12,13
59:16
293:21,23
294:6,15

**bluff**
41:22 98:2

**board**
73:18 79:10
263:9

**Bob**
235:5

**bold**
127:24
147:17

**bolster**
169:3
311:10

**bolstered**
168:3 287:3
288:16

**bonus**
131:17,23

**bookkeeper**
293:7,11

**bosses**
86:2

**bottom**
44:8,18
53:22 60:8
63:25 65:1
68:14 85:24
143:14,18
150:3 206:5
212:13
308:23
309:11

**bought**
53:1

**boulevard**
78:13

**bound**
170:7

**boundaries**
74:13,14
143:22

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

144:18,24
293:24

**boundary**
59:15
206:24
207:9

**box**
112:15,16,
20 169:7,20
192:11,15
296:4

**boxes**
183:5

**Boy**
172:5

**Brad**
234:9

**break**
59:17,18
158:21
160:15
241:12,14
282:18,19
290:17

**breakdown**
296:16
297:24
298:23
299:21
300:17

**breakdowns**
297:23
298:5 299:6,
12

**breaks**
286:10

**Bridgett**
11:3,22
12:10 60:1
96:7 159:4

179:22
241:22
291:4

**briefly**
222:6

**bright**
284:21

**bring**
47:10,13
181:10,14

**Brinken**
235:4

**broad**
37:5 106:16

**broadly**
50:20 282:3

**brought**
182:8

**browser**
69:19,20

**Bryan**
94:20

**Bryan's**
95:18

**budget**
106:1

**bugging**
206:1

**building**
296:14

**built**
36:23

**bullet**
127:24
129:3
130:14
132:10,13,
18 133:1,12

204:1,5

**burden**
185:6

**burdened**
185:2

**burdensome**
182:1
208:10

**busily**
182:17

**business**
247:7
300:21

**butchered**
256:22

**buy**
36:9

**bypassed**
206:18

**byproduct**
145:23
146:15
202:4

———

**C**

**CA-751**
309:11,15

**Cal**
223:24

**Cal-poly**
223:21,24
226:25

**Caldians**
76:3

**calendar**
236:1,2,6,7,
15,16

**California**
11:4,6,17,23
12:6,8 15:12
22:24 26:23
35:16 36:8
42:4,12,13
52:14 60:3
75:19,23
76:4,13,17
77:15 78:17
84:20 91:10,
24 96:8 99:5
104:25
118:11
134:24
135:15,21
136:4,19
156:19
159:5 170:7,
12 177:25
178:17
179:23
188:15
190:21
206:2,7
216:12
219:16
220:22
233:2,7,13,
20,22,25
234:4,5
235:8
236:24
238:11
241:23
242:11,13
245:14
248:4,6
249:10
251:12
252:15
254:1
260:24
261:6,11,19

262:1
265:18,22,
23 284:5
285:14,17,
20 291:5
302:16
303:1
304:10
308:12,15

**California's**
173:16

**call**
69:7 85:7
88:13 91:21
92:13
101:19
107:1
113:15
167:6 188:9
237:8
251:16
257:24
274:19,20
299:7

**called**
11:9 35:20
41:13 44:22
72:20 91:1
123:2 128:7
184:13
185:17
186:5 188:9
203:8
205:14
211:23
238:18

**calling**
107:13
196:2
221:22
279:3

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

**calls**
17:15 19:8,
17 26:17
27:11 28:4
30:11 31:21
32:14 34:19
41:15,24
43:3 46:5,15
48:8,13 52:5
54:22 55:8,
15,17 56:20
57:5 58:9,
16,25 59:8
63:2 64:15,
22 65:9
66:19 68:1,
18 69:1,12
70:3,17 71:2
72:3 73:1
74:2 75:1,20
76:8,20 77:1
79:17 80:10
81:3,11
84:9,23
85:4,14,19
86:7,10,18
87:7,8,10,23
88:1 89:1,2
90:6 91:12
92:2 93:1,23
98:3 103:23
105:20,22
110:8
114:19
117:17
121:23
124:17
127:2
128:24
129:10
130:25
133:24
136:6 138:2
139:14

140:11
143:6
145:13
148:14,18
149:11,15
150:24
151:11
152:4 153:3
154:9
155:16
156:24
159:16
162:2 164:5
166:18,24
170:2
171:25
172:15
173:24
174:21
175:18
176:25
178:3,5
206:8,9
207:1 213:6
236:11
244:19,20
245:6 248:7
258:13
273:4 278:7
280:3

**calmly**
267:14,23
268:10,12

**Caltech**
221:25
222:3
223:24

**Calvert**
140:13,15
141:7
142:15
143:1
289:11,18

**Calvert's**
131:9,18
204:13

**campaign**
293:12
304:12

**campaign's**
225:23

**campaigning**
114:11

**campuses**
79:2

**candidate**
136:15
152:23
155:2
156:18

**candidates**
154:3 155:8,
24 163:6,15
177:24
178:16
311:10

**capacity**
27:7 29:7
42:20 89:8
225:18

**capitol**
11:3,22 60:2
96:8,12
97:15 140:8
142:12
159:5 167:5
179:8,23
209:8
241:23
252:7
255:25
256:6
259:25
260:2 261:3

264:21
265:9,13
267:14,20
270:4 272:9,
24 273:12
274:8 291:5

**care**
193:8
221:16
226:24
278:16
279:19,20
292:7

**Carolina**
274:3

**case**
11:16,18
15:6,8,10,
13,20 17:5,
10,19 18:20
19:20 40:8
56:24
131:22
156:15
157:23
183:13
229:20
243:24
246:14
303:13

**cases**
28:11 86:24
139:2
153:14
156:16
170:13
274:4

**cast**
39:3,22
294:25

**Catalyst**

52:14

**catch**
29:21

**catching**
158:6

**categorize**
272:7

**category**
298:15

**Catherine**
165:11,16

**caucus**
52:14
240:20,21

**causing**
273:19

**caution**
99:7

**cc'd**
243:23

**CDNELA**
153:24
154:18

**Cecilia**
160:7

**census**
35:18 37:11
38:13,21,23,
24 39:2,3,4,
6,8,9,10,12,
13 59:14,16
85:6 188:24
192:11
193:1
207:19,21
216:21
217:1
218:10,11,
17 293:21,

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

23 294:1,6,
15 298:5

**centered**
126:3 205:2

**Central**
11:17 168:4
287:4
311:12

**cents**
229:13,14

**certified**
11:5 13:10
312:6,8,9,
10,11

**Cervantes**
82:25
159:19

**Chaffee**
258:17,18,
19,20,24

**chain**
61:10 63:18

**chance**
177:18

**change**
70:12
206:14,23
207:9 208:1,
19,20,25
209:3,23

**changed**
58:19
111:25
112:1 171:5
190:25
207:20
208:13
209:5 237:6
238:24

**channelling**
139:2,3

**characterizat
ion**
110:12

**characterize**
29:4 54:15
64:16 99:10
114:11
120:23
142:21
144:20
153:22
181:24
276:22
279:16
284:9

**characterize
d**
54:13,14
157:18
174:24

**characterizin
g**
89:10 125:6
138:24
146:17
153:6
174:23
176:8,14

**charge**
115:1,6
201:14
255:6

**chart**
197:12

**charts**
22:20

**chatter**
100:21
107:11

**check**
22:12,14
57:22
199:12
311:18

**chief**
24:1 29:19,
22 30:7,8,9
50:16,18
55:25
232:21
235:6
252:16

**choice**
65:19 125:2,
7 136:15
152:23
154:3 155:2,
8,25 156:18
163:6,15
177:24
178:16

**chose**
54:10
119:18

**Choy**
165:22

**Chris**
258:17,19,
20,24

**Christian**
202:9,18,21,
25 231:7,8,
10,21 232:5,
12

**Christopher**
12:16 50:23
82:25

**Chula**
251:22

**church**
79:23

**circumstanc
e**
36:11

**circumstanc
es**
26:22 36:25
285:6
303:14

**cities**
122:23
126:3 133:9
147:18
148:25
204:13
205:2,22
247:23
251:10
289:7,19

**citing**
123:20

**citizen**
133:17
197:6
212:23
226:5 227:2
294:23
303:1
304:10

**Citizens**
121:8

**city**
59:14 73:18
74:12,13
78:8 79:6
146:8,11
203:16
205:8
219:16,20

**civil**
20:11 21:20
250:9

**claim**
242:20

**claimed**
54:25

**claiming**
242:6,10

**claims**
229:16

**clarification**
25:14 39:1
41:9 54:8
242:5

**clarified**
197:1

**clarify**
18:22 25:19
34:24 37:1
54:7,10 64:8
109:2
164:25
229:13

**clarifying**
161:24

**Clarita**
15:9,12

**clarity**
124:8
144:12

**class**
148:13

**classes**
75:15,19
76:13,16
92:23

**classify**

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

196:9

clean
218:8 275:4
292:8

cleaning
275:21

cleanup
291:11

clear
30:4 86:21
89:24 102:3
154:20
187:24
220:17
248:10
275:19
276:3
301:10,22,
23 302:19

clerical
89:18

clicked
309:8

client
15:23 35:15
124:11
236:14
300:15

client's
201:8

clients
103:13
202:25
299:1,6

Clinton
12:6 302:10,
15

clock
67:16

close
308:12

closed
263:19

closely
209:2

coalition
125:17

coastal
136:16
208:18

cognizant
92:19
169:13

cohesivenes
s
285:9

cold
16:25

collapse
138:20

collapsed
149:2,6

colleague
12:16
179:13

collect
80:9

college
15:14

colloquial
170:19

Colombo
13:1

color
143:21
144:21
145:5,20,24

146:21
147:23

combat
310:7

combative
157:3
160:12

combination
237:11
250:4

commencing
11:2

comment
72:12,15

comments
28:23,25
56:15 231:5
286:14

Commerce
59:14

commission
74:16 77:4
105:14,15
106:3
108:11,19
109:7,22
111:13,14
112:5,11
119:18
121:9 124:1,
20 125:2
126:25
129:21
138:8 141:5
142:13
145:8,9
147:19
154:18
158:9 163:3
172:22
174:16

175:1
176:15
193:18,24
207:11
211:15
213:4
217:16
220:11
225:1
245:20
248:5,11,12,
13,16,17
251:6 262:2
287:12,19
288:21

Commission'
s
130:16

commission
ed
134:12
248:3

commission
er
146:13

commission
ers
145:4,19

commission
s
73:20 254:7
262:6

commit
17:24,25

committee
12:15
160:10,12,
13,19,22
161:4
270:10,11

committees
88:8 161:5

Common
250:9,25
251:1,4

communicat
e
157:6 158:3

communicati
on
24:24 25:4
42:25 61:24
62:1 269:19

communicati
ons
40:11,17
42:14 48:21
71:25 158:5
268:5
302:24

communities
74:12 77:13,
14,25 78:11,
23 79:1,3,5,
16,25 80:7,
17 104:9,20,
24 106:7
108:10,19
109:8,23
110:14
111:2,5,16,
21,22 112:7
136:17
144:22,23
145:23
146:19
173:17
174:14
175:3,9,11
226:24
247:24
256:13

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

267:16
271:18
288:11

**community**
15:14 78:1,
10,12,13,15,
16,19 79:8,
11,22,23
80:8 93:8
107:25
111:20
112:12
114:6
136:12,13,
14 137:18,
20 141:4
142:12
146:7,14,16
155:3 168:1
173:2,3
175:3,5
176:13
201:8
216:20,23
218:11
256:3,9,11,
16 262:8,24,
25 263:5
271:7,12,14,
18 287:1,25
288:8
289:10

**community-
based**
250:8,18
262:23

**compact**
248:1

**company**
35:20,23
67:17
260:24

262:12,14,
21 294:20

**compelled**
184:23

**Complaint**
115:13

**complete**
121:16
288:3

**completely**
277:24
285:8

**compliance**
103:14
212:16

**compliant**
163:4

**complied**
45:13
107:22
109:5,19
167:24
181:4 203:6
213:13
228:10
264:10
270:3
274:11

**comply**
212:21

**complying**
74:21
103:21

**components**
294:9

**comport**
53:3

**composition**
149:4

**compound**
26:7 46:2
59:8 83:20
84:22 97:23
116:2 137:6
142:17
144:1
166:18
170:24
187:21
208:10
214:1
215:13
261:24
277:10

**comprehensi
ve**
51:17

**computer**
33:4 65:18
70:1 112:21,
25 186:10

**computers**
184:8

**con**
61:18

**concept**
86:16 117:7
151:22,25
200:22

**conception**
22:22

**concern**
78:7 80:4
123:19
149:25
185:18

**concerned**
79:24
122:21
123:16,20

149:21
226:5

**concerns**
77:7 84:19
146:7 149:8
289:25
290:12,14

**concluded**
312:14

**conclusion**
17:16 27:12
30:12 55:9
74:3 75:2,5,
8,21 86:11,
18 87:10
88:2 89:2
105:21,23
117:18
148:9,19
149:15
178:6 206:9
248:8 273:5
278:8

**condensed**
66:4

**condition**
263:16

**conditions**
170:9

**conducting**
245:23

**confer**
282:20

**confirm**
14:22
135:13

**conflating**
90:19

**confused**

28:10

**confusing**
60:20

**Congress**
50:22,25
54:19,20
130:20
140:4
177:10
201:7
238:23
283:7
303:18
308:16

**congression
al**
12:15 22:24
31:8 42:4,12
50:24 70:10
99:4 100:20
188:17
194:8,11,14,
17,20,23
195:1,4,7
197:17,20,
24 198:2,5,
8,11,14,17,
23,24
199:17
203:4 204:9,
12,14 205:9,
20,21 206:3,
23 207:8
209:19,23
210:4,10,18,
19 212:22
271:20
278:3
289:17
296:5
299:13

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

**congressma**
**n**
   234:4
   237:10
   264:24,25
   269:13
   276:14

**congressme**
**n**
   233:25
   236:24
   237:8,19,22
   238:1,20
   242:8
   266:19

**congresswo**
**man**
   234:5
   276:14

**connection**
   103:4

**connections**
   237:19

**consideratio**
**ns**
   47:18 80:22

**considered**
   37:22 78:11

**considers**
   78:17

**consistency**
   112:3

**consistent**
   77:4 100:15
   109:7,22
   111:12
   142:20,22
   245:19
   248:10
   263:7

**Constitution**
   206:3,7
   248:5

**Constitution'**
**s**
   206:15

**constitutiona**
**l**
   102:17
   242:16

**construct**
   197:3
   212:20

**constructing**
   212:20

**constructs**
   151:4

**consult**
   202:7

**consultant**
   55:21 140:6
   293:1
   309:24

**consultants**
   52:22
   218:15

**Consulted**
   202:9

**consulting**
   53:21 54:11
   55:22

**consumer**
   36:17,20

**contact**
   40:14 238:3
   276:4

**contained**
   202:22

   218:10

**content**
   52:4 81:18,
   22 143:25
   191:22

**contents**
   87:18
   151:11

**context**
   67:23 79:18
   102:13
   108:7
   110:24
   111:8 144:1,
   9 145:14
   153:10
   154:10
   156:3
   157:16
   196:14
   197:5
   281:23

**Contextual**
   261:25

**contiguous**
   102:9 248:1

**continues**
   44:10,14
   123:1
   262:11
   311:9

**Continuing**
   145:3

**Contra**
   172:24

**contract**
   24:10,13
   26:23 27:3,
   7,9,14 30:10
   54:7 55:1

   56:7 94:9,18
   110:23
   202:4 228:8,
   11,13 233:6
   235:14,17,
   19,22
   254:23
   263:11,16

**contracted**
   202:25

**contracts**
   263:23,24

**contrary**
   206:7

**conversation**
   49:12 55:24
   83:25 97:21
   116:1
   166:12
   209:12
   215:24
   216:2
   256:12
   258:5
   269:12
   276:13
   293:18,20

**conversation**
**s**
   81:19 84:4
   234:18,25
   237:16
   242:7 275:2
   302:23

**convert**
   80:13

**convey**
   215:17,19

**convince**
   130:1

**convincing**
   304:2

**copy**
   20:13 22:1
   45:8 47:10
   69:7,21,24
   127:10
   186:4
   211:24
   212:1
   243:16
   250:1 309:3
   312:7,8,9,
   10,11

**copying**
   244:12

**Corcoran**
   49:24

**core**
   118:25
   174:14
   175:8,10

**corner**
   192:10

**correct**
   18:18 23:18,
   23 24:11,22
   31:12 34:14
   36:15 41:22
   45:18 46:25
   48:25 55:25
   63:20 72:1
   76:7,13
   81:16 85:10
   89:20 98:2,
   21 100:20
   103:22
   104:4,9
   109:8,24
   113:11
   114:1

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

120:16
124:23
127:1 128:1
129:8
132:19
137:25
139:9 140:9
141:10,21
142:16,25
143:5 144:5
155:20
156:1
176:24
181:6,10,23
182:12,13
185:21
188:2,17,22
190:18,21
191:6
192:22
195:15
197:8,13
198:20
200:2
202:15,18
204:20
206:24
208:23
210:25
213:1 216:6
217:3,11,17,
22 219:13,
16,21 220:3,
6 221:25
223:2
224:14,20
226:7,10,13
227:8,18
228:6,12,17,
24 231:20
232:4,11,17
233:2
234:19
237:24

239:12
243:1,2,13,
18,25 244:7,
8 245:1,24
246:6,16,20,
23 247:2
248:19
249:2,13,22,
24 252:1
253:7
256:21
259:25
260:13,17,
21 261:1,15
264:7,25
265:7,10,13,
18 266:5,8,
18 267:2
268:21
270:1,22
271:5,8,25
272:2,17
276:1,12
279:8,12,23
280:2,15,18,
22 281:2,9,
16 282:17
286:23
287:13
288:1,8,12,
17 289:3,13,
14,15,19,20
290:1
292:13,19
293:8,11,22
295:9,17,25
296:2,6,7,17
297:23,25
298:8,10,12,
14 299:8,13,
22 300:7,19
301:1
304:11
307:17

310:10
311:14

**corrected**
89:19

**correction**
91:9

**correctly**
200:21
201:2 205:6,
18 209:20
223:15
225:3
227:11,23
245:15
250:13
256:4,5
258:1
259:22
267:18
275:5,6
279:5
281:19
283:11
287:6
289:12
310:9,16
311:5,13

**corresponde
nce**
22:19

**cost**
91:19

**Costa**
172:24

**cough**
17:1 172:4,6

**Coulter**
11:23 60:3
96:9 159:6
179:24
241:24

291:6

**council**
74:13 78:8
79:6 146:8,
11 252:17

**counsel**
11:25 13:21
16:3 20:13,
15 21:24
22:1 23:10
29:10 48:22
61:5 92:20
94:9,10,11
116:6
127:12
149:18
153:15,17
156:15,16
157:19
180:2,21,22
182:19,22
183:14,25
184:1,7
186:3,12
192:22
199:2
204:23
211:25
222:21
236:8,13
241:11
242:4
282:16
286:6 289:2
290:20
301:8 302:2,
10 303:25

**count**
38:25

**counties**
39:21,24
52:19

108:13
140:1 150:9
247:24

**country**
123:3
130:19,20
154:24
257:22

**counts**
37:12

**county**
11:6 52:19
73:18 74:13
107:25
108:1,10
133:7
137:23
143:22
144:18,24
150:8,9,10,
16 153:17,
20 156:13
157:18,22
158:10
172:25
201:10
203:23
208:18
220:3
238:14

**couple**
85:23 96:16
214:10,21
231:9
291:11
307:14
311:1

**court**
11:17 16:7
30:3 170:14
172:8
183:13

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

185:4
308:22

**courtroom**
16:4

**courts**
273:9
285:15

**cover**
23:16 61:5,
11,19 64:5
65:21 85:23
188:10

**covered**
47:17 63:3
131:12
132:1 239:7
263:8

**Covia**
235:4

**crazy**
101:17
215:23

**create**
101:5 104:8
126:3
129:19
131:10,14,
24 134:6,9
147:18
158:11
183:22
187:25
188:1 194:3
249:4
267:15
268:18
269:14

**created**
34:2,3
65:18,19
68:10

133:16
134:19
148:25
183:22
187:19
188:1
204:12
205:1 236:7
245:18
296:2
299:10
300:24
309:4

**creates**
118:4 190:5

**creating**
129:24
146:15
153:21
295:2

**creation**
55:11,12
126:4
172:21
205:3
286:17

**creative**
69:19

**creators**
254:21

**criteria**
73:20,21
74:1,4,7,9,
11,15,16,20,
22,23 76:7
77:4 143:23
144:25
146:1,24
147:2
245:13,19,
20,21 247:5,

18 248:2,4,
11,12,16,17
277:13
297:15

**criterias**
144:18
248:14

**criterion**
145:7

**critical**
39:20 168:1
287:2
288:10,13

**criticized**
216:5

**Crossing**
150:15

**Cruz**
238:13

**CU**
217:13

**cue**
306:13

**current**
111:24
171:3 225:1
227:20

**Curry**
160:8

**cut-and-paste**
246:13

**CVAP**
37:16,21
38:23
133:15
134:10,13
150:18
151:3

152:14,21
153:9,21,25
154:1,25
155:14,19,
24 156:14,
17 157:6
158:10,11,
13 188:24
196:22
197:7,12
213:5 216:8,
10,12,18
218:9
293:25
294:2 298:6,
16

**CVRA**
15:8 251:22

**cycle**
252:20
253:17,25
254:3,4,14,
22 255:3

**cycles**
262:3

———————

**D**

**D.C.**
76:22 86:1
107:24
270:5,6

**daily**
258:5

**Daniel**
32:6 259:2,
3,6

**dash**
215:3
216:18
218:16

**data**
22:21 34:20
35:4,8,18,21
36:6,7,9,12,
15,17,20,22
37:5,6,11,
12,13,21,23
38:21 39:16,
21 47:13
67:3 80:8
164:9
188:11,12,
21,23,24
216:12,17
217:1,5,10,
11,16,22
218:3,9,11,
16,17 219:2
220:21,23
221:8
254:24
255:6
293:17,25
294:2,14
295:2 296:8,
12 297:1,21
298:20
300:6,16
309:24

**database**
33:19 35:17
36:13 37:22
188:24
216:13,14,
25 218:13,
18 220:10
294:10
296:13,15
297:2,4,6
299:20

**databases'**
216:12

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

**date**
11:19 19:1,
19,21,22
20:18 21:20,
21 29:5,6,14
46:24 56:1
97:18 114:4
174:1,2
184:7
229:21,22,
23,24 232:5
233:5
235:16,19,
21,23,24
237:12,15
259:15
267:7

**dated**
20:11 96:13
173:21
202:14,18

**dates**
20:19,21,23
46:24 49:2,4

**David**
11:14 12:8
165:14
239:3

**day**
11:2 13:9
19:6 53:9
66:11,23
71:24 97:19
165:17
181:8 206:1
209:14
215:9 225:8,
12 235:15
262:10

**days**
55:23 69:7
181:22

183:9 218:2

**DCCC**
29:6,15
40:7,8,11,
15,18,20
41:4 42:3,25
43:18 44:21,
23 45:2,9,
14,21 46:7,
25 47:19,24
52:24 53:1,
18,22,23
54:9,13 55:1
60:7,8,9
61:10,11,25
62:23 64:6,
19 67:24
68:6 70:14,
25 71:12,15,
18,21 72:9,
10 77:6
80:21 85:23
185:17,25
186:13
187:2,5
189:19
190:17
192:9 228:9,
17,22,23
229:21
233:6
235:14
237:13,16,
18 244:17
245:1,3
246:10
270:7,13,16
291:14
292:18
296:2,9

**DCCC.ORG**
243:13

**deadlines**
88:9

**deal**
183:18
207:24

**dealing**
69:6 146:2

**deals**
139:16

**decades**
292:25

**December**
11:2,19
20:11 21:21
181:6

**decide**
38:12

**deciding**
47:19

**decimated**
106:6
108:20

**decision**
17:11 70:20
130:16
206:13

**decks**
22:21

**declaration**
21:6 308:24,
25

**decrease**
170:23
171:21

**default**
153:15

**defendant**
12:20,25

**defendants**
12:7,18
302:11,17

**Defenders**
12:20

**deference**
103:13

**define**
27:22,23
33:14

**definition**
195:21
256:14
285:16

**definitively**
152:22

**delaying**
13:25

**delegation**
50:25

**deliberated**
111:15

**deliberately**
173:5

**delivered**
182:12
183:25

**Delores**
52:15

**Democracy**
12:20

**democrat**
99:4 101:5
177:18
215:4
303:16
310:7

**democratic**

12:14 52:18,
19 100:6,12,
19 118:5,16
129:19
140:3,17
171:9
240:20
264:12
270:8 307:3
310:24
311:10

**democratical
ly**
272:6

**democrats**
107:9
139:23
303:18
307:19,25
311:1

**demographe
r**
114:12
144:25
145:1 155:2

**denevers**
12:17
312:10

**deny**
14:22 290:5,
8

**Department**
12:7,9

**depend**
284:16

**depending**
77:17

**depends**
33:23 35:15
94:8,11

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

148:16
149:12
153:11
157:16
285:5

**deposition**
11:13,21
14:23 15:24
20:10 21:20
22:9 59:25
96:2,6
141:16
142:6 159:3
179:21
181:6,9,19
182:8,9,17
184:18
185:2
220:20
241:21
291:3 312:1

**Deputy**
302:15

**derisively**
101:19
215:21

**describe**
77:2 80:5,7

**describes**
133:14

**description**
174:20
203:23

**descriptions**
85:2

**designated**
193:24
288:20

**designed**
48:5 75:14

**desire**
119:3

**detail**
243:5

**determining**
103:14

**develop**
182:15

**Dhillon**
12:4

**Diego**
252:17

**difference**
191:8 192:8
277:6

**differently**
78:24
178:25

**diluted**
75:15

**direct**
26:13 43:21
99:16 161:9
268:8,23,25
269:5

**directing**
99:12

**direction**
27:25
100:22,25
296:21

**directly**
70:16
222:11

**disaggregate**
38:20 294:2,
14,25

**disaggregating**
293:17

**disaggregation**
294:10

**disagree**
28:20

**disappeared**
123:3

**disbelieve**
45:10

**disclosure**
229:19
292:15

**discuss**
164:20,23
165:4,7,10,
13,21,24
166:2,5

**discussed**
98:17
110:25
141:14
165:2
186:16
187:12
294:8

**discussing**
41:11 103:8
148:20
186:18
233:1

**discussion**
103:12
107:1
116:12
151:18
219:7 237:7

**discussions**
57:11 220:2,
5

**disjointed**
290:10

**dismantling**
169:25
170:5,18

**dismissed**
107:10

**dispute**
104:18
110:12
114:5 141:2
142:4

**Disruptions**
249:4

**dissect**
145:16

**distinct**
147:6

**distinction**
63:15 165:2

**district**
11:16,17
15:15 78:21
90:14,20
92:6,7,10,
13,16 93:9
104:8
108:14
119:17,25
120:2
122:22
123:3
124:23
125:3,5
126:3 128:6,
8,10 129:24,
25 130:17,

18,19
131:10,14,
18,19,24
133:8,9,15
134:7,10,11,
12,13,14,15,
18 135:16,
24 136:1,4
137:19,20
138:17,19
140:2 141:6
142:14,24
143:1
146:14
147:18
148:21,24,
25 149:4,21
152:13,14,
20,21 153:9
154:25
157:24
158:12
163:22
171:3,6,8
173:6 177:5,
13,18,19
188:12,14,
17 191:17,
23 193:25
194:8,9,11,
12,14,15,17,
18,20,21,23,
24 195:1,2,
4,5,7,8,17,
18,21 196:3,
6,10,21,22
197:4,17,18,
19,20,21,24,
25 198:2,3,
5,6,8,9,12,
14,15,17,18,
23,24,25
199:23
200:23

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

201:6,9
203:4,8,13,
17,24 204:9,
12,14 205:2,
9,13,14,15,
16,20,21
207:24
208:1,2,13,
14 209:4
227:21
237:4,5
267:15
268:19
269:1,9,15
278:3 283:7,
8,9,10,17,
18,19,21,23
284:6,8,10,
23 285:3,16,
18,23,24
286:1,3,8,10
289:8,9,17
296:5,6,16
297:5,7,25
299:7,13,20,
22 300:17
308:16
310:6

**districting**
145:6,20
220:10

**districts**
48:6 76:12
89:20 91:3
92:1,22,24
103:22
106:6
108:12
111:25
112:1
119:19
124:21
126:5,13,15

136:1
137:17,22
138:19,21
140:1 145:2
147:20,22,
25 148:12
149:1,3,5,
10,19,24
150:8,16
151:7,23
153:18,21,
25 154:17,
19,21 155:6,
20 158:13
163:7,13
168:2,17,23
172:10,19,
23 175:15
176:1,3,5,7,
9,13,17,18,
20,23
188:11,22
193:17
194:2
195:13,14
199:7,17,18
205:4 206:4,
6,23 207:5,
6,8,22,25
208:7,23,25
209:2,3,19,
24 210:4,10,
18,19
211:14
212:21,24
213:4 237:6,
20 238:24
248:1,15
249:10,11
251:7 281:9
284:20
287:3,12,18,
19 288:15
300:13,14

310:14

**DM**
219:2 268:6,
7

**doctrine**
156:18

**document**
20:14,16
21:17 22:5,
8,12,15
43:19 46:3
53:21 54:3,6
60:14,23,25
65:20 68:14
96:17,19,25
97:11,12
111:19
121:16
140:12
151:6,19
156:25
162:17,20
180:16,17,
21 181:23
182:20
183:9,11
185:19,24
186:13,14,
23 187:2,7,
15,17,19
188:2
189:20
191:18
192:5 194:8
199:3,13
208:3
211:22
213:8
228:22
236:10
244:4
279:14
286:9 298:2,

4

**documentati
on**
136:20
167:9

**documents**
22:22 23:3,
8,10 40:7,
10,12 60:8
61:10,23
62:5 112:6,
10 166:15
181:10,12,
14,17,25
182:8,15,19
183:8,25
186:21
187:24
190:1 191:9,
24 192:25
213:10
224:14,22
243:3,5
270:17

**Dodge**
12:16
312:11

**dogs**
258:6

**dollar**
229:1

**domain**
116:21

**Dominic**
13:5

**Downey**
126:3
203:11,21
204:9 205:2,
8

**dozen**
113:22
233:17
240:5
279:23
305:17,20
306:8 308:3,
8

**draft**
44:21,23
45:22 48:11
62:20 88:7
93:9 119:4
154:18
186:5 250:2
309:21
312:4,6,8,9

**drafted**
249:21

**drafting**
22:23 240:2
242:15
295:10

**draw**
15:20 26:6,
12,24 27:4,
16,18 28:2
31:1,4,5
32:3,21 35:5
42:3,12,22
73:7 98:6,20
99:4,11
101:17
106:22
108:12
147:3
177:17
201:16
211:15
213:4 248:6
263:4
268:25

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

269:9 281:8
297:5

**drawer**
17:5 24:2

**drawing**
31:18 32:18
34:21 35:9
41:6 63:15
69:25 74:18
76:6,11
80:18 82:1
92:5,21
94:20,25
95:2,10 99:7
104:1,21
108:14
110:20
112:15
117:7
119:12
130:9,15
139:16
143:4 152:8
153:8
155:13,18
169:11,14,
20 176:5
200:22
201:8
209:18
221:7
230:15
248:22
252:23
253:1
255:10
263:25
271:17
277:24
282:10
295:19
300:12,14

**drawings**
32:13
153:12

**drawn**
73:2,6 93:16
95:7 101:20,
21,24
117:21
129:20
132:24
174:8
176:22
193:17
196:9
215:23
262:8,24
263:6
287:12,21
299:20

**draws**
145:2

**drew**
26:15 40:18
41:12 45:23
62:24 71:1
76:12 81:9
106:14,19,
21 108:1
118:6
158:16
201:18,19,
21 221:4
229:18
271:19
277:21
301:13,24
310:3

**drive**
21:15
182:23
183:6
186:25

**Dropbox**
184:2,3,4
186:19,20
187:6,7,15,
16

**drops**
17:1 172:4,6

**due**
48:15 101:2
132:21
148:3

**duly**
11:10

**duplicate**
180:9

**duplications**
180:10

**Dustin**
49:23

---

**E**

**e-mail**
20:14 29:10
51:22 61:10
64:7 65:3
67:19,21
70:12 71:23
72:7,9,14,16
73:4 166:23
182:4,14
186:16
187:5,6,11
190:17
243:12,14,
18,19
244:24
245:4,8
246:23
250:3

**e-mails**

51:24 61:20,
25 62:1
63:18 71:12
186:18

**earlier**
31:16 52:21,
23 54:8
68:21 71:24
81:15
102:19,21
103:4,7
106:25
126:9
156:11
165:2
175:23
184:17
186:17
187:12
195:12
196:5 200:1
201:13
202:12
217:2
222:22
228:7,16
238:13,23
239:7,15
243:5
256:10,12
264:9
271:10
277:4
280:12
287:11,17
291:12,13
293:16
294:8 296:1

**early**
41:9 55:11

**earrings**
28:22

**ears**
87:6

**easier**
113:17
119:24
138:18

**Eason**
308:24

**Eastern**
64:8,10

**easy**
33:17
118:14
273:7

**eat**
311:3

**eaten**
179:6

**eco**
264:12

**eco-stream**
100:7

**ecosystem**
100:11,13
101:15
264:14,15,
16 267:4

**ed**
81:23
130:17

**effect**
146:20

**effective**
55:23
136:14
168:4 287:4
288:16

**efficient**

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

88:22

**efforts**
165:17

**elect**
136:15
150:18
151:3,24
154:2,23
155:1,2,7
156:17
163:6,14
173:4
177:24
178:16
283:22

**elected**
171:4
177:19
262:25
263:3,5,13
274:19,20,
23 276:4,18,
19 278:19
280:21
289:7,10
310:7

**electing**
155:24

**election**
20:5 38:12
39:22,23
40:4 152:23
165:17
174:7 215:9
250:12
294:2,15
295:10,18
311:2

**elections**
160:10,19

**electoral**
172:20

**electronic**
22:21
182:23
312:7,10,11

**elevation**
78:19

**elevations**
78:20

**Eleven**
200:15

**Elias**
12:14

**eliminate**
37:25 38:3
130:16
131:9

**eliminated**
148:21
170:11

**eliminating**
131:18
141:7
142:15

**elimination**
122:21
123:17
148:24

**Ellen**
243:23

**empirical**
163:4

**employee**
24:8 25:18
67:15
253:13,14,
16,24 257:8

**employees**
25:17 32:2
33:16

**employment**
24:13

**empowered**
145:25

**encourage**
114:6
286:11

**encouraging**
226:22

**end**
42:24 64:17
65:1 138:24
150:19
174:9
179:11
183:17
238:5
311:25

**endeavor**
23:3

**ended**
91:6 176:1

**ending**
60:25 62:7

**ends**
64:1 67:20
68:14

**engage**
262:22

**engaged**
23:10 81:18
283:5

**engagement**
262:24

**England**

24:7,12
257:3

**enhance**
147:19

**Enlighten**
172:13

**ensure**
75:14 168:2
226:23
287:2

**ensures**
288:14

**enter**
30:10,14

**entered**
55:22

**entire**
44:13 96:25
188:21
208:11
209:19
210:3,10,17
246:22
269:4

**entirety**
187:20
228:13

**entities**
12:9 54:20

**entitled**
19:12 28:14,
19 53:21
124:7
173:15
207:15
284:25

**entity**
42:23 54:25
164:10

**envelope**
262:17

**environment
al**
111:20
118:11

**equal**
74:23
212:19
247:23
278:5 284:2

**Equality**
113:6
118:10
134:24
135:15,21
136:3,19
280:10

**equated**
102:23

**Equity**
113:11

**equivalency**
85:6

**equivalent**
85:7

**Eric**
31:16

**erode**
170:15

**errant**
150:19

**error**
89:18 90:13,
16 91:5

**essentially**
74:15 77:3
102:20
130:15

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

154:21

**establish**
41:10 182:5

**estimate**
19:12,13
49:7 66:12
285:1
305:13

**et al**
11:14,15

**ethnicities**
299:12

**ethnicity**
145:25

**Evan**
25:20 252:9,
11,18,21
253:1,8
254:13

**evening**
23:13
302:12

**events**
17:3

**everyone's**
115:11

**evidence**
163:5
177:23
178:14,22

**exact**
15:2,23
19:1,19
20:18
117:14
277:3,18
278:21

**EXAMINATIO
N**

13:20 180:1
301:7 302:9

**examined**
11:10

**examples**
297:11

**exasperated**
64:13

**Excel**
33:19

**exception**
40:3

**excerpt**
96:24

**excessive**
185:22

**exchange**
71:20,23

**exchanging**
61:24

**exclude**
240:12
297:16

**excuse**
119:11

**exercise**
131:7,9,13

**exhibit**
20:7,9,25
21:2,19,22
43:15,18
52:25 53:20,
24 60:7,10
63:25 65:1
68:14 71:11,
13,25 72:8
73:13 85:22
96:12,14,22

97:7,8 99:15
113:5,8
115:12,14
121:5,7,9
122:12,18
125:24
127:22
128:15
130:7,13
133:22
134:21
136:23
143:4,10
147:11
150:2
156:22
161:7 163:2
173:12,14,
18 174:4,11
180:13
184:13,15
185:14,17
189:11,12,
21 205:10
211:18,19
212:7,11
214:24,25
215:3,6,7
218:19
219:1
221:13,17,
21 222:2,4,
14,15,24
223:5 228:8,
19,22 243:8
267:6
308:18,21,
22,23,24
309:11

**exhibits**
21:25 23:15
113:2 172:8
214:21

221:14,20

**exist**
217:17

**existed**
118:4,8,19
226:11

**existing**
134:11
163:3,7

**exists**
105:18
115:16

**expand**
150:8

**expansion**
263:10

**expansive**
67:22

**expected**
56:24
246:13

**expecting**
244:17

**expense**
86:3

**experience**
88:3

**experiment**
33:18

**expert**
15:16 202:1
204:6
231:13

**expertise**
87:3

**experts**
94:11 218:2,
5,8

**explain**
28:7,12 78:2
147:2
156:10,11
185:8 246:1

**explained**
16:3 93:17
124:18,19
140:16
269:14

**explainer**
246:8,15,19

**explaining**
140:5
168:22

**explains**
249:22

**explanation**
28:15 87:15
151:6 246:5

**exploring**
250:11

**express**
77:6 84:12
119:3

**expressed**
84:19 91:25
156:21

**expressing**
118:15
215:25

**extended**
32:9

**extent**
42:14 46:3
58:10 63:2
73:1 107:12
130:3,24
131:4

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

141:18
168:24
196:11
221:3
261:12
262:16
294:16

**extremely**
157:22

---

**F**

**fact**
25:16 63:13
209:17
259:20

**factors**
32:17
169:13

**factual**
28:15

**fair**
26:15 73:11,
16 76:7,23
77:5 128:3
223:17
238:3
239:17
240:23
243:21
244:18
245:20
246:10
248:19,21
258:8 262:4,
22 263:4,6,
7,8,10,12,17
281:25
303:2,23
305:3
308:11
309:10

**Fairfield**
172:24

**fall**
119:22

**familiar**
40:8 86:15
89:8 113:10
211:1
224:16,17,
19

**familiarize**
60:14

**famously**
67:9

**fan**
304:23
305:1

**farms**
78:25

**fast**
29:24 42:21
147:8

**favorite**
33:20,23
196:7

**February**
214:13,14

**Federal**
212:21

**feel**
44:14
151:17

**feels**
260:15

**felt**
215:22

**Fernandez-gold**

12:19

**fewer**
249:11

**field**
39:14
192:11

**Fight**
173:16

**figure**
183:2,7
284:25

**figures**
22:20

**file**
34:10 62:20
65:6 70:15
97:9 183:2,
25 184:4,5
186:10,15
191:1
211:22
212:5
297:20
300:9

**filed**
19:7,21,22,
24

**files**
22:18,22
47:13
183:22

**filings**
96:21
229:16

**final**
55:12 64:4
109:6,21
110:13
111:1,4
300:15

**Finally**
214:23

**find**
23:3 108:20
208:7 224:6

**finding**
208:12

**fine**
40:5 63:14

**finished**
179:9

**finishes**
62:13

**firefighters**
252:15
254:1

**firm**
183:18
249:19
253:9,15,16
254:10,14
255:17
263:17,22

**firsthand**
123:18

**Fisher**
25:24

**five-year**
216:18,19
218:12

**flip**
207:6 208:6

**flipping**
97:20

**floating**
107:8
126:20

**focus**

104:3
250:15
259:18

**focused**
145:1 176:7
263:17

**focusing**
226:25
302:20

**folders**
183:22
184:6

**folks**
107:23
270:5
274:19
283:5

**follow**
74:14 104:8
215:20
262:21
267:15
268:19
269:15

**follow-up**
243:6

**foot**
21:5

**footnote**
143:14,18
150:2

**footprint**
79:7

**foreign**
257:22

**foremost**
175:16

**forever**
77:25

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

**forget**
36:5 207:4

**forgot**
52:22,23
257:11
293:19

**forgotten**
122:4

**form**
182:22

**formats**
80:14

**forms**
145:21

**fortuitous**
131:17,23

**forward**
87:20 93:8
181:18
268:15

**found**
142:2 164:8

**foundation**
29:18 31:20
40:21 41:16
43:2,9 45:4
46:4,14
48:8,14,19
49:10 52:15
55:14 56:21
57:4 58:9,
17,24 59:9
63:1 64:15,
22 65:10
68:2 69:11
70:2,18 71:3
72:4,25 75:2
76:25 81:2
86:8 89:2
91:13,22

93:1 101:12
103:2
104:10
105:23
108:7 110:9,
17 112:19
114:18
116:14
127:3
128:16
132:15
136:9 138:1
142:18
157:1
162:18
163:25
175:20
225:13
230:25
240:11
245:5
250:10
251:9 285:5

**foundations**
250:11

**framework**
73:22,24

**free**
36:15 44:14
102:19
277:12

**freedom**
65:8,14,24

**frequent**
306:8

**Friday**
70:13

**friend**
49:24
292:25
293:3

**front**
62:16 83:2
180:15
193:9 243:9

**frustration**
215:25

**full**
67:5,13,20
71:6 143:19
251:16
281:23

**full-time**
66:24 67:15

**fulsome**
55:12

**fun**
214:21

**funny**
196:25

**furtherance**
262:3,4

---

**G**

**G-O-Z-Z-O**
50:20

**Gail**
159:24

**gain**
306:11,13

**gains**
245:22
311:4

**Gale**
238:14

**game**
304:24

**garbled**
290:4

**Garcia**
128:7
205:14

**Garden**
108:15
235:4

**Gashby**
83:4

**gateway**
122:23
126:3 133:8
147:18
148:25
203:16
204:13
205:1 289:7,
18

**gather**
181:20
182:2

**gave**
113:25
115:5
131:18
182:19
185:24
229:13
239:16
252:5 296:9

**Gavin**
11:15
234:25
259:10
266:10
307:17

**general**
35:14 36:18
37:21 77:20
79:19 80:5
92:10
148:16

155:12
170:15
229:14
247:9,10,15
283:22
284:12
297:9 300:1
302:16

**generally**
37:11,18
38:19 40:2
49:7 59:11
74:7 75:12,
13,16 78:3
79:21 80:1
86:24 87:17
88:5 92:6,
13,15,16,19,
21 93:6,10
94:1,2 97:21
100:18
115:19,25
148:13
151:1 153:7
155:8 170:5
178:2,19
188:21
195:20
196:19
197:22
235:9
240:18
264:12
276:20
277:11
294:23

**generated**
190:1

**Genie**
203:9

**genuinely**
171:16

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

**geographic**
80:14

**geographies**
37:14
247:25

**geography**
37:12,17

**gerrymander**
86:25 87:1,2

**gerrymander
ed**
86:3,6,16

**give**
16:23 49:7
54:23 55:9
60:16 65:7,
23 68:6
69:14 72:4
83:7 87:14
96:16
115:18
132:6
136:24
161:12
177:4,13,18
184:7 218:2,
23 232:5
236:9 251:3
252:12
276:24
305:13

**giving**
270:16

**Glendale**
146:9

**glossed**
223:19

**Goal**
176:9

**goals**
146:18

**Gonzales**
252:16

**good**
11:12 13:9
41:8 73:9,22
177:10,11
180:4
183:17
245:12
293:3
302:12
303:19

**goods**
65:6

**Google**
70:5

**gosh**
278:11,15

**government**
94:14

**governmenta
l**
94:15,17

**Governor**
234:25
238:7
258:23
307:11

**governor's**
238:6,7
239:2

**Gozzo**
50:20

**grab**
112:11

**Gray**
308:17

311:11

**great**
59:19 95:22
113:19
168:1
177:13
243:5 287:1,
25 288:7,11
290:22
309:17

**greater**
146:20
172:21
177:18

**Green**
12:8

**grocers**
146:6

**grocery**
79:13,22

**Grose**
202:9,18,21,
25 231:7,8,
10,21 232:5,
12

**grounds**
16:19 28:8
34:25

**group**
12:4,14
78:1,2,5
80:1,2,3
83:14,18,24,
25 84:4,14
93:10,18,20
107:5
136:16
165:1 166:9
170:22
171:2,11,13,
14,17,20

239:22
278:11,14
298:24

**groups**
37:17 38:4
48:16 51:3,
13,25 52:1,
16 54:15,17
55:3 57:12,
13 76:17
79:16 84:7,
20 107:2
108:17,24
118:11
119:16
134:24
138:25
139:4 171:6
172:18
175:23
201:11
240:14,15,
17,19 294:6

**Grove**
108:15

**growing**
119:24
123:4

**guardrails**
101:17
102:5,6
277:4,7

**guess**
19:11 37:20
120:5 289:5,
7

**guessing**
234:16
235:12
304:10

**guidance**
145:8
157:19

**guide**
90:11,13,16,
20,25 91:1,4

**gut**
87:4,13,17,
21 88:25
89:6,14

---

**H**

**hack**
245:11

**Hakeem**
229:9,16
230:2,13
234:8
291:14

**half**
39:8 306:8

**halfway**
65:2 310:21

**Hamill**
12:2 13:19,
21 14:2,6,17
15:6 17:17,
23 18:5,9,
14,23 20:9
21:8,12
22:2,4,15
23:7,11,17
24:10,18
25:3,11,15
26:13,20
27:1,3,9,17,
23 28:7,14,
25 29:10,21
30:14,18,23
31:5,15,23

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

32:17,20,24
33:2,5,9
34:1,24
35:3,8,12
36:3,8,22
37:3 38:18
41:8 42:2,7,
11,24 43:5,
14,17,25
44:9,12,19
45:8,18
46:9,21
47:7,10,18,
23 48:3,10,
16,25 50:5,
15 51:6,11,
16,18 52:13
53:6,8,12,20
54:3 55:2,17
56:3 57:1
58:3,13
59:4,7 60:6,
23 61:9,21
62:15,22
63:6,17,23
64:18,25
66:12,18,24
68:6,13
69:4,9 70:24
71:6,8,11,15
72:7 75:7,
13,18 76:11,
16,22 77:13,
22 80:13,17,
21,25 81:8,
14,21 82:4,
11,16,24
83:18 84:6,
12,18,25
85:9,17,22
86:15 87:4,
14,21 88:15,
24 89:5,13,
16,18 90:2,

10 91:18,24
92:5,14
93:17 94:1,7
95:12,19
96:11,16
97:14 98:1,
6,11,15,19
99:3,14,19,
21 100:1
101:4,11
102:4,21
103:7,20
104:1,7,13,
16,24 105:4
106:4 107:7,
20 110:13
111:16
112:14,22
113:5,10
114:22
115:25
116:6,10,19
117:22
119:9
120:13
121:2,7,16,
20 122:6
124:2,10,18
125:11
126:24
127:9
128:20
129:5,12,23
130:6,12
131:7,13,17,
22 132:12,
17,23 134:8
135:4,8
136:22
137:11
138:6 139:8,
18 140:7,14,
23 141:3,9,
13,20 143:9,

19 144:6
147:10
148:4,7
149:7 150:1,
15 151:5,16
152:7,12
153:7
154:14
155:13,18,
23 156:10
157:11
158:4,21
159:8,13,18,
24 160:7
161:14,17,
21 162:5,9,
13,16,20,25
163:9,13,18
164:3,10,17
166:21
167:22
168:12,16,
21 169:2,6,
10,19,24
172:3,7
173:9,20
174:3,10
175:14
177:4,8,17,
23 178:2,14,
19,23 179:3,
9 187:12
256:10
277:5 301:6,
8,17,21
302:3 306:2
307:15
308:6 312:6

**hand**
13:12 113:2
172:7
189:10
218:25

222:13
308:20

**handed**
185:16
190:17
212:7
222:22
223:12

**handful**
51:1 239:9,
10

**handing**
184:12
214:24

**handled**
256:15

**handling**
94:9

**hands**
262:7

**Hansen**
11:3,21
12:10 60:1
96:7 159:4
179:22
241:22
291:4

**happened**
46:22 56:13
90:19
124:19
135:14
164:4
235:16

**happening**
183:19

**happy**
181:17
182:5

**hard**
61:13 132:7
208:20

**Hart**
11:5 13:10,
11

**Hawaiian**
298:17

**hazard**
289:5,6

**he'll**
25:1

**head**
16:13,22
31:6,11 33:7
41:23 47:12
52:13 69:16
83:5 91:11
113:12
164:12
217:23
284:2

**Headed**
309:23

**headstrong**
93:14

**hear**
171:12
271:12
305:6 306:7

**heard**
25:20 86:25
89:25 157:5
206:22
207:1
208:22
231:9
264:23
265:5,6,16
305:8

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

306:10

**hearing**
17:7,10,19
96:23
115:14
121:10
184:14
185:1
264:22
277:16,17

**hearings**
81:1

**heart**
248:17

**heavily**
171:8

**held**
272:6

**helped**
182:15
255:22
256:2 293:1

**helpful**
61:16 67:23
151:5
172:22

**helping**
106:2
136:15
200:5

**helps**
69:15 155:6

**hereinafter**
11:11

**hey**
118:14,15
138:14,15

**hide**
32:6

**high**
150:8,17
151:8,14
158:11

**higher**
143:21
144:24
156:14
157:21
263:12
284:19

**highlight**
278:14

**hire**
263:14

**hired**
211:5,7
249:19

**Hispanas**
113:6,10
280:10

**Hispanic**
103:22
155:5,19,24
193:17
194:2,9,11,
14,17,20,23
195:1,4,7,
13,17
196:21
197:11,18,
25 198:2,5,
8,11,14,17,
24 199:7,18
211:14

**Hispanics**
155:7
177:24
178:15
213:5
297:23,24

298:7

**historically**
137:19
161:2
273:18

**history**
262:1
294:19

**hit**
70:14

**Hmm**
105:7 190:3

**HMP**
229:18
230:8
291:15

**Hold**
94:21 98:16

**home**
23:23,24
67:12,14
189:19
211:22
215:3 219:1
221:23
243:7

**honestly**
138:18
160:13

**honesty**
49:3

**HOPE**
113:6,13,14,
15,20,21,25
114:8,16
115:1
116:23
117:11
118:1,6,11,
17,20

119:15
120:1,15
121:2,8
122:19,21
123:16
125:16,23
127:19
128:21
129:12,17,
23 130:6
131:23
132:2,6
134:24
135:22
138:25
142:16
143:3,15
144:13
147:25
156:22
161:6
167:23
200:2,5,6,10
201:1,4,12,
14,16,24
202:2,14
203:15,25
204:11,15,
22 274:9
275:7,8
279:8,10,22
280:1,13,15,
20 281:21
283:13
286:1 287:8,
24

**HOPE's**
136:18

**hour**
11:2

**hours**
66:5,10,13,
18,22 67:16

69:23

**house**
33:14 54:17
229:11
230:7
291:15

**houses**
112:21

**Huerta**
52:15

**huge**
305:1

**huh-uh**
16:12

**hundred**
39:2 111:21
311:1

**hundreds**
296:25

**hungry**
95:19

**Huntington**
128:9
133:15
134:15,16
136:17
205:16,23

**hurry**
68:24

**hypothetical**
148:15
149:12
154:10
155:11
156:3 157:2,
16 170:25
172:1 178:4

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

**I**

idea
90:9 91:18
93:15
116:13
154:22,23
183:21
277:19

ideas
246:3

identification
20:8 21:3,23
43:16,17
53:25 60:11
71:14 96:15
113:9 121:6
173:19
180:14
184:16
185:15
189:13
211:20
215:1
218:20
221:18
222:5,16,25
228:20
308:19

identified
76:18 80:1,3
81:14,17
287:19,23

identifies
175:3

identify
11:25 75:18
78:4 92:23
104:20
186:21
215:5

identifying
53:17 77:25

illegal
148:7

Illinois
272:12

illustrated
125:16

image
307:12

images
190:23
213:15

imagination
203:10

immediately
102:22

immunity
63:4 167:21

impact
39:16,20
40:6 149:23

impacted
79:8 249:12

Impacts
173:16

impair
17:1

impede
17:3

implement
56:18

implemented
152:8

implicates
98:18 130:3
141:18

164:1

importance
176:14
245:13

important
104:2
111:13
143:20
150:5,7
176:4,12
280:1
281:18
282:1,4,10

improper
124:4,6
148:11

improved
163:14

improves
163:5

improving
245:21

in-house
190:1

inches
21:4,5

incidental
145:23

incidentally
176:10

include
51:21 74:17
205:22

included
55:3 115:12
299:11

includes
37:6

including
22:18 61:11
169:15
250:8
261:17
268:5

incomplete
82:18
148:15
149:12
154:10
155:11
156:3 157:1,
16 170:25
172:1 178:4

incorporate
47:20 67:22

increase
116:24
147:21
148:12
225:1
227:10
262:5 310:5

incumbency
74:17

incumbent
201:7

incumbents
262:7 263:3,
15,20 264:1

indented
244:5,6,7,9,
11,15
245:17
246:2,20,25
247:4 249:8,
9,18

independent
105:14
123:22

251:5 262:5
308:14

Indian
298:22

Indicating
143:11
147:15

individual
165:1
188:12
208:7
302:25

individually
263:2

individuals
83:11
213:20
233:7,9
239:1

inferring
294:4

influence
145:5,19
146:20
147:19
172:21
176:23
227:21
285:20

influenced
172:10
285:16,18

inform
114:8

information
19:10 26:18
28:5 32:14
41:25 52:5
58:25 61:7
76:9,20

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

80:10,14
81:12 84:10,
23 85:19
89:3 92:3
93:24 98:4
103:24
104:25
115:21
129:10
130:25
131:25
139:15
143:7
155:17
162:3 164:2
191:13
244:20
286:12

**informational**
114:12

**informing**
114:16

**infrequent**
297:18

**infrequently**
106:1

**inherently**
146:23

**initial**
44:21 55:24

**injunction**
17:7,9,19
115:14
121:10
184:25
309:1

**input**
32:9 85:18
169:6,19
243:24

**inputs**
35:3

**insert**
71:4 204:13
299:7

**inset**
188:13

**inside**
188:11
262:17

**insinuated**
93:14

**Insta-cart**
79:15

**instance**
152:13,17,
20 154:2

**instances**
153:16
297:17

**Institute**
231:11

**instruct**
16:18 26:19
32:16 35:6
46:16 47:6,
21 48:1,9,14
52:7 58:11
71:4 73:2,4
75:3 76:10,
14,19 80:12,
15,19,23
81:13 84:11,
16 85:21
89:4,11 92:4
93:1,25
98:9,13,25
103:25
104:6,23
105:2

107:14
119:13
120:6 130:2,
4 131:1,5,
11,15,20
132:20
135:3,19
141:12
143:8 148:2
152:10
153:11
155:15,21
158:19
162:7,11,19,
23 163:10,
16 164:1
167:21
168:11,19,
22 169:4,8,
22 173:8
175:12
177:7,16,21
179:2
182:25
191:14
192:3,4,18
194:6
196:12
204:16
210:1,21
225:7
227:14
228:2
231:17,23
232:3,7,13
242:23
244:21
248:24
253:4
256:18
260:12
261:8 264:3
265:2 266:1,
13 269:17

270:15
271:1,22
275:1,17
276:7
281:12
282:13
286:5,18
288:24
295:5,12
296:19

**instructed**
141:19
156:16
168:15
242:20

**instructing**
75:4 81:20
168:25
261:10
265:3
270:19
286:6,13,14

**instruction**
33:9 35:12
56:2 71:6
148:5
192:21
204:19
227:7,17
228:5
231:19
232:10,16
242:25
249:1 253:6
256:20
260:19
264:5 266:6,
16,23,25
270:21
271:4 272:1
275:24
276:10
281:15

282:15
286:21
289:1 295:7,
15,21,23

**instructs**
16:20

**intact**
174:15
175:4,7

**intended**
171:24

**intends**
16:18

**intention**
286:17

**intentionally**
177:4

**inter**
74:25

**interaction**
116:18

**interactions**
167:7,8
202:21

**interest**
74:12 77:14,
25 78:1,10,
12,14,15,16,
19,23 79:1,
4,5,8,9,11,
16,25 80:7,
8,18 91:25
104:9,21,25
108:10,19
109:8,24
110:15
111:2,5,17,
22,23 112:7
137:20
141:4

142:13
144:22,23
145:24
146:14,19
173:3 175:4,
6 201:6,8,9
225:22,23
247:24
256:10,13,
16 267:16
271:18

**interesting**
38:10 70:7

**interests**
80:2 92:23
136:18
174:14
175:11
256:3,11
307:11

**interject**
102:3

**internal**
33:24 94:9
112:20

**internally**
188:9

**Internet**
305:4

**interpose**
100:24
123:11

**interpret**
277:3

**interpretation**
172:12
175:9

**interpretations**
92:20

**interrogated**
11:11

**interrogatories**
43:19 52:25

**interrogatory**
44:2,13
45:15,22

**interrupt**
283:25

**interruption**
16:9

**intervenor**
12:20,23,25

**Intervention**
115:13

**interview**
97:15,17
99:22
102:14
173:9,23

**interviews**
303:24
304:1

**introduced**
302:13

**invalidated**
170:9

**invariably**
140:3

**inverse**
63:19

**invoice**
228:23
229:6,22,23,

25 292:17,
18

**invoices**
22:20

**invoke**
28:19

**invoking**
28:8

**involved**
31:18,24
160:9
165:16
242:14

**Ions**
122:8

**irregularities**
40:1

**irrelevant**
62:17

**Irvine**
250:10
251:9

**Isaac**
94:19 95:18

**issue**
88:9,22
90:19
277:24
278:10

**issued**
20:12 23:12
42:8

**issues**
146:8 158:3
250:12
279:18,21
280:18

**Izzie**

235:4

___

**J**

**Jacob**
25:24 31:17
34:18
254:19,20
255:4,8
258:20
294:11

**Jake**
12:10

**Jason**
50:17
235:10
238:16

**Jeff**
50:20

**Jeffries**
54:19,20
229:9,16
230:2,13
234:8
291:14

**Jesus**
12:22

**job**
66:25 83:3,6
110:22
119:24
245:12
254:5

**jobs**
255:4

**Joe**
25:22 31:16
253:20,23,
24 254:2,5,
16

**join**
18:13 40:22
46:6 57:6
65:11 68:4
69:3 75:22
81:6 82:9
86:10,12,20
88:1 90:8
93:4 103:1
106:24
111:9
126:22
129:16
136:8 144:3
151:13
154:12
171:1
172:17
177:2
178:20
248:9
272:11
273:6,17
274:2 278:9
280:6 298:3
301:3

**Joine**
38:16

**joined**
12:15
201:24

**joint**
97:8

**joking**
177:12

**Jose**
165:8

**Jr**
165:8

**judge**
14:6 185:9

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

**Judicial**
17:6

**Julie**
12:2 13:21
64:3 65:3
70:13
181:11
185:18
187:11,12
195:12
217:2 243:5,
14,20
256:10
264:8 301:5,
8

**July**
25:11 29:13,
18 30:6,9,25
31:10 55:23,
24 56:5,7
66:15,25
95:6,8 99:1
159:9 160:8,
17 164:19
165:20
167:17
214:13,18
216:5
232:18
233:4,5
234:3,4,19,
24 235:7,15,
16,19,20,23
236:20
238:5
259:11
268:24
270:24
281:25

**jump**
147:9
235:13
251:2

**jurisdiction**
15:21

**jurisdictions**
149:17
155:3

**Justice**
12:7,9

---

**K**

**Kabalkin**
50:23

**Kamon**
82:25

**keeping**
201:6
221:22
234:10
247:25

**Ken**
131:9,18
140:13,14
143:1
204:12
289:11,18
292:20,21,
23,24 293:2,
4,7,10

**Kern**
153:16,20
156:13
157:18,22

**Kevin**
171:7

**Kiley**
171:7

**kill**
212:4

**Kim**
177:5,8

**Kim's**
177:19

**Kimon**
12:12

**kind**
24:13 25:10
31:7 32:8
33:13 40:2
62:21 73:24
74:19 75:16
93:15
102:17
106:12
137:22
139:6 141:5,
6 142:14
151:14
153:21
157:21
167:6,9
202:3
207:21
213:15
216:24
225:17
239:16
246:8,18
248:2
254:10
258:21
260:23
261:18
267:8
273:21
277:15,19
278:25
289:25

**KIWSI**
34:15

**knew**
41:13 107:4
118:3,4,8,12

120:11

**knowledge**
19:15 56:12
123:18,22
190:25

---

**L**

**L.A.**
106:7
119:23,25
120:2 123:2,
20 125:5
130:17
135:23
136:2
137:22
138:14,16,
17,21
139:25
140:2 141:6
142:14
150:8
158:10
172:23
175:16

**L.J.**
13:10

**Labor**
252:17

**lack**
124:8
287:21

**lacking**
55:7

**lacks**
29:17 31:20
40:21 41:16
43:2,9 45:4
46:4,14
48:8,14,19

49:10 55:14
56:21 57:4
58:9,17,24
59:9 63:1
64:14,22
65:10 68:2
69:11 70:2,
18 71:3
72:4,25 75:2
76:25 81:2
86:8 89:2
91:13,21
92:25
101:12
103:2
104:10
105:23
110:9,16
112:18
114:18
116:14
127:3
128:16
132:14
136:9 138:1
142:17
153:10
156:3 157:1
162:18
163:25
175:20
225:13
230:25
240:11
245:5 285:4

**Lali**
12:13 46:6

**lamp**
203:9

**language**
64:5 76:23
77:3 79:24
140:8 157:9

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

242:15
258:16

**large**
175:2 207:4

**largely**
106:15
212:24

**late**
23:13
100:24
123:11
180:22

**latest**
220:21

**Latino**
75:24 76:5,
18 114:6
116:24
117:8
122:22
123:3,4
126:5
128:10
129:24
130:17,18,
20 131:10,
14,19
133:14,17
134:6,9,10,
13,17,18
135:15,25
136:4
137:18
140:9,17
147:19
150:8,18
151:3,8
152:14,21,
23 153:18,
25 154:1,3,
25 155:3
156:14,17

158:10,11,
13 163:6,14
168:1,2,17,
23 197:4,12
200:22
205:3,17
212:23
225:1
227:20
283:6,9
284:17
285:9 287:1,
2,25 288:7,
11,15

**Latino-influenced**
128:9
163:22
205:16
283:7,16,18,
19 284:6,9,
20,23 285:3,
23 286:3,8

**Latinos**
283:6,22
284:8

**Latinos'**
151:2

**law**
12:4,14
13:21 35:16
52:14 73:17,
25 88:6
144:19
180:2 301:8
302:10

**lawsuit**
18:24,25
153:19
156:14
157:24

**lawsuits**
77:7 273:20

**lawyer**
64:4

**lawyers**
40:14 77:6
149:22

**lay**
102:15
283:23

**layer**
40:3 207:19

**laying**
278:5

**layperson**
75:17 88:21

**layperson's**
100:3
103:18

**LB**
128:7
133:15
205:14

**leadership**
132:6

**leading**
107:8 240:1

**leaking**
69:10

**lean**
92:20

**learn**
18:20 19:6

**learned**
18:24
302:24

**leave**
137:21

**leaves**
249:10

**left**
24:8 302:7

**legal**
11:24 17:16
27:11 30:11
55:8 60:4
74:2 75:1,4,
7,20 85:2
86:10,18
87:10 88:1
89:1 92:20
94:9,10,11,
16 96:10
105:20,22
117:17
148:9,18
149:15,18
153:15,17
156:15
157:19,23
159:7 178:5
179:25
206:8
220:15
241:25
248:7 273:4
278:8 291:7

**legislative**
24:16,19
26:18,21
28:5 32:15
34:25 35:1
41:25 42:16
46:16 47:5
48:2,9,15
49:13,25
52:6 56:10
58:10,11,20
59:1 62:25
63:4,6 71:5
73:3 76:9,21

80:11 81:1,
12,19 83:6
84:10,17,24
85:20 89:11
92:3 93:24
98:18,24
101:3
103:24
104:6,22
107:13
120:7
129:10
130:4,10,25
131:12
132:1,21
133:3 135:2,
19 139:15
141:11,19
143:7 147:5
148:3
152:11
153:13
155:22
158:18
159:22
160:6,23,24
161:19
162:3,8,17,
24 163:11
164:2
167:18,20
168:10
169:23
173:7
175:13
177:6,15,22
179:1 190:7,
13 191:14
192:2,18
193:14
194:3,5
196:13
204:17
205:9,21

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

209:25
210:22
221:4 225:6
227:4
231:16
235:9
238:15,16
240:1,10
242:6,7,20
244:21
247:16
248:23
253:3
256:17
260:11,14,
15 261:9
262:4 264:2
265:1,6
266:2
269:16
270:14,17
271:21
274:25
275:16,21
281:12
282:12
286:4,19
288:23
294:18
295:4
296:18
301:14,25

**legislatively**
155:16

**legislator**
27:4 28:18
50:10,23
83:8 84:2,12
167:4 241:7
242:20
264:24
265:5,23
268:11

269:13
276:15

**legislators**
50:9,23 57:8
81:9,23 82:4
83:2 84:7,19
85:18 91:24
95:16
108:21
167:8
233:19,21,
22 238:11
239:5,9,10,
17 240:25
241:1 242:8,
11,12,14
307:10

**legislators'**
225:22

**legislature**
26:23 27:16,
18 28:2,9,
18,21,24
29:1,5,8,15,
16 42:15
45:25 46:20
50:20,21
51:21 56:11,
17 57:2,13
61:12 62:3
63:3 64:19
68:17 70:25
76:24 83:13
85:12 87:13
88:5,21
89:19,24
90:4 105:1
168:25
190:7,8,11,
14,21,24
191:3,5
192:6,11,14
225:11,18

235:8 240:3
257:2 286:9
299:11

**legislature's**
189:14

**legitimate**
106:18,21
146:18

**letter**
61:5,11
62:2,4,9,16,
19,23 64:5,
18 65:21
67:24 72:10,
16 73:8,10
76:24 85:23
120:25
121:2,8,11,
21 122:12,
19,25
123:16,19,
21,23,24
125:16,23
126:10,12,
14,18,20,24
127:10
128:14,22
130:7
133:23
143:3,15
144:13
147:25
151:11
154:17
156:21
185:18
186:19,25
187:25
188:1,2
200:2,6
201:21
202:2,14,23
203:15,25

243:22
246:14
280:13,17

**letterhead**
64:6 65:5

**letters**
61:19
206:19

**letting**
119:22

**level**
151:15,17
178:21,22
294:1

**levels**
150:18
151:8

**LGBT**
136:12,13,
14 201:8
271:7,12,14,
18

**LGBTQ**
78:16
111:19

**Liberties**
250:9

**lies**
188:14

**Lieu**
208:1,2,13,
14

**ligns**
172:21

**likelihood**
155:7

**likes**
16:11

**limit**
184:25

**limitation**
22:19

**limited**
215:19

**Limon**
166:3

**Linda**
11:4 13:9

**Lindsay**
235:4

**lines**
74:19 77:7
79:8 85:23
99:16 105:5
107:21
108:3 109:4,
18 120:10
131:8
134:21
137:2
140:19,22,
23 163:1
167:23
169:11,14
171:4 174:8
195:15
197:11
209:10,23
212:15
215:23
220:9,12
248:6,22
259:17
263:21
271:20
272:19
289:21

**link**
186:19,20

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

**187:**6,7,15,
16 **221:**23
**222:**9 **223:**1

**linking**
222:7,10

**links**
221:24

**list**
50:6 51:16
83:2,6 84:1
97:8 160:15,
21 164:17
167:10
181:11
254:19
255:12
299:6

**listed**
31:15,16
250:22

**listen**
265:12

**listing**
117:7
200:22

**literally**
146:8

**litigation**
98:4

**live**
18:16 21:15
78:6,13
263:4

**lived**
263:15
264:1

**living**
38:7 257:22

**Liz**
24:1,19
25:3,16,17
256:22,25
257:1,16,24
258:6

**LLC**
23:18

**LLP**
11:3,22 60:2
96:7 159:4
179:22
241:22
291:4

**lobbyist**
161:2

**local**
50:23

**localities**
251:10

**location**
22:9

**Lofgren**
234:8 237:3

**log**
182:11
183:12

**logo**
185:20
190:18,25
191:11,12,
23 193:3

**logos**
191:2,4

**long**
15:25 19:4
40:3 64:17
66:1,2 92:11
133:7,8

**134:**16
**136:**13,17
**145:**6,25
**146:**24
**201:**9
**205:**22
**214:**4
**239:**19
**246:**19
**252:**18

**longer**
116:12
282:17
283:8

**looked**
23:8 45:22
214:4

**Lopez**
32:6 259:2,
3,6

**Lorenzo**
252:16

**Los**
17:8 18:10,
17 117:9
118:5
119:17
122:23
125:17
184:14,19,
24 185:7
200:23
208:18
219:16,20
220:2 259:3
289:8,19

**losers**
171:5

**losing**
138:15,16

**lost**
46:11 58:2
152:16

**lot**
73:24 78:17
89:25
101:16,19
108:17
111:12,14
112:3
125:17
136:20,21
137:19
144:17
145:20
173:1
185:22
247:19
256:2 280:4
285:13
289:24
304:16,23
311:9

**loud**
117:4
141:15
200:20
282:25
283:4

**love**
49:19

**lower**
143:23
144:18,24

**Lucille**
130:18

**Luis**
165:8

**LULAC**
12:18,21,25

**lunch**
95:19

**luncheon**
95:25

**Lyles**
235:11
238:16

**Lytle**
50:18

---

**M**

**M-A-L-D-E-F**
211:2

**Macedo**
164:21
167:10,12,
13

**Madduri**
12:13 46:6,7
186:12,21
187:1,9

**made**
17:11 28:12
42:17,19
47:7 48:4,11
58:6,7,10,
13,15,22
72:15 80:22
90:3 139:19
209:3,12,13
210:3,5
225:17
229:19
239:24
255:25
256:6 261:3
264:21
265:9,15
267:4,20
268:12

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

269:8,11,20
272:9,24
273:11,13
275:7
276:20
279:7
286:13,14
287:25
289:14
304:1

**magic**
153:22

**magical**
156:19

**mail**
39:16,20,21,
25 40:5
191:4

**mailed**
90:20,25
91:9

**mailing**
91:6

**main**
36:13
247:24

**maintain**
151:24
154:19
155:7,24
236:2
269:22

**maintained**
163:20

**maintaining**
103:22
139:25
146:19
158:12
176:1

247:23,24

**Majoirity**
230:7
291:15

**majorities**
150:19
151:3

**majority**
54:17 85:25
103:22
129:24
131:10,14,
19,24
135:16
136:4
147:20,24
148:12
149:9
158:11,13
167:7
193:17
194:2,9,12,
15,18,21,24
195:2,5,8
196:21,22,
24 197:11
212:23
213:5
229:12

**majority/
minority**
117:8
122:22
126:5
130:19
134:7,17,18
136:1
154:22
197:19,22,
25 198:3,6,
9,12,15,18,
25 199:7,18

200:23
205:4
211:14
283:8,21
287:18
289:8

**make**
16:14 30:4
41:9 47:19
48:23 61:15
97:2 103:6
116:8 125:2
138:4 149:8
150:16
168:3
178:11
183:13
193:11
218:7
236:14
237:18
238:3 256:1
265:23
276:2 287:4,
8 288:16
294:21
301:22

**makes**
34:10
100:12
119:24
174:2

**making**
47:3,24
48:17 49:9,
11 103:5
109:13
110:5 125:8,
9 128:9
138:22
161:10
172:3
205:16

210:4
240:16
290:5

**MALDEF**
211:1,4,8,
11,14,23
212:22
213:3 214:4,
17 280:8

**Mall**
11:3,22 60:2
96:8 159:5
179:23
241:23
291:5

**manner**
35:14

**Manolius**
12:12 13:23
14:4,9,13
15:4 17:12,
20 18:3,8,
12,21 19:8,
17 22:14
23:5,9,12
24:5,16,21
25:10,13
26:7,17,25
27:6,13,20
28:4,11,20
29:2,17
30:13,16
31:2,20
32:14,19,22
33:1,3,8,11,
21 34:6,22
35:1,6,10,14
36:10,18,24
37:9,19
38:14 39:18
40:21,23
41:15,24

42:6,9,14
43:2,10,24
44:1,4,7,10,
16 45:3,17
46:2,10,14
47:5,9,16,21
48:1,7,13,19
49:1,10,18
50:2,12
51:4,8,14
52:3,5,8,10
53:5,7,9
54:22 55:8,
14 56:2,20
57:4 58:1,8,
16,24 59:3,
6,8 60:15,17
61:1,4,13
62:17 63:1,
12,21 64:14,
20,22 65:9,
25 66:6,15,
19 68:1,8,18
69:1,11
70:2,17,22
71:2,7,9
72:3,25
73:14 74:2
75:1,6,12,22
76:8,14,19,
25 77:9,16,
19,23 79:17
80:10,15,19,
23 81:2,11,
17,24 82:8,
12,15,21
83:16,20
84:9,16,22
85:4,14,19
86:7,12,17
87:8,16,23
88:18 89:1,
9,15,17,22
90:5 91:12,

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

| | | | | |
|---|---|---|---|---|
| 21 92:2,8,25 | 144:8 | 12,19 192:2, | 261:8,12,24 | 45:2,7,9,22, |
| 93:23 94:4 | 145:13 | 7,17 193:19, | 262:16 | 25 46:19 |
| 95:5,8,22 | 147:4 148:1, | 21 194:5 | 264:2 265:1, | 47:3,8,11, |
| 97:10,23 | 5,14 149:11 | 195:22 | 7,20 266:1, | 14,20,25 |
| 98:3,9,13, | 150:24 | 196:11,25 | 13,22 268:1, | 48:6,11,12, |
| 16,22 99:6, | 151:10 | 199:2,12 | 13 269:3,16, | 18 49:9,11 |
| 18,20,23 | 152:4,10 | 200:9,14 | 22 270:14, | 53:2,16,18, |
| 100:24 | 153:3,10 | 203:18,20 | 18 271:1,21 | 19 54:9,14, |
| 101:2,7,12, | 154:9 | 204:16 | 272:11 | 21 55:1,12 |
| 23 102:13, | 155:10,15, | 206:8,25 | 273:4,16,25 | 56:18 57:15, |
| 24 103:2,9, | 21 156:2,7 | 207:10,13 | 274:14,16, | 16 58:4,5,6, |
| 11,23 104:5, | 157:1,15 | 208:9 | 25 275:16, | 13,19,21,22 |
| 10,22 105:2, | 158:18 | 209:25 | 20 276:7,16 | 66:14 68:7 |
| 22 106:20 | 159:16,22 | 210:7,11,21 | 277:9 278:1, | 69:8,18,21, |
| 107:12 | 160:5 | 211:5 213:6 | 4,9 279:13 | 25 70:4,5,6, |
| 108:3,6 | 161:12,15, | 214:1,23 | 280:3,23 | 16,19 71:1,4 |
| 110:8,16 | 19 162:2,7, | 215:13 | 281:3,11 | 72:11 76:7, |
| 111:7 112:8, | 11,15,18,23 | 219:8 | 282:12 | 12 77:8 78:6 |
| 18 114:18, | 163:8,10,16, | 220:14 | 284:11,14 | 80:9,22 |
| 24 116:2,8, | 25 164:5,13 | 221:3,16 | 285:4 286:4, | 81:23 82:6 |
| 14 117:17 | 166:18 | 222:23 | 16 287:14 | 84:8,15,21 |
| 119:5,7,11 | 167:20 | 224:15 | 288:2,23 | 85:1,3,7,8, |
| 120:6,20 | 168:10,14, | 225:6,13 | 290:6,22 | 17 86:3,6,16 |
| 121:13,23 | 19,24 169:4, | 226:2 227:4, | 291:17,21 | 88:24 89:20 |
| 122:1 | 8,22 170:2, | 14 228:2 | 294:16 | 90:3,17,21 |
| 123:10 | 24 171:25 | 230:11,25 | 295:4,12,20 | 91:8 92:1 |
| 124:6,12,17, | 172:15 | 231:6,16,23 | 296:10,18 | 93:9,19 |
| 24 126:21 | 173:7,24 | 232:1,7,13 | 297:8,12 | 95:10 98:20 |
| 127:2 | 174:19 | 233:8,11,20 | 298:3 | 99:4,6,12 |
| 128:16,24 | 175:12,18 | 234:10,14 | 299:15,23 | 100:20 |
| 129:9,14 | 176:25 | 235:18 | 301:3,15,19 | 102:18,19, |
| 130:2,10,24 | 177:3,6,15, | 236:11,18 | 303:8 | 20 103:21 |
| 131:3,5,11, | 21 178:1,3, | 240:11 | 311:24 | 104:2,21 |
| 15,20,25 | 8,18 179:1,5 | 241:13 | 312:9 | 106:8 107:5, |
| 132:14,20 | 181:16,24 | 242:9,11,18, | | 6 110:13,20 |
| 133:24 | 182:13,24 | 22 244:19 | **map** | 111:4,11 |
| 135:2,6,17 | 183:4,10,15 | 245:5 247:8, | 17:5 19:25 | 112:3,4 |
| 136:6,9 | 184:10,23 | 12,14 248:9, | 20:4 22:24 | 117:20,23, |
| 137:6 138:1 | 185:10,12 | 23 250:20 | 27:16 34:5, | 24,25 118:2, |
| 139:11,14 | 186:1 | 253:3,11 | 8,21 40:18, | 4,6,12,18, |
| 140:10,21, | 187:20 | 256:17 | 20 41:4,11, | 20,24 119:4, |
| 25 141:8,11, | 188:4 189:1, | 257:6 | 20 42:4,13, | 12,16,21,23 |
| 17 142:17 | 17,22 190:3, | 258:13 | 25 43:1 | 120:9 123:4 |
| 143:6,25 | 10 191:10, | 260:6,11,17 | 44:22,23,24 | 124:20 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

129:20
130:9,15
132:9,18,22,
23,25 134:5,
6,11 139:10,
16 143:4
147:3,14
153:12
156:23
162:22
163:3,5,24
164:4
169:21
170:23
171:22
172:11
173:6
176:22
177:13
178:24
183:22
186:6
188:10,13
189:19
190:13
201:16,19,
21 208:5
215:4
224:25
225:2
227:10
245:12
267:6,15
268:19
269:1,9,15
277:22,23,
24 278:12,
15 296:12
301:25
303:24

**mapped**
80:3 134:12

**mapping**

135:14

**maps**
15:20 22:21
24:15,20
25:6 26:6,
12,16,24
27:5,19 28:3
29:12,14,15
31:1,4,5,7,8,
19,24 32:13,
18,21 33:17,
25 34:10
35:5,9,10
41:6,12
42:22 51:10,
20 55:11
56:9,16,19
57:2,9,12,13
61:19 62:20,
24 68:15,21,
22,23,25
69:5,10
70:4,10
73:2,6,11,16
75:16 76:7,
23 77:5
80:18 81:9,
15 82:1
85:13 86:25
91:2,4 92:5
93:16 94:20,
25 95:3 98:7
101:20
102:9,10
103:17
106:14,19,
21,22 107:2,
3,4,6,8,24
108:1,9
109:6,21
110:22
111:24
114:17

133:4
135:22
136:12
152:8 153:8
154:18
155:14,19
162:6,10
164:20,23
165:5,8,11,
14,21,24
166:2,5
167:25
175:2
176:10
188:12
195:19
201:18,22
208:4
209:18
210:9
213:16,18,
21 214:2,4
215:22
216:1,4
221:4,7
225:19
226:6,23
230:16
241:9
245:20
248:19,21
252:23
253:2
255:10
262:4,22,24
263:4,7,8,
10,12,25
267:9,11
270:5,12,13,
24 271:17
273:8
276:24
277:12
282:11

286:17,25
287:24
288:7,11
289:23,24
295:2,11,19
296:14,25
301:14
302:21,22
304:9 310:3

**Maptitude**
33:15 34:4
112:24

**Marc**
165:5

**mark**
12:4 20:25
21:9,19
22:12,14
23:15 53:20
102:9 113:5
159:25
170:3
173:12
179:13
180:2,6
189:11,22
211:18
212:1
228:21

**marked**
20:8 21:3,23
43:16 52:25
53:25 60:11,
24 62:7
71:14 96:15,
22 99:15
113:1,9
115:13
121:6,7,9
122:18
125:23
127:22

128:14
130:7,13
134:21
136:23
143:3,10
147:11
156:21
173:19
180:14,16
184:16
185:15
189:13,20
190:20
205:10
211:20
212:10
215:1
218:20,25
221:18
222:5,16,25
223:5
228:20
243:4
308:19,21

**marking**
20:9 21:25
43:17 60:6
71:11 96:11
173:14
222:2

**marks**
59:24 96:5
159:2
179:20
227:1
241:20
291:2

**match**
38:13
133:13

**matches**
227:19

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

**material**
47:17

**math**
208:22

**mathematica
lly**
149:5

**matrix**
195:16

**Matt**
50:24
138:14,15
139:2,9
140:6
292:25

**matter**
11:14 13:15
36:19 87:25
148:16
221:2 247:9,
15 284:12
294:17
297:9
302:17

**Mcguire**
95:2

**Mclaughlin**
25:20 31:16
252:9,10,11,
19,21 253:8
254:13

**Mclaughlin's**
253:1

**meaning**
37:3,12 70:8
174:13
283:21

**means**
25:6 27:14
30:19,20,21

44:3 65:17
70:9 87:5
102:16,18
154:7
168:23
218:16
226:18
240:8
265:18

**meant**
46:19 100:3,
15 101:14
103:21
210:19
256:14
259:16

**measure**
41:18
108:23
174:8,9
206:17

**media**
11:13 58:18,
20 59:10,11
106:17
264:23
267:11,12
268:8 269:8
304:18

**medication**
17:2

**meet**
105:25
254:2 263:2

**meeting**
22:9 29:19,
22 30:6
83:21
263:11

**meetings**
166:23

234:21
255:23
263:20

**megabytes**
183:6

**meld**
147:20,24
148:11

**melding**
149:9

**member**
28:9 93:8
94:19
130:20
140:3
167:13
177:10
201:7
235:10
257:1 283:6

**members**
25:8 50:22,
25 83:8 84:4
95:15
105:13
160:11,13
237:5
238:22

**membership**
132:7

**memo**
244:17

**memoranda**
22:19

**memory**
45:6 154:20

**mention**
52:22

**mentioned**

77:13
140:13,14
175:22
203:16
238:12,21
306:11,12,
16,18 307:2,
6,17 308:4,9

**mentions**
309:19

**Merz**
64:4 65:4
70:13
185:18
243:12

**message**
68:21 125:8
268:8,23,25
269:5

**messaging**
73:9 125:6

**met**
166:16
175:24
239:9

**metadata**
65:5,13,16

**methodology**
32:20
154:19
294:8

**Meuser**
12:4 13:25
14:7,10
21:10 54:2
60:18 96:24
97:7 115:21
120:19,21
121:4 131:2,
4 143:15
150:13

169:17
172:5 179:7,
13,14 180:2,
6,15 181:22
182:7,18
183:1,5,11,
24 184:12,
17 185:8,11,
13,16 186:5,
9,14,23
187:5,10,23
188:6 189:2,
7,14,18,25
190:6,16
191:11,16,
20,22 192:4,
13,20
193:20,23
194:7 199:4,
14 200:10,
16 203:19,
22 204:18,
24 205:1
206:12,21
207:7,11,15,
23 208:15
210:2,8,14,
23 211:7,17,
21,24 212:3
213:11
214:3,24
215:2,15
218:21
219:12
221:9,19
222:2,6,13,
17 223:1
224:18
225:8,17
226:3 227:6,
16 228:4,21
230:12,18
231:4,8,18,
25 232:2,9,

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

15 233:10,
12,24
234:18
235:21
236:13,19
240:15
241:11,14
242:1,10,13,
19,24
244:23
245:9
247:10,21
248:25
250:24
253:5,14
256:19
257:11
258:17
260:9,13,18
261:10,14
262:11
264:4 265:3,
8,22 266:3,
15,24 268:2,
18 269:7,18,
24 270:16,
20 271:3,23
272:13
273:11,22
274:15,17
275:4,18,23
276:9,18
278:3,17
280:12
281:1,8,14
282:14
284:13
286:6,20
288:6,25
290:11,16,
20 291:8,23
294:22
295:6,14,22
296:14,20

297:10
298:7
299:18
300:6 301:5
302:4 312:2,
4

**MEUSTER**
60:16

**Mexico**
251:5

**Michael**
13:1 50:4,19
235:10
238:17

**mid-decade**
245:23

**middle**
44:20 117:8
118:5 140:2
147:17
150:3
200:23
230:4

**midnight**
23:14

**Mike**
95:2

**miles**
18:17

**million**
277:23

**mind**
32:10,11
43:5 50:8
75:10 82:21
109:15
111:17
148:8
155:14,19
164:11

234:10
235:13
251:2
272:14

**mine**
49:24 63:23
70:20 215:7

**minimal**
145:7 249:4

**minority**
126:13,15
145:24
146:16
195:13,17,
21 196:3,6,
10,18

**minority/
majority**
197:18,21

**minuscule**
59:16

**minute**
43:22 58:21
60:13 72:4
94:21
122:13
179:15
180:24
281:11

**minutes**
64:6 96:17
115:18
239:20
282:20,21
302:7

**mischaracter
ization**
281:6

**mischaracter
izes**

88:18 132:3,
4 156:25
200:7 298:1

**mischaracter
izing**
281:10

**mislabled**
89:20 90:14

**misnumbere
d**
90:20

**missed**
208:20

**missing**
93:6

**mission**
280:11

**misstated**
46:18
100:14

**misstates**
31:2,4 89:10
90:5 102:25
122:1
123:12
124:24
129:14
140:10
151:10
156:2
195:23
200:9 260:6
279:13
280:23
287:14
290:6
291:17

**misstating**
46:3

**Mitchell**
11:8,13
12:11 14:21
20:10 21:13
22:6 24:24
28:8,17 42:6
57:23 60:1
62:12 71:12
96:7 135:8
159:4,8
174:13
175:15
179:22
187:11
192:20
215:3
221:21
227:2
241:22
242:1,19,24
244:23
260:18
261:14
264:4 266:3,
15,19,24
267:3
269:24
271:3,23
275:23
276:9
282:14
286:20
288:25
290:16
291:4,8
295:6,14,22
296:1,20
302:12
309:24
311:21

**modified**
68:11

**modify**

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

246:11

**moment**
74:9 237:17

**Monday**
18:2,6 20:24
181:6
184:21,22

**Monica**
208:19

**Monique**
166:3

**monitoring**
254:7

**montage**
307:10

**month**
66:3 214:10
230:4 238:5

**months**
115:2
214:11
260:16

**morning**
11:12 29:11
180:22
258:6

**motion**
309:1

**move**
88:22
124:20
125:5
140:18
237:5

**moved**
134:14

**movements**
310:15

**moves**
38:3 87:20

**moving**
125:11
151:23
152:12
153:23
155:5 158:8
310:14,20

**multiple**
33:12 50:22
52:18 84:18
85:11
172:19
239:16
244:9 266:9
276:19
277:17

**municipal**
73:17,21
78:18 80:6
86:22 92:17
103:13
250:7 255:7,
22 257:8,10
282:8
285:14
297:14,19

---

**N**

**names**
32:7 50:9
159:11
234:6,7
238:20
239:8
240:19,22
254:25
274:19

**naming**
234:6,7

**Nancy**
234:8 237:3
307:20

**narrative**
48:13
172:16

**Nathan**
235:4

**national**
36:6 52:12
270:8

**nationally**
170:11

**native**
76:1 298:16,
17,22 299:3

**naturally**
61:1

**nature**
182:1

**NDRC**
52:11,12
270:7,8,24

**necessarily**
41:18,21
215:24
264:23

**needed**
39:3

**neighborhood**
74:14 78:12

**neighboring**
150:9

**Network**
52:18
175:24,25

**Newport**

133:17
134:16
205:23

**news**
19:14,23,24
59:12 226:6

**Newsom**
11:15
234:25
259:10
307:11,17

**Newsom's**
266:10

**Nicholas**
11:23 60:3
96:9 159:6
179:24
241:24
291:6

**night**
180:23
258:9,12

**nod**
16:13

**nodding**
16:22 31:6,
11 33:7
41:23 69:16
91:11
113:12
164:12
217:23

**non-profit**
250:18

**non-redistricting**
283:20

**nonalignment**
294:4

**noncontiguous**
278:12,16

**nonpartisan**
259:21

**nonprofit**
250:8,17

**norm**
284:7

**normal**
33:18
300:20

**north**
128:7 133:8,
15 205:14
274:3

**note**
23:12
173:12

**noted**
182:4 185:1

**notes**
290:21
311:18

**notice**
55:6 126:11
181:5,9
185:2

**noticed**
190:16

**November**
19:16 20:5,
12 22:24
121:8
202:11,15,
18,20,23
215:8 216:6

**number**
11:13,18

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

14:5,14
31:15 44:2,
13 45:15
51:12 59:25
60:8,24 61:7
62:7 64:1
65:1 67:20
68:15 74:22
87:19 96:6
97:7,8 116:3
117:9
119:16
125:25
126:2
134:12
135:25
147:22
153:22
154:17
155:20
156:19
159:3 176:9
179:21
180:16,25
181:3 197:7
199:8,15
200:13,24
203:16
204:2 205:1
206:3,19
207:4,5
208:14
215:20
241:21
243:10
253:18
254:6 262:5
278:18
284:2,7
291:3 297:7

**numbered**
60:8 91:3,4,
5,7 188:18

206:6
309:11

**numbering**
206:13,16
248:15

**numbers**
37:13
143:12
161:13
186:22
193:4,10,16
199:23
208:5
212:12
216:8,10
217:21
218:4
237:23
284:19
295:1 296:6

———————

**O**

**O&1**
312:3

**Oakland**
172:24
175:16

**oath**
16:5 61:22
180:11
242:2 291:9

**object**
16:17 17:15
21:5,7 61:14
66:16
107:16
124:9,10
162:16
192:17
210:12
227:4

268:13
278:7

**objected**
199:5

**objecting**
34:25
270:18
301:15,17

**objection**
17:12 18:3,
8,21 19:8,17
23:5,13
24:5,16
26:7,17,25
27:6,11,20
28:4,13
29:2,17
30:11 31:2,
20 32:14,22
33:1,21
34:6,22
35:6,10
36:10,18,24
37:19 38:14
39:17,18
40:21 41:15,
24 43:2,9,10
45:3 46:2,4,
14 47:5,17
48:13,19
51:7,8 52:3
54:22 55:8,
14 56:20,22
57:4 58:8,
16,24 61:1,
13 62:17
63:1 64:14,
20 65:9
66:19 68:1,
8,18 69:1,11
70:2,17 71:2
72:3,25 74:2
75:1,20

76:8,14,19,
25 77:9,16,
20 79:17
80:10,15,19,
23 81:2,11
82:7,8 83:20
84:9,16,22
85:4,14,19
86:7 87:7,8,
16,23 88:18
89:1,9,15,21
90:5 91:12,
15,20 92:2,
8,25 93:23
94:4 97:23
98:3,22
100:24
101:12
102:24
103:11,23
104:5,10,22
105:20,22
106:20
107:12,19
108:6 110:8,
16 111:7
112:18
114:18
116:2,14
117:17
119:5,7,12
120:6
121:13,23
123:11
124:16,24
126:21
127:2
128:16,24
129:9,14
130:2,10,24
131:15,20,
25 132:14
133:24
135:2,17

136:6 137:6
138:1
139:11,14
140:10
141:8,11
142:17
143:6,25
145:13
147:4,6
148:1,5,14
149:11
150:24
151:10
152:4,10
153:3,10
154:9
155:10,15,
21 156:2,24
157:15
158:18
159:16,22
160:5
161:19
162:2,11,15,
23 163:10,
16,25
164:13
166:18
167:20
168:10,14,
19 169:4,22
170:2,24
171:25
172:15
173:7,24
174:19
175:18
176:25
177:6,15,21
178:1,18
179:1,5
181:16
182:24
184:10,23

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

187:20
189:1
190:10
191:10,13
192:2,17
194:5
195:22
196:11,25
200:7
204:16
206:8,10,25
208:9
209:25
210:21
213:6
215:13,14
220:14,16
221:3
224:15
225:6,13
227:14
228:2
230:17,25
231:16
232:7 233:8
236:11
240:11
242:22
244:19
245:5 247:8
248:7,23
250:20
253:3
256:17
258:13
260:11
261:8,24,25
262:16
264:2 265:1,
20 266:1,13
269:3,16,22
270:14
271:1,21
272:10

273:4,16
274:25
275:16
276:7 277:9
278:1
279:13
280:3,23
281:3,11
282:12
284:11
285:4 286:4
287:14
288:2,4,23
290:6
291:17
294:16
295:4,12,20
296:18
297:8 298:1
299:23
301:2 303:8
306:2
307:15
308:6

**objections**
17:20 18:12
30:17 32:19
47:9,21
48:1,7 65:25
70:22 98:9,
13,16 105:2
114:23
116:7,8
124:5 156:5
158:6
166:22
206:10
231:23
232:13
266:22
273:25

**objective**
125:8 175:4

**objectively**
111:10
125:1 134:9

**obligated**
30:22

**obligation**
55:6

**obligations**
18:6

**obscure**
34:17 305:2

**observer**
173:10,15,
22 174:18
308:12

**obtain**
127:10

**obtained**
309:21

**OC**
52:14

**occurred**
73:4 275:2

**occurring**
61:2

**Ochoa**
214:7,9,12

**October**
113:25
114:3
127:11
173:21
174:5
225:10
283:13
286:2 287:8

**odd**
63:18

**off-the-
record**
219:7

**office**
23:24 67:11
238:7 239:2
266:10
308:25

**officer**
24:2

**official**
14:12 29:7
42:20
184:20
193:13
194:7
225:18
276:4,19

**officials**
262:25
263:3,5,13
274:20,23
276:19
278:19
280:21

**oftentimes**
38:22 79:4
87:19 88:9
272:16
273:14

**Omara**
50:4,16
238:17

**one-fifth**
39:6

**one-on-one**
82:14,17
83:10,25
84:4 165:2,3

**online**

68:22

**onward**
66:15

**open**
172:12
252:3
263:17

**opened**
56:10

**operation**
98:2

**operative**
170:10

**opinion**
124:7 273:2

**opportunitie
s**
289:22,24

**opportunity**
163:5,14
172:20
180:7
195:13,14,
17,18,21
196:3,6,10,
18 292:7

**opposed**
206:14

**opposite**
60:21

**opposition**
108:21,22
308:25

**optimal**
158:10

**Orange**
107:25
108:1,10

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

133:7 150:9,
16 201:10
203:23

order
60:21
143:23
148:12
168:3
190:14
225:21
287:3,21
288:16
310:7

organization
106:19,21
114:9 119:1
201:24
203:2 211:1
280:8

organizations
139:23
173:2 175:6,
22 176:6,8,
15 250:8,17,
18 254:24,
25 262:23

organized
108:18
113:6,11
146:10
280:10

origin
296:13

original
254:21
258:21

originated
307:22,25

Orion
12:17

Osete
12:22

ourself
74:18

outcome
279:17

outcomes
170:17
289:23

outdoor
146:9

outreach
255:23

outright
74:6

overboard
279:20

overbroad
77:16 87:24
92:8,25
97:23 116:3
144:1 273:5
277:9

overly
37:5

overnight
257:25

overpacked
150:17
151:7
152:14,21
153:9 155:6

overpacking
151:23
153:22

overturned
273:9

owner

23:17

_____

P

p.m.
64:3 65:3
67:21 70:13
95:23 96:1,
3,5 158:23
159:2
179:16,20
241:16,20
290:23
291:2
311:23
312:14

PAC
229:12
230:7
291:15

pack
54:18

package
189:3 194:3

packet
61:4,7 188:8
208:11

packets
189:8

pages
97:20 116:3
121:14,18
122:3 127:5
188:7
231:21,25
244:10

paid
27:7,9,15
32:3 53:18
54:9,25
115:9

228:11,12,
17 229:6,8,
11,16 230:1,
8,19 255:8
257:12,16,
18,19
258:24
259:6
291:14,19,
20 304:12,
19

paired
136:16

Palos
108:15

Panel
17:6

paper
66:21 183:5
184:24
186:4

Par
82:20

para
118:22

paragraph
45:16 56:4
67:21 85:25
143:19
147:17
150:3,4
158:9
174:12
175:14,21
205:12
245:17
246:2,5,8,9,
15,16,18
247:4 249:3,
8,9,19,21
257:23

264:16
274:17
279:1
282:24
286:25
289:4
309:18
310:22

paragraphs
244:10
246:19

parallel
73:19

paraphrase
280:25
287:22

paraphrasing
138:12

park
78:9,13

part
44:17 45:14
78:6 89:10
90:24 92:11
103:18
115:6
135:11
174:15,25
190:12
194:3 202:1
222:12
230:15
252:22
255:9
257:13
259:7 260:3
261:12
271:17

participants
114:8

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

participate
80:25

parties
54:10

partisan
86:3,6,16,
22,23,25
140:7
176:11
245:21
289:6 303:5,
9,13 304:6
306:11,13

partisanship
74:17 104:3
115:7 307:3
310:6

partners
23:18,22
24:3 25:9,17
31:22 32:2
34:7 49:5,21
125:17
190:18
228:24
230:18
231:14
249:22
252:1,3,12,
21 253:9,25
254:16,22,
23 255:5,9,
18,20 257:2,
4,13,17
258:22,25
259:4,7,20
262:9,13,20
282:2,7,10
291:24,25
292:21
302:21

Partners'
25:18
185:20

parts
37:11 55:11
154:24
203:1

party
52:19 86:1
192:15

pass
108:22
179:12
303:3

passage
82:23
242:14

passed
88:16
111:11
112:4

passing
225:22

passive
28:1

past
253:12
257:5 259:5
262:18

path
29:20 132:6

Paul
11:8,13
20:10 60:1
64:4,12 96:6
159:3
174:13
179:21
180:4
187:11

195:24
215:3
221:21
227:1
241:21
244:2 269:4
291:3
309:24

pay
53:12,16
54:21 98:15
104:2
231:14
252:21
254:16

paying
54:11,14
89:24
257:20

payment
229:21
292:18

payments
53:17
291:16

pdf
61:11 65:4,
17 188:2
190:15
222:11

PDI
35:24 36:14
67:5,11,13
225:16
297:19

peek
105:8

pejorative
157:8

Pelgrin

238:14

Pellerin
159:25

Pelosi
234:8 237:3
307:20

penalty
16:5

pending
13:16

penny
229:14

people
26:5,11
31:16 38:6,
7,9,22 39:4
40:11 48:16
50:1 52:21
57:3,7,10
67:9 68:21
78:13,14,15
79:13 82:19
98:19 99:11
100:8,18
101:15,20,
21,25
102:16
106:15
107:11
125:4
138:13,22
166:9,25
183:18
195:16
196:5 202:8
215:20
226:23
233:11,15,
18 238:9
243:20
247:19

258:22
262:19
265:16
267:9,11,12
276:23
277:17,23
279:19
280:4
283:23
286:11
298:24
304:2
310:14

percent
128:10
133:17
152:13,20
153:14,18,
24,25 154:1,
24,25
155:25
156:16,21
157:21
176:12
205:17
285:2,12

percentage
83:7 133:14
153:8
157:25
197:7,13

percipient
15:18

perfect
16:16 113:3
256:24

perfectly
128:13

perform
30:22

**period**
48:17,23
49:8,15,21,
22 51:4,19
67:14 82:21
83:9 95:11,
13,16 138:3
159:19
160:8,17
164:19,24
165:4,7,10,
13,20,25
166:3,6
167:14,15
218:12
234:11,13
238:10,21,
25 239:4,6,
12 259:5
275:14

**perjury**
16:6

**person**
191:5
234:21
239:21
252:17
255:16
267:6
277:22
278:2
292:16

**personal**
49:24 56:12
292:25

**personally**
11:7 116:19
247:2

**persuasive**
125:9

**Pete**

234:9,15
237:3

**phone**
234:22,23

**phrase**
19:25 72:19
92:14 261:6
283:16
284:1,22,24
285:19
290:11,12

**phrasing**
157:11,12

**physician**
66:22

**pick**
118:16
273:21
311:3

**pick-up**
267:15
268:19
269:1,15

**pickup**
104:8 269:9

**pickups**
101:6
310:25

**picture**
85:8 134:4

**piece**
66:21
184:24

**place**
11:21 38:6
114:20
151:2
190:14
234:19

**places**
173:1 218:3
283:4 302:4

**plain**
258:16

**plaintiff**
12:5,22

**plaintiff's**
20:7 21:2,22
43:15,18
53:24 60:10
71:13 96:14
113:8 121:5
173:18
180:13
184:15
185:14
189:12
211:19
214:25
218:19
221:17
222:4,15,24
228:19
308:18

**plaintiffs**
11:9 13:2,6,
22 180:3,7
301:9

**plan**
108:22
163:7,20
212:23
227:19
245:18
249:10

**planned**
67:8

**planning**
257:19

**plans**
108:20
145:6,20

**platform**
32:24 268:8

**play**
22:4 32:6

**plethora**
79:3

**plurality**
158:12

**podcast**
96:12 97:15
102:15
103:17
141:15
179:8 209:9,
14 240:24
241:2,3,7
252:8
255:25
256:7
259:25
260:2 261:4
264:21
265:10,13,
15 267:14,
21 270:4
272:9,25
273:12
274:8 306:7

**podcasts**
169:24
170:3 305:8

**point**
29:8 32:9
47:16 59:17
64:11,13
68:23 70:8
84:2 105:5
120:3

127:24
128:13
129:4,6,7,25
130:8 131:7,
9,13 132:5
133:12,21
142:7 159:8
204:1,5
221:5 224:5
225:16
273:8
278:13
279:17

**pointing**
104:16

**points**
22:21 67:22,
24,25 68:7
69:17 72:13,
15,17,19,20
73:9 130:14
132:10,13,
19 133:2
243:10
244:17

**polarized**
145:1
251:11,14,
16

**politely**
124:4

**political**
35:21 36:9,
12 52:22
53:21 55:21
67:3 102:16
113:6,11
247:25
253:19
254:11
280:10
289:6

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

293:17
296:16
297:6
304:14

**politicians**
262:7

**Politico**
70:9

**politics**
161:3
308:12

**pollsters**
52:22

**Pomona**
226:25

**pop**
231:9

**popped**
19:1

**popping**
13:3

**popular**
14:21

**populated**
39:13

**population**
38:1,2,3,7,
24 39:7,9,
10,11 74:23
123:4
128:10
133:18
138:15,16
140:9
151:25
172:20
196:24
197:6
205:17

212:19,24
216:12
247:23
283:24
284:1,3,17
285:10,11
294:23,24
298:5,18,24

**populations**
75:24 76:1,2
151:23
155:5
188:13
284:18

**portal**
29:7 56:10
57:16,20
62:20,25
63:6

**Porter**
12:18

**portion**
63:5 99:23
112:2
119:24
125:20
135:9 137:9,
10 144:16

**portions**
283:9

**position**
181:17
220:8
301:16

**possession**
162:21
166:15

**post**
215:3,11,17
219:3,12,18
221:11,23

222:8,19
223:13,23
224:2,9,19,
20 225:9,17,
25 267:25
268:2 269:8,
11

**postcard**
91:6,9

**posted**
70:9 215:8
220:6
226:19,21
267:6 268:2

**posts**
221:9
226:15

**potential**
55:11
251:12
311:4

**potentially**
37:5 90:19
118:21
126:23
127:6
128:23
129:1 171:3
207:19
240:2 280:4
300:3
311:11

**pounds**
21:9

**power**
52:17 75:15
76:13 84:13,
20 105:18
116:24
146:16
147:22

148:13
170:22
171:10,20
175:24,25
225:1
227:10

**PPIC**
163:19
164:8,10,15
222:17
223:10,22

**practice**
220:22
284:12

**practices**
73:24,25
74:19

**precinct**
38:20
293:24

**precincts**
38:13

**precise**
219:16
254:9

**precluded**
297:16

**Predominant
ly**
75:23

**prefer**
44:12 70:14
193:11

**preliminary**
17:7,9,19
96:22
115:14
121:10
184:25
309:1

**prepare**
181:19

**prepared**
121:4
185:24

**preparing**
182:17
185:3
192:13

**present**
25:12
201:19,21

**presentation**
22:23 113:7,
25 115:22
120:16
127:11
128:21
134:2
200:11
201:19
204:11,15
239:16,19,
24 240:13
275:8
277:20
281:22

**presentation
s**
239:22
240:16

**presented**
85:13
211:11

**presenting**
84:2 122:3

**presents**
212:23

**preserve**
48:5 173:5

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

**preserving**
74:12 91:25
143:22
145:23
175:15
176:9,13

**president**
35:20
306:16

**presincts**
293:22

**press**
59:6

**presume**
72:17 168:7

**presuming**
141:22
212:9
224:23

**pretending**
30:18

**pretty**
203:10
246:12
258:16

**previous**
206:15

**previously**
243:4 257:2
259:4

**primarily**
76:4 206:14
257:8

**primary**
33:13

**principal**
23:22

**print**

239:14
298:25
299:5 300:6

**printed**
218:23

**printing**
90:13

**prior**
51:20 56:7
72:12,15
81:25 84:2,3
88:3,4 93:15
95:9 97:9
100:16
111:23
188:20
202:20
253:10,11
259:13
263:9
296:24
297:3,11
299:19

**priorities**
262:5

**prioritize**
175:10

**prioritized**
174:13

**prioritizing**
175:8

**priority**
93:12
143:22
144:24
175:25

**prison**
37:25 38:2,
3,7

**prisoners**
217:2

**private**
89:8 132:24
227:2

**privilege**
16:19 23:6
24:17,19
26:19,21
28:6,8,15,19
32:15 34:25
35:2 42:1,16
46:17 47:5
48:2,9,15
49:14 52:6
58:12 59:1
63:4,11,13
71:5 73:3
76:10,21
80:11 81:13,
19 84:11,17,
24 85:20
89:3 92:3
93:25 98:5,
18,25 101:3
103:25
104:6,23
120:7
129:11
130:4,11,25
131:12
132:1,21
133:3 135:3,
5,20 139:16
141:12,16,
19 143:7
147:5 148:3
149:13
152:11
153:13
155:22
158:19
159:23

160:6
161:20
162:4,8,17,
24 163:12
167:21
168:11
169:23
173:8
175:13
177:7,16,22
179:2 182:3,
11,25
183:12
184:11
191:14
192:3,18
194:6
196:13
204:17
210:1,22
221:4 225:7
227:4
231:17
236:12
242:6,7,21,
23 244:21
248:24
253:4
256:18
260:12,15
261:9 264:3
265:2 266:2
269:17
270:15,17
271:22
275:1,17,21
281:13
282:13
286:5,19
288:24
294:18
295:5
296:19
301:14

302:1

**privileged**
26:18 52:6
112:2
155:16
162:3 164:2
191:13

**pro**
50:18 95:17
305:9,21
306:9,10
307:21
308:2,4

**problem**
274:15

**proceed**
14:2

**proceeding**
17:14

**proceedings**
312:13

**proceeds**
185:19

**process**
29:4 32:12
58:10,20
64:17 66:1,
2,5,9 87:20
88:11 89:7,
11 92:11
98:23 99:1,
7,8 107:14
110:21
111:13
117:11
118:2 119:8,
12 135:1,14
147:7 148:2,
17 149:13
153:11
158:7

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

168:25
169:9 175:1
182:16
183:19
188:22
200:6,18
201:1,5
217:14
221:7 236:4,
25 247:16
260:4
261:13,20
263:6,21
271:15
288:22
297:9

**process.'**
174:16

**processes**
89:16

**produce**
33:24 36:8
63:24
181:23

**produced**
61:23 65:20
182:22
183:3
186:13,15
187:2,3
216:16

**produces**
300:9

**producing**
181:25

**product**
88:25
216:22
259:19
260:14
300:15

**production**
22:12,16
60:7 71:16
180:25
181:2 182:6,
20

**productive**
215:24

**professor**
231:11

**program**
33:4,14,20,
23,24 34:9
300:4,8,11

**programs**
33:12,13,15,
19 300:3

**progress**
172:3

**progressive**
139:24
140:18

**project**
24:24 25:4
36:21,25
37:10,20
39:19 66:13,
14 93:2 94:5
144:9
250:10
251:15
261:18
301:6

**projects**
67:16,18

**prominent**
307:19

**promote**
225:19,21
226:1

**proof**
20:25

**prop**
19:25 26:15
31:1 41:4,6,
13 43:1
51:10 66:14
68:7 72:11
76:6,12 77:8
80:9 81:1,10
88:24 92:11
93:2 105:1
111:5,11
114:7,9
115:4,8
116:23
119:12
120:8 130:3
132:18,22
133:3 134:6
135:14,18
139:12,19
147:3 148:2,
4,17 153:12
155:13,18
158:5,16
159:10
161:23,25
162:2,10
163:3,5,24
167:25
169:9,20
172:11
173:15
175:2
189:15
194:4
195:19
196:12
206:15,17
210:9
219:13
225:19,22

226:5,6,10
230:15
233:12
241:9
248:22
255:10
257:12,13,
17 258:11,
25 259:8,11
260:4,10
261:21
262:15,17
263:25
271:17,20
284:14
286:12,25
288:7,11
294:17
295:2 297:9,
11 299:10,
19 300:23,
25 302:20,
25 303:2,6,
21 304:2,7,
12,15,24
305:9,10,14,
21 306:9,10,
21,25 307:1,
21,24 308:2,
4,7

**properly**
91:5,7

**properties**
65:18

**proposal**
42:21,22
118:25
120:11
156:23
309:21

**proposals**
40:19 41:1,3

42:3,7,11
106:8
118:20
134:24

**propose**
136:4

**proposed**
47:19,24
133:1
224:25
227:9,19

**proposing**
135:15

**proposition**
22:25 24:15,
20 25:6
26:24 27:4,
18 28:3
31:24 32:13,
18,21 34:21
35:5 40:18,
20 41:11
48:6 57:17
58:5 80:18
82:5 84:8,
15,21 89:6
92:1 93:22
94:20,25
95:3 98:1
103:21
104:1,2,21
107:9
110:14
117:23
120:4 129:8
130:1,9
143:4 152:9
162:6
164:20,23
165:5,8,11,
14,18,21,24
166:2,5

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

170:23
171:21
173:6,10
176:22
178:24
224:25
242:16,17
252:23
253:2
254:17
261:17
282:11
283:17
287:24
295:11,19
296:24
300:24
301:13,25

**proprietary**
34:2 112:22

**protect**
76:12 92:22
283:6

**protectable**
212:25

**protected**
28:5,23
32:15 41:25
59:1 75:15,
19 76:9,13,
16,20 80:11
81:12,19
84:10,23
85:20 89:3
92:3,23
93:24 98:4,
24 103:24
129:10
139:15
143:7 147:5
148:13
151:24

162:8
244:21

**protecting**
84:7,13,19
174:14
175:10

**protection**
118:11
143:21
144:21
170:11
278:6

**proud**
259:20
260:3,7,8,9

**provide**
28:22 45:8
73:8 104:25
119:4
127:12
173:22

**provided**
126:15
145:8,9
191:1,3
192:9,10

**providing**
126:12
145:5,19
146:20
147:22
182:14

**public**
29:5 36:6,7
58:15 59:6
63:7,10
68:15,25
70:9,11 81:1
89:7,16
106:8
112:10

116:20
136:21
139:6 164:4
192:5 194:8
206:22
209:13
210:2 220:2,
5 221:2
229:15,19
230:22
231:5
263:21
265:10
286:7,12,13
292:15
303:24
304:1

**publicized**
19:14,22

**publicly**
116:12,17
135:4
141:14
162:14,17
210:5 286:9

**publish**
190:8

**published**
162:14,17
309:4

**pull**
70:11
160:15
224:4
226:12
228:9

**pulled**
140:2
224:19
243:3,7

**pulling**
97:8

**pundits**
170:14

**purporting**
224:21

**purpose**
48:21
146:18
190:11
251:11

**purposes**
35:19
103:20

**push**
95:20
137:22
262:23

**pushing**
306:14

**put**
37:14,17
58:22 66:5,
13 68:22
69:25 87:18
142:5
163:19
183:22
187:24
190:23
191:4
192:14,15
193:9
216:21,22,
23 236:5
239:13
244:17
247:10,19,
21 259:19
274:8 286:9
297:17,19,

22 300:14,
18 305:24,
25 306:1
307:10

**puts**
117:25

**putting**
120:1
129:24
141:6
142:14
277:12
305:2

---

**Q**

**QGIS**
33:16

**question**
23:6 24:19
25:1 32:23
34:23 38:15
40:25 42:1,
16 43:4,8
44:4 45:6
46:10,13,18
49:16 51:15
52:8,9 58:1
59:8 61:4
62:13 63:5,8
72:21,22,24
77:21 79:20
81:25 88:19
93:5,13 94:3
97:10 98:5,
10,14 99:8,
9,24 101:7,
23 102:1
103:3,6
104:12
106:23
109:14,17,
20 110:2,7,

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

10,18,24
119:20
120:24
124:3,8,14
127:14
131:6,16,21
132:21
144:20
159:23
161:20,24
162:4,8,12
163:8,11
170:3
171:10,16,
19 175:23
178:10,13
181:21
182:25
184:11
189:22
190:12
191:15
192:19,21
193:15
195:11
196:1,5
200:19
204:19
205:8,25
210:1,24
220:16
221:5 227:7,
17 228:5
231:19
232:16
238:10,15
241:5 242:4,
23,25
247:14
249:1 253:6
256:20
264:5 265:9
266:4,16,25
269:19

270:23
275:24
276:10
277:10
278:2,17
281:15
282:15
286:15,21
289:1 294:4
295:7,15,23
296:21
297:10
299:24
301:18,20
303:9
305:12
306:15,24
309:5

**questions**
16:11,17,20,
21 17:6 29:8
100:16
179:10
180:8
181:11
184:18
187:13
193:7
195:12
197:10,16
200:2
213:15
243:6
291:11,12
301:13,24
302:18,19

**quick**
88:15
193:14
200:11
219:4
221:10
282:25

302:8
311:17

**quickly**
33:25
246:12
257:10

**quo**
227:22

**quota**
48:5

**quotation**
224:1,4
227:1,9
310:22

**quote**
125:4
163:21
169:7
224:24
227:19
269:4 310:4,
13 311:9

**quotes**
224:5,18,19,
22 226:12
278:24

**quoting**
122:20
125:12,21,
23 126:1
132:17

_____

**R**

**race**
37:6 47:23
74:20,25
75:9 102:22
103:8 104:3,
20 146:1,24
169:6,15,19

232:19
308:4,9

**races**
305:2
311:11

**racial**
36:23 37:1,
4,17 48:5
76:17 77:7
79:16 80:17,
22 84:7,14,
20 86:25
93:10,19
145:24
170:22
171:11,13,
20 251:14
294:14
297:23
298:4 299:6,
12,21
300:17

**racially**
86:2,5,16
145:1
251:11,16

**radio**
305:7

**raise**
13:12

**Rancho**
108:15

**ranges**
172:23

**rare**
157:22

**rate**
284:17,18

**rates**
78:21 79:1

285:7,10

**ratio**
39:14

**raw**
35:17

**re-ask**
215:15
265:8

**re-tweets**
226:16

**reach**
237:23

**reached**
31:9 175:23

**reaching**
98:20

**read**
28:11 43:7
46:10,12
59:4 69:19
72:22,23
100:6 109:9,
16,25
115:16
117:4
120:14
122:16,18
123:15
124:13
171:18
178:12
181:2
200:20,21
201:2 205:6,
18 209:20
212:17
213:1
223:17,20,
21,22
224:24
225:3 226:9

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

227:9,11,23
243:25
245:15,18,
24 249:13
250:6,13
255:24
256:1,4,5
258:1
259:22
261:1
267:18
268:21
271:8
272:17
274:17
275:5,6
279:5
280:15
281:19,20
282:24,25
283:3,11
286:25
287:6
289:12
290:1 310:9,
16,23 311:5,
13

**readily**
119:14

**reading**
71:19
109:15
120:15,18,
25 122:17,
25 123:13,
19,21,25
126:9,17
127:11
129:1 137:9
146:25
150:20
209:9 226:6
249:18

281:23

**reads**
148:22
209:16
249:9

**ready**
193:7
274:13
283:1

**real**
41:20
154:20
193:14
200:11
219:4 222:6
282:25

**realize**
305:12

**Reallocate**
217:4,5

**reallocated**
218:12

**reallocation**
38:2

**Reardon**
26:3,12
255:13,15,
16 256:2,15
257:12

**reason**
16:23 33:21
45:10 218:1
233:4 245:3
268:15
272:22
290:8

**reasons**
288:6

**recall**

15:23 17:3
19:5,19
20:18 29:6
32:7 36:21
43:11,13
45:11 46:25
47:3 49:3,14
56:6 59:11
61:24 62:1
64:7 66:17
68:5,9,12
71:22 94:23
97:14,17,19
103:7
116:23
117:13
118:19,24
127:4 137:8,
14 141:1
157:20
166:13
168:6 184:3,
9 189:9
190:6 200:4
209:13,15
211:13
212:8 213:7,
9,18 214:19
219:6 230:3
233:23
235:25
237:14
238:12,18
239:8,23
240:15,16,
21,22
241:10
245:7
253:17
268:17
269:5,7,12,
20 276:17
278:21
290:2

294:11,13
307:8
308:10

**receive**
20:17 93:18
229:21
291:15

**received**
19:2 20:13,
16,18,20
40:7 51:24

**receiving**
64:7

**recent**
37:23 93:7
219:2
220:10,11

**recently**
122:3 185:4

**recess**
59:22 95:25
158:25
179:18
241:18
290:25

**reciting**
126:7

**recognize**
61:9 62:4
115:25
116:5

**recognized**
231:13

**recollect**
97:21 114:5

**recollection**
45:1 46:1
53:3 74:8
83:24

207:16
213:25
234:17

**recommende
d**
45:23

**reconvened**
96:2

**record**
30:4 43:7
46:12 59:21,
24 70:11
72:23 95:21,
24 96:4
102:3
109:16
124:11,13
158:24
159:1
171:18
173:13
178:12
179:14,17,
19 183:14
215:5 216:3
218:8
219:10,11
221:2
241:17,19
243:7 276:3
290:24
291:1
301:22
302:13

**records**
181:7

**redistrict**
75:24
262:20

**redistricted**
78:8

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

**redistricting**
23:18,22
24:2 25:9,
16,18 31:21
32:2,24
33:17 34:5,7
36:6,21
37:15 38:11
49:5,15,20
51:9 73:19,
21,23 74:14,
16 75:16,25
77:21 78:3,
18,20,24
79:5,6,10,19
80:6 86:22,
23 88:4
92:12,17,18
93:8,14 98:8
101:16
103:16
105:14,15
108:11,18
111:13,24
117:11
118:2 121:9
126:25
130:16
135:1
144:19
146:12,19,
23 157:10
169:11
170:12,19
171:9
173:16
185:20
187:23
188:8,21
190:18
195:20
197:3
200:18
201:1,5

202:24
206:18
207:10
211:10
212:20,23
216:14,15
217:14,15
218:14
219:15,20
220:2
228:24
230:18
231:14
233:2,7,13
234:5 236:3,
25 238:8
241:4
245:19,23
247:5,7
248:5
249:22
250:7,11
251:5,6,25
252:3,12,20,
21 253:9,13,
17,24,25
254:3,4,6,
13,16,22,23
255:3,5,7,9,
18,20 257:1,
4,13,16
258:22,24
259:4,7,20,
21 260:4
261:18,20,
21 262:3,6,
9,13,19
263:2,6,9,
18,19,22
270:9
271:11,14
272:4,8
273:8,20
274:4

277:13
281:24
282:2,5,7,8,
10 285:14
287:12
288:21
291:24,25
292:21
299:1
300:20,21
302:21
303:13

**redistricting
s**
94:6 157:7
158:2
261:15
297:1

**redistricts**
297:3,15

**redraw**
85:17
220:18

**redrawing**
220:9

**redrew**
220:12

**reduce**
206:19

**reduced**
140:3

**reducing**
206:14

**refer**
216:16

**reference**
115:12

**referencing**
104:18

156:23
222:12
273:10
288:9

**referred**
215:21
231:5
251:15

**referring**
20:1 21:25
65:8,14
66:14 67:23
72:18 73:12
102:25
117:23
121:11,17
133:22
137:11
139:18,20
161:21,23
176:17
203:18
204:15
222:19
223:12
248:4
264:22
267:24
268:11
275:14
285:23
288:4,19,20

**refers**
133:22
235:14,18

**reflect**
46:1 128:13
142:9
162:21

**reflected**
97:21 116:1
163:1

**reflecting**
112:6

**reflects**
22:8

**refresh**
45:1,5
213:24

**refresher**
16:1

**refusing**
210:23
260:19
301:12,23

**regard**
23:14 28:22
49:11 77:19,
20 132:22
247:15
273:7

**region**
147:23

**register**
303:15

**registered**
91:10
294:25

**registrar**
238:14

**registration**
192:9,15
294:25
296:6 297:7,
14

**regressions**
251:17,18

**regrets**
179:3

**regular**

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

115:1

**regularly**
226:6
273:23
297:21
299:5

**relaid**
55:13

**relate**
75:11

**related**
202:22

**relates**
74:4
235:23,24

**relating**
22:22

**relationship**
119:2
201:13
238:2 293:4

**relevance**
18:8 64:14,
20 70:18
91:15 92:9
206:11
272:10
306:2
307:15
308:6

**relevant**
133:2

**reliable**
164:10,14,
16

**relied**
143:3

**rely**
94:16

183:17

**remainder**
109:3

**remember**
15:10 71:20
74:10 88:5
99:21
106:10,11
117:12,13
122:24,25
123:6,11
125:19
128:11,12
130:21,22
137:4
140:20
143:20
161:10
166:12
174:17
181:8,11
212:9 216:2
219:3
264:13
293:17

**REMEMBER
ED**
11:1

**remembering**
228:7

**remembers**
123:12

**remote**
18:10
112:24

**remotely**
28:16

**remove**
119:17
125:2

137:17
217:2

**removed**
125:4

**renew**
43:10

**renumbered**
134:14

**repeat**
40:25 43:4
140:21
171:16
178:9 218:7

**repeating**
43:5

**rephrase**
42:2 58:3
118:23
148:10
219:25
241:5

**replaced**
135:23
140:16,17

**replacement**
117:8
200:22
283:10

**replicates**
227:21

**report**
31:14 39:21,
24 77:10
179:7 202:1,
7,8,17,22
204:6
211:23
212:6
213:16
217:6 222:3,

7,10,11,17,
18 223:2,4,
24 224:4
231:15,21
232:6

**reporter**
11:5 13:7,9,
10,18 16:7
23:15 30:4
36:1 39:1
43:12 46:8
69:22 95:21
97:4 113:2
147:9 172:8
219:10
302:7
311:17
312:2,12

**reporter's**
175:9

**reporters**
51:1 68:23
69:5,6,10

**reports**
22:20 58:18,
20 211:11
223:11,12,
18

**represent**
12:1 40:17
46:7 180:20

**representation**
61:16
106:16

**representative**
171:4 289:9,
10

**representing**
141:25

302:17

**represents**
216:17
308:15

**reprinted**
206:20

**republican**
85:25 140:6
177:8,10,11
240:24
241:1,7
293:1 311:3

**republicans**
86:1 176:4
306:14
307:22

**reputation**
263:23

**request**
40:19 41:1,3
42:3,7,11,
17,19,20,22
100:17
180:25
181:2,10
210:24
236:10
269:25

**requested**
23:4 182:1

**required**
30:21 149:1,
23 152:15,
22 216:11
248:6

**requirement**
146:2,4
157:23
206:15
220:15

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

**requirements**
102:17
145:7

**requires**
35:16

**reserve**
179:10

**residents**
249:12

**respect**
31:23 84:7,
14,21 89:20
93:21 271:6

**respond**
64:10

**responding**
219:19,24
269:25

**response**
43:18 44:5,
6,10,13
45:15 52:21
116:17
180:25
182:20
220:5 236:9
245:22

**responses**
45:22 52:24

**responsible**
312:2

**responsive**
236:17

**rest**
46:24
138:19

**restate**
219:22

**restroom**
282:18,19

**result**
40:4 300:25

**results**
38:12 39:22
294:2,15
295:10,18

**resume**
252:13

**retain**
230:14,19

**retained**
111:24

**retains**
87:19

**retract**
171:23

**reversed**
130:15

**review**
43:22 44:12
45:14
180:24
181:20
182:2,19
183:3 236:8,
16

**reviewed**
44:21
224:14

**reviewing**
47:24 183:8

**revise**
42:21 94:22

**revised**
45:24

**revision**

22:23 53:1

**Rexford**
293:1

**Rexroad**
138:14,15
139:2,10
140:6

**Rick**
84:1

**rid**
78:9 281:2,7

**ride**
232:19,20,
23,24 233:1

**right-hand**
192:10

**rights**
15:12 74:21,
25 75:10,14
91:25 92:7,
9,13 93:12
102:22
103:8,14
104:8
143:21
144:20
145:8,9
146:4,22
149:8,23
161:22,23
162:5,9,13,
21 163:21
170:8,15,20
193:25
197:5
212:16,22,
25 231:13
250:11,16,
19,21,25
251:13
267:16

268:19
269:1,10,15
272:16
273:3,14,19,
24 279:11,
25 280:8,18
281:18
282:4,9
284:5
285:15,17,
21

**Rivas**
30:7,8,9
50:17 55:25
95:12 235:7

**Rivera**
12:24

**Riverside**
150:10
289:18

**road**
214:5

**Robert**
128:7
205:14

**role**
106:2 253:1,
9 255:19
257:5

**rough**
49:8 312:4,
6,8,9

**roughly**
66:3 83:12
132:8,10
228:17
258:7

**routes**
88:7

**Roybal**
130:17
283:10

**Roybal-
allard**
130:18
137:18

**ruinous**
226:24

**rule**
185:1
212:19,20
263:1 300:1

**rule-less**
102:20

**run**
167:4
190:14

**running**
172:4

―――――――
**S**

**Sabera**
84:1

**Sabrina**
82:25
159:18

**Sack**
239:3

**Sacramento**
11:4,6,22
18:16 60:2
79:9 96:8
159:5 161:2
172:25
173:10,15,
22 174:17
179:23
241:23

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

291:5
309:23

**Sadhwani**
105:9,11,13

**salad**
145:17
290:4

**Saladay**
235:5

**sample**
277:22

**San**
252:17

**Santa**
15:8,12
59:15
208:19
238:13

**Sara**
105:9,11,13

**sat**
180:19

**scare**
98:7

**scenario**
155:9

**schedule**
182:5 236:3

**scheduled**
18:6 237:9

**schedules**
166:24

**school**
73:18 79:2,
10

**Schwarzene
gger**
231:11

**scope**
55:7,10,13
86:9 108:7

**SCOTUS**
169:25
170:5

**Scout**
172:5

**scratch**
11:15 34:3
119:21

**screen**
13:24

**seal**
128:8
190:21
205:15,22

**seals**
190:23

**search**
23:10

**seat**
118:5,16
123:2
129:19
141:7
142:15
289:11
311:3

**seats**
138:8
139:25
168:3,18,23
169:3 287:3,
19,20
288:15,19,
20 310:25

**Secretary**
90:23

**section**
22:15 60:7
100:5 146:3
163:4 170:8,
9,10 191:17
212:21,25
244:15
249:18
250:5

**seeks**
89:3 131:25

**SEIU**
255:2

**selecting**
137:9

**senate**
50:19,21
160:18
240:20

**senators**
83:1

**send**
64:5 65:7
70:14 90:21
183:24
188:25
189:3,7
225:8

**sending**
51:22 57:10
118:24
190:6

**senior**
24:2 78:14

**sense**
16:14 38:4
100:12
103:6
109:13
110:5 138:4

174:2
294:21

**sentence**
44:20
125:21,22
144:17
145:3 150:6
152:13
153:23
158:8 175:8
209:16
245:11
249:9 250:5
256:15
262:11
269:4 271:8
272:5
289:16

**sentiment**
84:13

**separate**
221:12,14,
19 300:8

**separately**
39:22

**September**
230:5

**series**
193:7

**served**
151:18
180:21
181:5

**serves**
24:1

**service**
21:1 23:20
30:21

**services**
11:24 54:7,

11,12 55:3
60:4 79:25
96:10 159:7
179:25
241:25
291:7

**servings**
20:24

**session**
58:15
167:18
240:10

**sessions**
263:19

**set**
11:11 37:23,
24 43:18
61:9 62:5
71:11
122:12
131:24
135:25
155:20
214:20
218:4
273:25
293:2
298:20

**sets**
191:20
236:2 295:2
297:21

**setting**
166:9

**settings**
83:15,18,24
84:5

**shady**
307:11,12

**shake**

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

16:13

**shaking**
47:12 52:13

**shape**
34:10 300:9, 18

**share**
74:9 197:4 270:24

**shared**
40:10 270:13

**sharing**
50:8

**she'd**
106:5

**shelf**
118:12 129:18

**Sherman**
234:9

**shoot**
252:5

**shop**
79:13

**short**
185:2 229:18 290:17

**shorthand**
11:5 13:10 197:3 277:15

**shoulders**
17:22 69:8 89:12

**show**
65:18

166:16 215:12,14 267:14,23 268:10,12 299:3

**showed**
296:5

**showing**
136:12 215:22 221:7 284:24

**shown**
69:18 72:8

**shows**
93:18 163:5 188:14

**shrugging**
17:22 69:8 89:12

**side**
167:1 253:19 254:12,14, 15 255:21, 22 257:8,9, 10 263:19

**sides**
255:6

**sign**
244:2

**signed**
228:9 235:22

**significance**
29:14 215:16 235:24 237:15

**significant**
149:25 173:4 235:15

**significantly**
237:6

**signing**
259:13

**silly**
215:25

**similar**
34:4 133:5

**Similarly**
153:24

**single**
59:13 181:23 183:9,11 185:21 206:23 207:9 208:4 276:18 286:10 296:4 297:24 300:7,17

**sit**
66:21 207:7 211:13 308:14

**site**
36:6 114:14

**situation**
153:19

**situational**
156:12 285:8

**sixth**
39:10

**size**
183:2,16,19, 20 184:3

**skate**
78:9

**skateboarder
s**
78:5,6,9

**skateboardin
g**
79:8

**skim**
96:17

**skimming**
109:12 110:4

**skipped**
138:9

**sleeping**
258:9,12

**slide**
22:21

**slightly**
126:16,17 260:5

**slow**
16:6 30:3

**slower**
119:23

**slowly**
16:7

**small**
209:3 293:13

**smart**
38:4

**smiling**
98:12

**SMUD**
79:9

**Sneezing**
133:11

**snippet**
246:6

**snippets**
246:3

**social**
106:16 264:22 267:12 268:8 269:7 304:18

**socioecono
mic**
78:1

**Sofiya**
12:19

**software**
112:21 190:2 296:15 299:19

**Solachi**
165:8

**Solano**
172:24

**sole**
145:6,25 146:1,24 248:17

**solemnly**
13:14

**someplace**
285:12

**song**
88:6

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

sort
41:10 64:12
96:17
183:24

sought
310:5

sound
157:3

sounded
102:23

sounds
16:12 34:15
100:6
113:24
140:16
148:15
151:6 230:6

source
36:14

sources
35:19 36:5,
7,13 127:7

south
128:8
205:15

SP710
152:13,20

space
170:20

speak
16:6 52:4
68:20 81:8,
15,22 82:11,
14 83:19
94:2 95:2,
12,15 115:1,
6 123:9,24
125:10
149:8 159:9,
18,21,24

160:4,7,9,
14,18 170:5,
16 171:15
213:20
214:12,17
235:8 251:2

speaker
29:20,23
30:7 50:17
55:25 95:12,
17 235:7

speaker's
232:21

speaking
83:24 90:11,
18 102:15
114:22
116:7
117:13
120:9 124:5
128:21
134:3,4
175:21
195:20
221:6
278:11

speaks
140:12
199:3
279:14
298:2

special
93:21 186:7
216:22,24
307:11

specific
49:12
100:17,22,
25 111:16
114:20
115:6

155:14,19
273:12,13
285:24

specifically
155:9 213:9
248:13
278:19
297:10

specificity
98:17

specifics
71:3 108:24

speculate
19:11
207:13

speculation
19:9,18
31:21 41:16
43:3 46:5,15
48:8 54:22
55:15 56:21
57:5 58:9,
17,25 59:9
63:2 64:15,
23 65:10
66:20 68:2,
19 69:2,12
70:3,18 71:3
72:4 73:1
77:1 79:18
81:3 85:5,15
86:8,18
87:9,24 89:2
90:6 91:13,
21 93:1
110:9
114:19
121:24
124:17
126:21
127:3
128:25

133:25
136:7 138:2
140:11
145:14
148:15
149:12
150:25
151:11
152:5 153:4
154:10
155:10
156:24
157:15
159:17
164:5
166:19
170:3 172:1
173:25
174:21
175:19
177:1 178:4
190:10
206:9 207:2
213:7
244:20
245:6
258:14
280:4

speech
125:15

spell
34:13

spill
140:1

split
26:10
254:10

spoke
49:20,22,23,
25 51:21
83:8 140:9
166:9,16

169:25
238:7,20
239:5

spoken
240:22

sponsored
159:14

sponsors
159:10

sports
304:23
305:1

spot
155:24
156:20
157:4,5

spotted
186:8

spotty
236:6,15

Stacey
26:3,11
255:13,15,
16 256:2,15
257:12

stack
200:12

staff
29:19,22
30:7,8,9
49:6,21,25
50:16,18,25
55:16,25
69:10,14
80:9 95:15,
18 106:2
112:20
145:10
160:14
232:21

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

235:1,6,8,9
236:5
238:15,16
252:11,16
255:16
257:1
266:20
269:13

**staffer**
264:24

**staffers**
81:15,17

**staffs**
161:4

**stage**
106:5

**stamp**
53:22

**stamped**
71:16
186:24
187:6
228:22

**stamps**
187:3

**stand**
63:11,13
106:5
174:25
300:8,11

**standard**
64:9,11
245:13

**standpoint**
88:22

**stands**
52:12 148:6

**start**
44:16 63:24

64:3 65:16
82:15,16
109:1
112:15
120:15
124:10
129:7
137:12
197:15,16
223:23
234:6,7,16
235:12,21
259:18
274:12

**started**
41:22 117:7,
10,20,25
130:9
184:17
200:21,24
237:12
257:9

**starting**
29:12 117:5
119:21
120:3
125:12
129:6,25
130:7
138:23
204:22
205:12
209:10
232:18
243:17
252:8
257:23
260:22
264:11
267:13
279:1 289:4

**starts**
50:17

115:22
143:20
150:4,6
193:1 249:3,
18 255:12
264:16

**state**
11:6 12:1,7,
9 33:16 34:5
42:12,13
45:25 50:1,
19,21 52:16,
17 56:11
61:12 73:16,
19,20,25
74:15 77:17
79:5 83:5
90:24 92:17
94:5,10
105:14
111:22
119:24
123:5
147:23
148:25
149:1
154:24
164:7
188:14
190:7 191:3,
5 192:6
203:1 206:4
216:13
238:11
239:5
242:12,13,
16 245:20
248:3,5
250:7
276:14
280:21
296:11
302:16,17

311:10

**State's**
144:19
294:9

**stated**
90:1 102:18
111:14
125:1
181:17
182:13
200:5
223:15
246:16

**statement**
54:8 103:5
110:25
135:11
137:9,10,24
138:4,23,25
139:3,4
143:24
144:7
145:11
150:23
153:2
154:15,16
157:4
161:11
163:1
171:24
174:25
175:5 210:2,
5 212:16
225:5 227:1,
3,13 228:1
239:17
240:23
255:24
256:1,6
259:24
261:3
264:20
265:9,10,16,

24 267:4,20
268:12
269:8,21
272:8,17,24
273:11,14
275:7
276:20
277:14
279:7,10
281:25
287:8 288:1,
3 289:14
290:5

**statements**
123:15
125:9 126:9
139:19
142:19,22
206:22
226:20,22
265:4 304:1

**states**
11:16 12:2,
23 35:17
73:23 85:25
92:18
245:22
254:7
258:15
272:5,6,7,13
273:2,13,18,
22 274:4,6

**statewide**
31:8 35:17
36:13,15
37:22 80:6
91:7 178:21,
22 188:24
216:11,25
218:13,18
296:13,15
297:1,2,3,5
299:20

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

**stating**
139:5,6

**status**
163:21
227:21

**Stefani**
165:11

**Stefani's**
165:16

**steps**
88:12
144:15

**Steve**
50:4,16
164:24
238:16

**Steven**
165:22
214:7,9,12

**STH60**
153:24
154:18

**stick**
273:23

**sticker**
23:16

**stickers**
173:13

**sticks**
141:25

**Stitt**
24:1,14,20
25:3,17
256:22,25
257:16

**Stockton**
172:25

**stop**

114:22
116:7 124:4

**stopped**
44:18

**stopping**
44:7

**store**
79:13

**stores**
79:22

**strange**
40:4

**Strategies**
292:5,12,19
293:5,11,12

**straw**
229:18

**stream**
265:6

**stress**
245:12

**strike**
246:25
252:25

**stripped**
65:5,14,16

**strong**
136:13
283:24
284:1,2,24

**strongly**
262:21,22,
23

**structure**
53:17
135:22

**stuck**
61:8

**studies**
226:9,13

**study**
164:8,9

**stuff**
244:5,6,9
256:3,16

**subject**
72:14 87:24

**subjective**
79:4

**submission**
61:19 72:11
76:24 95:10
243:23

**submit**
70:15,16,19

**submitted**
29:6,14,15
45:25 46:20
48:12 51:20
56:9,15,16,
19 57:15,20
58:4,14
62:24 63:13,
14 64:19
68:16,24
70:25
103:17
123:25
133:4 224:9
302:21
303:24
304:9
308:22,25

**submitting**
57:12,13
107:2,5

**subpoena**
17:13 19:2,4

20:10,20
21:1,19 23:4
184:13,19,
20

**subsequent**
286:13

**subservient**
144:19

**substance**
46:15
289:23

**sudden**
69:21

**sufficient**
154:25
156:17
181:19

**suggest**
283:23

**suggested**
147:25

**suggesting**
219:19
279:18
282:19

**suggestion**
41:5

**Suite**
11:4,22 60:2
96:8 159:5
179:23
241:23
291:5

**summary**
188:23

**summer**
24:9 42:4,13

**supervisorial**

73:18

**supplement**
90:21

**support**
106:5 114:7
283:5

**supported**
109:7,23
110:14
111:2,5

**supposed**
206:3 218:5
278:16

**Supreme**
185:4

**surprise**
196:18

**survey**
216:21,23
219:2
220:21

**suspect**
17:5

**sustaining**
172:23

**sway**
52:1

**swear**
13:8,14

**sweet**
155:23
156:20
157:4,5

**Swing**
292:5,12,19
293:5,11,12

**switch**
302:4

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

**sworn**
11:10

**Sygyzy**
34:13,14,17

**synergy**
201:10

**system**
112:23
297:6

**Syzygy**
34:12 190:4

---

**T**

**table**
112:13
188:23

**Tableau**
33:19

**tables**
22:20
188:11
193:10

**tact**
175:1

**takes**
140:6

**taking**
11:21 17:2
65:17
204:12
208:17
216:25

**talk**
16:6,10
29:18 38:17
41:11 51:2,
3,12 80:21
82:2,4 84:6
93:20 94:19

97:4 98:7
111:19,20
115:3,7,8
167:5,12,13,
19 233:6,16
234:3 236:3
237:10,19
257:24
259:10
263:18
272:3

**talked**
48:20,22
49:4 50:3
52:17 82:19
84:2 167:1
214:8 226:9
233:18
234:2
236:25
239:10
264:8 286:1

**talker**
29:24

**talking**
22:21 41:12
48:17 49:8,
14 66:7,8
67:21,24,25
68:6 72:13,
15,17,18,20
84:3 98:23
100:6
103:17
105:9 129:2
139:11
140:15
141:13
142:24
144:4
146:21
148:2,4,23
151:18

152:2
161:25
167:2
176:21
186:25
195:19
197:2,5
199:23
216:19,20
217:1
221:11
223:2
237:13
238:23
239:1 241:8
243:9
244:17
247:16
256:10
264:12
271:10
272:5
274:18
280:17,20
284:11,20
286:1,11
289:17
293:16,20,
23 300:12
303:25

**talks**
73:1

**tall**
21:8,12

**Tangpia**
11:14
165:14

**target**
48:5 155:14,
19 157:6,13

**targets**
157:21

**tasks**
255:4

**team**
25:9,18
31:25 32:1,9
112:15
174:13
260:8

**techie**
33:4

**technical**
38:19 39:15
58:21,23
59:5,16
183:17
207:18

**technically**
67:7

**technology**
239:21

**Ted**
207:25
208:2,12,14

**tedious**
182:16

**telephone**
55:17

**television**
304:21,22

**telling**
23:9 59:2
111:17
116:23
142:11
146:3
275:14

**tem**
50:18 95:17

**ten**
83:10,11,12
100:2
105:17
207:3,8
241:13
264:9

**Ten-ish**
15:5

**Ten-minute**
241:14

**term**
23:21 27:20
32:1 72:13
86:17 92:9,
15 106:20
112:21
196:2,6
225:14
247:6,19
250:21
283:20,22
303:8

**terminology**
15:19 75:17
77:10
144:11
196:4,7,16,
20 216:15
218:14
220:20
285:21

**terms**
98:17
105:17
163:21
168:22
209:17
273:20
289:25

**test**

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

74:5

**testified**
122:17
129:6 277:4

**testify**
17:9,18
20:10 21:19
29:12 147:2
184:14

**testifying**
61:21
124:11
291:13

**testimony**
16:24 18:10
31:3 88:19
90:6 102:25
106:25
109:8,24
110:15
111:2,6,14
112:7,13
115:22
121:20
122:1
123:12
124:25
129:15
132:3,5
136:21
139:6
140:10
141:4
142:13
156:3
195:23
200:8,9
215:21
239:8
271:13
280:24
287:15,17

290:7
291:18
304:11

**Texas**
98:8 100:4
245:22
264:17
265:16,24
266:11,20
267:4
274:21
276:5,24
303:12
306:19

**text**
22:16 137:7
187:14

**thereof**
11:3

**thing**
30:16 40:2
106:12
114:12
117:9
118:13,14
128:3
129:18
130:14
141:3,9
142:12
167:5
200:24
207:18,21
221:10
267:9 276:2
278:14
282:2,10
285:13
303:19

**things**
40:1 61:6,7
65:12 68:11

72:19 73:8
74:17 78:4
80:2 87:3
93:3 99:22
106:16
107:13
108:15
112:24
121:15
127:6
137:14
142:3
144:18
154:17
170:19
183:17
209:17
243:22
247:19
257:25
262:18
264:22
276:24
277:16
285:6 309:8

**thinking**
52:16 54:23
117:10,25
200:25
273:13

**Thinks**
73:25

**Thomas**
12:24 25:24
166:6

**Thompson**
25:25

**Thompson-
fisher**
26:1 31:17
34:18
254:20

255:4,8
258:21
294:12

**thought**
60:21 63:19
73:9 171:14,
17 186:9
187:1
208:25
212:4 246:9
288:7

**thoughts**
220:6
226:16
243:24

**thousand**
203:9

**throw**
101:5,17
208:9
264:18
265:17,22,
24,25
266:11,12,
20,21 267:5
274:21,22,
24 275:15
276:5,6,20
277:3
278:20
279:19
280:22
300:9

**throwing**
102:4,6,11
265:4 277:6,
7,13

**thumbing**
213:15

**time**
11:20 15:25

22:9 24:5
26:25 27:1
30:13 33:1,2
36:10 37:9,
19,20,24
39:18 40:23
43:3 44:22
45:3 48:17,
23 49:5,8,
15,21,23
51:4,20
59:20,24
60:4 64:9,11
66:7,22
67:5,6,10,
13,14 68:2,8
69:17 77:9
81:3,18
82:21 83:9,
19 84:25
85:9,12 86:8
87:24 90:6
94:4 95:5,23
96:5 98:23
108:6
110:17
112:8
116:19
119:8,9,11
124:4
135:17,18
138:2 139:7
140:11
141:5 142:7,
14 148:1
154:21
157:4
158:23
159:2,19
160:1,8,17
161:17
164:19,24
165:4,7,10,
13,20,25

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

166:3,6,14
169:8 178:3,
11,23
179:11,16,
20 181:19
182:7
183:21
184:19
189:1 199:5,
10 201:24
202:10
203:2 210:5
214:4,8,12
217:17
220:12
226:12
230:1,9,10
234:10,12
237:9
238:10,21,
25 239:4,6
240:14
241:16,20
245:10
250:21
259:10
275:13,19,
22 290:18,
23 291:2
300:5,7
301:22
311:23

**timeframe**
94:23 95:8

**timely**
88:10,11

**times**
33:16 49:22
123:2,20
231:9
266:10
305:18

**timing**
144:1

**tired**
64:24

**title**
253:17
280:9

**titled**
189:15,19

**today**
14:19 16:24
18:23 22:9
47:11 112:3,
4 181:15,25
182:7,12
186:17
195:12
207:7
211:13
217:2 228:7
231:9
242:21
243:5
247:17
256:12
264:9
271:24
280:12
282:15
289:1
291:12
293:16
296:1,21
308:14

**today's**
11:19 21:21
311:25

**told**
51:1 98:11
115:7,8
129:12,17

132:2
142:16
156:15
245:3
259:24
260:2
263:15
268:25
274:23
278:19
280:21
287:24

**tone**
68:20

**top**
69:19,20
147:14
174:3
175:25
193:3 206:4
212:15
271:6
289:21
309:18

**tore**
107:25

**total**
38:24,25
39:22,25
40:2 66:12
83:12
166:20
294:24
298:5

**touch**
45:2 210:3,
9,10

**touched**
176:8

**touching**
176:2

209:18
210:17

**tough**
311:11

**town**
78:7

**track**
46:11
152:16
161:5
221:22

**tracks**
142:15

**traditional**
245:19
247:5,18
248:2
277:12

**traditionally**
108:11

**transcript**
96:12 97:22
104:11,18,
19 105:5
106:11
114:4,20
115:12,15
116:1 117:6
121:12
122:15
124:19
127:19
128:5
130:12
141:2,22,24
161:7
167:23
200:4
204:21
209:9 274:9
275:9

282:23
286:24
290:3,9

**transcripts**
142:3,8

**transferred**
184:4

**transition**
106:3

**transitioned**
257:10

**transmitted**
63:3

**transparent**
263:18,22

**transpired**
46:1 53:4
179:4

**travel**
18:5,10 83:4

**traveling**
52:15

**trees**
78:22,23,24
212:4

**trial**
184:20

**trigger**
149:7

**true**
48:3 84:18
123:8
124:15
130:23
135:10,11
137:24
144:17
146:2 147:1

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

151:21
161:17
175:17,19

**Trump**
306:16
310:7

**trust**
104:19
106:11
117:6
188:18

**trusting**
46:24

**truth**
13:14,15
130:8

**truthful**
117:15,19
168:13

**turn**
45:12 99:14
105:4
107:20
117:1
134:20
143:9 161:6
167:22
174:10
191:16
193:16
203:4 209:8
212:10
213:11
252:8 264:9
270:2
274:10
282:23
286:24

**turning**
64:25 68:13
204:21

**turnout**
283:6
284:17
285:7,10

**tweet**
70:9 215:7
219:2
221:22
268:2

**tweeting**
68:21

**Twitter**
57:9 59:13
99:11 100:9,
18 101:18,
20 106:15,
16 107:11
215:22,25
220:19
267:11
268:3

**two-week**
239:6

**type**
73:20 254:8

**typed**
69:20 187:7
224:20
247:2

**types**
78:11

**typo**
100:10

---

**U**

**U.C.**
188:23

**U.S.**
115:13

212:22

**UC**
231:12

**UCLA**
223:2,4

**uh-huh**
16:12 35:25
53:7 64:2
65:22 82:24
99:17
105:10
111:3
113:18
114:15
117:3
120:17,20,
21 122:11
124:22
125:14
127:20,23
137:15
138:11
147:13
150:12,21
151:16
152:1,25
154:5 167:3,
11 169:16
183:4,10
188:3 210:7
212:14,18
213:17
216:9
223:25
224:3
239:18
260:17
306:23

**ultimately**
70:24 139:8
149:13

**Umberg**
166:6

**umbrella**
52:20 251:8

**unable**
177:24
178:15

**unaware**
90:2

**unchanged**
207:22

**unclear**
103:3

**undermining**
49:13

**understand**
16:18 20:1
26:21 29:13
33:6,7 38:15
61:17
104:12
106:23
110:17
112:9
127:14
151:1,19,20,
25 153:5,6
180:10
186:7
202:14,17
213:24
217:15
248:18
262:20
273:3 278:2
279:25
291:8 299:5,
24

**understandi
ng**
20:3 28:17

30:20,23,24,
25 31:9
48:21 49:13
53:11 54:8,
24 55:5,9,10
56:17 62:15,
18,23 70:21,
23,25 74:3,
24 75:8
87:5,15 89:5
91:16,17
92:10 100:3
103:19
136:3 148:9
150:22
151:22
153:1 154:6,
14,16
163:23
210:8,16,18
251:3,12
264:20
293:25

**understood**
67:17 303:9,
15

**undertaking**
31:1

**undid**
141:5
142:13

**unhappy**
64:18

**unifying**
209:4

**Union**
250:9

**unique**
262:21
305:15

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

**United**
11:16 12:2,
23

**unlike**
294:3

**unpack**
225:20

**unpacked**
151:9

**unpaid**
27:10,14

**unpopulated**
207:21

**unquote**
125:4

**unsolicited**
51:24

**unsure**
208:13

**Untangling**
173:15

**untouched**
249:10

**Unwilling**
17:25

**up-to-date**
19:23

**update**
217:13

**updated**
37:23 64:5
220:23

**updating**
220:24

**upper**
192:9

**urgent**
88:9,23

**URL**
69:19,24

**USC**
231:12

**utilize**
88:12
129:19

**utilized**
76:4

———

**V**

**vacation**
67:8,10

**Vacaville**
172:24

**vague**
18:3 24:5
26:9,25
27:6,13,20
29:2 30:13
33:1,21 34:6
35:10 36:10,
18,24 37:9,
19 38:14
39:18 40:23
43:3 45:3
51:7 66:6,16
68:2,8,19
77:9,10,16
79:18 81:3
82:8 86:8,17
87:8,24
89:21 90:6
92:8,9 94:4
95:5 98:22
102:24
103:9,11
106:20,21

107:17
108:6
110:16
111:7 112:8
116:2 119:7
121:13
123:12
124:16,17
128:17
129:15
132:14,15
135:17,18
138:2
140:11
143:25
144:8
145:14
148:1
153:11
164:13
169:8 170:2,
24 172:16
178:3 189:1
196:15
206:25
211:5
225:14
233:8 247:8
250:20,21
265:20
273:5 275:1
277:9 278:1
280:3 285:4
287:15
288:4 297:8
299:23
303:8

**Valley**
168:5 287:5
311:12

**valuable**
132:11

**values**
260:24
261:6,11,19
262:12,13

**varieties**
299:2

**variety**
203:1

**vehicle**
88:12,13

**Ventura**
209:4

**veracity**
123:24

**verbal**
120:19

**Verdes**
108:15

**verse**
11:15

**version**
47:11 64:6
65:5,6 70:4
121:21
126:10,17,
19 127:8

**versions**
70:5

**versus**
11:14,15
103:16

**vice**
35:20

**vice-president**
67:4

**video**
18:10

116:11,20
309:8

**videotape**
59:25 96:6
159:3
179:21
241:21
291:3

**view**
70:1 190:9

**viewpoint**
139:5

**violated**
273:2,14,19
281:9

**violates**
277:25

**violating**
272:16
273:24
279:11

**Vista**
251:22

**vocal**
108:21,22

**volume**
11:14 183:7

**voluminous**
182:16
183:16

**vote**
39:16,20,25
40:3,5 82:5
84:25 90:3
114:13
130:1
165:17
171:7
286:11

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

303:21
304:2

**voted**
81:10 85:12
89:19

**voter**
38:25 90:10
192:9 282:1
294:25
296:5
297:14,15,
20

**voters**
20:4 58:5
86:4 90:25
91:7,10
111:12
143:21
144:21
145:5,19,24
146:21
147:22
151:8 163:6,
14

**votes**
39:3,12,13,
22 294:25
311:2

**voting**
15:12 74:21,
25 75:10,14,
15 76:12
84:13,20
91:25 92:6,
9,13,15,22
93:12
102:22
103:8,14
104:8
116:24
128:10
133:18

143:20
144:20
145:1,8,9
146:4,16,22
147:19,22
148:12
149:7,23
161:21,23
162:5,9,13,
21 163:21
170:8,15,20,
22 171:2,6,
10,14,17,20
193:24
197:5,6
205:17
212:16,22,
24,25 225:1
227:10
231:13
242:14
250:11,15,
19,21,25
251:11,12
267:16
268:19
269:1,10,15
272:16
273:3,14,19,
24 279:11,
25 280:7,18
281:17
282:4,9
284:5
285:14,17,
21 294:24

**VRA**
92:19,20
93:15 100:2
101:5 102:5,
8,11 103:5,
21 149:19
151:15

168:3,17,23
169:3,25
170:6,11
230:22,23
231:2,4,15
232:12
264:18,19
265:4,17,23,
24,25
266:11,12,
21 267:5
274:21,22,
24 275:15
276:5,6,21
277:7,25
278:20
280:22
281:2,7,9
287:3,11,15,
19,20
288:15,19,
20 289:25
290:11,14

---

**W**

**Wagaman**
50:4,19
235:10
238:17

**wait**
52:8 58:8
62:12 94:21
119:7
281:11
282:21

**waited**
101:1

**waiver**
135:5

**walk**
32:12 48:10

122:9

**walking**
258:6

**walnut**
78:22,23

**wanted**
70:19 72:10
109:6,21
111:1
119:15
125:16
171:7
263:14
303:2

**Warriors**
304:24

**watched**
304:25

**water**
78:19,20,23,
24 79:6
263:9

**ways**
29:4 69:5
80:5 133:6
168:2 170:4
196:7 287:2
288:10,13,
14

**web**
69:19,20

**website**
112:11
126:25
189:15
190:15
192:6 250:1

**Wednesday**
11:1

**week**
17:7,9,19
18:11 77:18
163:20
240:3

**Weekly**
96:12 97:15
140:8
142:12
179:8 209:9
252:7
255:25
256:7
259:25
260:2 261:4
264:21
265:10,13
267:14,21
270:4 272:9,
25 273:12
274:8

**weeks**
66:4,8,10
67:7 214:10
236:22,23
240:1

**weighted**
39:14

**weighting**
38:21,22

**Weiner**
50:24

**well-
documented**
156:13

**well-known**
153:20

**West**
272:4,8

**wet**

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

70:4,5

**whatsoever**
84:13

**whichever**
193:9,11

**white**
147:20,24
148:12
149:9
175:23
298:16
307:13

**whites**
298:14

**wife**
49:22

**Wild**
272:4,7,8

**Wilhaggen**
21:15

**window**
167:2

**winners**
171:5

**wires**
291:22,23

**woke**
69:14

**women**
233:25
236:24

**won**
311:1

**wondering**
40:19 61:23
75:10 199:2
235:23

**Woods**
12:6 17:15,
21 18:13
21:7,24 22:3
26:9 27:11
30:11,17
38:16 39:17
40:22 43:9
51:7 54:1
56:22 57:6
62:12 65:11
68:4 69:3
75:20 81:6
82:7,9
86:10,20
87:7,10 88:1
89:21 90:8
91:15,20
93:4 101:22
102:2 103:1
105:20
106:24
107:16
111:9
124:16
126:22
129:16
132:3 136:8
140:12
143:17
144:3
148:18
149:15
151:13
154:12
156:5,24
171:1
172:17
177:2 178:5,
20 186:3,7,
11 191:18
196:15
200:7
204:23,25

206:10
212:1
230:17
248:7
272:10
273:6,17
274:2 278:7
280:6
281:10
298:1 301:2
302:6,8,10,
15 303:15
306:4
307:16
308:7,20
311:21
312:8

**word**
34:18 72:13
145:17
203:11
215:14
261:11
285:18,22
290:4

**worded**
93:13

**wording**
260:5 277:2

**words**
16:11 44:3
117:14
125:20
126:11
128:18
129:3
132:17
151:2 153:5
177:14
246:25
250:15
256:9

262:17
276:23
277:3,18
278:22

**work**
18:5 24:10
26:13 28:10,
16,21,22,25
29:12 31:23
37:16 50:24
55:7,10,13
56:6 67:3,12
75:9,12,13
77:21 79:19
86:21 90:23
93:11 109:7,
22 111:1
118:3,17
119:2 130:4
148:8
160:23,25
161:3
178:23
181:18
211:5
252:22
254:8,10,11,
17,24 255:1,
17,19
257:13,17
258:25
259:6,7,19
260:3,9,14,
15 262:9,10
270:5,6
271:11
281:24
283:17
294:20
297:19
300:25
302:20,25
308:15

**worked**
24:14,20
26:5 50:9
87:12 88:20
107:23
117:11
118:1
200:25
201:12
202:24
211:4 250:7,
19,24 251:4,
8 253:8
254:22
257:2,4,21
259:4
279:22

**working**
14:3,8,11
24:12 28:17
67:5,13,16,
17 70:4 88:4
92:17,18
103:16
117:20
149:18
201:23
225:11,14,
15 237:9
254:6 258:8,
11 271:13
296:24

**works**
44:4 49:17
50:19,21
161:4
252:15
254:1
258:22
259:3

**world**
195:20
210:5

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

215:17
262:20
265:12
293:13

**worried**
60:19

**worry**
40:5 281:1

**wrap**
290:21

**write**
73:8 86:13
97:4 123:23
153:4 202:6,
7 243:21
245:3,8
249:15

**writing**
23:16 55:19
246:12

**written**
45:11 56:23
101:10
133:2
144:25
145:14
168:8
175:19
246:14

**wrong**
127:17
146:23
178:10
195:15
252:6
304:11

**wrote**
81:23
144:13,14
202:8 214:6
231:22

244:11,12,
14,16,23
245:1
249:24

———————

**Y**

**yapping**
100:19

**year**
15:2 105:17
115:2
201:13
216:13,16,
17 217:22
218:17
220:1,23
283:14

**years**
15:3 88:21
113:22
121:19
203:9
213:23
274:5
279:23

**Yoga**
203:8

**York**
80:7 92:18
94:10

**young**
78:15 177:5,
8,19

**Youtube**
304:19

———————

**Z**

**Zarone**
12:10

**zip**
65:6 70:15
183:6,24
186:15,25

**zipped**
62:20

**Zoe**
234:8 237:3

**zoom**
14:7,11,12,
13 16:9
69:18
116:11
208:1
239:21,22
241:1,3,7

**Zooms**
263:13