UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 25-10616 JLS-WLH-KKL | Date | December 15, 2025 |
| Title | David Tangipa, et al. v. Gavin Newsom, et al | | |

**PRESENT:** **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Kevin Reddick | Miranda Algorri; Amy Diaz |
|---|---|
| Courtroom Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF/ INTERVENTOR PLAINTIFF:

Mark Meuser; Amber Hulse; Michael Columbo; Domenic Aullisi; William Thompson; Julie Hamil; Greta Gieseke; Jesus Osete; Joshua Zuckerman; David Goldman

ATTORNEYS PRESENT FOR DEFENDANT/ INTERVENOR DEFENDANT:

Iram Hassan; Jennifer Rosenberg; Anya Binsacca; David Green; Ryan Eason; Sean Woods; Carter Janson; Lalitha Madduri; Abha Khanna; Christopher Dodge; Max Accardi; Tyler Bishop; Jacob Kovacs-Goodman; Sofia Gold; John Freedman; Orion L.C. de Nevers; Thomas Rivera; Sarah Hudson;

**PROCEEDINGS:** [EVIDENTIARY HEARING] Motion for Preliminary Injunction (re Enjoining the Implementation of Proposition 50's Congressional Districts Map) filed by Plaintiffs' Saul Ayon, Doug Buchanan, California Republican Party, Joel Guiterrez Campos, Eric Ching, Vernon Costa, Alex Galicia, Rachel Gunther, Kristi Hays, Peter Hernandez, Roxanne Hoge, Sayrs Morris, Mike Netter, Jane Ortiz-Wilson, Paul Ramirez, Christina Raughton, James Reid, David Tangipa, Michael Tardif, Solomon Verduzco [15]

Motion for preliminary injunction is held and continued to December 16, 2025, at 9:00 a.m. Witnesses called, sworn, and testified. Exhibits identified and admitted.

5:55
Initials of Clerk: kr