# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | CV 25-10616 JLS-WLH-KKL | Date | December 17, 2025 |
|---|---|---|---|
| Title | David Tangipa, et al. v. Gavin Newsom, et al | | |

**PRESENT: HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| V.R. Vallery | Miranda Algorri |
|---|---|
| Courtroom Deputy Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF/ INTERVENTOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT/ INTERVENOR DEFENDANT: |
|---|---|
| Mark Meuser; Amber Hulse; Michael Columbo; Domenic Aulisi; William Thompson; Julie Hamil; Greta Gieseke; Jesus Osete; Joshua Zuckerman; David Goldman | Iram Hassan; David Green; Sean Woods; Lalitha Madduri; Abha Khanna; Christopher Dodge; Max Accardi; Tyler Bishop; Jacob Kovacs-Goodman; Sofia Gold; John Freedman; Sofia Fernandez Gold; Orion L.C. de Nevers; Thomas Rivera |

**PROCEEDINGS:** Motion for Preliminary Injunction (re Enjoining the Implementation of Proposition 50's Congressional Districts Map) filed by Plaintiffs' Saul Ayon, Doug Buchanan, California Republican Party, Joel Guiterrez Campos, Eric Ching, Vernon Costa, Alex Galicia, Rachel Gunther, Kristi Hays, Peter Hernandez, Roxanne Hoge, Sayrs Morris, Mike Netter, Jane Ortiz-Wilson, Paul Ramirez, Christina Raughton, James Reid, David Tangipa, Michael Tardif, Solomon Verduzco [15]

The hearing is held. Closing arguments made by all parties. The motion for preliminary injunction is taken under submission.

2:28
Initials of Clerk: vrv
