UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID TANGIPA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, in his official capacity as the Governor of California, et al.,<br><br>Defendants, | Case No.: 2:25-cv-10616-JLS-WLH-KKL<br><br>**ORDER FOR ELECTRONIC FILING OF EXHIBITS** |

    The parties are ordered to promptly file via the electronic filing system consolidated .pdf documents containing all the exhibits listed in the Second Amended Joint Exhibit List, Doc. 176.

    The filed .pdf documents should present the exhibits in their numerical order; the exhibits should be presented in as few .pdf files as reasonably possible; and the .pdf documents filed should be searchable to the extent reasonably possible.

DATED: December 18, 2025

HON. JOSEPHINE L. STATON

UNITED STATES DISTRICT JUDGE

HON. KENNETH K. LEE
UNITED STATES CIRCUIT JUDGE

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE