MICHAEL A. COLUMBO (SBN: 271283)
mcolumbo@dhillonlaw.com
SHAWN COWLES (SBN: 163826)
scowles@dhillonlaw.com
MARK P. MEUSER (SBN: 231335)
mmeuser@dhillonlaw.com
DOMENIC P. AULISI (Admitted PHV)
daulisi@dhillonlaw.com
AMBER R. HULSE (Admitted PHV)
ahulse@dhillonlaw.com
**DHILLON LAW GROUP INC.**
4675 MacArthur Court, Suite 1410
Newport Beach, CA 92660
Telephone: (415) 433-1700
Fax: (415) 520-6593

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID TANGIPA**; *et al.*,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>**GAVIN NEWSOM**, in his official capacity as the Governor of California; *et al.*;<br><br>　　　　Defendants. | CASE NO. 2:25-cv-10616-JLS-WLH-KKL<br><br>**NOTICE OF ELECTRONIC FILING OF EXHIBITS PURSUANT TO ECF # 186**<br><br>Hon. Josephine L. Staton<br>Hon. Kenneth K. Lee<br>Hon. Wesley L. Hsu<br><br>Action Filed: November 5, 2025 |



NOTICE OF ELECTRONIC FILING OF EXHIBITS　　　　　　　CASE NO. 2:25-cv-10616

PLEASE TAKE NOTICE that Plaintiffs hereby are electronically filing the following exhibits pursuant to this Court's order (ECF #186):

| | |
|---|---|
| Plaintiffs and Plaintiff-Intervenors Exhibits: | 1-90 |
| Defendant Intervenors LULAC Exhibits: | 441-470 |
| Plaintiffs and Plaintiff-Intervenors Exhibits | 501-528 |

Defendants and Defendant-Intervenor DCCC have not yet finalized their exhibits in a manner that can be uploaded to the Court's ECF filing system and their exhibits will be filed as soon as possible.

Date: December 19, 2025

By: _/s/ Mark P. Meuser_
MICHAEL A. COLUMBO (SBN: 271283)
mcolumbo@dhillonlaw.com
**DHILLON LAW GROUP INC.**
177 Post Street, Suite 700
San Francisco, California 94108
Telephone: (415) 944-4996

SHAWN COWLES (SBN: 163826)
scowles@dhillonlaw.com
MARK P. MEUSER (SBN: 231335)
mmeuser@dhillonlaw.com
**DHILLON LAW GROUP INC.**
4675 MacArthur Court, Suite 1410
Newport Beach, CA 92660

DOMENIC P. AULISI (Admitted PHV)
daulisi@dhillonlaw.com
AMBER R. HULSE (Admitted PHV)
ahulse@dhillonlaw.com
**DHILLON LAW GROUP INC.**
2121 Eisenhower Avenue, Suite 608
Alexandria, VA 22314

*Attorneys for Plaintiffs*

