Lalitha D. Madduri (CA Bar No. 301236)
lmadduri@elias.law
Christopher D. Dodge* (DC Bar No. 90011587)
cdodge@elias.law
Max Accardi* (DC Bar No. 90021259)
maccardi@elias.law
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave. NW, Suite 400
Washington, DC 20001
T: (202) 968-4652
F: (202) 968-4498

Abha Khanna* (WA Bar No. 42612)
akhanna@elias.law
Tyler L. Bishop (CA Bar No. 337546)
tbishop@elias.law
**ELIAS LAW GROUP LLP**
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
T: (206) 656-0177
F: (206) 656-0180

Omar Qureshi (CA Bar No. 323493)
omar@qureshi.law
Max Schoening (CA Bar No. 324643)
max@qureshi.law
**QURESHI LAW PC**
700 Flower Street, Suite 1000
Los Angeles, CA 90017
T: (213) 786-3478
F: (213) 277-8989

*Counsel for Defendant-Intervenor DCCC*

* *Admitted pro hac vice*

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| **DAVID TANGIPA**, *et al.*,<br><br>Plaintiffs,<br><br>and<br><br>**UNITED STATES OF AMERICA**,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>**GAVIN NEWSOM, in his official capacity as the Governor of California,** *et al.*,<br><br>Defendants,<br><br>**DEMOCRATIC CONGRESSIONAL CAMPAIGN COMMITTEE**, *et al.*,<br><br>Defendant-Intervenors. | 2:25-cv-10616-JLS-WLH-KKL<br>Three-Judge Court<br><br>**NOTICE OF ELECTRONIC FILING OF EXHIBITS PURSUANT TO ECF NO. 186** |

PLEASE TAKE NOTICE that Defendant-Intervenor DCCC is hereby electronically filing the following Exhibits pursuant to the Court's order of December 18, 2025, ECF No. 186, as reflected in the parties' joint exhibit list:

- Exhibit Nos. 207–208
- Exhibit Nos. 210–248
- Exhibit Nos. 254–322
- Exhibit Nos. 366–440, and
- Exhibit Nos. 600–604.

Dated: December 19, 2025          Respectfully submitted,

/s/ Lalitha D. Madduri
Lalitha D. Madduri (CA Bar No. 301236)
Christopher D. Dodge* (DC Bar No. 90011587)
Max Accardi* (DC Bar No. 90021259)
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave. NW, Suite 400
Washington, DC 20001
T: (202) 968-4652
F: (202) 968-4498
lmadduri@elias.law
cdodge@elias.law
maccardi@elias.law

Abha Khanna* (WA Bar No. 42612)
Tyler L. Bishop (CA Bar No. 337546)
**ELIAS LAW GROUP LLP**
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
T: (206) 656-0177

akhanna@elias.law
tbishop@elias.law

Omar Qureshi (CA Bar No. 323493)
Max Schoening (CA Bar No. 324643)
**QURESHI LAW PC**
700 Flower Street, Suite 1000
Los Angeles, CA 90017
T: (213) 600-6096
omar@qureshi.law
max@qureshi.law

*Counsel for Defendant-Intervenor DCCC*

* *Admitted pro hac vice*

4