**CARL GORDON**
**PROPOSED INTERVENOR, PRO SE**
**UNIVERSITY OF THE 'HOOD®**
8306 Wilshire Blvd., No. 792
Beverly Hills, CA 90211
Tel. (310) 926-3939 Email: universityofthehood@gmail.com

LODGED
CLERK, U.S. DISTRICT COURT
12/19/25
CENTRAL DISTRICT OF CALIFORNIA
BY ___MRV___ DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA WESTERN DIVISION

| | |
|---|---|
| DAVID TANGIPA, *ET AL.*, <br><br> PLAINTIFFS, <br><br> AND <br><br> UNITED STATES OF AMERICA, <br><br> *PLAINTIFF-INTERVENOR*, <br><br> V. <br><br> GAVIN NEWSOM, IN HIS OFFICIAL CAPACITY AS THE GOVERNOR OF CALIFORNIA, *ET AL.*, <br><br> *DEFENDANTS*, <br><br> AND <br><br> DEMOCRATIC CONGRESSIONAL CAMPAIGN COMMITTEE, ET AL., <br><br> *DEFENDANT-INTERVENORS* | CASE No: 2:25-cv-10616-JLS-WLH-KKL <br><br> **[PROPOSED] ORDER** <br> **CARL GORDON'S EMERGENCY PROPOSED NOTICE OF MOTION AND MOTION TO INTERVENE PURSUANT TO FED. R. CIV. P. 24(a) AND 24(b); REQUEST FOR EXPEDITED RULING BY DEC. 22, 2025; AND FOR LEAVE TO FILE PROPOSED RULE 56 SUMMARY JUDGMENT MATERIALS, PROPOSED STATEMENT OF UNDISPUTED FACTS, PROPOSED REQUEST FOR JUDICIAL NOTICE, AND REQUEST TO TRANSFER TO THE U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA** INVOLVING NON-WAIVABLE STRUCTURAL DISQUALIFICATION AND Appearance-of-Impartiality Concerns Under 28 U.S.C. § 455, Arising From Overlapping California And Federal Election Litigation In Which A Member of The Three-Judge Court Is A Named Defendant/Appellee |

*33*

**[PROPOSED] ORDER GRANTING MOTION TO INTERVENE**

The Court, having considered Proposed Intervenor Carl Gordon's Emergency Proposed Notice of Motion and Motion to Intervene pursuant to Federal Rule of Civil Procedure 24(a) and 24(b), the papers on file in this action, and good cause appearing, hereby ORDERS as follows:

1. The Motion to Intervene is **GRANTED**.

2. Proposed Intervenor Carl Gordon is permitted to intervene in this action pursuant to Federal Rule of Civil Procedure 24(a). In the alternative, permissive intervention is granted under Rule 24(b).

3. The Court acknowledges that the materials referenced in the Motion to Intervene—including proposed Rule 56 summary judgment materials, a proposed Statement of Undisputed Facts, a proposed Request for Judicial Notice, and supporting exhibits—are identified solely for the Court's awareness and reference, and that no exhibits or supporting materials have been filed or lodged at this time.

4. In light of Proposed Intervenor's status as a self-represented litigant and the absence of permission to file electronically, Proposed Intervenor is granted leave to lodge and file such proposed materials electronically upon the granting of intervention and upon approval of electronic filing privileges, or as otherwise directed by the Court, consistent with the Court's December 18, 2025, Order regarding consolidated exhibit filings by existing parties.

5. No adjudication of the merits of any proposed or future materials is ordered at this time. The Court expressly reserves all rulings on substance.

6. The request for expedited consideration is **GRANTED**.

*34*

7. The request to transfer venue to the United States District Court for the District of Columbia is **TAKEN UNDER SUBMISSION**.

IT IS SO ORDERED.

DATED: _____, 2025

HON. JOSEPHINE L. STATON

United States District Judge

35