JESUS A. OSETE[*]
Principal Deputy Assistant Attorney General
MATTHEW ZANDI (CA No. 203329)
Chief of Staff & Special Counsel
ANDREW BRANIFF (IN No. 23430-71)
Acting Chief, Appellate Section
DAVID GOLDMAN (VA No. 98922)
JOSHUA R. ZUCKERMAN (DC No. 1724555)
GRETA GIESEKE (TX No. 24132925)
MAUREEN RIORDAN (NY No. 2058840)
Attorneys
   Civil Rights Division
   United States Department of Justice
   950 Pennsylvania Avenue, NW
   Washington, D.C.  20530
   Telephone: (202) 514-3847
   E-Mail:   matt.zandi@usdoj.gov

TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JULIE A. HAMILL (CA No. 272742)
Assistant United States Attorney
   United States Attorney's Office
   300 North Los Angeles Street, Suite 7516
   Los Angeles, California 90012
   Telephone: (213) 894-2464
   E-Mail:   julie.hamill@usdoj.gov

Attorneys for Plaintiff-Intervenor
UNITED STATES OF AMERICA

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID TANGIPA, *et al.*, *Plaintiffs*, and<br><br>UNITED STATES OF AMERICA, *Plaintiff-Intervenor*,<br><br>v.<br><br>GAVIN NEWSOM, in his official | Case No.  2:25-cv-10616-JLS-KES<br>Three-Judge Court<br><br>**SUPPLEMENTAL DECLARATION OF JOSHUA ZUCKERMAN IN SUPPORT OF PLAINTIFF-INTERVENOR'S RENEWED MOTION FOR ADVERSE INFERENCE**<br><br>Hon. Josephine L. Staton |

---

[*] Assistant Attorney General Harmeet K. Dhillon is recused from this matter.

| | |
|---|---|
| capacity as the Governor of California, *et al.*,<br>*Defendants*, | Hon. Wesley L. Hsu<br>Hon. Kenneth K. Lee<br><br>Hearing Date: December 15, 2025<br>Time: 9 a.m.<br>Courtroom: One |

I, Joshua R. Zuckerman, do hereby declare and state as follows.

1. I am a trial attorney in the United States Department of Justice, Civil Rights Division. I am admitted to practice in the District of Columbia and represent the United States in the above-captioned matter. This Declaration is being submitted in support of Plaintiff-Intervenor's Renewed Motion for Adverse Inference.

2. The statements made in this Declaration are based on the knowledge acquired by me in the performance of my official duties and in conjunction with factual and legal research conducted by other attorneys and staff at the Department of Justice.

3. At 9:42 AM PST on December 13, 2025, the Court emailed the parties an order that provided: "**Mr. Mitchell must immediately produce non-privileged and responsive documents on a rolling basis starting today**" (emphasis in original). The Court ordered that Mitchell "must also produce a privilege log identifying any documents being withheld."

4. At 9:06 PM PST on December 13, 2025, counsel for Mitchell emailed the United States a link to Mitchell's first production of documents and said that they intended to provide "our privilege log" "in the coming days." A true and correct copy of that email is attached as **Exhibit 1**.

5. At 3:53 AM PST on December 17, 2025, Mitchell made his second production of documents. At 4:06 AM PST, his counsel emailed the United States and indicated that they were "diligently working to provide these rolling production volumes as quickly as

2

possible" and would make "continued volumes of production on a rolling basis." A true and correct copy of that email is attached as **Exhibit 2**.

6. Mitchell has not made any additional productions. The United States has not received a privilege log.

Having reviewed this Declaration, I declare, under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed on December 20, 2025, in Arlington, VA.

Respectfully submitted,

     *s/ Joshua R. Zuckerman*
JOSHUA R. ZUCKERMAN
Attorney
Civil Rights Division
United States Department of Justice

JESUS A. OSETE[*]
Principal Deputy Assistant Attorney General
MATTHEW ZANDI (CA No. 203329)
Chief of Staff & Special Counsel
ANDREW BRANIFF (IN No. 23430-71)
Acting Chief, Appellate Section
DAVID GOLDMAN (VA No. 98922)
JOSHUA R. ZUCKERMAN (DC No. 1724555)
GRETA GIESEKE (TX No. 24132925)
MAUREEN RIORDAN (NY No. 2058840)
Attorneys
Civil Rights Division
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530
Telephone: (202) 514-3847
E-Mail: matt.zandi@usdoj.gov

---

[*] Assistant Attorney General Harmeet K. Dhillon is recused from this matter.

TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JULIE A. HAMILL (CA No. 272742)
Assistant United States Attorney
United States Attorney's Office
300 North Los Angeles Street, Suite 7516
Los Angeles, California 90012
Telephone: (213) 894-2464
E-Mail: julie.hamill@usdoj.gov

Attorneys for Plaintiff-Intervenor
UNITED STATES OF AMERICA