UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID TANGIPA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GAVIN NEWSOM, in his official capacity as the Governor of California, et al., <br><br> Defendants, | Case No.: 2:25-cv-10616-JLS-WLH-KKL <br><br> **ORDER DENYING INTERVENTION OF CARL GORDON** |

Proposed Intervenor Carl Gordon's motion to intervene, Doc. 191, is DENIED.

DATED: December 22, 2025

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

HON. KENNETH K. LEE
UNITED STATES CIRCUIT JUDGE

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE