**PROPOSED INTERVENOR CARL GORDON'S LIMITED MOTION FOR RECONSIDERATION OF ORDER DENYING INTERVENTION**
**SERVICE LIST (EMAIL SERVICE ONLY)**

**CARL GORDON**
**PROPOSED INTERVENOR, PRO SE**
**UNIVERSITY OF THE 'HOOD®**
8306 Wilshire Blvd., No. 792
Beverly Hills, CA 90211
Tel. (310) 926-3939  Email: universityofthehood@gmail.com

FILED
CLERK, U.S. DISTRICT COURT
12/22/25
CENTRAL DISTRICT OF CALIFORNIA
BY ___cs___ DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA WESTERN DIVISION

| | |
|---|---|
| DAVID TANGIPA, *ET AL.*,<br><br>　*PLAINTIFFS*,<br><br>AND<br><br>UNITED STATES OF AMERICA,<br><br>　*PLAINTIFF-INTERVENOR*,<br><br>V.<br><br>GAVIN NEWSOM, IN HIS OFFICIAL CAPACITY AS THE GOVERNOR OF CALIFORNIA, *ET AL.*,<br><br>　*DEFENDANTS*,<br><br>AND<br><br>DEMOCRATIC CONGRESSIONAL CAMPAIGN COMMITTEE, ET AL.,<br><br>　*DEFENDANT-INTERVENORS* | CASE No: 2:25-cv-10616-JLS-WLH-KKL<br><br>**EMERGENCY PROPOSED INTERVENOR CARL GORDON'S LIMITED MOTION FOR RECONSIDERATION OF ORDER DENYING INTERVENTION**<br>**(FED. R. CIV. P. 54(b))**<br><br><br>Judges:　Hon. Josephene L. Staton<br>　　　　　Hon. Wesley L. Hsu<br>　　　　　Hon. Kenneth K. Lee |

**PROOF OF SERVICE**

I, Mae Gordon, declare as follows:

I am employed in the City and County of Los Angeles, State of California. I am over the age of eighteen (18) years and not a party to the within action. My business address is 1125 South Holt Avenue, Apt. 3, Los Angeles, California 90035.

On December 22, 2025, I served the following document(s):

EMERGENCY PROPOSED INTERVENOR CARL GORDON'S LIMITED MOTION FOR RECONSIDERATION OF ORDER DENYING INTERVENTION
(FED. R. CIV. P. 54(b))

**By electronic mail** to counsel of record for Plaintiffs, at the email addresses listed on the Court's docket where available.

**LIMITED INITIAL SERVICE NOTICE**

Due to the unusually large number of parties and counsel of record in this action, and given the expedited filing circumstances, Proposed Intervenor has at this time served the United States of America, the principal State Defendants (including the Governor), and counsel for Plaintiffs. Proposed Intervenor respectfully represents that, should the Court grant intervention or otherwise direct, he will promptly effect service on any additional parties or counsel as the Court deems appropriate. See attached Service List (Email Service Only)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 22, 2025, at Los Angeles, California.

*/s/ Mae Gordon*

Mae Gordon

**SERVICE LIST (EMAIL SERVICE ONLY)**

Plaintiffs' Counsel

Dhillon Law Group, Inc.

- Domenic P. Aulisi – DAulisi@dhillonlaw.com
- Mark P. Meuser – mmeuser@dhillonlaw.com
- Amber R. Hulse – AHulse@dhillonlaw.com
- Michael Andrew Columbo – mcolumbo@dhillonlaw.com
- Shawn E. Cowles – scowles@dhillonlaw.com

Lehotsky Keller Cohn

- William T. Thompson – will@lkcfirm.com

---

Movant – NAACP Legal Defense & Educational Fund, Inc.

- Anuja D. Thatte – athatte@naacpldf.org
- Kathryn C. Sadasivan – ksadasivan@naacpldf.org
- Stuart Charles Naifeh – snaifeh@naacpldf.org

---

Movant – Democratic Congressional Campaign Committee (DCCC)

Elias Law Group LLP

- Lalitha D. Madduri – lmadduri@elias.law
- Abha Khanna – akhanna@elias.law
- Christopher D. Dodge – cdodge@elias.law
- Max Accardi – maccardi@elias.law
- Tyler L. Bishop – tbishop@elias.law

Qureshi Law

- Omar G. Qureshi – omar@qureshi.law

*38*

Movant – League of United Latin American Citizens (LULAC)

Democracy Defenders Action / Fund

- Jacob Kovacs-Goodman – jacob@democracydefenders.org
- Norman L. Eisen – norman@democracydefenders.org
- Sofia F. Gold – sofia@democracydefenders.org
- Tianna J. Mays – tianna@democracydefenders.org

Arnold & Porter Kaye Scholer LLP

- John A. Freedman – john.freedman@arnoldporter.com
- Sean O. Morris – sean.morris@arnoldporter.com
- Orion L.C. de Nevers – orion.denevers@arnoldporter.com
- Gilbert Thomas Rivera III – tom.rivera@arnoldporter.com

Justice Legal Strategies PLLC

- Jon Marshall Greenbaum – jgreenbaum@justicels.com

---

Movant – Legislature of the State of California

Olson Remcho, LLP

- Robin B. Johansen – rjohansen@olsonremcho.com

---

Intervenor-Plaintiff – United States of America

U.S. Department of Justice

- Julie Ann Hamill – julie.hamill@usdoj.gov
- David Goldman – david.goldman@usdoj.gov
- Greta Alyse Gieseke – greta.gieseke@usdoj.gov
- Jesus Armando Osete – jesus.osete@usdoj.gov
- Joshua Robert Zuckerman – joshua.zuckerman@usdoj.gov

- Matthew Zandi – matt.zandi@usdoj.gov

**United States Attorney's Office – Central District of California**

- BILAL A. ESSAYLI
  First Assistant United States Attorney
  Email: bilal.essayli@usdoj.gov
- 
- JULIE A. HAMILL (CA No. 272742)
  Assistant United States Attorney
  julie.hamill@usdoj.gov

Defendants – State of California

California Attorney General's Office

- Iram Hasan – iram.hasan@doj.ca.gov
- Jennifer E. Rosenberg – jennifer.rosenberg@doj.ca.gov
- Anya M. Binsacca – anya.binsacca@doj.ca.gov
- Carter Jansen – carter.jansen@doj.ca.gov
- Christina Marie McCall – christina.mccall@doj.ca.gov
- Daniel Cullen Sheehan – daniel.sheehan@doj.ca.gov
- David Green – david.green@doj.ca.gov
- Harald Kirn – harald.kirn@doj.ca.gov
- Katrina Keiko Uyehara – katrina.uyehara@doj.ca.gov
- Lara Haddad – lara.haddad@doj.ca.gov
- Nicholas Reiss Green – nicholas.green@doj.ca.gov
- Ryan Duane Eason – ryan.eason@doj.ca.gov
- Sean Clinton Woods – clint.woods@doj.ca.gov

Intervenor-Defendants

UCLA Voting Rights Project

- Sonni Waknin – sonniwaknin@gmail.com

Amicus Curiae

Strumwasser & Woocher LLP

- Fredric D. Woocher – fwoocher@strumwooch.com
- Dale K. Larson – dlarson@strumwooch.com
- Julia Gabriela Michel – jmichel@strumwooch.com

---

UCLA School of Law

- Richard L. Hasen – hasenr@gmail.com