FILED
CLERK, U.S. DISTRICT COURT
12/22/25
CENTRAL DISTRICT OF CALIFORNIA
BY ___cs___ DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

**CARL GORDON**
**PROPOSED INTERVENOR, PRO SE**
**UNIVERSITY OF THE 'HOOD®**
8306 Wilshire Blvd., No. 792
Beverly Hills, CA 90211
Tel. (310) 926-3939 Email: universityofthehood@gmail.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA WESTERN DIVISION

| | |
|---|---|
| DAVID TANGIPA, *ET AL.*,<br><br>    *PLAINTIFFS*,<br><br>AND<br><br>UNITED STATES OF AMERICA,<br><br>    *PLAINTIFF-INTERVENOR*,<br><br>V.<br><br>GAVIN NEWSOM, IN HIS OFFICIAL CAPACITY AS THE GOVERNOR OF CALIFORNIA, *ET AL.*,<br><br>    *DEFENDANTS*,<br><br>AND<br><br>DEMOCRATIC CONGRESSIONAL CAMPAIGN COMMITTEE, ET AL.,<br><br>    *DEFENDANT-INTERVENORS* | CASE No: 2:25-cv-10616-JLS-WLH-KKL<br><br>**EMERGENCY PROPOSED INTERVENOR CARL GORDON'S LIMITED MOTION FOR RECONSIDERATION OF ORDER DENYING INTERVENTION (FED. R. CIV. P. 54(b))**<br><br>Judges:   Hon. Josephene L. Staton<br>              Hon. Wesley L. Hsu<br>              Hon. Kenneth K. Lee |

**EMERGENCY PROPOSED INTERVENOR CARL GORDON'S LIMITED MOTION FOR RECONSIDERATION OF ORDER DENYING INTERVENTION**

**(FED. R. CIV. P. 54(b))**

Proposed Intervenor Carl Gordon, appearing pro se, respectfully moves for limited reconsideration of the Court's December 22, 2025, Order denying his Motion to Intervene (Dkt. 191), pursuant to Federal Rule of Civil Procedure 54(b) and the Court's inherent authority to revise interlocutory orders prior to final judgment.

This motion is filed **solely to seek clarification and reconsideration of the basis for denial**, in order to ensure a complete and accurate record for appellate review. Proposed Intervenor does **not** seek to re-litigate the merits of the underlying claims, nor does he seek reconsideration of any substantive rulings in the case.

## I. PROCEDURAL BACKGROUND

On December 19, 2025, Proposed Intervenor filed a Motion to Intervene pursuant to Federal Rule of Civil Procedure 24(a) and 24(b), seeking limited participation to protect distinct federal constitutional and statutory interests directly implicated by the pending election-law proceedings.

On December 22, 2025, the Court denied the Motion to Intervene. The Order does not specify whether intervention was denied as of right under Rule 24(a), permissively under Rule 24(b), or both, nor does it address whether the denial

rested on timeliness, lack of impairment, adequacy of representation, or other grounds.

## II. BASIS FOR RECONSIDERATION

Reconsideration is appropriate where clarification is necessary to ensure an accurate record and to prevent manifest injustice. See Fed. R. Civ. P. 54(b).

Proposed Intervenor respectfully seeks reconsideration for the limited purpose of clarifying:

1. **Whether the Court denied intervention as of right under Rule 24(a)(2), permissive intervention under Rule 24(b), or both;**

2. **Whether the denial was based on timeliness, lack of cognizable interest, lack of impairment, adequacy of representation, or other considerations; and**

3. **Whether the denial was influenced by the procedural posture of the preliminary injunction proceedings.**

Such clarification is necessary because a denial of intervention as of right is immediately appealable, while a denial of permissive intervention generally is not. Absent clarification, Proposed Intervenor cannot accurately determine the scope of appellate review or preserve the appropriate issues.

## III. LIMITED NATURE OF REQUEST

This motion is **not** an assertion of error, bias, or impropriety. It is submitted in recognition that intervention rulings often turn on discretionary and procedural considerations that may not be fully articulated in summary orders.

Proposed Intervenor respectfully submits that clarification or reconsideration at this stage will promote judicial economy, avoid unnecessary appellate confusion, and ensure that the Court's reasoning is accurately reflected in the record.

## IV. RELIEF REQUESTED

Proposed Intervenor respectfully requests that the Court:

1. Clarify the grounds on which intervention was denied; or

2. In the alternative, reconsider the denial of intervention to the extent necessary to permit limited participation for record-preservation purposes; and

3. Grant such other relief as the Court deems just and proper.

**Dated**: December 22, 2025                    Respectfully submitted,

*Carl Gordon*

Carl Gordon
Proposed Intervenor, Pro Se
8306 Wilshire Blvd., No. 792
Beverly Hills, CA 90211
universityofthehood@gmail.com
(310) 926-3939