FILED
CLERK, U.S. DISTRICT COURT
12/19/25
CENTRAL DISTRICT OF CALIFORNIA
BY    CS    DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

**CARL GORDON**
**PROPOSED INTERVENOR, PRO SE**
**UNIVERSITY OF THE 'HOOD®**
8306 Wilshire Blvd., No. 792
Beverly Hills, CA 90211
Tel. (310) 926-3939 Email: universityofthehood@gmail.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA WESTERN DIVISION

| | |
|---|---|
| DAVID TANGIPA, *ET AL.*, | CASE No: 2:25-cv-10616-JLS-WLH-KKL |
|     *PLAINTIFFS*, | **PROPOSED FILING** |
|   AND | |
| UNITED STATES OF AMERICA, | **EMERGENCY NOTICE OF ERRATA AND DESIGNATION OF FILER** |
|     *PLAINTIFF-INTERVENOR*, | |
|   V. | *(Curing Clerk-Identified Procedural Deficiency)* |
| GAVIN NEWSOM, IN HIS OFFICIAL CAPACITY AS THE GOVERNOR OF CALIFORNIA, *ET AL.*, | Judges:   Hon. Josephene L. Staton |
|     *DEFENDANTS*, |                Hon. Wesley L. Hsu |
|   AND |                Hon. Kenneth K. Lee |
| DEMOCRATIC CONGRESSIONAL CAMPAIGN COMMITTEE, ET AL., | |
|     *DEFENDANT-INTERVENORS* | |

1

PROPOSED FILING

EMERGENCY NOTICE OF ERRATA AND DESIGNATION OF FILER

*(Curing Clerk-Identified Procedural Deficiency)*

**Proposed Intervenor Carl Gordon**, appearing pro se, respectfully submits this Emergency Notice of Errata to cure the clerical and procedural deficiency identified in the Court's **Notice to Filer of Deficiencies filed December 19, 2025 (Dkt. 192)**, which states: *"Filer is not a party on the case."*

NOTICE REGARDING DESIGNATION OF FILER

Proposed Intervenor respectfully clarifies that **all references in the caption, docket text, and motion body to "Intervenor" are intended to mean "Proposed Intervenor."** Mr. Gordon has moved for leave to intervene pursuant to **Federal Rule of Civil Procedure 24(a) and 24(b)** and **does not assert party status unless and until the Court grants such leave**.

The Motion at issue is properly styled as a **Motion to Intervene by a non-party**, which is expressly authorized by Rule 24 and routinely filed by individuals who are not yet parties to the action. The Motion does not purport to exercise party rights, seek merits adjudication, or file substantive pleadings as of right.

This Notice is submitted **solely to clarify filer designation** and cure the procedural issue identified by the Clerk. **No substantive changes are made** to the Motion to Intervene, the relief requested, or the proposed order.

**REQUEST**

Proposed Intervenor respectfully requests that the Court:

1. Accept this Emergency Notice of Errata as curing the deficiency noted in Dkt. 192; and

2. Deem the Motion to Intervene properly filed as submitted by a **Proposed Intervenor** under Rule 24.

**Dated**: December 19, 2025　　　　　　　Respectfully submitted,

*Carl Gordon*

Carl Gordon
Proposed Intervenor, Pro Se
8306 Wilshire Blvd., No. 792
Beverly Hills, CA 90211
univcrsityofthchood@gmail.com
(310) 926-3939