FILED
CLERK, U.S. DISTRICT COURT
12/25/25
CENTRAL DISTRICT OF CALIFORNIA
BY  CS  DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

**CARL GORDON**
**PROPOSED AMICUS CURIAE, PRO SE**
**UNIVERSITY OF THE 'HOOD®**
8306 Wilshire Blvd., No. 792
Beverly Hills, CA 90211
Tel. (310) 926-3939 Email: universityofthehood@gmail.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA WESTERN DIVISION

| | |
|---|---|
| DAVID TANGIPA, *ET AL.*, | CASE No: 2:25-cv-10616-JLS-WLH-KKL |
| *PLAINTIFFS*, | **NOTICE OF ERRATA** |
| AND | |
| UNITED STATES OF AMERICA, | Re: Dkt. 200 – Emergency Application for Leave to File Amicus Curiae Notice |
| *PLAINTIFF-INTERVENOR*, | |
| V. | Judges:   Hon. Josephene L. Staton |
| GAVIN NEWSOM, IN HIS OFFICIAL CAPACITY AS THE GOVERNOR OF CALIFORNIA, *ET AL.*, |   Hon. Wesley L. Hsu   Hon. Kenneth K. Lee |
| *DEFENDANTS*, | |
| AND | |
| DEMOCRATIC CONGRESSIONAL CAMPAIGN COMMITTEE, ET AL., | |
| *DEFENDANT-INTERVENORS* | |

**NOTICE OF ERRATA**

**RE: Dkt. 200 – Emergency Application for Leave to File Amicus Curiae Notice**

Applicant Carl Gordon respectfully submits this consolidated Notice of Errata in response to the Clerk's Notice of Deficiencies entered on December 24, 2025 (Dkt. 201).

**First**, the Emergency Application for Leave to File Amicus Curiae Notice (Dkt. 200) inadvertently incorporated the proposed Amicus Curiae Notice within a single PDF rather than submitting the proposed filing as a separate attachment. To cure this purely procedural formatting issue, Applicant hereby submits, as a separate attachment to this Notice of Errata, the **Proposed Amicus Curiae Notice of Related Proceedings and Request for Judicial Notice**, exactly as previously tendered and dated December 24, 2025.

**Second**, Applicant notes that the signature block in the Application and Proposed Amicus Curiae Notice identified Applicant as "Proposed Intervenor, Pro Se." That designation was inadvertent and imprecise. Applicant does not assert party or intervenor status and seeks only leave to participate as **amicus curiae**, as stated throughout the filings. The correct designation is **"Proposed Amicus Curiae, Pro Se."**

This consolidated Notice of Errata makes **no substantive changes**, alters **no filing dates**, requests **no additional relief**, and is submitted solely to cure the clerical deficiencies identified by the Clerk and to clarify Applicant's capacity.

**Dated**: December 25, 2025                Respectfully submitted,

*Carl Gordon*

Carl Gordon
Proposed Amicus Curiae, Pro Se
8306 Wilshire Blvd., No. 792
Beverly Hills, CA 90211
universityofthehood@gmail.com
(310) 926-3939

**Attachment A:** Proposed Amicus Curiae Notice of Related Proceedings and Request for Judicial Notice (dated December 24, 2025)