**CARL GORDON**
**PROPOSED INTERVENOR, PRO SE**
**UNIVERSITY OF THE 'HOOD®**
8306 Wilshire Blvd., No. 792
Beverly Hills, CA 90211
Tel. (310) 926-3939 Email: universityofthehood@gmail.com

FILED
CLERK, U.S. DISTRICT COURT
12/25/25
CENTRAL DISTRICT OF CALIFORNIA
BY ____CS____ DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA WESTERN DIVISION

| | |
|---|---|
| DAVID TANGIPA, *ET AL.*, <br><br>   PLAINTIFFS, <br><br>   AND <br><br> UNITED STATES OF AMERICA, <br><br>   PLAINTIFF-INTERVENOR, <br><br>   V. <br><br> GAVIN NEWSOM, IN HIS OFFICIAL CAPACITY AS THE GOVERNOR OF CALIFORNIA, *ET AL.*, <br><br>   DEFENDANTS, <br><br>   AND <br><br> DEMOCRATIC CONGRESSIONAL CAMPAIGN COMMITTEE, ET AL., <br><br>   DEFENDANT-INTERVENORS | CASE No: 2:25-cv-10616-JLS-WLH-KKL <br><br> **EMERGENCY AMICUS CURIAE NOTICE OF RELATED PROCEEDINGS AND REQUEST FOR JUDICIAL NOTICE OF UNDISPUTED PROCEDURAL ORDERS** <br><br> *(Submitted for informational purposes only; no adjudication requested)* <br><br> Judges:   Hon. Josephene L. Staton <br>             Hon. Wesley L. Hsu <br>             Hon. Kenneth K. Lee |

**EMERGENCY AMICUS CURIAE NOTICE OF RELATED PROCEEDINGS AND REQUEST FOR JUDICIAL NOTICE OF UNDISPUTED PROCEDURAL ORDERS**

*(Submitted for informational purposes only; no adjudication requested)*

12 24 25 EMERGENCY AMICUS CURIAE NOTICE OF RELATED PROCEEDINGS AND RJN1

**TO THE COURT AND ALL PARTIES:**

Amicus Curiae Carl Gordon respectfully submits this Emergency Amicus Curiae Notice and Request for Judicial Notice pursuant to Federal Rule of Evidence 201. This filing is submitted solely for the Court's awareness and for the preservation of an accurate and complete procedural record in light of imminent rulings in this action.

This submission does not request relief, does not seek adjudication, and does not address the merits of any pending claims or motions. It is offered exclusively for informational purposes and record preservation.

**I. IDENTITY OF AMICUS AND PURPOSE OF FILING**

Amicus Carl Gordon is a self-represented litigant in multiple related federal proceedings involving California statewide elections and the use of federal election funds.

This Emergency Amicus filing is submitted because David Tangipa et al. v. Gavin Newsom et al. presently serves as the principal public district-court forum in which overlapping constitutional, statutory, and structural election-law issues affecting voters are being litigated—issues that have also arisen in related district-court actions and pending Ninth Circuit appeals.

The limited purpose of this filing is to identify undisputed procedural developments and judicial orders in related proceedings that bear on the broader procedural context of the issues now before the Court. These matters are intended to be relied upon as the subject of Requests for Judicial Notice in multiple pending Ninth Circuit appeals once reflected in a district-court record.

## II. MATTERS APPROPRIATE FOR JUDICIAL NOTICE

Under Federal Rule of Evidence 201(b), courts may take judicial notice of facts not subject to reasonable dispute because they can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned, including court records and judicial orders.

Amicus respectfully identifies the following undisputed procedural matters, all reflected in publicly available court records:

1. The filing and denial of Amicus's Motion to Intervene in *David Tangipa et al. v. Gavin Newsom et al.*, including the Court's December 22, 2025, Order denying intervention.

2. The existence of related proceedings in which overlapping election-law and federal-funding issues were adjudicated or addressed, including:

    - *Gordon v. Newsom*, C.D. Cal. No. 2:21-cv-07270-FMO-MAR (Ninth Cir. No. 22-55640);

    - *United States ex rel. Gordon v. Newsom*, C.D. Cal. No. 2:23-cv-06727-JLS-MAR;

    - Pending Ninth Circuit appeals arising from related district-court actions.

3. Undisputed docket entries reflecting the timing of filings, the sequencing of appellate and district-court proceedings, and the issuance of judicial orders relevant to intervention, record composition, and appellate jurisdiction.

    4. The United States' intervention in the present action, which establishes a unified federal interest overlapping with the subject matter of the above-referenced proceedings.

Copies of representative orders and docket entries are attached solely for identification and reference.

## III. RELEVANCE TO THE INSTANT PROCEEDINGS

These procedural facts are relevant because they demonstrate the existence of overlapping judicial proceedings addressing the same statutory, constitutional, and remedial frameworks governing California statewide elections and federal election funding.

As this Court has previously recognized, litigation concerning election administration fundamentally implicates voters' rights. The information provided here is offered solely to ensure that the procedural backdrop affecting those voter interests is fully and accurately reflected in the record prior to the Court's resolution of pending matters.

This filing does not assert error, impropriety, or bias, nor does it seek any determination under 28 U.S.C. § 455 or any other statute. It reflects only the objective procedural landscape in which this case proceeds.

## IV. EMERGENCY NATURE OF FILING

This Emergency Notice is submitted because the Court has taken matters under submission and rulings affecting statewide election administration are imminent.

Absent prompt filing, these undisputed procedural facts may not be reflected in the district-court record at the time such rulings issue, thereby impairing the completeness of the record for subsequent review.

**V. STATEMENT OF NON-ARGUMENT AND LIMITED PURPOSE**

This filing is **purely informational**. It advances no legal argument, requests no relief, and seeks no adjudication. It is submitted solely to preserve an accurate procedural record and to facilitate transparency and completeness in future appellate proceedings.

**VI. CLARIFICATION REGARDING SCOPE AND INTENT OF THIS NOTICE**

This Supplemental Notice is not an allegation of discriminatory intent, judicial impropriety, or bad faith. It is an objective comparison of procedural outcomes, preserved solely to allow a reviewing court to assess whether:

- Rule 24(a) standards were applied uniformly;
- Rule 24(b) discretion was exercised evenhandedly; and
- The denial of intervention materially impaired the protection of distinct federal interests.

**No inference regarding motive is asserted or invited.**

**VII. RELATION TO PENDING PRELIMINARY INJUNCTION RULING**

Amicus submits this Notice prior to the Court's ruling on the preliminary injunction motions solely to ensure that the record reflects the existence of these preserved procedural issues before any merits determination is entered.

This filing does not seek to expand the scope of the pending motions or alter the Court's consideration thereof.

## VIII. NOTICE OF ANTICIPATED AMICUS PARTICIPATION

In the event intervention remains denied, Amicus respectfully provides notice of his intent to seek leave to participate as **amicus curiae**, for the limited purpose of assisting the Court and any reviewing court with federal constitutional, statutory, and structural issues preserved herein and not fully developed by existing parties.

## STATEMENT OF UNDISPUTED PROCEDURAL EVENTS

The following statements describe undisputed procedural events reflected in court records. They are offered without characterization, argument, or inference:

1. On August 16, 2023, a qui tam complaint filed by Carl Gordon under the False Claims Act was submitted under seal pursuant to **31 U.S.C. § 3730(b)(2)** in *United States ex rel. Gordon v. Newsom et al.*, C.D. Cal. No. 2:23-cv-06727-JLS-MAR.

2. On August 24, 2023, a document titled "Related-Case Transfer Order" referencing the sealed action was entered and bears the signature of District Judge Fernando M. Olguin. At that time:
   - the FCA action remained under seal;
   - no order unsealing the case had been entered; and
   - the United States had not moved to unseal the complaint.

3. The docket does not reflect any order entered before August 24, 2023 authorizing circulation, referral, or review of the sealed complaint outside the sealed docket.

4. During this period, Magistrate Judge Margo A. Rocconi served as the assigned magistrate judge in *Gordon v. Newsom*, C.D. Cal. No. 2:21-cv-07270-FMO-MAR, which was then pending on appeal in the Ninth Circuit as No. 22-55640.

5. In *Gordon v. Newsom*, filings submitted by Gordon were not reflected on the district-court docket for approximately twenty-two days, and later appeared following appellate proceedings.

6. On August 17, 2022, a Ninth Circuit panel issued a remand order in No. 22-55640 under 28 U.S.C. § 2106. One member of that panel was Judge Diarmuid F. O'Scannlain.

7. Judge O'Scannlain also sat on the Ninth Circuit panel in *Clark v. Weber*, 68 F.4th 678 (9th Cir. 2023), addressing mootness in the context of the 2021 California gubernatorial recall election.

8. On October 12, 2023, District Judge Josephine L. Staton entered an order denying recusal in the FCA action, stating that no breach of the FCA seal had occurred because sealed materials were not publicly visible on the docket.

9. The FCA seal statute, 31 U.S.C. § 3730(b)(2), provides that a qui tam complaint "shall remain under seal" and authorizes disclosure only "until the court so orders."

10. On December 22, 2025, Judge Staton entered an order denying Carl Gordon's Motion to Intervene in *David Tangipa et al. v. Gavin Newsom et al.*

## IX. CONCLUSION

For the foregoing reasons, Amicus Curiae Carl Gordon respectfully submits this Emergency Amicus Curiae Notice and Request for Judicial Notice solely for informational purposes and record preservation.

This filing requests no relief, seeks no adjudication, and advances no legal argument. It is submitted only to ensure that undisputed procedural events reflected in judicial records are accurately preserved in the district-court record prior to the issuance of imminent rulings, and to facilitate completeness and transparency for any subsequent appellate review under Federal Rule of Evidence 201.

**Dated**: December 24, 2025

Respectfully submitted,

*Carl Gordon*

Carl Gordon
Proposed Intervenor, Pro Se
8306 Wilshire Blvd., No. 792
Beverly Hills, CA 90211
universityofthehood@gmail.com
(310) 926-3939