# LIST OF EXHIBITS AND WITNESSES

| Case Number | 2:25cv10616 JLS WLH KKL | Title | David Tangipa, et al. v. Gavin Newsom, et al. |
|---|---|---|---|
| **Judge** | Josephine L. Staton, Wesley L. Hsu; Kenneth K. Lee | | |
| **Dates of Trial or Hearing** | December 15-18 | | |
| **Court Reporters or Tape No.** | Amy Diaz; Miranda Algorri | | |
| **Deputy Clerks** | Kevin Reddick; Valencia Vallery | | |

**FILED**
CLERK, U.S. DISTRICT COURT
12/18/25
CENTRAL DISTRICT OF CALIFORNIA
BY: KR DEPUTY

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| Mark Meuser; Julie Hamil; Amber Hulse; Michael Columbo; | Iram Hasan; Laliha Madduri; Thomas Rivera; Jennifer Rosenberg; |
| Domenic Aullisi; William Thompson; Greta Gieseke; Jesus Osete; | Anya Binsacca; David Green; Ryan Eason; Sean Woods; Carter |
| Joshua Zuckerman; David Goldman | Janson; Abha Khanna; Christopher Dodge; Max Accardi; Tyler |
| | Bishop; Jacob Kovacs-Goodman; Sofia Gold; John Freedman; |
| | Orion L.C. de Nevers; Sarah Hudson |

| Plaintiff(s) or Petitioner(s) | | | Defendant(s) or Respondent(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev. | | |
| | | | | | | Sean Trende | Plaintiff |
| | | | | | | Tom Brunell | Plaintiff |
| | | | | | | David Tangipa | Plaintiff |
| | | | | | | Eric Ching | Plaintiff |
| | | | | | | Maxwell Palmer | Defendant |
| | | | | | | Bernard Grofman | Defendant |
| | | | | | | Jonathan Rodden | Defendant |
| | | | | | | Ines Ruiz-Huston | Defendant |
| | | | | | | Anthony Fairfax | Defendant |

G-65 (03/07)    LIST OF EXHIBITS AND WITNESSES    Page ____ of ____