ROB BONTA
Attorney General of California
ANYA M. BINSACCA
Supervising Deputy Attorney General
JENNIFER E. ROSENBERG
RYAN EASON
DAVID GREEN
IRAM HASAN
S. CLINTON WOODS
CARTER M. JANSEN
Deputy Attorneys General
State Bar No. 347116
 300 South Spring Street, Suite 1702
 Los Angeles, CA 90013
 Telephone: (213) 269-6601
 Fax: (916) 731-2124
 E-mail: carter.jansen@doj.ca.gov
*Attorneys for Defendants Governor Gavin Newsom
and California Secretary of State Shirley Weber*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **DAVID TANGIPA, *et al.*,**<br><br>Plaintiffs,<br><br>and<br><br>**UNITED STATES OF AMERICA,**<br><br>Plaintiff-Intervenor<br><br>v.<br><br>**GAVIN NEWSOM, in his official capacity as the Governor of California, *et al.*,**<br><br>Defendants,<br><br>and<br><br>**DEMOCRATIC CONGRESSIONAL CAMPAIGN COMMITTEE, *et al.*,**<br><br>Defendant-Intervenors. | 2:25-cv-10616-JLS-WLH-KKL<br>Three-Judge Court<br><br>**DEFENDANTS' AND DEFENDANT-INTERVENORS' EX PARTE APPLICATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' AND PLAINTIFF-INTERVENOR'S COMPLAINTS**<br><br>Trial Date:  None Designated<br>Action Filed: Nov. 5, 2025 |

**DEFENDANTS' AND DEFENDANT-INTERVENORS' EX PARTE APPLICATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' AND PLAINTIFF-INTERVENOR'S COMPLAINTS**

Defendants and Defendant-Intervenors (the "Defense Parties") respectfully apply ex parte under Local Rule 7-19 for an order extending the current January 5, 2026 deadline to respond to Plaintiffs' and Plaintiff-Intervenor's (the "Plaintiff Parties") complaints, including with a motion under Federal Rule of Civil Procedure 12, by 30 days, to and including **February 4, 2026**. If the Court does not grant this 30-day extension, the Defense Parties request that the Court extend the deadline by at least one week, as the Plaintiff Parties do not oppose a seven-day extension.

**MEMORANDUM OF POINTS AND AUTHORITIES**

In response to a stipulation filed before the hearing on Plaintiffs' and Plaintiff-Intervenor's motion for preliminary injunction (ECF No. 77), on November 21, 2025, the Court previously extended all Defense Parties' deadline to respond to the complaints to January 5, 2026 (ECF No. 84). Good cause exists to grant this further extension of time, which the Defense Parties seek in good faith while the parties await a decision on Plaintiffs' and Plaintiff-Intervenor's motions for preliminary injunction and not due to lack of diligence.

First, the parties litigated the pending preliminary injunction motions on an extremely abbreviated timeline. Declaration of Carter M. Jansen ("Jansen Decl.") ¶ 3. Since the Court issued the November 21, 2025 extension of time, the parties have participated in extensive fact and expert discovery, produced thousands of pages of evidence, deposed over a dozen witnesses, prepared and filed nine briefs supporting and opposing the pending motions for preliminary injunction, and prepared and filed eight briefs regarding several motions to compel and for adverse inferences filed by Plaintiff-Intervenor regarding discovery responses of a non-party. *Id.*; *see* ECF Nos. 15, 29, 111-113, 140-143, 147, 154, 155, 157, 162, 166, 170, 171. The Court held a three-day evidentiary hearing on Plaintiffs' and

Plaintiff-Intervenors' motions for preliminary injunction (ECF Nos. 179, 180, 183), and took the motions under submission. Although counsel for the Defense Parties has been working diligently on this matter since the complaints were filed, given the complexity of the issues and the nature of the evidentiary hearing, counsel for the Defense Parties necessarily focused their attention on preparing their case for the evidentiary hearing and respectfully request additional time to respond to the complaints. The need for this additional time has been exacerbated by the intervening winter holidays, during which several counsel have been out of the office for long-scheduled travel. Jansen Decl. ¶ 4.

Second, given that the Court has heard Plaintiffs' and Plaintiff-Intervenor's motions for preliminary injunction, no urgency exists with respect to the Defense Parties' responses to the complaints. Indeed, this Court's order on the motions for preliminary injunction may provide some guidance for how the substantive case should proceed. An extension of time thus may serve the interests of judicial efficiency by streamlining the Defense Parties' responsive pleadings.

On Wednesday, December 24, 2025, counsel for Defendants asked the Plaintiff Parties via e-mail if—in the interest of judicial efficiency—they would join a joint stipulation requesting a stay of the proceedings in this Court, including the January 5, 2026 deadline to answer or move to dismiss the complaints, until 30 days after any appellate proceedings in this matter conclude. Jansen Decl. ¶ 5. Counsel for the Plaintiff Parties responded via e-mail on Friday, December 26, 2025, that they would not join such a stipulation, but also would not oppose a seven-day extension of time. *Id.*

On Monday, December 29, 2025, counsel for Defendants asked the Plaintiff Parties if they would instead stipulate to a 30-day extension of time to answer or move to dismiss the complaints, to and including February 4, 2026. *Id.* ¶ 6. Counsel for Defendants also informed counsel for the Plaintiff Parties that if they would not so stipulate, Defendants would file this ex parte application with the

2

1  court. *Id.* ¶ 6. On December 30, 2025, counsel for the Plaintiff Parties declined to
2  stipulate to a 30-day extension.
3      Counsel for Plaintiffs and Plaintiff-Intervenor with whom counsel for
4  Defendants corresponded regarding this request are:

| | |
|---|---|
| Michael Columbo<br>Dhillon Law Group, Inc.<br>177 Post Street, Suite 700<br>San Francisco, California 94108<br>Phone: (415) 944-4996<br>E-mail: mcolumbo@dhillonlaw.com | Jesus A. Osete<br>Principal Deputy Assistant Attorney<br>General, Civil Rights Division<br>U.S. Department of Justice<br>950 Pennsylvania Ave., NW<br>Washington, DC 20579<br>Phone: (202) 679-1732<br>E-mail: jesus.osete@usdoj.gov |

## CONCLUSION

For the foregoing reasons, the Defense Parties respectfully request that the Court issue an order granting their request for an extension of time to file their responses to the Plaintiff Parties' complaints, to and including February 4, 2026.

| | | |
|---|---|---|
| 1 | Dated: December 30, 2025 | Respectfully submitted, |
| 2 | | CALIFORNIA DEPARTMENT OF JUSTICE |

_____
CARTER M. JANSEN
Deputy Attorney General
*Attorneys for Defendants California Governor Gavin Newsom and Secretary of State Shirley Weber*

Dated: December 30, 2025                     ARNOLD & PORTER KAYE SCHOLER LLP

*/s/ John A. Freedman*
_____
JOHN A. FREEDMAN
*Attorneys for Defendant-Intervenor LULAC*

Dated: December 30, 2025                     ELIAS LAW GROUP LLP

*/s/ Lalitha D. Madduri*
_____
LALITHA D. MADDURI
*Attorneys for Defendant-Intervenor DCCC*

## Attestation

I, Carter M. Jansen, hereby attest that all signatories listed have concurred in this request's content and have authorized this filing.

*/s/ Carter M. Jansen*
Carter M. Jansen

## CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **Tangipa, David v. Gavin Newsom, Shirley Weber** | Case No. | **2:25-cv-10616-JLS-WLH-KKL** |

I hereby certify that on <u>December 30, 2025</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANTS' AND DEFENDANT-INTERVENORS' EX PARTE APPLICATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' AND PLAINTIFF-INTERVENOR'S COMPLAINTS**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>December 30, 2025</u>, at Los Angeles, California.

| Kevin Carballo | *Kevin Carballo* |
|---|---|
| Declarant | Signature |