ROB BONTA
Attorney General of California
ANYA M. BINSACCA
Supervising Deputy Attorney General
JENNIFER E. ROSENBERG
RYAN EASON
DAVID GREEN
IRAM HASAN
S. CLINTON WOODS
CARTER M. JANSEN
Deputy Attorneys General
State Bar No. 347116
  300 South Spring Street, Suite 1702
  Los Angeles, CA 90013
  Telephone: (213) 269-6601
  Fax: (916) 731-2124
  E-mail: carter.jansen@doj.ca.gov
*Attorneys for Defendants Governor Gavin Newsom
and California Secretary of State Shirley Weber*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **DAVID TANGIPA**, *et al.*, <br><br> Plaintiffs, <br><br> and <br><br> **UNITED STATES OF AMERICA**, <br><br> Plaintiff-Intervenor <br><br> v. <br><br> **GAVIN NEWSOM, in his official capacity as the Governor of California,** *et al.*, <br><br> Defendants, <br><br> and <br><br> **DEMOCRATIC CONGRESSIONAL CAMPAIGN COMMITTEE,** *et al.*, <br><br> Defendant-Intervenors. | 2:25-cv-10616-JLS-WLH-KKL <br> Three-Judge Court <br><br> **DECLARATION OF CARTER M. JANSEN IN SUPPORT OF DEFENDANTS' AND DEFENDANT-INTERVENORS' EX PARTE APPLICATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' AND PLAINTIFF-INTERVENOR'S COMPLAINTS** <br><br> Trial Date: None Designated <br> Action Filed: Nov. 5, 2025 |

**DECLARATION OF CARTER M. JANSEN**

I, Carter M. Jansen, declare as follows:

1. I am an attorney licensed to practice law in the State of California and admitted to practice before the United States District Court for the Central District of California. I am employed as a Deputy Attorney General in the Office of the Attorney General, California Department of Justice. Our office represents California Governor Gavin Newsom and California Secretary of State Shirley Weber in the above-captioned action.

2. I make this declaration in support of Defendants' and Defendant-Intervenors' *ex parte* application to extend time to respond to Plaintiffs' and Plaintiff-Intervenor's complaints.

3. Plaintiffs' and Plaintiff-Intervenor's preliminary injunction motions (ECF Nos. 15, 29), filed on November 7 and November 13, 2025, respectively, were litigated on an extremely abbreviated timeline. Since the Court issued the November 21, 2025 extension of time and permitted the parties to engage in narrow discovery (ECF No. 81), the parties have participated in extensive fact and expert discovery, produced thousands of pages of evidence, and deposed over a dozen witnesses. The parties have also prepared and filed nine briefs supporting and opposing the pending motions for preliminary injunction and eight briefs regarding several motions to compel and motions for adverse inferences filed by Plaintiff-Intervenor. *See* ECF Nos. 15, 29, 111-113, 140-143, 147, 154, 155, 157, 162, 166, 170, 171. Starting on December 15, 2025, the Court held a three-day evidentiary hearing on Plaintiffs' and Plaintiff-Intervenor's preliminary injunction motions and took the motions under submission. ECF Nos. 179, 180, 183. Defendants and Defendant-Intervenors were required to devote their time primarily to the preliminary injunction-related discovery, briefing, and proceedings before the winter holidays.

4. Over the winter holidays, several key attorneys for Defendants have been out of the office for long-scheduled travel.

5. On Wednesday, December 24, 2025, Jennifer E. Rosenberg (counsel for Defendants) asked counsel for Plaintiffs and Plaintiff-Intervenor via e-mail whether the Plaintiff Parties would join a stipulation requesting a limited stay of the proceedings in this Court, including Defendants' and Defendant-Intervenors' January 5, 2026 deadline to respond to the complaints, until 30 days after any appellate proceedings in this matter conclude. On Friday, December 26, 2025, Michael Columbo (counsel for Plaintiffs) and Jesus A. Osete (counsel for Plaintiff-Intervenor) responded via e-mail and declined to stipulate to such a stay; they instead indicated that the Plaintiff Parties would not oppose a seven-day extension of time for the Defendant Parties to respond to the complaints.

6. On Monday, December 29, 2025, Jennifer E. Rosenberg (counsel for Defendants) asked counsel for Plaintiffs and Plaintiff-Intervenor via email if they would instead stipulate to a 30-day extension of time to respond to the complaints, up to and including February 4, 2026. Counsel for Defendants also informed counsel for the Plaintiff Parties that Defendants would file this ex parte application with the Court on December 30, 2025 if the Plaintiff Parties did not agree to the stipulation. On December 30, 2025, Jesus A. Osete (counsel for Plaintiff-Intervenor) and Michael Columbo (counsel for Plaintiffs) stated via e-mail that the Plaintiff Parties declined to stipulate to a 30-day extension. The Plaintiff Parties also reiterated that they did not oppose a seven-day extension of time for Defendants to respond to the complaints.

1 | I swear under penalty of perjury under the laws of the United States of
2 | America that the foregoing is true and correct. Executed this 30th day of December,
3 | 2025 in Los Angeles, California.
4
5
6 | _____
7 | Carter M. Jansen
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **Tangipa, David v. Gavin Newsom, Shirley Weber** | Case No. | **2:25-cv-10616-JLS-WLH-KKL** |

I hereby certify that on December 30, 2025, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DECLARATION OF CARTER M. JANSEN IN SUPPORT OF DEFENDANTS' AND DEFENDANT-INTERVENORS' EX PARTE APPLICATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' AND PLAINTIFF-INTERVENOR'S COMPLAINTS**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on December 30, 2025, at Los Angeles, California.

| | |
|---|---|
| Kevin Carballo | *Kevin Carballo* |
| Declarant | Signature |