JESUS A. OSETE[*]
Principal Deputy Assistant Attorney General
MATTHEW ZANDI (CA No. 203329)
Chief of Staff & Special Counsel
ANDREW BRANIFF (IN No. 23430-71)
Acting Chief, Appellate Section
DAVID GOLDMAN (VA No. 98922)
JOSHUA R. ZUCKERMAN (DC No. 1724555)
GRETA GIESEKE (TX No. 24132925)
Attorneys
  Civil Rights Division
  United States Department of Justice
  950 Pennsylvania Avenue, NW
  Washington, D.C. 20530
  Telephone: (202) 514-3847
  E-Mail:    greta.gieseke@usdoj.gov

TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JULIE A. HAMILL (CA No. 272742)
Assistant United States Attorney
  United States Attorney's Office
  300 North Los Angeles Street, Suite 7516
  Los Angeles, California 90012
  Telephone: (213) 894-2464
  E-Mail:    julie.hamill@usdoj.gov

Attorneys for Plaintiff-Intervenor
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID TANGIPA, *et al.*,<br>    *Plaintiffs*,<br>and<br>UNITED STATES OF AMERICA,<br>    *Plaintiff-Intervenor*,<br>v.<br>GAVIN NEWSOM, in his official capacity as the Governor of California, *et al.*,<br>    *Defendants*, | Case 2:25-cv-10616-JLS-WLH-KKL<br>Three-Judge Court<br><br>**DECLARATION OF JULIE A. HAMILL IN SUPPORT OF UNITED STATES' SECOND SUPPLEMENTAL NOTICE OF CERTIFIED TRANSCRIPT**<br><br>Hon. Josephine L. Staton<br>Hon. Wesley L. Hsu<br>Hon. Kenneth K. Lee |

---

[*] Assistant Attorney General Harmeet K. Dhillon is recused from this matter.

1

I, Julie A. Hamill, do hereby declare and state as follows:

1. I am an Assistant United States Attorney for the United States Department of Justice with the United States Attorney's Office for the Central District of California. I am admitted to practice in the Central District of California and represent the United States in the above-captioned matter.

2. This Declaration is being submitted in support of Plaintiff-Intervenor United States' Second Supplemental Notice of Certified Transcript.

3. The statements made in this Declaration are based on the knowledge acquired by me in the performance of my official duties.

4. On December 10, 2025, Plaintiffs and the United States took the deposition of Paul Mitchell. The United States received, and filed in its Supplemental Notice of Certified Transcript, Doc. 159, a certified copy of the deposition transcript on December 12, 2025.

5. On December 19, 2025, I notified Array, the court reporting company that produced the transcript, that there were typographical errors throughout the certified transcript.

6. On December 30, 2025, Array provided me a revised certified copy of the transcript correcting the typographical errors. A true and correct copy of that certified transcript is attached hereto as Exhibit 1.

Having reviewed this Declaration, I declare, under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed on January 2, 2026, in Los Angeles, California.

Respectfully submitted,

*s/ Julie A. Hamill*
JULIE A. HAMILL
Assistant United States Attorney
United States Attorney's Office