

In the Matter Of:

DAVID TANGIPA

vs

GAVIN NEWSOM

PAUL H. MITCHELL

December 10, 2025

CERTIFIED COPY

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

UNITED STATES DISTRICT COURT

FOR THE

CENTRAL DISTRICT OF CALIFORNIA

--oOo--

DAVID TANGIPA, et al.,      )
                            )       **CERTIFIED COPY**
            Plaintiffs,     )
                            )
   vs.                      )   No.
                            )   2:25-cv-10616-JLS-WLH-
GAVIN NEWSOM, in his        )   KKL
official capacity as the    )
Governor of California,     )
et al.,                     )
                            )
            Defendants.     )
                            )

--oOo--

Videoconferencing Videotaped Deposition of

PAUL H. MITCHELL

Wednesday, December 10, 2025

--oOo--

ARRAY - JOB NO. 103797

Certified Shorthand Reporters

Reported by: LINDA J. HART, CSR License 4357, RMR/CRR

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                                    2

```
 1                    A P P E A R A N C E S

 2

 3

 4   For the Plaintiffs:

 5          DHILLON LAW GROUP
            By:  MARK MEUSER, Esq.
 6          4675 MacArthur Court, Suite 1410
            Newport Beach, California 92660
 7          949.688.7707
            Mmeuser@dhillonlaw.com
 8

 9   For the UNITED STATES DEPARTMENT OF JUSTICE:

10          UNITED STATES DEPARTMENT OF JUSTICE
            UNITED STATES ATTORNEY'S OFFICE
11          By:  JULIE A. HAMILL, Esq.
            And  JESUS OSETE, Esq.  (VIA ZOOM)
12          300 N. Los Angeles Street, Suite 7516
            Los Angeles, California  90012
13          213.894.2464
            Julie.hamill@usdoj.gov
14          Jesus.osete@usdoj.gov

15

16   For the CALIFORNIA DEPARTMENT OF JUSTICE:

17          STATE OF CALIFORNIA, DEPARTMENT OF JUSTICE
            OFFICE OF THE ATTORNEY GENERAL
18          GOVERNMENT LAW SECTION
            By:  S. CLINTON WOODS, Deputy Attorney General
19          And DAVID GREEN, Deputy Attorney General
            1300 I Street
20          Sacramento, California 95814
            Clint.Woods@doj.ca.gov
21          David.Green@doj.ca.gov

22

23

24

25
```

 1 | For the DEMOCRATIC CONGRESSIONAL CAMPAIGN COMMITTEE:

 2 |         ELIAS LAW GROUP, LLP
        By:  LALITHA MADDURI, Esq.  (VIA ZOOM)
 3 |         And  CHRIS DODGE, Esq.      (VIA ZOOM)
        250 Massachusetts Avenue NW, Suite 400
 4 |         Washington DC, 20001-5825
        202.968.4593
 5 |         Lmadduri@elias.law
        Cdodge@elias.law

 6 |

 7 |             -  and -

 8 |         QURESHI LAW
        By:  OMAR QURESHI, Esq.  (VIA ZOOM)
 9 |         700 S. Flower Street, Suite 1000
        Los Angeles, California  90017-4112
10 |         213.600.6096
        Omar@qureshi.law

11 |

12 | For the LEAGUE OF UNITED LATIN AMERICAN CITIZENS:

13 |         DEMOCRACY DEFENDERS
14 |         By:  SOFIA FERNANDEZ-GOLD, Esq.  (VIA ZOOM)
        And JACOB KOVACS-GOODMAN, Esq.   (VIA ZOOM)
15 |         600 Pennsylvania Avenue SE, Suite 15180
        Washington DC
16 |         Sofia@democracydefenders.org
        Jacob@democracydefenders.org

17 |

18 | For the Witness PAUL H. MITCHELL:

19 |         HANSON BRIDGETT, LLP
20 |         By:  KIMON MANOLIUS, Esq.
        And  JAKE ZARONE, Esq.
21 |         425 Market Street, Floor 26
        San Francisco, California  94105-5841
22 |         415.995.5841
        Kmanolius@hansonbridgett.com
23 |         Jzarone@hansonbridgett.com

24 |

25 |

```
 1    ZOOM APPEARANCES:

 2           ARNOLD & PORTER
              By:  ORION de NEVERS
 3            601 Massachusetts Avenue, NW
              Washington, DC  20001
 4            202.942.5918

 5
              ARNOLD & PORTER
 6            By:  THOMAS RIVERA, Esq.
              3 Embarcadero Center, Floor 10
 7            San Francisco, California  94111-4075
              415.356.3000
 8

 9            ELIAS LAW GROUP
              By:  TYLER BISHOP, Esq.
10            1700 7th Avenue, Suite 2100
              Seattle, Washington  98101-1360
11            202.985.0628
              Tbishop@elias.law
12
                          - AND -
13
              DOMENIC AULISI,  Esq.
14            MICHAEL COLOMBO, Esq.
              SANA SINHA, Esq.
15

16                       --o0o--

17

18

19

20

21

22

23

24

25
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                         5

```
 1                        I N D E X

 2    Examination by:                              Page

 3      Ms. Hamill                                   13
        Mr. Meuser                                  185
 4      Ms. Hamill                                  307
        Mr. Woods                                   308
 5

 6                        --oOo--

 7                     E X H I B I T S

 8    Plaintiff's            Description             Page
      Exhibit No.
 9
        Exhibit 1   Federal subpoena, dated          20
10                  11/26/2025.

11      Exhibit 2   Proof of Service of Federal      21
                    subpoena.
12
        Exhibit 3   Federal Subpoena dated           22
13                  12/03/2025.

14      Exhibit 4   DCCC Responses to Plaintiff's    44
                    First Set of Interrogatories.
15
        Exhibit 5   Political Consulting Agreement,  56
16                  dated 7/15/2025.

17      Exhibit 6   DCCC letter from Julie Merz,     63
                    e-mail chain.
18
        Exhibit 7   E-mail chain.                    75
19
        Exhibit 8   Capitol Weekly Podcast, August  101
20                  15, 2025.

21      Exhibit 9   Hispanas Organized for Political 117
                    Equality, Presentation,
22                  10/17/2025.

23      Exhibit 10 Letter from HOPE to Citizens      125
                   Redistricting Commission, dated
24                 11/24/21.

25
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                              6

| | | |
|---|---|---|
| 1 | Exhibit 11 Sacramento Observer article. | 178 |
| 2 | Exhibit 12 Non-Party Paul Mitchell's | 185 |
| | Response and Objections to | |
| 3 | Plaintiffs' and Plaintiff | |
| | Intervenor's Subpoenas to | |
| 4 | Testify and Produce Documents, | |
| | Information, or objects at | |
| 5 | Deposition in a Civil Action. | |
| 6 | Exhibit 13 Federal subpoena, dated | 189 |
| | 12/10/2025. | |
| 7 | | |
| | Exhibit 14 Letter from Julie Merz, DCCC, | 190 |
| 8 | undated, with attachments. | |
| 9 | Exhibit 15 California Congress, AB604 | 194 |
| | atlas. | |
| 10 | | |
| | Exhibit 16 MALDEF California Statewide | 217 |
| 11 | Redistricting Plans. | |
| 12 | Exhibit 17 Paul Mitchell, X post. | 220 |
| 13 | Exhibit 18 Paul Mitchell, X post. | 224 |
| 14 | Exhibit 19 Paul Mitchell, X post. | 227 |
| 15 | Exhibit 20 Cal Poly Pomona, Latino Voters | 227 |
| | and the November 2025 Special | |
| 16 | Election: Redistricting and | |
| | Representation. | |
| 17 | | |
| | Exhibit 21 PPIC blog post, dated 10/8/2025, | 228 |
| 18 | How Would the Prop 50 | |
| | Redistricting Plan Affect Racial | |
| 19 | and Geographic Representation? | |
| 20 | Exhibit 22 UCLA, Asian American and Pacific | 228 |
| | Islander Policy Initiative; | |
| 21 | August 2025, Special Election | |
| | November 2025: Redistricting and | |
| 22 | the Consequences for Asian | |
| | American Voters. | |
| 23 | | |
| | Exhibit 23 Redistricting Partners, invoice | 234 |
| 24 | to DCCC dated 8/15/2025 for | |
| | $108,333.33. | |
| 25 | | |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    7

```
 1   Exhibit 24 ABC 10 article, "The Next Steps        314
                 in California Democrats' plan to
 2               counter Texas Republicans'
                 redistricting push.
 3
                     CERTIFIED QUESTIONS
 4                  Page 23, lines 15 & 16

 5                  Page 25, lines 2 & 3

 6                  Page 27, lines 3 & 4

 7                  Page 28, lines 14 & 15

 8          Page 32, line 25 and Page 33 line 1

 9                  Page 33, lines 5 & 6

10          Page 35, lines 12 & 13, 20 - 22

11                   Page 42, line 21

12   Page 49, lines 2 & 3, 6 & 7, 17 - 19 and 22 - 24

13           Page 50, lines 2 - 5,  9 - 11

14                 Page 54, lines 10 & 11

15                 Page 61, lines 14 & 15

16                 Page 74, lines 12 - 14

17          Page 78, line 25 and Page 79, line 1

18        Page 80, lines 8 & 9,  13 - 16,  19 - 21

19           Page 84, lines 16 & 17, 21 & 22

20          Page 84, line 25 and page 85, line 1

21         Page 85, lines 4 & 5, 16 - 18, 22 - 24

22            Page 88, lines 14 - 16, 20 - 23

23                 Page 89, lines 1 - 4

24                 Page 90, lines 1 & 2

25            Page 93, lines 10 & 11, 16 - 19
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          8

```
 1              Page 96, lines 10 - 12

 2              Page 98, lines 4 - 9

 3    Page 102, lines 13 & 14, 18 - 20,  23

 4              Page 103, line 2, 6 - 8

 5         Page 108, lines 8 - 10, 14 - 17

 6        Page 109, lines 8 & 9, 12 - 14

 7             Page 111, lines 20 - 24

 8             Page 124, lines 17 & 18

 9             Page 133, lines 20 - 23

10        Page 134, lines 13 - 16, 21 - 24

11          Page 135, line 13,  22 - 25

12    Page 136, lines 3 & 4, 7 - 9, 12 - 14

13             Page 137, lines 9 - 11

14             Page 139, lines 17 - 20

15             Page 140, lines 9 & 10

16              Page 144, lines 1 - 3

17             Page 145, lines 21 - 25

18         Page 146, lines 2 & 3, 6 - 9

19             Page 147, lines 21 - 23

20             Page 151, lines 19 - 21

21             Page 152, lines 11 - 18

22              Page 158, lines 1 - 3

23         Page 160, lines 8 & 9, 13 - 15

24             Page 163, lines 12 & 13

25              Page 164, line 17, 25
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          9

1                  Page 166, lines 13 & 14, 17 - 22

2            Page 167, lines 1 & 2, 5 & 6, 9 & 10, 16 - 18

3        Page 167, lines 21 - 25 and page 168, lines 1 - 3

4                  Page 168, lines 9 - 11, 14 - 20

5                       Page 172, line 16

6    Page 173, line 6, 9 & 10, 13 - 15, 18 - 20, 24 - 25

7                  Page 174, lines 3 & 4, 16 & 17

8                     Page 178, line 2 & 3

9                    Page 180, lines 9 & 10

10          Page 182, lines 5 & 6, 14 & 15, 18 - 21

11                   Page 183, lines 23 - 25

12                    Page 184, lines 3 & 4

13                   Page 187, lines 21 & 22

14                    Page 189, lines 7 & 8

15              Page 197, line 2,  14 - 17

16                   Page 199, lines 3 - 5

17                  Page 201, lines 10 & 11

18                   Page 215, lines 5 - 7

19     Page 215, line 24 - 25 and page 216, lines 1 - 3

20                  Page 226, lines 10 - 13

21                     Page 230, line 16

22               Page 232, lines 11 - 14, 24

23                  Page 233, lines 11 & 12

24                  Page 237, lines 19 & 20

25                     Page 238, line 1

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                              10

```
 1                   Page 241, lines 21 - 24

 2                   Page 248, lines 8 - 10

 3                    Page 250, lines 5 - 8

 4                   Page 254, lines 11 & 12

 5                  Page 258, lines 17 & 18

 6                  Page 262, lines 1 - 8

 7                    Page 266, lines 3 & 4

 8        Page 266, line 25 and page 267, line 1

 9                  Page 269, lines 19 & 20

10                  Page 270, lines 9 - 18

11                  Page 271, lines 16 - 19

12             Page 272, lines 3 - 6,  13 - 15

13                   Page 275, lines 5 - 8

14              Page 276, lines 5 & 6, 16 - 18

15                  Page 277, lines 10 - 14

16                  Page 280, lines 12 - 19

17              Page 281, lines 7 - 9, 21 - 25

18                   Page 287, lines 2 & 3

19                   Page 288, lines 5 - 7

20    Page 291, lines 22 - 25 and page 292, 1 - 3

21                  Page 292, lines 6 - 15

22                  Page 294, lines 19 - 22

23                  Page 300, lines 15 & 16

24           Page 301, lines 11 & 12,  19 - 20

25                  Page 302, lines 15 - 18
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          11

```
 1              BE IT REMEMBERED, that on Wednesday, the 10th

 2   day of December, 2025, commencing at the hour of 10:08

 3   a.m. thereof, at Hanson Bridgett, LLP, 500 Capitol Mall,

 4   Suite 1500, Sacramento, California, before me, Linda J.

 5   Hart, a Certified Shorthand Reporter, in and for the

 6   County of Sacramento, State of California, there

 7   personally appeared

 8                        PAUL H. MITCHELL,

 9   called, as a witness, by the Plaintiffs, who, being by

10   me first duly sworn, was thereupon examined and

11   interrogated as hereinafter set forth:
```

```
12              THE VIDEOGRAPHER:  Good morning.  Here begins      10:08:18

13   media number one of the deposition of Paul Mitchell,        10:08:21

14   Volume 1 in the matter of David Tangpia, et al. versus      10:08:25

15   Gavin Newsom, et al., verse -- scratch verse.               10:08:31

16              This case is in the United States District       10:08:36

17   Court for the Central District of California and the        10:08:39

18   case number is 2:25-cv-10616-JLS-WLH-KKL.                   10:08:43

19              Today's date is December 10th, 2025 and the      10:08:53

20   time is 10:08 a.m.                                          10:08:57

21              This deposition is taking place at Hanson        10:09:00

22   Bridgett, LLP, 500 Capitol Mall, Suite 1500, Sacramento,    10:09:04

23   California.  The videographer is Nicholas Coulter,          10:09:12

24   appearing on behalf of Array Legal Services.                10:09:15

25              Would counsel please identify yourselves and     10:09:19
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                                12

```
 1   state whom you represent?                              10:09:21

 2            MS. HAMILL:  Julie Hamill, the United States  10:09:22

 3   of America.                                            10:09:24

 4            MR. MEUSER:  Mark Meuser, Dhillon Law Group on 10:09:25

 5   behalf of the plaintiff.                               10:09:29

 6            MR. WOODS:  Clinton Woods from the California  10:09:29

 7   Department of Justice on behalf of the State defendants. 10:09:31

 8            MR. GREEN:  David Green with the California    10:09:34

 9   Department of Justice, also on behalf of the State      10:09:36

10   entities.                                              10:09:40

11            MR. ZARONE:  Jake Zarone, Hansen Bridgett, on  10:09:40

12   behalf of Mr. Mitchell.                                10:09:42

13            MR. MANOLIUS:  Kimon Manolius, the same.       10:09:43

14            MS. MADDURI:  This is Lali Madduri from Elias  10:09:52

15   Law Group on behalf of the Democratic Congressional     10:09:52

16   Campaign Committee, and I will by joined by my          10:09:56

17   colleague, Christopher Dodge.                          10:09:59

18            MR. deNEVERS:  Orion deNevers, Arnold and      10:10:02

19   Porter, on behalf of the LULAC defendants.             10:10:03

20            MS. FERNANDEZ-GOLD:  Sofiya Fernandez-Gold,    10:10:06

21   Democracy Defenders, on behalf of defendant intervenor  10:10:10

22   LULAC.                                                 10:10:10

23            MR. OSETE:  Jesus Osete for the plaintiff      10:10:16

24   intervenor United States of America.                  10:10:17

25            MR. RIVERA:  Thomas Rivera on behalf of        10:10:22
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          13

 1   defendant intervenor LULAC.                              10:10:24

 2           MR. COLOMBO:  Michael Colombo on behalf of       10:10:29

 3   plaintiffs.                                              10:10:31

 4           THE WITNESS:  They keep popping out, there's     10:10:33

 5   more and more of them.                                   10:10:34

 6           MR. AULISI:  Dominic Aulisi on behalf of         10:10:36

 7   plaintiffs.                                              10:10:37

 8           THE VIDEOGRAPHER:  Would the reporter please     10:10:45

 9   swear in the witness?                                    10:10:46

10           THE REPORTER:  Good morning.  My name is Linda

11   Hart, Certified Shorthand Reporter No. 4357, from L.J.

12   Hart & Associates, appearing on behalf of Array

13   Reporting.

14           Can I ask you to raise your right hand,

15   please?

16           Do you solemnly swear to tell the truth, the

17   whole truth, and nothing but the truth in this matter

18   now pending?

19           THE WITNESS:   Yes.                              10:11:06

20           THE REPORTER:  Go ahead.                         10:11:08

21           MS. HAMILL:  Thank you.                          10:11:09

22                       EXAMINATION                          10:11:09

23   By: JULIE HAMILL, Attorney at Law, counsel on behalf of  10:11:09

24   the Plaintiffs:                                          10:11:14

25           MR. MANOLIUS: Do you want them up on the         10:11:14

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                      14

```
 1  screen or --                                              10:11:16

 2            MR. MEUSER:  If we could, less delaying right    10:11:16

 3  now.                                                      10:11:20

 4            MS. HAMILL:  Is it okay to proceed while we're   10:11:21

 5  working that out?                                         10:11:22

 6            MR. MANOLIUS:  Yeah, of course.  I had sent      10:11:23

 7  you the number, I think.                                  10:11:24

 8            MR. MEUSER:  Well, I sent you the Zoom that      10:11:25

 9  they are working off of it --                             10:11:28

10            MR. MANOLIUS:  Okay.                             10:11:29

11            MR. MEUSER:  -- so what you have got there is    10:11:30

12  your Zoom and what they, you know, what he's working off   10:11:32

13  is the official Zoom so --                                10:11:35

14            MR. MANOLIUS:  Do you have the other Zoom        10:11:37

15  number?                                                   10:11:39

16            THE WITNESS:  Looks like she's doing             10:11:39

17  something.                                                10:11:42

18            MS. HAMILL Q:  If it's okay if we could start.   10:11:42

19  A       Go for it.                                        10:11:44

20  Q       Okay.  Thank you for being here today.           10:11:45

21  A       Of course.                                        10:11:47

22  Q       You're obviously a very popular person,           10:11:47

23  Mr. Mitchell.                                             10:11:50

24  A       And I can't confirm or deny that.                 10:11:50

25  Q       Have you had your deposition taken before?        10:11:52
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    15

```
 1   A        Once.                                          10:11:54

 2   Q        When was that?                                 10:11:55

 3   A        I can't -- I don't know the exact year.        10:11:56

 4   Q        Ten, 20 years ago?                             10:11:58

 5            MR. MANOLIUS:  If you know.                     10:12:02

 6            THE WITNESS:  Ten-ish.                          10:12:03

 7            MS. HAMILL Q:  Okay.  And what was the case     10:12:04

 8   about?                                                  10:12:06

 9   A        The case was about a CVRA case in Santa         10:12:06

10   Clarita somewhere.                                      10:12:11

11   Q        Do you remember the case name?                 10:12:13

12   A        No.                                            10:12:14

13   Q        Santa Clarita, California Voting Rights Act     10:12:14

14   case?                                                   10:12:18

15   A        Yeah.  I believe it was a school district, a   10:12:18

16   community college district or something like that.      10:12:19

17   Q        Were you an expert witness?                    10:12:21

18   A        No.                                            10:12:22

19   Q        Were you a percipient witness?                 10:12:23

20   A        I don't know the terminology.                  10:12:24

21   Q        Did you draw maps in that case?                10:12:26

22   A        I did an analysis jurisdiction.                10:12:28

23   Q        Okay.  Who did you do the analysis for?        10:12:30

24   A        I don't recall the exact client.               10:12:33

25   Q        So you had your deposition taken before,       10:12:43
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    16

| | | |
|---|---|---|
| 1 | probably a long time ago, you probably need a little | 10:12:45 |
| 2 | refresher. | 10:12:47 |
| 3 | A        Please. | 10:12:48 |
| 4 | Q        I'm sure your counsel explained to you how | 10:12:48 |
| 5 | this is going to go.  We're not in a courtroom, but | 10:12:51 |
| 6 | you're under oath and so everything that you say here is | 10:12:54 |
| 7 | under penalty of perjury. | 10:12:56 |
| 8 | We're going to try to talk slow or speak | 10:12:57 |
| 9 | slowly so that the court reporter can get down | 10:13:00 |
| 10 | everything that is said. | 10:13:02 |
| 11 | (Zoom interruption.) | 10:13:06 |
| 12 | Let's try not to talk over each other and then | 10:13:07 |
| 13 | when you answer my questions, please use words like | 10:13:10 |
| 14 | "yes" or "no," instead of sounds like, "Uh-huh, huh-uh," | 10:13:13 |
| 15 | or a nod or a shake of the head. | 10:13:16 |
| 16 | Does that make sense? | 10:13:18 |
| 17 | A        Yes. | 10:13:19 |
| 18 | Q        Perfect.  Okay.  I'm going to ask you | 10:13:20 |
| 19 | questions.  Your attorney is going to object. | 10:13:23 |
| 20 | I also understand that your attorney intends | 10:13:26 |
| 21 | to instruct you not to answer on the grounds of | 10:13:30 |
| 22 | privilege for certain questions. | 10:13:32 |
| 23 | Unless your attorney instructs you not to | 10:13:34 |
| 24 | answer, you must answer my questions. | 10:13:36 |
| 25 | A        (Witness nodding head.) | 10:13:38 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          17

| 1 | Q        Okay.  Is there any reason why you can't give | 10:13:39 |
| 2 | your best testimony today? | 10:13:41 |
| 3 | A        No.  I do have a little bit of a cold, but | 10:13:42 |
| 4 | that shouldn't impair me.  I have some cough drops. | 10:13:45 |
| 5 | Q        Are you taking any medication that would | 10:13:48 |
| 6 | impede your ability to recall events? | 10:13:50 |
| 7 | A        No. | 10:13:51 |
| 8 | Q        And as the map drawer in this case, I suspect | 10:13:52 |
| 9 | the Judicial Panel is going to have questions for you | 10:13:57 |
| 10 | next week at the preliminary injunction hearing. | 10:14:00 |
| 11 |         Are you willing to come down to Los Angeles | 10:14:02 |
| 12 | next week to testify at the preliminary injunction | 10:14:05 |
| 13 | hearing in this case? | 10:14:07 |
| 14 | A        I haven't made a decision. | 10:14:08 |
| 15 |         MR. MANOLIUS:  Yeah, objection.  He's not | 10:14:10 |
| 16 | under subpoena, so he doesn't need to answer that now | 10:14:13 |
| 17 | for that proceeding. | 10:14:15 |
| 18 |         MR. WOODS:  I'd also object that it calls for | 10:14:20 |
| 19 | a legal conclusion. | 10:14:21 |
| 20 |         MS. HAMILL Q:  I was just asking if you would | 10:14:22 |
| 21 | be willing to come down to testify during the | 10:14:24 |
| 22 | preliminary injunction hearing next week in this case? | 10:14:26 |
| 23 |         MR. MANOLIUS:  Same objections.  All of them. | 10:14:29 |
| 24 |         MR. WOODS:  Same. | 10:14:32 |
| 25 |         THE WITNESS:  (Shrugging shoulders.) | 10:14:35 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                        18

| | | |
|---|---|---|
| 1 | MS. HAMILL Q:  Is that a "yes" or a "no"? | 10:14:36 |
| 2 | A      I am not willing to commit to anything. | 10:14:37 |
| 3 | Q      **Unwilling to commit to anything?** | 10:14:39 |
| 4 | A      Thank you. | 10:14:41 |
| 5 | Q      **And are you available next Monday?** | 10:14:41 |
| 6 | MR. MANOLIUS:  Objection, vague.  For what? | 10:14:45 |
| 7 | THE WITNESS:  I don't know. | 10:14:48 |
| 8 | MS. HAMILL Q:  Do you have any travel or work | 10:14:48 |
| 9 | obligations scheduled for next Monday? | 10:14:50 |
| 10 | A      I don't know. | 10:14:53 |
| 11 | MR. MANOLIUS:  Objection.  Relevance. | 10:14:54 |
| 12 | MS. HAMILL Q:  And would you be available for | 10:14:58 |
| 13 | remote video testimony, if not available to travel to | 10:14:59 |
| 14 | Los Angeles next week? | 10:15:02 |
| 15 | MR. MANOLIUS:  Same objection. | 10:15:04 |
| 16 | MR. WOODS:  Join. | 10:15:05 |
| 17 | MS. HAMILL Q:  Yes or no? | 10:15:08 |
| 18 | A      I don't know. | 10:15:09 |
| 19 | Q      **You don't know?  And you live in Sacramento,** | 10:15:10 |
| 20 | **which is more than 100 miles away from Los Angeles; is** | 10:15:12 |
| 21 | **that correct?** | 10:15:16 |
| 22 | A      Yes. | 10:15:16 |
| 23 | Q      **When did you first learn about this case?** | 10:15:18 |
| 24 | MR. MANOLIUS:  Objection.  Vague.  As to what? | 10:15:25 |
| 25 | THE WITNESS:  Could you clarify? | 10:15:28 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                        19

```
 1                MS. HAMILL Q:  Do you know why we're here        10:15:29

 2     today?                                                      10:15:31

 3     A        Yes.  You mean, the lawsuit?  I first learned      10:15:31

 4     about the lawsuit when, I don't know, I don't know the      10:15:36

 5     exact date, whenever it first popped up.                    10:15:40

 6     Q        Was it before you received your subpoena?          10:15:42

 7     A        Yes.                                               10:15:45

 8     Q        How long before your subpoena?                     10:15:47

 9     A        I don't recall.                                    10:15:49

10     Q        Did you learn about it the day that it was         10:15:50

11     filed?                                                      10:15:52

12                MR. MANOLIUS:  Objection.  Calls for             10:15:52

13     speculation.                                                10:15:53

14                THE WITNESS:  I don't have that information.     10:15:53

15                (Reporter clarification.)                        10:15:53

16                MR. MANOLIUS:  Sure.  Sorry about that.          10:15:53

17                MS. HAMILL Q:  So I don't want you to guess or   10:16:00

18     speculate, but I am entitled to your best estimates.        10:16:02

19     A        My best estimate is that I would have known        10:16:05

20     when it was publicized in the news, but I wouldn't have     10:16:07

21     had knowledge about it before then.                         10:16:11

22     Q        So you've known about it since November?           10:16:12

23                MR. MANOLIUS:  Objection.  Calls for             10:16:14

24     speculation.  He's already said he doesn't know.            10:16:15

25                THE WITNESS:  I don't recall the exact date.     10:16:19
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          20

```
 1   I wouldn't know.  I mean, if that's when the case was --     10:16:20

 2   you apparently know the date that it was filed, so           10:16:23

 3   whenever the date it was filed or whenever it was            10:16:26

 4   publicized in the news, I'm up-to-date in the news, so       10:16:28

 5   whenever it was filed in the news is when I would have       10:16:31

 6   known about it.                                              10:16:33

 7           MS. HAMILL Q:  And so when I say the phrase          10:16:33

 8   "Prop 50 map," do you understand what I'm referring to?      10:16:37

 9   A       Yes.                                                 10:16:39

10   Q       And what is your understanding of that?             10:16:39

11   A       It is the map that was approved by voters on         10:16:41

12   the ballot on the November election.                         10:16:43

13   Q       Okay.                                                10:16:46

14           (Whereupon Plaintiff's Exhibit 1                     10:16:46

15           was marked for identification.)                      10:16:46

16           MS. HAMILL Q:  Okay.  I am marking as                10:17:05

17   Exhibit 1 the subpoena to Paul Mitchell to testify at a      10:17:06

18   deposition in a civil action.  This was dated for a          10:17:13

19   December 5th appearance and it was issued on                 10:17:24

20   November 26th, and all the counsel on the line received      10:17:26

21   a copy of this via e-mail.                                   10:17:40

22           Have you seen this document before?  Your            10:17:47

23   counsel --                                                   10:17:54

24   A       This looks like a document I received.               10:17:55

25   Q       And when did you receive it?                        10:17:56
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          21

| | | |
|---|---|---|
| 1 | A        I don't recall the exact date I received it. | 10:17:58 |
| 2 | It was on two different dates. | 10:18:04 |
| 3 | **Q        You received a subpoena on two different** | 10:18:07 |
| 4 | **dates?** | 10:18:10 |
| 5 | A        Yes. | 10:18:11 |
| 6 | **Q        When?  Do you know what dates?** | 10:18:13 |
| 7 | A        Maybe twice on one day. | 10:18:14 |
| 8 | **Q        Okay.** | 10:18:16 |
| 9 | A        Two different servings, specifically. | 10:18:16 |
| 10 | **Q        I am going to mark as Exhibit 2 the proof of** | 10:18:19 |
| 11 | **service of subpoena.** | 10:18:21 |
| 12 | (Whereupon Plaintiff's Exhibit 2 | 10:18:21 |
| 13 | was marked for identification.) | 10:18:21 |
| 14 | THE WITNESS:  No, I'm not 5-foot-7 inches. | 10:18:35 |
| 15 | (Reporter clarification.) | 10:18:35 |
| 16 | THE WITNESS:  I object to being 5-foot-7 | 10:18:35 |
| 17 | inches in this declaration. | 10:18:44 |
| 18 | MS. HAMILL Q:  And how tall -- | 10:18:44 |
| 19 | MR. WOODS:  Object to that characterization. | 10:18:44 |
| 20 | THE WITNESS:  180 pounds.  Mark, you can be | 10:18:48 |
| 21 | bad. | 10:18:49 |
| 22 | MR. MEUSER:  I didn't do that.  I didn't do | 10:18:49 |
| 23 | that. | 10:18:51 |
| 24 | MS. HAMILL Q:   And how tall are you, | 10:18:51 |
| 25 | Mr. Mitchell? | 10:18:53 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    22

```
 1    A         I'm 5'10".                              10:18:53

 2    Q         And do you live at 545 Wilhaggin Drive? 10:18:55

 3    A         Yes.                                    10:18:58

 4    Q         Have you seen this document before?     10:18:58

 5    A         No.                                     10:19:00

 6    Q         We'll mark as Exhibit 3 subpoena to testify at  10:19:01

 7    a deposition in a civil action, and this is with a date  10:19:17

 8    of December 10th, 2025, which is today's date.    10:19:20

 9              (Whereupon Plaintiff's Exhibit 3        10:19:20

10              was marked for identification.)         10:19:31

11              MR. WOODS:  Sorry, counsel.  Shouldn't he be  10:19:31

12    referring to the exhibits that you're marking, rather  10:19:33

13    than the counsel copy?                            10:19:36

14              MS. HAMILL:  Sure.                       10:19:41

15              MR. WOODS:  That's just --              10:19:43

16              MS. HAMILL:  If that's how you want to play.  10:19:45

17    Q         Have you seen this document before,     10:19:46

18    Mr. Mitchell?                                     10:19:48

19    A         Yes, I believe so.                      10:19:49

20    Q         And is this the document that reflects the  10:19:52

21    meeting location and the time of the deposition today?  10:19:55

22    A         Yes, it does look like that.            10:19:57

23    Q         Okay.  And can you look down to the second  10:19:59

24    check mark on this document is for production.  Have you  10:20:04

25    seen this before?                                 10:20:13
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    23

| | | |
|---|---|---|
| 1 | MR. MANOLIUS:  The check mark? | 10:20:15 |
| 2 | MS. HAMILL Q:  The section of the document | 10:20:16 |
| 3 | that says "production" and the text that follows. | 10:20:18 |
| 4 | A       I've seen something that looks like this, yes. | 10:20:22 |
| 5 | **Q       Okay.  So it says, "Your files, including,** | 10:20:25 |
| 6 | **without limitation, all correspondence, memoranda,** | 10:20:27 |
| 7 | **analyses, reports, tables, figures, charts, invoices,** | 10:20:30 |
| 8 | **slide decks, talking points, electronic maps and data** | 10:20:36 |
| 9 | **files, and other documents relating to your conception,** | 10:20:40 |
| 10 | **drafting, revision, analysis, or presentation of the** | 10:20:44 |
| 11 | **California congressional map placed on the November 2025** | 10:20:48 |
| 12 | **ballot as Proposition 50."** | 10:20:51 |
| 13 | **Have you seen that before?** | 10:20:54 |
| 14 | A       Yes. | 10:20:57 |
| 15 | **Q       And did you endeavor to find the documents** | 10:20:57 |
| 16 | **requested in this subpoena?** | 10:21:01 |
| 17 | MR. MANOLIUS:  Objection.  Attorney-client | 10:21:02 |
| 18 | privilege.  Don't answer the question. | 10:21:04 |
| 19 | MS. HAMILL:  So you won't tell me if you | 10:21:08 |
| 20 | looked for the documents. | 10:21:10 |
| 21 | MR. MANOLIUS:  I am telling you that we have, | 10:21:12 |
| 22 | his counsel has been engaged in a search for documents. | 10:21:15 |
| 23 | MS. HAMILL:  Thank you. | 10:21:19 |
| 24 | MR. MANOLIUS:  I also note that we issued an | 10:21:23 |
| 25 | objection very late last evening or late after the | 10:21:25 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                        24

| | | |
|---|---|---|
| 1 | midnight with regard to that. | 10:21:28 |
| 2 | THE REPORTER:  When you mark the exhibits | 10:21:31 |
| 3 | don't cover up any writing with the sticker. | 10:21:45 |
| 4 | MS. HAMILL Q:  So you are the owner of | 10:21:47 |
| 5 | Redistricting Partners, LLC; correct? | 10:21:49 |
| 6 | A      Yes. | 10:21:51 |
| 7 | **Q      And you're also the agent for service?** | 10:21:51 |
| 8 | A      I don't know what that term means. | 10:21:54 |
| 9 | **Q      And Redistricting Partners principal address** | 10:21:57 |
| 10 | **is your home; correct?** | 10:21:59 |
| 11 | A      It's either my home or my accountant's office. | 10:22:03 |
| 12 | I don't know which one. | 10:22:06 |
| 13 | **Q      And Liz Stitt serves as chief administrative** | 10:22:07 |
| 14 | **officer and senior line drawer with Redistricting** | 10:22:10 |
| 15 | **Partners?** | 10:22:13 |
| 16 | A      No. | 10:22:13 |
| 17 | MR. MANOLIUS:  Objection.  Vague as to time. | 10:22:13 |
| 18 | You can answer. | 10:22:15 |
| 19 | THE WITNESS:  She is in England right now, so | 10:22:17 |
| 20 | she left our -- she left as an employee in sometime in | 10:22:19 |
| 21 | the summer.  I don't know exactly when. | 10:22:24 |
| 22 | MS. HAMILL Q:  And she does contract work for | 10:22:28 |
| 23 | you; correct? | 10:22:29 |
| 24 | A      No.  Right now she's working in England, so | 10:22:30 |
| 25 | she doesn't have an employment contract with us of any | 10:22:33 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          25

```
 1   kind.                                                      10:22:36

 2   Q        Have you worked with Ms. Stitt at all on the     10:22:36

 3   Proposition 50 maps?                                       10:22:39

 4           MR. MANOLIUS:  Objection.  Legislative             10:22:40

 5   privilege.  You don't have to answer.  Don't answer.      10:22:42

 6           MS. HAMILL Q:  So you're asserting a               10:22:46

 7   legislative privilege to the question of whether Liz      10:22:52

 8   Stitt worked with you at all on the Proposition 50 maps?  10:22:56

 9           MR. MANOLIUS:  He is not, I am.  Actually, let     10:22:59

10   me correct that.                                           10:23:02

11           You can certainly ask if she was in                10:23:02

12   communication with Mr. Mitchell regarding this project.   10:23:04

13   I believe the answer is no, but you can ask that          10:23:07

14   question and he'll answer.                                 10:23:10

15           THE WITNESS:  Yes.  Sorry.  Yes, she was.         10:23:12

16           MS. HAMILL Q:  So Liz Stitt was in                 10:23:15

17   communication with you regarding this project --          10:23:17

18   A        Yes.                                              10:23:19

19   Q        -- which means the Proposition 50 maps?          10:23:19

20   A        Yes.                                              10:23:24

21   Q        Are there any other members of the               10:23:24

22   Redistricting Partners team?                               10:23:25

23           MR. MANOLIUS:  Of any kind?                       10:23:30

24           MS. HAMILL Q:  Let's say from July 2025 to the    10:23:31

25   present.                                                   10:23:33
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    26

```
 1              MR. MANOLIUS:  Okay.                        10:23:34

 2              THE WITNESS:  Can I ask you a clarification?  10:23:36

 3              MS. HAMILL Q:  Yes, you may.                10:23:39

 4    A         Okay.  So the fact is Liz -- Redistricting  10:23:40

 5    Partners has no employees, Liz Stitt was the last     10:23:45

 6    employee, so when you say Redistricting Partners' team 10:23:47

 7    can you clarify what you mean by that?                10:23:50

 8    Q         Have you heard of Evan McLaughlin?          10:23:51

 9    A         Yes.                                        10:23:54

10    Q         And Joe Armenta?                            10:23:55

11    A         Yes.                                        10:23:57

12    Q         And Jacob Thomas Fisher?                    10:23:57

13    A         Thompson.                                   10:23:57

14    Q         Thompson-Fisher?                            10:23:57

15    A         Yes.                                        10:23:59

16    Q         Stacey Reardon?                             10:23:59

17    A         Yes.                                        10:24:00

18    Q         And those people worked with you to help you 10:24:01

19    draw maps?                                            10:24:02

20              MR. MANOLIUS:  Objection, compound.  You can 10:24:04

21    answer.                                               10:24:06

22              MR. WOODS:  Vague.                          10:24:07

23              THE WITNESS:  Do you want to split out the  10:24:07

24    people a little bit?  The first three do, but Stacey  10:24:09

25    Reardon didn't help draw any maps.                    10:24:15
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    27

| | | |
|---|---|---|
| 1 | MS. HAMILL Q:  And did you direct their work? | 10:24:21 |
| 2 | A      Yes. | 10:24:23 |
| 3 | **Q      So is it fair to say that you drew the Prop 50** | 10:24:25 |
| 4 | **maps?** | 10:24:30 |
| 5 | MR. MANOLIUS:  Objection.  Calls for | 10:24:30 |
| 6 | information that's privileged under the legislative | 10:24:32 |
| 7 | privilege.  I instruct you not to answer. | 10:24:34 |
| 8 | MS. HAMILL Q:  And in asserting that | 10:24:36 |
| 9 | legislative privilege, I need to understand the | 10:24:38 |
| 10 | circumstances under which you're asserting it.  So were | 10:24:43 |
| 11 | you under contract with the California Legislature to | 10:24:47 |
| 12 | draw the Proposition 50 maps? | 10:24:50 |
| 13 | MR. MANOLIUS:  Objection, vague as to time. | 10:24:52 |
| 14 | MS. HAMILL Q:  Ever, at any time. | 10:24:55 |
| 15 | A      No. | 10:24:58 |
| 16 | **Q      Were you under contract with any particular** | 10:24:59 |
| 17 | **legislator to draw the Proposition 50 maps?** | 10:25:01 |
| 18 | MR. MANOLIUS:  Objection.  Vague as to "under | 10:25:04 |
| 19 | contract."  You mean, in a paid capacity?  Is that what | 10:25:06 |
| 20 | you're asking? | 10:25:08 |
| 21 | MS. HAMILL:  Under any contract, paid or | 10:25:09 |
| 22 | unpaid. | 10:25:11 |
| 23 | MR. WOODS:  Objection.  Calls for a legal | 10:25:14 |
| 24 | conclusion.  You can answer, if you can. | 10:25:16 |
| 25 | MR. MANOLIUS:  And vague. | 10:25:17 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                              28

```
 1              THE WITNESS:  I don't know what an unpaid        10:25:19

 2   contract means, so if you're saying was I -- I was not     10:25:22

 3   paid by anybody in the Legislature to draw the map.        10:25:29

 4              MS. HAMILL Q:  Did you have an agreement with    10:25:32

 5   someone in the Legislature to draw the Proposition 50      10:25:33

 6   maps?                                                      10:25:37

 7              MR. MANOLIUS:  Objection.  Vague as to the       10:25:37

 8   term "agreement."                                          10:25:38

 9              THE WITNESS:  If you can define that.            10:25:40

10              MS. HAMILL Q:  You want me to define            10:25:41

11   "agreement"?                                               10:25:42

12   A        Well, I mean, is agreement a direction or is      10:25:43

13   agreement a passive, you're the one doing it.              10:25:47

14   Q        Did anyone in the Legislature ask you to draw     10:25:51

15   the Proposition 50 maps?                                   10:25:54

16              MR. MANOLIUS:  Objection.  Calls for            10:25:58

17   information that's protected under the legislative        10:25:59

18   privilege.  Don't answer.                                  10:26:02

19              MS. HAMILL:  Can you please explain to me on     10:26:04

20   what grounds Mr. Mitchell is invoking this privilege?      10:26:06

21   He is not a member of the Legislature, so I am very        10:26:11

22   confused as to how this applies to his work.               10:26:14

23              MR. MANOLIUS:  I've read the cases, so no, I    10:26:17

24   am not going to explain it here or we've made our          10:26:23

25   objection.                                                 10:26:28
```

| | |
|---|---|
| 1 | MS. HAMILL:  There's -- we are entitled to a | 10:26:29 |
| 2 | factual explanation of how this privilege would even | 10:26:31 |
| 3 | remotely apply to this work.  We don't have any | 10:26:34 |
| 4 | understanding that Mr. Mitchell was working for the | 10:26:37 |
| 5 | Legislature, is a legislator or would be in any way | 10:26:39 |
| 6 | entitled to invoke this privilege. | 10:26:44 |
| 7 | MR. MANOLIUS:  We disagree with you.  He is -- | 10:26:46 |
| 8 | his, his work went to the Legislature, and so in that | 10:26:53 |
| 9 | regard the providers of that work and of any comments to | 10:27:04 |
| 10 | him are -- their comments are protected under the | 10:27:10 |
| 11 | legislative privilege to the Legislature. | 10:27:15 |
| 12 | MS. HAMILL:  The comments.  Okay. | 10:27:18 |
| 13 | **Q        When did your work go to the Legislature?** | 10:27:18 |
| 14 | MR. MANOLIUS:  Objection, vague.  If you know. | 10:27:21 |
| 15 | THE WITNESS:  I think that there's different | 10:27:22 |
| 16 | ways to characterize the process of going to the | 10:27:29 |
| 17 | Legislature, either the public, there was at some date, | 10:27:33 |
| 18 | I don't recall exactly the date, the DCCC submitted it | 10:27:37 |
| 19 | the through the portal in official capacity was sent to | 10:27:41 |
| 20 | the Legislature at that point.  If there's further | 10:27:45 |
| 21 | questions aside from that -- | 10:27:47 |
| 22 | MS. HAMILL Q:  So your counsel sent an e-mail | 10:27:51 |
| 23 | about one o'clock this morning asserting that you will | 10:27:54 |
| 24 | not testify about your work on the maps starting | 10:27:58 |
| 25 | July 2nd.  And so I'm trying to understand the | 10:28:04 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          30

```
 1   significance of this date, if you submitted the maps to    10:28:09

 2   the Legislature, the DCCC submitted the maps to the         10:28:11

 3   Legislature August 15th.                                    10:28:15

 4           MR. MANOLIUS:  Okay.  So objection, lacks           10:28:17

 5   foundation, but you can certainly talk about July 2nd.      10:28:19

 6           THE WITNESS:  That was a meeting with the           10:28:22

 7   chief of staff and the speaker on a bike ride.              10:28:24

 8           MS. HAMILL Q:  Did you catch that?                  10:28:27

 9   A       It was a meeting with the chief of staff and        10:28:28

10   the speaker.                                                10:28:31

11   Q       You're a fast talker.                               10:28:31

12   A       So sorry.                                           10:28:32

13   Q       It's okay for me.                                   10:28:34

14   A       Yeah.  Yeah.                                        10:28:35

15   Q       But we need to slow it down so that the court       10:28:35

16   reporter can make a clear record.                           10:28:38

17   A       Yeah.                                               10:28:39

18   Q       So you on July 2nd, you had a meeting with the      10:28:40

19   chief of staff of the speaker.  Is it Rivas?               10:28:43

20   A       Rivas's chief of staff.                             10:28:48

21   Q       Rivas's chief of staff on July 2nd, and you         10:28:50

22   didn't enter into a contract?                               10:28:56

23           MR. WOODS:  Objection.  Calls for a legal           10:28:59

24   conclusion.                                                 10:29:01

25           MR. MANOLIUS:  And also vague as to time.           10:29:01
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          31

| | | |
|---|---|---|
| 1 | MS. HAMILL Q:  You didn't enter into an | 10:29:03 |
| 2 | agreement? | 10:29:06 |
| 3 | MR. MANOLIUS:  Same thing. | 10:29:06 |
| 4 | MR. WOODS:  Same objections. | 10:29:07 |
| 5 | MS. HAMILL Q:  And we're pretending that we | 10:29:08 |
| 6 | don't know what "agreement" means? | 10:29:10 |
| 7 | A      I don't know if agreement means understanding | 10:29:11 |
| 8 | or agreement means a service that I'm required or | 10:29:13 |
| 9 | obligated to perform. | 10:29:18 |
| 10 | **Q      How about an understanding?** | 10:29:19 |
| 11 | A      Yes, an understanding. | 10:29:20 |
| 12 | **Q      An understanding on July 2nd that you would be** | 10:29:22 |
| 13 | **undertaking to draw the Prop 50 maps?** | 10:29:24 |
| 14 | MR. MANOLIUS:  Objection.  Misstates his | 10:29:27 |
| 15 | testimony.  You can answer. | 10:29:28 |
| 16 | THE WITNESS:  You may state that I would draw | 10:29:31 |
| 17 | maps. | 10:29:32 |
| 18 | MS. HAMILL Q:  That you would draw maps? | 10:29:32 |
| 19 | A      (Witness nodding head.) | 10:29:34 |
| 20 | **Q      What kind of maps?** | 10:29:34 |
| 21 | A      Statewide congressional maps. | 10:29:36 |
| 22 | **Q      And so that understanding was reached on** | 10:29:39 |
| 23 | **July 2nd?** | 10:29:41 |
| 24 | A      (Witness nodding head.) | 10:29:44 |
| 25 | **Q      Is that correct?** | 10:29:46 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          32

| | | |
|---|---|---|
| 1 | THE REPORTER:  Your answer? | 10:29:46 |
| 2 | THE WITNESS:  Yes. | 10:29:51 |
| 3 | MS. HAMILL Q:  So you listed a number of | 10:29:51 |
| 4 | people earlier.  You listed Evan McLaughlin, Joe | 10:29:53 |
| 5 | Armenta, Jacob Thompson-Fisher. | 10:30:00 |
| 6 | Was there anyone else involved in drawing the | 10:30:01 |
| 7 | maps? | 10:30:03 |
| 8 | MR. MANOLIUS:  Objection.  Lacks foundation | 10:30:05 |
| 9 | and calls for speculation.  You mean, at Redistricting | 10:30:07 |
| 10 | Partners or anywhere else? | 10:30:11 |
| 11 | MS. HAMILL Q:  With respect to your work on | 10:30:12 |
| 12 | the proposition 50 maps, was there anyone else involved | 10:30:16 |
| 13 | on your team? | 10:30:19 |
| 14 | A      Team being an abstract term of, like, all the | 10:30:21 |
| 15 | former employees of Redistricting Partners that might | 10:30:25 |
| 16 | have come together to help draw this, whether they were | 10:30:28 |
| 17 | paid or not? | 10:30:30 |
| **18** | **Q      Yes.** | 10:30:31 |
| 19 | A      Daniel Lopez.  I'm not trying to play hide the | 10:30:31 |
| 20 | ball on anything, but I can't recall other names, but | 10:30:41 |
| 21 | there might have been somebody else that kind of the | 10:30:43 |
| 22 | extended team that had some input at some point.  Those | 10:30:46 |
| 23 | are the ones that come to mind.  If another one comes to | 10:30:49 |
| 24 | mind, I can tell you later, so -- | 10:30:52 |
| **25** | **Q      And can you walk me through the process of** | 10:30:54 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                        33

| | | |
|---|---|---|
| 1 | **drawing the Proposition 50 maps?** | 10:30:57 |
| 2 | MR. MANOLIUS:  Objection.  Calls for | 10:30:58 |
| 3 | information that's protected under the Legislative | 10:31:00 |
| 4 | privilege.  I instruct you not to answer. | 10:31:02 |
| 5 | MS. HAMILL Q:  What factors did you consider | 10:31:05 |
| 6 | while you were drawing the Proposition 50 maps? | 10:31:07 |
| 7 | MR. MANOLIUS:  Same objections.  Don't answer. | 10:31:09 |
| 8 | MS. HAMILL Q:  What was your methodology that | 10:31:13 |
| 9 | you used to draw the Proposition 50 maps? | 10:31:16 |
| 10 | MR. MANOLIUS:  Same objection.  Don't answer | 10:31:18 |
| 11 | the question. | 10:31:20 |
| 12 | MS. HAMILL Q:  What redistricting platform do | 10:31:21 |
| 13 | you use? | 10:31:24 |
| 14 | MR. MANOLIUS:  Objection.  Vague as to time. | 10:31:24 |
| 15 | MS. HAMILL:  At any time. | 10:31:27 |
| 16 | MR. MANOLIUS:  Is that like a -- you mean, | 10:31:29 |
| 17 | like, computer program?  I am just not very techie. | 10:31:31 |
| 18 | MS. HAMILL Q:  I'll ask the witness.  Do you | 10:31:34 |
| 19 | understand what I mean when I say -- | 10:31:35 |
| 20 | A       (Witness nodding head.)  Yes, I understand. | 10:31:37 |
| 21 | MS. MANOLIUS:  Okay.  I am sorry. | 10:31:39 |
| 22 | MS. HAMILL:  There's no instruction not to | 10:31:39 |
| 23 | answer. | 10:31:43 |
| 24 | MR. MANOLIUS:  You can answer. | 10:31:44 |
| 25 | THE WITNESS:  There are multiple programs we | 10:31:46 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          34

| | | |
|---|---|---|
| 1 | use.  One the primary programs we use is kind of an | 10:31:48 |
| 2 | in-house program, I almost couldn't really define it, | 10:31:51 |
| 3 | but Maptitude is one of the other programs that we use, | 10:31:54 |
| 4 | QGIS.  We have at times had employees use State | 10:31:59 |
| 5 | redistrictings app, just because it's easy and | 10:32:04 |
| 6 | accessible to experiment with something.  And then, of | 10:32:06 |
| 7 | course, normal programs:  Excel, Access, database | 10:32:11 |
| 8 | programs, Tableau. | 10:32:14 |
| 9 | Q      Do you have a favorite program? | 10:32:16 |
| 10 | MR. MANOLIUS:  Objection.  Vague as to reason, | 10:32:19 |
| 11 | but -- | 10:32:22 |
| 12 | THE WITNESS:  It depends on the use.  My | 10:32:23 |
| 13 | favorite program is probably our internal program that | 10:32:24 |
| 14 | allows us to produce maps quickly. | 10:32:27 |
| 15 | MS. HAMILL Q:  Is that something that is | 10:32:30 |
| 16 | proprietary to you, it's something you created? | 10:32:31 |
| 17 | A      Absolutely, created it from scratch. | 10:32:34 |
| 18 | Q      Is it similar to a Maptitude or to a Dave's | 10:32:36 |
| 19 | redistricting map? | 10:32:39 |
| 20 | MR. MANOLIUS:  Objection, vague.  Go ahead. | 10:32:40 |
| 21 | THE WITNESS:  It -- if you have seen | 10:32:43 |
| 22 | Redistricting Partners' maps, they have a certain look | 10:32:44 |
| 23 | to them.  They all look the same.  It's the program that | 10:32:47 |
| 24 | does that, it's the program that makes the maps from a | 10:32:49 |
| 25 | shapefile. | 10:32:54 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          35

| | | |
|---|---|---|
| 1 | MS. HAMILL Q:  Okay.  Does it have a name? | 10:32:55 |
| 2 | A    Syzygy. | 10:32:57 |
| 3 | Q    **Syzygy.** | 10:32:59 |
| 4 | A    Sorry. | 10:33:00 |
| 5 | Q    **How do you spell that?** | 10:33:01 |
| 6 | A    S-y-z-y-g-y.  Is that correct? | 10:33:01 |
| 7 | Q    **Is sounds a little like KIWISI; you know it** | 10:33:05 |
| 8 | **when you see it?** | 10:33:08 |
| 9 | A    You know it -- no, there you go.  No. | 10:33:08 |
| 10 | Syzygy is some obscure word that Jacob | 10:33:11 |
| 11 | Thompson-Fisher liked and so that's what he calls it. | 10:33:16 |
| 12 | Q    **So what data was available to you while you** | 10:33:20 |
| 13 | **were drawing the Proposition 50 map?** | 10:33:25 |
| 14 | MR. MANOLIUS:  Same objection.  Don't answer | 10:33:28 |
| 15 | the question. | 10:33:29 |
| 16 | MS. HAMILL:  And just to clarify, you're | 10:33:30 |
| 17 | objecting on the grounds of legislative privilege? | 10:33:33 |
| 18 | MR. MANOLIUS:  Yes, I am sorry.  Yes, | 10:33:36 |
| 19 | legislative privilege. | 10:33:37 |
| 20 | MS. HAMILL Q:  And what inputs go into the | 10:33:38 |
| 21 | data that you use or went into the data that you used to | 10:33:40 |
| 22 | draw the Proposition 50 maps? | 10:33:44 |
| 23 | MR. MANOLIUS:  Same objection.  I instruct you | 10:33:46 |
| 24 | not to answer. | 10:33:48 |
| 25 | MS. HAMILL Q:  Where do you get your data when | 10:33:49 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                              36

```
 1    you're drawing maps?                                    10:33:51

 2             MR. MANOLIUS:  Objection.  Vague as to what    10:33:52

 3    maps when.                                              10:33:54

 4             MS. HAMILL Q:  There's no instruction.         10:33:58

 5    A      Oh.                                              10:33:59

 6             MR. MANOLIUS:  As a general manner.            10:34:00

 7             THE WITNESS:  It depends on the client.        10:34:03

 8             In California, the law requires you to use the 10:34:06

 9    statewide database.                                     10:34:09

10             In other states, we use just raw census.  And 10:34:11

11    then if we were looking at other data for other        10:34:17

12    purposes, there's other sources.                       10:34:20

13             I am vice president of a company called        10:34:21

14    Political Data, so we don't really use that data much at 10:34:23

15    all, but if we were, we would use that for my other    10:34:27

16    company.                                                10:34:30

17             MS. HAMILL Q: Is that PDI?                     10:34:30

18    A      Uh-huh.                                          10:34:31

19             THE REPORTER:  Yes?                            10:34:33

20             THE WITNESS:  Yes, it is.  Sorry.              10:34:35

21             MS. HAMILL:  Thank you.                        10:34:35

22             THE WITNESS:  And I'm sure there are other     10:34:38

23    sources, like, there's -- I forget the name.  There's a 10:34:39

24    national redistricting data set that use public, other 10:34:47

25    public sources of data.                                 10:34:52
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    37

| | | |
|---|---|---|
| 1 | MS. HAMILL Q:  And in California, do you | 10:34:53 |
| 2 | produce the political data or do you buy it? | 10:34:54 |
| 3 | MR. MANOLIUS:  Objection.  Vague as to time | 10:34:57 |
| 4 | and under what circumstance.  You can answer. | 10:34:59 |
| 5 | THE WITNESS:  When I use political data, the | 10:35:02 |
| 6 | two main sources would be the statewide database and the | 10:35:07 |
| 7 | other source would be PDI. | 10:35:10 |
| 8 | MS. HAMILL Q:  And the statewide database is | 10:35:14 |
| 9 | free; correct? | 10:35:17 |
| 10 | A       Yes. | 10:35:17 |
| **11** | **Q       Do you use consumer data?** | 10:35:19 |
| 12 | MR. MANOLIUS:  Objection, vague.  As a general | 10:35:23 |
| 13 | matter. | 10:35:26 |
| 14 | THE WITNESS:  No, I have never used consumer | 10:35:27 |
| 15 | data in a redistricting project that I recall. | 10:35:30 |
| 16 | MS. HAMILL Q:  Does any of the data that you | 10:35:33 |
| 17 | use have racial assumptions built in? | 10:35:35 |
| 18 | MR. MANOLIUS:  Objection.  Vague as to when | 10:35:38 |
| 19 | and under what circumstances and what project. | 10:35:40 |
| 20 | THE WITNESS:  Could you clarify "racial | 10:35:43 |
| 21 | assumptions," what you mean by that? | 10:35:45 |
| 22 | MS. HAMILL Q:  Does it have a meaning to you | 10:35:49 |
| 23 | when I say "racial assumptions"? | 10:35:51 |
| 24 | A       That seems more overly broad, potentially. | 10:35:53 |
| 25 | The data that I use includes data on race, if that's | 10:35:56 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    38

```
 1   what you're asking.                                    10:35:59

 2   Q        Okay.  And what does that look like?          10:36:00

 3            MR. MANOLIUS:  Again, vague as to time and    10:36:03

 4   project.                                               10:36:05

 5            THE WITNESS:  Generally, census data is in two 10:36:07

 6   parts.  You have geography and you have data, meaning  10:36:10

 7   the counts, and so the data would look like numbers    10:36:14

 8   assigned to geographies, and then when those two are   10:36:18

 9   paired together you can use that in redistricting.     10:36:22

10            MS. HAMILL Q:  And so do you work with CVAP   10:36:25

11   for certain racial groups and input that into geography, 10:36:28

12   generally?                                             10:36:33

13            MR. MANOLIUS:  Objection.  Vague as to time   10:36:34

14   and project.  If -- I guess, at any time.              10:36:35

15            THE WITNESS:  In general, we use the CVAP data 10:36:40

16   that's adjusted by the statewide database, consumer    10:36:44

17   adjusted dataset, and that's updated most recent dataset 10:36:48

18   we would be using at any time.                         10:36:52

19            MS. HAMILL Q:  And the adjusted is to         10:36:54

20   eliminate the prison population; is that right?        10:36:56

21   A        The prison population reallocation.           10:36:57

22   Q        Okay.                                         10:37:00

23   A        It doesn't eliminate the prison population, it 10:37:00

24   just moves them into different census block groups.

25   Q        Oh, it does?
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                              39

| | |
|---|---|
| 1 | A       Yeah.  So, like, if some place has 120 people, | |
| 2 | but the prison population says four people were living | |
| 3 | there when they were arrested, it now has 124 people. | |
| 4 | **Q       Oh, interesting.** | |
| 5 | A       Yeah, that's the reallocation. | 10:37:15 |
| 6 | **Q       Do you ever disaggregate election results from** | 10:37:28 |
| 7 | **precincts and match them to census blocks?** | 10:37:30 |
| 8 |         MR. MANOLIUS:  Objection.  Vague.  I don't | 10:37:32 |
| 9 | understand the question. | 10:37:33 |
| 10 |         MR. WOODS:  Join. | 10:37:34 |
| 11 |         THE WITNESS:  Basically, I can talk?  Yes. | 10:37:36 |
| 12 |         MS. HAMILL Q:  How do you do that? | 10:37:38 |
| 13 | A       It's technical, but, generally, what you do is | 10:37:41 |
| 14 | you take a precinct and you disaggregate that precinct | 10:37:47 |
| 15 | data down to the census blocks based on a weighting. | 10:37:55 |
| 16 |         Oftentimes the weighting is how many people | 10:38:00 |
| 17 | are in those census blocks or how much -- what the CVAP | 10:38:01 |
| 18 | total population is in that census block or what the | 10:38:16 |
| 19 | total voter count is -- | 10:38:19 |
| 20 |         (Reporter clarification.) | 10:38:19 |
| 21 |         -- in that census block.  So if we had a | 10:38:21 |
| 22 | hundred votes cast and we needed to assign it to five | 10:38:25 |
| 23 | census blocks and every census block had 20 people, then | 10:38:29 |
| 24 | we would assign like that. | 10:38:33 |
| 25 |         If every census block had one-fifth of the | 10:38:35 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    40

```
 1   population, we would assign it like that.                  10:38:38

 2          However, if one census block had a half of the      10:38:40

 3   population, one census block had a third of the            10:38:43

 4   population, the next census block had a sixth of the       10:38:46

 5   population and the other two were blank, we would then     10:38:50

 6   not assign votes to this blank census blocks, we would     10:38:53

 7   assign the votes to the populated census blocks at the     10:38:55

 8   appropriate ratio of the weighted field.  So that is a     10:38:58

 9   technical answer.                                          10:39:06

10   Q       Does vote by mail impact your data in              10:39:13

11   California any way?                                        10:39:13

12          MR. WOODS:  Objection.  Ambiguous.                  10:39:17

13          MR. MANOLIUS:  Objection.  Vague as to time         10:39:17

14   and project.                                               10:39:19

15          THE WITNESS:  One critical way that vote by         10:39:20

16   mail can impact is that when counties report both by       10:39:22

17   mail data in election results separately from the total    10:39:26

18   votes cast in one area, there was an election maybe        10:39:29

19   going back, like, 2008 where some counties didn't          10:39:34

20   report, like, there wasn't the total vote but there was    10:39:38

21   the vote by mail vote, things like that.                   10:39:42

22          There were irregularities.  That's the only         10:39:44

23   kind of thing.  Generally, we just go with the total       10:39:47

24   vote layer, as long as it's there, and with the            10:39:49

25   exception of one very strange old election result,         10:39:51
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    41

```
 1   there's, it's always been fine.  We don't worry.  The      10:39:55

 2   vote by mail doesn't impact it.                            10:39:59

 3              MS. HAMILL Q:  So we received some documents     10:40:06

 4   from the DCCC, which is a party in this case.  Are you     10:40:09

 5   familiar with the DCCC?                                    10:40:11

 6   A       Yes.                                               10:40:12

 7   Q       Okay.  And in these documents they shared some     10:40:13

 8   communications between you and people with the DCCC.       10:40:15

 9              Have you seen those documents?                  10:40:19

10   A       No.                                                10:40:20

11   Q       Have you been in contact with the lawyers for      10:40:21

12   the DCCC?                                                  10:40:23

13   A       Not that I'm aware of.                             10:40:25

14   Q       And so in these communications, they represent     10:40:27

15   that the DCCC liked the Proposition 50 map that you        10:40:33

16   drew.  And so I'm wondering, was there a request for       10:40:37

17   proposals from the DCCC for the Proposition 50 map?        10:40:40

18              MR. MANOLIUS:  Objection.  Lacks foundation.    10:40:45

19              MR. WOODS:  Join.                               10:40:48

20              MR. MANOLIUS:  Vague as to time.  And I am not  10:40:48

21   sure what you mean by like it, but you can answer.         10:40:51

22              THE WITNESS:  Um, could you repeat the          10:40:55

23   question?                                                  10:40:56

24              MS. HAMILL Q:  Was there a request for          10:40:56

25   proposals?                                                 10:40:58
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                           42

 1   A        No.                                                    10:40:59

 2   **Q        There was no request for proposals from the**        10:41:00

 3   **DCCC for a Prop 50 map?**                                     10:41:03

 4   A        No.  And a suggestion would be that we didn't          10:41:06

 5   know what Prop 50 was when we were drawing the maps, so         10:41:09

 6   you might --                                                    10:41:13

 7            MS. HAMILL Q:  Okay.  That's a good                    10:41:13

 8   clarification to make, because early when I said, when I       10:41:14

 9   was trying to sort of establish what we're going to be         10:41:18

10   discussing, when I talk about the Proposition 50 map I'm       10:41:21

11   also talking about the maps that you drew to get there,        10:41:25

12   because nobody knew it was called Prop 50 until it             10:41:27

13   actually got to the ballot; right?                             10:41:31

14            MR. MANOLIUS:  Objection.  Calls for                   10:41:32

15   speculation, lacks foundation.  You can answer.                10:41:33

16            THE WITNESS:  Further, we didn't know we were          10:41:38

17   doing a ballot measure, necessarily --                         10:41:39

18            MS. HAMILL Q:  Okay.                                   10:41:41

19   A        -- or even doing a map that would be real,            10:41:42

20   necessarily.                                                    10:41:44

21   **Q        Because it started off as a bluff; correct?**        10:41:45

22   A        (Witness nodding head.)                               10:41:47

23            MR. MANOLIUS:  Objection.  Calls for                   10:41:48

24   information that is protected by the legislative               10:41:52

25   privilege.  Don't answer the question.                         10:41:54

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    43

```
 1              MS. HAMILL Q:  Okay.  So let me rephrase.  Was      10:41:56

 2    there a request for proposals from the DCCC to draw a        10:41:59

 3    new congressional map for California in the summer of        10:42:03

 4    2025?                                                        10:42:08

 5              MR. MANOLIUS:  To Mr. Mitchell?                     10:42:10

 6              MS. HAMILL Q:  No.  Just a request for              10:42:12

 7    proposals issued that you were aware of.                     10:42:13

 8              MR. MANOLIUS:  Oh.                                  10:42:16

 9              THE WITNESS:  Oh, I am not aware of that at         10:42:17

10    all.                                                         10:42:18

11              MS. HAMILL Q:  Was there a request for             10:42:18

12    proposals from the State of California to draw a new         10:42:20

13    congressional map for the State of California in the         10:42:23

14    summer of 2025?                                              10:42:25

15              MR. MANOLIUS:  To the extent communications        10:42:27

16    were with the Legislature, then we will assert the          10:42:32

17    legislative privilege.  Don't answer the question.          10:42:35

18              If there's somebody else made a request of         10:42:37

19    you, you can answer.                                         10:42:39

20              THE WITNESS:  Nobody made a request to me in       10:42:41

21    an official capacity in a way like a request for            10:42:44

22    proposal.  Sorry to go fast.                                 10:42:46

23              Nobody -- let me revise that.  I never saw a       10:42:49

24    request for proposal to draw maps from any entity.          10:42:52

25              MS. HAMILL Q:  How did you end up in               10:42:58
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                                 44

```
 1   communication with the DCCC regarding this map that        10:43:01

 2   became the Prop 50 map?                                     10:43:05

 3            MR. MANOLIUS:  Objection.  Lacks foundation,       10:43:08

 4   calls for speculation and vague as to time.  Go ahead.      10:43:09

 5            THE WITNESS:  Could you repeat the question,       10:43:14

 6   please?                                                     10:43:15

 7            MS. HAMILL:  Would you mind repeating it for       10:43:16

 8   me?                                                         10:43:17

 9            THE WITNESS:  So sorry.                            10:43:26

10            (Whereupon the record was read as                 10:43:26

11            follows:  "Question:  How did you                 10:43:00

12            end up in communication with the                  10:43:00

13            DCCC regarding this map that                       10:43:04

14            became the Prop 50 map?")                          10:43:05

15            MR. WOODS:  Objection.  Lacks foundation.          10:43:31

16            MR. MANOLIUS:  I renew my objection.               10:43:33

17            THE WITNESS:   I honestly don't recall.            10:43:39

18            THE REPORTER:  Your answer again?                  10:43:41

19            THE WITNESS:  I don't recall.                      10:43:43

20            THE REPORTER:  Thank you.                          10:43:43

21            (Whereupon Plaintiff's Exhibit 4                   10:43:43

22            was marked for identification.)                    10:44:12

23            MS. HAMILL Q:  I am marking for identification     10:44:12

24   as Exhibit 4 the DCCC Responses to Plaintiffs' First Set   10:44:18

25   of Interrogatories.                                         10:44:26
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    45

| | | |
|---|---|---|
| 1 | Have you seen this document before? | 10:44:38 |
| 2 | A    No. | 10:44:39 |
| 3 | **Q    I want to direct your attention to page one.** | 10:44:40 |
| 4 | **Take a minute to review it.** | 10:44:54 |
| 5 | A    Okay. | 10:44:55 |
| 6 | MR. MANOLIUS:  The whole page? | 10:44:58 |
| 7 | MS. HAMILL:  Yes. | 10:44:59 |
| 8 | MR. MANOLIUS:  Okay. | 10:45:01 |
| 9 | THE WITNESS:  So interrogatory number one, the | 10:45:06 |
| 10 | words here, that means that's what they were asked? | 10:45:09 |
| 11 | MR. MANOLIUS:  Yeah.  The way it works is a | 10:45:11 |
| 12 | question and a response. | 10:45:13 |
| 13 | THE WITNESS:  The response.  All right. | 10:45:16 |
| 14 | MR. MANOLIUS:  And we are stopping at the | 10:45:59 |
| 15 | bottom of the page -- | 10:46:02 |
| 16 | MS. HAMILL:  Yes. | 10:46:03 |
| 17 | MR. MANOLIUS:  -- because the response | 10:46:03 |
| 18 | continues to line 16 on page two. | 10:46:04 |
| 19 | MS. HAMILL Q:  And if you'd prefer to review | 10:46:08 |
| 20 | the entire response to interrogatory number one that | 10:46:10 |
| 21 | continues on the next page, feel free to do that. | 10:46:13 |
| 22 | A    Okay. | 10:46:16 |
| 23 | MR. MANOLIUS:  We'll just start with the first | 10:46:17 |
| 24 | part. | 10:46:19 |
| 25 | THE WITNESS:  Okay.  I stopped at the bottom | 10:46:23 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          46

```
 1   of one.                                                      10:46:24

 2              MS. HAMILL Q:  Okay.  And so if you look at       10:46:25

 3   page one, line 19, the sentence that begins in the          10:46:27

 4   middle of line 19 says, "The DCCC reviewed an initial       10:46:31

 5   draft of the map for the first time on August 3rd,          10:46:36

 6   2025," and called that, "The draft map."  And then it       10:46:40

 7   says, "DCCC liked the draft map."                           10:46:43

 8              Do you see that?                                  10:46:46

 9   A       Yes.                                                 10:46:47

10   Q       Does that refresh your recollection about how       10:46:48

11   you first got in touch with the DCCC regarding the map?     10:46:51

12              MR. MANOLIUS:  Objection.  Vague as to time,      10:46:55

13   lacks foundation.  You can answer what you know.            10:46:57

14              THE WITNESS:  No, it doesn't refresh my           10:47:01

15   memory, because the question here is about when they        10:47:04

16   first saw the map.                                          10:47:07

17              MS. HAMILL Q:  Did you provide a copy of the      10:47:09

18   map to the DCCC on August 3rd?                              10:47:11

19   A       I have no reason to disbelieve what they have       10:47:15

20   written, but I don't recall.                                10:47:18

21   Q       Can you please turn to the next page --            10:47:20

22   A       (Witness complied.)                                 10:47:25

23   Q       -- and review the second part of the DCCC's        10:47:28

24   response to interrogatory number one?                       10:47:33

25   A       The first paragraph?                                10:47:57
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          47

```
 1              MR. MANOLIUS:  Through line 16, I think she      10:47:58

 2    said.                                                      10:48:01

 3              MS. HAMILL Q:  Correct.  Thank you.              10:48:01

 4    A       Okay.                                              10:48:02

 5    Q       Yes.                                               10:48:04

 6    Q       Okay.  So according to DCCC in these               10:48:24

 7    interrogatory responses, they looked at a draft map that  10:48:29

 8    you drew on August 3rd and then they recommended some     10:48:33

 9    changes to it, and then August 14th is when your revised  10:48:36

10    map was submitted to the State Legislature.               10:48:43

11              Does that reflect your recollection of how       10:48:46

12    this all transpired?                                       10:48:49

13              MR. MANOLIUS:  Objection, compound.              10:48:50

14              MS. MADDURI:  Objection, to the extent you're    10:48:53

15    misstating the document.                                   10:48:55

16              MR. MANOLIUS:  And let me add objection, lacks   10:48:56

17    foundation, calls for speculation.                         10:48:58

18              MR. WOODS:  Join.                                10:49:03

19              MS. MADDURI:  Join.  Yes.  This is Lali          10:49:03

20    Madduri and I represent the DCCC.                          10:49:11

21              THE REPORTER:  Thank you.                        10:49:13

22              MS. HAMILL:  Is there --                         10:49:17

23              MR. MANOLIUS:  Can you read the question back?   10:49:18

24    I am sorry.  I lost track.                                 10:49:19

25              (Whereupon the record was read as                10:49:19
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                        48

| | | |
|---|---|---|
| 1 | follows:  "Question: Okay.  So | 10:48:24 |
| 2 | according to DCCC in these | 10:48:26 |
| 3 | interrogatory responses, they | 10:48:29 |
| 4 | looked at a draft map that you | 10:48:32 |
| 5 | drew on August 3rd and then they | 10:48:33 |
| 6 | recommended some changes to it, | 10:48:35 |
| 7 | and then August 14th is when your | 10:48:39 |
| 8 | revised map was submitted to the | 10:48:42 |
| 9 | State Legislature. | 10:48:45 |
| 10 | Does that reflect your | 10:48:46 |
| 11 | recollection of how this all | 10:48:48 |
| 12 | transpired?") | 10:48:50 |
| 13 | MR. MANOLIUS:  Objection.  Lacks foundation, | 10:49:43 |
| 14 | calls for speculation, and as to the substance of the | 10:49:45 |
| 15 | any changes, I instruct you not to answer under | 10:49:51 |
| 16 | legislative privilege. | 10:49:56 |
| 17 | THE WITNESS:  I think you misstated your | 10:50:00 |
| 18 | question.  You meant August 15th.  You said August 14th | 10:50:01 |
| 19 | for the map being submitted to the Legislature. | 10:50:06 |
| 20 | MS. HAMILL Q:  Oh, thank you.  You're right. | 10:50:09 |
| 21 | So what happened -- | 10:50:12 |
| 22 | A     To that, to that August 15th, I am aware of | 10:50:12 |
| 23 | that date.  To the rest of the dates, I'm just trusting | 10:50:15 |
| 24 | that the DCCC is correct.  I don't recall. | 10:50:20 |
| 25 | Q     Okay.  Thank you. | 10:50:22 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                        49

| | | |
|---|---|---|
| 1 | A        Is that okay? | 10:50:24 |
| **2** | **Q        Do you recall making changes to the map after** | 10:50:26 |
| **3** | **August 3rd of 2025?** | 10:50:28 |
| 4 | MR. MANOLIUS:  Objection.  Legislative | 10:50:30 |
| 5 | privilege and instruct you not to answer. | 10:50:32 |
| 6 | MS. HAMILL Q:  And what changes were made to | 10:50:35 |
| 7 | the map between August 3rd and August 14th of 2025? | 10:50:36 |
| 8 | MR. MANOLIUS:  Same objections.  Don't answer. | 10:50:41 |
| 9 | MS. HAMILL Q:  Did you bring a copy of your | 10:50:44 |
| 10 | August 3rd version of the map with you today? | 10:50:50 |
| 11 | A        (Witness shaking head.)  No. | 10:50:53 |
| **12** | **Q        Did you bring any data files for the** | 10:50:58 |
| **13** | **August 3rd map?** | 10:51:03 |
| 14 | A        No. | 10:51:05 |
| 15 | MR. MANOLIUS:  And, again, just to point out, | 10:51:05 |
| 16 | our objection covered this material. | 10:51:07 |
| 17 | MS. HAMILL Q:  And what considerations did you | 10:51:09 |
| 18 | make when deciding which of the DCCC's proposed changes | 10:51:11 |
| 19 | to incorporate in the map? | 10:51:15 |
| 20 | MR. MANOLIUS:  Same objections.  I instruct | 10:51:17 |
| 21 | you not to answer. | 10:51:19 |
| 22 | MS. HAMILL Q:  Did you consider race at all in | 10:51:20 |
| 23 | reviewing the proposed changes from the DCCC and making | 10:51:27 |
| 24 | changes to the map? | 10:51:32 |
| 25 | MR. MANOLIUS:  Same objections.  I instruct | 10:51:33 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          50

```
 1   you not to answer under legislative privilege.          10:51:35

 2           MS. HAMILL Q:  Isn't it true that the changes   10:51:37

 3   you made after August 3rd and before August 14th were   10:51:39

 4   designed to preserve a racial quota or a racial target  10:51:43

 5   in certain districts in the Proposition 50 map?         10:51:50

 6           MR. MANOLIUS:  Same objections.  I am going to   10:51:53

 7   add lacks foundation, calls for speculation, and I      10:51:54

 8   instruct you not to answer under legislative privilege. 10:51:57

 9           MS. HAMILL Q:  Can you walk me through all of    10:52:00

10   the changes that you made between the draft map on      10:52:02

11   August 3rd and the submitted map on August 14th?        10:52:06

12           MR. MANOLIUS:  Objection.  Calls for a          10:52:09

13   narrative and also lacks foundation, and I instruct you 10:52:10

14   not to answer due to legislative privilege.             10:52:14

15           MS. HAMILL Q:  What people and groups were you  10:52:17

16   talking to during this period of time as you were making 10:52:19

17   changes to the map after August 3rd?                    10:52:22

18           MR. MANOLIUS:  Objection.  Lacks foundation.    10:52:24

19   You can certainly ask him who he talked to, but not the 10:52:26

20   purpose of the communication, so with that understanding 10:52:29

21   if you talked to anybody about it you can tell counsel  10:52:32

22   who.  And just for the time period, just to make sure,  10:52:37

23   okay, August 3rd to 14th?                               10:52:45

24           MS. HAMILL:  Correct.                           10:52:47

25           MR. MANOLIUS:  Sorry.  Thank you.  And, again,  10:52:47
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    51

| | |
|---|---|
| 1 | the two dates, the 3rd through the 14th or 15th. | 10:52:52 |
| 2 | THE WITNESS:  In all honesty, I don't recall | 10:52:56 |
| 3 | for those particular dates of exactly who I would have | 10:52:59 |
| 4 | talked to during those times beyond the Redistricting | 10:53:05 |
| 5 | Partners' staff. | 10:53:10 |
| 6 | MS. HAMILL Q:  Can you give me your best | 10:53:10 |
| 7 | estimate generally within that rough time period of who | 10:53:11 |
| 8 | you were talking to when you were making changes to the | 10:53:15 |
| 9 | map? | 10:53:18 |
| 10 | MR. MANOLIUS:  Again, lacks foundation with | 10:53:18 |
| 11 | regard to the making changes to the map as being | 10:53:20 |
| 12 | associated with any specific conversation. | 10:53:23 |
| 13 | With that understanding and without | 10:53:26 |
| 14 | undermining legislative privilege, you can answer who | 10:53:29 |
| 15 | you recall talking to during that time period about | 10:53:34 |
| 16 | redistricting. | 10:53:37 |
| 17 | THE WITNESS:  Can I ask my attorney a | 10:53:39 |
| 18 | question?  I don't know how this works. | 10:53:40 |
| 19 | MR. MANOLIUS:  No, you can't.  I mean, I would | 10:53:41 |
| 20 | love you to, but no, you can't. | 10:53:44 |
| 21 | THE WITNESS:  Um, I spoke to Redistricting | 10:53:47 |
| 22 | Partners' staff during this period of time, probably | 10:53:55 |
| 23 | spoke to my wife a few times. | 10:53:59 |
| 24 | During this period of time, I believe that was | 10:54:03 |
| 25 | when I spoke with Dustin Corcoran, a friend of mine, | 10:54:06 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                      52

```
 1   just personal friend.  There are legislative staff that      10:54:10

 2   I spoke with.  I don't know if I'm allowed to state who      10:54:16

 3   those people are.                                            10:54:20

 4           MR. MANOLIUS:  You can answer who but not what        10:54:21

 5   you talked about.                                            10:54:23

 6           THE WITNESS:  Okay.  Michael Wagaman, Steve           10:54:24

 7   Omara.                                                       10:54:28

 8           MS. HAMILL Q:  And I am sorry.  As you're             10:54:29

 9   going through this list --                                   10:54:30

10   A       Yeah.                                                10:54:31

11   Q       -- would you mind sharing with me the                10:54:31

12   legislators, who he worked for, the names of the             10:54:34

13   legislator?                                                  10:54:36

14   A       Yeah.                                                10:54:37

15           MR. MANOLIUS:  If you know.                           10:54:37

16           THE WITNESS:  Yeah.  And I apologize if I'm           10:54:38

17   not going to get everybody, I'll do my best to answer.      10:54:40

18           MS. HAMILL Q:  Sure.                                  10:54:43

19   A       Steve Omara, the Chief of Staff to Assembly          10:54:44

20   Speaker Rivas.                                               10:54:48

21           Jason -- I am blanking, starts with an L,            10:54:49

22   Little, Lytle, with the chief of staff for the pro tem       10:54:56

23   of the State Senate.                                         10:54:59

24           Michael Wagaman, who is -- works for the             10:55:01

25   Legislature broadly.                                         10:55:07
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                        53

| | | |
|---|---|---|
| 1 | Jeff Gozzo, G-o-z-z-o, who works for the | 10:55:15 |
| 2 | Legislature, State Senate, I believe. | 10:55:20 |
| 3 | Multiple members of Congress, maybe a few | 10:55:22 |
| 4 | different legislators, Christopher Cabaldon, local | 10:55:37 |
| 5 | legislator, Matt Weiner, who used to work for the | 10:55:43 |
| 6 | congressional delegation, staff to members of Congress, | 10:55:54 |
| 7 | and I probably told a handful of reporters that I | 10:56:08 |
| 8 | couldn't talk to them. | 10:56:11 |
| **9** | **Q        Did you talk to any advocacy groups?** | 10:56:13 |
| 10 | MR. MANOLIUS:  During the same time period, | 10:56:15 |
| 11 | August 3rd to August 15th? | 10:56:17 |
| 12 | MS. HAMILL:  Same period. | 10:56:19 |
| 13 | MR. WOODS:  Objection.  Vague. | 10:56:20 |
| 14 | MR. MANOLIUS:  Same objection.  And I am | 10:56:21 |
| 15 | assuming about what?  About redistricting? | 10:56:24 |
| 16 | THE WITNESS:  Do you want to say about the | 10:56:28 |
| 17 | Prop 50 maps? | 10:56:30 |
| 18 | MS. HAMILL Q:  Yes. | 10:56:31 |
| 19 | A        Yes.  I did talk to a number of different | 10:56:32 |
| 20 | advocacy groups. | 10:56:35 |
| 21 | MR. MANOLIUS:  That's it.  That's the answer. | 10:56:40 |
| 22 | The question is whether you had or not. | 10:56:43 |
| 23 | MS. HAMILL Q:  Can you list them for me? | 10:56:45 |
| 24 | A        Okay.  I'm afraid that I might not be | 10:56:46 |
| 25 | comprehensive -- | 10:56:48 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                            54

| 1  | Q        Sure.                                            | 10:56:50 |
|----|----------------------------------------------------------|----------|
| 2  | A        -- but I can do my best.                        | 10:56:50 |
| 3  |          During that period of time prior to the maps    | 10:56:53 |
| 4  | beings submitted to the Legislature, I spoke with --     | 10:56:57 |
| 5  | does spoke with mean include, like, sending e-mail,      | 10:57:07 |
| 6  | getting an e-mail from?                                   | 10:57:10 |
| 7  | Q        Yes.                                             | 10:57:11 |
| 8  | A        So I received some unsolicited e-mails from      | 10:57:12 |
| 9  | different groups.                                         | 10:57:16 |
| 10 | Q        And were these groups attempting to sway your   | 10:57:18 |
| 11 | actions?                                                  | 10:57:21 |
| 12 |          MR. MANOLIUS:  Objection.                        | 10:57:22 |
| 13 |          THE WITNESS:  I can't speak to the content.      | 10:57:23 |
| 14 |          MR. MANOLIUS:  Yeah.  That calls for            | 10:57:24 |
| 15 | information that's privileged under the legislative      | 10:57:26 |
| 16 | privilege.  I instruct you not to answer.  Wait for the  | 10:57:28 |
| 17 | next question.                                           | 10:57:33 |
| 18 |          THE WITNESS:  I still haven't answered her      | 10:57:34 |
| 19 | first question.                                          | 10:57:36 |
| 20 |          MR. MANOLIUS:  Oh, okay.                         | 10:57:39 |
| 21 |          THE WITNESS:  So, NDRC -- do you need what      | 10:57:40 |
| 22 | that stands for?  National -- NDRC --                    | 10:57:48 |
| 23 |          MS. HAMILL Q:  (Shaking head.)                   | 10:57:55 |
| 24 | A        -- Catalyst California, Asian Law Caucus, OC     | 10:57:56 |
| 25 | Action, Delores Huerta Foundation.  I'm traveling up and | 10:58:13 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                            55

```
 1    down the state thinking about different groups up and         10:58:33

 2    down the state that I might have talked to.                   10:58:36

 3            Black Power Network.  Oh, and then I'd say            10:58:37

 4    multiple democratic party, like, county democratic            10:58:50

 5    party, different counties, so it might just be an             10:58:54

 6    umbrella.                                                     10:58:54

 7            And to amend my earlier response about people,        10:59:03

 8    I forgot to mention political consultants and pollsters.      10:59:06

 9    I am sorry.  I forgot that earlier.                           10:59:14
```

**10    Q       Okay.  So according to these DCCC responses to**    10:59:16

**11    the interrogatories that we have marked as Exhibit 4, on**  10:59:23

**12    August 14th the DCCC bought your revised version of the**   10:59:29

**13    August 3rd map.**                                           10:59:33

**14            Does that comport with your recollection of**       10:59:34

**15    what transpired?**                                          10:59:36

```
16            MR. MANOLIUS:  Where is that line --                  10:59:37

17            MS. HAMILL:  It's on page two --                      10:59:54

18            MR. MANOLIUS:  Uh-huh.                                10:59:56

19            MS. HAMILL:  -- lines 11 to 12.                       10:59:57

20            MR. MANOLIUS:  Okay.  On the same day.  I have        10:59:59

21    got that.  Yeah.                                              11:00:02

22            THE WITNESS:  That aligns with my                     11:00:03

23    understanding.                                                11:00:06

24            MS. HAMILL Q:  And how much did they pay for          11:00:07

25    it?                                                           11:00:09
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                                    56

| | | |
|---|---|---|
| 1 | A          I think, I mean, I think I know the answer. | 11:00:09 |
| 2 | $108,000. | 11:00:19 |
| **3** | **Q          Did anyone else pay you for the map?** | 11:00:21 |
| 4 | A          The -- identifying the structure of the | 11:00:24 |
| 5 | payment is for the map was only the DCCC, only the DCCC | 11:00:33 |
| 6 | paid me for the map. | 11:00:37 |
| 7 | MS. HAMILL:  I am going to mark as Exhibit 5 a | 11:01:18 |
| 8 | document entitled, "Political Consulting Agreement," | 11:01:21 |
| 9 | begins at the bottom with a Bates stamp of DCCC000183 | 11:01:26 |
| 10 | and goes through DCCC000192. | 11:01:34 |
| 11 | (Whereupon Plaintiff's Exhibit 5 | 11:01:34 |
| 12 | was marked for identification.) | 11:01:46 |
| 13 | MR. WOODS:  This is five? | 11:01:46 |
| 14 | MR. MEUSER:  This is five. | 11:01:48 |
| 15 | MS. HAMILL Q:  Have you seen this document | 11:02:03 |
| 16 | before? | 11:02:06 |
| 17 | A          Yes. | 11:02:06 |
| **18** | **Q          And what is this document?** | 11:02:06 |
| 19 | A          This is a contract for services. | 11:02:07 |
| 20 | And to clarify my earlier statement, my | 11:02:10 |
| 21 | understanding of clarification, DCCC paid me for the | 11:02:12 |
| 22 | map, that was the way that they chose to clarify it. | 11:02:16 |
| 23 | I believe the other parties to this were | 11:02:19 |
| 24 | paying for my services, my consulting services, so I | 11:02:22 |
| 25 | don't know how they -- you asked me how they | 11:02:26 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    57

```
 1    characterized it, so that's how I've seen it.          11:02:28

 2           DCCC has characterized it as they were paying   11:02:31

 3    me for the map, and I don't know how the other groups  11:02:34

 4    would characterize my -- the agreement.                11:02:36

 5    Q       And those other groups are the House Majority  11:02:38

 6    PAC --                                                 11:02:42

 7    A       And Jeffries for Congress.                     11:02:42

 8    Q       -- and Jeffries for Congress.  So those two    11:02:44

 9    entities did not pay you for the map?                  11:02:47

10           MR. MANOLIUS:  Objection.  Calls for            11:02:49

11    speculation as to what they were thinking, but you can 11:02:50

12    give your understanding.                               11:02:55

13           THE WITNESS:  The only entity that has claimed  11:02:56

14    they paid for the map was the DCCC.  I had a contract  11:02:58

15    for --                                                 11:03:01

16           MS. HAMILL Q:  And what was --                  11:03:02

17    A       -- services with three different groups        11:03:02

18    included on this.                                      11:03:04

19    Q       And what was your understanding of your        11:03:05

20    obligation under this agreement, because I notice it's 11:03:08

21    lacking a scope of work?                               11:03:11

22           MR. MANOLIUS:  Objection.  Calls for a legal    11:03:12

23    conclusion, but you can give your understanding.       11:03:14

24           THE WITNESS:  My understanding of the scope of  11:03:17

25    work was in two parts.  It was early creation of       11:03:19
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                            58

```
 1  potential maps, and then a more fulsome creation of a      11:03:27
 2  final map.                                                 11:03:33
 3  Q        And how was that scope of work relayed to you?    11:03:34
 4           MR. MANOLIUS:  Objection.  Lacks foundation,      11:03:39
 5  calls for speculation.  If you know.                       11:03:41
 6           THE WITNESS:  Through staff.                      11:03:43
 7           MS. HAMILL Q:  Through telephone calls?           11:03:45
 8  A        Yeah, or -- yeah, probably.                       11:03:48
 9  Q        Is it in writing anywhere?                        11:03:50
10  A        I don't think so.                                 11:03:52
11  Q        And so this political consultant agreement or     11:03:54
12  consulting agreement says that it's entered into           11:04:01
13  effective as of July 15th, 2025, so that's 13 days after   11:04:04
14  that initial July 2nd conversation you said you had with   11:04:09
15  the chief of staff to Speaker Rivas; correct?              11:04:14
16  A        What page is that on?                             11:04:19
17           MR. MANOLIUS:  For the instruction?               11:04:21
18           MS. HAMILL Q:  I am looking at the first          11:04:23
19  paragraph of the agreement.                                11:04:25
20  A        Okay.  Okay.  Then, yes, it does say              11:04:26
21  July 15th.                                                 11:04:29
22  Q        Do you recall doing work under this contract      11:04:29
23  prior to July 15th?                                        11:04:32
24  A        No.                                               11:04:34
25  Q        Do you know if anyone else submitted maps to      11:04:39
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    59

```
 1   the legislative portal that was opened on August 14th by    11:05:02

 2   the State Legislature?                                       11:05:06

 3   A        I don't have any personal knowledge of if that     11:05:08

 4   happened.                                                    11:05:12

 5   Q        Are you aware?                                      11:05:12

 6   A        I know comments were submitted.  I don't know      11:05:15

 7   that other maps were submitted.                              11:05:18

 8   Q        Is it your understanding that the Legislature       11:05:19

 9   was going to implement your map regardless of whether        11:05:22

10   other maps were submitted?                                   11:05:25

11            MR. MANOLIUS:  Objection.  Calls for               11:05:26

12   speculation, lacks foundation.  You can answer.             11:05:27

13            MR. WOODS:  Same objection.                        11:05:30

14            THE WITNESS:  I didn't have a written             11:05:32

15   agreement from them, but I expected that to be the case,    11:05:36

16   yeah.                                                        11:05:39

17            MS. HAMILL Q:  Are you aware of the               11:05:39

18   Legislature considering any other maps from any other       11:05:45

19   people?                                                      11:05:49

20            MR. MANOLIUS:  Objection.  Lacks foundation,      11:05:50

21   calls for speculation.  You can answer, if you know.       11:05:53

22            MR. WOODS:  Join.                                  11:05:56

23            THE WITNESS:  I'm aware that other people         11:05:57

24   were -- I'm aware that legislators were looking at other    11:06:01

25   maps, whether they were maps on Twitter, maps that other    11:06:06
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          60

```
 1   people were sending to them, but I wasn't a part of any    11:06:09

 2   of those discussions.                                      11:06:12

 3   Q        Are you aware of any groups submitting maps,      11:06:13

 4   like advocacy groups submitting maps to the Legislature?   11:06:17

 5   A        I'm not aware of that.                            11:06:22

 6   Q        Do you know if the map that was submitted to      11:06:24

 7   the portal on August 14th is the same map that went onto   11:06:41

 8   Proposition 50?                                            11:06:46

 9   A        15th.  You keep saying 14th.  You mean, 15th.     11:06:47

10   Q        Was it not submitted to the portal on the         11:06:52

11   14th?                                                      11:06:55

12   A        Oh, I think you want to check that.               11:06:56

13   Q        You're right.  Thank you, Mr. Mitchell.           11:07:03

14   A        That's all right.                                 11:07:05

15   Q        August 15th.                                      11:07:06

16            MR. MANOLIUS:  So what's the question again?      11:07:07

17   I lost it.                                                 11:07:09

18            MS. HAMILL Q:  I'll rephrase it.                  11:07:11

19            Do you know if the map that was submitted on      11:07:16

20   August 15th is the same map that went to the voters with   11:07:21

21   Proposition 50?  Were there any changes made between       11:07:29

22   that map --                                                11:07:32

23   A        There were changes made.                          11:07:32

24            MR. MANOLIUS:  Wait, wait, wait.  Objection.      11:07:34

25   Calls for speculation, lacks foundation.  And to the       11:07:36
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    61

```
 1   extent changes were made in the legislative process, I'd      11:07:43

 2   instruct you not to answer under legislative privilege.       11:07:47

 3            MS. HAMILL Q:  If changes were made to the map       11:07:51

 4   that was submitted on August 15th, wouldn't those have        11:07:58

 5   been made in a public session?                                11:08:02

 6            MR. MANOLIUS:  Objection.  Calls for                 11:08:06

 7   speculation, lacks foundation.  If you know.                  11:08:07

 8            THE WITNESS:  There were media reports that a        11:08:10

 9   map, that the map was changed, so I don't even have to        11:08:15

10   go into the legislative process, but there were media        11:08:18

11   reports there were very minute changes to the map,            11:08:22

12   technical changes made to the map before it was put on        11:08:23

13   the ballot.                                                   11:08:26

14            MS. HAMILL Q:  Do you know what those                11:08:27

15   technical changes were?                                       11:08:28

16            MR. MANOLIUS:  Objection.  Lacks foundation,         11:08:30

17   calls for speculation and calls for information that is       11:08:31

18   protected under the legislative privilege.                    11:08:34

19            THE WITNESS:  Are you telling me not to              11:08:36

20   answer?                                                       11:08:37

21            MR. MANOLIUS:  Yes, I am.  Sorry.                    11:08:38

22            MS. HAMILL Q:  What did you read about what          11:08:39

23   those technical changes were?                                 11:08:40

24            MR. MANOLIUS:  You mean, public press               11:08:42

25   accounts?                                                     11:08:44
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    62

```
 1              MS. HAMILL:  Yes.                            11:08:45

 2              MR. MANOLIUS:  Compound question.  Calls for 11:08:46

 3    speculation and lacks foundation, but you can answer  11:08:54

 4    what you saw in the media.                            11:08:58

 5              THE WITNESS:  In the media, generally, I don't 11:08:59

 6    recall if it was in a news article or if it was just  11:09:01

 7    something that was said on Twitter or something like  11:09:04

 8    that; a single census block in City of Commerce, and  11:09:09

 9    then adjustment of the boundary in Santa Ana that was, 11:09:14

10    you know, several census blocks, minuscule technical  11:09:18

11    changes.                                              11:09:23

12              At some point, I want to take a break if I   11:09:34

13    can, just because --                                 11:09:36

14              MS. HAMILL:  Do you want to take a break right 11:09:37

15    now?                                                  11:09:38

16              THE WITNESS:  Yeah, that would be great.    11:09:38

17              THE VIDEOGRAPHER:  The time is 11:09 a.m.  We 11:09:40

18    are going off the record.                            11:09:43

19              (Whereupon a recess was taken.)            11:21:35

20              THE VIDEOGRAPHER:  All right.  We are back on 11:21:35

21    the record.  The time is 11:22 a.m. and this marks the 11:22:08

22    beginning of videotape number two in the deposition of 11:22:13

23    Paul Mitchell, which is being taken at Hanson Bridgett, 11:22:17

24    LLP, 500 Capitol Mall, Suite 1500, Sacramento,        11:22:20

25    California.                                           11:22:25
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    63

| | | |
|---|---|---|
| 1 | The videographer is Nicholas Coulter here on | 11:22:26 |
| 2 | behalf of Array Legal Services.  The time is, yes, 11:22 | 11:22:30 |
| 3 | a.m. | 11:22:38 |
| 4 | MS. HAMILL:  All right.  I am marking as | 11:22:38 |
| 5 | Exhibit 6 a section of the production from the DCCC. | 11:22:42 |
| 6 | The documents are numbered at the bottom Bates number | 11:22:48 |
| 7 | DCCC00005 through DCCC00009. | 11:22:53 |
| 8 | (Whereupon Plaintiff's Exhibit 6 | 11:22:53 |
| 9 | was marked for identification.) | 11:22:53 |
| 10 | THE WITNESS:  Do you need this one back? | 11:23:09 |
| 11 | MS. HAMILL Q:  Yeah.  Can you take just a | 11:23:12 |
| 12 | minute or two to familiarize yourself with this | 11:23:25 |
| 13 | document, please? | 11:23:30 |
| 14 | MR. MANOLIUS:  Do you have another one? | 11:23:31 |
| 15 | MR. MEUSER:  Here, I'll give you this one. | 11:23:33 |
| 16 | MR. MANOLIUS:  That's okay. | 11:23:35 |
| 17 | MR. MEUSER:  I have one in here, so I'm not | 11:23:36 |
| 18 | worried yet. | 11:23:39 |
| 19 | THE WITNESS:  Okay.  That was confusing.  I | 11:23:58 |
| 20 | thought it was going in the opposite order because it | 11:25:12 |
| 21 | was going -- | 11:25:14 |
| 22 | MS. HAMILL Q:  Have you seen the document, on | 11:25:16 |
| 23 | the first page which is marked in the Bates number | 11:25:20 |
| 24 | ending in five, you've seen this document before? | 11:25:23 |
| 25 | MR. MANOLIUS:  Objection.  So is this | 11:25:26 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          64

| | | |
|---|---|---|
| 1 | naturally occurring in this -- | 11:25:29 |
| 2 | THE WITNESS:  No. | 11:25:32 |
| 3 | MR. MANOLIUS:  -- packet?  This is a question | 11:25:32 |
| 4 | for counsel, because I see a cover letter, but then | 11:25:34 |
| 5 | there's other things on the back.  Are -- is this a | 11:25:37 |
| 6 | packet of information or is it just a number of things | 11:25:41 |
| 7 | stuck together? | 11:25:44 |
| 8 | MS. HAMILL Q:  Do you recognize this set of | 11:25:45 |
| 9 | documents as an e-mail chain between you and the DCCC, | 11:25:47 |
| 10 | including a .pdf of the DCCC cover letter that went to | 11:25:53 |
| 11 | the State Legislature? | 11:25:57 |
| 12 | MR. MANOLIUS:  Same objection.  It's very hard | 11:25:58 |
| 13 | for me to advise and object when I'm not sure if these | 11:26:01 |
| 14 | all go together at once or not, so if you can make that | 11:26:04 |
| 15 | representation it would be helpful.  You can answer, if | 11:26:07 |
| 16 | you understand. | 11:26:12 |
| 17 | THE WITNESS:  Are you saying that this icon | 11:26:13 |
| 18 | here that says CA map submission cover letter is this | 11:26:15 |
| 19 | thing on the front, that this is all e-mails? | 11:26:19 |
| 20 | MS. HAMILL Q:  I would like to avoid | 11:26:21 |
| 21 | testifying since I am not under oath here, but these are | 11:26:22 |
| 22 | not our documents.  These were produced to us. | 11:26:25 |
| 23 | So I'm wondering if you recall this | 11:26:27 |
| 24 | communication wherein you're exchanging e-mails with the | 11:26:29 |
| 25 | DCCC. | 11:26:32 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          65

```
 1   A        I recall the communication of these e-mails      11:26:33

 2   that are behind the letter that they sent to the          11:26:35

 3   Legislature.                                              11:26:38

 4   Q        And do you recognize this letter that's the     11:26:38

 5   first page of this set of documents --                   11:26:40

 6   A        Yes.                                             11:26:42

 7   Q        -- marked ending in the number five?            11:26:42

 8   A        Yes.                                             11:26:44

 9   Q        You've seen this letter before?                 11:26:44

10   A        Yes.                                             11:26:46

11   Q        And --                                          11:26:47

12            MR. WOODS:  Mr. Mitchell if you could wait       11:26:49

13   until she finishes her question --                       11:26:51

14            THE WITNESS:  Sorry.  Thank you.                 11:26:54

15            MS. HAMILL Q:  And what is your understanding    11:26:56

16   of this letter that's in the front?                      11:26:59

17            MR. MANOLIUS:  Objection.  Irrelevant.  You      11:27:01

18   can answer, if you you have an understanding.             11:27:05

19            THE WITNESS:  This is a letter that would be     11:27:08

20   attached to the draft maps and sent into the portal as a  11:27:09

21   zipped file of some kind.                                 11:27:14

22            MS. HAMILL Q:  Okay.  And so it's your           11:27:16

23   understanding that this was a letter that the DCCC        11:27:17

24   submitted with the maps that you drew into the            11:27:20

25   legislative portal on August 15th?                        11:27:23
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          66

```
 1              MR. MANOLIUS:  Objection.  Lacks foundation,      11:27:25
 2   calls for speculation, and to the extent you're asking     11:27:28
 3   for what's transmitted to the Legislature, that's          11:27:31
 4   covered by legislative immunity, legislative privilege     11:27:34
 5   and don't answer that portion of the question.             11:27:38
 6              MS. HAMILL Q:  Isn't the legislative portal      11:27:42
 7   public?                                                    11:27:45
 8   A       Are you asking me that question?                   11:27:48
 9           Yes, it is.                                        11:27:50
10   Q       Yes.  It is public.  Are you still going to        11:27:51
11   stand on the privilege?                                    11:27:53
12              MR. MANOLIUS:  Again, I just -- what's           11:27:54
13   submitted, yes, I'll stand on the privilege.  The fact     11:27:56
14   that it was submitted, it's fine for him to answer.        11:27:59
15   That's the distinction I was drawing upon.                 11:28:02
16              THE WITNESS:  Yes.                               11:28:04
17              MS. HAMILL Q:  Okay.  So let's go through        11:28:05
18   these e-mails, and it is an odd e-mail chain that          11:28:10
19   goes --                                                    11:28:16
20   A       The inverse way I thought it was.                  11:28:16
21   Q       Correct.                                           11:28:18
22              MR. MANOLIUS:  Yes.                              11:28:19
23              THE WITNESS:  Sorry.                             11:28:20
24              MS. HAMILL Q:  Again, these are not mine.  I     11:28:20
25   did not produce these.                                     11:28:23
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                              67

```
 1              So it looks like we start, I'm looking at the    11:28:25

 2  second page of this Exhibit 6, the bottom of the page       11:28:28

 3  ends in the number six --                                    11:28:34

 4  A       Uh-huh.                                              11:28:35

 5  Q       -- we start on August 15th at 5:42 p.m.              11:28:36

 6          Julie Merz is saying, "Paul, here is final,         11:28:40

 7  lawyer-approved language for the cover letter.  Will         11:28:44

 8  send an updated version on DCCC letterhead in a few          11:28:47

 9  minutes."                                                    11:28:52

10          Do you recall receiving that e-mail?                 11:28:52

11  A       Yes, and I'd like to clarify that's Eastern          11:28:54

12  Standard Time.                                               11:28:58

13  Q       Correct.  And then you respond at 5:56 Eastern       11:28:58

14  Standard Time, you say, "Thank you.  At this point, I        11:29:07

15  will take it.  Thank you.  Paul."                            11:29:09

16          Were you sort of exasperated at that point?          11:29:13

17          MR. MANOLIUS:  Objection.  Relevance, lacks          11:29:16

18  foundation, calls for speculation.  You can answer.          11:29:21

19          THE WITNESS:  I characterize that as being at        11:29:24

20  the end of a very long process.                              11:29:30

21          MS. HAMILL Q:  Were you unhappy with the             11:29:33

22  letter that the DCCC submitted to the Legislature?           11:29:35

23          MR. MANOLIUS:  Objection.  Relevance --              11:29:38

24          THE WITNESS:  No.                                    11:29:40

25          MR. MANOLIUS:  -- lacks foundation, calls for        11:29:40
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          68

| | | |
|---|---|---|
| 1 | speculation.  You can answer. | 11:29:42 |
| 2 | THE WITNESS:  No, I just was tired. | 11:29:44 |
| 3 | MS. HAMILL Q:  So turning to the third page of | 11:29:49 |
| 4 | this exhibit, the bottom of the page ends in the number | 11:30:06 |
| 5 | seven. | 11:30:10 |
| 6 | About a little more than halfway down the page | 11:30:10 |
| 7 | there's an August 15th e-mail at 5:56 p.m. from Julie | 11:30:12 |
| 8 | Merz to you and she said, "And attached is the .pdf | 11:30:19 |
| 9 | version on letterhead with metadata stripped.  Please | 11:30:23 |
| 10 | attach this version to your zip file with all the goods, | 11:30:26 |
| 11 | send it back to us and we can then give you back your | 11:30:29 |
| 12 | freedom." | 11:30:32 |
| 13 | What was she referring to? | 11:30:34 |
| 14 | MR. MANOLIUS:  Objection.  Calls for | 11:30:36 |
| 15 | speculation, lacks foundation.  You can answer. | 11:30:37 |
| 16 | MR. WOODS:  Join. | 11:30:40 |
| 17 | THE WITNESS:  There's two things there that | 11:30:41 |
| 18 | you're asking.  Are you asking about what metadata | 11:30:45 |
| 19 | stripped is referring to or what freedom is referring | 11:30:48 |
| 20 | to? | 11:30:51 |
| 21 | MS. HAMILL Q:  Yes.  Let's start with metadata | 11:30:51 |
| 22 | stripped. | 11:30:54 |
| 23 | A      That means that they were taking off the .pdf, | 11:30:54 |
| 24 | the properties to show, like, what computer it was | 11:30:59 |
| 25 | created on, who created it, so that would have been | 11:31:03 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    69

```
 1   their choice to do that when they produced the document.      11:31:07
 2   Q       The cover letter?                                     11:31:10
 3   A       Uh-huh.                                               11:31:11
 4   Q       And then what does she mean by "give you back         11:31:15
 5   your freedom"?                                                11:31:17
 6           MR. MANOLIUS:  Same objections.                       11:31:18
 7           THE WITNESS:  Just that it had been a long            11:31:20
 8   process.                                                      11:31:21
 9           MS. HAMILL Q:  How long was the process?              11:31:22
10   A       It was, you know, roughly a month, but most          11:31:25
11   condensed into the last two weeks.                            11:31:31
12   Q       How many hours did you put into the process?         11:31:33
13           MR. MANOLIUS:  You can answer.  I mean, vague         11:31:38
14   as to time as to when, but if you're talking about the       11:31:40
15   last two weeks or if you're talking about the whole          11:31:43
16   process.                                                      11:31:45
17           THE WITNESS:  Last two weeks was probably 15,        11:31:46
18   16 hours a day.                                               11:31:49
19           MS. HAMILL Q:  Do you have an estimate of            11:31:52
20   total hours that you put into this project, and when I       11:31:53
21   say this project I am referring to what became the Prop      11:31:56
22   50 map?                                                       11:31:59
23           MR. MANOLIUS:  Say, from July 2nd onward?            11:31:59
24   I'll object as to vague.                                      11:32:02
25           THE WITNESS:  I don't, I don't recall.               11:32:06
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    70

```
 1        MS. HAMILL Q:  200 hours?                      11:32:09

 2        MR. MANOLIUS:  Same objection.  Calls for      11:32:11

 3   speculation.                                        11:32:13

 4        THE WITNESS:  I would have to sit down with a  11:32:14

 5   piece of paper and figure out what 200 hours is and how  11:32:16

 6   much time that is per day, so I don't know.         11:32:18

 7        MS. HAMILL Q:  Okay.  But it was your          11:32:21

 8   full-time job from July 2nd through August 15th?    11:32:23

 9   A        No.                                        11:32:26

10   Q        What else were you doing then?             11:32:26

11   A        I work for Political Data.  I'm the        11:32:28

12   vice-president.                                     11:32:31

13   Q        Were you working full time at PDI during this  11:32:31

14   time?                                               11:32:35

15   A        I was technically, for the last two weeks, I  11:32:35

16   was on a vacation, because I had planned a vacation as  11:32:38

17   people all know famously.                           11:32:42

18   Q        But before that vacation time, were you going  11:32:45

19   into an office for PDI?                             11:32:48

20   A        I work from home.                          11:32:51

21   Q        Okay.  Were you working full time for PDI from  11:32:52

22   home during this period of time?                    11:32:56

23   A        I'm a full-time employee, but it's not like I  11:32:57

24   clock hours, so if there are other projects I'm working  11:33:01

25   on it's understood by the company that I'm working on  11:33:04
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                      71

| | |
|---|---|
| 1 | other projects. | 11:33:07 |
| 2 | **Q        Going back to this e-mail, and we're on the** | 11:33:08 |
| 3 | **page that ends in number seven, the second full** | 11:33:10 |
| 4 | **paragraph of the 5:56 p.m. e-mail says, "The talking** | 11:33:14 |
| 5 | **points will be more expansive and incorporate more of** | 11:33:19 |
| 6 | **your helpful context."** | 11:33:22 |
| 7 | **Do you know if she is referring to talking** | 11:33:24 |
| 8 | **points in the DCCC letter or is she talking to other** | 11:33:25 |
| 9 | **talking points?** | 11:33:29 |
| 10 | MR. MANOLIUS:  Objection.  Calls for | 11:33:29 |
| 11 | speculation, vague as to time, lacks foundation.  You | 11:33:30 |
| 12 | can answer. | 11:33:36 |
| 13 | MR. WOODS:  Join. | 11:33:36 |
| 14 | THE WITNESS:  I don't recall. | 11:33:43 |
| 15 | MS. HAMILL Q:  Did the DCCC give you talking | 11:33:47 |
| 16 | points for the Prop 50 map? | 11:33:49 |
| 17 | MR. MANOLIUS:  Objection.  Vague as to time. | 11:33:52 |
| 18 | THE WITNESS:  I don't recall if it was | 11:33:55 |
| 19 | something that I created or they created or they took my | 11:34:02 |
| 20 | things and modified them to be their things.  I don't | 11:34:05 |
| 21 | recall. | 11:34:08 |
| 22 | MS. HAMILL Q:  Turning to the next page of | 11:34:08 |
| 23 | this exhibit, the bottom of the document ends in the | 11:34:17 |
| 24 | number eight.  The second line says, "These maps became | 11:34:20 |
| 25 | public and now we need to be able to say these are | 11:34:25 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          72

 1   submitted to the Legislature."                            11:34:27

 2        What did you mean by that?                           11:34:29

 3        MR. MANOLIUS:  Objection.  Calls for                 11:34:37

 4   speculation, vague.                                       11:34:38

 5        THE WITNESS:  And this might speak to my tone        11:34:41

 6   in the earlier message.  People were tweeting the maps,   11:34:46

 7   so the maps had become -- the maps had been put online,   11:34:52

 8   reporters had the maps, so it was at that point let's      11:34:57

 9   hurry up and get these submitted.                         11:35:02

10        MS. HAMILL Q:  How did the maps become public?       11:35:05

11        MR. MANOLIUS:  Objection.  Calls for                 11:35:07

12   speculation.                                              11:35:08

13        MR. WOODS:  Join.                                    11:35:09

14        MS. HAMILL Q:  Did you --                            11:35:11

15   A        Reporters have their ways of getting maps and    11:35:11

16   I have been dealing with reporters for the last several   11:35:14

17   days who would call me and say, "Oh, I have a copy of     11:35:17

18   the map."  (Witness shrugging shoulders.)                 11:35:21

**19   Q        Are you aware of anyone from your staff**           11:35:24

**20   leaking the maps to reporters?**                             11:35:26

21        MR. MANOLIUS:  Objection.  Lacks foundation,         11:35:27

22   calls for speculation.  You can answer.                   11:35:29

23        THE WITNESS:  No.  There was no -- no, none of       11:35:31

24   our staff woke up saying we're going to, you know, I'll   11:35:37

25   give an example, if that helps.                           11:35:41

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                           73

| | | |
|---|---|---|
| 1 | Q        (Nodding head.) | 11:35:43 |
| 2 | A        Some -- there were points in time where on a | 11:35:44 |
| 3 | Zoom, a map would be shown and then someone would be | 11:35:47 |
| 4 | creative and read the URL at the top of the web browser | 11:35:51 |
| 5 | and if they typed that into the top of their web | 11:35:55 |
| 6 | browser, all of a sudden they have a copy of the map and | 11:35:59 |
| 7 | then every reporter will get it, but that was only in, | 11:36:01 |
| 8 | like, the last 12 hours. | 11:36:02 |
| 9 | Q        So if somebody had a copy of the URL that was | 11:36:04 |
| 10 | used for the map drawing, they could put it into their | 11:36:08 |
| 11 | own computer and view it on their own computer? | 11:36:11 |
| 12 | MR. MANOLIUS:  Objection.  Lacks foundation, | 11:36:14 |
| 13 | calls for speculation.  You can answer. | 11:36:15 |
| 14 | THE WITNESS:  The wet map version of the maps, | 11:36:17 |
| 15 | not working, that's wet map versions, like a Google map, | 11:36:20 |
| 16 | off of the map. | 11:36:25 |
| 17 | MS. HAMILL Q:  Interesting. | 11:36:25 |
| 18 | A        So at that point, meaning that they become | 11:36:25 |
| 19 | public, it means that, like, Politico had posted a tweet | 11:36:28 |
| 20 | that we think these are the congressional maps.  That's | 11:36:32 |
| 21 | in public record.  You can pull it up. | 11:36:35 |
| 22 | Q        And so the next e-mail in this same chain, on | 11:36:38 |
| 23 | the same page, Friday, August 15th at 6:02 p.m., Julie | 11:36:41 |
| 24 | Merz says to you, "DCCC would prefer to hit 'send,' so | 11:36:56 |
| 25 | please just send to us in a zip file and we will | 11:37:01 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                        74

```
 1    submit."                                                  11:37:04

 2         Why couldn't you just submit the map directly?       11:37:06

 3              MR. MANOLIUS:  Objection.  Calls for            11:37:09

 4    speculation, lacks foundation, relevance.  Go ahead.      11:37:10

 5              THE WITNESS:  They wanted to be the one to       11:37:15

 6    submit the map.  That was their decision, not mine.       11:37:16

 7              MS. HAMILL Q:  Do you have an understanding of   11:37:19

 8    why?                                                      11:37:20

 9              MR. MANOLIUS:  Same objections.                 11:37:20

10              THE WITNESS:  I do not have an understanding     11:37:21

11    as to why.                                                11:37:22

12              MS. HAMILL Q:  So, ultimately, is it your       11:37:23

13    understanding that the DCCC submitted to the Legislature  11:37:36

14    on August 15th, the map that you drew?                    11:37:39

15              MR. MANOLIUS:  Objection.  Calls for            11:37:43

16    speculation, lacks foundation, and as to the specifics    11:37:47

17    of the map I instruct you not to answer, and I insert     11:37:52

18    the legislative privilege.                                11:37:56

19              MS. HAMILL:  Is it a full instruction?          11:37:58

20              MR. MANOLIUS:  Yes.                             11:38:00

21              MS. HAMILL:  Don't answer at all?               11:38:01

22              MR. MANOLIUS:  Yeah.  Thanks.  Sorry about      11:38:02

23    that.                                                     11:38:04

24              MS. HAMILL:  Marking as Exhibit 7 another set   11:38:05

25    of e-mails between you, Mr. Mitchell, and the DCCC.       11:38:13
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                              75

```
 1              (Whereupon Plaintiff's Exhibit 7          11:38:13

 2         was marked for identification.)               11:38:21

 3              MS. HAMILL Q:  And these also came from the  11:38:21

 4   DCCC production and they are Bates stamped --        11:38:28

 5   A    Oh.                                             11:38:30

 6   Q    -- as DCCC000043 to DCCC000045.                11:38:31

 7   A    (Witness reading.)  Okay.                       11:38:52

 8   Q    Do you remember having this exchange with       11:40:25

 9   DCCC?                                                11:40:27

10   A    Yes, I recall.                                  11:40:28

11   Q    And so this appears to be an e-mail exchange    11:40:29

12   earlier the same day, August 15th, before the        11:40:32

13   communications that we just went over in Exhibit 6;  11:40:37

14   correct?                                             11:40:40

15   A    Yes.                                            11:40:40

16        MR. MANOLIUS:  Objection.  Calls for            11:40:40

17   speculation.  Give me a minute.  Lacks foundation.  Go  11:40:41

18   ahead.                                               11:40:49

19        THE WITNESS:  Yes.                              11:40:49

20        MS. HAMILL Q:  And is your e-mail that's shown   11:40:49

21   on the first page of this exhibit, August 15th,      11:40:54

22   11:33 a.m., is your e-mail to the DCCC, is this what you  11:40:59

23   wanted the DCCC to say in their letter that went along  11:41:08

24   with the submission of the Prop 50 map?              11:41:11

25   A    I'd like to amend my prior comment about the    11:41:14
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          76

```
 1   word term "talking points," that's not something I      11:41:17

 2   normally use, but this is the subject line of this      11:41:20

 3   e-mail is talking points.                               11:41:22

 4          So in the prior comment I made about the         11:41:24

 5   August 15th e-mail when you asked me if I -- asked me   11:41:27

 6   about talking points, then I presume this is what they  11:41:32

 7   were referring to.  So I don't want it to be, talking   11:41:36

 8   points isn't normally how I phrase things, so -- I      11:41:39

 9   didn't know that I called this talking points, but this, 11:41:44

10   go on.  I'm sorry.  Ask the question again.  I am sorry. 11:41:48

11          MS. HAMILL:  Do you have my question to read     11:41:52

12   back?                                                   11:41:53

13          (Whereupon the record was read as               11:41:53

14          follows:  "Question: And is your                11:40:50

15          e-mail that's shown on the first                11:40:52

16          page of this exhibit,                           11:40:55

17          August 15th, 11:33 a.m., is your                11:40:59

18          e-mail to the DCCC, is this what                11:41:00

19          you wanted the DCCC to say in                   11:41:08

20          their letter that went along with               11:41:10

21          the submission of the Prop 50                   11:41:12

22          map?")                                          11:41:14

23          MR. MANOLIUS:  Objection.  Lacks foundation,    11:42:17

24   calls for speculation, and to the extent that this talks 11:42:23

25   about how maps were drawn, I instruct you not to answer 11:42:26
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    77

```
 1  under legislative privilege.                              11:42:30

 2          So you can, again, acknowledge that this          11:42:33

 3  e-mail occurred, but I will instruct you not to answer    11:42:35

 4  beyond that.                                              11:42:41

 5          THE WITNESS:  So without getting into how maps    11:42:42

 6  are drawn, I would say that I was not trying to tell      11:42:43

 7  them how to draw that, write their letter.  I was trying  11:42:48

 8  to provide things that I thought were good messaging      11:42:52

 9  points for their letter.                                  11:42:56

10          MS. HAMILL Q:  And can you tell me what the       11:42:58

11  FAIR MAPS Act is that you were referring to on the first  11:43:00

12  page of this exhibit?                                     11:43:03

13          MR. MANOLIUS:  What it is?  You can answer        11:43:05

14  that.                                                     11:43:09

15          THE WITNESS:  So the FAIR MAPS Act is a state     11:43:10

16  law that actually applies to municipal, like             11:43:12

17  supervisorial, city, county, school board, other         11:43:15

18  redistrictings here in the state.                         11:43:19

19          It is parallel to the state commissions          11:43:22

20  criteria, and it's the type of criteria we use in all of  11:43:26

21  our municipal redistrictings, and so it is a, you know,   11:43:30

22  absent -- it is a good framework for redistricting, even  11:43:36

23  in other states I might try to apply a lot of the         11:43:41

24  framework as kind of best practices.  Think of it as a    11:43:44

25  best practices in the state law.                          11:43:47
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          78

1    Q        Okay.  And do you know what that criteria is?          11:43:49

2              MR. MANOLIUS:  Objection.  Calls for a legal          11:43:55

3    conclusion.  You can answer, your understanding.                11:43:57

4              THE WITNESS:  I do know what that criteria is,        11:44:00

5    but I wouldn't want to have to do it like a test, like,        11:44:03

6    line them all out right now, but I do know what those          11:44:05

7    criteria are, generally.                                       11:44:08

8              MS. HAMILL Q:  To the best of your                    11:44:10

9    recollection at this moment, can you share with me as          11:44:10

10   much of the criteria as you can remember?                      11:44:12

11   A        Well, it's criteria such as, you know,                 11:44:15

12   preserving communities of interest, following city and         11:44:18

13   county boundaries.  You know, when we do city council          11:44:21

14   redistricting we follow neighborhood boundaries, and           11:44:25

15   following essentially the same criteria as the state           11:44:31

16   redistricting commission.                                      11:44:34

17             Obviously, those criteria also include things        11:44:36

18   like partisanship and incumbency.  Those we were               11:44:39

19   allowing ourselves to look at when we're drawing lines,        11:44:44

20   but other than that, kind of the best practices.               11:44:47

21   Q        Is race one of the criteria?                          11:44:49

22   A        Complying with the Voting Rights Act I believe        11:44:52

23   might be one of the criterias, like number two on the          11:44:55

24   criteria after equal population.                               11:44:58

25   Q        And how, what's your understanding of how the         11:45:00

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          79

```
 1    Voting Rights Act interrelates to race?                     11:45:02

 2            MR. MANOLIUS:  Objection.  Calls for a legal        11:45:07

 3    conclusion, lacks foundation.  I have said it.  I'll        11:45:10

 4    instruct you not to answer.                                 11:45:20

 5            MS. HAMILL:  You're instructing not to answer       11:45:25

 6    on a legal conclusion?                                      11:45:27

 7            MR. MANOLIUS:  Yep.                                 11:45:28

 8            MS. HAMILL Q:  I am not asking for a legal          11:45:28

 9    conclusion.  I'm asking for your understanding and how      11:45:30

10    you use it in your work.  So when I said race, you said    11:45:32

11    Voting Rights Act, and I'm wondering in your mind how       11:45:35

12    those two relate.                                           11:45:39

13            MR. MANOLIUS:  In his work, generally?              11:45:41

14            MS. HAMILL:  In your work, generally.               11:45:42

15            THE WITNESS:  So the Voting Rights Act is           11:45:45

16    designed to ensure that voting power of protected           11:45:48

17    classes aren't diluted by the redistricting maps,           11:45:54

18    generally.  That's kind of layperson terminology.          11:46:06

19            MS. HAMILL Q:  And can you identify the             11:46:10

20    protected classes in California?                            11:46:12

21            MR. WOODS:  Objection.  Calls for a legal           11:46:17

22    conclusion.  You can answer.                                11:46:18

23            MR. MANOLIUS:  I'll join that.                      11:46:21

24            THE WITNESS:  Predominantly, in California          11:46:23

25    you'll see redistricting look at Black, Asian and Latino    11:46:25
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          80

```
 1   populations.  However, we did redistricting in Alaska,      11:46:31

 2   we were looking at native Alaskan populations and I         11:46:33

 3   think there could be arguments for other populations,       11:46:38

 4   such Caldians or Armenians or -- such as Armenians or       11:46:40

 5   Caldians or something, but I haven't seen that utilized.    11:46:50

 6           So, primarily, in California, Black, Asian and      11:46:52

 7   Latino.                                                     11:46:57

 8   Q        Okay.  And when you were drawing the Prop 50       11:46:57

 9   map you used criteria from the FAIR MAPS Act; correct?      11:47:02

10           MR. MANOLIUS:  Objection.  Calls for               11:47:05

11   information that's protected under the legislative          11:47:08

12   privilege.  I instruct you not to answer.                   11:47:10

13           MS. HAMILL Q:  And when you were drawing the        11:47:12

14   Prop 50 map, you drew the districts to protect the          11:47:14

15   voting power of protected classes in California;            11:47:18

16   correct?                                                    11:47:20

17           MR. MANOLIUS: Same objection.  And I instruct       11:47:20

18   you not to answer.                                          11:47:23

19           MS. HAMILL Q:  And when I say protected             11:47:24

20   classes in California, I mean the racial groups that you    11:47:25

21   just identified, Black, Asian and Latino?                   11:47:28

22           MR. MANOLIUS:  Same objection.  I instruct you      11:47:32

23   not to answer.  Calls for information that's protected      11:47:33

24   by the legislative privilege.                               11:47:36

25           MS. HAMILL Q:  Did the DCCC tell you why they       11:47:37
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                              81

```
 1    didn't use your language regarding the FAIR MAPS Act in      11:47:57

 2    their submission letter to the Legislature?                 11:48:00

 3              MR. MANOLIUS:  Objection.  Lacks foundation,       11:48:02

 4    calls for speculation.  You can answer.                     11:48:04

 5              THE WITNESS:  No, they didn't describe why         11:48:07

 6    they didn't use my language, essentially saying that        11:48:11

 7    these were consistent with the commission criteria and      11:48:14

 8    the FAIR MAPS Act.                                          11:48:17

 9              MS. HAMILL Q:  Did the DCCC lawyers express to     11:48:18

10    you any concerns about lawsuits along racial lines          11:48:21

11    regarding the Prop 50 map?                                  11:48:26

12              MR. MANOLIUS:  Objection.  Vague as to time.       11:48:28

13    Vague as to some of the terminology, but you can report     11:48:34

14    that.                                                       11:48:38

15              THE WITNESS:  No.                                 11:48:38

16              MS. HAMILL Q:  You mentioned communities of       11:48:44

17    interest.  How -- what are the communities of interest      11:48:46

18    in California?                                              11:48:48

19              MR. MANOLIUS:  Objection.  Overbroad, vague        11:48:50

20    and, again, depending where in the state --                 11:48:54

21              THE WITNESS:  To answer that we can be --          11:48:59

22              MR. MANOLIUS:  -- and also with regard -- I'm      11:49:00

23    sorry, and also, objection, with regard to his general      11:49:03

24    redistricting work?  Is that the question?                  11:49:05

25              MS. HAMILL:  Yes.                                 11:49:08
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          82

| | | |
|---|---|---|
| 1 | MR. MANOLIUS:  Yes. | 11:49:09 |
| 2 | THE WITNESS:  It could -- we could be here | 11:49:10 |
| 3 | forever identifying communities of interest, because a | 11:49:13 |
| 4 | community of interest is a socioeconomic group or other | 11:49:16 |
| 5 | group. | 11:49:21 |
| 6 | The way that I explain it when I do | 11:49:22 |
| 7 | redistricting is that it should generally have three | 11:49:24 |
| 8 | things.  It should be something you can identify, like | 11:49:27 |
| 9 | skateboarders, they're a group.  It should be something | 11:49:29 |
| 10 | that you can map; skateboarders all live on this side of | 11:49:33 |
| 11 | town.  And then it should be something that has a | 11:49:37 |
| 12 | concern with the agency being redistricted.  The city | 11:49:42 |
| 13 | council is going to get rid of the skate park so the | 11:49:45 |
| 14 | skateboarders are now a community of interest that | 11:49:48 |
| 15 | should be considered. | 11:49:51 |
| 16 | There are other types of communities of | 11:49:51 |
| 17 | interest.  A neighborhood is a community of interest. | 11:49:53 |
| 18 | People say I live in Boulevard Park, that's a community | 11:49:56 |
| 19 | of interest.  People who go to the senior senior could | 11:49:58 |
| 20 | be a community of interest, young people, old people. | 11:50:02 |
| 21 | LGBTQ community has been a community of | 11:50:05 |
| 22 | interest and that's one that California considers in a | 11:50:09 |
| 23 | lot of municipal redistricting.  And I've used | 11:50:12 |
| 24 | redistricting -- I've in redistricting had elevation be | 11:50:17 |
| 25 | a community of interest in a water redistricting, | 11:50:19 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    83

```
 1   because at certain elevations the water district had        11:50:21

 2   different rates.                                             11:50:25

 3          I have had almond trees and walnut trees be          11:50:25

 4   communities of interest, because walnut trees use water     11:50:30

 5   differently than almond trees in a water district           11:50:30

 6   redistricting.                                              11:50:36

 7          I've had agricultural areas and farms be             11:50:36

 8   communities of interest.  I've had attendance rates,        11:50:42

 9   school campuses.                                            11:50:46

10          There are a plethora of communities of              11:50:48

11   interest and oftentimes they are very subjective, and       11:50:51

12   the communities of interest in the state redistricting,     11:50:54

13   in the city council redistricting, water redistricting,     11:50:57

14   they can all be different even in the same footprint.       11:51:00

15   So that skateboarding community of interest that            11:51:02

16   impacted lines in Sacramento might have really no           11:51:05

17   interest in the SMUD redistricting or the school board      11:51:09

18   redistricting, because they're not really an active         11:51:12

19   community of interest for that agency.                      11:51:15

20   Q      And people who shop at the same grocery store;       11:51:16

21   right?                                                      11:51:20

22   A      Yeah, or -- yeah, or use InstaCart.                  11:51:20

23   Q      Can racial groups be communities of interest?        11:51:23

24          MR. MANOLIUS:  Objection.  Calls for                 11:51:26

25   speculation.  Vague as to in what context.  If you mean     11:51:29
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          84

1    in his general redistricting work, you can answer the        11:51:34

2    question.                                                     11:51:36

3               THE WITNESS:  Generally, if there is a            11:51:37

4    community, say, with the Armenian grocery stores or          11:51:43

5    there is a community around a Black church, or there is      11:51:46

6    an area where they're concerned about having in-language     11:51:50

7    services, then those become the communities of interest.     11:51:55

8               So it generally is the, the identified group      11:52:00

9    and their interests in those three things.  So they're a     11:52:07

10   group that can be identified, a group that can be mapped     11:52:11

11   and a group that has a concern before the agency.            11:52:13

12              Those are general ways that I describe it when    11:52:16

13   I do my municipal and statewide redistricting.  In New       11:52:18

14   York redistricting, that's how we describe communities       11:52:22

15   of interest.                                                  11:52:23

16   **Q        And what community of interest data did your**    11:52:25

17   **staff collect for the Prop 50 map?**                       11:52:28

18              MR. MANOLIUS:  Objection.  Calls for              11:52:31

19   information that is protected by the legislative             11:52:32

20   privilege.  I instruct you not to answer.                    11:52:34

21              MS. HAMILL Q:  And how did they convert that      11:52:36

22   information into geographic formats?                         11:52:39

23              MR. MANOLIUS:  Same objection.  I instruct you    11:52:41

24   not to answer.                                                11:52:43

25              MS. HAMILL Q:  Were any racial communities of     11:52:44

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                                    85

```
 1   interest used in drawing the Proposition 50 maps?      11:52:47
 2           MR. MANOLIUS:  Same objection.  I instruct you  11:52:50
 3   not to answer.                                          11:52:52
 4           MS. HAMILL Q:  Did you talk to the DCCC about   11:52:53
 5   racial considerations you made in your map?             11:52:56
 6           MR. MANOLIUS:  Same objection.  Instruct you    11:52:58
 7   not to answer.                                          11:53:00
 8           MS. HAMILL Q:  Why didn't you participate in    11:53:01
 9   the public legislative hearings for Prop 50?            11:53:11
10           MR. MANOLIUS:  Objection.  Lacks foundation,    11:53:15
11   calls for speculation, vague as to time.  You can      11:53:16
12   answer.                                                 11:53:20
13           MR. WOODS:  Join.                               11:53:21
14           THE WITNESS:  I wasn't asked to.  Did you       11:53:23
15   catch that?  I was quick.                               11:53:24
16           MS. HAMILL Q:  And did you speak to any         11:53:24
17   legislators about how you drew the maps before they     11:53:32
18   voted on what became Prop 50?                           11:53:35
19           MR. MANOLIUS:  Same objection.  Calls for       11:53:38
20   information that's protected by the legislative         11:53:40
21   privilege.  I instruct you not to answer.               11:53:42
22           MS. HAMILL Q:  Well, we identified some         11:53:44
23   staffers earlier that you did speak to about the maps;  11:53:47
24   correct?                                                11:53:52
25           MR. MANOLIUS:  You identified the staffers who  11:53:52
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                                86

```
 1   were engaged during that time, yes, but the content of        11:53:54
 2   those conversations are protected by legislative              11:53:59
 3   privilege and I instruct you not to answer.                   11:54:04
 4           MS. HAMILL Q:  I am not asking for the                 11:54:06
 5   content.  I am asking did you speak to any of the             11:54:07
 6   legislators before they voted on the map?                     11:54:09
 7           MR. MANOLIUS:  I am sorry, staffers --                 11:54:12
 8           THE WITNESS:  In the prior question you said           11:54:13
 9   about the drawing of the maps, so are you saying now          11:54:15
10   just did I talk to them at all before, while they were        11:54:17
11   considering it?                                                11:54:21
12           MS. HAMILL Q:  Did you talk to any legislators         11:54:22
13   between August 15th and the vote on the Proposition 50        11:54:25
14   map?                                                           11:54:32
15           MR. WOODS:  Objection.                                 11:54:32
16           MR. MANOLIUS:  Objection.  Vague as to what.           11:54:34
17           MR. WOODS:  Join.                                      11:54:37
18           THE WITNESS:  Yes.                                     11:54:38
19           MS. HAMILL Q:  Who did you speak to?                   11:54:38
20           MR. MANOLIUS:  Yeah.                                   11:54:44
21           THE WITNESS:  Um, are you saying as a                  11:54:45
22   one-on-one basis who did I speak to?                           11:54:51
23           MR. MANOLIUS:  Maybe start with that.                  11:54:55
24           MS. HAMILL Q:  Why don't we start with                 11:54:56
25   one-on-one?                                                    11:54:57
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                                87

| | | |
|---|---|---|
| 1 | A        You -- it might be incomplete, so I apologize. | 11:54:59 |
| 2 | I'm just going to think of people that I talked to. | 11:55:04 |
| 3 |         MR. MANOLIUS:  Keep in mind the time period | 11:55:08 |
| 4 | she's asked about. | 11:55:10 |
| 5 |         THE WITNESS:  It was August 15th through the | 11:55:11 |
| 6 | passage; right? | 11:55:13 |
| 7 |         MS. HAMILL Q:  Uh-huh. | 11:55:14 |
| 8 | A        Christopher Kamon, Sabrina Cervantes senators, | 11:55:16 |
| 9 | both of those are senators.  Really, if I had, like, a | 11:55:29 |
| 10 | list of all of the legislators in front of me I might be | 11:55:34 |
| 11 | able to do a better job of this. | 11:55:37 |
| 12 |         Angelique Ashby.  I am just trying to travel | 11:55:40 |
| 13 | around the state in my head.  Um, oh, if I had a | 11:55:51 |
| 14 | legislative list I could probably do a better job. | 11:56:15 |
| **15** | **Q        Can you give me a percentage of how many** | 11:56:18 |
| **16** | **members of the Legislature you spoke with during that** | 11:56:20 |
| **17** | **time period?** | 11:56:23 |
| 18 | A        One-on-one, I would say ten. | 11:56:24 |
| **19** | **Q        Ten percent or ten individuals?** | 11:56:25 |
| 20 | A        Ten total, which is roughly 10-percent of the | 11:56:27 |
| 21 | Legislature. | 11:56:30 |
| **22** | **Q        And did you also address them in group** | 11:56:31 |
| **23** | **settings?** | 11:56:33 |
| 24 |         MR. MANOLIUS:  You can answer. | 11:56:34 |
| 25 |         THE WITNESS:  Yes. | 11:56:34 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                              88

| | | |
|---|---|---|
| 1 | MS. HAMILL Q:  And in group settings, how many | 11:56:35 |
| 2 | of them did you speak with at a time? | 11:56:39 |
| 3 | MR. MANOLIUS:  Objection, compound.  If there | 11:56:42 |
| 4 | was more than one meeting you might want to indicate | 11:56:44 |
| 5 | that. | 11:56:47 |
| 6 | THE WITNESS:  I believe, to my best of my | 11:56:47 |
| 7 | recollection in group settings, they were speaking with | 11:56:50 |
| 8 | the group, and if I was having one-on-one conversation, | 11:56:53 |
| 9 | like, Rick Zbur we can add to the list, he is a | 11:56:57 |
| 10 | legislator, and prior to presenting at one point I | 11:57:02 |
| 11 | talked to him prior to me talking, but I wasn't having | 11:57:04 |
| 12 | one-on-one conversations with the members in the group | 11:57:08 |
| 13 | settings. | 11:57:11 |
| 14 | MS. HAMILL Q:  And did you talk to any | 11:57:12 |
| 15 | legislators about protecting racial groups with respect | 11:57:14 |
| 16 | to the Proposition 50 map? | 11:57:18 |
| 17 | MR. MANOLIUS:  Objection.  Calls for | 11:57:20 |
| 18 | information that's protected under the legislative | 11:57:21 |
| 19 | privilege.  I instruct you not to answer. | 11:57:23 |
| 20 | MS. HAMILL Q:  Did any legislator express any | 11:57:25 |
| 21 | sentiment whatsoever about protecting the voting power | 11:57:28 |
| 22 | of any racial group to you with respect to the | 11:57:31 |
| 23 | Proposition 50 map? | 11:57:34 |
| 24 | MR. MANOLIUS: Same objection, and I instruct | 11:57:35 |
| 25 | you not to answer, legislative privilege. | 11:57:36 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                        89

```
 1             MS. HAMILL Q:  Isn't it true that multiple          11:57:38

 2   legislators expressed to you concerns about protecting        11:57:42

 3   the voting power of certain racial groups in California       11:57:45

 4   with respect to the Proposition 50 map?                       11:57:48

 5             MR. MANOLIUS:  Objection.  Compound and also        11:57:51

 6   calls for information that's protected by the                 11:57:54

 7   legislative privilege.                                        11:57:56

 8             MS. HAMILL Q:  At the time of the vote on the       11:57:57

 9   map, and when we say map, it wasn't really a map; right?      11:58:15

10   It was just the legal descriptions of what became the         11:58:18

11   map; is that right?                                           11:58:20

12             MR. MANOLIUS:  Objection.  Calls for                11:58:21

13   speculation.                                                  11:58:22

14             THE WITNESS:  A census block equivalency is a       11:58:25

15   map.  A census block equivalency is the equivalent of a       11:58:30

16   map, so I would still call it a map even if it's not a        11:58:31

17   picture of the map.                                           11:58:34

18             MS. HAMILL Q:  And at the time -- and that was      11:58:35

19   AB604; correct?                                               11:58:41

20   A        Yes.  I believe there were multiple bills.           11:58:42

21   Q        And at the time that the Legislature voted on        11:58:48

22   AB604, were they presented with any alternative maps?         11:58:55

23             MR. MANOLIUS:  Objection.  Calls for                11:58:58

24   speculation.  You can answer, if you know.                    11:58:59

25             THE WITNESS:  I'm not aware.                        11:59:01
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                        90

| | | |
|---|---|---|
| 1 | MS. HAMILL Q:  Did you redraw the map based on | 11:59:03 |
| 2 | any input from any legislators? | 11:59:09 |
| 3 | MR. MANOLIUS:  Objection.  Calls for | 11:59:11 |
| 4 | information that's protected by the legislative | 11:59:12 |
| 5 | privilege and I instruct you not to answer. | 11:59:14 |
| 6 | MS. HAMILL Q:  I want to go back to Exhibit 6, | 11:59:16 |
| 7 | the DCCC cover letter. | 11:59:20 |
| 8 | So the last couple of lines, let's go with the | 11:59:45 |
| 9 | third from the bottom of the first paragraph, it says, | 11:59:49 |
| 10 | "Republican-majority states where Republicans -- doing | 11:59:53 |
| 11 | the bidding of their D.C. party bosses -- are | 11:59:56 |
| 12 | considering adopting a clearly racially gerrymandered, | 12:00:00 |
| 13 | partisan map at the expense of their voters." | 12:00:05 |
| 14 | Is it possible to have a clearly racially | 12:00:08 |
| 15 | gerrymandered partisan map? | 12:00:10 |
| 16 | MR. MANOLIUS:  Objection.  Calls for | 12:00:15 |
| 17 | speculation, lacks foundation and vague as to time and | 12:00:16 |
| 18 | scope. | 12:00:23 |
| 19 | MR. WOODS:  Join.  Also, calls for a legal | 12:00:24 |
| 20 | conclusion. | 12:00:26 |
| 21 | MR. MANOLIUS:  I'll join that one. | 12:00:27 |
| 22 | THE WITNESS:  I don't know and I didn't write | 12:00:29 |
| 23 | this, so -- | 12:00:31 |
| 24 | MS. HAMILL Q:  Are you familiar with the | 12:00:33 |
| 25 | concept of a racially gerrymandered partisan map? | 12:00:34 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                        91

```
 1              MR. MANOLIUS:  Again, vague as to the term and        12:00:42

 2     calls for a legal conclusion and calls for speculation.       12:00:45

 3     You can answer.                                               12:00:49

 4              MR. WOODS:  Join.                                    12:00:49

 5              THE WITNESS:  To be clear, my work is in             12:00:51

 6     municipal and not partisan redistricting.                    12:00:58

 7              I have never done a partisan redistricting           12:01:00

 8     until now.  But, generally, I think in most cases I've        12:01:03

 9     heard of maps being a racial gerrymander or a partisan       12:01:06

10     gerrymander or another gerrymander or amenity                12:01:11

11     gerrymander, but I don't know that they can't be two         12:01:15

12     things at once.  That's not my area of expertise.           12:01:17

13              MS. HAMILL Q:  When I say "gut and amend," do        12:01:20

14     you have an understanding of what that means?                12:01:26

15     A       My ears went up.  Sorry.                             12:01:28

16              MR. WOODS:  Objection.  Calls --                    12:01:32

17              MR. MANOLIUS:  Objection, vague.  Calls for          12:01:33

18     speculation.                                                 12:01:35

19              MR. WOODS:  It calls for a legal conclusion.         12:01:35

20     You can answer.                                              12:01:37

21              THE WITNESS:  Of course.  I worked in the            12:01:38

22     Legislature, so I know what a gut and amend is.              12:01:39

23              MS. HAMILL Q:  Can you give us a basic               12:01:42

24     explanation from your understanding of what it is?           12:01:43

25              MR. MANOLIUS:  Same objection.                       12:01:46
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    92

| | | |
|---|---|---|
| 1 | THE WITNESS:  A gut and amend in the | 12:01:47 |
| 2 | Legislature is generally a bill where you take the | 12:01:49 |
| 3 | contents out and you put new contents in and it retains | 12:01:50 |
| 4 | its same bill number, oftentimes the same author, and | 12:01:53 |
| 5 | then it moves forward in the process. | 12:01:56 |
| 6 | MS. HAMILL Q:  Do you know why gut and amend | 12:01:57 |
| 7 | is used? | 12:01:59 |
| 8 | MR. MANOLIUS:  Objection.  Calls for | 12:02:00 |
| 9 | speculation, overbroad, vague as to time, subject | 12:02:01 |
| 10 | matter.  You can answer. | 12:02:03 |
| 11 | MR. WOODS:  Join.  Also, calls for a legal | 12:02:05 |
| 12 | conclusion. | 12:02:07 |
| 13 | THE WITNESS:  So from my own experience, prior | 12:02:07 |
| 14 | to ever working redistricting, having worked in the | 12:02:10 |
| 15 | Legislature, a bill generally has -- remember, "How a | 12:02:14 |
| 16 | bill becomes a law," the song? | 12:02:19 |
| 17 | But a bill begins as a draft.  It routes its | 12:02:20 |
| 18 | way through committees and some of those committees have | 12:02:26 |
| 19 | deadlines. | 12:02:30 |
| 20 | And so, oftentimes, when an urgent issue comes | 12:02:31 |
| 21 | up it's not timely to go back to the beginning of the | 12:02:35 |
| 22 | process, it's more timely to take a bill that has gone | 12:02:38 |
| 23 | through some steps and then utilize that as the vehicle | 12:02:41 |
| 24 | is what they'll call that, as their vehicle for a new | 12:02:45 |
| 25 | bill. | 12:02:48 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                        93

```
 1            MS. HAMILL Q:  So it's a quick way to get a          12:02:48

 2   bill passed?                                                  12:02:50

 3   A        I'm not --                                           12:02:51

 4            MR. MANOLIUS:  Objection.  Mischaracterizes          12:02:52

 5   his testimony.  You can answer the question.                  12:02:54

 6            THE WITNESS:  I haven't worked in the                12:02:57

 7   Legislature in almost 20 years, so, but from a layperson      12:02:59

 8   standpoint it is a more efficient way to move an issue        12:03:02

 9   along, if it's urgent.                                        12:03:08

10            MS. HAMILL Q:  And was the Prop 50 map the           12:03:09

11   product of gut and amend?                                     12:03:12

12            MR. MANOLIUS:  Objection.  Calls for a legal         12:03:14

13   conclusion, calls for speculation, lacks foundation and       12:03:18

14   seeks information protected by the privilege,                 12:03:24

15   legislative privilege, so I instruct you not to answer.       12:03:28

16            MS. HAMILL Q:  Based on your understanding of        12:03:31

17   the gut and amend, is Proposition 50 a gut and amend,         12:03:37

18   based on the public process, not on anything that you're      12:03:41

19   familiar with in your own private capacity?                   12:03:43

20            MR. MANOLIUS:  Again, same objection.  The way       12:03:49

21   you're characterizing it misstates, and part of the           12:03:51

22   legislative process, so instruct you not to answer.           12:03:56

23            THE WITNESS:  (Witness shrugging shoulders.)         12:04:02

24            MS. HAMILL Q:  Okay.  I just want to know if         12:04:04

25   you think it was a gut and amend --                           12:04:08
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                        94

| | | |
|---|---|---|
| 1 | MR. MANOLIUS:  Same objection. | 12:04:10 |
| 2 | MS. HAMILL Q:  -- based on public processes? | 12:04:11 |
| 3 | MR. MANOLIUS:  Don't answer. | 12:04:14 |
| 4 | MS. HAMILL Q:  And there was a clerical error | 12:04:15 |
| 5 | that had to be corrected after the Legislature voted on | 12:04:19 |
| 6 | this map with respect to mislabled districts; correct? | 12:04:23 |
| 7 | MR. WOODS:  Objection.  Vague. | 12:04:30 |
| 8 | MR. MANOLIUS:  Yeah.  Same. | 12:04:31 |
| 9 | THE WITNESS:  I'm not aware of that.  And to | 12:04:33 |
| 10 | be clear, once it was in the Legislature, I was paying a | 12:04:36 |
| 11 | lot less attention, but I've never heard that before | 12:04:41 |
| 12 | until you stated it. | 12:04:43 |
| 13 | MS. HAMILL Q:  So you're unaware of any | 12:04:45 |
| 14 | changes having to be made to the map after the vote in | 12:04:47 |
| 15 | the Legislature? | 12:04:50 |
| 16 | MR. MANOLIUS:  Objection.  Misstates his | 12:04:50 |
| 17 | testimony, calls for speculation, vague as to time.  You | 12:04:51 |
| 18 | can answer. | 12:04:56 |
| 19 | MR. WOODS:  Join. | 12:04:56 |
| 20 | THE WITNESS:  No idea. | 12:04:57 |
| 21 | MS. HAMILL Q:  As a voter -- | 12:04:59 |
| 22 | A     You're not speaking to the ballot guide? | 12:05:03 |
| **23** | **Q     I am sorry?** | 12:05:07 |
| 24 | A     The ballot guide had an error of printing that | 12:05:09 |
| 25 | mislabled a district, but not, I am not aware of | 12:05:11 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                              95

```
 1   anything with the bill.                                  12:05:14
 2   Q         The ballot guide had an error, so it wasn't    12:05:15
 3   the map itself?                                          12:05:18
 4   A         I don't know what you're speaking to, but I'm  12:05:19
 5   potentially conflating an issue that happened after the  12:05:23
 6   ballot guide was mailed and a district was misnumbered   12:05:26
 7   on a map and they had to send out a supplement.          12:05:29
 8   Q         Can you tell me more about that?               12:05:32
 9   A         I am not -- I don't work for the Secretary of  12:05:34
10   State, so I don't know, I was not a part of this.        12:05:37
11             But voters were mailed a ballot guide and in   12:05:39
12   the ballot guide -- I think it's called a ballot         12:05:42
13   guide -- there were maps, and on one of the maps I       12:05:46
14   believe two districts were numbered 22 or two districts  12:05:50
15   were numbered 27, and other maps in the ballot guide     12:05:54
16   were properly numbered, but even though there was an     12:06:00
17   error on one page they ended up mailing out a postcard   12:06:03
18   to all voters saying this is the properly numbered       12:06:06
19   statewide map.                                           12:06:09
20   Q         So they mailed a correction postcard to all    12:06:09
21   registered voters in California?                         12:06:12
22   A         (Witness nodding head.)  My understanding --   12:06:13
23             MR. MANOLIUS:  Objection.  Calls for           12:06:14
24   speculation, lacks foundation.  You can answer, if you   12:06:16
25   know.                                                    12:06:19
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                        96

```
 1              MR. WOODS:  Same objection.  Also, relevance.        12:06:19

 2              THE WITNESS:  That's my understanding.  That's       12:06:21

 3    my understanding.                                              12:06:22

 4              MS. HAMILL Q:  Do you have any idea how much         12:06:23

 5    that cost?                                                     12:06:31

 6              MR. WOODS:  Same objection.                          12:06:34

 7              MR. MANOLIUS:  Calls for speculation, lacks          12:06:34

 8    foundation.  You can answer.                                   12:06:38

 9              THE WITNESS:  I do not know.                         12:06:40

10              MS. HAMILL Q:  Have any California legislators       12:06:42

11    expressed interest to you in preserving Voting Rights          12:06:53

12    Act districts in the Proposition 50 map?                       12:06:58

13              MR. MANOLIUS:  Objection.  Calls for                 12:07:01

14    information that's protected by legislative privilege.         12:07:02

15    I instruct you not to answer.                                  12:07:04

16              MS. HAMILL Q:  And when you're drawing maps,         12:07:06

17    generally, how do you know which district is a Voting          12:07:08

18    Rights Act district?                                           12:07:12

19              MR. MANOLIUS:  Objection.  Overbroad, vague,         12:07:13

20    relevance, and vague as to the term "Voting Rights             12:07:16

21    district."  You can answer your general understanding,         12:07:22

22    as long as it's not part of the Prop 50 process.               12:07:26

23              THE WITNESS:  In other redistricting, I don't        12:07:29

24    generally call something a Voting Rights Act district.         12:07:31

25              MS. HAMILL Q:  You don't use that phrase?            12:07:34
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                              97

| | | |
|---|---|---|
| 1 | A        Generally, I try not to use a term like Voting | 12:07:35 |
| 2 | Right Act district, but I do generally want in my | 12:07:38 |
| 3 | municipal redistrictings or working with the State of | 12:07:43 |
| 4 | New York in their redistricting or working in other | 12:07:46 |
| 5 | states, I generally do want to be cognizant of VRA and I | 12:07:49 |
| 6 | want to lean on legal counsel for interpretations of the | 12:07:55 |
| 7 | VRA. | 12:07:57 |
| 8 | **Q        And so, generally, when you're drawing** | 12:07:58 |
| 9 | **districts and you are trying to protect the voting** | 12:08:00 |
| 10 | **interests of protected classes, how do you identify** | 12:08:06 |
| 11 | **which districts those are?** | 12:08:10 |
| 12 | MR. MANOLIUS:  Objection.  Overbroad, lacks | 12:08:12 |
| 13 | foundation, calls for speculation, and I instruct you | 12:08:16 |
| 14 | not to answer as to the Prop 50 project, but you can | 12:08:21 |
| 15 | answer as to any other things you've done. | 12:08:24 |
| 16 | MR. WOODS:  Join. | 12:08:27 |
| 17 | THE WITNESS:  I think the question itself | 12:08:29 |
| 18 | might be a little bit missing, because, generally, what | 12:08:31 |
| 19 | happens, say, use an example I have done in a recent | 12:08:36 |
| 20 | redistricting, a member of the community comes forward | 12:08:41 |
| 21 | with a draft map that has the district that's over | 12:08:42 |
| 22 | 50-percent of one racial group, and then I'll generally | 12:08:45 |
| 23 | work with attorneys to say is this something that should | 12:08:47 |
| 24 | be given a priority because of the Voting Rights Act? | 12:08:50 |
| 25 | But it's the way your question was worded | 12:08:54 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                              98

| | | |
|---|---|---|
| 1 | insinuated that I go headstrong into a redistricting | 12:08:57 |
| 2 | with that, there's -- with some kind of VRA idea prior | 12:09:02 |
| 3 | to any maps being drawn. | 12:09:08 |
| 4 | MS. HAMILL Q:  What you just explained to me, | 12:09:10 |
| 5 | where you'll receive something from a group that shows | 12:09:13 |
| 6 | you a map with over 50-percent of a particular racial | 12:09:16 |
| 7 | group and then you talk to an attorney to see if that | 12:09:21 |
| 8 | needs special attention.  Did you do that with respect | 12:09:23 |
| 9 | to Proposition 50? | 12:09:26 |
| 10 | MR. MANOLIUS:  Objection.  Calls for | 12:09:27 |
| 11 | information that's protected by the legislative | 12:09:29 |
| 12 | privilege.  I instruct you not to answer. | 12:09:31 |
| 13 | MS. HAMILL Q:  What attorneys do you generally | 12:09:33 |
| 14 | or which attorneys do you generally speak to to ask that | 12:09:37 |
| 15 | question? | 12:09:39 |
| 16 | MR. MANOLIUS:  Objection.  Vague as to time, | 12:09:40 |
| 17 | project, state.  You can answer. | 12:09:42 |
| 18 | THE WITNESS:  Regarding other redistrictings? | 12:09:50 |
| 19 | MS. HAMILL Q:  Yes. | 12:09:52 |
| 20 | A        It depends if the agency has their own | 12:09:52 |
| 21 | internal legal counsel that's handling that or contract | 12:09:56 |
| 22 | legal counsel or, you know, State of New York had | 12:09:58 |
| 23 | assigned legal counsel and experts, and so it depends | 12:10:01 |
| 24 | based on the agency. | 12:10:05 |
| 25 | **Q        And when you say agency, you mean the** | 12:10:07 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          99

```
 1   government agency?                                        12:10:09

 2   A        Governmental agency, yeah.                       12:10:09

 3   Q        Okay.  And so you'll rely on the legal advice    12:10:10

 4   of the governmental agency?                               12:10:12

 5   A        Or their attorneys, their contract attorneys.    12:10:14

 6   Q        Got it.  Did you talk to Assembly Member Isaac   12:10:16

 7   Bryan while drawing Proposition 50 maps?                  12:10:22

 8   A        Oh, I did.  Wait a minute.  Hold on a second.    12:10:25

 9   Let me revise that.                                       12:10:31

10            I don't recall.  What was the timeframe you      12:10:32

11   asked about?                                              12:10:39

12   Q        While drawing the Proposition 50 maps.           12:10:39

13   A        No.                                              12:10:42

14   Q        Did you speak to Mike McGuire while drawing      12:10:43

15   the Proposition 50 maps?                                  12:10:47

16   A        No.                                              12:10:50

17            MR. MANOLIUS:  And just so, just for -- just     12:10:50

18   vague as to time.  You mean between July --               12:10:52

19            THE WITNESS:  Since drawn --                     12:10:57

20            MR. MANOLIUS:  -- July and August timeframe.     12:10:58

21            THE WITNESS:  -- yeah.  So prior to this, the    12:10:59

22   submission of the map, which would be the drawing         12:11:01

23   period, no.                                               12:11:05

24            MS. HAMILL Q:  Did you speak to Speaker Rivas    12:11:05

25   during that same period?                                  12:11:08
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    100

| | | |
|---|---|---|
| 1 | A        No. | 12:11:09 |
| 2 | **Q        Did you speak to the staff members of any of** | 12:11:09 |
| 3 | **those three legislators during that period?** | 12:11:12 |
| 4 | A        Definitely to the pro tem and the speaker, but | 12:11:14 |
| 5 | not sure about Isaac Bryan's staff. | 12:11:17 |
| 6 | MS. HAMILL:  Are you all hungry for lunch or | 12:11:25 |
| 7 | should we push this? | 12:11:26 |
| 8 | THE REPORTER:  Off the record? | 12:11:36 |
| 9 | MR. MANOLIUS:  Yeah.  That would be great. | 12:11:38 |
| 10 | THE VIDEOGRAPHER:  The time is 12:11 p.m.  We | 12:11:40 |
| 11 | are going off the record. | 12:11:42 |
| 12 | (Whereupon the luncheon recess | 12:11:42 |
| 13 | was taken at 12:11 p.m. | 12:11:42 |
| 14 | and the deposition was reconvened | 12:11:42 |
| 15 | at 1:04 p.m.) | 01:04:09 |
| 16 | THE VIDEOGRAPHER:  We are back on the record. | 01:04:09 |
| 17 | The time is 1:04 p.m. and this marks the beginning of | 01:04:19 |
| 18 | videotape number three in the deposition of Paul | 01:04:23 |
| 19 | Mitchell, which is being taken at Hanson Bridgett, LLP, | 01:04:26 |
| 20 | 500 Capitol Mall, Suite 1500, Sacramento, California. | 01:04:30 |
| 21 | The videographer is Nicholas Coulter, here on behalf of | 01:04:35 |
| 22 | Array Legal Services. | 01:04:39 |
| 23 | MS. HAMILL:  All right.  I am marking as | 01:04:42 |
| 24 | Exhibit 8 the transcript of the Capitol Weekly Podcast, | 01:04:45 |
| 25 | dated August 15th, 2025. | 01:04:50 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          101

```
 1                 (Whereupon Plaintiff's Exhibit 8          01:04:50

 2          was marked for identification.)                  01:04:56

 3          MS. HAMILL Q:  And I'll give you a couple of      01:04:56

 4   minutes to just sort of skim through this document.     01:05:01

 5   A     Am I --                                           01:05:09

 6   Q     Have you seen this document before?               01:05:11

 7   A     This is the one that's attached in one of the     01:05:12

 8   filings or something like that?                         01:05:15

 9   Q     It's marked as Exhibit 10 for our preliminary     01:05:18

10   hearing.                                                01:05:22

11          MR. MEUSER:  I believe only an excerpt of it     01:05:25

12   was attached.  I don't think the entire document itself 01:05:28

13   was attached, so --                                     01:05:31

14          THE WITNESS:  Let me make sure I know which      01:05:32

15   ones is -- (mumbling.)                                  01:05:35

16          THE REPORTER:  When you talk, I must write it    01:05:43

17   down.                                                   01:05:47

18          THE WITNESS:  Okay.                              01:05:48

19          MR. MEUSER:  That exhibit number is exhibit      01:05:49

20   number of our joint exhibit list, so you're not pulling 01:05:52

21   it from a prior file.  Oh, yeah.  Okay.                 01:05:57

22          MR. MANOLIUS:  So your question was:  Have you   01:06:15

23   seen this document?                                     01:06:17

24          THE WITNESS:  Have I seen this document          01:06:18

25   before?  Then maybe not.                                01:06:20
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    102

| | |
|---|---|
| 1 | MS. HAMILL Q:  Do you recall doing an | 01:06:21 |
| 2 | interview with Capitol Weekly Podcast on August 15th, | 01:06:23 |
| 3 | 2025? | 01:06:28 |
| 4 | A      I recall doing an interview with them.  The | 01:06:28 |
| 5 | date it says on here, I don't -- just believe it, but I | 01:06:31 |
| 6 | don't recall what day it was. | 01:06:35 |
| 7 | **Q      And just flipping through the pages, do you** | 01:06:35 |
| 8 | **generally recollect having a conversation reflected in** | 01:06:38 |
| 9 | **this transcript?** | 01:06:43 |
| 10 | MR. MANOLIUS:  Objection.  Compound, | 01:06:44 |
| 11 | overbroad.  You can answer. | 01:06:46 |
| 12 | THE WITNESS:  Yes. | 01:06:47 |
| 13 | MS. HAMILL Q:  So at first this Proposition 50 | 01:06:48 |
| 14 | operation was a bluff; correct? | 01:06:56 |
| 15 | MR. MANOLIUS:  Objection.  Calls for | 01:06:57 |
| 16 | information that's protected by the litigation | 01:07:00 |
| 17 | privilege, legislative.  Don't answer the question. | 01:07:02 |
| 18 | MS. HAMILL Q:  Did someone tell you to draw | 01:07:05 |
| 19 | maps or to talk about maps in a way that might scare | 01:07:12 |
| 20 | Texas out of redistricting? | 01:07:16 |
| 21 | MR. MANOLIUS:  Same objections.  Instruct you | 01:07:19 |
| 22 | not to answer the question. | 01:07:23 |
| 23 | MS. HAMILL Q:  And who told you that? | 01:07:24 |
| 24 | A      (Witness smiling.) | 01:07:28 |
| 25 | MR. MANOLIUS:  Same objections.  Instruct you | 01:07:29 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    103

```
 1    not to answer the question.                          01:07:31

 2           MS. HAMILL Q:  Did anyone pay you to do that?  01:07:32

 3           MR. MANOLIUS:  Hold.  Same objections, in      01:07:35

 4    terms of the specificity of what was discussed and    01:07:41

 5    implicates the legislative privilege.                 01:07:46

 6           MS. HAMILL Q:  And then you had people         01:07:49

 7    reaching out to you asking you to draw a 52 to zero map; 01:07:51

 8    correct?                                              01:07:57

 9           MR. MANOLIUS:  Objection.  Well, again, vague  01:07:57

10    as to time.  Are we talking about during the process, 01:07:59

11    because if so it's protected by the legislative       01:08:02

12    privilege, so I instruct you not to answer, if it was 01:08:05

13    during the process we have described from July through 01:08:08

14    August.                                               01:08:11

15           MS. HAMILL Q:  Has anyone ever asked you to    01:08:11

16    draw a 52 to zero Democrat advantage congressional map 01:08:13

17    for California?                                       01:08:18

18           MR. MANOLIUS:  Again, if it's during the map   01:08:23

19    drawing process, I'd caution you to not answer the    01:08:25

20    question, but if it's outside of that process, you can 01:08:29

21    answer the question.                                  01:08:31

22           THE WITNESS:  I'd only characterize maybe      01:08:33

23    people on Twitter saying, why doesn't he draw a 52 to 01:08:42

24    zero map, but not somebody actually directing me to.  01:08:46

25           MS. HAMILL Q:  Can you turn to page 10 of this 01:08:54
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          104

| | | |
|---|---|---|
| 1 | exhibit that we have marked as Exhibit 8, and I'll | 01:08:56 |
| 2 | direct your attention to lines four through 13? | 01:09:08 |
| 3 | A        Uh-huh. | 01:09:13 |
| 4 |         MR. MANOLIUS:  Through 13, you said? | 01:09:34 |
| 5 |         MS. HAMILL:  Yes. | 01:09:35 |
| 6 |         MR. MANOLIUS:  Thanks. | 01:09:36 |
| 7 |         MS. HAMILL Q:  Do you remember saying these | 01:09:37 |
| 8 | things during this interview? | 01:09:55 |
| 9 |         MR. MANOLIUS:  The portion between three and | 01:09:57 |
| 10 | 14 or three and 13, do you -- answer the question. | 01:10:00 |
| 11 |         THE WITNESS:  Yes. | 01:10:04 |
| 12 |         MS. HAMILL Q:  And what did you mean when you | 01:10:05 |
| 13 | said, "The VRA," on line 10? | 01:10:06 |
| 14 | A        I meant the layperson's understanding of what | 01:10:09 |
| 15 | Texas was doing. | 01:10:16 |
| **16** | **Q        And so this section that I've asked you to** | 01:10:19 |
| **17** | **read sounds like you're talking about the democratic eco** | 01:10:22 |
| **18** | **stream.** | 01:10:27 |
| **19** | **        Is that what you mean by people on X and** | 01:10:27 |
| **20** | **Twitter?** | 01:10:29 |
| 21 | A        I think that's a typo.  I think it was | 01:10:30 |
| 22 | ecosystem. | 01:10:32 |
| **23** | **Q        Oh, that makes more sense, the democratic** | 01:10:34 |
| **24** | **ecosystem and --** | 01:10:38 |
| 25 | A        I may have misstated it, but that's what I | 01:10:40 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                        105

```
 1   meant.  You know what I mean?  This is consistent with     01:10:43

 2   what I just said in a prior question to answer the         01:10:46

 3   question two questions ago.                                01:10:48

 4   Q        So it wasn't like you had a specific request,     01:10:49

 5   it was just people on Twitter, people generally were       01:10:51

 6   yapping about a 52 to zero democratic advantage            01:10:55

 7   congressional map; correct?                                01:10:59

 8   A        It was chatter, yeah.                             01:11:00

 9   Q        But no specific direction?                        01:11:02

10   A        No.                                               01:11:04

11            MR. MANOLIUS:  Interpose a late objection as      01:11:14

12   to "specific direction."                                   01:11:16

13            THE WITNESS:  I should have waited.               01:11:18

14            MR. MANOLIUS:  No, that's not bad.  Due to        01:11:20

15   legislative privilege.  Thanks.                            01:11:23

16            MS. HAMILL Q:  And they said why can't we just    01:11:26

17   throw out the VRA and create six to eight more             01:11:28

18   Democratic pick-ups; right?                                01:11:32

19            MR. MANOLIUS:  Is your question whether he        01:11:36

20   said that?                                                 01:11:38

21            THE WITNESS:  I can affirm that that's what is    01:11:38

22   written here.                                              01:11:40

23            MS. HAMILL Q:  And what did you mean by that?     01:11:41

24            MR. MANOLIUS:  Objection.  Lacks foundation.      01:11:42

25   You can answer.                                            01:11:44
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    106

| | | |
|---|---|---|
| 1 | THE WITNESS:  I meant that there were certain | 01:11:45 |
| 2 | people in the ecosystem maybe that didn't even know a | 01:11:49 |
| 3 | lot about redistricting who were saying, why not just | 01:11:52 |
| 4 | throw all the guardrails off and draw something crazy | 01:11:55 |
| 5 | like what you see on Twitter. | 01:11:58 |
| 6 | There were a lot of what I derisively call | 01:12:00 |
| 7 | Twitter maps that were drawn by serious people. | 01:12:04 |
| 8 | MS. HAMILL Q:  They were not drawn by serious | 01:12:07 |
| 9 | people? | 01:12:09 |
| 10 | MR. WOODS:  Is that a "yes"?  Sorry. | 01:12:10 |
| 11 | MR. MANOLIUS:  It's your question. | 01:12:15 |
| 12 | THE WITNESS:  They were not drawn by serious | 01:12:16 |
| 13 | people, yes.  Sorry.  I was -- I didn't see that as an | 01:12:17 |
| 14 | actual question, I saw that as more of a -- | 01:12:20 |
| 15 | MR. WOODS:  Sure, just -- sorry, not trying to | 01:12:24 |
| 16 | interject, just want a clear record. | 01:12:26 |
| 17 | MS. HAMILL Q:  And so throwing out the | 01:12:29 |
| 18 | guardrails for the VRA, what does that mean to you? | 01:12:30 |
| 19 | A      Just throwing out the guardrails for | 01:12:34 |
| 20 | everything. | 01:12:36 |
| 21 | **Q      For everything, the VRA?** | 01:12:36 |
| 22 | A      I saw maps that were contiguous.  I think Mark | 01:12:39 |
| 23 | has seen those maps too. | 01:12:45 |
| 24 | **Q      So what does throwing away the VRA mean to** | 01:12:48 |
| 25 | **you?** | 01:13:06 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                         107

| | | |
|---|---|---|
| 1 | MR. MANOLIUS:  In the context of this | 01:13:06 |
| 2 | interview?  You can answer. | 01:13:08 |
| 3 | THE WITNESS:  On a podcast, speaking to a lay | 01:13:11 |
| 4 | audience of political people it means just abandoning | 01:13:13 |
| 5 | all constitutional requirements of any kind. | 01:13:19 |
| 6 | It just means doing a map without -- it means, | 01:13:21 |
| 7 | like I stated earlier, doing a map just free of any -- | 01:13:26 |
| 8 | it's a rule-less map, essentially. | 01:13:32 |
| 9 | MS. HAMILL Q:  Because earlier when I said | 01:13:34 |
| 10 | race, you immediately said the Voting Rights Act, so it | 01:13:36 |
| 11 | sounded like you equated the two. | 01:13:40 |
| 12 | MR. MANOLIUS:  Objection, vague.  I'm not sure | 01:13:41 |
| 13 | what you're referring to.  Misstates his testimony. | 01:13:43 |
| 14 | MR. WOODS:  Join. | 01:13:46 |
| 15 | MR. MANOLIUS:  Lacks foundation. | 01:13:46 |
| 16 | THE WITNESS:  I am unclear about the question | 01:13:50 |
| 17 | or the connection between what I said earlier and you | 01:13:53 |
| 18 | making this statement here about the VRA, so it doesn't, | 01:13:55 |
| 19 | the question, I am sorry, it doesn't make sense to me. | 01:13:58 |
| 20 | MS. HAMILL Q:  Do you recall earlier | 01:14:02 |
| 21 | discussing race and the Voting Rights Act? | 01:14:03 |
| 22 | MR. MANOLIUS:  Vague. | 01:14:08 |
| 23 | THE WITNESS:  I know -- | 01:14:09 |
| 24 | MR. MANOLIUS:  Objection, vague. | 01:14:09 |
| 25 | THE WITNESS:  -- we had a discussion about it | 01:14:10 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                              108

| | | |
|---|---|---|
| 1 | with regards to my municipal clients and my deference to | 01:14:11 |
| 2 | attorneys on determining Voting Rights Act compliance | 01:14:16 |
| 3 | and so on, but that is a much more serious actual | 01:14:18 |
| 4 | working part of an agency working on a redistricting | 01:14:22 |
| 5 | versus talking on a podcast after the maps have been | 01:14:25 |
| 6 | submitted, when this is part of, you know, just | 01:14:28 |
| 7 | layperson's understanding. | 01:14:32 |
| 8 | MS. HAMILL Q: For the purposes of the | 01:14:35 |
| 9 | Proposition 50 map, complying with the VRA meant | 01:14:52 |
| 10 | maintaining Hispanic majority districts to you; correct? | 01:14:57 |
| 11 | MR. MANOLIUS: Objection. Calls for | 01:15:02 |
| 12 | information that's protected by the legislative | 01:15:02 |
| 13 | privilege and I instruct you not to answer. | 01:15:05 |
| 14 | MS. HAMILL Q: While drawing proposition, the | 01:15:07 |
| 15 | Proposition 50 map, it was important to you to pay | 01:15:11 |
| 16 | attention to race and not just focus on partisanship; | 01:15:15 |
| 17 | correct? | 01:15:19 |
| 18 | MR. MANOLIUS: Objection. Same objection, | 01:15:19 |
| 19 | legislative privilege, and I instruct you not to answer. | 01:15:21 |
| 20 | MS. HAMILL Q: And you said you were going to | 01:15:24 |
| 21 | create a five district pick-up, follow the Voting Rights | 01:15:27 |
| 22 | Act and keep communities of interest together; correct? | 01:15:31 |
| 23 | MR. MANOLIUS: Objection. Lacks foundation. | 01:15:34 |
| 24 | Are you asking him to affirm what's in the transcript? | 01:15:36 |
| 25 | I am not sure I understand the question. | 01:15:39 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                        109

| | | |
|--|--|--|
| 1 | MS. HAMILL:  You can answer. | 01:15:40 |
| 2 | THE WITNESS:  Oh, this is what I said, if | 01:15:44 |
| 3 | that's what you're asking. | 01:15:47 |
| 4 | MS. HAMILL Q:  So you're pointing to -- | 01:15:48 |
| 5 | A       There's line 18 to 20, which is I think you're | 01:15:50 |
| 6 | referencing in the transcript, I won't dispute that that | 01:15:53 |
| 7 | is what I said.  I trust the transcript. | 01:15:56 |
| **8** | **Q       Did you use race to identify any communities** | 01:15:58 |
| **9** | **of interest in your map drawing for Proposition 50?** | 01:16:06 |
| 10 | MR. MANOLIUS:  Objection.  Legislative | 01:16:09 |
| 11 | privilege and instruct you not to answer. | 01:16:11 |
| 12 | MS. HAMILL Q:  And what communities of | 01:16:14 |
| 13 | interest information did you provide to the California | 01:16:17 |
| 14 | Legislature for Prop 50? | 01:16:20 |
| 15 | MR. MANOLIUS:  Same objections.  I instruct | 01:16:22 |
| 16 | you not to answer. | 01:16:23 |
| 17 | MS. HAMILL Q:  Let's turn to page 12 of this | 01:16:24 |
| 18 | transcript.  I'll point your attention to lines nine | 01:16:31 |
| 19 | through 14 -- | 01:16:36 |
| 20 | A       Hmm. | 01:16:40 |
| **21** | **Q       -- and if you peek back at page 11, line 24,** | 01:16:57 |
| **22** | **you're talking about Sara Sadhwani?** | 01:17:01 |
| 23 | A       Uh-huh. | 01:17:04 |
| **24** | **Q       Who is Sara Sadhwani?** | 01:17:05 |
| 25 | A       She is also on that page on line two. | 01:17:06 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                              110

| | | |
|---|---|---|
| 1 | Sara Sadhwani is one of the members of the | 01:17:09 |
| 2 | independent redistricting commission, the state | 01:17:12 |
| 3 | redistricting commission. | 01:17:17 |
| **4** | **Q**      **Was?** | 01:17:18 |
| 5 | A      Is ten year terms, they have ten year terms. | 01:17:19 |
| **6** | **Q**      **So it exists, just doesn't have any power** | 01:17:23 |
| **7** | **anymore?** | 01:17:26 |
| 8 | MR. WOODS:  Objection.  Calls for a legal | 01:17:27 |
| 9 | conclusion. | 01:17:28 |
| 10 | MR. MANOLIUS:  Objection.  Calls for legal | 01:17:28 |
| 11 | conclusion, lacks foundation.  You can answer, if you | 01:17:30 |
| 12 | know. | 01:17:30 |
| 13 | THE WITNESS:  They actually do still meet | 01:17:32 |
| 14 | infrequently.  I think they don't really have a budget | 01:17:34 |
| 15 | or staff right now, but they do have a role in helping | 01:17:37 |
| 16 | with the transition to the next commission in 2031. | 01:17:40 |
| 17 | MS. HAMILL Q:  And so you said, "I don't think | 01:17:46 |
| 18 | she'd stand up on that stage and say I support this if | 01:17:48 |
| 19 | what we're going to get was districts that decimated all | 01:17:51 |
| 20 | of the communities, you know, throughout L.A., like some | 01:17:54 |
| 21 | of the public map -- or some of the map proposals we've | 01:17:57 |
| 22 | seen." | 01:18:00 |
| 23 | Do you remember saying that? | 01:18:01 |
| 24 | A      I trust the transcript.  I remember saying | 01:18:03 |
| 25 | something -- this is the kind of thing I would have | 01:18:08 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    111

```
 1   said.                                                      01:18:10

 2   Q        And who drew those other maps?                    01:18:10

 3   A        People on Twitter, largely.  I use the people     01:18:13

 4   on Twitter as a broad representation of things in social   01:18:22

 5   media.                                                     01:18:26

 6   Q        But you're not aware of any legitimate            01:18:29

 7   organization that drew alternative maps?                   01:18:32

 8            MR. MANOLIUS:  Objection.  Vague as to the        01:18:36

 9   term "legitimate organization," and vague as to "drew     01:18:39

10   maps."  You can draw maps anywhere, so I am not sure I     01:18:45

11   understand the question, but you can answer.               01:18:49

12            MR. WOODS:  Join.                                 01:18:51

13            THE WITNESS:  Earlier in the testimony or the     01:18:52

14   discussion, I don't know what you call this, you asked     01:18:54

15   me about if other groups were submitting maps or doing     01:18:56

16   maps.                                                      01:18:59

17            I knew there were other maps around, but not      01:18:59

18   any association or a group submitting a map or having a    01:19:01

19   map that was one of these maps.                            01:19:05

20            MS. HAMILL Q:  Were you aware of any              01:19:07

21   alternative maps floating around leading up to            01:19:08

22   Proposition 50 that would have given Democrats more of    01:19:12

23   an advantage, aside from the ones you've dismissed as     01:19:16

24   just Twitter chatter from Twitter people?                 01:19:22

25            MR. MANOLIUS:  Objection.  To the extent         01:19:25
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                           112

```
 1   you're calling for things that went into the legislative    01:19:28

 2   process, I'll instruct you not to answer.  If you're        01:19:31

 3   aware of anything else, you can answer.                     01:19:33

 4         MR. WOODS:  I would also object that it's             01:19:38

 5   vague.                                                      01:19:50

 6         THE WITNESS:  I don't think I can answer that         01:19:50

 7   based on my attorney's objection.                           01:19:51

 8         MS. HAMILL Q:  And if you could turn to page          01:19:53

 9   13, lines 16 to 20.                                         01:19:58

10   A      (Witness complied.)                                 01:20:01

11   Q      So you said, "We worked with some folks in          01:20:03

12   D.C. and saw some maps, as an example, that went into      01:20:10

13   Orange County and just tore up the Asian community in      01:20:15

14   Orange County as they drew the maps, and that's a no       01:20:19

15   go."                                                       01:20:22

16         Why is that a no go?                                 01:20:22

17         MR. MANOLIUS: I am sorry.  What lines are you        01:20:23

18   on?                                                        01:20:25

19         THE WITNESS:  16 to 20 on page 13.                   01:20:26

20         MR. MANOLIUS:  Objection.  Vague as to time,         01:20:29

21   scope, context and foundation whether you said it.         01:20:32

22         THE WITNESS:  Um, I think what we're looking         01:20:42

23   at here is there were maps that would take different       01:20:46

24   Orange County communities of interest that have            01:20:53

25   traditionally argued before the redistricting commission   01:20:56
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                   113

```
 1   to be kept together, and draw them into districts so       01:20:59

 2   that they're going into other counties and they are, you   01:21:02

 3   know, drawing a district that, you know, goes from          01:21:05

 4   Garden Grove to Rancho Palos Verdes, things like that.      01:21:12

 5   Q        And that was a no go?                              01:21:17

 6   A        It was a no go, because a lot of groups who        01:21:19

 7   would have -- were organized before the redistricting      01:21:25

 8   commission advocating for their communities of interest    01:21:28

 9   would find themselves decimated in those plans, and so     01:21:31

10   they would become a vocal opposition to the legislators    01:21:34

11   as they're trying to pass a plan or vocal opposition to    01:21:38

12   the ballot measure if it was to be on the ballot.          01:21:42

13   Q        Do you know which specifics groups those would    01:21:44

14   be?                                                         01:21:46

15   A        I don't know.  I can't start to name all of       01:21:46

16   them.  I clarify, I basically say what I just said in      01:21:48

17   the following remainder of that page too.                  01:22:04

18   Q        So on page 14, lines nine through 13 --           01:22:11

19   A        (Witness complied.)                               01:22:18

20   Q        -- you said you wanted to have the final maps     01:22:20

21   be consistent with commission work and be supported with   01:22:28

22   communities of interest testimony; correct?               01:22:32

23   A        Let me read this for a second, if that's          01:22:35

24   okay --                                                     01:22:37

25   Q        Sure.                                              01:22:37
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          114

| | | |
|---|---|---|
| 1 | A        -- because I am not -- I am skimming it and | 01:22:37 |
| 2 | it's not making sense to me.  Yes.  Okay.  Thank you. | 01:22:40 |
| 3 | Could you ask the question?  I'm sorry. | 01:23:00 |
| **4** | **Q        Do you mind reading that back?** | 01:23:02 |
| 5 | (Whereupon the record was read as | 01:23:02 |
| 6 | follows:  "Question: So on page | 01:22:11 |
| 7 | 14, lines nine through 13 -- | 01:22:12 |
| 8 | "Answer:  (Witness complied.) | 01:22:18 |
| 9 | "Question:  -- you said you | 01:22:26 |
| 10 | wanted to have the final maps be | 01:22:27 |
| 11 | consistent with commission work | 01:22:29 |
| 12 | and be supported with communities | 01:22:30 |
| 13 | of interest testimony; correct?") | 01:22:32 |
| 14 | MR. MANOLIUS:  Objection.  Calls for | 01:23:15 |
| 15 | speculation, lacks foundation, but you can certainly | 01:23:19 |
| 16 | answer the question, if you said that. | 01:23:23 |
| 17 | THE WITNESS:  I said what is here, so if | 01:23:24 |
| 18 | that's your characterization, I won't dispute it. | 01:23:26 |
| 19 | MS. HAMILL Q:  Thank you.  Was the final map | 01:23:29 |
| 20 | for Proposition 50 supported with communities of | 01:23:31 |
| 21 | interest testimony? | 01:23:34 |
| 22 | MR. MANOLIUS:  Objection.  Vague, lacks | 01:23:36 |
| 23 | foundation.  And at what time?  I don't understand the | 01:23:37 |
| 24 | question. | 01:23:44 |
| 25 | THE WITNESS:  Are you saying that -- are you | 01:23:45 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    115

```
 1   not asking, are you asking about in the map drawing        01:23:48

 2   process or are you saying, like, what was on the ballot    01:23:52

 3   after the maps, after my job was over after I was done     01:23:55

 4   with my contract?                                          01:23:58

 5   Q        I am asking the question in the context of        01:23:59

 6   what we just discussed in your statement here on page      01:24:01

 7   14, from line 9 to 13.  You said you wanted the final      01:24:04

 8   work to be supported with communities of interest          01:24:07

 9   testimony.                                                 01:24:09

10   A        Uh-huh.                                           01:24:10

11   Q        I'm asking you, was the final map that became     01:24:10

12   Prop 50 supported with communities of interest            01:24:13

13   testimony?                                                 01:24:16

14            MR. MANOLIUS:  Again, objection.  Vague as to     01:24:16

15   where and what context and when.  You can answer.          01:24:19

16            MR. WOODS:  Join.                                 01:24:25

17            THE WITNESS:  I think objectively looking at      01:24:26

18   the map you can see that the Prop 50 map that was passed   01:24:31

19   by voters was consistent with a lot of what was           01:24:36

20   important in the redistricting commission process and a   01:24:40

21   lot of what testimony was stated before the commission    01:24:42

22   in 2021, and in 2011 as they deliberated.                 01:24:45

23            MS. HAMILL Q:  What specific communities of       01:24:50

24   interest do you have in mind when you're telling me        01:24:52

25   that?                                                      01:24:54
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    116

```
 1   A          Well, in this document I talk about the LGBTQ      01:24:54

 2   community.                                                    01:24:58

 3          I also talk about environmental community, but         01:24:58

 4   there could be a hundred different communities of             01:25:01

 5   interest throughout the state whose communities of            01:25:05

 6   interest that they advocated for in the prior                 01:25:08

 7   redistricting were retained within the current maps, not      01:25:10

 8   only the all the districts that weren't changed at all,       01:25:13

 9   but even the districts that were changed.                     01:25:15

10          I don't want to get into the legislative               01:25:17

11   privilege portion, but one could look at the map today        01:25:20

12   and see a lot of consistency between the map today and        01:25:23

13   the map as it was passed by the commission in 2021.           01:25:27

14   Q        And do you have documents reflecting that            01:25:30

15   communities of interest testimony of which you're aware?      01:25:34

16          MR. MANOLIUS:  From 2021?  Vague as to time.           01:25:37

17   I am not sure I understand.                                   01:25:42

18          THE WITNESS:  They're public documents and you         01:25:45

19   can grab them right now.  The commission website is           01:25:47

20   still up and they still have all of their community of        01:25:50

21   interest testimony in an air tape code.                       01:25:54

22          MS. HAMILL Q:  And then you said you asked             01:25:57

23   your team to get on the box and start drawing.  What is       01:26:04

24   the box?                                                      01:26:06

25   A        Um --                                                01:26:08
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    117

```
 1              MR. MANOLIUS:  Objection.  First, lacks        01:26:09
 2   foundation as to whether you said that, so --            01:26:11
 3              THE WITNESS:  "The box" is an internal staff   01:26:14
 4   term for the computer that houses most of the software.  01:26:19
 5              MS. HAMILL Q:  And that's your proprietary     01:26:23
 6   system?                                                  01:26:25
 7   A        And Maptitude and other things.  It's a remote  01:26:26
 8   computer.                                                01:26:29
 9   Q        And when you are done with the marked           01:26:31
10   exhibits, if you can just hand them to the reporter.     01:26:40
11   A        That's perfect.  That's perfect.  I'll do that  01:26:41
12   from now.                                                01:26:45
13              MS. HAMILL:  I am going to mark as Exhibit 9   01:26:48
14   the Hispanas Organized for Political Equality, HOPE      01:26:50
15   presentation.                                            01:26:58
16              (Whereupon Plaintiff's Exhibit 9              01:26:58
17              was marked for identification. )              01:27:13
18              MS. HAMILL Q:  You're familiar with Hispanas  01:27:13
19   Organized For Political Equity; correct?                 01:27:16
20   A        (Witness nodding head.)                         01:27:19
21   Q        HOPE?                                           01:27:19
22   A        HOPE, yes.                                      01:27:20
23   Q        So we can call them "HOPE"?                     01:27:21
24   A        Please.                                         01:27:22
25   Q        It's much easier.                               01:27:23
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    118

```
 1   A        Uh-huh.                                      01:27:24

 2   Q        Great.  When did you first become acquainted  01:27:25

 3   with HOPE?                                            01:27:27

 4   A        I first became acquainted with HOPE more than  01:27:28

 5   a dozen years ago, maybe 15 years ago.              01:27:31

 6   Q        2010-ish?                                    01:27:36

 7   A        I think that probably sounds about right.   01:27:40

 8   Q        And you gave a presentation to HOPE in October  01:27:42

 9   of 2025; correct?                                    01:27:45

10   A        Yes.                                         01:27:47

11   Q        October 17th?                                01:27:48

12   A        That's the date on the transcript and I don't  01:27:49

13   dispute it.  I don't recollect it exactly.          01:27:51

14   Q        And was that to encourage the Latino community  01:27:54

15   to support Prop 50?                                  01:27:58

16   A        This was to inform the HOPE participants, the  01:28:00

17   organization as to what was on the ballot, Prop 50, and  01:28:07

18   yes, that it was -- I don't know that they would want to  01:28:11

19   characterize it as campaigning.  It was more of an   01:28:14

20   informational thing.  It was myself and a demographer  01:28:17

21   for the "no" side.                                   01:28:20

22   Q        For the "no" side?                           01:28:22

23   A        Uh-huh.                                      01:28:23

24   Q        And so you were informing HOPE about what the  01:28:24

25   maps did?                                            01:28:27
```

```
 1            MR. MANOLIUS:  Objection.  Lacks foundation,      01:28:28
 2   calls for speculation.  If you might want him to look at   01:28:31
 3   a specific place in the transcript, that would probably    01:28:34
 4   be better, but you can answer, if you know.                01:28:37
 5            MS. HAMILL:  You can stop with the speaking       01:28:39
 6   objections.                                                01:28:41
 7            MR. MANOLIUS:  Sorry.  I am done.                 01:28:42
 8            THE WITNESS:  I don't know that that was my       01:28:45
 9   charge exactly.                                            01:28:48
10            I speak to HOPE on a regular basis, maybe         01:28:50
11   every six months, every year, and so they were having me  01:28:53
12   back to talk about what was going on with Prop 50.         01:28:59
13            And they don't think they gave me, like, a        01:29:03
14   charge to speak about one specific part of it like that.   01:29:05
15   They told me not to talk about partisanship, but they      01:29:09
16   told me to talk about Prop 50.                             01:29:12
17   Q        And were you paid for this --                     01:29:13
18   A        No.                                               01:29:15
19   Q        -- appearance?  And just for everyone's           01:29:15
20   reference, this transcript is included as Exhibit B in     01:29:22
21   the U.S. Complaint Intervention, and it's also marked as   01:29:25
22   Exhibit 11 for the preliminary injunction hearing.         01:29:28
23            So have you seen this transcript before?          01:29:32
24   A        I've seen that it exists.  I haven't read         01:29:36
25   through it.                                                01:29:39
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    120

| 1 | Q        I want to give you a few minutes to just look | 01:29:40 |
| 2 | through it, generally. | 01:29:43 |
| 3 | A        Okay. | 01:29:46 |
| 4 |          MR. MEUSER:  And for your information, your | 01:29:50 |
| 5 | testimony or your presentation starts on page 20. | 01:29:53 |
| 6 |          THE WITNESS:  Thank you.  Oh, yes.  Indeed. | 01:29:56 |
| 7 | Okay.  All right. | 01:30:03 |
| 8 |          MS. HAMILL Q:  Do you recognize generally the | 01:30:09 |
| 9 | conversation reflected in this transcript? | 01:30:12 |
| 10 |          MR. MANOLIUS:  Objection.  Vague, compound, | 01:30:13 |
| 11 | overbroad, quite a number of pages.  You can look | 01:30:15 |
| 12 | through them, too. | 01:30:21 |
| 13 |          THE WITNESS:  Yes, I recognize them. | 01:30:22 |
| 14 |          MS. HAMILL:  I am going to ask counsel to | 01:30:23 |
| 15 | please stop with the speaking objections. | 01:30:25 |
| 16 |          MR. MANOLIUS:  I'll make my objections. | 01:30:27 |
| 17 | Thanks. | 01:30:29 |
| 18 |          MS. HAMILL:  You're welcome. | 01:30:29 |
| 19 | Q        So the Zoom, the video from from this Zoom | 01:30:33 |
| 20 | discussion is no longer publicly available.  Do you have | 01:30:38 |
| 21 | any idea why that is? | 01:30:40 |
| 22 |          MR. MANOLIUS:  Objection.  Lacks foundation. | 01:30:41 |
| 23 | You can answer. | 01:30:43 |
| 24 |          THE WITNESS:  I didn't know that it was | 01:30:44 |
| 25 | publicly available, so I don't have any interaction | 01:30:45 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                        121

```
 1   with -- no.                                            01:30:50

 2          MS. HAMILL Q:  At any time did you personally   01:30:51

 3   take any action to get the video taken off of the public   01:30:53

 4   domain?                                                 01:30:57

 5   A       No.                                             01:30:58

 6   Q       Do you recall telling HOPE that Prop 50 would  01:30:58

 7   increase Latino voting power?                           01:31:15

 8   A       No.                                             01:31:17

 9   Q       I'm going to turn your attention to page 23,   01:31:19

10   line 24 through page 24 line one.                       01:31:53

11   A       Uh-huh.                                         01:32:33

12   Q       Can you read that out loud for me, please,     01:32:34

13   starting at line 24 on page 23?                         01:32:37

14   A       I'll trust that this is the right transcript,  01:32:40

15   but, "And I started listing out this concept of drawing 01:32:44

16   a replacement Latino majority/minority district in the  01:32:46

17   middle of Los Angeles.  That was the number one thing   01:32:50

18   that I first started thinking about because of something 01:32:55

19   that I worked with HOPE on in the last redistricting    01:32:57

20   process."                                               01:32:59

21   Q       Do you remember saying that?                   01:33:00

22   A       I recall speaking to it.  I don't remember     01:33:01

23   saying those exact words.                               01:33:05

24   Q       Were you being truthful when you said that?    01:33:06

25   A       I was being --                                 01:33:09
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                        122

```
 1            MR. MANOLIUS:  Objection.  Calls for legal        01:33:10

 2   conclusion, argumentative.  You can answer.                01:33:14

 3            THE WITNESS:  I was being truthful in that        01:33:17

 4   when we first started working on this this was a map       01:33:22

 5   that was already drawn.                                    01:33:24

 6            MS. HAMILL Q:  When you say "this," are you       01:33:27

 7   referring to the Proposition 50 map?                       01:33:28

 8   A        This map that's, this map, this map, I mean, a   01:33:30

 9   map that puts -- when I say I first started thinking        01:33:35

10   about it because of something that I worked with HOPE on   01:33:42

11   in the last redistricting process, there was a map         01:33:45

12   associated with that work in 2021.                         01:33:47

13            So I knew that that map existed and I knew        01:33:51

14   that that map creates an additional democratic seat in     01:33:54

15   the middle of Los Angeles.                                 01:33:57

16   Q        Are you saying you drew a map with HOPE in       01:33:59

17   2021?                                                      01:34:02

18   A        No.  I just knew that there was one that         01:34:02

19   existed --                                                 01:34:04

20   Q        Okay.                                            01:34:05

21   A        -- and that had been advocated by Equality       01:34:05

22   California, environmental protection groups and            01:34:09

23   environmental groups and HOPE, so I knew that there was    01:34:12

24   already a map on the shelf.                                01:34:13

25            And so on the first thing I can think of is,     01:34:14
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                      123

```
 1   hey, I know one thing that's easy to do.                    01:34:17

 2          That's why I was expressing to them there was        01:34:21

 3   a, hey, I know something that will pick up a democratic     01:34:24

 4   seat.                                                       01:34:27

 5   Q       Did you work with HOPE at all in 2021 on that       01:34:28

 6   map?                                                        01:34:31

 7   A       I don't recall.  I know it existed.                 01:34:32

 8   Q       How often has HOPE sent you map proposals?          01:34:36

 9   A       Never any, potentially.  I mean, I don't want       01:34:56

10   to, I don't want to say -- let me para -- let me            01:35:01

11   rephrase that.                                              01:35:05

12          I don't recall them ever sending me a map            01:35:05

13   proposal.  That isn't the core of what they do as an        01:35:08

14   organization.                                               01:35:11

15   Q       So how does your relationship work?  Would          01:35:11

16   they express a desire for something and you would           01:35:14

17   provide them with a draft map --                            01:35:16

18          MR. MANOLIUS:  Objection.  Vague --                  01:35:18

19          THE WITNESS:  In 2021?                               01:35:20

20          MR. MANOLIUS:  Wait.  Objection, vague as to         01:35:21

21   time.  I am not sure during what process you mean.          01:35:23

22          MS. HAMILL:  At any time.                            01:35:25

23          THE WITNESS:  So in 2021 --                          01:35:26

24          MR. MANOLIUS:  At any time except, excuse            01:35:29

25   me -- objection -- the Prop 50 map drawing process,         01:35:31
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                           124

```
 1   which I instruct you not to answer about.                01:35:35

 2            THE WITNESS:  Yes.                               01:35:37

 3            Very readily available to anybody who wanted     01:35:38

 4   to look is in 2021, HOPE and a number of groups were      01:35:41

 5   advocating for a map that would not remove a district     01:35:45

 6   from Los Angeles, because that's what the commission      01:35:52

 7   chose to do in 2021.                                      01:35:55

 8            They went from 53 to 52 districts, and they      01:35:56

 9   had a question:  How are we going to do this?  Are we     01:36:00

10   going to do this by starting from a scratch map and just  01:36:03

11   letting everything fall where it is, or are we going to   01:36:06

12   just, like, take a map out of L.A. where they're the      01:36:09

13   slower growing portion of the state and it makes our job  01:36:13

14   easier just to take a district out of L.A.                01:36:16

15            And so HOPE was advocating for putting that      01:36:18

16   district back in L.A.                                     01:36:20

17   Q      And that was your starting point for               01:36:22

18   Proposition 50?                                           01:36:25

19   A      I guess --                                         01:36:25

20            MR. MANOLIUS:  Objection.  I instruct you not    01:36:26

21   to answer based on legislative privilege what was done    01:36:27

22   during Prop 50.                                           01:36:31

23            THE WITNESS:  Speaking here after the map was    01:36:34

24   done, I was articulating in this lines two through five   01:36:38

25   that I knew that a proposal had been done in 2021 that    01:36:44
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          125

| | | |
|---|---|---|
| 1 | they were advocating for. | 01:36:51 |
| 2 |      MS. HAMILL Q:  Going down to line six on page | 01:36:52 |
| 3 | 24, it looks like you say you're going to read for a | 01:37:14 |
| 4 | second, so you start reading something at the HOPE | 01:37:18 |
| 5 | presentation; is that correct? | 01:37:21 |
| 6 | A     Uh-huh. | 01:37:23 |
| 7 | **Q     What were you reading?** | 01:37:24 |
| 8 |      MR. MEUSER:  Can that be a verbal answer? | 01:37:27 |
| 9 |      MR. MANOLIUS:  You said, "Uh-huh." | 01:37:29 |
| 10 |      MR. MEUSER:  You said, "Uh-huh." | 01:37:32 |
| 11 |      THE WITNESS:  Oh, yes.  I was -- I was saying | 01:37:34 |
| 12 | yes only to characterize that I was following along with | 01:37:37 |
| 13 | what your question was. | 01:37:41 |
| 14 |      That line six was, I was reading a letter from | 01:37:44 |
| 15 | 2021. | 01:37:50 |
| 16 |      MS. HAMILL Q:  A letter from HOPE? | 01:37:52 |
| 17 | A     Yes.  Oh, you've got it. | 01:37:53 |
| 18 |      MR. MEUSER:  We're prepared. | 01:38:02 |
| 19 |      (Whereupon Plaintiff's Exhibit 10 | 01:38:02 |
| 20 |      was marked for identification.) | 01:38:06 |
| 21 |      MS. HAMILL Q:  I have marked as Exhibit 10 a | 01:38:06 |
| 22 | November 24th, 2021, letter from HOPE to the Citizens | 01:38:12 |
| 23 | Redistricting Commission.  It is also marked as Exhibit | 01:38:19 |
| 24 | 12 for the preliminary injunction hearing. | 01:38:24 |
| 25 |      Is this the letter that you were referring to | 01:38:28 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    126

```
 1   on page 24 of this transcript?                              01:38:36

 2              MR. MANOLIUS:  Just objection, vague.  Is it      01:38:39

 3   just the first two pages, because there seem to be some      01:38:41

 4   other things after it?                                       01:38:43

 5              MS. HAMILL:  It's the complete document.          01:38:45

 6              THE WITNESS:  Um, I was referring to the first    01:38:49

 7   two pages of this.  I haven't seen the attachment in         01:38:52

 8   years.                                                       01:38:56

 9              MS. HAMILL Q:  So is it your testimony that       01:38:57

10   there is a version of this letter that doesn't have the      01:39:06

11   attachment to it?                                            01:39:10

12              MR. MANOLIUS:  Objection.  Calls for              01:39:11

13   speculation.                                                 01:39:12

14              THE WITNESS:  Oh, um --                           01:39:13

15              MR. MANOLIUS:  Misstates his testimony.           01:39:16

16              THE WITNESS:  I'm only saying that I have only    01:39:18

17   seen the first two pages recently when I was presenting.     01:39:21

18   I had forgotten that this other attachment was even          01:39:24

19   here.                                                        01:39:27

20              MS. HAMILL Q:  But you had seen that before,      01:39:27

21   the attachment?                                              01:39:29

22   A        Ions ago, yeah, in 2021.                            01:39:30

23   Q        So I want to walk you through, I'm going back       01:39:37

24   to --                                                        01:39:55

25   A        Uh-huh.                                             01:39:55
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                      127

| | | |
|---|---|---|
| 1 | Q      -- Exhibit 9.  You can set aside the letter | 01:39:56 |
| 2 | for a minute. | 01:39:58 |
| 3 | A      Okay. | 01:39:59 |
| 4 | Q      Just going through the transcript here, so | 01:39:59 |
| 5 | line six, page 24, you say you're going to read for a | 01:40:03 |
| 6 | second, and you just testified that you were reading | 01:40:07 |
| 7 | from what has been marked as Exhibit 10, and you read | 01:40:09 |
| 8 | from the HOPE letter. | 01:40:12 |
| 9 | And then I think you're quoting it on line | 01:40:14 |
| 10 | nine, you say, "HOPE is concerned about the elimination | 01:40:17 |
| 11 | of the majority/minority Latino district within the area | 01:40:21 |
| 12 | of Los Angeles gateway cities." | 01:40:24 |
| 13 | Do you remember saying that? | 01:40:27 |
| 14 | A      I remember reading this letter. | 01:40:28 |
| 15 | Q      Okay.  And then it continues on line 13. | 01:40:29 |
| 16 | "The seat, which is called by the L.A. Times | 01:40:31 |
| 17 | the most Latino district in the country, disappeared off | 01:40:34 |
| 18 | the map despite the growing Latino population throughout | 01:40:38 |
| 19 | the state." | 01:40:42 |
| 20 | Do you remember saying that? | 01:40:43 |
| 21 | A      Yes. | 01:40:44 |
| 22 | Q      And do you believe that to be true? | 01:40:45 |
| 23 | A      I can't speak -- | 01:40:47 |
| 24 | MR. MANOLIUS:  Just a second.  Let me | 01:40:55 |
| 25 | interpose a late objection.  Do you remember saying | 01:40:57 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    128

```
 1   that?  Vague, misstates the testimony, if he remembers      01:40:59

 2   reading that, adopting it.                                  01:41:03

 3            THE WITNESS:  And then I can tell you that I        01:41:08

 4   read this.  There are statements in here that, it's         01:41:10

 5   their letter that says HOPE is concerned about the          01:41:16

 6   elimination.                                                01:41:18

 7            I don't have firsthand knowledge of their          01:41:19

 8   concern, but I am reading their letter that says they       01:41:21

 9   were concerned, and their citing of L.A. Times' article     01:41:24

10   that I'm reading their letter, so I don't have              01:41:28

11   independent knowledge of that either.                       01:41:31

12            So this isn't my, I didn't write this letter       01:41:32

13   so I am not able to speak to the veracity of the letter,    01:41:34

14   I am just reading back to them what they had submitted      01:41:39

15   to the commission.                                          01:41:43

16            MS. HAMILL:  Are you able to go back to my         01:41:44

17   last question?                                              01:41:46

18            And before we do that, I am going to ask one       01:41:54

19   more time politely, please, stop with the improper         01:41:56

20   speaking objections.                                        01:41:59

21            MR. MANOLIUS:  They are not improper, but          01:42:02

22   everybody is entitled to their opinion.                     01:42:04

23            If there's lack of clarity in the question, I      01:42:12

24   am going to object.                                         01:42:15

25            MS. HAMILL:  You may object, but don't start       01:42:15
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                        129

```
 1    testifying or advising your client while on the record.        01:42:17

 2            MR. MANOLIUS:  I am not doing any of that.              01:42:25

 3            (Whereupon the record was read as                      01:42:25

 4            follows:  "Question:  And do you                       01:40:45

 5            believe that to be true?")                             01:40:46

 6            MR. WOODS:  Objection.  Vague.                         01:42:39

 7            MR. MANOLIUS:  Calls for speculation, vague.           01:42:41

 8            MS. HAMILL Q:  You just explained before we            01:42:46

 9    got into this transcript, you explained what happened         01:42:48

10    where the commission had to move the map from 53 to 52         01:42:52

11    districts; right?                                              01:42:57

12    A       Uh-huh.                                                01:42:58

13    Q       And they did take away that district; correct?        01:42:58

14            MR. MANOLIUS:  Objection, misstates his                01:43:01

15    testimony.  You can answer.                                    01:43:02

16            THE WITNESS:  I stated objectively that the            01:43:03

17    commission had to make a choice of where to remove a           01:43:05

18    district in the district that they, the district that         01:43:08

19    most people believed was, quote unquote, removed was an       01:43:10

20    L.A. district from the move from 53 to 52.                     01:43:12

21            They're characterizing it, they are messaging         01:43:18

22    about it in a way that is their own choice of how to          01:43:22

23    message about it.  It's not -- they are not making            01:43:24

24    objective statements here, they are making persuasive         01:43:26

25    statements that I can't speak to.                             01:43:29
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                        130

| | |
|---|---|
| 1 |       MS. HAMILL Q:  Okay.  And moving on down page | 01:43:30 |
| 2 | 24, starting at line 17, I don't think you're quoting | 01:43:32 |
| 3 | anymore. | 01:43:37 |
| 4 | A     Uh-huh. | 01:43:38 |
| 5 | Q     I think this is your own speech.  "And that | 01:43:39 |
| 6 | letter on page two illustrated what HOPE wanted to see | 01:43:41 |
| 7 | done in a coalition with a lot of other partners in Los | 01:43:45 |
| 8 | Angeles." | 01:43:50 |
| 9 |      Do you remember saying that? | 01:43:50 |
| 10 | A     That portion of it is my words it looks like, | 01:43:53 |
| 11 | and then the next sentence is quoting. | 01:43:58 |
| 12 | Q     Okay.  So the second sentence on line 19, you | 01:44:02 |
| 13 | go back to quoting the HOPE letter that's marked as | 01:44:07 |
| 14 | Exhibit 10? | 01:44:10 |
| 15 | A     With number one is the beginning of where I'm | 01:44:11 |
| 16 | quoting again. | 01:44:13 |
| 17 | Q     Okay.  So line 20, it says, "Number one, | 01:44:13 |
| 18 | create a gateway cities district centered around Downey, | 01:44:17 |
| 19 | as described in the analysis, allowing for the creation | 01:44:22 |
| 20 | of five Latino majority/minority districts in an area | 01:44:26 |
| 21 | where there are currently four." | 01:44:30 |
| 22 |      So are you reciting -- | 01:44:35 |
| 23 | A     I want to, yeah, I want to amend one of my | 01:44:39 |
| 24 | earlier statements, because I might have been reading | 01:44:43 |
| 25 | from a different version of the letter. | 01:44:45 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          131

| | | |
|---|---|---|
| 1 | As you notice, I have two words in here that | 01:44:47 |
| 2 | aren't on the letter that you're providing. | 01:44:50 |
| 3 | You have minority districts in an area, in an | 01:44:53 |
| 4 | area where there are currently four, and the letter that | 01:44:59 |
| 5 | you provided me says minority districts where there | 01:45:02 |
| 6 | currently are four, so slightly different.  I might have | 01:45:07 |
| 7 | been reading from a slightly different version. | 01:45:09 |
| **8** | **Q      Do you think there is a different version of** | 01:45:13 |
| **9** | **this letter floating around?** | 01:45:15 |
| 10 | MR. MANOLIUS:  Objection, speculation. | 01:45:16 |
| 11 | MR. WOODS:  Join. | 01:45:18 |
| 12 | THE WITNESS:  Potentially. | 01:45:19 |
| 13 | MS. HAMILL Q:  And you said that this letter | 01:45:19 |
| 14 | is available on the redistricting commission website; | 01:45:21 |
| 15 | correct? | 01:45:24 |
| 16 | MR. MANOLIUS:  Objection.  Calls for | 01:45:24 |
| 17 | speculation, lacks foundation. | 01:45:25 |
| 18 | THE WITNESS:  I don't recall where I got it | 01:45:28 |
| 19 | from.  I just know that when I got it it was two pages, | 01:45:29 |
| 20 | it didn't have these things, and so, potentially, we're | 01:45:33 |
| 21 | getting these from different sources or I had a | 01:45:37 |
| 22 | different version of it or something. | 01:45:39 |
| 23 | MS. HAMILL Q:  Would you please go back and | 01:45:41 |
| 24 | obtain the copy of the letter from which you were | 01:45:43 |
| 25 | reading at this October 17th, 2025 presentation and | 01:45:45 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    132

| | | |
|---|---|---|
| 1 | provide it to your counsel, who will then provide it to | 01:45:49 |
| 2 | me? | 01:45:52 |
| 3 | A       You -- I understand your question.  I'll look | 01:45:53 |
| 4 | to see if I can do that. | 01:45:58 |
| 5 | Q       Thank you. | 01:46:00 |
| 6 | A       And maybe I'm wrong, but -- | 01:46:00 |
| 7 | Q       Thank you.  All right.  So I believe we're on | 01:46:02 |
| 8 | page 24 of this HOPE transcript, line 17 -- | 01:46:09 |
| 9 | A       Uh-huh. | 01:46:13 |
| 10 | Q       -- down to line 24, and to me that looks like | 01:46:14 |
| 11 | the second page of what we marked as Exhibit 10 -- | 01:46:17 |
| 12 | A       Uh-huh. | 01:46:20 |
| 13 | Q       -- it looks like the first bold bullet | 01:46:21 |
| 14 | point -- | 01:46:23 |
| 15 | A       Yeah. | 01:46:23 |
| 16 | Q       -- is that correct? | 01:46:24 |
| 17 | A       Yeah. | 01:46:24 |
| 18 | Q       Is that a fair thing to say? | 01:46:25 |
| 19 | A       Yeah. | 01:46:26 |
| 20 | Q       Okay.  Now we're going back to the transcript, | 01:46:26 |
| 21 | page 24, line 25.  You say, "Secondly, take the district | 01:46:30 |
| 22 | that was called LB North, which is now the Robert Garcia | 01:46:36 |
| 23 | district, take that district to the south through Seal | 01:46:40 |
| 24 | Beach into Huntington Beach, making a Latino-influenced | 01:46:44 |
| 25 | district at 35 percent Latino by voting age population." | 01:46:47 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    133

| | | |
|---|---|---|
| 1 | **Do you remember saying that?** | 01:46:51 |
| 2 | A      I remember saying something like that. | 01:46:53 |
| 3 | **Q      And that doesn't perfectly reflect point two** | 01:46:55 |
| 4 | **on the second page of the letter that's marked as** | 01:46:57 |
| 5 | **Exhibit 10, does it?** | 01:47:00 |
| 6 |        MR. MANOLIUS:  Objection.  Lacks foundation, | 01:47:02 |
| 7 | vague.  You can answer. | 01:47:05 |
| 8 |        THE WITNESS:  It is off by a few words here | 01:47:08 |
| 9 | and there. | 01:47:11 |
| 10 |        MS. HAMILL Q:  Do you think perhaps when you | 01:47:12 |
| 11 | were speaking at this HOPE presentation you were | 01:47:13 |
| 12 | ad-libbing a bit from the letter? | 01:47:16 |
| 13 | A      Potentially. | 01:47:18 |
| 14 |        MR. MANOLIUS:  Objection, calls for | 01:47:19 |
| 15 | speculation. | 01:47:20 |
| 16 |        THE WITNESS:  Potentially, I was reading as | 01:47:22 |
| 17 | I'm talking and so there was a little bit, and that | 01:47:23 |
| 18 | might be why there was a few words in the first bullet | 01:47:30 |
| 19 | point.  I don't know. | 01:47:33 |
| 20 |        MS. HAMILL Q:  Okay.  And so that was your | 01:47:34 |
| 21 | starting point, what we just went over you've testified | 01:47:44 |
| 22 | that that was the starting point that you had for | 01:47:47 |
| 23 | Proposition 50; correct? | 01:47:50 |
| 24 |        MR. MANOLIUS:  Objection.  Don't answer it. | 01:47:51 |
| 25 | Calls for narrative information protected by the | 01:47:53 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                              134

```
 1   legislative privilege.                                  01:47:54

 2          MS. HAMILL Q:  That's what you told HOPE, at      01:47:57

 3   least?                                                   01:48:00

 4          MR. MANOLIUS:  Um, objection.  Misstates the      01:48:02

 5   testimony, vague.  You can answer.                       01:48:05

 6          MR. WOODS:  Join.                                 01:48:07

 7          THE WITNESS:  What I told HOPE was that the       01:48:09

 8   off the shelf, the first thing available to us in trying 01:48:14

 9   to create an additional democratic seat was to utilize a 01:48:16

10   map that had already been drawn that was being advocated 01:48:20

11   for them before the commission.  That's what I           01:48:23

12   articulate here.                                         01:48:25

13          MS. HAMILL Q:  Did you tell HOPE that this        01:48:27

14   creating a Latino majority district and putting back in  01:48:29

15   this district was the starting point, because you were   01:48:33

16   trying to convince them to vote for Proposition 50?      01:48:35

17          MR. MANOLIUS:  Objection.  I instruct you not     01:48:39

18   to answer, to the extent that it implicates your Prop 50 01:48:41

19   work, legislative privilege, so I instruct you not to    01:48:45

20   answer.                                                  01:48:48

21          MS. HAMILL Q:  Did you tell HOPE that this        01:48:48

22   letter we've marked as Exhibit 10 was your starting      01:48:58

23   point, because that was the truth and that's how you     01:49:01

24   started drawing the Proposition 50 map?                  01:49:03

25          MR. MANOLIUS:  Same objection.  Legislative       01:49:06
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                            135

```
 1   privilege.                                          01:49:08
 2           MS. HAMILL Q:  Going back to the transcript,  01:49:09
 3   which is marked as Exhibit 9, page 25, line six, you  01:49:10
 4   say, "That two bullet points was the first thing we did  01:49:16
 5   in drawing the new map.  We essentially reversed the   01:49:19
 6   Redistricting Commission's decision to eliminate the   01:49:23
 7   Latino district from L.A., the old Ed Roybal district,  01:49:26
 8   Lucille Roybal-Allard district, the first Latino      01:49:32
 9   majority/minority district in the country, the first  01:49:36
10   Latino member of Congress in the country."            01:49:39
11           Do you remember saying that?                  01:49:43
12   A       I remember saying something like that, yeah.  01:49:44
13   Q       Is it true?                                   01:49:46
14           MR. MANOLIUS:  Objection.  To the extent it   01:49:47
15   calls for legislative privilege and information, I     01:49:49
16   instruct you not to answer.                           01:49:52
17           MR. MEUSER:  Is there an answer?              01:50:10
18           MR. MANOLIUS:  I said not to answer.          01:50:11
19           MR. MEUSER:  You said to the extent.          01:50:13
20           MR. MANOLIUS:  Oh, I instruct you not to      01:50:15
21   answer the question.                                  01:50:17
22           MS. HAMILL Q:  Was the point of this exercise  01:50:17
23   that you described between lines six and 13, was the   01:50:23
24   point of that exercise to eliminate Ken Calvert's      01:50:28
25   district or to create a fifth Latino majority district?  01:50:33
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    136

| | | |
|---|---|---|
| 1 | MR. MANOLIUS:  I instruct you not to answer. | 01:50:36 |
| 2 | That's covered by legislative privilege. | 01:50:38 |
| 3 | MS. HAMILL Q:  The point of that exercise was | 01:50:41 |
| 4 | to create a fifth Latino majority district, wasn't it? | 01:50:44 |
| 5 | MR. MANOLIUS:  Same objection, and I instruct | 01:50:48 |
| 6 | you not to answer the question. | 01:50:50 |
| 7 | MS. HAMILL Q:  Was it just a fortuitous bonus | 01:50:51 |
| 8 | that eliminating Ken Calvert's district gave you a fifth | 01:50:53 |
| 9 | Latino majority district? | 01:50:57 |
| 10 | MR. MANOLIUS:  Same objection.  I instruct you | 01:50:59 |
| 11 | not to answer the question. | 01:51:02 |
| 12 | MS. HAMILL Q:  If that's the case, if it was a | 01:51:07 |
| 13 | fortuitous bonus, then why did you tell HOPE that you | 01:51:09 |
| 14 | set out to create a majority district? | 01:51:14 |
| 15 | MR. MANOLIUS:  Objection.  Seeks information | 01:51:17 |
| 16 | covered by the legislative privilege.  You can certainly | 01:51:24 |
| 17 | answer as to what you told HOPE. | 01:51:29 |
| 18 | MR. WOODS:  Also, mischaracterizes his | 01:51:31 |
| 19 | testimony. | 01:51:33 |
| 20 | THE WITNESS:  It definitely mischaracterizes | 01:51:33 |
| 21 | my testimony, I believe. | 01:51:35 |
| 22 | The, I think the point of this was to give a | 01:51:37 |
| 23 | pat on the back of the HOPE leadership that advocated | 01:51:40 |
| 24 | really hard for their membership in 2021 and to let them | 01:51:44 |
| 25 | know that, that roughly, because if you actually look at | 01:51:47 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    137

```
 1   the map it is different than their bullet points, but      01:51:53
 2   that roughly that they, that what they had advocated for   01:51:58
 3   in 2021 was valuable.                                      01:52:03
 4        MS. HAMILL Q:  How is it different from their         01:52:07
 5   bullet points?                                             01:52:09
 6        MR. MANOLIUS:  Objection.  Vague, lacks               01:52:11
 7   foundation, and vague as to how is what different?  I am   01:52:16
 8   not sure.                                                  01:52:24
 9        MS. HAMILL Q:  Just quoting your words.  You          01:52:24
10   said the Prop 50 map is different from these bullet        01:52:27
11   points; correct?                                           01:52:30
12        MR. MANOLIUS:  I instruct you not to answer           01:52:33
13   the question as to due to legislative privilege with       01:52:34
14   regard to the Prop 50 map.                                 01:52:38
15        MS. HAMILL Q:  I'm asking about the map is            01:52:40
16   drawn, we can all see it.  It's not private.               01:52:41
17        Looking at the map, can you tell if it's the          01:52:45
18   same or different from what's in these proposed bullet     01:52:48
19   points, which were written in 2021, are not relevant to    01:52:51
20   the Prop 50 legislative privilege?                         01:52:57
21   A    You can see the maps that they submitted and          01:52:59
22   they are similar, but not the same.                        01:53:00
23   Q    In what ways?                                         01:53:02
24   A    In that there is a Long Beach to Orange County        01:53:03
25   district and there is a north of Long Beach to gateway     01:53:08
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    138

```
 1   cities district.                                        01:53:12
 2   Q        And how are they different?                    01:53:13
 3            (Sneezing.)                                    01:53:18
 4   A        Because bullet point one says, as described in 01:53:20
 5   the analysis, which it's not going to match what's in   01:53:27
 6   the analysis.                                           01:53:32
 7            And it describes the percentage Latino CVAP in 01:53:33
 8   the Huntington Beach to -- because the LB North district 01:53:38
 9   is not exactly what we created.                         01:53:41
10            Ours goes further into Newport Beach and is    01:53:43
11   not 35 to 40 percent Latino citizen voting age          01:53:47
12   population.                                             01:53:51
13   Q        What is it?                                    01:53:51
14   A        Less than that, something less than that.      01:53:52
15   Q        And so point one on the second page of         01:53:54
16   Exhibit 10 refers to an analysis.  Is that referring to 01:53:58
17   the analysis that's attached to the letter?             01:54:02
18            MR. MANOLIUS:  Objection, calls for            01:54:05
19   speculation.                                            01:54:06
20            THE WITNESS:  When I was doing the             01:54:07
21   presentation I didn't know exactly which analysis they  01:54:09
22   were speaking to, but given these together it was       01:54:12
23   speaking to this, and there's probably even a picture of 01:54:14
24   a map in here.  I don't know.  And I don't -- and the   01:54:17
25   Prop 50 map did not create an additional Latino         01:54:50
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    139

```
 1   majority/minority district.                          01:54:58

 2          MS. HAMILL Q:  What do you mean?               01:54:58

 3   A       It objectively did not create another Latino 01:54:59

 4   district that was over 50-percent CVAP Latino.        01:55:02

 5          The existing map has district 40, the         01:55:06

 6   commissioned map had a district number 42, it was over 01:55:09

 7   50-percent CVAP Latino, and the new district, that   01:55:20

 8   district is now moved up, is renumbered 41.          01:55:25

 9          And now there's a new district that goes from 01:55:28

10   Huntington Beach down, from Long Beach down to        01:55:30

11   Huntington Beach, Newport Beach, which is not Latino  01:55:33

12   majority/minority, so there's not an additional Latino 01:55:37

13   majority/minority district created through that.     01:55:40

14   Q       So I want to turn your attention to page 25 of 01:55:45

15   what's marked as Exhibit 9, lines 19 through 25.     01:55:48

16   A       Yes.                                         01:55:58

17   Q       And so, basically, this is saying you went   01:55:59

18   back to proposals from HOPE, Equality California, groups 01:56:02

19   that were trying to advocate for changes during the last 01:56:06

20   redistricting process; right?                        01:56:09

21          MR. MANOLIUS:  Objection.  Legislative        01:56:10

22   privilege, instruct you not to answer.               01:56:13

23          MS. HAMILL Q:  You said it publicly, so       01:56:15

24   wouldn't that be a waiver of the privilege?          01:56:18

25          MR. MANOLIUS:  Again, you can ask him if he   01:56:21
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    140

| | | |
|---|---|---|
| 1 | said it. | 01:56:22 |
| 2 | MS. HAMILL Q:  Did you say this, Mr. Mitchell? | 01:56:24 |
| 3 | A       Yes, I said that.  And the second portion of | 01:56:27 |
| 4 | that, what they were doing in 2021, is true. | 01:56:35 |
| 5 | **Q       Is any part of this statement not true?** | 01:56:39 |
| 6 | A       No.  I am just saying it's definitely | 01:56:41 |
| 7 | something I can confirm without getting into what | 01:56:44 |
| 8 | happened during the Prop 50 mapping process. | 01:56:47 |
| 9 | **Q       Was Equality California proposing a Latino** | 01:56:49 |
| 10 | **majority district?** | 01:56:52 |
| 11 | MR. MANOLIUS:  Vague as to time.  Objection. | 01:56:53 |
| 12 | Vague as to time.  And if it's during the Prop 50 time, | 01:56:56 |
| 13 | I instruct you not to answer based on legislative | 01:56:59 |
| 14 | privilege. | 01:57:02 |
| 15 | THE WITNESS:  In 2021, Equality California was | 01:57:04 |
| 16 | advocating for the same structure of maps that HOPE was | 01:57:09 |
| 17 | advocating for, which would have replaced an L.A. | 01:57:12 |
| 18 | district. | 01:57:16 |
| 19 | But, again, same set, same number of Latino | 01:57:16 |
| 20 | majority/minority districts, just one more district in | 01:57:20 |
| 21 | L.A. | 01:57:23 |
| 22 | MS. HAMILL Q:  What is your understanding of | 01:57:24 |
| 23 | why Equality California would propose a Latino majority | 01:57:25 |
| 24 | district? | 01:57:29 |
| 25 | A       They weren't -- | 01:57:29 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                      141

```
 1              MR. MANOLIUS:  Objection, calls for          01:57:30

 2   speculation.                                            01:57:31

 3              MR. WOODS:  Join.                             01:57:32

 4              MR. MANOLIUS:  Lacks foundation.  You can     01:57:33

 5   answer.                                                 01:57:34

 6              THE WITNESS:  They were advocating for their  01:57:35

 7   LGBT community.  They had maps that showed that there    01:57:36

 8   was a strong LGBT community in Long Beach and they       01:57:40

 9   believed that that LGBT community could be more          01:57:44

10   effective in advocating and helping to elect a candidate 01:57:47

11   of choice for that group if it was paired with more      01:57:49

12   coastal communities down Huntington Beach, Long Beach.   01:57:50

13              And so their interests and HOPE's interests   01:57:53

14   might have aligned, but that's why Equality California   01:57:56

15   was advocating, and they have a lot of documentation and 01:57:58

16   public testimony about that.                            01:58:03

17              MS. HAMILL Q:  I am going to take you back to  01:58:26

18   what I marked as Exhibit 8.                             01:58:28

19   A       Do you want me to give you those, please?       01:58:34

20   Eight, she had it already.  Okay.                       01:58:38

21   Q       So I want to go to page 27, line 17 down to     01:58:52

22   25, and then going to page 28, lines one to two.        01:59:05

23   A       Okay.                                           01:59:21

24   Q       Do you remember saying this?                    01:59:22

25   A       Yes.                                            01:59:24
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    142

```
 1            MR. MANOLIUS:  Objection.  Compound.  Out of      01:59:25

 2     text.  You can answer.                                   01:59:28

 3            THE WITNESS:  Yes, I recall saying that second    01:59:29

 4     portion of a statement you're reading.  You're selecting 01:59:35

 5     only a second portion of a statement.                    01:59:38

 6            MS. HAMILL Q:  So I am referring to line 17.       01:59:40

 7     A      You have to go to line six.  You have to start    01:59:43

 8     on line six.                                             01:59:46

 9     Q      Okay.  But you do recall saying those things?     01:59:47

10     A      Uh-huh.  Yes.                                     01:59:50

11     Q      Okay.  And so on line 18 you say, "And so why     01:59:52

12     would you remove districts from an area that's, you      02:00:04

13     know, from a Latino community where this Roybal-Allard   02:00:07

14     district has been historically and there's a lot of     02:00:12

15     community interest arguments about that district.  Why   02:00:14

16     take that out when you could just leave it there and let 02:00:19

17     all the districts in L.A. kind of push out over the      02:00:22

18     area, over the county into other areas?"                 02:00:24

19            And that was a true statement when you said       02:00:29

20     it; correct?                                             02:00:30

21            MR. MANOLIUS:  Objection.  Lacks foundation,      02:00:31

22     calls for speculation, and vague as to what time period. 02:00:33

23            THE WITNESS:  For this statement to make sense    02:00:38

24     you have to go back to line six --                       02:00:40

25            MS. HAMILL Q:  Okay.                              02:00:42
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    143

1   A          -- because, "To back up a second, the last          02:00:42

2   commission had to go from 52 to -- 53 to 52 seats.             02:00:44

3   There were two arguments."  You've skipped to the second       02:00:47

4   argument --                                                    02:00:53

5   Q          Uh-huh.                                             02:00:54

6   A          -- the first argument, and so I am                  02:00:54

7   paraphrasing what other people were saying.                    02:00:56

8              "Matt Rexroad was saying, hey, L.A. is where        02:00:58

9   you're losing the population, so you should take that,         02:01:06

10  you know, district out of L.A.  And, honestly, like it's       02:01:06

11  easier just to take one district out and let the rest of       02:01:06

12  the districts collapse in on itself than to do what we         02:01:06

13  were saying, which was no, no, no, keep all the                02:01:25

14  districts in L.A.," so that's the first argument that          02:01:26

15  people were making.                                            02:01:29

16             And then the second statement, starting line        02:01:30

17  17 going through to the end of that was me                     02:01:33

18  characterizing the alternate statement, groups like HOPE       02:01:36

19  and others were saying.                                        02:01:39

20             So in both cases, I'm channelling Matt Rexroad      02:01:40

21  in the first statement and I'm channelling advocacy            02:01:45

22  groups in the second statement.                                02:01:49

23             These aren't, I am not stating my viewpoint, I      02:01:50

24  am stating what was kind of the public testimony at the        02:01:53

25  time.                                                          02:01:56

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    144

```
 1            MS. HAMILL Q:  And you ultimately went with        02:01:56

 2    the second argument; correct?  You did not take the Matt   02:01:58

 3    Rexroad approach to the map?                               02:02:02

 4            MR. MANOLIUS:  Objection.  We're talking about     02:02:03

 5    Prop 50?                                                   02:02:05

 6            THE WITNESS:  From 2021 --                         02:02:06

 7            MR. MANOLIUS:  Objection.  Calls for               02:02:08

 8    information that's from, protected by the legislative      02:02:09

 9    privilege, because it deals with the map drawing in        02:02:12

10    2025.                                                      02:02:18

11            MS. HAMILL Q:  Were you referring to 2021 or       02:02:18

12    to Prop 50 when you made these statements?                 02:02:20

13    A       Referring to 2021.                                 02:02:22

14    Q       Okay.                                              02:02:27

15    A       So in 2021, these were the two arguments, and      02:02:27

16    organizations advocating for Democrats and for             02:02:31

17    progressive causes were advocating for the latter of       02:02:36

18    maintaining as many seats in L.A. and having the           02:02:40

19    districts spill over into other counties, rather than      02:02:43

20    having a district get pulled out of the middle of L.A.     02:02:47

21    which would have invariably reduced a democratic member    02:02:50

22    of Congress.                                               02:02:53

23            So all I'm doing in this is explaining both        02:02:56

24    takes.  Matt Rexroad is a Republican consultant.           02:03:00

25            MS. HAMILL Q:  You didn't use any partisan         02:03:05
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    145

```
 1    language when you said this to Capitol Weekly, you only    02:03:06
 2    spoke about the Latino population; correct?               02:03:10
 3              MR. MANOLIUS:  Objection.  Misstates            02:03:12
 4    testimony, calls for speculation.  Vague as to time.      02:03:14
 5              MR. WOODS:  The document speaks for itself.     02:03:18
 6              THE WITNESS:  Line two mentioned Ken Calvert.   02:03:23
 7              MS. HAMILL Q:  Okay.  So you mentioned Ken      02:03:31
 8    Calvert on line two, but when you're talking, you just    02:03:33
 9    explained to me, it sounds like you replaced what you     02:03:36
10    said on page 27, you replaced Latino with democratic and  02:03:39
11    progressive causes, but, anyway, we'll move on.           02:03:44
12              So then going to page 28, lines three through   02:03:47
13    seven, do you remember saying that?                       02:03:54
14              MR. MANOLIUS:  I am sorry.  Can you repeat      02:04:07
15    your lines?                                               02:04:09
16              MS. HAMILL Q:  Lines three through seven on     02:04:09
17    page 28.                                                  02:04:11
18              MR. MANOLIUS:  Thank you.                       02:04:13
19              THE WITNESS:  I don't recall saying it, but I   02:04:14
20    don't dispute that it's in the transcript.                02:04:16
21              MS. HAMILL Q:  You're saying, "So the first     02:04:17
22    thing we did was we used that community of interest       02:04:18
23    testimony and kind of undid what the commission did last  02:04:20
24    time in putting that district back in L.A. and kind of    02:04:24
25    eliminating that Calvert seat."                           02:04:27
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    146

```
 1              MR. MANOLIUS:  Objection.                   02:04:31

 2              MS. HAMILL Q:  That's the first thing you did;  02:04:33

 3   correct?                                               02:04:35

 4              MR. MANOLIUS:  Objection, legislative       02:04:35

 5   privilege.  Instruct you not to answer.                02:04:37

 6              MS. HAMILL Q:  And, again, we're talking about  02:04:39

 7   something that you have already discussed publicly on a  02:04:43

 8   podcast and you've said this out loud and now you're   02:04:46

 9   asserting the privilege in a deposition?               02:04:49

10              MR. MANOLIUS:  Yes.  You can ask him if he  02:04:53

11   1said it, but to the extent that it implicates the    02:04:55

12   legislative privilege, he's instructed not to answer.  02:04:58

13              MS. HAMILL Q:  So you said this?  Yes?  You  02:05:02

14   said this; correct?                                    02:05:06

15   A        Presuming this transcript is right, that's    02:05:07

16   what I said, this does --                              02:05:09

17   Q        Is there anything in this transcript that you,  02:05:11

18   that sticks out to you that's not representing what you  02:05:14

19   actually said?                                         02:05:16

20   A        I haven't found anything yet, but I believe in  02:05:18

21   the other transcripts I have seen things that weren't  02:05:20

22   exactly right, so I -- but I do -- I don't dispute it,  02:05:22

23   put it that way.                                       02:05:26

24   Q        As we go through this deposition I'd          02:05:27

25   appreciate it if you point out to me every time you see  02:05:29
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    147

| | | |
|---|---|---|
| 1 | something in one of these transcripts that you don't | 02:05:32 |
| 2 | think accurately reflect what you've said. | 02:05:35 |
| 3 | A        I have. | 02:05:36 |
| 4 | Q        Thank you.  All right. | 02:05:37 |
| 5 |          So you're telling Capitol Weekly the first | 02:05:42 |
| 6 | thing you did was use community of interest testimony | 02:05:44 |
| 7 | and undid what the commission did last time in putting | 02:05:46 |
| 8 | that district back in L.A. and eliminating that Calvert | 02:05:48 |
| 9 | seat, so that tracks with what you told HOPE you did, as | 02:05:52 |
| 10 | well; correct? | 02:05:56 |
| 11 |          MR. MANOLIUS:  Objection.  Compound, lacks | 02:05:57 |
| 12 | foundation.  You can answer. | 02:06:00 |
| 13 |          THE WITNESS:  The two statements are | 02:06:04 |
| 14 | consistent with each other, if that's what you're asking | 02:06:06 |
| 15 | me.  I don't want to characterize what I did; otherwise, | 02:06:09 |
| 16 | the two statements are consistent with each other. | 02:06:12 |
| 17 |          MS. HAMILL Q:  Okay.  And we're talking about | 02:06:15 |
| 18 | district 41; correct? | 02:06:17 |
| 19 | A        Yes, the Ken Calvert district.  In 2021, it | 02:06:18 |
| 20 | would have been something else. | 02:06:25 |
| 21 | Q        So you relied on the HOPE letter, marked as | 02:06:30 |
| 22 | Exhibit 10, when you were drawing the Proposition 50 | 02:06:40 |
| 23 | map; correct? | 02:06:43 |
| 24 |          MR. MANOLIUS:  Objection.  Calls for | 02:06:44 |
| 25 | information protected by the legislative privilege.  I | 02:06:47 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    148

```
 1   instruct you not to answer.                           02:06:50

 2          MS. HAMILL Q:  I want you to turn to the fifth  02:06:51

 3   page of what I've marked as Exhibit 10, which looks like  02:07:13

 4   this (Indicating).                                    02:07:18

 5   A       Okay.  They don't have numbers.              02:07:18

 6   Q       My apologies.                                 02:07:20

 7   A       Footnote three at the bottom of it.          02:07:21

 8          MR. MEUSER:  HOPE letter, so should be the    02:07:25

 9   third page of that.                                  02:07:28

10          MR. WOODS:  Got it.                            02:07:30

11          THE WITNESS:  The bottom of footnote three.   02:07:31

12          MS. HAMILL Q:  The third full paragraph down,  02:07:33

13   it starts with, "It is important to remember that voting  02:07:38

14   rights and the protection of voters of color is a higher  02:07:41

15   priority than preserving county boundaries or other   02:07:45

16   lower order criteria."                                02:07:49

17          Do you agree with that statement?             02:07:52

18          MR. MANOLIUS:  Objection.  Content, vague as  02:07:53

19   to context and timing, and overbroad and compound.  You  02:07:58

20   can answer.                                           02:08:03

21          MR. WOODS:  Join.                              02:08:03

22          THE WITNESS:  We're talking about 2021;       02:08:05

23   correct?                                              02:08:10

24          MS. HAMILL Q:  I'm asking you if you agree    02:08:10

25   with that statement.                                 02:08:13
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                          149

1          MR. MANOLIUS:  And also vague as to the          02:08:14

2    context of whatever project it might be.              02:08:16

3          THE WITNESS:  I don't know that the              02:08:21

4    terminology is exactly right or how I would -- this is, 02:08:32

5    this is a, for clarity, this is something that somebody 02:08:36

6    else wrote and that HOPE attached to their letter, which 02:08:40

7    also somebody else wrote, and you're asking me to       02:08:43

8    answer, it's almost like three, three steps down.       02:08:46

9          But I would say that the second portion of       02:08:50

10   that sentence is clearly true, that there are a lot of 02:08:53

11   things that county boundaries or other lower criterias 02:08:56

12   are subservient to the in the state's redistricting law 02:09:00

13   and the question would be how you characterize Voting   02:09:04

14   Rights Act and protection of voters of color.           02:09:09

15         Communities of interest might be a better way     02:09:13

16   of saying that, because communities of interest is a   02:09:15

17   higher priority than county boundaries or other lower   02:09:17

18   order of criteria, but this is written by a demographer 02:09:22

19   that's focused on racially polarized voting, not a     02:09:25

20   demographer who draws districts, so I don't know.      02:09:30

21   **Q        Continuing to the next sentence, it says,**   02:09:35

22   **"Further, it is also acceptable for commissioners to** 02:09:42

23   **value providing influence to voters of color in its**  02:09:46

24   **districting plans, so long as it is not the sole**      02:09:49

25   **criterion used, even beyond the minimal requirements for** 02:09:52

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    150

```
 1    voting rights guidance provided by the commission --        02:09:54

 2    sorry -- provided to the commission by its voting rights     02:09:58

 3    staff."                                                      02:10:02

 4          Do you agree with that statement?                      02:10:03

 5    A      Well, if I can --                                     02:10:04

 6          MR. MANOLIUS:  Objection.  Calls for                   02:10:05

 7    speculation, vague as to context, written by somebody        02:10:07

 8    else.  You can answer.                                       02:10:10

 9          THE WITNESS:  If I can dissect this, because           02:10:13

10    this is a word salad a little bit.                           02:10:15

11          So where he says, "Is acceptable for                   02:10:19

12    commissioners to value providing influence to voters of      02:10:22

13    color in its districting plans," that can take a lot of      02:10:27

14    forms.                                                       02:10:30

15          That could mean that it's okay if as an                02:10:31

16    incidental byproduct of preserving communities of            02:10:35

17    interest that a racial minority of voters of color are       02:10:40

18    empowered, as long as their ethnicity is not the sole        02:10:45

19    criteria, or race is not the sole criteria.  And that is     02:10:53

20    true even where you're not dealing with a requirement        02:10:59

21    from attorneys telling you that you have a Section 2         02:11:06

22    Voting Rights Act requirement.                               02:11:09

23          So as an example, if you were to use arguments         02:11:11

24    from the Armenian grocers who said that we want to be        02:11:15

25    together in a community because we have concerns before      02:11:18
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                151

```
 1   the city council or we have issues, literally in        02:11:21

 2   Glendale they were trying to ban Armenian BBQ, outdoor   02:11:25

 3   barbecues, so they got together and organized to try to  02:11:30

 4   take on the city council.                                02:11:32

 5            Would it be okay for you as the redistricting   02:11:33

 6   commissioner to say we're going to keep you within a     02:11:35

 7   district as a community of interest, even though the     02:11:38

 8   byproduct of that is that you are creating a better      02:11:42

 9   voting power for that minority community.  That's what   02:11:45

10   this is characterizing.                                  02:11:48

11            That legitimate purpose, legitimate goals in    02:11:50

12   redistricting, like maintaining communities of interest, 02:11:55

13   could have the effect of providing greater influence to  02:11:59

14   voters of color, even in areas where we're not talking   02:12:02

15   about the Voting Rights Act at all, and that's not       02:12:04

16   inherently bad or wrong for a redistricting to do that,  02:12:07

17   as long as it's not using race as its sole criteria.     02:12:10

18   That's what that is reading to me as.                    02:12:14

19   Q        Well, if all that's true then why wouldn't you  02:12:16

20   just testify and explain to us exactly what the criteria 02:12:18

21   were that you used to draw the Prop 50 map?              02:12:22

22            MR. MANOLIUS:  Objection.  Because it's         02:12:25

23   protected by legislative privilege.                      02:12:26

24            Objection, also, that it's a distinct,          02:12:32

25   different process.                                       02:12:40
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    152

| | | |
|---|---|---|
| 1 | THE WITNESS:  Sorry if that was fast. | 02:12:49 |
| 2 | THE REPORTER:  I'll jump in. | 02:12:51 |
| 3 | MS. HAMILL Q:  I want you to go to the second | 02:12:53 |
| 4 | to last page of what I have marked as Exhibit 10, | 02:13:14 |
| 5 | please. | 02:13:18 |
| 6 | A       Uh-huh.  You mean, the next to the last page, | 02:13:18 |
| 7 | the one with the map at the top? | 02:13:23 |
| 8 | **Q       Looks like this (Indicating).** | 02:13:25 |
| 9 | A       Yeah. | 02:13:27 |
| 10 | **Q       Yes.  And that middle paragraph, the bold line** | 02:13:28 |
| 11 | **says, "To create a new gateway cities district to** | 02:13:32 |
| 12 | **enhance Latino voting influence, the commission would** | 02:13:35 |
| 13 | **need to meld together two white-majority districts** | 02:13:38 |
| 14 | **elsewhere, so as to cause an aggregate increase in the** | 02:13:41 |
| 15 | **number of districts providing voting power for voters of** | 02:13:45 |
| 16 | **color across the region and the state."** | 02:13:48 |
| 17 | **Did you meld together two white-majority** | 02:13:50 |
| 18 | **districts, like the HOPE letter suggested?** | 02:13:54 |
| 19 | MR. MANOLIUS:  Objection.  Vague as to time. | 02:13:56 |
| 20 | If you're talking about the Prop 50 process, I instruct | 02:13:58 |
| 21 | you not to answer due to legislative privilege. | 02:14:02 |
| 22 | MS. HAMILL:  I'm talking about Prop 50. | 02:14:07 |
| 23 | MR. MANOLIUS:  My objection and instruction | 02:14:11 |
| 24 | stands. | 02:14:13 |
| 25 | MS. HAMILL Q:  Would it be illegal, in your | 02:14:14 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          153

```
 1   mind, when you're approaching your work, in your          02:14:19

 2   understanding -- I am not asking for a legal conclusion   02:14:22

 3   here -- let me just rephrase that.                        02:14:24

 4         Would it be improper to meld together two           02:14:28

 5   white-majority districts in order to increase the voting  02:14:33

 6   power of a protected class, generally?                    02:14:36

 7         MR. MANOLIUS:  Objection.  Calls for                02:14:40

 8   speculation, incomplete hypothetical, and it sounds like  02:14:41

 9   you're asking as a general manner.  Depends on the        02:14:49

10   process.  And don't answer anything about Prop 50.        02:14:52

11         MR. WOODS:  Also, calls for a legal                 02:14:58

12   conclusion.                                               02:15:01

13         THE WITNESS:  What I think this is discussing       02:15:04

14   is that there was a district going to be eliminated, and  02:15:06

15   I don't know why the analysis reads like this or what he  02:15:11

16   was trying to say, but what he's talking about in 2021    02:15:15

17   was the elimination of a district.  If we -- if the       02:15:20

18   state had created this gateway cities district, it would  02:15:31

19   have required somewhere else in the state two districts   02:15:37

20   to be collapsed, whether or not those two districts       02:15:42

21   would be, I don't know what the composition of those two  02:15:51

22   districts would be, but mathematically two districts      02:15:53

23   somewhere else would have to be collapsed.                02:15:56

24         MS. HAMILL Q:  Would that trigger Voting            02:15:58

25   Rights Act concerns that would make you go and speak to   02:16:01
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    154

```
 1   an attorney, if you were melding two majority white        02:16:04

 2   districts together?                                        02:16:07

 3              MR. MANOLIUS:  Objection.  Calls for            02:16:08

 4   speculation, incomplete hypothetical, depends on the       02:16:09

 5   process.  Ultimately, attorney-client privilege, but you   02:16:12

 6   can answer.                                                02:16:18

 7              MR. WOODS:  Calls for legal conclusion.  You     02:16:18

 8   can answer.                                                02:16:20

 9              THE WITNESS:  In other jurisdictions where I'm   02:16:21

10   working and I'm working with legal counsel about           02:16:26

11   particular VRA districts, they seem to be rather           02:16:29

12   agnostic about what happens in the others.                 02:16:32

13              They're concerned about a particular district   02:16:35

14   that they might argue the lawyers might think is           02:16:37

15   required by the Voting Rights Act, but the impact that     02:16:40

16   that has on other districts, they seem to not have a       02:16:44

17   significant concern about.                                 02:16:46

18              MS. HAMILL Q:  I'm going to go back to page      02:16:47

19   five of Exhibit 10, which has that footnote three at the   02:16:49

20   bottom.                                                    02:16:53

21              In the middle of the paragraph that we were     02:16:57

22   looking at before, the paragraph starts with, "It is       02:17:00

23   important."                                                02:17:03

24              If you go down, the third sentence starts       02:17:05

25   with, "Thus, it may be important that some of these very   02:17:10
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                      155

```
 1   high Latino districts in L.A. County expand somewhat      02:17:15

 2   into neighboring counties, such as Orange County or       02:17:19

 3   Riverside County."                                        02:17:22

 4          Do you see that?                                   02:17:23

 5   A      Uh-huh.                                            02:17:24

 6          MR. MEUSER:  Is that a "yes"?                      02:17:27

 7          THE WITNESS:  Yes.                                 02:17:29

 8          MS. HAMILL Q:  And then it says, "Crossing         02:17:30

 9   into Orange County will make some of these districts      02:17:33

10   less overpacked, but will still allow for very high       02:17:36

11   levels of Latino ability to elect and Latino CVAP         02:17:39

12   majorities."  That end seem errant.                       02:17:49

13          But do you see where I'm reading from?             02:17:52

14   A      Uh-huh.                                            02:17:54

15   Q      Do you have an understanding of this               02:17:55

16   statement?                                                02:17:58

17          MR. MANOLIUS:  Objection.  Calls for               02:17:58

18   speculation.  You can answer.                             02:17:59

19          THE WITNESS:  Generally, I understand the          02:18:03

20   words and I think the and is in place, because Latinos'   02:18:05

21   ability to elect and Latino CVAP majorities are           02:18:12

22   different constructs.                                     02:18:17

23          MS. HAMILL Q:  Got it.  That's a helpful           02:18:18

24   explanation.                                              02:18:20

25          And so it sounds like what this document is        02:18:20
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                              156

```
 1  saying is that when there are overpacked districts with    02:18:23

 2  high levels of Latino voters, that they need to be          02:18:29

 3  unpacked.  Is that what they're saying?                     02:18:39

 4          MR. MANOLIUS:  Objection.  Misstates the            02:18:41

 5  contents of the letter, calls for speculation.  You can     02:18:43

 6  answer.                                                     02:18:47

 7          MR. WOODS:  Join.                                   02:18:48

 8          THE WITNESS:  Um, this is kind of like high         02:18:49

 9  level VRA --                                                02:18:55

10          MS. HAMILL Q:  Uh-huh.                              02:18:57

11  A        -- and I really feel like this level of this       02:18:58

12  discussion, you'd be best served talking to the author      02:19:03

13  of this document, so I have to -- I understand what he      02:19:06

14  is saying, but I don't understand whether or not it's       02:19:10

15  true or not.                                                02:19:12

16  Q        Do you have an understanding of the concept of     02:19:13

17  overpacking districts and then moving populations around    02:19:15

18  to maintain the ability to elect of a protected             02:19:18

19  population?  Do you understand that concept?                02:19:23

20  A        Uh-huh.                                            02:19:25

21  Q        Okay.  Is that what they're talking about          02:19:26

22  here?                                                       02:19:29

23          MR. MANOLIUS:  Objection.  Calls for                02:19:29

24  speculation.                                                02:19:30

25          THE WITNESS:  Yes.                                  02:19:30
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    157

```
 1              MS. HAMILL Q:  Is this something that you          02:19:32

 2    implemented when you were drawing the maps for              02:19:33

 3    Proposition 50?                                             02:19:35

 4              MR. MANOLIUS:  Objection.  Instruct you not to    02:19:37

 5    answer, legislative privilege.                              02:19:38

 6              MS. HAMILL Q:  So moving onto the next            02:19:42

 7    sentence, "For instance, district SP710 is 63 percent       02:19:47

 8    Latino CVAP.  Such a district is likely overpacked          02:19:53

 9    beyond what is required."                                   02:19:57

10    A       I am sorry.  I lost track of where you are.         02:19:58

11    Can you tell me again?  For instance --                     02:20:01

12    Q       Yes.                                                02:20:02

13    A       Sorry.  I was off.  Thank you.                      02:20:03

14    Q       "For instance, district SP710 is 63 percent         02:20:05

15    Latino CVAP.  Such a district is likely overpacked          02:20:09

16    beyond what is required to definitively allow for the       02:20:13

17    election of a Latino candidate of choice."                  02:20:16

18            Do you see that?                                    02:20:20

19    A       Uh-huh.  Yes.                                       02:20:20

20    Q       Do you have an understanding of that                02:20:21

21    statement?                                                  02:20:23

22              MR. MANOLIUS:  Objection.  Calls for             02:20:23

23    speculation.  He didn't write it, but he can answer.       02:20:24

24              THE WITNESS:  I understand the words.  I          02:20:31

25    understand what he's characterizing.                        02:20:32
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    158

```
 1              MS. HAMILL Q:  Generally, when you were          02:20:34

 2    drawing maps, what do you consider, what percentage of     02:20:35

 3    CVAP do you consider a district is overpacked?             02:20:40

 4              MR. MANOLIUS:  Objection.  Lacks context,        02:20:44

 5    vague, depends on the process.  And I instruct you not     02:20:47

 6    to answer anything about the Prop 50 map drawings for      02:20:51

 7    legislative privilege.                                     02:20:56

 8              THE WITNESS:  I 100 percent in cases like this   02:20:57

 9    default to legal counsel to tell me.                       02:20:59

10              And I have been in other instances in Kern       02:21:02

11    County, as an example, where legal counsel asked us to     02:21:05

12    have districts that were 60, 63, 65 percent Latino.        02:21:09

13              And so in the situation, there was a lawsuit     02:21:13

14    in Kern County, very well-known one where they were        02:21:15

15    looking at creating kind of CVAP districts like this, so   02:21:18

16    I can't characterize what, there's no magic overpacking    02:21:21

17    number.                                                    02:21:24

18    Q         All right.  And moving onto the next sentence,   02:21:24

19    it says, "Similarly, STH60 and CDNELA are 56 percent and   02:21:27

20    57 percent Latino CVAP respectively.  If these districts   02:21:37

21    were between 52 percent and 54 percent Latino CVAP, for    02:21:43

22    instance, they would still be very likely to elect         02:21:44

23    Latino candidates of choice."                              02:21:48

24              Do you see that?                                 02:21:50

25    A         Uh-huh.  Yes.                                    02:21:50
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    159

| | | |
|---|---|---|
| 1 | Q        Do you have an understanding of what that | 02:21:51 |
| 2 | means? | 02:21:53 |
| 3 | A        Yes. | 02:21:53 |
| 4 | MR. MANOLIUS:  Objection.  Calls for | 02:21:53 |
| 5 | speculation, incomplete hypothetical, context.  You can | 02:21:55 |
| 6 | answer. | 02:21:59 |
| 7 | MR. WOODS:  Join. | 02:22:00 |
| 8 | THE WITNESS:  Yes. | 02:22:01 |
| 9 | MS. HAMILL Q:  What is your understanding of | 02:22:01 |
| 10 | that statement? | 02:22:03 |
| 11 | A        The understanding of that statement, and again | 02:22:04 |
| 12 | these letter number words, these letter number things, | 02:22:10 |
| 13 | these are districts that were draft maps from the | 02:22:13 |
| 14 | commission, STH60 and CDNELA, that was a methodology | 02:22:15 |
| 15 | they used to name districts, so I don't have real clear | 02:22:21 |
| 16 | memory as to what exactly those districts were at the | 02:22:24 |
| 17 | time, but what he's essentially saying is that idea of | 02:22:27 |
| 18 | majority/minority being bifurcated from the idea of | 02:22:33 |
| 19 | ability to elect, and in some parts of the state or the | 02:22:36 |
| 20 | country a 52 percent or 54 percent Latino CVAP district | 02:22:40 |
| 21 | is sufficient, given an ability to elect analysis, which | 02:22:45 |
| 22 | is what this demographer does to elect a candidate of | 02:22:49 |
| 23 | choice from this Latino community and other | 02:22:53 |
| 24 | jurisdictions that might not be enough. | 02:22:56 |
| 25 | Q        Do you agree that moving Hispanic populations | 02:23:00 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    160

| | | |
|---|---|---|
| 1 | out of overpacked districts into other areas helps to | 02:23:03 |
| 2 | maintain a likelihood that Hispanics will still elect | 02:23:06 |
| 3 | candidates of their choice?  And I am asking generally, | 02:23:13 |
| 4 | not specifically, to this scenario. | 02:23:16 |
| 5 | MR. MANOLIUS:  Objection, calls for | 02:23:18 |
| 6 | speculation, incomplete hypothetical.  You can answer. | 02:23:18 |
| 7 | THE WITNESS:  There is no general answer. | 02:23:23 |
| 8 | MS. HAMILL Q:  When you were drawing the Prop | 02:23:24 |
| 9 | 50 maps, did you have a specific CVAP target in mind? | 02:23:26 |
| 10 | MR. MANOLIUS:  Objection.  And I instruct you | 02:23:30 |
| 11 | not to answer.  It calls for legislatively privileged | 02:23:31 |
| 12 | information. | 02:23:34 |
| 13 | MS. HAMILL Q:  When you were drawing the Prop | 02:23:35 |
| 14 | 50 maps you had a specific target for Hispanic CVAP in | 02:23:37 |
| 15 | mind for a set number of districts; correct? | 02:23:42 |
| 16 | MR. MANOLIUS:  Objection.  I instruct you not | 02:23:45 |
| 17 | to answer, legislative privilege. | 02:23:46 |
| 18 | MS. HAMILL Q:  And you agree that the sweet | 02:23:50 |
| 19 | spot for Hispanic CVAP to maintain a likelihood of | 02:23:53 |
| 20 | electing candidates of their choice is somewhere between | 02:23:57 |
| 21 | 52 and 55 percent; correct? | 02:24:00 |
| 22 | MR. MANOLIUS:  Objection.  Misstates his | 02:24:01 |
| 23 | testimony, lacks context, incomplete hypothetical.  You | 02:24:03 |
| 24 | can answer. | 02:24:07 |
| 25 | MR. WOODS:  Same objections. | 02:24:07 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    161

```
 1              THE WITNESS:  I cannot answer or I can?            02:24:08

 2              MR. MANOLIUS:  You can.                            02:24:10

 3              THE WITNESS:  I can.  No, I don't agree with       02:24:11

 4    that.                                                       02:24:13

 5              MS. HAMILL Q:  Can you explain?                    02:24:14

 6    A         I already did explain earlier that it's very      02:24:15

 7    situational.                                                02:24:18

 8              In some areas in Kern County, well-documented      02:24:19

 9    lawsuit, needs a much higher Latino CVAP based on what      02:24:24

10    the legal counsel told me in that case, and legal          02:24:28

11    counsel in other cases have instructed that a 50 percent   02:24:31

12    CVAP Latino is sufficient for based on ability to elect    02:24:35

13    analysis like this to elect a candidate of choice, so      02:24:40

14    there is not a doctrine in California about some magical    02:24:41

15    number.                                                     02:24:45
```

**16    Q         Would you agree that that sweet spot of 52 to**    02:24:45

**17    55 percent that's expressed in this letter marked as**       02:24:50

**18    Exhibit 10 applies to the areas that HOPE was**              02:24:54

**19    referencing their map, with their map proposal?**            02:24:56

```
20              MR. WOODS:  Objection.  Calls for speculation.    02:25:01

21    Also, mischaracterizes the document.                       02:25:05

22              MR. MANOLIUS:  Lacks foundation, incomplete       02:25:07

23    hypothetical.                                              02:25:11

24              THE WITNESS:  I don't want to sound combative,    02:25:12

25    but your statement of "sweet spot" is the first time I     02:25:14
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    162

```
 1   have ever heard anybody say sweet spot with regards to a      02:25:17

 2   CVAP target, so this isn't the way that I communicate in      02:25:20

 3   any of my redistrictings.                                     02:25:23

 4          I don't mean that to be pejorative.  I am just         02:25:25

 5   saying, like, that's not something, that is not language      02:25:29

 6   that I have ever used in any other redistricting.             02:25:30

 7          MS. HAMILL Q:  What phrasing would you use?            02:25:33

 8   A      There wouldn't be a phrasing.                          02:25:33

 9   Q      So there's no target?                                  02:25:34

10   A      No.                                                    02:25:36

11          MR. MANOLIUS:  Objection.  Speculation,               02:25:36

12   incomplete hypothetical, depends on the context.  You         02:25:38

13   can answer.                                                   02:25:41

14          THE WITNESS:  I characterized in Kern County           02:25:41

15   there was guidance from legal counsel to get, I don't         02:25:43

16   recall exactly what it was, but it was relatively             02:25:47

17   higher, over above 50 percent, but those kind of targets      02:25:51

18   like in Kern County are extremely rare, almost never          02:25:55

19   seen, and it's in a case where there was a legal              02:26:00

20   requirement based on a lawsuit to have a district that        02:26:03

21   was a certain percentage.                                     02:26:07

22          That is not how, you go to any of my                   02:26:09

23   redistrictings that I have ever done, over 100, that's        02:26:13

24   not how we communicate about these issues.                    02:26:15

25          MS. HAMILL Q:  Well, I wish I could get your           02:26:18
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    163

```
 1   communications regarding Prop 50, but we're getting,       02:26:20

 2   we're catching objections on everything, so I have to go   02:26:23

 3   through this process here.                                 02:26:26

 4          Moving onto the last sentence in that               02:26:28

 5   paragraph, "The commission may want to consider the        02:26:30

 6   optimal allocation of Latino CVAP in L.A. County so as     02:26:33

 7   to create one additional very high Latino CVAP-majority    02:26:38

 8   or plurality district in this area while maintaining       02:26:44

 9   these four Latino-CVAP majority districts."                02:26:46

10          Do you see that?                                    02:26:51

11   A      Yes.                                                02:26:52

12   Q      And that's exactly what you drew up in Prop         02:26:52

13   50; isn't it?                                              02:26:55

14          MR. MANOLIUS:  Objection.  Legislative             02:26:55

15   privilege.  I instruct you not to answer, privilege.       02:26:58

16   Sorry.                                                     02:27:00

17          MS. HAMILL:  Can we take a 10-minute break?         02:27:20

18          THE WITNESS:  Sure.                                 02:27:29

19          THE VIDEOGRAPHER:  The time is 2:27 p.m.  We        02:27:29

20   are going off the record.                                  02:27:32

21          (Whereupon a recess was taken.)                     02:41:14

22          THE VIDEOGRAPHER:  We are back on the record.       02:41:14

23   The time is 2:41 p.m. and this marks the beginning of      02:41:20

24   videotape number four in the deposition of Paul            02:41:27

25   Mitchell, which is being taken at Hanson Bridgett, LLP,    02:41:30
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                      164

```
 1   500 Capitol Mall, Suite 1500, Sacramento, California.        02:41:34

 2   The videographer is Nicholas Coulter, here on behalf of      02:41:40

 3   Array Legal Services.                                        02:41:44

 4           MS. HAMILL Q:  Mr. Mitchell, at any point            02:41:46

 5   between July 2nd and August 15th, did you speak with any     02:41:50

 6   of the bill sponsors for any of the three Prop 50 bills?     02:41:57

 7   A       Can you tell me their names?  I don't know           02:42:03

 8   which ones.                                                  02:42:05

 9   Q       You would know better than I would.  You don't       02:42:06

10   know who sponsored the bills?                                02:42:09

11   A       No.                                                  02:42:10

12           MR. MANOLIUS:  Objection.  Calls for                 02:42:10

13   speculation.                                                 02:42:11

14           MS. HAMILL Q:  Did you speak with Sabrina            02:42:12

15   Cervantes in that period of time?                            02:42:17

16   A       Yes.                                                 02:42:18

17   Q       What did you speak with her about?                   02:42:18

18           MR. MANOLIUS:  Objection.  Legislative               02:42:20

19   privilege.  Don't answer the question.                       02:42:23

20           MS. HAMILL Q:  Did you speak with Gail               02:42:24

21   Pellerin?                                                    02:42:32

22   A       During that time?                                    02:42:32

23   Q       Yes.                                                 02:42:33

24   A       Yes.                                                 02:42:34

25   Q       What did you speak with her about?                   02:42:35
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                              165

| | | |
|---|---|---|
| 1 | MR. MANOLIUS:  Same objection.  Instruct you | 02:42:38 |
| 2 | not to answer based on legislative privilege. | 02:42:39 |
| 3 | MS. HAMILL Q:  Did you speak with Cecilia | 02:42:42 |
| 4 | Aguilar Curry during that period of time of July 2nd to | 02:42:57 |
| 5 | August 15th, did you speak with anyone involved in the | 02:43:00 |
| 6 | assembly committee on elections? | 02:43:02 |
| 7 | A       I would need to know the members of the | 02:43:06 |
| 8 | committee.  I'm not trying to be combative.  I just | 02:43:11 |
| 9 | don't honestly know the members of the committee and I | 02:43:18 |
| 10 | didn't speak with any staff. | 02:43:21 |
| **11** | **Q       I'll pull that list on the next break for you.** | 02:43:23 |
| 12 | A       Thank you. | 02:43:30 |
| **13** | **Q       During that time period of July 2nd to** | 02:43:31 |
| **14** | **August 15th, did you speak with anyone on the senate** | 02:43:34 |
| **15** | **committee on elections?** | 02:43:37 |
| 16 | A       Same. | 02:43:39 |
| **17** | **Q       You need a list?** | 02:43:41 |
| 18 | A       I wouldn't know who is on the committee.  I | 02:43:42 |
| 19 | don't do legislative work. | 02:43:45 |
| **20** | **Q       Did you just say you don't do legislative** | 02:43:48 |
| **21** | **work?** | 02:43:53 |
| 22 | A       No, I don't mean like that.  I mean, like, | 02:43:54 |
| 23 | historically in Sacramento I'm not a lobbyist. | 02:43:55 |
| 24 | I don't -- I work more in politics than I do | 02:43:59 |
| 25 | in committee staffs and who works where.  I don't keep | 02:44:03 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    166

```
 1   track of who is on what committees.                      02:44:05

 2   Q       I am going to turn back to the HOPE              02:44:09

 3   transcript, Exhibit 9, page 26.                          02:44:25

 4   A       Oh.  Okay.                                       02:44:31

 5   Q       I'll direct your attention to line 14 on page   02:44:37

 6   26, going down to line 21.  Do you remember making that 02:44:41

 7   statement?                                               02:45:03

 8           MR. MANOLIUS:  I apologize.  Can you give me    02:45:04

 9   the line numbers again?                                  02:45:06

10           MS. HAMILL:  14 to 21.                           02:45:08

11           MR. MANOLIUS:  Okay.  Thanks.                    02:45:09

12           THE WITNESS:  Yes.                               02:45:11

13           MS. HAMILL Q:  Was it true at the time that     02:45:31

14   you said it?                                             02:45:33

15           MR. MANOLIUS:  Objection.  Legislative          02:45:36

16   privilege.  Don't answer the question.                   02:45:41

17           MS. HAMILL Q:  You're referring to a Voting     02:45:44

18   Rights Act analysis that you got back.  Are you          02:45:49

19   referring to a Voting Rights Act analysis for Prop 50?   02:45:51

20           And this is a clarifying question, because I    02:45:56

21   don't know if you're talking about Prop 50 or something  02:45:59

22   else.                                                    02:46:14

23           MR. MANOLIUS:  Objection, as to Prop 50, calls  02:46:14

24   for information that's privileged by legislative         02:46:24

25   privilege.  Don't answer the question.                   02:46:27
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    167

1          MS. HAMILL Q:  Did someone do a Voting Rights          02:46:29

2    Act analysis for your Proposition 50 maps?                   02:46:33

3          MR. MANOLIUS:  Instruct you not to answer the          02:46:38

4    question.  That's protected by legislative privilege.       02:46:40

5          MS. HAMILL Q:  Who did the voting rights               02:46:43

6    analysis for the Prop 50 maps?                               02:46:45

7          MR. MANOLIUS:  Same objection.  Instruct you           02:46:48

8    not to answer the question.                                 02:46:49

9          MS. HAMILL Q:  Is that Voting Rights Act               02:46:50

10   analysis published publicly anywhere?                        02:46:52

11         MR. MANOLIUS:  Same objection.                         02:46:57

12         MS. HAMILL:  You're going to object on                 02:46:59

13   legislative privilege for a publicly published document?    02:47:00

14         MR. MANOLIUS:  Lacks foundation.  Yes.  I              02:47:03

15   instruct you not to answer.                                 02:47:07

16         MS. HAMILL Q:  And do you have a document in           02:47:08

17   your possession that would reflect the Voting Rights Act    02:47:11

18   analysis that was done for this map?                         02:47:14

19         MR. MANOLIUS:  Same objection and instruct you        02:47:16

20   not to answer.  Legislative privilege.                       02:47:18

21         MS. HAMILL Q:  And so according to your                02:47:21

22   statement that's reflected in lines 14 to 21, page 26 of    02:47:24

23   this exhibit, the VRA analysis you had done said that       02:47:29

24   the existing commission map and your new Prop 50 map        02:47:34

25   were both compliant with Section 2, but that empirical      02:47:38

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    168

```
 1   evidence shows Prop 50 map improves the opportunity for      02:47:42

 2   Latino voters to elect candidates of choice in two more      02:47:45

 3   districts than the existing plan; is that right?            02:47:49

 4           MR. MANOLIUS:  Is the question did he say it?        02:47:52

 5           MS. HAMILL:   No.                                    02:47:54

 6           MR. MANOLIUS:  Then objection.  I instruct you       02:47:55

 7   not to answer the question based on legislative             02:47:57

 8   privilege.                                                   02:47:59

 9           MS. HAMILL Q:  Which two districts have             02:48:00

10   improved opportunity for Latino voters to elect             02:48:08

11   candidates of their choice?                                 02:48:12

12           MR. MANOLIUS:  Same objection.  I instruct you       02:48:13

13   not to answer.                                               02:48:14

14           MS. HAMILL Q:  And going down to the next line      02:48:16

15   on page 26, line 22, it says, "Then PPIC just put out an    02:48:23

16   analysis last week that said our plan maintained the        02:48:28

17   status quote in terms of the Voting Rights Act and added    02:48:31

18   one more Latino-influenced district."                        02:48:35

19           Is that your understanding of what you did          02:48:38

20   with your Prop 50 map?                                       02:48:41

21           MR. MANOLIUS:  Objection.  Lacks foundation          02:48:42

22   and I instruct you not to answer as it implicates           02:48:45

23   legislative privileged information.                          02:48:50

24           MS. HAMILL Q:  Can you tell by looking at the       02:48:52

25   public map that that's what happened?                        02:48:55
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                      169

```
 1            MR. MANOLIUS:  Calls for speculation.  You can      02:48:58

 2   answer.                                                      02:49:02

 3            THE WITNESS:  I can only state that that's          02:49:03

 4   what the PPIC study found.  I haven't done the PPIC          02:49:05

 5   study myself, like, I haven't gone into their data.          02:49:08

 6            MS. HAMILL Q:  Is the PPIC a reliable entity,       02:49:12

 7   in your mind?                                                02:49:15

 8   A        (Witness nodding head.)                             02:49:16

 9            MR. MANOLIUS:  Objection.  Vague as to              02:49:17

10   "reliable."                                                  02:49:18

11            THE WITNESS:  One among many, absolutely, PPIC      02:49:19

12   is reliable.                                                 02:49:25

13            MS. HAMILL Q:  I have a list for you.               02:49:49

14   A        Please.                                             02:49:57

15   Q        Did you between the time period of July 2nd         02:49:57

16   and August 15th, did you discuss the Proposition 50 maps     02:50:00

17   with Alexandra Macedo?                                       02:50:06

18   A        I don't believe so.                                 02:50:08

19   Q        Did you discuss the Proposition 50 maps with        02:50:09

20   Steve Bennett during that time period?                       02:50:13

21   A        I don't believe so.  And let me clarify.  They      02:50:15

22   might have been on a group, but as an individual             02:50:19

23   one-on-one which we discussed earlier the distinction        02:50:21

24   between the two, no, not one-on-one.                         02:50:24

25   Q        And within that time period, did you discuss        02:50:26
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    170

```
 1   the Proposition 50 maps with Marc Berman?              02:50:27

 2   A       I do not believe so.                           02:50:32

 3   Q       During that time period did you discuss the    02:50:33

 4   Proposition 50 maps with Jose Luis Solachi, Jr.?       02:50:36

 5   A       I do not believe so.                           02:50:42

 6   Q       During that time period did you discuss the    02:50:43

 7   Proposition 50 maps with Catherine Stefani?            02:50:48

 8   A       No.                                            02:50:50

 9   Q       During that time period, did you discuss the   02:50:51

10   Proposition 50 maps with David Tangpia?                02:50:55

11   A       No.                                            02:51:00

12   Q       Were you involved with Catherine Stefani's     02:51:01

13   efforts to get out the vote on election day for        02:51:04

14   Proposition 50?                                        02:51:07

15   A       No.                                            02:51:08

16   Q       During the time period of July 2nd through     02:51:09

17   August 15th, did you discuss the Proposition 50 maps   02:51:16

18   with Steven Choy?                                      02:51:21

19   A       No.                                            02:51:22

20   Q       Did you discuss the Proposition 50 maps with   02:51:23

21   Ben Allen during that time period?                     02:51:26

22   A       No.                                            02:51:28

23   Q       Did you discuss the Proposition 50 maps with   02:51:30

24   Monique Limon during that time period?                 02:51:35

25   A       I do not believe so.                           02:51:37
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    171

| | | |
|---|---|---|
| 1 | Q        And did you discuss the Proposition 50 maps | 02:51:44 |
| 2 | with Thomas Umberg during that period of time? | 02:51:47 |
| 3 | A        No. | 02:51:51 |
| 4 | Q        And when you said no, it is possible that you | 02:51:52 |
| 5 | spoke with these people in a group setting? | 02:51:56 |
| 6 | A        Yes. | 02:51:58 |
| 7 | Q        Okay. | 02:51:59 |
| 8 | A        And if I can remember a conversation with any | 02:52:00 |
| 9 | of them I'll come back to you, but I don't recall | 02:52:02 |
| 10 | anything during that time. | 02:52:04 |
| 11 | Q        Do you have any documents in your possession | 02:52:05 |
| 12 | that would show who you met with and who you spoke to? | 02:52:07 |
| 13 | A        Not that -- | 02:52:11 |
| 14 | MR. MANOLIUS:  Objection.  Compound, calls for | 02:52:13 |
| 15 | speculation.  You can answer. | 02:52:14 |
| 16 | THE WITNESS:  Not as in total. | 02:52:15 |
| 17 | MS. HAMILL Q:  But if you went back, let's say | 02:52:18 |
| 18 | that there weren't objections, would you be able to go | 02:52:21 |
| 19 | back into your e-mail account and look for meetings or | 02:52:25 |
| 20 | schedules or calls that you might have had with these | 02:52:28 |
| 21 | people? | 02:52:31 |
| 22 | A        Just to, as an example, we talked about side | 02:52:31 |
| 23 | to the window that we're talking about -- | 02:52:34 |
| 24 | Q        Uh-huh. | 02:52:36 |
| 25 | A        -- you know, I'll run into a legislator around | 02:52:36 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                      172

```
 1   the capitol, I talk to them whenever we are at a thing      02:52:39

 2   together, they might call me, but all those kind of         02:52:43

 3   interactions which are probably the majority of the         02:52:46

 4   interactions I would have with the legislators would not    02:52:48

 5   be in any kind of documentation.                            02:52:51

 6           Did you say Macedo on that list?                    02:53:15

 7   Q       Uh-huh.                                             02:53:16

 8   A       Then I did talk to Macedo.                          02:53:17

 9   Q       You did talk to Assembly Member Macedo?             02:53:19

10   A       During that period, yes.                            02:53:23

11   Q       Okay.                                               02:53:23

12   A       Sorry.  It was outside the period.  It was         02:53:35

13   between the 15th and the 19th, so I'm sorry, so it          02:53:38

14   wasn't during the July 15th to August 15th; it was          02:53:41

15   after, during the legislative session.                      02:53:44

16   Q       What did you talk to her about?                     02:53:46

17           MR. MANOLIUS:  Objection.  Legislative              02:53:48

18   immunity, privilege, instruct you not to answer.            02:53:50

19           MS. HAMILL Q:  I want to turn your attention        02:53:53

20   to page 30 of the HOPE transcript, lines six through 11.    02:53:56

21   A       (Witness complied.)                                 02:54:03

22   Q       So here you say, "The Prop 50 maps I think          02:54:06

23   will be great for the Latino community in two critical      02:54:43

24   ways.  One is that they ensure that the Latino districts    02:54:47

25   that are the VRA seats are bolstered in order to make       02:54:50
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    173

```
 1   them most effective, particularly in the Central    02:54:54

 2   Valley."                                             02:54:57

 3              Do you recall saying that?                02:54:57

 4   A        I presume that's exactly what I said since  02:55:02

 5   that's what's written here so --                     02:55:05

 6   Q        Did you mean it?                             02:55:07

 7              MR. MANOLIUS:  Objection.  Legislative    02:55:07

 8   privilege.  Instruct you not to answer.              02:55:11

 9              MS. HAMILL Q:  I assume you were being     02:55:13

10   truthful when you said it?                           02:55:16

11              MR. MANOLIUS:  Same objection.  You're    02:55:17

12   instructed not to answer.                            02:55:22

13              MS. HAMILL Q:  And what did you mean here when  02:55:23

14   you said that, "The Latino districts that are the VRA  02:55:25

15   seats"?                                              02:55:28

16              MR. MANOLIUS:  Same objection.  Instruct you  02:55:28

17   not to answer.                                       02:55:30

18              MS. HAMILL:  So you're not, you're going to  02:55:31

19   instruct him not to answer in terms of explaining what  02:55:35

20   it means to say Latino districts that are VRA seats?  02:55:39

21              MR. MANOLIUS:  To the extent that it goes to  02:55:43

22   the process in the Legislature, yes, so I am instructing  02:55:47

23   him not to answer.                                   02:55:51

24              MS. HAMILL Q:  What did you mean when you say  02:55:51

25   you want to bolster the VRA seats?                    02:55:53
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    174

```
 1              MR. MANOLIUS:  Same objection.  Instruct you    02:55:56

 2    not to answer.                                            02:55:58

 3              MS. HAMILL Q:  Do you use race as an input      02:55:59

 4    when you're, quote, on the box?                           02:56:01

 5              MR. MANOLIUS:  Vague as to time.  Instruct you  02:56:03

 6    not to answer it as to the Prop 50 process.              02:56:07

 7              MS. HAMILL Q:  Ever.                            02:56:13

 8    A         In redistricting, when we're drawing lines --  02:56:14

 9    Q         Yes.                                            02:56:16

10    A         -- you have to be cognizant of all of the      02:56:17

11    factors when you're drawing lines, so of course.         02:56:19

12    Q         So including race?                             02:56:22

13    A         Uh-huh.                                         02:56:24

14              MR. MEUSER:  Is that a "yes"?                   02:56:27

15              THE WITNESS:  Yes.                              02:56:27

16              MS. HAMILL Q:  Did you use race as an input     02:56:28

17    when you were on the box drawing the Prop 50 map?         02:56:30

18              MR. MANOLIUS:  Objection.  Instruct you not to  02:56:34

19    answer, legislative privilege.                           02:56:37

20              MS. HAMILL Q:  In one of these podcasts you     02:56:38

21    spoke about SCOTUS dismantling the VRA.  What did you     02:56:48

22    mean by that?                                            02:56:51

23              MR. MANOLIUS:  Objection, vague.  Calls for     02:56:52

24    speculation.  One of these podcasts, question mark?       02:56:54

25              THE WITNESS:  I think there's two ways in       02:57:03
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                        175

```
 1   which I generally would speak about SCOTUS dismantling    02:57:05
 2   VRA.                                                       02:57:09
 3          The first is that California used to be bound       02:57:09
 4   by Section 5 of the Federal Voting Rights Act, but they   02:57:13
 5   invalidated Section 4, which was the conditions upon      02:57:16
 6   which Section 5 was operative, and in doing so they       02:57:18
 7   eliminated a VRA protection nationally that also does     02:57:21
 8   affect California redistricting.                          02:57:25
 9          And then, secondly, there are cases before the     02:57:26
10   court right now where pundits and analysts believe that  02:57:29
11   they might erode the Voting Rights Act in a general way,  02:57:33
12   but I am not an attorney, so I can't really speak to      02:57:37
13   what are the possible outcomes.                           02:57:40
14          But when you say dismantling, those were the       02:57:42
15   things that were, I think, colloquially saying in the    02:57:45
16   redistricting space around the Voting Rights Act.        02:57:48
17   That's what that would mean.                              02:57:50
18   Q       Does the voting power of any racial group         02:57:53
19   decrease with your Proposition 50 map?                    02:58:00
20          MR. MANOLIUS:  Objection.  Vague, compound,       02:58:04
21   incomplete hypothetical.  You can answer.                 02:58:13
22          MR. WOODS:  Join.                                  02:58:15
23          THE WITNESS:  Sure.  There's the voting group      02:58:16
24   potentially that, you know, is in a current district     02:58:21
25   where they have an elected representative, the lines     02:58:24
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                            176

```
 1  have changed, there's going to be winners and losers in      02:58:27

 2  every redistrict.                                            02:58:30

 3          So there are voting groups that might have           02:58:30

 4  wanted to vote for Kevin Kiley and Kevin Kiley is now        02:58:32

 5  going to be in a district that is more now heavily           02:58:36

 6  democratic, but that is what happens in redistricting.       02:58:39

 7  Q       So my questions asked about the voting power         02:58:41

 8  of any racial group.                                         02:58:44

 9  A       Oh, you didn't say, I didn't hear you say            02:58:45

10  racial group, so I am sorry.  Let me adjust that then,       02:58:48

11  because I thought you just said group, voting group.         02:58:52

12          So, no, I can't speak to -- could you please         02:58:55

13  repeat the question she asked?  I am really genuinely        02:59:00

14  sorry.  I thought you said voting group.                     02:59:03

15          (Whereupon the record was read as                    02:59:03

16          follows:  "Question:  Does the                       02:57:57

17          voting power of any racial group                     02:57:58

18          decrease with your Proposition 50                    02:58:00

19          map?")                                               02:58:02

20          THE WITNESS:  So I retract my former                 02:59:16

21  statement.  That was not what I intended to say.            02:59:18

22          MR. MANOLIUS:  Objection.  Calls for                 02:59:20

23  speculation, incomplete hypothetical.  You can answer.      02:59:22

24          THE WITNESS:  I don't believe so.                    02:59:25

25          MS. HAMILL Q:  We're making progress.                02:59:27
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                      177

```
 1    A        I know.  I am just running out of cough drops.     02:59:50

 2             MR. MEUSER:  I may be a Boy Scout, but I don't     03:00:05

 3    have any, sorry.                                            03:00:09

 4             MS. HAMILL Q:  If you want to hand those           03:00:11

 5    exhibits to the court reporter --                          03:00:13

 6    A        8, 9, 10, I can do that.                           03:00:14

 7    Q        How many Black-influenced districts are there     03:00:26

 8    in the Prop 50 map?                                        03:00:28

 9    A        That would be open to interpretation.             03:00:31

10    Q        Enlighten me.                                     03:00:35

11    A        There are --                                      03:00:38

12             MR. MANOLIUS:  Objection.  Calls for a            03:00:38

13    narrative, vague.  You can answer.                         03:00:39

14             MR. WOODS:  Join.                                 03:00:42

15             THE WITNESS:  There are advocacy groups that      03:00:43

16    would argue that there are multiple districts wherein      03:00:45

17    the Black population has electoral opportunity and         03:00:48

18    greater influence and that the creation of the lines by    03:00:53

19    the last commission and their advocacy was helpful in      03:00:56

20    sustaining that, and that ranges from districts in L.A.    03:01:01

21    to Oakland to Contra Costa, Fairfield, Vacaville, Solano   03:01:04

22    County, Sacramento, Stockton.                              03:01:09

23             There's a lot of places where the Black, the      03:01:10

24    organizations that advocate for the Black community        03:01:14

25    might consider that their community of interest has, you   03:01:16
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    178

```
 1   know, a significant ability to elect it somehow.          03:01:22

 2   Q        Did you deliberately preserve any               03:01:27

 3   Black-influenced districts in the Proposition 50 map?    03:01:31

 4            MR. MANOLIUS:  Objection.  Legislative          03:01:33

 5   privilege.  I instruct you not to answer.                03:01:35

 6            MS. HAMILL Q:  Did you do an interview with     03:01:37

 7   the "Sacramento Observer" about Proposition 50?          03:01:39

 8   A        Yes.                                            03:01:41

 9   Q        I'm going to mark as Exhibit 11 -- I note for   03:01:43

10   the record that I am done with the stickers.             03:01:47

11            I am marking as Exhibit 11 an article in the    03:01:55

12   "Sacramento Observer" entitled, "Untangling Prop 50:     03:01:58

13   How California's Redistricting Fight Impacts Black        03:02:03

14   Communities."                                            03:02:07

15            (Whereupon Plaintiff's Exhibit 11               03:02:07

16            was marked for identification.)                 03:02:24

17            MS. HAMILL Q:  So it looks like this article    03:02:24

18   was dated October 20th, 2025.                            03:02:33

19            Did you provide the Sacramento Observer with    03:02:36

20   an interview for this particular article?                03:02:40

21            MR. MANOLIUS:  Objection.  Calls for            03:02:42

22   speculation.                                             03:02:43

23            THE WITNESS:  Yeah, but you said a date.  I     03:02:45

24   don't know if the date makes sense.                      03:02:51

25            MS. HAMILL Q:  On the top of the second page    03:02:54
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    179

| | | |
|---|---|---|
| 1 | of this exhibit. | 03:02:55 |
| 2 | A        So October 2025. | 03:02:56 |
| 3 | **Q        Yes.** | 03:02:59 |
| 4 | A        Okay.  Okay.  Before the election, but after | 03:02:59 |
| 5 | the lines were drawn, after the ballot measure, it was | 03:03:02 |
| 6 | near the end of the ballot measure.  Okay. | 03:03:06 |
| 7 | **Q        And I want to turn to page five of this** | 03:03:10 |
| 8 | **exhibit and it looks like this is where you come into** | 03:03:13 |
| 9 | **the article.** | 03:03:22 |
| 10 | **        The second paragraph says, "He," meaning Paul** | 03:03:23 |
| 11 | **Mitchell, "said his team prioritized protecting the core** | 03:03:26 |
| 12 | **interests of Black communities, which were for the most** | 03:03:30 |
| 13 | **part, he said, 'kept intact from the commission** | 03:03:33 |
| 14 | **process?'"** | 03:03:36 |
| 15 | **        Do you remember saying that to the Sacramento** | 03:03:38 |
| 16 | **Observer?** | 03:03:41 |
| 17 | MR. MANOLIUS:  Objection.  There's, there's -- | 03:03:41 |
| 18 | it's a description of what he said by somebody else, so | 03:03:44 |
| 19 | calls for speculation.  You can, you can answer. | 03:03:47 |
| 20 | THE WITNESS:  Yeah, I think that that author | 03:03:54 |
| 21 | of this article is characterizing this in a way that I | 03:03:57 |
| 22 | wouldn't have characterized it. | 03:04:01 |
| 23 | But the second part, my standalone statement, | 03:04:05 |
| 24 | "kept in tact from the commission process," could be me | 03:04:09 |
| 25 | advocating for the Prop 50 maps in that the large areas | 03:04:11 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                        180

```
 1   that the Black community identifies as communities of      03:04:18

 2   interest were kept intact.                                 03:04:21

 3           So it was an objective statement about when         03:04:22

 4   you look at what the community of interest the Black       03:04:25

 5   advocacy organizations were advocating for, that those    03:04:27

 6   were intact, but whether this first sentence about us     03:04:30

 7   prioritizing the core of Black communities is the         03:04:35

 8   reporter's interpretations.                               03:04:40

 9   Q        Did you prioritize protecting the core            03:04:42

10   interests of Black communities?                           03:04:45

11           MR. MANOLIUS:  Instruct you not to answer,         03:04:47

12   legislative privilege.                                    03:04:48

13           MS. HAMILL Q:  And the next paragraph says,        03:04:50

14   "Mitchell said preserving three Black districts, two in   03:04:55

15   L.A. and one in Oakland, was foremost."                   03:04:58

16           Is that true?                                      03:05:01

17           MR. MANOLIUS:  Objection.  Calls for               03:05:03

18   speculation, written by somebody else.  And was it true?  03:05:05

19   Lacks foundation.                                         03:05:13

20           THE WITNESS:  What this paragraph is speaking      03:05:17

21   to is what the organizations that I mentioned in the      03:05:20

22   earlier question, you said what groups have reached out   03:05:26

23   to, Black Power Network was one of them, met the Black    03:05:29

24   Power Network.                                            03:05:33

25           Their top priority was, first off, maintaining    03:05:33
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    181

```
 1   the districts that we ended up not actually even        03:05:36

 2   touching.                                                03:05:40

 3           These districts are so far away from where the   03:05:41

 4   Republicans are that it wasn't important in our line     03:05:43

 5   drawing to try to go into those districts, and so it was 03:05:46

 6   advantageous to the Black organizations that the three   03:05:49

 7   districts that they were most focused on weren't         03:05:52

 8   touched.                                                 03:05:52

 9           So that's me characterizing the organizations.   03:05:56

10   Goal number one was preserving those three districts     03:05:59

11   and, incidentally, our maps did that, because there      03:06:01

12   wouldn't have been a partisan advantage to do that.      03:06:05

13           And that's 90 percent of what was important      03:06:08

14   for the Black community, was preserving those districts, 03:06:10

15   so I'm characterizing the importance of those to the     03:06:12

16   organizations that were advocating before the commission 03:06:16

17   in 2021.                                                 03:06:18

18   Q       Were you referring to districts 37, 43 and 12?   03:06:24

19   A       When I just said the three districts?            03:06:36

20   Q       Yes.                                             03:06:39

21   A       I believe those would be the three districts     03:06:39

22   I'd be talking about, yeah.                              03:06:41

23   Q       And so the Proposition 50 map was drawn to       03:06:43

24   keep 37, 43 and 12 to preserve Black-influence           03:06:45

25   districts; correct?                                      03:06:53
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    182

```
 1              MR. MANOLIUS:  Objection.  Calls for        03:06:55

 2   speculation.                                           03:07:00

 3              MR. WOODS:  Join.                           03:07:02

 4              MR. MANOLIUS:  Do not answer.               03:07:07

 5              MS. HAMILL Q:  Did you intentionally give   03:07:08

 6   Young Kim a great district?                            03:07:10

 7              MR. MANOLIUS:  I said objection.  Legislative  03:07:12

 8   privilege.  I instruct you not to answer.             03:07:19

 9              MS. HAMILL Q:  Young Kim is a Republican;   03:07:24

10   right?                                                 03:07:30

11   A         Yes.  Very good Republican member of Congress.  03:07:30

12   Q         A good Republican?                           03:07:33

13   A         I'm just joking.                             03:07:35

14   Q         So why did your map give her a great district,  03:07:36

15   in your words?                                         03:07:40

16              MR. MANOLIUS:  Objection.  Legislative      03:07:42

17   privilege and instruct you not to answer.             03:07:43

18              MS. HAMILL Q:  Was there no way to draw a   03:07:45

19   district that would give a democrat a greater chance of  03:07:47

20   being elected in that area where Young Kim's district  03:07:51

21   is?                                                    03:07:55

22              MR. MANOLIUS:  Same objection.  I instruct you  03:07:55

23   not to answer, legislative privilege.                 03:07:56

24              MS. HAMILL Q:  Do you have evidence that    03:07:59

25   Hispanics have been unable to elect candidates of choice  03:08:09
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          183

1   in California?                                                  03:08:12

2         MR. MANOLIUS:  Objection.                                03:08:14

3         MS. HAMILL Q:  Generally.                                03:08:15

4         MR. MANOLIUS:  Vague as to time, calls for               03:08:15

5   speculation, incomplete hypothetical.  You can answer.         03:08:17

6         MR. WOODS:  Also, calls for a legal                      03:08:20

7   conclusion.                                                    03:08:22

8         THE WITNESS:  I can answer?                              03:08:23

9         MR. MANOLIUS:  Yes, please.                              03:08:23

10        THE WITNESS:  Can you please repeat the                  03:08:26

11  question to me that she asked exactly?  I got it wrong         03:08:28

12  last time, I'm sorry, so I want to make sure I get it          03:08:31

13  right.                                                         03:08:33

14        (Whereupon the record was read as                       03:08:33

15        follows:  "Question by MS.                               03:08:33

16        HAMILL:  Do you have evidence                            03:08:08

17        that Hispanics have been unable                          03:08:09

18        to elect candidates of choice in                        03:08:10

19        California?")                                            03:08:13

20        MR. WOODS:  Join.                                        03:08:47

21        THE WITNESS:  At the statewide level, I don't            03:08:48

22  have evidence of that at the statewide level.                  03:08:50

23        MS. HAMILL Q:  If you had more time to work on           03:08:52

24  the Proposition 50 map, is there anything that you would       03:08:53

25  have done differently?                                         03:08:56

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    184

```
 1              MR. MANOLIUS:  Objection.  Legislative        03:08:57
 2   privilege and I instruct you not to answer.              03:08:59
 3              MS. HAMILL Q:  Do you have any regrets about   03:09:01
 4   how this transpired?                                     03:09:03
 5              MR. MANOLIUS:  Same objection.                03:09:05
 6              THE WITNESS:  I wish I had eaten more.         03:09:07
 7              MR. MEUSER:  That is actually in his report in 03:09:15
 8   the Capitol Weekly Podcast, so --                        03:09:18
 9              MS. HAMILL:  I believe I am finished with my   03:09:21
10   questions, but I do reserve the right to come back if    03:09:32
11   there's time at the end.  Thank you.                     03:09:37
12              And I am going to pass this off to my          03:09:39
13   colleague, Mr. Mark Meuser.                              03:09:41
14              MR. MEUSER:  Let's go off the record for a     03:09:46
15   minute.                                                  03:09:48
16              THE VIDEOGRAPHER:  The time is 3:09 p.m.  We   03:09:49
17   are going off the record.                                03:09:51
18              (Whereupon a recess was taken.)               03:22:45
19              THE VIDEOGRAPHER:  We are back on the record.  03:22:45
20   The time is 3:22 p.m. and this marks the beginning of    03:22:57
21   videotape number five in the deposition of Paul          03:23:02
22   Mitchell, which is being taken at Hanson Bridgett, LLP,  03:23:05
23   500 Capitol Mall, Suite 1500, Sacramento, California.    03:23:10
24              The videographer is Nicholas Coulter, here on  03:23:15
25   behalf of Array Legal Services.                          03:23:18
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    185

```
 1                         EXAMINATION                        03:23:18

 2   By: MARK MEUSER, Attorney at Law, counsel on behalf of  03:23:18

 3   the Plaintiffs:                                          03:23:18

 4   Q       Good afternoon, Paul.                            03:23:23

 5   A       Hi.                                              03:23:24

 6   Q       As you know, I am Mark Meuser for the            03:23:25

 7   plaintiffs and I am going to take an opportunity to try  03:23:28

 8   to ask you some more questions.                          03:23:30

 9           I'll try not to duplicate, but there might be   03:23:32

10   a few duplications here, so -- you understand you're     03:23:35

11   still under oath?                                        03:23:38

12   A       Yes.                                             03:23:38

13           (Whereupon Plaintiff's Exhibit 12               03:23:38

14           was marked for identification.)                 03:23:38

15           MR. MEUSER Q:  Okay.  In front of you right      03:23:39

16   now is a document that's been marked as document number  03:23:40

17   12.  Have you seen this document before?                 03:23:44

18   A       No, not until I sat down.                        03:23:45

19   Q       I am going to represent to you that this is a    03:23:51

20   document that was served on your counsel at about        03:23:53

21   1:00 a.m. this morning, so your counsel had a very late  03:23:57

22   night last night.                                        03:23:59

23           Would you take a minute and just review the      03:24:01

24   response to Request for Production number one?           03:24:05

25   A       Okay.                                            03:24:08
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                            186

1   Q        Okay.  Now, go read the Request for Production    03:25:23

2   number one.                                                03:25:25

3   A        (Witness complied.)  The first line?  Yes.        03:25:27

4   Q        You were served with the notice of your           03:25:37

5   deposition on Monday, December 1st; is that correct?       03:25:42

6   A        If that's what the records are.  I don't          03:25:47

7   remember exactly what day it was.                          03:25:50

8   Q        Okay.  And in that deposition notice there was    03:25:52

9   a request to bring documents; is that correct?  Do you     03:25:58

10  remember Julie going through that list of questions        03:26:02

11  where it said documents?                                   03:26:04

12  A        Yes.                                              03:26:05

13  Q        And did you bring any documents with you          03:26:06

14  today?                                                     03:26:13

15         MR. MANOLIUS:  Objection.  I have already           03:26:14

16  stated our position on the documents.  We are happy to     03:26:15

17  work with you going forward, but there was not             03:26:19

18  sufficient time to prepare for this deposition and to      03:26:21

19  gather everything that we'd have to gather and review,     03:26:23

20  so the answer to your question is no.                      03:26:26

21         MR. MEUSER Q:  So in 10 days you have not been      03:26:29

22  able to produce a single document; is that correct?        03:26:30

23         MR. MANOLIUS:  I would more characterize it as      03:26:33

24  we are not producing any documents today given the         03:26:38

25  burdensome nature of what you've requested and the need    03:26:43

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                      187

```
 1   to review everything, gather everything, review          03:26:47

 2   everything for privilege and the like.                   03:26:49

 3           And, again, as I noted in my e-mail to you, we    03:26:52

 4   are very happy to establish a schedule for that          03:26:55

 5   production.                                              03:26:57

 6           MR. MEUSER Q:  But as of today, at the time of    03:26:59

 7   this deposition you have not brought any documents to    03:27:01

 8   this deposition?                                         03:27:03

 9   A       No.                                              03:27:03

10   Q       Okay.  And there is no privilege log that has    03:27:04

11   been delivered as of today; correct?                     03:27:08

12           MR. MANOLIUS:  Correct.  As I also stated in     03:27:10

13   my e-mail to you, we would be providing that as we went  03:27:11

14   through the documents and developed the documents.  It's 03:27:14

15   a very voluminous and tedious process and we've also     03:27:17

16   been busily preparing for this deposition.               03:27:21

17           MR. MEUSER Q:  Did you know approximately how     03:27:24

18   many documents that you gave to counsel to review in     03:27:26

19   response to this document production?                     03:27:28

20   A       I do not.                                        03:27:31

21   Q       Was this produced to counsel in the form of a    03:27:33

22   electronic drive?                                        03:27:37

23           MR. MANOLIUS:  Objection.  Attorney-client       03:27:38

24   privilege.  I instruct you not to answer the question.   03:27:41

25           MR. MEUSER Q:  Right now all I am trying to do    03:27:43
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                           188

| | | |
|---|---|---|
| 1 | is figure out the size of the file that you're trying to | 03:27:46 |
| 2 | review, because you have not produced anything here -- | 03:27:48 |
| 3 | MR. MANOLIUS: Uh-huh. | 03:27:50 |
| 4 | MR. MEUSER: -- so if it was 10 boxes of | 03:27:51 |
| 5 | paper, is it, you know, a zip drive that was | 03:27:54 |
| 6 | 100 megabytes? | 03:27:56 |
| 7 | All I am trying to figure out is the volume of | 03:27:57 |
| 8 | documents that you are reviewing, so because it's been | 03:27:59 |
| 9 | 10 days here and there's not a single document -- | 03:28:03 |
| 10 | MR. MANOLIUS: Uh-huh. | 03:28:05 |
| 11 | MR. MEUSER: -- there's not a single privilege | 03:28:06 |
| 12 | log, so I'm just trying to, in case we have to go to the | 03:28:08 |
| 13 | court, I am trying to make sure that we have a record | 03:28:10 |
| 14 | here, Counsel. | 03:28:12 |
| 15 | MR. MANOLIUS: And I can tell you that I don't | 03:28:12 |
| 16 | know the size of it. It's voluminous. I am not very | 03:28:14 |
| 17 | good on the technical end of things, I rely on other | 03:28:18 |
| 18 | people in my firm to deal with that, which is in the | 03:28:22 |
| 19 | process and happening, so I don't know the size. | 03:28:24 |
| 20 | I mean, I don't know if you know the size. | 03:28:27 |
| 21 | THE WITNESS: I have no idea. Every time we | 03:28:29 |
| 22 | create a map there are files created, put in folders and | 03:28:31 |
| 23 | they have been given access to all of that. | 03:28:34 |
| 24 | MR. MEUSER Q: Did you send some sort of zip | 03:28:37 |
| 25 | file to counsel when you delivered the documents to | 03:28:40 |

| | | |
|---|---|---|
| 1 | counsel? | 03:28:44 |
| 2 | A        Dropbox. | 03:28:47 |
| 3 | Q        **Dropbox.  Do you recall what the size of the** | 03:28:48 |
| 4 | **Dropbox file was you transferred?** | 03:28:50 |
| 5 | A        It wasn't a file, it was access to the | 03:28:52 |
| 6 | folders, so I don't know what it was. | 03:28:54 |
| 7 | Q        **On what date did you give counsel access to** | 03:28:57 |
| 8 | **your computers?** | 03:29:07 |
| 9 | A        I don't recall. | 03:29:09 |
| 10 | MR. MANOLIUS:  Objection.  Attorney-client | 03:29:10 |
| 11 | privilege.  Don't answer the question. | 03:29:12 |
| 12 | MR. MEUSER:  Next I am handing you which is | 03:29:13 |
| 13 | called Exhibit 13, which is a subpoena to appear and | 03:29:30 |
| 14 | testify at a hearing in Los Angeles. | 03:29:33 |
| 15 | (Whereupon Plaintiff's Exhibit 13 | 03:29:33 |
| 16 | was marked for identification.) | 03:29:33 |
| 17 | MR. MEUSER Q:  Earlier when we started this | 03:29:43 |
| 18 | deposition you were asked a few questions about being in | 03:29:44 |
| 19 | Los Angeles.  At that time you were not under subpoena. | 03:29:48 |
| 20 | This is an official subpoena to appear at trial on | 03:29:52 |
| 21 | Monday, the 15th. | 03:29:55 |
| 22 | Will you be appearing on Monday, the 15th? | 03:30:02 |
| 23 | MR. MANOLIUS:  Objection.  He's not compelled | 03:30:04 |
| 24 | by this piece of paper to appear in Los Angeles.  It's | 03:30:07 |
| 25 | beyond the 100-mile limit for a preliminary injunction | 03:30:12 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    190

```
 1   hearing.  That's noted in Rule 45(c).  He's already been    03:30:14

 2   burdened by coming to this deposition on short notice        03:30:18

 3   and preparing.                                               03:30:21

 4          The Supreme Court recently said that this is          03:30:22

 5   not going to be an action that gets very far and the         03:30:25

 6   burden on him has been enough, so he will not be             03:30:29

 7   appearing in Los Angeles.                                    03:30:32

 8          MR. MEUSER:  I need to be able to explain to          03:30:35

 9   the judge --                                                 03:30:37

10          MR. MANOLIUS:  Yes.                                   03:30:37

11          MR. MEUSER:  -- so I appreciate that answer.          03:30:38

12          MR. MANOLIUS:  Of course.                             03:30:40

13          MR. MEUSER:  Okay.                                    03:30:43

14          (Whereupon Plaintiff's Exhibit 14                     03:30:43

15          was marked for identification.)                       03:31:05

16          MR. MEUSER:  I have just handed you what is           03:31:05

17   called Exhibit D -- sorry, Exhibit 14, which is a DCCC       03:31:14

18   letter, "To whom it may concern," from Julie Merz.          03:31:25

19          And then it proceeds to be a 59 page document         03:31:28

20   that seems to have Redistricting Partners' logo on every     03:31:34

21   single page after the first page; is that correct?          03:31:41

22   A       Seems excessive, seems like a lot, but yes,          03:31:44

23   that is.                                                     03:31:46

24   Q       Is this a document that you prepared and gave        03:31:47

25   to DCCC?                                                     03:31:48
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          191

```
 1              MR. MANOLIUS:  You can answer.              03:31:54

 2              THE WITNESS:  Yes.                          03:32:00

 3              MR. WOODS:  Counsel, before you get too far,  03:32:01

 4    do you have a paper copy?                             03:32:04

 5              MR. MEUSER:  It's called August 15th draft  03:32:06

 6    map.                                                  03:32:08

 7              MR. WOODS:  I understand my special access has  03:32:09

 8    been spotted, so it's gone.                           03:32:11

 9              MR. MEUSER:  I didn't, because I thought    03:32:13

10    everybody would be on the computer file.  I am sorry.  03:32:15

11              MR. WOODS:  Okay.                           03:32:17

12              MS. MADDURI:  Counsel, did you say this was a  03:32:22

13    document DCCC produced?                               03:32:24

14              MR. MEUSER:  It is actually a document that  03:32:26

15    you produced.  It was in a zip file that was attached to  03:32:29

16    the e-mail that you, that we've already discussed     03:32:32

17    earlier today.                                        03:32:35

18              In one of the e-mails that we were discussing  03:32:38

19    there was a Dropbox link and this letter appears in that  03:32:40

20    Dropbox link.                                         03:32:43

21              MS. MADDURI:  Can you identify the documents  03:32:45

22    by Bates numbers?                                     03:32:47

23              MR. MEUSER:  No.  This particular document  03:32:48

24    that he is looking at has not been Bates stamped or are  03:32:51

25    you talking about the letter where this zip drive is?  03:32:55
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          192

| | | |
|---|---|---|
| 1 | MS. MADDURI:  I am sorry.  I thought you said | 03:33:00 |
| 2 | this was a document that DCCC produced.  Is that not | 03:33:02 |
| 3 | right?  If they DCCC produced it, there would be Bates | 03:33:05 |
| 4 | stamps on it. | 03:33:09 |
| 5 | MR. MEUSER:  DCCC had an e-mail that is Bates | 03:33:11 |
| 6 | stamped.  In that e-mail is a Dropbox link.  When you | 03:33:13 |
| 7 | typed in the Dropbox link this document was still in it, | 03:33:16 |
| 8 | so it was -- | 03:33:20 |
| 9 | MS. MADDURI:  I see.  Okay. | 03:33:22 |
| 10 | MR. MEUSER Q:  -- and this was something that | 03:33:30 |
| 11 | was in an August 15th e-mail from Paul Mitchell to Julie | 03:33:30 |
| 12 | that we have discussed earlier when Julie Hamill was | 03:33:36 |
| 13 | asking questions. | 03:33:39 |
| 14 | And if you look at the text in there, there | 03:33:40 |
| 15 | was a Dropbox link and that this document that he's | 03:33:43 |
| 16 | looking at right now came from that Dropbox link. | 03:33:47 |
| 17 | Have you seen that document before? | 03:33:55 |
| 18 | A       Yes. | 03:33:56 |
| **19** | **Q       And you created that document?** | 03:33:56 |
| 20 | MR. MANOLIUS:  Objection.  The entirety of it? | 03:33:59 |
| 21 | Compound.  You can answer. | 03:34:02 |
| 22 | THE WITNESS:  Yes. | 03:34:07 |
| 23 | MR. MEUSER Q:  Redistricting -- | 03:34:09 |
| 24 | A       To be clear, I put these two documents | 03:34:10 |
| 25 | together.  I did not create this letter. | 03:34:14 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                      193

| | | |
|---|---|---|
| 1 | Q       You didn't create the letter, but you created | 03:34:16 |
| 2 | the .pdf document that's with the letter; correct? | 03:34:19 |
| 3 | A       Uh-huh. | 03:34:22 |
| 4 |         MR. MANOLIUS:  Yeah? | 03:34:24 |
| 5 |         THE WITNESS:  Yes. | 03:34:25 |
| 6 |         MR. MEUSER Q:  Can you tell me what these 59 | 03:34:27 |
| 7 | pages are? | 03:34:29 |
| 8 | A       This is a redistricting packet.  Sometimes we | 03:34:31 |
| 9 | call it an atlas is what we called it internally. | 03:34:35 |
| 10 |         It is of the cover map of the agency.  It is | 03:34:39 |
| 11 | data tables for each of the districts and then inside of | 03:34:45 |
| 12 | it are individual maps of each district with data | 03:34:48 |
| 13 | regarding the populations, and then an inset map that | 03:34:52 |
| 14 | shows where that district lies within the State of | 03:34:55 |
| 15 | California. | 03:34:57 |
| 16 | Q       So beginning on page nine you have | 03:34:59 |
| 17 | congressional district one; correct? | 03:35:02 |
| 18 | A       I don't have them numbered, but I trust you | 03:35:06 |
| 19 | that that's page nine. | 03:35:08 |
| 20 | Q       So prior to page nine, these are just going to | 03:35:09 |
| 21 | be data generally about the entire redistricting | 03:35:13 |
| 22 | process, all the districts; is that correct? | 03:35:20 |
| 23 | A       The summary data table using the U.C. Berkeley | 03:35:22 |
| 24 | statewide database census and CVAP data. | 03:35:26 |
| 25 | Q       Did you send this atlas to anybody else? | 03:35:32 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                      194

```
 1            MR. MANOLIUS:  Objection.  Vague as to time.        03:35:38

 2            MR. MEUSER Q:  Between August 10th and             03:35:41

 3    August 20th, did you send an atlas package to anybody     03:35:44

 4    else?                                                      03:35:47

 5    A       Between August 10th and August 20th, yes,          03:35:49

 6    sure.                                                      03:35:52

 7    Q       Who else did you send the atlas packets to?        03:35:53

 8    A       I don't recall.                                    03:35:57

 9    Q       I am going to hand you what we're going to         03:35:58

10    mark as Exhibit 15 --                                      03:36:00

11            (Whereupon Plaintiff's Exhibit 15                  03:36:00

12            was marked for identification.)                    03:36:04

13            MR. MEUSER Q:  -- which is on the                  03:36:04

14    Legislature's Prop 50 website and it's actually titled     03:36:06

15    "atlas."                                                   03:36:11

16    A       Oh.                                                03:36:13

17            MR. MANOLIUS:  Thank you.                          03:36:16

18            MR. MEUSER Q:  And for those following along       03:36:22

19    at home, this would be titled DCCC map atlas (AB604),      03:36:24

20    that's a document that has just been marked as             03:36:34

21    Exhibit 15.                                                03:36:37

22            MR. MANOLIUS:  Did you have a question, Mark?      03:36:55

23    I am sorry.                                                03:36:56

24            THE WITNESS:  I have it.                           03:36:58

25            MR. MEUSER Q:  Okay.  Do you believe that         03:36:59
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                      195

| | | |
|---|---|---|
| 1 | these two documents were both generated by your in-house | 03:37:01 |
| 2 | software? | 03:37:07 |
| 3 |       MR. MANOLIUS:  Hmm? | 03:37:10 |
| 4 |       THE WITNESS:  Yes, these are what Syzygy | 03:37:19 |
| 5 | creates. | 03:37:22 |
| 6 |       MR. MEUSER Q:  Okay.  Do you recall sending to | 03:37:27 |
| 7 | the State Legislature this particular legislative atlas | 03:37:29 |
| 8 | to the Legislature so that they could publish it online | 03:37:34 |
| 9 | so anybody could view it? | 03:37:38 |
| 10 |       MR. MANOLIUS:  Objection.  Speculation as to | 03:37:41 |
| 11 | the purpose the Legislature would have, but you can | 03:37:44 |
| 12 | answer the first part of the question. | 03:37:46 |
| 13 |       THE WITNESS:  This legislative map, this map | 03:37:48 |
| 14 | was run by us in order for the Legislature to place | 03:37:53 |
| 15 | something as a .pdf on the website. | 03:37:57 |
| 16 |       MR. MEUSER Q:  Okay.  I noticed that the one | 03:38:01 |
| 17 | that I handed you that we got from the DCCC e-mail, that | 03:38:02 |
| 18 | said, that has your logo Redistricting Partners; | 03:38:07 |
| 19 | correct? | 03:38:11 |
| 20 | A     Yes. | 03:38:12 |
| **21** | **Q     And the one that's marked 15 has the** | 03:38:12 |
| **22** | **California Legislature seal; is that correct?** | 03:38:14 |
| 23 | A     Yep. | 03:38:16 |
| **24** | **Q     Do you know if you put on the images of seals** | 03:38:16 |
| **25** | **or do you know if the Legislature did that?  Do you have** | 03:38:21 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    196

| | | |
|---|---|---|
| 1 | any knowledge of how the logo was changed? | 03:38:24 |
| 2 | A        Yeah.   We have a file, they provided us the | 03:38:29 |
| 3 | logos. | 03:38:32 |
| 4 | Q        So the State Legislature provided you the | 03:38:34 |
| 5 | logos, you put those on and you mailed it to the | 03:38:37 |
| 6 | appropriate person at the State Legislature; is that | 03:38:39 |
| 7 | correct? | 03:38:42 |
| 8 | A        Yes. | 03:38:42 |
| 9 | Q        Okay.   Are you aware if there's any difference | 03:38:43 |
| 10 | in these two documents -- | 03:38:48 |
| 11 |           MR. MANOLIUS:   Objection. | 03:38:51 |
| 12 |           MR. MEUSER Q:   -- other than the logo? | 03:38:52 |
| 13 |           MR. MANOLIUS:   Other than the logo? | 03:38:54 |
| 14 | Objection.   Information that's privileged under | 03:38:56 |
| 15 | legislative privilege.   I instruct you not to answer the | 03:38:58 |
| 16 | question. | 03:39:01 |
| 17 |           MR. MEUSER Q:   Okay.   Can you turn to page -- | 03:39:02 |
| 18 | the section of the page that is district one? | 03:39:09 |
| 19 |           MR. WOODS:   On which document? | 03:39:13 |
| 20 |           MR. MANOLIUS:   On which one? | 03:39:16 |
| 21 |           MR. MEUSER:   Both sets. | 03:39:17 |
| 22 |           THE WITNESS:   Yes. | 03:39:33 |
| 23 |           MR. MEUSER Q:   Is the content on, regarding | 03:39:35 |
| 24 | district one other than the logo the same on these two | 03:39:37 |
| 25 | documents? | 03:39:40 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          197

```
 1   A         No.                                              03:39:40

 2   Q         What is different?                               03:39:41

 3             MR. MANOLIUS:  Objection.  Legislative           03:39:44

 4   privilege.  I instruct you not to answer.                  03:39:46

 5             MR. MEUSER:  You're going to instruct him not    03:39:50

 6   to answer something that is a public document that's on    03:39:52

 7   a State Legislature website?                               03:39:55

 8             MR. MANOLIUS:  Oh.                                03:39:58

 9             THE WITNESS:  The difference is that the one     03:40:00

10   provided to, by the DCCC has voter registration in the     03:40:03

11   upper right-hand corner, and the one provided by the       03:40:08

12   Legislature has that same box, but the 2020 census field   03:40:11

13   info in that.                                              03:40:15

14             MR. MEUSER Q:  When you were preparing the       03:40:24

15   atlas for the Legislature, did anyone ask you to put in    03:40:26

16   the different box, and not put in party registration, in   03:40:35

17   your atlas?                                                03:40:39

18             MR. MANOLIUS:  Objection.  I will object,        03:40:40

19   legislative privilege.  I instruct you not to answer the   03:40:44

20   question.                                                  03:40:46

21             MR. MEUSER Q:  Mr. Mitchell, you're not          03:40:47

22   answering that question at the instruction of your         03:40:51

23   counsel?                                                   03:40:53

24   A         Exactly.                                         03:40:54

25   Q         And let's just go to the second page of either   03:40:57
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                          198

| | | |
|---|---|---|
| 1 | one of these, of both of these documents, so it will be | 03:41:03 |
| 2 | the page that starts with 2020 census. | 03:41:06 |
| 3 | A       Oh, second page.  Okay. | 03:41:12 |
| 4 | Q       Other than the logo at the top of the page, | 03:41:17 |
| 5 | are you aware of any numbers on this page that are | 03:41:20 |
| 6 | different? | 03:41:23 |
| 7 | A       No. | 03:41:24 |
| 8 | Q       For the series of questions I am about ready | 03:41:25 |
| 9 | to ask, I don't care which one of these you use, you can | 03:41:29 |
| 10 | put whichever one in front of you that you want, because | 03:41:33 |
| 11 | I am going to ask about some numbers on the tables, so | 03:41:36 |
| 12 | one, whichever one you prefer, I'll just make sure | 03:41:39 |
| 13 | everybody knows. | 03:41:42 |
| 14 | So you are going to use the official | 03:41:42 |
| 15 | legislative atlas here real quick.  Okay. | 03:41:44 |
| 16 | First question I am going to ask you, before | 03:41:47 |
| 17 | we actually turn to the numbers on this page is:  How | 03:41:49 |
| 18 | many Hispanic-majority districts were drawn by the | 03:41:53 |
| 19 | commission? | 03:41:55 |
| 20 | MR. MANOLIUS:  In 2021? | 03:41:55 |
| 21 | MR. MEUSER Q:  In 2021. | 03:41:57 |
| 22 | MR. MANOLIUS:  If you know. | 03:41:59 |
| 23 | THE WITNESS:  Sixteen. | 03:41:59 |
| 24 | MR. MEUSER Q:  Okay.  Do you know how many of | 03:42:02 |
| 25 | them were designated by the commission as a Voting | 03:42:03 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                      199

| | | |
|---|---|---|
| 1 | Rights Act district? | 03:42:07 |
| 2 | A          Fourteen. | 03:42:08 |
| 3 | **Q          How many Hispanic-majority districts did you** | 03:42:11 |
| 4 | **create as a part of this legislative package that became** | 03:42:15 |
| 5 | **known as Prop 50?** | 03:42:20 |
| 6 | MR. MANOLIUS:  Objection.  Legislative | 03:42:22 |
| 7 | privilege.  I instruct you not to answer. | 03:42:23 |
| 8 | MR. MEUSER Q:  Looking at the official atlas | 03:42:29 |
| 9 | that is a public document, is congressional district one | 03:42:31 |
| 10 | a Hispanic-majority district? | 03:42:36 |
| 11 | A          No. | 03:42:40 |
| 12 | **Q          Is congressional district two a** | 03:42:42 |
| 13 | **Hispanic-majority district?** | 03:42:44 |
| 14 | A          No. | 03:42:47 |
| 15 | **Q          Is congressional district three a** | 03:42:48 |
| 16 | **Hispanic-majority district?** | 03:42:50 |
| 17 | A          No. | 03:42:52 |
| 18 | **Q          Is congressional district four a** | 03:42:52 |
| 19 | **Hispanic-majority district?** | 03:42:54 |
| 20 | A          No. | 03:42:57 |
| 21 | **Q          Is congressional district five a** | 03:42:57 |
| 22 | **Hispanic-majority district?** | 03:42:59 |
| 23 | A          No. | 03:43:01 |
| 24 | **Q          Is congressional district six a** | 03:43:02 |
| 25 | **Hispanic-majority district?** | 03:43:05 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    200

```
 1   A         No.                                          03:43:06

 2   Q         Is congressional district seven a           03:43:07

 3   Hispanic-majority district?                           03:43:09

 4   A         No.                                          03:43:11

 5   Q         Is congressional district eight a           03:43:11

 6   Hispanic-majority district?                           03:43:14

 7   A         No.                                          03:43:15

 8   Q         Is congressional district nine a            03:43:16

 9   Hispanic-majority district?                           03:43:17

10   A         No.                                          03:43:19

11   Q         Before I go to the next page, I am going to 03:43:20

12   ask you a question.                                    03:43:22

13            Earlier today, Julie was asking you questions 03:43:23

14   about Hispanic opportunity districts or minority      03:43:25

15   opportunity districts, and I believe you said something 03:43:29

16   along the lines, and correct me if I'm wrong, but     03:43:30

17   something that different people have a different matrix 03:43:33

18   of what is a Hispanic opportunity district or a minority 03:43:36

19   opportunity district.                                  03:43:43

20            Not talking about the maps of Prop 50, but   03:43:43

21   generally speaking, in the redistricting world, what is 03:43:46

22   your definition of a minority opportunity district?   03:43:48

23            MR. MANOLIUS:  Objection.  Asked and answered, 03:43:52

24   misstates his testimony.  He already said that.  You  03:43:53

25   have got it, Paul.                                     03:43:59
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                              201

```
 1              THE WITNESS:  I don't know that it's right to      03:44:00

 2   go all the way back to that question, but I think the        03:44:02

 3   term might have been different than calling it a             03:44:06

 4   minority opportunity district.                               03:44:08

 5              I don't think that was the terminology that        03:44:10

 6   was used in the earlier question.                            03:44:12

 7              But I've seen people use the term minority         03:44:14

 8   opportunity district in different ways and I don't have,     03:44:23

 9   like, a favorite terminology for that.                       03:44:27

10   Q        Have you ever drawn a, what you would classify       03:44:37

11   as a minority opportunity district?                          03:44:40

12              MR. MANOLIUS:  Objection.  To the extent          03:44:43

13   you're asking about Prop 50, instruct you not to answer      03:44:45

14   based on legislative privilege.  You can answer that         03:44:49

15   outside of that context.                                     03:44:52

16              MR. WOODS:  Also, vague.                           03:44:55

17              THE WITNESS:  I don't use that terminology, I     03:44:58

18   don't think, so if I had ever said something was a           03:45:00

19   minority opportunity district, that might surprise me.       03:45:02

20   That's something that is -- that does -- that's              03:45:06

21   generally not something that I use as terminology.           03:45:08

22              MR. MEUSER Q:  And when I say a                    03:45:12

23   Hispanic-majority district, are you considering that as      03:45:14

24   a CVAP-majority district or would you just see it or are     03:45:19

25   you answering that as just a population being the            03:45:23
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    202

```
 1   majority?                                          03:45:26

 2            MR. MANOLIUS:  Yeah.  Funny objection.  I  03:45:29

 3   should have clarified that before, so what's your -- 03:45:32

 4            THE WITNESS:  When we're talking in a      03:45:36

 5   redistricting construct, the shorthand would be that 03:45:37

 6   when you say what is the Latino share of the district, 03:45:39

 7   you're talking about it within a Voting Rights Act  03:45:42

 8   context and so we're using the citizen voting age   03:45:45

 9   population.                                         03:45:48

10            MR. MEUSER Q:  So that's the CVAP number and a 03:45:49

11   CVAP percentage; correct?                          03:45:53

12   A      Yes.                                          03:45:54

13   Q      So when I've been asking you the questions   03:45:54

14   about the Hispanic-majority, you're looking at the lines 03:45:56

15   on this chart that are Latino CVAP and a Latino CVAP 03:45:59

16   percentage; correct?                               03:46:06

17   A      Yes.                                          03:46:06

18   Q      Okay.  We are going to start asking those    03:46:07

19   questions again and we are going to start on        03:46:09

20   congressional district 10.                         03:46:11

21            Is congressional district 10 a Hispanic    03:46:13

22   minority/majority district?                        03:46:16

23   A      It's not a majority/minority district.       03:46:17

24   Q      Is congressional district 11 a              03:46:20

25   minority/majority district?                        03:46:23
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    203

| | | |
|---|---|---|
| 1 | A          I think, generally, we say majority/minority, | 03:46:25 |
| 2 | but, no. | 03:46:28 |
| 3 | Q          Yes, sorry.  Is congressional district 12 a | 03:46:28 |
| 4 | Hispanic majority/minority district? | 03:46:32 |
| 5 | A          No. | 03:46:34 |
| 6 | Q          Is congressional district 13 a Hispanic | 03:46:35 |
| 7 | majority/minority district? | 03:46:41 |
| 8 | A          Yes. | 03:46:42 |
| 9 | Q          Is congressional district 14 a Hispanic | 03:46:42 |
| 10 | majority/minority district? | 03:46:46 |
| 11 | A          No. | 03:46:47 |
| 12 | Q          Is congressional district 15 a Hispanic | 03:46:48 |
| 13 | majority/minority district? | 03:46:51 |
| 14 | A          No. | 03:46:52 |
| 15 | Q          Is congressional 16 a Hispanic | 03:46:53 |
| 16 | majority/minority district? | 03:46:55 |
| 17 | A          No. | 03:46:57 |
| 18 | Q          Is congressional district 17 a Hispanic | 03:46:57 |
| 19 | majority/minority district? | 03:47:01 |
| 20 | A          No. | 03:47:02 |
| 21 | Q          Is congressional district 18 a Hispanic | 03:47:03 |
| 22 | majority/minority district? | 03:47:06 |
| 23 | A          Yes. | 03:47:07 |
| 24 | Q          So two on this page; correct? | 03:47:08 |
| 25 | A          Yes. | 03:47:09 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                        204

| | | |
|---|---|---|
| 1 | Q        Going to the next page, we are going to be | 03:47:10 |
| 2 | looking at congressional district 19. | 03:47:14 |
| 3 |           Is congressional district 19 a Hispanic | 03:47:16 |
| 4 | majority/minority district? | 03:47:19 |
| 5 | A        No. | 03:47:20 |
| 6 |           MR. MANOLIUS:  Counsel, just wondering, I | 03:47:21 |
| 7 | mean, the document speaks for itself. | 03:47:22 |
| 8 |           MR. MEUSER Q:  Well, I asked him and you | 03:47:26 |
| 9 | objected, so I am having to do this one at a time, so if | 03:47:27 |
| 10 | you want to ask -- if you want to allow him to answer | 03:47:30 |
| 11 | how many Hispanic majority/minority districts, and I | 03:47:33 |
| 12 | know that he knows what that number is, so if you want | 03:47:37 |
| 13 | to allow him to do it, we don't have to do this one by | 03:47:39 |
| 14 | one, but I am more than willing to do this one at a | 03:47:42 |
| 15 | time.  Okay? | 03:47:46 |
| 16 |           MR. MANOLIUS:  Maybe he can check it out and | 03:47:49 |
| 17 | add them up off the document.  Would that be okay? | 03:47:52 |
| 18 |           MR. MEUSER Q:  All I was looking for was a | 03:47:57 |
| 19 | number. | 03:47:59 |
| 20 | A        There are 16. | 03:47:59 |
| 21 | Q        Thank you.  Which 16 congressional districts | 03:48:01 |
| 22 | are Hispanic majority/minority districts? | 03:48:12 |
| 23 | A        Which are the 16?  You want me to name them | 03:48:15 |
| 24 | all? | 03:48:17 |
| 25 | Q        Yes. | 03:48:18 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    205

| | | |
|---|---|---|
| 1 | A        I mean, I'd have to go back and do it the way | 03:48:18 |
| 2 | we did it then.  So you're talking about district number | 03:48:21 |
| 3 | 13, 18, 21, 22, 25, 29, 31, 33, 34, 35, 38, 39, 41, 46, | 03:48:28 |
| 4 | and 52. | 03:49:08 |
| 5 | **Q        Thank you.  Now, earlier we were asking some** | 03:49:09 |
| 6 | **questions about the HOPE letter; correct?** | 03:49:19 |
| 7 | A        Yes. | 03:49:24 |
| 8 | **Q        And do you recall seeing in the transcript** | 03:49:24 |
| 9 | **where you stated to HOPE that you were helping HOPE with** | 03:49:29 |
| 10 | **that process of the HOPE letter?** | 03:49:33 |
| 11 | MR. WOODS:  Objection, mischaracterizes | 03:49:37 |
| 12 | testimony. | 03:49:39 |
| 13 | MR. MANOLIUS:  Yeah, misstates his testimony. | 03:49:39 |
| 14 | MR. MEUSER Q:  Well, let's go to the HOPE | 03:49:42 |
| 15 | presentation real quick.  You probably have it in the | 03:49:44 |
| 16 | stack right over there. | 03:49:46 |
| 17 | A        What number is it? | 03:50:00 |
| 18 | MR. MANOLIUS:  10? | 03:50:01 |
| 19 | THE WITNESS:  Okay.  Eleven?  Nine? | 03:50:06 |
| 20 | MR. MEUSER Q:  I'd like you to go to page 23 | 03:50:11 |
| 21 | and 24, so page 23, line 24, through page 24, line 5. | 03:50:20 |
| 22 | A        Yes, in the last redistricting process.  That | 03:50:40 |
| 23 | wasn't your question, so yes. | 03:50:42 |
| 24 | **Q        Yes.  So I am going to just read this out loud** | 03:50:44 |
| 25 | **and you just tell me if I read it correctly.  "And I** | 03:50:47 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    206

```
 1    started listing out this concept of drawing a              03:50:50

 2    replacement Latino majority/minority district in the       03:50:54

 3    middle of Los Angeles.  That was the number one thing      03:50:57

 4    that I first started thinking about, because it was        03:51:00

 5    something that I worked with HOPE on in the last           03:51:03

 6    redistricting process."                                    03:51:07

 7            Did I read that correctly?                         03:51:08

 8    A       Yes.                                                03:51:09

 9    Q       What did you do with HOPE during 2021 during       03:51:11

10    the redistricting process?                                 03:51:19

11    A       They had an interest in keeping a district for     03:51:21

12    an incumbent member of Congress and that aligned with      03:51:26

13    our client's interest in drawing an LGBT community of      03:51:31

14    interest district that would go from Long Beach down to    03:51:36

15    Orange County, and so there was a synergy between those    03:51:41

16    groups and others.                                         03:51:43

17            And so we worked with HOPE on it.  As it was       03:51:44

18    said earlier, I have had, like, a 15 year relationship     03:51:48

19    with HOPE and never been, I don't charge them, but         03:51:51

20    they --                                                    03:51:56

21    Q       Did you draw a map for HOPE that they were         03:51:56

22    using in 2021?                                             03:51:59

23    A       We drew maps.  I don't know, their                 03:52:04

24    presentation actually didn't present a map that I drew.    03:52:09

25    Q       Okay.                                              03:52:12
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    207

| | | |
|---|---|---|
| 1 | A          Their letter didn't present a map that I drew, | 03:52:12 |
| 2 | so they were advocating for maps though. | 03:52:15 |
| **3** | **Q          And you were working with a different** | 03:52:18 |
| **4** | **organization that was joined with HOPE at that time?** | 03:52:20 |
| 5 | A          Yes. | 03:52:25 |
| **6** | **Q          Were you a part of that expert report that was** | 03:52:26 |
| **7** | **attached to the HOPE letter?** | 03:52:40 |
| 8 | A          That was something that was kind of a | 03:52:42 |
| 9 | byproduct of another contract that I had, so I was aware | 03:52:48 |
| 10 | that it was being done.  I was aware that that was done, | 03:52:51 |
| 11 | but I didn't write it. | 03:52:53 |
| **12** | **Q          You didn't write the report.  Did you consult** | 03:52:54 |
| **13** | **with the people who wrote that report?** | 03:52:58 |
| 14 | A          Consulted with Christian Grose, yes. | 03:52:59 |
| **15** | **Q          And this would have been at or around the time** | 03:53:03 |
| **16** | **of November of 2021?** | 03:53:05 |
| 17 | A          Oh, probably earlier than that, but yes, in | 03:53:08 |
| 18 | 2021. | 03:53:14 |
| **19** | **Q          You understand that the HOPE letter is dated** | 03:53:16 |
| **20** | **November 24th, 2021; correct?** | 03:53:18 |
| 21 | A          Yes. | 03:53:21 |
| **22** | **Q          And you understand that the report by** | 03:53:21 |
| **23** | **Christian Grose is dated November 23rd, 2021; correct?** | 03:53:24 |
| 24 | A          Sure. | 03:53:28 |
| **25** | **Q          So prior to November 23, 2021, what** | 03:53:29 |

| 1 | interactions did you have with Christian Grose that was | 03:53:34 |
|---|---|---|
| 2 | related to the report that is contained in the | 03:53:36 |
| 3 | November 24th, 2021, letter? | 03:53:42 |
| 4 | A       In the 2021 redistricting, we worked with | 03:53:44 |
| 5 | clients who contracted with Christian Grose to do a | 03:53:50 |
| 6 | variety of analyses in several parts of the state, so | 03:53:56 |
| 7 | that that's at a time when this organization was looking | 03:54:03 |
| 8 | for something to advocate, they would have a document to | 03:54:07 |
| 9 | use. | 03:54:11 |
| 10 | Q       Turn to congressional district 41 in that | 03:54:12 |
| 11 | atlas. | 03:54:25 |
| 12 | A       (Witness complied.) | 03:54:26 |
| 13 | Q       And I am sorry, you probably won't appreciate | 03:54:30 |
| 14 | this, but I call this particular district the Yoga | 03:54:45 |
| 15 | Genie, because a thousand years in a lamp, you have a | 03:54:49 |
| 16 | pretty bad back, but that's my imagination. | 03:54:51 |
| 17 |         Do you see the word "Downey" -- | 03:54:57 |
| 18 | A       Yes. | 03:55:01 |
| 19 | Q       -- in this particular district? | 03:55:02 |
| 20 | A       Yes. | 03:55:03 |
| 21 | Q       And looking at the HOPE letter, what was the | 03:55:04 |
| 22 | number one city that they mentioned for this new gateway | 03:55:11 |
| 23 | district? | 03:55:18 |
| 24 |         MR. MANOLIUS:  And you're referring to 2021? | 03:55:18 |
| 25 |         MR. MEUSER:  Yes, 2021. | 03:55:22 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    209

| | | |
|---|---|---|
| 1 | MR. MANOLIUS:  Okay. | 03:55:23 |
| 2 | THE WITNESS:  Downey. | 03:55:25 |
| 3 | MR. MEUSER Q:  Okay.  And does that | 03:55:32 |
| 4 | description, say, go down to Orange County? | 03:55:33 |
| 5 | A       No, not for this district -- | 03:55:36 |
| 6 | **Q       In the HOPE letter --** | 03:55:46 |
| 7 | A       -- I don't think so, not in that bullet point | 03:55:48 |
| 8 | number one.  Sorry.  Does it say it somewhere else? | 03:55:51 |
| 9 | **Q       I think you're right.  It actually says it in** | 03:55:54 |
| 10 | **the --** | 03:55:58 |
| 11 | A       -- second bullet point. | 03:55:58 |
| 12 | **Q       No.  It's actually in the expert report here.** | 03:56:00 |
| 13 | **Sorry.** | 03:56:04 |
| 14 | A       I don't know. | 03:56:04 |
| 15 | **Q       Is Downey in congressional district 41?** | 03:56:50 |
| 16 | A       Yes. | 03:56:53 |
| 17 | **Q       In your presentation to HOPE you said that you** | 03:56:53 |
| 18 | **created a new congressional district taking Ken** | 03:56:59 |
| 19 | **Calvert's 41 and insert it in the gateway cities.** | 03:57:06 |
| 20 | **Is congressional district 41 the district you** | 03:57:10 |
| 21 | **were referring to in your HOPE presentation?** | 03:57:12 |
| 22 | MR. MANOLIUS:  Objection.  Instruct you not to | 03:57:16 |
| 23 | answer, legislative privilege. | 03:57:18 |
| 24 | MR. MEUSER Q:  And you're not answering that | 03:57:21 |
| 25 | question at the instruction of your attorney? | 03:57:36 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    210

```
 1   A        Correct.                                          03:57:38

 2   Q        Turning to page 24 of the transcript regarding   03:57:39

 3   HOPE, starting line 20 --                                 03:57:48

 4            MR. WOODS:  I am sorry.  Page 24, Counsel?        03:57:58

 5            MR. MEUSER:  24, line 20.                         03:58:00

 6            MR. WOODS:  Thank you.                            03:58:02

 7            MR. MEUSER Q:  "Number one, create a gateway      03:58:05

 8   cities district centered around Downey as described in    03:58:07

 9   the analysis allowing for a creation of five Latino       03:58:10

10   majority/minority districts in an area where there are    03:58:16

11   currently four?"                                          03:58:19

12            Did I read that correctly?                       03:58:20

13   A        Yes.                                              03:58:21

14   Q        My question is this:  Is the City of Downey in   03:58:22

15   congressional district 41, according to the legislative   03:58:29

16   atlas that we have marked as Exhibit 15?                  03:58:33

17   A        Yes.                                              03:58:36

18   Q        The very next paragraph, starting on line 25     03:58:37

19   into page 25, "Secondly, take a district that was called  03:58:50

20   LB North, which is now the Robert Garcia district, take   03:58:55

21   that district to the south through Seal Beach into        03:58:59

22   Huntington Beach making a Latino-influenced district at   03:59:02

23   35 percent Latino by voting age population."              03:59:06

24            Did I read that correctly?                       03:59:09

25   A        Yes.                                              03:59:10
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                        211

1   Q        Okay.  Looking at congressional district 42 in    03:59:11

2   the atlas legislative atlas, does congressional district   03:59:18

3   42 include the cities of Long Beach, Seal Beach and         03:59:24

4   Newport -- and Huntington Beach?                            03:59:30

5   A        Yes.                                               03:59:32

6   Q        I am going to ask a question that's been           03:59:33

7   bugging me since day one since I have seen this.            03:59:44

8            You were aware that in the California              03:59:47

9   Constitution we are supposed to number congressional       03:59:49

10  districts one at the top of the state down to 52 at the     03:59:51

11  bottom.                                                     03:59:57

12           Do you know why these districts got numbered       03:59:57

13  contrary to what the California Constitution says?          04:00:00

14           MR. MANOLIUS:  Objection.  Calls for a legal       04:00:02

15  conclusion, calls for speculation.                          04:00:03

16           MR. WOODS:  Objection.  Same objections.           04:00:05

17  Also, relevance.                                            04:00:09

18           MR. MEUSER:  You can answer.                       04:00:12

19           MR. MANOLIUS:  Same objection, Counsel.            04:00:12

20           THE WITNESS:  The decision on numbering was        04:00:16

21  based, I think, primarily on reducing the amount of         04:00:17

22  change as opposed to the Constitution's previous            04:00:20

23  requirement before Prop 50 of numbering one to 52.          04:00:24

24           In the ballot measure Prop 50 allowed for that     04:00:29

25  to be bypassed for this one redistricting.  It was just     04:00:32

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    212

```
 1   to reduce the number of the amount of letters that would    04:00:35

 2   have to be reprinted.                                       04:00:39

 3            MR. MEUSER:  I appreciate that answer.             04:00:41

 4   Q        I believe I've heard public statements by you     04:00:46

 5   that nine congressional districts did not change a          04:00:50

 6   single boundary; is that correct?                          04:00:55

 7            MR. MANOLIUS:  Objection.  Vague as to where       04:00:59

 8   you've heard that and where that comes from, calls for      04:01:03

 9   speculation.  You can answer.                              04:01:05

10            THE WITNESS:  I believe it's nine or ten.  I       04:01:10

11   always forget exactly the number, but there were a large    04:01:12

12   number of districts that were too far away from areas       04:01:16

13   where we were trying to flip districts.                     04:01:20

14            MR. MEUSER Q:  As you sit here today, could        04:01:25

15   you name the nine or ten congressional districts that       04:01:27

16   did not change a single boundary?                           04:01:29

17            MR. MANOLIUS:  Between 2021's redistricting --     04:01:32

18            MR. MEUSER:  And the commission.                   04:01:37

19            THE WITNESS:  I could attempt to.                  04:01:38

20            MR. MANOLIUS:  Don't speculate.                    04:01:41

21            THE WITNESS:  Okay.                                04:01:43

22            MR. MEUSER Q:  I am entitled to your best          04:01:44

23   recollection and if you can name six you name six, if       04:01:47

24   you -- just the best of your ability.                       04:01:50

25   A        There's one technical thing is that I believe      04:01:53
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                            213

```
1    that potentially the census block layer changed a little      04:01:55

2    bit, so there might be some changes that are like a           04:01:59

3    census block is unpopulated kind of thing, but districts      04:02:00

4    11 and 12, which are unchanged.                               04:02:06

5            MR. MEUSER Q:  Those are in the Bay Area?             04:02:11

6    A       Yep.  District -- I don't deal with these             04:02:13

7    districts as much, I don't know as much, is it Ted            04:02:18

8    Lieu's district didn't change, and I don't have the zoom      04:02:38

9    to know what Ted Lieu's district is.                          04:02:44

10   Q       Well, you're looking at a document that has           04:02:47

11   maps of every single --                                       04:02:49

12   A       It doesn't say the numbers on the map.                04:02:50

13   Q       I know that, but you could flip through and           04:02:52

14   find the individual districts, couldn't you?                  04:02:54

15   A       Oh, yeah, yeah, yeah.  Sorry.                         04:02:58

16           MR. MANOLIUS:  Just throw in an objection that        04:03:31

17   it's compound and burdensome that he has to go through        04:03:33

18   the entire packet, but that's okay.                           04:03:36

19           THE WITNESS:  Why am I not finding the Ted            04:03:38

20   Lieu district?  I am unsure if district 19 changed.  The      04:03:41

21   Ted Lieu district, whatever number that is --                 04:04:03

22           MR. MEUSER Q:  Okay.                                  04:04:05

23   A       -- there it is, 36.  Sorry.  It was just              04:04:06

24   taking me awhile to get to it.                                04:04:11

25   Q       And that's the coastal Los Angeles County?           04:04:12
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          214

```
 1   A        Santa Monica, yeah.                            04:04:16

 2            37 did not change.                             04:04:18

 3            43 did not change.  I know I've missed some,   04:04:35

 4   so it's hard for me --                                 04:05:00

 5   Q        If I do my math right, I have heard you name   04:05:02

 6   five districts right now; correct?                     04:05:04

 7   A        Yeah.  So I'd have to go back and look, but I  04:05:06

 8   thought it was, like, nine districts that didn't change 04:05:09

 9   at all.  I would just have to go look at it more        04:05:11

10   closely, because there are districts where, there are   04:05:15

11   some districts where we made a small change, like       04:05:17

12   unifying Ventura and in a district that wasn't otherwise 04:05:20

13   changed or something like that, so I'd have to go       04:05:24

14   through, again, and look, but I believe it added up to  04:05:28

15   nine.  Sorry.                                           04:05:34

16   Q        Okay.  If you want to turn to your Capitol     04:05:35

17   Weekly Podcast transcript, and I am reading from page 11 04:05:41

18   starting at lines four through eight.  Page 11, four    04:05:46

19   through eight.                                          04:06:03

20            And this particular conversation was made      04:06:04

21   public on August 15th, 2025.  Do you recall if you made 04:06:09

22   the podcast the same day that it aired?                 04:06:13

23   A        I don't recall.                                04:06:16

24   Q        And this sentence reads, "And, you know, the   04:06:17

25   fact that we can do these things in terms of like       04:06:25
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    215

```
 1   drawing maps, that is, you know, it's not touching nine    04:06:28

 2   entire congressional districts."                           04:06:31

 3            Did I read that correctly?                        04:06:35

 4   A      Yes.                                                 04:06:36

 5   Q      When you said that, was -- were you saying           04:06:37

 6   that you did not change the lines in nine congressional    04:06:45

 7   districts?                                                  04:06:50

 8            MR. MANOLIUS:  Objection.  Legislative            04:06:50

 9   privilege and instruct you not to answer the question.     04:06:53

10            MR. MEUSER:  This is a public statement that      04:06:56

11   he has made saying that he did not touch nine entire       04:06:58

12   congressional districts and I am just making sure that     04:07:01

13   at the time he made the statement publicly for the world   04:07:04

14   to see --                                                   04:07:07

15            MR. MANOLIUS:  Uh-huh.                            04:07:08

16            MR. MEUSER:  -- that it was his understanding     04:07:09

17   that he did not touch, that the Prop 50 maps did not       04:07:11

18   touch nine entire congressional districts.                 04:07:15

19            MR. MANOLIUS:  Again, you can ask him if he       04:07:17

20   said it, but I'm going to object to anything going         04:07:19

21   further than that.                                          04:07:23

22            MR. MEUSER Q:  Did you say that?                  04:07:24

23   A      Yes.                                                 04:07:25

24   Q      Okay.  And is it your understanding that when       04:07:27

25   you said, "You know, it's not touching nine entire         04:07:35
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                      216

```
 1   congressional districts," is it your understanding that     04:07:39

 2   that meant nine congressional districts had zero line       04:07:43

 3   changes?                                                    04:07:48

 4          MR. MANOLIUS:  Same objection.  Instruct you         04:07:49

 5   not to answer, legislative privilege.                       04:07:51

 6          MR. MEUSER Q:  And are you refusing to answer         04:07:54

 7   that question at your attorney's request?                   04:07:56

 8   A      Correct.                                             04:07:57

 9   Q      Are you familiar with the organization MALDEF,       04:07:59

10   M-A-L-D-E-F?                                                04:08:11

11   A      Yes.                                                 04:08:11

12   Q      Have you worked with MALDEF.                         04:08:12

13          MR. MANOLIUS:  Vague as to "work with."  Hired       04:08:17

14   by?                                                         04:08:21

15          MR. MEUSER Q:  Have you ever been hired by           04:08:21

16   MALDEF?                                                     04:08:23

17   A      No.                                                  04:08:24

18   Q      During the 2021 redistricting, did you ever         04:08:25

19   see any of the reports presented by MALDEF?                 04:08:29

20   A      Yes.                                                 04:08:32

21   Q      Okay.  And do you recall as you sit here today      04:08:33

22   how many Hispanic majority/minority districts MALDEF was    04:08:39

23   asking the commission to draw?                              04:08:44

24   A      No.                                                  04:08:47

25          MR. MEUSER:  Okay.  We are going to go ahead         04:08:50
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    217

| | | |
|---|---|---|
| 1 | and mark this as Exhibit 16. | 04:08:51 |
| 2 | (Whereupon Plaintiff's Exhibit 16 | 04:08:51 |
| 3 | was marked for identification.) | 04:08:51 |
| 4 | MR. MEUSER Q:  And for those following along | 04:08:57 |
| 5 | at home, this is going to be the document in the file | 04:08:58 |
| 6 | that is called, "MALDEF Report 2021." | 04:09:04 |
| 7 | MR. MANOLIUS:  Geez. | 04:09:16 |
| 8 | MR. MEUSER:  And I have got a copy for you | 04:09:16 |
| 9 | too, Counsel. | 04:09:20 |
| 10 | MR. WOODS:  Mark, do you have another copy for | 04:09:24 |
| 11 | me? | 04:09:26 |
| 12 | MR. MEUSER:  I do not.  Sorry.  I didn't want | 04:09:26 |
| 13 | to kill trees, but I thought everybody else would have | 04:09:29 |
| 14 | that file.  Sorry. | 04:09:32 |
| **15** | **Q        Have you seen this particular report before** | 04:09:42 |
| **16** | **that's just been handed to you as Exhibit 16?** | 04:09:44 |
| 17 | A        Not that I -- not that I recall.  I am | 04:09:47 |
| 18 | presuming I would have, I just don't remember, exactly. | 04:09:50 |
| **19** | **Q        If you could turn to page, what's been marked** | 04:09:53 |
| **20** | **as page 10 in that, this exhibit?** | 04:09:56 |
| 21 | A        They have page numbers? | 04:09:59 |
| **22** | **Q        Yes, should be in the bottom right,** | 04:10:00 |
| 23 | A        Uh-huh. | 04:10:02 |
| **24** | **Q        And I am just, top two lines after the,** | 04:10:08 |
| **25** | **"Statement of Voting Rights Compliance," I am going to** | 04:10:12 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    218

| | | |
|---|---|---|
| 1 | just read these. | 04:10:14 |
| 2 | A        Uh-huh. | 04:10:15 |
| 3 | Q        "After the rule of equal population the first | 04:10:16 |
| 4 | rule of redistricting is construct -- is constructing | 04:10:18 |
| 5 | districts to comply with Section 2 of the Federal Voting | 04:10:22 |
| 6 | Rights Act.  The MALDEF U.S. Congressional Redistricting | 04:10:26 |
| 7 | Plan presents 16 Latino majority citizen voting age | 04:10:31 |
| 8 | population districts that are largely protectable under | 04:10:35 |
| 9 | Section 2 of the Voting Rights Act." | 04:10:38 |
| 10 |        Did I read that correct? | 04:10:40 |
| 11 | A        Yes. | 04:10:42 |
| 12 | Q        Are you aware that in the 2021 cycle MALDEF | 04:10:44 |
| 13 | was asking the commission to draw 16 districts where | 04:10:51 |
| 14 | Hispanics were the majority, according to CVAP? | 04:10:54 |
| 15 |        MR. MANOLIUS:  Objection.  Calls for | 04:10:59 |
| 16 | speculation.  He's already said he doesn't recall seeing | 04:11:00 |
| 17 | this document before. | 04:11:03 |
| 18 |        THE WITNESS:  I don't recall specifically, but | 04:11:05 |
| 19 | looking at it, it looks like one of those documents, | 04:11:06 |
| 20 | so -- | 04:11:09 |
| 21 |        MR. MEUSER Q:  If you could turn to the next | 04:11:10 |
| 22 | page, 11. | 04:11:15 |
| 23 | A        (Witness complied.) | 04:11:17 |
| 24 | Q        And before I ask you this, before I ask you | 04:11:19 |
| 25 | questions, you're kind of thumbing through the images of | 04:11:24 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    219

| | | |
|---|---|---|
| 1 | all the maps that are with this report? | 04:11:27 |
| 2 | A      Uh-huh. | 04:11:30 |
| 3 | Q      Do you recall ever seeing any of these maps | 04:11:31 |
| 4 | before? | 04:11:33 |
| 5 | A      I can't speak to any of these individual maps. | 04:11:35 |
| 6 | Q      Okay. | 04:11:37 |
| 7 | A      This is five years ago. | 04:11:37 |
| 8 | Q      I understand.  But it doesn't refresh your | 04:11:39 |
| 9 | recollection as to having seen it? | 04:11:42 |
| 10 | MR. MANOLIUS:  Okay.  Just compound because | 04:11:45 |
| 11 | there are many maps in here so -- | 04:11:46 |
| 12 | MR. MEUSER Q:  Yeah. | 04:11:50 |
| 13 | A      I have looked at MALDEF maps for a long time. | 04:11:50 |
| 14 | They look the same in every road. | 04:11:53 |
| 15 | Q      And who wrote them? | 04:12:01 |
| 16 | A      Steven Ochoa probably did these.  Steven | 04:12:02 |
| 17 | Ochoa, most likely. | 04:12:04 |
| 18 | Q      And when was the last time you talked to | 04:12:05 |
| 19 | Steven Ochoa? | 04:12:09 |
| 20 | A      Several weeks or a month ago or so, a couple | 04:12:12 |
| 21 | of months ago or something. | 04:12:14 |
| 22 | Q      Did you speak with Steven Ochoa at any time | 04:12:15 |
| 23 | between July 2nd and February 15th? | 04:12:18 |
| 24 | A      Nope.  You said February.  August. | 04:12:20 |
| 25 | Q      August 15th. | 04:12:24 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                        220

| | | |
|---|---|---|
| 1 | A       No. | 04:12:25 |
| 2 | **Q       Did you speak with anybody at MALDEF between** | 04:12:26 |
| 3 | **July 2nd and August 15th?** | 04:12:34 |
| 4 | A       No.  Let me amend that to say I don't recall. | 04:12:36 |
| 5 | **Q       You can go ahead and set that aside.  I have** | 04:12:56 |
| 6 | **got a couple fun exhibits here.** | 04:13:08 |
| 7 | A       That's it? | 04:13:11 |
| 8 |        MR. MANOLIUS:  Finally. | 04:13:17 |
| 9 |        MR. MEUSER:  I am handing you Exhibit 17. | 04:13:18 |
| 10 |        (Whereupon Plaintiff's Exhibit 17 | 04:13:18 |
| 11 |        was marked for identification.) | 04:13:22 |
| 12 |        MR. MEUSER Q:  And for those following along | 04:13:22 |
| 13 | at home, this Exhibit 17 is a Paul Mitchell X post dash | 04:13:25 |
| 14 | 52 Democrat map. | 04:13:30 |
| 15 |        Can you please identify for the record what | 04:13:35 |
| 16 | Exhibit 17 is? | 04:13:37 |
| 17 | A       Exhibit 17 is a Tweet of mine and it was | 04:13:38 |
| 18 | posted on November 3rd. | 04:13:46 |
| 19 | **Q       Day before election?** | 04:13:48 |
| 20 | A       There you go. | 04:13:49 |
| 21 | **Q       And what does this particular X post of yours** | 04:13:50 |
| 22 | **show?** | 04:13:55 |
| 23 |        MR. MANOLIUS:  Objection.  Compound. | 04:13:57 |
| 24 | Objection, also, to the word "show."  Vague. | 04:14:01 |
| 25 |        MR. MEUSER:  Okay.  I'll re-ask. | 04:14:04 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                      221

| | | |
|---|---|---|
| 1 | Q        What is the significance of this particular X | 04:14:10 |
| 2 | post that you were trying to convey to the world when | 04:14:16 |
| 3 | you sent it out? | 04:14:18 |
| 4 | A        Well, I was trying to convey to the limited | 04:14:20 |
| 5 | number of people who follow me that I, as was done in | 04:14:23 |
| 6 | the other testimony rather derisively referred to | 04:14:32 |
| 7 | Twitter maps, and I felt as though Twitter maps showing | 04:14:35 |
| 8 | crazy lines drawn by somebody in their basement weren't | 04:14:40 |
| 9 | necessarily productive into the conversation, and so I | 04:14:44 |
| 10 | was expressing my frustration with the silly Twitter | 04:14:46 |
| 11 | maps. | 04:14:51 |
| 12 | Q        And I remember the conversation we had which | 04:14:51 |
| 13 | is why we got this into the record here. | 04:14:53 |
| 14 | This is an example of one of the 52 old maps | 04:14:56 |
| 15 | that you criticized throughout the, from July 2nd all | 04:15:00 |
| 16 | the way through to November 3rd; is that correct? | 04:15:07 |
| 17 | A        Yes. | 04:15:08 |
| 18 | Q        Regarding your atlas, the CVAP numbers -- | 04:15:09 |
| 19 | A        Uh-huh. | 04:15:20 |
| 20 | Q        -- what, where did you get the CVAP numbers? | 04:15:21 |
| 21 | A        You're required to use the statewide | 04:15:24 |
| 22 | databases' CVAP data and population data in California. | 04:15:27 |
| 23 | Q        Okay.  And what year of database was the state | 04:15:31 |
| 24 | redistricting database using? | 04:15:35 |
| 25 | A        In the terminology in redistricting, we don't | 04:15:39 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          222

```
 1   refer to the year that it was produced, we refer to the    04:15:42

 2   year that it represents, and so the data is the '19 -       04:15:45

 3   '23 CVAP, so a five-year average from 2019 to 2023.         04:15:49

 4   Q        And when you're talking about the five-year        04:15:54

 5   average you're talking about the American Community         04:15:56

 6   Survey put on by the census?                                04:16:00

 7   A        It's a product, it's a special product put on,     04:16:01

 8   put together after the American Community Survey as a       04:16:05

 9   special kind of addendum.                                   04:16:08

10   Q        Okay.  And so the statewide database is taking     04:16:10

11   the data from the census, and then as you were talking      04:16:17

12   to Julie earlier today, they remove the prisoners from      04:16:21

13   that; is that correct?                                      04:16:25

14   A        Reallocate.                                        04:16:26

15   Q        Reallocate.  And that is the data that you         04:16:27

16   were using in this particular report?                       04:16:33

17   A        Yes.                                                04:16:34

18   Q        Okay.  Not 2022?                                   04:16:35

19   A        You mean, not 1822?                                 04:16:38

20   Q        Not the 2022 ACS data.  You were using 2023        04:16:41

21   ACS data; correct?                                          04:16:48

22   A        In 2022, they were using the, like, no, it's       04:16:49

23   not the same CU update as they were using in the 2021       04:16:54

24   redistricting process, if that's what you're asking.        04:16:59

25   Q        Well, I understand that the redistricting          04:17:01
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                         223

```
 1   commission could not have used the 2023 data, because it    04:17:03

 2   did not exist at that time; correct?                        04:17:06

 3   A       They couldn't have used the '19 to '23, of         04:17:08

 4   course.                                                     04:17:10

 5   Q       And what you're saying is that in these            04:17:11

 6   atlases, the numbers that you were using was the '19 to    04:17:16

 7   '23 five-year ACS data; correct?                           04:17:22

 8   A       (Witness nodding head.)                            04:17:25

 9   Q       Is that a "yes"?                                   04:17:26

10   A       Yes.                                               04:17:27

11   Q       Okay.  The only reason why I am saying this is     04:17:27

12   because we have a had experts for the last four days       04:17:30

13   give me different places where you were getting your       04:17:33

14   data, so I am just trying to get from you which set of     04:17:35

15   numbers all the experts are supposed to look at.           04:17:38

16   A       Yeah.                                              04:17:40

17   Q       So, again, I am going to repeat, just to make      04:17:40

18   sure I have a clean record so that all of our experts      04:17:43

19   know.                                                      04:17:46

20           When we're looking at the CVAP data that is        04:17:46

21   contained in the atlas, you were using the 2023 census     04:17:50

22   data, the American community census data from a            04:17:55

23   five-year period that was then reallocated according to    04:17:58

24   the statewide database?                                    04:18:03

25   A       So to use the terminology of redistricting         04:18:05
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                        224

| | | |
|---|---|---|
| 1 | consultants we all agree upon, I think, we used the '19 | 04:18:07 |
| 2 | - '23, which means it's data from 2019 to 2023, that | 04:18:12 |
| 3 | five-year average, and it's that data from the census | 04:18:16 |
| 4 | as has been adjusted by the statewide database. | 04:18:20 |
| 5 | (Whereupon Plaintiff's Exhibit 18 | 04:18:20 |
| 6 | was marked for identification.) | 04:18:20 |
| 7 | MR. MEUSER Q:  Thank you.  I appreciate that. | 04:18:22 |
| 8 | And I don't think I am going to need this one, but since | 04:18:28 |
| 9 | we printed it up.  I am going to just go ahead and give | 04:18:31 |
| 10 | it to you. | 04:18:34 |
| 11 | I am going to hand you what has been marked as | 04:18:34 |
| 12 | Exhibit 18.  And for those following at home, this is a | 04:18:36 |
| 13 | DM Tweet concerning use of recent ACS survey data. | 04:18:43 |
| 14 | Do you remember this X post? | 04:18:50 |
| 15 | A        If I can take a look real quick. | 04:18:55 |
| **16** | **Q        Please, do.** | 04:18:58 |
| 17 | A        I do recall this. | 04:18:58 |
| 18 | (Off-the-record discussion between | 04:18:58 |
| 19 | Mr. Manolius and the Witness.) | 04:18:58 |
| 20 | THE WITNESS:  Sorry. | 04:19:11 |
| 21 | THE REPORTER:  Are we on the record or off the | 04:19:15 |
| 22 | record? | 04:19:17 |
| 23 | MR. MEUSER Q:  This particular post has | 04:19:19 |
| 24 | absolutely nothing to do with Prop 50; correct? | 04:19:21 |
| 25 | A        Absolutely. | 04:19:24 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                                    225

| | | |
|---|---|---|
| 1 | Q         But this does have to do with redistricting in | 04:19:25 |
| 2 | California; correct?  Los Angeles City, to be precise? | 04:19:28 |
| 3 | A         Yes. | 04:19:32 |
| 4 | Q         And in the particular post there was a X post | 04:19:32 |
| 5 | that you're responding to where somebody was suggesting | 04:19:38 |
| 6 | they should be redistricting in Los Angeles City; is | 04:19:41 |
| 7 | that correct? | 04:19:45 |
| 8 | A         Could you restate that?  I am sorry. | 04:19:46 |
| 9 | Q         Well, you can't actually see this because you | 04:19:48 |
| 10 | don't see what this is responding to, so I am going to | 04:19:51 |
| 11 | actually rephrase. | 04:19:53 |
| 12 |           You were aware a year ago that there were some | 04:19:54 |
| 13 | public discussions about redistricting Los Angeles | 04:19:57 |
| 14 | County; correct? | 04:20:00 |
| 15 | A         Yes. | 04:20:00 |
| 16 | Q         And in response to those public discussions | 04:20:01 |
| 17 | you posted your thoughts on X; is that correct? | 04:20:04 |
| 18 | A         Yes. | 04:20:08 |
| 19 | Q         And is it your position that if somebody is | 04:20:09 |
| 20 | redrawing the lines that they need to use the most | 04:20:16 |
| 21 | recent ACS database, not the one that their districting | 04:20:22 |
| 22 | commission used, but they have to use the most recent | 04:20:28 |
| 23 | one available at the time that they redraw the lines? | 04:20:30 |
| 24 | A         I would want to -- | 04:20:33 |
| 25 |           MR. MANOLIUS:  Objection, as to they have to | 04:20:34 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                                    226

```
 1   use, like a legal requirement.  That's just my          04:20:37

 2   question -- my objection.                               04:20:40

 3            THE WITNESS:  I want to be clear here.  Yes, I  04:20:44

 4   believe that if they were to redraw, I say in here on   04:20:50

 5   Twitter they would have to use, but I think maybe in a  04:20:55

 6   deposition the better terminology would be that they    04:20:58

 7   would normally use the latest American Community Survey  04:21:02

 8   data, because that is what is in practice in California, 04:21:06

 9   is we use the data as it gets updated every year.        04:21:09

10            MR. MEUSER Q:  And that is what you did when    04:21:12

11   updating the atlases --                                 04:21:13

12   A       Yes.                                            04:21:15

13   Q       -- that are a matter of public record?          04:21:15

14            MR. MANOLIUS:  Objection, to the extent you're 04:21:17

15   asking him how he drew his maps, legislative privilege, 04:21:19

16   but you can answer the question at this point.          04:21:23

17            THE WITNESS:  Without speaking to the line     04:21:26

18   drawing process, the maps that you are showing me are   04:21:29

19   using the new ACS data.                                 04:21:32

20            MR. MEUSER Q:  Another one of your X posts,    04:21:36

21   and I don't know, I am just going to do a quick thing.  04:21:41

22            In this particular X post you're talking about 04:21:45

23   three separate articles.  I have all three articles     04:21:48

24   here.  Do we want to attach them all as one exhibit or  04:21:52

25   do you want this to be four separate exhibits?  What's  04:21:55
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          227

```
 1   better for you?                                       04:21:58

 2              MR. MANOLIUS:  I don't care.               04:21:59

 3              (Whereupon Plaintiff's Exhibit 19          04:21:59

 4              was marked for identification.)            04:22:01

 5              MR. MEUSER Q:  We'll do it as four separate 04:22:01

 6   exhibits, so we can do this.                          04:22:04

 7              So Exhibit 19 is going to be a Paul Mitchell 04:22:06

 8   Tweet that I'm a calling, if you're keeping track at  04:22:09

 9   home, in that link or in that X post has three different 04:22:14

10   links.                                                04:22:19

11              The first one is Caltech; is that correct? 04:22:19

12   A       Yes.                                          04:22:23

13              MR. MEUSER:  And so I am marking as Exhibit 20 04:22:24

14   what is a Caltech report.                             04:22:27

15              (Whereupon Plaintiff's Exhibit 20          04:22:27

16              was marked for identification.)            04:22:27

17              MR. MEUSER Q:  Can you look at this real   04:22:29

18   briefly and tell me if that is the report that you were 04:22:31

19   linking to in your X post?                            04:22:34

20   A       I can't see the link to say whether I was     04:22:37

21   linking to, like, an article that had this report or  04:22:37

22   this report directly to .pdf, but this is the report I 04:22:40

23   would be referencing in this, that first part.        04:22:42

24              MR. MEUSER:  And then I am going to hand you 04:22:46

25   Exhibit 21 --                                         04:22:48
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    228

```
 1              (Whereupon Plaintiff's Exhibit 21          04:22:48

 2              was marked for identification. )          04:22:49

 3              MR. MEUSER Q:  -- which is a PPIC report.  04:22:49

 4   Please let me know if this is a report that you were  04:22:52

 5   referring to in your X post?                         04:22:54

 6   A       Yes.                                          04:22:56

 7              MR. MEUSER:  And I am sorry, Counsel, let me  04:23:00

 8   just -- I should have handed this to you earlier.    04:23:02

 9              MR. MANOLIUS:   Thank you.                 04:23:06

10              (Whereupon Plaintiff's Exhibit 22          04:23:06

11              was marked for identification.)           04:23:11

12              MR. MEUSER Q:  And then the third link is  04:23:11

13   talking about a UCLA report; correct?                04:23:12

14   A       Yes.                                          04:23:17

15   Q       And is that the UCLA report, what I have just  04:23:18

16   marked as Exhibit 22?                                 04:23:21

17   A       Actually, I think you have got these         04:23:24

18   backwards.                                            04:23:25

19   Q       Oh.                                           04:23:26

20   A       The second one is the AAPI one and the third  04:23:26

21   one is the PPIC one.                                  04:23:30

22   Q       Thank you.  But the three reports that I just  04:23:32

23   handed you are the three reports that you were referring  04:23:37

24   to in your particular X post, is that --             04:23:40

25   A       Yes.                                          04:23:43
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                                229

| | | |
|---|---|---|
| 1 | Q        -- correctly stated? | 04:23:44 |
| 2 | A        Yep. | 04:23:47 |
| 3 | Q        Okay.  Is it fair for me to assume that you | 04:23:48 |
| 4 | read all three of those reports? | 04:23:55 |
| 5 | A        No.  I definitely glossed over them.  I don't | 04:23:58 |
| 6 | know that I read them all thoroughly, particularly the | 04:24:05 |
| 7 | last Cal-Poly one, I don't know that I read it every | 04:24:08 |
| 8 | line.  I don't know that I read them, the PPIC one. | 04:24:11 |
| 9 | Q        Did you in the X post, I see that we'll start | 04:24:17 |
| 10 | with the Cal, the Cal-Poly Caltech report -- | 04:24:21 |
| 11 | A        Uh-huh. | 04:24:23 |
| 12 | Q        -- I see that there is a quotation that you, | 04:24:24 |
| 13 | that is in your X post. | 04:24:27 |
| 14 | A        Uh-huh. | 04:24:28 |
| 15 | Q        Did you pull that quotation out of the report? | 04:24:29 |
| 16 | A        I believe that was the point of the quotes, | 04:24:32 |
| 17 | but I'd have to find it in here.  I don't know where it | 04:24:37 |
| 18 | is exactly.  It looks like -- oh, I'd have to look for | 04:24:41 |
| 19 | it. | 04:24:45 |
| 20 | Q        Were you the one who submitted this X post? | 04:24:45 |
| 21 | A        Yes. | 04:24:48 |
| 22 | Q        Did anybody else have access to your X | 04:24:49 |
| 23 | account? | 04:24:52 |
| 24 | A        No. | 04:24:52 |
| 25 | Q        And you reviewed the three documents; correct? | 04:24:54 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    230

```
 1              MR. MANOLIUS:  Objection.  Asked and answered.    04:24:57
 2   He said he was familiar with them a little bit.            04:24:58
 3              THE WITNESS:  I am familiar with them, yeah.     04:25:02
 4              MR. MEUSER Q:  And these three quotes that are   04:25:04
 5   in the X post, you pulled those quotes and typed them      04:25:08
 6   into the X post; is that correct?                          04:25:12
 7   A      I think that's what I'm purporting here is          04:25:14
 8   that these are quotes from these documents, so that's      04:25:16
 9   what I'm presuming.                                        04:25:19
10   Q      Okay.  Let's read the first quote.                  04:25:20
11          "Proposed Proposition 50 map will further           04:25:22
12   increase Latino voting power over the current commission   04:25:26
13   map."                                                      04:25:30
14          Did I read that correctly?                          04:25:30
15   A      Yes.                                                04:25:31
16   Q      Do you agree with that statement?                   04:25:34
17              MR. MANOLIUS:  Objection.  Legislative          04:25:37
18   privilege and instruct him not to answer.                  04:25:41
19              MR. MEUSER Q:  On what day did you send this X   04:25:44
20   post?                                                      04:25:47
21   A      October 23rd.                                       04:25:47
22   Q      Were you still working for the Legislature on       04:25:49
23   that day?                                                  04:25:51
24              MR. MANOLIUS:  Objection.  Lacks foundation     04:25:52
25   and vague as to the term "working for."  You can answer.   04:25:56
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    231

| | | |
|---|---|---|
| 1 | THE WITNESS:  I wasn't working for anybody at | 04:26:01 |
| 2 | this point, other than PDI. | 04:26:04 |
| 3 | MR. MEUSER Q:  Was this post made in any kind | 04:26:06 |
| 4 | of official capacity on behalf of the Legislature to | 04:26:09 |
| 5 | promote the Prop 50 maps? | 04:26:12 |
| 6 | A      I think you'd have to unpack -- I am sure that | 04:26:15 |
| 7 | I was doing this in order to promote or advance the | 04:26:25 |
| 8 | Legislature's interest in passing Prop 50 in the | 04:26:27 |
| 9 | campaign's interest. | 04:26:32 |
| 10 | Q      Did you ask -- sorry. | 04:26:33 |
| 11 | Did somebody ask you to post these three | 04:26:35 |
| 12 | articles and promote them? | 04:26:41 |
| 13 | MR. MANOLIUS:  Or any one of them. | 04:26:43 |
| 14 | MR. MEUSER Q:  Or any one of them? | 04:26:45 |
| 15 | A      No. | 04:26:47 |
| 16 | Q      As a citizen who was concerned about Prop 50 | 04:26:47 |
| 17 | maps, you were reading the news regularly on Prop 50; | 04:26:52 |
| 18 | correct? | 04:26:56 |
| 19 | A      Yes. | 04:26:56 |
| 20 | Q      And you read these studies that talked about | 04:26:56 |
| 21 | Prop 50; correct? | 04:26:59 |
| 22 | A      I saw they existed, yes. | 04:27:00 |
| 23 | Q      And you took the time to pull quotes out of | 04:27:02 |
| 24 | that, those studies; correct? | 04:27:05 |
| 25 | A      Yes. | 04:27:07 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    232

| | | |
|---|---|---|
| 1 | Q        And do you have anything on your X posts that | 04:27:07 |
| 2 | say re-Tweets are not my own thoughts or anything like | 04:27:11 |
| 3 | that? | 04:27:15 |
| 4 | A        I don't think that means anything. | 04:27:15 |
| 5 | Q        Okay.  You posted these because you believed | 04:27:17 |
| 6 | these particular statements? | 04:27:21 |
| 7 | A        I think that I posted these because I believed | 04:27:23 |
| 8 | these particular statements would be encouraging to | 04:27:27 |
| 9 | people who want to ensure that these maps aren't somehow | 04:27:29 |
| 10 | ruinous to the communities that they care about. | 04:27:36 |
| 11 | Q        So focusing in on the Cal-Poly Pomona, that | 04:27:39 |
| 12 | statement that is in quotation marks, do you, Paul | 04:27:45 |
| 13 | Mitchell, as a private citizen agree with that | 04:27:48 |
| 14 | statement? | 04:27:51 |
| 15 |          MR. MANOLIUS:  Object.  Legislative privilege, | 04:27:58 |
| 16 | don't answer. | 04:28:01 |
| 17 |          MR. MEUSER Q:  And are you not answering that | 04:28:02 |
| 18 | question at the instruction of your attorney? | 04:28:03 |
| 19 | A        Correct. | 04:28:07 |
| 20 | Q        Let's read the second quotation.  "Proposed | 04:28:09 |
| 21 | map likely will increase Asian-American voting power." | 04:28:11 |
| 22 |          Did I read that correctly? | 04:28:15 |
| 23 | A        Yes. | 04:28:16 |
| 24 | Q        And do you agree with that statement? | 04:28:18 |
| 25 |          MR. MANOLIUS:  Same objection.  I instruct you | 04:28:25 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    233

```
 1    not to answer.                                              04:28:28

 2            MR. MEUSER Q:  And are you not answering that       04:28:28

 3    question at the instruction of your attorney?              04:28:30

 4    A       Correct.                                           04:28:31

 5    Q       Third quote:  "The proposed plan matches the       04:28:31

 6    current one almost exactly:  It adds one more Latino        04:28:35

 7    influence district, but otherwise replicates the status    04:28:40

 8    quo."                                                      04:28:43

 9            Did I read that correctly?                          04:28:43

10    A       Yes.                                               04:28:45

11    Q       And do you agree with that particular              04:28:46

12    statement?                                                 04:28:51

13            MR. MANOLIUS:  Same objection.  Instruct you        04:28:51

14    not to answer.                                             04:28:54

15            MR. MEUSER Q:  And you are not answering that       04:28:54

16    question at the instruction of your attorney?              04:28:56

17    A       Correct.                                           04:28:57

18    Q       Earlier today we, I think, if I'm remembering      04:28:58

19    right it was Exhibit 5 which was the contract that you     04:29:11

20    signed with the DCCC.  Can you go pull that up?            04:29:14

21    A       (Witness complied.)  Thank you.                    04:29:18

22    Q       In this particular contract you were paid, you     04:29:28

23    agreed to be paid $325,000; is that correct?              04:29:48

24    A       For the entirety of the contract?                 04:29:52

25    Q       Yes.                                               04:29:54
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                           234

```
 1   A        Yes.                                              04:30:28

 2   Q        Okay.  And I believe you said earlier that you   04:30:29

 3   were paid $108,000 roughly by the DCCC; is that correct?  04:30:32

 4   A        Yes.                                              04:30:38

 5            (Whereupon Plaintiff's Exhibit 23                 04:30:38

 6            was marked for identification.)                   04:30:38

 7            MR. MEUSER Q:  Okay.  I am going to mark as       04:30:38

 8   Exhibit 23 a document that's Bates stamped DCCC000177.    04:30:41

 9   This is an invoice from the DCCC for or to the DCCC from  04:30:50

10   Redistricting Partners; correct?                          04:30:57

11   A        Yes.                                              04:30:59

12   Q        And it's for, what is the dollar amount on       04:30:59

13   that?                                                     04:31:02

14   A        $108,000 --                                      04:31:02

15   Q        And --                                           04:31:03

16   A        -- 333.33.                                        04:31:05

17   Q        Thank you.  And has that invoice been paid?      04:31:10

18   A        Yes.                                              04:31:13

19   Q        Okay.  Have you been paid $108,000,              04:31:13

20   $108,333.33 from Hakeem Jeffries?                         04:31:18

21   A        Yes.                                              04:31:26

22   Q        Okay.  Have you been paid $108,333.34 from       04:31:27

23   House Majority PAC?                                       04:31:34

24   A        I'd to have clarify which one gave me 34 cents   04:31:36

25   or 33 cents, but, in general, yes, within a penny.        04:31:39
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                           235

| | | |
|---|---|---|
| 1 | Q       Okay.  Well, I can tell you from public | 04:31:42 |
| 2 | filings that Hakeem Jeffries claims that he paid you the | 04:31:45 |
| 3 | $0.33. | 04:31:49 |
| 4 | A       Oh.  So HMP drew the short straw. | 04:31:50 |
| 5 | Q       They haven't made their public disclosure yet, | 04:31:54 |
| 6 | but I don't know that, but I am assuming that that would | 04:31:58 |
| 7 | be the case. | 04:31:59 |
| 8 |         So, on what date did you receive payment from | 04:32:00 |
| 9 | the DCCC? | 04:32:04 |
| 10 | A       On or around the date of this invoice. | 04:32:05 |
| 11 | Q       And what is the date of that invoice? | 04:32:08 |
| 12 | A       Actually, yeah, on or around the date of the | 04:32:09 |
| 13 | invoice, August 15th. | 04:32:12 |
| 14 | Q       Okay.  And on or about what time were you paid | 04:32:13 |
| 15 | by Hakeem Jeffries? | 04:32:17 |
| 16 | A       I don't recall. | 04:32:19 |
| 17 | Q       Was it about a month later in the middle of | 04:32:20 |
| 18 | September? | 04:32:23 |
| 19 | A       That sounds appropriate, that sounds about | 04:32:23 |
| 20 | right. | 04:32:26 |
| 21 | Q       And do you know when House Majority PAC or HMP | 04:32:26 |
| 22 | paid you? | 04:32:31 |
| 23 | A       Around the same time, I think, around the same | 04:32:32 |
| 24 | time. | 04:32:34 |
| 25 |         MR. MANOLIUS:  As which one? | 04:32:34 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    236

```
 1              MR. MEUSER Q:  As which one?              04:32:36

 2    A         As Hakeem Jeffries.                       04:32:37

 3    Q         Okay.  I was going there too.  Did you retain    04:32:42

 4    any attorneys as a part of the drawing of the Prop 50    04:32:52

 5    maps?                                                04:32:59

 6              MR. WOODS:  Objection.  Ambiguous.        04:33:01

 7              MR. MEUSER Q:  Did Redistricting Partners have    04:33:04

 8    to retain any attorneys that were paid out of that    04:33:06

 9    $325,000?                                            04:33:10

10    A         No.                                        04:33:12

11    Q         I believe you have said in public that a VRA    04:33:13

12    analysis was done.  What attorneys did that VRA    04:33:21

13    analysis?                                            04:33:28

14              MR. MANOLIUS:  Objection.  Lacks foundation.    04:33:29

15    What attorneys?  You can answer.                     04:33:35

16              THE WITNESS:  The VRA analysis was not done by    04:33:41

17    an attorney.                                         04:33:46

18              MR. MEUSER Q:  Okay.  Who did the VRA analysis    04:33:47

19    that you referred to in your public comments?        04:33:50

20              MR. MANOLIUS:  If you know.               04:33:54

21              THE WITNESS:  Yeah.  Christian Grose.     04:33:55

22              MR. MEUSER Q:  Okay.  And Christian Grose is,    04:33:57

23    I've heard his name pop up a couple times here today.    04:34:01

24    Who is Christian Grose?                              04:34:03

25    A         He is a professor at the Schwarzenegger    04:34:05
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                              237

```
 1   Institute UC or at USC, like, the name is something like      04:34:10

 2   that, and he's a recognized expert in voting rights.          04:34:13

 3   Q        Did Redistricting Partners pay him to do that        04:34:19

 4   VRA report?                                                   04:34:22

 5           MR. MANOLIUS:  Objection.  Legislative                04:34:27

 6   privilege.  I'll instruct you not to answer.                  04:34:30

 7           MR. MEUSER Q:  And you're not answering that          04:34:37

 8   question at the instruction of your attorney?                 04:34:38

 9   A        Correct.                                             04:34:40

10   Q        How many pages was the report Christian Grose        04:34:41

11   wrote that was given to you?                                  04:34:46

12           MR. MANOLIUS:  Same objection.  Instruct you          04:34:48

13   not to answer.                                                04:34:50

14           MR. MEUSER Q:  How many pages?                        04:34:52

15           MR. MANOLIUS:  Yep.                                   04:34:53

16           MR. MEUSER Q:  And you're not going to answer         04:34:54

17   at the instruct of your attorney?                             04:34:56

18   A        Correct.                                             04:34:58

19   Q        On what date did Christian Grose give you that       04:34:59

20   report?                                                       04:35:02

21           MR. MANOLIUS:  Same objection.  I instruct you        04:35:02

22   not to answer.                                                04:35:04

23           MR. MEUSER Q:  And you're not answering at the        04:35:05

24   instruction of your attorney?                                 04:35:08

25   A        Correct.                                             04:35:09
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                      238

| | | |
|---|---|---|
| 1 | Q        How many VRA analyses did Christian Grose do? | 04:35:10 |
| 2 |          MR. MANOLIUS:  Same objection.  I instruct you | 04:35:22 |
| 3 | not to answer. | 04:35:24 |
| 4 |          MR. MEUSER Q:  And you're not answering that | 04:35:25 |
| 5 | question at the instruction of your attorney? | 04:35:27 |
| 6 | A        Correct. | 04:35:29 |
| 7 | Q        Starting on July 2nd, you were at a bicycle | 04:35:30 |
| 8 | ride or a bicycle race -- | 04:35:40 |
| 9 | A        Ride. | 04:35:42 |
| 10 | Q        -- with the speaker's chief of staff.  Which | 04:35:43 |
| 11 | was it? | 04:35:45 |
| 12 | A        It was a bike ride. | 04:35:45 |
| 13 | Q        Just a bike ride? | 04:35:47 |
| 14 | A        Yeah. | 04:35:48 |
| 15 | Q        And on that bike ride you were discussing | 04:35:48 |
| 16 | redistricting in California; is that correct? | 04:35:54 |
| 17 | A        Yes. | 04:35:56 |
| 18 | Q        From July 2nd to July 15th, and the reason why | 04:35:58 |
| 19 | I am using July 15th is because that's the date that's | 04:36:03 |
| 20 | in your contract with the DCCC, did you talk with any | 04:36:05 |
| 21 | other individuals regarding California redistricting? | 04:36:10 |
| 22 |          MR. MANOLIUS:  Objection, vague.  Any | 04:36:15 |
| 23 | individuals? | 04:36:17 |
| 24 |          MR. MEUSER:  Any -- | 04:36:18 |
| 25 |          MR. MANOLIUS:  People? | 04:36:19 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                      239

```
 1              MR. MEUSER Q:  Anybody regarding Prop 50,     04:36:20

 2   regarding California redistricting.                     04:36:23

 3   A       Yes.                                            04:36:25

 4   Q       Okay.  Approximately, how many people did you   04:36:25

 5   talk to?                                                04:36:28

 6   A       A dozen?                                        04:36:29

 7   Q       Any of the people that you talked to, were     04:36:34

 8   they legislators?                                       04:36:36

 9              MR. MANOLIUS:  You mean, California          04:36:40

10   legislators?                                            04:36:40

11              MR. MEUSER:  California legislators.         04:36:46

12              THE WITNESS:  I don't recall.                04:36:48

13              MR. MEUSER Q:  Okay.  Were any of them       04:36:48

14   California congressmen or women?                        04:36:50

15   A       Yes.                                            04:36:53

16   Q       I'm not asking what you talked about.           04:36:54

17              Who did you talk to between July 2nd and     04:36:58

18   July 15th, who was either a California congressman or   04:37:01

19   congresswoman regarding redistricting in California?    04:37:05

20   A       Um, just start naming names?                    04:37:12

21   Q       Start naming names.                             04:37:16

22   A       Hakeem Jeffries, Nancy Pelosi, Zoe Lofgren,    04:37:17

23   Pete Aguilar, Brad Sherman --                           04:37:23

24              MR. MANOLIUS:  Just keeping in mind the time 04:37:28

25   period.                                                 04:37:30
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                            240

```
 1              THE WITNESS:  Yeah, yeah, this is in that time    04:37:30

 2    period.                                                     04:37:35

 3              MR. MANOLIUS:  Okay.                              04:37:38

 4              THE WITNESS:  Yeah.  Pete Aguilar.  I think       04:37:39

 5    that's -- I'd have to start guessing after that, so         04:37:59

 6    that's my best recollection.                               04:38:01

 7              MR. MEUSER Q:  And those conversations all        04:38:03

 8    took place between July 2nd and July 15th; correct?         04:38:05

 9    A      Yes.                                                 04:38:08

10    Q      Were any of these in-person meetings or were        04:38:08

11    these all over the phone?                                   04:38:12

12    A      These would all have been over the phone.           04:38:13

13    Q      Okay.  Between July 2nd and July 15th, did you       04:38:19

14    have any conversations with Governor Gavin Newsom or any    04:38:23

15    of his staff?                                               04:38:27

16    A      Yes.                                                 04:38:28

17    Q      Who?                                                 04:38:29

18    A      Nathan Brinken, Lindsay Covia, Izzie Garden,        04:38:31

19    Bob Saladay; that would probably be it.                     04:38:43

20    Q      Okay.  Other than the chief of staff of             04:38:51

21    Speaker Rivas, between July 2nd and July 15th, did you     04:38:58

22    speak to any other staff of the California Legislature?     04:39:01

23    A      Um, legislative staff generally, not to an --       04:39:09

24    exactly to a member, Michael Wagaman, likely Jason          04:39:21

25    Lyles.                                                      04:39:40
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    241

| | | |
|---|---|---|
| 1 | I don't want to start guessing, but there | 04:39:40 |
| 2 | could have been others that just don't jump to mind. | 04:39:42 |
| 3 | **Q        In your contract with the DCCC it refers back** | 04:39:46 |
| 4 | **to a July 15th day.  Is there something significant that** | 04:39:52 |
| 5 | **happened on July 15th as to why that was the date of the** | 04:39:57 |
| 6 | **contract?** | 04:40:01 |
| 7 | MR. MANOLIUS:  When you say refers back to | 04:40:03 |
| 8 | July 15th, you just mean the date of the contract being | 04:40:05 |
| 9 | July 15th? | 04:40:08 |
| 10 | MR. MEUSER Q:  If that's the start date of the | 04:40:09 |
| 11 | contract, even though it's not signed until August, it | 04:40:10 |
| 12 | relates back to a July 15th date and I am wondering what | 04:40:13 |
| 13 | the significance of this relates back date is? | 04:40:16 |
| 14 | A        I don't recall without looking at the | 04:40:19 |
| 15 | calendar. | 04:40:20 |
| 16 | **Q        Do you maintain a calendar that sets the** | 04:40:21 |
| 17 | **schedule of who you talked to regarding the** | 04:40:25 |
| 18 | **redistricting process?** | 04:40:28 |
| 19 | A        I don't have staff that put together a | 04:40:30 |
| 20 | calendar for me, so what I have is spotty. | 04:40:33 |
| 21 | **Q        Has the calendar that you created been given** | 04:40:37 |
| 22 | **to counsel so that they can review to see if it's** | 04:40:40 |
| 23 | **something that they need to give to us in response to** | 04:40:42 |
| 24 | **our document request?** | 04:40:46 |
| 25 | MR. MANOLIUS:  Objection.  Calls for | 04:40:48 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    242

```
 1   attorney-client privilege.  Don't answer.           04:40:49

 2              MR. MEUSER:  So, Counsel, I am going to ask   04:40:53

 3   you to make sure that you get from your client the    04:40:55

 4   calendar that he, you know, however spotty it is, that  04:40:57

 5   you get the calendar and review it to see if it's     04:41:00

 6   something that is responsive.                         04:41:04

 7              MR. MANOLIUS:  Will do.                     04:41:07

 8              MR. MEUSER:  Thank you.                     04:41:08

 9   Q       Between July 15th and August 1st --            04:41:10

10   A       August 1st.                                    04:41:17

11   Q       -- August 1st, so we did the first two weeks,  04:41:18

12   now we're doing the second two weeks -- are there any  04:41:24

13   California congressmen or women that you talked to     04:41:28

14   regarding this redistricting process?                  04:41:32

15   A       Yes.                                           04:41:37

16   Q       Who?                                           04:41:38

17   A       Zoe Lofgren, Pete Aguilar, Nancy Pelosi, and   04:41:39

18   then from there I'd have to go, like, district by      04:41:58

19   district.  To maybe move this along, the members who are  04:42:01

20   in districts that changed significantly, I would have   04:42:07

21   had a discussion with them about that.                 04:42:10

22   Q       Did you call those congressmen up or were you   04:42:13

23   working through somebody who had scheduled a time for   04:42:18

24   you to talk to the congressman?                        04:42:21

25   A       Combination.                                   04:42:24
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                            243

```
 1   Q        When was the first date that you started        04:42:28
 2   talking with the DCCC?                                    04:42:31
 3   A        I don't recall.                                  04:42:33
 4   Q        Does the date August 1st have any significance  04:42:35
 5   to you regarding your conversations with the DCCC?        04:42:43
 6   A        At this moment, no, I don't.                     04:42:46
 7   Q        Did you use the DCCC at all to make             04:42:50
 8   connections with congressmen to talk about their         04:42:53
 9   districts?                                                04:42:57
10   A        No.                                              04:42:57
11   Q        I am assuming that some of these congressmen,   04:42:59
12   you have their numbers and are able to reach out to them 04:43:05
13   already; is that correct?                                 04:43:07
14   A        Yes.                                             04:43:08
15   Q        And then there's probably some congressmen      04:43:08
16   that you don't have a relationship and you had somebody  04:43:11
17   else make the contact.  Is that fair?                     04:43:13
18   A        Sure.                                            04:43:15
19   Q        Between July 15th and the end of the month,     04:43:16
20   August 1st, were there anybody from the governor's, the  04:43:23
21   Governor or the governor's office that you spoke to      04:43:28
22   about redistricting?                                      04:43:30
23   A        Yes, and it would be the same people.           04:43:32
24   Q        Okay.  And same question now, same time period 04:43:35
25   for any legislators, California state legislators?        04:43:40
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                            244

```
 1   A        I don't recall.  One, her name was mentioned        04:43:48
 2   earlier, I am blanking on her name, she's the Santa Cruz     04:44:11
 3   county registrar, Gail Pelgrin.                              04:44:14
 4   Q        Thank you.  Same question:  Legislative staff?      04:44:18
 5   A        Same legislative staff:  Jason Lyles, Steve         04:44:21
 6   Omara, Michael Wagaman.  There could have been somebody      04:44:25
 7   else who called me that I just don't recall.                 04:44:33
 8   Q        Between August 1st and August 15th, are there       04:44:35
 9   any new names of congressmen that you spoke to during        04:44:40
10   that period of time that you have not already mentioned?     04:44:44
11   A        No.  It would have been the same members of         04:44:48
12   Congress that we were talking about earlier that had         04:44:52
13   their districts changed.                                     04:44:55
14   Q        Same time period, August 1st to August 15th,        04:44:56
15   any new individuals that you were talking to from the        04:44:59
16   governor's office?                                           04:45:03
17   A        Um, David Sack.                                     04:45:04
18   Q        Same time period, August 1st to August 15th,        04:45:20
19   are there any state legislators that you spoke to during     04:45:24
20   this two-week period of time?                                04:45:29
21   A        Yes, and that was covered in the earlier            04:45:32
22   testimony.  I can't recall the names exactly of all the      04:45:35
23   legislators that I met with, but I met with a handful of     04:45:39
24   legislators and talked to a handful of legislators.          04:45:44
25   Q        But that was during the August 1st to               04:45:47
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          245

```
 1   August 15th period; correct?                           04:45:50

 2   A        Yeah, right before they put the bill into     04:45:51

 3   print.                                                 04:45:54

 4   Q        And I believe earlier you indicated that there 04:45:54

 5   was some kind of presentation you gave to multiple     04:45:57

 6   legislators.  Is that a fair statement of what you did? 04:46:01

 7   A        Uh-huh.  Yes.                                 04:46:04

 8   Q        How long was this presentation?               04:46:06

 9   A        Twenty-five minutes or so.                    04:46:09

10   Q        Was it in-person or via technology, like Zoom? 04:46:12

11   A        The group presentations were all Zoom.        04:46:16

12   Q        Okay.  Do you recall approximately when this  04:46:18

13   presentation was made?                                 04:46:22

14   A        There would have been a few, and they would   04:46:24

15   have been in the weeks leading to the legislative      04:46:32

16   drafting of the bill and potentially one or two in the 04:46:35

17   week that the Legislature was considering the bill.    04:46:40

18   Q        And when you say a few, is that less than a    04:46:43

19   dozen?                                                 04:46:46

20   A        Oh, yeah.                                     04:46:46

21   Q        Less than five?                               04:46:47

22   A        A few means three to five or so.              04:46:47

23   Q        Three to five.  Okay.  And you believe one of 04:46:50

24   these was done during the legislative session?         04:46:53

25            MR. MANOLIUS:  Objection.  Lacks foundation.  04:46:58
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                        246

```
 1            THE WITNESS:  I wouldn't exclude it.  I think      04:47:00
 2   there might have been some presentation to one of the      04:47:01
 3   groups at that time.                                       04:47:06
 4            MR. MEUSER Q:  Do you recall the groups that       04:47:09
 5   you were making these presentations to?  Do you recall     04:47:11
 6   the name of the groups?                                    04:47:14
 7   A         Generally.                                       04:47:16
 8   Q         What were the names of the groups?               04:47:17
 9   A         Assembly Democratic Caucus, Senate Democratic    04:47:19
10   Caucus, and I don't recall what other caucuses I might     04:47:27
11   have spoken with.  I don't recall names.                   04:47:35
12   Q         Is it a fair statement to say that you were      04:47:38
13   never on a podcast with any of the Republican              04:47:40
14   legislators?                                               04:47:43
15   A         Republican legislators?  No.  You mean, a Zoom   04:47:44
16   or a podcast?                                              04:47:48
17   Q         Zoom, podcast, yeah.                             04:47:49
18   A         Um, no, not during the redistricting.           04:47:51
19   Q         Let me rephrase the question.                   04:48:00
20            Between August 1st and August 24, were you       04:48:03
21   ever on a Zoom podcast that had a Republican legislator    04:48:05
22   in which you were talking about what became known as       04:48:10
23   Prop 50 maps?                                              04:48:13
24   A         I don't recall.                                  04:48:15
25            MR. MEUSER:  Okay.  Counsel, do you want to       04:48:16
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                  247

```
 1   take about a 10, 15-minute break here?                    04:48:29

 2            MR. MANOLIUS:  Ten.                               04:48:32

 3            MR. MEUSER:  Okay.  Ten-minute break             04:48:33

 4   everybody?                                                 04:48:36

 5            THE VIDEOGRAPHER:  The time is 4:48 p.m.  We     04:48:36

 6   are going off the record.                                 04:48:38

 7            (Whereupon a recess was taken.)                   04:56:36

 8            THE VIDEOGRAPHER:  We are back on the record.    04:56:36

 9   The time is 4:56 p.m. and this marks the beginning of     04:56:50

10   videotape number seven in the deposition of Paul          04:56:54

11   Mitchell, which is being taken at Hanson Bridgett, LLP    04:56:58

12   500 Capitol Mall, Suite 1500, Sacramento, California.     04:57:03

13            The videographer is Nicholas Coulter, here on    04:57:07

14   behalf of Array Legal Services.                           04:57:11

15            MR. MEUSER Q:  Welcome back.  Mr. Mitchell,      04:57:16

16   you know you're still under oath?                          04:57:19

17   A        Yes.                                              04:57:21

18   Q        Counsel, this question is more for you for       04:57:21

19   clarification.                                             04:57:24

20            On your legislative privilege, are you           04:57:24

21   claiming legislative privilege for conversations that he  04:57:26

22   had with congressmen who are not legislators?             04:57:30

23            MR. MANOLIUS:  Yes.                               04:57:34

24            MR. MEUSER Q:  Okay.  And you are claiming --    04:57:35

25            MR. MANOLIUS:  Not legislators, not California   04:57:37
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                            248

```
 1   state legislators.                                        04:57:40

 2          MR. MEUSER:  They are not California state         04:57:42

 3   legislators who are involved in the passage, voting for   04:57:43

 4   or the drafting of language or adopting of the language   04:57:46

 5   of the state proposition or state constitutional          04:57:48

 6   amendment that became Proposition 50?                     04:57:52

 7          MR. MANOLIUS:  Yes.                                 04:57:54

 8          MR. MEUSER Q:  Okay.  Mr. Mitchell, have you        04:57:56

 9   been instructed by any legislator to claim legislative    04:58:08

10   privilege here today?                                     04:58:14

11          MR. MANOLIUS: Objection, attorney-client           04:58:17

12   privilege.  Instruct you not to answer the question.      04:58:19

13          MR. MEUSER Q:  And, Mr. Mitchell, you're not       04:58:22

14   answering that question at the instruction of your        04:58:24

15   attorney; correct?                                        04:58:25

16   A       Correct.                                          04:58:26
```

**17   Q       Okay.  I have pulled three documents for you**   04:58:27

**18   that have been previously marked.  I went through these**   04:58:35

**19   documents in great detail with Julie earlier today, but**   04:58:38

**20   I have some follow-up questions that I want to do, so we**   04:58:42

**21   pulled, for the record, those following at home**   04:58:45

**22   Exhibit 7, Exhibit 8 and Exhibit 9.**   04:58:48

**23          So which one is in front of you, talking**   04:58:52

**24   points, number seven?**   04:58:55

```
25   A       Yes.                                              04:58:56
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    249

| | | |
|---|---|---|
| 1 | Q        Okay.   And this is an e-mail from you to Merz | 04:58:57 |
| 2 | at DCCC.org; is that correct? | 04:59:04 |
| 3 | A        This is an e-mail from Julie to me, the other | 04:59:08 |
| 4 | way around. | 04:59:12 |
| 5 | Q        Ah-ha.   You have a different copy than what | 04:59:18 |
| 6 | I'm looking at.   Okay. | 04:59:21 |
| 7 |          So starting right below that, that is an | 04:59:23 |
| 8 | e-mail that you sent; is that correct? | 04:59:27 |
| 9 | A        It's an e-mail that I sent, but I don't know | 04:59:31 |
| 10 | if it was just to Julie or to other people or, yeah. | 04:59:33 |
| 11 | Q        Okay.  Fair enough.  And you write, "Here are | 04:59:35 |
| 12 | some things that I would like to see in a letter that | 04:59:41 |
| 13 | would go with this submission.  I have cc'd Ellen on | 04:59:44 |
| 14 | this in case she has any thoughts or input." | 04:59:49 |
| 15 |          Did I read that correct? | 04:59:51 |
| 16 | A        Yes. | 04:59:52 |
| 17 | Q        Okay.   And you signed your name, "Paul"? | 04:59:53 |
| 18 | A        Yes. | 04:59:55 |
| 19 | Q        Okay.   Now, as I'm looking at this document | 04:59:57 |
| 20 | you have stuff that is indented all the way, you know, | 05:00:00 |
| 21 | there's stuff that's indented and stuff that's not | 05:00:05 |
| 22 | indented; correct? | 05:00:07 |
| 23 | A        Correct. | 05:00:08 |
| 24 | Q        The stuff that is indented, there's multiple | 05:00:09 |
| 25 | paragraphs here on these two pages here that are | 05:00:13 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    250

```
 1   indented.  Is that something that you wrote or is that      05:00:15

 2   something that someone else wrote that you were copying      05:00:18

 3   it?                                                          05:00:22

 4   A        Something that I wrote.                             05:00:22

 5   Q        Okay.  So was the section that is indented          05:00:24

 6   that you wrote, was this something that you were             05:00:31

 7   expecting the DCCC to put into some talking points memo.     05:00:34

 8   Is that a fair assessment?                                   05:00:38

 9            MR. MANOLIUS:  Objection.  Calls for                05:00:40

10   speculation and also calls for information that's            05:00:42

11   protected by the legislative privilege, so I'll instruct     05:00:49

12   you not to answer.                                           05:00:53

13            MR. MEUSER Q:  Mr. Mitchell, you wrote this         05:00:55

14   e-mail?                                                      05:00:56

15   A        Yes.                                                05:00:58

16   Q        Okay.  And you wrote it to the DCCC; correct?       05:00:58

17   A        Yes.                                                05:01:06

18   Q        What was the reason the DCCC told you to write      05:01:07

19   this e-mail to them?                                         05:01:13

20            MR. MANOLIUS:  Objection.  Lacks foundation,        05:01:15

21   calls for speculation.                                       05:01:18

22            THE WITNESS:  I don't recall if they asked me       05:01:20

23   to write this e-mail.                                        05:01:23

24            MR. MEUSER Q:  Let's go through this one line       05:01:26

25   at a time.                                                   05:01:31
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    251

```
 1              The first sentence says, "This isn't a hack    05:01:32

 2   job map, it's actually good.  We want to stress the       05:01:35

 3   importance of using criteria that are standard in          05:01:39

 4   California."                                                05:01:42

 5              Did I read that correctly?                      05:01:43

 6   A      Yes.                                                 05:01:44

 7   Q      Now we have an indented paragraph, and I am         05:01:45

 8   going to read that.  "The plan was created using          05:01:50

 9   traditional redistricting criteria, consistent with the   05:01:53

10   state commission criteria and the FAIR MAPS Act, but      05:01:59

11   with the additional criteria of improving partisan gains  05:02:01

12   in response to Texas and other states who are conducting  05:02:03

13   mid-decade redistricting."                                05:02:06

14              Did I read that correct?                        05:02:08

15   A      Yes.                                                 05:02:09

16   Q      Can you please explain to me why the second        05:02:10

17   paragraph is indented, but the first paragraph was not?   05:02:14

18   A      The idea is that these are snippets that they      05:02:18

19   could consider.                                            05:02:27

20   Q      So the first paragraph would be an explanation     05:02:28

21   as to what that snippet was saying; correct?              05:02:31

22   A      Sure.                                               05:02:35

23   Q      So the first paragraph is kind of an explainer     05:02:36

24   and the second paragraph is something that you thought    05:02:39

25   that DCCC could use.  Is that fair?                        05:02:42
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                              252

```
 1    A        Or that they could modify, that they could --       05:02:45

 2    this is the, I'm writing this pretty quickly so this          05:02:47

 3    wasn't expected as a cut-and-paste.  I would have             05:02:51

 4    written their letter for them in that case.                   05:02:54

 5    Q        So paragraph three, again, is an explainer of        05:02:56

 6    what paragraph four stated; correct?                          05:02:59

 7    A        Yes.                                                  05:03:02

 8    Q        And then paragraph five is kind of a brief           05:03:05

 9    explainer to the long next two paragraphs that are            05:03:10

10    indented; correct?                                            05:03:14

11    A        Yes.                                                  05:03:15

12    Q        And so on and so forth down this entire              05:03:16

13    e-mail; correct?                                              05:03:20

14    A        Yes.                                                 05:03:21

15    Q        And the words in the indented -- strike that.       05:03:22

16             Everything in this was something that you            05:03:28

17    personally typed; is that correct?                            05:03:31

18    A        Yes.                                                 05:03:33

19    Q        That first indented paragraph says,                  05:03:33

20    "Traditional redistricting criteria."                         05:03:52

21             What does that term mean to you as someone in        05:03:55

22    the business of redistricting?                                05:04:02

23             MR. MANOLIUS:  Objection, vague.  Do you mean        05:04:06

24    as a general matter?                                          05:04:07

25             MR. MEUSER:  I tried to put it as general as         05:04:09
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                         253

| | | |
|---|---|---|
| 1 | possible. | 05:04:11 |
| 2 | MR. MANOLIUS:  Okay. | 05:04:11 |
| 3 | THE WITNESS:  So -- | 05:04:13 |
| 4 | MR. MANOLIUS:  So the caution is answer it as | 05:04:13 |
| 5 | a general matter and not as with regard to the | 05:04:15 |
| 6 | legislative process that we have been talking about | 05:04:19 |
| 7 | today. | 05:04:21 |
| 8 | THE WITNESS:  Traditional criteria is a banner | 05:04:23 |
| 9 | term that a lot of people put a lot of things under that | 05:04:25 |
| 10 | banner. | 05:04:28 |
| 11 | MR. MEUSER Q:  What did you put under that | 05:04:31 |
| 12 | banner? | 05:04:32 |
| 13 | A       Equal population, maintaining the city and | 05:04:34 |
| 14 | counties, maintaining communities of interest, main -- | 05:04:37 |
| 15 | keeping geographies together, political geographies so | 05:04:40 |
| 16 | districts are contiguous, they are compact.  Those are | 05:04:45 |
| 17 | the kind of traditional criteria. | 05:04:51 |
| **18** | **Q       And then you say the state commission** | 05:04:53 |
| **19** | **criteria.  Are you referring to the California** | 05:05:00 |
| **20** | **Constitution that the state redistricting commission is** | 05:05:04 |
| **21** | **required to abide by when they draw California lines?** | 05:05:10 |
| 22 | MR. WOODS:  Objection.  Calls for a legal | 05:05:15 |
| 23 | conclusion. | 05:05:17 |
| 24 | MR. MANOLIUS:  Yeah, I'll join that. | 05:05:17 |
| 25 | THE WITNESS:  To be clear, it says, | 05:05:19 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                        254

```
 1   "Consistent with the commission criteria," so it's        05:05:21
 2   basically saying in alignment with the commission         05:05:23
 3   criteria and doesn't mean that it is specifically every   05:05:26
 4   one of the commission criterias.                          05:05:30
 5            It was just the numbering of the districts as    05:05:32
 6   a commission criteria that we didn't use, but had the     05:05:33
 7   heart and sole of the commission criteria in it.          05:05:37
 8   Q        Understand that.  And then there's an "and the   05:05:39
 9   FAIR MAPS Act;" correct?                                  05:05:45
10   A        Yes.                                             05:05:46
11   Q        Did you use anything in the FAIR MAPS Act in     05:05:47
12   drawing the lines of that became Prop 50?                 05:05:53
13            MR. MANOLIUS:  Objection.  Legislative           05:05:57
14   privilege and instruct you not to answer.                 05:05:58
15            MR. MEUSER Q:  And you are not answering my      05:06:02
16   question at the instruction of your attorney?             05:06:03
17   A        Correct.                                         05:06:05
18   Q        Okay.  Looking at the paragraph that starts,     05:06:06
19   "Trying to create Minimal Disruptions," do you see that?  05:06:19
20   A        On the next page or --                           05:06:24
21   Q        Yeah, I think so.                                05:06:28
22   A        Yeah, I see it.                                  05:06:29
23   Q        And then the indented paragraph below that,      05:06:30
24   the last sentence of that indented paragraph reads,       05:06:32
25   "This California plan leaves nine districts untouched     05:06:37
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                            255

```
 1   and in 19 districts fewer than 10-percent of the          05:06:40

 2   residents are impacted."                                  05:06:44

 3           Did I read that correct?                          05:06:46

 4   A      Yes.                                               05:06:47

 5   Q      And did you write that on or about                 05:06:47

 6   August 15th, 2025?                                        05:06:51

 7   A      Yes.                                               05:06:53

 8   Q      Reading the next indented section that starts      05:06:55

 9   with, "The firm we hired," do you see that paragraph?     05:07:20

10   A      Yes.                                               05:07:22

11   Q      Now, this is a paragraph that you drafted that     05:07:24

12   explains Redistricting Partners; is that correct?         05:07:29

13   A      Yes.                                               05:07:33

14   Q      And you wrote this on August 15th; correct?        05:07:34

15   A      Yes.                                               05:07:36

16   Q      Did you copy this from your website or             05:07:37

17   anything like that or did you just draft this on          05:07:39

18   August 15th for this e-mail?                              05:07:42

19   A      Probably, a combination of both.                   05:07:44

20   Q      The last sentence in this section, I want to       05:07:46

21   go ahead and read this to you.  "In addition to           05:07:52

22   municipal and state redistricting, they have worked for   05:07:54

23   nonprofit and community-based organizations, including    05:07:57

24   Common Cause, the American Civil Liberties Union,         05:08:01

25   Advancement Project, Irvine Foundation and other          05:08:05
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    256

| | | |
|---|---|---|
| 1 | foundations exploring redistricting, voting rights and | 05:08:08 |
| 2 | election issues." | 05:08:12 |
| 3 | Did I read that correctly? | 05:08:13 |
| 4 | A      Yes. | 05:08:15 |
| 5 | Q      I want to focus in on the two words, "Voting | 05:08:16 |
| 6 | rights." | 05:08:22 |
| 7 | Which organizations or nonprofit, what | 05:08:23 |
| 8 | nonprofit and community-based organizations have you | 05:08:28 |
| 9 | worked with regarding voting rights? | 05:08:31 |
| 10 | MR. MANOLIUS:  Objection.  Vague as to the | 05:08:37 |
| 11 | term "voting rights," vague as to time.  You can answer. | 05:08:39 |
| 12 | THE WITNESS:  All of these listed and probably | 05:08:43 |
| 13 | more. | 05:08:45 |
| 14 | MR. MEUSER Q:  And when you worked with the | 05:08:45 |
| 15 | Common Cause on voting rights, what did you do for | 05:08:48 |
| 16 | Common Cause? | 05:08:52 |
| 17 | A      I can speak to at least two that jump to mind | 05:08:54 |
| 18 | to give an understanding. | 05:08:58 |
| 19 | I worked with Common Cause on an Amicus brief | 05:08:59 |
| 20 | in New Mexico on the redistricting commission, | 05:09:04 |
| 21 | independent redistricting commission, an analysis of | 05:09:09 |
| 22 | their districts. | 05:09:12 |
| 23 | I worked with them and an umbrella of the | 05:09:15 |
| 24 | Irvine Foundation in 2012, '13, something around there | 05:09:21 |
| 25 | on a analysis of the cities and localities with racially | 05:09:24 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    257

| | | |
|---|---|---|
| 1 | polarized voting for the purpose of them understanding | 05:09:33 |
| 2 | the potential impacts of the California Voting Rights | 05:09:36 |
| 3 | Act. | 05:09:38 |
| 4 | **Q        Did you do a racial polarized analysis for** | 05:09:38 |
| 5 | **that project that you just referred to?** | 05:09:41 |
| 6 | A        I wouldn't call it a full racially polarized | 05:09:43 |
| 7 | analysis, but I did some regressions. | 05:09:47 |
| 8 | **Q        When did you do that, these regressions?** | 05:09:49 |
| 9 | A        In 2012 or 2013 or something like that. | 05:09:52 |
| 10 | **Q        Okay.** | 05:09:58 |
| 11 | A        2011, 2012, 2013, something like that.  I've | 05:09:58 |
| 12 | also did analysis for ACLU in Chula Vista for their | 05:10:06 |
| 13 | CVRA. | 05:10:14 |
| 14 | **Q        Okay.** | 05:10:14 |
| 15 | A        I mean, there's -- yeah. | 05:10:15 |
| 16 | **Q        And this was all done through Redistricting** | 05:10:17 |
| 17 | **Partners; correct?** | 05:10:19 |
| 18 | A        Yes. | 05:10:21 |
| 19 | **Q        When did Redistricting Partners open up?** | 05:10:21 |
| 20 | A        2011.  It could have been 2010. | 05:10:24 |
| 21 | **Q        Nobody is going to shoot you if you gave the** | 05:10:32 |
| 22 | **wrong answer.** | 05:10:36 |
| 23 | **Let's go ahead and go to the Capitol Weekly** | 05:10:37 |
| 24 | **Podcast.  And if you can turn to page six, starting on** | 05:10:42 |
| 25 | **line six, I see the name Evan McLaughlin.  Who is Evan** | 05:10:57 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    258

1    McLaughlin?                                              05:11:09

2    A        Evan McLaughlin is a former staff of          05:11:10

3    Redistricting Partners, former -- you want me to give   05:11:14

4    you resume a little bit?                                05:11:19

5    Q        Yes.                                           05:11:19

6    A        He works for the California Firefighters now,  05:11:19

7    former chief of staff to Lorenzo Gonzales, former staff 05:11:22

8    person at the San Diego Labor Council.  He is a --      05:11:27

9    Q        Okay.  How long have you known Evan            05:11:33

10   McLaughlin?                                             05:11:36

11   A        Probably, since the 2011 redistricting cycle.  05:11:38

12   Q        Did Redistricting Partners pay Evan McLaughlin 05:11:46

13   for the work that he did as a part of your work of      05:12:00

14   drawing the Proposition 50 maps?                        05:12:05

15   A        Yes.                                           05:12:08

16   Q        Okay.  The next -- strike that.                05:12:09

17           What was Evan McLaughlin's role in drawing the  05:12:13

18   Proposition 50 maps?                                    05:12:19

19           MR. MANOLIUS:  Objection.  Legislative          05:12:20

20   privilege, I instruct you not to answer.                05:12:22

21           MR. MEUSER Q:  And you're not answering that    05:12:24

22   question at the instruction of your attorneys?          05:12:26

23   A        Correct.                                       05:12:27

24   Q        Okay.  When Evan McLaughlin worked for         05:12:28

25   Redistricting Partners, what was his role at your firm? 05:12:31

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                      259

| | | |
|---|---|---|
| 1 | A        This is prior to? | 05:12:37 |
| 2 |          MR. MANOLIUS:  Yeah, prior to. | 05:12:39 |
| 3 |          THE WITNESS:  Are you saying in the past | 05:12:41 |
| 4 | redistricting when he was an actual employee? | 05:12:43 |
| 5 |          MR. MEUSER Q:  Yes, when he was an employee at | 05:12:45 |
| 6 | your firm. | 05:12:47 |
| 7 | A        When he was an employee at my firm in the 2021 | 05:12:47 |
| 8 | redistricting cycle, I don't recall his actual title, | 05:12:50 |
| 9 | but he was basically, like, my number two on the | 05:12:53 |
| 10 | political side. | 05:12:59 |
| 11 | Q        Okay.  The second name on line six is Joe | 05:13:00 |
| 12 | Armenta.  Do you see that name? | 05:13:07 |
| 13 | A        Joe Armenta, yes. | 05:13:09 |
| 14 | Q        Armenta.  Sorry.  Who is Joe Armenta? | 05:13:09 |
| 15 | A        Joe Armenta is an employee of Redistricting | 05:13:14 |
| 16 | Partners in the last redistricting cycle, as well, and | 05:13:19 |
| 17 | he also works for the California Firefighters. | 05:13:22 |
| 18 | Q        When did you first meet Joe Armenta? | 05:13:25 |
| 19 | A        In the 2021 redistricting cycle. | 05:13:29 |
| 20 | Q        And during the 2021 redistricting cycle, what | 05:13:32 |
| 21 | was Joe Armenta's job? | 05:13:35 |
| 22 | A        Working on redistricting and in a number of | 05:13:37 |
| 23 | different states, and more the monitoring commissions | 05:13:44 |
| 24 | type of work. | 05:13:49 |
| 25 | Q        Can you be more precise what he was doing? | 05:13:52 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                        260

| | | |
|---|---|---|
| 1 | A        The firm is kind of split into agency work and | 05:13:55 |
| 2 | more political or advocacy work, and so he would be on | 05:13:58 |
| 3 | the advocacy side. | 05:14:01 |
| 4 | Q        And Evan McLaughlin in the 2021 redistricting | 05:14:03 |
| 5 | cycle, what side of the firm was he on? | 05:14:06 |
| 6 | A        The advocacy side. | 05:14:08 |
| 7 | Q        Thank you.  Did Redistricting Partners pay Joe | 05:14:11 |
| 8 | Armenta for the work that was done on Proposition 50? | 05:14:14 |
| 9 | A        Yes. | 05:14:18 |
| 10 | Q        Next name on this list is Jacob | 05:14:19 |
| 11 | Thompson-Fisher.  Who is Jacob Thompson-Fisher? | 05:14:22 |
| 12 | A        He is one of the original creators of | 05:14:27 |
| 13 | Redistricting Partners from the 2011 cycle and worked | 05:14:31 |
| 14 | for Redistricting Partners, and now he does contract | 05:14:34 |
| 15 | data work for different organizations. | 05:14:41 |
| 16 | Q        Do you know the names of these organizations | 05:14:43 |
| 17 | that he does work for? | 05:14:45 |
| 18 | A        The only one I know of is SEIU. | 05:14:46 |
| 19 | Q        During the 2021 redistricting cycle, what | 05:14:50 |
| 20 | tasks and jobs did Jacob Thompson-Fisher do for | 05:14:53 |
| 21 | Redistricting Partners? | 05:14:56 |
| 22 | A        Mostly, in charge of our data on both sides | 05:14:57 |
| 23 | and then did some municipal redistricting. | 05:15:00 |
| 24 | Q        And was Jacob Thompson-Fisher paid by | 05:15:05 |
| 25 | Redistricting Partners as a part of their, as part of | 05:15:08 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    261

| | | |
|---|---|---|
| 1 | the drawing of Prop 50 maps? | 05:15:12 |
| 2 | A       Yes. | 05:15:14 |
| 3 | Q       The next name on this list starts on line | 05:15:16 |
| 4 | eight is Stacey Reardon.  Do you see that name? | 05:15:19 |
| 5 | A       Yes. | 05:15:23 |
| 6 | Q       Who is Stacey Reardon? | 05:15:23 |
| 7 | A       Stacey Reardon is a staff person.  I think | 05:15:25 |
| 8 | she's got her own firm now and she used to work for | 05:15:29 |
| 9 | Redistricting Partners. | 05:15:33 |
| 10 | Q       What was her role when she used to work for | 05:15:34 |
| 11 | Redistricting Partners? | 05:15:36 |
| 12 | A       She was more on the advocacy side, and then I | 05:15:37 |
| 13 | believe she also helped somewhat on the municipal side | 05:15:43 |
| 14 | with outreach meetings and so on. | 05:15:47 |
| 15 | Q       Now, I read here from this statement that you | 05:15:49 |
| 16 | made on Capitol Weekly Podcast, and I am going to just | 05:15:51 |
| 17 | read the statement first and we'll make sure I read it | 05:15:54 |
| 18 | right. | 05:15:56 |
| 19 | "Stacey Reardon came in and helped with a lot | 05:15:56 |
| 20 | of the community of interest stuff." | 05:15:59 |
| 21 | Did I read that correctly? | 05:16:01 |
| 22 | A       You read that correctly. | 05:16:02 |
| 23 | Q       Is that a statement that you made to Capitol | 05:16:04 |
| 24 | Weekly Podcast? | 05:16:09 |
| 25 | A       Yes. | 05:16:09 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    262

```
 1   Q        And when you use the words "community of     05:16:10

 2   interest," earlier you were talking to Julie Hamill here  05:16:16

 3   about community of interest.                         05:16:23

 4            Is the conversation that we had earlier today  05:16:25

 5   about community of interest, is that the same definition  05:16:31

 6   that you would use for what you meant in this sentence  05:16:34

 7   when you said Stacey Reardon handled the community of  05:16:37

 8   interest stuff?                                      05:16:40

 9            MR. MANOLIUS:  Objection.  Legislative       05:16:41

10   privilege, I instruct you not to answer.             05:16:43

11            MR. MEUSER Q:  And you're not answering the  05:16:47

12   question at the instruction of your attorney?        05:16:49

13   A        Correct.                                    05:16:50

14   Q        Liz Stitt, and I probably just butchered    05:16:51

15   that --                                              05:16:57

16   A        No, that's perfect.                         05:16:57

17   Q        Oh, okay.  Who is Liz Stitt?                05:16:59

18   A        Liz is a former staff member of Redistricting  05:17:01

19   Partners and previously worked in the Legislature and  05:17:08

20   she is now in England.                               05:17:11

21   Q        When she worked for Redistricting Partners in  05:17:15

22   the past, what was her role?                         05:17:23

23            MR. MANOLIUS:  Again, this is before?       05:17:25

24            THE WITNESS:  Yes.  So in her, when she was an  05:17:27

25   employee, she was primarily on the municipal side.  I  05:17:29
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                      263

| | | |
|---|---|---|
| 1 | think she might have started with the advocacy side, but | 05:17:33 |
| 2 | very quickly transitioned to the municipal side. | 05:17:37 |
| 3 | MR. MEUSER Q:  And I forgot to ask about | 05:17:39 |
| 4 | Stacey Reardon.  Was she paid by prop -- by | 05:17:41 |
| 5 | Redistricting Partners as a part of the work for Prop | 05:17:44 |
| 6 | 50? | 05:17:47 |
| 7 | A      Yes. | 05:17:47 |
| 8 | Q      And Liz Stitt, was she paid by Redistricting | 05:17:47 |
| 9 | Partners for her work on Prop 50? | 05:17:52 |
| 10 | A      She has not been paid. | 05:17:54 |
| 11 | Q      She has not been paid.  Are you planning on | 05:17:56 |
| 12 | paying her? | 05:17:58 |
| 13 | A      Um, we have not worked that out yet.  She is | 05:17:59 |
| 14 | living in a foreign country. | 05:18:02 |
| 15 | Q      Now, in this paragraph, starting on line 16, | 05:18:06 |
| 16 | you say, "I'd call Liz and talk with her about the | 05:18:12 |
| 17 | things she had done overnight." | 05:18:17 |
| 18 | Did I read that correctly? | 05:18:18 |
| 19 | A      What line you said? | 05:18:20 |
| 20 | Q      16 and 17. | 05:18:23 |
| 21 | A      Yeah. | 05:18:24 |
| 22 | Q      And this was, you had a daily conversation | 05:18:25 |
| 23 | with Liz every morning while you were walking the dogs? | 05:18:28 |
| 24 | A      Roughly. | 05:18:30 |
| 25 | Q      And is it fair to say that she was working on | 05:18:32 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    264

```
 1    that while you were sleeping at night?              05:18:39

 2    A       Yes.                                        05:18:41

 3    Q       She was working on Prop 50 while you were   05:18:41

 4    sleeping at night?                                  05:18:44

 5            MR. MANOLIUS:  Objection.  Calls for        05:18:44

 6    speculation.  You can answer, if you know.          05:18:45

 7            THE WITNESS:  It states it right here and I 05:18:47

 8    think it's pretty plain language there.             05:18:50

 9            MR. MEUSER Q:  Chris Chaffee, line 19.      05:18:54

10    A       Chaffee.                                    05:18:56

11    Q       Chaffee.  Who is Chris Chaffee?             05:18:57

12    A       Chris Chaffee, along with Jacob             05:18:59

13    Thompson-Fisher, is one of the three kind of original 05:19:02

14    people with Redistricting Partners, and who works for 05:19:05

15    the Governor now.                                   05:19:08

16    Q       Is Chris Chaffee paid by Redistricting      05:19:10

17    Partners for work that was associated with Prop 50? 05:19:15

18    A       No.                                         05:19:21

19    Q       Daniel Lopez?                               05:19:21

20    A       Daniel Lopez works in Los Angeles and had   05:19:22

21    worked briefly for Redistricting Partners, worked for a 05:19:26

22    period in the past.                                 05:19:31

23    Q       Okay.  Was Daniel Lopez paid for any work by 05:19:32

24    Redistricting Partners as a part of the work that you 05:19:37

25    did on Prop 50?                                     05:19:41
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                              265

```
 1   A        No.                                          05:19:42
 2   Q        At any time, did you talk with Gavin Newsom  05:19:44
 3   between July 2nd and August 24th about Prop 50?       05:19:49
 4   A        August 24th, I do not believe so, no.        05:19:56
 5   Q        Okay.  So prior to him signing the bill?     05:20:03
 6   A        Oh, no, absolutely not.                       05:20:04
 7   Q        That's the date.                              05:20:06
 8   A        I didn't know what the 24th meant.            05:20:07
 9   Q        Page seven, lines 14 and 15.  Actually, I'll 05:20:11
10   start on line 13.  "But, you know, the focus really was 05:20:25
11   on trying to put together a work product that we could 05:20:29
12   be proud of given the fact that Redistricting Partners 05:20:32
13   has only done nonpartisan redistricting."             05:20:34
14            Did I read that correctly?                    05:20:38
15   A        Yes.                                          05:20:41
16   Q        And that statement is something that you told 05:20:41
17   Capitol Weekly Podcast; correct?                       05:20:45
18   A        Yes.                                          05:20:47
19   Q        And you told Capitol Weekly Podcast that you 05:20:48
20   were proud of the work that you had done as a part of 05:20:53
21   the redistricting process of Prop 50?                 05:20:56
22            MR. MANOLIUS:  Objection --                   05:20:56
23            THE WITNESS:  Slightly different wording, but 05:21:02
24   yes.                                                   05:21:04
25            MR. MANOLIUS:  -- misstates.  You can answer. 05:21:04
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    266

| | |
|---|---|
| 1 | THE WITNESS:  It was that we could be proud | 05:21:06 |
| 2 | of, that the team could be proud of. | 05:21:08 |
| 3 | MR. MEUSER Q:  And are you proud of the work | 05:21:10 |
| 4 | that you did as that became Prop 50? | 05:21:12 |
| 5 | MR. MANOLIUS:  Objection.  Legislative | 05:21:15 |
| 6 | privilege.  I'll instruct you not to answer. | 05:21:17 |
| 7 | MR. MEUSER:  Let me just get this correct. | 05:21:20 |
| 8 | You're asking for legislative work product or a | 05:21:22 |
| 9 | legislative privilege over how he feels about the work | 05:21:27 |
| 10 | that he did three months ago? | 05:21:30 |
| 11 | MR. MANOLIUS:  Uh-huh, yes, that's correct. | 05:21:32 |
| 12 | MR. MEUSER Q:  Okay.  And, Mr. Mitchell, | 05:21:34 |
| 13 | you're refusing to answer at the instruction of your | 05:21:37 |
| 14 | attorney? | 05:21:39 |
| 15 | A    Correct. | 05:21:39 |
| **16** | **Q    Page eight, starting on line 13, "But if we** | 05:21:41 |
| **17** | **were going to do it, we want to do it with the same kind** | 05:21:53 |
| **18** | **of California values and the values that our company** | 05:21:56 |
| **19** | **has."** | 05:22:01 |
| **20** | **Did I read that correct?** | 05:22:01 |
| 21 | A    Yes. | 05:22:02 |
| **22** | **Q    Is that a statement that you made to Capitol** | 05:22:03 |
| **23** | **Weekly Podcast?** | 05:22:08 |
| 24 | A    Yes. | 05:22:08 |
| **25** | **Q    When you use the phrase "California values,"** | 05:22:09 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                           267

1    what does that mean to you?                                  05:22:13

2              MR. MANOLIUS:  Same objection.  Instruct you       05:22:16

3    not to answer, legislative privilege.                        05:22:17

4              MR. MEUSER:  You're instructing him to not         05:22:22

5    answer how he uses the word "California values"?             05:22:25

6              MR. MANOLIUS:  To the extent it's part of this     05:22:30

7    process, yes, I am.                                          05:22:32

8              MR. MEUSER Q:  Mr. Mitchell, you've done over      05:22:34

9    100 redistrictings; correct?                                 05:22:38

10   A        Yes.                                                05:22:40

11   **Q        And not including Proposition 50, if you were**   05:22:41

12   **to say that this redistricting project had some kind of**  05:22:46

13   **California values, what does California values mean to**    05:22:51

14   **you in a redistricting process?**                          05:22:53

15   A        In my redistricting outside of Prop 50 is what      05:22:55

16   you're asking?                                               05:22:58

17   **Q        Yes.**                                            05:22:58

18             MR. MANOLIUS:  Objection.  Compound,               05:22:59

19   contextual objection, but you can answer.                    05:23:01

20             THE WITNESS:  California has a history since       05:23:04

21   the adoption of the commission in the last two              05:23:07

22   redistricting cycles, and with the furtherance of the        05:23:11

23   FAIR MAPS Act and furtherance of other legislative           05:23:14

24   priorities to increase the number of independent            05:23:17

25   redistricting commissions, to have redistricting be          05:23:20

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          268

1    taken out of the hands of politicians and incumbents and        05:23:22

2    be drawn based on what's best for the community, and            05:23:25

3    that's the work that we do with Redistricting Partners          05:23:29

4    in our everyday work.                                           05:23:32

5            MR. MEUSER Q:  And the sentence continues,              05:23:34

6    "The values that our company has."                              05:23:35

7            What values does Redistricting Partners have            05:23:37

8    as a company?                                                   05:23:42

9    A        Outside of Prop 50?                                    05:23:45

10           MR. MANOLIUS:  Yes.  Objection.  To the extent          05:23:47

11   inside the Prop 50 envelope, just using different words,        05:23:49

12   you can answer for things you've done in the past.              05:23:54

13           THE WITNESS:  So people who know Redistricting          05:23:59

14   Partners and know the redistricting world understand            05:24:04

15   that our company is unique in that we very strongly             05:24:07

16   follow the FAIR MAPS Act, we very strongly engage with          05:24:12

17   community-based organizations, we very strongly push for        05:24:16

18   community engagement and maps that are drawn by the             05:24:20

19   community, not by the elected officials.                        05:24:23

20           We have a rule, as an example, that when we do          05:24:26

21   a redistricting, we will not meet individually with             05:24:28

22   elected officials, we will not know where the incumbents        05:24:32

23   live and we will draw maps that are fair and where the          05:24:36

24   community and the elected officials can know that they          05:24:41

25   were drawn in a fair redistricting process that is              05:24:44

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                      269

```
 1  consistent with the FAIR MAPS Act, even in agencies that      05:24:47
 2  aren't covered by the FAIR MAPS Act.                          05:24:51
 3          So we do water board redistrictings prior to          05:24:53
 4  the expansion of the FAIR MAPS Act and we would only          05:24:56
 5  take the contract if they would agree to meeting the          05:24:57
 6  higher bar of the FAIR MAPS Act in doing it.                  05:25:00
 7          And we have done Zooms with elected officials         05:25:02
 8  who wanted to hire us and wanted to know where the            05:25:05
 9  incumbents lived, and we told them we wouldn't take that      05:25:07
10  contract if that was the condition.                           05:25:10
11          So our firm is very focused on fair, open,            05:25:11
12  transparent redistricting.  We don't do, talk about           05:25:16
13  redistricting in closed sessions.  We don't have side         05:25:20
14  meetings with incumbents or others to advocate for            05:25:24
15  certain lines outside of the public process, and we're a      05:25:30
16  very transparent redistricting firm, and that's our           05:25:32
17  reputation, and we'll do some contracts because of it         05:25:36
18  and we get some contracts because of it.                      05:25:39
19  Q       When you were drawing Prop 50 maps did you            05:25:41
20  know where the incumbents lived?                              05:25:44
21          MR. MANOLIUS:  Objection.  Legislative                05:25:45
22  privilege.  I instruct you not to answer.                     05:25:49
23          MR. MEUSER Q:  Mr. Mitchell, you're not               05:25:50
24  answering that question at the instruction of your            05:25:52
25  attorney?                                                     05:25:53
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                           270

```
 1   A        Correct.                                        05:25:53

 2   Q        I know you talked a little bit with Julie       05:25:55

 3   about this earlier today.  Please turn to page ten.      05:25:59

 4   A        (Witness complied.)                             05:26:02

 5   Q        And starting at line three, I believe you're    05:26:10

 6   generally talking about the democratic eco -- I am       05:26:13

 7   trying to remember what you said.                        05:26:20

 8   A        Ecosystem.                                      05:26:21

 9   Q        Ecosystem?  Ecosystem.  Yeah.  Then the         05:26:24

10   paragraph that starts at line nine says, "So many of     05:26:27

11   them were like if Texas is going to throw away the VRA   05:26:30

12   then we can throw away the VRA."                         05:26:34

13            Is it my understanding that that statement      05:26:36

14   that you made to Capitol Weekly Podcast, you were        05:26:37

15   referring to things that you were hearing on social      05:26:40

16   media, but not necessarily anything that you heard from  05:26:45

17   a legislator or a congressman or a staffer of a          05:26:50

18   legislator or congressman; is that correct?             05:26:54

19            MR. MANOLIUS:  Objection.  Legislative          05:26:57

20   privilege.  I instruct you not to answer.               05:26:58

21            MR. MEUSER:  You're instructing him not to      05:27:04

22   tell me if statements of throwing away the VRA were      05:27:05

23   something that he heard from a legislator or something   05:27:10

24   he heard from outside the legislative stream?           05:27:12

25            MR. MANOLIUS:  Correct.                         05:27:16
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    271

```
 1              MR. MEUSER Q:  Okay.  Let me re-ask this        05:27:17
 2   question.                                                 05:27:18
 3              This statement that you made in Capitol Weekly  05:27:21
 4   Podcast, this was a public statement; correct?           05:27:25
 5   A       Yes.                                              05:27:27
 6   Q       Anybody in the world could go listen to the       05:27:28
 7   Capitol Weekly Podcast; correct?                          05:27:33
 8   A       Yes.                                              05:27:34
 9   Q       Okay.  And in that podcast you made the           05:27:35
10   statement that you had heard people say that Texas was    05:27:39
11   going to throw away the VRA, then we -- and that "we"     05:27:43
12   means California; is that correct?                        05:27:46
13   A       Yes.                                              05:27:50
14              MR. MANOLIUS:  Objection, vague.  You can       05:27:51
15   answer.                                                   05:27:52
16              MR. MEUSER Q:  -- then California can throw     05:27:53
17   away the VRA.  Did any California legislator make the     05:27:54
18   statement that if Texas is going to throw away the VRA    05:28:07
19   then we can throw away the VRA?                           05:28:12
20              MR. MANOLIUS:  Same objection.  I instruct you  05:28:14
21   not to answer.  Legislative privilege.                    05:28:15
22              MR. MEUSER Q:  And, Mr. Mitchell, you're not    05:28:17
23   answering my question --                                  05:28:19
24   A       Correct.                                          05:28:19
25   Q       -- because of the instruction of your             05:28:20
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          272

```
 1   attorney?                                              05:28:21

 2   A         Correct.                                     05:28:21

 3   Q         Okay.  I am going to be asking this multiple 05:28:22

 4   times here, so did anybody from Gavin Newsom's office  05:28:24

 5   tell you that if Texas is going to throw away the VRA,  05:28:29

 6   then we can throw away the VRA?                         05:28:33

 7             MR. MANOLIUS:  Same objection.  Instruct you  05:28:35

 8   not to answer.                                         05:28:36

 9             MR. MEUSER Q:  And, Mr. Mitchell, you're not  05:28:37

10   going to answer this question at the instruction of your 05:28:38

11   attorney?                                              05:28:40

12   A         Correct.                                     05:28:40

13   Q         Okay.  Mr. Mitchell, did any congressmen or  05:28:41

14   their staff tell you that if Texas is going to throw    05:28:46

15   away the VRA, then we can throw away the VRA?          05:28:48

16             MR. MANOLIUS:  Same objections, same          05:28:51

17   instruction.                                           05:28:53

18             MR. MEUSER Q:  And, Mr. Mitchell, you're not  05:28:53

19   going to answer my question at the instruction of your  05:28:55

20   attorney?                                              05:28:58

21   A         Correct.                                     05:28:58

22   Q         Okay.  Mr. Mitchell, are you aware of anybody 05:28:59

23   in the ecosystem who made the statement, if Texas is   05:29:08

24   going to throw away the VRA then we can throw away the  05:29:12

25   VRA?                                                   05:29:15
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    273

| | |
|---|---|
| 1 | A        The person that posted the map on Exhibit 17. | 05:29:18 |
| 2 | Q        **What's the date of that?** | 05:29:23 |
| 3 | A        I'm just being -- but this is the kind of | 05:29:24 |
| 4 | thing, people who are doing maps like this -- | 05:29:27 |
| 5 | Q        **Yes.** | 05:29:28 |
| 6 | A        -- Twitter maps and people in the media, | 05:29:29 |
| 7 | people on social media. | 05:29:35 |
| 8 | Q        **And then starting on line 17, you say to** | 05:29:43 |
| 9 | **Capitol Weekly Podcast, "I had to calmly show them,** | 05:29:48 |
| 10 | **look, we can create a five district pick-up map and** | 05:29:52 |
| 11 | **follow the Voting Rights Act, keep communities of** | 05:29:56 |
| 12 | **interest together."** | 05:30:00 |
| 13 | **Did I read that correctly?** | 05:30:01 |
| 14 | A        Yes. | 05:30:02 |
| 15 | Q        **Is that a statement that you made to Capitol** | 05:30:03 |
| 16 | **Weekly Podcast?** | 05:30:07 |
| 17 | A        Yes. | 05:30:08 |
| 18 | Q        **And when you said, "I had to calmly show** | 05:30:09 |
| 19 | **them," was this something that you're referring to in X** | 05:30:15 |
| 20 | **post?** | 05:30:21 |
| 21 | MR. MANOLIUS:  I am sorry? | 05:30:21 |
| 22 | MR. MEUSER Q:  An X post, posted on X, Tweet | 05:30:22 |
| 23 | it, Twitter. | 05:30:26 |
| 24 | A        Oh.  It could have been both a -- it could | 05:30:27 |
| 25 | have been different communications, including, like, a | 05:30:36 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                                274

```
 1   DM.                                                              05:30:39
 2   Q        It could have been a DM?  And when you say DM,         05:30:39
 3   a direct message on a social media platform?                    05:30:42
 4   A        Yes.                                                    05:30:45
 5   Q        Okay.  And when you say, "I had to calmly show         05:30:46
 6   them," were you referring to any legislator when you            05:30:51
 7   made that statement, "I had to calmly show them"?               05:30:54
 8            MR. MANOLIUS:  Well, I am going to object.             05:30:59
 9   Why don't we get the answer to see if there's a reason          05:31:01
10   to go forward.  Go ahead, you can answer, if you know.          05:31:04
11            THE WITNESS:  I don't recall.                          05:31:08
12            MR. MEUSER Q:  When you say, "We can create a          05:31:10
13   five district pick-up map to follow the Voting Rights           05:31:16
14   Act," did I read that correct?                                  05:31:20
15   A        Yes.                                                    05:31:22
16   Q        Are you aware of any direct message that you           05:31:23
17   sent to anyone between July 2nd and August 15th where          05:31:28
18   you told them on a direct message that you could draw a         05:31:35
19   five district pick-up map following the Voting Rights           05:31:42
20   Act?                                                             05:31:46
21            MR. MANOLIUS:  Objection, only that you didn't         05:31:46
22   quote the entire sentence, but you can answer, Paul.            05:31:48
23            THE WITNESS:  I don't recall a direct message          05:31:51
24   where I would have said that.                                   05:31:53
25            MR. MEUSER Q:  And do you recall any social            05:31:55
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                              275

```
 1   media post where you made the statement that you could     05:31:56

 2   draw a map that had a five district pick-up that            05:31:59

 3   followed the Voting Rights Act?                             05:32:03

 4   A       No, I don't believe I made a post like that.        05:32:05

 5   Q       Do you recall any conversation that you had         05:32:10

 6   with a legislator or a congressman or their staff in        05:32:16

 7   which you explained to them that you could create a five    05:32:21

 8   district pick-up map and follow the Voting Rights Act?      05:32:25

 9           MR. MANOLIUS:  Objection.  Legislative              05:32:30

10   privilege and I instruct you not to answer.                 05:32:32

11           MR. MEUSER Q:  This is a "yes" or "no"              05:32:35

12   question.  I wasn't asking for the communication, I was     05:32:36

13   asking did he, does he recall that he made any such         05:32:38

14   statement?                                                  05:32:41

15           MR. MANOLIUS:  I'll maintain my objection.          05:32:47

16   Thanks.                                                     05:32:49

17           MR. MEUSER Q:  And, Mr. Mitchell, you're not       05:32:49

18   responding at the request of your attorney?                 05:32:50

19   A       Correct.                                            05:32:53

20   Q       Turn to page 13.                                    05:32:53

21   A       (Witness complied.)                                 05:33:09

22   Q       Line 16, you tell Capitol Weekly Podcast, "We      05:33:14

23   worked with some folks in D.C. and saw some maps."          05:33:18

24           Who in D.C. did you work with?                      05:33:24

25   A       That would probably be the DCCC or the NDRC.        05:33:27
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    276

```
 1   Q        NDRC, and that's National Democratic --          05:33:43

 2   A        -- Redistricting --                              05:33:47

 3   Q        -- Committee?                                    05:33:48

 4   A        -- Committee.                                    05:33:48

 5   Q        Okay.  Thank you.  "And saw some maps."  Are     05:33:49

 6   you saying that the DCCC shared some maps with you?       05:33:55

 7            MR. MANOLIUS:  Objection.  Legislative           05:34:01

 8   privilege.  I instruct you not to answer.                 05:34:05

 9            MR. MEUSER:  You're saying the DCCC giving him    05:34:07

10   documents is going to be legislative privilege?          05:34:09

11            MR. MANOLIUS:  I am objecting, yes, and          05:34:13

12   instructing him not to answer.                            05:34:15

13            MR. MEUSER Q:  And you're not answering at the   05:34:17

14   instruction of your attorney?                             05:34:19

15   A        Correct.                                         05:34:20

16   Q        Okay.  I am going to ask the same question.      05:34:20

17   Did the NDRC share any maps with you between July 2nd     05:34:23

18   and August 15th?                                          05:34:31

19            MR. MANOLIUS:  Same objection and instruct you   05:34:33

20   not to answer.                                            05:34:34

21            MR. MEUSER Q:  And, Mr. Mitchell, you're not     05:34:36

22   answering at the instruction of your attorney?           05:34:37

23   A        Correct.                                         05:34:41

24   Q        Top of page 14.  This says, "No respect for     05:34:41

25   the LGBT community."                                      05:34:53
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    277

1           Did I read that sentence correct?                    05:34:55

2  A       Yes.                                                  05:34:56

3  Q       And I believe you were talking earlier about          05:34:58

4  the work that you were doing in the 2021 redistricting        05:35:01

5  on behalf of the LGBT community.                              05:35:06

6           Did I hear that testimony right, that in 2021        05:35:10

7  you were working with the LGBT community to help them in       05:35:13

8  the redistricting process?                                    05:35:16

9  A       Yes.                                                  05:35:17

10 Q       And as a part of drawing the Prop 50 maps, was        05:35:19

11 the LGBT community one of the communities of interest          05:35:32

12 that you were looking at when you drew any of the              05:35:37

13 congressional district lines that were associated with        05:35:43

14 Prop 50?                                                      05:35:46

15          MR. MANOLIUS:  Objection.  Legislative               05:35:47

16 privilege, I instruct you not to answer.                      05:35:48

17          MR. MEUSER Q:  And, Mr. Mitchell, you are not        05:35:51

18 answering here today --                                       05:35:52

19 A       Correct.                                              05:35:53

20 Q       -- at the instruction of your attorney?              05:35:54

21 A       Correct.                                              05:35:55

22 Q       Page 15, line 18 and 19, where you talk about        05:35:56

23 Wild Wild West redistricting, and in this particular         05:36:16

24 sentence you're talking about other states, even             05:36:21

25 democratically held states.                                  05:36:24

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          278

| | | |
|---|---|---|
| 1 | Which states do you categorize as the Wild | 05:36:27 |
| 2 | Wild West of redistricting in this statement that you | 05:36:31 |
| 3 | made to Capitol Weekly Podcast? | 05:36:35 |
| 4 | MR. WOODS:  Objection.  Relevance. | 05:36:38 |
| 5 | MR. MANOLIUS:  I join it, same.  You can | 05:36:41 |
| 6 | answer. | 05:36:43 |
| 7 | THE WITNESS:  Illinois. | 05:36:43 |
| 8 | MR. MEUSER Q:  Any other states? | 05:36:45 |
| 9 | A     That's the one that comes to mind. | 05:36:46 |
| 10 | Q     Line 24 and 25, same page, "They are | 05:36:50 |
| 11 | oftentimes violating the Voting Rights Act." | 05:37:00 |
| 12 | Did I read that statement correct? | 05:37:04 |
| 13 | A     Which line? | 05:37:06 |
| 14 | Q     Lines 24 and 25. | 05:37:07 |
| 15 | A     You said what page? | 05:37:09 |
| 16 | Q     Fifteen. | 05:37:11 |
| 17 | A     For some reason I went to page 24.  Sorry. | 05:37:13 |
| 18 | Yes. | 05:37:22 |
| 19 | Q     Is that a statement that you made on Capitol | 05:37:23 |
| 20 | Weekly Podcast? | 05:37:27 |
| 21 | A     Yes. | 05:37:27 |
| 22 | Q     In your opinion, which states have violated | 05:37:28 |
| 23 | the Voting Rights Act, as you understand it? | 05:37:38 |
| 24 | MR. MANOLIUS:  Objection.  Calls for a legal | 05:37:43 |
| 25 | conclusion, overbroad and vague. | 05:37:45 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          279

```
 1            MR. WOODS:  And that's -- join.                  05:37:48

 2            THE WITNESS:  In that regard I think it's easy   05:37:54

 3   just to point to all of the redistricting maps that have 05:37:55

 4   been overturned by the courts.  That's all I was         05:37:58

 5   referencing.                                             05:38:01

 6            MR. MEUSER Q:  When you made this statement to   05:38:01

 7   the Capitol Weekly Podcast, was there a specific or      05:38:03

 8   specific states you were thinking of when you made the   05:38:06

 9   statement that oftentimes violated the Voting Rights     05:38:10

10   Act?                                                     05:38:14

11            MR. MANOLIUS:  Same objection.                  05:38:14

12            MR. WOODS:  Join.                               05:38:16

13            THE WITNESS:  States that have historically     05:38:18

14   violated the Voting Rights Act causing all of the        05:38:20

15   lawsuits and terms we now know and use in redistricting, 05:38:23

16   so there's too many to kind of pick out.                 05:38:27

17            MR. MEUSER Q:  Is there any one or two states    05:38:30

18   that stick out to you as in your belief regularly are    05:38:33

19   violating the Voting Rights Act?                         05:38:39

20            MR. MANOLIUS:  Same set of objections.  You      05:38:42

21   can answer.                                              05:38:46

22            MR. WOODS:  Same set or join, I'll say.         05:38:46

23            THE WITNESS:  Something like North Carolina,     05:38:47

24   states where they've had big redistricting cases in the  05:38:49

25   last 34 years.                                           05:38:52
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          280

| | | |
|---|---|---|
| 1 | Q        Any other states? | 05:38:54 |
| 2 | A        No. | 05:38:55 |
| 3 | Q        We can put away the Capitol Weekly Podcast | 05:38:55 |
| 4 | and we are going to go to the HOPE transcript next.  And | 05:39:53 |
| 5 | let's turn to page 22. | 05:40:09 |
| 6 | A        (Witness complied.) | 05:40:11 |
| 7 | Q        And we are going to start on page, on line | 05:40:12 |
| 8 | nine.  You ready? | 05:40:16 |
| 9 |         MR. MANOLIUS:  One second.  Sorry. | 05:40:23 |
| 10 |         MR. MEUSER:  No problem. | 05:40:26 |
| 11 |         MR. MANOLIUS:  Thank you. | 05:40:37 |
| 12 |         MR. MEUSER Q:  I am going to read paragraph, | 05:40:38 |
| 13 | or line nine through 13:  "Now, when I was first talked | 05:40:41 |
| 14 | to by folks, I won't call out any names of elected | 05:40:46 |
| 15 | officials, but I did have some elected officials call me | 05:40:51 |
| 16 | and say, well, if Texas is going to throw away the VRA, | 05:40:54 |
| 17 | we should just throw away the VRA." | 05:40:58 |
| 18 |         Which elected officials told you that we | 05:41:00 |
| 19 | should throw away the VRA? | 05:41:05 |
| 20 |         MR. MANOLIUS:  Objection.  Legislative | 05:41:07 |
| 21 | privilege, instruct you not to answer.  Also, vague as | 05:41:09 |
| 22 | to when these conversations occurred, but that's better. | 05:41:14 |
| 23 |         MR. MEUSER Q:  Let's go ahead and clean this | 05:41:19 |
| 24 | up.  Did I read that correctly? | 05:41:20 |
| 25 | A        You did read that correctly. | 05:41:22 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                      281

| | | |
|---|---|---|
| 1 | Q        Is that a statement that you made to HOPE | 05:41:23 |
| 2 | during your presentation to HOPE? | 05:41:25 |
| 3 | A        Given that it's in this transcript, I would | 05:41:27 |
| 4 | believe so. | 05:41:30 |
| 5 | Q        You don't believe so? | 05:41:30 |
| 6 | A        I said I would believe so. | 05:41:31 |
| 7 | Q        You would believe so.  Okay.  Sorry. | 05:41:34 |
| 8 |          At what time period were you referring to | 05:41:36 |
| 9 | someone telling you we should just throw away the VRA? | 05:41:39 |
| 10 |          MR. MANOLIUS:  Objection.  Legislative | 05:41:47 |
| 11 | privilege and instruct you not to answer. | 05:41:48 |
| 12 |          MR. MEUSER:  You were the one who said that it | 05:41:51 |
| 13 | wasn't clear as to the time.  I am just asking the time. | 05:41:52 |
| 14 |          MR. MANOLIUS:  I also said it was barred by | 05:41:55 |
| 15 | legislative privilege, so I appreciate your cleaning up | 05:41:57 |
| 16 | at the time, because I wasn't sure. | 05:42:03 |
| 17 |          MR. MEUSER Q:  So, Mr. Mitchell, you're not | 05:42:05 |
| 18 | going to answer my question at the instruction of your | 05:42:06 |
| 19 | attorney? | 05:42:08 |
| 20 | A        Correct. | 05:42:08 |
| 21 | Q        Again, we are just going to make this thing | 05:42:09 |
| 22 | abundantly clear, for the record. | 05:42:12 |
| 23 |          Did a elected official contact you and tell | 05:42:13 |
| 24 | you that if Texas is going to throw away the VRA, we | 05:42:19 |
| 25 | should just throw away the VRA? | 05:42:23 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                        282

```
 1            MR. MANOLIUS:  Same objection.  Instruct you      05:42:26
 2   not to answer.                                             05:42:27
 3            MR. MEUSER Q:  Mr. Mitchell, you're not going     05:42:28
 4   to answer that question at the instruction of your         05:42:29
 5   attorney?                                                  05:42:31
 6   A      Correct.                                            05:42:32
 7   Q      Can you tell me if this conversation was with       05:42:33
 8   a congressman or congresswoman or with a state             05:42:36
 9   legislator?                                                05:42:40
10            MR. MANOLIUS:  You can answer.                    05:42:53
11            THE WITNESS:  I don't recall.                     05:42:55
12            MR. MEUSER Q:  Did just a single elected          05:42:57
13   official say this or was this multiple elected officials   05:43:01
14   who made this statement, generally, we should throw away   05:43:05
15   the VRA?                                                   05:43:08
16   A      Let me characterize this.  I think that there       05:43:15
17   were people who would say those words, and others would    05:43:17
18   give me maps or say things, like, if Texas can do          05:43:20
19   whatever they want to do why can't we do whatever we       05:43:25
20   want to do?                                                05:43:27
21            So in their wording to me wouldn't be those       05:43:28
22   exact words, but I would interpret it as let's throw       05:43:30
23   down the guardrails, as I testified or as I said earlier   05:43:33
24   with Ms. Hamill.                                           05:43:36
25   Q      There's a difference between throwing away the      05:43:39
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                      283

```
 1   guardrails and throwing away the VRA.  Would you agree     05:43:42

 2   with that?                                                 05:43:45

 3            MR. MANOLIUS:  Objection.  Vague, overbroad,      05:43:45

 4   compound question.  You can answer.                        05:43:53

 5            THE WITNESS:  Generally, if somebody is           05:43:55

 6   putting out maps that are, you know, free of traditional   05:44:01

 7   redistricting criteria they're throwing everything out,    05:44:07

 8   and so in this statement where I am saying this, it        05:44:10

 9   might just be shorthand for, you know, the kind of         05:44:13

10   things I was hearing.                                      05:44:16

11            So I was hearing this from multiple people and    05:44:17

12   sometimes they wouldn't say the exact words, but this is   05:44:20

13   the kind of idea that I would say when I was doing a       05:44:23

14   presentation like this.                                    05:44:25

15            MR. MEUSER Q:  Would you agree with me that       05:44:26

16   someone who drew a sample map that had only one person     05:44:27

17   in it and another map that had a million people in it,     05:44:31

18   that that is a completely different issue than someone     05:44:36

19   drawing a map that violates the VRA?                       05:44:39

20            MR. MANOLIUS:  Objection.  Vague.  I don't        05:44:42

21   understand the question.  One person in what, in 1,000?    05:44:44

22            MR. MEUSER:  In a congressional district.         05:44:48

23            MR. MANOLIUS:  Oh.                                05:44:49

24            THE WITNESS:  He is laying no equal               05:44:51

25   protection.                                                05:44:52
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                             284

| | | |
|---|---|---|
| 1 | MR. WOODS:  I am going to object that calls | 05:44:53 |
| 2 | for a legal conclusion, but you can answer. | 05:44:54 |
| 3 | MR. MANOLIUS:  I'll join that too. | 05:44:56 |
| 4 | THE WITNESS:  The issue is that when I'm | 05:44:57 |
| 5 | speaking to a group, if I say, oh, my gosh, there's a | 05:44:59 |
| 6 | map that's noncontiguous, that doesn't exactly get the | 05:45:02 |
| 7 | point across.  And so something like this would be the | 05:45:06 |
| 8 | thing that I might highlight for a group like that, | 05:45:09 |
| 9 | rather than something like, oh, my gosh, this map was | 05:45:12 |
| 10 | noncontiguous and, like, they're supposed to care. | 05:45:14 |
| 11 | MR. MEUSER Q:  So the question I am going to | 05:45:18 |
| 12 | ask you, how many -- I am asking for a number -- how | 05:45:19 |
| 13 | many elected officials specifically told you we should | 05:45:24 |
| 14 | just throw away the VRA? | 05:45:28 |
| 15 | A      I don't recall someone using those exact | 05:45:32 |
| 16 | words -- | 05:45:35 |
| 17 | **Q      Okay.** | 05:45:36 |
| 18 | A      -- because I even say in one of these quotes, | 05:45:40 |
| 19 | kind of. | 05:45:43 |
| 20 | **Q      And in the very next paragraph, starting on** | 05:45:50 |
| 21 | **line 16, you say, "And I would be, like, okay, thanks** | 05:45:52 |
| 22 | **for calling.  But there was no way that I was going to** | 05:45:55 |
| 23 | **do that."** | 05:45:58 |
| 24 | **Did I read that correctly?** | 05:45:59 |
| 25 | A      Yes. | 05:46:00 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    285

| | | |
|---|---|---|
| 1 | Q        And that is the statement that you made on -- | 05:46:01 |
| 2 | to the HOPE; correct? | 05:46:07 |
| 3 | A        Don't know which one this was, but, yes. | 05:46:08 |
| 4 | Q        And your statement to HOPE is that you were | 05:46:11 |
| 5 | not going to be violating the Voting Rights Act; is that | 05:46:15 |
| 6 | correct? | 05:46:22 |
| 7 | MR. MANOLIUS:  Objection.  Misstates what's | 05:46:22 |
| 8 | here.  The document speaks for itself, speaks for | 05:46:24 |
| 9 | itself.  You can answer. | 05:46:28 |
| 10 | THE WITNESS:  I would characterize it not like | 05:46:31 |
| 11 | that, because that seems to point to some outcome. | 05:46:35 |
| 12 | But I was suggesting to them that issues they | 05:46:43 |
| 13 | care about, if people were arguing to throw those | 05:46:47 |
| 14 | overboard, that I was somebody who would care about | 05:46:52 |
| 15 | their issues. | 05:46:56 |
| 16 | MR. MEUSER Q:  And you've worked with HOPE you | 05:46:58 |
| 17 | said for over a dozen years; correct? | 05:47:00 |
| 18 | A        Yes. | 05:47:02 |
| 19 | Q        And you understand that the Voting Rights Act | 05:47:02 |
| 20 | was something that was very important to HOPE; is that | 05:47:05 |
| 21 | correct? | 05:47:08 |
| 22 | MR. MANOLIUS:  Objection.  Vague and calls for | 05:47:10 |
| 23 | speculation about a whole lot of people potentially, but | 05:47:14 |
| 24 | you can answer, if you can. | 05:47:17 |
| 25 | MR. WOODS:  Join. | 05:47:19 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    286

```
1              THE WITNESS:  They are not exactly a Voting      05:47:20

2    Rights Act organization, something like MALDEF or          05:47:23

3    something, so they are more -- and the name in their       05:47:25

4    title of their name, Hispanas Organized For Political      05:47:27

5    Equality, that is their mission.                           05:47:31

6              MR. MEUSER Q:  But earlier today we were         05:47:33

7    looking at that HOPE letter --                             05:47:36

8    A      Yes.                                                05:47:37

9    Q      -- that you read to HOPE; correct?  Yes?           05:47:37

10   A      Yes, yes, yes.                                      05:47:40

11   Q      And in that letter they're talking about           05:47:41

12   Voting Rights Act issues; is that correct?                05:47:44

13   A      Yes.                                                05:47:45

14   Q      And now you're coming back and talking to HOPE     05:47:46

15   and you state here that elected officials told you to     05:47:49

16   throw away the VRA; correct?                              05:47:55

17             MR. MANOLIUS:  Objection.  Misstates his        05:47:58

18   testimony.                                                 05:47:59

19             THE WITNESS:  That's a paraphrase.               05:48:01

20             MR. MEUSER Q:  And you said, don't worry, I'm    05:48:02

21   not getting rid of the VRA; is that correct?             05:48:06

22             MR. MANOLIUS:  Objection.  I don't see that     05:48:10

23   here.                                                      05:48:11

24             THE WITNESS:  That isn't -- that is a           05:48:12

25   mischaracterization, because I don't have the ability to  05:48:14
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    287

| | | |
|---|---|---|
| 1 | get rid of the VRA. | 05:48:16 |
| 2 |      MR. MEUSER Q:  You were not going to draw any | 05:48:18 |
| 3 | districts that violated the VRA; is that correct? | 05:48:19 |
| 4 |      MR. MANOLIUS:  Objection -- | 05:48:19 |
| 5 |      MR. WOODS:  That's also mischaracterizing. | 05:48:23 |
| 6 |      MR. MANOLIUS:  Wait a minute.  Objection.  I | 05:48:24 |
| 7 | instruct you not to answer.  That's legislative | 05:48:26 |
| 8 | privilege. | 05:48:26 |
| 9 |      MR. MEUSER Q:  And you're not answering the | 05:48:29 |
| 10 | question at the instruction of your attorney? | 05:48:31 |
| 11 | A     Correct. | 05:48:32 |
| 12 | **Q     Page 23, line 14, "And following the Voting** | 05:48:39 |
| 13 | **Rights Act was very important."** | 05:48:49 |
| 14 | **     Did I read that correctly?** | 05:48:50 |
| 15 | A     You read that line 14, yes. | 05:48:52 |
| 16 | **Q     And is that something that you said to HOPE on** | 05:48:55 |
| 17 | **this presentation?** | 05:48:59 |
| 18 | A     I am just reading the full context here.  Yes. | 05:49:00 |
| 19 | **Q     And in all the redistricting work that you did** | 05:49:16 |
| 20 | **before July 2nd, 2025, would that be a fair statement to** | 05:49:22 |
| 21 | **say that following the Voter Rights Act is an important** | 05:49:28 |
| 22 | **thing for Redistricting Partners?** | 05:49:33 |
| 23 | A     I would say more broadly that following the | 05:49:35 |
| 24 | Voting Rights Act is important for anybody doing | 05:49:38 |
| 25 | redistricting -- | 05:49:41 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    288

| | | |
|---|---|---|
| 1 | Q        And I am going to -- I understand that. | 05:49:41 |
| 2 | A        -- and for Redistricting Partners -- | 05:49:44 |
| 3 | Q        Thank you. | 05:49:44 |
| 4 | A        -- in all of our municipal redistricting. | 05:49:47 |
| 5 | Q        And was following the Voting Rights Act a very | 05:49:50 |
| 6 | important thing for Redistricting Partners while drawing | 05:49:52 |
| 7 | the Proposition 50 maps? | 05:49:55 |
| 8 | MR. MANOLIUS:  Objection.  Legislative | 05:49:58 |
| 9 | privilege, I instruct you not to answer. | 05:49:59 |
| 10 | MR. MEUSER Q:  Mr. Mitchell, you're not | 05:50:01 |
| 11 | answering that question today at the instruction of your | 05:50:02 |
| 12 | counsel? | 05:50:04 |
| 13 | A        Correct.  If we are going to go much longer | 05:50:05 |
| 14 | can we get a restroom break? | 05:50:48 |
| 15 | Q        I was going to be suggesting a restroom break | 05:50:50 |
| 16 | in about 10 minutes so that we could confer, so if we | 05:50:53 |
| 17 | wait ten minutes -- | 05:50:53 |
| 18 | A        Sure. | 05:50:53 |
| 19 | Q        -- but if you want to go now, we can go now. | 05:50:56 |
| 20 | A        That's fine. | 05:51:02 |
| 21 | Q        All right.  If you can turn to page 29 of the | 05:51:02 |
| 22 | transcript.  Can you read to yourself paragraph eight -- | 05:51:03 |
| 23 | line 8 through 16, and then I am going to read it out | 05:51:13 |
| 24 | loud real quick?  Let me know when you're ready. | 05:51:16 |
| 25 | A        Sure. | 05:51:26 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    289

| | | |
|---|---|---|
| 1 | Q        Okay.  So I will go ahead and read this out | 05:51:27 |
| 2 | loud.  "And so you've got some places where he needs to | 05:51:30 |
| 3 | get support and get engaged folks to support and do | 05:51:34 |
| 4 | turnout there for Latinos to protect a Latino member of | 05:51:38 |
| 5 | Congress in a district that is still a Latino-influenced | 05:51:42 |
| 6 | district, but is no longer a majority/minority district | 05:51:45 |
| 7 | because his district, most Latino portions go into the | 05:51:49 |
| 8 | replacement Roybal-Allard district." | 05:51:53 |
| 9 | Did I read that correctly? | 05:51:59 |
| 10 | A        Yes. | 05:52:00 |
| 11 | Q        Did you say that to HOPE in October of this | 05:52:00 |
| 12 | year? | 05:52:02 |
| 13 | A        That appears that that's what I said, yes. | 05:52:03 |
| 14 | Q        You used the phrase "Latino-influenced | 05:52:06 |
| 15 | district." | 05:52:11 |
| 16 | Outside of your Proposition 50 work, what does | 05:52:12 |
| 17 | Latino-influenced district mean to you? | 05:52:15 |
| 18 | A        It's -- Latino-influenced district is more of | 05:52:20 |
| 19 | a non-redistricting term.  It's one that doesn't have | 05:52:26 |
| 20 | the same meaning as a majority/minority district or | 05:52:31 |
| 21 | district with the ability to elect Latinos.  It's a | 05:52:36 |
| 22 | general term used by lay people to suggest a district | 05:52:40 |
| 23 | where there's a strong population. | 05:52:43 |
| 24 | Q        And when you use -- sorry.  I didn't mean to | 05:52:49 |
| 25 | interrupt you. | 05:52:50 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          290

| | |
|---|---|
| 1 |       When you use the phrase "a strong population," | 05:52:51 |
| 2 | is there a number in your head that would equal a strong | 05:52:54 |
| 3 | population? | 05:52:58 |
| 4 | A      In -- no, there isn't.  And we've had the | 05:52:58 |
| 5 | California Voting Rights Act which has tried to | 05:53:04 |
| 6 | adjudicate what a Latino-influenced district is and may | 05:53:07 |
| 7 | have not come up with a number.  There is no number. | 05:53:11 |
| 8 | Q      So if a district had 10-percent of Latinos in | 05:53:14 |
| 9 | it, would you characterize that as a Latino-influenced | 05:53:18 |
| 10 | district? | 05:53:22 |
| 11 |       MR. MANOLIUS:  Objection.  You're talking | 05:53:22 |
| 12 | about as a general matter in his practice -- | 05:53:23 |
| 13 |       MR. MEUSER:  Yes. | 05:53:26 |
| 14 |       MR. MANOLIUS:  -- other than Prop 50?  You can | 05:53:27 |
| 15 | answer. | 05:53:29 |
| 16 |       THE WITNESS:  It really would depend on the | 05:53:30 |
| 17 | turnout rate of that Latino population and the turnout | 05:53:31 |
| 18 | rate of other populations in the area, but that's | 05:53:35 |
| 19 | usually, usually you see higher numbers than that when | 05:53:37 |
| 20 | you're talking about Latino-influenced districts, but I | 05:53:42 |
| 21 | am not the arbiter of what the bright line is. | 05:53:46 |
| 22 |       MR. MEUSER Q:  But you're the one who used the | 05:53:48 |
| 23 | phrase "Latino-influenced district" and you're the one | 05:53:50 |
| 24 | who used the phrase, you know, a strong showing, so I'm | 05:53:52 |
| 25 | trying to figure out, you know, I'm not entitled -- I am | 05:53:55 |

| | |
|---|---|
| 1  entitled to your best estimate here. | 05:53:59 |
| 2        So if it was 25 percent would you consider | 05:54:01 |
| 3  that a Latino-influenced district? | 05:54:04 |
| 4        MR. MANOLIUS:  Objection.  Vague.  It lacks | 05:54:06 |
| 5  foundation and that he's already said it depends on the | 05:54:09 |
| 6  circumstances, and there are different things like | 05:54:12 |
| 7  turnout rates and all that, but you can answer. | 05:54:15 |
| 8        THE WITNESS:  It's completely situational.  It | 05:54:17 |
| 9  has to do with the cohesiveness of that Latino | 05:54:22 |
| 10  population, their turnout rates, what the other | 05:54:26 |
| 11  population is like, so very well I could consider | 05:54:28 |
| 12  someplace that has a 25 percent. | 05:54:31 |
| 13        This is a thing that comes up a lot in | 05:54:34 |
| 14  municipal redistricting under the California Voting | 05:54:36 |
| 15  Rights Act and, again, there is no, even the courts have | 05:54:40 |
| 16  not given a definition of influenced district, even | 05:54:42 |
| 17  though it's in the California Voting Rights Act, that | 05:54:48 |
| 18  word, influenced district. | 05:54:51 |
| 19  Q        And this phrase -- | 05:54:53 |
| 20  A        The ability to influence is in the California | 05:54:54 |
| 21  Voting Rights Act, that's the terminology. | 05:54:56 |
| 22  Q        So on page 29 when you used the word | 05:54:58 |
| 23  Latino-influenced district, you're referring to a | 05:55:01 |
| 24  specific district that is on our atlas. | 05:55:04 |
| 25        Can you look at the atlas and tell me which | 05:55:08 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    292

```
 1   district you were talking about when you talked to HOPE      05:55:11
 2   in October and you said that there was this                  05:55:16
 3   Latino-influenced district?                                  05:55:21
 4           MR. MANOLIUS:  Objection.  Legislative               05:55:24
 5   privilege.  I instruct you not to answer.                    05:55:26
 6           MR. MEUSER:  Counsel, you're instructing him         05:55:30
 7   not to answer when he went out into public and said          05:55:32
 8   there's this Latino-influenced district, and he has          05:55:35
 9   publicly put out this document to the Legislature that       05:55:38
10   breaks out every single district, he is out there           05:55:42
11   talking to people trying to encourage them to vote for       05:55:45
12   Prop 50, this is public information that he himself has      05:55:50
13   made public and you're instructing him about subsequent      05:55:53
14   comments made?  You're instructing him not to answer the     05:55:57
15   question?                                                    05:56:00
16           MR. MANOLIUS:  Yes, because it goes to his --        05:56:00
17   the creation of the maps themselves and what the             05:56:04
18   intention was behind that, so I am going to instruct him     05:56:06
19   not to answer based on legislative privilege, yes.           05:56:09
20           MR. MEUSER Q:  Mr. Mitchell, you're not              05:56:12
21   answering this question at the instruction of your           05:56:13
22   attorney?                                                    05:56:15
23   A       Correct.                                             05:56:15
24   Q       Let's turn to page 30 of your transcript.  And       05:56:17
25   I am going to read this paragraph.  "The Prop 50 maps I      05:56:31
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                      293

```
1    think will be great for the Latino community in two      05:56:34

2    critical ways.  One is that they ensure that the Latino   05:56:37

3    districts that are the VRA seats are bolstered in order   05:56:40

4    to make them most effective, particularly in the Central  05:56:45

5    Valley."                                                   05:56:49

6             Did I read that correctly?                       05:56:49

7    A       Yes.                                              05:56:52

8    Q       Did you make that statement to HOPE in October    05:57:00

9    of 2025?                                                  05:57:05

10   A       Yes.                                              05:57:07

11   Q       And earlier you said there were 14 VRA            05:57:09

12   districts drawn by the redistricting commission; is that  05:57:16

13   correct?                                                  05:57:19

14           MR. MANOLIUS:  Objection.  Misstates his          05:57:20

15   testimony.  Vague as to VRA seats that he used, but he    05:57:21

16   can answer.                                               05:57:30

17           THE WITNESS:  What I said earlier in testimony    05:57:31

18   was there were 16 majority/minority districts and the     05:57:32

19   commission identified 14 of those districts as VRA seats  05:57:36

20   -- I don't want to say VRA seats, but as seats that were  05:57:45

21   drawn in order to, for lack of a -- I don't want to       05:57:48

22   paraphrase too much, but there were 14 that were          05:57:51

23   identified.                                               05:57:54

24           MR. MEUSER Q:  And you told HOPE that the         05:57:54

25   Proposition 50 maps were great for the Latino community,  05:57:58
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    294

```
 1   you made that statement; correct?                      05:58:05

 2            MR. MANOLIUS:  Objection.  That's not a        05:58:06

 3   complete statement, but I think we know what you're     05:58:07

 4   referring to.  Objection, vague.  You can answer.       05:58:10

 5            THE WITNESS:  Yes.                              05:58:13

 6            MR. MEUSER Q:  And you've had two reasons why   05:58:15

 7   you thought the Prop 50 maps were great for the Latino  05:58:18

 8   community; correct?                                     05:58:22

 9   A        What two are you referencing?                  05:58:23

10   Q        You say there's two critical ways that the     05:58:25

11   Prop 50 maps are great for the Latino communities; is   05:58:27

12   that correct?                                           05:58:32

13   A        Two critical ways, I see, yes.                 05:58:32

14   Q        Okay.  One of those ways is that ensures that  05:58:34

15   the Latino districts that are the VRA seats are         05:58:39

16   bolstered in order to make them more effective.  You    05:58:44

17   said that; correct?                                     05:58:48

18   A        Yes.                                           05:58:49

19   Q        And when you are referring to the VRA seats    05:58:50

20   are you referring to the 14 VRA seats designated by the 05:58:56

21   redistricting commission during the redistricting       05:59:00

22   process in 2021?                                        05:59:03

23            MR. MANOLIUS:  Objection.  Legislative         05:59:06

24   privilege.  I instruct you not to answer.               05:59:08

25            MR. MEUSER Q:  And, Mr. Mitchell, you're not   05:59:10
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                                295

```
 1   answering my question today at the instruction of your      05:59:14
 2   counsel?                                                     05:59:16
 3   A        Correct.                                            05:59:17
 4   Q        Next paragraph, starting on line 12, "And          05:59:18
 5   then, secondly, have to hazard a guess, and I don't want     05:59:23
 6   to be too political or partisan here, but I have to          05:59:27
 7   hazard a guess that whoever gets elected in that gateway     05:59:32
 8   cities district in Los Angeles, it's a majority/minority     05:59:34
 9   district, is going to be a better representative for the     05:59:37
10   community than the representative being elected from the     05:59:40
11   Ken Calvert seat."                                           05:59:43
12            Did I read that correctly?                          05:59:44
13   A        Correct.                                            05:59:45
14   Q        And you made that statement; correct?              05:59:46
15   A        Correct.                                            05:59:47
16   Q        And in this particular sentence you are            05:59:48
17   talking about congressional district 41 that belonged to    05:59:52
18   Ken Calvert out in Riverside and is now in the gateway       05:59:56
19   cities of Los Angeles; correct?                              06:00:00
20   A        Correct.                                            06:00:03
21   Q        Next page, 31, top of the page, lines one          06:00:04
22   through five, "So I think there are opportunities there      06:00:27
23   in the substance of the maps and the outcomes of the         06:00:32
24   maps, and I think there are lot of opportunities in          06:00:35
25   terms of kind of those VRA concerns as well."                06:00:38
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                         296

| | | |
|---|---|---|
| 1 | **Did I read that correct?** | 06:00:41 |
| 2 | A       Yeah, that's -- I don't recall exactly saying | 06:00:44 |
| 3 | that, but that's in the transcript.  It seems a little | 06:00:46 |
| 4 | garbled, seems like a little bit of a word salad. | 06:00:49 |
| 5 | **Q       Do you deny making that statement?** | 06:00:53 |
| 6 | MR. MANOLIUS:  Objection.  Misstates his | 06:00:54 |
| 7 | testimony. | 06:00:56 |
| 8 | THE WITNESS:  I don't have a reason to deny | 06:00:56 |
| 9 | saying that, but looking at this transcript I -- it | 06:00:58 |
| 10 | looks a little bit disjointed. | 06:01:02 |
| 11 | MR. MEUSER Q:  And you used the phrase "VRA | 06:01:11 |
| 12 | concerns."  Do you see that phrase? | 06:01:15 |
| 13 | A       Yes. | 06:01:16 |
| 14 | **Q       What does "VRA concerns" mean to you?** | 06:01:18 |
| 15 | A       I don't know. | 06:01:21 |
| 16 | MR. MEUSER:  Mr. Mitchell, you asked for a | 06:01:32 |
| 17 | short break.  Let's go ahead and take a 10-minute break | 06:01:34 |
| 18 | at this time -- | 06:01:37 |
| 19 | THE WITNESS:  Thank you. | 06:01:38 |
| 20 | MR. MEUSER:  -- and counsel and I will go over | 06:01:38 |
| 21 | our notes and see if we can wrap this up. | 06:01:40 |
| 22 | MR. MANOLIUS:  Great.  Thank you very much. | 06:01:42 |
| 23 | THE VIDEOGRAPHER:  The time is 6:01 p.m.  We | 06:01:44 |
| 24 | are going off the record. | 06:01:50 |
| 25 | (Whereupon a recess was taken.) | 06:11:06 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    297

| | | |
|---|---|---|
| 1 | THE VIDEOGRAPHER:  We are back on the record. | 06:11:06 |
| 2 | The time is 6:11 p.m. and this marks the beginning of | 06:11:16 |
| 3 | videotape number seven in the deposition of Paul | 06:11:21 |
| 4 | Mitchell, which is being taken at Hanson Bridgett, LLP, | 06:11:24 |
| 5 | 500 Capitol Mall, Suite 1500, Sacramento, California. | 06:11:28 |
| 6 | The videographer is Nicholas Coulter, here on | 06:11:33 |
| 7 | behalf of Array Legal Services. | 06:11:37 |
| 8 | MR. MEUSER:  Mr. Mitchell, you understand | 06:11:39 |
| 9 | you're still under oath? | 06:11:43 |
| 10 | A      Yes. | 06:11:44 |
| **11** | **Q      A couple cleanup questions, so we're going** | 06:11:44 |
| **12** | **back to questions that you were asked earlier today.** | 06:11:46 |
| **13** | **I believe you were testifying earlier that you** | 06:11:49 |
| **14** | **had been paid by the DCCC by Jeffries, Hakeem Jeffries** | 06:11:51 |
| **15** | **and by HMP, House Majority PAC.  How did you receive** | 06:12:01 |
| **16** | **those payments?** | 06:12:04 |
| 17 | MR. MANOLIUS:  Objection.  I think misstates | 06:12:06 |
| 18 | his testimony.  I don't believe -- have they all been | 06:12:08 |
| 19 | paid? | 06:12:11 |
| 20 | THE WITNESS:  Yeah, they have all been paid. | 06:12:11 |
| 21 | MR. MANOLIUS:  Sorry.  Go ahead. | 06:12:12 |
| 22 | THE WITNESS:  Wires. | 06:12:14 |
| 23 | MR. MEUSER Q:  And who were the wires sent to? | 06:12:16 |
| 24 | A      Redistricting Partners. | 06:12:18 |
| **25** | **Q      Redistricting Partners or to your accountant?** | 06:12:19 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                          298

| | | |
|---|---|---|
| 1 | A        To the bank. | 06:12:22 |
| **2** | **Q        Okay.** | 06:12:23 |
| 3 | A        Yeah, to my bank account, not to the | 06:12:24 |
| 4 | accountant. | 06:12:28 |
| **5** | **Q        Do you know who Swing Strategies is?** | 06:12:29 |
| 6 | A        Yes. | 06:12:32 |
| **7** | **Q        This is our opportunity to take care of this.** | 06:12:33 |
| 8 | A        You can go for it, you can clean this up. | 06:12:35 |
| 9 | This is it. | 06:12:37 |
| **10** | **Q        That's what I'm trying to do.** | 06:12:37 |
| 11 | A        Yeah.  Yeah. | 06:12:39 |
| **12** | **Q        So you know what I mean by Swing Strategies;** | 06:12:40 |
| **13** | **correct?** | 06:12:44 |
| 14 | A        Yes. | 06:12:44 |
| **15** | **Q        And there is in the public disclosure the** | 06:12:44 |
| **16** | **person who, the address where --** | 06:12:47 |
| 17 | A        On the invoice? | 06:12:50 |
| **18** | **Q        -- on the invoice where DCCC sent the payment** | 06:12:51 |
| **19** | **it went to Swing Strategies; correct?** | 06:12:55 |
| 20 | A        It went to Ken Andreas.  It went to | 06:12:57 |
| 21 | Redistricting Partners, but my accountant is Ken | 06:13:00 |
| 22 | Andreas. | 06:13:04 |
| **23** | **Q        Okay.  And who is Ken Andreas?** | 06:13:04 |
| 24 | A        Ken Andreas is an accountant that I have had | 06:13:06 |
| 25 | since 2011, a personal friend, and decades ago Matt | 06:13:10 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                      299

```
 1   Rexford, who is a Republican consultant, helped me get     06:13:17
 2   my accounting set up with his accountant, which was Ken    06:13:23
 3   Andreas.  He's a good friend.                              06:13:24
 4   Q       And what's Ken Andreas's relationship with         06:13:26
 5   Swing Strategies?                                          06:13:28
 6   A       He is also their accountant.                       06:13:29
 7   Q       And so the address for your bookkeeper is Ken      06:13:32
 8   Andreas; correct?                                          06:13:34
 9   A       Yes.                                               06:13:35
10   Q       And Ken Andreas happens to also be the             06:13:36
11   bookkeeper for Swing Strategies; correct?                  06:13:38
12   A       Yes.  Swing Strategies was the "no" campaign,      06:13:40
13   so small world.                                            06:13:46
14   Q       Yeah, but I'm actually trying to help you with     06:13:47
15   this one.                                                  06:13:50
16           Earlier today we were talking about               06:13:54
17   disaggregating political data.  Do you remember that       06:13:59
18   conversation?                                              06:14:02
19   A       I forgot about it, but, yes.                       06:14:02
20   Q       And in that conversation you were talking          06:14:04
21   about when a census block, when census blocks and          06:14:06
22   presincts do not align; correct?                           06:14:09
23   A       I was talking about when census blocks are         06:14:12
24   necessary within precinct boundaries.                      06:14:15
25   Q       It is my understanding that CVAP data is not       06:14:18
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                        300

```
 1   available at the census block level, so how would you        06:14:21

 2   use CVAP data to disaggregate election results?              06:14:24

 3   A       The same way, because unlike what I think you        06:14:30

 4   were inferring in the question about a nonalignment --       06:14:32

 5   Q       Yes.                                                  06:14:35

 6   A       -- census blocks always align to block groups,       06:14:35

 7   so there's always alignment, so it's exactly the same        06:14:38

 8   methodology that I discussed earlier.                        06:14:42

 9   Q       Okay.  And what components of the state's            06:14:44

10   database would you use for disaggregation?                   06:14:48

11   A       I would -- don't recall if Jacob                     06:14:51

12   Thompson-Fisher would have been the one that did that,       06:14:54

13   so I don't recall.  I don't even -- yeah, I don't            06:14:56

14   recall.                                                      06:14:59

15   Q       Do you ever use racial data to disaggregate         06:15:00

16   election results to census blocks?                           06:15:04

17           MR. MANOLIUS:  Objection, to the extent --           06:15:06

18   answer outside of the Prop 50 matter; otherwise, it's        06:15:10

19   legislative privilege.                                       06:15:13

20           THE WITNESS:  Yeah.  In the history of our           06:15:14

21   company and the way that we do work, we would not be         06:15:16

22   doing it like that.  That would not make sense.              06:15:19

23           MR. MEUSER Q:  Okay.                                 06:15:21

24   A       You would use generally population, citizen          06:15:22

25   voting age total population, because you're trying to        06:15:26
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                                301

```
 1   disaggregate votes cast or registered voter registration        06:15:29

 2   numbers.                                                         06:15:34

 3   Q        When creating the Prop 50 maps, what data sets          06:15:36

 4   did you use?                                                     06:15:40

 5            MR. MANOLIUS:  Objection.  Legislative                  06:15:41

 6   privilege.  I instruct you not to answer.                        06:15:43

 7            MR. MEUSER Q:  Mr. Mitchell, you're not                 06:15:46

 8   answering that question at the instruction of your               06:15:47

 9   attorney?                                                        06:15:49

10   A        Correct.                                                06:15:49

11   Q        Did you use election results when drafting the          06:15:50

12   Proposition 50 maps?                                             06:15:56

13            MR. MANOLIUS:  Same objection.  Instruct you            06:15:58

14   not to answer.                                                   06:15:59

15            MR. MEUSER Q:  And, Mr. Mitchell, you're not            06:16:00

16   answering my question at the instruction of your                 06:16:01

17   attorney?                                                        06:16:03

18   A        Correct.                                                06:16:03

19   Q        Which election results did you look at when             06:16:05

20   drawing the Proposition 50 maps?                                 06:16:11

21            MR. MANOLIUS:  Same objection.  Same                    06:16:13

22   instruction.                                                     06:16:15

23            MR. MEUSER Q:  And, Mr. Mitchell, you're not            06:16:16

24   answering my question at the instruction of your                 06:16:18

25   attorney?                                                        06:16:21
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    302

| | | |
|---|---|---|
| 1 | A        Correct. | 06:16:21 |
| 2 | Q        Mr. Mitchell, earlier today we were looking at | 06:16:22 |
| 3 | the atlas that you created for the DCCC; correct? | 06:16:26 |
| 4 | A        Yes. | 06:16:29 |
| 5 | Q        And in that there was the box of every single | 06:16:29 |
| 6 | congressional district where it showed the voter | 06:16:32 |
| 7 | registration numbers for that district; correct? | 06:16:35 |
| 8 | A        Correct. | 06:16:36 |
| 9 | Q        Where did you get that data that you used in | 06:16:37 |
| 10 | the atlas that you gave to the DCCC? | 06:16:41 |
| 11 | MR. MANOLIUS:  You can answer. | 06:16:45 |
| 12 | THE WITNESS:  I think a better way to state it | 06:16:46 |
| 13 | is that this data that is in that, on that map, its | 06:16:48 |
| 14 | origin is from the statewide database. | 06:16:53 |
| 15 | MR. MEUSER Q:  So when building the maps in | 06:16:58 |
| 16 | your software, the statewide database would tell you | 06:17:01 |
| 17 | what the political breakdown of that district is; | 06:17:07 |
| 18 | correct? | 06:17:12 |
| 19 | MR. MANOLIUS:  Objection.  Legislative | 06:17:12 |
| 20 | privilege, instruct you not to answer. | 06:17:18 |
| 21 | MR. MEUSER Q:  Mr. Mitchell, you're not | 06:17:22 |
| 22 | answering my question today because of the direction of | 06:17:23 |
| 23 | your attorney? | 06:17:25 |
| 24 | A        Yes. | 06:17:26 |
| 25 | Q        Okay.  Prior to working on Proposition 50 | 06:17:27 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    303

| | | |
|---|---|---|
| 1 | maps, when you're doing one of these hundred other | 06:17:30 |
| 2 | redistrictings, would you use statewide data, the | 06:17:33 |
| 3 | statewide database? | 06:17:38 |
| 4 | A       In prior redistrictings we do use statewide | 06:17:39 |
| 5 | database, yes. | 06:17:42 |
| 6 | Q       And when you draw a district using statewide | 06:17:43 |
| 7 | database, in your system does it tell you the political | 06:17:48 |
| 8 | registration number for each district? | 06:17:54 |
| 9 | MR. MANOLIUS:  Objection, vague.  You mean, as | 06:18:01 |
| 10 | a general matter, and outside the Prop 50 process? | 06:18:02 |
| 11 | MR. MEUSER Q:  My question specifically said | 06:18:06 |
| 12 | all of the examples prior to Prop 50. | 06:18:07 |
| 13 | MR. MANOLIUS:  Okay.  Thank you. | 06:18:10 |
| 14 | THE WITNESS:  I wouldn't use it at all.  We | 06:18:11 |
| 15 | wouldn't use voter registration when we do municipal | 06:18:13 |
| 16 | redistricting, because it's criteria that's prohibited, | 06:18:17 |
| 17 | so we exclude it. | 06:18:21 |
| 18 | And in the instances where we have put it in | 06:18:22 |
| 19 | have been infrequent and it would have been not for | 06:18:24 |
| 20 | municipal work.  Maybe in 2021 we would have put a PDI | 06:18:28 |
| 21 | voter file in there as analysis, but it's not something | 06:18:33 |
| 22 | that we regularly use in our datasets. | 06:18:36 |
| 23 | Q       So the atlas that you have put together that | 06:18:39 |
| 24 | has the racial breakdowns of Hispanics, correct, in this | 06:18:42 |
| 25 | atlas it has the breakdown of Hispanics in every single | 06:18:49 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    304

| | | |
|---|---|---|
| 1 | district; correct? | 06:18:53 |
| 2 | MR. WOODS:  Objection.  Mischaracterizes the | 06:18:54 |
| 3 | document.  It speaks for itself. | 06:18:56 |
| 4 | MR. MANOLIUS:  I'll join. | 06:18:57 |
| 5 | THE WITNESS:  The document has the racial | 06:19:00 |
| 6 | breakdowns by total population in the 2020 census and | 06:19:01 |
| 7 | through the CVAP, yes. | 06:19:05 |
| 8 | MR. MEUSER Q:  And has it for Hispanics; | 06:19:08 |
| 9 | correct? | 06:19:09 |
| 10 | A      Yes. | 06:19:09 |
| 11 | Q      And it has it for Blacks; correct? | 06:19:10 |
| 12 | A      Yes. | 06:19:12 |
| 13 | Q      And it has it for Asians; correct? | 06:19:12 |
| 14 | A      Yes. | 06:19:15 |
| 15 | Q      But it doesn't have it for whites; correct? | 06:19:15 |
| 16 | A      It has an "other" category and the other is | 06:19:18 |
| 17 | white and/or the -- there is a CVAP of Alaskan native, | 06:19:23 |
| 18 | it's AIAN, Alaskan native, and basically the Hawaiian | 06:19:30 |
| 19 | population and others like that, so there's -- that's in | 06:19:36 |
| 20 | the "other." | 06:19:38 |
| 21 | Q      Okay.  That particular dataset, you know, | 06:19:39 |
| 22 | the -- | 06:19:46 |
| 23 | A      American Indian Alaskan Native.  Sorry. | 06:19:47 |
| 24 | Q      In the atlas you have the breakdown of how | 06:19:50 |
| 25 | many people are in each population group.  Is that | 06:19:53 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                           305

```
 1    something that you print with all your other          06:19:57

 2    redistricting atlases that you do for other clients?  06:20:01

 3    A       Yes.  In different varieties, like I said, in 06:20:03

 4    Alaska it would show Alaskan native and not something 06:20:08

 5    else.                                                 06:20:11

 6    Q       Understand.  So you regularly print atlases    06:20:11

 7    for your clients that list out the racial breakdowns of 06:20:17

 8    each district and call it -- and insert it into your  06:20:21

 9    atlas; is that correct?  Is that a "yes"?             06:20:26

10    A       Yes.                                          06:20:29

11    Q       And here after Prop 50 you created an atlas    06:20:30

12    for the Legislature and it included in this atlas the 06:20:34

13    racial breakdowns of the various racial ethnicities for 06:20:37

14    each congressional district; correct?                 06:20:44

15    A       Yes.                                          06:20:46

16            MR. MANOLIUS:  Asked and answered.  You can    06:20:46

17    answer.                                               06:20:47

18            THE WITNESS:  Yes.                             06:20:48

19            MR. MEUSER Q:  So when, I am again asking       06:20:53

20    prior to Prop 50, when you're using your software and 06:20:56

21    you have drawn a district using the statewide database 06:21:03

22    you are able to see the racial breakdown of that      06:21:08

23    district; correct?                                    06:21:13

24            MR. MANOLIUS:  Objection.  Vague.  I am not    06:21:19

25    sure I understand the question.  You can answer, if you 06:21:20
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    306

```
 1   do.                                                    06:21:22

 2           THE WITNESS:  As a general rule, we normally   06:21:23

 3   would be able to, but it would be, there's so many     06:21:27

 4   different programs we use potentially it wouldn't be on 06:21:29

 5   or maybe it would be in another program, so not every  06:21:33

 6   time.                                                  06:21:37

 7           MR. MEUSER Q:  But you print that data in your  06:21:38

 8   atlases every single time; correct?                    06:21:40

 9   A       Yeah.  This is a stand alone separate program. 06:21:42

10   We throw a shapefile in and it produces this --        06:21:46

11   Q       Okay.                                          06:21:50

12   A       -- as a stand alone program.                   06:21:51

13           Your talking about when you're drawing         06:21:53

14   districts.  This isn't something you use when you're   06:21:55

15   drawing districts.  It's something you use to put out a 06:21:56

16   final product for a client.                            06:22:00

17   Q       Okay.  But you have the data of what the       06:22:02

18   racial breakdown is for every single district that you 06:22:07

19   use to put together the shapefile -- put together these 06:22:10

20   atlases; correct?                                      06:22:14

21   A       In my normal redistricting, course of my       06:22:14

22   normal business in redistricting --                    06:22:17

23   Q       Yes.                                           06:22:19

24   A       -- outside of Prop 50, yes.                    06:22:19

25   Q       And in Proposition 50 you created an atlas     06:22:21
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                              307

```
 1    associated with the work as a result of Prop 50;        06:22:24

 2    correct?                                                06:22:28

 3            MR. WOODS:  Objection, asked and answered.      06:22:28

 4            MR. MANOLIUS:  Same, join.                      06:22:29

 5            THE WITNESS:  Yes.                              06:22:32

 6            MR. MEUSER:  Julie?                             06:22:34

 7            MS. HAMILL:  May I project?                     06:22:48

 8                        FURTHER EXAMINATION                 06:22:48

 9    By: JULIE HAMILL, Attorney at Law, counsel on behalf of 06:22:48

10    the Plaintiffs:                                         06:22:48

11    Q       I just want to be clear --                     06:22:56

12    A       Yes.                                            06:22:57

13    Q       -- that you are refusing to answer any         06:22:57

14    questions regarding how or why you drew the Proposition 06:23:00

15    50 maps on the basis of legislative privilege?         06:23:04

16            MR. MANOLIUS:  I'm objecting to that and I'll   06:23:08

17    affirm it for you, yes, that is our position.          06:23:11

18            MS. HAMILL:  You're objecting to that          06:23:14

19    question?                                               06:23:15

20            MR. MANOLIUS:  No, I am just trying to -- the   06:23:16

21    answer to your question is yes.                         06:23:20

22            MS. HAMILL Q: I am going to ask it one more     06:23:23

23    time to make a clear record.                            06:23:24

24            I want to be clear that you are refusing to     06:23:26

25    answer any questions regarding how or why you drew the  06:23:28
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                      308

```
 1   Proposition 50 map on the basis of legislative          06:23:31
 2   privilege?                                              06:23:34
 3   A       Yes, upon advice of my counsel.                 06:23:34
 4           MS. HAMILL:  Thank you.                         06:23:36
 5           MR. MEUSER:  Okay.  I'll switch places with     06:23:41
 6   you.                                                    06:23:47
 7           MR. WOODS:  If you want to.                      06:23:47
 8           MR. MANOLIUS:  How much time is there?          06:23:47
 9           THE REPORTER:  33 minutes left.                 06:23:58
10           MR. WOODS:  I'll be very very quick.            06:23:59
11                        EXAMINATION                        06:23:59
12   By: S. CLINTON WOODS, Attorney at Law, counsel on behalf 06:23:59
13   of the Defendants:                                     06:24:10
14   Q       Good evening, Mr. Mitchell.  I may have         06:24:10
15   introduced myself off the record.  I am not sure if I  06:24:13
16   have.                                                   06:24:16
17           My name is Clinton Woods.  I am a Deputy        06:24:16
18   Attorney General from the State of California           06:24:18
19   representing the State defendants in this matter.       06:24:20
20           I just have a few questions and I want to be    06:24:24
21   very clear that in my questions I am not asking about   06:24:27
22   your work on Prop 50.  I am focusing on after you       06:24:31
23   submitted the maps or Redistricting Partners submitted  06:24:38
24   the maps.                                               06:24:44
25           I am not asking for any conversations or        06:24:44
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                        309

| | | |
|---|---|---|
| 1 | communications or anything that you would have learned | 06:24:46 |
| 2 | from your work with Prop 50, but as an individual | 06:24:49 |
| 3 | citizen, a California citizen, would it be fair to say | 06:24:52 |
| 4 | that you wanted Prop 50 to pass? | 06:24:58 |
| 5 | A    Yes. | 06:25:02 |
| 6 | Q    Okay.  Did you agree with the partisan aims of | 06:25:03 |
| 7 | Prop 50? | 06:25:08 |
| 8 | A    Yes. | 06:25:09 |
| 9 | MR. MANOLIUS:  Objection.  Vague as to the | 06:25:10 |
| 10 | term "partisan aims," but I think he understood the | 06:25:11 |
| 11 | question so -- | 06:25:14 |
| 12 | THE WITNESS:  I agreed to do it only because | 06:25:15 |
| 13 | of what Texas did.  Normally, I wouldn't agree to | 06:25:16 |
| 14 | partisan redistricting, but in this case, because of the | 06:25:19 |
| 15 | circumstances, I did agree to it. | 06:25:21 |
| 16 | MR. WOODS Q:  Understood.  Are you a register | 06:25:24 |
| 17 | Democrat? | 06:25:26 |
| 18 | A    Yes. | 06:25:28 |
| 19 | Q    Do you consider more Democrats in Congress to | 06:25:28 |
| 20 | be a good thing? | 06:25:31 |
| 21 | A    Yes, particularly right now. | 06:25:32 |
| 22 | Q    Okay.  Did you vote for Prop 50? | 06:25:35 |
| 23 | A    I did. | 06:25:37 |
| 24 | Q    Okay.  Would it be fair to say that after you | 06:25:38 |
| 25 | submitted the map that the public interviews that you | 06:25:41 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                310

1    did that counsel has been talking about, whatever other        06:25:45

2    public interviews or statements you might have made were       06:25:50

3    done with the aim of convincing people to vote for Prop        06:25:53

4    50?                                                            06:25:57

5    A        Clearly, that would have been one of the aims,        06:25:57

6    absolutely.                                                    06:26:00

7    Q        Okay.  Because you agreed with the partisan          06:26:00

8    aims of Prop 50; right?                                        06:26:03

9    A        Yes.                                                  06:26:04

10   Q        After you submitted the maps, I am a                  06:26:06

11   California citizen, I am guessing based on your                06:26:11

12   testimony so far, and please correct me if I'm wrong,          06:26:15

13   that you paid attention to the Prop 50 campaign?               06:26:18

14   A        Quite a bit, yes.                                     06:26:21

15   Q        Okay.  Did you see any political                     06:26:22

16   advertisements about Prop 50?                                  06:26:28

17   A        Quite a lot, yes.                                     06:26:29

18   Q        Okay.  Where did you see them?                       06:26:30

19   A        Mostly, on social media.  I didn't see the           06:26:32

20   YouTube ads, because I pay for the one where I don't           06:26:35

21   have to see the ads.                                           06:26:38

22   Q        Okay.  So did you see any ads on television?         06:26:39

23   A        I did see some ads on television.                    06:26:42

24   Q        Okay.  I am a sports fan so I saw a lot of ads       06:26:44

25   both for and against Prop 50 on every Warriors game that      06:26:48

| | | |
|---|---|---|
| 1 | I watched.  Did you see -- | 06:26:54 |
| 2 | A        I am a huge sports fan, but they weren't | 06:26:55 |
| 3 | putting the ads on my obscure Belgian bike races. | 06:26:58 |
| 4 | Q        Fair enough.  Fair enough.  Okay.  So you saw | 06:27:02 |
| 5 | these ads on the Internet? | 06:27:03 |
| 6 | A        Mostly, yes. | 06:27:04 |
| 7 | Q        Did you see or did you hear any ads on the | 06:27:05 |
| 8 | radio? | 06:27:09 |
| 9 | A        I heard ads on podcasts. | 06:27:10 |
| 10 | Q        Okay.  All right.  Were these ads pro-Prop 50 | 06:27:14 |
| 11 | or anti-Prop 50 or both? | 06:27:21 |
| 12 | A        Both. | 06:27:23 |
| 13 | Q        And I realize that this is a big question, but | 06:27:24 |
| 14 | can you give me an estimate of how many ads you saw on | 06:27:27 |
| 15 | line about Prop 50? | 06:27:33 |
| 16 | A        How many unique different ads? | 06:27:34 |
| 17 | Q        Sure. | 06:27:37 |
| 18 | A        Yeah.  So I saw probably a dozen different ads | 06:27:37 |
| 19 | and I saw them, many of them several times over and | 06:27:41 |
| 20 | over. | 06:27:46 |
| 21 | Q        Okay.  And when you say a dozen different ads | 06:27:46 |
| 22 | would that be pro-Prop 50, anti-Prop 50 or both? | 06:27:48 |
| 23 | A        Both. | 06:27:55 |
| 24 | Q        And you -- | 06:27:56 |
| 25 | A        Even the ones they put me in. | 06:27:57 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                      312

| | | |
|---|---|---|
| 1 | Q        Even the ones they put you in.  How many ads | 06:27:59 |
| 2 | did you see they put you in? | 06:28:03 |
| 3 |          MS. HAMILL:  Objection, relevance. | 06:28:06 |
| 4 |          THE WITNESS:  Four. | 06:28:09 |
| 5 |          MR. WOODS Q:  What's that? | 06:28:09 |
| 6 | A        Four ads. | 06:28:10 |
| 7 | Q        Oh, okay.  Let's see.  And how many ads did | 06:28:11 |
| 8 | you hear on a podcast? | 06:28:15 |
| 9 | A        Maybe, half a dozen.  It was not as frequent. | 06:28:17 |
| 10 | Q        Okay.  Of the pro-Prop 50 advertisements that | 06:28:23 |
| 11 | you either saw or heard, how many of those pro-Prop 50 | 06:28:27 |
| 12 | advertisements mentioned partisan gain? | 06:28:32 |
| 13 | A        I would say every one of them mentioned | 06:28:36 |
| 14 | partisan gain or anti-Trump, which is a cue for partisan | 06:28:41 |
| 15 | pushing back on Republicans, yeah. | 06:28:46 |
| 16 | Q        That was going to be my next question is how | 06:28:49 |
| 17 | many of them mentioned President Trump? | 06:28:51 |
| 18 | A        Almost every one of them. | 06:28:53 |
| 19 | Q        Almost every one.  How many of them mentioned | 06:28:54 |
| 20 | Texas? | 06:28:57 |
| 21 | A        Almost every one of them. | 06:28:58 |
| 22 | Q        Okay.  Of the anti-Prop 50 advertisements that | 06:29:00 |
| 23 | you saw -- | 06:29:05 |
| 24 | A        Uh-huh. | 06:29:05 |
| 25 | Q        -- and let me ask the question.  The ads that | 06:29:06 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    313

| | | |
|---|---|---|
| 1 | you were in, were those anti-Prop 50 ads? | 06:29:08 |
| 2 | A      They were the "No on Prop 50" ads, yes. | 06:29:10 |
| 3 | Q      How many of them, of those anti-ads mentioned | 06:29:14 |
| 4 | Democratic partisanship? | 06:29:17 |
| 5 | A      Almost every one of them, I think, yeah. | 06:29:20 |
| 6 | Q      How many of them -- you said about four of | 06:29:22 |
| 7 | them mentioned you; is that right? | 06:29:25 |
| 8 | A      Yeah. | 06:29:27 |
| 9 | Q      Okay.  And do you recall what they said about | 06:29:27 |
| 10 | you? | 06:29:32 |
| 11 | A      They would put me in a montage of legislators, | 06:29:32 |
| 12 | Governor Newsom, and special interests and shady, they | 06:29:37 |
| 13 | do like a shady image of me. | 06:29:44 |
| 14 | Q      You were in black and white? | 06:29:46 |
| 15 | A      On a couple of them, yeah. | 06:29:47 |
| 16 |        MS. HAMILL:  Objection.  Relevance. | 06:29:49 |
| 17 |        MR. WOODS Q:  I'll get there.  So they | 06:29:51 |
| 18 | mentioned you with, alongside Gavin Newsom; correct? | 06:29:53 |
| 19 | A      Yes. | 06:29:55 |
| 20 | Q      Other prominent Democrats? | 06:29:56 |
| 21 | A      Nancy Pelosi. | 06:29:59 |
| 22 | Q      Right.  Did you see any pro-Prop 50 | 06:30:00 |
| 23 | advertisements that originated from Republicans? | 06:30:06 |
| 24 | A      No. | 06:30:10 |
| 25 | Q      Did you see any anti-Prop 50 advertisements | 06:30:13 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    314

| | | |
|---|---|---|
| 1 | that originated from Democrats? | 06:30:19 |
| 2 | A       No. | 06:30:21 |
| 3 | Q       Of the pro-Prop 50 advertisements that you | 06:30:22 |
| 4 | saw, dozen or so, whatever they were, how many of those | 06:30:27 |
| 5 | pro-Prop 50 advertisements mentioned race? | 06:30:30 |
| 6 | A       Not one. | 06:30:34 |
| 7 | MS. HAMILL:  Objection.  Relevance. | 06:30:36 |
| 8 | MR. WOODS Q:  Of the anti-Prop 50 | 06:30:38 |
| 9 | advertisements that you saw, a dozen or so, how many of | 06:30:41 |
| 10 | those mentioned race? | 06:30:45 |
| 11 | A       I don't recall seeing that in any of those. | 06:30:48 |
| 12 | Q       Okay.  Would it be fair to say that you are a | 06:30:50 |
| 13 | close observer of California politics? | 06:30:54 |
| 14 | A       Yes. | 06:30:57 |
| 15 | Q       Okay.  Do you know as you sit here today | 06:30:58 |
| 16 | independent of any of your work what or who represents | 06:31:01 |
| 17 | California district 13 in Congress? | 06:31:08 |
| 18 | A       Adam Gray. | 06:31:12 |
| 19 | (Whereupon Plaintiff's Exhibit 24 | 06:31:12 |
| 20 | was marked for identification.) | 06:31:12 |
| 21 | MR. WOODS Q:  I am going to hand you what's | 06:31:15 |
| 22 | been marked as Exhibit 24. | 06:31:16 |
| 23 | Exhibit 24 is has been submitted to the court, | 06:31:26 |
| 24 | it's exhibit -- at the bottom you can see it's | 06:31:30 |
| 25 | Exhibit 43 to the Eason declaration, which is a | 06:31:35 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                           315

```
 1  declaration that my office submitted in opposition to      06:31:42

 2  the motion for preliminary injunction --                   06:31:45

 3  A       Okay.                                              06:31:47

 4  Q       -- and what it is is a copy of an article that     06:31:47

 5  was published on August 15th, and that was created by      06:31:51

 6  ABC 10.  And my first question is:  Have you ever seen     06:31:58

 7  this article before?                                       06:32:03

 8  A       No, I probably -- if I had seen it I would         06:32:05

 9  have clicked on the video, I'm lazy like that, so I        06:32:07

10  don't know what, if I saw the article.                     06:32:10

11  Q       Fair enough.  If you look at page two of the       06:32:12

12  exhibit and it's Bates numbered CA751 at the bottom, do    06:32:16

13  you see that?                                              06:32:23

14  A       Where am I looking, at the "About"?  Which is      06:32:24

15  about?                                                     06:32:28

16  Q       At the CA751.                                      06:32:29

17  A       I see that, yeah, yeah, yeah.                      06:32:31

18  Q       Okay.  Great.  So that page, if you see, if        06:32:32

19  you look at the -- well, first of all, the top paragraph   06:32:39

20  on that page, it mentions you.                             06:32:43

21          Do you see that?                                   06:32:45

22  A       "ABC 10 obtained a draft proposal," that one?      06:32:46

23  Q       Yes.                                               06:32:50

24  A       Yes.  Oh, yeah, "Headed by Sacramento-based        06:32:51

25  data consultant Paul Mitchell."                            06:32:54
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                316

| | | |
|---|---|---|
| 1 | Q      That's you? | 06:32:56 |
| 2 | A      That is me. | 06:32:56 |
| 3 | Q      Okay. | 06:32:57 |
| 4 | A      I drew the maps. | 06:32:57 |
| 5 | Q      All right.  And there's a quote there that | 06:32:59 |
| 6 | says, "There's the changes where we sought to increase | 06:33:02 |
| 7 | the partisanship of a district so that we could get a | 06:33:07 |
| 8 | Democrat elected in order to combat what Trump is | 06:33:10 |
| 9 | doing." | 06:33:14 |
| 10 |        Did I read that correctly? | 06:33:14 |
| 11 | A      That is correct. | 06:33:16 |
| 12 | Q      Do you believe that you said that? | 06:33:17 |
| 13 | A      Yes. | 06:33:19 |
| 14 | Q      There's an additional quote.  "Then there's | 06:33:20 |
| 15 | the other districts, where you might see people moving | 06:33:23 |
| 16 | because of all of the other movements." | 06:33:26 |
| 17 |        Did I read that correctly? | 06:33:29 |
| 18 | A      Yes. | 06:33:30 |
| 19 | Q      Do you believe you said that? | 06:33:31 |
| 20 | A      Yes. | 06:33:32 |
| 21 | Q      Okay.  And then moving further down this page, | 06:33:33 |
| 22 | about halfway down, a little bit more than halfway down | 06:33:37 |
| 23 | there's a paragraph that is a quotation that is | 06:33:39 |
| 24 | something that you said and I am going to read it here. | 06:33:43 |
| 25 |        It says, "We have these five Democratic | 06:33:47 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    317

| | | |
|---|---|---|
| 1 | pick-ups, but we also have about five seats where we | 06:33:51 |
| 2 | have Democrats who, you know, maybe won by a couple | 06:33:55 |
| 3 | hundred votes in the last election and we can't afford | 06:33:59 |
| 4 | for a Republican to pick that seat up and eat into those | 06:34:02 |
| 5 | potential gains." | 06:34:06 |
| 6 | Did I read that correctly? | 06:34:08 |
| 7 | A      Yes. | 06:34:09 |
| 8 | Q      All right.  Do you believe you said that? | 06:34:10 |
| 9 | A      Yes. | 06:34:11 |
| 10 | Q      And then the quote continues, "So we did a lot | 06:34:13 |
| 11 | to bolster Democratic candidates up and down the state | 06:34:16 |
| 12 | that are potentially in tough races, like Adam Gray in | 06:34:20 |
| 13 | the Central Valley." | 06:34:23 |
| 14 | Did I read that correctly? | 06:34:25 |
| 15 | A      That is correct. | 06:34:26 |
| 16 | Q      Do you believe you said that? | 06:34:27 |
| 17 | A      Yep.  That's not even August 15th.  That's a | 06:34:28 |
| 18 | very quick reporter. | 06:34:35 |
| 19 | Q      All right.  Let me just check my notes.  I | 06:34:37 |
| 20 | think that's all I have. | 06:34:50 |
| 21 | A      Thank you very much. | 06:34:52 |
| 22 | MR. WOODS:  Thank you, Mr. Mitchell. | 06:34:53 |
| 23 | THE VIDEOGRAPHER:  Is that everyone?  All | 06:34:57 |
| 24 | right.  The time is 6:34 p.m. | 06:34:58 |
| 25 | MR. MANOLIUS:  I have a few. | 06:35:02 |

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                    318

```
 1              THE VIDEOGRAPHER:  This is the end of today's      06:35:03

 2     deposition.                                                 06:35:05

 3              THE REPORTER:  Mr. Meuser, you're responsible

 4     for the O&1?

 5              MR. MEUSER:  Yes, and I want a rough draft

 6     ASAP.

 7              MS. HAMILL:  Rough draft and certified

 8     electronic copy ASAP.

 9              MR. WOODS:  Rough draft and certified copy.

10              MR. MANOLIUS:  Rough draft and certified copy.

11              MR. DeNEVERS:  Certified copy electronic.

12              MR. DODGE:  Certified copy electronic.

13              THE REPORTER:  Thank you.                          06:35:05

14              (Whereupon the proceedings were                    06:35:05

15              concluded at 6:35 p.m.)                            06:35:06

16

17

18

19

20

21

22

23

24

25
```

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025                                     319

1          CERTIFICATE OF CERTIFIED SHORTHAND REPORTER

2              I, LINDA J. HART, the officer before whom

3     the foregoing deposition was taken, do hereby certify

4     that the foregoing transcript is a true and correct

5     record of the testimony given; that said testimony was

6     taken by me stenographically and thereafter reduced to

7     typewriting under my direction; that reading and signing

8     was not requested; and that I am neither counsel for,

9     related to, nor employed by any of the parties to this

10    case and have no interest, financial or otherwise, in

11    its outcome.

12             IN WITNESS WHEREOF, I have hereunto subscribed my

13    signature on this 29th day of December, 2025.

14

15

16

17

18                          _____

19                          LINDA J. HART, CSR #4357
                            RMR/CRR

20

21

22

23

24

25

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

## $

**$0.33**
235:3

**$108,000**
56:2 234:3,
14,19

**$108,333.33**
234:20

**$108,333.34**
234:22

**$325,000**
233:23
236:9

## 1

**1**
11:14 20:14,
17

**1,000**
283:21

**10**
101:9
103:25
104:13
125:19,21
127:7
130:14
132:11
133:5
134:22
138:16
147:22
148:3 152:4
154:19
161:18
177:6
186:21
188:4,9
202:20,21

205:18
217:20
247:1
288:16
315:6,22

**10-minute**
163:17
296:17

**10-percent**
87:20 255:1
290:8

**100**
18:20 158:8
162:23
188:6 267:9

**100-mile**
189:25

**10:08**
11:2,20

**10th**
11:1,19 22:8
194:2,5

**11**
55:19
109:21
119:22
172:20
178:9,11,15
202:24
213:4
214:17,18
218:22

**11:09**
62:17

**11:22**
62:21 63:2

**11:33**
75:22 76:17

**12**

55:19 73:8
109:17
125:24
181:18,24
185:13,17
203:3 213:4
295:4

**120**
39:1

**124**
39:3

**12:11**
100:10,13

**13**
58:13 104:2,
4,10 112:9,
19 113:18
114:7 115:7
127:15
135:23
189:13,15
203:6 205:3
256:24
265:10
266:16
275:20
280:13
314:17

**14**
104:10
109:19
113:18
114:7 115:7
166:5,10
167:22
190:14,17
203:9 265:9
276:24
287:12,15
293:11,19,
22 294:20

**14th**
47:9 48:7,18
49:7 50:3,
11,23 51:1
55:12 59:1
60:7,9,11

**15**
69:17 118:5
194:10,11,
21 195:21
203:12
206:18
210:16
265:9
277:22

**15-minute**
247:1

**1500**
11:4,22
62:24
100:20
164:1
184:23
247:12
297:5

**15th**
30:3 48:18,
22 51:1
53:11 58:13,
21,23 60:9,
15,20 61:4
65:25 67:5
68:7 70:8
73:23 74:14
75:12,21
76:5,17
86:13 87:5
100:25
102:2 164:5
165:5,14
169:16
170:17

172:13,14
189:21,22
191:5
192:11
214:21
219:23,25
220:3
235:13
238:18,19
239:18
240:8,13,21
241:4,5,8,9,
12 242:9
243:19
244:8,14,18
245:1 255:6,
14,18
274:17
276:18
315:5
317:17

**16**
45:18 47:1
69:18 112:9,
19 203:15
204:20,21,
23 217:1,2,
16 218:7,13
263:15,20
275:22
284:21
288:23
293:18

**17**
130:2 132:8
141:21
142:6
143:17
203:18
220:9,10,13,
16,17
263:20
273:1,8

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

**17th**
118:11
131:25

**18**
109:5
142:11
203:21
205:3 224:5,
12 277:22

**180**
21:20

**1822**
222:19

**19**
46:3,4
130:12
139:15
204:2,3
213:20
222:2 223:3,
6 224:1
227:3,7
255:1 264:9
277:22

**19th**
172:13

**1:00**
185:21

**1:04**
100:15,17

**1said**
146:11

**1st**
186:5 242:9,
10,11 243:4,
20 244:8,14,
18,25
246:20

**2**

**2**
21:10,12
150:21
167:25
218:5,9

**20**
15:4 39:23
93:7 109:5
112:9,19
120:5
130:17
210:3,5
227:13,15

**200**
70:1,5

**2008**
40:19

**2010**
257:20

**2010-ish**
118:6

**2011**
115:22
257:11,20
258:11
260:13
298:25

**2012**
256:24
257:9,11

**2013**
257:9,11

**2019**
222:3 224:2

**2020**
197:12
198:2 304:6

**2021**
115:22
116:13,16
122:12,17
123:5,19,23
124:4,7,25
125:15,22
126:22
136:24
137:3,19
140:4,15
144:6,11,13,
15 147:19
148:22
153:16
181:17
198:20,21
206:9,22
207:16,18,
20,23,25
208:3,4,24,
25 216:18
217:6
218:12
222:23
259:7,19,20
260:4,19
277:4,6
294:22
303:20

**2021's**
212:17

**2022**
222:18,20,
22

**2023**
222:3,20
223:1,21
224:2

**2025**
11:2,19 22:8
23:11 25:24

43:4,14 46:6
49:3,7 58:13
100:25
102:3 118:9
131:25
144:10
178:18
179:2
214:21
255:6
287:20
293:9

**2031**
110:16

**20th**
178:18
194:3,5

**21**
166:6,10
167:22
205:3
227:25
228:1

**22**
95:14
168:15
205:3
228:10,16
280:5

**23**
121:9,13
205:20,21
207:25
222:3 223:3,
7 224:2
234:5,8
287:12

**23rd**
207:23
230:21

**24**
109:21
121:10,13
125:3 126:1
127:5 130:2
132:8,10,21
205:21
210:2,4,5
246:20
278:10,14,
17 314:19,
22,23

**24th**
125:22
207:20
208:3 265:3,
4,8

**25**
132:21
135:3
139:14,15
141:22
205:3
210:18,19
278:10,14
291:2,12

**26**
166:3,6
167:22
168:15

**26th**
20:20

**27**
95:15
141:21
145:10

**28**
141:22
145:12,17

**29**
205:3

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

288:21
291:22

**2:25-cv-10616-jls-wlh-kkl**
11:18

**2:27**
163:19

**2:41**
163:23

**2nd**
29:25 30:5, 18,21 31:12, 23 58:14 69:23 70:8 164:5 165:4, 13 169:15 170:16 219:23 220:3 221:15 238:7,18 239:17 240:8,13,21 265:3 274:17 276:17 287:20

---

**3**

**3**
22:6,9

**30**
172:20 292:24

**31**
205:3 295:21

**33**
205:3

234:25
308:9

**333.33**
234:16

**34**
205:3 234:24 279:25

**35**
132:25 138:11 205:3 210:23

**36**
213:23

**37**
181:18,24 214:2

**38**
205:3

**39**
205:3

**3:09**
184:16

**3:22**
184:20

**3rd**
46:5,18 47:8 48:5 49:3,7, 10,13 50:3, 11,17,23 51:1 53:11 55:13 220:18 221:16

---

**4**

**4**
44:21,24

55:11 175:5

**40**
138:11 139:5

**41**
139:8 147:18 205:3 208:10 209:15,19, 20 210:15 295:17

**42**
139:6 211:1, 3

**43**
181:18,24 214:3 314:25

**4357**
13:11

**45(c)**
190:1

**46**
205:3

**4:48**
247:5

**4:56**
247:9

---

**5**

**5**
56:7,11 175:4,6 205:21 233:19

**5'10"**
22:1

**5-foot-7**
21:14,16

**50**
20:8 23:12 25:3,8,19 27:3,12,17 28:5,15 31:13 32:12 33:1,6,9 35:13,22 41:15,17 42:3,5,10,12 44:2,14 50:5 53:17 60:8, 21 69:22 71:16 75:24 76:21 80:8, 14 81:11 84:17 85:1, 9,18 86:13 88:16,23 89:4 93:10, 17 96:12,22 97:14 98:9 99:7,12,15 102:13 108:9,15 109:9,14 111:22 114:20 115:12,18 118:15,17 119:12,16 121:6 122:7 123:25 124:18,22 133:23 134:16,18, 24 137:10, 14,20 138:25 140:8,12 144:5,12

147:22
151:21
152:20,22
153:10
157:3 158:6
160:9,14
161:11
162:17
163:1,13
164:6
166:19,21,
23 167:2,6,
24 168:1,20
169:16,19
170:1,4,7,
10,14,17,20,
23 171:1
172:22
174:6,17
175:19
176:18
177:8 178:3,
7,12 179:25
181:23
183:24
194:14
199:5
200:20
201:13
211:23,24
215:17
224:24
230:11
231:5,8,16,
17,21 236:4
239:1
246:23
248:6
254:12
258:14,18
260:8 261:1
263:6,9
264:3,17,25
265:3,21

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

266:4
267:11,15
268:9,11
269:19
277:10,14
288:7
289:16
290:14
292:12,25
293:25
294:7,11
300:18
301:3,12,20
302:25
303:10,12
305:11,20
306:24,25
307:1,15
308:1,22
309:2,4,7,22
310:4,8,13,
16,25
311:10,11,
15,22
312:10,11,
22 313:1,2,
22,25 314:3,
5,8

**50-percent**
97:22 98:6
139:4,7

**500**
11:3,22
62:24
100:20
164:1
184:23
247:12
297:5

**52**
103:7,16,23
105:6 124:8
129:10,20

143:2
158:21
159:20
160:21
161:16
205:4
211:10,23
220:14
221:14

**53**
124:8
129:10,20
143:2

**54**
158:21
159:20

**545**
22:2

**55**
160:21
161:17

**56**
158:19

**57**
158:20

**59**
190:19
193:6

**5:42**
67:5

**5:56**
67:13 68:7
71:4

**5th**
20:19

**6**

**6**
63:5,8 67:2

75:13 90:6

**60**
158:12

**63**
157:7,14
158:12

**65**
158:12

**6:01**
296:23

**6:02**
73:23

**6:11**
297:2

**6:34**
317:24

**6:35**
318:15

**7**

**7**
74:24 75:1
248:22

**8**

**8**
100:24
101:1 104:1
141:18
177:6
248:22
288:23

**9**

**9**
115:7
117:13,16
127:1 135:3

139:15
166:3 177:6
248:22

**90**
181:13

**A**

**a.m.**
11:3,20
62:17,21
63:3 75:22
76:17
185:21

**AAPI**
228:20

**AB604**
89:19,22
194:19

**abandoning**
107:4

**ABC**
315:6,22

**abide**
253:21

**ability**
17:6 155:11,
21 156:18
159:19,21
161:12
178:1
212:24
286:25
289:21
291:20

**absent**
77:22

**absolutely**
34:17
169:11

224:24,25
265:6 310:6

**abstract**
32:14

**abundantly**
281:22

**acceptable**
149:22
150:11

**access**
34:7 188:23
189:5,7
191:7
229:22

**accessible**
34:6

**account**
171:19
229:23
298:3

**accountant**
297:25
298:4,21,24
299:2,6

**accountant's**
24:11

**accounting**
299:2

**accounts**
61:25

**accurately**
147:2

**acknowledge**
77:2

**ACLU**
257:12

**acquainted**
118:2,4

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

**ACS**
222:20,21
223:7
224:13
225:21
226:19

**Act**
15:13 77:11,
15 78:22
79:1,11,15
80:9 81:1,8
96:12,18,24
97:2,24
107:10,21
108:2,22
149:14
150:22
151:15
153:25
154:15
166:18,19
167:2,9,17
168:17
175:4,11,16
199:1 202:7
218:6,9
251:10
254:9,11
257:3
267:23
268:16
269:1,2,4,6
273:11
274:14,20
275:3,8
278:11,23
279:10,14,
19 285:5,19
286:2,12
287:13,21,
24 288:5
290:5
291:15,17,

21

**action**
20:18 22:7
54:25 121:3
190:5

**actions**
54:11

**active**
83:18

**actual**
106:14
108:3 259:4,
8

**ad-libbing**
133:12

**Adam**
314:18
317:12

**add**
47:16 50:7
88:9 204:17

**added**
168:17
214:14

**addendum**
222:9

**addition**
255:21

**additional**
122:14
134:9
138:25
139:12
163:7
251:11
316:14

**address**
24:9 87:22
298:16

299:7

**adds**
233:6

**adjudicate**
290:6

**adjust**
176:10

**adjusted**
38:16,17,19
224:4

**adjustment**
62:9

**administrative**
24:13

**adopting**
90:12 128:2
248:4

**adoption**
267:21

**ads**
310:20,21,
22,23,24
311:3,5,7,9,
10,14,16,18,
21 312:1,6,
7,25 313:1,2

**advance**
231:7

**Advancement**
255:25

**advantage**
103:16
105:6
111:23
181:12

**advantageous**
181:6

**advertisements**
310:16
312:10,12,
22 313:23,
25 314:3,5,9

**advice**
99:3 308:3

**advise**
64:13

**advising**
129:1

**advocacy**
53:9,20 60:4
143:21
177:15,19
180:5 260:2,
3,6 261:12
263:1

**advocate**
139:19
177:24
208:8
269:14

**advocated**
116:6
122:21
134:10
136:23
137:2

**advocating**
113:8 124:5,
15 125:1
140:16,17
141:6,10,15
144:16,17
179:25
180:5

181:16
207:2

**affect**
175:8

**affirm**
105:21
108:24
307:17

**afford**
317:3

**afraid**
53:24

**afternoon**
185:4

**age**
132:25
138:11
202:8
210:23
218:7
300:25

**agencies**
269:1

**agency**
82:12 83:19
84:11 98:20,
24,25 99:1,
2,4 108:4
193:10
260:1

**agent**
24:7

**aggregate**
152:14

**agnostic**
154:12

**agree**
148:17,24
150:4

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

159:25
160:18
161:3,16
224:1
230:16
232:13,24
233:11
269:5 283:1,
15 309:6,13,
15

**agreed**
233:23
309:12
310:7

**agreement**
28:4,8,11,
12,13 31:2,
6,7,8 56:8
57:4,20
58:11,12,19
59:15

**agricultural**
83:7

**Aguilar**
165:4
239:23
240:4
242:17

**Ah-ha**
249:5

**ahead**
13:20 34:20
44:4 74:4
75:18
216:25
220:5 224:9
255:21
257:23
274:10
280:23
289:1

296:17
297:21

**AIAN**
304:18

**aim**
310:3

**aims**
309:6,10
310:5,8

**air**
116:21

**aired**
214:22

**Alaska**
80:1 305:4

**Alaskan**
80:2 304:17,
18,23 305:4

**Alexandra**
169:17

**align**
299:22
300:6

**aligned**
141:14
206:12

**alignment**
254:2 300:7

**aligns**
55:22

**Allen**
170:21

**allocation**
163:6

**allowed**
52:2 211:24

**allowing**

78:19
130:19
210:9

**almond**
83:3,5

**alongside**
313:18

**alternate**
143:18

**alternative**
89:22 111:7,
21

**Ambiguous**
40:12 236:6

**amend**
55:7 75:25
91:13,22
92:1,6
93:11,17,25
130:23
220:4

**amendment**
248:6

**amenity**
91:10

**America**
12:3,24

**American**
222:5,8
223:22
226:7
255:24
304:23

**Amicus**
256:19

**amount**
211:21
212:1
234:12

**Ana**
62:9

**analyses**
23:7 208:6
238:1

**analysis**
15:22,23
23:10
130:19
138:5,6,16,
17,21
153:15
159:21
161:13
166:18,19
167:2,6,10,
18,23
168:16
210:9
236:12,13,
16,18
256:21,25
257:4,7,12
303:21

**analysts**
175:10

**and/or**
304:17

**Andreas**
298:20,22,
23,24 299:3,
8,10

**Andreas's**
299:4

**Angeles**
17:11 18:14,
20 121:17
122:15
124:6
127:12
130:8

189:14,19,
24 190:7
206:3
213:25
225:2,6,13
264:20
295:8,19

**Angelique**
87:12

**answering**
197:22
201:25
209:24
232:17
233:2,15
237:7,23
238:4
248:14
254:15
258:21
262:11
269:24
271:23
276:13,22
277:18
287:9
288:11
292:21
295:1 301:8,
16,24
302:22

**anti-ads**
313:3

**anti-prop**
311:11,22
312:22
313:1,25
314:8

**anti-trump**
312:14

**anymore**

110:7 130:3

**apologies**
148:6

**apologize**
52:16 87:1
166:8

**app**
34:5

**apparently**
20:2

**appearance**
20:19
119:19

**appeared**
11:7

**appearing**
11:24 13:12
189:22
190:7

**appears**
75:11
191:19
289:13

**applies**
28:22 77:16
161:18

**apply**
29:3 77:23

**approach**
144:3

**approaching**
153:1

**approved**
20:11

**approximately**
187:17
239:4

245:12

**arbiter**
290:21

**area**
40:18 84:6
91:12
127:11
130:20
131:3,4
142:12,18
163:8
182:20
210:10
213:5
290:18

**areas**
83:7 142:18
151:14
160:1 161:8,
18 179:25
212:12

**argue**
154:14
177:16

**argued**
112:25

**arguing**
285:13

**argument**
143:4,6,14
144:2

**argumentative**
122:2

**arguments**
80:3 142:15
143:3
144:15
150:23

**Armenian**
84:4 150:24
151:2

**Armenians**
80:4

**Armenta**
26:10 32:5
259:12,13,
14,15,18
260:8

**Armenta's**
259:21

**Arnold**
12:18

**Array**
11:24 13:12
63:2 100:22
164:3
184:25
247:14
297:7

**arrested**
39:3

**article**
62:6 128:9
178:11,17,
20 179:9,21
227:21
315:4,7,10

**articles**
226:23
231:12

**articulate**
134:12

**articulating**
124:24

**ASAP**
318:6,8

**Ashby**
87:12

**Asian**
54:24 79:25
80:6,21
112:13

**Asian-american**
232:21

**Asians**
304:13

**assembly**
52:19 99:6
165:6 172:9
246:9

**assert**
43:16

**asserting**
25:6 27:8,10
29:23 146:9

**assessment**
250:8

**assign**
39:22,24
40:1,6,7

**assigned**
38:8 98:23

**Associates**
13:12

**association**
111:18

**assume**
173:9 229:3

**assuming**
53:15 235:6
243:11

**assumptions**
37:17,21,23

**atlas**
193:9,25
194:3,7,15,
19 195:7
197:15,17
198:15
199:8
208:11
210:16
211:2
221:18
223:21
291:24,25
302:3,10
303:23,25
304:24
305:9,11,12
306:25

**atlases**
223:6
226:11
305:2,6
306:8,20

**attach**
68:10
226:24

**attached**
65:20 68:8
101:7,12,13
138:17
149:6
191:15
207:7

**attachment**
126:7,11,18,
21

**attempt**
212:19

**attempting**
54:10

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

**attendance**
83:8

**attention**
45:3 94:11
98:8 104:2
108:16
109:18
121:9
139:14
166:5
172:19
310:13

**attorney**
13:23 16:19,
20,23 51:17
98:7 154:1
175:12
185:2
209:25
232:18
233:3,16
236:17
237:8,17,24
238:5
248:15
254:16
262:12
266:14
269:25
272:1,11,20
275:18
276:14,22
277:20
281:19
282:5
287:10
292:22
301:9,17,25
302:23
307:9
308:12,18

**attorney's**
112:7 216:7

**attorney-client**
23:17 154:5
187:23
189:10
242:1
248:11

**attorneys**
97:23 98:13,
14 99:5
108:2
150:21
236:4,8,12,
15 258:22

**audience**
107:4

**August**
30:3 46:5,18
47:8,9 48:5,
7,18,22
49:3,7,10,13
50:3,11,17,
23 53:11
55:12,13
59:1 60:7,
15,20 61:4
65:25 67:5
68:7 70:8
73:23 74:14
75:12,21
76:5,17
86:13 87:5
99:20
100:25
102:2
103:14
164:5 165:5,
14 169:16
170:17
172:14
191:5
192:11
194:2,3,5

214:21
219:24,25
220:3
235:13
241:11
242:9,10,11
243:4,20
244:8,14,18,
25 245:1
246:20
255:6,14,18
265:3,4
274:17
276:18
315:5
317:17

**Aulisi**
13:6

**author**
92:4 156:12
179:20

**average**
222:3,5
224:3

**avoid**
64:20

**aware**
41:13 43:7,9
48:22 59:5,
17,23,24
60:3,5 72:19
89:25 94:9,
25 111:6,20
112:3
116:15
196:9 198:5
207:9,10
211:8
218:12
225:12
272:22
274:16

**awhile**
213:24

---

**B**

**back**
40:19 47:23
62:20 63:10
64:5 68:11
69:4 71:2
76:12 90:6
92:21
100:16
109:21
114:4
119:12
124:16
126:23
128:14,16
130:13
131:23
132:20
134:14
135:2
136:23
139:18
141:17
142:24
143:1
145:24
147:8
154:18
163:22
166:2,18
171:9,17,19
184:10,19
201:2 205:1
208:16
214:7 241:3,
7,12,13
247:8,15
286:14
297:1,12
312:15

**backwards**
228:18

**bad**
21:21
105:14
151:16
208:16

**ball**
32:20

**ballot**
20:12 23:12
42:13,17
61:13 94:22,
24 95:2,6,
11,12,15
113:12
115:2
118:17
179:5,6
211:24

**ban**
151:2

**bank**
298:1,3

**banner**
253:8,10,12

**bar**
269:6

**barbecues**
151:3

**barred**
281:14

**based**
39:15 90:1
93:16,18
94:2 98:24
112:7
124:21
140:13
161:9,12

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

162:20
165:2 168:7
201:14
211:21
268:2
292:19
310:11

**basement**
221:8

**basic**
91:23

**basically**
39:11
113:16
139:17
254:2 259:9
304:18

**basis**
86:22
119:10
307:15
308:1

**Bates**
56:9 63:6,23
75:4 191:22,
24 192:3,5
234:8
315:12

**Bay**
213:5

**BBQ**
151:2

**Beach**
132:24
137:24,25
138:8,10
139:10,11
141:8,12
206:14
210:21,22
211:3,4

**beginning**
62:22 92:21
100:17
130:15
163:23
184:20
193:16
247:9 297:2

**begins**
11:12 46:3
56:9 92:17

**behalf**
11:24 12:5,
7,9,12,15,
19,21,25
13:2,6,12,23
63:2 100:21
164:2
184:25
185:2 231:4
247:14
277:5 297:7
307:9
308:12

**beings**
54:4

**Belgian**
311:3

**belief**
279:18

**believed**
129:19
141:9 232:5,
7

**belonged**
295:17

**Ben**
170:21

**Bennett**
169:20

**Berkeley**
193:23

**Berman**
170:1

**bicycle**
238:7,8

**bidding**
90:11

**bifurcated**
159:18

**big**
279:24
311:13

**bike**
30:7 238:12,
13,15 311:3

**bill**
92:2,4,15,
16,17,22,25
93:2 95:1
164:6 245:2,
16,17 265:5

**bills**
89:20 164:6,
10

**bit**
17:3 26:24
97:18
133:12,17
150:10
213:2 230:2
258:4 270:2
296:4,10
310:14
316:22

**black**
55:3 79:25
80:6,21 84:5
177:17,23,
24 178:13

179:12
180:1,4,7,
10,14,23
181:6,14
313:14

**Black-influence**
181:24

**Black-influenced**
177:7 178:3

**Blacks**
304:11

**blank**
40:5,6

**blanking**
52:21 244:2

**block**
38:24 39:18,
21,23,25
40:2,3,4
62:8 89:14,
15 213:1,3
299:21
300:1,6

**blocks**
39:7,15,17,
23 40:6,7
62:10
299:21,23
300:6,16

**bluff**
42:21
102:14

**board**
77:17 83:17
269:3

**Bob**
240:19

**bold**
132:13
152:10

**bolster**
173:25
317:11

**bolstered**
172:25
293:3
294:16

**bonus**
136:7,13

**bookkeeper**
299:7,11

**bosses**
90:11

**bottom**
45:15,25
56:9 63:6
67:2 68:4
71:23 90:9
148:7,11
154:20
211:11
217:22
314:24
315:12

**bought**
55:12

**Boulevard**
82:18

**bound**
175:3

**boundaries**
78:13,14
148:15
149:11,17
299:24

**boundary**

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

62:9 212:6,
16

**box**
116:23,24
117:3 174:4,
17 197:12,
16 302:5

**boxes**
188:4

**Boy**
177:2

**Brad**
239:23

**break**
62:12,14
163:17
165:11
247:1,3
288:14,15
296:17

**breakdown**
302:17
303:25
304:24
305:22
306:18

**breakdowns**
303:24
304:6 305:7,
13

**breaks**
292:10

**Bridgett**
11:3,22
12:11 62:23
100:19
163:25
184:22
247:11
297:4

**briefly**
227:18
264:21

**bright**
290:21

**bring**
49:9,12
186:9,13

**Brinken**
240:18

**broad**
37:24 111:4

**broadly**
52:25
287:23

**brought**
187:7

**browser**
73:4,6

**Bryan**
99:7

**Bryan's**
100:5

**budget**
110:14

**bugging**
211:7

**building**
302:15

**built**
37:17

**bullet**
132:13
133:18
135:4 137:1,
5,10,18
138:4 209:7,
11

**burden**
190:6

**burdened**
190:2

**burdensome**
186:25
213:17

**busily**
187:16

**business**
252:22
306:22

**butchered**
262:14

**buy**
37:2

**bypassed**
211:25

**byproduct**
150:16
151:8 207:9

---

**C**

**CA**
64:18

**CA751**
315:12,16

**Cabaldon**
53:4

**Cal**
229:10

**Cal-poly**
229:7,10
232:11

**Caldians**
80:4,5

**calendar**

241:15,16,
20,21 242:4,
5

**California**
11:4,6,17,23
12:6,8 15:13
23:11 27:11
36:8 37:1
40:11 43:3,
12,13 54:24
62:25 79:20,
24 80:6,15,
20 81:18
82:22 89:3
95:21 96:10
100:20
103:17
109:13
122:22
139:18
140:9,15,23
141:14
161:14
164:1 175:3,
8 183:1,19
184:23
193:15
195:22
211:8,13
221:22
225:2 226:8
238:16,21
239:2,9,11,
14,18,19
240:22
242:13
243:25
247:12,25
248:2 251:4
253:19,21
254:25
257:2 258:6
259:17

266:18,25
267:5,13,20
271:12,16,
17 290:5
291:14,17,
20 297:5
308:18
309:3
310:11
314:13,17

**California's**
178:13

**call**
72:17 89:16
92:24 96:24
106:6
111:14
117:23
172:2 193:9
208:14
242:22
257:6
263:16
280:14,15
305:8

**called**
11:9 36:13
42:12 46:6
76:9 95:12
127:16
132:22
189:13
190:17
191:5 193:9
210:19
217:6 244:7

**calling**
112:1 201:3
227:8
284:22

**calls**
17:18 19:12,

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

23 27:5,23
28:16 30:23
32:9 33:2
35:11 42:14,
23 44:4
47:17 48:14
50:7,12
54:14 57:10,
22 58:5,7
59:11,21
60:25 61:6,
17 62:2 66:2
67:18,25
68:14 70:2
71:10 72:3,
11,22 73:13
74:3,15
75:16 76:24
78:2 79:2,21
80:10,23
81:4 83:24
84:18 85:11,
19 88:17
89:6,12,23
90:3,16,19
91:2,16,17,
19 92:8,11
93:12,13
94:17 95:23
96:7,13
97:13 98:10
102:15
108:11
110:8,10
114:14
119:2 122:1
126:12
129:7
131:16
133:14,25
135:15
138:18
141:1
142:22

144:7 145:4
147:24
150:6 153:7,
11 154:3,7
155:17
156:5,23
157:22
159:4 160:5,
11 161:20
164:12
166:23
169:1
171:14,20
174:23
176:22
177:12
178:21
179:19
180:17
182:1 183:4,
6 211:14,15
212:8
218:15
241:25
250:9,10,21
253:22
264:5
278:24
284:1
285:22

**calmly**
273:9,18
274:5,7

**Caltech**
227:11,14
229:10

**Calvert**
145:6,8,25
147:8,19
295:11,18

**Calvert's**
135:24

136:8
209:19

**campaign**
12:16
299:12
310:13

**campaign's**
231:9

**campaigning**
118:19

**campuses**
83:9

**candidate**
141:10
157:17
159:22
161:13

**candidates**
158:23
160:3,20
168:2,11
182:25
183:18
317:11

**capacity**
27:19 29:19
43:21 93:19
231:4

**capitol**
11:3,22
62:24
100:20,24
102:2 145:1
147:5 164:1
172:1 184:8,
23 214:16
247:12
257:23
261:16,23
265:17,19
266:22

270:14
271:3,7
273:9,15
275:22
278:3,19
279:7 280:3
297:5

**care**
198:9 227:2
232:10
284:10
285:13,14
298:7

**Carolina**
279:23

**case**
11:16,18
15:7,9,11,
14,21 17:8,
13,22 18:23
20:1 41:4
59:15
136:12
161:10
162:19
188:12
235:7
249:14
252:4
309:14

**cases**
28:23 91:8
143:20
158:8
161:11
175:9
279:24

**cast**
39:22 40:18
301:1

**Catalyst**

54:24

**catch**
30:8 85:15

**catching**
163:2

**categorize**
278:1

**category**
304:16

**Catherine**
170:7,12

**Caucus**
54:24 246:9,
10

**caucuses**
246:10

**causing**
279:14

**caution**
103:19
253:4

**cc'd**
249:13

**CDNELA**
158:19
159:14

**Cecilia**
165:3

**census**
36:10 38:5,
24 39:7,15,
17,18,21,23,
25 40:2,3,4,
6,7 62:8,10
89:14,15
193:24
197:12
198:2 213:1,

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

3 222:6,11
223:21,22
224:3
299:21,23
300:1,6,16
304:6

**centered**
130:18
210:8

**Central**
11:17 173:1
293:4
317:13

**cents**
234:24,25

**certified**
11:5 13:11
318:7,9,10,
11,12

**Cervantes**
87:8 164:15

**Chaffee**
264:9,10,11,
12,16

**chain**
64:9 66:18
73:22

**chance**
182:19

**change**
211:22
212:5,16
213:8 214:2,
3,8,11 215:6

**changed**
61:9 116:8,9
176:1 196:1
213:1,20
214:13
242:20

244:13

**channelling**
143:20,21

**characterizat
ion**
21:19
114:18

**characterize**
29:16 57:4
67:19
103:22
118:19
125:12
147:15
149:13
158:16
186:23
282:16
285:10
290:9

**characterize
d**
57:1,2
162:14
179:22

**characterizin
g**
93:21
129:21
143:18
151:10
157:25
179:21
181:9,15

**charge**
119:9,14
206:19
260:22

**chart**
202:15

**charts**
23:7

**chatter**
105:8
111:24

**check**
22:24 23:1
60:12
204:16
317:19

**chief**
24:13 30:7,
9,19,20,21
52:19,22
58:15
238:10
240:20
258:7

**choice**
69:1 129:17,
22 141:11
157:17
158:23
159:23
160:3,20
161:13
168:2,11
182:25
183:18

**chose**
56:22 124:7

**Choy**
170:18

**Chris**
264:9,11,12,
16

**Christian**
207:14,23
208:1,5
236:21,22,
24 237:10,

19 238:1

**Christopher**
12:17 53:4
87:8

**Chula**
257:12

**church**
84:5

**circumstanc
e**
37:4

**circumstanc
es**
27:10 37:19
291:6
309:15

**cities**
127:12
130:18
138:1
152:11
153:18
209:19
210:8 211:3
256:25
295:8,19

**citing**
128:9

**citizen**
138:11
202:8 218:7
231:16
232:13
300:24
309:3
310:11

**Citizens**
125:22

**city**
62:8 77:17

78:12,13
82:12 83:13
151:1,4
208:22
210:14
225:2,6
253:13

**civil**
20:18 22:7
255:24

**claim**
248:9

**claimed**
57:13

**claiming**
247:21,24

**claims**
235:2

**clarification**
19:15 21:15
26:2 39:20
42:8 56:21
247:19

**clarified**
202:3

**clarify**
18:25 26:7
35:16 37:20
56:20,22
67:11
113:16
169:21
234:24

**clarifying**
166:20

**Clarita**
15:10,13

**clarity**
128:23

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

149:5

**class**
153:6

**classes**
79:17,20
80:15,20
97:10

**classify**
201:10

**clean**
223:18
280:23
298:8

**cleaning**
281:15

**cleanup**
297:11

**clear**
30:16 91:5
94:10
106:16
159:15
192:24
226:3
253:25
281:13,22
307:11,23,
24 308:21

**clerical**
94:4

**clicked**
315:9

**client**
15:24 36:7
129:1 242:3
306:16

**client's**
206:13

**clients**
108:1 208:5
305:2,7

**Clinton**
12:6 308:12,
17

**clock**
70:24

**close**
314:13

**closed**
269:13

**closely**
214:10

**coalition**
130:7

**coastal**
141:12
213:25

**code**
116:21

**cognizant**
97:5 174:10

**cohesiveness**
291:9

**cold**
17:3

**collapse**
143:12

**collapsed**
153:20,23

**colleague**
12:17
184:13

**collect**
84:17

**college**
15:16

**colloquially**
175:15

**Colombo**
13:2

**color**
148:14
149:14,23
150:13,17
151:14
152:16

**combat**
316:8

**combative**
161:24
165:8

**combination**
242:25
255:19

**commencing**
11:2

**comment**
75:25 76:4

**comments**
29:9,10,12
59:6 236:19
292:14

**Commerce**
62:8

**commission**
78:16 81:7
110:2,3,16
112:25
113:8,21
114:11
115:20,21
116:13,19
124:6

125:23
128:15
129:10,17
131:14
134:11
143:2
145:23
147:7 150:1,
2 152:12
159:14
163:5
167:24
177:19
179:13,24
181:16
198:19,25
212:18
216:23
218:13
223:1
225:22
230:12
251:10
253:18,20
254:1,2,4,6,
7 256:20,21
267:21
293:12,19
294:21

**Commission's**
135:6

**commissioned**
139:6

**commissioner**
151:6

**commissioners**
149:22
150:12

**commissions**
77:19
259:23
267:25

**commit**
18:2,3

**committee**
12:16 165:6,
8,9,15,18,25
276:3,4

**committees**
92:18 166:1

**Common**
255:24
256:15,16,
19

**communicate**
162:2,24

**communication**
25:12,17
44:1,12
50:20 64:24
65:1 275:12

**communications**
41:8,14
43:15 75:13
163:1
273:25
309:1

**communities**
78:12 81:16,
17 82:3,16
83:4,8,10,
12,23 84:7,
14,25
108:22
109:8,12

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

110:20
112:24
113:8,22
114:12,20
115:8,12,23
116:4,5,15
141:12
149:15,16
150:16
151:12
178:14
179:12
180:1,7,10
232:10
253:14
273:11
277:11
294:11

**community**
15:16 82:4,
14,17,18,20,
21,25 83:15,
19 84:4,5,16
97:20
112:13
116:2,3,20
118:14
141:7,8,9
142:13,15
145:22
147:6
150:25
151:7,9
159:23
172:23
177:24,25
180:1,4
181:14
206:13
222:5,8
223:22
226:7
261:20

262:1,3,5,7
268:2,18,19,
24 276:25
277:5,7,11
293:1,25
294:8
295:10

**community-
based**
255:23
256:8
268:17

**compact**
253:16

**company**
36:13,16
70:25
266:18
268:6,8,15
300:21

**compelled**
189:23

**Complaint**
119:21

**complete**
126:5 294:3

**completely**
283:18
291:8

**compliance**
108:2
217:25

**compliant**
167:25

**complied**
46:22
112:10
113:19
114:8
172:21

186:3
208:12
218:23
233:21
270:4
275:21
280:6

**comply**
218:5

**complying**
78:22 108:9

**components**
300:9

**comport**
55:14

**composition**
153:21

**compound**
26:20 47:13
62:2 88:3
89:5 102:10
120:10
142:1
147:11
148:19
171:14
175:20
192:21
213:17
219:10
220:23
267:18
283:4

**comprehensive**
53:25

**computer**
33:17 68:24
73:11 117:4,
8 191:10

**computers**
189:8

**concept**
90:25
121:15
156:16,19
206:1

**conception**
23:9

**concern**
82:12 84:11
128:8
154:17
190:18

**concerned**
84:6 127:10
128:5,9
154:13
231:16

**concerns**
81:10 89:2
150:25
153:25
295:25
296:12,14

**concluded**
318:15

**conclusion**
17:19 27:24
30:24 57:23
78:3 79:3,6,
9,22 90:20
91:2,19
92:12 93:13
110:9,11
122:2 153:2,
12 154:7
183:7
211:15
253:23
278:25

284:2

**condensed**
69:11

**condition**
269:10

**conditions**
175:5

**conducting**
251:12

**confer**
288:16

**confirm**
14:24 140:7

**conflating**
95:5

**confused**
28:22

**confusing**
63:19

**Congress**
53:3,6 57:7,
8 135:10
144:22
182:11
206:12
244:12
289:5
309:19
314:17

**congressional**
12:15 23:11
31:21 43:3,
13 53:6
73:20
103:16
105:7
193:17
199:9,12,15,

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

18,21,24
200:2,5,8
202:20,21,
24 203:3,6,
9,12,15,18,
21 204:2,3,
21 208:10
209:15,18,
20 210:15
211:1,2,9
212:5,15
215:2,6,12,
18 216:1,2
218:6
277:13
283:22
295:17
302:6
305:14

**congressman**
239:18
242:24
270:17,18
275:6 282:8

**congressmen**
239:14
242:13,22
243:8,11,15
244:9
247:22
272:13

**congresswoman**
239:19
282:8

**connection**
107:17

**connections**
243:8

**considerations**
49:17 85:5

**considered**
82:15

**considers**
82:22

**consistency**
116:12

**consistent**
81:7 105:1
113:21
114:11
115:19
147:14,16
251:9 254:1
269:1

**Constitution**
211:9,13
253:20

**Constitution's**
211:22

**constitutional**
107:5 248:5

**construct**
202:5 218:4

**constructing**
218:4

**constructs**
155:22

**consult**
207:12

**consultant**
58:11
144:24
299:1
315:25

**consultants**
55:8 224:1

**Consulted**
207:14

**consulting**
56:8,24
58:12

**consumer**
37:11,14
38:16

**contact**
41:11
243:17
281:23

**contained**
208:2
223:21

**content**
54:13 86:1,5
148:18
196:23

**contents**
92:3 156:5

**context**
71:6 83:25
107:1
112:21
115:5,15
148:19
149:2 150:7
158:4 159:5
160:23
162:12
201:15
202:8
287:18

**contextual**
267:19

**contiguous**
106:22

253:16

**continues**
45:18,21
127:15
268:5
317:10

**Continuing**
149:21

**Contra**
177:21

**contract**
24:22,25
27:11,16,19,
21 28:2
30:22 56:19
57:14 58:22
98:21 99:5
115:4 207:9
233:19,22,
24 238:20
241:3,6,8,11
260:14
269:5,10

**contracted**
208:5

**contracts**
269:17,18

**contrary**
211:13

**conversation**
51:12 58:14
88:8 102:8
120:9 171:8
214:20
221:9,12
262:4
263:22
275:5 282:7
299:18,20

**conversations**
86:2 88:12
240:7,14
243:5
247:21
280:22
308:25

**convert**
84:21

**convey**
221:2,4

**convince**
134:16

**convincing**
310:3

**copy**
20:21 22:13
46:17 49:9
72:17 73:6,9
131:24
191:4 217:8,
10 249:5
255:16
315:4 318:8,
9,10,11,12

**copying**
250:2

**Corcoran**
51:25

**core**
123:13
179:11
180:7,9

**corner**
197:11

**correct**
18:21 24:5,
10,23 25:10
31:25 35:6

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

37:9 42:21
47:3 48:24
50:24 58:15
66:21 67:13
75:14 80:9,
16 85:24
89:19 94:6
102:14
103:8 105:7
108:10,17,
22 113:22
114:13
117:19
118:9 125:5
129:13
131:15
132:16
133:23
137:11
142:20
144:2 145:2
146:3,14
147:10,18,
23 148:23
160:15,21
181:25
186:5,9,22
187:11,12
190:21
193:2,17,22
195:19,22
196:7
200:16
202:11,16
203:24
205:6
207:20,23
210:1 212:6
214:6 216:8
218:10
221:16
222:13,21
223:2,7
224:24

225:2,7,14,
17 227:11
228:13
229:25
230:6
231:18,21,
24 232:19
233:4,17,23
234:3,10
237:9,18,25
238:6,16
240:8
243:13
245:1
248:15,16
249:2,8,15,
22,23
250:16
251:14,21
252:6,10,13,
17 254:9,17
255:3,12,14
257:17
258:23
262:13
265:17
266:7,11,15,
20 267:9
270:1,18,25
271:4,7,12,
24 272:2,12,
21 274:14
275:19
276:15,23
277:1,19,21
278:12
281:20
282:6 285:2,
6,17,21
286:9,12,16,
21 287:3,11
288:13
292:23
293:13

294:1,8,12,
17 295:3,13,
14,15,19,20
296:1
298:13,19
299:8,11,22
301:10,18
302:1,3,7,8,
18 303:24
304:1,9,11,
13,15 305:9,
14,23 306:8,
20 307:2
310:12
313:18
316:11
317:15

**corrected**
94:5

**correction**
95:20

**correctly**
205:25
206:7
210:12,24
215:3 229:1
230:14
232:22
233:9 251:5
256:3
261:21,22
263:18
265:14
273:13
280:24,25
284:24
287:14
289:9 293:6
295:12
316:10,17
317:6,14

**corresponde
nce**
23:6

**cost**
96:5

**Costa**
177:21

**cough**
17:4 177:1

**Coulter**
11:23 63:1
100:21
164:2
184:24
247:13
297:6

**council**
78:13 82:13
83:13 151:1,
4 258:8

**counsel**
11:25 13:23
16:4 20:20,
23 22:11,13
23:22 29:22
50:21 64:4
97:6 98:21,
22,23
120:14
132:1
154:10
158:9,11
161:10,11
162:15
185:2,20,21
187:18,21
188:14,25
189:1,7
191:3,12
197:23
204:6 210:4

211:19
217:9 228:7
241:22
242:2
246:25
247:18
288:12
292:6 295:2
296:20
307:9 308:3,
12 310:1

**count**
39:19

**counties**
40:16,19
55:5 113:2
144:19
155:2
253:14

**country**
127:17
135:9,10
159:20
263:14

**counts**
38:7

**county**
11:6 55:4
77:17 78:13
112:13,14,
24 137:24
142:18
148:15
149:11,17
155:1,2,3,9
158:11,14
161:8
162:14,18
163:6
177:22
206:15
209:4

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

213:25
225:14
244:3

**couple**
90:8 101:3
219:20
220:6
236:23
297:11
313:15
317:2

**court**
11:17 16:9
30:15
175:10
177:5
188:13
190:4
314:23

**courtroom**
16:5

**courts**
279:4
291:15

**cover**
24:3 64:4,
10,18 67:7
69:2 90:7
193:10

**covered**
49:16 66:4
136:2,16
244:21
269:2

**Covia**
240:18

**crazy**
106:4 221:8

**create**
105:17

108:21
130:18
134:9
135:25
136:4,14
138:25
139:3
152:11
163:7
188:22
192:25
193:1 199:4
210:7
254:19
273:10
274:12
275:7

**created**
34:16,17
68:25 71:19
138:9
139:13
153:18
188:22
192:19
193:1
209:18
241:21
251:8 302:3
305:11
306:25
315:5

**creates**
122:14
195:5

**creating**
134:14
151:8
158:15
301:3

**creation**
57:25 58:1

130:19
177:18
210:9
292:17

**creative**
73:4

**creators**
260:12

**criteria**
77:20 78:1,
4,7,10,11,
15,17,21,24
80:9 81:7
148:16
149:18
150:19
151:17,20
251:3,9,10,
11 252:20
253:8,17,19
254:1,3,6,7
283:7
303:16

**criterias**
78:23
149:11
254:4

**criterion**
149:25

**critical**
40:15
172:23
293:2
294:10,13

**criticized**
221:15

**Crossing**
155:8

**Cruz**
244:2

**CU**
222:23

**cue**
312:14

**current**
116:7
175:24
230:12
233:6

**Curry**
165:4

**cut-and-
paste**
252:3

**CVAP**
38:10,15
39:17 138:7
139:4,7
155:11,21
157:8,15
158:3,15,20,
21 159:20
160:9,14,19
161:9,12
162:2 163:6
193:24
202:10,11,
15 218:14
221:18,20,
22 222:3
223:20
299:25
300:2 304:7,
17

**CVAP-
MAJORITY**
163:7
201:24

**CVRA**
15:9 257:13

**cycle**
218:12
258:11
259:8,16,19,
20 260:5,13,
19

**cycles**
267:22

---

**D**

**D.C.**
90:11
112:12
275:23,24

**daily**
263:22

**Daniel**
32:19
264:19,20,
23

**dash**
220:13

**data**
23:8 35:12,
21,25 36:11,
14,24,25
37:2,5,11,
15,16,25
38:5,6,7,15
39:15 40:10,
17 49:12
70:11 84:16
169:5
193:11,12,
21,23,24
221:22
222:2,11,15,
20,21 223:1,
7,14,20,22
224:2,3,13
226:8,9,19

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

260:15,22
299:17,25
300:2,15
301:3 302:9,
13 303:2
306:7,17
315:25

**database**
34:7 36:9
37:6,8 38:16
193:24
221:23,24
222:10
223:24
224:4
225:21
300:10
302:14,16
303:3,5,7
305:21

**databases'**
221:22

**dataset**
38:17
304:21

**datasets**
303:22

**date**
11:19 19:5,
25 20:2,3
21:1 22:7,8
29:17,18
30:1 48:23
102:5
118:12
178:23,24
189:7 235:8,
10,11,12
237:19
238:19
241:5,8,10,
12,13 243:1,

4 265:7
273:2

**dated**
20:18
100:25
178:18
207:19,23

**dates**
21:2,4,6
48:23 51:1,3

**Dave's**
34:18

**David**
11:14 12:8
170:10
244:17

**day**
11:2 19:10
21:7 55:20
69:18 70:6
75:12 102:6
170:13
186:7 211:7
214:22
220:19
230:19,23
241:4

**days**
58:13 72:17
186:21
188:9
223:12

**DCCC**
29:18 30:2
41:4,5,8,12,
15,17 42:3
43:2 44:1,
13,24 46:4,
7,11,18
47:6,20
48:2,24

49:23 55:10,
12 56:5,21
57:2,14 63:5
64:9,10,25
65:23 67:8,
22 71:8,15
73:24 74:13,
25 75:4,9,
22,23 76:18,
19 80:25
81:9 85:4
90:7 190:17,
25 191:13
192:2,3,5
194:19
195:17
197:10
233:20
234:3,9
235:9
238:20
241:3 243:2,
5,7 250:7,
16,18
251:25
275:25
276:6,9
297:14
298:18
302:3,10

**DCCC's**
46:23 49:18

**DCCC.ORG**
249:2

**DCCC000043**
75:6

**DCCC000045**
75:6

**DCCC00005**
63:7

**DCCC00009**

63:7

**DCCC000177**
234:8

**DCCC000183**
56:9

**DCCC000192**
56:10

**deadlines**
92:19

**deal**
188:18
213:6

**dealing**
72:16
150:20

**deals**
144:9

**decades**
298:25

**December**
11:2,19
20:19 22:8
186:5

**deciding**
49:18

**decimated**
110:19
113:9

**decision**
17:14 74:6
135:6
211:20

**decks**
23:8

**declaration**
21:17
314:25
315:1

**decrease**
175:19
176:18

**default**
158:9

**defendant**
12:21 13:1

**defendants**
12:7,19
308:13,19

**Defenders**
12:21

**deference**
108:1

**define**
28:9,10 34:2

**definition**
200:22
262:5
291:16

**definitively**
157:16

**delaying**
14:2

**delegation**
53:6

**deliberated**
115:22

**deliberately**
178:2

**delivered**
187:11
188:25

**Delores**
54:25

**Democracy**
12:21

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

democrat
103:16
182:19
220:14
309:17
316:8

democratic
12:15 55:4
104:17,23
105:6,18
122:14
123:3 134:9
144:21
145:10
176:6 246:9
270:6 276:1
313:4
316:25
317:11

democratically
277:25

Democrats
111:22
144:16
309:19
313:20
314:1 317:2

demographer
118:20
149:18,20
159:22

denevers
12:18
318:11

deny
14:24 296:5,
8

Department
12:7,9

depend
290:16

depending
81:20

depends
34:12 36:7
98:20,23
153:9 154:4
158:5
162:12
291:5

deposition
11:13,21
14:25 15:25
20:18 22:7,
21 62:22
100:14,18
146:9,24
163:24
184:21
186:5,8,18
187:7,8,16
189:18
190:2 226:6
247:10
297:3 318:2

Deputy
308:17

derisively
106:6 221:6

describe
81:5 84:12,
14

describes
138:7

description
179:18
209:4

descriptions
89:10

designated
198:25
294:20

designed
50:4 79:16

desire
123:16

detail
248:19

determining
108:2

developed
187:14

Dhillon
12:4

Diego
258:8

difference
196:9 197:9
282:25

differently
83:5 183:25

diluted
79:17

direct
27:1 45:3
104:2 166:5
274:3,16,18,
23

directing
103:24

direction
28:12 105:9,
12 302:22

directly
74:2 227:22

disaggregate
39:6,14

300:2,15
301:1

disaggregating
299:17

disaggregation
300:10

disagree
29:7

disappeared
127:17

disbelieve
46:19

disclosure
235:5
298:15

discuss
169:16,19,
25 170:3,6,
9,17,20,23
171:1

discussed
103:4 115:6
146:7
169:23
191:16
192:12
300:8

discussing
42:10
107:21
153:13
191:18
238:15

discussion
107:25
111:14
120:20
156:12

224:18
242:21

discussions
60:2 225:13,
16

disjointed
296:10

dismantling
174:21
175:1,14

dismissed
111:23

dispute
109:6
114:18
118:13
145:20
146:22

Disruptions
254:19

dissect
150:9

distinct
151:24

distinction
66:15
169:23

district
11:16,17
15:15,16
83:1,5 94:25
95:6 96:17,
18,21,24
97:2,21
108:21
113:3
121:16
124:5,14,16
127:11,17
129:13,18,

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

20 130:18
132:21,23,
25 134:14,
15 135:7,8,
9,25 136:4,
8,9,14
137:25
138:1,8
139:1,4,5,6,
7,8,9,13
140:10,18,
20,24
142:14,15
143:10,11
144:20
145:24
147:8,18,19
151:7
152:11
153:14,17,
18 154:13
157:7,8,14,
15 158:3
159:20
162:20
163:8
168:18
175:24
176:5 182:6,
14,19,20
193:12,14,
17 196:18,
24 199:1,9,
10,12,13,15,
16,18,19,21,
22,24,25
200:2,3,5,6,
8,9,18,19,22
201:4,8,11,
19,23,24
202:6,20,21,
22,23,24,25
203:3,4,6,7,
9,10,12,13,

16,18,19,21,
22 204:2,3,4
205:2 206:2,
11,14
208:10,14,
19,23 209:5,
15,18,20
210:8,15,19,
20,21,22
211:1,2
213:6,8,9,
20,21
214:12
233:7
242:18,19
273:10
274:13,19
275:2,8
277:13
283:22
289:5,6,7,8,
15,17,18,20,
21,22 290:6,
8,10,23
291:3,16,18,
23,24 292:1,
3,8,10
295:8,9,17
302:6,7,17
303:6,8
304:1 305:8,
14,21,23
306:18
314:17
316:7

**districting**
149:24
150:13
225:21

**districts**
50:5 80:14
94:6 95:14
96:12 97:9,

11 108:10
110:19
113:1 116:8,
9 124:8
129:11
130:20
131:3,5
140:20
142:12,17
143:12,14
144:19
149:20
152:13,15,
18 153:5,19,
20,22 154:2,
11,16 155:1,
9 156:1,17
158:12,15,
20 159:13,
15,16 160:1,
15 163:9
168:3,9
172:24
173:14,20
177:7,16,20
178:3
180:14
181:1,3,5,7,
10,14,18,19,
21,25
193:11,22
198:18
199:3
200:14,15
204:11,21,
22 210:10
211:10,12
212:5,12,13,
15 213:3,7,
14 214:6,8,
10,11 215:2,
7,12,18
216:1,2,22
218:5,8,13

242:20
243:9
244:13
253:16
254:5,25
255:1
256:22
287:3
290:20
293:3,12,18,
19 294:15
306:14,15
316:15

**DM**
224:13
274:1,2

**doctrine**
161:14

**document**
20:22,24
22:4,17,20,
24 23:2 45:1
47:15 56:8,
15,18 63:13,
22,24 69:1
71:23 101:4,
6,12,23,24
116:1 126:5
145:5
155:25
156:13
161:21
167:13,16
185:16,17,
20 186:22
187:19
188:9
190:19,24
191:13,14,
23 192:2,7,
15,17,19
193:2
194:20

196:19
197:6 199:9
204:7,17
208:8
213:10
217:5
218:17
234:8
241:24
249:19
285:8 292:9
304:3,5

**documentati
on**
141:15
172:5

**documents**
23:9,15,20,
22 41:3,7,9
63:6 64:9,22
65:5 116:14,
18 171:11
186:9,11,13,
16,24 187:7,
14,18 188:8,
25 191:21
192:24
195:1
196:10,25
198:1
218:19
229:25
230:8
248:17,19
276:10

**Dodge**
12:17
318:12

**dogs**
263:23

**dollar**
234:12

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

**domain**
121:4

**Dominic**
13:6

**Downey**
130:18
208:17
209:2,15
210:8,14

**dozen**
118:5 239:6
245:19
285:17
311:18,21
312:9 314:4,
9

**draft**
46:5,6,7
47:7 48:4
50:10 65:20
92:17 97:21
123:17
159:13
191:5
255:17
315:22
318:5,7,9,10

**drafted**
255:11

**drafting**
23:10
245:16
248:4
301:11

**draw**
15:21 26:19,
25 27:12,17
28:3,5,14
31:13,16,18
32:16 33:9
35:22 43:2,

12,24 77:7
102:18
103:7,16,23
106:4
111:10
113:1
151:21
182:18
206:21
216:23
218:13
253:21
268:23
274:18
275:2 287:2
303:6

**drawer**
17:8 24:14

**drawing**
32:6 33:1,6
35:13 36:1
42:5 66:15
73:10 78:19
80:8,13 85:1
86:9 96:16
97:8 99:7,
12,14,22
103:19
108:14
109:9 113:3
115:1
116:23
121:15
123:25
134:24
135:5 144:9
147:22
157:2 158:2
160:8,13
174:8,11,17
181:5 206:1,
13 215:1
226:18

236:4
254:12
258:14,17
261:1
269:19
277:10
283:19
288:6
301:20
306:13,15

**drawings**
158:6

**drawn**
76:25 77:6
98:3 99:19
106:7,8,12
122:5
134:10
137:16
179:5
181:23
198:18
201:10
221:8 268:2,
18,25
293:12,21
305:21

**draws**
149:20

**drew**
27:3 41:16
42:11 47:8
48:5 65:24
74:14 80:14
85:17 111:2,
7,9 112:14
122:16
163:12
206:23,24
207:1
226:15
235:4

277:12
283:16
307:14,25
316:4

**drive**
22:2 187:22
188:5
191:25

**Dropbox**
189:2,3,4
191:19,20
192:6,7,15,
16

**drops**
17:4 177:1

**due**
50:14
105:14
137:13
152:21

**duly**
11:10

**duplicate**
185:9

**duplications**
185:10

**Dustin**
51:25

— — — — —

**E**

**e-mail**
20:21 29:22
54:5,6 64:9
66:18 67:10
68:7 71:2,4
73:22 75:11,
20,22 76:3,
5,15,18 77:3
171:19
187:3,13

191:16
192:5,6,11
195:17
249:1,3,8,9
250:14,19,
23 252:13
255:18

**e-mails**
54:8 64:19,
24 65:1
66:18 74:25
191:18

**earlier**
32:4 55:7,9
56:20 72:6
75:12 85:23
107:7,9,17,
20 111:13
130:24
161:6
169:23
180:22
189:17
191:17
192:12
200:13
201:6 205:5
206:18
207:17
222:12
228:8
233:18
234:2 244:2,
12,21 245:4
248:19
262:2,4
270:3 277:3
282:23
286:6
293:11,17
297:12,13
299:16
300:8 302:2

**early**
42:8 57:25

**ears**
91:15

**easier**
117:25
124:14
143:11

**Eason**
314:25

**Eastern**
67:11,13

**easy**
34:5 123:1
279:2

**eat**
317:4

**eaten**
184:6

**eco**
104:17
270:6

**ecosystem**
104:22,24
106:2 270:8,
9 272:23

**Ed**
135:7

**effect**
151:13

**effective**
58:13
141:10
173:1 293:4
294:16

**efficient**
93:8

**efforts**

170:13

**elect**
141:10
155:11,21
156:18
158:22
159:19,21,
22 160:2
161:12,13
168:2,10
178:1
182:25
183:18
289:21

**elected**
175:25
182:20
268:19,22,
24 269:7
280:14,15,
18 281:23
282:12,13
284:13
286:15
295:7,10
316:8

**electing**
160:20

**election**
20:12 39:6
40:17,18,25
157:17
170:13
179:4
220:19
256:2 300:2,
16 301:11,
19 317:3

**elections**
165:6,15

**electoral**

177:17

**electronic**
23:8 187:22
318:8,11,12

**elevation**
82:24

**elevations**
83:1

**Eleven**
205:19

**Elias**
12:14

**eliminate**
38:20,23
135:6,24

**eliminated**
153:14
175:7

**eliminating**
136:8
145:25
147:8

**elimination**
127:10
128:6
153:17

**Ellen**
249:13

**empirical**
167:25

**employee**
24:20 26:6
70:23 259:4,
5,7,15
262:25

**employees**
26:5 32:15
34:4

**employment**
24:25

**empowered**
150:18

**encourage**
118:14
292:11

**encouraging**
232:8

**end**
43:25 44:12
67:20
143:17
155:12
179:6
184:11
188:17
243:19
318:1

**endeavor**
23:15

**ended**
95:17 181:1

**ending**
63:24 65:7

**ends**
67:3 68:4
71:3,23

**engage**
268:16

**engaged**
23:22 86:1
289:3

**engagement**
268:18

**England**
24:19,24
262:20

**enhance**
152:12

**Enlighten**
177:10

**ensure**
79:16
172:24
232:9 293:2

**ensures**
294:14

**enter**
30:22 31:1

**entered**
58:12

**entire**
45:20
101:12
193:21
213:18
215:2,11,18,
25 252:12
274:22

**entirety**
192:20
233:24

**entities**
12:10 57:9

**entitled**
19:18 29:1,6
56:8 128:22
178:12
212:22
290:25
291:1

**entity**
43:24 57:13
169:6

**envelope**
268:11

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

environmental
116:3
122:22,23

equal
78:24 218:3
253:13
283:24
290:2

Equality
117:14
122:21
139:18
140:9,15,23
141:14
286:5

equated
107:11

Equity
117:19

equivalency
89:14,15

equivalent
89:15

erode
175:11

errant
155:12

error
94:4,24
95:2,17

essentially
78:15 81:6
107:8 135:5
159:17

establish
42:9 187:4

estimate
19:19 51:7

69:19 291:1
311:14

estimates
19:18

et al
11:14,15

ethnicities
305:13

ethnicity
150:18

Evan
26:8 32:4
257:25
258:2,9,12,
17,24 260:4

evening
23:25
308:14

events
17:6

everyday
268:4

everyone's
119:19

evidence
168:1
182:24
183:16,22

exact
15:3,24
19:5,25 21:1
121:23
282:22
283:12
284:15

EXAMINATION
13:22 185:1
307:8

308:11

examined
11:10

examples
303:12

exasperated
67:16

Excel
34:7

exception
40:25

excerpt
101:11

excessive
190:22

exchange
75:8,11

exchanging
64:24

exclude
246:1
303:17

excuse
123:24

exercise
135:22,24
136:3

exhibit
20:14,17
21:10,12
22:6,9
44:21,24
55:11 56:7,
11 63:5,8
67:2 68:4
71:23 74:24
75:1,13,21
76:16 77:12

90:6 100:24
101:1,9,19,
20 104:1
117:13,16
119:20,22
125:19,21,
23 127:1,7
130:14
132:11
133:5
134:22
135:3
138:16
139:15
141:18
147:22
148:3 152:4
154:19
161:18
166:3
167:23
178:9,11,15
179:1,8
185:13
189:13,15
190:14,17
194:10,11,
21 210:16
217:1,2,16,
20 220:9,10,
13,16,17
224:5,12
226:24
227:3,7,13,
15,25 228:1,
10,16
233:19
234:5,8
248:22
273:1
314:19,22,
23,24,25
315:12

exhibits
22:12 24:2
117:10
177:5 220:6
226:25
227:6

exist
223:2

existed
122:13,19
123:7
231:22

existing
139:5
167:24
168:3

exists
110:6
119:24

expand
155:1

expansion
269:4

expansive
71:5

expected
59:15 252:3

expecting
250:7

expense
90:13

experience
92:13

experiment
34:6

expert
15:17 207:6
209:12

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

237:2

**expertise**
91:12

**experts**
98:23
223:12,15,
18

**explain**
28:19,24
82:6 151:20
161:5,6
190:8
251:16

**explained**
16:4 98:4
129:8,9
145:9 275:7

**explainer**
251:23
252:5,9

**explaining**
144:23
173:19

**explains**
255:12

**explanation**
29:2 91:24
155:24
251:20

**exploring**
256:1

**express**
81:9 88:20
123:16

**expressed**
89:2 96:11
161:17

**expressing**
123:2

221:10

**extended**
32:22

**extent**
43:15 47:14
61:1 66:2
76:24
111:25
134:18
135:14,19
146:11
173:21
201:12
226:14
267:6
268:10
300:17

**extremely**
162:18

---

**F**

**fact**
26:4 66:13
214:25
265:12

**factors**
33:5 174:11

**factual**
29:2

**fair**
27:3 77:11,
15 80:9
81:1,8
132:18
229:3
243:17
245:6
246:12
249:11
250:8

251:10,25
254:9,11
263:25
267:23
268:16,23,
25 269:1,2,
4,6,11
287:20
309:3,24
311:4
314:12
315:11

**Fairfield**
177:21

**fall**
124:11

**familiar**
41:5 90:24
93:19
117:18
216:9 230:2,
3

**familiarize**
63:12

**famously**
70:17

**fan**
310:24
311:2

**farms**
83:7

**fast**
30:11 43:22
152:1

**favorite**
34:9,13
201:9

**February**
219:23,24

**Federal**
175:4 218:5

**feel**
45:21
156:11

**feels**
266:9

**felt**
221:7

**Fernandez-
gold**
12:20

**fewer**
255:1

**field**
40:8 197:12

**Fifteen**
278:16

**Fight**
178:13

**figure**
70:5 188:1,7
290:25

**figures**
23:7

**file**
65:21 68:10
73:25
101:21
188:1,25
189:4,5
191:10,15
196:2 217:5,
14 303:21

**filed**
19:11 20:2,
3,5

**files**

23:5,9 49:12
188:22

**filings**
101:8 235:2

**final**
58:2 67:6
113:20
114:10,19
115:7,11
306:16

**Finally**
220:8

**find**
23:15 113:9
213:14
229:17

**finding**
213:19

**fine**
41:1 66:14
288:20

**finished**
184:9

**finishes**
65:13

**Firefighters**
258:6
259:17

**firm**
188:18
255:9
258:25
259:6,7
260:1,5
261:8
269:11,16

**firsthand**
128:7

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

**Fisher**
26:12

**five-year**
222:3,4
223:7,23
224:3

**flip**
212:13
213:13

**flipping**
102:7

**floating**
111:21
131:9

**focus**
108:16
256:5
265:10

**focused**
149:19
181:7
269:11

**focusing**
232:11
308:22

**folders**
188:22
189:6

**folks**
112:11
275:23
280:14
289:3

**follow**
78:14
108:21
221:5
268:16
273:11
274:13

275:8

**follow-up**
248:20

**footnote**
148:7,11
154:19

**footprint**
83:14

**foreign**
263:14

**foremost**
180:15

**forever**
82:3

**forget**
36:23
212:11

**forgot**
55:8,9 263:3
299:19

**forgotten**
126:18

**form**
187:21

**formats**
84:22

**forms**
150:14

**fortuitous**
136:7,13

**forward**
92:5 97:20
186:17
274:10

**found**
146:20
169:4

**foundation**
30:5 32:8
41:18 42:15
44:3,15
46:13 47:17
48:13 50:7,
13,18 51:10
54:25 58:4
59:12,20
60:25 61:7,
16 62:3 66:1
67:18,25
68:15 71:11
72:21 73:12
74:4,16
75:17 76:23
79:3 81:3
85:10 90:17
93:13 95:24
96:8 97:13
105:24
107:15
108:23
110:11
112:21
114:15,23
117:2 119:1
120:22
131:17
133:6 137:7
141:4
142:21
147:12
161:22
167:14
168:21
180:19
230:24
236:14
245:25
250:20
255:25
256:24
291:5

**foundations**
256:1

**Fourteen**
199:2

**framework**
77:22,24

**free**
37:9 45:21
107:7 283:6

**freedom**
68:12,19
69:5

**frequent**
312:9

**Friday**
73:23

**friend**
51:25 52:1
298:25
299:3

**front**
64:19 65:16
87:10
185:15
198:10
248:23

**frustration**
221:10

**full**
70:13,21
71:3 74:19
148:12
257:6
287:18

**full-time**
70:8,23

**fulsome**
58:1

**fun**
220:6

**Funny**
202:2

**furtherance**
267:22,23

―――――――――

**G**

**G-O-Z-Z-O**
53:1

**Gail**
164:20
244:3

**gain**
312:12,14

**gains**
251:11
317:5

**game**
310:25

**garbled**
296:4

**Garcia**
132:22
210:20

**Garden**
113:4
240:18

**gateway**
127:12
130:18
137:25
152:11
153:18
208:22
209:19
210:7 295:7,
18

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

**gather**
186:19
187:1

**gave**
118:8
119:13
136:8
187:18
190:24
234:24
245:5
257:21
302:10

**Gavin**
11:15
240:14
265:2 272:4
313:18

**Geez**
217:7

**general**
36:6 37:12
38:15 81:23
84:1,12
96:21 153:9
160:7
175:11
234:25
252:24,25
253:5
289:22
290:12
303:10
306:2
308:18

**generally**
38:5,12
39:13 40:23
51:7 62:5
78:7 79:13,
14,18 82:7
84:3,8 91:8

92:2,15
96:17,24
97:1,2,5,8,
18,22 98:13,
14 102:8
105:5 120:2,
8 153:6
155:19
158:1 160:3
175:1 183:3
193:21
200:21
201:21
203:1
240:23
246:7 270:6
282:14
283:5
300:24

**generated**
195:1

**Genie**
208:15

**genuinely**
176:13

**geographic**
84:22

**geographies**
38:8 253:15

**geography**
38:6,11

**gerrymander**
91:9,10,11

**gerrymander
ed**
90:12,15,25

**give**
17:1 51:6
57:12,23
63:15 68:11

69:4 71:15
72:25 75:17
87:15 91:23
101:3 120:1
136:22
141:19
166:8 182:5,
14,19 189:7
223:13
224:9
237:19
241:23
256:18
258:3
282:18
311:14

**giving**
276:9

**Glendale**
151:2

**glossed**
229:5

**Goal**
181:10

**goals**
151:11

**Gonzales**
258:7

**good**
11:12 13:10
42:7 77:8,22
182:11,12
185:4
188:17
251:2 299:3
308:14
309:20

**goods**
68:10

**Google**

73:15

**gosh**
284:5,9

**government**
99:1

**governmenta
l**
99:2,4

**Governor**
240:14
243:21
264:15
313:12

**governor's**
243:20,21
244:16

**Gozzo**
53:1

**grab**
116:19

**Gray**
314:18
317:12

**great**
62:16 100:9
118:2
172:23
182:6,14
248:19
293:1,25
294:7,11
296:22
315:18

**greater**
151:13
177:18
182:19

**Green**
12:8

**grocers**
150:24

**grocery**
83:20 84:4

**Grose**
207:14,23
208:1,5
236:21,22,
24 237:10,
19 238:1

**grounds**
16:21 28:20
35:17

**group**
12:4,15
82:4,5,9
84:8,10,11
87:22 88:1,
7,8,12,22
97:22 98:5,7
111:18
141:11
169:22
171:5
175:18,23
176:8,10,11,
14,17
245:11
284:5,8
304:25

**groups**
38:11,24
50:15 53:9,
20 54:9,10
55:1 57:3,5,
17 60:3,4
80:20 83:23
88:15 89:3
111:15
113:6,13
122:22,23
124:4

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

139:18
143:18,22
176:3
177:15
180:22
206:16
246:3,4,6,8
300:6

**Grove**
113:4

**growing**
124:13
127:18

**guardrails**
106:4,18,19
282:23
283:1

**guess**
19:17 38:14
124:19
295:5,7

**guessing**
240:5 241:1
310:11

**guidance**
150:1
162:15

**guide**
94:22,24
95:2,6,11,
12,13,15

**gut**
91:13,22
92:1,6
93:11,17,25

---

**H**

**hack**
251:1

**Hakeem**
234:20
235:2,15
236:2
239:22
297:14

**half**
40:2 312:9

**halfway**
68:6 316:22

**Hamill**
12:2 13:21,
23 14:4,18
15:7 17:20
18:1,8,12,17
19:1,17
20:7,16
21:18,24
22:14,16
23:2,19,23
24:4,22
25:6,16,24
26:3 27:1,8,
14,21 28:4,
10,19 29:1,
12,22 30:8
31:1,5,18
32:3,11
33:5,8,12,
15,18,22
34:15 35:1,
16,20,25
36:4,17,21
37:1,8,16,22
38:10,19
39:12 41:3,
24 42:7,18
43:1,6,11,25
44:7,23
45:7,16,19
46:2,17
47:3,22
48:20 49:6,

9,17,22
50:2,9,15,24
51:6 52:8,18
53:12,18,23
54:23 55:17,
19,24 56:7,
15 57:16
58:7,18
59:17 60:18
61:3,14,22
62:1,14
63:4,11,22
64:8,20
65:15,22
66:6,17,24
67:21 68:3,
21 69:9,19
70:1,7
71:15,22
72:10,14
73:17 74:7,
12,19,21,24
75:3,20
76:11 77:10
78:8 79:5,8,
14,19 80:13,
19,25 81:9,
16,25 84:21,
25 85:4,8,
16,22 86:4,
12,19,24
87:7 88:1,
14,20 89:1,
8,18 90:1,6,
24 91:13,23
92:6 93:1,
10,16,24
94:2,4,13,21
96:4,10,16,
25 98:4,13,
19 99:24
100:6,23
101:3 102:1,
13,18,23

103:2,6,15,
25 104:5,7,
12 105:16,
23 106:8,17
107:9,20
108:8,14,20
109:1,4,12,
17 110:17
111:20
112:8
114:19
115:23
116:22
117:5,13,18
119:5 120:8,
14,18 121:2
122:6
123:22
125:2,16,21
126:5,9,20
128:16,25
129:8 130:1
131:13,23
133:10,20
134:2,13,21
135:2,22
136:3,7,12
137:4,9,15
139:2,23
140:2,22
141:17
142:6,25
144:1,11,25
145:7,16,21
146:2,6,13
147:17
148:2,12,24
152:3,22,25
153:24
154:18
155:8,23
156:10
157:1,6
158:1 159:9

160:8,13,18
161:5 162:7,
25 163:17
164:4,14,20
165:3
166:10,13,
17 167:1,5,
9,12,16,21
168:5,9,14,
24 169:6,13
171:17
172:19
173:9,13,18,
24 174:3,7,
16,20
176:25
177:4 178:6,
17,25
180:13
182:5,9,18,
24 183:3,16,
23 184:3,9
192:12
262:2
282:24
307:7,9,18,
22 308:4
312:3
313:16
314:7 318:7

**hand**
13:14
117:10
177:4 194:9
224:11
227:24
314:21

**handed**
190:16
195:17
217:16
228:8,23

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

**handful**
53:7 244:23,
24

**handing**
189:12
220:9

**handled**
262:7

**handling**
98:21

**hands**
268:1

**Hansen**
12:11

**Hanson**
11:3,21
62:23
100:19
163:25
184:22
247:11
297:4

**happened**
48:21 59:4
95:5 129:9
140:8
168:25
241:5

**happening**
188:19

**happy**
186:16
187:4

**hard**
64:12
136:24
214:4

**Hart**
11:5 13:11,

**12**

**Hawaiian**
304:18

**hazard**
295:5,7

**he'll**
25:14

**head**
16:15,25
31:19,24
33:20 42:22
49:11 54:23
73:1 87:13
95:22
117:20
169:8 223:8
290:2

**Headed**
315:24

**headstrong**
98:1

**hear**
176:9 277:6
311:7 312:8

**heard**
26:8 91:9
94:11 162:1
212:4,8
214:5
236:23
270:16,23,
24 271:10
311:9
312:11

**hearing**
17:10,13,22
101:10
119:22
125:24
189:14

**190:1**
270:15
283:10,11

**hearings**
85:9

**heart**
254:7

**heavily**
176:5

**held**
277:25

**helped**
261:13,19
299:1

**helpful**
64:15 71:6
155:23
177:19

**helping**
110:15
141:10
205:9

**helps**
72:25 160:1

**hereinafter**
11:11

**hey**
123:1,3
143:8

**hide**
32:19

**high**
155:1,10
156:2,8
163:7

**higher**
148:14
149:17

**161:9**
162:17
269:6
290:19

**highlight**
284:8

**hire**
269:8

**hired**
216:13,15
255:9

**Hispanas**
117:14,18
286:4

**Hispanic**
108:10
159:25
160:14,19
200:14,18
202:21
203:4,6,9,
12,15,18,21
204:3,11,22
216:22

**Hispanic-
majority**
198:18
199:3,10,13,
16,19,22,25
200:3,6,9
201:23
202:14

**Hispanics**
160:2
182:25
183:17
218:14
303:24,25
304:8

**historically**
142:14

**165:23**
279:13

**history**
267:20
300:20

**hit**
73:24

**Hmm**
109:20
195:3

**HMP**
235:4,21
297:15

**Hold**
99:8 103:3

**home**
24:10,11
70:20,22
194:19
217:5
220:13
224:12
227:9
248:21

**honestly**
44:17
143:10
165:9

**honesty**
51:2

**HOPE**
117:14,21,
22,23 118:3,
4,8,16,24
119:10
121:6,19
122:10,16,
23 123:5,8
124:4,15
125:4,16,22

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

127:8,10
128:5 130:6,
13 132:8
133:11
134:2,7,13,
21 136:13,
17,23
139:18
140:16
143:18
147:9,21
148:8 149:6
152:18
161:18
166:2
172:20
205:6,9,10,
14 206:5,9,
17,19,21
207:4,7,19
208:21
209:6,17,21
210:3 280:4
281:1,2
285:2,4,16,
20 286:7,9,
14 287:16
289:11
292:1 293:8,
24

**HOPE's**
141:13

**hour**
11:2

**hours**
69:12,18,20
70:1,5,24
73:8

**House**
57:5 234:23
235:21
297:15

**houses**
117:4

**Huerta**
54:25

**huge**
311:2

**huh-uh**
16:14

**hundred**
39:22 116:4
303:1 317:3

**hungry**
100:6

**Huntington**
132:24
138:8
139:10,11
141:12
210:22
211:4

**hurry**
72:9

**hypothetical**
153:8 154:4
159:5 160:6,
23 161:23
162:12
175:21
176:23
183:5

**I**

**icon**
64:17

**idea**
94:20 96:4
98:2 120:21
159:17,18
188:21

251:18
283:13

**identification**
20:15 21:13
22:10 44:22,
23 56:12
63:9 75:2
101:2
117:17
125:20
178:16
185:14
189:16
190:15
194:12
217:3
220:11
224:6 227:4,
16 228:2,11
234:6
314:20

**identified**
80:21 84:8,
10 85:22,25
293:19,23

**identifies**
180:1

**identify**
11:25 79:19
82:8 97:10
109:8
191:21
220:15

**identifying**
56:4 82:3

**illegal**
152:25

**Illinois**
278:7

**illustrated**
130:6

**image**
313:13

**images**
195:24
218:25

**imagination**
208:16

**immediately**
107:10

**immunity**
66:4 172:18

**impact**
40:10,16
41:2 154:15

**impacted**
83:16 255:2

**impacts**
178:13
257:2

**impair**
17:4

**impede**
17:6

**implement**
59:9

**implemented**
157:2

**implicates**
103:5
134:18
146:11
168:22

**importance**
181:15
251:3

**important**
108:15
115:20

148:13
154:23,25
181:4,13
285:20
287:13,21,
24 288:6

**improper**
128:19,21
153:4

**improved**
168:10

**improves**
168:1

**improving**
251:11

**in-house**
34:2 195:1

**in-language**
84:6

**in-person**
240:10
245:10

**inches**
21:14,17

**incidental**
150:16

**incidentally**
181:11

**include**
54:5 78:17
211:3

**included**
57:18
119:20
305:12

**includes**
37:25

**including**

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

23:5 64:10
174:12
255:23
267:11
273:25

**incomplete**
87:1 153:8
154:4 159:5
160:6,23
161:22
162:12
175:21
176:23
183:5

**incorporate**
49:19 71:5

**increase**
121:7
152:14
153:5
230:12
232:21
267:24
316:6

**incumbency**
78:18

**incumbent**
206:12

**incumbents**
268:1,22
269:9,14,20

**indented**
249:20,21,
22,24 250:1,
5 251:7,17
252:10,15,
19 254:23,
24 255:8

**independent**
110:2
128:11

256:21
267:24
314:16

**Indian**
304:23

**Indicating**
148:4 152:8

**individual**
169:22
193:12
213:14
219:5 309:2

**individually**
268:21

**individuals**
87:19
238:21,23
244:15

**inferring**
300:4

**influence**
149:23
150:12
151:13
152:12
177:18
233:7
291:20

**influenced**
291:16,18

**info**
197:13

**inform**
118:16

**information**
19:14 27:6
28:17 33:3
42:24 54:15
61:17 64:6

80:11,23
84:19,22
85:20 88:18
89:6 90:4
93:14 96:14
98:11
102:16
108:12
109:13
120:4
133:25
135:15
136:15
144:8
147:25
160:12
166:24
168:23
196:14
250:10
292:12

**informational**
118:20

**informing**
118:24

**infrequent**
303:19

**infrequently**
110:14

**inherently**
151:16

**initial**
46:4 58:14

**injunction**
17:10,12,22
119:22
125:24
189:25
315:2

**input**
32:22 38:11
90:2 174:3,
16 249:14

**inputs**
35:20

**insert**
74:17
209:19
305:8

**inset**
193:13

**inside**
193:11
268:11

**insinuated**
98:1

**Instacart**
83:22

**instance**
157:7,11,14
158:22

**instances**
158:10
303:18

**Institute**
237:1

**instruct**
16:21 27:7
33:4 35:23
48:15 49:5,
20,25 50:8,
13 54:16
61:2 74:17
76:25 77:3
79:4 80:12,
17,22 84:20,
23 85:2,6,21
86:3 88:19,
24 90:5

93:15,22
96:15 97:13
98:12
102:21,25
103:12
108:13,19
109:11,15
112:2 124:1,
20 134:17,
19 135:16,
20 136:1,5,
10 137:12
139:22
140:13
146:5 148:1
152:20
157:4 158:5
160:10,16
163:15
165:1 167:3,
7,15,19
168:6,12,22
172:18
173:8,16,19
174:1,5,18
178:5
180:11
182:8,17,22
184:2
187:24
196:15
197:4,5,19
199:7
201:13
209:22
215:9 216:4
230:18
232:25
233:13
237:6,12,17,
21 238:2
248:12
250:11
254:14

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

258:20
262:10
266:6 267:2
269:22
270:20
271:20
272:7
275:10
276:8,19
277:16
280:21
281:11
282:1 287:7
288:9 292:5,
18 294:24
301:6,13
302:20

**instructed**
146:12
161:11
173:12
248:9

**instructing**
79:5 173:22
267:4
270:21
276:12
292:6,13,14

**instruction**
33:22 36:4
58:17 74:19
152:23
197:22
209:25
232:18
233:3,16
237:8,24
238:5
248:14
254:16
258:22
262:12
266:13

269:24
271:25
272:10,17,
19 276:14,
22 277:20
281:18
282:4
287:10
288:11
292:21
295:1 301:8,
16,22,24

**instructs**
16:23

**intact**
179:13
180:2,6

**intended**
176:21

**intends**
16:20

**intention**
292:18

**intentionally**
182:5

**interaction**
120:25

**interactions**
172:3,4
208:1

**interest**
78:12 81:17
82:3,4,14,
17,19,20,22,
25 83:4,8,
11,12,15,17,
19,23 84:7,
15,16 85:1
96:11
108:22

109:9,13
112:24
113:8,22
114:13,21
115:8,12,24
116:5,6,15,
21 142:15
145:22
147:6
149:15,16
150:17
151:7,12
177:25
180:2,4
206:11,13,
14 231:8,9
253:14
261:20
262:2,3,5,8
273:12
277:11

**interesting**
39:4 73:17

**interests**
84:9 97:10
141:13
179:12
180:10
313:12

**interject**
106:16

**internal**
34:13 98:21
117:3

**internally**
193:9

**Internet**
311:5

**interpose**
105:11
127:25

**interpret**
282:22

**interpretatio
n**
177:9

**interpretatio
ns**
97:6 180:8

**interrelates**
79:1

**interrogated**
11:11

**interrogatori
es**
44:25 55:11

**interrogatory**
45:9,20
46:24 47:7
48:3

**interrupt**
289:25

**interruption**
16:11

**intervenor**
12:21,24
13:1

**Intervention**
119:21

**interview**
102:2,4
104:8 107:2
178:6,20

**interviews**
309:25
310:2

**introduced**
308:15

**invalidated**

175:5

**invariably**
144:21

**inverse**
66:20

**invoice**
234:9,17
235:10,11,
13 298:17,
18

**invoices**
23:7

**invoke**
29:6

**invoking**
28:20

**involved**
32:6,12
165:5
170:12
248:3

**Ions**
126:22

**irregularities**
40:22

**Irrelevant**
65:17

**Irvine**
255:25
256:24

**Isaac**
99:6 100:5

**issue**
92:20 93:8
95:5 283:18
284:4

**issued**
20:19 23:24

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

43:7

**issues**
151:1
162:24
256:2
285:12,15
286:12

**Izzie**
240:18

**J**

**Jacob**
26:12 32:5
35:10
260:10,11,
20,24
264:12
300:11

**Jake**
12:11

**Jason**
52:21
240:24
244:5

**Jeff**
53:1

**Jeffries**
57:7,8
234:20
235:2,15
236:2
239:22
297:14

**Jesus**
12:23

**job**
70:8 87:11,
14 115:3
124:13
251:2

259:21

**jobs**
260:20

**Joe**
26:10 32:4
259:11,13,
14,15,18,21
260:7

**join**
18:16 39:10
41:19 47:18,
19 59:22
68:16 71:13
72:13 79:23
85:13 86:17
90:19,21
91:4 92:11
94:19 97:16
107:14
111:12
115:16
131:11
134:6 141:3
148:21
156:7 159:7
175:22
177:14
182:3
183:20
253:24
278:5 279:1,
12,22 284:3
285:25
304:4 307:4

**joined**
12:16 207:4

**joint**
101:20

**joking**
182:13

**Jose**
170:4

**Jr**
170:4

**judge**
190:9

**Judicial**
17:9

**Julie**
12:2 13:23
67:6 68:7
73:23
186:10
190:18
192:11,12
200:13
222:12
248:19
249:3,10
262:2 270:2
307:6,9

**July**
25:24 29:25
30:5,18,21
31:12,23
58:13,14,21,
23 69:23
70:8 99:18,
20 103:13
164:5 165:4,
13 169:15
170:16
172:14
219:23
220:3
221:15
238:7,18,19
239:17,18
240:8,13,21
241:4,5,8,9,
12 242:9
243:19

265:3
274:17
276:17
287:20

**jump**
152:2 241:2
256:17

**jurisdiction**
15:22

**jurisdictions**
154:9
159:24

**Justice**
12:7,9

**K**

**Kamon**
87:8

**keeping**
206:11
227:8
239:24
253:15

**Ken**
135:24
136:8 145:6,
7 147:19
209:18
295:11,18
298:20,21,
23,24 299:2,
4,7,10

**Kern**
158:10,14
161:8
162:14,18

**Kevin**
176:4

**Kiley**

176:4

**kill**
217:13

**Kim**
182:6,9

**Kim's**
182:20

**Kimon**
12:13

**kind**
25:1,23
31:20 32:21
34:1 40:23
65:21 77:24
78:20 79:18
98:2 107:5
110:25
142:17
143:24
145:23,24
156:8
158:15
162:17
172:2,5
207:8 213:3
218:25
222:9 231:3
245:5
251:23
252:8
253:17
260:1
264:13
266:17
267:12
273:3
279:16
283:9,13
284:19
295:25

**KIWISI**

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

35:7

**knew**
42:12
111:17
122:13,18,
23 124:25

**knowledge**
19:21 59:3
128:7,11
196:1

———————

**L**

**L.a**
143:14

**L.A.**
110:20
124:12,14,
16 127:16
128:9
129:20
135:7
140:17,21
142:17
143:8,10
144:18,20
145:24
147:8 155:1
163:6
177:20
180:15

**L.J.**
13:11

**Labor**
258:8

**lack**
128:23
293:21

**lacking**
57:21

**lacks**
30:4 32:8
41:18 42:15
44:3,15
46:13 47:16
48:13 50:7,
13,18 51:10
58:4 59:12,
20 60:25
61:7,16 62:3
66:1 67:17,
25 68:15
71:11 72:21
73:12 74:4,
16 75:17
76:23 79:3
81:3 85:10
90:17 93:13
95:24 96:7
97:12
105:24
107:15
108:23
110:11
114:15,22
117:1 119:1
120:22
131:17
133:6 137:6
141:4
142:21
147:11
158:4
160:23
161:22
167:14
168:21
180:19
230:24
236:14
245:25
250:20
291:4

**Lali**
12:14 47:19

**lamp**
208:15

**language**
67:7 81:1,6
145:1 162:5
248:4 264:8

**large**
179:25
212:11

**largely**
111:3 218:8

**late**
23:25
105:11
127:25
185:21

**latest**
226:7

**Latino**
79:25 80:7,
21 118:14
121:7,16
127:11,17,
18 130:20
132:25
134:14
135:7,8,10,
25 136:4,9
138:7,11,25
139:3,4,7,
11,12 140:9,
19,23
142:13
145:2,10
152:12
155:1,11,21
156:2 157:8,
15,17
158:12,20,

21,23
159:20,23
161:9,12
163:6,7
168:2,10
172:23,24
173:14,20
202:6,15
206:2 210:9,
23 218:7
230:12
233:6 289:4,
7 290:17
291:9 293:1,
2,25 294:7,
11,15

**Latino-cvap**
163:9

**Latino-
influenced**
132:24
168:18
210:22
289:5,14,17,
18 290:6,9,
20,23 291:3,
23 292:3,8

**Latinos**
289:4,21
290:8

**Latinos'**
155:20

**law**
12:4,15
13:23 36:8
54:24 77:16,
25 92:16
149:12
185:2 307:9
308:12

**lawsuit**

19:3,4
158:13
161:9
162:20

**lawsuits**
81:10
279:15

**lawyer-
approved**
67:7

**lawyers**
41:11 81:9
154:14

**lay**
107:3
289:22

**layer**
40:24 213:1

**laying**
283:24

**layperson**
79:18 93:7

**layperson's**
104:14
108:7

**lazy**
315:9

**LB**
132:22
138:8
210:20

**leadership**
136:23

**leading**
111:21
245:15

**leaking**
72:20

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

**lean**
97:6

**learn**
18:23 19:10

**learned**
19:3 309:1

**leave**
142:16

**leaves**
254:25

**left**
24:20 308:9

**legal**
11:24 17:19
27:23 30:23
57:22 63:2
78:2 79:2,6,
8,21 89:10
90:19 91:2,
19 92:11
93:12 97:6
98:21,22,23
99:3 100:22
110:8,10
122:1 153:2,
11 154:7,10
158:9,11
161:10
162:15,19
164:3 183:6
184:25
211:14
226:1
247:14
253:22
278:24
284:2 297:7

**legislative**
25:4,7 27:6,
9 28:17
29:11 33:3

35:17,19
42:24 43:17
48:16 49:4
50:1,8,14
51:14 52:1
54:15 59:1
61:1,2,10,18
65:25 66:4,6
74:18 77:1
80:11,24
84:19 85:9,
20 86:2
87:14 88:18,
25 89:7 90:4
93:15,22
96:14 98:11
102:17
103:5,11
105:15
108:12,19
109:10
112:1
116:10
124:21
134:1,19,25
135:15
136:2,16
137:13,20
139:21
140:13
144:8 146:4,
12 147:25
151:23
152:21
157:5 158:7
160:17
163:14
164:18
165:2,19,20
166:15,24
167:4,13,20
168:7,23
172:15,17
173:7

174:19
178:4
180:12
182:7,16,23
184:1 195:7,
13 196:15
197:3,19
198:15
199:4,6
201:14
209:23
210:15
211:2 215:8
216:5
226:15
230:17
232:15
237:5
240:23
244:4,5
245:15,24
247:20,21
248:9
250:11
253:6
254:13
258:19
262:9 266:5,
8,9 267:3,23
269:21
270:19,24
271:21
275:9 276:7,
10 277:15
280:20
281:10,15
287:7 288:8
292:4,19
294:23
300:19
301:5
302:19
307:15
308:1

**legislatively**
160:11

**legislator**
27:17 29:5
52:13 53:5
88:10,20
171:25
246:21
248:9
270:17,18,
23 271:17
274:6 275:6
282:9

**legislators**
52:12 53:4
59:24 85:17
86:6,12
87:10 88:15
89:2 90:2
96:10 100:3
113:10
172:4 239:8,
10,11
243:25
244:19,23,
24 245:6
246:14,15
247:22,25
248:1,3
313:11

**Legislature**
27:11 28:3,
5,14,21
29:5,8,11,
13,17,20
30:2,3 43:16
47:10 48:9,
19 52:25
53:2 54:4
59:2,8,18
60:4 64:11
65:3 66:3
67:22 72:1

74:13 81:2
87:16,21
89:21 91:22
92:2,15 93:7
94:5,10,15
109:14
173:22
195:7,8,11,
14,22,25
196:4,6
197:7,12,15
230:22
231:4
240:22
245:17
262:19
292:9
305:12

**Legislature's**
194:14
231:8

**legitimate**
111:6,9
151:11

**letter**
64:4,10,18
65:2,4,9,16,
19,23 67:7,
22 69:2 71:8
75:23 76:20
77:7,9 81:2
90:7 125:14,
16,22,25
126:10
127:1,8,14
128:5,8,10,
12,13 130:6,
13,25 131:2,
4,9,13,24
133:4,12
134:22
138:17
147:21

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

148:8 149:6
152:18
156:5
159:12
161:17
190:18
191:19,25
192:25
193:1,2
205:6,10
207:1,7,19
208:3,21
209:6
249:12
252:4 286:7,
11

**letterhead**
67:8 68:9

**letters**
212:1

**letting**
124:11

**level**
156:9,11
183:21,22
300:1

**levels**
155:11
156:2

**LGBT**
141:7,8,9
206:13
276:25
277:5,7,11

**LGBTQ**
82:21 116:1

**Liberties**
255:24

**lies**
193:14

**Lieu**
213:20,21

**Lieu's**
213:8,9

**likelihood**
160:2,19

**limit**
189:25

**limitation**
23:6

**limited**
221:4

**Limon**
170:24

**Linda**
11:4 13:10

**Lindsay**
240:18

**lines**
55:19 78:19
81:10 83:16
90:8 104:2
109:18
112:9,17
113:18
114:7
124:24
135:23
139:15
141:22
145:12,15,
16 167:22
172:20
174:8,11
175:25
177:18
179:5
200:16
202:14
214:18

215:6
217:24
221:8
225:20,23
253:21
254:12
265:9
269:15
277:13
278:14
295:21

**link**
191:19,20
192:6,7,15,
16 227:9,20
228:12

**linking**
227:19,21

**links**
227:10

**list**
52:9 53:23
87:10,14
88:9 101:20
165:11,17
169:13
172:6
186:10
260:10
261:3 305:7

**listed**
32:3,4
256:12

**listen**
271:6

**listing**
121:15
206:1

**literally**
151:1

**litigation**
102:16

**live**
18:19 22:2
82:10,18
268:23

**lived**
269:9,20

**living**
39:2 263:14

**Liz**
24:13 25:7,
16 26:4,5
262:14,17,
18 263:8,16,
23

**LLC**
24:5

**LLP**
11:3,22
62:24
100:19
163:25
184:22
247:11
297:4

**lobbyist**
165:23

**local**
53:4

**localities**
256:25

**location**
22:21

**Lofgren**
239:22
242:17

**log**
187:10

188:12

**logo**
190:20
195:18
196:1,12,13,
24 198:4

**logos**
196:3,5

**long**
16:1 19:8
40:24 67:20
69:7,9 96:22
137:24,25
139:10
141:8,12
149:24
150:18
151:17
206:14
211:3
219:13
245:8 252:9
258:9

**longer**
120:20
288:13
289:6

**looked**
23:20 47:7
48:4 219:13

**Lopez**
32:19
264:19,20,
23

**Lorenzo**
258:7

**Los**
17:11 18:14,
20 121:17
122:15
124:6

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

127:12
130:7
189:14,19,
24 190:7
206:3
213:25
225:2,6,13
264:20
295:8,19

**losers**
176:1

**losing**
143:9

**lost**
47:24 60:17
157:10

**lot**
77:23 82:23
94:11 106:3,
6 113:6
115:19,21
116:12
130:7
141:15
142:14
149:10
150:13
177:23
190:22
253:9
261:19
285:23
291:13
295:24
310:17,24
317:10

**loud**
121:12
146:8
205:24
288:24
289:2

**love**
51:20

**lower**
148:16
149:11,17

**Lucille**
135:8

**Luis**
170:4

**LULAC**
12:19,22
13:1

**lunch**
100:6

**luncheon**
100:12

**Lyles**
240:25
244:5

**Lytle**
52:22

---

**M**

**M-A-L-D-E-F**
216:10

**Macedo**
169:17
172:6,8,9

**Madduri**
12:14 47:14,
19,20
191:12,21
192:1,9

**made**
17:14 28:24
43:18,20
49:6 50:3,10
60:21,23

61:1,3,5,12
76:4 85:5
94:14
144:12
214:11,20,
21 215:11,
13 231:3
235:5
245:13
261:16,23
266:22
270:14
271:3,9
272:23
273:15
274:7 275:1,
4,13 278:3,
19 279:6,8
281:1
282:14
285:1
292:13,14
294:1
295:14
310:2

**magic**
158:16

**magical**
161:14

**mail**
40:10,16,17,
21 41:2

**mailed**
95:6,11,20
196:5

**mailing**
95:17

**main**
37:6 253:14

**maintain**
156:18

160:2,19
241:16
275:15

**maintained**
168:16

**maintaining**
108:10
144:18
151:12
163:8
180:25
253:13,14

**majorities**
155:12,21

**majority**
57:5 108:10
134:14
135:25
136:4,9,14
140:10,23
154:1 163:9
172:3 202:1
218:7,14
234:23
235:21
297:15

**majority/
minority**
121:16
127:11
130:20
135:9 139:1,
12,13
140:20
159:18
202:23
203:1,4,7,
10,13,16,19,
22 204:4,11,
22 206:2
210:10
216:22

289:6,20
293:18
295:8

**make**
16:16 30:16
42:8 49:18
50:22 64:14
101:14
107:19
120:16
129:17
142:23
153:25
155:9
172:25
183:12
188:13
198:12
223:17
242:3 243:7,
17 261:17
271:17
281:21
293:4,8
294:16
300:22
307:23

**makes**
34:24
104:23
124:13
178:24

**making**
49:2,23
50:16 51:8,
11 107:18
114:2
129:23,24
132:24
143:15
166:6
176:25
210:22

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

215:12
246:5 296:5

**MALDEF**
216:9,12,16,
19,22 217:6
218:6,12
219:13
220:2 286:2

**Mall**
11:3,22
62:24
100:20
164:1
184:23
247:12
297:5

**manner**
36:6 153:9

**Manolius**
12:13 13:25
14:6,10,14
15:5 17:15,
23 18:6,11,
15,24 19:12,
16,23 23:1,
17,21,24
24:17 25:4,
9,23 26:1,20
27:5,13,18,
25 28:7,16,
23 29:7,14
30:4,25
31:3,14 32:8
33:2,7,10,
14,16,21,24
34:10,20
35:14,18,23
36:2,6 37:3,
12,18 38:3,
13 39:8
40:13 41:18,
20 42:14,23

43:5,8,15
44:3,16
45:6,8,11,
14,17,23
46:12 47:1,
13,16,23
48:13 49:4,
8,15,20,25
50:6,12,18,
25 51:10,19
52:4,15
53:10,14,21
54:12,14,20
55:16,18,20
57:10,22
58:4,17
59:11,20
60:16,24
61:6,16,21,
24 62:2
63:14,16,25
64:3,12
65:17 66:1,
12,22 67:17,
23,25 68:14
69:6,13,23
70:2 71:10,
17 72:3,11,
21 73:12
74:3,9,15,
20,22 75:16
76:23 77:13
78:2 79:2,7,
13,23 80:10,
17,22 81:3,
12,19,22
82:1 83:24
84:18,23
85:2,6,10,
19,25 86:7,
16,20,23
87:3,24
88:3,17,24
89:5,12,23

90:3,16,21
91:1,17,25
92:8 93:4,
12,20 94:1,
3,8,16 95:23
96:7,13,19
97:12 98:10,
16 99:17,20
100:9
101:22
102:10,15,
21,25 103:3,
9,18 104:4,
6,9 105:11,
14,19,24
106:11
107:1,12,15,
22,24
108:11,18,
23 109:10,
15 110:10
111:8,25
112:17,20
114:14,22
115:14
116:16
117:1 119:1,
7 120:10,16,
22 122:1
123:18,20,
24 124:20
125:9 126:2,
12,15
127:24
128:21
129:2,7,14
131:10,16
133:6,14,24
134:4,17,25
135:14,18,
20 136:1,5,
10,15 137:6,
12 138:18
139:21,25

140:11
141:1,4
142:1,21
144:4,7
145:3,14,18
146:1,4,10
147:11,24
148:18
149:1 150:6
151:22
152:19,23
153:7 154:3
155:17
156:4,23
157:4,22
158:4 159:4
160:5,10,16,
22 161:2,22
162:11
163:14
164:12,18
165:1 166:8,
11,15,23
167:3,7,11,
14,19 168:4,
6,12,21
169:1,9
171:14
172:17
173:7,11,16,
21 174:1,5,
18,23
175:20
176:22
177:12
178:4,21
179:17
180:11,17
182:1,4,7,
16,22 183:2,
4,9 184:1,5
186:15,23
187:12,23
188:3,10,15

189:10,23
190:10,12
191:1
192:20
193:4 194:1,
17,22 195:3,
10 196:11,
13,20 197:3,
8,18 198:20,
22 199:6
200:23
201:12
202:2 204:6,
16 205:13,
18 208:24
209:1,22
211:14,19
212:7,17,20
213:16
215:8,15,19
216:4,13
217:7
218:15
219:10
220:8,23
224:19
225:25
226:14
227:2 228:9
230:1,17,24
231:13
232:15,25
233:13
235:25
236:14,20
237:5,12,15,
21 238:2,22,
25 239:9,24
240:3 241:7,
25 242:7
245:25
247:2,23,25
248:7,11
250:9,20

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

252:23
253:2,4,24
254:13
256:10
258:19
259:2 262:9,
23 264:5
265:22,25
266:5,11
267:2,6,18
268:10
269:21
270:19,25
271:14,20
272:7,16
273:21
274:8,21
275:9,15
276:7,11,19
277:15
278:5,24
279:11,20
280:9,11,20
281:10,14
282:1,10
283:3,20,23
284:3 285:7,
22 286:17,
22 287:4,6
288:8
290:11,14
291:4 292:4,
16 293:14
294:2,23
296:6,22
297:17,21
300:17
301:5,13,21
302:11,19
303:9,13
304:4
305:16,24
307:4,16,20
308:8 309:9

317:25
318:10

**map**
17:8 20:8,11
23:11 28:3
34:19 35:13
41:15,17
42:3,10,19
43:3,13
44:1,2,13,14
46:5,6,7,11,
16,18 47:7,
10 48:4,8,19
49:2,7,10,
13,19,24
50:5,10,11,
17 51:9,11
55:13 56:3,
5,6,22 57:3,
9,14 58:2
59:9 60:6,7,
19,20,22
61:3,9,11,12
64:18 69:22
71:16 72:18
73:3,6,10,
14,15,16
74:2,6,14,17
75:24 76:22
80:9,14
81:11 82:10
84:17 85:5
86:6,14
88:16,23
89:4,9,11,
15,16,17
90:1,13,15,
25 93:10
94:6,14
95:3,7,19
96:12 97:21
98:6 99:22
103:7,16,18,

24 105:7
107:6,7,8
108:9,15
109:9
110:21
111:18,19
114:19
115:1,11,18
116:11,12,
13 122:4,7,
8,9,11,13,
14,16,24
123:6,8,12,
17,25 124:5,
10,12,23
127:18
129:10
134:10,24
135:5 137:1,
10,14,15,17
138:24,25
139:5,6
144:3,9
147:23
151:21
152:7 158:6
161:19
167:18,24
168:1,20,25
174:17
175:19
176:19
177:8 178:3
181:23
182:14
183:24
188:22
191:6
193:10,13
194:19
195:13
206:21,24
207:1
213:12

220:14
230:11,13
232:21
251:2 273:1,
10 274:13,
19 275:2,8
283:16,17,
19 284:6,9
302:13
308:1
309:25

**mapped**
84:10

**mapping**
140:8

**maps**
15:21 23:8
25:3,8,19
26:19,25
27:4,12,17
28:6,15
29:24 30:1,2
31:13,17,18,
20,21 32:7,
12 33:1,6,9
34:14,22,24
35:22 36:1,3
42:5,11
43:24 53:17
54:3 58:1,25
59:7,10,18,
25 60:3,4
65:20,24
71:24 72:6,
7,8,10,15,20
73:14,20
76:25 77:5,
11,15 79:17
80:9 81:1,8
85:1,17,23
86:9 89:22
91:9 95:13,
15 96:16

98:3 99:7,
12,15
102:19
106:7,22,23
108:5 111:2,
7,10,15,16,
17,19,21
112:12,14,
23 113:20
114:10
115:3 116:7
118:25
137:21
140:16
141:7 157:2
158:2
159:13
160:9,14
167:2,6
169:16,19
170:1,4,7,
10,17,20,23
171:1
172:22
179:25
181:11
193:12
200:20
206:23
207:2
213:11
215:1,17
219:1,3,5,
11,13 221:7,
11,14
226:15,18
231:5,17
232:9 236:5
246:23
251:10
254:9,11
258:14,18
261:1
267:23

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

268:16,18,
23 269:1,2,
4,6,19
273:4,6
275:23
276:5,6,17
277:10
279:3
282:18
283:6 288:7
292:17,25
293:25
294:7,11
295:23,24
301:3,12,20
302:15
303:1
307:15
308:23,24
310:10
316:4

**Maptitude**
34:3,18
117:7

**Marc**
170:1

**mark**
12:4 21:10,
20 22:6,24
23:1 24:2
56:7 106:22
117:13
174:24
178:9
184:13
185:2,6
194:10,22
217:1,10
234:7

**marked**
20:15 21:13
22:10 44:22

55:11 56:12
63:9,23 65:7
75:2 101:2,9
104:1 117:9,
17 119:21
125:20,21,
23 127:7
130:13
132:11
133:4
134:22
135:3
139:15
141:18
147:21
148:3 152:4
161:17
178:16
185:14,16
189:16
190:15
194:12,20
195:21
210:16
217:3,19
220:11
224:6,11
227:4,16
228:2,11,16
234:6
248:18
314:20,22

**marking**
20:16 22:12
44:23 63:4
74:24
100:23
178:11
227:13

**marks**
62:21
100:17
163:23

184:20
232:12
247:9 297:2

**match**
39:7 138:5

**matches**
233:5

**material**
49:16

**math**
214:5

**mathematica
lly**
153:22

**matrix**
200:17

**Matt**
53:5 143:8,
20 144:2,24
298:25

**matter**
11:14 13:17
37:13 92:10
226:13
252:24
253:5
290:12
300:18
303:10
308:19

**Mcguire**
99:14

**Mclaughlin**
26:8 32:4
257:25
258:1,2,10,
12,24 260:4

**Mclaughlin's**
258:17

**meaning**
37:22 38:6
73:18
179:10
289:20

**means**
24:8 25:19
28:2 31:6,7,
8 45:10
68:23 73:19
91:14 107:4,
6 159:2
173:20
224:2 232:4
245:22
271:12

**meant**
48:18
104:14
105:1 106:1
108:9 216:2
262:6 265:8

**measure**
42:17
113:12
179:5,6
211:24

**media**
11:13 61:8,
10 62:4,5
111:5
270:16
273:6,7
274:3 275:1
310:19

**medication**
17:5

**meet**
110:13
259:18
268:21

**meeting**
22:21 30:6,
9,18 88:4
269:5

**meetings**
171:19
240:10
261:14
269:14

**megabytes**
188:6

**meld**
152:13,17
153:4

**melding**
154:1

**member**
28:21 97:20
99:6 135:10
144:21
172:9
182:11
206:12
240:24
262:18
289:4

**members**
25:21 53:3,6
87:16 88:12
100:2 110:1
165:7,9
242:19
244:11

**membership**
136:24

**memo**
250:7

**memoranda**
23:6

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

**memory**
46:15
159:16

**mention**
55:8

**mentioned**
81:16 145:6,
7 180:21
208:22
244:1,10
312:12,13,
17,19 313:3,
7,18 314:5,
10

**mentions**
315:20

**Merz**
67:6 68:8
73:24
190:18
249:1

**message**
72:6 129:23
274:3,16,18,
23

**messaging**
77:8 129:21

**met**
171:12
180:23
244:23

**metadata**
68:9,18,21

**methodology**
33:8 159:14
300:8

**Meuser**
12:4 14:2,8,
11 21:22
56:14 63:15,

17 101:11,
19 120:4
125:8,10,18
135:17,19
148:8 155:6
174:14
177:2 184:7,
13,14 185:2,
6,15 186:21
187:6,17,25
188:4,11,24
189:12,17
190:8,11,13,
16 191:5,9,
14,23 192:5,
10,23 193:6
194:2,13,18,
25 195:6,16
196:12,17,
21,23 197:5,
14,21
198:21,24
199:8
201:22
202:10
204:8,18
205:14,20
208:25
209:3,24
210:5,7
211:18
212:3,14,18,
22 213:5,22
215:10,16,
22 216:6,15,
25 217:4,8,
12 218:21
219:12
220:9,12,25
224:7,23
226:10,20
227:5,13,17,
24 228:3,7,
12 230:4,19

231:3,14
232:17
233:2,15
234:7 236:1,
7,18,22
237:7,14,16,
23 238:4,24
239:1,11,13
240:7
241:10
242:2,8
246:4,25
247:3,15,24
248:2,8,13
250:13,24
252:25
253:11
254:15
256:14
258:21
259:5
262:11
263:3 264:9
266:3,7,12
267:4,8
268:5
269:23
270:21
271:1,16,22
272:9,18
273:22
274:12,25
275:11,17
276:9,13,21
277:17
278:8 279:6,
17 280:10,
12,23
281:12,17
282:3,12
283:15,22
284:11
285:16
286:6,20

287:2,9
288:10
290:13,22
292:6,20
293:24
294:6,25
296:11,16,
20 297:8,23
300:23
301:7,15,23
302:15,21
303:11
304:8
305:19
306:7 307:6
308:5 318:3,
5

**Mexico**
256:20

**Michael**
13:2 52:6,24
240:24
244:6

**mid-decade**
251:13

**middle**
46:4 121:17
122:15
144:20
152:10
154:21
206:3
235:17

**midnight**
24:1

**Mike**
99:14

**miles**
18:20

**million**
283:17

**mind**
32:23,24
44:7 52:11
79:11 87:3
114:4
115:24
153:1 160:9,
15 169:7
239:24
241:2
256:17
278:9

**mine**
51:25 66:24
74:6 220:17

**minimal**
149:25
254:19

**minority**
131:3,5
150:17
151:9
200:14,18,
22 201:4,7,
11,19

**minority/
majority**
202:22,25

**minuscule**
62:10

**minute**
45:4 61:11
63:12 75:17
99:8 127:2
184:15
185:23
287:6

**minutes**
67:9 101:4
120:1 245:9
288:16,17

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

308:9

**mischaracterization**
286:25

**mischaracterizes**
93:4 136:18, 20 161:21 205:11 304:2

**mischaracterizing**
287:5

**mislabled**
94:6,25

**misnumbered**
95:6

**missed**
214:3

**missing**
97:18

**mission**
286:5

**misstated**
48:17
104:25

**misstates**
31:14 93:21
94:16
107:13
126:15
128:1
129:14
134:4 145:3
156:4
160:22
200:24
205:13
265:25

285:7
286:17
293:14
296:6
297:17

**misstating**
47:15

**Mitchell**
11:8,13
12:12 14:23
20:17 21:25
22:18 25:12
28:20 29:4
43:5 60:13
62:23 65:12
74:25
100:19
140:2
163:25
164:4
179:11
180:14
184:22
192:11
197:21
220:13
227:7
232:13
247:11,15
248:8,13
250:13
266:12
267:8
269:23
271:22
272:9,13,18,
22 275:17
276:21
277:17
281:17
282:3
288:10
292:20

294:25
296:16
297:4,8
301:7,15,23
302:2,21
308:14
315:25
317:22

**modified**
71:20

**modify**
252:1

**moment**
78:9 243:6

**Monday**
18:5,9 186:5
189:21,22

**Monica**
214:1

**Monique**
170:24

**monitoring**
259:23

**montage**
313:11

**month**
69:10
219:20
235:17
243:19

**months**
119:11
219:21
266:10

**morning**
11:12 13:10
29:23
185:21
263:23

**motion**
315:2

**move**
93:8 129:10,
20 145:11
242:19

**moved**
139:8

**movements**
316:16

**moves**
38:24 92:5

**moving**
130:1
156:17
157:6
158:18
159:25
163:4
316:15,21

**multiple**
33:25 53:3
55:4 89:1,20
177:16
245:5
249:24
272:3
282:13
283:11

**mumbling**
101:15

**municipal**
77:16,21
82:23 84:13
91:6 97:3
108:1
255:22
260:23
261:13
262:25
263:2 288:4

291:14
303:15,20

_____

**N**

**names**
32:20 52:12
164:7
239:20,21
244:9,22
246:8,11
260:16
280:14

**naming**
239:20,21

**Nancy**
239:22
242:17
313:21

**narrative**
50:13
133:25
177:13

**Nathan**
240:18

**national**
36:24 54:22
276:1

**nationally**
175:7

**native**
80:2 304:17,
18,23 305:4

**naturally**
64:1

**nature**
186:25

**NDRC**
54:21,22
275:25

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

276:1,17

**necessarily**
42:17,20
221:9
270:16

**needed**
39:22

**neighborhood**
78:14 82:17

**neighboring**
155:2

**Network**
55:3 180:23,
24

**Newport**
138:10
139:11
211:4

**news**
19:20 20:4,5
62:6 231:17

**Newsom**
11:15
240:14
265:2
313:12,18

**Newsom's**
272:4

**Nicholas**
11:23 63:1
100:21
164:2
184:24
247:13
297:6

**night**
185:22
264:1,4

**nod**
16:15

**nodding**
16:25 31:19,
24 33:20
42:22 73:1
95:22
117:20
169:8 223:8

**non-
redistricting**
289:19

**nonalignment**
300:4

**noncontiguous**
284:6,10

**nonpartisan**
265:13

**nonprofit**
255:23
256:7,8

**normal**
34:7 306:21,
22

**north**
132:22
137:25
138:8
210:20
279:23

**note**
23:24 178:9

**noted**
187:3 190:1

**notes**
296:21
317:19

**notice**
57:20 131:1
186:4,8
190:2

**noticed**
195:16

**November**
19:22 20:12,
20 23:11
125:22
207:16,20,
23,25 208:3
220:18
221:16

**number**
11:13,18
14:7,15 32:3
45:9,20
46:24 53:19
62:22 63:6,
23 64:6 65:7
67:3 68:4
71:3,24
78:23 92:4
100:18
101:19,20
120:11
121:17
124:4
130:15,17
139:6
140:19
152:15
158:17
159:12
160:15
161:15
163:24
181:10
184:21
185:16,24
186:2
202:10

204:12,19
205:2,17
206:3
208:22
209:8 210:7
211:9 212:1,
11,12
213:21
221:5
247:10
248:24
259:9,22
267:24
284:12
290:2,7
297:3 303:8

**numbered**
63:6 95:14,
15,16,18
193:18
211:12
315:12

**numbering**
211:20,23
254:5

**numbers**
38:7 148:5
166:9
191:22
198:5,11,17
213:12
217:21
221:18,20
223:6,15
243:12
290:19
301:2 302:7

---

**O**

**O&1**
318:4

**Oakland**
177:21
180:15

**oath**
16:6 64:21
185:11
247:16
297:9

**object**
16:19 17:18
21:16,19
64:13 69:24
112:4
128:24,25
167:12
197:18
215:20
232:15
274:8 284:1

**objected**
204:9

**objecting**
35:17
276:11
307:16,18

**objection**
17:15 18:6,
11,15,24
19:12,23
23:17,25
24:17 25:4
26:20 27:5,
13,18,23
28:7,16,25
29:14 30:4,
23 31:14
32:8 33:2,
10,14 34:10,
20 35:14,23
36:2 37:3,
12,18 38:13
39:8 40:12,

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

13 41:18
42:14,23
44:3,15,16
46:12 47:13,
14,16 48:13
49:4,16
50:12,18
53:13,14
54:12 57:10,
22 58:4
59:11,13,20
60:24 61:6,
16 63:25
64:12 65:17
66:1 67:17,
23 68:14
70:2 71:10,
17 72:3,11,
21 73:12
74:3,15
75:16 76:23
78:2 79:2,21
80:10,17,22
81:3,12,19,
23 83:24
84:18,23
85:2,6,10,19
86:15,16
88:3,17,24
89:5,12,23
90:3,16
91:16,17,25
92:8 93:4,
12,20 94:1,
7,16 95:23
96:1,6,13,19
97:12 98:10,
16 102:10,
15 103:9
105:11,24
107:12,24
108:11,18,
23 109:10
110:8,10

111:8,25
112:7,20
114:14,22
115:14
117:1 119:1
120:10,22
122:1
123:18,20,
25 124:20
126:2,12
127:25
129:6,14
131:10,16
133:6,14,24
134:4,17,25
135:14
136:5,10,15
137:6
138:18
139:21
140:11
141:1 142:1,
21 144:4,7
145:3 146:1,
4 147:11,24
148:18
150:6
151:22,24
152:19,23
153:7 154:3
155:17
156:4,23
157:4,22
158:4 159:4
160:5,10,16,
22 161:20
162:11
163:14
164:12,18
165:1
166:15,23
167:7,11,19
168:6,12,21
169:9

171:14
172:17
173:7,11,16
174:1,18,23
175:20
176:22
177:12
178:4,21
179:17
180:17
182:1,7,16,
22 183:2
184:1,5
186:15
187:23
189:10,23
192:20
194:1
195:10
196:11,14
197:3,18
199:6
200:23
201:12
202:2
205:11
209:22
211:14,16,
19 212:7
213:16
215:8 216:4
218:15
220:23,24
225:25
226:2,14
230:1,17,24
232:25
233:13
236:6,14
237:5,12,21
238:2,22
241:25
245:25
248:11

250:9,20
252:23
253:22
254:13
256:10
258:19
262:9 264:5
265:22
266:5 267:2,
18,19
268:10
269:21
270:19
271:14,20
272:7
274:21
275:9,15
276:7,19
277:15
278:4,24
279:11
280:20
281:10
282:1 283:3,
20 285:7,22
286:17,22
287:4,6
288:8
290:11
291:4 292:4
293:14
294:2,4,23
296:6
297:17
300:17
301:5,13,21
302:19
303:9 304:2
305:24
307:3 309:9
312:3
313:16
314:7

**objections**
17:23 31:4
33:7 49:8,
20,25 50:6
69:6 74:9
102:21,25
103:3
109:15
119:6
120:15,16
128:20
160:25
163:2
171:18
211:16
272:16
279:20

**objective**
129:24
180:3

**objectively**
115:17
129:16
139:3

**obligated**
31:9

**obligation**
57:20

**obligations**
18:9

**obscure**
35:10 311:3

**observer**
178:7,12,19
179:16
314:13

**obtain**
131:24

**obtained**
315:22

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

**OC**
54:24

**occurred**
77:3 280:22

**occurring**
64:1

**Ochoa**
219:16,17,
19,22

**October**
118:8,11
131:25
178:18
179:2
230:21
289:11
292:2 293:8

**odd**
66:18

**off-the-
record**
224:18

**office**
24:11 70:19
243:21
244:16
272:4 315:1

**officer**
24:14

**official**
14:13 29:19
43:21
189:20
198:14
199:8 231:4
281:23
282:13

**officials**
268:19,22,
24 269:7

280:15,18
282:13
284:13
286:15

**oftentimes**
39:16 83:11
92:4,20
278:11
279:9

**Omara**
52:7,19
244:6

**one-fifth**
39:25

**one-on-one**
86:22,25
87:18 88:8,
12 169:23,
24

**online**
72:7 195:8

**onward**
69:23

**open**
177:9
257:19
269:11

**opened**
59:1

**operation**
102:14

**operative**
175:6

**opinion**
128:22
278:22

**opportunitie
s**
295:22,24

**opportunity**
168:1,10
177:17
185:7
200:14,15,
18,19,22
201:4,8,11,
19 298:7

**opposed**
211:22

**opposite**
63:20

**opposition**
113:10,11
315:1

**optimal**
163:6

**Orange**
112:13,14,
24 137:24
155:2,9
206:15
209:4

**order**
63:20
148:16
149:18
153:5
172:25
195:14
231:7 293:3,
21 294:16
316:8

**organization**
111:7,9
118:17
123:14
207:4 208:7
216:9 286:2

**organization
s**
144:16
177:24
180:5,21
181:6,9,16
255:23
256:7,8
260:15,16
268:17

**organized**
113:7
117:14,19
151:3 286:4

**origin**
302:14

**original**
260:12
264:13

**originated**
313:23
314:1

**Orion**
12:18

**Osete**
12:23

**outcome**
285:11

**outcomes**
175:13
295:23

**outdoor**
151:2

**outreach**
261:14

**overboard**
285:14

**overbroad**
81:19 92:9

96:19 97:12
102:11
120:11
148:19
278:25
283:3

**overly**
37:24

**overnight**
263:17

**overpacked**
155:10
156:1 157:8,
15 158:3
160:1

**overpacking**
156:17
158:16

**overturned**
279:4

**owner**
24:4

---

**P**

**p.m.**
67:5 68:7
71:4 73:23
100:10,13,
15,17
163:19,23
184:16,20
247:5,9
296:23
297:2
317:24
318:15

**PAC**
57:6 234:23
235:21
297:15

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

**package**
194:3 199:4

**packet**
64:3,6 193:8
213:18

**packets**
194:7

**pages**
102:7
120:11
126:3,7,17
131:19
193:7
237:10,14
249:25

**paid**
27:19,21
28:3 32:17
56:6,21
57:14
119:17
233:22,23
234:3,17,19,
22 235:2,14,
22 236:8
260:24
263:4,8,10,
11 264:16,
23 297:14,
19,20
310:13

**paired**
38:9 141:11

**Palos**
113:4

**Panel**
17:9

**paper**
70:5 188:5
189:24
191:4

**para**
123:10

**paragraph**
46:25 58:19
71:4 90:9
148:12
152:10
154:21,22
163:5
179:10
180:13,20
210:18
251:7,17,20,
23,24 252:5,
6,8,19
254:18,23,
24 255:9,11
263:15
270:10
280:12
284:20
288:22
292:25
295:4
315:19
316:23

**paragraphs**
249:25
252:9

**parallel**
77:19

**paraphrase**
286:19
293:22

**paraphrasing**
143:7

**park**
82:13,18

**part**
45:24 46:23

60:1 93:21
95:10 96:22
108:4,6
119:14
140:5
179:13,23
195:12
199:4 207:6
227:23
236:4
258:13
260:25
263:5
264:24
265:20
267:6
277:10

**participants**
118:16

**participate**
85:8

**parties**
56:23

**partisan**
90:13,15,25
91:6,7,9
144:25
181:12
251:11
295:6 309:6,
10,14 310:7
312:12,14

**partisanship**
78:18
108:16
119:15
313:4 316:7

**partners**
24:5,9,15
25:22 26:5
32:10,15

130:7
195:18
234:10
236:7 237:3
255:12
257:17,19
258:3,12,25
259:16
260:7,13,14,
21,25 261:9,
11 262:19,
21 263:5,9
264:14,17,
21,24
265:12
268:3,7,14
287:22
288:2,6
297:24,25
298:21
308:23

**Partners'**
26:6 34:22
51:5,22
190:20

**parts**
38:6 57:25
159:19
208:6

**party**
41:4 55:4,5
90:11
197:16

**pass**
113:11
184:12
309:4

**passage**
87:6 248:3

**passed**
93:2 115:18

116:13

**passing**
231:8

**passive**
28:13

**past**
259:3
262:22
264:22
268:12

**pat**
136:23

**Paul**
11:8,13
20:17 62:23
67:6,15
100:18
163:24
179:10
184:21
185:4
192:11
200:25
220:13
227:7
232:12
247:10
249:17
274:22
297:3
315:25

**pay**
55:24 56:3
57:9 103:2
108:15
237:3
258:12
260:7
310:20

**paying**
56:24 57:2

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

94:10
263:12

**payment**
56:5 235:8
298:18

**payments**
297:16

**pdf**
64:10 68:8,
23 193:2
195:15
227:22

**PDI**
36:17 37:7
70:13,19,21
231:2
303:20

**peek**
109:21

**pejorative**
162:4

**Pelgrin**
244:3

**Pellerin**
164:21

**Pelosi**
239:22
242:17
313:21

**penalty**
16:7

**pending**
13:18

**penny**
234:25

**people**
26:18,24
32:4 39:1,2,

3,16,23 41:8
50:15 52:3
55:7 59:19,
23 60:1
70:17 72:6
82:18,19,20
83:20 87:2
103:6,23
104:19
105:5 106:2,
7,9,13 107:4
111:3,24
129:19
143:7,15
171:5,21
188:18
200:17
201:7
207:13
221:5 232:9
238:25
239:4,7
243:23
249:10
253:9
264:14
268:13
271:10
273:4,6,7
282:17
283:11,17
285:13,23
289:22
292:11
304:25
310:3
316:15

**percent**
87:19
132:25
138:11
157:7,14
158:8,12,19,

20,21
159:20
160:21
161:11,17
162:17
181:13
210:23
291:2,12

**percentage**
87:15 138:7
158:2
162:21
202:11,16

**percipient**
15:19

**perfect**
16:18
117:11
262:16

**perfectly**
133:3

**perform**
31:9

**period**
50:16,22
51:7,15,22,
24 53:10,12
54:3 70:22
87:3,17
99:23,25
100:3
142:22
164:15
165:4,13
169:15,20,
25 170:3,6,
9,16,21,24
171:2
172:10,12
223:23
239:25

240:2
243:24
244:10,14,
18,20 245:1
264:22
281:8

**perjury**
16:7

**person**
14:22 196:6
258:8 261:7
273:1
283:16,21
298:16

**personal**
52:1 59:3
298:25

**personally**
11:7 121:2
252:17

**persuasive**
129:24

**Pete**
239:23
240:4
242:17

**phone**
240:11,12

**phrase**
20:7 76:8
96:25
266:25
289:14
290:1,23,24
291:19
296:11,12

**phrasing**
162:7,8

**pick**
123:3

279:16
317:4

**pick-up**
108:21
273:10
274:13,19
275:2,8

**pick-ups**
105:18
317:1

**picture**
89:17
138:23

**piece**
70:5 189:24

**place**
11:21 39:1
119:3
155:20
195:14
240:8

**places**
177:23
223:13
289:2 308:5

**plain**
264:8

**plaintiff**
12:5,23

**Plaintiff's**
20:14 21:12
22:9 44:21
56:11 63:8
75:1 101:1
117:16
125:19
178:15
185:13
189:15
190:14

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

194:11
217:2
220:10
224:5 227:3,
15 228:1,10
234:5
314:19

**plaintiffs**
11:9 13:3,7,
24 185:3,7
307:10

**Plaintiffs'**
44:24

**plan**
113:11
168:3,16
218:7 233:5
251:8
254:25

**planned**
70:16

**planning**
263:11

**plans**
113:9
149:24
150:13

**platform**
33:12 274:3

**play**
22:16 32:19

**plethora**
83:10

**plurality**
163:8

**podcast**
100:24
102:2 107:3
108:5 146:8

184:8
214:17,22
246:13,16,
17,21
257:24
261:16,24
265:17,19
266:23
270:14
271:4,7,9
273:9,16
275:22
278:3,20
279:7 280:3
312:8

**podcasts**
174:20,24
311:9

**point**
29:20 32:22
49:15 62:12
67:14,16
72:8 73:18
88:10
109:18
124:17
132:14
133:3,19,21,
22 134:15,
23 135:22,
24 136:3,22
138:4,15
146:25
164:4 209:7,
11 226:16
229:16
231:2 279:3
284:7
285:11

**pointing**
109:4

**points**

23:8 71:5,8,
9,16 73:2
76:1,3,6,8,9
77:9 135:4
137:1,5,11,
19 248:24
250:7

**polarized**
149:19
257:1,4,6

**politely**
128:19

**political**
36:14 37:2,5
55:8 56:8
58:11 70:11
107:4
117:14,19
253:15
259:10
260:2 286:4
295:6
299:17
302:17
303:7
310:15

**politicians**
268:1

**Politico**
73:19

**politics**
165:24
314:13

**pollsters**
55:8

**Pomona**
232:11

**pop**
236:23

**popped**
19:5

**popping**
13:4

**popular**
14:22

**populated**
40:7

**population**
38:20,21,23
39:2,18
40:1,3,4,5
78:24
127:18
132:25
138:12
143:9 145:2
156:19
177:17
201:25
202:9
210:23
218:3,8
221:22
253:13
289:23
290:1,3,17
291:10,11
300:24,25
304:6,19,25

**populations**
80:1,2,3
156:17
159:25
193:13
290:18

**portal**
29:19 59:1
60:7,10
65:20,25
66:6

**Porter**
12:19

**portion**
66:5 104:9
116:11
124:13
130:10
140:3 142:4,
5 149:9

**portions**
289:7

**position**
186:16
225:19
307:17

**possession**
167:17
171:11

**post**
220:13,21
221:2
224:14,23
225:4
226:22
227:9,19
228:5,24
229:9,13,20
230:5,6,20
231:3,11
273:20,22
275:1,4

**postcard**
95:17,20

**posted**
73:19
220:18
225:17
232:5,7
273:1,22

**posts**
226:20

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

232:1

**potential**
58:1 257:2
317:5

**potentially**
37:24 95:5
123:9
131:12,20
133:13,16
175:24
213:1
245:16
285:23
306:4
317:12

**pounds**
21:20

**power**
55:3 79:16
80:15 88:21
89:3 110:6
121:7 151:9
152:15
153:6
175:18
176:7,17
180:23,24
230:12
232:21

**PPIC**
168:15
169:4,6,11
228:3,21
229:8

**practice**
226:8
290:12

**practices**
77:24,25
78:20

**precinct**
39:14
299:24

**precincts**
39:7

**precise**
225:2
259:25

**Predominant ly**
79:24

**prefer**
45:19 73:24
198:12

**preliminary**
17:10,12,22
101:9
119:22
125:24
189:25
315:2

**prepare**
186:18

**prepared**
125:18
190:24

**preparing**
187:16
190:3
197:14

**present**
25:25
206:24
207:1

**presentation**
23:10
117:15
118:8 120:5
125:5
131:25

133:11
138:21
205:15
206:24
209:17,21
245:5,8,13
246:2 281:2
283:14
287:17

**presentation s**
245:11
246:5

**presented**
89:22
216:19

**presenting**
88:10
126:17

**presents**
218:7

**preserve**
50:4 178:2
181:24

**preserving**
78:12 96:11
148:15
150:16
180:14
181:10,14

**president**
36:13
312:17

**presincts**
299:22

**press**
61:24

**presume**
76:6 173:4

**presuming**
146:15
217:18
230:9

**pretending**
31:5

**pretty**
208:16
252:2 264:8

**previous**
211:22

**previously**
248:18
262:19

**primarily**
80:6 211:21
262:25

**primary**
34:1

**principal**
24:9

**print**
245:3 305:1,
6 306:7

**printed**
224:9

**printing**
94:24

**prior**
54:3 58:23
75:25 76:4
86:8 88:10,
11 92:13
98:2 99:21
101:21
105:2 116:6
193:20
207:25
259:1,2

265:5 269:3
302:25
303:4,12
305:20

**priorities**
267:24

**prioritize**
180:9

**prioritized**
179:11

**prioritizing**
180:7

**priority**
97:24
148:15
149:17
180:25

**prison**
38:20,21,23
39:2

**prisoners**
222:12

**private**
93:19
137:16
232:13

**privilege**
16:22 23:18
25:5,7 27:7,
9 28:18,20
29:2,6,11
33:4 35:17,
19 42:25
43:17 48:16
49:5 50:1,8,
14 51:14
54:16 61:2,
18 66:4,11,
13 74:18
77:1 80:12,

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

24 84:20
85:21 86:3
88:19,25
89:7 90:5
93:14,15
96:14 98:12
102:17
103:5,12
105:15
108:13,19
109:11
116:11
124:21
134:1,19
135:1,15
136:2,16
137:13,20
139:22,24
140:14
144:9 146:5,
9,12 147:25
151:23
152:21
154:5 157:5
158:7
160:17
163:15
164:19
165:2
166:16,25
167:4,13,20
168:8
172:18
173:8
174:19
178:5
180:12
182:8,17,23
184:2 187:2,
10,24
188:11
189:11
196:15
197:4,19

199:7
201:14
209:23
215:9 216:5
226:15
230:18
232:15
237:6 242:1
247:20,21
248:10,12
250:11
254:14
258:20
262:10
266:6,9
267:3
269:22
270:20
271:21
275:10
276:8,10
277:16
280:21
281:11,15
287:8 288:9
292:5,19
294:24
300:19
301:6
302:20
307:15
308:2

**privileged**
27:6 54:15
160:11
166:24
168:23
196:14

**pro**
52:22 100:4

**pro-prop**
311:10,22
312:10,11

313:22
314:3,5

**problem**
280:10

**proceed**
14:4

**proceeding**
17:17

**proceedings**
318:14

**proceeds**
190:19

**process**
29:16 32:25
61:1,10
67:20 69:8,
9,12,16
92:5,22
93:18,22
96:22
103:10,13,
19,20 112:2
115:2,20
121:20
122:11
123:21,25
139:20
140:8
151:25
152:20
153:10
154:5 158:5
163:3
173:22
174:6
179:24
187:15
188:19
193:22
205:10,22
206:6,10

222:24
226:18
241:18
242:14
253:6
265:21
267:7,14
268:25
269:15
277:8
294:22
303:10

**process?'**
179:14

**processes**
94:2

**produce**
34:14 37:2
66:25
186:22

**produced**
64:22 69:1
187:21
188:2
191:13,15
192:2,3
222:1

**produces**
306:10

**producing**
186:24

**product**
93:11 222:7
265:11
266:8
306:16

**production**
22:24 23:3
63:5 75:4
185:24
186:1 187:5,

19

**productive**
221:9

**professor**
236:25

**program**
33:17 34:2,
9,13,23,24
306:5,9,12

**programs**
33:25 34:1,
3,7,8 306:4

**progress**
176:25

**progressive**
144:17
145:11

**prohibited**
303:16

**project**
25:12,17
37:15,19
38:4,14
40:14 69:20,
21 97:14
98:17 149:2
255:25
257:5
267:12
307:7

**projects**
70:24 71:1

**prominent**
313:20

**promote**
231:5,7,12

**proof**
21:10

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

**prop**
20:8 27:3
31:13 42:3,
5,12 44:2,14
53:17 69:21
71:16 75:24
76:21 80:8,
14 81:11
84:17 85:9,
18 93:10
96:22 97:14
109:14
115:12,18
118:15,17
119:12,16
121:6
123:25
124:22
134:18
137:10,14,
20 138:25
140:8,12
144:5,12
151:21
152:20,22
153:10
158:6 160:8,
13 163:1,12
164:6
166:19,21,
23 167:6,24
168:1,20
172:22
174:6,17
177:8
178:12
179:25
194:14
199:5
200:20
201:13
211:23,24
215:17
224:24

231:5,8,16,
17,21 236:4
239:1
246:23
254:12
261:1 263:4,
5,9 264:3,
17,25 265:3,
21 266:4
267:15
268:9,11
269:19
277:10,14
290:14
292:12,25
294:7,11
300:18
301:3
303:10,12
305:11,20
306:24
307:1
308:22
309:2,4,7,22
310:3,8,13,
16,25
311:15
313:2

**properly**
95:16,18

**properties**
68:24

**proposal**
43:22,24
123:13
124:25
161:19
315:22

**proposals**
41:17,25
42:2 43:2,7,
12 110:21

123:8
139:18

**propose**
140:23

**proposed**
49:18,23
137:18
230:11
232:20
233:5

**proposing**
140:9

**proposition**
23:12 25:3,
8,19 27:12,
17 28:5,15
32:12 33:1,
6,9 35:13,22
41:15,17
42:10 50:5
60:8,21 85:1
86:13 88:16,
23 89:4
93:17 96:12
98:9 99:7,
12,15
102:13
108:9,14,15
109:9
111:22
114:20
122:7
124:18
133:23
134:16,24
147:22
157:3 167:2
169:16,19
170:1,4,7,
10,14,17,20,
23 171:1
175:19

176:18
178:3,7
181:23
183:24
230:11
248:5,6
258:14,18
260:8
267:11
288:7
289:16
293:25
301:12,20
302:25
306:25
307:14
308:1

**proprietary**
34:16 117:5

**protect**
80:14 97:9
289:4

**protectable**
218:8

**protected**
28:17 29:10
33:3 42:24
61:18 79:16,
20 80:11,15,
19,23 84:19
85:20 86:2
88:18 89:6
90:4 93:14
96:14 97:10
98:11
102:16
103:11
108:12
133:25
144:8
147:25
151:23

153:6
156:18
167:4
250:11

**protecting**
88:15,21
89:2 179:11
180:9

**protection**
122:22
148:14
149:14
175:7
283:25

**proud**
265:12,20
266:1,2,3

**provide**
46:17 77:8
109:13
123:17
132:1
178:19

**provided**
131:5 150:1,
2 196:2,4
197:10,11

**providers**
29:9

**providing**
131:2
149:23
150:12
151:13
152:15
187:13

**public**
29:17 36:24,
25 61:5,24
66:7,10
71:25 72:10

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

73:19,21
85:9 93:18
94:2 110:21
116:18
121:3
141:16
143:24
168:25
197:6 199:9
212:4
214:21
215:10
225:13,16
226:13
235:1,5
236:11,19
269:15
271:4 292:7,
12,13
298:15
309:25
310:2

**publicized**
19:20 20:4

**publicly**
120:20,25
139:23
146:7
167:10,13
215:13
292:9

**publish**
195:8

**published**
167:10,13
315:5

**pull**
73:21
165:11
229:15
231:23
233:20

**pulled**
144:20
230:5
248:17,21

**pulling**
101:20

**pundits**
175:10

**purporting**
230:7

**purpose**
50:20
151:11
195:11
257:1

**purposes**
36:12 108:8

**push**
100:7
142:17
268:17

**pushing**
312:15

**put**
61:12 69:12,
20 72:7
73:10 92:3
146:23
168:15
188:22
192:24
195:24
196:5
197:15,16
198:10
222:6,7,8
241:19
245:2 250:7
252:25
253:9,11
265:11

280:3 292:9
303:18,20,
23 306:15,
19 311:25
312:1,2
313:11

**puts**
122:9

**putting**
124:15
134:14
145:24
147:7 283:6
311:3

_____

**Q**

**QGIS**
34:4

**question**
23:18 25:7,
14 33:11
35:15 39:9
41:23 42:25
43:17 44:5,
11 45:12
46:15 47:23
48:1,18
51:18 53:22
54:17,19
60:16 62:2
64:3 65:13
66:5,8
76:10,11,14
81:24 84:2
86:8 93:5
97:17,25
98:15
101:22
102:17,22
103:1,20,21
104:10
105:2,3,19

106:11,14
107:16,19
108:25
111:11
114:3,6,9,
16,24 115:5
124:9
125:13
128:17,23
129:4 132:3
135:21
136:6,11
137:13
149:13
164:19
166:16,20,
25 167:4,8
168:4,7
174:24
176:13,16
180:22
183:11,15
186:20
187:24
189:11
194:22
195:12
196:16
197:20,22
198:16
200:12
201:2,6
205:23
209:25
210:14
211:6 215:9
216:7 226:2,
16 232:18
233:3,16
237:8 238:5
243:24
244:4
246:19
247:18

248:12,14
254:16
258:22
262:12
269:24
271:2,23
272:10,19
275:12
276:16
281:18
282:4 283:4,
21 284:11
287:10
288:11
292:15,21
295:1 300:4
301:8,16,24
302:22
303:11
305:25
307:19,21
309:11
311:13
312:16,25
315:6

**questions**
16:13,19,22,
24 17:9
29:21 105:3
176:7
184:10
185:8
186:10
189:18
192:13
198:8
200:13
202:13,19
205:6
218:25
248:20
297:11,12
307:14,25

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

308:20,21

**quick**
85:15 93:1
198:15
205:15
224:15
226:21
288:24
308:10
317:18

**quickly**
34:14 252:2
263:2

**quo**
233:8

**quota**
50:4

**quotation**
229:12,15
232:12,20
316:23

**quote**
129:19
168:17
174:4
230:10
233:5
274:22
316:5,14
317:10

**quotes**
229:16
230:4,5,8
231:23
284:18

**quoting**
127:9 130:2,
11,13,16
137:9

### R

**race**
37:25 49:22
78:21 79:1,
10 107:10,
21 108:16
109:8
150:19
151:17
174:3,12,16
238:8 314:5,
10

**races**
311:3
317:12

**racial**
37:17,20,23
38:11 50:4
80:20 81:10
83:23 84:25
85:5 88:15,
22 89:3 91:9
97:22 98:6
150:17
175:18
176:8,10,17
257:4
300:15
303:24
304:5 305:7,
13,22
306:18

**racially**
90:12,14,25
149:19
256:25
257:6

**radio**
311:8

**raise**

13:14

**Rancho**
113:4

**ranges**
177:20

**rare**
162:18

**rate**
290:17,18

**rates**
83:2,8
291:7,10

**ratio**
40:8

**raw**
36:10

**re-ask**
220:25
271:1

**re-tweets**
232:2

**reach**
243:12

**reached**
31:22
180:22

**reaching**
103:7

**read**
28:23 44:10
47:23,25
61:22 73:4
76:11,13
104:17
113:23
114:5
119:24
121:12

125:3 127:5,
7 128:4
129:3
176:15
183:14
186:1
205:24,25
206:7
210:12,24
215:3 218:1,
10 229:4,6,
7,8 230:10,
14 231:20
232:20,22
233:9
249:15
251:5,8,14
255:3,21
256:3
261:15,17,
21,22
263:18
265:14
266:20
273:13
274:14
277:1
278:12
280:12,24,
25 284:24
286:9
287:14,15
288:22,23
289:1,9
292:25
293:6
295:12
296:1
316:10,17,
24 317:6,14

**readily**
124:3

**reading**

75:7 114:4
125:4,7,14
127:6,14
128:2,8,10,
14 130:24
131:7,25
133:16
142:4
151:18
155:13
214:17
231:17
255:8
287:18

**reads**
153:15
214:24
254:24

**ready**
198:8 280:8
288:24

**real**
42:19
159:15
198:15
205:15
224:15
227:17
288:24

**realize**
311:13

**Reallocate**
222:14,15

**reallocated**
223:23

**reallocation**
38:21 39:5

**Reardon**
26:16,25
261:4,6,7,19
262:7 263:4

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

**reason**
17:1 34:10
46:19
223:11
238:18
250:18
274:9
278:17
296:8

**reasons**
294:6

**recall**
15:24 17:6
19:9,25 21:1
29:18 32:20
37:15 44:17,
19 46:20
48:24 49:2
51:2,15
58:22 62:6
64:23 65:1
67:10 69:25
71:14,18,21
75:10 99:10
102:1,4,6
107:20
121:6,22
123:7,12
131:18
142:3,9
145:19
162:16
171:9 173:3
189:3,9
194:8 195:6
205:8
214:21,23
216:21
217:17
218:16,18
219:3 220:4
224:17
235:16

239:12
241:14
243:3 244:1,
7,22 245:12
246:4,5,10,
11,24
250:22
259:8
274:11,23,
25 275:5,13
282:11
284:15
296:2
300:11,13,
14 313:9
314:11

**receive**
20:25 98:5
235:8
297:15

**received**
19:6 20:20,
24 21:1,3
41:3 54:8

**receiving**
67:10

**recent**
38:17 97:19
224:13
225:21,22

**recently**
126:17
190:4

**recess**
62:19
100:12
163:21
184:18
247:7
296:25

**reciting**
130:22

**recognize**
64:8 65:4
120:8,13

**recognized**
237:2

**recollect**
102:8
118:13

**recollection**
46:10 47:11
48:11 55:14
78:9 88:7
212:23
219:9 240:6

**recommende
d**
47:8 48:6

**reconvened**
100:14

**record**
30:16 44:10
47:25 62:18,
21 73:21
76:13 100:8,
11,16
106:16
114:5 129:1,
3 163:20,22
176:15
178:10
183:14
184:14,17,
19 188:13
220:15
221:13
223:18
224:21,22
226:13
247:6,8

248:21
281:22
296:24
297:1
307:23
308:15

**records**
186:6

**redistrict**
176:2

**redistricted**
82:12

**redistricting**
24:5,9,14
25:22 26:4,6
32:9,15
33:12 34:19,
22 36:24
37:15 38:9
51:4,16,21
53:15 77:22
78:14,16
79:17,25
80:1 81:24
82:7,23,24,
25 83:6,12,
13,17,18
84:1,13,14
91:6,7 92:14
96:23 97:4,
20 98:1
102:20
106:3 108:4
110:2,3
112:25
113:7
115:20
116:7
121:19
122:11
125:23
131:14

135:6
139:20
149:12
151:5,12,16
162:6 174:8
175:8,16
176:6
178:13
190:20
192:23
193:8,21
195:18
200:21
202:5
205:22
206:6,10
208:4
211:25
212:17
216:18
218:4,6
221:24,25
222:24,25
223:25
225:1,6,13
234:10
236:7 237:3
238:16,21
239:2,19
241:18
242:14
243:22
246:18
251:9,13
252:20,22
253:20
255:12,22
256:1,20,21
257:16,19
258:3,11,12,
25 259:4,8,
15,16,19,20,
22 260:4,7,
13,14,19,21,

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

23,25 261:9,
11 262:18,
21 263:5,8
264:14,16,
21,24
265:12,13,
21 267:12,
14,15,22,25
268:3,7,13,
14,21,25
269:12,13,
16 276:2
277:4,8,23
278:2 279:3,
15,24 283:7
287:19,22,
25 288:2,4,6
291:14
293:12
294:21
297:24,25
298:21
303:16
305:2
306:21,22
308:23
309:14

**redistricting**
**s**
34:5 77:18,
21 97:3
98:18 162:3,
23 267:9
269:3 303:2,
4

**redraw**
90:1 225:23
226:4

**redrawing**
225:20

**reduce**
212:1

**reduced**
144:21

**reducing**
211:21

**refer**
222:1

**reference**
119:20

**referencing**
109:6
161:19
227:23
279:5 294:9

**referred**
221:6
236:19
257:5

**referring**
20:8 22:12
68:13,19
69:21 71:7
76:7 77:11
107:13
122:7
125:25
126:6
138:16
142:6
144:11,13
166:17,19
181:18
208:24
209:21
228:5,23
253:19
270:15
273:19
274:6 281:8
291:23
294:4,19,20

**refers**
138:16
241:3,7

**reflect**
47:11 48:10
133:3 147:2
167:17

**reflected**
102:8 120:9
167:22

**reflecting**
116:14

**reflects**
22:20

**refresh**
46:10,14
219:8

**refresher**
16:2

**refusing**
216:6
266:13
307:13,24

**regard**
24:1 29:9
51:11 81:22,
23 137:14
253:5 279:2

**region**
152:16

**register**
309:16

**registered**
95:21 301:1

**registrar**
244:3

**registration**
197:10,16

301:1 302:7
303:8,15

**regressions**
257:7,8

**regrets**
184:3

**regular**
119:10

**regularly**
231:17
279:18
303:22
305:6

**relate**
79:12

**related**
208:2

**relates**
241:12,13

**relating**
23:9

**relationship**
123:15
206:18
243:16
299:4

**relayed**
58:3

**relevance**
18:11 67:17,
23 74:4
96:1,20
211:17
278:4 312:3
313:16
314:7

**relevant**
137:19

**reliable**
169:6,10,12

**relied**
147:21

**rely**
99:3 188:17

**remainder**
113:17

**remember**
15:11 75:8
78:10 92:15
104:7
110:23,24
121:21,22
127:13,14,
20,25 130:9
133:1,2
135:11,12
141:24
145:13
148:13
166:6 171:8
179:15
186:7,10
217:18
221:12
224:14
270:7
299:17

**REMEMBER**
**ED**
11:1

**remembering**
233:18

**remembers**
128:1

**remote**
18:13 117:7

**remotely**

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

29:3

**remove**
124:5
129:17
142:12
222:12

**removed**
129:19

**renew**
44:16

**renumbered**
139:8

**repeat**
41:22 44:5
145:14
176:13
183:10
223:17

**repeating**
44:7

**rephrase**
43:1 60:18
123:11
153:3
225:11
246:19

**replaced**
140:17
145:9,10

**replacement**
121:16
206:2 289:8

**replicates**
233:7

**report**
40:16,20
81:13 184:7
207:6,12,13,
22 208:2

209:12
217:6,15
219:1
222:16
227:14,18,
21,22 228:3,
4,13,15
229:10,15
237:4,10,20

**reporter**
11:5 13:8,
10,11,20
16:9 19:15
21:15 24:2
30:16 32:1
36:19 39:20
44:18,20
47:21 73:7
100:8
101:16
117:10
152:2 177:5
224:21
308:9
317:18
318:3,13

**reporter's**
180:8

**reporters**
53:7 72:8,
15,16,20

**Reporting**
13:13

**reports**
23:7 61:8,11
216:19
228:22,23
229:4

**represent**
12:1 41:14
47:20

185:19

**representati
on**
64:15 111:4

**representativ
e**
175:25
295:9,10

**representing**
146:18
308:19

**represents**
222:2
314:16

**reprinted**
212:2

**Republican**
144:24
182:9,11,12
246:13,15,
21 299:1
317:4

**Republican-
majority**
90:10

**Republicans**
90:10 181:4
312:15
313:23

**reputation**
269:17

**request**
41:16,24
42:2 43:2,6,
11,18,20,21,
24 105:4
185:24
186:1,9
216:7
241:24

275:18

**requested**
23:16
186:25

**required**
31:8 153:19
154:15
157:9,16
221:21
253:21

**requirement**
150:20,22
162:20
211:23
226:1

**requirement
s**
107:5
149:25

**requires**
36:8

**reserve**
184:10

**residents**
255:2

**respect**
32:11 88:15,
22 89:4 94:6
98:8 276:24

**respond**
67:13

**responding**
225:5,10
275:18

**response**
45:12,13,17,
20 46:24
55:7 185:24
187:19

225:16
241:23
251:12

**responses**
44:24 47:7
48:3 55:10

**responsible**
318:3

**responsive**
242:6

**rest**
48:23
143:11

**restate**
225:8

**restroom**
288:14,15

**result**
40:25 307:1

**results**
39:6 40:17
300:2,16
301:11,19

**resume**
258:4

**retain**
236:3,8

**retained**
116:7

**retains**
92:3

**retract**
176:20

**reversed**
135:5

**review**
45:4,19
46:23

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

185:23
186:19
187:1,18
188:2
241:22
242:5

**reviewed**
46:4 229:25

**reviewing**
49:23 188:8

**revise**
43:23 99:9

**revised**
47:9 48:8
55:12

**revision**
23:10

**Rexford**
299:1

**Rexroad**
143:8,20
144:3,24

**Rick**
88:9

**rid**
82:13
286:21
287:1

**ride**
30:7 238:8,
9,12,13,15

**right-hand**
197:11

**rights**
15:13 78:22
79:1,11,15
96:11,18,20,
24 97:24
107:10,21

108:2,21
148:14
149:14
150:1,2,22
151:15
153:25
154:15
166:18,19
167:1,5,9,17
168:17
175:4,11,16
199:1 202:7
217:25
218:6,9
237:2 256:1,
6,9,11,15
257:2
273:11
274:13,19
275:3,8
278:11,23
279:9,14,19
285:5,19
286:2,12
287:13,21,
24 288:5
290:5
291:15,17,
21

**Rivas**
30:19 52:20
58:15 99:24
240:21

**Rivas's**
30:20,21

**Rivera**
12:25

**Riverside**
155:3
295:18

**road**
219:14

**Robert**
132:22
210:20

**role**
110:15
258:17,25
261:10
262:22

**rough**
51:7 318:5,
7,9,10

**roughly**
69:10 87:20
136:25
137:2 234:3
263:24

**routes**
92:17

**Royal**
135:7

**Roybal-
allard**
135:8
142:13
289:8

**ruinous**
232:10

**rule**
190:1 218:3,
4 268:20
306:2

**rule-less**
107:8

**run**
171:25
195:14

**running**
177:1

**S**

**S-Y-Z-Y-G-Y**
35:6

**Sabrina**
87:8 164:14

**Sack**
244:17

**Sacramento**
11:4,6,22
18:19 62:24
83:16
100:20
164:1
165:23
177:22
178:7,12,19
179:15
184:23
247:12
297:5

**Sacramento-
based**
315:24

**Sadhwani**
109:22,24
110:1

**salad**
150:10
296:4

**Saladay**
240:19

**sample**
283:16

**San**
258:8

**Santa**
15:9,13 62:9
214:1 244:2

**Sara**
109:22,24
110:1

**sat**
185:18

**scare**
102:19

**scenario**
160:4

**schedule**
187:4
241:17

**scheduled**
18:9 242:23

**schedules**
171:20

**school**
15:15 77:17
83:9,17

**Schwarzene
gger**
236:25

**scope**
57:21,24
58:3 90:18
112:21

**SCOTUS**
174:21
175:1

**Scout**
177:2

**scratch**
11:15 34:17
124:10

**screen**
14:1

**seal**
132:23

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

195:22
210:21
211:3

**seals**
195:24

**search**
23:22

**seat**
122:14
123:4
127:16
134:9
145:25
147:9
295:11
317:4

**seats**
143:2
144:18
172:25
173:15,20,
25 293:3,15,
19,20
294:15,19,
20 317:1

**Secretary**
95:9

**section**
23:2 63:5
104:16
150:21
167:25
175:4,5,6
196:18
218:5,9
250:5 255:8,
20

**seeks**
93:14
136:15

**SEIU**
260:18

**selecting**
142:4

**senate**
52:23 53:2
165:14
246:9

**senators**
87:8,9

**send**
67:8 68:11
73:24,25
95:7 188:24
193:25
194:3,7
230:19

**sending**
54:5 60:1
123:12
195:6

**senior**
24:14 82:19

**sense**
16:16
104:23
107:19
114:2
142:23
178:24
300:22

**sentence**
46:3 130:11,
12 149:10,
21 154:24
157:7
158:18
163:4 180:6
214:24
251:1
254:24

255:20
262:6 268:5
274:22
277:1,24
295:16

**sentiment**
88:21

**separate**
226:23,25
227:5 306:9

**separately**
40:17

**September**
235:18

**series**
198:8

**served**
156:12
185:20
186:4

**serves**
24:13

**service**
21:11 24:7
31:8

**services**
11:24 56:19,
24 57:17
63:2 84:7
100:22
164:3
184:25
247:14
297:7

**servings**
21:9

**session**
61:5 172:15
245:24

**sessions**
269:13

**set**
11:11 36:24
44:24 64:8
65:5 74:24
127:1
136:14
140:19
160:15
220:5
223:14
279:20,22
299:2

**sets**
196:21
241:16
301:3

**setting**
171:5

**settings**
87:23 88:1,
7,13

**shady**
313:12,13

**shake**
16:15

**shaking**
49:11 54:23

**shapefile**
34:25
306:10,19

**share**
78:9 202:6
276:17

**shared**
41:7 276:6

**sharing**
52:11

**she'd**
110:18

**shelf**
122:24
134:8

**Sherman**
239:23

**shoot**
257:21

**shop**
83:20

**short**
190:2 235:4
296:17

**shorthand**
11:5 13:11
202:5 283:9

**shoulders**
17:25 72:18
93:23

**show**
68:24
171:12
220:22,24
273:9,18
274:5,7
305:4

**showed**
141:7 302:6

**showing**
221:7
226:18
290:24

**shown**
73:3 75:20
76:15

**shows**
98:5 168:1
193:14

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

**shrugging**
17:25 72:18
93:23

**side**
82:10
118:21,22
171:22
259:10
260:3,5,6
261:12,13
262:25
263:1,2
269:13

**sides**
260:22

**signed**
233:20
241:11
249:17

**significance**
30:1 221:1
241:13
243:4

**significant**
154:17
178:1 241:4

**significantly**
242:20

**signing**
265:5

**silly**
221:10

**similar**
34:18
137:22

**Similarly**
158:19

**single**
62:8 186:22

188:9,11
190:21
212:6,16
213:11
282:12
292:10
302:5
303:25
306:8,18

**sit**
70:4 212:14
216:21
314:15

**situation**
158:13

**situational**
161:7 291:8

**Sixteen**
198:23

**sixth**
40:4

**size**
188:1,16,19,
20 189:3

**skate**
82:13

**skateboarders**
82:9,10,14

**skateboarding**
83:15

**skim**
101:4

**skimming**
114:1

**skipped**
143:3

**sleeping**
264:1,4

**slide**
23:8

**slightly**
131:6,7
265:23

**slow**
16:8 30:15

**slower**
124:13

**slowly**
16:9

**small**
214:11
299:13

**smiling**
102:24

**SMUD**
83:17

**Sneezing**
138:3

**snippet**
251:21

**snippets**
251:18

**social**
111:4
270:15
273:7 274:3,
25 310:19

**socioeconomic**
82:4

**Sofiya**
12:20

**software**
117:4 195:2

302:16
305:20

**Solachi**
170:4

**Solano**
177:21

**sole**
149:24
150:18,19
151:17
254:7

**solemnly**
13:16

**someplace**
291:12

**song**
92:16

**sort**
42:9 67:16
101:4
188:24

**sought**
316:6

**sound**
161:24

**sounded**
107:11

**sounds**
16:14 35:7
104:17
118:7 145:9
153:8
155:25
235:19

**source**
37:7

**sources**
36:12,23,25

37:6 131:21

**south**
132:23
210:21

**SP710**
157:7,14

**space**
175:16

**speak**
16:8 54:13
72:5 85:16,
23 86:5,19,
22 88:2
98:14 99:14,
24 100:2
119:10,14
127:23
128:13
129:25
153:25
164:5,14,17,
20,25 165:3,
5,10,14
175:1,12
176:12
219:5,22
220:2
240:22
256:17

**speaker**
30:7,10,19
52:20 58:15
99:24 100:4
240:21

**speaker's**
238:10

**speaking**
88:7 94:22
95:4 107:3
119:5
120:15

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

121:22
124:23
128:20
133:11
138:22,23
180:20
200:21
226:17
284:5

**speaks**
145:5 204:7
285:8 304:3

**special**
98:8 191:7
222:7,9
313:12

**specific**
51:12 105:4,
9,12 115:23
119:3,14
160:9,14
279:7,8
291:24

**specifically**
21:9 160:4
218:18
254:3
284:13
303:11

**specificity**
103:4

**specifics**
74:16
113:13

**speculate**
19:18
212:20

**speculation**
19:13,24
32:9 42:15
44:4 47:17

48:14 50:7
57:11 58:5
59:12,21
60:25 61:7,
17 62:3 66:2
67:18 68:1,
15 70:3
71:11 72:4,
12,22 73:13
74:4,16
75:17 76:24
81:4 83:25
85:11 89:13,
24 90:17
91:2,18 92:9
93:13 94:17
95:24 96:7
97:13
114:15
119:2
126:13
129:7
131:10,17
133:15
138:19
141:2
142:22
145:4 150:7
153:8 154:4
155:18
156:5,24
157:23
159:5 160:6
161:20
162:11
164:13
169:1
171:15
174:24
176:23
178:22
179:19
180:18
182:2 183:5

195:10
211:15
212:9
218:16
250:10,21
264:6
285:23

**speech**
130:5

**spell**
35:5

**spill**
144:19

**split**
26:23 260:1

**spoke**
51:21,23,25
52:2 54:4,5
87:16 145:2
171:5,12
174:21
243:21
244:9,19

**spoken**
246:11

**sponsored**
164:10

**sponsors**
164:6

**sports**
310:24
311:2

**spot**
160:19
161:16,25
162:1

**spotted**
191:8

**spotty**
241:20
242:4

**Stacey**
26:16,24
261:4,6,7,19
262:7 263:4

**stack**
205:16

**staff**
30:7,9,19,
20,21 51:5,
22 52:1,19,
22 53:6
58:6,15
72:19,24
84:17 100:2,
5 110:15
117:3 150:3
165:10
238:10
240:15,20,
22,23
241:19
244:4,5
258:2,7
261:7
262:18
272:14
275:6

**staffer**
270:17

**staffers**
85:23,25
86:7

**staffs**
165:25

**stage**
110:18

**stamp**
56:9

**stamped**
75:4 191:24
192:6 234:8

**stamps**
192:4

**stand**
66:11,13
110:18
306:9,12

**standalone**
179:23

**standard**
67:12,14
251:3

**standpoint**
93:8

**stands**
54:22
152:24

**start**
14:18 45:23
67:1,5 68:21
86:23,24
113:15
116:23
125:4
128:25
142:7
202:18,19
229:9
239:20,21
240:5 241:1,
10 265:10
280:7

**started**
42:21
121:15,18
122:4,9
134:24
189:17
206:1,4

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

243:1 263:1

**starting**
29:24
121:13
124:10,17
130:2
133:21,22
134:15,22
143:16
210:3,18
214:18
238:7 249:7
257:24
263:15
266:16
270:5 273:8
284:20
295:4

**starts**
52:21 120:5
148:13
154:22,24
198:2
254:18
255:8 261:3
270:10

**state**
11:6 12:1,7,
9 31:16 34:4
43:12,13
47:10 48:9
52:2,23 53:2
55:1,2 59:2
64:11 77:15,
18,19,25
78:15 81:20
83:12 87:13
95:10 97:3
98:17,22
110:2 116:5
124:13
127:19
152:16

153:18,19
159:19
169:3
193:14
195:7 196:4,
6 197:7
208:6
211:10
221:23
243:25
244:19
248:1,2,5
251:10
253:18,20
255:22
282:8
286:15
302:12
308:18,19
317:11

**state's**
149:12
300:9

**stated**
94:12 107:7
115:21
129:16
186:16
187:12
205:9 229:1
252:6

**statement**
56:20
107:18
115:6 140:5
142:4,5,19,
23 143:16,
18,21,22
148:17,25
150:4
155:16
157:21
159:10,11

161:25
166:7
167:22
176:21
179:23
180:3
215:10,13
217:25
230:16
232:12,14,
24 233:12
245:6
246:12
261:15,17,
23 265:16
266:22
270:13
271:3,4,10,
18 272:23
273:15
274:7 275:1,
14 278:2,12,
19 279:6,9
281:1
282:14
283:8 285:1,
4 287:20
293:8 294:1,
3 295:14
296:5

**statements**
128:4
129:24,25
130:24
144:12
147:13,16
212:4 232:6,
8 270:22
310:2

**states**
11:16 12:2,
24 36:10
77:23 90:10

97:5 251:12
259:23
264:7
277:24,25
278:1,8,22
279:8,13,17,
24 280:1

**statewide**
31:21 36:9
37:6,8 38:16
84:13 95:19
183:21,22
193:24
221:21
222:10
223:24
224:4
302:14,16
303:2,3,4,6
305:21

**stating**
143:23,24

**status**
168:17
233:7

**Stefani**
170:7

**Stefani's**
170:12

**steps**
92:23 149:8

**Steve**
52:6,19
169:20
244:5

**Steven**
170:18
219:16,19,
22

**STH60**

158:19
159:14

**stick**
279:18

**sticker**
24:3

**stickers**
178:10

**sticks**
146:18

**Stitt**
24:13 25:2,
8,16 26:5
262:14,17
263:8

**Stockton**
177:22

**stop**
119:5
120:15
128:19

**stopped**
45:25

**stopping**
45:14

**store**
83:20

**stores**
84:4

**strange**
40:25

**Strategies**
298:5,12,19
299:5,11,12

**straw**
235:4

**stream**
104:18

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

270:24

stress
251:2

strike
252:15
258:16

stripped
68:9,19,22

strong
141:8
289:23
290:1,2,24

strongly
268:15,16,
17

structure
56:4 140:16

stuck
64:7

studies
231:20,24

study
169:4,5

stuff
249:20,21,
24 261:20
262:8

subject
76:2 92:9

subjective
83:11

submission
64:18 75:24
76:21 81:2
99:22
249:13

submit
74:1,2,6

submitted
29:18 30:1,2
47:10 48:8,
19 50:11
54:4 58:25
59:6,7,10
60:6,10,19
61:4 65:24
66:13,14
67:22 72:1,9
74:13 108:6
128:14
137:21
229:20
308:23
309:25
310:10
314:23
315:1

submitting
60:3,4
111:15,18

subpoena
17:16 19:6,8
20:17 21:3,
11 22:6
23:16
189:13,19,
20

subsequent
292:13

subservient
149:12

substance
48:14
295:23

sudden
73:6

sufficient
159:21
161:12

186:18

suggest
289:22

suggested
152:18

suggesting
225:5
285:12
288:15

suggestion
42:4

Suite
11:4,22
62:24
100:20
164:1
184:23
247:12
297:5

summary
193:23

summer
24:21 43:3,
14

supervisorial
77:17

supplement
95:7

support
110:18
118:15
289:3

supported
113:21
114:12,20
115:8,12

supposed
211:9
223:15

284:10

Supreme
190:4

surprise
201:19

survey
222:6,8
224:13
226:7

suspect
17:8

sustaining
177:20

sway
54:10

swear
13:9,16

sweet
160:18
161:16,25
162:1

Swing
298:5,12,19
299:5,11,12

switch
308:5

sworn
11:10

synergy
206:15

system
117:6 303:7

Syzygy
35:2,3,10
195:4

T

table
193:23

Tableau
34:8

tables
23:7 193:11
198:11

tact
179:24

takes
144:24

taking
11:21 17:5
68:23
209:18
213:24
222:10

talk
16:8,12 30:5
39:11 42:10
53:8,9,19
85:4 86:10,
12 88:14
98:7 99:6
101:16
102:19
116:1,3
119:12,15,
16 172:1,8,
9,16 238:20
239:5,17
242:24
243:8
263:16
265:2
269:12
277:22

talked

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

50:19,21
51:4 52:5
55:2 87:2
88:11
171:22
219:18
231:20
239:7,16
241:17
242:13
244:24
270:2
280:13
292:1

**talker**
30:11

**talking**
23:8 42:11
50:16 51:8,
15 69:14,15
71:4,7,8,9,
15 76:1,3,6,
7,9 88:11
103:10
104:17
108:5
109:22
133:17
144:4 145:8
146:6
147:17
148:22
151:14
152:20,22
153:16
156:12,21
166:21
171:23
181:22
191:25
200:20
202:4,7
205:2 222:4,

5,11 226:22
228:13
243:2
244:12,15
246:22
248:23
250:7 253:6
262:2 270:6
277:3,24
286:11,14
290:11,20
292:1,11
295:17
299:16,20,
23 306:13
310:1

**talks**
76:24

**tall**
21:18,24

**Tangpia**
11:14
170:10

**tape**
116:21

**target**
50:4 160:9,
14 162:2,9

**targets**
162:17

**tasks**
260:20

**team**
25:22 26:6
32:13,14,22
116:23
179:11
266:2

**techie**
33:17

**technical**
39:13 40:9
61:12,15,23
62:10
188:17
212:25

**technically**
70:15

**technology**
245:10

**Ted**
213:7,9,19,
21

**tedious**
187:15

**telephone**
58:7

**television**
310:22,23

**telling**
23:21 61:19
115:24
121:6 147:5
150:21
281:9

**tem**
52:22 100:4

**ten**
15:4 87:18,
19,20 110:5
212:10,15
247:2 270:3
288:17

**Ten-ish**
15:6

**Ten-minute**
247:3

**term**
24:8 28:8

32:14 76:1
91:1 96:20
97:1 111:9
117:4 201:3,
7 230:25
252:21
253:9
256:11
289:19,22
309:10

**terminology**
15:20 79:18
81:13 149:4
201:5,9,17,
21 221:25
223:25
226:6
291:21

**terms**
103:4 110:5
168:17
173:19
214:25
279:15
295:25

**test**
78:5

**testified**
127:6
133:21
282:23

**testify**
17:12,21
20:17 22:6
29:24
151:20
189:14

**testifying**
64:21 129:1
297:13

**testimony**
17:2 18:13
31:15 93:5
94:17
107:13
111:13
113:22
114:13,21
115:9,13,21
116:15,21
120:5 126:9,
15 128:1
129:15
134:5
136:19,21
141:16
143:24
145:4,23
147:6
160:23
200:24
205:12,13
221:6
244:22
277:6
286:18
293:15,17
296:7
297:18
310:12

**Texas**
102:20
104:15
251:12
270:11
271:10,18
272:5,14,23
280:16
281:24
282:18
309:13
312:20

**text**

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

23:3 142:2
192:14

**thereof**
11:3

**thing**
31:3 40:23
64:19
110:25
118:20
121:17
122:25
123:1
132:18
134:8 135:4
145:22
146:2 147:6
172:1 206:3
212:25
213:3
226:21
273:4
281:21
284:8
287:22
288:6
291:13
309:20

**things**
40:21 64:5,6
68:17 71:20
76:8 77:8
78:17 82:8
84:9 91:12
97:15 104:8
111:4 112:1
113:4 117:7
126:4
131:20
142:9
146:21
149:11
159:12
175:15

188:17
214:25
249:12
253:9
263:17
268:12
270:15
282:18
283:10
291:6

**thinking**
55:1 57:11
121:18
122:9 206:4
279:8

**Thomas**
12:25 26:12
171:2

**Thompson**
26:13

**Thompson-
fisher**
26:14 32:5
35:11
260:11,20,
24 264:13
300:12

**thought**
63:20 66:20
77:8 176:11,
14 191:9
192:1 214:8
217:13
251:24
294:7

**thoughts**
225:17
232:2
249:14

**thousand**
208:15

**throw**
105:17
106:4
213:16
270:11,12
271:11,16,
18,19 272:5,
6,14,15,24
280:16,17,
19 281:9,24,
25 282:14,
22 284:14
285:13
286:16
306:10

**throwing**
106:17,19,
24 270:22
282:25
283:1,7

**thumbing**
218:25

**time**
11:20 16:1
22:21 24:17
27:13,14
30:25 33:14,
15 37:3
38:3,13,14,
18 40:13
41:20 44:4
46:5,12
50:16,22
51:7,15,22,
24 53:10
54:3 62:17,
21 63:2
67:12,14
69:14 70:6,
13,14,18,21,
22 71:11,17
73:2 81:12
85:11 86:1

87:3,17 88:2
89:8,18,21
90:17 92:9
94:17 98:16
99:18
100:10,17
103:10
112:20
114:23
116:16
121:2
123:21,22,
24 128:19
140:11,12
142:22
143:25
145:4,24
146:25
147:7
152:19
159:17
161:25
163:19,23
164:15,22
165:4,13
166:13
169:15,20,
25 170:3,6,
9,16,21,24
171:2,10
174:5 183:4,
12,23
184:11,16,
20 186:18
187:6
188:21
189:19
194:1 204:9,
15 207:4,15
208:7
215:13
219:13,18,
22 223:2
225:23

231:23
235:14,23,
24 239:24
240:1
242:23
243:24
244:10,14,
18,20 246:3
247:5,9
250:25
256:11
265:2 281:8,
13,16
296:18,23
297:2 306:6,
8 307:23
308:8
317:24

**timeframe**
99:10,20

**timely**
92:21,22

**times**
34:4 51:4,23
127:16
236:23
272:4
311:19

**Times'**
128:9

**timing**
148:19

**tired**
68:2

**title**
259:8 286:4

**titled**
194:14,19

**today**
14:20 17:2

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

19:2 22:21
49:10
116:11,12
186:14,24
187:6,11
191:17
200:13
212:14
216:21
222:12
233:18
236:23
248:10,19
253:7 262:4
270:3
277:18
286:6
288:11
295:1
297:12
299:16
302:2,22
314:15

**today's**
11:19 22:8
318:1

**told**
53:7 102:23
119:15,16
134:2,7
136:17
147:9
161:10
250:18
265:16,19
269:9
274:18
280:18
284:13
286:15
293:24

**tone**
72:5

**top**
73:4,5 152:7
178:25
180:25
198:4
211:10
217:24
276:24
295:21
315:19

**tore**
112:13

**total**
39:18,19
40:17,20,23
69:20 87:20
171:16
300:25
304:6

**touch**
46:11
215:11,17,
18

**touched**
181:8

**touching**
181:2 215:1,
25

**tough**
317:12

**town**
82:11

**track**
47:24
157:10
166:1 227:8

**tracks**
147:9

**traditional**
251:9

**top**
252:20
253:8,17
283:6

**traditionally**
112:25

**transcript**
100:24
102:9
108:24
109:6,7,18
110:24
118:12
119:3,20,23
120:9
121:14
126:1 127:4
129:9 132:8,
20 135:2
145:20
146:15,17
166:3
172:20
205:8 210:2
214:17
280:4 281:3
288:22
292:24
296:3,9

**transcripts**
146:21
147:1

**transferred**
189:4

**transition**
110:16

**transitioned**
263:2

**transmitted**
66:3

**transparent**
269:12,16

**transpired**
47:12 48:12
55:15 184:4

**travel**
18:8,13
87:12

**traveling**
54:25

**trees**
83:3,4,5
217:13

**trial**
189:20

**trigger**
153:24

**true**
50:2 89:1
127:22
129:5
135:13
140:4,5
142:19
149:10
150:20
151:19
156:15
166:13
180:16,18

**Trump**
312:17
316:8

**trust**
109:7
110:24
121:14
193:18

**trusting**
48:23

**truth**
13:16,17

134:23

**truthful**
121:24
122:3
173:10

**turn**
46:21
103:25
109:17
112:8 121:9
139:14
148:2 166:2
172:19
179:7
196:17
198:17
208:10
214:16
217:19
218:21
257:24
270:3
275:20
280:5
288:21
292:24

**turning**
68:3 71:22
210:2

**turnout**
289:4
290:17
291:7,10

**tweet**
73:19
220:17
224:13
227:8
273:22

**tweeting**
72:6

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

**Twenty-five**
245:9

**Twitter**
59:25 62:7
103:23
104:20
105:5 106:5,
7 111:3,4,24
221:7,10
226:5 273:6,
23

**two-week**
244:20

**type**
77:20
259:24

**typed**
73:5 192:7
230:5
252:17

**types**
82:16

**typo**
104:21

---

**U**

**U.C.**
193:23

**U.S.**
119:21
218:6

**UC**
237:1

**UCLA**
228:13,15

**Uh-huh**
16:14 36:18
55:18 67:4
69:3 87:7

104:3
109:23
115:10
118:1,23
121:11
125:6,9,10
126:25
129:12
130:4 132:9,
12 142:10
143:5 152:6
155:5,14
156:10,20
157:19
158:25
171:24
172:7
174:13
188:3,10
193:3
215:15
217:23
218:2 219:2
221:19
229:11,14
245:7
266:11
312:24

**ultimately**
74:12 144:1
154:5

**Umberg**
171:2

**umbrella**
55:6 256:23

**unable**
182:25
183:17

**unaware**
94:13

**unchanged**

213:4

**unclear**
107:16

**undermining**
51:14

**understand**
16:20 20:8
27:9 29:25
33:19,20
39:9 64:16
108:25
111:11
114:23
116:17
132:3
155:19
156:13,14,
19 157:24,
25 185:10
191:7
207:19,22
219:8
222:25
254:8
268:14
278:23
283:21
285:19
288:1 297:8
305:6,25

**understanding**
20:10 29:4
31:7,10,11,
12,22 50:20
51:13 55:23
56:21 57:12,
19,23,24
59:8 65:15,
18,23 74:7,
10,13 78:3,
25 79:9

91:14,24
93:16 95:22
96:2,3,21
104:14
108:7
140:22
153:2
155:15
156:16
157:20
159:1,9,11
168:19
215:16,24
216:1
256:18
257:1
270:13
299:25

**understood**
70:25
309:10,16

**undertaking**
31:13

**undid**
145:23
147:7

**unhappy**
67:21

**unifying**
214:12

**Union**
255:24

**unique**
268:15
311:16

**United**
11:16 12:2,
24

**unlike**
300:3

**unpack**
231:6

**unpacked**
156:3

**unpaid**
27:22 28:1

**unpopulated**
213:3

**unquote**
129:19

**unsolicited**
54:8

**unsure**
213:20

**Untangling**
178:12

**untouched**
254:25

**Unwilling**
18:3

**up-to-date**
20:4

**update**
222:23

**updated**
38:17 67:8
226:9

**updating**
226:11

**upper**
197:11

**urgent**
92:20 93:9

**URL**
73:4,9

**USC**
237:1

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

utilize
92:23 134:9

utilized
80:5

**V**

vacation
70:16,18

Vacaville
177:21

vague
18:6,24
24:17 26:22
27:13,18,25
28:7 29:14
30:25 33:14
34:10,20
36:2 37:3,
12,18 38:3,
13 39:8
40:13 41:20
44:4 46:12
53:13 69:13,
24 71:11,17
72:4 81:12,
13,19 83:25
85:11 86:16
90:17 91:1,
17 92:9
94:7,17
96:19,20
98:16 99:18
103:9
107:12,22,
24 111:8,9
112:5,20
114:22
115:14
116:16
120:10
123:18,20
126:2 128:1

129:6,7
133:7 134:5
137:6,7
140:11,12
142:22
145:4
148:18
149:1 150:7
152:19
158:5 169:9
174:5,23
175:20
177:13
183:4 194:1
201:16
212:7
216:13
220:24
230:25
238:22
252:23
256:10,11
271:14
278:25
280:21
283:3,20
285:22
291:4
293:15
294:4 303:9
305:24
309:9

Valley
173:2 293:5
317:13

valuable
137:3

values
266:18,25
267:5,13
268:6,7

varieties

305:3

variety
208:6

vehicle
92:23,24

Ventura
214:12

veracity
128:13

verbal
125:8

Verdes
113:4

verse
11:15

version
49:10 55:12
67:8 68:9,10
73:14
126:10
130:25
131:7,8,22

versions
73:15

versus
11:14 108:5

vice
36:13

vice-
president
70:12

video
18:13
120:19
121:3 315:9

videotape
62:22
100:18

163:24
184:21
247:10
297:3

view
73:11 195:9

viewpoint
143:23

violated
278:22
279:9,14
287:3

violates
283:19

violating
278:11
279:19
285:5

Vista
257:12

vocal
113:10,11

volume
11:14 188:7

voluminous
187:15
188:16

vote
40:10,15,20,
21,24 41:2
86:13 89:8
94:14
134:16
170:13
176:4
292:11
309:22
310:3

voted

85:18 86:6
89:21 94:5

voter
39:19 94:21
197:10
287:21
301:1 302:6
303:15,21

voters
20:11 60:20
90:13 95:11,
18,21
115:19
148:14
149:14,23
150:12,17
151:14
152:15
156:2 168:2,
10

votes
39:22 40:6,
7,18 301:1
317:3

voting
15:13 78:22
79:1,11,15,
16 80:15
88:21 89:3
96:11,17,20,
24 97:1,9,24
107:10,21
108:2,21
121:7
132:25
138:11
148:13
149:13,19
150:1,2,22
151:9,15
152:12,15
153:5,24

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

154:15
166:17,19
167:1,5,9,17
168:17
175:4,11,16,
18,23 176:3,
7,11,14,17
198:25
202:7,8
210:23
217:25
218:5,7,9
230:12
232:21
237:2 248:3
256:1,5,9,
11,15 257:1,
2 273:11
274:13,19
275:3,8
278:11,23
279:9,14,19
285:5,19
286:1,12
287:12,24
288:5 290:5
291:14,17,
21 300:25

**VRA**
97:5,7 98:2
104:13
105:17
106:18,21,
24 107:18
108:9
154:11
156:9
167:23
172:25
173:14,20,
25 174:21
175:2,7
236:11,12,

16,18 237:4
238:1
270:11,12,
22 271:11,
17,18,19
272:5,6,15,
24,25
280:16,17,
19 281:9,24,
25 282:15
283:1,19
284:14
286:16,21
287:1,3
293:3,11,15,
19,20
294:15,19,
20 295:25
296:11,14

**W**

**Wagaman**
52:6,24
240:24
244:6

**wait**
54:16 60:24
65:12 99:8
123:20
287:6
288:17

**waited**
105:13

**waiver**
139:24

**walk**
32:25 50:9
126:23

**walking**
263:23

**walnut**
83:3,4

**wanted**
74:5 75:23
76:19
113:20
114:10
115:7 124:3
130:6 176:4
269:8 309:4

**Warriors**
310:25

**watched**
311:1

**water**
82:25 83:1,
4,5,13 269:3

**ways**
29:16 72:15
84:12
137:23
172:24
174:25
201:8 293:2
294:10,13,
14

**web**
73:4,5

**website**
116:19
131:14
194:14
195:15
197:7
255:16

**Wednesday**
11:1

**week**
17:10,12,22
18:14

168:16
245:17

**Weekly**
100:24
102:2 145:1
147:5 184:8
214:17
257:23
261:16,24
265:17,19
266:23
270:14
271:3,7
273:9,16
275:22
278:3,20
279:7 280:3

**weeks**
69:11,15,17
70:15
219:20
242:11,12
245:15

**weighted**
40:8

**weighting**
39:15,16

**Weiner**
53:5

**well-
documented**
161:8

**well-known**
158:14

**West**
277:23
278:2

**wet**
73:14,15

**whatsoever**
88:21

**whichever**
198:10,12

**white**
154:1
304:17
313:14

**white-
majority**
152:13,17
153:5

**whites**
304:15

**wife**
51:23

**Wild**
277:23
278:1,2

**Wilhaggin**
22:2

**window**
171:23

**winners**
176:1

**wires**
297:22,23

**woke**
72:24

**women**
239:14
242:13

**won**
317:2

**wondering**
41:16 64:23
79:11 204:6
241:12

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

**Woods**
12:6 17:18,
24 18:16
21:19 22:11,
15 26:22
27:23 30:23
31:4 39:10
40:12 41:19
44:15 47:18
53:13 56:13
59:13,22
65:12 68:16
71:13 72:13
79:21 85:13
86:15,17
90:19 91:4,
16,19 92:11
94:7,19
96:1,6 97:16
106:10,15
107:14
110:8
111:12
112:4
115:16
129:6
131:11
134:6
136:18
141:3 145:5
148:10,21
153:11
154:7 156:7
159:7
160:25
161:20
175:22
177:14
182:3 183:6,
20 191:3,7,
11 196:19
201:16
205:11
210:4,6

211:16
217:10
236:6
253:22
278:4 279:1,
12,22 284:1
285:25
287:5 304:2
307:3 308:7,
10,12,17
309:16
312:5
313:17
314:8,21
317:22
318:9

**word**
35:10 76:1
150:10
208:17
220:24
267:5
291:18,22
296:4

**worded**
97:25

**wording**
265:23
282:21

**words**
16:13 45:10
121:23
130:10
131:1 133:8,
18 137:9
155:20
157:24
159:12
182:15
252:15
256:5 262:1
268:11

282:17,22
283:12
284:16

**work**
18:8 24:22
27:1 28:22
29:3,8,9,13,
24 32:11
38:10 53:5
57:21,25
58:3,22
70:11,20
79:10,13,14
81:24 84:1
91:5 95:9
97:23
113:21
114:11
115:8
122:12
123:5,15
134:19
153:1
165:19,21,
24 183:23
186:17
216:13
258:13
259:24
260:1,2,8,
15,17 261:8,
10 263:5,9
264:17,23,
24 265:11,
20 266:3,8,9
268:3,4
275:24
277:4
287:19
289:16
300:21
303:20
307:1

308:22
309:2
314:16

**worked**
25:2,8 26:18
52:12 91:21
92:14 93:6
112:11
121:19
122:10
206:5,17
208:4
216:12
255:22
256:9,14,19,
23 258:24
260:13
262:19,21
263:13
264:21
275:23
285:16

**working**
14:5,9,12
24:24 29:4
70:13,21,24,
25 73:15
92:14 97:3,4
108:4 122:4
154:10
207:3
230:22,25
231:1
242:23
259:22
263:25
264:3 277:7
302:25

**works**
45:11 51:18
52:24 53:1
165:25
258:6

259:17
264:14,20

**world**
200:21
215:13
221:2
268:14
271:6
299:13

**worried**
63:18

**worry**
41:1 286:20

**wrap**
296:21

**write**
77:7 90:22
101:16
128:12
157:23
207:11,12
249:11
250:18,23
255:5

**writing**
24:3 58:9
252:2

**written**
46:20 59:14
105:22
137:19
149:18
150:7 173:5
180:18
252:4

**wrong**
132:6
151:16
183:11
200:16
257:22

DAVID TANGIPA vs GAVIN NEWSOM
Paul H. Mitchell on 12/10/2025

310:12

**wrote**
149:6,7
207:13
219:15
237:11
250:1,2,4,6,
13,16
255:14

---

**Y**

**yapping**
105:6

**year**
15:3 110:5
119:11
206:18
221:23
222:1,2
225:12
226:9
289:12

**years**
15:4 93:7
118:5 126:8
208:15
219:7
279:25
285:17

**Yoga**
208:14

**York**
84:14 97:4
98:22

**young**
82:20 182:6,
9,20

**Youtube**
310:20

---

**Z**

**Zarone**
12:11

**Zbur**
88:9

**zip**
68:10 73:25
188:5,24
191:15,25

**zipped**
65:21

**Zoe**
239:22
242:17

**zoom**
14:8,12,13,
14 16:11
73:3 120:19
213:8
245:10,11
246:15,17,
21

**Zooms**
269:7