UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

DAVID TANGIPA, et al.,

Plaintiffs,

v.

GAVIN NEWSOM, in his official capacity as the Governor of California, et al.,

Defendants,

Case No.: 2:25-cv-10616-JLS-WLH-KKL

**ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION TO EXTEND TIME TO FILE ANSWER**

Defendants' and Defendants-Intervenors' Ex Parte Application to Extend Time to File Answer (Doc. 208) is GRANTED. The Defense Parties shall respond to Plaintiffs' and Plaintiff-Intervenor's complaints no later than **February 4, 2026**.

DATED: January 2, 2026

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

HON. KENNETH K. LEE
UNITED STATES CIRCUIT JUDGE

HON. WESLEY L. HSU

UNITED STATES DISTRICT JUDGE