UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID TANGIPA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, in his official capacity as the Governor of California, et al.,<br><br>Defendants, | Case No.: 2:25-cv-10616-JLS-WLH-KKL<br><br>**ORDER DENYING PLAINTIFFS' APPLICATION FOR INJUNCTION PENDING APPEAL** |

A majority of the Court having so voted, Plaintiffs' application for an injunction pending appeal, Doc. 218, is DENIED.

DATED: January 16, 2026

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE


HON. KENNETH K. LEE
UNITED STATES CIRCUIT JUDGE


HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE