**(ORDER LIST: 607 U.S.)**

**WEDNESDAY, FEBRUARY 4, 2026**

**ORDER IN PENDING CASE**

25A839      TANGIPA, DAVID, ET AL. V. NEWSOM, GOV. OF CA, ET AL.

The application for writ of injunction pending appeal presented to Justice Kagan and by her referred to the Court is denied.