1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                      CENTRAL DISTRICT OF CALIFORNIA

10

11   DAVID TANGIPA, *et al.*,                    2:25-cv-10616-JLS-WLH-KKL
                                                 2:25-cv-11480-JLS-WLH-KKL
12                          Plaintiffs,

13

14          v.

15   GAVIN NEWSOM, in his official capacity      **ORDER TO SHOW CAUSE RE:**
16   as the Governor of California, *et al.*,    **CONSOLIDATION**

17                          Defendants.

18

19   MITCH NOYES, *et al.*,

20                          Plaintiffs,

21

22          v.

23   GAVIN NEWSOM, in his official capacity
24   as the Governor of California, *et al.*,

25                          Defendants.

26

27

28

Pending before this Court are *Tangipa v. Newsom*, No. 2:25-cv-10616-JLS-WLH-KKL and *Noyes v. Newsom*, No. 2:25-cv-11480-JLS-WLH-KKL.  As stated in the Notice of Related Case (Doc. 6) filed by Plaintiffs in *Noyes*:

> Both cases challenge the constitutionality and legality of California's new Congressional redistricting plan (adopted through Proposition 50). The *Tangipa* Plaintiffs, along with the United States as Plaintiff-Intervenor, challenge the Proposition 50 map under the Fifteenth Amendment to the United States Constitution and the Voting Rights Act, just as the Plaintiffs in *Noyes* have done. These cases therefore 'arise from the same … happening or event,' and 'call for determination of the same or substantially related … questions of law and fact':  The Court's core task in both cases is identical.

(Doc. 6 at 2.)  Accordingly, the parties are ORDERED TO SHOW CAUSE as to why these two cases should not be consolidated for all future proceedings.  The responses to this Order should not exceed five pages each and are to be filed no later than **February 27, 2026**.

All pending motions are STAYED until this Court has ruled on consolidation.

DATED:  February 17, 2026

                    HON. JOSEPHINE L. STATON
                    UNITED STATES DISTRICT JUDGE


                    HON. KENNETH K. LEE
                    UNITED STATES CIRCUIT JUDGE


                    HON. WESLEY L. HSU
                    UNITED STATES DISTRICT JUDGE