JESUS A. OSETE[*]
Principal Deputy Assistant Attorney General
MATTHEW ZANDI (CA No. 203329)
Chief of Staff & Special Counsel
ANDREW BRANIFF (IN No. 23430-71)
Acting Chief, Appellate Section
DAVID GOLDMAN (VA No. 98922)
JOSHUA R. ZUCKERMAN (DC No. 1724555)
GRETA GIESEKE (TX No. 24132925)
Attorneys
   Civil Rights Division
   United States Department of Justice
   950 Pennsylvania Avenue, NW
   Washington, D.C.  20530
   Telephone: (202) 514-3847
   E-Mail:   matt.zandi@usdoj.gov

TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JULIE A. HAMILL (CA No. 272742)
Assistant United States Attorney
   United States Attorney's Office
   300 North Los Angeles Street, Suite 7516
   Los Angeles, California 90012
   Telephone: (213) 894-2464
   E-Mail:   julie.hamill@usdoj.gov

Attorneys for Plaintiff-Intervenor
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID TANGIPA, *et al.*,<br>    *Plaintiffs*,<br>  and<br><br>UNITED STATES OF AMERICA,<br>    *Plaintiff-Intervenor*,<br>    v.<br><br>GAVIN NEWSOM, in his official capacity as the Governor of California, *et al.*,<br>    *Defendants*. | Case No.  2:25-cv-10616-JLS-KES<br>Three-Judge Court<br><br>**PLAINTIFF-INTERVENOR'S RESPONSE TO ORDER TO SHOW CAUSE RE:  CONSOLIDATION**<br><br>**Hon. Josephine L. Staton**<br>**Hon. Wesley L. Hsu**<br>**Hon. Kenneth K. Lee** |

---

    [*] Assistant Attorney General Harmeet K. Dhillon is recused from this matter.

**PLAINTIFF-INTERVENOR'S RESPONSE**
**TO ORDER TO SHOW CAUSE RE: CONSOLIDATION**

The United States hereby responds to this Court's February 17, 2026, Order directing the parties to show cause as to why the above-captioned suit "should not be consolidated for all future proceedings" with *Noyes v. Newsom*, No. 2:25-cv-11480-JLS-WLH-KKL. ECF No. 230, at 2.

Under Federal Rule of Civil Procedure 42(a)(2), this Court "may … consolidate" two or more actions that "involve a common question of law or fact." The *Noyes* Plaintiffs contend that this criterion is met as "[b]oth cases challenge the constitutionality and legality of California's new Congressional redistricting plan"; plaintiffs in both cases "challenge the Proposition 50 map under the Fifteenth Amendment to the United States Constitution and the Voting Rights Act"; and both "cases therefore 'arise from the same … happening or event,' and 'call for determination of the same or substantially related … questions of law and fact.'" ECF No. 230, at 2 (second and third alterations in original) (citation omitted).

Recognizing that the two actions likely involve common questions of law or fact, the United States takes no position on whether this Court should exercise its discretion to consolidate the two actions under Rule 42. *See Howse v. Chiquita Canyon, LLC*, 757 F. Supp. 3d 1049, 1067 (C.D. Cal. 2024) (noting the court's "broad discretion" (citation omitted)).

DATED: February 27, 2026

Respectfully submitted:

JESUS A. OSETE*
Principal Deputy Assistant Attorney General
*s/ Matthew Zandi*
MATTHEW ZANDI
Chief of Staff & Special Counsel
MAUREEN RIORDAN
Acting Chief, Voting Section

ANDREW BRANIFF
Acting Chief, Appellate Section

DAVID GOLDMAN
JOSHUA R. ZUCKERMAN
GRETA GIESEKE
Attorneys

Civil Rights Division
United States Department of Justice

TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
*s/ Julie A. Hamill*
JULIE A. HAMILL
Assistant United States Attorney
United States Attorney's Office

Attorneys for Plaintiff-Intervenor
UNITED STATES OF AMERICA

---

* Assistant Attorney General Harmeet K. Dhillon is recused from this matter.