MICHAEL A. COLUMBO (SBN: 271283)
mcolumbo@dhillonlaw.com
SHAWN COWLES (SBN: 163826)
scowles@dhillonlaw.com
DOMENIC P. AULISI (Admitted PHV)
daulisi@dhillonlaw.com
AMBER R. HULSE (Admitted PHV)
ahulse@dhillonlaw.com
**DHILLON LAW GROUP INC.**
4675 MacArthur Court, Suite 1410
Newport Beach, CA 92660
Telephone: (415) 433-1700
Fax: (415) 520-6593

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID TANGIPA**, *et al.*,<br><br>    Plaintiffs,<br><br>    vs.<br><br>**GAVIN NEWSOM**, in his official capacity as the Governor of California, *et al.*,<br><br>    Defendants. | Case No. 2:25-cv-10616-JLS-WLH-KKL<br><br>**PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE RE: CONSOLIDATION**<br><br>Hon. Josephine L. Staton<br>Hon. Kenneth K. Lee<br>Hon. Wesley L. Hsu<br><br>Action Filed: November 5, 2025 |



Pls.' Resp. to Order to Show Cause     Case No. 2:25-cv-10616

Plaintiffs David Tangipa, Eric Ching, Saul Ayon, Peter Hernandez, Roxanne Hoge, Joel Guiterrez Campos, Solomon Verduzco, Paul Ramirez, Jane Ortiz-Wilson, Vernon Costa, Rachel Gunther, Doug Buchanan, Sayrs Morris, Mike Netter, Christina Raughton, Kristi Hays, James Reid, Michael Tardif, Alex Galicia, and the California Republican Party (collectively, "Plaintiffs"), respectfully submit this response to the Court's Order to Show Cause Re: Consolidation (Dkt. No. 230).

Plaintiffs do not oppose the consolidation of this matter and *Noyes v. Newsom*, No. 2:25-cv-11480-JLS-WLH-KKL (C.D. Cal.), for all future proceedings. Federal Rule of Civil Procedure 42(a) provides that "[i]f actions before the court involve a common question of law or fact, the court may . . . consolidate the actions." "To determine whether to consolidate, a court weighs the interest of judicial convenience against the potential for delay, confusion and prejudice caused by consolidation." *Knox v Yingli Green Energy Holding Co. Ltd.*, 136 F. Supp. 3d 1159, 1162 (C.D. Cal. 2015).

Both this case and *Noyes* challenge the constitutionality and legality of California's congressional districts under the map authorized through Proposition 50. Both cases are pending before the same three-judge court. And, as the *Noyes* plaintiffs recognized in their Notice of Related Case (*Noyes*, Dkt. No. 6 at 1), the two actions "arise from the same . . . happening or event" and "call for determination of the same or substantially related . . . questions of law and fact."

Consolidation will promote judicial economy by allowing the court to resolve the overlapping legal and factual questions in a single, coordinated proceeding. Moreover, consolidation will not cause delay, confusion, or prejudice to any party. On the contrary, consolidation would avoid the risk of confusion arising from parallel litigation over similar constitutional and statutory challenges to the same congressional map, which could result in multiple or inconsistent rulings from the Court.

For these reasons, Plaintiffs respectfully submit that consolidation of this case and *Noyes v. Newsom* for all future proceedings is appropriate and warranted.

1

Pls.' Resp. To Order to Show Cause    Case No. 2:25-cv-10616

| | |
|---|---|
| Date: February 27, 2026 | By: /s/ Michael A. Columbo |
| | MICHAEL A. COLUMBO (SBN: 271283) |
| | mcolumbo@dhillonlaw.com |
| | **DHILLON LAW GROUP INC.** |
| | 177 Post Street, Suite 700 |
| | San Francisco, California 94108 |
| | Telephone: (415) 944-4996 |
| | |
| | SHAWN COWLES (SBN: 163826) |
| | scowles@dhillonlaw.com |
| | **DHILLON LAW GROUP INC.** |
| | 4675 MacArthur Court, Suite 1410 |
| | Newport Beach, CA 92660 |
| | |
| | DOMENIC P. AULISI (Admitted PHV) |
| | daulisi@dhillonlaw.com |
| | AMBER R. HULSE (Admitted PHV) |
| | ahulse@dhillonlaw.com |
| | **DHILLON LAW GROUP INC.** |
| | 2121 Eisenhower Avenue, Suite 608 |
| | Alexandria, VA 22314 |
| | |
| | *Attorneys for Plaintiffs* |



2

Pls.' Resp. To Order to Show Cause　　　　　　　　　　Case No. 2:25-cv-10616