MICHAEL A. COLUMBO (SBN: 271283)
mcolumbo@dhillonlaw.com
SHAWN COWLES (SBN: 163826)
scowles@dhillonlaw.com
DOMENIC P. AULISI (Admitted PHV)
daulisi@dhillonlaw.com
AMBER R. HULSE (Admitted PHV)
ahulse@dhillonlaw.com
**DHILLON LAW GROUP INC.**
4675 MacArthur Court, Suite 1410
Newport Beach, CA 92660
Telephone: (415) 433-1700
Fax: (415) 520-6593

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID TANGIPA**, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> **GAVIN NEWSOM**, in his official capacity as the Governor of California, *et al.*, <br><br> Defendants. | Case No. 2:25-cv-10616-JLS-WLH-KKL <br><br> **JOINT STIPULATION OF DISMISSAL OF APPEAL PURSUANT TO SUPREME COURT RULE 18.5** <br><br> Hon. Josephine L. Staton <br> Hon. Kenneth K. Lee <br> Hon. Wesley L. Hsu <br><br> Action Filed: November 5, 2025 |



## **JOINT STIPULATION**

The parties hereby stipulate and agree as follows:

WHEREAS, Plaintiffs moved the Court for a preliminary injunction on November 7, 2025 (Dkt. No. 15);

WHEREAS, the Court denied Plaintiffs' Motion for Preliminary Injunction on January 14, 2026 (Dkt. No. 216);

WHEREAS, Plaintiffs filed a Notice of Appeal from the Court's denial of their Motion for Preliminary Injunction on January 15, 2026 (Dkt. No. 217), appealing the order to the Supreme Court of the United States;

WHEREAS, Plaintiffs do not intend to pursue their appeal of the Court's order;

WHEREAS, Plaintiffs have not filed a jurisdictional statement in the Supreme Court, and the appeal has not been placed on the Supreme Court's docket;

THEREFORE, the parties hereby stipulate and respectfully request that the Court issue an order dismissing Plaintiffs' Notice of Appeal, pursuant to U.S. Supreme Court Rule 18.5, and order that each party shall bear its own costs of the appeal.

Dated: March 13, 2026                Respectfully submitted,

*/s/ Domenic P. Aulisi*
DOMENIC P. AULISI*
daulisi@dhillonlaw.com
**DHILLON LAW GROUP INC.**
2121 Eisenhower Avenue, Suite 608
Alexandria, VA 22314
Telephone: (415) 944-4996

* Admitted *Pro Hac Vice*

*Attorney for Plaintiffs*



/s/ Julie A. Hamill
JULIE A. HAMILL (CA No. 272742)
  Assistant United States Attorney
    United States Attorney's Office
    300 North Los Angeles Street, Suite 7516
    Los Angeles, California 90012
    Telephone: (213) 894-2464
    E-Mail: Julie.hamill@usdoj.gov

*Attorney for Plaintiff-Intervenor
United States of America*


/s/ Iram Hasan
IRAM HASAN
  Deputy Attorney General
  State Bar No. 320802
  300 South Spring Street, Suite 1702
  Los Angeles, CA 90013-1230
  Telephone: (213) 269-6505
  Fax: (916) 731-2124
  E-mail: Iram.Hasan@doj.ca.gov

*Attorney for Defendants California Governor Gavin Newsom and Secretary of State Shirley Weber*


/s/ Lalitha D. Madduri
Lalitha D. Madduri (CA Bar No. 301236)
lmadduri@elias.law
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave. NW, Suite 400
Washington, DC 20001
T: (202) 968-4652
F: (202) 968-4498

*Counsel for Defendant-Intervenor DCCC*



                      */s/ John A. Freedman*  
                      JOHN A. FREEDMAN*  
                      John.Freedman@arnoldporter.com  
                      **ARNOLD & PORTER KAYE SCHOLER LLP**  
                      601 Massachusetts Avenue, NW  
                      Washington, DC 20001  
                      Telephone: (202) 942-5000  
                      Facsimile: (202) 942-5999  

                      * Admitted *Pro Hac Vice*

                      *Counsel for Intervenor-Defendant LULAC*

**Attestation:**

All signatories listed have concurred with the stipulation's content and have authorized the filing.

Dated: March 13, 2026                  */s/ Domenic P. Aulisi*  
                                                      Domenic P. Aulisi

