UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DAVID TANGIPA, *et al.*,

       Plaintiffs,

   vs.

GAVIN NEWSOM, *et al.*,

       Defendants.

Case No. 2:25-cv-10616-JLS-WLH-KKL

**ORDER GRANTING STIPULATION TO DISMISS PLAINTIFFS' APPEAL PURSUANT TO SUPREME COURT RULE 18.5 (DOC. 237)**

Pursuant to the Parties' stipulation (Doc. 237), it is hereby ORDERED that Plaintiffs' Notice of Appeal (Doc. 217) is DISMISSED. Each party shall bear its own costs.

DATED:  March 20, 2026

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

HON. KENNETH K. LEE
UNITED STATES CIRCUIT JUDGE

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE