ROB BONTA
Attorney General of California
ANYA M. BINSACCA
LARA HADDAD
Supervising Deputy Attorneys General
RYAN EASON
DAVID GREEN
KIANA HEROLD
JENNIFER E. ROSENBERG
IRAM HASAN
 Deputy Attorneys General
 State Bar No. 320802
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 510-3793
 Fax: (415) 703-5480
 E-mail: Iram.Hasan@doj.ca.gov
*Attorneys for Defendants Governor Gavin Newsom
and Secretary of State Shirley Weber*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID TANGIPA, *et al.*,** | 2:25-cv-10616-JLS-WLH-KKL Three-Judge Court |
| Plaintiffs, | |
| and | **[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND TIME FOR DEFENSE PARTIES TO RESPOND TO CONSOLIDATED COMPLAINT AND TO SET DEADLINES FOR PLAINTIFF PARTIES TO RESPOND TO MOTIONS TO DISMISS** |
| **UNITED STATES OF AMERICA,** | |
| Plaintiff-Intervenor, | |
| v. | |
| **GAVIN NEWSOM, in his official capacity as the Governor of California, *et al.*,** | Trial Date:    None Designated Action Filed: Nov. 5, 2025 |
| Defendants, | |
| and | |
| **DEMOCRATIC CONGRESSIONAL CAMPAIGN COMMITTEE, *et al.*,** | |
| Defendant-Intervenors. | |

1

# [PROPOSED] ORDER

The Joint Stipulation to Extend Time for Defense Parties to Respond to Consolidated Complaint and to Set Deadlines for Plaintiff Parties to Respond to Motions to Dismiss is **GRANTED**.  The Defense Parties shall respond to the Consolidated Complaint on April 24, 2026.  Plaintiff Parties shall respond to the Defense Parties' motions to dismiss 28 days after Defense Parties' motions to dismiss are filed.

Dated: _____   _____
The Honorable Josephine L. Staton