MICHAEL A. COLUMBO (SBN: 271283)
mcolumbo@dhillonlaw.com
SHAWN COWLES (SBN: 163826)
scowles@dhillonlaw.com
DOMENIC P. AULISI*
daulisi@dhillonlaw.com
AMBER R. HULSE*
ahulse@dhillonlaw.com
**DHILLON LAW GROUP INC.**
4675 MacArthur Court, Suite 1410
Newport Beach, CA 92660
Telephone: (415) 433-1700

   * Admitted *Pro Hac Vice*

*Attorneys for Plaintiffs David Tangipa, Eric Ching, Saul Ayon, Peter Hernandez, Roxanne Hoge, Joel Guiterrez Campos, Solomon Verduzco, Paul Ramirez, Jayne Ortiz-Wilson, Vernon Costa, Rachel Gunther, Doug Buchanan, Sayrs Morris, Mike Netter, Christina Raughton, Kristi Hays, James Reid, Michael Tardif, Alex Galicia, and California Republican Party*

BRADLEY A. BENBROOK (SBN: 177786)
brad@benbrooklawgroup.com
STEPHEN M. DUVERNAY (SBN: 250957)
steve@benbrooklawgroup.com
**BENBROOK LAW GROUP, PC**
1301 Dove Street, 5th Floor
Newport Beach, CA 92660
Telephone: (703) 745-5870

J. CHRISTIAN ADAMS*
adams@publicinterestlegal.org
KAYLAN PHILLIPS*
kphillips@publicinterestlegal.org
JOSEPH M. NIXON*
jnixon@publicinterestlegal.org

JEWEL M. LIGHTFOOT*
jlightfoot@publicinterestlegal.org
CAROLYN C. VALDES*
cvaldes@publicinterestlegal.org
**PUBLIC INTEREST LEGAL FOUNDATION**
107 S. West Street
Alexandria, VA 22314
Telephone: (703) 745-5870

  * Admitted *Pro Hac Vice*

*Attorneys for Plaintiffs Mitch Noyes,*
*Holden Lomeli, and Anthony McBroom*

JESUS A. OSETE*
  Principal Deputy Assistant Attorney General
MATTHEW ZANDI (SBN: 203329)
  Chief of Staff & Special Counsel
ANDREW BRANIFF (IN No. 23430-71)
  Acting Chief, Appellate Section
DAVID GOLDMAN (VA No. 98922)
JOSHUA R. ZUCKERMAN (DC No. 1724555)
GRETA GIESEKE (TX No. 24132925)
  Attorneys
    Civil Rights Division
    United States Department of Justice
    950 Pennsylvania Avenue, NW
    Washington, D.C. 20530
    Telephone: (202) 514-3847
    Email: greta.gieseke@usdoj.gov

  * Assistant Attorney General Harmeet K. Dhillon
  is recused from this matter

TODD BLANCHE
  Acting Attorney General
BILAL A. ESSAYLI
  First Assistant United States Attorney
JULIE A. HAMILL (SBN 272742)

Assistant United States Attorney
   United States Attorney's Office
300 North Los Angeles Street, Suite 7516
Los Angeles, California 90012
Telephone: (213) 894-2464
Email: julie.hamill@usdoj.gov

*Attorneys for Plaintiff-Intervenor*
*United States of America*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID TANGIPA, *et al.*,<br>                   *Plaintiffs*,<br>   and<br><br>UNITED STATES OF AMERICA,<br>               *Plaintiff-Intervenor*,<br>v.<br><br>GAVIN NEWSOM, in his official capacity as the Governor of California, *et al.*,<br>               *Defendants*, | Case 2:25-cv-10616-JLS-WLH-KKL<br>Three-Judge Court<br><br>**PLAINTIFF PARTIES' UNOPPOSED MOTION FOR ENLARGEMENT OF WORD LIMIT FOR OPPOSITIONS TO DEFENDANTS' MOTIONS TO DISMISS**<br><br>Hon. Josephine L. Staton<br>Hon. Wesley L. Hsu<br>Hon. Kenneth K. Lee<br><br>Action Filed: Nov. 5, 2025 |

Plaintiff-Intervenor the United States of America; the *Tangipa* plaintiffs; and the *Noyes* plaintiffs (collectively the "plaintiff parties") each respectfully request an enlargement of the word limit for their respective memoranda of points and authorities in opposition to the defense parties' motions to dismiss the consolidated complaint. The plaintiff parties seek permission to each file one brief, not to exceed 15,000 words, in response to the three pending motions to dismiss (Dkts. 250, 251, 253), rather than each filing three separate 7,000-word briefs.

Good cause exists to grant this request because the plaintiff parties' briefs will each respond to the defendants' three separate motions to dismiss, which were each subject to an enlarged 10,500-word limit. *See* Dkt 249 (granting defendants' unopposed motion for enlargement of word limits for their motions to dismiss the consolidated complaint and authorizing each defense party to file a motion to dismiss not exceeding 10,500 words).  Moreover, the plaintiff parties' submissions of one brief each, rather than three briefs each, is in the interest of judicial economy. This request is timely, as the plaintiff parties' oppositions to the pending motions are due May 22, 2026. *See* Dkt. 246. Defendants California Governor Gavin Newsom and Secretary of State Shirley Weber, and Defendant-Intervenors DCCC and LULAC do not oppose this request.

DATED: May 11, 2026

Respectfully submitted:

*s/ Michael A. Columbo*
Michael A. Columbo
Shawn Cowles
Domenic P. Aulisi
Amber R. Hulse

DHILLON LAW GROUP INC.

*Attorneys for Tangipa Plaintiffs*

Bradley A. Benbrook
Stephen M. Duvernay

BENBROOK LAW GROUP, PC

*s/ Joseph M. Nixon*
J. Christian Adams
Kaylan Phillips
Joseph M. Nixon
Jewel M. Lightfoot
Carolyn C. Valdes

PUBLIC INTEREST LEGAL FOUNDATION

*Attorneys for Noyes Plaintiffs*

JESUS A. OSETE*
Principal Deputy Assistant Attorney General
MATTHEW ZANDI
Chief of Staff & Special Counsel
ANDREW BRANIFF
Acting Chief, Appellate Section

*s/ Greta Gieseke*
DAVID GOLDMAN
JOSHUA R. ZUCKERMAN
GRETA GIESEKE
Attorneys

Civil Rights Division
United States Department of Justice

TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JULIE A. HAMILL
Assistant United States Attorney

United States Attorney's Office

*Attorneys for Plaintiff-Intervenor
United States of America*

## ATTESTATION

I, Greta Gieseke, hereby attest that all signatories listed have concurred in this request's content and have authorized this filing.

*s/ Greta Gieseke*
GRETA GIESEKE

---

* Assistant Attorney General Harmeet K. Dhillon is recused from this matter.