BENBROOK LAW GROUP, PC
BRADLEY A. BENBROOK (SBN 177786)
STEPHEN M. DUVERNAY (SBN 250957)
1301 Dove Street, 5th Floor
Newport Beach, CA 92660
Telephone: (916) 447-4900
brad@benbrooklawgroup.com

PUBLIC INTEREST LEGAL FOUNDATION
J. CHRISTIAN ADAMS*
KAYLAN PHILLIPS*
JOSEPH M. NIXON*
JEWEL M. LIGHTFOOT*
CAROLYN C. VALDES*
107 S. West Street
Alexandria, VA 22314
Telephone: (703) 745-5870

*Pro hac vice

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

DAVID TANGIPA, et al.,

        Plaintiffs,

and

UNITED STATES OF AMERICA,

       Plaintiff-Intervenor,

   v.

GAVIN NEWSOM, in his official capacity as Governor of California; and SHIRLEY WEBER in her official capacity as California Secretary of State,

       Defendants.

DEMOCRATIC CONGRESSIONAL CAMPAIGN COMMITTEE, et al.,

and

LEAGUE OF UNITED LATIN AMERICAN CITIZENS,

      Defendant-Intervenors.

Case No.: 2:25-cv-10616-JLS-WLH-KKL

**NOYES PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THEIR OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS**

Pursuant to Rule 201 of the Federal Rules of Evidence, *Noyes* Plaintiffs respectfully request that this Court take judicial notice of the documents listed below and attached hereto. This request is made in connection with Plaintiffs' Response to Defendant's Motion to Dismiss the Consolidated Complaint.

**Exhibit 1**: AB 604 Atlas (*Tangipa* ECF No. 190-4, 5, 6). This document was electronically filed pursuant to this Court's Order (ECF No. 186) filed by Defendants Gavin Newsom, Shirley Weber. A court may consider documents "whose contents are alleged in a complaint and whose authenticity no party questions, but which are not physically attached to the [plaintiff's] pleading." *In re Silicon Graphics Inc. Sec. Litig.*, 183 F.3d 970, 986 (9th Cir. 1999) (quoting *Branch v. Tunnel*, 14 F.3d 449, 454 (9th Cir. 1994)). The Court may take judicial notice of matters of public record, including government documents, press releases, and legislative materials. *DeHoog v. Anheuser-Busch InBev SA/NV*, 899 F.3d 758, 762 n.5 (9th Cir. 2018). As a legislatively generated document concerning the passage of Prop. 50 and supplied by Defendants, Exhibit 1 is properly subject to judicial notice.

**Exhibit 2**: DCCC Draft Map (*Tangipa* ECF No. 188-16, 17, 18). This exhibit was filed by *Tangipa* Plaintiffs as in response to this Court's order for electronic filing of exhibits (ECF No. 186). A court may consider documents "whose contents are alleged in a complaint and whose authenticity no party questions, but which are not physically attached to the [plaintiff's] pleading." *In re Silicon Graphics Inc. Sec. Litig.*, 183 F.3d at 986 (quoting *Branch*, 14 F.3d at 454). The Court may take judicial notice of matters of public record, including government documents, press releases, and legislative materials. *DeHoog*, 899 F.3d at 762 n.5. As a legislatively generated document concerning the passage of Prop. 50, Exhibit 2 is properly subject to judicial notice.

May 20, 2026

Respectfully submitted,

s/ Joseph Nixon
Joseph M. Nixon*

J. Christian Adams*
Kaylan Phillips*
Jewel M. Lightfoot*
Carolyn Valdes*
PUBLIC INTEREST LEGAL
FOUNDATION
107 S. West Street
Alexandria, VA 22413
Tel: (703) 745-5870
adams@publicinterestlegal.org
kphillips@publicinterestlegal.org
jnixon@publicinterestlegal.org
jlightfoot@publicinterestlegal.org
cvaldes@publicinterestlegal.org
*Admitted Pro Hac Vice
*Attorneys for Plaintiffs*

Bradley A. Benbrook
Stephen M. Duvernay
Benbrook Law Group, PC
701 University Ave., Suite 106
Sacramento, CA 95825
(916) 447-4900
brad@benbrooklawgroup.com

3

## CERTIFICATE OF SERVICE

I, Joseph Nixon, do hereby certify that service of a true and correct copy of this Motion has been forwarded to all counsel of record via electronic notification and sent to non-parties via regular and/or certified mail.

May 20, 2026                                   For the Plaintiffs:

s/ Joseph Nixon
Joseph M. Nixon
PUBLIC INTEREST LEGAL FOUNDATION
107 S. West Street
Alexandria, VA 22413
Tel: (703) 745-5870
jnixon@publicinterestlegal.org

4

*NOYES* PLAINTIFFS' MOTION FOR JUDICIAL NOTICE