UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 25-10616 JLS-WLH-KKL | Date | August 19, 2026 |
| Title | David Tangipa, et al. v. Gavin Newsom, et al | | |

PRESENT: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

Kelly Davis
Courtroom Deputy Clerk

Miranda Algorri
Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF/ INTERVENTOR PLAINTIFF:

Julie Hamill
David Goldman
Domenic Aullisi
Michael Columbo
Jennifer Rosenberg
Joseph Nixon
J. Christian Adams
Jewel Lightfoot
Carolyn Valdes

ATTORNEYS PRESENT FOR DEFENDANT/ INTERVENOR DEFENDANT:

Jennifer Rosenberg
Ryan Eason
Lalitha Madduri
Abha Khanna
Thomas Rivera

**PROCEEDINGS: Motion to Dismiss the Consolidated Complaint filed by Defendant-Intervenor DCCC [250], Motion to Dismiss Consolidated Complaint filed by Intervenor-Defendant League United Latin Am. Citizens [251], Motion to Dismiss Consolidated Complaint filed by Defendants Gavin Newsom, Shirley Weber [253]**

---

The case is called and counsel state their appearance. Court and counsel confer. The motion hearing is held. The Court takes the motions under submission and a written order will issue.

1:13

Initials of Clerk: kd